IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## RULE 7.1 STATEMENT OF DEFENDANT BUZZFEED, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certifies that Defendant BuzzFeed, Inc. is a privately owned corporation. 10% or more of its stock is owned by NBCUniversal Media LLC, a wholly-owned indirect subsidiary of Comcast Corporation, which is publicly traded. No other publicly held company owns 10% or more of its stock.

Dated: February 28, 2017        Respectfully submitted,

        LEVINE KELLOGG LEHMAN
        SCHNEIDER + GROSSMAN LLP
        201 S. Biscayne Blvd., 22nd Floor
        Miami, Florida  33131-4301
        (305) 403-8788 Main
        (305) 403-8789 Facsimile

        By: /s/ Lawrence A. Kellogg, P.A.
            LAWRENCE A. KELLOGG, P.A.
            Florida Bar No. 328601
            E-Mail: lak@lklsg.com
            Secondary Email: cod@lklsg.com
            JEZABEL P. LIMA, ESQ.
            Florida Bar No. 519431
            E-Mail: jl@lklsg.com

        Secondary Email: kh@lklsg.com

        and

Katherine M. Bolger
(*pro hac vice forthcoming*)
Nathan Siegel
(*pro hac vice forthcoming*)
Adam Lazier
(*pro hac vice forthcoming*)
LEVINE SULLIVAN KOCH & SCHULZ LLP
321 West 44th Street, Suite 1000
New York, NY 10036
(212) 850-6100

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2017, the foregoing was filed with the Court's CM/ECF Service, and provided by email to counsel of record:

Brady J. Cobb, Esquire
Dylan M. Fulop, Esquire
COBB EDDY, PLLC
*Local Counsel for Plaintiffs*
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

Valentin D. Gurvits, Esquire
BOSTON LAW GROUP, PC
*Lead Counsel for Plaintiffs*
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: (617) 928-1804
Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

        By: */s/ Lawrence A. Kellogg, P.A.*
          LAWRENCE A. KELLOGG, P.A.