UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,
Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,
Defendants.

_____/

### AFFIDAVIT OF KATHERINE M. BOLGER IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

STATE OF NEW YORK      )
                       )ss:
COUNTY OF NEW YORK     )

BEFORE ME, this day personally appeared Katherine M. Bolger, who being first duly sworn, deposes and says:

1. I am a partner of the law firm of Levine Sullivan Koch & Schulz, LLP, and am a member in good standing of the Bars of the State of New York, the Supreme Court of the United States, the United States Courts of Appeals for the Second, Third, Fifth, Seventh, Eighth, Ninth and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Pennsylvania, and the District of Connecticut.

2. I have never been the subject of any disciplinary proceedings in any jurisdiction.

{01028636;v1}                           -1-

3.      I am fully familiar with the pertinent facts underlying the present litigation and have studied the local rules of this Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Katherine M. Bolger

**SWORN AND SUBSCRIBED** before me this 28th day of February 2017, in the state and county first above-written by Attorney Name, who is ☑ personally known or who ☐ produced _____ as identification.

_____

Notary Public, State of New York

My Commission Expires: _____

LISAMARIE APPEL
Notary Public, State of New York
No. 01AP4869703
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Sept. 2, 2018