UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,
Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,
Defendants.
_____/

**AFFIDAVIT OF ADAM LAZIER IN SUPPORT OF
MOTION TO APPEAR *PRO HAC VICE*** 

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )

BEFORE ME, this day personally appeared Adam Lazier, who being first duly sworn, deposes and says:

1. I am associated with the law firm of Levine Sullivan Koch & Schulz, LLP, am a member in good standing of the Bars of the State of New York and the United States District Court for the Southern District of New York.

2. I have never been the subject of any disciplinary proceedings in any jurisdiction.

{01028640;v1}                                         -1-

3. I am fully familiar with the pertinent facts underlying the present litigation and have studied the local rules of this Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Adam Lazier

**SWORN AND SUBSCRIBED** before me this 28th day of February 2017, in the state and county first above-written by Attorney Name, who is ☑ personally known or who ☐ produced _____ as identification.

_____
Notary Public, State of New York

My Commission Expires: _____

LISAMARIE APPEL
Notary Public, State of New York
No. 01AP4869703
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Sept. 2, 2018