UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,
Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,
Defendants.
_____/

### VERIFIED MOTION FOR NATHAN SIEGEL TO APPEAR *PRO HAC VICE*

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Nathan Siegel, of the law firm of Levine Sullivan Koch & Schulz, LLP, 1899 L Street, NW, Suite 200, Washington, DC 20036, for purposes of appearing as lead counsel on behalf of Defendants, BuzzFeed, Inc. and Ben Smith, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Nathan Siegel to receive electronic filings in this case, and in support thereof states as follows:

1.      Nathan Siegel, although not admitted to practice in the Southern District of Florida, certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Bars of the State of New York, the State of Maryland, the District of Columbia, the Supreme Court of the United States, the United States Courts of Appeals for the Second, Third, Fourth, Ninth, and District of Columbia Circuits, and the United States District Courts for the District of Columbia, the District of Maryland, and the Southern and Northern

-2-

Districts of New York. Attached hereto is a certificate of good standing from the Clerk of the Appellate Division of the New York Supreme Court, First Department.

2. In further support of this motion, it is hereby designated that Lawrence A. Kellogg, Esq., a member in good standing of the Florida Bar and the United States District Court of the Southern District of Florida, be a person with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom filings shall be served, and who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. He maintains an office in this District for the practice of law and is authorized to file through the Court's electronic filing system.

3. In accordance with the local rules of this Court, the $75 admission fee has been paid to the Court.

4. Nathan Siegel, by and through designated counsel, and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests that the Court provide Notice of Electronic Filings to his at the email address nsiegel@lskslaw.com.

## CONSENT TO DESIGNATION

I hereby consent to the designation set forth in paragraph 2 herein.

Dated: _Feb. 28_, 2017

_for_ Lawrence A. Kellogg, P.A.
Florida Bar No. 0328601
Primary: lak@lklsg.com
Secondary: cod@lklsg.com

**LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP**
*Attorney for Defendants*
201 South Biscayne Blvd. 22nd Floor
Miami, Florida 33131
Telephone: 305.403.8788
Facsimile: 305.403.8789

Executed under penalty of perjury on this 28th day of February, 2017 at Washington, DC.

Nathan Siegel

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2017, the foregoing was filed with the Court's CM/ECF Service, and provided by email to counsel of record:

Brady J. Cobb, Esquire
Dylan M. Fulop, Esquire
COBB EDDY, PLLC
*Local Counsel for Plaintiffs*
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

Valentin D. Gurvits, Esquire
BOSTON LAW GROUP, PC
*Lead Counsel for Plaintiffs*
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: (617) 928-1804
Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

                                        By: */s/ Lawrence A. Kellogg, P.A.*
                                              LAWRENCE A. KELLOGG, P.A.