UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,
Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,
Defendants.
_____/

**AFFIDAVIT OF NATHAN SIEGEL IN SUPPORT OF
MOTION TO APPEAR *PRO HAC VICE*** 

CITY OF WASHINGTON   )
                     )ss:
DISTRICT OF COLUMBIA )

BEFORE ME, this day personally appeared Nathan Siegel, who being first duly sworn, deposes and says:

1. I am a partner of the law firm of Levine Sullivan Koch & Schulz, LLP, am a member in good standing of the Bars of the State of New York, the State of Maryland, the District of Columbia, the Supreme Court of the United States, the United States Courts of Appeals for the Second, Third, Fourth, Ninth, and District of Columbia Circuits, and the United States District Courts for the District of Columbia, the District of Maryland, and the Southern and Northern Districts of New York.

2. I have never been the subject of any disciplinary proceedings in any jurisdiction.

3. I am fully familiar with the pertinent facts underlying the present litigation and have studied the local rules of this Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Nathan Siegel

**SWORN AND SUBSCRIBED** before me this 28 day of February 2017, in the state and county first above-written by Attorney Name, who is ☒ personally known or who ☐ produced _____ as identification.

_____
Notary Public, District of Columbia

My Commission Expires: 11-14-2021

