UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.

_____/

## DEFENDANTS BUZZFEED, INC. AND BEN SMITH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants BuzzFeed, Inc. and Ben Smith (collectively, "Defendants"), by and through their undersigned counsel, file this Unopposed Motion for Extension of Time to Reply to Plaintiffs' Complaint (the "Complaint") and state as follows:

1. Plaintiffs commenced this action for defamation and defamation per se in in the Seventeenth Judicial Circuit Court in and for Broward County, Florida on February 3, 2017.

2. Defendants were served on February 8, 2017, and removed this action to this Court on February 28, 2017 (Dkt. 1). Pursuant to Fed. R. Civ. P. 81(c)(2), Defendants have until March 7, 2017 to respond to the Complaint.

3. Defendants are in need of additional time to respond to the Complaint, through and including March 21, 2017, in order to become familiar with this matter and respond fully to the Complaint.

4. Defendants' counsel has contacted Plaintiffs' counsel, who has confirmed that he has no objection to the extension requested.

{01030002;v1}

5. This request is made in good faith, and not made for any improper purpose or for delay.

## CERTIFICATE OF CONFERRAL

The undersigned certifies that Defendants' counsel has conferred with Plaintiffs' counsel, who does not oppose the relief sought herein.

WHEREFORE, Defendants respectfully request that this Court grant them an extension of time through and including March 21, 2017, to respond to the Complaint, and grant such further relief that this Court deems just and proper. A copy of the proposed Order is attached as **Exhibit "1"**.

Dated: March 1, 2017                    Respectfully submitted,

                                      LEVINE KELLOGG LEHMAN
                                      SCHNEIDER + GROSSMAN LLP
                                      201 S. Biscayne Blvd., 22nd Floor
                                      Miami, Florida  33131-4301
                                      (305) 403-8788 Main
                                      (305) 403-8789 Facsimile

                                      By: /s/ Lawrence A. Kellogg, P.A.
                                          LAWRENCE A. KELLOGG, P.A.
                                          Florida Bar No. 328601
                                          E-Mail: lak@lklsg.com
                                          Secondary Email: cod@lklsg.com
                                          JEZABEL P. LIMA, ESQ.
                                          Florida Bar No. 519431
                                          E-Mail: jl@lklsg.com
                                          Secondary Email: kh@lklsg.com

                                                    and

                                      Katherine M. Bolger
                                      (*pro hac vice forthcoming*)
                                      Nathan Siegel
                                      (*pro hac vice forthcoming*)
                                      Adam Lazier
                                      (*pro hac vice forthcoming*)
                                      LEVINE SULLIVAN KOCH & SCHULZ LLP

321 West 44th Street, Suite 1000
New York, NY 10036
(212) 850-6100

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2017, the foregoing was filed with the Court's CM/ECF Service, and provided by email to counsel of record:

Brady J. Cobb, Esquire
Dylan M. Fulop, Esquire
COBB EDDY, PLLC
*Local Counsel for Plaintiffs*
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

Valentin D. Gurvits, Esquire
BOSTON LAW GROUP, PC
*Lead Counsel for Plaintiffs*
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: (617) 928-1804
Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

By: */s/ Lawrence A. Kellogg, P.A.*
    LAWRENCE A. KELLOGG, P.A.