# Exhibit 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

     Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

     Defendants.

_____/

### ORDER ON DEFENDANTS BUZZFEED, INC. AND BEN SMITH'S UNOPPOSED
### MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

THIS MATTER is before the Court on Defendants BuzzFeed Inc. and Ben Smith's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint (the "Motion").

The Court, having reviewed the Motion, being advised of the agreement of counsel, and otherwise being fully advised in  the premises, hereby ORDERS and ADJUDGES as follows:

1. The Motion is **GRANTED**.

2. Defendants BuzzFeed Inc. and Ben Smith shall have through and including March 21, 2017, to respond to Plaintiffs' Complaint.

DONE and ORDERED in Chambers, Ft. Lauderdale Florida, this _____day of March, 2017.


                              _____
                              URSULA UNGARO
                              UNITED STATES DISTRICT JUDGE

*Copies furnished to:*
*Counsel of Record*

{01030065;v1}