UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

### ORDER

THIS CAUSE comes before the Court upon Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint. D.E. 8.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED and ADJUDGED that Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint (D.E. 8) is GRANTED IN PART AND DENIED IN PART. Defendants SHALL file their Responses to Plaintiffs' Complaint no later than **Tuesday, March 14, 2017**.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf