IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

This Cause having come before the Court on the *Verified Motion for Katherine M. Bolger to Appear Pro Hac Vice,* pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2b of the CM/ECF Administrative Procedures. This court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Katherine M. Bolger may appear and participate in this action on behalf of Defendants, Buzzfeed, Inc., and Ben Smith. The Clerk shall provide electronic notification of all electronic filings to Katherine M. Bolger at KBolger@lskslaw.com.

ORDERED in Chambers at Ft. Lauderdale, Florida, this ___1___ day of March 2017.

                                                                                      _____
                                                                                      United States District Judge

Copies furnished to: All Counsel of Record