IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

### DECLARATION OF BRENDEN SOUCY
### IN SUPPORT OF MOTION TO DISMISS

   I, Brenden Soucy, declare as follows:

   1.   I am an associate at the law firm of Levine Kellogg Lehman Schneider + Grossman LLP, counsel to Defendants in this action. I submit this declaration in support of Defendants' motion to dismiss this action for lack of personal jurisdiction or, in the alternative, transfer it to the Southern District of New York. I am familiar with the facts herein and make this declaration from my own personal knowledge.

   2.   In Plaintiffs' Complaint in this action, they plead that Plaintiff XBT Holding S.A. ("XBT S.A.") has an office in Florida. Compl. ¶ 7. The Complaint provides no details about where in Florida this office is located and XBT is not a Florida corporation. However, a corporation called XBT Holdings, LLC ("XBT LLC") is incorporated in Florida. The website of the State of Florida Department of State's Division of Corporations lists XBT LLC's principal place of business and mailing address as 7999 N. Federal Highway, Suite 407, Boca Raton, FL 33487 (the "Boca Raton Address"). Attached hereto as Exhibit 1 is a true and correct copy of

{01032724;v2}

XBT LLC's detail by entity name page from the website of the Florida Department of State's Division of Corporations.

3. On March 9, 2017, I visited the Boca Raton Address. Suite 407 is not listed in the building directory, and XBT S.A. and XBT LLC do not appear on the directory. Attached as Exhibit 2 is a true and correct copy of a photograph I took of the building's directory.

4. The man who was in Suite 407 said that XBT was not located in that office, and indicated that he did not know where it was located.

5. I also spoke to a man in Suite 408, who said that XBT used to have a unit in the building, but that it no longer does.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 14, 2017

Brenden Soucy

# EXHIBIT

# 1

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number

### Detail by Entity Name

**Florida Limited Liability Company**
XBT HOLDINGS, LLC

**Filing Information**

| | |
|---|---|
| Document Number | L15000101925 |
| FEI/EIN Number | 47-4239606 |
| Date Filed | 06/11/2015 |
| Effective Date | 06/08/2015 |
| State | FL |
| Status | ACTIVE |

**Principal Address**

7999 N Federal Hwy
Suite 407
BOCA RATON, FL 33487

Changed: 01/28/2016

**Mailing Address**

7999 N Federal Hwy
Suite 407
BOCA RATON, FL 33487

Changed: 01/28/2016

**Registered Agent Name & Address**

FRYE, ROBERT
7999 N FEDERAL HWY
4th Floor
BOCA RATON, FL 33487

Address Changed: 01/28/2016

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

FRYE, ROBERT
3587 SILVER LACE LN #59
BOYNTON BEACH, FL 33436

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2016 | 01/28/2016 |

**Document Images**

| | |
|---|---|
| 01/28/2016 -- ANNUAL REPORT | View image in PDF format |
| 06/11/2015 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

# EXHIBIT

# 2



**BOCA CROWN CENTRE**

| | |
|---|---|
| 100 | Strasz Assessment Systems |
| 100-A | RLC Lawyers & Consultants |
| 101 | CS Advisors / Mango Bay |
| 101 | SUGARTIME Asset Management |
| 102 | Law & Title Office of Michael Tilley |
| 200 | The Lomnitzer Law Firm, P.A. |
| 201 | SCORE |
| 202 | Golish Financial Group, LLC |
| 300 | Schnabel Learning |
| 310 | Magellan Aviation Group |
| 320 | Donna E. Albert & Associates, P.A. |
| 320 | Loevin Law Group, P.A. |
| 360 | Dive & Marine Consultants Intl. |
| 400 | GlobalTel |
| 401 | American Roaming Network, Inc. |
| 412 | Executive Office Rentals |
| 414 | SuperCloud, Inc. |