## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.

_____/

### DECLARATION OF VICTOR PETRESCU
### IN SUPPORT OF MOTION TO DISMISS

I, Victor Petrescu, declare as follows:

1.      I am a partner at the law firm of Levine Kellogg Lehman Schneider + Grossman LLP, counsel to Defendants in this action.  I submit this declaration in support of Defendants' motion to dismiss this action for lack of personal jurisdiction or, in the alternative, transfer it to the Southern District of New York.  I am familiar with the facts herein and make this declaration from my own personal knowledge.

2.      Plaintiffs plead in their Complaint that Plaintiff Webzilla, Inc. ("Webzilla") "is a Florida corporation with offices in Fort Lauderdale."  Compl. ¶ 8.

3.      According to the State of Florida Department of State's Division of Corporations (the "Division of Corporations"), however, Webzilla's principal place of business and registered mailing address are both located at 2777 Stemmons Freeway, Suite 1655, Dallas, TX 75207 (the "Dallas Address").  The only Florida address listed for Webzilla with the Division of Corporations is that of a registered agent called Incorporate Now, at 6750 North Andrews

Avenue, Suite 200, Fort Lauderdale, FL 33309.  A true and correct copy of Webzilla's detail by entity name page from the website of the Division of Corporations is attached hereto as Exhibit 1, and a true and correct copy of Webzilla's most recent annual report filed with the Division of Corporations (filed February 23, 2016) is attached hereto as Exhibit 2.

4.      Webzilla's website does list a "North America" office located at 110 E. Broward Boulevard, Suite 1700, Fort Lauderdale, FL 33301 (the "Fort Lauderdale Address"), with a telephone number of 954-237-3587.  The Fort Lauderdale Address was Webzilla's registered principal place of business and mailing address with the Division of Corporations prior to 2014; as of January 17, 2014, however, Webzilla changed both of those addresses to the Dallas Address.  A true and correct copy of Webzilla's 2013 annual report to the Division of Corporations is attached hereto as Exhibit 3, and a true and correct copy of Webzilla's 2014 annual report to the Division of Corporations is attached hereto as Exhibit 4.

5.      An Internet search for the Fort Lauderdale address indicates that it is home to a shared office space managed by Regus PLC ("Regus"), which allows companies to rent office space on a temporary basis.  It also allows companies to rent "virtual offices", which permit them to use the address to receive mail without actually having any operations there.  A true and correct copy of a portion of Regus's website advertising the Fort Lauderdale Address is attached hereto as Exhibit 5.

6.      I visited the Fort Lauderdale Address on March 2, 2017.  Webzilla appears to have no presence there.  Suite 1700 is occupied entirely by Regus, and Webzilla is not listed in Regus's directory as one of its subtenants.  True and correct copies of photographs I took of Regus's directory and the office space in Suite 1700 are attached hereto as Exhibit 6.

7.      Regus's receptionist at the Fort Lauderdale Address told me that Webzilla used to rent temporary work space there, but moved out about a year ago.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March   13, 2017

_____
Victor Petrescu

Exhibit 1



Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

# Detail by Entity Name

**Florida Profit Corporation**
**WEBZILLA INC.**

**Filing Information**

| | |
|---|---|
| **Document Number** | P09000064327 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 07/29/2009 |
| **Effective Date** | 07/29/2009 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 07/16/2012 |
| **Event Effective Date** | NONE |

**Principal Address**

2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 01/17/2014

**Mailing Address**

2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 01/17/2014

**Registered Agent Name & Address**

INCORPORATE NOW
6750 N. Andrews Ave.
Suite 200
Fort Lauderdale, FL 33309

Name Changed: 03/01/2010

Address Changed: 03/31/2013

**Officer/Director Detail**

**Name & Address**

Title D

Mishara, Rajesh Kumar
2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207


Title D


Bezruchenko, Kostyantyn
2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2014 | 01/17/2014 |
| 2015 | 02/04/2015 |
| 2016 | 02/23/2016 |

**Document Images**

| | |
|---|---|
| 02/23/2016 – ANNUAL REPORT | View image in PDF format |
| 02/04/2015 – ANNUAL REPORT | View image in PDF format |
| 01/17/2014 – ANNUAL REPORT | View image in PDF format |
| 03/31/2013 – ANNUAL REPORT | View image in PDF format |
| 07/16/2012 – Amendment | View image in PDF format |
| 02/20/2012 – ANNUAL REPORT | View image in PDF format |
| 04/19/2011 – ANNUAL REPORT | View image in PDF format |
| 11/08/2010 – Amendment | View image in PDF format |
| 04/05/2010 – Amendment | View image in PDF format |
| 03/01/2010 – ANNUAL REPORT | View image in PDF format |
| 07/29/2009 – Domestic Profit | View image in PDF format |

Exhibit 2

**2016 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P09000064327

**Entity Name:** WEBZILLA INC.

**FILED**

**Feb 23, 2016**
**Secretary of State**
**CC6838461702**

**Current Principal  Place of Business:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS, TX  75207

**Current Mailing Address:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS, TX  75207  US

**FEI Number: NOT APPLICABLE**          **Certificate of Status Desired:**  Yes

**Name and Address of Current Registered Agent:**

INCORPORATE NOW
6750 N. ANDREWS AVE.
SUITE 200
FORT LAUDERDALE, FL  33309  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

     Electronic Signature of Registered Agent                                                                      Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | D | | Title | D |
| Name | MISHARA, RAJESH KUMAR | | Name | BEZRUCHENKO, KOSTYANTYN |
| Address | 2777 STEMMONS FWY.  SUITE 1655 | | Address | 2777 STEMMONS FWY.  SUITE 1655 |
| City-State-Zip: | DALLAS TX 75207 | | City-State-Zip: | DALLAS TX 75207 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MISHARA , RAJESH KUMAR                                    D                              02/23/2016

    Electronic Signature of Signing Officer/Director Detail                                                    Date

Exhibit 3

**2013 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P09000064327

**Entity Name:** WEBZILLA INC.

**FILED**
**Mar 31, 2013**
**Secretary of State**
**CC2520604035**

**Current Principal  Place of Business:**

110 E. BROWARD BLVD.
SUITE 1700
FORT LAUDERDALE, FL  33301

**Current Mailing Address:**

110 E. BROWARD BLVD.
SUITE 1700
FORT LAUDERDALE,  FL  33301

**FEI Number: NOT APPLICABLE**                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

INCORPORATE NOW
6750 N. ANDREWS AVE.
SUITE 200
FORT LAUDERDALE, FL  33309  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                      Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | D | | Title | D |
| Name | MISHRA, RAJESH KUMAR | | Name | BEZRUCHENKO, KOSTYANTYN |
| Address | 110 E. BROWARD BLVD, STE 1700 | | Address | 110 E. BROWARD BLVD, STE 1700 |
| City-State-Zip: | FT. LAUDERDALE FL  33301 | | City-State-Zip: | FT. LAUDERDALE FL  33301 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RAJESH KUMAR MISHRA                          D                          03/31/2013

_____

Electronic Signature of Signing Officer/Director Detail                                          Date

Exhibit 4

# 2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P09000064327

**Entity Name:** WEBZILLA INC.

**FILED**
**Jan 17, 2014**
**Secretary of State**
**CC6369791148**

**Current Principal  Place of Business:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS, TX  75207

**Current Mailing Address:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS, TX  75207  US

**FEI Number: NOT APPLICABLE**                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

INCORPORATE NOW
6750 N. ANDREWS AVE.
SUITE 200
FORT LAUDERDALE, FL  33309  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                              Date

**Officer/Director Detail :**

| Title | D | | Title | D |
|---|---|---|---|---|
| Name | MISHARA, RAJESH KUMAR | | Name | BEZRUCHENKO, KOSTYANTYN |
| Address | 2777 STEMMONS FWY. SUITE 1655 | | Address | 2777 STEMMONS FWY. SUITE 1655 |
| City-State-Zip: | DALLAS TX  75207 | | City-State-Zip: | DALLAS TX  75207 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MISHARA , RAJESH KUMAR                          D                          01/17/2014

Electronic Signature of Signing Officer/Director Detail                                          Date

Exhibit 5

**Regus** (/)

Create an account (/create-account)    |    Email us    |    Call: **1-855-400-3575 (tel:18554003575)**

Locations (/citysearch)    Products    Customers    Partners

LOGIN (HTTPS://V3.MYREGUS.COM/#/LOGIN)

BOOK A TOUR        GET PRICES

Magazine (http://www.regus.com/work-us)

# Flexible offices in Downtown

**BOOK A TOUR**

+1 954 315 3800 (tel:+1 954 315 3800)

(https://maps.google.com/maps?ll=26.118297&...    Map data ©2017 Google

Home (/) > Office space (/office-space) > Fort Lauderdale (/office-space/united-states/florida/fort-lauderdale) > Downtown

## 110 East Broward Blvd, Suite 1700, Fort Lauderdale, Florida, 33301

This modern, 24-story Class A building has everything you need for your business on the doorstep, including 52 furnished offices and a bi-lingual administrative staff. Plus it is just five minutes from the Fort Lauderdale beaches. Although traditionally a tourism-based economy, the city has established a world-class reputation as an international business hub and continues to be a region of high growth. It supports a broad mix of business with industries including manufacturing, marine, finance, insurance, real estate, technology, media and aerospace. It is home to the world's third largest boat show - and the boating industry itself provides 109,000 jobs in the county. Companies based in Fort Lauderdale include Autonation, Citrix Systems, DHL Express, Spirit Airlines and National Beverage Corporation. The city's convention center attracts around three million visitors each year.

**See all locations in Fort Lauderdale (/office-space/united-states/florida/fort-lauderdale)**

# Office space options

Get an office for one person or a whole team, for a day, week, month
or as many years as needed.



### Offices



### Part-time offices



### Day offices

Cost-effective office space with the
flexibility to use as little or often as needed.

Get the space needed today with the freedom to expand or contract as business changes.

Select from 5 days, 10 days or unlimited use per month.

Get on-demand access to work-ready office space with no commitment - available by the hour.

Create a base in one location and get 3000 others to use as well.

**Get a quote**

**Get a quote**

Book in moments wherever you are using the Regus App.

**Book now (https://myregus.com/#/c**

# Choose how to work in Downtown

Flexible workspace for an hour, day, week, month, or years.

Prices are per person per day on a 24-month agreement, subject to availability.









**Window office**
**$14.60 - $52.00**

**Internal office**
**$12.70 - $41.60**

**Co-working**
**$11.00**

**Virtual office**
**$4.07 - $11.94**

Get a quote

Get a quote

Get a quote

Get a quote

# Some of our other services in Downtown

**Meeting rooms**

**Day office**

**Business lounges**

**Disabled facilities**

To arrange a visit, speak to our team on **1-855-400-3575 (tel:18554003575)**

**BOOK A TOUR**

# Manage everything wherever you are

Download the Regus App on the
**Apple App Store (https://itunes.apple.com/gb/app/regus/id387924487?mt=8)** or **Google Play. (https://play.google.com/store/apps/details?id=com.regus)**



(https://itunes.apple.com/gb/app/regus/id387924487?mt=8)

(https://play.google.com/store/apps/details?id=com.regus)

# Let's get started

Whatever your business, whatever your budget we'll help find the right workspace.

( See our United States locations... )      ( Search our global locations... )

| **Need more information?** | **Want to ask some questions?** | **Create an account and start using us** | **Visit one of our locations** |
|---|---|---|---|
| Send us an email | 1-855-400-3575 | Create account | Book now |
| | (tel:18554003575) | (/create-account) | |

**PRODUCTS**

Office space (/office-space)

Co-working (/coworking-space)

Virtual office (/virtual-office)

Meeting room (/meeting-rooms)

Businessworld (/membership)

Workplace recovery
(http://www.reguswplacerecovery.com)

**ABOUT US**

Regus PLC (/investors)

Governance, conduct and ethics
(/governance-conduct-and-ethics)

Careers
(http://careers.regus.com/?
_ga=1.175999202.1326367327.1433853905)

**CONTACT US**

Make an enquiry

Customer service
(http://feedback.regus.com/?
lang=en-US)

Refer a friend (/refer)

**CONNECT WITH US**

(https://www.linkedin.com/company/reg...

(https://www.youtube.com/user/Regus)

(https://www.facebook.com/RegusGlobal...

**DOWNLOAD OUR APP**

Learn more (/regusapp)



(https://itunes.apple.com/gb/app/regus/id38792448...
mt=8)

(https://play.google.com/store/apps/details?
id=com.regus)

© Regus Group Companies [2016] | 1.4.4928.0    Sitemap (/sitemap)    Privacy Policy (/privacy-policy)    Terms & Conditions (/terms-conditions)    Cookie Policy (/cookies)

Regus

Exhibit 6





