IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.

_____/

**DECLARATION OF BRENDEN SOUCY**
**IN SUPPORT OF MOTION TO DISMISS**

    I, Brenden Soucy, declare as follows:

    1.    I am an associate at the law firm of Levine Kellogg Lehman Schneider +

Grossman LLP, counsel to Defendants in this action.  I submit this declaration in support of

Defendants' motion to dismiss this action for lack of personal jurisdiction or, in the alternative,

transfer it to the Southern District of New York.  I am familiar with the facts herein and make

this declaration from my own personal knowledge.

    2.    In Plaintiffs' Complaint in this action, they plead that Plaintiff XBT Holding S.A.

("XBT S.A.") has an office in Florida.  Compl. ¶ 7.  The Complaint provides no details about

where in Florida this office is located and XBT is not a Florida corporation.  However, a

corporation called XBT Holdings, LLC ("XBT LLC") is incorporated in Florida.  The website of

the State of Florida Department of State's Division of Corporations lists XBT LLC's principal

place of business and mailing address as 7999 N. Federal Highway, Suite 407, Boca Raton, FL

33487 (the "Boca Raton Address").  Attached hereto as Exhibit 1 is a true and correct copy of

XBT LLC's detail by entity name page from the website of the Florida Department of State's Division of Corporations.

3.     On March 9, 2017, I visited the Boca Raton Address.  Suite 407 is not listed in the building directory, and XBT S.A. and XBT LLC do not appear on the directory.  Attached as Exhibit 2 is a true and correct copy of a photograph I took of the building's directory.

4.     The man who was in Suite 407 said that XBT was not located in that office, and indicated that he did not know where it was located.

5.     I also spoke to a man in Suite 408, who said that XBT used to have a unit in the building, but that it no longer does.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 14, 2017

Brenden Soucy

# EXHIBIT

# 1



Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

## Detail by Entity Name

Florida Limited Liability Company
XBT HOLDINGS, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L15000101925 |
| **FEI/EIN Number** | 47-4239606 |
| **Date Filed** | 06/11/2015 |
| **Effective Date** | 06/08/2015 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

7999 N Federal Hwy
Suite 407
BOCA RATON, FL 33487

Changed: 01/28/2016

### Mailing Address

7999 N Federal Hwy
Suite 407
BOCA RATON, FL 33487

Changed: 01/28/2016

### Registered Agent Name & Address

FRYE, ROBERT
7999 N FEDERAL HWY
4th Floor
BOCA RATON, FL 33487

Address Changed: 01/28/2016

### Authorized Person(s) Detail

Name & Address

Title MGR

FRYE, ROBERT
3587 SILVER LACE LN #59
BOYNTON BEACH, FL 33436

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2016 | 01/28/2016 |

### Document Images

| | |
|---|---|
| 01/28/2016 -- ANNUAL REPORT | View image in PDF format |
| 06/11/2015 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

# EXHIBIT

# 2



# BOCA CROWN CENTRE

100   Strasz Assessment Systems
100-A RLC Lawyers & Consultants
101   CS Advisors / Mango Bay
101   SUGARTIME Asset Management
102   Law & Title Office of Michael Tilley
200   The Lomnitzer Law Firm, P.A.
201   SCORE
202   Golish Financial Group, LLC
300   Schnabel Learning
310   Magellan Aviation Group
320   Donna G. Albert & Associates, P.A.
320   Loevin Law Group, P.A.
360   Dive & Marine Consultants Intl.
400   GlobalTel
401   American Roaming Network, Inc.
412   Executive Office Rentals
414   SuperCloud, Inc.