**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

## DECLARATION OF ROY CYSNER

I, Roy Cysner, declare as follows:

1. I am Controller of Defendant BuzzFeed, Inc. ("BuzzFeed"). I submit this declaration in support of Defendants' motion to dismiss this action for lack of personal jurisdiction or, in the alternative, transfer it to the Southern District of New York. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. BuzzFeed is a digital media company, which publishes content on its website located at www.buzzfeed.com ("Buzzfeed.com") and through mobile apps on iPhones, iPads, and Android devices. BuzzFeed also distributes its content through third party platforms, like Facebook and Snapchat.

3. BuzzFeed is incorporated under the laws of Delaware. Its headquarters, which is its principal place of business, has been located in New York City since it was founded in 2006, and is currently at 111 East 18th Street, 13th Floor, New York NY 10003.

4. In addition to its headquarters in New York City, BuzzFeed has offices in Los Angeles, Minneapolis, San Francisco, Washington, DC, Chicago, Sydney, Toronto, Sao Paolo,

Paris, Tokyo, Mexico City, Mumbai, Madrid, and London. Approximately 600 BuzzFeed employees are based in New York City, more than a third of the company's total workforce. Buzzfeed.com is hosted on servers in New Jersey.

5. BuzzFeed has no offices or employees in Florida, and does not own or rent any property there.

6. The article at issue in this case (the "Article"), which is referred to in paragraph 23 of the Complaint, was published on Buzzfeed.com and in the BuzzFeed News app. While some BuzzFeed articles allow readers to rate an article, this one did not. At the bottom of the Article, readers who also have Facebook accounts may post comments about the Article through a link to Facebook, and those comments appear at the bottom of the Article.

7. BuzzFeed does not offer subscriptions or distribute a hard-copy newspaper or magazine. BuzzFeed sells only one product – the Tasty Cookbook – which it sells through a separate website, tastybook.com. The Tasty Cookbook has nothing to do with the Article. BuzzFeed therefore engaged in no such sales in connection with the Article.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2017

Roy Cysner