IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

## DECLARATION OF BEN SMITH

    I, Ben Smith, declare as follows:

    1.    I am editor-in-chief of Defendant BuzzFeed, Inc. ("BuzzFeed"), and a Defendant in this action. I submit this declaration in support of Defendants' motion to dismiss this action for lack of personal jurisdiction or, in the alternative, transfer it to the Southern District of New York. I am familiar with the facts herein and make this declaration from my own personal knowledge.

    2.    I was born in New York City, and currently live in Brooklyn, New York. I work at BuzzFeed's headquarters in New York City. I have never resided or been employed in Florida, nor do I own any property in Florida.

    3.    I made the ultimate decision to publish the Article, with the Dossier. I made that decision at BuzzFeed's headquarters in New York City. To my knowledge, I never conducted any newsgathering in Florida or interviewed anyone in Florida (whether in person, over the telephone, or in writing) in connection with the article or dossier referred to in paragraphs 23 and

24 of the Complaint in this action (the "Article" and the "Dossier"). My only communication with anyone physically present in Florida was one or more telephone calls with Ken Bensinger on the day BuzzFeed published the Article, because I understood that he happened to be on vacation at Walt Disney World with his family on the day the Article was published.

4. The Article was written and edited at BuzzFeed's headquarters, and both the Article and Dossier were uploaded to the Internet from there as well.

5. At the time that BuzzFeed published the Article and Dossier, I was not aware of any connections between any of the Plaintiffs and the State of Florida. Nor did I understand the Article to be otherwise targeting the State of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 9, 2017

_____
Ben Smith