IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

**DECLARATION OF KEN BENSINGER
IN SUPPORT OF MOTION TO DISMISS**

     I, Ken Bensinger, declare as follows:

     1.    I am employed by Defendant BuzzFeed, Inc. ("BuzzFeed") as an investigative reporter at BuzzFeed News. I live and work in Los Angeles, California. I submit this declaration in support of Defendants' motion to dismiss this action for lack of personal jurisdiction or, in the alternative, transfer it to the Southern District of New York. I am familiar with the facts herein and make this declaration from my own personal knowledge.

     2.    Along with Miriam Elder and Mark Schoofs, I am one of the journalists listed on the article referred to in paragraph 23 of the Complaint in this action (the "Article"). Prior to the publication of the Article, I conducted newsgathering in connection with the dossier referred to in paragraph 24 of the Complaint (the "Dossier").

     3.    I did not travel to Florida as part of my investigation, or to my knowledge ever communicate with anyone in Florida about the Article, the Dossier, or the contents of the Dossier.

4. On January 10, 2017 – the day BuzzFeed published the Article and the Dossier – I was on vacation with my family at Walt Disney World near Orlando, Florida, for a vacation that we had long planned. While at the theme park with my family, I participated in a few telephone calls that day with members of the BuzzFeed staff in New York City regarding publication of the Article and the Dossier.

5. I did not write the Article. I reviewed a draft of the Article on my cellular phone before it was published and provided comments orally to Mark.

6. At the time the Article was published, I was not aware of any connections between the State of Florida and any of the Plaintiffs in this case. Nor did I understand the Article to be otherwise targeting the State of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2017

Ken Bensinger

{01032077;v3}

2