IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

## DECLARATION OF MIRIAM ELDER
IN SUPPORT OF MOTION TO DISMISS

   I, Miriam Elder, declare as follows:

   1.   I am employed by Defendant BuzzFeed, Inc. ("BuzzFeed") as the world editor at BuzzFeed News. I live in Brooklyn New York and work at BuzzFeed's headquarters in New York City. I submit this declaration in support of Defendants' motion to dismiss this action for lack of personal jurisdiction or, in the alternative, transfer it to the Southern District of New York. I am familiar with the facts herein and make this declaration from my own personal knowledge.

   2.   Along with Ken Bensinger and Mark Schoofs, I am one of the journalists listed on the article referred to in paragraph 23 of the Complaint in this action (the "Article"). Prior to the publication of the Article, I conducted newsgathering in connection with the dossier referred to in paragraph 24 of the Complaint (the "Dossier").

   3.   I did not travel to Florida as part of my investigation, or to my knowledge ever communicate with anyone in Florida in connection with my investigation. The only

communication I am aware of with anyone in Florida related to the Article or the Dossier was that by chance Ken Bensinger was on vacation at Walt Disney World on January 10, and participated in phone calls discussing the publication of the Article and the Dossier.

4. I helped write the Article, and was involved in discussions about whether to publish it and the Dossier on January 10, 2017. I performed all of those tasks in New York City..

5. At the time the Article was published, I was not aware of any connections between the State of Florida and any of the Plaintiffs in this case. Nor did I understand the Article to be otherwise targeting the State of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 9, 2017

Miriam Elder

{01032661;v1}                                                                2