**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,  :
and WEBZILLA, INC.

            Plaintiffs,

      vs.

BUZZFEED, INC. and BEN SMITH

            Defendants.
_____/

## DEFENDANTS' NOTICE OF STRIKING D.E. 14

Defendants BuzzFeed, Inc. and Ben Smith hereby file this Notice of Striking D.E. 14, which incorrectly selected certain events on the CM/ECF system.

Dated: March 14, 2017                LEVINE KELLOGG LEHMAN SCHNEIDER +
                                                     GROSSMAN LLP
                                                     201 South Biscayne Boulevard, 22nd Fl.
                                                     Miami, FL 33131
                                                     (305) 403-8791
                                                     By:    /s/ Lawrence A. Kellogg
                                                                    Lawrence A. Kellogg

                                                                           and

                                                     Katherine M. Bolger
                                                     *(admitted pro hac vice)*
                                                     Nathan Siegel
                                                     *(admitted pro hac vice)*
                                                     Adam Lazier
                                                     *(admitted pro hac vice)*
                                                     LEVINE SULLIVAN KOCH & SCHULZ LLP
                                                     321 West 44th Street, Suite 1000
                                                     New York, NY 10036
                                                     (212) 850-6100

                                                     *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2017, the foregoing was filed with the Court's CM/ECF Service, and provided by email to counsel of record:

Brady J. Cobb, Esquire
Dylan M. Fulop, Esquire
COBB EDDY, PLLC
Local Counsel for Plaintiffs
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com


Valentin D. Gurvits, Esquire
BOSTON LAW GROUP, PC
Lead Counsel for Plaintiffs
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: (617) 928-1804
Fax: (617) 928-1802
vgurvits@bostonlawgroup.com