UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDINGS S.A., and WEBZILLA, INC.<br><br>   Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br><br>   Defendants. | Case No. 0:17-cv-60426-UU |

## NOTICE OF APPEARANCE

COMES NOW Matthew Shayefar, Esq., of the law firm of Boston Law Group, PC, and respectfully gives notice of appearance as attorney for the Plaintiffs Aleksej Gubarev, XBT Holdings S.A. and Webzilla, Inc. and that all future pleadings and notices may be served upon him at the following addresses.

/s/ Matthew Shayefar
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton, Massachusetts 02459
Tel: 617-928-1806
Fax: 617-928-1802
matt@bostonlawgroup.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 15th day of March, 2017.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Nathan Siegel
Levine Sullivan Koch & Schulz, LLP
321 West 44 Street, Suite 1000
New York, New York 10036
kbolger@lskslaw.com
alazier@lskslaw.com
nsiegel@lskslaw.com

*Attorneys for Defendants*

Lawrence Allan Kellogg
Jezabel Pereira Lima
Levine Kellogg Lehman Schneider & Grossman LLP
Miami Center
201 So. Biscayne Boulevard, 22nd Floor
Miami, Florida 33131
lak@lklsg.com
jl@lklsg.com

*Attorneys for Defendants*