UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDINGS S.A., and<br>WEBZILLA, INC.<br><br>  Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br><br>  Defendants. | **Case No.**<br>**0:17-cv-60426-UU** |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Evan Fray-Witzer** of the law firm of **Ciampa Fray-Witzer, LLP**, for purposes of appearance as co-counsel on behalf of **Plaintiffs Aleksej Gubarev, XBT Holdings S.A. and Webzilla, Inc.** in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit **Evan Fray-Witzer** to receive electronic filings in this case, and in support thereof states as follows:

  1. Evan Fray-Witzer is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Massachusetts, the State Bar of New Hampshire, the Federal District Court of Massachusetts, the Federal District Court of New Hampshire, the First

Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals and the United States Supreme Court.

2. Movant, Brady J. Cobb., Esquire, of the law firm of Cobb Eddy PLLC, 642 Northeast Third Avenue, Fort Lauderdale, Florida 33304, with telephone number 954-527-4111, is a member in good standing of the The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Evan Fray-Witzer has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Evan Fray-Witzer, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Evan Fray-Witzer at email address: **evan@CFWLegal.com**.

WHEREFORE, Brady J. Cobb, moves this Court to enter an Order Evan Fray-Witzer, to appear before this Court on behalf of **Plaintiffs Aleksej Gubarev, XBT Holdings S.A. and Webzilla, Inc.**, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Evan Fray-Witzer

Date: March 15, 2017 Respectfully submitted,

/s/ Brady J. Cobb
Brady J. Cobb, Esq.
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954)527-4111
Facsimile (954) 900-5507
bcobb@cobbeddy.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDINGS S.A., and WEBZILLA, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br><br>    Defendants. | Case No.<br>0:17-cv-60426-UU |

### CERTIFICATION OF EVAN FRAY-WITZER

Evan Fray-Witzer, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of Massachusetts, the State Bar of New Hampshire, the Federal District Court of Massachusetts, the Federal District Court of New Hampshire, the First Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals and the United States Supreme Court.

                                                                                  _____
                                                                                              Evan Fray-Witzer

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served via the CM/ECF filing system, on March 15, 2017, on all counsel or parties of record on the service list.

/s/ Brady J. Cobb
Brady J. Cobb

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Nathan Siegel
Levine Sullivan Koch & Schulz, LLP
321 West 44 Street, Suite 1000
New York, New York 10036
kbolger@lskslaw.com
alazier@lskslaw.com
nsiegel@lskslaw.com

*Attorneys for Defendants*

Lawrence Allan Kellogg
Jezabel Pereira Lima
Levine Kellogg Lehman Schneider & Grossman LLP
Miami Center
201 So. Biscayne Boulevard, 22nd Floor
Miami, Florida 33131
lak@lklsg.com
jl@lklsg.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.

    Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH

    Defendants.

Case No.
0:17-cv-60426-UU

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
<u>**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**</u>

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Evan Fray-Witzer, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Evan Fray-Witzer, may appear and participate in this action on behalf of Plaintiffs Aleksej Gubarev, XBT Holdings S.A. and Webzilla, Inc. The Clerk shall provide electronic notification of all electronic filings to Evan Fray-Witzer, at Evan@CFWLegal.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record