UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDINGS S.A., and WEBZILLA, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br><br>    Defendants. | Case No.<br>0:17-cv-60426-UU |

## CERTIFICATION OF EVAN FRAY-WITZER

Evan Fray-Witzer, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of Massachusetts, the State Bar of New Hampshire, the Federal District Court of Massachusetts, the Federal District Court of New Hampshire, the First Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals and the United States Supreme Court.

_____
Evan Fray-Witzer