UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.

    Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH

    Defendants.

Case No.
0:17-cv-60426-UU

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Evan Fray-Witzer, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Evan Fray-Witzer, may appear and participate in this action on behalf of Plaintiffs Aleksej Gubarev, XBT Holdings S.A. and Webzilla, Inc. The Clerk shall provide electronic notification of all electronic filings to Evan Fray-Witzer, at Evan@CFWLegal.com.

DONE AND ORDERED in Chambers at _Miami_____, Florida, this 16 day of _Mar._____.

_[signature]_
United States District Judge

Copies furnished to: All Counsel of Record