# Exhibit 1

Case 0:17-cv-60426-UU   Document 21-2   Entered on FLSD Docket 09/27/2017   Page 2 of 45



News   Videos   Quizzes   Tasty   Nifty   More ⌄   **Get Our App!**

# Trump Delivered A Fiery Campaign-Style Speech To A Raucous Crowd Of Supporters

BuzzFeed News' Lissandra Villa reported from Melbourne, Florida and BuzzFeed News streamed the event on Facebook Live.

posted on Feb. 18, 2017, at 8:03 a.m.

**BuzzFeed News**
BuzzFeed News



Joe Raedle / Getty Images

## Here's what's happening:

You can rewatch our live feed, with interviews with Trump supporters, here



- After a rocky first month in office, President Trump delivered a fiery and passionate campaign-style speech to about 9,000 adoring supporters at an airport hangar in Melbourne, Florida as a way to rally his support and regain footing.

- Trump made a dramatic entrance — Air Force One rolled up in front of the crowd, and he walked down the stairs to the lectern — and immediately bashed the media that is critical of him as an enemy that publishes "fake news."

- He then launched into a full-throated defense of his time in office and what he plans to do, sticking to staples such as bring back jobs and revising his executive order limiting immigration from certain countries.

- "People want to take back control of their countries and they want to take back control of their lives and the lives of their family. The nation state remains the best model for human happiness," Trump said.

- At one point, Trump told Secret Service to let a supporter up on stage and say a few words, and the guy was THRILLED.

- Trump supporters at the rally told BuzzFeed News that they are very happy with Trump's performance so far. Many took up Trump's mantle and decried "fake news" outlets that are critical of the president. Others said the immigration ban — which was eventually halted by federal court judges — would keep the nation safer and that stemming the flow of undocumented immigrants was the top priority.

- A contingent of Resist Together protesters were outside the event — there were no protests during Trumps speech — and things remained peaceful.

- BuzzFeed News was live on Facebook talking to Trump supporters before and after the event — the interviews are great, and you can watch it all here.

---

## Updates

⊙ Posted at 7:02 p.m., Feb. 18    

### President Trump says he hates the press, and his supporters go right with it



*Chris O'meara / AP*

President Trump attacked the news media during a campaign-style rally in Florida Saturday, and his supporters there appeared to be on the same page is the president.

"He tells the truth and all the rest of them are liars," one supporter told BuzzFeed News.

Just minutes after the rally started, the crowd turned unfriendly against reporters covering the event. As the president criticized the news media for what he said were "fake news" reporters, the crowd roared.

Supporters told BuzzFeed News their media consumption has changed during the campaign, and others said they get their news from right-leaning outlets, Facebook, and Russia Today, a Kremlin-backed news outlet.

Read more about it here.

—*Salvador Hernandez*

Posted at 6:00 p.m., Feb. 18     

## Trump's supporters are completely unfazed by his the reported chaos in his first month in office

About 9,000 people turned out for Trump's rally, and of the dozens BuzzFeed News interviewed on our live stream there was little to no disappointment with the president's performance so far.

His supporters — like Trump — still appear to be in campaign mode. They are already looking past some of the issues that liberals have trumpeted — such as the rollout of the travel ban, the firing of the national security advisor, and his labor secretary nominee dropping out of contention — and are focused on what Trump says he plans to do.

The only criticism was light. One supporter, Joyce Fudge, who is in her 80s, said she thinks Trump said "what the crowd wanted to hear," was prone to "bloviating," and said "he's impressive just because of the ego he brings."

Another woman who identified herself as an educator said she wasn't happy with Trump's education secretary, Betsy DeVos, a billionaire campaign donor to the president, because of her support for charter schools.

But mostly his supporters said they thought the travel ban — which focused on refugees and people from seven Muslim-majority nations and was blocked by a federal judge — would keep the country safer. They also said they liked his policies on domestic safety and his bashing the media.

Here's a quick sample of some of his supporters comments:



Tom Namako ✔
@TomNamako

Trump "is coming direct to the people, he is transparent…he's so transparent, he has his meetings on YouTube" facebook.com/BuzzFeedNews/v…

4:43 PM - 18 Feb 2017

↩    ⟲ 1    ♥ 4



Tom Namako ✔
@TomNamako

"Women for Trump!" they yell. Immigration is the #1 issue. "Dearborn Michigan, where it's all Muslim...illegal immigrants get freebies."

4:24 PM - 18 Feb 2017

↩    ⟲ 27    ♥ 27



**Tom Namako** ✔
@TomNamako

[Follow]

Trump "has done more in this past month than Obama has in 8 years," this electrician says, likes Trump stance on "guns and the NRA"

4:07 PM - 18 Feb 2017

↩   ⟲ 4   ♥ 8



**Tom Namako** ✔
@TomNamako

[Follow]

Woman on the left: "I am an immigrant" from the DR "I waited for my time….we are all for Trump"

3:49 PM - 18 Feb 2017

↩   ⟲ 22   ♥ 42



**Tom Namako** ✔
@TomNamako

"We are tired of being called racists, homophobic. That's fake... watched MSNBC for the returns because I wanted to see them whine."

3:47 PM - 18 Feb 2017

↩  ⟲ 41  ♥ 58

—*Tom Namako*

⊙ Posted at 5:53 p.m., Feb. 18 

## President Trump attacked the media and defended his month-long term during a campaign-style rally in Florida



*Chris O'meara / AP*

President Donald Trump attacked the news media and defended his month-long presidency at a campaign-style rally in Florida Saturday.

Speaking to a crowd of about 9,000 supporters, the president did what was a quick review of his last first weeks in office, including a review of his skirmishes with the courts and the news media.

Trump's early days in office have been troubled with the resignation of his national security advisor, Michael Flynn, and court challenges to his executive order banning travel from seven Muslim-majority countries. On Saturday, however, he surrounded himself with some of his more fervent supporters.

"I want to be in a room with hard working American patriots, who love their country, who salute their flag and pray for a better future," Trump said. "It's now been one month since my inauguration and I'm here to tell you about our great progress."

The rally was also, for Trump, a chance to address his supporters without the "filter" of what he has repeatedly called "fake news."

"They make them up in some cases," Trump said referring critical news reports about his administration. "The just dont report the truth."

Trump has been particularly dogged by news reports about possible links to the Russian government, including reports by the *New York Times* and the *Washington Post* that his campaign had been in contact with the Russian government repeatedly before the election.

"They've become part of the problem," he said. "They are part of the corrupt system."

Trump also took the chance to go over some of the points he made during similar campaign rallies before taking office, including a promise to keep companies from leaving the US and making them "pay a very big price," if they moved manufacturing abroad.

"Look at what's happening at every poll when it comes to optimism in our country," the President said. "We believe in two simple rules: Buy American and hire American."

He also pointed to his push to continue construction of the Keystone and Dakota Access Pipelines, a promise from his campaign days.

Trump said he was also planning on address the increase of crime, particularly in innner cities. The task force would focus on destroying "transnational criminal cartels, which are all over the United States, and we're going to stop drugs from pouring into your community."

*–Salvador Hernandez*

⊙ Posted at 5:27 p.m., Feb. 18   

## Trump stopped mid-speech at a rally to invite one of his supporters up on stage



Kevin Lamarque / Reuters

President Trump invited one of his supporters up on stage at a rally after he recognized the man from television.

"Look at this guy, c'mon!" Trump said, pointing at Gene Huber, who had apparently been the first person in line at a rally that drew about 9,00 supporters. "Hope over the fence, come on, he can do it."

The sudden invitation to stand along the president even caught some Secret Service agents off guard, who blocked Huber from the stage for a few seconds even as Trump egged him to come up.

Huber said he had been waiting in line since 4 a.m. for the rally, and that he has a cardboard cutout of Donald Trump at his home that he salutes every day.

Read the story here.

–Salvador Hernandez

⊘ Posted at 3:42 p.m., Feb. 18  

## The draft for a new travel ban order would reportedly not affect green-card holders and might allow some Syrian refugees

3/21/2017 Trump Will Deliver A Fiery Campaign-Style Speech To A Rally In Florida Of Supporters After 28 Days... - BuzzFeed News

Case 0:17-cv-60426-UU Document 21-2 Entered on FLSD Docket 03/27/2017 Page 10 of 45



Evan Vucci / AP

President Donald Trump is expected to issue a new executive order on immigration as early as Tuesday, and it's expected to include a temporary travel ban of citizens from the seven Muslim-majority countries included in the last order, the *Wall Street Journal* reported.

The new order is expected to have some significant differences from the past order, according to the WSJ, including allowing green card holders to travel to and from the country's affected.

Trump's initial order, which banned travel from Iraq, Iran, Syria, Lybia, Yemen, Somalia and Sudan, was put on hold by a ruling from the Night Circuit Court of Appeals after multiple lawsuits were filed by people affected by the order.

The Justice Department told the court that it be issuing a new order.

It was unclear whether a complete ban on accepting refugees from war-torn Syria would be included in the new order, the WSJ reported. The number of refugees allowed in to the US may be lowered, one US official told the paper.

Trump's previous ban sparked protests at international airports across the country the day it went into effect.

The current draft would also give the secretary of state authority to make exceptions for individual cases.

*–Salvador Hernandez*

Posted at 3:16 p.m., Feb. 18    

## Trump demanded the Secret Service let a man who complemented him up on stage to speak:



**Tom Namako** @TomNamako

Trump demands the Secret Service let a man who complemented him to hop the fence and come on stage and talk. "A star is born, Trump says.

3:12 PM - 18 Feb 2017

41    73

TRUMP: This guy. So he's been all over television saying the best things and I see him standing and didn't you get here at like 4 in the morning.

SUPPORTER: I did sir.

TRUMP: Say a couple of words to this crowd.

SUPPORTER: Mr. President, thank you so, sir. We the people, our movement is the reason why our president of the United States is standing here in front of us today. When president trump during the election, promised all these things that he was going to do for us, I knew he was going to do this for us. Thank you so much, sir.

TRUMP: A star is born. I wouldn't say that secret service was thrilled with that, but we know our people, right? We know our people. Great guy

## A reporter who spoke to him earlier in the day identified him as Gene Huber:



**Fernando Peinado** @FernandoPeinado

Gene Huber, first in line at Trump's rally on Melbourne, Florida.
13 hours ahead of time: "To be first at a Donald Trump rally is an
honor"

9:24 AM - 18 Feb 2017

↩    ⟲ 750    ♥ 1,839

⊙ Posted at 2:57 p.m., Feb. 18    

## Trump, after saying he wanted to talk about his policies, immediately lashed out at the media:

Here's a transcript:

> I also want to speak to you without the filter of the fake news. The dishonest
> media, which has published one false story after another, with no sources,
> even though they pretend they have them, they make them up in many
> cases, they just don't want to report the truth and they've been calling us
> wrong now for two years.
>
> They don't get it, but they're starting to get it. I can tell you that. They've
> become a big part of the problem. They are part of the corrupt system.

Trump compared his disdain for the media to a quote from President Thomas Jefferson.
"Nothing can now be believed which is seen in a newspaper. Truth itself becomes
suspicious by being put into that polluted vehicle," Trump said, quoting Jefferson.

> But despite all their lies, misrepresentations and false stories, they cannot
> defeat us in the primers, and they could not defeat us in the general election,
> and we will continue to expose them for what they are, and, most importantly,
> we will continue to win, win, win.
>
> We are not going to let the fake news Tulsa what to do, how to live, or what
> to believe. We are free and independent people, and we will make our own
> choices.
>
> We're here today to speak the truth, the whole truth, and nothing but the
> truth. I hear your demands. Ism your voices. And I promise you, I will deliver. I
> promise that. And, by the way, you've seen what we've accomplished in a
> short period of time. The white house is running so smoothly, so smoothly."

⊙ Posted at 2:47 p.m., Feb. 18    

## Trump arrived at his rally in dramatic fashion, with Air Force One rolling up and then he and Melania Trump emerging from the fuselage:



**Tom Namako** ✔
@TomNamako

[ Follow ]

Trump arrives. The crowd is going nuts.

2:37 PM - 18 Feb 2017

↩   ♺ 7   ♥ 3



**Tom Namako** ✔
@TomNamako

[ Follow ]

Here's Trump, emerging from Air Force One

2:45 PM - 18 Feb 2017

↩   ♺ 3   ♥ 2

Posted at 2:46 p.m., Feb. 18     

## Supporters at Florida rally believe President Trump over "fake news"



*Chris O'meara / AP*

President Trump supporters at the Melbourn rally seemed to share the president's disdain and anger toward the news media, including several of them who said they would believe Trump's word over news reports.

"He tells the truth and all the rest of them are liars," one supporter told BuzzFeed New Andrew Kimmel.

When asked about what political issues supporters wanted the president to address at his Florida rally, about a month after taking office, many of them listed the "liberal media" along with healthcare, the economy and terrorism.

Asked about some of the troubles Trump has faced just weeks into his inauguration, including the resignation of Michael Flynn as National Security advisor, and the court block of Trump's immigration ban via executive order, one supporter complained about "fake news."

Asked where people could get real news, one supporter answered, "Listen to President Trump."

Another supporter, who was there with his wife, was asked what news he trusts to stay informed.

"Hopefully we can trust Donald."

*–Salvador Hernandez*

Posted at 12:58 p.m., Feb. 18    

## The crowd size at the rally is unclear, but the line to get inside was really long



**Zeke Miller** ✔
@ZekeJMiller

     🐦 Follow

Just some of the line on the way in

12:05 PM - 18 Feb 2017

↩    ⇄ 645    ♥ 1,602

One reporter on the ground in Melbourne noted that at one point, the queue extended about a mile away from the entrance as people waited for hours to get inside.

Estimates on social media have ranged from hundreds to thousands.

—*Tamerra Griffin*



**Lissandra Villa** ✔
@LissandraVilla

☑ Follow

Here's a taste of the crowd size at President Trump's rally in Melbourne, FL.

1:13 PM - 18 Feb 2017

↩   ⟲ 18   ♥ 28

---

⊙ Posted at 12:21 p.m., Feb. 18   

## Some people have passed out from the heat while waiting in line to get into the rally



*Andrew Kimmel / Via BuzzFeed News*

According to a BuzzFeed News reporter on the scene, the temperatures are high, and there doesn't appear to be anyone selling or providing bottled water.

—*Andrew Kimmel*

---

⊙ Posted at 11:49 a.m., Feb. 18   

## Trump supporters at rally are generally pleased with the administration so far



**Lissandra Villa** ✔
@LissandraVilla

☑ Follow

I was working my way through the line talking to people and just realized I can't see the back of the line.

10:30 AM - 18 Feb 2017

↩ ⟳ 1 ♥ 2

Trump supporters told BuzzFeed News that they are generally pleased with the president's first four weeks in office.

The crowd in Melbourne, Florida, is jovial. As the line to get into the venue queued down the road earlier this afternoon, attendants led random chants of "USA!" and were in good spirits.

They told BuzzFeed News that they see Trump as a truth-teller, and though some admitted that they wished he would take action on Hillary Clinton's emails and the wall along the US-Mexico border he's promised to build, his supporters continued to blame others for his supposed shortcomings.

*–Lissandra Villa and Tamerra Griffin*

⊘ Posted at 9:19 a.m., Feb. 18   

## BuzzFeed News' Lissandra Villa is live in Melbourne, FL today, follow her tweets for updates on the action



**Lissandra Villa** ✔
@LissandraVilla

☑ Follow

Hi! 👋 I'm in Melbourne, FL, where President Trump is having a rally this afternoon. On twitter, he promised there's "a lot to talk about."

9:02 AM - 18 Feb 2017

↩ ⟳ 22 ♥ 91



*Twitter*

–Lissandra Villa Huerta

Ⓞ Posted at 9:11 a.m., Feb. 18 

## Trump says the media is the "enemy of the American people" in Friday night tweet



President Trump's war against the news media escalated to new heights Friday, posting on Twitter that news organizations are "the enemy of the American people."

In the tweet, Trump said the New York Times, CNN, NBC News "and many more" are not his enemy — but rather that of the general public.

"SICK!" the tweet concluded.

Read the full story here.

**He doubled down on Saturday morning, urging the public to not believe the "fake news" media**



*—Jim Dalrymple II*

Posted at 9:06 a.m., Feb. 18

**Trump has a busy day planned at "The Southern White House" before heading to his rally in Melbourne tonight**



*—Jessica Simeone*





NEXT ON NEWS›

**A High School Boy Just Sued Because He Has To Share...**

Tagged: donald trump, florida, rally

### BuzzFeed NEWS

**In The News Today**

- The sudden electronics ban targeting Middle East and North African airports was sparked by militant chatter about using laptop bombs, said a US official.

- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.

- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.

- Starbucks is now selling an avocado spread that's proving to be surprisingly controversial, with some calling it tasty and others calling it "alien slime" 🥑 🙁

Download the BuzzFeed News app

BuzzFeed NEWS



Why Is Donald Trump So Obsessed With Surveillance?

by Aram Roston

Connect With BuzzFeed USNews

Like Us On Facebook

Follow Us On Twitter



News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address          Sign up

More News



Trump's Critics Are Letting The Bigger Russia Story Slide



[A Murder In Berkeley Gave The Far-Right Its Perfect Perp](#)



[The Man Who Taught Donald Trump To Pit Gay People Against Immigrants](#)



[The Softening Of Kellyanne Conway](#)



[A Wall Divides Latin America — But Not The One You're Thinking Of](#)



[The Far Right's Most Common Memes Explained For Normal People](#)



[This Student's Secret Abortion Shows Why Thousands Of Irish Women Will Strike Next Week](#)



[Nashville's Last Taboo? Country Music Stars Are Tiptoeing Around Trump](#)



**Here's What Parental Leave Is Really Like Around The World**



**Egypt's Feared Spy Agency Has Hired Some DC Lobbyists To Clean Up Its Image**

More News ›

## Now Buzzing



**Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale**



**There's A Prosecco-Flavored Edible Nail Polish Because Why Not**



**A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"**



This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care



Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco



LA City Employees Barred From Helping Federal Immigration Authorities



Who Hurt You?



Some GOP Senators Want To Wait Before Dismissing Trump's Wiretapping Claims



If You Can't Make It Through This Post Without Cringing, You Might Suffer From Chaetophobia



A Russian Lawyer Involved In A US Prosecution Mysteriously Plunged From His Apartment Window




**This Man Who Found Swastikas On His House Actually Spray Painted Them Himself, Police Say**



**18 Disturbing Internet Urban Legends That'll Fuck You Up**

More Buzz ›

Advertise  Jobs  Mobile  Newsletter  Shop   🌐 US Edition ⌄

About  Press  RSS  Privacy  User Terms  Ad Choices  Help  Contact

© 2017 BuzzFeed, Inc



# Exhibit
# 2

At Rallies In Florida, Women Think Trump's Past Is Past - BuzzFeed News

# BuzzFeed NEWS

News    Videos    Quizzes    Tasty    Nifty    More ⌄    Get Our App!

       

POLITICS

# At Rallies In Florida, Women Think Trump's Past Is Past

BuzzFeed News's Dino Grandoni reported from Ocala and Ariane Lange reported from Lakeland in Florida.

Originally posted on Oct. 12, 2016, at 6:12 p.m.
Updated on Oct. 13, 2016, at 4:34 a.m.

 **Dino Grandoni**
BuzzFeed News Reporter

 **Ariane Lange**
BuzzFeed News Reporter

 Reporting From
Florida

    



Donald Trump speaking at the Southeastern Livestock Pavillion in Ocala, Florida. *Gerardo Mora / Getty Images*

OCALA, Florida — Gathered under the glare of a central Florida sun on Wednesday, Donald Trump supporters said they were ready to weather yet more allegations that the Republican businessman behaved inappropriately around women.

And later in the evening they would, after the *New York Times* and the *Palm Beach Post* published accounts of at least three more women who accused Trump of making unwanted sexual advances.

Earlier on Wednesday, BuzzFeed News published an account of four former contestants in the 1997 Miss Teen USA pageant who said Trump walked into the

## BuzzFeed NEWS

**In The News Today**

- Travelers are concerned their laptops will be stolen now that the US is banning electronic devices from being carried on flights coming from the Middle East.

- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.

- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.

- Mariah Carey revealed she's making a movie based on her iconic song "All I Want For Christmas Is You" 🎄👑

**Download the BuzzFeed News app**

## BuzzFeed NEWS



He Says His Lie Sent A Man To Prison For Life. Coming Forward Could Put Him Behind Bars

by Albert Samaha

**Connect With** BuzzFeed **Politics**

Like Us On Facebook
Follow Us On Twitter
Follow Us On Apple News
Subscribe to our RSS feed

dressing room while girls between the ages of 14 and 19 were changing.

"I remember putting on my dress really quick because I was like, 'Oh my god, there's a man in here,'" Mariah Billado, the former Miss Vermont Teen USA, told BuzzFeed News.

In about dozen interviews, women supporting Trump, many of them mothers, seemed unfazed as they waited to enter the rally and the Teen USA accounts reverberated through the media cycle.

"Frankly, I think that was years ago. It didn't kill anybody," said Gay Light of Oxford, Florida. She echoed the sentiment of many here that the statute of limitations to be outraged by Trump's barging in had passed.


Gay Light and two friends, Rick and Rosemary Stagg, on their way back to their car after the rally.
BuzzFeed News / Dino Grandoni

"They should have done something back then," said Mary Holt, stopping for a moment while waving an oversized "TRUMP PENCE" flag to talk. "Now that he's wanting to be the president, all the dirty news comes out."



News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address    Sign up

## More News


**Trump's Critics Are Letting The Bigger Russia Story Slide**


**A Murder In Berkeley Gave The Far-Right Its Perfect Perp**


**The Man Who Taught Donald Trump To Pit Gay People Against Immigrants**


**The Softening Of Kellyanne Conway**


**A Wall Divides Latin America — But Not The One You're Thinking Of**


**The Far Right's Most Common Memes Explained For Normal People**

More News >



Mary Holt pausing to pose for a picture. *Dino Grandoni / BuzzFeed News*

Other supporters trotted out a retort used by Trump himself in the most recent presidential debate: that his behavior pales in comparison to the infidelities and alleged sexual assaults of Hillary Clinton's husband.

"He didn't rape them, right?" Celeste Lovett said. "Well, Bill Clinton actually raped people." She was referring to Juanita Broaddrick, who for decades has claimed that Bill Clinton raped her in 1978.

"It's no different than the Secret Service walking in on a president with a woman on his desk," Light said, perhaps referring to an ex-Secret Service officer who claimed to have discovered Bill Clinton "making out on the Map Room table" with the daughter of former Vice President Walter Mondale.

At a rally in Lakeland later that afternoon, seven women likewise echoed the campaign's pivot to the Clintons, with some going even further. Trump supporter Debora Johnson defended the candidate against the former pageant contestants' allegations, saying "a lot of rich men, they would do that."

Glenda Starn suggested it was the teenagers' fault: "They want their name in the news, they want the glory of it. That's my opinion. So give 'em the glory."

In Ocala, one supporter named Connie who declined to give her last name, echoed some Teen USA contestants that BuzzFeed interviewed who doubted Trump could have entered the dressing room.

"It's not that I don't believe the story," Connie said. "But these are pageants with a lot of people going back and forth."

Others, again echoing Trump, simply dismissed the story outright because they no longer trusted mainstream media, which they see as being in cahoots with the Clinton campaign.

"There's just so much slander out there that Hillary's been spreading on Trump," Cindy Fox said over the loudspeakers at the rally. "You don't know if half of that is true."



**This Student's Secret Abortion Shows Why Thousands Of Irish Women Will Strike Next Week**



**Nashville's Last Taboo? Country Music Stars Are Tiptoeing Around Trump**



**Here's What Parental Leave Is Really Like Around The World**



**Egypt's Feared Spy Agency Has Hired Some DC Lobbyists To Clean Up Its Image**

### Now Buzzing



**Coal In "Freefall": The World Is Suddenly Building A Lot Fewer Coal Plants**



**Please Enjoy This Insane Trailer For Lindsay Lohan's New TV Show**



**Controversial Four Week Wait For Dole Dumped From Welfare Changes**



Cindy Fox cheering as Trump entered the arena. *Dino Grandoni / BuzzFeed News*

Lovett and her friend, Margaret Vafides, were suspicious of why the *Washington Post* published a video, which showed Trump saying he can grab women "by the pussy" without consent because he is famous, two days before a presidential debate.

"The media's attempt at throwing up stories to take the attention away from the real issues is a disservice to the American people," Vafides said, referring to the *Washington Post* and BuzzFeed News stories.

Barbara Hamilton, another Trump supporter, conceded the Teen USA story gave her pause about the candidate.

"I might look at him a little differently," Hamilton said, if the story were true. "They should make sure that he's got security around him around women."





**This Guy Catfished Someone For Two Years By Faking A Female Voice And It's Iconic**



**63 Photos That'll Take Every Aussie On A Trip Down Memory Lane**



**Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale**



**There's A Prosecco-Flavored Edible Nail Polish Because Why Not**



**A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"**



**This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care**



**Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco**

Case 0:17-cv-60426-UU    Document 21-2    Entered on FLSD Docket 03/27/2017    Page 30 of 45

Barbara Hamilton resting outside the rally entrance. *Dino Grandoni / Buzzfeed News*

Hamilton added that she wouldn't let a female family member compete in a pageant where older men are allowed in the dressing room. But that doesn't change her vote.

"I just do not like Hillary at all," she said. "Like Trump has said, she's been in office for 30 years and she's very corrupt."



The crowd in Ocala on Wednesday. *Gerardo Mora / Getty Images*

Holt, the flag-waving Trump diehard, said that she wouldn't let her 17-year-old daughter participate in such a pageant, either. She added that she might change the way she felt about Trump if she spoke with a former beauty queen in person.

"I think he probably did it," Holt said. "But we have a choice: We have Hillary or him. I vote him."

### More Women Say Donald Trump Touched Them Inappropriately
*buzzfeed.com*

### Teen Beauty Queens Say Trump Walked In On Them Changing
*buzzfeed.com*

Dino Grandoni is a science reporter for BuzzFeed News and is based in New York. Contact this reporter at dino.grandoni@buzzfeed.com
Contact Dino Grandoni at dino.grandoni@buzzfeed.com.

Ariane Lange is an entertainment reporter for BuzzFeed News and is based in Los Angeles.
Contact Ariane Lange at ariane.lange@buzzfeed.com.

Got a confidential tip? Submit it here.

      More ▾



**LA City Employees Barred From Helping Federal Immigration Authorities**



**Who Hurt You?**

More Buzz ›



NEXT ON NEWS›

**A High School Boy Just Sued Because He Has To Share...**

Tagged: election 2016, bill clinton, donald trump, hillary clinton, teen usa, trump rallies, trump rally

Advertise  Jobs  Mobile  Newsletter  Shop    🌐 US Edition ⌄

About   Press   RSS   Privacy   User Terms   Ad Choices   Help   Contact          © 2017 BuzzFeed, Inc



# Exhibit
# 3

# BuzzFeed**NEWS**



       

`POLITICS`

## Trump Fans Aren't Upset He's Raising From Big Donors Now

The big donors won't own Trump, his supporters say. Besides, he's got to keep up with Hillary.

posted on Jun. 17, 2016, at 11:29 a.m.

 **Tarini Parti**
BuzzFeed News Reporter

 **Rosie Gray**
BuzzFeed Staff

 Reporting From
Tampa, Florida

    


*Ron Jenkins / Getty Images*

Donald Trump wasn't one of the "puppets," he often told supporters. He wasn't beholden to major donors and lobbyists. He was self-funding his campaign.

It was a key part of his pitch to voters and his eventual success — Trump wasn't like the other politicians who begged Charles and David Koch for money, and his supporters loved that.

Now, he has to raise a lot more money. Trump has brought on major fundraisers who previously raised money for other candidates. He's got a few super PACs working on his behalf. His campaign has created a joint fundraising committee with the Republican National Committee that can accept checks for up to nearly $450,000. He's even requested a meeting with top aides to the Kochs.

---

# BuzzFeed**NEWS**

**In The News Today**

- Travelers are concerned their laptops will be stolen now that the US is banning electronic devices from being carried on flights coming from the Middle East.

- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.

- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.

- Mariah Carey revealed she's making a movie based on her iconic song "All I Want For Christmas Is You" ⚠️🎅

`Download the BuzzFeed News app`

# BuzzFeed**NEWS**


He Says His Lie Sent A Man To Prison For Life. Coming Forward Could Put Him Behind Bars
*by Albert Samaha*

**Connect With** BuzzFeed **Politics**

 Like Us On Facebook

 Follow Us On Twitter

Follow Us On Apple News

Subscribe to our RSS feed

---

But it's not upsetting his die-hard supporters.

"He had no choice, now that he's in the general election," said Sue Gillis, 73, of Millen, Georgia, who came to see Trump in Atlanta on Wednesday.

"He has to," said Michael Stainbrook, 64, of Stone Mountain Ga., who also attended Trump's Atlanta rally. "You're talking the difference between maybe — what was it? — he spent maybe $100 million on his campaign of his own money. Now they're talking about a billion dollars. That's an awful lot to spend."

"We've entered into a different entity," said Joan Buchli, a homemaker from West Tampa. "We have to come to the realization that it takes $2 billion to run a presidential campaign — that's disappointing to me because we teach our kids you can grow up to be whatever you want, but that's not true."

She explained she doesn't take everything Trump says to heart, "I decided to make a change this year and vote for an outsider, and I'm not taking everything he's saying so personally."

Many supporters believe Trump's already made his point by largely self-funding his primary. Now he needs to be able to compete with Clinton because she is the one actually beholden to donors, they argue.

"It doesn't bother me because Crooked Hillary — look at the money she's got from Wall Street," said Mike Johnson, a retired Tampa resident, who attended a Saturday morning event. "He's got no choice. What is he going to do? Fight with two hands behind his back?"

Johnson's son, Derek, added that Trump's supporters realize the real estate mogul is after all a "showman" and at the end of the day "money is what talks."

Wearing a T-shirt bearing Trump's face that read, "Washington, You're Fired!," Mike Smith of Tampa said he's certain Trump will still be able to disrupt things in Washington despite taking money from establishment donors. "I expected that because once you win the nomination you need a lot of money to win."

As Trump often does, Doug McIntyre of Tampa blamed the media and the system itself. "The media has made it so damn expensive to run. That's just the way it is. The funding system is so crooked and corrupt."

Despite Trump's reversal and his latest proposal at a rally this week to put one of his super PAC donors in charge China, his campaign continues to attack Clinton for "selling out the country," which his supporters in interviews echo as reasoning why Trump is still their choice. "Did you all hear about how Hillary Clinton put on a nuclear security advisory board one of her donors?" Stephen Miller, Trump's senior policy adviser asked the crowd in Tampa before introducing the candidate. "Did you hear about this by the way?"

Some Trump fans pointed to the donations the Clinton Foundation had received from foreign countries to make the point that Trump was still better on the issue than Clinton. "I think you're going to have to take a bit of money here and there," said John Hosegood of Winter Haven, Fla. "At least he's not taking money from foreign countries in exchange for favors."

Christy Gunter and her son Noah Gunter attended Trump's Greensboro event on Tuesday. Christy, 53, argued: At one time he wasn't taking donations at all, and he needs them because we need a change. And if it takes a businessman to change our world, that's what we need." Noah, 19, chimed in: "He's still not doing it as much as other politicians."



News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address    Sign up

**More News**



Trump's Critics Are Letting The Bigger Russia Story Slide



A Murder In Berkeley Gave The Far-Right Its Perfect Perp



The Man Who Taught Donald Trump To Pit Gay People Against Immigrants



The Softening Of Kellyanne Conway



A Wall Divides Latin America — But Not The One You're Thinking Of



The Far Right's Most Common Memes Explained For Normal People

More News >

Stephen Dickerson, a retired Tampa resident, called it a "necessarily evil."

"At some point it just needs to be done, but I don't think he's going to do something where he owes people positions," he said.

"They want to give it to him, you know?" Stainbrook said of big donors. "And it's not exactly the same. They're not going to own him."

*Rosie Gray reported from Atlanta and Greensboro, North Carolina.*

> Tarini Parti is a Capitol Hill reporter for BuzzFeed News and is based in Washington, D.C.
> Contact Tarini Parti at tarini.parti@buzzfeed.com.
>
> Rosie Gray is a reporter for BuzzFeed News and is based in Washington, D.C. Gray reports on politics and foreign policy.
> Contact Rosie Gray at rosie@buzzfeed.com.
>
> Got a confidential tip? Submit it here.

        More ▾



NEXT ON NEWS›

**A High School Boy Just Sued Because He Has To Share...**

Tagged: donald trump, donald trump



**This Student's Secret Abortion Shows Why Thousands Of Irish Women Will Strike Next Week**



**Nashville's Last Taboo? Country Music Stars Are Tiptoeing Around Trump**



**Here's What Parental Leave Is Really Like Around The World**



**Egypt's Feared Spy Agency Has Hired Some DC Lobbyists To Clean Up Its Image**

## Now Buzzing



**Coal In "Freefall": The World Is Suddenly Building A Lot Fewer Coal Plants**



**Please Enjoy This Insane Trailer For Lindsay Lohan's New TV Show**



**Controversial Four Week Wait For Dole Dumped From Welfare Changes**




**This Guy Catfished Someone For Two Years By Faking A Female Voice And It's Iconic**



**63 Photos That'll Take Every Aussie On A Trip Down Memory Lane**



**Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale**



**There's A Prosecco-Flavored Edible Nail Polish Because Why Not**



**A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"**



**This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care**



**Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco**



**LA City Employees Barred From Helping Federal Immigration Authorities**



**Who Hurt You?**

More Buzz ›

Advertise  Jobs  Mobile  Newsletter  Shop    🌐 US Edition ⌄

About  Press  RSS  Privacy  User Terms  Ad Choices  Help  Contact

© 2017 BuzzFeed, Inc



# Exhibit
# 4

# BuzzFeedNEWS

News    Videos    Quizzes    Tasty    Nifty    More ⌄    **Get Our App!**

       

## Your Primary Recap: Clinton, Trump Dominate And Rubio Quits

BuzzFeed News correspondents McKay Coppins was in Florida with Rubio; Tarini Parti was in Ohio with Kasich; Ruby Cramer was in Florida with Clinton; Rosie Gray was in Texas with Cruz and Adrian Carrasquillo was in Florida.

Originally posted on Mar. 15, 2016, at 5:07 p.m.
Updated on Mar. 16, 2016, at 3:29 a.m.

 **BuzzFeed News**
BuzzFeed Staff

     

**Donald Trump and Hillary Clinton dominated the five major primaries on Tuesday night — with Trump ending Marco Rubio's campaign in his home state of Florida, and Clinton dealing Bernie Sanders a string of losses from the Atlantic Coast to the Midwest.**

 

Gerald Herbert / AP         AP Photo/Lynne Sladky

The bottom line, though, is that the race is still on for Trump, while Clinton dealt serious blows to Sanders' momentum.

## More on that later, but first, a quick wrap up:

- On the Republican side: Trump won Florida, Illinois, North Carolina, and the Northern Mariana Islands caucuses. John Kasich won Ohio.
- For the Democrats: Hillary Clinton won Florida, North Carolina, Ohio, and Illinois.
- Results in Missouri are still too close to call for both parties.
- Marco Rubio dropped out of the race, ending what was a once-promising bid for the presidency that many thought could revitalize the Republican Party and how it

### BuzzFeedNEWS

**In The News Today**

- Travelers are concerned their laptops will be stolen now that the US is banning electronic devices from being carried on flights coming from the Middle East.

- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.

- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.

- Mariah Carey revealed she's making a movie based on her iconic song "All I Want For Christmas Is You" 🎄😎

**Download the BuzzFeed News app**

### BuzzFeedNEWS



How Trump's Lawyer Placed A Big Casino Bet That Left Dozens Empty-Handed

by Anthony Cormier

Connect With **BuzzFeed** USNews

**f**   Like Us On Facebook

**🐦**   Follow Us On Twitter

- appeals to younger and more diverse voters.
- Trump appeared on stage — and praised — his embattled campaign manager, who is accused of manhandling a Breitbart reporter.
- And while some people seem to think that, after Tuesday's results, the GOP race seems headed toward a contested convention — more on that below — others think Trump still has a clear path to locking up the nomination.
- Sanders' loss in Illinois comes after perhaps the best week of his campaign — and he still fell flat.
- Here's BuzzFeed News's live updates post, with full speech recaps links to all our coverage, and other goodness.

### Both Trump and Clinton crushed the polls in Florida — the races were called for them as soon as voting ended — which was the biggest prize of the night.

Minutes later, Rubio — Trump's main antagonist who was struggling to draw establishment Republicans to his corner — took to the stage and ended his campaign in an emotional speech.

"It is not God's plan that I'll be president in 2016 or maybe ever, and today my campaign is suspended," Rubio said.

BuzzFeed News reporter McKay Coppins was at Rubio's event:



**McKay Coppins** ✔
@mckaycoppins

Follow

Rubio trying to thank supporters here in Florida. Someone yells out, "Fight to the convention!"

5:13 PM - 15 Mar 2016

↩  ⇄ 25  ♡ 40



**McKay Coppins** ✔
@mckaycoppins

Follow

I will personally miss the crowds at Rubio rallies. Friendly, polite, generally idealistic, and averse to sucker-punching black people.

7:14 PM - 15 Mar 2016

↩  ⇄ 1,536  ♡ 2,507

### Trump's win in Florida, Illinois, and North Carolina were huge boosts in terms of delegates, but he still didn't seal his path to the nomination.

John Kasich defeated Trump in his home state of Ohio — keeping the governor in the race and preventing the businessman from accumulating a nearly insurmountable lead in delegates, the people who actually select the nominee.

Kasich looked outright overjoyed during his victory speech, vowing to not resort to insults as Trump as done. "I will not take the low road to the highest office in the land," he said.

"I labored in obscurity for so long," Kasich told the crowd in Cleveland.



News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address    **Sign up**

## More News



**Trump's Critics Are Letting The Bigger Russia Story Slide**



**A Murder In Berkeley Gave The Far-Right Its Perfect Perp**



**The Man Who Taught Donald Trump To Pit Gay People Against Immigrants**



**The Softening Of Kellyanne Conway**



**A Wall Divides Latin America — But Not The One You're Thinking Of**



**The Far Right's Most Common Memes Explained For Normal People**

"People counted me out. People in Ohio were saying, 'Why don't they ever call on him?' But we put one foot in front of the other."

His event was also noted for its serious use of confetti — because last time he didn't have enough. It was a lot of confetti. Lots and lots of confetti. Take it from this GIF and our reporter who was there, Tarini Parti:



**Tarini Parti** ✔
@tparti
[Follow]

Kasich camp staffer said they decided to bury him in confetti tonight because gov complained after NH that the confetti was weak

7:42 PM - 15 Mar 2016

↩ ♻ 58 ♥ 94



**NBC Nightly News** ✔
@NBCNightlyNews
[Follow]

They went all-out with the confetti for John Kasich's Ohio Primary victory speech tonight.

6:44 PM - 15 Mar 2016

↩ ♻ 167 ♥ 349

## Trump didn't even mention Kasich in his speech.

But he did notably congratulate his embattled campaign manager, Corey Lewandowski, who stood next to Trump on stage.

"Good job, Corey," Trump said. Lewandowski has been accused by former Breitbart News reporter Michelle Fields of roughly grabbing her while she tried to ask Trump a question, leaving bruises. Trump has suggested Fields was making the story up, while Lewandowski called her "delusional." Fields filed a police report that alleges Lewandowski assaulted her. Trump faced criticism for backing his staffer so visibly during the speech.

Trump then delivered his usual stump speech, saying, "More importantly than anything else we're going to start winning again, this country doesn't win anymore, we don't win with our military, we don't win with trade."

He also knocked "disgusting reporters," calling them "horrible people." Here's how Lewandowski reacted to that:



**This Student's Secret Abortion Shows Why Thousands Of Irish Women Will Strike Next Week**



**Nashville's Last Taboo? Country Music Stars Are Tiptoeing Around Trump**



**Here's What Parental Leave Is Really Like Around The World**



**Egypt's Feared Spy Agency Has Hired Some DC Lobbyists To Clean Up Its Image**

[More News ›]

## Now Buzzing



**Coal In "Freefall": The World Is Suddenly Building A Lot Fewer Coal Plants**

[More Buzz ›]



vine.co

Kasich's win in Ohio is also a major step toward a contested Republican convention in July, which could happen when no one candidate nabs the 1,237 delegates to secure the nomination and the delegates instead decide who to support on the floor of the event.

As Parti wrote:

> His win — the first primary victory for Kasich — will make it harder for Trump to secure the Republican nomination for president outright, increasing the chances of a chaotic contested convention in July set to take place just a few miles from where the governor celebrated his win complete with confetti canons on Tuesday.
>
> ...
>
> Kasich will move on to campaigning in Pennsylvania and Utah this week. His campaign repeatedly points out that there are still almost 1,000 delegates to go before the convention and that the map for upcoming contests in the next few weeks is more suitable for Kasich's message. "We're going to hitch up a covered wagon and we're going West," the governor told reporters the day before the election.

Coppins said such a convention could severely damage the Republican Party as we know it:



Please Enjoy This Insane Trailer For Lindsay Lohan's New TV Show



Controversial Four Week Wait For Dole Dumped From Welfare Changes



This Guy Catfished Someone For Two Years By Faking A Female Voice And It's Iconic



63 Photos That'll Take Every Aussie On A Trip Down Memory Lane



Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale



There's A Prosecco-Flavored Edible Nail Polish Because Why Not



McKay Coppins ✔
@mckaycoppins

Follow

Can't think of a scenario more likely to permanently fracture the GOP than a contested convention this year. Looks like we're headed there.

6:24 PM - 15 Mar 2016

↩    ↻ 149    ♥ 215

Others, though, think Trump still has a great chance to secure the nomination without convention drama.



*Carolyn Kaster / AP*

## Clinton used her speech — she delivered it with a hoarse voice to throngs of amped-up supporters — to criticize Trump.

Clinton said she would seek to "bring our country together." Plans to do things like bar Muslims from entering the country and build a wall on the Mexican border, Clinton said, don't make Trump "strong. It makes him wrong."

"This isn't just about Donald Trump. All of us have to do our part," Clinton continued. "We have to take on all forms of inequality and discrimination."

She also sought to emphasize that she offered more than just nice-sounding ideas — a clear shot at her rival, Sanders.

"Running for president is hard," she said. "But being president is harder."



Ruby Cramer ✔
@rubycramer

Follow

crowd tonight in West Palm Beach is one of the loudest and most energized @HillaryClinton has had during this campaign.

6:06 PM - 15 Mar 2016

A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"



This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care



Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco



LA City Employees Barred From Helping Federal Immigration Authorities



Who Hurt You?

3/21/2017 Another Yuge Primary Race As Clinton, Trump Dominate On Big Night. But Marco Rubio Quits. Page 44 of 45

Case 0:17-cv-60426-UU   Document 21-2   Entered on FLSD Docket 03/27/2017   Page 44 of 45

⮐  ⇄ 84   ♥ 206

## Clinton's win in Florida also showed that she is solidifying her grip on the Latino vote nationwide.

As BuzzFeed News reporter Adrian Carrasquillo wrote:

> Miami and the rest of Florida's large Hispanic community confirmed something for Clinton: Her strength with the critical voting bloc — one that looks different in key states — has now helped deliver big wins in Texas and Florida where 27.5% of all Latinos in the country live.
>
> The results looked similar to Texas and other counties around the country where Hispanics are densely populated. Clinton won 69% of Latino support in Florida, compared to just 31% for Sanders. She performed well across all groups, with 74% support from Latinas and 72% from the sizable non-Cuban Hispanic population in Florida where Puerto Ricans, Colombians, Venezuelans, and others contribute to a Latino voter profile that is different than in other states.

## Sanders delivered his stump speech at a rally to supporters early in the evening.

"You do not have to accept the status quo. We can do better," Sanders said. "Don't let people tell you that you can't think big."

His loss in Illinois was severe though — Sanders has one of his best weeks of the campaign season, and still couldn't beat Clinton in a state he focused on. As BuzzFeed News reporter Evan McMorris Santoro put it:

> really Illinois was one of Sanders' best-executed campaigns, message- and focus-wise. big loss.
>
> — E McMorris-Santoro (@EvanMcSan)

> if the conversation is about delegate math, that's Clinton's conversation. Sanders needed wins. Didn't get 'em. https://t.co/wzElIjddPF
>
> — E McMorris-Santoro (@EvanMcSan)

## Here's BuzzFeed News's full primary coverage:

Marco Rubio Drops Out Of Presidential Race

Donald Trump Just Called Fox's Megyn Kelly "Crazy Megyn"

"Good Job, Corey," Trump Tells Embattled Campaign Manager After Tuesday Victories

John Kasich's Big Win Is A Key Step Toward A Contested Convention

Small Confetti Blizzard Dropped On John Kasich Because Last Time There Wasn't Enough

Clinton Solidifies Her Grip On The Latino Vote Nationally With Big Florida Win

What Should We Name This Super Tuesday?

Bernie's Best Week Ever Falls Flat

Ted Cruz's Plans To Go One-On-One With Donald Trump Got Messed Up By John Kasich

Live Updates Of the Primary And Aftermath

      **More** ▾



NEXT ON NEWS›

**A High School Boy Just Sued Because He Has To Share...**

Tagged: presidential primaries 2016, clinton, cruz, florida, illinois, missouri, north carolina, ohio, rubio, sanders, trump

Advertise   Jobs   Mobile   Newsletter   Shop    US Edition ⌄

About   Press   RSS   Privacy   User Terms   Ad Choices   Help   Contact

© 2017 BuzzFeed, Inc

