Exhibit
5

# BuzzFeedNEWS

 

News　Videos　Quizzes　Tasty　Nifty　More ⌄　　**Get Our App!**

# Sanders Concedes Missouri Primary, Giving Clinton A Sweep In Tuesday Contests

BuzzFeed News reporters are with the candidates — McKay Coppins is in Florida with Rubio; Tarini Parti is in Ohio with Kasich; Ruby Cramer is in in Florida with Clinton; Adrian Carrasquillo is in Florida; and Rosie Gray is in Texas with Cruz.

posted on Mar. 13, 2016, at 11:03 a.m.


**BuzzFeed News**
BuzzFeed Staff



AP Photo/Carolyn Kaster; AP Photo/Kiichiro Sato; AP Photo/Jeff Roberson; AP Photo/Gene J. Puskar

## Catch up quickly here:

- Hillary Clinton swept Tuesday's primary contests, winning all five states after Bernie Sanders conceded Missouri on Thursday.

## Here's the current delegate situation:

- Trump had a very slight lead in Missouri, with the state's Republican party announced a tentative tally awarding him 37 delegates. The tally gives Cruz 15 delegates.

- In all, five big states — Florida, Ohio, Illinois, North Carolina, and Missouri — voted.

- For the Republicans: Donald Trump declared winner in Florida, North Carolina and Illinois. An elated John Kasich took his home state of Ohio for his first primary win, denying Trump a major win that would have cleared him out of the race.

- Trump appeared on stage Tuesday — and praised — his embattled campaign manager, who is accused of manhandling a Breitbart reporter.

- Sanders' loss in Illinois comes after perhaps the best week of his campaign — and he still fell flat.

- Here's BuzzFeed News's full recap of the evening — it's what you need to know all in one place.

**UPDATED 03.16.16, 8:20 AM**

# Earned Delegates

These are the delegates each Republican and Democratic candidate for president won in state primaries or caucuses.
This list will be updated after each contest.

## Republican Delegates
**NEEDED TO WIN NOMINATION: 1,237**

| | Donald Trump | 621 |
| | Ted Cruz | 396 |
| | John Kasich | 138 |

## Democratic Delegates
**NEEDED TO WIN NOMINATION: 2,383***

| | Hillary Clinton | 1,094 |
| | Bernie Sanders | 774 |

*THIS COUNT DOES NOT INCLUDE SUPERDELEGATES, WHERE CLINTON HAS A LARGE LEAD. SUPERDELEGATES ARE ABLE TO CHANGE WHO THEY ARE SUPPORTING.

SOURCES: AP, NEW YORK TIMES

*Getty/BuzzFeed News*

## Updates

⊙ Posted at 3:53 p.m., Mar. 17  

### Sanders concedes Missouri to Clinton, giving her a five-state sweep



Ricardo Arduengo / AP

Bernie Sanders on Thursday conceded the Missouri primary to rival Hillary Clinton, saying he would not invoke his right to a recount of the extremely close results.

Clinton ended the five-state Tuesday primary ahead of Sanders by 1,531 votes in Missouri.

Under state law, Sanders could have sought a recount because the margin was less than 0.5%. However, in an interview with the Associated Press, Sanders said he would "prefer to save the taxpayers of Missouri some money."

"Whether we win by 200 votes or lose by 500, it's not going to impact the delegate selection," the senator told the AP.

Both Democratic candidates had been slated to get 32 delegates each. However, the AP reported that Clinton will get an extra two delegates for winning the statewide vote.

Posted at 2:55 p.m., Mar. 16        

## Trump Wins 37 Delegates in Missouri Primary, Cruz Takes 15

Case 0:17-cv-60426-UU   Document 21-3   Entered on FLSD Docket 03/27/2017

The Missouri Republican Party has announced a tentative delegate tally from Tuesday's primary, awarding GOP frontrunner Donald Trump 37 delegates.

Ted Cruz won 15 delegates, according to the tentative tally.

Trump and Cruz were neck and neck Tuesday night when Missouri's primary ended. The race still had not officially been called Wednesday, and results showed Trump with less than a .2% lead over Cruz.

⊘ Posted at 10:32 a.m., Mar. 16    

## Trump's Campaign Manager Will Also Be One Of His Delegates At The Convention



*Joe Raedle / Getty Images*

According to a list the presidential hopeful gave to New Hampshire's secretary of state, Corey Lewandowski, Trump's campaign manager, will also serve as one of his delegates at the Republican National Convention.

The *New York Times* reported that Lewandowski's name was one of 11 delegates and alternatives submitted on Feb. 26.

⊘ Posted at 10:00 a.m., Mar. 16    

## Fox News Channel Cancels March 21 Debate In Utah

After two candidates on Wednesday announced they would not be participating in the March 21 debate hosted by Fox News in Salt Lake City, the network decided to cancel the event altogether.

Local NBC affiliate KSL 5 reported that Fox News notified the Utah venue Wednesday morning local time.

The Republican National Committee later confirmed the decision to NBC.



**Katy Tur** ✓
@KatyTurNBC

[ Follow ]

RNC confirms Salt Lake City debate is cancelled.

10:32 AM - 16 Mar 2016

↩  ⟲ 108  ♡ 140

According to Utah's GOP chairman James Evans, more than 50,000 people had already signed up for debate tickets.

The Republican National Committee added this debate to the last in February. When Trump announced earlier today that he would not participate, he noted that the somewhat last-minute scheduling had caught him off guard.

Shortly after the republican frontrunner announced he would drop out, Ohio Gov. John Kasich's office said he would not participate either.

BuzzFeed News has reached out to the Salt Palace Convention Center.

⊙ Posted at 9:01 a.m., Mar. 16 

## Kasich Aide Says He Will Not Go To Fox News Debate If Trump Doesn't



*Tony Dejak / AP Photo*

John Weaver, a top strategist for presidential candidate John Kasich, said Wednesday that the Ohio governor would not participate in Fox News' debate on March 21 in Utah due to Trump's having backed out.

Weaver tweeted that it was "no surprise" that Trump would want to avoid "contrast," and added that if the real estate developer followed through on his announcement, that Kasich would visit Utah on Friday.



## If Trump changed his mind, however, Weaver said Kasich would attend the debate.



*—Tamerra Griffin*

Posted at 8:47 a.m., Mar. 16

## Florida Gov. Rick Scott Endorses Donald Trump For President





**David Mack** ✔
@davidmackau

Just In: Florida Gov. Rick Scott endorses Donald Trump for president

8:45 AM - 16 Mar 2016

↩    ♺ 44    ♥ 24

---

🕐 Posted at 7:31 a.m., Mar. 16          

## Trump Delegates With Foreign-Sounding Names Receive Fewer Votes From Trump Supporters



*Michael B. Thomas / Getty Images*

Voting patterns from yesterday's primary in Illinois suggest that Trump delegates with foreign-sounding names earned less ballots from Trump supporters than their counterparts.

In Illinois, voters are instructed to elect three delegates to the Republican National Convention, and each delegate is tied to a particular candidate.

## One editor noticed early Wednesday morning a possible relationship between the Trump delegates' last names and voter support.



**Dave Wasserman** ✔
@Redistrict

This is big: Trump voters' aversion to candidates w/ foreign-sounding names cost him at least 2 delegates. Example:
chicago.cbslocal.com/election-resul…

10:26 PM - 15 Mar 2016

↩    ♺ 399    ♥ 299

As the *Washington Post* reported, Trump's three delegates in the sixth district are Paul Minch, Barbara Kois, and Nabi Fakroddin. Minch earned the most votes at 35,435, and Kois trailed closely behind with 35,120, a drop-off of about 315 votes.

Fakroddin, however, placed sixth, winning 30,639 votes. Because of Fakroddin's low numbers, Trump only walked away with two of his three delegates' votes in that district. Kasich picked up the third.

A similar thing happened in the 13th district.

Raja Sadiq, a potential Trump delegate, again placed sixth behind two others — Doug Hartmann, who won, and Toni Gauen, who placed fifth. Compared to Hartmann, Sadiq earled about 8,000 fewer votes.

"It's not clear if Sadiq and Fakroddin would have suffered the same fate had they been delegates for candidates who hadn't espoused a harshly anti-Muslim position," the *Post* reported, acknowledging the difficulty in comparing this trend with other candidates because none of them appeared to have foreign-sounding last names.

—*Tamerra Griffin*

Posted at 6:14 a.m., Mar. 16    

## Trump Will Not Attend Fox News Debate On March 21 In Utah



*Win Mcnamee / Getty Images*

Trump announced during a phone interview on Fox News on Wednesday morning that he would not participate in the network's debate on March 21 in Salt Lake City, Utah.

"I thought the last debate on CNN was the last debate, was going to be it," the Republican frontrunner said. "I think we've had enough debates."

He appeared to suggest that he was not prepared for another debate to be scheduled at all, according to The Hill.

"How many times can the same people ask you the same question?" Trump asked.

This is not the first time Trump has turned down an invitation to a debate hosted by Fox News. In January, months after a controversial comment he made about Fox News' Megyn Kelly, Trump refused to attend a debate because of Kelly's involvement.

In recent months, the two appeared to have eased the tensions between them. But on Tuesday, Trump called Kelly "Crazy Megyn" on Twitter.

The real estate developer also predicted that riots could ensure if he lost the nomination at the Republican National Convention in July.

Trump said during a CNN interview on Wednesday that if he wound up being 10 or 20 votes short of the nomination, "and somebody else is at 500 or 400 cause we're way ahead of everybody, I don't think you can say that we don't get it automatically."

"I think you'd have riots," he added, according to Bloomberg.

*—Tamerra Griffin*

Posted at 10:29 p.m., Mar. 15   

## Missouri Race Is Too Close To Call

The Republican and Democratic races in Missouri were neck and neck as of early Wednesday morning. With 100% of the precincts reporting the margins were less than 1% for both parties — which means that the losing candidate can ask for a recount, according to the AP.

As of 1:30 a.m. in the Democratic race, Clinton was at 49.6% or 310,363 votes and Sanders had 49.4% or 308,808 votes, according to the state's official count.

For the Republicans it was a virtual dead heat between Trump and Cruz. Trump pulled in 381,720 votes (40.8%), while Cruz had 380,084 votes (40.7%).

*—Jessica Simeone*

Posted at 9:55 p.m., Mar. 15   

## Sanders' Momentum Runs Out



Ralph Freso / Getty Images

After an upset win in Michigan, everything seemed to be coming up Bernie but as the results came in Tuesday, it was apparent that the momentum fell short.

In the weeks following Michigan, the campaign was looking forward to races in states where Sanders felt more confident, he was competing for the black vote and capitalizing on some Clinton stumbles. But in the end, Clinton bested him in Florida, Ohio, Illinois and North Caroline, with results in Missouri too close to call as of early Wednesday.

Read more from BuzzFeed News' Evan McMorris-Santoro about the Sanders campaign's loss of momentum on Tuesday here.

⊙ Posted at 8:36 p.m., Mar. 15    

## Kasich Celebrates With Confetti Storm



Brendan Smialowski / AFP / Getty Images

Kasich was practically buried in a blizzard of confetti after his big win Tuesday night because he allegedly complained about the lack of confetti when he pulled in second

Case 0:17-cv-60426-UU   Document 21-3   Entered on FLSD Docket 03/27/2017   Page 12 of 66

in New Hampshire last month, a campaign staffer told BuzzFeed News.

Check out more about Kasich and his confetti storm here.

⊙ Posted at 8:19 p.m., Mar. 15 

## Cruz Remains Hopeful Despite Losses To Trump



*Charles Ledford / Getty Images*

Cruz painted the Republican contest as a two man race between him and Trump in a speech to supporters, despite the fact he had yet to win any of the five states holding primaries on Tuesday night.

"Tonight was a good night," he optimistically told his backers in Houston. "Tonight we continued to gain delegates and continue our march to 1,237."

The Texas senator said he was eager and willing to welcome supporters of Rubio after the Florida senator ended his presidential bid Tuesday night, saying now was the time for the party to unite behind him.

"Starting tomorrow morning, there is a clear choice, a clear and direct choice," he said, "And for everyone who wants to see a bright tomorrow we welcome you to our teams, we welcome you with open and welcoming arms."

Cruz said he was ready to take up the anti-Trump mantle because he is the only candidate who has beaten the real estate mogul "over and over again."

He attempted to woo voters to his camp by painting Trump as a wolf in Republican's clothing, and himself as the true conservative fighting for the party's core values.

"Going forward, do you want a candidate who supports your values, or do you want a candidate who has opposed your values for decades?" he asked.

He also blamed the media for giving Trump what he called an unfair amount of attention, accusing them of a conspiracy to boost Trump to ensure a Clinton victory in the general election.

Case 0:17-cv-60426-UU   Document 21-3   Entered on FLSD Docket 03/27/2017   Page 13 of 66

"Trump is the one person Hillary Clinton can beat," he said.

As of this writing, Trump and Cruz are in close battle for the Missouri primary, the only of Tuesday's primaries that is outstanding for the Republicans.

Posted at 8:14 p.m., Mar. 15 

## Sanders: "You do not have to accept the status quo. We can do better."



*Scott Olson / Getty Images*

On Tuesday night, Bernie Sanders rallied his supporters in Phoenix after sustaining primary losses to Hillary Clinton.

"You do not have to accept the status quo. We can do better," Sanders said. "Don't let people tell you that you can't think big."

The senator from Vermont went down a list of issues, including financial inequality, immigration reform, and the criminal justice system, that he pledged to change if he's elected president. Sanders reaffirmed his commitment to increasing social security and ending huge tax breaks for the wealthy. Senior citizens and disabled vets should not have to make ends meet with $11,000 or $12,000 a year, he said.

"We will be judged as a nation not by how many millionaires and billionaires we have but by how we treat the weakest and most vulnerable amongst us," Sanders said. He singled out the Walton family, who own a majority of the Walmart company.

Sanders also said he would use the president's executive power to move comprehensive immigration reform forward if it stalls in Congress. "They are tired of living in the shadows, they are tired of living in fear and being exploited," Sanders said.

Sanders also took on Clinton by highlighting her vote in favor of the Iraq War and money she received from Super PACs and Wall Street firms.

He ended his speech by calling people of all races and backgrounds to unite. "If we stand together there is nothing we cannot accomplish," Sanders said.

—*Adolfo Flores*



Posted at 7:52 p.m., Mar. 15

## "Good Job, Corey," Trump Tells Embattled Campaign Manager After Tuesday Victories



*Win Mcnamee / Getty Images*

> Speaking from his Palm Beach, Florida club, Mar-a-Lago, Trump crowed about his victory in the state — with his embattled campaign manager Corey Lewandowski at his right and his son Eric Trump at his left.
>
> Trump and Lewandowski have pulled off a near sweep of today's primaries and caucuses — winning Florida, Illinois, North Carolina, and the Northern Mariana Islands, while Ohio's governor John Kasich won his home state.
>
> "Good job Corey," Trump said, "and Hope (spokesperson Hope Hicks) and our whole squad."
>
> Otherwise Trump gave a version of his standard stump speech, lambasting trade deals, crowing over his poll numbers, and promising to win for America.
>
> "More importantly than anything else we're going to start winning again, this country doesn't win anymore, we don't win with our military, we don't win with trade."

—*Matthew Zeitlin*

### [Read more here.](buzzfeed.com)
*buzzfeed.com*

Posted at 7:25 p.m., Mar. 15

## Kasich's Big Win Over Trump Increases Chances Of Contested Convention

Kasich secured a win in the Ohio primary Tuesday night and took 66 delegates with him. The Ohio governor defeated Trump for his first primary win. The win will make it harder for Trump to secure the Republican nomination and increases the chances of a chaotic contested convention in July, BuzzFeed News' Tarini Parti reported.

"With a narrowing field, Gov. Kasich is the candidate best positioned to go toe-to-toe in the remaining states," Kasich's chief campaign strategist John Weaver said.

Read the full report here.

---

more updates

---

      More ▾



NEXT ON NEWS›

**A High School Boy Just Sued Because He Has To Share...**

Tagged:presidential primaries 2016, clinton, cruz, kasich, rubio, sanders, super tuesday part 2, trump

**BUZZFEED NEWS**

**In The News Today**

- Travelers are concerned their laptops will be stolen now that the US is banning electronic devices from being carried on flights coming from the Middle East.

- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.

- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.

- Mariah Carey revealed she's making a movie based on her iconic song "All I Want For Christmas Is You" 🎄🎅



Download the BuzzFeed News app

**BUZZFEED NEWS**



### The New Handbook For Cyberwar Is Being Written By Russia

by Sheera Frenkel

—— Connect With **BuzzFeed** USNews ——

 Like Us On Facebook

 Follow Us On Twitter



News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address        Sign up

## More News



**Trump's Critics Are Letting The Bigger Russia Story Slide**



**A Murder In Berkeley Gave The Far-Right Its Perfect Perp**



**The Man Who Taught Donald Trump To Pit Gay People Against Immigrants**

More News ›

3/21/2017    Saturday's Contests Decides Missouri Primary, Giving Clinton A Slight Delegate Lead Over Sanders — BuzzFeed News

Case 0:17-cv-60426-UU Document 21-9 Entered on FLSD Docket 03/27/2017 Page 17 of 66



The Softening Of Kellyanne Conway



A Wall Divides Latin America — But Not The One You're Thinking Of



The Far Right's Most Common Memes Explained For Normal People



This Student's Secret Abortion Shows Why Thousands Of Irish Women Will Strike Next Week



Nashville's Last Taboo? Country Music Stars Are Tiptoeing Around Trump



Here's What Parental Leave Is Really Like Around The World



Egypt's Feared Spy Agency Has Hired Some DC Lobbyists To Clean Up Its Image

## Now Buzzing



**Coal In "Freefall": The World Is Suddenly Building A Lot Fewer Coal Plants**



**Please Enjoy This Insane Trailer For Lindsay Lohan's New TV Show**



**Controversial Four Week Wait For Dole Dumped From Welfare Changes**



**This Guy Catfished Someone For Two Years By Faking A Female Voice And It's Iconic**



**63 Photos That'll Take Every Aussie On A Trip Down Memory Lane**



**Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale**



**There's A Prosecco-Flavored Edible Nail Polish Because Why Not**



**A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"**



**This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care**



**Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco**



**LA City Employees Barred From Helping Federal Immigration Authorities**



**Who Hurt You?**

More Buzz ›



# Exhibit 6

Case 0:17-cv-60426-UU Document 21-5 Entered on FLSD Docket 03/27/2017 Page 22 of 66

# BUZZFEED NEWS

 

News    Videos    Quizzes    Tasty    Nifty    More ⌄    **Get Our App!**

       

# Trump And Clinton Own Super Tuesday With Victories From The South To Northeast

BuzzFeed News reporter Evan McMorris-Santoro is with Bernie Sanders in Vermont; Rosie Gray is with Ted Cruz in Texas; McKay Coppins is with Rubio in Florida; and Ruby Cramer is with Hillary Clinton.

Originally posted on Mar. 1, 2016, at 11:20 a.m.
Updated on Mar. 2, 2016, at 2:48 p.m.


**BuzzFeed News**
BuzzFeed Staff

      

 

Andrew Harnik / AP

## Quickly catch up on your democracy:

- Here's the bottom line: Super Tuesday was Donald Trump and Hillary Clinton's night. For full, live updates from the evening and into Wednesday's aftermath, check out our running post and recordings of our Facebook live feeds.

- Clinton swept out eight of 12 victories, handily winning the Southern vote and solidifying her momentum against a once-insurgent Bernie Sanders for the Democratic nomination.

- Donald Trump won seven of 11 states up for grabs in the GOP contests — many of them in the South but also Massachusetts and Vermont.

- Ted Cruz won the GOP primary in Texas, his home state, and in Oklahoma, staving off strong challenges by Trump.

- The victories also give Cruz a big talking point for the other candidates to drop out — namely that he is the only Republican to hand Trump his three losses so far. The other was Iowa.

---

## BUZZFEED NEWS

**In The News Today**

- Travelers are concerned their laptops will be stolen now that the US is banning electronic devices from being carried on flights coming from the Middle East.

- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.

- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.

- Mariah Carey revealed she's making a movie based on her iconic song "All I Want For Christmas Is You" 🎄😎

**Download the BuzzFeed News app**

## BUZZFEED NEWS



### How Trump's Lawyer Placed A Big Casino Bet That Left Dozens Empty-Handed

by Anthony Cormier

**Connect With BuzzFeed USNews**

f  Like Us On Facebook

🐦  Follow Us On Twitter

- Sanders made his speech early after winning his home state of Vermont and reminded supporters that he could still pull in a huge amount of delegates and remain competitive. He won four states.

- Clinton's victories are significant because she attracted large support from black voters, who largely went to President Obama in 2008.

- For the Democrats, Clinton won Georgia, Virginia, Tennessee, Massachusetts, Alabama, Arkansas, Texas and American Samoa. Sanders won Vermont, Oklahoma, Colorado, and Minnesota.

- On the GOP side, Trump won Arkansas, Alabama, Georgia, Virginia, Massachusetts, Vermont and Tennessee. Cruz won Alaska, Oklahoma and Texas. Marco Rubio won Minnesota.

**UPDATED 03.02.16, 4:25 PM**

# Earned Delegates

These are the delegates each Republican and Democratic candidate for president won in state primaries or caucuses.
This list will be updated after each contest.

## Republican Delegates
**NEEDED TO WIN NOMINATION: 1,237**

| | | |
|---|---|---|
| Donald Trump | 316 |
| Ted Cruz | 226 |
| Marco Rubio | 106 |
| John Kasich | 25 |
| Ben Carson | 8 |

## Democratic Delegates

News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address    Sign up

## More News



**Trump's Critics Are Letting The Bigger Russia Story Slide**



**A Murder In Berkeley Gave The Far-Right Its Perfect Perp**



**The Man Who Taught Donald Trump To Pit Gay People Against Immigrants**



**The Softening Of Kellyanne Conway**



**A Wall Divides Latin America — But Not The One You're Thinking Of**



**The Far Right's Most Common Memes Explained For Normal People**



 

**DEMOCRATIC DELEGATES**

NEEDED TO WIN NOMINATION: 2,383*

Hillary Clinton    577

Bernie Sanders    386

*THIS COUNT DOES NOT INCLUDE SUPERDELEGATES, WHERE CLINTON HAS A LARGE LEAD. SUPERDELEGATES ARE ABLE TO CHANGE WHO THEY ARE SUPPORTING.

SOURCES: AP, NEW YORK TIMES

*BuzzFeed News*

Hillary Clinton and Donald Trump solidified their positions as the candidates to beat for the Democratic and Republican presidential nominations on Super Tuesday, notching sweeping victories from the South to New England.

Both Clinton and Trump tellingly used their victory speeches to look forward to the general election, implying that their challengers have dropped too far down in either momentum or the delegate count to catch up.

Clinton told her supporters to keep fighting as the campaign moved to "the Crescent City, the Motor City" and beyond.

"We have come too far to stop now," she said to a raucous crowd, looking energetic. "We have to keep going, keep working, keep breaking those barriers and imagine what we can build together when each and every American has the chance to live up to his or her own God-given potential."

Trump, instead of holding a victory rally, conducted a lengthy press conference at his Mar-a-Lago Club. New Jersey Gov. Chris Christie, who shocked the Republican establishment by endorsing Trump, opened for the candidate.

"Were going to be a much finer party, a unified party, and a much bigger party," Trump said in a long speech that rambled from international trade policy to the Common Core and women's health. "You can see that happening now. Our party is expanding."

"I would like to see the Republican party get together and unify," Trump said. "And when we do, there is nobody — nobody — that can stop us."

Ted Cruz defeated Trump in his home state of Texas and Oklahoma and Alaska — a relief for the senator, who faced a stiff challenge from Trump in both states. Cruz will use those victories to say the other GOP candidates should clear from the field so he can directly challenge Trump.

"So long as the field remains divided Donald Trump path to the nomination remains more likely," Cruz said at his rally. Cruz used his entire stump speech to attack Trump.



**This Student's Secret Abortion Shows Why Thousands Of Irish Women Will Strike Next Week**



**Nashville's Last Taboo? Country Music Stars Are Tiptoeing Around Trump**



**Here's What Parental Leave Is Really Like Around The World**



**Egypt's Feared Spy Agency Has Hired Some DC Lobbyists To Clean Up Its Image**

More News ›

## Now Buzzing



**Coal In "Freefall": The World Is Suddenly Building A Lot Fewer Coal Plants**

More Buzz ›

Until Tuesday, Cruz had been the only person to defeat Trump in primaries, having won Iowa.

But on Tuesday, Marco Rubio, who has been struggling to convince mainstream Republicans that they should support him, pulled out a win in Minnesota, but had a lackluster night overall. And John Kasich surprisingly challenged Trump in Vermont, but couldn't secure the win.

## BuzzFeed News went live on Facebook with our coverage. Here's a spot with host Gavon Laessig and Editor-in-Chief Ben Smith:



Posted by BuzzFeed News
37,324 Views

*Facebook: video.php*

## And here's politics reporter Andrew Kaczynski:



Please Enjoy This Insane Trailer For Lindsay Lohan's New TV Show



Controversial Four Week Wait For Dole Dumped From Welfare Changes



This Guy Catfished Someone For Two Years By Faking A Female Voice And It's Iconic



63 Photos That'll Take Every Aussie On A Trip Down Memory Lane



Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale



There's A Prosecco-Flavored Edible Nail Polish Because Why Not



Facebook: video.php

## Here's some other highlights from Super Tuesday:

And follow our running live updates post.

## Christie Seemed Super Sad And/Or Pissed During Trump's Victory Speech



**Ben Shapiro** ✔
@benshapiro

[Follow]

If Christie blinks in Morse code, he's being held hostage.

6:56 PM - 1 Mar 2016

↩   ♺ 981   ♥ 1,577



A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"



This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care



Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco



LA City Employees Barred From Helping Federal Immigration Authorities

Who Hurt You?

3/21/2017                    Super Tuesday Winners And Losers: Clinton, Cruz Score Tuesday With Victories From The South To The North - BuzzFeed News

Case 0:17-cv-60426-UU   Document 21-3   Entered on FLSD Docket 03/27/2017   Page 27 of 66

One person said he seemed like he was going to "cry, faint or throw up."

[Read this](#) and decide for yourself.

## Everyone — Democrats and Republicans alike — attacked Donald Trump as the day went on.

**Here's Hillary Clinton:**

"I was very disappointed that he did not disavow what appears to be support from David Duke and the Klan. That is exactly the kind of statement that should be repudiated upon hearing it," she said. "We can't let organizations and individuals that hold deplorable views about what it means to be an american be given any credence at all."

**Here's Republican Sen. Lindsey Graham:**

"I think it's pretty clear that people in my party have risen to the occasion generally when it comes to denouncing Mr. Trump," he said. "I'm running of adjectives."

**Here's Francisco Valle, 74, who made a "Stop Trump" swastika sign:**

"I am here because I want to make awareness of a movement that is very dangerous to all the minorities because Hitler started the same way," he said. "He blamed the Jews for all the problems and now Trump is blaming the Mexicans for the problems."

Here's Valle's sign:



**Rosie Gray** ✔
@RosieGray

[ Follow ] 🐦

Seen outside polling place in Houston. Cruz will vote here shortly

8:42 AM - 1 Mar 2016

↩   ⟲ 375   ♥ 578

## An educated, liberal couple caused a stir on social media for saying they might vote for Trump:





**Sebastian Payne** ✔
@SebastianEPayne

Follow

Fascinating letter in today's @FT from a Midwestern couple contemplating voting Trump

3:17 AM · 1 Mar 2016

↩  ⇄ 169   ♥ 110

A letter in the *Financial Times* Tuesday attracted attention online because it was written by a liberal couple who said they were considering voting for Donald Trump, even though "we are not the sans-culottes you see as the prototypical Trump voter."

In the letter, Jon and Elsa Sands, who describe themselves as socially liberal affluent Americans, believe Trump is the only option even as they compare voting for him to voting for a "tameable Hitler in 1933."

Elsa Sands, 65, told BuzzFeed News that she and her Harvard-educated husband, Jon, are not the "nutcases" that the media makes out Trump voters to be.

Sands, who teaches English to refugees and described herself as a big supporter of refugee resettlement, said that even though Trump is a "big jerk, brash, over the top and egomaniacal" he was also a "big-mouth pragmatist who can get things done."

She said that with a "corrupt Hillary, silly little Rubio, and mean-spirited Ted Cruz," they have "nowhere else to go" besides Trump, even though she admitted she was nervous about considering voting for him.

"It's a very scary hope, if we vote for him, that he might be pragmatic and listen to advisers," Sands said. "It's a sorry state we've come to that we have Trump running out there and we're considering voting for him."

## And now, finally, there is Bernie Sanders-themed beer:



Evan McMorris-Santoro

Perhaps the Vermontiest moment of Bernie Sanders' Vermont-based campaign for president came at noon on Super Tuesday.

That's when the Zero Gravity Craft Brewery on Pine Street here officially debuted Bernie Weisse, "a slightly sour and forward-thinking Berliner Weisse" beer, according to the brewery's promotional materials.

The beer is available in draft and cans for a limited time and is the central hook for Zero Gravity's election watch party Tuesday night.

*Additional reporting by Tasneem Nashrulla, Nicolas Medina Mora, Stephanie McNeal, Molly Hensley-Clancy, and Ema O'Connor in New York and Ellen Cushing in San Francisco.*

       **More ▾**




NEXT ON NEWS›

**This Gorgeous Photo Series Crushes**

Tagged:presidential primaries 2016, clinton, cruz, rubio, sanders, super tuesday 2016, trump

Advertise  Jobs  Mobile  Newsletter  Shop    ⊕ US Edition ⌄

About  Press  RSS  Privacy  User Terms  Ad Choices  Help  Contact

© 2017 BuzzFeed, Inc



# Exhibit
# 7

Case 0:17-cv-60426-UU   Document 21-5   Entered on FLSD Docket 03/27/2017



News    Videos    Quizzes    Tasty    Nifty    More ⌄    Get Our App!

**Developing…**

# Live Updates: Clinton, Trump Prevail In Big Super Tuesday Contests

BuzzFeed News reporter Evan McMorris-Santoro is with Bernie Sanders in Vermont; Rosie Gray is with Ted Cruz in Texas; McKay Coppins is with Rubio in Florida; and Ruby Cramer is with Hillary Clinton.

posted on Feb. 28, 2016, at 6:56 a.m.

**BuzzFeed News**
BuzzFeed Staff



AP / Getty Images

## Here's the latest:

- In the Democratic contest, **Hillary Clinton** has won in Georgia, Virginia, Tennessee, Arkansas, Texas, American Samoa, and Massachusetts.

- **Bernie Sanders** won in Vermont, Oklahoma, Minnesota, and Colorado.

- Sanders made his speech early after winning his home state of Vermont and reminded supporters that he could still pull in a huge amount of delegates and remain competitive.

- On the GOP side, **Donald Trump** has won Georgia, Alabama, Massachusetts, Tennessee, Arkansas, Vermont, and Virginia.

- **Ted Cruz** has won Oklahoma, Texas, and Alaska.

- **Marco Rubio** won in the Minnesota Republican caucuses, his first victory so far in the nominating contests.

**UPDATED 03.02.16, 4:25 PM**

# Earned Delegates

These are the delegates each Republican and Democratic candidate for president won in state primaries or caucuses.
This list will be updated after each contest.

## Republican Delegates
**NEEDED TO WIN NOMINATION: 1,237**

| | | |
|---|---|---|
|  | **Donald Trump** | 316 |
| | **Ted Cruz** | 226 |
| | **Marco Rubio** | 106 |
| | **John Kasich** | 25 |
| | **Ben Carson** | 8 |

## Democratic Delegates
**NEEDED TO WIN NOMINATION: 2,383\***

| | | |
|---|---|---|
|  | **Hillary Clinton** | 577 |
| | **Bernie Sanders** | 386 |

*THIS COUNT DOES NOT INCLUDE SUPERDELEGATES, WHERE CLINTON HAS A LARGE LEAD. SUPERDELEGATES ARE ABLE TO CHANGE WHO THEY ARE SUPPORTING.

SOURCES: AP, NEW YORK TIMES

*BuzzFeed News / Getty Images (7)*

## Updates

⊙ Posted at 9:05 p.m., Mar. 1   

### Trump Bests Kasich In Vermont, His Seventh Victory On Super Tuesday



✓    🐦 Follow



**The Associated Press**
@AP

BREAKING: Donald Trump wins Vermont. @AP race call at midnight EST. #Election2016 #APracecall #SuperTuesday

9:01 PM - 1 Mar 2016

↩   ⟲ 220   ♥ 164

○ Posted at 8:29 p.m., Mar. 1    

## Bernie Sanders Wins The Minnesota Caucus



**AP Politics** ✔
@AP_Politics

🐦 Follow

BREAKING: Bernie Sanders wins Minnesota. @AP race call at 11:23 p.m. EST. #Election2016 #APracecall #SuperTuesday

8:23 PM - 1 Mar 2016

↩   ⟲ 1,098   ♥ 1,395

The Sanders campaign had eyed Minnesota as a state favorable to their message. The state is very blue and home to Minneapolis-area Rep. Keith Ellison, one of Sanders' most prominent endorsers.

○ Posted at 8:24 p.m., Mar. 1    

## Rubio Wins His First Primary Race In Minnesota



*Alex Wong / Getty Images*

Marco Rubio won a decisive victory in the Minnesota caucuses Tuesday night, his first victory in the Republican presidential primary.

Rubio's campaign has been plagued with questions from detractors and political observers over whether the Florida senator could actually win a state. His victory in

Minnesota will put those questions to rest for now, but his path to the nomination remains uncertain.

Posted at 8:17 p.m., Mar. 1

### Clinton Wins Massachusetts, While Bernie Is Projected To Take Colorado

Hillary Clinton defeated Bernie Sanders in his own backyard on Tuesday night with a win in the Massachusetts primary, bringing her victory count to seven states.

Sanders, meanwhile, is projected to win the Colorado caucus, a state where his campaign expected him to do well. A victory in Colorado brings his state win count to three.

Posted at 7:55 p.m., Mar. 1

### In Victory Speech, Cruz Says Trump Nomination Would Be "A Disaster For Republicans"



David J. Phillip / AP

Texas Senator Ted Cruz attacked Donald Trump and called for the Republican party to "come together" against the real estate mogul in his Super Tuesday victory speech.

"So long as the field remains divided, Donald Trump's path to the nomination remains more likely," Cruz said from the stage in Stafford, Texas after winning that state and Oklahoma. "For those who have supported other candidates, we welcome you on our team, standing united as one. That is the only way to beat Donald Trump."

Cruz called a Trump nomination "a disaster for Republicans," before criticizing him on a number of issues, including Obamacare and the right to bear arms.

"America shouldn't have a president whose words would make you embarrassed if your children repeated them," he said.

Cruz also made the case that his campaign is the only one that "has beaten, can beat, and will beat Trump's ... Head to head, our campaign beats Donald Trump

resoundingly."

—*Ellen Cushing*

Posted at 7:39 p.m., Mar. 1 

## Christie Seemed Super Sad During Trump's Victory Speech



*Twitter*

Last week, ex-presidential candidate and New Jersey Gov. Chris Christie surprised many when he chose to endorse Donald Trump as the Republican nominee. So on Super Tuesday, Christie introduced Trump in Florida after the real estate mogul won several states. The governor then stood behind Trump as he gave his victory speech. His gloomy demeanor during Trump's talk prompted viewers to wonder: "Governor Christie, u ok?"

Read more here.

—*Stephanie McNeal*

Case 0:17-cv-60426-UU   Document 21-5   Entered on FLSD Docket 03/27/2017   Page 37 of 66

Posted at 7:24 p.m., Mar. 1

## Donald Trump Wins Arkansas, His Sixth Super Tuesday Victory



**The Associated Press** ✔
@AP

☐ Follow

BREAKING: Donald Trump wins Arkansas. @AP race call at 10:18 p.m. EST. #Election2016 #APracecall #SuperTuesday

7:18 PM - 1 Mar 2016

↩   ♺ 387   ♥ 291

---

Posted at 7:20 p.m., Mar. 1

## Trump In Victory Speech: "Our Party Is Expanding"



*Aaron P. Bernstein / Getty Images*

After a cascade of victories in primaries across the country Tuesday, Donald Trump made a pitch for his ability to build and unite the Republican party.

"Were going to be a much finer party, a unified party, and a much bigger party," Trump said in a long speech that rambled from international trade policy to the Common Core and women's health. "You can see that happening now. Our party is expanding."

Speaking in Florida, the home of Marco Rubio, Trump presented himself as an anti-establishment candidate, butting up against the "special interests and the lobbyists" who he said would push for a Rubio victory in Florida.

Introducing Trump, Chris Christie, who endorsed Trump last week, argued for the candidate's ability to "bring together" both the Republican party and the American people. "This is not a campaign, it's a movement," Christie said. "America wants to come together."

Trump said that he could bring together Americans that are typically outside of the Republican base in a "more diverse" Republican party — those, like women and minorities, who many have said he is in danger of alienating. "We're going to do great with the African Americans," he said. "We're going to do great with the Hispanics and it's because I'm going to create jobs."

Trump also turned his political outsider rhetoric to Hillary Clinton, who he criticized for having been in the political world for decades. "She's been there for a long period of time, why haven't they done anything about it?"

But Trump said repeatedly that he didn't believe Clinton would be allowed to run in the presidential race. "I believe what she did is a criminal act," he said.

"I would like to see the Republican party get together and unify," Trump said. "And when we do, there is nobody — nobody — that can stop us."

⊙ Posted at 6:58 p.m., Mar. 1       

## Rubio: "The Presidency Of The United States Will Never Be Held By A Con Artist"



*Jim Mone / AP*

Marco Rubio gave an impassioned speech to supporters in his home state of Florida on Super Tuesday, despite having not won a single state as of 9:30 PM ET.

Rubio spent some time praising his fellow Floridians, and said many in his audience understand the American dream because they were raised as first-generation citizens.

"Here in this community we have been raised by people from outside of Florida," he said, later adding, "We know that the things that make America special are not an accident."

He proclaimed that this dream was in "trouble," and called on his supporters to stand up for him to keep the dream alive.

"We are going to send a message that the party of Lincoln and Reagan and the presidency of the United States will never be held by a con artist," he said.

Sticking with the American dream theme, Rubio said that under his leadership, America would thrive and become better than before.

"We will expand it to reach more people than ever," he said.

*—Stephanie McNeal*

Posted at 6:44 p.m., Mar. 1

## NBC News Apparently Confused Maryland With Vermont On Super Tuesday



*Twitter*

Some eagle-eyed readers caught a hiccup in NBC News' Super Tuesday coverage. Twitter users say that the network tweeted an image of Maryland when it meant to indicate Vermont, prompting some crab-by online comments.

Read more here.

*—Stephanie McNeal*

Posted at 6:22 p.m., Mar. 1

## Bernie Sanders Gets His Second Victory Of The Night In Oklahoma

Bernie Sanders has won Oklahoma, in his second victory of the night.

The Sanders campaign had targeted Oklahoma as a state where they could make inroads with a working-class electorate that may often vote Republican in a general election.

Posted at 6:20 p.m., Mar. 1   

## Clinton Targets Trump In Super Tuesday Victory Speech



Joe Raedle / Getty Images

Hillary Clinton used her victory speech after winning six states on Super Tuesday to attack Donald Trump, all but ignoring her rival for the Democratic nomination for president, Bernie Sanders.

"We know we've got work to do," Clinton told a cheering crowd in Miami, Florida."But that work is not making America great again. America never stopped being great."

Clinton did mention her Democratic rival to congratulate him on his lone victory, but the bulk of her speech was dedicated to creating alternative versions of some of Trump's most recognizable slogans.

"Instead of building walls, we are going to take down barriers!" Clinton said.

Clinton closed her speech by repeating a line that she insists represents her core beliefs.

"I know it may be unusual for a presidential candidate to say this, but I'm going to keep saying it," Clinton said. "I believe what we need in America today is more love and kindness."

Posted at 6:07 p.m., Mar. 1   

## Clinton, Cruz Win In Texas



*J Pat Carter / Getty Images*

Hillary Clinton and Ted Cruz each claimed victory in Texas, the state with the most delegates at stake on Tuesday night.

Cruz, the senator from Texas, saw the Lone Star state as a must-win for his campaign. Donald Trump had suggested in recent days that he could win in state, handing Cruz a crushing defeat. Cruz also won Oklahoma, another state where Trump was thought to be competitive.

Clinton's victory reinforces her dominance in the southern portion of the United States.

⊙ Posted at 5:58 p.m., Mar. 1    

## Trump Wins In Virginia, Defeating Marco Rubio



*Aaron P. Bernstein / Getty Images*

Donald Trump has won the Republican primary in Virginia.

Virginia brings the businessman's Tuesday win count to five states. His victory in Virginia is expected to be narrow, with Rubio in second place and Texas Sen. Ted Cruz in a distant third.

Posted at 5:37 p.m., Mar. 1    

## Clinton Wins Arkansas

Clinton has won Arkansas, the state where she was first lady and where the Clinton's have a long history.

Clinton, so far, has won five states and American Samoa on Super Tuesday.

---

**more updates**

---

This is a developing story. Check back for updates and follow BuzzFeed News on Twitter.

        More ▾

 

NEXT ON NEWS›

**This Gorgeous Photo Series Crushes Stereotypes About...**

**BuzzFeed NEWS**

**In The News Today**

- Travelers are concerned their laptops will be stolen now that the US is banning electronic devices from being carried on flights coming from the Middle East.

- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.

- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.

- Mariah Carey revealed she's making a movie based on her iconic song "All I Want For Christmas Is You" ⚠️👺

Tagged: presidential primaries 2016, carson, clinton, cruz, democratic primaries 2016, kasich, republican primaries 2016, rubio, sanders, super tuesday, super tuesday 2016, trump

## Facebook Conversations

**21 Comments**     Sort by [Top ▾]

 Add a comment...

 **Ashlee Tester** · Pastry Assistant at Primland
Trump has no qualms condemning the Pope, black people, women, hispanics, muslims, etc, etc.

But he won't condemn the KKK because he doesn't have 'enough info'.

Like · Reply · 👍 225 · Feb 29, 2016 1:51pm

 **Lisa Paffel**
I cannot like this hard enough. Yes.

Like · Reply · 👍 9 · Mar 1, 2016 9:49am

 **Ben Richard** · Bradley, Maine
Earlier last year, two Boston men assaulted a Latino homeless man, brutally beat him, and then urinated on him. They told police they were inspired to do so because of Trump's anti-immigrant screeds.

When informed of this incident, Trump replied: "I will say that people who are following me are very passionate. They love this country and they want this country to be great again. They are passionate."

Like · Reply · 👍 14 · Mar 1, 2016 4:59pm

 **Crissi Mora** · University of Washington
Reagan Lynn Adams pot-kettle-black

Like · Reply · 👍 2 · Mar 1, 2016 7:27pm

Show 5 more replies in this thread ▾

 **Marisa D. Richmond** · The University of Kansas
Trump is leading by THAT much? My God... this truly is a nation of idiots. It looks like all the white males showed up to vote today... Just great. -__-

Like · Reply · 👍 84 · Mar 1, 2016 9:20am

 **Jeff David**
Calling us a nation of idiots and then making an insinuation that white males are the idiots (stereotyping of course). Only on Buzzfeed lol. Luckily, a lot of successful people that the media tries to pretend wouldn't vote for Trump, regardless of race, are voting because him addressing trade deficits, the debt, illegal immigration, etc. are real issues to people you probably dont hear from much. Thus your shock.

Like · Reply · 👍 10 · Mar 1, 2016 2:07pm · Edited

 **Marisa D. Richmond** · The University of Kansas
Jeff David, I actually wasn't trying to insinuate that all white males are idiots, though I can certainly see how it came out that way. However, white males are the only people I can imagine voting for Drumpf because he supports white male power and is racist and sexist.

Like · Reply · 👍 13 · Mar 1, 2016 2:13pm

 **Marisa D. Richmond** · The University of Kansas
Buster P. Wilson, I don't like his views on war (bombing and advocating for war crimes) or his treatment of other races, women, and the middle class. The man is a horrible person who no one should want representing the countrry.

Like · Reply · 👍 8 · Mar 1, 2016 2:39pm

Show 5 more replies in this thread ▾

 **Chandler Fann**
Never seen a shitshow like this election. If HIlary (God forbid) wins the primary I will have to vote for her. I am NOT going to say I didn't do anything to prevent the tyrannical, sexist, racist Trump from getting into office. But please don't put me in that situation where I have to vote for Hilary 😉

Like · Reply · 👍 74 · Mar 1, 2016 7:49am

 **Shelly Maree** · Los Angeles, California
Dude, totally where I'm at. I've been firmly standing behind Gary Johnson, but if it really looks like Trumo could take the presidency, I'll have to vote for her just to do everything I can to stop him.

Like · Reply · 👍 8 · Mar 1, 2016 2:30pm

 **Chandler Fann**
Shelly Maree yep. He's doing more harm to the election than Repubs think. The right wingers that dont like Trump will stay home and then you're basically handing it to hilary

Like · Reply · 👍 4 · Mar 1, 2016 2:38pm

 **Ben Richard** · Bradley, Maine
I very badly want Bernie to be president, but I'll eagerly vote for Jeb if it means keeping Trump or Cruz out of the White House.

---

Download the BuzzFeed News app



### BUZZFEED NEWS

**Why Is Donald Trump So Obsessed With Surveillance?**
by Aram Roston

 Connect With **BuzzFeed** USNews

Ⓕ Like Us On Facebook

Ⓣ Follow Us On Twitter


News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address   Sign up

### More News


**Trump's Critics Are Letting The Bigger Russia Story Slide**


**A Murder In Berkeley Gave The Far-Right Its Perfect Perp**



Like · Reply · 👍 8 · Mar 1, 2016 5:06pm

Show 7 more replies in this thread ▾

 **Hannah Augsburger** · Kent State University

I swear if I have to choose between Hillary or Trump I'm just not going to vote.

Like · Reply · 👍 41 · Feb 29, 2016 6:24pm

 **Casey Calpin** · Metropolitan State University of Denver

probably not a good idea. that is literally how trump wins.

Like · Reply · 👍 87 · Mar 3, 2016 12:12am · Edited

 **Kaiti Laughter**

That is a terrible idea! Do you seriously want Donald Trump to be your President? I am not a Hillary fan, but I would vote for a talking dog before I would let that egotistical, racist, bigoted, and all around disgusting disgrace of a human being Donald Trump run my country. Voting is IMPORTANT. Don't tell me that Hillary is worse than Trump, that is a near impossible feat to achieve. You are so fortunate to have the right to be able to help decide the future of your country, YOUR future, do not take it for granted.

Like · Reply · 👍 72 · Mar 1, 2016 4:42am

 **Cristina Marti-Amarista de Schmidt**

That attitude you have now is the same 47% of Venezuelans had on 1998 presidential election, that 47% didn't vote and Chavez won the elections and destroyed my country. Please, think more about that, remember, your vote is not only a right, it is also your duty.
I know that today that 47% regret they did not vote for Salas-Roemmer in 1998 ... In my country we say "look at your self in other person mirror", look at yourself in a venezuelan's mirror (We didn't think we will end as Cuba, as you may think your country would never end as Venezuela), and the right think to do will come immediately to your mind: Vote!
Trump is a piece of s... as Chavez was.

Like · Reply · 👍 26 · Mar 1, 2016 6:47am · Edited

Show 10 more replies in this thread ▾

 **Swanee Griffin**

I feel like Im in a twilight zone. This primary race is what happens in a straight to Netflix shtick comedy. This cannot be real.

Like · Reply · 👍 17 · Mar 1, 2016 2:55pm

 **Jackie Skellie** · Roanoke, Texas

I feel the same.

Like · Reply · Mar 1, 2016 6:36pm

 **Sane Nobles** · Hampton, Georgia

Jim Gilmore is a good example of what is wrong with the Republican party (well, not all of it, of course). They don't care what they are endorsing or voting for, they just know what they are against. They are against anyone that Obama nominates for Supreme Court regardless of who it is. They will support Trump as long as it's not a Democrat.

What the hell is wrong with our elected officials, and the people who vote for them.

*cries and jumps off curb*

Like · Reply · 👍 9 · Mar 1, 2016 2:51pm

 **Andrew Davis** · Solutions Architect at Unspecified Global Corporation

Delegates are delegates whether super or not. Last time I checked Hillary had 548 to Bernie's 87. After today she will have many? 600 more? Making her lead something close to 800 delegates. Even if Bern runs more or less neck in neck the rest of the time he could not catch up at that point. Sad part is he and his cult following will probably get a case of sore ass and run third party thus ensuring Trump will win. Then again as bad as he is I would rather have Trump than either one of those Bible thumping morons who are running against him.

Like · Reply · 👍 9 · Mar 1, 2016 1:19pm · Edited

 **Marty Schneck** · Content Marketer at Thomson Reuters

**The Man Who Taught Donald Trump To Pit Gay People Against Immigrants**



**The Softening Of Kellyanne Conway**



**A Wall Divides Latin America — But Not The One You're Thinking Of**



**The Far Right's Most Common Memes Explained For Normal People**



**This Student's Secret Abortion Shows Why Thousands Of Irish Women Will Strike Next Week**



**Nashville's Last Taboo? Country Music Stars Are Tiptoeing Around Trump**



**Here's What Parental Leave Is Really Like Around The World**

More News >

#1) No they're not the same, superdelegates haven't actually voted yet, and won't vote until July. That's like saying Hillary already won all the states that haven't had caucuses or primaries yet because people say they're going to vote for her, so might as well just say she wins and that's it.

#2) Bernie isn't going to run third party. But his supporters are not necessarily all Democrats, most are independents, some are former Republicans. They have no allegiance to Hillary Clinton. Their votes will be split between Hillary, Donald Trump, and third party (I assume Jill Stein).

My prediction though is that the majority just won't vote. And Hillary will lose the general election because she and her ignorant, insulting supporters alienated an entire sector of the democratic voting populace. So thanks.

Like · Reply · 👍 9 · Mar 1, 2016 1:51pm

 **Marisa D. Richmond** · The University of Kansas
I think you are wrong for insulting Bernie supporters by calling them a "cult". Honestly, what is wrong with supporting students, education, and minority rights (women, Hispanics, Muslims, Blacks, etc.)? These are the reasons I support Bernie Sanders; not because I'm hypnotized into some kind of cult. I do agree with you that Ted Cruz is much scarier than Donald Drumpf, but Donald Drumpf can't stick to one stance for more than five minutes, so he's pretty scary himself.

Like · Reply · 👍 6 · Mar 1, 2016 4:08pm

 **Josh Groll** · Chicago, Illinois
Marty Schneck If someone is actually going to not vote for Hillary because they're sore about Bernie loosing thats a vote FOR Trump. They can go bite a brick.

Like · Reply · 👍 2 · Mar 1, 2016 5:56pm

**Show 3 more replies in this thread** ▾

 **Chris Roll** · Owner at Dragon's Gate Comics
I was initially excited by the lineup of candidates we had to choose from this election cycle. There were some interesting people on both sides, and I was glad to see there were some outsiders and unknowns in the race. I was especially excited for Dr. Ben Carson ... and then the excitement faded a few debates in when I realized the poor guy really wasn't ready for the big time. So then I was excited for Rand Paul, who had a goodly amount of his dad's libertarian appeal with a bit less of the crazy. But then his campaign crapped out, and now I'm left kinda-sorta hoping Cruz or Rubio can pull ou... See More

Like · Reply · 👍 · Mar 1, 2016 5:17pm

 **Heather McFeatherton** · Paranormal Scientist at Night Vale Municipality
You lost all credibility when you mentioned you were excited for Carson. The man is a crazy zealot and completely ignorant about every subject necessary for a president to understand. He's as big a joke as Dump, he just got less air time.

Like · Reply · 👍 5 · Mar 1, 2016 7:59pm

 **King Kagem** · Operations Manager at Wilson Raphael
Heather McFeatherton I couldn't agree more. Dr Carson is barking mad.

Like · Reply · 👍 · Mar 2, 2016 5:55am

 **Jac Beddore** · Kyoto, Japan
Seriously, you guys?! Only 1% of the votes have been tallied in MOST of these states! How can you say "Hillary won [this state]" when poles haven't even been tallied?!

Like · Reply · 👍 5 · Mar 1, 2016 5:43pm

 **Josh Groll** · Chicago, Illinois
Exit polls are actually very good predictors.

Like · Reply · 👍 3 · Mar 1, 2016 5:57pm

 **Fernando Julca Inuma** · Santa Ana, California
What happened to us as a country? We have to choose between a racist douche bag and a serial flip flopping liar. To be completely honest, I don't believe Trump; he just says what people want to hear. So I might just vote for him

Like · Reply · 👍 2 · Mar 1, 2016 7:46pm


**Egypt's Feared Spy Agency Has Hired Some DC Lobbyists To Clean Up Its Image**

## Now Buzzing


**Coal In "Freefall": The World Is Suddenly Building A Lot Fewer Coal Plants**


**Please Enjoy This Insane Trailer For Lindsay Lohan's New TV Show**


**Controversial Four Week Wait For Dole Dumped From Welfare Changes**


**This Guy Catfished Someone For Two Years By Faking A Female Voice And It's Iconic**


**63 Photos That'll Take Every Aussie On A Trip Down Memory Lane**

More Buzz ❯

**Load 10 more comments**

Facebook Comments Plugin



Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale



There's A Prosecco-Flavored Edible Nail Polish Because Why Not



A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"



This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care



Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco

LA City Employees Barred From Helping Federal Immigration Authorities

Who Hurt You?

Advertise  Jobs  Mobile  Newsletter  Shop     🌐 US Edition ⌄

About   Press   RSS   Privacy   User Terms   Ad Choices   Help   Contact          © 2017 BuzzFeed, Inc



# Exhibit
# 8

# BuzzFeed**NEWS**

News   Videos   Quizzes   Tasty   Nifty   More ∨    Get Our App!

       

POLITICS

## Donald Trump Supporters Aren't That Excited To Vote For Down-Ballot Republicans

In swing states across the country, Trump's biggest fans are getting ready to hold their noses and begrudgingly support incumbent GOP senators.

posted on Sept. 21, 2016, at 5:00 a.m.

 **Tarini Parti**
BuzzFeed News Reporter

 **Kyle Blaine**
BuzzFeed News Reporter

     

### BuzzFeed**NEWS**

**In The News Today**

- Travelers are concerned their laptops will be stolen now that the US is banning electronic devices from being carried on flights coming from the Middle East.

- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.

- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.

- Mariah Carey revealed she's making a movie based on her iconic song "All I Want For Christmas Is You" 🎄😱

Download the BuzzFeed News app



WASHINGTON, DC - MAY 17: Sen. Patrick Toomey (R-PA) and Sen. Rob Portman (R-OH) ® head for the weekly Senate Republican policy luncheon in the U.S. Capitol May 17, 2016 in Washington, DC. *Chip Somodevilla / Getty Images*

ASTON, Pennsylvania — Barbara Herbus, a local school district administrator in Pennsylvania, is an unabashed and enthusiastic Donald Trump supporter. Last week, she was "thrilled to have Trump at her doorstep" in Aston, just outside of Philadelphia and is more than ready to cast her vote for the nominee she believes has "a servant's heart" in November.

But ask her about Sen. Pat Toomey, the incumbent Republican senator on the ballot, and she's lukewarm. She can't quite put her finger on why she's concerned about

### BuzzFeed**NEWS**



The New Handbook For Cyberwar Is Being Written By Russia

*by Sheera Frenkel*

Connect With BuzzFeed Politics

f   Like Us On Facebook

  Follow Us On Twitter

  Follow Us On Apple News

  Subscribe to our RSS feed

him, and vaguely said that "he talks about changing Social Security" as a reason for her trepidation. A friend sitting in front of Herbus quickly tried to correct her: "But that other girl McGinty is going to raise our taxes by $3,000. Don't get me started." The two argued a bit over which candidate was richer, ultimately deciding that personal wealth shouldn't influence how they planned to vote. Herbus wasn't entirely convinced, but ultimately said she would probably vote for Toomey. Other than Social Security and child care, Herbus said an issue she cared about was keeping "In God We Trust." "Because they're taking it out of a lot of things."

In swing states across the country, Donald Trump's biggest fans — like Herbus — are getting ready to hold their noses and vote for incumbent GOP senators. They're far more excited to vote for their presidential nominee, and like the fact he's an outsider with zero political experience. But in many cases, that translates to a healthy dose of skepticism towards establishment Republicans like Toomey, Ohio Sen. Rob Portman, and Florida Sen. Marco Rubio.

Vulnerable down-ballot Republicans are counting on these die-hard Trump voters and have had to be careful in any criticism against their presidential nominee, as they balance winning over moderates and independents at the same time. Rubio, Portman, and Toomey are all in tough re-election races. For now, polls show all three incumbents running ahead of Trump and being able to keep his supporters while winning over others.

Trump supporters at his rallies in Pennsylvania, Ohio, and Florida last week said they were just starting to tune into down-ballot races, and don't necessarily love what they see.

Angel Gonzalez, was at a Miami event for Trump and took issue with Rubio's criticism of Trump. "I haven't done enough research to determine if I really will vote for him or not," he said.

"Right now I will tell you no. Just for the simple reason, how can you turn your back to your nominee. I mean, I don't get it. If you are in the Republican Party, and you considered yourself a Republican, how can you not stand for your party to begin with? So if you are telling me your parents are from Cuba, and you are for Cubans, excuse me? I don't get it. What have you really done for us?"

Anne Sweeney, a retiree from Aston who attended the same event as Herbus in Pennsylvania, said she liked Toomey's strong position against sanctuary cities, but she wasn't excited to cast her ballot for him. "I'm excited to not vote for her," she said, referring to McGinty.

Attendees at Trump rallies in other states also said their vote was more about being against the Democratic option.

"What would be the alternative, you know, voting for the Democrat?," said Andres Novoa, 24, in Miami, when asked if he would vote for Sen. Marco Rubio. "I mean this is a party that completely shown that they have a total disdain for the American people. Hillary Clinton isn't alone in saying 25% of Americans are deplorable. That is a sentiment that is rampant upon the American Left. And it seems she just revealed too much. She slipped and let her true colors show. And I think the American people aren't stupid. And that's the problem with Hillary Clinton. She thinks we're all stupid."

But Anthony Mayle, who works in communications in Canton, Ohio, said he didn't want to vote for his senator Rob Portman just because he's a Republican. "I think the Republican Party has lost a lot of face among Republican voters. They campaign on one thing and do another."

Several Trump supporters at different events also said they just didn't know much about the Senate Republicans who represent their states.



News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address    Sign up

## More News



Trump's Critics Are Letting The Bigger Russia Story Slide



A Murder In Berkeley Gave The Far-Right Its Perfect Perp



The Man Who Taught Donald Trump To Pit Gay People Against Immigrants



The Softening Of Kellyanne Conway



A Wall Divides Latin America — But Not The One You're Thinking Of



The Far Right's Most Common Memes Explained For Normal People

More News >

In Miami, Anthony Yaques, 25, said of Rubio: "Probably, maybe. I haven't thought about it yet. I've kind of not really looked at it. I don't think about the Senate race, I don't think about the congressional race."

And in Ohio, Jeremy Taylor, a mental health counselor from Canton, didn't have too much to say about Portman. "I don't know if I like him," Taylor said, adding he would probably still vote for him.

Ryan Beltz, a 33-year-old Canton resident who works in insurance, was the only one of the dozen Trump supporters BuzzFeed News spoke with at the Trump event in Ohio who went as far as to say he liked Portman.

"I have a lot of respect for him for when he came out in support of gay marriage," Beltz said, adding as millennial Republican, that was important to him.

But when asked if he was excited to vote for Portman as he was for Trump, Beltz responded: "Probably not. But I still plan to vote for him."

*Tarini Parti reported this story from Aston, Pennsylvania and Canton, Ohio. Kyle Blaine reported from Miami, Florida.*

Tarini Parti is a Capitol Hill reporter for BuzzFeed News and is based in Washington, D.C. Contact Tarini Parti at tarini.parti@buzzfeed.com.

Kyle Blaine is the deputy politics editor for BuzzFeed News and is based in New York. Contact Kyle Blaine at kyle.blaine@buzzfeed.com.

Got a confidential tip? Submit it here.



 

NEXT ON NEWS›

**This Gorgeous Photo Series Crushes Stereotypes About…**



## Facebook Conversations


This Student's Secret Abortion Shows Why Thousands Of Irish Women Will Strike Next Week


Nashville's Last Taboo? Country Music Stars Are Tiptoeing Around Trump


Here's What Parental Leave Is Really Like Around The World


Egypt's Feared Spy Agency Has Hired Some DC Lobbyists To Clean Up Its Image

**Now Buzzing**


Coal In "Freefall": The World Is Suddenly Building A Lot Fewer Coal Plants


Please Enjoy This Insane Trailer For Lindsay Lohan's New TV Show


Controversial Four Week Wait For Dole Dumped From Welfare Changes

Case 0:17-cv-60426-WG  Document 21-3  Entered on FLSD Docket 03/27/2017  Page 52 of 66

**3 Comments**                                                                 Sort by   Top ▾

  [ Add a comment... ]

 **Carlos Lara**
Trump followers would be happy if instead of debates, candidates had to compete in a monster truck show.

Take note America, this is what happens when you end up betting on ignorance rather than proposing ideas to improve the country.

Like · Reply · 👍 3 · Sep 21, 2016 5:54am · Edited

 **Kris Bennett- Kelly** · Chaniá, Greece
"...she believe's Trump has, 'A servant's heart.'" A servant's heart? Does she mean he cut it out of the chest of the butler that didn't get him his Big Mac fast enough? When has he done one gracious/generous thing?

Like · Reply · Sep 21, 2016 9:14am

**Gina Tamanini** · Pharmacy Intern at Giant Eagle Pharmacy
Eh, I see where this is coming from but feel that it can be said about really anyone. Does anyone get as excited for local and state elections as the presidential election? Not really, but we probably should since a lot of changes can happen that directly effect your community as a result of the "smaller" elections.

Like · Reply · Sep 21, 2016 2:47pm

[f] Facebook Comments Plugin

---


**This Guy Catfished Someone For Two Years By Faking A Female Voice And It's Iconic**


**63 Photos That'll Take Every Aussie On A Trip Down Memory Lane**


**Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale**


**There's A Prosecco-Flavored Edible Nail Polish Because Why Not**


**A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"**


**This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care**


**Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco**



LA City Employees Barred From Helping Federal Immigration Authorities



Who Hurt You?

More Buzz ›



Advertise   Jobs   Mobile   Newsletter   Shop        🌐 US Edition ⌄

About   Press   RSS   Privacy   User Terms   Ad Choices   Help   Contact

© 2017 BuzzFeed, Inc

# Exhibit
# 9



# Donald Trump is Twitter Beefin' with *Buzzfeed*

BY CHRIS JOSEPH

WEDNESDAY, FEBRUARY 19, 2014 AT 12:20 P.M.



**Looks like there's a new installment in our Donald Trump Is Twitter Beefin' Files.**

We have a theory about Donald Trump. And it's this: Donald Trump is the living embodiment of a cartoon villain. Not in the sense that a "bad guy" wrestler from WWE, or an actor in a bad movie. But in the sense that he is, quite literally, a cartoon villain.

That theory plays itself every day on Trump's twitter feed. But never more so than in the past couple of days when Trump was insanely butthurt over an article by *Buzzfeed*.

It's an article that not only calls Trump out on his bullshittery, but also caused the man such distress he fired a top staffer over it.

*See also: Donald Trump and FPL Are Twitter Beefin'*

So buttburt was Trump by the article titled "36 Hours On The Fake Campaign Trail With Donald Trump," that he took to his Twitter to fire off insults by calling one of the biggest news outlets on the internet "third rate" and dubbed the writer of the article, McKay Coppins and *Buzzfeed* editor Ben Smith "losers."

Over and over again. Non-stop. Like a petulant child who was caught cheating on his math test. A petulant child with a horrible combover.

Coppins was allowed to tag along with Trump -- including hopping on a jet that flew to Mar a Lago in Palm Beach -- to interview The Donald at his South Florida estate.

Then Coppins published the piece, which was just an account of the vapid and narcissistic gold-plated world of Donald Trump and his bizarre self-serving aspirations to be Governor of New York. Which is pretty much like his bizarre self-serving aspirations to run for President in 2011.

The gist of the article is that Trump throws his hat into running for political office, only to step down from the pursuit.

Trump was so offended by the piece that he revealed just how thin his weirdly pasty skin is that he fired top aide Sam Nunberg over the whole thing.

Nunberg persuaded Trump to allow Coppins access, and grant him an interview.

"Sam said to me, 'This guy is a friend of mine. It's going to be a great story. I have confidence it will be fair.' So I actually did the interview as a courtesy to Sam," Trump told the *New York Post*.

"But I said to Sam, 'If this guy writes a fair story, that's fine. But if he writes a wise-guy story, you'll be fired.' And I said to Sam, 'OK?'

"And Sam said, 'OK.' "

After firing Nunberg, Trump took to Twitter to throw a monumental hissy:

> Bloggers like McKay Coppins & @BuzzFeed are true garbage with no credibility. Record setting crowds & speech not reported. @PiersMorgan
>
> — Donald J. Trump (@realDonaldTrump) February 18, 2014

> Amazing story in @BreitbartNews about the sleazebag blogger Coppins who fabricated nonsense about me for irrelevant @BuzzFeed. CONGRATS!
>
> — Donald J. Trump (@realDonaldTrump) February 19, 2014

> Ben Smith (is that really his last name?) of @BuzzFeed is a total mess who probably got his minion Coppins to do what he didn't want to do?
>
> — Donald J. Trump (@realDonaldTrump) February 19, 2014

> I wonder how much money dumb @BuzzFeed and even dumber Ben Smith loooose each year? They have zero credibility - totally irrelevant and sad!
>
> — Donald J. Trump (@realDonaldTrump) February 19, 2014

Trump even referenced an article by a conservative website that "discredits" Coppins and Smith.

All the narcism in Trump's system apparently left no room for a sense of irony.

As for Coppins, he simply had one response to the whole thing:

> .@realDonaldTrump this is getting sad, donald. time to move on. i wish you all the best.
>
> — McKay Coppins (@mckaycoppins) February 19, 2014

And yet, lost in all the noise and yelping is the fact that Donald Trump -- aside from being a bloated narcissistic meat sack with the world's worst combover -- is also pretty much a raging moron, thus bringing the whole Cartoon Villain Theory full circle with a tweet like this:

> Don't let the GLOBAL WARMING wiseguys get away with changing the name to CLIMATE CHANGE because the FACTS do not let GW tag to work anymore!
>
> — Donald J. Trump (@realDonaldTrump) February 17, 2014

*Send your story tips to the author, Chris Joseph. Follow Chris Joseph on Twitter*





Follow @NewTimesBroward

RELATED TOPICS: NEWS ▶   WTFLORIDA ▶

©2017 New Times BPB, LLC. All rights reserved.

# Exhibit 10

# TheStreet

# Florida Orange Juice Uncovers America's Top 10 Annoyances

◼ Partnership with Buzzfeed Helps People "LOL" Through the Day

PR Newswire   Dec 13, 2012 12:30 PM EST

One finalist will be selected each month by the comedic team at Buzzfeed and Florida Orange Juice. In March, Buzzfeed will select the top contest entry among the three finalists to be named the "Funniest of the Funny" and win a trip to Chicago, a city that commenced the careers of some of America's favorite comedians.

For contest updates, rules, and more information, please visit www.Facebook.com/FloridaOrangeJuice and follow Florida Orange Juice on Twitter at @OJFromFlorida.

**About the Florida Department of Citrus**The Florida Department of Citrus is an executive agency of Florida government charged with the marketing, research and regulation of the Florida citrus industry. Its activities are funded by a tax paid by growers on each box of citrus that moves through commercial channels. The industry employs nearly 76,000 people, provides an annual economic impact close to $9 billion to the state, and contributes hundreds of millions of dollars in tax revenues that help support Florida's schools, roads and health care services. For more information about the Florida Department of Citrus, please visit www.floridajuice.com.

The Florida Department of Citrus is an Equal Opportunity Employer and Agency. The Florida Department of Citrus prohibits discrimination in all its programs and activities based on race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital and family status. (Not all prohibited bases apply to all programs.)

**About Buzzfeed** Buzzfeed is the leading social news organization, intensely focused on delivering high-quality original reporting, insight, and viral content across a rapidly expanding array of subject areas. Its technology powers the social distribution of content, detects what is trending on the web, and connects people in real time with the hottest content of the moment. The site is rapidly growing and reaches more than 25 million monthly unique visitors. Jonah Peretti, founder & CEO of Buzzfeed, previously co-founded the Huffington Post. Ben Smith is its Editor-in-chief.

[1] *The Florida Orange Juice "Top 10 Annoyances" Twitter scan uncovered the top 10 most reoccurring challenges or annoyances people face on an everyday basis. Conducted over a one-week period in September 2012, the scan explored frequently used hashtags including but not limited to: # fail, # sigh, #ugh, #whyme, #petpeeve(s), #irritating, #frustrating, #annoying, #soannoying, #thatjusthappened, #omg, #smh, #fml or #seriously.*

**For more information contact:** Jennifer Davis GolinHarris 312-729-4248
jdavis@golinharris.com

SOURCE Florida Department of Citrus

**You see Jim Cramer on TV. Now, see where he invests his money. Check out his multi-million dollar portfolio and discover which stocks he is trading.** Learn more now.

Copyright 2011 PR Newswire. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

©1996-2017 TheStreet, Inc. All rights reserved. Action Alerts PLUS is a registered trademark of TheStreet, Inc.

Exhibit
11

*The New York Times*

The Caucus
The Politics and Government blog of The New York Times

# Social Media Site Creates Buzz With Convention Parties

By **Michael Barbaro** and **Ashley Parker**    September 3, 2012 6:32 pm

At the Republican convention last week, the big bash sponsored by **BuzzFeed** at the Florida Aquarium in Tampa was among the most exotic and most talked about, featuring mermaids (undulating in full fin alongside fish in glass tanks) and penguins (sitting adorably in little wagons, with a helpful handler reminding revelers that, yes, even cute penguins do bite).

Capturing the scene at the Democratic National Convention.

So the pressure is on for the social media Web site, which is now **known as much for its political coverage** as for **pictures of cute animals**, to put on something memorable for the Democrats.

On Tuesday evening, BuzzFeed will take over Discovery Place, the science museum in Charlotte, N.C., and allow conventioneers to mix with other party animals: an iguana and a tortoise. The space also offers a rain forest room (complete with waterfall), an aquarium bar and a "touch tank" so visitors can pet the hermit crabs and sea urchins.

No word yet on whether or not there will be **cats**.

Case 0:17-cv-60426-UU   Document 21-3   Entered on FLSD Docket 03/27/2017   Page 63 of 66

© 2017 The New York Times Company

# Exhibit
# 12

Case 0:17-cv-60426-UU   Document 21-3   Entered on FLSD Docket 03/27/2017   Page 65 of 66

# POLITICO

## On Media
*Where politics meets the press*

 **Ilerts from the On Media blog**

| Your email... |
| --- |

By signing up you agree to receive email newsletters or alerts from POLITICO. You can unsubscribe at any time.

---

## NYTimes, BuzzFeed join forces

By DYLAN BYERS | 06/18/12 09:41 AM EDT

The New York Times and BuzzFeed have announced that they will join forces for the Democratic and Republican conventions. Per the Times's press release:

**❝** … NYTimes.com plans to present a robust online video report during both conventions, including expanded live segments with New York Times reporters and editors. There will also be expanded video segments featuring Times Opinion writers and columnists.

The convention video coverage will also include segments featuring Ben Smith, editor in chief of BuzzFeed, and members of his political team. Additionally, The Times will collaborate with Smith and his staff on segments for TimesCast Politics in the months leading up to the conventions.

"We think BuzzFeed's energy and keen ear for how political stories play out in the social sphere will be a valuable and interesting contribution to The Times's video presence," said Jim Roberts, assistant managing editor of The New York Times.

"We are thrilled to work with such a respected news organization as The New York Times, and one that understands and values online reporting," said Smith.

On Twitter, television industry veteran Jonathan Wald proposed: "BuzzTimes."