Exhibit
13

BuzzFeed     

News   Videos   Quizzes   Tasty   Nifty   More ⌄

# Florida



## 車のエアーベントからあの生き物が......もう運転なんかしない。

フロリダの出来事

👤 BF Japan News   🕐 5 days ago



## These Women Went Blind After A Florida Clinic Injected Fat Cells Into Their Eyeballs

They learned about the procedure on a US government website. It seemed scientifically legitimate. Then disaster struck.

👤 Peter Aldhous   🕐 6 days ago



## A Florida Man Allegedly Tried To Burn Down A Store To "Run The Arabs Out Of Our Country"

The suspect reportedly told investigators he was "doing his part for America" by burning down the store, which is owned by Indian-Americans.

👤 Talal Ansari   🕐 a week ago



## A Cop Who Fatally Shot A Woman During A Training Exercise Has Been Fired

Mary Knowlton was shot with a live round while participating as a citizen volunteer during a "shoot/don't shoot" exercise.

👤 David Mack   🕐 a week ago



## States May Have A Hard Time Making Up For A Smaller EPA

Like many conservatives, Scott Pruitt, the new head of the EPA, wants to give more power to US states. But after the Great Recession, the states might not be able to handle it.

👤 Dino Grandoni   🕐 a week ago



## Face-Chewing Suspect Said He Was Fleeing "Dark Figure" Before Killing Couple

"I didn't want to ever consciously do something like this. I never planned it. I never wanted to do it," the Florida student told Dr. Phil in an unaired interview.

👤 Claudia Rosenbaum   🕐 3 weeks ago



## Key Lime Marshmallow Meringue Pie

It's a lime of a time.

👤 jordankenna   🕐 3 weeks ago   💬 4 responses



## National Enquirer, Facebook, And Russia Today — Here's The Media Consumption Habits Of Some Trump Supporters

Trump blasted the media during his campaign — and only increased his hostility since he became president. His supporters at his rally on Saturday said they've bought in to the message.

Lissandra Villa · a month ago



### Trump Stopped His Speech To Invite One Of His Supporters Up On Stage With Him

"I got a six-foot cardboard box of President Trump in my house. And I salute that every single day."

Salvador Hernandez · a month ago



### Trump Delivered A Fiery Campaign-Style Speech To A Raucous Crowd Of Supporters

BuzzFeed News' Lissandra Villa reported from Melbourne, Florida and BuzzFeed News streamed the event on Facebook Live.

BuzzFeed News · a month ago



### These Baby Raccoons Were Accidentally Transported Across The Country

The newborns were found in the back of a moving van, cold, starving, and near death, but were nursed back to health.

Jason Wells · 2 months ago



### Man Accused Of Throwing Daughter Off Bridge Is Now Competent For Trial, Hospital Says

A man who allegedly threw his 5-year-old daughter off a bridge to her death is now competent to stand trial two years later, a hospital determined.

Michelle Broder Van Dyke · 2 months ago



### Man Saved By His Laptop During Fort Lauderdale Airport Shooting

A bullet nearly struck Steve Frappier in the back Friday, but was stopped by the laptop he was carrying in his backpack. "The backpack saved my life," he said.

Jim Dalrymple II · 2 months ago



### How A 6-Year-Old Got Locked On A Psych Ward

His mother said the boy had merely thrown a tantrum. But a hospital owned by America's largest psychiatric chain, UHS, held him for three days — and filed a court petition to keep him even longer. While in the hospital, the child suffered a bloody nose and was locked in a seclusion room in the middle of the night.

Rosalind Adams · 2 months ago



### Which Florida Attraction Should You Visit?

You know there's more than Disney and beaches in Florida, right?

Molly Kucharski · 2 months ago · 23 responses



### Is Weed A Medicine? Voters Say Yes But Doctors Are Skeptical

As voters legalize weed across the country, doctors groups still voice serious doubts about its medical value.

Venessa Wong · 3 months ago



### 32 Unbelievable Things That Happened In Florida In 2016



See also: 2011, 2012, 2013, 2014, and 2015.

👤 Matt Stopera   🕐 3 months ago   💬 117 responses



## Can We Guess Which Florida College You Went To In 5 Questions?

THE STAKES ARE HIGH.

👤 Jessica Misener   🕐 3 months ago   💬 12 responses



## Texas Reports First Case Of Locally Transmitted Zika Virus

Texas health officials on Monday reported the first local case of Zika virus infection in the Lone Star State.

👤 Dan Vergano   🕐 3 months ago



## Florida Supreme Court Signals Possible Upheaval For State's Death Row

"At a minimum, we're looking at dozens of re-sentencings, if not hundreds," the head of the Death Penalty Information Center says of the potential effect of a Wednesday ruling from the Florida Supreme Court.

👤 Chris Geidner   🕐 3 months ago



## Attorney: Florida Student Accused Of Eating Victim's Face Was Not On Bath Salts

Toxicology results done by the FBI show 19-year-old Florida State University student had not used synthetic drugs when he allegedly killed two people and partially ate one of their faces.

👤 Salvador Hernandez   🕐 3 months ago



## Two Fighting Bald Eagles Got Stuck In A Storm Drain And Everyone Thinks It's A Metaphor

"This is more allegory than I can handle right now."

👤 Julia Reinstein   🕐 4 months ago



## Undocumented Immigrants Fear Mass Deportation Under President Trump

Donald Trump's aggressive anti-immigrant rhetoric throughout his campaign has caused anxiety and fear within Latino families in Florida who fear they'll be torn apart.

👤 Leticia Miranda   🕐 4 months ago



## These Latino Voters Explain Why They Voted For Trump

Donald Trump won 29% of the Latino vote in Florida, which analysts were sure would go for Hillary Clinton.

👤 Leticia Miranda   🕐 4 months ago



## People Are Taking Out All Their Election Night Anxiety And Anger On Florida And It's Hilarious

"FLORIDA WHY ARE YOU LIKE THIS."

👤 Stephanie McNeal   🕐 4 months ago



## Florida Election Day Workers Fired For Interfering At The Polls

Two clerks in Broward County were fired and two poll watchers were asked to leave a polling site after an incident.

👤 Mike Hayes    ⏱ 4 months ago



## Florida Teen Accused Of Beating Grandma To Death After She Hid His Beer

Dylan Broughman is charged with murder in the death of his 69-year-old grandmother, Joyce Ann Courson.

👤 Mike Hayes    ⏱ 4 months ago



## Alleged Face-Biting Killer To Cops: "I Ate Something Bad...Humans"

When a deputy asked Austin Harrouff what he ate, the 19-year-old reportedly said "humans," and spit out a piece of flesh, according to recently obtained court documents.

👤 Talal Ansari    ⏱ 4 months ago



## As Florida Early Voting Begins, 99% More Latinos Have Already Voted Than In 2012

According to the Clinton campaign, 133,000 Latinos have already voted in Florida, where there's a tight race and Latinos could be the difference for Clinton.

👤 Adrian Carrasquillo    ⏱ 4 months ago



## Here's How Clinton And Trump Are Responding To Florida's Toxic Algae

As if this election wasn't slimy enough.

👤 Dino Grandoni    ⏱ 4 months ago

‹ Older    Newest »    Newer ›

Advertise    Jobs    Mobile    Newsletter    Shop    🌐 US Edition ⌄

About    Press    RSS    Privacy    User Terms    Ad Choices    Help    Contact

© 2017 BuzzFeed, Inc



     

**BUZZFEED**

News    Videos    Quizzes    Tasty    Nifty    More ⌄

# Florida



## Puerto Ricans Really Don't Like Trump But Activists Want Clinton To Do More

Polls show that Puerto Ricans, a key group in the true swing state of Florida, strongly favor Hillary Clinton. But activists caution that engaging newly arriving Puerto Ricans is tough, and want the Clinton campaign to ramp up efforts in Central Florida.

👤 Adrian Carrasquillo    🕐 5 months ago



## Telemundo Looks To Drive Latino Turnout After Registrations

Telemundo will use network resources and talent, digital efforts, and community events as it switches from voter registration to get out the vote efforts.

👤 Adrian Carrasquillo    🕐 5 months ago



## Donald Trump Is Causing Bitter Fights Inside Cuban-American Families

Cuban-Americans, long a reliably Republican voting block, began to fray once Obama came around. Now Trump, as he is doing elsewhere, may speed up the process.

👤 Adrian Carrasquillo    🕐 5 months ago



## Federal Judge Extends Florida Voter Registration Deadline After Hurricane Matthew

Florida Governor Rick Scott's office will not appeal the decision.

👤 Tamerra Griffin    🕐 5 months ago



## Trump Supporters Unfazed By GOP Civil War At Low-Key Florida Rally

"I think they're gonna be sorry," one of the candidate's supporters warned about what will happen if Paul Ryan and the party establishment don't get back behind Trump.

👤 John Stanton    🕐 5 months ago



## Clinton Campaign Encouraged By Early Latino And Black Enthusiasm In FL, N.C.

The number of Hispanic voters requesting vote by mail ballots is up 73% in Florida since 2012 and 84,000 more black voters registered in North Carolina than at the same point in 2012.

👤 Adrian Carrasquillo    🕐 5 months ago



## US Death Toll From Hurricane Matthew Rises To 36 As Flooding Continues

President Obama has declared a state of disaster in Florida, Georgia, South Carolina, and North Carolina, after the storm slammed the region. At least 500 people have died in Haiti as a result of the hurricane.

👤 BuzzFeed News    🕐 5 months ago



### Clinton Radio Ads Aimed At Latinos Hit Trump On Cuban Embargo And Worker Treatment

New ads from the Clinton campaign are hitting Trump in Florida on allegedly violating the Cuban embargo and in Nevada and Ohio on how he treats his hotel workers.

👤 Adrian Carrasquillo   🕐 5 months ago



### Trump's Supporters Have Mixed Feelings About His Debate Performance

At Trump's packed rally in Melbourne, Florida, supporters had a range of opinions about how well he did against Clinton.

👤 Blake Montgomery   🕐 5 months ago



### Jose Fernandez's Teammate Hit The Most Heartbreaking Home Run Ever

Dee Gordon broke into tears after rounding the bases as he wore No. 16 in honor of teammate José Fernández, who died Sunday in a boating accident.

👤 Claudia Koerner   🕐 5 months ago



### Clinton Aims To Use DREAMer Program Model To Get Florida Puerto Ricans Out To Vote

As the game shifts to voter mobilization, the Clinton campaign will try to reel in Puerto Rican voters, by appealing to their connection to the island.

👤 Adrian Carrasquillo   🕐 6 months ago



### Trump Beach Resort In Florida Seeks More Foreign Workers

Companies Donald Trump owns or that bear his name continue to apply for permission to import foreign workers for jobs at resorts and golf courses from New York to Florida — at least 247 since he launched his presidential campaign.

👤 Jessica Garrison   🕐 6 months ago

### People Are Pretty Pissed About Walmart's 9/11-Themed Soda Display

"We will never forget...THESE GREAT ROLLBACK PRICES, Y'ALL!"

👤 Julia Reinstein   🕐 6 months ago   💬 4 responses

### A 19-Year-Old Seeking Revenge On Her Ex Set Fire To The Wrong Car

Oops.

👤 Julia Reinstein   🕐 6 months ago

### A Florida Priest Has Been Arrested For Allegedly Stealing From A Senior Citizen

Father Nicholas King, 73, has been a priest for 50 years.

👤 David Mack   🕐 6 months ago

### Two Dead As Tropical Storm Hermine Slams South, Threatening East Coast

A homeless man in Florida and a truck driver in North Carolina have died since the tropical storm began hammering Florida, Georgia, and the Carolinas Friday with heavy rain and winds.

👤 Jim Dalrymple II   🕐 6 months ago

## Hermine Becomes First Hurricane To Make Landfall In Florida In 11 Years

The hurricane turned tropical storm is responsible for claiming at least one life, Florida Gov. Rick Scott said Friday.

Tamerra Griffin    6 months ago

## Hurricane Warning Issued As Storms Take Aim At Florida And Hawaii

A hurricane warning was posted for Florida's Gulf Coast on Wednesday, while a hurricane warning was downgraded to a tropical storm for Hawaii's Big Island.

Michelle Broder Van Dyke    6 months ago

## Harrowing 911 Calls Released From Orlando Nightclub Massacre

"As soon as we left, gunshots were going like crazy."

Salvador Hernandez    6 months ago

## A Mr. Vladimir Putin Was Arrested In A Florida Grocery Store

It's not actually Russia's president but the resemblance is...none. There is no resemblance.

Hayes Brown    6 months ago

## Trump Supporters React To Plans To More Directly Address Black, Latino Voters

Donald Trump's efforts to appeal to black and Latino voters continued at a rally in Tampa on Wednesday as he made a pitch on jobs.

Peter Aldhous    6 months ago

## Planned Parenthood Is Going To 25,000 Miami Homes To Warn About Zika And Sex

Frustrated by the Florida governor's focus on mosquitoes, Planned Parenthood wants Miami residents to know about Zika's sexual risks.

Dan Vergano    6 months ago

## Police Say These Two Met Online, Went On A Date, Then She Helped Kill Him

"You have to remember you have no idea who you're talking to," police told reporters. "The person may present themselves as one thing and be totally different."

David Mack    6 months ago

## Alligator Seized Boy By The Head Without Warning In Disney World Attack

Investigators released their findings Monday in the June death of 2-year-old Lane Graves.

Claudia Koerner    6 months ago

## Police Thought This Florida Mosque Fire Was Accidental, But Now Say It's Arson

Tampa fire officials said three samples taken from the small one-story mosque contained gasoline.

Talal Ansari    6 months ago

## Zika Spreads To Miami Beach As Florida Confirms Five New Cases

Florida's governor on Friday confirmed that five people have been infected with the Zika virus in one of the state's main tourist hubs.

Nidhi Subbaraman    7 months ago

## 21 Pictures That Will Make Everyone From Florida Say "OMG, Yes"

Shady parking spot >>>>>>>> close parking spot.

Jessica Misener    7 months ago    187 responses

## 19 Problems All Pale Girls Know When Summer Rolls Around

BRB, going outside with my bestie SPF 100.

Erin La Rosa    7 months ago    99 responses

## A Florida Woman Reached For Her Drink And An Alligator Nearly Bit Her Hand Off

The woman was in critical condition on Friday night, authorities said.

Claudia Koerner    7 months ago

## People Are Falling For These Wild Student Forgiveness Scams

Complaints about scams targeting student loan borrowers rose 14% last year, according to the Federal Trade Commission.

Leticia Miranda    7 months ago    1 response

‹ Older

 Newest »    Newer ›

Advertise    Jobs    Mobile    Newsletter    Shop    🌐 US Edition ⌄

About    Press    RSS    Privacy    User Terms    Ad Choices    Help    Contact

© 2017 BuzzFeed, Inc



Exhibit
14



Exhibit
15



4   define dossier                                                                +90%

Exhibit
16



**WINNER OF 12 PULITZER PRIZES**

# THE FEED
**What you're talking about today**

## BuzzFeed party draws news geeks to the Florida Aquarium for the RNC

deggans
Thursday, August 30, 2012 7:51am



TAMPA - Let the, um, simpler folk party with **Kid Rock** outside.

The cool kids -- and by that I mean news geeks like me who mostly live online -- gathered at the Florida Aquarium Wednesday night for a party thrown by BuzzFeed, the viral news aggregator which has been making a serious run at original political reporting, hiring its editor from POLITICO, opening a Washington bureau and sending a guerilla team of nearly a dozen to the Republican National Convention.

If you judge a party by the bigwigs who show up, BuzzFeed did pretty well. By midnight, NBC's **Chuck Todd**, CNN's **Jim Acosta**, Huffington Post' **Howard Fineman** and author **Dave Weigel** were all in the house, touring the winding ramps inside the Aquarium.

But the real stars were the penguins, plopped inside a couple of carts in pairs, wheeled around the party for pictures (but no touching). The tuxedoed duos drew flocks of partygoers well-trained to document every moment of the RNC on Instagram and Twitter.

Better still were the conversations, like this one:

"I would love to have one of thse at home," exclaimed one, um, overly enthusiastic partygoer.

"No you wouldn't," laughed one of the handlers. "At a certain point, they eat all the time and go to the bathroom every 10 or 15 minutes. They make the worst pets in a home."

"yeah," replaied the guy, looking at all the pretty women taking pictures, "But if I had one of these, think of how much I could get laid."

Like I said; news geeks rule.



Commenting Guidelines    Abuse Policy

## Sponsored Content

Recommended by

# Exhibit
# 17

# BuzzFeed**NEWS**

News    Videos    Quizzes    Tasty    Nifty    More ⌄    Get Our App!

       

`POLITICS`

## The Top 5 Strip Clubs For The Republican National Convention

**Tampa strip clubs are gearing up** for a busy stretch during the Republican National Convention. Here (seriously) are the important logistical details for delegates and reporters.

posted on Jul. 31, 2012, at 7:56 a.m.

 **Rosie Gray**
BuzzFeed News Reporter

     

**1.**



Mons Venus

Mons Venus is owned by Joe Redner, an important figure in local politics and the subject of a documentary titled *The Strip Club King of Tampa*. The club charges a $20 cover, with dance prices negotiable, and features fully nude women (which means it doesn't serve alcohol). It's something of an institution in the Tampa strip club circuit, and is a mere 12-minute drive from the convention center in good traffic.

The question: can such a big-time maintain the same kind of down-home personal connection that a mom-and-pop-and-rebellious-daughters strip clubs are known for? Some reviewers say yes. (reviews via Yelp):

> This place has been consistently great for the past 15 years, except the
> lack of alcohol. I kept reading about the girl's personalities, wondering
> what that had to do with anything. They were actually great, personable,
> and higher class than most places. Shelly and Angel were both incredible.
> There are a few dancers who are quite literally contortionists. Go here, it's
> better than any club in Miami or Ft Lauderdale.

But others strongly disagree.

---

## BuzzFeed**NEWS**

**In The News Today**

- Travelers are concerned their laptops will be stolen now that the US is banning electronic devices from being carried on flights coming from the Middle East.

- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.

- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.

- Mariah Carey revealed she's making a movie based on her iconic song "All I Want For Christmas Is You" 🎅🎄

**Download the BuzzFeed News app**

## BuzzFeed**NEWS**



The New Handbook For Cyberwar Is Being Written By Russia

by Sheera Frenkel

Connect With BuzzFeed Politics

- Like Us On Facebook
- Follow Us On Twitter
- Follow Us On Apple News
- Subscribe to our RSS feed

> This place is an emotionless lap dance factory. The dancers rarely spend anymore than 2-5 minutes sitting with you before moving on to the next customer if you don't want a dance right away. I felt no emotional connection to any of the dancers (guess this is a good thing but I still like the chat and flirt before dance)

You'll have to decide for yourself (by paying a woman to take her clothes off and rub herself against you and then trying to make conversation).

Distance from convention center:



## 2.



## Thee Dollhouse

Not "The" Dollhouse — it's "Thee" Dollhouse. Good news for Young Republicans: Thee Dollhouse will let you in as long as you're 18. And it recently underwent $1 million in renovations to spruce up for the event.

However, Thee Dollhouse gets mixed reviews online, particularly on Google Plus, where a woman purporting to be a former dancer there weighs in:

> This place is a madhouse. Nothing works like its supposed to..Their clientele has went down hill and I see why, heres my experience as a



News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address    Sign up

## More News



**Trump's Critics Are Letting The Bigger Russia Story Slide**



**A Murder In Berkeley Gave The Far-Right Its Perfect Perp**



**The Man Who Taught Donald Trump To Pit Gay People Against Immigrants**



**The Softening Of Kellyanne Conway**



**A Wall Divides Latin America — But Not The One You're Thinking Of**



**The Far Right's Most Common Memes Explained For Normal People**

More News >

> former dancer tonight..I take a man into the VIP and the VIP host w long brown hair who has worked there for 10 years, appearing to be in her 40s, maybe her dancing days were over so she resorted to VIP host. We do the credit card transaction for half an hour. Our time is up so we decided to go another half hour and do a separate transaction so the guy can tip me $100. Well this takes an hour before she gets back to us so basically the guy got a free hour hour.

Thee Dollhouse, unlike Mons Venus, doesn't allow customers to touch the dancers, to the displeasure of some:

> The girls might as well just be behind a glass wall cause you can't touch or do anything with them. The place is a total bait and switch, don't waste a perfectly good night here. You have plenty of other great gentlemen's clubs to go to in this area.

Of note: Thee Dollhouse will feature a Sarah Palin impersonator, special for the convention.

Distance from the convention center — again, only a short drive:





This Student's Secret Abortion Shows Why Thousands Of Irish Women Will Strike Next Week



Nashville's Last Taboo? Country Music Stars Are Tiptoeing Around Trump



Here's What Parental Leave Is Really Like Around The World



Egypt's Feared Spy Agency Has Hired Some DC Lobbyists To Clean Up Its Image

**Now Buzzing**



Coal In "Freefall": The World Is Suddenly Building A Lot Fewer Coal Plants



Please Enjoy This Insane Trailer For Lindsay Lohan's New TV Show



Controversial Four Week Wait For Dole Dumped From Welfare Changes

3.



2001 Odyssey

True to its name, 2001 Odyssey has an outer-space theme. Like Mons Venus, the club is fully nude, which means no drinking. If you have an active military I.D., you can get in for free on Mondays and also receive a free lap dance.

One of its dancers, Go-Go, was recently featured in a TV segment about how the club offers a virtual chat service and dressing room camera to lure in customers from afar. There's still time for those attending the RNC to form an attachment to the dancers online before visiting the club in person next month. The club also sports a "World Famous VIP Space Ship Room."

On Yelp, reviewers are either wowed by the space theme:

> This place is a total trip. Its got a space theme. There are stars and asteroids glowing on the ceiling, and everything else below it that's white is glowing under the black light, giving off a sleazy, dirty, yet oddly kinky, feel. The bathroom's labeled "4U2P" and there's a Playboy mag in the ladies' room (and I'm assuming the men's as well). There's a sign that reads "NO SEXUAL ACTIVITY ALLOWED" at the DJ booth, but "NO" is slightly etched off.

Or not:

> There is just too much typical strip club shady stuff going on at this place. The first time I was there, I put up with it just to see what it's like. Aside from the mandatory drinks, they charge you $15 for every time you take a girl in the level 1 dance rooms. If I remember correctly, they have a level 2 room and the space room as well which can cost around $500. The girls are trained to talk you into going to the space room and while they promise the world to you, everybody knows those champaigne rooms are nothing but a big scam. I could call a 10 times better looking girl for half that price.

Distance from the convention center (it's across the street from Mons Venus):



**4.**



This Guy Catfished Someone For Two Years By Faking A Female Voice And It's Iconic



63 Photos That'll Take Every Aussie On A Trip Down Memory Lane



Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale



There's A Prosecco-Flavored Edible Nail Polish Because Why Not



A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"



This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care



Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco





**LA City Employees Barred From Helping Federal Immigration Authorities**



**Who Hurt You?**

More Buzz ›

## Male Encounter

For those who enjoyed "Magic Mike" (set in Tampa), see the all-male review where Channing Tatum got his start. Male Encounter performs on different nights in Tampa clubs, including on Thursday nights at Whiskey Park North, conveniently located right near Mons Venus and 2001 Odyssey.

See "Christian Desire":

> A very attractive acquaintance of mine performs here every Thursday night as part of MALE ENCOUNTER under the guise of "*Christian Desire*". Yes, one of those cheesy male revue strip shows where the men dress up in various costumes and simulate sexual acts with bachelorettes and birthday girls on stage, making Thursdays at Whiskey North a hot spot for debaucherous bachelorette and birthday parties.
>
> Normally, one would never find classy little me in such a tacky environment for such a cheesy sounding show (I swear!), but I went to show my love… and goddamn, it was good. Soooo good.

For reference, see the video above of Channing Tatum dancing with Male Encounter in 1999.

Distance from the convention center: it depends on where Male Encounter is performing on any given night. On Thursdays, they're at Whiskey Park North:



**5.**



## Scarlett's at Ybor Strip

The Ybor section of Tampa has been compared to Bourbon Street in New Orleans: a historic part of the city now given over to seediness and nightlife. Scarlett's is one of the main strip clubs in the area and is just a ten-minute drive from the convention center, in the opposite direction of the other clubs on this list.

Reviews are positive:

> As for the girls, my first impression was that it was sort of mixed with some good looking, some average, and some Yettie's. Mons Venus definitely has the upper hand in terms of quality. The BIG difference is in the lap dances. Lap dances are $20 with a $10 charge to go into the private booths. The extra $10 is flat fee whether you get 1 dance when you are in there or 10 dances. The private booths are in a separated room and they have thin curtains across the entrance. Without going into graphic detail, this place lets you have as much fun as you want, and certainly more then Mons Venus. No one bugs you when you are in there and the girls are VERY friendly (more bang for your buck). If i wasn't a faithful boyfriend I could have REALLY enjoyed myself.

> Got a tour of the champagne room but didn't wanna spend $300 even though I ended up spending more than that when it was all set and done. You get privacy and they're very nice! No strip club that I've been to comes close in comparison.

Distance from the convention center:



 

NEXT ON NEWS›

**This Gorgeous Photo Series Crushes Stereotypes About...**

Tagged:, republicans, rnc, strip clubs, tampa



# Exhibit
# 18

# BuzzFeed

     

News   Videos   Quizzes   Tasty   Nifty   More ⌄

       

florida                                    Search



### These Women Went Blind After A Florida Clinic Injected Fat Cells Into Their Eyeballs
They learned about the procedure on a US government website. It seemed scientifically legitimate. Then disaster struck.

Peter Aldhous   6 days ago   1 response



### Marlins Pitcher Jose Fernandez Was Driving Boat In Deadly Crash, Investigators Say
Florida authorities concluded that Fernandez, who was intoxicated, was operating the motorboat when it crashed at almost 70 mph into a jetty, killing him and two friends.

Claudia Rosenbaum   5 days ago   0 responses



### What's Happening In The News Today?
Liberal and pro-European Union parties handed the Netherlands' far-right party a humbling loss in Wednesday's election. President Trump's latest attempt at the US refugee and travel ban was shut down by a federal judge hours before it was set to take effect. And at least three women went blind afte …

BuzzFeed News   5 days ago   0 responses



### 車のエアーベントからあの生き物が……もう運転なんかしない。
フロリダの出来事

BF Japan News   5 days ago   0 responses



### A Florida Man Allegedly Tried To Burn Down A Store To "Run The Arabs Out Of Our Country"
The suspect reportedly told investigators he was "doing his part for America" by burning down the store, which is owned by Indian-Americans.

Talal Ansari   a week ago   1 response



### Face-Chewing Suspect Said He Was Fleeing "Dark Figure" Before Killing Couple
"I didn't want to ever consciously do something like this. I never planned it. I never wanted to do it," the Florida student told Dr. Phil in an unaired interview.

Claudia Rosenbaum   3 weeks ago   0 responses



### 23 Hidden Gems At Universal Parks In Orlando
Discover all the secrets on your next family vacation!

Arielle Calderon   a week ago   9 responses

**Hot Buzz**



### A New Witness Says She Heard A Teen Beg To Be Left Alone On The Night He Was Killed



### Can You Fry Food With Only Air?



## A Cop Who Fatally Shot A Woman During A Training Exercise Has Been Fired

Mary Knowlton was shot with a live round while participating as a citizen volunteer during a "shoot/don't shoot" exercise.

👤 David Mack  🕐 a week ago  💬 1 response



## States May Have A Hard Time Making Up For A Smaller EPA

Like many conservatives, Scott Pruitt, the new head of the EPA, wants to give more power to US states. But after the Great Recession, the states might not be able to handle it.

👤 Dino Grandoni  🕐 a week ago  💬 0 responses



## Key Lime Marshmallow Meringue Pie

It's a lime of a time.

👤 jordankenna  🕐 3 weeks ago  💬 3 responses



## About 150 Florida Death Row Inmates Expected To Get Re-Sentencing Under Court Ruling

Florida's death sentencing law has been unconstitutional since 2002, the Florida Supreme Court ruled Thursday.

👤 Chris Geidner  🕐 2 months ago  💬 0 responses



## Trump Delivered A Fiery Campaign-Style Speech To A Raucous Crowd Of Supporters

BuzzFeed News' Lissandra Villa reported from Melbourne, Florida and BuzzFeed News streamed the event on Facebook Live.

👤 BuzzFeed News  🕐 a month ago  💬 4 responses



## Florida Man Planned To Get Rich By Bombing Target, Prosecutors Say

Mark Barnett's plan: Bomb a bunch of Target stores, then buy the company's stock in the inevitable crash that follows. Spoiler: it didn't work.

👤 Leticia Miranda  🕐 a month ago  💬 1 response



## Florida Law Barring Doctors From Asking Patients If They Own Guns Is Struck Down

A federal appeals court said doctors could ask about a patient's gun ownership, but can't discriminate against patients who do own guns.

👤 Zoe Tillman  🕐 a month ago  💬 0 responses



## The Super Bowl Gave People Flashbacks To The Election

*holds breath and waits for Florida results*

👤 Claudia Koerner  🕐 a month ago  💬 0 responses



## Trump Order Prompts First "Sanctuary City" Mayor To Reverse Course

The mayor of Miami-Dade County in Florida wants local jails to start cooperating with federal immigration officials again now that President Trump is threatening to withhold funding.

👤 Salvador Hernandez  🕐 a month ago  💬 0 responses

## Photos Capture Panic And Chaos After Deadly Ft. Lauderdale Airport Shooting



A gunman opened fire at the Florida airport on Friday, killing five and sending hundreds of panicked people running for cover.

👤 Laura Geiser    🕐 2 months ago    💬 0 responses



### Here's What We Know About The Alleged Fort Lauderdale Airport Shooter

Multiple people were killed and injured Friday when Esteban Santiago allegedly opened fire at a Florida airport. "He lost his mind" after returning from Iraq, a family member said.

👤 BuzzFeed News    🕐 2 months ago    💬 1 response



### Trump's Biographer Says The President-Elect Kicked Him Off His Golf Course

Harry Hurt III, who wrote a 1993 biography that was critical of Trump, said the president-elect told him to leave his Florida golf course on Friday.

👤 Tasneem Nashrulla    🕐 2 months ago    💬 0 responses



### A Baby Eagle Hatched From Its Shell Just In Time For The New Year

E9 was born in Fort Myers, Florida, at 7:33 am on New Year's Eve.

👤 Mary Ann Georgantopoulos    🕐 2 months ago    💬 0 responses



### National Enquirer, Facebook, And Russia Today — Here's The Media Consumption Habits Of Some Trump Supporters

Trump blasted the media during his campaign — and only increased his hostility since he became president. His supporters at his rally on Saturday said they've bought in to the message.

👤 Lissandra Villa    🕐 a month ago    💬 0 responses



### Trump Stopped His Speech To Invite One Of His Supporters Up On Stage With Him

"I got a six-foot cardboard box of President Trump in my house. And I salute that every single day."

👤 Salvador Hernandez    🕐 a month ago    💬 2 responses



### Trump's Pick For Army Secretary Has Abruptly Withdrawn His Name

Billionaire Vincent Viola said the challenges of separating himself from his organizations have "proven insurmountable."

👤 Jim Dalrymple II    🕐 a month ago    💬 0 responses



### These Baby Raccoons Were Accidentally Transported Across The Country

The newborns were found in the back of a moving van, cold, starving, and near death, but were nursed back to health.

👤 Jason Wells    🕐 2 months ago    💬 0 responses



### Man Accused Of Throwing Daughter Off Bridge Is Now Competent For Trial, Hospital Says

A man who allegedly threw his 5-year-old daughter off a bridge to her death is now competent to stand trial two years later, a hospital determined.

👤 Michelle Broder Van Dyke    🕐 2 months ago    💬 2 responses



### Man Saved By His Laptop During Fort Lauderdale Airport Shooting

A bullet nearly struck Steve Frappier in the back Friday, but was stopped by the laptop he was carrying in his backpack. "The backpack saved my life," he said.

👤 Jim Dalrymple II    🕒 2 months ago    💬 0 responses



### How A 6-Year-Old Got Locked On A Psych Ward

His mother said the boy had merely thrown a tantrum. But a hospital owned by America's largest psychiatric chain, UHS, held him for three days — and filed a court petition to keep him even longer. While in the hospital, the child suffered a bloody nose and was locked in a seclusion room in the midd ...

👤 Rosalind Adams    🕒 2 months ago    💬 4 responses



### 29 Unbelievably Insane Things That Happened In Florida In 2014

Florida has always been weird. This year was no different.

👤 Michael Blackmon    🕒 2 years ago    💬 24 responses



### Massive Florida Highway Pileup Looks Like A Real-Life Disaster Film

These images are stunning. Authorities are still trying to figure out the cause of a massive pileup on Florida's Interstate 75 highway early Sunday that left at least 10 people dead and 18 more injured. These photos of the post-crash carnage--which look like they're straight out of a disast ...

👤 Matt Cherette    🕒 5 years ago    💬 0 responses



### Florida Lawmakers Pass New Death Sentencing Law

The Florida Legislature passed a bill requiring at least 10 out of 12 jurors to decide on a death sentence after the U.S. Supreme Court ruled that the current law was unconstitutional.

👤 Tasneem Nashrulla    🕒 a year ago    💬 0 responses



### If Disney Princesses Were From Florida

Florida: the most magical place on earth. All inspired by wonderfully true Florida headlines.

👤 Chelsea Marshall    🕒 a year ago    💬 12 responses



### 31 Signs You're A Florida State Seminole

F-L-O-R-I-D-A S-T-A-T-E! Florida State, Florida State, Florida State! WOOO!

👤 Arielle Calderon    🕒 3 years ago    💬 9 responses



### Florida Supreme Court Orders State To Address Death Sentencing Ruling's Effect By Friday

A day after the U.S. Supreme Court's decision ruling Florida's death sentencing scheme unconstitutional, the state's high court order parties to brief the effect of that decision in the case of a man due to be executed on Feb. 11.

👤 Chris Geidner    🕒 a year ago    💬 0 responses



### Can You Guess Which Of These Insane Things Actually Happened In Florida?

Stay forever weird, Florida.

👤 Dan Oshinsky    🕒 a year ago    💬 19 responses



### Woman Withdraws Sexual Assault Claim Against Florida Quarterback

A lawyer for Treon Harris said the University of Florida student withdrew her complaint against the suspended Florida Gators player.

👤 Tasneem Nashrulla   🕐 2 years ago   💬 5 responses



### 25 Things You'll Only See In Florida

Oh Florida, never stop being you.

👤 Brian Galindo   🕐 2 years ago   💬 2 responses



### 10 Reasons "Florida Man" Is The Best Twitter Aggregator

Real-life headlines about the world's worst superhero. This is why we can't have nice things, Florida.

👤 Donna Dickens   🕐 4 years ago   💬 2 responses



### Four Citizens Thrown Off Florida's Voting Rolls

Florida Governor Rick Scott has embarked on an extensive effort to purge individuals from Florida's voter list, Think Progress reported. 1,638 people in Florida received letters informing them that they are ineligible to vote.

👤 Rebecca Elliott   🕐 4 years ago   💬 0 responses



### 21 More Reasons Florida Is The Craziest State

On this occasion of the Florida Republican Presidential Primary, it seemed like a good time to reflect on The Sunshine State. These have all happened in the last two months. Read Matt's epic 2011 round-up here.

👤 Jack Moore   🕐 5 years ago   💬 0 responses



### Florida's New Jesus Christ License Plate

The Florida legislature has approved the sale of a Jesus Christ vanity license plate. When asked about the apparent lack of separation of church and state, Gov. Charlie Crist said, 'If they don't want one they don't have to buy one.'

👤 Richard Chemel   🕐 7 years ago   💬 1 response



### Trump Beach Resort In Florida Seeks More Foreign Workers

Companies Donald Trump owns or that bear his name continue to apply for permission to import foreign workers for jobs at resorts and golf courses from New York to Florida — at least 247 since he launched his presidential campaign.

👤 Jessica Garrison   🕐 6 months ago   💬 3 responses



### FDA Approves Mutant Mosquito Experiment In Florida Keys

US officials concluded a field test in the Florida Keys of mutant mosquitoes engineered to kill off their disease carrying kin wouldn't harm the environment. Florida officials still need to approve the experiment on an isolated island.

👤 Dan Vergano   🕐 7 months ago   💬 16 responses



### Deadly Nile Crocodiles Found In Florida Waters

At least two Nile crocodiles were found living in the warm swamps of Florida, but it's not clear how the animals got all the way from Africa to the U.S.

👤 Michelle Broder Van Dyke   🕐 10 months ago   💬 24 responses



### FBI To Join Investigation Into Florida Police Shooting Of Corey Jones

The Palm Beach County sheriff said he requested the FBI's help in order to ensure impartiality in the investigation of the Florida musician fatally shot by an officer.

Salvador Hernandez · a year ago · 0 responses



### Florida Shootout Leaves Deputy, Gunman Dead

The incident in Tallahassee comes just two days after a police shoot-out at Florida State University. This story is developing.

Ali Vingiano · 2 years ago · 0 responses



### Trio Of Naked Thieves Steal 60 Hamburgers From Florida Restaurant

Only in Florida...

Logan Rhoades · 2 years ago · 7 responses



### Florida Teen Is A Real-Life Goldilocks, Falls Asleep During A Break-In

A Florida teen faces burglary charges after breaking into a home, eating some food, and falling asleep.

Rachel Zarrell · 2 years ago · 4 responses



### 22 Black And White Photos That Prove Florida Has Always Been Weird

Never change, Florida.

Katie Notopoulos · 2 years ago · 10 responses



### Massive Explosions Rock Florida Propane Plant, Injuring Several People

A series of large blasts struck a Blue Rhino propane plant in Lake Co., Florida, late Monday, causing multiple injuries and forcing evacuations throughout the area.

Jon Passantino · 3 years ago · 0 responses



### 25 Ways You Know You're A Florida Gator

It's great! To be! A Florida Gator!

Sami Main · 4 years ago · 13 responses

---

Advertise   Jobs   Mobile   Newsletter   Shop   🌐 US Edition ⌄

About   Press   RSS   Privacy   User Terms   Ad Choices   Help   Contact

© 2017 BuzzFeed, Inc

