Exhibit
19



florida site:buzzfeed.com

All    Maps    News    Images    Videos    More      Settings    Tools

About 13,900 results (0.83 seconds)

### 32 Unbelievable Things That Happened In Florida In 2016 - BuzzFeed
https://www.buzzfeed.com/mjs538/woman-stuck-in-giant-tree-lol ▾
Dec 12, 2016 - Presented without commentary, here are 32 things that actually happened in Florida this year. All of the following are real, actual headlines:

### The 101 Most Insane Things That Have Ever Happened In Florida
www.buzzfeed.com/.../the-101-most-insane-things-that-have-ever-happened-in-florid ▾
Mar 19, 2014 - All of these are REAL news stories about ACTUAL events that happened in the great state of Florida...

### Florida news - BuzzFeed
https://www.buzzfeed.com/tag/florida ▾
florida Buzz on BuzzFeed. BuzzFeed is the best place to post, find, and share the best content on the web.
You visited this page on 3/20/17.

### People Are Taking Out All Their Election Night Anxiety And Anger On ...
https://www.buzzfeed.com/stephaniemcneal/florida-man ▾
Nov 8, 2016 - Dear god Florida is gonna give me a stroke tonight *crosses fingers whispers stay blue stay blue stay blue* #imWithHer #ElectionNight #cnn.

### 21 Pictures That Will Make Everyone From Florida Say "OMG, Yes"
https://www.buzzfeed.com/jessicamisener/wait-this-isnt-my-publix ▾
21 Pictures That Will Make Everyone From Florida Say "OMG, Yes". Shady parking spot >>>>>>> close parking spot. posted on Aug. 14, 2016, at 12:01 p.m.

### These Women Went Blind After A Florida Clinic Injected Fat Cells Into ...
https://www.buzzfeed.com/peteraldhous/blinded-by-stem-cell-injections ▾
5 days ago - They learned about the procedure on a US government website. It seemed scientifically legitimate. Then disaster struck...

### Florida's New Death Sentencing Law Is Unconstitutional, State High ...
https://www.buzzfeed.com/.../floridas-new-death-penalty-law-is-unconstitutional-state... ▾
Oct 14, 2016 - Florida Supreme Court rules that the recently passed law is unconstitutional because it allows a non-unanimous decision of the jury — here,...

### Hurricane Warning Issued As Storms Take Aim At Florida And Hawaii ...
https://www.buzzfeed.com/.../hurricane-watches-warnings-issued-as-storms-take-aim-... ▾
Aug 30, 2016 - A hurricane warning was posted for Florida's Gulf Coast on Wednesday, while a hurricane warning was downgraded to a tropical storm for...

### Now There Are 4 Zika Cases That May Have Come From Florida ...
https://www.buzzfeed.com/danvergano/zika-in-florida ▾
Jul 29, 2016 - Local mosquitoes may be infecting people with Zika in south Florida, prompting the FDA to halt blood donations there. But the CDC hasn't...

### Can We Guess Which Florida College You Went To In 5 Questions
https://www.buzzfeed.com/jessicamisener/we-live-where-you-spring-break ▾
Can We Guess Which Florida College You Went To In 5 Questions? THE STAKES ARE HIGH. posted on Dec. 6, 2016, at 4:46 a.m...Jessica Misener. BuzzFeed ...

### Hermine Becomes First Hurricane To Make Landfall In Florida In 11 ...
https://www.buzzfeed.com/tamerragriffin/tropical-storm-hermine-florida-hurricane ▾
Sep 1, 2016 - The hurricane turned tropical storm is responsible for claiming at least one life. Florida Gov. Rick Scott said Friday...

Mosquito Bites Are Giving People Zika In Florida - BuzzFeed News

https://www.buzzfeed.com/danvergano/zika-in-us-mosquitoes ▾
Jul 29, 2016 - Florida health officials have confirmed that the Zika virus has spread to the continental
US. The virus can cause severe birth defects...

Here's How Clinton And Trump Are Responding To Florida's Toxic Algae

https://www.buzzfeed.com/dinograndoni/clinton-trump-florida-algae ▾
Oct 21, 2016 - STUART, FLORIDA — During the final stretch of the presidential race, Hillary Clinton and
Donald Trump have found themselves stumping on a ...

As Florida Early Voting Begins, 99% More Latinos Have Already Voted ...

https://www.buzzfeed.com/.../as-florida-early-voting-begins-99-more-latinos-have-alr... ▾
Oct 24, 2016 - According to the Clinton campaign, 133000 Latinos have already voted in Florida, where
there's a tight race and Latinos could be the ...

Trump Supporters Unfazed By GOP Civil War At Low-Key Florida Rally ...

https://www.buzzfeed.com/.../trump-supporters-unfazed-by-gop-civil-war-at-low-key... ▾
Oct 11, 2016 - PANAMA CITY BEACH, Florida — Donald Trump's evening rally here in the heart of the
"Redneck Riviera" had all the markings of a classic ...

Florida College Student Charged With Murder For Allegedly Killing ...

https://www.buzzfeed.com/emaoconnor/college-student-eats-face ▾
Aug 16, 2016 - A 19-year-old Florida State University student was having dinner with his family Monday
night in Tequesta, Florida, when he got angry, stormed ...

20 Crazy Things That Have Already Happened This Year In Florida

www.buzzfeed.com/.../most-florida-things-to-happen-in-florida-in-the-first-two-we ▾
20 Crazy Things That Have Already Happened This Year In Florida. IT'S BEEN LIKE 2 WEEKS. posted on
Jan. 16, 2015, at 10.50 a.m.. Matt Stopera. BuzzFeed ...

Florida Investigating Whether Zika Case Came From Local Mosquito ...

https://www.buzzfeed.com/virginiahughes/florida-investigating-zika-case ▾
Jul 20, 2016 - On Tuesday evening, Florida health officials announced that they are investigating what
could be the first case of Zika in the continental US that ...

A Florida Man Allegedly Tried To Burn Down A Store To "Run The ...

https://www.buzzfeed.com/.../a-florida-man-allegedly-tried-to-burn-down-a-store-to-r... ▾
Mar 12, 2017 - A 64-year-old man in Florida allegedly tried to burn down an Indian-American-run
convenience store because he thought the owners were ...

Mosquitoes In Florida Have Now Given 25 People Zika - BuzzFeed ...

https://www.buzzfeed.com/nidhisubbaraman/florida-zika-to-21 ▾
Aug 9, 2016 - As Florida's local Zika infection count rises, Hillary Clinton is calling for a special session
of Congress to pass a bill to fund Zika...

Florida Election Day Workers Fired For Interfering At The Polls ...

https://www.buzzfeed.com/.../florida-election-day-workers-fired-for-interfering-at-the... ▾
Nov 8, 2016 - Florida Election Day Workers Fired For Interfering At The Polls. Two clerks in Broward
County were fired and two poll watchers were asked to ...

Which Florida Attraction Should You Visit - BuzzFeed

https://www.buzzfeed.com/.../what-should-you-do-on-your-visit-to-florida-1owe3 ▾
Dec 20, 2016 - You know there's more than Disney and beaches in Florida, right?..

52 Examples Why Florida Is Still The Craziest State - BuzzFeed

www.buzzfeed.com/mjs538/52-examples-of-why-florida-is-still-the-craziest-s ▾
52 Examples Why Florida Is Still The Craziest State. All of these things happened in the span of one
year. ONE YEAR. posted on Dec. 30, 2011, at 6.21 a.m..

Trump Beach Resort In Florida Seeks More Foreign Workers - BuzzFeed

https://www.buzzfeed.com/.../trump-beach-resort-in-florida-seeks-more-foreign-work... ▾

Sep 9, 2016 - Trump Beach Resort in Florida Seeks More Foreign Workers. Companies Donald Trump owns or that bear his name continue to apply for ...

### 24 Crazy Things That Have Already Happened This Year In Florida
www.buzzfeed.com/.../crazy-things-that-have-already-happened-this-year-in-florida ▾
24 Crazy Things That Have Already Happened This Year In Florida. IT HAS BEEN 7 DAYS. posted on Jan. 8, 2014, at 11:41 a.m.. Matt Stopera. BuzzFeed Staff.

### Florida Supreme Court Signals Possible Upheaval For State's Death ...
https://www.buzzfeed.com/.../florida-supreme-court-signals-possible-upheaval-for-stat... ▾
Nov 23, 2016 - WASHINGTON — The Florida Supreme Court on Wednesday signaled that a significant portion of the state's death row population could need ...

### Attorney: Florida Student Accused Of Eating Victim's Face Was Not On ...
https://www.buzzfeed.com/.../attorney-florida-student-accused-of-eating-victims-face-... ▾
Nov 23, 2016 - Toxicology results done by the FBI show 19-year-old Florida State University student had not used synthetic drugs when he allegedly killed ...

### Trump's Florida Clubs Absent From Job Fairs To Hire U.S. Workers ...
https://www.buzzfeed.com/.../trumps-florida-clubs-absent-from-job-fairs-to-hire-us-w... ▾
Aug 25, 2016 - More than 100 employers around Palm Beach County have signed on to participate in job fairs to hire local workers for resorts. Trump's ...

### Is This From "The Sims" Or Just Florida - BuzzFeed
https://www.buzzfeed.com/awesomer/man-charged-with-fraud-after-typing-motherlode ▾
Is This From "The Sims" Or Just Florida? Local man woohooed to death. posted on May 17, 2016, at 9:01 a.m.. Tanner Greenring. BuzzFeed Staff. Tweet · Tumblr.

### A Mr. Vladimir Putin Was Arrested In A Florida Grocery Store - BuzzFeed
https://www.buzzfeed.com/.../vladimir-putin-was-arrested-in-a-florida-grocery-store ▾
Aug 30, 2016 - World, say hello to Vladimir Putin, the apparent given name of a man who was arrested in a Publix grocery store in West Palm Beach, Florida.

Searches related to florida site:buzzfeed.com

| | |
|---|---|
| weird florida news 2016 | only in florida reddit |
| bad things that happened in florida 2016 | weird florida crimes |
| buzzfeed florida travel | buzzfeed florida things |
| buzzfeed florida quiz | it happened in florida woody and wilcox |

1  2  3  4  5  6  7  8  9  10      Next

02116, Boston, MA - From your phone (Location History) - Use precise location - Learn more

Help     Send feedback     Privacy     Terms



florida site:buzzfeed.com

All    Maps    News    Images    Videos    More          Settings    Tools



Page 2 of about 13,900 results (0.64 seconds)

### Zika Spreads To Miami Beach As Florida Confirms Five New Cases ...

https://www.buzzfeed.com/.../zika-spreads-to-miami-beach-as-florida-confirms-five-n... ▾
Aug 19, 2016 - Florida's governor on Friday confirmed that five people have been infected with the Zika virus in one of the state's main tourist hubs...

### Florida Teen Accused Of Beating Grandma To Death After She Hid His ...

https://www.buzzfeed.com/.../florida-teen-accused-of-beating-grandma-to-death-after... ▾
Nov 7, 2016 - Dylan Broughman is charged with murder in the death of his 69-year-old grandmother, Joyce Ann Courson...

### A Florida Priest Has Been Arrested For Allegedly Stealing From A ...

https://www.buzzfeed.com/.../a-florida-priest-has-been-arrested-for-allegedly-stealing-... ▾
Sep 4, 2016 - A Catholic priest in Florida has been arrested and charged with allegedly trying to steal more than $90,000 from a senior citizen.

### Police Thought This Florida Mosque Fire Was Accidental, But Now ...

https://www.buzzfeed.com/talalansari/tampa-mosque-arson ▾
Aug 21, 2016 - Tampa fire officials said three samples taken from the small one-story mosque contained gasoline...

### Arrests Made After Two Teens Killed In Shooting Outside Florida ...

https://www.buzzfeed.com/franciswhittaker/fort-myers-shooting ▾
Jul 25, 2016 - Two teenagers have died after a shooting incident in the parking lot of a nightclub in Fort Myers, Florida, in the early hours of Monday morning, ...

### Clinton Aims To Use DREAMer Program Model To Get Florida Puerto ...

https://www.buzzfeed.com/.../clinton-aims-to-use-dreamer-program-model-to-get-flor... ▾
Sep 15, 2016 - As the game shifts to voter mobilization, the Clinton campaign will try to reel in Puerto Rican voters by appealing to their connection to...

### 20 Crazy Things That Have Already Happened This Year In Florida

www.buzzfeed.com/.../most-florida-things-to-happen-in-florida-in-the-first-two-we ▾
20 Crazy Things That Have Already Happened This Year In Florida. ITS BEEN LIKE 2 WEEKS. posted on Jan. 16, 2014, at 10:50 a.m.. Matt Stopera. BuzzFeed ...

### This Woman Was Driving When A Snake Came Through Her Air Vent ...

https://www.buzzfeed.com/remysmidt/slithery-sneak ▾
5 days ago - She lives in Florida. On Friday she was driving when something incredibly awful happened to her. This is Monica Dorsett. She lives in Florida.

### 24 Crazy Things That Have Already Happened This Year In Florida

www.buzzfeed.com/.../crazy-things-that-have-already-happened-this-year-in-florida ▾
24 Crazy Things That Have Already Happened This Year In Florida. IT HAS BEEN 7 DAYS. posted on Jan. 8, 2014, at 11:41 a.m.. Matt Stopera. BuzzFeed Staff.

### Voters In Four States Legalize Recreational Marijuana - BuzzFeed News

https://www.buzzfeed.com/dominicholden/legal-recreational-pot ▾
Nov 8, 2016 - Three more states approved ballot measures to legalize marijuana for medical use, including Florida, North Dakota, and Arkansas. President...

### 29 Times Tumblr Was Florida AF - BuzzFeed

https://www.buzzfeed.com/.../the-most-florida-tumblr-posts-of-all-time-2ae7p ▾

29 Times Tumblr Was Florida AF. Bless the Sunshine State. posted on Apr. 30, 2016, at 3:43 a.m.
Candice Darden. Community Member. Cat Power: 1.

### Orange Growers Can Now Use Antibiotics On Their Trees - BuzzFeed ...
https://www.buzzfeed.com/venessawong/antibiotics-florida-oranges ▾
Aug 26, 2016 - The Florida orange crop has been devastated by a tree disease, and now growers are
turning to antibiotics commonly used by humans ...

### One Florida University Employs 350 Telemarketers, Lawsuit Claims ...
https://www.buzzfeed.com/.../one-flordia-university-employs-350-telemarketers-laws... ▾
Aug 4, 2016 - A university in Florida employs an army of 350 telemarketers to ... Florida-based Keiser,
which has some 20,000 students, pulled off an ...

### Florida Orange Juice (fdoc) on BuzzFeed
https://www.buzzfeed.com/fdoc ▾
Florida Orange Juice (fdoc) on BuzzFeed. BuzzFeed is the best place to post, find, and share the hottest
content on the web.

### How A 6-Year-Old Got Locked On A Psych Ward - BuzzFeed News
https://www.buzzfeed.com/.../how-a-6-year-old-got-locked-on-a-psych-ward ▾
Dec 30, 2016 - JACKSONVILLE, Florida — A police cruiser pulled away from the elementary school this
September. Inside was a person so dangerous that ...

### Florida Continued To Be The Worst In 2015 - BuzzFeed
www.buzzfeed.com/michaelblackmon/18-times-we-lost-faith-in-florida-in-2015 ▾
Florida Continued To Be The Worst In 2015. Looks like Florida is still weird. posted on Dec. 15, 2015, at
7:21 a.m.. Michael Blackmon. BuzzFeed Staff. Tweet.

### 37 Things That Could Only Happen In Florida - BuzzFeed
www.buzzfeed.com/jessicamisener/things-that-could-only-happen-in-florida ▾
37 Things That Could Only Happen In Florida. Because LOL, Florida. posted on Jun. 18, 2013, at 11:16
a.m.. Jessica Misener. BuzzFeed Staff. Anelle Calderon.

### Florida Man Planned To Get Rich By Bombing Target, Prosecutors ...
https://www.buzzfeed.com/leticiamiranda/target-bomb-plot ▾
Feb 17, 2017 - Mark Charles Barnett, a 48-year-old man from Ocala, Florida, had it all planned out. If he
could bomb 10 Target stores along the East Coast, the ...

### About 150 Florida Death Row Inmates Expected To Get Re ...
https://www.buzzfeed.com/.../about-150-florida-death-row-inmates-expected-to-get-r... ▾
Dec 22, 2016 - Most people sentenced to Florida's death row over the past 15 years were put there under
an unconstitutional system and require ...

### Trump Delivered A Fiery Campaign-Style Speech To A Raucous ...
https://www.buzzfeed.com/buzzfeednews/president-trump-rally-in-florida ▾
Feb 18, 2017 - BuzzFeed News' Lissandra Villa reported from Melbourne, Florida and BuzzFeed News
streamed the event on Facebook Live...

### VISIT FLORIDA (visitflorida) on BuzzFeed
https://www.buzzfeed.com/visitflorida ▾
VISIT FLORIDA (visitflorida) on BuzzFeed. BuzzFeed is the best place to post, find, and share the hottest
content on the web.

### Is This From "The Sims" Or Just Florida - BuzzFeed
https://www.buzzfeed.com/awesomer/man-charged-with-fraud-after-typing-motherlode ▾
Is This From "The Sims" Or Just Florida? Local man worked to death. posted on May 17, 2016, at
9:01 a.m.. Tanner Greenring. BuzzFeed Staff. Tweet · Tumblr.

### 11 Stunning Florida Towns You Need To Visit - BuzzFeed
www.buzzfeed.com/erinlarosa/11-small-florida-towns-you-need-to-visit ▾
May 30, 2014 - Florida's a big state, and possibly the best one to road trip through!...

### Did This Insane Thing Happen In Florida Or Russia - BuzzFeed
www.buzzfeed.com/kristinchirico/did-this-insane-thing-happen-in-florida-or-russia ▾
Feb 7, 2014 - Because Florida and Russia are basically the same place...

### 43 Reasons Why Growing Up In Florida Was Paradise On Earth

www.buzzfeed.com/.../43-reasons-why-growing-up-in-florida-was-paradise-on-earth ▾
43 Reasons Why Growing Up In Florida Was Paradise On Earth. Two words: FUN NOODLES. posted on
Feb. 19, 2013, at 8:17 a.m.. Jessica Misener. BuzzFeed ...

### Florida man news - BuzzFeed

https://www.buzzfeed.com/tag/florida_man ▾
florida man Buzz on BuzzFeed. BuzzFeed is the best place to post, find, and share the best content on
the web.

### This Girl Filmed A Video Of A Dick-Shaped Cloud And People Are ...

https://www.buzzfeed.com/davidmack/cloudy-with-a-chance-of-balls ▾
Jul 11, 2016 - ID: 9216790. This dick-shaped cloud was spotted Saturday by 16-year-old Samantha
Meszaros in Miami, Florida. Instagram: @ssmmeaz.

### The 40 Most Insane Things That Happened This Year In Florida

www.buzzfeed.com/.../the-40-most-insane-things-that-happened-this-year-in-florida ▾
The 40 Most Insane Things That Happened This Year In Florida. Ranked in order of insanity. posted on
Dec. 18, 2013, at 8:58 a.m.. Matt Stopera. BuzzFeed Staff ...

### Can You Guess Which Of These Insane Things Actually Happened In ...

www.buzzfeed.com/.../which-of-these-insane-things-actually-happened-in-florida ▾
May 9, 2015 - Everyone knows that when it comes to weird news, NOBODY does it better than Florida.
But here's the question: Can you tell which of these is a ...

### The 40 Most Insane Things That Happened In Florida In 2012

www.buzzfeed.com/mjs538/the-40-most-insane-things-that-happened-in-florida ▾
Dec 12, 2012 - 2012 was another stellar year for Florida. Let's take a look and remember the good
times ...

Searches related to florida site:buzzfeed.com

| | |
|---|---|
| **buzzfeed** florida **quiz** | **bad things that happened in florida 2016** |
| **buzzfeed** florida **travel** | **it happened in** florida **woody and wilcox** |
| **buzzfeed** florida **things** | **weird** florida **news headlines** |
| **weird** florida **news 2016** | **buzzfeed** florida **election** |

Previous        1  2  3  4  5  6  7  8  9        Next

02116, Boston, MA - From your phone (Location History) - Use precise location - Learn more

Help      Send feedback      Privacy      Terms



florida site:buzzfeed.com

All    Maps    News    Images    Videos    More                    Settings    Tools

Page 3 of about 13,900 results (0.66 seconds)

### 10 Terrible Misconceptions About Florida - BuzzFeed
www.buzzfeed.com/thatgirlaustin/10-misconceptions-about-florida-9mak ▾
10 Terrible Misconceptions About Florida. I swear tourists have no idea where they actually are. posted on May 6, 2013, at 10:37 p.m.. ThatGirlAustin.

### Orlando Shooter's Reported Lover Says He's Been Questioned By FBI ...
https://www.buzzfeed.com/eliciamelvillesmith/nightclub-shooting-orlando-florida ▾
Jun 12, 2016 - At least 49 people were killed on June 12 after a gunman stormed Pulse, a gay nightclub in Orlando, Florida, in the deadliest mass shooting...

### Zombie Apocalypse Begins In Florida - BuzzFeed
www.buzzfeed.com/donnad/zombie-apocalypse-begins-in-florida ▾
May 29, 2012 - In Hollywood, Florida, twelve students and two teachers break out into a rash at MacArthur High School. HazMat is brought in but no cause of ...

### The 40 Most Insane Things That Happened In Florida In 2012
www.buzzfeed.com/mjs538/the-40-most-insane-things-that-happened-in-florida ▾
Dec 12, 2012 - 2012 was another stellar year for Florida. Let's take a look and remember the good times...

### The 40 Most Insane Things That Happened This Year In Florida
www.buzzfeed.com/.../the-40-most-insane-things-that-happened-this-year-in-florida ▾
The 40 Most Insane Things That Happened This Year In Florida. Ranked in order of insanity. posted on Dec. 18, 2013, at 8:58 a.m.. Matt Stopera. BuzzFeed Staff.

### These Florida Blood Bank Employees Are Mourning The Death Of ...
https://www.buzzfeed.com/.../these-florida-blood-bank-employees-are-mourning-the-... ▾
Jun 13, 2016 - Rodolfo Ayala, a 33-year-old victim of the Pulse nightclub shooting, was an employee of a Florida blood bank that was swarmed with donors ...

### 45 Reasons Why Florida Is The Craziest State - BuzzFeed
www.buzzfeed.com/mjs538/reasons-why-florida-is-the-craziest-state ▾
Jul 7, 2011 - Surprised about the Casey Anthony verdict? Don't be. Florida is by far the craziest state in the country...

### People Are Lining Up To Donate Blood For The Orlando Shooting ...
https://www.buzzfeed.com/stephaniemcneal/blood-donations-florida ▾
Jun 12, 2016 - The blood bank network, which has locations all over Florida, said they urgently needed O+ and O- blood and AB plasma. However, they said ...

### The 31 Most Florida Things That Ever Happened - BuzzFeed
www.buzzfeed.com/ariellecalderon/the-31-most-florida-things-that-ever-happened ▾
Nov 5, 2013 - The 31 Most Florida Things That Ever Happened. I accidentally touched my car's steering wheel at 3 p.m. and now I have to go to the hospital.

### 33 Reasons To Be Thankful For Florida - BuzzFeed
www.buzzfeed.com/erinfarosa/33-reasons-to-be-thankful-for-florida ▾
Jan 31, 2013 - Everyone loves to hate on Florida, but we've got solid evidence that it's not actually the nightmare it's made out to be...

### Ex-Florida Officer Charged In Slaying Of Corey Jones Expected In ...
https://www.buzzfeed.com/.../florida-police-officer-charged-over-death-of-musician-c... ▾
Jun 1, 2016 - Former Palm Beach Gardens police officer Nouman Raja was indicted on Wednesday over the October 2015 killing of Florida drummer Corey ...

### Florida's Mini Trump Looks To Be His Own Candidate In Senate ...
https://www.buzzfeed.com/.../floridas-mini-trump-looks-to-be-his-own-candidate-in-s... ▾

Jun 13, 2016 - Pushing his own version of the "America First" message, Carlos Beruff — a leading GOP Senate candidate with a similar background and...

### If Disney Princesses Were From Florida - BuzzFeed
www.buzzfeed.com/chelseamarshall/florida-disney-princesses ▾
Feb 9, 2016 - Florida: the most magical place on earth. All inspired by wonderfully true Florida headlines...

### You Won't Believe How Many Sharks Are Swimming Off Florida Right ...
www.buzzfeed.com/.../this-video-shows-thousands-of-sharks-swimming-right-off-the ▾
Feb 14, 2016 - A video taken by researchers in Florida shows thousands of sharks ... The video was taken by Dr. Stephen Kajiura of Florida Atlantic University.

### 19 Things No One Tells You About Leaving Florida - BuzzFeed
www.buzzfeed.com/ariellecalderon/things-no-one-tells-you-about-leaving-florida ▾
19 Things No One Tells You About Leaving Florida. The struggle is real. posted on Jul. 10, 2014, at 10:27 a.m. Arielle Calderon. BuzzFeed Staff. Tweet · Tumblr.

### Pee Scams, Kickbacks, And Overdoses Plague South Florida Rehabs ...
www.buzzfeed.com/catferguson/the-rehab-scam ▾
Sep 15, 2015 - Nicole Cronin was one of the hundreds of people who overdose in Palm Beach County every year. She came to South Florida for help, but...

### Which Kind Of Insane Florida News Story Best Fits Your Personality
www.buzzfeed.com/.../which-kind-of-insane-florida-news-story-best-fits-your-perso ▾
Jan 29, 2014 - Just because you're not currently high on bath salts doesn't mean you couldn't be...

### 23 Reasons Living In Florida Ruins You For Life - BuzzFeed
www.buzzfeed.com/jessicamisener/23-reasons-living-in-florida-ruins-you-for-life ▾
23 Reasons Living In Florida Ruins You For Life. I'm sorry, what is this "snow shovel" that you speak of? posted on Nov. 3, 2014, at 10:21 a.m... Jessica Misener.

### What Florida Cities Actually Mean - BuzzFeed
www.buzzfeed.com/ariellecalderon/what-florida-cities-actually-mean ▾
Feb 21, 2014 - Jacksonville: Home to the worst football team in Florida (and that's ... Lake Mary: I tell people who don't live in Florida that I'm from Orlando.

### Mystery Monkey Caught In Florida After 3 Years On The Loose
www.buzzfeed.com/jtes/florida-macsque-caught-after-3-years-on-the-loose ▾
Oct 24, 2012 - The elusive macaque and Florida folk hero was captured Wednesday after a five-hour stakeout (and three-year, on-and-off search) in the ...

### Deadly Nile Crocodiles Found In Florida Waters - BuzzFeed News
https://www.buzzfeed.com/.../man-eating-nile-crocodiles-found-in-florida-and-no-on... ▾
May 19, 2016 - At least two Nile crocodiles native to Africa have been found living in the wild in Florida — with more possibly lurking — where they pose a...

### 23 Reasons Christmas In Florida Is Actually The Best - BuzzFeed
www.buzzfeed.com/jessicamisener/time-to-break-out-your-winter-sandals ▾
23 Reasons Christmas In Florida Is Actually The Best. You can keep your "white Christmas," thanks. posted on Dec. 3, 2015, at 11:27 a.m... Jessica Misener.

### 31 Gorgeous Pictures That Prove Florida Is Paradise - BuzzFeed
www.buzzfeed.com/jessicamisener/31-gorgeous-pictures-that-prove-florida-is-paradise ▾
31 Gorgeous Pictures That Prove Florida Is Paradise. Ready? Bring your beach reading! posted on Jul. 29, 2013, at 11:00 a.m... Jessica Misener. BuzzFeed Staff.

### 21 More Reasons Florida Is The Craziest State - BuzzFeed
www.buzzfeed.com/jpmoore/21-more-reasons-florida-is-the-craziest-state ▾
Jan 31, 2012 - On this occasion of the Florida Republican Presidential Primary, it seemed like a good time to reflect on The Sunshine State. These have...

### 25 Things You'll Only See In Florida - BuzzFeed
www.buzzfeed.com/briangalindo/25-things-youll-only-see-in-florida ▾
25 Things You'll Only See In Florida. Oh Florida, never stop being you. posted on Aug. 19, 2014, at 4:58 p.m.. Brian Galindo. BuzzFeed Staff. Tweet · Tumblr.

Sources: Donald Trump Listened In On Phone Lines At Mar-A-Lago ...

https://www.buzzfeed.com/.../sources-donald-trump-listened-in-on-phone-lines-at-ma... ▾
Jun 30, 2016 - Florida state law generally makes it a crime to intercept or record phone calls without the
consent of everyone in a conversation, but legal ...

### 31 Ways It Really, Truly Sucks To Live In Florida In The Summer

www.buzzfeed.com/markjoyella/31-ways-it-really-sucks-to-live-in-florida-ms2 ▾
Jul 25, 2013 - A never-ending cycle of humidity, bugs, and the threat of imminent death. Yes, we pay the
price for those wonderful winters...

### This Freakishly Large Snake Caught In Florida Is The Stuff Of ...

www.buzzfeed.com/davidmack/my-anaconda-dont-want-none ▾
Jul 28, 2015 - This Burmese python, measuring 18 feet and 3 inches and weighing 133 pounds, was
captured by researchers in the park's Shark Valley area...

### 23 Words That Have A Totally Different Meaning In Florida - BuzzFeed

www.buzzfeed.com/.../23-words-that-have-a-totally-different-meaning-in-florida ▾
Mar 21, 2014 - What it usually means: A caffeinated drink you consume when you're tired. What it means
in Florida: A Cuban shot of perfection that is the most ...

### 16 Tweets That Hilariously Describe Winter In Florida - BuzzFeed

www.buzzfeed.com/alexalvarez/gators-nipping-at-ur-nose ▾
16 Tweets That Hilariously Describe Winter In Florida. It's beginning to look a lot like... summer? posted
on Nov. 30, 2015, at 10:20 a.m.. Alex Alvarez. BuzzFeed ...

Searches related to florida site:buzzfeed.com

| | |
|---|---|
| buzzfeed florida quiz | bad things that happened in florida 2016 |
| buzzfeed florida travel | it happened in florida woody and wilcox |
| buzzfeed florida things | buzzfeed florida election |
| weird florida news 2016 | weird florida news headlines |

02116, Boston, MA - From your phone (Location History) - Use precise location - Learn more

Help     Send feedback     Privacy     Terms



florida site:buzzfeed.com

All    Maps    News    Images    Videos    More              Settings    Tools

Page 4 of about 13,900 results (0.91 seconds)

### The Ultimate Guide To Conquering One Weekend In SW Florida
https://www.buzzfeed.com/.../conquering-a-weekend-in-florida ▾
Jul 1, 2016 - You deserve a weekend beach getaway. Book a trip to The Beaches of Fort Myers & Sanibel and truly #TreatYoSelf...

### This Is The Last Letter A Florida Man Wrote Before He Was Executed
www.buzzfeed.com/.../this-is-the-last-letter-a-florida-man-wrote-before-he-was-ex ▾
Mar 21, 2014 - In 1987, Henry was convicted of two counts of first-degree murder for beating two women with a hammer and setting them on fire during a ...

### We Asked Floridians Who Has The Best Key Lime Pie In The Florida ...
https://www.buzzfeed.com/.../we-asked-floridians-who-has-the-best-key-lime-pie-in-t... ▾
Jul 28, 2016 - If you're from Florida, you give people the best hookups for key lime pie. It's what you do. And if you want to save 15% or more on car...

### The 31 Most Florida Things That Ever Happened - BuzzFeed
www.buzzfeed.com/ariellecalderon/the-31-most-florida-things-that-ever-happened ▾
Nov 5, 2013 - The 31 Most Florida Things That Ever Happened. I accidentally touched my car's steering wheel at 3 p.m. and now I have to go to the hospital.

### 45 Reasons Why Florida Is The Craziest State - BuzzFeed
www.buzzfeed.com/mjs538/reasons-why-florida-is-the-craziest-state ▾
Jul 7, 2011 - Surprised about the Casey Anthony verdict? Don't be. Florida is by far the craziest state in the country...

### Miss "Lovely Eyes" Contest - BuzzFeed
www.buzzfeed.com/copyranter/miss-lovely-eyes-contest ▾
Oct 8, 2012 - Looks more like Miss "Swimsuit Cannibal." Early 1930s, Florida...

### The New Florida State Logo Has Been Leaked And Fans Are Not Happy
www.buzzfeed.com/ariellecalderon/new-fsu-logo ▾
Apr 3, 2014 - The New Florida State Logo Has Been Leaked And Fans Are Not Happy. No, this is apparently not a belated April Fools' joke, posted on Apr. 3, ...

### Florida Senate Candidate: Scrubbing Of Wikipedia Page Was A ...
www.buzzfeed.com/.../florida-senate-candidate-scrubbing-of-wikipedia-page-was-a-c ▾
Apr 6, 2016 - David Jolly, who is running for Senate in Florida, said Wednesday it was a mistake for his campaign to have edited his Wikipedia page to...

### Florida Man Pleads Not Guilty In Bitcoin Case Linked To Massive ...
www.buzzfeed.com/.../florida-man-pleads-not-guilty-in-bitcoin-case-linked-to-mass ▾
Nov 17, 2015 - Anthony Murgio has been linked to conspirators charged in the massive U.S. bank hack that compromised data on 100 million people...

### Deadly Nile Crocodiles Found In Florida Waters - BuzzFeed News
https://www.buzzfeed.com/.../man-eating-nile-crocodiles-found-in-florida-and-no-on... ▾
May 19, 2016 - At least two Nile crocodiles native to Africa have been found living in the wild in Florida — with more possibly lurking — where they pose a ...

### A Guy Allegedly Threw A Gator Through A Wendy's Drive-Thru ...
www.buzzfeed.com/.../this-guy-allegedly-threw-a-gator-through-a-wendys-drive-thru ▾
Feb 9, 2016 - Joshua James, a 24-year-old from Jupiter, Florida, was booked into the Palm Beach County Jail on Monday, according to Palm Beach County ...

### Someone Showed Up To A Trump Rally Dressed As The Wall He's ...
www.buzzfeed.com/tamerragriffin/trump-wall-at-the-trump-rally ▾

Mar 5, 2016 - ... creative — and literal — approach to showing his enthusiasm for the presidential candidate during his Saturday rally in Orlando, Florida.

### Black Republicans Growing Even More Frustrated With Trump Effort ...

https://www.buzzfeed.com/.../black-republicans-growing-even-more-frustrated-with-t... ▾
Aug 18, 2016 - At a recent event in Florida, two sources said Jackson was approached ... the chairman of the Black Republican Caucus of Florida, a group that ...

### Did Donald Trump's Famous Steaks Really Make An Appearance ...

www.buzzfeed.com/tamerragriffin/trump-steaks-tuesday ▾
Mar 8, 2016 - The packaging on the steaks at the Republican frontrunner's media event in Florida appeared to be for a different company...

### Florida Woman Finds An Owl Inside The Grille Of Her SUV - BuzzFeed ...

www.buzzfeed.com/.../flordia-woman-finds-an-owl-inside-the-grill-of-her-suv ▾
Florida Woman Finds An Owl Inside The Grille Of Her SUV. Don't worry, the owl's okay! posted on Feb. 12, 2015, at 9:55 a.m.. Ryan Broderick. BuzzFeed News ...

### Snake Hunters Overtake Everglades For Python-Killing Challenge ...

www.buzzfeed.com/emaoconnor/happy-valentines-heres-a-snake-head ▾
Feb 14, 2016 - More than 600 snake hunters migrated down to the Everglades in January to compete in Florida's month-long Python Challenge. More than ...

### Trump Gets Desperate - BuzzFeed News

https://www.buzzfeed.com/mckaycoppins/trump-gets-desperate ▾
Oct 13, 2016 - OCALA, Florida — Donald Trump was nearing the end of a raw, red-faced tirade at his rally here Wednesday afternoon when he paused to ...

### Wildlife Officials Say They Are "Confident" They Have Removed The ...

https://www.buzzfeed.com/.../child-missing-after-alligator-attack-near-disney-world-h... ▾
Jun 14, 2016 - Florida wildlife officials said they have suspended their search for the alligator that attacked a 2-year-old boy at a Disney World...

### Florida Man Accused Of Stealing 4 Million Pounds Of Citrus - BuzzFeed

www.buzzfeed.com/salvadorhernandez/orange-you-in-trouble-1443227272 ▾
Sep 25, 2015 - The Florida man allegedly picked the fruit from three companies and two private groves, but never paid for more than $500000 in fruit,.

### Florida Gov. Rick Scott Signs Law Giving In-State Tuition To ...

www.buzzfeed.com/.../florida-gov-rick-scott-signs-law-giving-in-state-tuition-to ▾
Undocumented immigrant students in Florida will be able to pay in-state tuition rates at public universities, thanks to a bill signed into law Monday by Gov.

### Meet 3 Real Life Mermaids - BuzzFeed

www.buzzfeed.com/andrewgauthier/meet-3-real-life-mermaids ▾
Sep 21, 2012 - The Florida Aquarium in Tampa has three mermaids on its staff. During the day they work as divers and at night they perform for guests.

### Universal Studios Florida Is Building A Mini London For Its Harry ...

www.buzzfeed.com/.../universal-studios-florida-is-building-a-mini-london-for-its ▾
Feb 4, 2014 - Now a work-in-progress video shows the construction of several London landmarks that feature in the Potter books. They built a fake King's ...

### Man Who Allegedly Disemboweled Girlfriend Pleads Not Guilty ...

www.buzzfeed.com/mbvd/man-disemboweled-girlfriend-after-she-screamed-exs-name ▾
Sep 21, 2015 - Florida authorities say a man confessed to killing his girlfriend after she called out her ex-husband's name twice during sex. He pleaded not ...

### Clinton Disavows Support Of Orlando Shooter's Father, Says He Wasn ...

https://www.buzzfeed.com/.../father-of-orlando-shooter-attends-hillary-clinton-rally ▾
Aug 9, 2016 - Seddique Mateen was spotted in the crowd behind Clinton at a Kissimmee, Florida, rally, WPTV first reported. His 29-year-old son, Omar, ...

### If Disney Princesses Were From Florida - BuzzFeed
www.buzzfeed.com/chelseamarshall/florida-disney-princesses ▾
Feb 9, 2016 - Florida: the most magical place on earth. All inspired by wonderfully true Florida
headlines...

### Two Fighting Bald Eagles Got Stuck In A Storm Drain And Everyone ...
https://www.buzzfeed.com/juliareinstein/eagle-drain ▾
Nov 11, 2016 - A bald eagle was rescued Thursday night after getting trapped in a Florida storm drain,
following an aerial fight with another eagle. Two eagles ...

### Here Are All Of The Victims In The Orlando Nightclub Shooting ...
https://www.buzzfeed.com/stephaniemcneal/orlando-shooting-victims ▾
Jun 12, 2016 - By Sunday afternoon, the city of Orlando, Florida, began to release the names of the
victims on its website. Here is what we know about them so ...

### Florida State And Auburn Will Play For College Football National ...
www.buzzfeed.com/bml/florida-state-and-auburn-will-likely-play-for-college-footba ▾
Dec 7, 2013 - After a high-octane day of college football, the matchup of the national title game is
(almost certainly) set: Florida State's juggernaut will take on ...

### Abandoned Factory In Democratic Attack Ad Against Florida Governor ...
https://www.buzzfeed.com/.../abandoned-factory-in-democratic-attack-ad-against-florida... ▾
Aug 5, 2014 - The Florida Democratic Party released a new attack ad against incumbent Florida Gov.
Rick Scott titled "It's Not Working" on their YouTube ...

### State Judge Strikes Down New Florida Death Penalty Law - BuzzFeed ...
https://www.buzzfeed.com/.../state-judge-strikes-down-new-florida-death-penalty-law ▾
May 9, 2016 - State Judge Strikes Down New Florida Death Penalty Law. "[W]e insist," Judge Milton
Hirsch writes, that decisions of life and death "reflect the ...

Searches related to florida site:buzzfeed.com

| | |
|---|---|
| buzzfeed florida quiz | bad things that happened in florida 2016 |
| buzzfeed florida travel | it happened in florida woody and wilcox |
| buzzfeed florida things | buzzfeed florida election |
| weird florida news 2016 | weird florida news headlines |

Previous     1  2  3  4  5  6  7  8  9  10     Next

02116, Boston, MA - From your phone (Location History) - Use precise location - Learn more

Help     Send feedback     Privacy     Terms



florida site:buzzfeed.com

All    Maps    News    Images    Videos    More                Settings    Tools

Page 5 of about 13,900 results (1.25 seconds)

### This Is How World Leaders Are Reacting To The Orlando Gay ...
https://www.buzzfeed.com/.../world-leaders-express-condolences-in-wake-of-orlando-... ▾
Jun 12, 2016 - French President François Hollande: "I condemn with horror the slaughter that killed at least 50 in Florida. I express the full support of France to ...

### 22 Tips To Transform Yourself Into a Full-Blown Floridian - BuzzFeed
www.buzzfeed.com/niaalavezos/welcome-to-florida ▾
Apr 15, 2015 - Laugh hysterically at every Florida man joke you hear. Florida Man Calls 911 After PlayStation Stops Working I. — Florida Man (@_FloridaMan).

### A Florida Mom Was Arrested After Branding Her Children To Keep ...
www.buzzfeed.com/.../a-florida-mom-was-arrested-after-branding-her-children-to-ke ▾
Jun 21, 2014 - A Florida Mom Was Arrested After Branding Her Children To Keep Track Of Them. She allegedly said she "forgot how much she loved him" after ...

### Florida Man Sentenced For Sex On Beach - BuzzFeed
www.buzzfeed.com/robertcrauder/florida-man-sentenced-for-sex-on-beach ▾
Florida Man Sentenced For Sex On Beach. Not very classy at all. posted on Jul. 17, 2015, at 5:11 p.m.. robbiecrauder. Community User. This post was created by ...

### Police Say These Two Met Online, Went On a Date, Then She Helped ...
https://www.buzzfeed.com/davidmack/florida-online-dating-killing ▾
Aug 23, 2016 - ... met a man online, went on a date with him, then brought her friends to his place where he was robbed and killed, Florida police said Monday. ...

### What's Your Home State's Signature Cocktail - BuzzFeed
www.buzzfeed.com/hannahcgregg/whats-your-home-states-signature-cocktail ▾
Jan 23, 2014 - Florida. Florida. View the image ▸ Maximilian Stock Ltd. / Getty Images. Drink: The Rum Runner (Captain Morgan, blackberry liqueur, creme de ...

### La gente está furiosa con Florida por votar por Donald Trump
https://www.buzzfeed.com/luisdelvalle/floridaaaaaaa-noooo ▾ Translate this page
Nov 8, 2016 - El estado es clave en las elecciones de Estados Unidos. ...

### Parents Are Sharing Photos Of Their Children At The Spot A Boy Was ...
https://www.buzzfeed.com/.../parents-call-upon-the-village-to-support-lane-graves-pa... ▾
Jun 16, 2016 - Florida resident Jeannette Kaplun posted this photo of her children. She told BuzzFeed, "My heart breaks for the Graves family. It could have ...

### Heisman Trophy Winner Jameis Winston Sued By Alleged Rape ...
www.buzzfeed.com/.../heisman-trophy-winner-sued-by-alleged-rape-victim ▾
Apr 16, 2015 - The former Florida State quarterback and top NFL prospect is being sued by a woman who claims he raped her in 2012. Prosecutors have ...

### 10 Reasons "Florida Man" Is The Best Twitter Aggregator - BuzzFeed
www.buzzfeed.com/donnad/florida-man-is-the-best-twitter-aggregator ▾
Feb 11, 2013 - Real-life headlines about the world's worst superhero. This is why we can't have nice things, Florida. ...

### Transgender Woman Found Dead, Burned Behind Dumpster In Florida
www.buzzfeed.com/.../transgender-woman-found-dead-burned-behind-dumpster-in-f... ▾
Jun 23, 2014 - Police tell BuzzFeed they are actively investigating the homicide, but there are currently no indications it was a hate crime. ...

29 Tips To Make Your Day Magical At The Wizarding World Of Harry ...

www.buzzfeed.com/.../tips-to-make-your-day-magical-at-the-wizarding-world ▾
Aug 6, 2014 - Just to clarify, Diagon Alley is located in Universal Studios (Florida) and Hogsmeade is
located in Islands of Adventure (Florida). If you want to...

Ex-Florida Cop Pleads Not Guilty In Fatal Roadside Shooting Of ...

https://www.buzzfeed.com/.../ex-florida-cop-pleads-not-guilty-in-fatal-shooting-of-m... ▾
Jun 10, 2016 - A former Florida cop faces life in prison for the fatal shooting of a drummer in October
2015...

You Won't Believe How Many Sharks Are Swimming Off Florida Right ...

www.buzzfeed.com/.../this-video-shows-thousands-of-sharks-swimming-right-off-the ▾
Feb 14, 2016 - A video taken by researchers in Florida shows thousands of sharks ... The video was
taken by Dr. Stephen Kajiura of Florida Atlantic University.

Florida Governor Signs Law Allowing Limited Medical Marijuana Use ...

www.buzzfeed.com/mbvd/florida-governor-signs-into-law-medical-marijuana ▾
Jun 16, 2014 - Florida Governor Rick Scott signed a law on Monday allowing for the limited use of a
special strain of marijuana to treat epileptic...

Someone Wrote "#NoJustice #NoTip" On A Restaurant Receipt In ...

www.buzzfeed.com/.../someone-wrote-nojustice-notip-on-a-receipt-at-restaurant-in ▾
Jul 17, 2013 - Someone Wrote "#NoJustice #NoTip" On A Restaurant Receipt In Florida Because That's
The Best Way To Protest The Zimmerman Ruling.

Boat And iPhone Believed To Belong To Missing Florida Teens ...

https://www.buzzfeed.com/.../boat-and-iphone-believed-to-belong-to-missing-florida-... ▾
Apr 23, 2016 - Perry Cohen and Austin Stephan went missing last summer. A Norwegian research crew
discovered their vessel off the coast of Bermuda on ...

Small Scale Fraternity Music Festival, Beta Theta Pi, University Of Florida

https://www.buzzfeed.com/.../small-scale-fraternity-music-festival-beta-theta-2r7a3 ▾
Dec 30, 2016 - My name is Dean and I would like to share with you the ridiculousness which came about
from our first annual Betaroo mini music festival...

Newborn Kidnapped From A Hospital 18 Years Ago Found Alive ...

https://www.buzzfeed.com/.../newborn-kidnapped-from-florida-hospital-18-years-ago... ▾
Jan 13, 2017 - A newborn girl who was abducted from a Florida hospital 18 years ago was found this
week living in South Carolina believing the woman who ...

23 Reasons Christmas In Florida Is Actually The Best - BuzzFeed

www.buzzfeed.com/jessicamisener/time-to-break-out-your-winter-sandals ▾
23 Reasons Christmas In Florida Is Actually The Best. You can keep your "white Christmas," thanks.
posted on Dec. 3, 2015, at 11:27 a.m.. Jessica Misener.

19 Things No One Tells You About Leaving Florida - BuzzFeed

www.buzzfeed.com/ariellecalderon/things-no-one-tells-you-about-leaving-florida ▾
19 Things No One Tells You About Leaving Florida. The struggle is real. posted on Jul. 10, 2014, at 10:27
a.m.. Arielle Calderon. BuzzFeed Staff. Tweet · Tumblr.

Pee Scams, Kickbacks, And Overdoses Plague South Florida Rehabs ...

www.buzzfeed.com/catferguson/the-rehab-scam ▾
Sep 15, 2015 - Nicole Cronin was one of the hundreds of people who overdose in Palm Beach County
every year. She came to South Florida for help, but...

A Florida Congressman Had A Men-Only Fundraiser - BuzzFeed News

www.buzzfeed.com/.../a-florida-congressman-had-a-strange-men-only-fundraiser ▾
A Florida Congressman Had A Men-Only Fundraiser. "Tell the misses not to wait up." posted on Sept. 3,
2014, at 2:29 p.m.. Kate Nocera. BuzzFeed Staff. Tweet.

Body Found In Jaws Of 9-Foot Florida Alligator Identified - BuzzFeed ...

https://www.buzzfeed.com/.../florida-police-find-alligator-with-a-human-body-in-its-... ▾
Jun 7, 2016 - A large alligator that was found carrying a human body in its jaws Tuesday was also found to have human flesh inside its stomach. Florida ...

### Which Kind Of Insane Florida News Story Best Fits Your Personality

www.buzzfeed.com/.../which-kind-of-insane-florida-news-story-best-fits-your-perso ▾
Jan 29, 2014 - Just because you're not currently high on bath salts doesn't mean you couldn't be...

### 23 Reasons Living In Florida Ruins You For Life - BuzzFeed

www.buzzfeed.com/jessicamisener/23-reasons-living-in-florida-ruins-you-for-life ▾
23 Reasons Living In Florida Ruins You For Life. I'm sorry, what is this "snow shovel" that you speak of? posted on Nov. 3, 2014, at 10:21 a.m.. Jessica Misener.

### Woman Withdraws Sexual Assault Claim Against Florida Quarterback ...

www.buzzfeed.com/.../florida-quarterback-suspended-from-team-after-being-accused ▾
Oct 6, 2014 - A lawyer for Treon Harris said the University of Florida student withdrew her complaint against the suspended Florida Gators player...

### 5 Extraordinary Celebrity Homes In Florida - BuzzFeed

www.buzzfeed.com/moversatlas/5-extraordinary-celebrity-homes-in-florida-pal0 ▾
Jul 18, 2014 - The following celebrity homes are a good representation on what homes Florida offers for extremely high end real estate. Keep in mind when ...

### Florida Police Officer Fired For Repeatedly Hitting A Handcuffed ...

https://www.buzzfeed.com/.../florida-officer-fired-for-repeatedly-hitting-a-handcuffe ... ▾
Apr 23, 2016 - A Florida police officer was fired and charged with battery Thursday, for repeatedly striking a woman who attempted to kick him while she was ...

### What Florida Cities Actually Mean - BuzzFeed

www.buzzfeed.com/ariellecalderon/what-florida-cities-actually-mean ▾
Feb 21, 2014 - Jacksonville: Home to the worst football team in Florida (and that's ... Lake Mary. I tell people who don't live in Florida that I'm from Orlando.

Searches related to florida site:buzzfeed.com

| | |
|---|---|
| buzzfeed florida **quiz** | **bad things that happened in florida 2016** |
| buzzfeed florida **travel** | **it happened in florida woody and wilcox** |
| buzzfeed florida **things** | **buzzfeed florida election** |
| **weird florida news 2016** | **weird florida news headlines** |

Previous    1  2  3  4  5  6  7  8  9  10    Next

02116, Boston, MA - From your phone (Location History) - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



florida site:buzzfeed.com

All    Maps    News    Images    Videos    More                Settings    Tools

Page 6 of about 13,900 results (1.08 seconds)

### Mystery Monkey Caught In Florida After 3 Years On The Loose
www.buzzfeed.com/jtes/florida-macaque-caught-after-3-years-on-the-loose ▾
Oct 24, 2012 - The elusive macaque and Florida folk hero was captured Wednesday after a five-hour stakeout (and three-year, on-and-off search) in the ...

### This Family Has A Very Unique Christmas Card - BuzzFeed News
www.buzzfeed.com/stephaniemcneal/ho-ho-ho ▾
Dec 16, 2015 - A family from Florida is blowing up the Internet after one of the daughters shared a photo of their "ho"-themed Christmas card online. A family ...

### Trump's Effect On The Latino Vote Has Begun: More Hispanic U.S. ...
www.buzzfeed.com/.../trumps-effect-on-the-latino-vote-has-begun-more-hispanic-us ▾
Jan 26, 2016 - Thousands of legal Hispanic residents are becoming U.S. citizens from Nevada to Florida and Colorado because of Trump. "There is a measurable, substantial increase in Latino voter registration and voting when there is a clear villain perceived as anti-Latino."

### 31 Gorgeous Pictures That Prove Florida Is Paradise - BuzzFeed
www.buzzfeed.com/jessicamisener/31-gorgeous-pictures-that-prove-florida-is-paradise ▾
31 Gorgeous Pictures That Prove Florida Is Paradise. Ready? Bring your beach reading! posted on Jul. 29, 2013, at 11:00 a.m.. Jessica Misener. BuzzFeed Staff.

### Four People, Including Children, Killed In Florida Shooting - BuzzFeed ...
www.buzzfeed.com/jimdalrympleii/five-people-shot-in-florida-home ▾
Nov 13, 2015 - A shooting in Jacksonville, Florida, that police believe was a murder-suicide left four people dead and one person critically injured Friday.

### Here's Everything We Know About The Orlando Shooter - BuzzFeed ...
https://www.buzzfeed.com/emaoconnor/orlando-shooter ▾
Jun 12, 2016 - Omar Mateen, a 29-year-old U.S. citizen, open fired in a gay nightclub in Orlando, Florida, early on Sunday, killing 49 and injuring 53.

### Someone Filmed A Ginormous Alligator Casually Walking Across A ...
https://www.buzzfeed.com/rosebuchanan/just-look-at-the-size-of-that-thing ▾
May 31, 2016 - "Alligators are very common on Florida golf courses, but this one was the biggest we have ever seen," he told BuzzFeed News. He added that ...

### 21 More Reasons Florida Is The Craziest State - BuzzFeed
www.buzzfeed.com/jpmoore/21-more-reasons-florida-is-the-craziest-state ▾
Jan 31, 2012 - On this occasion of the Florida Republican Presidential Primary, it seemed like a good time to reflect on The Sunshine State. These have...

### Two Tiny Puppies Were Saved From A Fire In Florida - BuzzFeed
www.buzzfeed.com/ryanhatesthis/two-tiny-puppies-were-saved-from-a-fire-in-florida ▾
Mar 13, 2013 - Two Tiny Puppies Were Saved From A Fire In Florida. Oh my god, they're using tiny gas masks. Don't worry, neither of the puppies were injured ...

### The Clinton Campaign Is Trying To Stop Those Pro-Trump Ads ...
https://www.buzzfeed.com/.../clinton-campaign-sends-cease-and-desist-letters-over-pr... ▾
Oct 27, 2016 - Four Florida stations received cease and desist letters demanding they stop running an ad featuring footage from the 2008 campaign of the ...

### 25 Things You'll Only See In Florida - BuzzFeed
www.buzzfeed.com/briangalindo/25-things-youll-only-see-in-florida ▾
25 Things You'll Only See In Florida. Oh Florida, never stop being you. posted on Aug. 19, 2014, at 4:58 p.m.. Brian Galindo. BuzzFeed Staff. Tweet · Tumblr.

Sources: Donald Trump Listened In On Phone Lines At Mar-A-Lago ...

https://www.buzzfeed.com/.../sources-donald-trump-listened-in-on-phone-lines-at-ma... ▾
Jun 30, 2016 - Florida state law generally makes it a crime to intercept or record phone calls without the consent of everyone in a conversation, but legal ...

Florida Congressman Mistakenly Thinks US Officials Are From The ...

www.buzzfeed.com/dorsey/curt-clawson-oops ▾
Jul 25, 2014 - Curt Clawson of Florida assumed the two Indian-Americans answering his questions at a hearing of the House Foreign Affairs Committee were ...

31 Ways It Really, Truly Sucks To Live In Florida In The Summer

www.buzzfeed.com/markjoyella/31-ways-it-really-truly-sucks-to-live-in-florida-ms2 ▾
Jul 25, 2013 - A never-ending cycle of humidity, bugs, and the threat of imminent death. Yes, we pay the price for those wonderful winters...

This Freakishly Large Snake Caught In Florida Is The Stuff Of ...

www.buzzfeed.com/davidmack/my-anaconda-dont-want-none ▾
Jul 22, 2015 - This Burmese python, measuring 18 feet and 3 inches and weighing 133 pounds, was captured by researchers in the park's Shark Valley area ...

Sandy Turns Obama's Florida Trip Into Most Expensive Pizza Delivery ...

www.buzzfeed.com/mhastings/obama-escapes-florida-while-his-team-campaigns-ar ▾
Oct 29, 2012 - Obama fails to beat the storm in Florida. Only one rally in last four days, as Michelle and Joe Biden stay on the stump...

11 Crazy Laws That Keep You From Getting A Job - BuzzFeed

www.buzzfeed.com/nicks29/11-crazy-laws-that-keep-you-from-getting-a-job-4y3w ▾
Apr 10, 2014 - Only three states, Florida, Louisiana and Nevada, and Washington, D.C. license interior designers. But to get a license, entrepreneurs have to ...

These "Simpsons' Fans' Costumes Are Insanely Clever And Detailed

www.buzzfeed.com/declancashin/cant-sleep-clown-will-eat-me ▾
Oct 30, 2014 - Lisa's terrible costume of the state of Florida, made by Homer in Marge's Gamblor-induced absence. Lisa&#39;s terrible costume of the state of ...

16 Tweets That Hilariously Describe Winter In Florida - BuzzFeed

www.buzzfeed.com/alexalvarez/gators-nipping-at-ur-nose ▾
16 Tweets That Hilariously Describe Winter In Florida. It's beginning to look a lot like... summer? posted on Nov. 30, 2015, at 10:20 a.m. Alex Alvarez. BuzzFeed ...

23 Words That Have A Totally Different Meaning In Florida - BuzzFeed

www.buzzfeed.com/.../23-words-that-have-a-totally-different-meaning-in-florida ▾
Mar 31, 2014 - What it usually means: A caffeinated drink you consume when you're tired. What it means in Florida: A Cuban shot of perfection that is the most ...

19 Startling Photos Of The Snow In Florida - BuzzFeed

www.buzzfeed.com/ariellecalderon/19-startling-photos-of-the-snow-in-florida ▾
Jan 29, 2014 - 19 Startling Photos Of The Snow In Florida. The polar vortex has hit the sunshine state. This rare phenomenon has caused devastating results. ...

Clinton Campaign Encouraged By Early Latino And Black Enthusiasm ...

https://www.buzzfeed.com/.../clinton-encouraged-by-early-latino-and-black-ballot-re... ▾
Oct 4, 2016 - The number of Hispanic voters requesting vote by mail ballots is up 73% in Florida since 2012 and 84000 more black voters registered in ...

Donald Trump Is Causing Bitter Fights Inside Cuban-American ...

https://www.buzzfeed.com/.../donald-trump-is-causing-bitter-fights-inside-cuban-ame... ▾
Oct 14, 2016 - Obama won the Cuban vote in Florida in 2012 (though some still dispute the 49% to 47% exit poll result). Now, Donald Trump threatens to ...

Florida Woman Calls Governor An Asshole At Starbucks - BuzzFeed ...

www.buzzfeed.com/.../florida-woman-calls-governor-an-asshole-at-starbucks ▾

Apr 6, 2016 - A video of a woman calling Florida Gov. Rick Scott an "asshole" and "an embarrassment"
while he's trying to get a coffee at a Gainesville ...

### Florida Teen To Be Honored After Helping Save The Life Of The ...
www.buzzfeed.com/stephaniemcneal/teen-saves-life-of-arresting-officer ▼
Jan 14, 2015 - A Florida teenager will be honored alongside three police officers after he helped save the
life of an officer who arrested him. A Florida ...

### In Florida Rehabs, Addicts Are Bought And Sold - BuzzFeed News
https://www.buzzfeed.com/catferguson/addiction-marketplace ▼
Mar 19, 2016 - DELRAY BEACH, Florida — One early evening last October, a group of young men and
women were hanging out at the Starbucks on the main ...

### Trump Bats Away Pro-Russian Criticism, But Some Supporters Like ...
https://www.buzzfeed.com/.../many-trump-supporters-in-florida-like-putin-better-than... ▼
Sep 10, 2016 - Seth Whyte, a Trump supporter from New Hampshire who is attending college in Florida,
told BuzzFeed News that Vladimir Putin is "absolutely" ...

### 21 Words You Don't Really Understand Unless You're From Florida
www.buzzfeed.com/jessicamisener/faith-in-humidity-restored ▼
21 Words You Don't Really Understand Unless You're From Florida. Time to break out your winter hoodie.
posted on Oct. 28, 2013, at 11:05 a.m.

### State Universities Go Online To Chase Out-Of-State Students, And ...
www.buzzfeed.com/.../state-universities-go-online-to-chase-out-of-state-students ▼
Oct 22, 2015 - The collapse of a $168 million deal between the University of Florida and Pearson is
another reminder of the perils of a big trend in the...

### An Islamic Center Near Orlando Was Vandalized - BuzzFeed News
https://www.buzzfeed.com/talalansari/an-islamic-center-near-orlando-was-vandalized ▼
Jun 14, 2016 - A mosque just outside Orlando, Florida, was vandalized Monday, authorities said after the
spraypainted hashtag #StopTheHate was ...

Searches related to florida site:buzzfeed.com

| | |
|---|---|
| buzzfeed florida **quiz** | **bad things that happened in** florida **2016** |
| buzzfeed florida **travel** | **it happened in** florida **woody and wilcox** |
| buzzfeed florida **things** | **buzzfeed** florida **election** |
| **weird** florida **news 2016** | **weird** florida **news headlines** |

Previous    1  2  3  4  5  6  7  8  9  10    Next

02116, Boston, MA - From your phone (Location History) - **Use precise location** - Learn more

Help    Send feedback    Privacy    Terms



florida site:buzzfeed.com

All    Maps    News    Images    Videos    More                    Settings    Tools

Page 7 of about 13,900 results (0.87 seconds)

### A Florida Man Who Killed Nine Ducklings Using A Lawn Mower Is ...

www.buzzfeed.com/davidmack/florida-man-kills-ducks-using-lawnmower ▾
Jul 26, 2015 - A Florida man who intentionally ran over nine ducklings using a ride-on lawn mower while a local family looked on horrified was sentenced to a ...

### Florida Agency Classifies Uber Driver As Employee, Says He Is ...

www.buzzfeed.com/.../florida-agency-classifies-uber-driver-as-employee-says-he-is ▾
May 22, 2015 - The Florida Department of Economic Opportunity says former Uber driver Darrin McGillis was an employee of the company — not an independent contractor ... Yesterday, the Florida Department of Economic Opportunity decided that former Uber driver Darrin McGillis was an employee of the ...

### Fugitive Arrested In Florida 56 Years After Ohio Prison Break - BuzzFeed

www.buzzfeed.com/.../fugitive-arrested-in-florida-56-years-after-ohio-prison-brea ▾
May 5, 2015 - A man who escaped from an Ohio prison in 1959 was arrested Tuesday in Melbourne, Florida, after spending more than half a century living as ...

### Parents Charged With Murder After Newborn Baby Starved To Death ...

www.buzzfeed.com/.../parents-charged-with-murder-after-florida-baby-starved-death ▾
Dec 30, 2014 - The parents of a 22-day-old baby girl found starved to death last week were charged with first-degree murder on Tuesday after Florida police ...

### 10 Color Palettes Inspired By The Beauty Of Florida - BuzzFeed

www.buzzfeed.com/fdoo/color-palettes-inspired-by-the-beautiful-state-of-122 ▾
May 18, 2015 - The lush colors of beautiful Florida are so flavorful you can practically taste them! Get a true taste of the sunshine state with 100%...

### This Pro Baseball Player Lives In A Van Behind A Florida Walmart ...

https://www.buzzfeed.com/juliekliegman/daniel-norris-van-man-blue-jays ▾
Mar 6, 2015 - Despite getting a $2 million signing bonus with the Toronto Blue Jays...

### Couple Faces 15 Years In Prison For Sex On Florida Beach - BuzzFeed

www.buzzfeed.com/davidmack/sex-on-the-beach ▾
May 5, 2015 - A couple is facing up to 15 years in prison after being found guilty Monday of having sex on a Florida beach, according to court records.

### Florida Man Charged With Murder After Mother Found Decapitated ...

www.buzzfeed.com/.../florida-man-charged-with-murder-after-woman-found-decapit... ▾
Jan 1, 2015 - Police arrested Christian Jose Gomez after his mother, Maria Suarez-Cassagne, was found dead outside his Oldsmar, Florida house on New...

### Seven Days And Nights In The World's Largest, Rowdiest Retirement ...

www.buzzfeed.com/.../seven-days-and-nights-in-the-worlds-largest-rowdiest-retirem ▾
Aug 28, 2014 - Seventy miles northwest of Orlando International Airport, amid the sprawling, flat central Florida nothingness — past all of those billboards for ...

### Man Rescued After Trying To Get From Florida To Bermuda In A Giant ...

www.buzzfeed.com/.../the-us-coast-guard-had-to-rescue-a-man-trying-to-get-from-fi ▾
Oct 5, 2014 - Time reports he "was found in an inflatable bubble, disoriented and asking for directions to Bermuda, the Coast Guard said. He was carrying ...

### 7 Scientific Realities That Florida Should Also Be Banning - BuzzFeed

www.buzzfeed.com/.../7-scientific-realities-that-florida-should-also-be-banning ▾

Mar 9, 2015 - 7 Scientific Realities That Florida Should Also Be Banning. Banning the term "climate change" is a good start. But are they going far enough?

## A Tour Of Florida Through Food - BuzzFeed
www.buzzfeed.com/visitflorida/a-tour-of-florida-through-food ▾
Jun 26, 2014 - It takes about a day to travel from one tip of Florida to the other. It would take an eternity if you were to stop at all the amazing...

## You Will Never Believe What Happens To This Angry Tailgating Driver ...
www.buzzfeed.com/.../you-will-never-believe-what-happens-to-this-angry-tailgating ▾
Mar 27, 2014 - According to the YouTube user that posted the insane video, the incident happened in Tampa, Fla., on March 24, 2014. Oh...Florida...

## Marijuana Found Hidden In "Stomach Fat" Of 450-Pound Florida Man ...
www.buzzfeed.com/mbvd/marijuana-found-hidden-in-stomach-fat-of-450-pound-man ▾
Jun 15, 2014 - A 450-pound Florida man was arrested after cops found 23 grams of marijuana stuffed into the folds of his stomach fat during a routine...

## For-Profit College In Florida Used Strippers As Admissions Officers ...
www.buzzfeed.com/.../for-profit-college-in-florida-used-strippers-as-admissions-o ▾
Dec 4, 2014 - A Florida for-profit college hired exotic dancers as "admissions officers" in order to lure young male students, according to allegations in a ...

## Tom Cruise And John Travolta Gather At The Opening Of Florida ...
www.buzzfeed.com/.../tom-cruise-and-john-travolta-gather-at-florida-scientology-h ▾
Nov 19, 2013 - Tom Cruise And John Travolta Gather At The Opening Of Florida Scientology House. This new building is the tallest in Clearwater, Fla.

## 10 Hidden Treasures In Florida - BuzzFeed
www.buzzfeed.com/floridagop/10-hidden-treasures-in-florida-g7at ▾
Apr 22, 2014 - Earth Day is a great time to remember some of Florida's many beautiful destinations...

## Florida Democratic Congressional Candidate Plagiarizes Issues Page ...
www.buzzfeed.com/.../florida-democratic-congressional-candidate-plagiarizes-issue ▾
May 5, 2014 - Corry Westbrook is a Democratic candidate for Congress in Florida's 8th Congressional district. She is currently in a primary race to take on ...

## Abuse Allegations Emerge In Case Of Florida Sisters Who Allegedly ...
www.buzzfeed.com/.../sisters-aged-11-and-15-charged-with-killing-16-year-old-brot ▾
Jan 6, 2015 - The two sisters were arrested in Florida in connection with the shooting death of their brother, officials said Tuesday...

## 21 Signs You Took Florida Virtual School Classes - BuzzFeed
www.buzzfeed.com/michellenguyen/21-signs-you-did-florida-virtual-school-fp0r ▾
Oct 17, 2013 - You know who you are, you pajama wearing, Starbucks guzzling, split-screen aficionados. How do we know you did Florida Virtual School?

## Video Emerges Of Florida Offensive Players Aggressively Blocking ...
www.buzzfeed.com/.../video-emerges-of-florida-offensive-players-aggressively-bloc ▾
Nov 26, 2013 - Video Emerges Of Florida Offensive Players Aggressively Blocking... Each Other. Yep, turns out the Gators are legitimately awful. posted on ...

## 32 Essential Southwest Florida Experiences - BuzzFeed
www.buzzfeed.com/dofloridaright/32-essential-southwest-florida-experiences-nabk ▾
Apr 5, 2014 - 32 Essential Southwest Florida Experiences. Don't leave SWFL without checking these things off your bucket list. Each of these can be ...

## Is Florida's New Business Logo Sexist - BuzzFeed News
www.buzzfeed.com/ryanhatesthis/is-floridas-new-business-logo-sexist ▾
Feb 6, 2013 - Many are claiming Florida's new logo, which includes a man's necktie, excludes businesswomen...

## Massive Explosions Rock Florida Propane Plant, Injuring Several ...

www.buzzfeed.com/passantino/massive-explosion-fire-rocks-florida-propane-plant ▾
Jul 29, 2013 - A series of large blasts struck a Blue Rhino propane plant in Lake Co., Florida, late
Monday, causing multiple injuries and forcing ...

### What It's Like To Be A George Zimmerman Supporter In Florida ...
www.buzzfeed.com/jtes/what-its-like-to-be-a-george-zimmerman-supporter-in-florida ▾
Jul 14, 2013 - The Waz sisters were two of central Florida's most passionate supporters for
Zimmerman's acquittal. They watched every courtroom scene on ...

### 15 Photos From Florida's Children-With-Guns Survivalist Training Camp

www.buzzfeed.com/jtes/photos-from-floridas-bizarre-child-survivalist-training-c ▾
Feb 22, 2013 - 9-year-olds with AK-47s in the Florida wilderness. It's like summer camp, but with a
different kind of heat...

### This Is What The Florida Sinkhole Looks Like - BuzzFeed News
www.buzzfeed.com/ryanhatesthis/this-is-what-the-florida-sinkhole-looks-like ▾
Mar 6, 2013 - Detailed wire photos have emerged of the terrifying sinkhole that swallowed a Florida man
and destroyed his home...

### 21 Bloody Marys That Went Too Far - BuzzFeed
https://www.buzzfeed.com/christinebyrne/insane-bloody-marys ▾
Jun 5, 2014 - Sometimes it's unclear where the garnish ends and the buffet table begins...

### Here's The Most Popular Ice Cream Shop In Every State - BuzzFeed

https://www.buzzfeed.com/anniedaly/i-scream-you-scream-we-scream ▾
Jul 10, 2016 - Yesterday, I tried the Passion Fruit Sorbet, which was perfect for a hot humid day in
Florida. There are also lots of choices for those who want or ...

### 36 Packaged Meats That Are Actually Natural And Good For You
www.buzzfeed.com/deenashanker/meat-brands-that-are-actually-natural ▾
May 3, 2014 - Florida Fresh Meat Company offers beef, pork, lamb, goat, chicken, duck and — wait for it
— gator meat throughout the state. The company's ...

Searches related to florida site:buzzfeed.com

| | |
|---|---|
| buzzfeed florida quiz | bad things that happened in florida 2016 |
| buzzfeed florida travel | it happened in florida woody and wilcox |
| buzzfeed florida things | buzzfeed florida election |
| weird florida news 2016 | weird florida news headlines |

Previous      1  2  3  4  5  6  7  8  9      Next

02116, Boston, MA - From your phone (Location History) - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

# Exhibit
# 20



**WINNER OF 12 PULITZER PRIZES**

# THE FEED
**What you're talking about today**

## BuzzFeed will take over the Florida Aquarium for an Aug. 29 party during the RNC

deggans
Thursday, August 9, 2012 4:06pm



BuzzFeed will take over the Florida Aquarium Aug. 29, presenting an invitation-only reception after that day's events at the Republican National Convention, further highlighting the website's increased original content and political reporting.

Organizers expect more than 200 people for the invitation-only event, scheduled from 11 p.m. to 2 a.m. on a Wednesday evening, midway through the convention. BuzzFeed, established as a guide to viral stories spreading across the Internet and pop culture memes, now features more original reporting --opening a bureau in Washington D.C., with plans to send 10 people to Tampa for RNC coverage.

"I've always struggled with how to cover conventions; they're like four-day infomercials," said BuzzFeed editor-in-chief **Ben Smith**, a former blogger for POLITICO who joined the site late last year. "I do think the interesting stories will be the opposite stories the convention wants to tell...I want to break the story of the first (GOP) delegate arrested for solicitation."

An official at the Aquarium said the Tampa facility would be closed for the week of the RNC for private functions, but likely would not release information on who has rented the space until closer to the event.

BuzzFeed has already published a story on the Top Five Strip Clubs for the Republican National Convention, and Smith acknowledges that to folks outside the Sunshine State, Florida can be a home for odd stories.

"On the Internet, when you say Florida, it's zombie apocalypse land," he said, laughing. "The immediate association is with the strange news stories."



Commenting Guidelines    Abuse Policy

SPONSORED CONTENT

Case 0:17-cv-60426-JIC Document 20-5 Entered on FLSD Docket 03/27/2017 Page 25 of 37

Recommended by

Exhibit
21

OFF THE RECORD

# *The Times* They Are A-Buzzin': Jim Roberts and Ben Smith Talk Video Collabo

By Kat Stoeffel • 06/20/12 7:30am



A media odd couple was formed on Monday, when BuzzFeed and *The New York Times* announced that they will join forces to cover the Democratic and Republican national conventions in live-streaming video "TimesCasts" on NYTimes.com.

The collaboration, which serves to lend the *Times'* growing video department a jolt of buzzy, young talent while cementing BuzzFeed's nascent journalistic credentials, was born from the Twitter-based mutual admiration of *New York Times* assistant managing editor **Jim Roberts** and BuzzFeed editor-in-chief, **Ben Smith**. The two met IRL when they sat on a panel together during Social Media Week in February.

The TimesCast team was then gearing up to go all-out on its live broadcast of Super Tuesday, which incorporated dispatches from almost twenty reporters and columnists.

"Once we got that done we started immediately thinking about what we'd do for the convention," Mr. Roberts told Off the Record. "I put the convention and Ben together and reached out to him."

Mr. Smith visited *Times* headquarters, met with executive editor **Jill Abramson** and some video editors, and media old and new formed a partnership.

---

**OBSERVER DAILY**

**Observer Delivered to Your Inbox**

Get the daily roundup from the best of Observer.

SIGN UP

Scratch that. *Times* legal would prefer we don't call it a "partnership."

"We're teaming up," Mr. Roberts clarified. "We're collaborating. It's nothing that formal. It's an alliance. It's a chance to take advantage of some of the signature strengths of two interesting news organizations."

Mr. Smith and his crew of social media-savvy journalists (which just poached *Roll Call*'s John Stanton as their D.C. bureau chief and *Metro Weekly*'s Chris Geidner as a reporter) will contribute to TimesCast segments in the months leading up to the convention, but the *Times* has not yet decided whether it will syndicate the videos back to BuzzFeed, **Jonah Peretti**'s hub of LOLs and WTFs.

Asked what he thought *l'esprit de* BuzzFeed would bring to the paper of record, Mr. Roberts said he was looking for some creative input.

"There are a lot of things to conquer, the technical aspects, the distribution aspects," he said, "but the actual creation aspect is something we need to master. And I would love for a little of their social media mojo to rub off on us."

But according to Mr. Smith, a Politico alum hired to oversee the social aggregator's move into original reporting, BuzzFeed's "mojo" is rooted in *Times* news values.

"My broader view is that great journalism is what will wind up winning the social space," Mr. Smith wrote Off The Record in an e-mail message, "there's no trick."

The upstart also brings an awareness of a political dialogue occurring on social networks.

"Twitter is going to contain a kind of giant parallel conversation to the conventions," Mr. Smith wrote, "one that will weave nicely around the livestream."

(Speaking with Talking Points Memo last week, *New Yorker* White House correspondent **Ryan Lizza** said the Twitter club's eagerness to meme-ify every gaffe had created a "crisis" for political journalism, but that's yet another conversation.)

Mr. Roberts stressed that the *Times* was still in an exploratory mode when it came to video content.

"I'll be the first to admit the process of creating video is sobering to me," he said. "It's expensive. It's hard. I have the utmost respect for the people to do it."

Which, he pointed out, is just about everyone these days. "We've got competitors big and small in the space."

Over the past year, previously text-based news operations have rapidly turned to video content—where embedded commercials are more valuable than banner ads—to help stanch the loss of print advertising revenue. Spending on video advertising is expected to increase 43 percent in 2012 and will be a $7 B. industry by 2015, according to the most recent Pew study of digital advertising. As a result, most robust print and digital news organizations are racing to stretch their journalistic DNA to a new medium.

*The Wall Street Journal* launched "DC Bureau," a weekly politics show hosted by DC bureau chief **Jerry Seib**, on Friday. The latest addition to the now nearly five hours of daily WSJ Live programming, its debut featured interviews with **David Axelrod** and **Kevin Madden**.

The Huffington Post is staffing up for the July launch of Huffington Post Live, a "nonstop" news talk show streaming twelve hours a day, five days a week. And after CSPAN broadcast Politico's live streaming coverage of Super Tuesday in March, editor-in-chief **Jim Vandehei** promised more Politico TV was on the way.

Off the Record wondered how print journalists—historically afforded a margin of schlubbiness—were adjusting to their imminent close-ups. According to Mr. Roberts, *Times* reporters needn't rush off to get their teeth bleached a blinding Fox News white.

"We don't want to mimic broadcast or cable television," he said. "We're looking for our a voice, a style that comports with us as journalists and as a newsgathering organizations. While I don't think anyone wants to do video of people slouching at their desks and eating potato chips, I don't think that we want to be glossy either. There's a middle ground for us."

Exhibit
22

About    Products    Success Stories    Resources    **Contact**

# Custom Content Worth Sharing

## How it works:







BuzzFeed's creative and video teams work with brands to craft original, custom content

BuzzFeed's in-house experts help the right audience discover a brand's content across BuzzFeed and on social.

Brands can track content performance in real-time using BuzzFeed's social dashboard.

## The BuzzFeed Audience



### 200+ Million monthly uniques



**50% are 18-34 years old**

Source: Quantcast



# 60% of our traffic is mobile, and growing

Source: Comscore



# 75% of our traffic comes from social referrals

Source: Google Analytics

# 2.2+ Billion monthly video views

**40+ Million subscribers & followers**

Source: Youtube & Facebook



# Products



## Custom Social Posts

BuzzFeed's in-house creative team works with brands and agencies to craft custom social posts that are designed for sharing. Content ranges from humor to inspirational, and comes in various formats, lists to premium content like quizzes, infographics, and cinemagraphs. Custom social posts are crafted in an authentic voice that communicates a brand's aspirations and themes, and inspires consumers to share. *BuzzFeed clients see an average lift of 48.8% in brand affinity and 42% in purchase intent from our custom social content!*

*average across Nielsen Online Brand Effect studies



## Video

BuzzFeed Motion Pictures produces original video content designed for the social web. With a dedicated staff and production studio based in Los Angeles, BuzzFeed Motion Pictures works with brands to create instant hits like Friskie's "Dear Kitten" and GE's "Are You A Visual Thinker?" Since launching in 2012, BuzzFeed Motion Pictures has grown to 19+ million subscribers with over 12.5 billion views to date!





## Promotion and Story Units

Story units are seamlessly integrated across BuzzFeed and promote custom content on the homepage, site wide, social thumbnail, and mobile. They are designed to optimize success and promote top performing posts by rotating them within the story units. Click-through rates for story units have proven to be 10x the industry standard for banner ads. Promotion and story units are included in every BuzzFeed program.



## Social Discovery

Social Discovery is the process of discovering news and information through social networks and feeds. BuzzFeed's SoDisco Team specializes in this process and promotes branded content through native ads on social networks. With the ability to target specific audiences and serve them content they would want to engage with, Social Discovery is proven to boost user engagement with advertiser content and is included as a line item in every BuzzFeed program.

# Success Stories







































## Resources



### BuzzFeed Advertising 101

An overview of BuzzFeed's key stats and approach to social advertising.

Read more



### BuzzFeed Branded Video

BuzzFeed translates its social advertising philosophy into branded videos.

Read more



### How BuzzFeed Does Social Content

Find out how BuzzFeed works with brands to engage consumers using emotions and formats.

Read more



## Get Started!

First Name

Last Name

Title

Email

Company Name

What Country/territory are you in?



What State are you in?

Budget

Notes (optional)

**Submit**

  

