# Exhibit
# 23

BuzzFeed Consolidated Financial Statements





# BuzzFeed Consolidated Financial Statements

J.K. Trotter
08/12/15 11:20AM Filed to: BUZZFEED

**CONFIDENTIAL INFORMATION**
**BuzzFeed, Inc. & Subsidiaries**
**Consolidated Financial Statements**
**Jan-Jun 2014 YTD (Draft Unaudited)**

*Consolidated Balance Sheets*

| Assets | As of 6/30/14 |
|---|---:|
| Current Assets | |
| Cash, cash equivalents, and marketable securities | $ 22,261,774 |
| Accounts receivable, net | 27,696,792 |
| Prepaid and other current assets | 1,027,874 |
| Total Current Assets | 50,986,441 |
| | |
| Property and equipment, net | 3,345,246 |
| Other assets | 1,593,730 |
| Total Assets | $ 55,925,417 |
| | |
| **Liabilities and Stockholders' Equity** | |
| Current Liabilities | |
| Accounts payable | $ 2,077,293 |
| Accrued expenses and other current liabilities | 5,882,841 |
| Deferred obligation | 433,202 |
| Total liabilities | 8,393,337 |
| | |
| Stockholders' Equity | 47,532,080 |
| Total liabilties and stockholders' equity | $ 55,925,417 |

*Consolidated Statements of Operations*

| | YTD 2014 |
|---|---:|
| Revenue | $ 46,159,098 |
| | - |
| Cost of revenue | 5,818,808 |
| Selling, general and administrative | 20,983,958 |
| Editorial | 10,449,422 |
| Research and development | 5,602,235 |
| Depreciation and amortization | 669,368 |
| Total operating expenses | 43,523,791 |
| Loss from operations | 2,635,307 |
| Other income, net | 112,710 |
| Income from operations before income taxes | 2,748,017 |
| Income tax provision | - |
| Net Loss | $ 2,748,017 |

**CONFIDENTIAL INFORMATION**

**CONFIDENTIAL INFORMATION**
**BuzzFeed, Inc. & Subsidiaries**
**Consolidated Financial Statements**
**Jan-Jun 2014 YTD (Draft Unaudited)**

*Consolidated Statements of Cash Flows*

|                                                                        | YTD 2014         |
| ---------------------------------------------------------------------- | ---------------: |
| **Operating Activities**                                               |                  |
| Net loss                                                               | $    2,748,017   |
| Adjustments to reconcile net loss to net cash used in operating activities: |             |
| Depreciation and amortization                                          | 669,368          |
| Stock-based compensation                                               | 368,788          |
| Asset Impairment                                                       | -                |
| Changes in operating assets and liabilities:                           |                  |
| Accounts receivable, net                                               | (1,252,061)      |
| Other current assets                                                   | (427,161)        |
| Other long term assets                                                 | (249,671)        |
| Accounts payable                                                       | (1,606)          |
| Accrued expenses and other current liabilities                         | 1,350,928        |
| Deferred obligation                                                    | (372,610)        |
| Cash used in operating activities                                      | **2,833,993**    |
|                                                                        |                  |
| **Investing Activities**                                               |                  |
| Capital Expenditures                                                   | (1,298,989)      |
| Cash inflows related to acquisitions                                   | -                |
| Cash from (used in) investing activities                               | **(1,298,989)**  |
|                                                                        |                  |
| **Financing Activities**                                               |                  |
| Preferred stock issuance, net of issuance costs                        | (0)              |
| Proceeds from exercise of stock options                                | 125,688          |
| Cash from financing activities                                         | **125,688**      |
|                                                                        |                  |
| Increase (decrease) in cash and equivalents                            | 1,660,692        |
| Cash and equivalents at beginning of period                            | 20,601,082       |
| Cash and equivalents at end of period                                  | **$ 22,261,774** |

**CONFIDENTIAL INFORMATION**

# BuzzFeed, Inc.
## Consolidated Financial Statements
## December 31, 2013 and 2012

BuzzFeed Consolidated Financial Statements

## BuzzFeed, Inc.
## Consolidated Balance Sheets
### December 31, 2013 and 2012

| | | 2013 | | 2012 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 20,601,209 | $ | 21,212,509 |
| Marketable securities | | - | | 6,993,560 |
| Accounts receivable | | 26,444,731 | | 8,275,790 |
| Prepaid and other current assets | | 616,724 | | 122,809 |
| Total current assets | | 47,662,664 | | 36,604,668 |
| Property and equipment, net | | 2,714,141 | | 1,026,165 |
| Other assets | | 1,332,199 | | 484,044 |
| Total assets | $ | 51,709,004 | $ | 38,114,877 |
| **Liabilities and Stockholders' Equity** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 3,301,357 | $ | 1,151,663 |
| Accrued expenses and other current liabilities | | 4,640,197 | | 1,268,608 |
| Deferred revenue | | 613,537 | | 286,885 |
| Total current liabilities | | 8,555,091 | | 2,707,156 |
| Total liabilities | | 8,555,091 | | 2,707,156 |
| Commitments and contingencies (Note 6) | | | | |
| Stockholders' equity | | | | |
| Series A, convertible preferred stock, $0.001 par value; 3,500,000 shares authorized; 3,500,000 shares issued and outstanding at December 31, 2013 and 2012 | | 3,000,500 | | 3,000,500 |
| Series A-1, convertible preferred stock, $0.001 par value; 3,800,515 shares authorized; 3,800,515 shares issued and outstanding at December 31, 2013 and 2012 | | 3,801 | | 3,801 |
| Series B, convertible preferred stock, $0.001 par value; 4,401,242 shares authorized; 4,401,242 shares issued and outstanding at December 31, 2013 and 2012 | | 7,904,463 | | 7,904,463 |
| Series C, convertible preferred stock, $0.001 par value; 5,024,637 shares authorized; 5,024,637 shares issued and outstanding at December 31, 2013 and 2012 | | 15,434,047 | | 15,434,047 |
| Series D, convertible preferred stock, $0.001 par value; 2,412,718 shares authorized; 2,412,718 shares issued and outstanding at December 31, 2013 and 2012 | | 19,310,914 | | 19,310,914 |
| Common stock, $0.001 par value. 25,000,000 shares authorized at December 31, 2013 and 2012; 2,463,631 and 1,619,539 shares issued and outstanding at December 31, 2013 and 2012, respectively | | 2,464 | | 1,620 |
| Additional paid-in capital | | 1,467,002 | | 762,465 |
| Accumulated other comprehensive income | | 2,090 | | - |
| Accumulated deficit | | (3,971,368) | | (11,010,089) |
| Total stockholders' equity | | 43,153,913 | | 35,407,721 |
| Total liabilties and stockholders' equity | $ | 51,709,004 | $ | 38,114,877 |

The accompanying notes are an integral part of these consolidated financial statements.

3

## BuzzFeed, Inc.
### Consolidated Statements of Operations and Comprehensive Income (Loss)
### Period Ended December 31, 2013 and 2012

|  | 2013 | 2012 |
|---|---|---|
| **Statements of Operations** | | |
| Revenue | $ 64,095,207 | $ 20,333,560 |
| Cost of revenue | 9,907,232 | 3,627,594 |
| Selling, general and administrative | 27,048,071 | 12,603,079 |
| Editorial | 11,739,790 | 4,724,608 |
| Research and development | 5,957,456 | 3,111,993 |
| Depreciation and amortization | 733,512 | 292,547 |
| Total operating expenses | 55,386,061 | 24,359,821 |
| Income (loss) from operations | 8,709,146 | (4,026,261) |
| Other income (expense), net | (25,295) | 182 |
| Income (loss) before income taxes | 8,683,851 | (4,026,079) |
| Income tax provision | (1,645,130) | - |
| Net income (loss) | $  7,038,721 | $  (4,026,079) |
| | | |
| **Statements of Comprehensive Income (Loss)** | | |
| Net income (loss) | $   7,038,721 | $  (4,026,079) |
| Other comprehensive income (loss) | | |
| Foreign currency translation adjustment | 2,090 | - |
| Comprehensive income (loss) | $   7,040,811 | $  (4,026,079) |

The accompanying notes are an integral part of these consolidated financial statements.

4

**BuzzFeed, Inc.**
**Consolidated Statements of Stockholders' Equity**
**Years Ended December 31, 2013, 2012, and 2011**

| | Convertible Preferred Stock | | Common Stock | | Additional paid-in capital | Accumulated deficit | Accumulated other comprehensive income | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | |
| Balance at December 31, 2011 | 16,726,984 | $ 26,342,911 | 604,678 | $ 605 | $ 197,375 | $ (6,984,076) | | $ 19,556,941 |
| Net loss | | | | | | (4,026,079) | | (4,026,079) |
| Stock-based compensation expense | | | | | 139,510 | | | 139,510 |
| Issuance of Series D preferred stock convertible preferred stock at $8.0293 per share, net of $50,106 issuance cost | 2,412,719 | 19,310,914 | | | | | | 19,310,914 |
| Issuance of common stock upon exercise of stock options | | | 784,896 | 785 | 289,858 | | | 290,643 |
| Issuance of common stock in connection with acquisitions | | | 160,065 | 170 | 130,722 | | | 130,892 |
| Balance at December 31, 2012 | 19,139,112 | 45,653,725 | 1,619,539 | 1,620 | 762,465 | (11,010,089) | - | 35,407,721 |
| Net income | | | | | | 7,038,721 | | 7,038,721 |
| Stock-based compensation expense | | | | | 299,735 | | | 299,735 |
| Issuance of common stock upon exercise of stock options | | | 844,092 | 844 | 414,802 | | | 415,646 |
| Foreign currency translation adjustment | | | | | | | 2,080 | 2,080 |
| Balance at December 31, 2013 | 19,139,112 | $ 45,653,725 | 2,463,631 | $ 2,464 | $ 1,467,002 | $ (3,971,368) | $ 2,080 | $ 43,153,813 |

The accompanying notes are an integral part of these consolidated financial statements.

5

BuzzFeed Consolidated Financial Statements

## BuzzFeed, Inc.
### Consolidated Statements of Cash Flows
### Years Ended December 31, 2013 and 2012

|  | 2013 | 2012 |
|---|---|---|
| **Operating activities** |  |  |
| Net loss | $ 7,038,721 | $ (4,026,079) |
| Adjustments to reconcile net loss to net cash used in operating activities: |  |  |
| Depreciation and amortization | 733,512 | 292,547 |
| Stock-based compensation | 289,735 | 139,510 |
| Loss on disposition of fixed assets | 115,210 | - |
| Provision for doubtful accounts | 97,952 | - |
| Asset impairment | - | 52,056 |
| Changes in operating assets and liabilities: |  |  |
| Accounts receivable | (18,266,893) | (6,486,256) |
| Other current assets | (493,915) | (89,333) |
| Other long term assets | (848,155) | (115,274) |
| Accounts payable | 2,149,694 | 834,243 |
| Accrued expenses and other current liabilities | 3,371,583 | 884,020 |
| Deferred revenue | 326,652 | 286,885 |
| Cash used in operating activities | (5,485,904) | (8,227,681) |
|  |  |  |
| **Investing activities** |  |  |
| Capital expenditures | (2,536,692) | (788,566) |
| Cash inflows related to acquisitions | - | 135,011 |
| Purchases of marketable securities | - | (6,993,560) |
| Proceeds from sales of marketable securities | 6,993,560 | - |
| Cash provided by (used in) investing activities | 4,456,868 | (7,647,115) |
|  |  |  |
| **Financing activities** |  |  |
| Preferred stock issuance, net of issuance costs | - | 19,310,914 |
| Proceeds from exercise of stock options | 309,208 | 290,643 |
| Proceeds from the early exercise of stock options | 106,438 | - |
| Cash provided by financing activities | 415,646 | 19,601,557 |
|  |  |  |
| Increase (decrease) in cash and equivalents | (613,390) | 3,726,761 |
| Effect of currency translation on cash and cash equivalents | 2,090 | - |
| Cash and equivalents at beginning of period | 21,212,509 | 17,485,748 |
| Cash and equivalents at end of period | $ 20,601,209 | $ 21,212,509 |
|  |  |  |
|  |  |  |
| **Supplemental disclosures of cash flow information** |  |  |
| Cash paid for income taxes | $ 70,537 | $ - |
| Non-cash financing activity |  |  |
| Common stock issued related to acquisition | $ - | $ 135,892 |

The accompanying notes are an integral part of these consolidated financial statements.

6

## BuzzFeed, Inc.
## Notes to Consolidated Financial Statements
## December 31, 2013 and 2012

**1.  Description of the Business**

BuzzFeed, Inc. (formerly known as Contagious Media LLC) was incorporated in Delaware on June 24, 2008. BuzzFeed, Inc. and subsidiaries (the "Company" or "BuzzFeed") is a media company that is redefining online advertising with its social, content-driven publishing technology. BuzzFeed provides the most shareable breaking news, original reporting, entertainment, and video across the social web to its global audience. The company derives its revenue primarily from social content advertising sold to leading brands.

BuzzFeed, Inc. holds 100% of the outstanding shares of BF Acquisition Holding Corp., a Delaware company, which holds all of the outstanding shares of Ze Frank Games, Inc. and Kingfish Labs, Inc. BuzzFeed, Inc. also holds 100% of the outstanding shares of BuzzFeed UK Limited, a United Kingdom company, and BuzzFeed Pty Limited, an Australia company.

On July 28, 2014, the Company issued 1,605,982 shares of Series E convertible preferred stock for gross proceeds of $50,000,001 (refer to Note 8). Management believes that these proceeds together with existing capital resources will be sufficient to support the Company's operations beyond the next twelve months. The Company may need to raise additional capital in the future to achieve its business objectives. There is no assurance that the company will be successful in obtaining funding, or whether any funding from either an equity or debt financing would be available on reasonable terms, if at all.

The Company is subject to additional business and market risks and uncertainties including, but not limited to, variability and uncertainty of revenue and operating results, the continued risk of development and acceptance of additional products or services, intellectual property and related risks, dependence on key personnel and the impact of potential competition from other companies.

**2.  Summary of Significant Accounting Policies**

**Principles of Consolidation**
The accompanying consolidated financial statements include the accounts of BuzzFeed Inc. and its wholly owned subsidiaries. All intercompany balances and transactions have been eliminated in consolidation.

**Use of Estimates**
The preparation of financial statements in conformity with generally accepted accounting principles in the United States of America requires management to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, disclosure of contingent assets and liabilities at the date of the financial statements, and the reported results of operations during the reporting period. Significant items subject to such estimates and assumptions include valuation allowances for deferred income tax assets, and valuation of common stock and share-based compensation. Actual results could differ from those estimates.

**Fair Value Measurements**
The fair value framework under the applicable authoritative guidance requires the categorization of assets and liabilities into three levels:

- Level 1—quoted prices (unadjusted) in active markets for identical assets or liabilities
- Level 2—inputs other than quoted prices included within Level 1 that are either directly or indirectly observable

7

## BuzzFeed, Inc.
## Notes to Consolidated Financial Statements
## December 31, 2013 and 2012

- Level 3—unobservable inputs in which little or no market activity exists, therefore requiring an entity to develop its own assumptions about the assumptions that market participants would use in pricing.

The fair value of a financial instrument is the amount for which the instrument could be exchanged in a current transaction between willing parties. The carrying amounts of cash and cash equivalents, accounts receivable, restricted cash, accounts payable, accrued expenses and other current liabilities and deferred obligations approximate fair value. Marketable securities are categorized as Level 1. The Company currently has no other financial assets or liabilities that are measured at fair value.

The Company's non-financial assets, which include property and equipment, are not required to be measured at fair value on a recurring basis. However, if certain triggering events occur, or if an annual impairment test is required and the Company is required to evaluate the non-financial asset for impairment, a resulting asset impairment would require that the non-financial asset be recorded at the fair value.

### Cash and Cash Equivalents and Marketable Securities

Financial instruments that potentially subject the Company to concentration of credit risk consist of cash and cash equivalents. The Company considers instruments with an original maturity of three months or less at the date of purchase to be cash equivalents. The Company's cash and cash equivalents consist of demand deposits with financial institutions. The associated risk of concentration is mitigated by banking with creditworthy institutions.

The Company invests its excess cash in liquid debt instruments of the U.S. government. Investments with maturities of less than 12 months from the balance sheet date are classified as short-term investments.

### Accounts Receivable and Allowance for Doubtful Accounts

The Company's accounts receivable are customer obligations due under normal trade terms, carried at their face value less an allowance for doubtful accounts if required. The Company determines its allowance for doubtful accounts based on the evaluation of the aging of its accounts receivable and on a customer-by-customer analysis of its high-risk customers. The Company's reserve contemplates its historical loss rate on receivables, specific customer situations and the economic environments in which the Company operates. As of December 31, 2013 and 2012, the Company did not require an allowance for doubtful accounts.

### Property and Equipment

Property and equipment are stated at cost, less accumulated depreciation and amortization. Depreciation and amortization on property and equipment is calculated using the straight-line method over the estimated useful lives of the assets. Leasehold improvements are amortized over the shorter of the lease term or the estimated useful life. The estimated useful lives of property and equipment include: furniture and fixtures – 5 years; computer equipment – 3 years; and software – 3 years.

### Website and Internal Use Software Development Costs

The Company capitalizes certain costs incurred for development of websites or software for internal use. The Company capitalizes development costs when preliminary developments efforts are successfully completed, management has authorized and committed project funding and it is probable that the project will be completed and the software will be used as intended. Costs include payroll and payroll-related costs of employees directly associated with the development activities. Costs incurred for enhancements that are expected to result in additional features or functionality

8

## BuzzFeed, Inc.
## Notes to Consolidated Financial Statements
## December 31, 2013 and 2012

are capitalized and expensed over the estimated useful life of the enhancements, generally one to three years. Costs incurred in the preliminary and post-implementation stages of the Company's products are expensed as incurred.

During the years ended December 31, 2013 and 2012, the Company capitalized $424,990 and $192,848, respectively, included in property and equipment and amortized $220,054 and $112,661, respectively, included in depreciation and amortization expense.

### Evaluation of Long-Lived Assets and Impairment

The Company reviews its property and equipment, and internal-use software systems subject to amortization, for impairment, when events or changes in circumstances indicate that the carrying amount of the asset may not be recoverable. If circumstances require a long-lived asset to be tested for possible impairment, the Company first compares undiscounted cash flows expected to be generated by the asset to its carrying value. If the carrying value of the long-lived asset is not recoverable on an undiscounted cash flow basis, an impairment is recognized to the extent that the carrying value exceeds its fair value. Fair value is determined through various valuation techniques which may include discounted cash flow models, quoted market values and third-party independent appraisals, as considered necessary.

### Revenue Recognition

The Company generates revenue principally from advertising across BuzzFeed properties. Additionally, the Company generates revenue from other sources including video production and managing customers' advertising campaigns on third party websites and platforms.

Advertising revenue are recognized when the related advertising services are delivered based on the specific terms of the advertising contract, and are commonly based on the number of ads delivered, views, impressions, clicks or actions by users on advertisements. The Company recognizes revenue based on these terms because the services have been provided, the fees the Company charges are fixed or determinable, persuasive evidence of an arrangement exists, and collectability is reasonably assured. In addition to the above revenue recognition criteria, video license revenue is recognized when the video is complete, has been delivered or is available for immediate and unconditional delivery; and the license period of the arrangement has commenced and the customer can begin the video's exploitation, exhibition or sale. Revenues are deferred upon receipt of cash in advance of performance.

In the normal course of business, the Company acts as an intermediary in executing transactions with third parties. The determination of whether revenue should be reported on a gross or net basis is based on an assessment of whether the Company is acting as the principal or an agent in the transaction. In determining whether the Company acts as the principal or an agent, the Company follows the accounting guidance for principal-agent considerations. While none of the factors identified in this guidance are individually considered presumptive or determinative, because the Company is the primary obligor and is responsible for (i) identifying and contracting with third-party advertisers, (ii) establishing the selling prices of the advertisements sold, (iii) performing all billing and collection activities including retaining credit risk and (iv) bearing sole responsibility for fulfillment of the advertising, the Company acts as the principal in these arrangements and therefore reports revenue earned and costs incurred on a gross basis.

### Cost of Revenue

Cost of revenue consists primarily of amounts due to third party websites and platforms to fulfill customers' advertising campaigns. Additionally, web hosting and advertising serving platform costs are included in cost of revenue.

9

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2013 and 2012**

**Selling, General and Administrative**

Selling, general and administrative expense consists primarily of compensation-related expenses for sales, marketing, creative, and corporate employees. Also, it consists of expense for travel, marketing, facilities, professional services fees, insurance costs, and other general overhead costs.

**Editorial**

Editorial expenses consist primarily of compensation-related expenses and related travel and image licensing costs incurred for the publishing of editorial content across all platforms.

**Research and Development**

Research and development expenses consist primarily of compensation-related expenses incurred for the development of, enhancements to and maintenance of the Company's website, technology platforms and infrastructure. Certain development expenses have been capitalized under the provisions of the applicable authoritative guidance, whereby the Company capitalizes costs associated with website and internal-use software systems that have reached the application development stage.

**Income Taxes**

Income taxes are accounted for under the asset and liability method. Deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases and operating loss and tax credit carryforwards. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date. A valuation allowance is recorded for deferred tax assets if it is more likely than not that some portion or all of the deferred tax assets will not be realized.

The Company recognizes tax benefits from uncertain tax positions if it is more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. The Company has no tax positions for which it is reasonably possible that the total amounts of unrecognized tax benefits will significantly increase or decrease within twelve months from December 31, 2013.

**Stock-Based Compensation**

Stock-based compensation is recognized as an expense in the financial statements and is measured at the fair value of the award. The Company recognizes compensation expense for stock awards based on grant date fair value using the Black-Scholes option-pricing model.

Stock-based compensation cost for employees included in net loss amounted to $289,735 and $139,510 for the years ended December 31, 2013 and 2012, respectively. The Company recognized no income tax benefit in the consolidated statements of operations for stock-based compensation arrangements in 2013 and 2012.

10

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2013 and 2012**

The following table summarizes share-based compensation cost included in the consolidated statements of operations:

|  | Years Ended December 31, | |
|---|---|---|
|  | **2013** | **2012** |
| Selling, general and administrative | $ 159,017 | $ 94,250 |
| Editorial | 66,129 | 29,756 |
| Research and development | 64,589 | 15,504 |
|  | $ 289,735 | $ 139,510 |

**Comprehensive Income (Loss)**

Comprehensive income (loss) includes certain changes in stockholders' equity that are excluded from net income (loss) such as cumulative foreign currency translation adjustments and unrealized gains or losses on marketable securities.

**Recently Issued Accounting Standards**

In February 2013, the Financial Accounting Standards Board ("FASB") issued accounting guidance on the reporting of reclassification out of accumulated other comprehensive income. The guidance requires an entity to present, either on the face of the statement where net income is presented or in the notes, significant amounts reclassified out of accumulated other comprehensive income by the respective line items of net income if the amount is reclassified to net income in its entirety in the same reporting period. For other amounts not required to be reclassified in their entirety to net income in the same reporting period, a cross reference to other disclosures that provide additional detail about the reclassification amount is required. The Company's adoption of this guidance on January 2, 2013 did not have a material effect on the Company's financial condition or results of operations.

In May 2014, FASB issued Accounting Standards Update No. 2014-09, *Revenue from Contracts with Customers*. The new standard requires companies to recognize revenue for the transfer of goods and services to customers in amounts that reflect the consideration the company expects to receive in exchange for those goods and services. The new standard will also result in enhanced disclosures about revenue. This standard is effective for annual reporting periods beginning after December 15, 2016, including interim periods within that reporting period, and can be adopted either retrospectively or as a cumulative-effect adjustment. Early adoption is prohibited. We are assessing the impact the adoption of this standard will have on our consolidated financial statements and disclosures.

**3. Marketable Securities**

Marketable securities as of December 31, 2013 and 2012 consisted of the following:

|  | 2013 | | 2012 | |
|---|---|---|---|---|
|  | **Amortized Cost** | **Level 1 Fair Value** | **Amortized Cost** | **Level 1 Fair Value** |
| U.S. Treasuries | $ - | $ - | $ 6,993,560 | $ 6,993,560 |

11

## BuzzFeed, Inc.
### Notes to Consolidated Financial Statements
### December 31, 2013 and 2012

### 4. Property and Equipment, net

Property and equipment as of December 31, 2013 and 2012 consisted of the following:

|  | 2013 | 2012 |
|---|---|---|
| Furniture and fixtures | $ 814,753 | $ 148,755 |
| Leasehold improvements | 593,344 | 283,841 |
| Computer equipment | 1,447,877 | 617,042 |
| Software | 103,561 | 9,157 |
| Website and internal-use software | 924,675 | 499,683 |
|  | 3,884,210 | 1,558,478 |
| Less: Accumulated depreciation and amortization | (1,170,069) | (532,313) |
|  | $ 2,714,141 | $ 1,026,165 |

Depreciation and amortization expense was $733,512 and $292,547 for the years ended December 31, 2013 and 2012, respectively. During 2013 the Company disposed equipment resulting in a loss of $115,209.

### 5. Accrued Expenses and Other Current Liabilities

Accrued expenses at December 31, 2013 and 2012 consisted of the following:

|  | 2013 | 2012 |
|---|---|---|
| Employee-related accruals | $ 3,538,680 | $ 1,041,150 |
| Other accrued expenses | 995,080 | 227,458 |
| Other current liabilities | 106,437 | - |
|  | $ 4,640,197 | $ 1,268,608 |

### 6. Commitments and Contingencies

The Company leases office space under non-cancelable operating leases with various expiration dates through 2019. Rent expense for the years ended December 31, 2013 and 2012 was $2,384,813 and $675,691 respectively.

Future minimum lease payments under non-cancelable operating leases as of December 31, 2013 are as follows:

| 2014 | $ 3,780,398 |
|---|---|
| 2015 | 3,760,640 |
| 2016 | 383,701 |
| 2017 | 309,426 |
| 2018 | 318,709 |
| Thereafter | 244,370 |
|  | $ 8,797,244 |

Effective April 2014, the Company entered into a lease agreement for office space and video production facilities in Los Angeles under an operating lease which generally expires in February

12

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2013 and 2012**

2016. Total payments due under the lease agreement are expected to be approximately $1.9 million. The lease contains an annual escalation clause, renewal provisions and generally requires the Company to pay utilities, insurance, taxes and other operating expenses.

There are no legal proceedings to which the Company is a party that are reasonably expected to be material to the Company's business or financial condition. From time to time, the Company may be involved in other disputes or regulatory inquiries that arise in the ordinary course of business. The number and significance of these disputes and inquiries may increase as the Company's business expands. Any claims or regulatory actions against the Company, whether meritorious or not, could be time consuming, result in costly litigation, require significant amounts of management time, and result in the diversion of significant operational resources.

**Indemnification Provisions**

In the ordinary course of business, the Company has included limited indemnification provisions in certain agreements with parties with whom the Company has commercial relations. Under these contracts, the Company generally indemnifies, holds harmless, and agrees to reimburse the indemnified party for losses suffered or incurred by the indemnified party in connection with claims by a third party with respect to the Company's domain names, trademarks, logos and other branding elements to the extent that such marks are applicable to its performance under the subject agreement. It is not possible to determine the maximum potential loss under these indemnification provisions due to the limited history of prior indemnification claims and the unique facts and circumstances involved in each particular provision. To date, no significant costs have been incurred, either individually or collectively, in connection with the Company's indemnification provisions.

7.   **Debt Instruments**

On July 23, 2012 the Company entered into a loan agreement ("Loan Agreement") with Silicon Valley Bank to provide the Company a revolving line of credit with a variable interest rate and other bank facilities upon the Company's request.

The revolving line of credit was increased to $15 million on November 18, 2013 and subsequently to $25 million on July 17, 2014. If certain financial covenants are not met, the amount of borrowings available under the revolving line of credit is based on the Company's eligible accounts receivable balance at such time. The amounts borrowed are collateralized by the Company's personal property (including such accounts receivable but excluding intellectual property). As of December 31, 2013 and 2012, the Company did not have outstanding borrowings against the facility.

The aggregate amount available to be used for bank facilities including letters of credit, foreign exchange contracts and cash management services was increased to $15 million on July 17, 2014. As of December 31, 2013, the Company held a letter of credit for $1.1 million which represented security deposits in the Company's New York office location.

The Loan Agreement includes contain covenants that, among other things, require us to maintain minimum levels of consolidated tangible net worth and certain liquidity ratios. The Company is in compliance with all covenants.

13

## BuzzFeed, Inc.
### Notes to Consolidated Financial Statements
### December 31, 2013 and 2012

8. **Stockholders' Equity**

**Convertible Preferred Stock**

| Series | Year Issued | Shares Authorized | Shares Issued and Outstanding | Price | Liquidation Value |
|--------|-------------|-------------------|-------------------------------|-------|-------------------|
| Series A-1 | 2008 | 3,800,515 | 3,800,515 | $ 0.1579 | $ 600,101 |
| Series A | 2008 | 3,500,000 | 3,500,000 | 1.0000 | 3,500,000 |
| Series B | 2010 | 4,401,242 | 4,401,242 | 1.8177 | 8,000,138 |
| Series C | 2011 | 5,024,637 | 5,024,637 | 3.0848 | 15,500,000 |
| Series D | 2012 | 2,412,718 | 2,412,718 | 8.0283 | 19,370,024 |
| | | 19,139,112 | 19,139,112 | | $ 46,970,263 |

On July 28, 2014, the Company issued 1,605,982 shares of Series E convertible preferred stock at a purchase price of $31.1336 per share for proceeds of $50,000,001. The terms and conditions of the outstanding and issued shares reflect any changes effective with the execution of the Series E financing on July 28, 2014.

On December 19, 2012, the Company issued 2,412,718 shares of Series D convertible preferred stock at a purchase price of $8.0283 per share for net proceeds of $19,310,914 (net of issuance costs of $59,110).

**Voting Rights**
Each share of the Company's preferred stock is entitled to the number of votes equal to the number of shares of common stock into which such share of preferred stock could be converted. Each share of common stock is entitled to one vote.

**Dividends**
Holders of shares of the Company's preferred stock are entitled to receive noncumulative annual dividends at a rate of 8% of the applicable original issue price when, as and if declared by the Company's board of directors, prior and in preference to any dividends on shares of the Company's common stock. The Company has not declared or paid any cash dividends.

**Conversion**
Shares of the Company's preferred stock are convertible at the option of the holders into shares of the Company's common stock. Each share of preferred stock is convertible, without payment of additional consideration by the holder, into such number of fully paid and non-assessable shares of common stock as is determined by dividing the adjusted original issue price by the conversion price applicable to such share.

Each share of preferred stock will be automatically converted based on its conversion ratio into shares of common stock upon the earlier of the occurrence of a qualified initial public offering, as defined, or the vote of the holders of a majority of the outstanding Series A, B, C and D preferred stock (voting together as a single class and on an as-converted basis), the holders of a majority of the outstanding Series C and D preferred stock (voting together as a single class and on an as-converted basis), and the holders of a majority of the outstanding Series E preferred stock (voting together as a separate class).

14

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2013 and 2012**

*Liquidation Preference*
In the event of any liquidation, dissolution or winding up of the Company, including a deemed liquidation event, as defined, the holders of Series, A, B, C, D and E preferred stock shall be entitled to receive, on a *pari passu* basis and in preference to all other holders of capital stock of the Company, pro rata, an amount equal to the respective purchase price plus declared and unpaid dividends on each share of Series, A, B, C, D and E preferred stock. Next, if proceeds remain, the holders of Series A-1 preferred stock shall be entitled to receive, in preference to holders of common stock, an amount equal to the purchase price plus declared but unpaid dividends on each share of Series A-1 preferred stock. After the payment of such preferential amounts, any remaining proceeds shall be distributed pro rata among the holders of common stock. If the proceeds are insufficient to permit payment in full to all holders of Series A, B, C, D and E preferred stock, the assets shall be distributed ratably to the holders of the Series A, B, C, D and E preferred stock in proportion to the amount each such holder would otherwise be entitled to receive.

*Redemption*
In accordance with the terms of the Series E agreement, the preferred stock is not redeemable and any redemption rights under the previous agreements for Series A, B, C and D preferred stock have been canceled.

**Stock Option Plan**
The Company's 2008 Stock Plan (the "Plan") was adopted on June 25, 2008. The Plan allows for the grant of incentive and nonqualified stock options and restricted stock to eligible participants. Options are generally granted for a term of 10 years from the date of grant. Options granted under the Plan may be exercised prior to vesting. Stock options generally vest over four years.

On December 17, 2012, the Stock Plan was amended to increase the maximum number of shares of common stock available for issuance by 395,255. At December 31, 2013 and 2012, there were 400,126 and 1,158,206 shares available for future issuances under the Plan.

The fair value of stock option awards are estimated on the date of grant using the Black-Scholes option-pricing model based upon the following range of assumptions:

|                          | **2013**        | **2012**      |
|--------------------------|-----------------|---------------|
| Fair value common stock  | $2.36 - $3.20   | $.80          |
| Expected dividend yield  | -               | -             |
| Expected volatility      | 46% - 49%       | 47% - 48%     |
| Expected term (years)    | 5.23 - 6.08     | 5.51 - 6.42   |
| Risk free interest rate  | .79% - 1.78%    | .82% - 1.24%  |

The Company uses the simplified method in accordance with the applicable authoritative guidance to estimate the expected term of the option, due to the limited historical experience to date. The risk-free rate for the expected term of the option is based on the U.S. Treasury yield curve in effect at the time of grant. Since the Company's common stock is not publicly traded for a sufficient time period, the expected volatility is based on expected volatilities of similar companies that have a history of being publicly traded. No dividends have been assumed. Share-based compensation expense is reduced by estimated forfeitures.

15

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2013 and 2012**

A summary of the share activity under the Plan is presented below:

|  | Number of Shares | Weighted Average Exercise Price | Weighted Average Remaining Contract Term | Aggregate Intrinsic Value |
|---|---|---|---|---|
| Balance as of December 31, 2012 | 2,293,891 | $ 0.55 | 7.8 | $ 4,162,439 |
| Granted | 851,831 | 2.76 | | |
| Exercised | (1,000,380) | 0.52 | | |
| Forfeited | (80,226) | 1.87 | | |
| Expired | (13,316) | 0.53 | | |
| Balance as of December 31, 2013 | 2,051,800 | $ 1.42 | 7.9 | $ 3,646,382 |
| Expected to vest at December 31, 2013 | 1,713,125 | $ 1.38 | 7.8 | $ 3,123,821 |
| Exercisable at December 31, 2013 | 845,280 | $ 0.52 | 6.5 | $ 2,263,409 |

The number of shares exercised in the year ended December 31, 2013 included shares exercised prior to vesting which are not considered "issued" in accordance with authoritative accounting literature. As of December 31, 2013, the Company received proceeds of $106,438 for the early exercise of 156,288 shares not yet vested which is included as a liability. Amounts are reclassified to equity upon vesting.

The total fair value of vested stock options was $202,854 and $132,813 for the years ended December 31, 2013 and 2012, respectively.

As of December 31, 2013 there was $1,150,794 of total remaining unrecognized stock-based compensation cost expected to be recognized over the weighted-average remaining requisite service period of 3.1 years. The weighted average fair value of stock options granted during December 31, 2013 and 2012 was $1.28 and $0.37, respectively. The intrinsic value of stock options exercised was $1,998,122 and $318,188 for the years ended December 31, 2013 and 2012, respectively.

The Company currently uses authorized and unissued shares to satisfy share award exercises.

9. **Income Taxes**

In assessing the realizability of the Company's deferred tax assets, management considers whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the periods in which those temporary differences become deductible. Management's assessment is based on the weight of available evidence, including cumulative losses since inception and expected future losses and as such, management does not believe it is more likely than not that the deferred tax assets will be realized. Accordingly, a full valuation allowance has been established and no deferred tax assets and related tax benefit have been recognized in the accompanying financial statements. As of December 31, 2013 and 2012, deferred tax assets were fully offset by a valuation allowance of $1,732,841 and $5,181,543, respectively. The decrease of $3,448,702 in the valuation allowance was primarily attributable to the utilization of net operating losses to offset taxable income for the year ended December 31, 2013.

16

## BuzzFeed, Inc.
## Notes to Consolidated Financial Statements
## December 31, 2013 and 2012

Significant components of deferred tax assets and liabilities at December 31, 2013 and 2012 were as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2013 | | 2012 |
| Deferred tax assets: | | | |
| Net operating losses carryforwards | $ 2,085,870 | $ | 5,169,178 |
| Accruals | 132,622 | | 52,995 |
| Depreciation and amortization | - | | 138,780 |
| Bad debt | 29,540 | | - |
| Deferred revenue | 130,380 | | - |
| Other | 7,091 | | 4,807 |
| Total deferred tax assets | 2,385,503 | | 5,365,760 |
| Valuation allowance | (1,732,841) | | (5,181,543) |
| Net deferred tax assets | 652,662 | | 184,217 |
| Deferred tax liabilities: | | | |
| Depreciation and amortization | (213,360) | | - |
| Loss on disposals | (37,660) | | - |
| Intangible assets | (401,642) | | (184,217) |
| Total deferred tax liabilities | (652,662) | | (184,217) |
| Net deferred tax liability | $ - | $ | - |

As a result of a cumulative change in stock ownership occurring in a prior year, as of December 31, 2013, approximately $4.9 million of the federal net operating loss ("NOL") carryforwards are subject to annual limitations under Internal Revenue Code ("IRC") Section 382. The federal NOL carryforwards will be made available for utilization over the period from 2014 to 2028. As of December 31, 2013 and 2012, the Company had federal net operating losses of approximately $0 and $11,602,697 to offset taxable income.

In addition, the Company had net operating loss carryforwards for state income tax purposes of approximately $83,618 and $1,224,261 as of December 31, 2013 and 2012, respectively, which expire, if not utilized, beginning in the year 2028.

As of December 31, 2013, the Company has federal NOL carryforwards of approximately $550,000 attributable to excess tax deductions from stock option exercises. The benefit of these NOLs, which are not reflected in the deferred asset schedule, will be credited to additional paid in capital when NOLs are utilized.

In accordance with the Company's accounting policy, it recognizes accrued interest and penalties related to unrecognized tax benefits in the provision for income taxes.

The Company is subject to taxation in the United States and various other state and local jurisdictions. The Company is subject to examination dating back to 2009.

### 10. Subsequent Events

The Company has evaluated subsequent events through September 30, 2014, the date the consolidated financial statements available for issuance. There were no material subsequent events through the date of this report which have not already been reflected or disclosed in the consolidated financial statements.

17

http://documents.gawker.com/buzzfeed-consolidated-financial-statements-1709805537

# BuzzFeed, Inc.
### Consolidated Financial Statements
### December 31, 2012 and 2011

**BuzzFeed, Inc.**
**Consolidated Balance Sheets**
**December 31, 2012 and 2011**

| | 2012 | 2011 |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $21,212,509 | $17,485,748 |
| Marketable securities | 6,993,560 | - |
| Accounts receivable | 8,275,790 | 1,789,534 |
| Prepaid and other current assets | 122,809 | 33,476 |
|    Total Current Assets | 36,604,668 | 19,308,758 |
| Property and equipment, net | 1,026,165 | 530,146 |
| Other assets | 484,044 | 368,770 |
|    Total Assets | $38,114,877 | $20,207,674 |
| **Liabilities and Stockholders' Equity** | | |
| **Current Liabilities** | | |
| Accounts payable | $ 1,151,663 | $ 276,419 |
| Accrued expenses and other current liabilities | 1,268,608 | 374,414 |
| Deferred obligation | 286,885 | - |
|    Total current liabilities | 2,707,156 | 650,833 |
|    Total liabilities | 2,707,156 | 650,833 |
| **Commitments and Contingencies (Note 6)** | | |
| **Stockholders' Equity** | | |
| Series A, convertible preferred stock, $0.001 par value; 3,500,000 shares authorized; 3,500,000 shares issued and outstanding at December 31, 2012 and 2011 | 3,000,500 | 3,000,500 |
| Series A-1, convertible preferred stock, $0.001 par value; 3,800,515 shares authorized; 3,800,515 shares issued and outstanding at December 31, 2012 and 2011 | 3,801 | 3,801 |
| Series B, convertible preferred stock, $0.001 par value; 4,401,242 shares authorized; 4,401,242 shares issued and outstanding at December 31, 2012 and 2011 | 7,904,463 | 7,904,463 |
| Series C, convertible preferred stock, $0.001 par value; 5,024,637 shares authorized; 5,024,637 shares issued and outstanding at December 31, 2012 and 2011 | 15,434,047 | 15,434,047 |
| Series D, convertible preferred stock, $0.001 par value; 2,412,718 shares authorized; 2,412,718 shares issued and 0 shares issued and outstanding at December 31, 2012 and 2011, respectively | 19,310,914 | - |
| Common Stock, $0.001 par value. 25,000,000 and 23,000,000 shares authorized at December 31, 2012 and 2011, respectively; 1,619,539 and 664,678 shares issued and outstanding at December 31, 2012 and 2011, respectively | 1,620 | 665 |
| Additional paid-in capital | 762,465 | 197,375 |
| Accumulated deficit | (11,010,089) | (6,984,010) |
|    Total stockholders' equity | 35,407,721 | 19,556,841 |
|    Total liabilities and stockholders' equity | $38,114,877 | $20,207,674 |

The accompanying notes are an integral part of these consolidated financial statements.

3

**BuzzFeed, Inc.**
**Consolidated Statements of Operations**
**Period Ended December 31, 2012 and 2011**

|  | 2012 | 2011 |
|---|---|---|
| Revenue | $ 20,333,560 | $ 4,127,935 |
| Cost of revenue (exclusive of depreciation and amortization shown below) | 3,627,594 | 662,436 |
| Selling, general and administrative | 12,603,079 | 4,082,005 |
| Editorial | 4,724,608 | 858,780 |
| Research and development | 3,111,993 | 1,688,428 |
| Depreciation and amortization | 292,547 | 194,786 |
| Total operating expenses | 24,359,821 | 7,486,435 |
| Loss from operations | (4,026,261) | (3,358,500) |
| Other income, net | 182 | 8,759 |
| Loss from operations before income taxes | (4,026,079) | (3,349,741) |
| Income tax provision | - | - |
| Net Loss | $ (4,026,079) | $ (3,349,741) |

The accompanying notes are an integral part of these consolidated financial statements.

4

**BuzzFeed, Inc.**
**Consolidated Statements of Stockholders' Equity**
**Period Ended December 31, 2012 and 2011**

| | Convertible Preferred Stock | | Common Stock | | Additional paid-in capital | Accumulated deficit | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | |
| Balance at December 31, 2010 | 11,701,757 | $ 10,908,764 | 654,678 | $ 655 | $ 112,091 | $ (3,634,269) | $ 7,387,241 |
| Net Loss | | | | | | (3,349,741) | (3,349,741) |
| Stock-based compensation expense | | | | | 82,794 | | 82,794 |
| Shares issued in connection with: | | | | | | | |
| Issuance of Series C preferred stock convertible preferred stock at $3.0848 per share, net of $65,929 issuance cost | 5,024,637 | 15,434,047 | | | | | 15,434,047 |
| Exercise of stock options | | | 10,000 | 10 | 2,490 | | 2,500 |
| Balance at December 31, 2011 | 16,726,394 | 26,342,811 | 664,678 | 665 | 197,375 | (6,984,010) | 19,556,841 |
| Net Loss | | | | | | (4,026,079) | (4,026,079) |
| Stock-based compensation expense | | | | | 139,510 | | 139,510 |
| Shares issued in connection with: | | | | | | | |
| Issuance of Series D preferred stock convertible preferred stock at $8.0283 per share, net of $59,106 issuance cost | 2,412,718 | 19,310,914 | | | | | 19,310,914 |
| Exercise of stock options | | | 784,996 | 785 | 289,858 | | 290,643 |
| Issuance of common stock in connection with acquisitions | | | 169,865 | 170 | 135,722 | | 135,892 |
| Balance at December 31, 2012 | 19,139,112 | $ 45,653,725 | 1,619,539 | $ 1,620 | $ 762,465 | $ (11,010,089) | $ 35,407,721 |

The accompanying notes are an integral part of these consolidated financial statements.

5

**BuzzFeed, Inc.**
**Consolidated Statements of Cash Flows**
**Period Ended December 31, 2012 and 2011**

|  | 2012 | 2011 |
|---|---|---|
| **Operating Activities** | | |
| Net loss | $ (4,026,079) | $ (3,349,741) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization | 292,547 | 194,786 |
| Stock-based compensation | 139,510 | 82,794 |
| Asset Impairment | 52,056 | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | (6,486,256) | (1,435,426) |
| Other current assets | (89,333) | 88,862 |
| Other long term assets | (115,274) | (282,125) |
| Accounts payable | 834,243 | 211,885 |
| Accrued expenses and other current liabilities | 884,020 | 298,393 |
| Deferred obligation | 286,885 | - |
| Cash used in operating activities | (8,227,681) | (4,190,572) |
| | | |
| **Investing Activities** | | |
| Capital Expenditures | (788,566) | (468,125) |
| Cash inflows related to acquisitions | 135,011 | - |
| Purchases of marketable securities | (6,993,560) | (3,598,935) |
| Proceeds from sales of marketable securities | - | 6,597,054 |
| Cash from (used in) investing activities | (7,647,115) | 2,529,994 |
| | | |
| **Financing Activities** | | |
| Preferred stock issuance, net of issuance costs | 19,310,914 | 15,434,047 |
| Proceeds from exercise of stock options | 290,643 | 2,500 |
| Cash from financing activities | 19,601,557 | 15,436,547 |
| | | |
| Increase (decrease) in cash and equivalents | 3,726,761 | 13,775,969 |
| Cash and equivalents at beginning of period | 17,485,748 | 3,709,779 |
| Cash and equivalents at end of period | $ 21,212,509 | $ 17,485,748 |
| | | |
| **Supplemental Disclosures of Cash Flow Information** | | |
| Cash paid during the period for | | |
| Income Taxes | $       - | $       - |
| Interest | $       - | $       - |
| Non-cash financing activity | | |
| Common stock issued related to acquisition | $ 135,892 | $       - |

The accompanying notes are an integral part of these consolidated financial statements.

6

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2012 and 2011**

**1.    Description of the Business**

BuzzFeed, Inc. (formerly known as Contagious Media LLC) was incorporated in Delaware on June 24, 2008.  BuzzFeed, Inc. and subsidiaries (the "Company" or "BuzzFeed") is a media company for the social age, focused on delivering high-quality original reporting, insight, and viral content across a rapidly expanding array of subject areas.  The Company's technology powers the social distribution of content, detects what is trending on the web, and connects people in real-time with content of the moment.  The company derives its revenue from social content advertising sold to leading brands.

BuzzFeed, Inc. holds 100% of the outstanding shares of BF Acquisition Holding Corp., a Delaware company, which holds all of the outstanding shares of Ze Frank Games, Inc. and Kingfish Labs, Inc. BuzzFeed, Inc. holds 100% of the outstanding shares of BuzzFeed UK Limited, a United Kingdom company. There was no activity in BuzzFeed UK Limited in 2012.

The Company incurred losses of $4,026,079 for the year ended December 31, 2012 and has an accumulated deficit of $11,010,089 as of December 31, 2012 and may continue to incur losses for the foreseeable future.  The Company has historically financed its operations through equity financings and management may continue such financing in the future.

On December 19, 2012 the Company issued 2,412,718 shares of Series D convertible preferred stock at a purchase price of $8.0283 per share for aggregate proceeds of $19,310,914 (net of issuance costs of $59,106).  Management of the Company believes that these proceeds are sufficient to fund the capital needs of the Company and the Company will continue as a going concern through at least December 31, 2013.  The Company may need to raise additional capital in the future to achieve its business objectives; however there can be no assurance that any such additional financing will be available.

The Company is subject to additional business and market risks and uncertainties including, but not limited to, variability and uncertainty of revenue and operating results, the continued risk of development and acceptance of additional products or services, intellectual property and related risks, dependence on key personnel and the impact of potential competition from other companies.

**2.    Summary of Significant Accounting Policies**

**Use of Estimates**
The preparation of financial statements in conformity with generally accepted accounting principles in the United States of America requires management to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, disclosure of contingent assets and liabilities at the date of the financial statements, and the reported results of operations during the reporting period.  Significant items subject to such estimates and assumptions include the carrying amount of property, plant and equipment, valuation allowances for deferred income tax assets, and valuation of common stock and share-based compensation.  Actual results could differ from those estimates.

**Principles of Consolidation**
The accompanying consolidated financial statements include the accounts of BuzzFeed Inc. and its wholly owned subsidiaries.  All significant intercompany balances and transactions have been eliminated in consolidation.

7

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2012 and 2011**

*Fair Value Measurements*
The fair value framework under the Financial Accounting Standards Board ("FASB") guidance requires the categorization of assets and liabilities into three levels: Level 1—quoted prices (unadjusted) in active markets for identical assets or liabilities; Level 2—inputs other than quoted prices included within Level 1 that are either directly or indirectly observable; and Level 3—unobservable inputs in which little or no market activity exists, therefore requiring an entity to develop its own assumptions about the assumptions that market participants would use in pricing.

The fair value of a financial instrument is the amount for which the instrument could be exchanged in a current transaction between willing parties. Cash and cash equivalents, accounts receivable, restricted cash, accounts payable, accrued expenses and other current liabilities and deferred obligation carrying amounts approximate fair value. Marketable securities are categorized as Level 1. The Company currently has no other financial assets or liabilities that are measured at fair value.

The Company's non-financial assets, which include property and equipment, are not required to be measured at fair value on a recurring basis. However, if certain triggering events occur, or if an annual impairment test is required and the Company is required to evaluate the non-financial asset for impairment, a resulting asset impairment would require that the non-financial asset be recorded at the fair value.

**Cash and Cash Equivalents and Marketable Securities**
Financial instruments that potentially subject the Company to concentration of credit risk consist of cash and cash equivalents. The Company considers instruments with a maturity of three months or less at the date of purchase to be cash equivalents. The Company's cash and cash equivalents consist of demand deposits with financial institutions. The associated risk of concentration is mitigated by banking with creditworthy institutions.

The Company invests its excess cash in liquid debt instruments of the U.S. government. All investments with an original maturity of three months or less are considered cash equivalents. Investments with maturities of less than 12 months from the balance sheet date are classified as current assets. Investments with maturities greater than 12 months from the balance sheet date are classified as long-term assets.

**Restricted Cash**
The Company had restricted cash amounts of $428,726 and $325,911 at December 31, 2012 and 2011, respectively, recorded in other assets, which represented security deposits in the Company's office locations.

**Accounts Receivable and Allowance for Doubtful Accounts**
The Company's accounts receivable are customer obligations due under normal trade terms, carried at their face value less an allowance for doubtful accounts if required. The Company determines its allowance for doubtful accounts based on the evaluation of the aging of its accounts receivable and on a customer-by-customer analysis of its high-risk customers. The Company's reserve contemplates its historical loss rate on receivables, specific customer situations and the economic environments in which the Company operates. As of December 31, 2012 and December 31, 2011, the Company recorded an allowance for doubtful accounts of $0 and $0, respectively.

**Property and Equipment**
Property and equipment are stated at cost, less accumulated depreciation and amortization.

8

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2012 and 2011**

Depreciation and amortization on property and equipment is calculated using the straight-line method over the estimated useful lives of the assets. The estimated useful life of property and equipment ranges from 3 to 5 years. Leasehold improvements are amortized over the shorter of the lease term or the estimated useful life of the assets.

**Capitalized Internal Use Software**
The Company accounts for the cost of computer software developed for internal use by capitalizing qualifying costs, which are incurred during the application development stage, and amortizing them over the software's estimated useful life. Costs incurred in the preliminary and post-implementation stages of the Company's products are expensed as incurred. The amounts capitalized include payroll and payroll-related costs of employees directly associated with the development activities. The Company amortizes capitalized software over the expected period of benefit, which is three years, beginning when the software is ready for its intended use. For the years ended December 31, 2012 and 2011, the Company had gross capitalized costs of $192,848 and $165,456, respectively, which are included in property and equipment and amortization expense of $112,661 and $67,620, respectively, which is included in depreciation and amortization expense. Unamortized software costs were $310,485 and $230,297 for the years ended December 31, 2012 and 2011, respectively. The Company's policy is to amortize such capitalized costs using the straight-line method over the estimated useful life of 3 years.

**Evaluation of Long-Lived Assets and Impairment**
The Company reviews its property and equipment, and capitalized internal-use software systems subject to amortization, for impairment, when events or changes in circumstances indicate that the carrying amount of the asset may not be recoverable. If circumstances require a long-lived asset to be tested for possible impairment, the Company first compares undiscounted cash flows expected to be generated by the asset to its carrying value. If the carrying value of the long-lived asset is not recoverable on an undiscounted cash flow basis, an impairment is recognized to the extent that the carrying value exceeds its fair value. Fair value is determined through various valuation techniques including discounted cash flow models, quoted market values and third-party independent appraisals, as considered necessary.

**Revenue Recognition**
The Company generates revenue principally from advertising on the BuzzFeed website. Additionally, the Company generates revenue from other sources including managing customers' advertising campaigns on third party websites and platforms.

Revenues are recognized when the related advertising services are delivered based on the specific terms of the advertising contract, and are commonly based on the number of ads delivered, views, clicks or actions by users on advertisements. The Company recognizes revenue based on these terms because the services have been provided, the fees the Company charges are fixed or determinable, persuasive evidence of an arrangement exists, and collectability is reasonably assured.

In the normal course of business, the Company acts as an intermediary in executing transactions with third parties. The determination of whether revenue should be reported on a gross or net basis is based on an assessment of whether the Company is acting as the principal or an agent in the transaction. In determining whether the Company acts as the principal or an agent, the Company follows the accounting guidance for principal-agent considerations. While none of the factors identified in this guidance are individually considered presumptive or determinative, because the Company is the primary obligor and is responsible for (i) identifying and contracting with third-party advertisers, (ii) establishing the selling prices of the advertisements sold, (iii) performing all billing and collection activities including retaining credit risk and (iv) bearing sole responsibility for

9

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2012 and 2011**

fulfillment of the advertising, the Company acts as the principal in these arrangements and therefore reports revenue earned and costs incurred on a gross basis.

**Deferred Obligation**
As of December 31, 2012 and December 31, 2011, there was $286,885 and $0, respectively, of services for which cash payments were received in advance of the Company's performance of the service under the arrangement and recorded as deferred obligation in the accompanying consolidated balance sheets.

**Cost of Revenue**
Cost of revenue consists primarily of amounts due to third party websites and platforms to fulfill customers' advertising campaigns. The Company recognizes these cost of revenues as the associated revenue is recognized. Additionally, web hosting and advertising serving platform costs are included in cost of revenue.

**Selling, General and Administrative**
Selling, general and administrative expense consists primarily of compensation-related expenses of sales and marketing personnel, and related support teams, travel and other marketing spend. Also, it consists of general and administrative expenses including facilities, executive and administrative compensation, employee benefits, professional services fees, insurance costs, and other general overhead costs.

**Editorial**
Editorial expenses consist primarily of compensation-related expenses and related travel and image licensing costs incurred for the publishing of editorial content.

**Research and Development**
Research and development expenses consist primarily of compensation-related expenses incurred for the development of, enhancements to and maintenance of the Company's website, technology platforms and infrastructure. Certain development expenses have been capitalized under the provisions of the guidance related to *Accounting for the Costs of Computer Software Developed or Obtained for Internal Use*, whereby the Company's capitalizes costs associated with customized internal-use software systems that have reached the application development stage.

**Income Taxes**
Income taxes are accounted for under the asset and liability method. Deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases and operating loss and tax credit carry-forwards. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date. A valuation allowance is recorded for deferred tax assets if it is more likely than not that some portion or all of the deferred tax assets will not be realized.

The Company recognizes benefits associated with an uncertain tax position in its financial statements on the basis of a two-step process whereby (1) the Company determines, based on the technical merits of the position, it is more-likely-than-not that the tax position will be sustainable upon audit and (2) those tax positions that meet the more-likely-than-not threshold are recognized at the largest amount of tax benefit that is greater than 50 percent likely to be realized upon ultimate settlement with the related tax authority. This involves the identification of potential uncertain tax positions and the evaluation of tax law and an assessment of whether a liability for

10

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2012 and 2011**

7.    **Debt Instruments**

On July 23, 2012 the Company entered into a $5 million credit facility with Silicon Valley Bank. The amount of borrowings available under the credit facility at any time is based on the Company's monthly accounts receivable balance at such time, and the amounts borrowed are collateralized by the Company's personal property (including such accounts receivable but excluding intellectual property).

The credit facility includes contain covenants that, among other things, require us to maintain minimum levels of consolidated tangible net worth and certain liquidity ratios. The Company is in compliance with all covenants.

As of December 31, 2012, the Company had not borrowed on the facility.

8.    **Stockholders' Equity**

**Convertible Preferred Stock**

| Series | Year Issued | Shares Authorized | Shares Issued and Outstanding | Issue Price | Liquidation Value |
|---|---|---|---|---|---|
| Series A | 2008 | 3,500,000 | 3,500,000 | $ 1.0000 | $ 3,500,000 |
| Series A-1 | 2008 | 3,800,515 | 3,800,515 | $ 0.1579 | $ 600,101 |
| Series B | 2010 | 4,401,242 | 4,401,242 | $ 1.8177 | $ 8,000,000 |
| Series C | 2011 | 5,024,637 | 5,024,637 | $ 3.0848 | $ 15,500,000 |
| Series D | 2012 | 2,412,718 | 2,412,718 | $ 8.0283 | $ 19,370,024 |
| | | 19,139,112 | 19,139,112 | | $ 46,970,125 |

On December 23, 2011, the Company issued 5,024,637 shares of Series C convertible preferred stock at a price of $3.0848 per share for net proceeds of $15,434,047 comprised of $15,500,000 in cash (net of issuance costs of $65,953).

On December 19, 2012, the Company issued 2,412,718 shares of Series D convertible preferred stock at a purchase price of $8.0283 per share for net proceeds of $19,310,914 comprised of $19,370,024 in cash (net of issuance costs of $59,110).

*Voting Rights*
Each share of the Company's preferred stock is entitled to the number of votes equal to the number of shares of common stock into which such share of preferred stock could be converted and votes with the common stock as a single class. Each share of common stock is entitled to one vote.

*Dividends*
Holders of shares of the Company's preferred stock are entitled to receive noncumulative annual dividends at a rate of 8% of the applicable original issue price when, as and if declared by the Company's board of directors, prior and in preference to any dividends on shares of the Company's common stock.

*Conversion*
Shares of the Company's preferred stock are convertible at the option of the holders into shares of the Company's common stock. Each share of preferred stock is convertible, without payment of

15

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2012 and 2011**

additional consideration by the holder, into such number of fully paid and non-assessable shares of common stock as is determined by dividing the adjusted original issue price by the conversion price applicable to such share.

Each share of preferred stock will be automatically converted based on its conversion ratio into shares of common stock upon the earlier of the occurrence of a qualified initial public offering, as defined, or the vote of the holders of a majority of the outstanding Series A, B, C and D preferred stock (voting together as a single class and on an as-converted basis) and the holders of a majority of the outstanding Series C and D preferred stock (voting together as a single class and on an as-converted basis).

**Liquidation Preference**
In the event of any liquidation, dissolution or winding up of the Company, including a deemed liquidation event, as defined, the holders of Series, A, B, C and D preferred stock shall be entitled to receive, on a *pari passu* basis and in preference to all other holders of capital stock of the Company, pro rata, an amount equal to the respective purchase price plus declared and unpaid dividends on each share of Series, A, B, C and D preferred stock (the "Liquidation Preference"). Next, the holders of Series A-1 preferred stock shall be entitled to receive, in preference to holders of common stock, an amount equal to the purchase price plus declared but unpaid dividends on each share of Series A-1 preferred stock. After the payment of such preferential amounts, any remaining assets shall be distributed pro rata among the holders of common stock and the Series A, B, C and D preferred stock on an as-converted basis until the holders of the Series A, B, C and D preferred stock receive an aggregate (including the Liquidation Preference) of two times the applicable per share purchase price. Any remaining proceeds shall be paid to the holders of common stock. If the assets are insufficient to permit payment of the Liquidation Preference in full to all holders of Series A, B, C and D preferred stock, the assets shall be distributed ratably to the holders of the Series A, B, C and D preferred stock in proportion to the amount each such holder would otherwise be entitled to receive.

As a deemed liquidation event under these provisions, which includes certain transactions including a change in control, is not solely within the control of the Company, preferred stock has been classified as temporary equity.

**Redemption**
At any time after December 18, 2017, the holders of (i) a majority of the then outstanding Series A, B, C and D preferred stock (voting together as a single class and on an as-converted basis) and (ii) a majority of the outstanding Series C and D preferred stock (voting together as a single class and on an as-converted basis) may require that all of the then outstanding shares of Series A, B, C and D preferred stock be redeemed. Upon such a request, the Company must, to the extent it may lawfully do so, redeem in two annual installments the then outstanding shares of Series A, B, C and D preferred stock by paying in cash a sum per share equal to the applicable per share purchase price plus any declared but unpaid dividends.

**Stock Option Plan**
On June 25, 2008, the Company adopted the 2008 Stock Plan (the Plan) which authorized 1,574,744 shares of common stock for issuance to employees and other service providers. On May 3, 2010, September 27, 2011, December 22, 2011 and December 17, 2012 the Company increased the authorized amount of common stock by 952,946, 297,084, 1,057,000, and 395,255 shares, respectively. All options have a term of no greater than 10 years from the date of grant. Stock options generally vest 25% one year after grant and 1/48th each month over the next 36 months.

16

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2012 and 2011**

At December 31, 2012, there were 1,158,206 additional shares available for the Company to grant under the Plan.  The fair value of each stock option award is estimated on the date of grant using the Black-Scholes option-pricing model using assumptions in the following table.  The Company uses the simplified method in accordance with ASC 718-10-S99 to estimate the expected term of the option, due to the limited historical experience to date.  The risk-free rate for the expected term of the option is based on the U.S. Treasury yield curve in effect at the time of grant.  Since the Company's common stock is not publicly traded for a sufficient time period, the expected volatility is based on expected volatilities of similar companies that have a history of being publicly traded.  No dividends have been assumed.  Share-based compensation expense is reduced by estimated forfeitures based on historical experience.

| Valuation Assumptions | 2012 | 2011 |
|---|---|---|
| Fair value common stock | $.80 | $.52 - $.80 |
| Expected dividend yield | - | - |
| Expected volatility | 47% - 48% | 47% - 48% |
| Expected term (years) | 5.51 - 6.42 | 5.55 - 6.08 |
| Risk free interest rate | .82 - 1.24 | 1.11 - 2.48 |

A summary of the share activity under the Plan is presented below:

| | Number of Shares | Average Exercise Price | Remaining Contract Term | Aggregate Intrinsic Value |
|---|---|---|---|---|
| Balance as of December 31, 2010 | 1,907,212 | $ 0.38 | 8.6 | $ 270,630 |
| Granted | 794,593 | 0.56 | | |
| Exercised | (10,000) | 0.25 | | |
| Forfeited | (109,355) | 0.52 | | |
| Expired | (6,250) | 0.52 | | |
| Balance as of December 31, 2011 | 2,576,200 | $ 0.43 | 8.1 | $ 960,596 |
| Granted | 674,342 | 0.80 | | |
| Exercised | (784,996) | 0.37 | | |
| Forfeited | (164,176) | 0.57 | | |
| Expired | (7,479) | 0.52 | | |
| Balance as of December 31, 2012 | 2,293,891 | $ 0.55 | 7.8 | $ 4,162,439 |
| Exercisable at December 31, 2012 | 1,098,803 | $ 0.40 | 6.8 | $ 2,151,260 |
| Expected to vest after December 31, 2012 | 1,195,088 | $ 0.68 | 8.7 | $ 2,011,179 |

17

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2012 and 2011**

The total fair value of shares vested during 2012 and 2011 was $132,813 and $89,017, respectively.

At December 31, 2012 and 2011, there was $376,789 and $333,244, respectively, of total unrecognized compensation cost related to non-vested share-based compensation arrangements under the Plan. The weighted average period over which unrecognized compensation cost was expected to be recognized at December 31, 2012 and 2011 was 2.7 and 2.6, respectively. The weighted average fair value of options granted during December 31, 2012 and 2011 was $0.37 and $0.26, respectively. The intrinsic value of options exercised at December 31, 2012 and 2011 was $318,188 and $2,700, respectively.

The Company currently uses authorized and unissued shares to satisfy share award exercises.

9.   **Income Taxes**

In assessing the realizability of the Company's deferred tax assets, management considers whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the periods in which those temporary differences become deductible. Management's assessment is based on the weight of available evidence, including cumulative losses since inception and expected future losses and as such, management does not believe it is more likely than not that the deferred tax assets will be realized. Accordingly, a full valuation allowance has been established and no deferred tax assets and related tax benefit have been recognized in the accompanying financial statements. As of December 31, 2012 and 2011, the deferred tax assets were fully offset by a valuation allowance. The valuation allowance as of December 31, 2012 and 2011 was $5,181,543 and $3,114,643. The net change in the valuation allowance for the year ended December 31, 2012 was an increase of $1,703,220. The increase in the valuation allowance in 2012 is primarily attributable to increases in the net operating loss.

Significant components of deferred tax assets and (liabilities) at December 31, 2012 and 2011 were as follows:

|  | Year Ended December 31, | |
|---|---|---|
|  | **2012** | **2011** |
| **Deferred tax assets:** |  |  |
| Net operating losses carryforwards | $    5,169,178 | $    3,176,704 |
| Accruals | 52,995 | - |
| Depreciation and amortization | 138,781 | 54,463 |
| Other | 4,807 | 2,026 |
| Total deferred tax assets | 5,365,760 | 3,233,192 |
| Valuation allowance | (5,181,543) | (3,114,643) |
| Total net deferred tax assets | 184,217 | 118,549 |
| **Deferred tax liabilities:** |  |  |
| Intangible assets | (184,217) | (118,549) |
| Total deferred tax liabilities | (184,217) | (118,549) |
| Net deferred tax assets | - | - |

18

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2012 and 2011**

As of December 31, 2012, the Company has net operating loss carryforwards for federal income tax purposes of approximately $11,602,697. The federal net operating loss carryforwards will expire, if not utilized, beginning in year 2028.

In addition, the Company has net operating loss carryforwards for state income tax purposes of approximately $1,854,941 which expire, if not utilized, beginning in the year 2028.

The Company adopted the provisions of guidance related to uncertainty in income taxes (f/k/a FIN 48, *Accounting for Uncertainty in Income Taxes - an interpretation of FASB 109*) on January 1, 2009. There was no impact to the financial statements due to the adoption of this guidance.

The balance of gross unrecognized tax benefits at December 31, 2012 is approximately $27,000. It is unlikely that the amount of liability for unrecognized tax benefits will significantly change within the next 12 months.

In accordance with the Company's accounting policy, it recognizes accrued interest and penalties related to unrecognized tax benefits in the provision for income taxes. The Company has not accrued interest and penalties at December 31, 2012. The Company's total amount of unrecognized tax benefits that if recognized would affect its effective rate is immaterial at December 31, 2012.

The Company files income tax returns in the U.S., New York, California, Illinois, Kentucky, Maryland, Minnesota and New York City. The Company is subject to examination dating back to 2009.

The utilization of net operating losses and tax credit carryforwards and may be subject to substantial annual limitation in the event that there is a change in ownership as provided by Section 382 of the Internal Revenue Code and similar state provisions. Such a limitation could result in the expiration of the net operating loss carryforwards and tax credits before utilization.

10. **Acquisitions**

*Ze Frank Games, Inc.*

On September 11, 2012, the Company completed the acquisition of Ze Frank Games, Inc. for $1,000 in cash and 99,089 vested shares of our common stock valued at $0.80.

The Company formed BF Acquisition Holding Corp., a Delaware corporation, as a wholly owned subsidiary. BF Acquisition Holding Corp. then formed ZF Merger Acquisition Corp., a Delaware corporation, which merged with and into Ze Frank Games, Inc.

*Kingfish Labs, Inc.*

On September 11, 2012, the Company completed the acquisition of Kingfish Labs, Inc., for $1,000 in cash and 70,776 vested shares of our common stock valued at $0.80.

BF Acquisition Holding Corp. formed KF Merger Acquisition Corp., a Delaware corporation, which merged with and into Kingfish Labs, Inc.

19

**BuzzFeed, Inc.**
**Notes to Consolidated Financial Statements**
**December 31, 2012 and 2011**

The acquisitions are not material to the Company's consolidated financial statements. The acquisitions consisted primarily of cash acquired of $135,011 and certain liabilities.

**11.    Subsequent Events**

On March 7, 2013, the Company entered into a Distribution Agreement with a publishing platform ("Publisher") to provide certain audiovisual content to the Publisher. The agreement provides for a $3,500,000 guaranteed payment to the Company, in exchange for the Company providing original videos (the "Content") for platform distribution. Under the Agreement, the Publisher retains 100% of advertising revenue sold by either the Company or the Publisher against the Content until it has fully recouped the payment amount, at which point advertising revenue is shared in an amount determined in the Agreement. Each party has termination rights under the Agreement.

The Company has evaluated subsequent events have been evaluated through the date the consolidated financial statements were available to be issued. There were no material subsequent events through September 30, 2013 which have not already been reflected or disclosed in the consolidated financial statements.

20

## All Replies

The following replies are approved. To see additional replies that are pending approval, click Show Pending. Warning: These may contain graphic material.

[ Show Pending ]

( More Replies )

Terms of Service    Privacy Policy

# Exhibit
# 24



# Contently



ROI

# OMG: You Won't Believe What BuzzFeed Is Doing to Advertising

By Joe Lazauskas and Dillon Baker

April 21st, 2016

7 min

At BuzzFeed, even the data scientists are masters of memes.

Last spring, we first wrote about BuzzFeed Pound, a remarkable technology that uses network diffusion to reveal exactly how a piece of content spreads online, from sharer to sharer and platform to platform. A few days later, a tweet arrived in response to the story—a GIF of the headshots of red-headed identical twins flipping back and forth at mesmerizing velocity—thanking us for writing about the technology that BuzzFeed's data-whiz Kelleher twins had been working on for years.

So we went to see them. Inside a conference room at BuzzFeed's office near Madison Square Park in Manhattan, Adam Kelleher scribbled excitedly on a whiteboard, showing exactly how Pound works. While every other publisher just sees shares in buckets (100 Facebook, 50 Twitter, 30 LinkedIn, etc.), BuzzFeed can see the exact

process that makes content go viral. Using an oscillating, anonymous hash in a sharer's URL as a UTM code, Pound can track its content's journey like an overprotective parent tracking his teenage son's phone. Pound can see how a piece of content starts the night on Twitter, then gets picked up by a cluster of sharers and goes viral on Facebook, and even spreads to "dark social" platforms like Gmail and chat apps.



A classic example is #TheDress, an infamous Tumblr post about a dress that looked either blue and black or white and gold, depending on how your brain is wired. BuzzFeed was the first news site to cover #TheDress, which sparked an Internet-wide debate. BuzzFeed's six tweets about it triggered a million views in downstream traffic. But only 25 percent of those clicks actually occurred on Twitter. The tweet's biggest impact came from people subsequently sharing the story on Facebook or reporters writing about it. By traditional metrics, the impact of BuzzFeed's original tweet would have been undervalued by a factor of four. But thanks to Pound, BuzzFeed can see value and opportunities that no one else can.





While Pound is impressive in its own right, it's just one part of Hive, BuzzFeed's ambitious data initiative. As the name suggests, Hive's goal is to make sharing information about which content works instantaneous. It requires a massive investment in engineering—hundreds of top engineers organized into "scrums." Hive is an unusual thing to see from a media company, but then again, it'd be a mistake to think of BuzzFeed as a media company at all.

Critics like New York Times fellow Greg Howard have called BuzzFeed "an advertising shop with a journalism wing." While that characterization seems like a dismissal, it's not so different from how BuzzFeed views itself. In financial documents leaked last year, BuzzFeed described itself as a company "that is redefining online advertising with its social, content-driven publishing technology."

As an advertising venture, BuzzFeed is a success, although not a big of one as the company might have hoped. According to leaked financials, the privately-held

company was growing at a 200 percent clip and was on pace to break $100 million in revenue in 2014. Per a recent report from The Financial Times, 2015 fell short of expectations, with the company setting a revenue target of $250 million but raking in less than $170 million. Still, nearly all of that revenue comes from creating and distributing content on behalf of brands. The company is aggressively expanding abroad, from the U.K. to Japan to Brazil, in hopes of being one of the world's most powerful global advertising companies.

"Where this is all headed on the business side is global and cross-platform advertising," Jonah Peretti, BuzzFeed's founder, told Fast Company. "That means brands who work with us, they're getting branded video, they're getting lists, quizzes, they're getting things on BuzzFeed's site, they're getting distribution off BuzzFeed's site. That model will be the same in the U.K. as it is in the U.S."

Put more simply, BuzzFeed is building the global ad agency of the future.

## Swarm the industry



Twenty-five years ago, ad agencies only had to deal with a few formats to gain user attention: the TV spot, the print ad, the billboard. Then the Internet presented a couple more wrinkles, like display ads, pop-ups, and YouTube pre-rolls. But on a fundamental level, not a lot changed. You made an ad, and you blasted it out there.

The social web, however, has changed the game. User attention has increasingly clustered inside individual social apps, each with unique formats and content-related behaviors. While these apps have ad formats, they all mimic in-feed content, which

means ads needs to be good enough to win user attention. It also has to be custom. What works on Facebook won't necessarily work on Twitter, and what works on Instagram probably won't work on Snapchat. For most brands and agencies, this is a logistical nightmare, and they're just starting to grapple with the implications.

BuzzFeed, meanwhile, has already productized this problem. At SXSW Interactive in March, CMO Frank Cooper introduced Swarm, a new ad product that lets advertisers run campaigns across BuzzFeed's website, mobile app, and six top social platforms: Snapchat Discover, Vine, YouTube, Facebook, Instagram, and Tumblr, with unique content crafted for each platform.

"Instead of forcing all your traffic and spending all your resources to drive people to your owned and operated platforms, why not go to where they are?" Cooper said. "We've done it, and in doing that we've built this power of an audience that crosses these different platforms."

BuzzFeed has already been executing this strategy, both for itself and beta advertisers. Seventy-five percent of BuzzFeed's content is now published outside its own website, driving almost 6 billion monthly content views, according to the company. What all of these views provide, ultimately, is data that BuzzFeed can plug into Hive to figure out exactly what content works on every platform and at most every major company. In the recent Fast Company profile, Peretti likened Hive to a fleet of self-driving cars that learn from each other and get exponentially smarter over time. BuzzFeed publisher Dao Nguyen preferred a Voltron metaphor, with data from each successful piece of content helping BuzzFeed build "an even more powerful robot that no one can defeat."

This is all possible thanks to BuzzFeed Motion Pictures, the 52,000-square-foot studio on Sunset Boulevard in Los Angeles that houses 200 creatives cranking out video content at a torrid pace. Teams create videos on behalf of a brand around a specific message until they find a strategy that works; then, they double down on the most successful content.

"Their ability to conceive, create, test, define, and then either abandon or rinse and repeat is phenomenal," Rob Norman, chief digital officer of GroupM, told Fast Company. In August 2015, GroupM signed a partnership with BuzzFeed to collaborate on projects with over a dozen brands, like Target and Nike, and gain access to Pound's technology. "We're spending more money with them than either of us expected," he said.

Essentially, BuzzFeed is trying to recreate advertising in its own image: a robot that uses a combination of data and creative firepower to create brand messaging that users are powerless to resist.

But for as many reasons as there are to think that BuzzFeed is unstoppable, there are also reasons to think it might fail.

## Buzzkill?

One of the biggest challenges facing BuzzFeed's platform-agnostic approach to content and advertising is measurement. Social media platforms are still lagging behind when it comes to the kind of deep metrics advertisers have come to expect, and even with BuzzFeed's technology, it's difficult to track campaigns across platforms.

In fact, comScore, one of the leading measurement platforms for publications, only covers one-fifth of BuzzFeed's reported 6 billion monthly views, according to Cooper; the rest are measured by an amalgamation of other third-party tools and platform tools.

"It is the toughest thing that we're facing," Cooper admitted in his SXSW keynote.

There's also the fact that Swarm will distribute advertisements only on BuzzFeed's owned channels. Besides limiting reach, it also puts BuzzFeed in the crosshairs of the FTC, which released much more restrictive native ad rules in December.

Traditionally, BuzzFeed has labeled native advertisements with the brand's logo as the byline, along with the words "Brand Publisher." BuzzFeed's plans don't mesh with the FTC's desire for publishers to use terms such as "ad" and "sponsored." Changing those labels may affect people's willingness to read them. Labeling them according to FTC guidelines on social media will be even tougher.

One rule, for instance, states that publishers "cannot use 'deceptive door openers' to induce consumers to view advertising content. Thus, advertisers are responsible for ensuring that native ads are identifiable as advertising before consumers arrive at the main advertising page."

Todd Krizelman, CEO and co-founder of ad sales platform MediaRadar, believes that some publishers may even resist the rule. "Some publishers have a good working model, so they're not eager to disrupt that in a negative way," he said. So far, as

Krizelman predicted, the rule has largely been ignored, and it remains to be seen whether native ads distributed on social will be affected by its enforcement.

And despite positive feedback from GroupM and BuzzFeed's considerable promise, there are reasons beyond the missed revenue targets to believe that BuzzFeed may still struggle to deliver results that will keep brands coming back. In a 2015 Wall Street Journal article, an ad buyer claimed that "only 15 percent of its clients that advertised on BuzzFeed in 2013 returned in 2014, largely because some marketers had a tough time figuring out how the ads helped their businesses."

BuzzFeed has evolved rapidly since then, and as a data initiative, Hive will play a huge role in showing circumspect media buyers that products like Swarm are worth the investment. That will require taking Pound from a technology that excites data nerds to a technology that any media buyer can grasp.

According to Fast Company's profile, BuzzFeed's data-content machine is not yet ready for primetime. Internal teams still rely on Slack and Google Spreadsheets to track its content and distribution, and no one knows exactly how much content BuzzFeed creates or where it all goes. BuzzFeed's biggest challenge will be taking the genius talent of engineers like the Kelleher twins into something that can be easily used by the thousands of internal and external people in its growing empire.

Still, BuzzFeed's potential to transform the way the media and advertising industries work is tremendous. This is what makes it a character of endless fascination. BuzzFeed can see the future, but only if it can overcome a barrage of challenges and make its own envisioned future come true.

Ultimately, BuzzFeed's biggest impact may come from the way it changes the philosophies and visions of everyone watching just outside its walls, mesmerized by flashing GIFs of data-science twins, trying to figure out what happens next.

Image by Gregory Reid

Tags: buzzfeed, Featured, ROI, social

**NEXT POST**

© Contently 2016 • **Jobs** • **Terms** • **Policy** • **Press**

**Sign In**

Are you a creative freelancer?
Visit **Contently.net**

# Exhibit 25

VISIT**FLORIDA**



Beaches of South Walton (Photo by Peter W. Cross and Patrick Farrell)

## About Us

VISIT FLORIDA, the state's official tourism marketing corporation, serves as Florida's official source for travel planning to visitors across the globe. VISIT FLORIDA is not a government agency, but rather a not-for-profit corporation created as a public/private partnership by the Florida Legislature in 1996.

As the Sunshine State's No. 1 industry, tourism was responsible for welcoming 112.8 million visitors in 2016. Based on the latest economic impact study, Florida visitors spent $108.8 billion and supported 1.4 million Florida jobs. According to the Office of Economic and Demographic Research, for every $1 the state invests in VISIT FLORIDA, $3.20 in tax revenue is generated.

Each year, the Florida Legislature appropriates public funding to be allocated for tourism marketing. VISIT FLORIDA is required to match those public funds dollar-for-dollar, which is done by actively recruiting the state's tourism industry to invest as Partners through cooperative advertising campaigns, promotional programs, and many other ventures. Through this public/private partnership, VISIT FLORIDA serves more than 12,000 tourism industry businesses, including major strategic alliance partnerships with Busch Gardens Tampa, Disney Destinations, The Hertz Corporation, LEGOLAND Florida Resort, SeaWorld Parks & Resorts Orlando, Simon Shopping Destinations and Universal Orlando Resort.

VISIT FLORIDA facilitates tourism industry participation in domestic and international trave trade and consumer shows, as well as media missions to the top global visitor markets. VISIT FLORIDA also works closely with travel agents, tour operators, and meeting and event planners, and is responsible for operating Florida's five Official Welcome Centers.

VISIT FLORIDA has 136 full-time and part-time positions in Florida and an international team of contracted staff covering Canada, China, India, Germany, Latin America and the United Kingdom.

VISIT FLORIDA's corporate office is located at 2540 W. Executive Center Circle, Suite 200, Tallahassee, Florida 32301. The office can be reached at 850-488-5607.

To learn more about VISIT FLORIDA, please go to VISITFLORIDA.org or follow us on our industry social media channels: SunshineMatters.org, Facebook and Twitter @FloridaTourism.

To order an official Florida Vacation Guide and other planning materials, visit our Travel Guides page. If you have specific questions regarding your Florida vacation, please contact us. To speak with a VISIT FLORIDA representative about specific questions regarding Florida tourism, you may call 850-488-5607 or toll-free 866-972-5280.

If you are a journalist seeking media information, please go to VISITFLORIDA.com/media.

If you are in the Florida tourism industry, please go to VISITFLORIDA.org. To find out about becoming a VISIT FLORIDA Partner and having your business listed on our website, click here or email partner@visitflorida.org

SPONSORS & PARTNERS

## Popular Topics

- Beaches
- Deals
- Eat & Drink
- Events
- Places to Stay
- Things to Do
- Travel Ideas
- Cities
- Map of Florida
- Florida Vacation Auction
- Site Map
- Theme Parks
- Visitor Services
- Travel Guides

## About Us

- About Us
- FAQ
- Privacy Policy
- Terms and Conditions
- Terms of Services
- Contact Us
- Media
- Meeting Planners
- Travel Professionals
- VISIT FLORIDA Partners

## Languages

- 中文
- Deutsch
- English (US)
- Español
- Français
- Português

- Facebook
- Google +
- Pinterest
- Twitter
- Flickr
- Instagram
- Tumblr
- YouTube

VISIT FLORIDA® is the Official Florida Tourism Industry Marketing Corporation. The content for this web site has been provided both by professional travel writers and by individual consumers. The opinions expressed in the getaway ideas, Floridians' Favorites and readers' comments do not necessarily represent those of VISIT FLORIDA. Please contact us to send a comment or to report a problem. All material © 2001-2017 by VISIT FLORIDA®, all rights reserved. Reproduction in whole or in part is prohibited without the written permission of the publisher. View our privacy policy.

      

