# Exhibit 26



# BuzzFeed

      

News | Videos | Quizzes | Tasty | Nifty | More ▾ | Get Our App!

 

## Enjoy the Natural Goodness of 100% Florida Orange Juice



**Florida Orange Juice**

SHARE THIS PAGE


All Posts



### 21 Ways To Get All The Colors Of The Rainbow On Your Plate

Healthy has many hues. Enjoy these healthy foods with the Amazing taste and color of *Florida Orange Juice*.

👤 Florida Orange Juice   🕒 a year ago   💬 13 responses



### 14 One-Step Tips To Make Your Brunch Anything But Basic

Hush basic-shamers with these one-step tips to make your brunch the reason the sun comes up on Sunday. And top off your brunch (and your mimosas) with 100% *Florida Orange Juice*.

👤 Florida Orange Juice   🕒 a year ago   💬 46 responses



### 21 Kitchen Gadgets You Should Splurge On This Summer

Your tummy deserves this. Eat and drink your way through summer with the Amazing taste of *Florida Orange Juice*.

👤 Florida Orange Juice   🕒 a year ago   💬 147 responses



### 14 Things Every Self-Respecting Floridian Can Tell You

R-E-S-P-E-C-T all the great things about Florida. Get a true taste of the sunshine state with *100% Florida Orange Juice*.

👤 Florida Orange Juice   🕒 a year ago   💬 93 responses



### 16 Ways To Eat Breakfast For Every Meal Of The Day

ALL DAY! Enjoy your breakfast morning, noon, or night with a glass of amazing *Florida Orange Juice*.

👤 Florida Orange Juice   🕒 a year ago   💬 29 responses



### 30 Delicious Foods To Eat To Get More Vitamins

Tastier than a supplement, and prettier to look at too. For an excellent source of Vitamin C, grab a glass of *100% Florida Orange Juice*.

👤 Florida Orange Juice   🕒 a year ago   💬 36 responses



### 10 Color Palettes Inspired By The Beauty Of Florida

The lush colors of beautiful Florida are so flavorful you can practically taste them! Get a true taste of the sunshine state with *100% Florida Orange Juice*.

👤 Florida Orange Juice   🕒 a year ago   💬 20 responses



### 15 Delicious Foods That Florida Does Best

Head on down to delicious. Florida has some of the most delicious food in the country, including *Florida Orange Juice*.

👤 Florida Orange Juice   🕒 a year ago   💬 107 responses



### 12 Orange Juice Summer Cocktails That Aren't Just Mimosas

Sweeten the season. So whether you prefer it shaken or stirred, the amazing taste of *Florida Orange Juice* takes any cocktail to the next level.

👤 Florida Orange Juice   🕒 a year ago   💬 40 responses



Load More

Follow

 Like 0



Florida Orange Juice
1,037,851 likes



#AmazingInside

Like Page    Share

1 friend likes this


Florida Orange Juice
14 hrs

Our Florida Orange Juice Sports Drink is the perfect alternative to a traditional sports drink for your kids. http://bit.ly/2dsV6qz



**Tweets** by @OJfromFlorida

**Florida Orange Juice** @OJfromFlor...
Our Florida Orange Juice Sports Drink is the perfect alternative to a traditional sports drink for your kids. bit.ly/2dsV6qz



14h

**Florida Orange Juice** @OJfromFlor...
No matter how small - everyone can appreciate the #AmazingInside a glass of Florida Orange Juice.





Embed    View on Twitter

**Top Posts From Florida Orange Juice**










Juice



**21 Kitchen Gadgets You Should Splurge On This Summer**



**14 Things Every Self-Respecting Floridian Can Tell You**



**15 Delicious Foods That Florida Does Best**



**14 One-Step Tips To Make Your Brunch Anything But Basic**



**12 Orange Juice Summer Cocktails That Aren't Just Mimosas**



**16 Ways To Eat Breakfast For Every Meal Of The Day**



**30 Delicious Foods To Eat To Get More Vitamins**



**10 Color Palettes Inspired By The Beauty Of Florida**



**21 Ways To Get All The Colors Of The Rainbow On Your Plate**








# Exhibit 27


**WINNER OF 12 PULITZER PRIZES**

# THE FEED
What you're talking about today

## Poynter Institute's Tedx brings NYT's David Carr, Buzzfeed's Ben Smith to Florida Friday to parse journalism's future

deggans
Thursday, May 31, 2012 8:19am



It's a simple sentence, weighted with a universe of possibilities.

"The future of journalism is..."

That's the statement participants in the Poynter Institute's latest Tedx series will attempt to finish on Friday, led by some of the sharpest minds in journalism.

New York Times media critic **David Carr**, PolitiFact editor **Bill Adair**, Buzzfeed editor **Ben Smith** and WFTS-Ch. 28 traffic reporter **Meredyth Censullo** are among the presenters convened for this most special of speaking series' -- developed as a journalism-centered version of the renowned Ted talks offered nationwide.

You can still register for the event today; click here for more details on scheduling and the event itself, which will be recorded, live blogged and tweeted within an inch of its life.

Today at 6 p.m., Columbia University's **Sree Sreenivasan** is leading a two-hour social media workshop with Poynter faculty to advance the Tedx presentations the next day. Admission is $50; well worth the rare opportunity to learn from a nationally-recognized authority on journalism and online technology.

I was fortunate enough to participate in Poynter's first Tedx, held in October. My talk -- looking at how local shock jock Bubba the Love Sponge revealed that journalism is morphing from a craft to an act -- was a fun way to look at how technology and shifting attitudes about news were affecting how journalists do their jobs and the audience consumes journalism.

Less than a year later, it feels like there's more turbulence roiling the waters than ever.

Carr has written powerfully on how a newspaper with a strong legacy of local penetration and significance, the *Times Picayune* in New Orleans, is nevertheless ending its life as a daily newspaper after more than 160 years. Adair has seen critics from all sides of the political spectrum challenge the very existence of the fact-checking website he runs, based on a few controversial calls.

Smith raised eyebrows in the media world by leaving *Politico* for a website dedicated to curating the most talked-about stories online.



They all have one thing in common, though. They're going to provide amazing endings to the sentence fragment presented above.





25 Tweet 25

Commenting Guidelines   Abuse Policy

**SPONSORED CONTENT**

Recommended by Outbrain

# Exhibit 28

BuzzFeeD         

News   Videos   Quizzes   Tasty   Nifty   More ▾   Get Our App!



 **VISIT FLORIDA**

SHARE THIS PAGE

All Posts

 **People Recreate Their First Florida Vacation**
Take a trip down memory lane...and back again! Share your Florida Memories for a chance at your next Florida Vacation! More details at: win.visitflorida.com.
VISIT FLORIDA • 8 months ago • 2 responses

 **11 Reasons Why Outdoor Concerts In Florida Rock**
The recent iHeart Radio Pool Party reaffirmed that outdoor concerts in Florida are awesome! Need proof? Well here are some reasons why.
VISIT FLORIDA • 2 years ago • 4 responses

 **10 Florida Wonders You Can Only See If You Venture Underwater**
Wetter is always better! Check out the beautiful and mysterious underwater attractions when you VISIT FLORIDA.
VISIT FLORIDA • 2 years ago • 6 responses

 **11 Unexpected Ways To Get Around Florida**
Cars are *definitely* overrated. Get around like a real adventurer when you VISIT FLORIDA.
VISIT FLORIDA • 2 years ago • 1 response

 **10 Reasons Florida Is Coaster Heaven On Earth**
If you love amusement parks, then Florida is the state for you. Check out just a fraction of the amazing rides the state has to offer so that next time you VISIT FLORIDA, you're prepared to hit every one.
VISIT FLORIDA • 2 years ago • 6 responses

 **18 Reasons Florida Should Also Be Called "The Adventure State"**
If fun is what you're looking for, don't you dare head anywhere else. Read on to see how Florida is the place to be, and click here for more proof.
VISIT FLORIDA • 2 years ago • 4 responses

 **A Tour Of Florida Through Food**
It takes about a day to travel from one tip of Florida to the other. It would take an eternity if you were to stop at all the amazing places there are to eat. Check out a few of the local favorites you should try out when you VISIT FLORIDA.
VISIT FLORIDA • 2 years ago • 14 responses

 **14 Stages Of Florida Beach Concert Excitement**
Concerts are great. But they are even better on the beach in Florida. Which can cause any concertgoer to feel like they're on a bit of an emotional roller coaster. Fortunately, it's the type of coaster you really want to be on.
VISIT FLORIDA • 2 years ago • 4 responses

 **10 Summer Jams With A Florida REMIX!**
This summer's hottest hits to enjoy by the pool or beach in Florida.
VISIT FLORIDA • 2 years ago • 3 responses

 **What Kind Of Beach Animal Are You?**
Are you smart like a sea turtle or living life to the fullest like a dolphin?
VISIT FLORIDA • 2 years ago • 100 responses

Follow

visitflorida.com

Like 0



Follow @VISITFLORIDA  149K followers

Tweets by @VISITFLORIDA



Embed   View on Twitter


### 11 DIY Projects Inspired By Your Day At The Beach
Try your hand at these crafts and bring a bit of the beach home with you. Head to **VISIT FLORIDA** to find the perfect beach to add to your collection.
- VISIT FLORIDA · 2 years ago · 54 responses


### 22 Photos That Prove Florida Is Paradise
Think Florida is just another state in our nation? Think again. To learn about all the things that make Florida special, click **here**.
- VISIT FLORIDA · 2 years ago · 77 responses


### 36 Great Bird's-Eye Views Only In Florida
Ever wonder why birds flock to Florida? Wonder no more.
- VISIT FLORIDA · 2 years ago · 9 responses


### 20 Exciting Alternatives To Flying In Florida
No station wagon, no problem
- VISIT FLORIDA · 3 years ago · 1 response


### 18 Baseball Cards From Florida
* Bubble Gum Not Included
- VISIT FLORIDA · 3 years ago · 1 response


### 14 Reasons To Fly To Florida
Bird's the word
- VISIT FLORIDA · 3 years ago · 2 responses


### 20 Reasons Why There's Nothing Like Florida
There is a lot more than just sunshine in this state. Florida has everything you want for your next vacation. So sip on some OJ and start dreaming of the next time you can **VISIT FLORIDA**.
- VISIT FLORIDA · 3 years ago · 70 responses


### 12 Things That Are Instantly Better With Water
**Wetter is better.** Ready for some pool/beach time of your own? Check out **VISITFLORIDA.com** to plan your next water-filled getaway.
- VISIT FLORIDA · 3 years ago · 22 responses


### The 15 Sickest Ways To Work The Dance Floor
Are you ready for this? Here is some inspiration to look totally dope on the dance floor before getting your freak on in Miami or busting a move in Orlando. How about you **VISIT FLORIDA** for your next nightlife-filled vacation.
- VISIT FLORIDA · 3 years ago · 50 responses

### 12 Amazing Beach Bars To Get Your Drink On
It's time to take a vacation in your mind. Florida has 825 miles of beaches. And you know what makes a beach even better? A refreshing cocktail. So kick back, relax and dream about the next time you can **VISIT FLORIDA**.
- VISIT FLORIDA · 3 years ago · 22 responses

**Load More**

---

**Activity**
✏ 21  💬 22  ❤ 6  💔 0

**Top Posts From VISIT FLORIDA**


22 Photos That Prove Florida Is Paradise


What Kind Of Beach Animal Are You?


11 DIY Projects Inspired By Your Day At The Beach


A Tour Of Florida Through Food


10 Florida Wonders You Can Only See If You Venture Underwater


11 Unexpected Ways To Get Around Florida

---

Advertise  Jobs  Mobile  Newsletter  Shop    🌐 US Edition ▾

About  Press  RSS  Privacy  User Terms  Ad Choices  Help  Contact    © 2017 BuzzFeed, Inc

# Exhibit 29

# BuzzFeed NEWS

News | Videos | Quizzes | Tasty | Nifty | More | Get Our App!

       

## Here's How Cuban-Americans Are Reacting To The Death Of Fidel Castro

Generations of refugees who settled in Miami and beyond are celebrating the death of the revolutionary guerrilla and longtime communist leader.

Originally posted on Nov. 25, 2016, at 9:24 p.m.
Updated on Nov. 26, 2016, at 6:40 a.m.

 **Claudia Koerner**
BuzzFeed News Reporter

### BuzzFeed NEWS

**In The News Today**

- Travelers are concerned their laptops will be stolen now that the US is banning electronic devices from being carried on flights coming from the Middle East.
- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.
- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.
- Mariah Carey revealed she's making a movie based on her iconic song "All I Want For Christmas Is You" 🎄🎅

**Download the BuzzFeed News app**

**Cuban-Americans took to the streets early Saturday morning to mark the death of Fidel Castro, jubilantly celebrating the end of — what was for many — a painful chapter of history.**


*Alan Diaz / AP Photo*

### BuzzFeed NEWS



**Why Is Donald Trump So Obsessed With Surveillance?**

by Aram Roston

— Connect With BuzzFeed USNews —

**Like Us On Facebook**

**Follow Us On Twitter**

With its large population of Cuban exiles, Castro was a controversial figure in Miami, scorned for his repressive rule of the island nation.

Miami-Dade County Mayor Carlos Gimenez tweeted Saturday morning that the historic news of Castro's death would especially be felt by "thousands of Miami-Dade

residents who were personally affected by his cruel and brutal dictatorship."

He urged residents who wished to demonstrate against Castro to do so peacefully.



News moves fast. Keep up with the BuzzFeed News daily email.

Sign up

### More News



Trump's Critics Are Letting The Bigger Russia Story Slide





A Murder In Berkeley Gave The Far-Right Its Perfect Perp



The Man Who Taught Donald Trump To Pit Gay People Against Immigrants



The Softening Of Kellyanne Conway

**Celebrations began spilling out into the streets of Miami late on Friday night, shortly after Castro's death was announced on Cuban state television.**



A Wall Divides Latin America — But Not The One You're Thinking Of





 

**Outside Versailles restaurant in Miami's Little Havana, people honked horns and cheered.**

The Far Right's Most Common Memes Explained For Normal People



 Eugene Ramirez CBS4
@EugeneRamirez     Follow

Miami's Cuban community gathers at the famed Versailles restaurant in celebration of the death of Fidel Castro.
10:33 PM - 25 Nov 2016

 87   100

This Student's Secret Abortion Shows Why Thousands Of Irish Women Will Strike Next Week

Nashville's Last Taboo? Country Music Stars Are Tiptoeing Around Trump

Here's What Parental Leave Is Really Like Around The World



Egypt's Feared Spy Agency Has Hired Some DC Lobbyists To Clean Up Its Image

More News ›

Now Buzzing

 Danny Rivero ✓
@TooMuchMe      Follow

Champagne popping in front of Versailles in Little Havana
#FidelCastro #Cuba

Coal In "Freefall": The World Is Suddenly Building A Lot Fewer Coal Plants

More Buzz ›

10:39 PM - 25 Nov 2016 · Miami, FL

↩ ⟲ 2,728  ♥ 2,708

## Some grabbed their pots and pans to make a joyful noise.



**Vera Bergengruen** ✓
@VeraMBergen

Follow

And the cacerolas have arrived (pots and pans) as Miami's Cuban community celebrates Fidel Castro's death

9:59 PM - 25 Nov 2016 · Miami, FL

↩ ⟲ 3,109  ♥ 3,144

**Please Enjoy This Insane Trailer For Lindsay Lohan's New TV Show**

**Controversial Four Week Wait For Dole Dumped From Welfare Changes**

**This Guy Catfished Someone For Two Years By Faking A Female Voice And It's Iconic**



**Vera Bergengruen** ✓
@VeraMBergen

Follow

Starting to be a real crowd outside Versailles in Little Havana, cars stopping to honk and cheer "Cuba Libre!" (And "el viejo murió!")

10:04 PM - 25 Nov 2016 · Miami, FL

↩ ⟲ 4,251  ♥ 5,462

**63 Photos That'll Take Every Aussie On A Trip Down Memory Lane**

**Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale**

**There's A Prosecco-Flavored Edible Nail Polish Because Why Not**

## A guy in a Donald Trump costume showed up.



**A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"**



Jamie Guirola
@jamieNBC6
Follow

#BREAKING Reaction in Little Havana @nbc6
10:55 PM - 25 Nov 2016
436   537

**This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care**

Many thought of their grandparents and older relatives who had originally fled the communist regime.



Jorge Sedano
@SedanoESPN
Follow

When my almost 80 year old parents in Miami wake up tomorrow... their personal nightmare will have closed a significant chapter
9:43 PM - 25 Nov 2016
226   615

**Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco**

**LA City Employees Barred From Helping Federal Immigration Authorities**



Christine Portela
@ThisIsPortela
Follow

It finally happened. First thought? My Abuelo, who spent time in jail for speaking out against the Cuban govt, didn't live to see this day.
10:30 PM - 25 Nov 2016
178   284

**Who Hurt You?**

"The world is lighter today," one grandfather said.



Samantha Reyes
@SamTayReyCNN
Follow

My grandfather-who lost everything in Cuba- I told him, he was quiet then said "The world is lighter today. Thank you for waking me. Ñio!"
10:34 PM - 25 Nov 2016

↩  ↻ 146  ♥ 272

## Others went to raise a glass.



Adrian Carrasquillo ✓
@Carrasquillo                                    Follow

Cuban friends telling me parents are crying of relief, one is going to buy champagne now. One's parents saved a bottle to drink when he died

9:49 PM - 25 Nov 2016

↩  ↻ 1,926  ♥ 2,648



Jess Niestzche
@jneetch                                          Follow

My mom had a bottle saved as well. Unfortunately she didn't get to see this day. Thankful for my freedom because of her.
#FidelCastro twitter.com/carrasquillo/s…

9:51 PM - 25 Nov 2016

↩  ↻ 26  ♥ 77



Adrian Carrasquillo ✓ @Carrasquillo        25 Nov
Cuban friends telling me parents are crying of relief, one is going to buy champagne now. One's parents saved a bottle to drink when he died

Micah Singleton ✓
@MicahSingleton                                  Follow

@Carrasquillo busting out the good whiskey. The fam is lit but we won't wake my grandmother until the morning with the news.

9:52 PM - 25 Nov 2016

↩  ↻ 5  ♥ 16

## There was shock...





**Amanda Diaz**
@amandalyndiaz

Follow

Every Cuban as of this moment

10:04 PM - 25 Nov 2016

38    82

And hope for a democratic future in Cuba.



**Ileana Ros-Lehtinen**
@RosLehtinen

Follow

We must seize the moment and help write a new chapter in the history of #Cuba; that of a Cuba that is free, democratic, and prosperous.

9:56 PM - 25 Nov 2016

597    822

## Fidel Castro, Longtime Cuban Leader, Dead At Age 90

buzzfeed.com

Claudia Koerner is a reporter for BuzzFeed News and is based in Los Angeles.
Contact Claudia Koerner at claudia.koerner@buzzfeed.com.

Got a confidential tip? Submit it here.

        More ▾

     **NEXT ON NEWS›**

This Gorgeous Photo Series Crushes Stereotypes About...

Tagged: fidel castro, cuba, death, miami, reaction

Advertise  Jobs  Mobile  Newsletter  Shop    🌐 US Edition ⌄

About  Press  RSS  Privacy  User Terms  Ad Choices  Help  Contact          © 2017 BuzzFeed, Inc

