# Exhibit
# 32

# BuzzFeed

     

News    Videos    Quizzes    Tasty    Nifty    More ⌄    **Get Our App!**

**TOP POST**
768,525 VIEWS

## 37 Reasons Miami Is The Best (And Weirdest) City In The U.S.

Maybe the 305 is just too awesome for the rest of America to handle.

posted on Apr. 29, 2013, at 11:21 a.m.

**Jessica Misener**
BuzzFeed Staff

**Arielle Calderon**
BuzzFeed Staff

[f]  [✉]  [P]  [🐦]  [t]  [🔖]

### 1. Because it's completely acceptable to ride your bike in a crowded intersection with just your bathing suit on.

## BuzzFeed NEWS

**In The News Today**

- Travelers are concerned their laptops will be stolen now that the US is banning electronic devices from being carried on flights coming from the Middle East.

- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.

- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.

- Mariah Carey revealed she's making a movie based on her iconic song "All I Want For Christmas Is You" 🎄🤶

[ Download the BuzzFeed News app ]

## BuzzFeed NEWS



**How Trump's Lawyer Placed A Big Casino Bet That Left Dozens Empty-Handed**

by Anthony Cormier



Need more BuzzFeed? Sign up for our BuzzFeed Today newsletter!

Your Email Address 



imgur.com

## 2. Because Cuban coffee is more addictive and amazing than any drug.

**Hot Buzz**



This Is Why South Australia Still Has The "Gay Panic Defence"



A New Witness Says She Heard A Teen Beg To Be Left Alone On The Night He Was Killed

**Now Buzzing**



Coal In "Freefall": The World Is Suddenly Building A Lot Fewer Coal Plants



Please Enjoy This Insane Trailer For Lindsay Lohan's New TV Show



Controversial Four Week Wait For Dole Dumped From Welfare Changes





*arizonacoffee.com*

## 3. No one on earth would actually create a highway system like this.



*memelodia.blogspot.com*

## 4. This is your winter coat.

This Guy Catfished Someone For Two Years By Faking A Female Voice And It's Iconic



63 Photos That'll Take Every Aussie On A Trip Down Memory Lane



Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale



There's A Prosecco-Flavored Edible Nail Polish Because Why Not



A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"



This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care



Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco





LA City Employees Barred From Helping Federal Immigration Authorities



Who Hurt You?

More Buzz >

rakuten.com

## 5. Because sometimes you can look up and see WILD PARROTS just chillaxin'.



forums.avianavenue.com

## 6. Or a duck waddlin' down the street.



*instagram.com*

## 7. OR A PEACOCK.



*Twitter: @JoshBrandfon*

## 8. Sadly, no one on Earth has ever been able to get the "Santa's Enchanted Forest" jingle out of their

heads.



## 9. Because your school field trips included a trip to the Everglades.



statigr.am

## 10. So you could watch a guy do this:



*statigr.am*

## 11. Because cars are tricked out with red rims and prideful flags.



*statigr.am*

## 12. And plastic sharks.



*twitpic.com*

## 13. Because Spanglish is the first language.



imgur.com

## 14. This is what your January looks like.



instagram.com

## 15. Because CUBAN FOOD.



statigr.am

**16. Because your phone recognizes "irregardless" and "pata sucia."**



Twitter: @MiamiPPLPrblems

**17. And where else would a parade be led by a Goya truck?**



twitteryfrog.com

**18. Because being a chonga is a way of life.**



*myspace.com*

**19. Because you know if a party starts at 7 p.m., no one's getting there until at least 9.**



*cubanfoodmarket.com*



## 20. You regularly have to park next to cars worth more than your life.



*miamicarblog.blogspot.com*

## 21. Because you spent many a childhood Saturday here.



*tropicaldesigns.com*

## 22. Because your chancletas work year-round.



*sheknows.com*

**23. Because the rest of the country isn't tough enough to handle this kind of humidity.**



*members.virtualtourist.com*

**24. Lime green, purple, pink, aqua, and orange houses? Totally acceptable.**



*apartmenttherapy.com*

## 25. Because the old men tourists in Speedos have permanently blinded you.



*thetroymurphyshow.com*

## 26. Because women get dressed up just to go to the mall.



*nusophisticate.com*

## 27. And these guys don't even make you flinch.



*sequentialartistsworkshop.org*

## 28. Because you've actually gone to a restaurant with cooling misters.



*Flickr: gbutler1*

## 29. Because people will forgo other luxuries so they can buy more of these.



*willbakeforshoes.com*

## 30. Because tanning beds are completely obsolete, any time of year.



*glennasfund.org*



## 31. Because at least one person on your street raises chickens in her backyard.



whiteoaksblog.com

## 32. Because you've never experienced road rage until you've experienced Miami road rage.



blogs.miaminewtimes.com

## 33. Because pigs will fly before you ever find a parking spot in Coconut Grove.



*therealestatecoconut.com*

## 34. Because sometimes (ugh) you feel awkward if you have real boobs.



*mustache.hu*

## 35. Because there's absolutely no one cooler than the old men playing dominoes in Little Havana.



*graylinemiami.com*

## 36. Because this place is way too awesome to actually be real.



*muzzhaves.blogspot.com*

## 37. Because Will Smith said so.



*starislandnews.blogspot.com*





NEXT ON BUZZ›

**Chrissy Teigen And John Legend Are Sharing Stunning...**

▼ YOUR REACTION?



▼ REACT WITH GIF



Tagged:miami, florida, reasons miami is the best, viral, muybueno

## Facebook Conversations

**61 Comments**

Sort by  Oldest ▾



 Add a comment...

 **Claudia Santana** · Works at Florida International University
#18 isn't miami.

Like · Reply · 👍 34 · Apr 29, 2013 12:38pm

 **Wes Montrose** · Cape Coral, Florida
37 reasons the rest of the country hates Miami.

Like · Reply · 👍 121 · Apr 29, 2013 1:11pm

 **Dale Sams** · Oklahoma State University
The Midwest laughs at your 100% humidity, sub-100 degrees with a constant cool ocean breeze.

Like · Reply · 👍 16 · Apr 29, 2013 1:18pm

 **Vera Swain** · Los Angeles, California
I've lived in Florida and been to Miami several times. Miami road rage does not compare to L.A. road rage.

Like · Reply · 👍 24 · Apr 29, 2013 1:47pm

 **Alex Howard**
I have literally seen chancletas, not pigs, fly over a parking spot in the Grove.

Like · Reply · 👍 70 · Apr 29, 2013 2:05pm

 **Tifanie Brooklyn**
I like number 13.

Like · Reply · Apr 29, 2013 2:09pm

 **Trip Affleck** · Austin, Texas
#25, "old men tourists"? that's a lie. I was born and raised in FL, and those leathered old geezers live there year round and OWN the beaches. the biggest lie of all about Miami/SoBe/SoFL is the "beautiful bodies on the beach". it's crowded with leathery, old, zinc-nosed geriatrics.

Like · Reply · 👍 33 · Apr 29, 2013 2:21pm

 **Rikki Loyd** · Sales Supervisor at Crabtree & Evelyn US and Canada
I have a feeling a tourist posted this.

Like · Reply · 👍 16 · Apr 29, 2013 3:46pm

 **Nicole Rasmussen**
I grew up in Fort Lauderdale and I think Miami is one of the dirtiest, ghetto places in the country.

Like · Reply · 👍 74 · Apr 29, 2013 4:02pm

 **Vanessa Vy** · Business Owner at Leitner-Wise
I ❤ 305.

Like · Reply · 👍 13 · Apr 29, 2013 4:14pm

**Load 10 more comments**

f Facebook Comments Plugin

## Add Your Response

Text  Image  Video

(allowed html tags: <a href=""> <b> <i> <em> <strong>)

Starting soon, you'll only be able to post a comment on BuzzFeed using a Facebook account or via our app. If you have questions or thoughts, email us here.

Preview

## Contributions



**gregknow**
about 2 years ago

Yes,

Miami Fl. is a corrupt place to live where most European descent white people have left for good. Their definitely is Racism, and a language barrier, or bias towards anyone who is whiter than they are, and doesn't Speak Spanish is considered an outsider.

The city will not hire you since most are Spanish and most all the jobs go to Spanish Speaking (with brown skin) only.. I was born here in Miami Fl., and this racism towards me, and other white Americans is Miami's dirty little secret! It boarders on a criminal mentality, and is very UN-American Like., and is based on Greed, and a gang like mentality.

Try finding a job here, most all the City's job contracts go out to their relatives and friends? Thank you the two faced people in Miami Dade County, and the Major, for allowing the ruining of this City!

RESPOND    ♥ 0    0    SHARE

**Silverstarlet**
about a year ago

This is the most ignorant comment I've ever read.

RESPOND    ♥ 0    0    SHARE

**michelleo24**
about 3 years ago

the happiest day of my life was when I left miami. what a shithole!

RESPOND    ♥ 0    0    SHARE

**sears**
about 3 years ago

Because apparently no other nationalities exist in Miami.... Pfft.

RESPOND    ♥ 0    0    SHARE

**invisiblebike**
about 3 years ago

ummmm i'm a gringa and from miami and related to this

RESPOND    ♥ 0    0    SHARE

**kagans**
about 3 years ago

Im sure this genius hasn't seen the real traffic and the humidity in Houston :)Ican list min 50 reasons to hate Houston, so dont bs the Miami :)

RESPOND    ♥ 0    0    SHARE

**IShouldBeWorking**
about 3 years ago

Irregardless is a Midwestern idiom.

RESPOND    ♥ 0    0    SHARE

**KarmaHunter**
about 3 years ago

I want to go to there...



RESPOND   0   0   SHARE ▾

**BuzzingWithFeed**
about 3 years ago

Everything here is in L.A. lol except for **#35**



RESPOND   0   0   SHARE ▾

**Liza C**
about 3 years ago

**#24** is in North Carolina
http://goo.gl/maps/a31QZ

RESPOND   0   0   SHARE ▾

**shannonr5**
about 3 years ago

I live in Miami. So true.

RESPOND   0   0   SHARE ▾

**Hipsterfaggot**
about 3 years ago

What about ROCK OF AGES

RESPOND   0   0   SHARE ▾

**Hipsterfaggot**
about 3 years ago

What about spnglsh typos joec46 how about that genius

RESPOND   0   0   SHARE ▾

**Hipsterfaggot**
about 3 years ago

What about xenophia joec46? What about the holocaust memorial?

RESPOND   0   0   SHARE ▾

**Hipsterfaggot**
about 3 years ago

What about loud talkers

**joec46**
about 3 years ago

The 305 isaswirling, brown tinged toilet bowl full of people who should be forcibly sterilized.

RESPOND    1    1    SHARE ▾

**Hipsterfaggot**
about 3 years ago

What about big butts and the men who love them

RESPOND    0    0    SHARE ▾

**Hipsterfaggot**
about 3 years ago

What about steroids+ latin excitability + cafecitos

RESPOND    0    0    SHARE ▾

**Hipsterfaggot**
about 3 years ago

What about cocaine

RESPOND    0    0    SHARE ▾

**Hipsterfaggot**
about 3 years ago

What about all the face eating?

RESPOND    2    0    SHARE ▾

**PrincessConsuelaBananaHamock**
about 3 years ago

What's wrong with #3.? What highways don't look like that?
Also, Miami Road Rage? Try Boston Road Rage, and if you can handle the humidity here,you can handle anything.



RESPOND    0    0    SHARE ▾

**stephaniem56**
about 3 years ago

The problem with Miami traffic is, most of these bad drivers are from countries with other rules and they really don't giveacrap to learn our rules when they move here. Another problem with these people is, they cause traffic because they don't want to learn English. If they learned English, they would understand what the signs mean. If you move toacountry with another language, PLEASE, show it respect by learning the native tongue. If you don't want to show our country respect, please go back from where you came from.-4rd generation Italian/Sicilian/Irish/Military for Freedom. My family had to learn English, and they did so while showing respect to their heritage AND showing respect to the USA and our flag.

RESPOND    1    0    SHARE ▾

**fama volat**
about 3 years ago

#34 makes me sad. Keep it real. Say **NO** to plastic.



RESPOND    0    0    SHARE

**marinas4e16de3c8**
about a year ago

I agree. Plastic means to me low self-esteem

RESPOND    0    0    SHARE

**mayaa4**
about 3 years ago

I'm from Miami. and this appeals to the hispanics/cubans in Miami. Your average black girl from Miami cannot relate to this.

RESPOND    4    0    SHARE

**sheltoncoatsi**
about 3 years ago

1)This list mainly describes Little Havana and the crappy ass parts of South Beach. 2)There is so much more to Miami than this list 3)Downtown, Coral Gables & South Beach are not the only ritzy nice places in Miami 4)I've been to Ft. Lauderdale several times and the only thing interesting there is Wilton Manors.

RESPOND    0    0    SHARE

**Kaizykat**
about 3 years ago

People flinch at lizards? But they're so cute and harmless!

RESPOND    0    0    SHARE

**anthonyd16**
about 3 years ago

Chonga is Miami speak for Hood Rat.

RESPOND    0    0    SHARE

**amandab95**
about 3 years ago

I'm surprised no one said anything about Miami Seaquarium.

RESPOND    0    0    SHARE

**anthonyd16**
about 3 years ago

There is nothing special about the place....it's old and overrated.

RESPOND    0    0    SHARE

**heyligerbb**
about 3 years ago

Clearly the writer of this article hasn't really gotten to experience miami outside of the tourist areas.

RESPOND    2    0    SHARE



**bluen**
about 3 years ago

Doesn't have anything on Austin.

RESPOND    ♥ 1    0    SHARE

**cassthegreat**
about 3 years ago

South Beach is the best! They have the best cuban food ever. 8)

RESPOND    ♥ 0    0    SHARE

**adamc29**
about 3 years ago

In addition to irregardless, let's not forget "Supposebly."

RESPOND    ♥ 0    0    SHARE

**Charlotte**
about 3 years ago

A sunny place filled with shady people.

RESPOND    ♥ 2    0    SHARE

**lynne benoux**
about 3 years ago

561 > 305. That Miami time thing is no joke. You learn not to be punctual.

RESPOND    ♥ 1    0    SHARE

**anthonyd16**
about 3 years ago

Miami is the city where people will show up an hour late for work, and get mad and pout because you are angry with them. Then have the balls to walk up to you and ask if they can leave early for some made up bullshit reason......and still get angry and pout because you tell them no.

RESPOND    ♥ 0    0    SHARE

**zombiegirl12**
about 3 years ago

Weirdest? I take it you have never been to Portland. Seeing someone riding a bike naked, or dressed as elvis is a daily occurrence there.

RESPOND    ♥ 0    0    SHARE

**your mom**
about 3 years ago

Miami has the worst road rage of anywhere I've lived. They honk at everything. Never lived somewhere that people honked their horns in rage in the DRIVE THRU until my first day living there. Makes me glad I always go inside to order.

Humidity isn't that bad. At least you have a decent breeze. Danville KY was way worse. I felt like I had permanently been doused in olive oil every time I went outside there.

My balcony had a constant parrot problem. Cute at 3 pm, not cute when they are fighting in couples around 7 am.

I was tired of being called "estúpida" for speaking mostly English. So I moved. Some older spanish natives were pretty intolerant of people who aren't bilingual.

RESPOND    ♥ 0    0    SHARE

**anthonyd16**
about 3 years ago

Truth.....the unneeded arrogance is amazing here.

I understand a ton of Spanish but refuse to speak it back. You should see the faces on people who try to talk shit about you right in front of you when you

look at them as say "I can understand you".

RESPOND  ♡ 0  ♡ 0  SHARE ▾



**marys27**
about 3 years ago

you're not the only one with killer humidity, bro. but cool story

RESPOND  ♡ 0  ♡ 0  SHARE ▾

**benjaminc5**
about 3 years ago

Florida is the brightest state I have ever visited. Where I live is positively dim compared to it. I am fairly sure there's zero Vitamin D deficiency issues.

RESPOND  ♡ 0  ♡ 0  SHARE ▾

**Sujey L.**
about 3 years ago

34. Because only maaaaybe else in L.A. do you feel awkward if you have real boobs.

(Fix above)

RESPOND  ♡ 0  ♡ 0  SHARE ▾

**invisiblebike**
about 3 years ago

lol i always thought those little lizards were cute. i liked chasing and catching them

RESPOND  ♡ 0  ♡ 0  SHARE ▾

**ddm03e**
about 3 years ago

I love the 305.

RESPOND  ♡ 0  ♡ 0  SHARE ▾

