Exhibit
33

# BuzzFeed

     



News    Videos    Quizzes    Tasty    Nifty    More ⌄    **Get Our App!**

       

## 23 Hidden Gems At Universal Parks In Orlando

Discover all the secrets on your next family vacation!

posted on Mar. 13, 2017, at 3:30 p.m.

 **Arielle Calderon**
BuzzFeed Staff

     

### BuzzFeed NEWS

**In The News Today**

- Travelers are concerned their laptops will be stolen now that the US is banning electronic devices from being carried on flights coming from the Middle East.

- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.

- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.

- Mariah Carey revealed she's making a movie based on her iconic song "All I Want For Christmas Is You" 🎄🎤

**Download the BuzzFeed News app**

### BuzzFeed NEWS



The Paparazzi Are Flocking To Cover Trump's Dramatic Presidency

by Claudia Rosenbaum



Need more BuzzFeed? Sign up for our BuzzFeed Today newsletter!

# UNIVERSAL STUDIOS

**1. Outside the Kwik-E-Mart in Springfield at Universal Studios, pick up the phone when it rings and you'll hear *Simpsons* characters on the other line.**

Your Email Address

Sign up



Arielle Calderon / BuzzFeed

It changes every time.

## 2. And at Moe's Tavern, you can buy a "Flaming Moe" drink — which is basically an orange soda with dry ice.



Arielle Calderon / BuzzFeed

On an episode of *The Simpsons*, Homer tells Moe about a secret alcoholic drink — consisting of cough medicine and fire — deemed "Flaming Homer." Moe steals the recipe from Homer, renames the drink the "Flaming Moe," and begins selling it at his tavern.

## 3. Steven Spielberg makes a cameo as a *Simpsons* character on the Krustyland ride (which was previously the Back to the Future ride).

### Hot Buzz



**This Is Why South Australia Still Has The "Gay Panic Defence"**



**A New Witness Says She Heard A Teen Beg To Be Left Alone On The Night He Was Killed**

### Now Buzzing



**Coal In "Freefall": The World Is Suddenly Building A Lot Fewer Coal Plants**



**Please Enjoy This Insane Trailer For Lindsay Lohan's New TV Show**



**Controversial Four Week Wait For Dole Dumped From Welfare Changes**






Martin Savelkoul / Creative Commons / Via Flickr: tricktracker

He's in line at a restaurant.

## 4. When you're on Revenge of the Mummy, to the left in the golden room of hidden treasures, there's a mini statue of King Kong in memory of the previous ride.



Daryl_Mitchelle / Creative Commons / Via Flickr: daryl_mitchell

It closed in 2002.

## 5. On the Hollywood Rip Ride Rockit roller coaster, you can hold down the logo on the screen and access a secret playlist.

**This Guy Catfished Someone For Two Years By Faking A Female Voice And It's Iconic**



**63 Photos That'll Take Every Aussie On A Trip Down Memory Lane**



**Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale**



**There's A Prosecco-Flavored Edible Nail Polish Because Why Not**



**A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"**



**This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care**

**Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco**





*Arielle Calderon / BuzzFeed*

LA City Employees Barred From Helping Federal Immigration Authorities

Who Hurt You?

More Buzz >

Hold down the logo for about 5-10 seconds, and then when you take your finger off, a keypad will pop up. Enter a random 3-digit code and hit enter, and you'll be surprised by a song! FYI, 902 is "Rainbow Connection" by The Muppets and 310 is "Vogue" by Madonna.

## 6. The facade of Men in Black pays homage to Flushing Meadows Park in New York and the St. Louis Gateway Arch in Missouri.



*Jeremy Thompson / BuzzFeed / Via Flickr: rollercoasterphilosophy*

## 7. The score for the new Jimmy Fallon ride was created by The Roots.





*Arielle Calderon / BuzzFeed*

Also, it replaced the Twister ride in case you didn't know!

## 8. In one of the alleys of the New York area of Universal, you'll see a poster for The Blind Pig, which is the speakeasy in *Fantastic Beasts and Where to Find Them*.



*Trevor Aydelotte / NBCUniversal*

It's located in between TRANSFORMERS: The Ride — 3D and Revenge of the Mummy.

## 9. At King's Cross station, you'll notice an advertisement for perfume — which is a nod to a scene in the *Half-Blood Prince* movie.

 

## 10. In the photo booth at the entrance of Diagon Alley, you can dial MAGIC (62442) and it will connect you to the Ministry of Magic.



Arielle Calderon / BuzzFeed

## 11. If you stop by 12 Grimmauld Place, you'll see Kreacher make an appearance in the window.



Arielle Calderon / BuzzFeed

## 12. In the window of the apothecary in Diagon Alley, you'll spot a pair of Jaws teeth in tribute to the ride.



*Arielle Calderon / BuzzFeed*

RIP Jaws.

## 13. Blue Man Group replaced Nickelodeon Studios, but you can still see the green slime tiling in the bathrooms.





**14. When in line for the Forbidden Journey ride, you can hear a teacher lecturing behind the Potions classroom door.**



*wizardingworldharrypotter.com*

There are a ton of references to the movies, so pay attention!

**15. In the bathrooms at Hogsmeade, you'll hear Moaning Myrtle's complaints and cries.**



*Scott Smith / Via Flickr: scottrsmith*

## 16. At the Hog's Head pub (inside Three Broomsticks), you can see the talking heads from *Prisoner of Azkaban*.



*FPRA / Creative Commons / Via Flickr: fpra*

## 17. In the Marvel section, you'll notice that artist Adam Kubert signed his name in all the giant comic book characters.





*Arielle Calderon / BuzzFeed*

Some are trickier to find than others.

## 18. You can spot Stan Lee four times on the Spider-Man ride.



*Marvel*

The first one is at the beginning of the ride; he's driving a truck and nearly crashes into your car.

## 19. There's also a hidden Iron Man poster on the wall at the beginning of the ride.



Marvel

**20. They recently remodeled the Hulk ride, and Fall Out Boy's Patrick Stump did the score.**



*blog.universalorlando.com*

Also, the arching tracks that Hulk is holding at the entrance (pictured above) is actually from the original Hulk attraction.

## 21. The Hulk ride was originally going to be about the Silver Surfer, but creators thought a chrome roller coaster so close to I-4 wasn't a great idea.



*Marvel*

Probably smart since I-4 is already a nightmare.

## 22. The palm trees in Seuss Landing are actually "survivors" from Hurricane Andrew. Universal used them because they were bent and curved, providing a whimsical effect.



*Arielle Calderon / BuzzFeed*

## 23. Also in Seuss Landing, Dr. Seuss himself makes a cameo — located by the police officer.



*Rain0975 / Creative Commons / Via Flickr: rain0975, seuss.wikia.com*

He is wearing the glasses, holding the banner.

## Do you know of more hidden gems? Add them in the comments below!

**17 Hidden Gems Harry Potter Fans Should Look For In Diagon Alley At Universal Orlando**

*buzzfeed.com*



## 29 Tips To Make Your Day Magical At The Wizarding World Of Harry Potter

*buzzfeed.com*



**NEXT ON BUZZ›**

**Chrissy Teigen And John Legend Are Sharing Stunning...**

▼ YOUR REACTION?



▼ REACT WITH GIF



Tagged: hidden gems, harry potter, islands of adventure, king kong, the mummy, the simpsons, theme park, universal florida, universal orlando, universal orlando florida, universal studios, universal studios orlando, wizarding world, wizarding world of harry potter

## Add Your Response



### Contributions



Advertise  Jobs  Mobile  Newsletter  Shop   🌐 US Edition ⌄

About   Press   RSS   Privacy   User Terms   Ad Choices   Help   Contact          © 2017 BuzzFeed, Inc

# Exhibit
# 34



    

**News   Videos   Quizzes   Tasty   Nifty   More ∨**      Get Our App!

       

# 19 Reasons Not To Visit The Miami Area

Welcome to EWWW / Bienvenido a OOOOOF.

posted on Feb. 20, 2015, at 2:41 p.m.

 **Alex Alvarez**
BuzzFeed Staff

     

## 1. The sunsets look like this everywhere, right? Boring.



*Elido Turco / Creative Commons / Flickr: elidoturco*

Sunset over the Miami skyline.

## 2. The only thing to do there is go to cheesy nightclubs. Everyone knows this.





The Hanging Gardens at PAMM

Patrick Farrell for VISIT FLORIDA / Creative Commons / Flickr: visitflorida

MOCA *Iring Chao / Creative Commons / Flickr: iring*

The Miami Museum of Science and Planetarium

*GRP / Creative Commons / Flickr: gpmpk*

"Hanging garden" at the Pérez Art Museum Miami (PAMM), North Miami's Museum of Contemporary Art (MOCA), and "touching the orb" at the Patricia and Philip Frost Museum of Science.

## 3. If you're not a beach person, you're out of luck, because there's NOTHING else to do there.



*Wally Gobetz / Creative Commons / Flickr: wallyg*

The Adrienne Arsht Center for the Performing Arts consists of the Sanford and Dolores Ziff Ballet Opera House, the John S. and James L. Knight Concert Hall, and the Carnival Studio Theater.

## 4. No one there even reads.



*Bob B. Brown / Creative Commons / Flickr: beleaveme*

A look at the annual Miami Book Fair International.

## 5. The people are shallow. They only care about clubbing and shopping and getting a tan.



*EL Gringo / Creative Commons / Flickr: romancing_the_road*

2006 immigration rally.

**6. And it's just all... the same. You've seen one palm tree, you've seen 'em all. Zzzzzzzzzz!**



*Lisa Jacobs / Creative Commons / Flickr: bunnygoth*

Multi-colored bougainvillea at Fairchild Tropical Garden.

## 7. People there basically subsist on overpriced cocktails.



Mark Mathosian / Creative Commons / Flickr: markgregory

A beautiful little jolt of Cuban coffee.

## 8. It's positively swarming with gators!



*Rick Webb / Creative Commons / Flickr: lizstless*

Watch out! It's the dreaded(edly adorable) Florida manatee.

## 9. The official bird of South Florida is the mosquito, or so I've gathered from many a Facebook joke.



*Jorge Elias / Creative Commons / Flickr: italintheheart*

Peacocks roam streets and rooftops alike across Miami.

## 10. Not to mention all the corny "tourist traps."



*Junior Henry / Creative Commons / Flickr: jr8henry*

A nighttime view of the Vizcaya mansion.

## 11. Rumor has it that the only songs that play there are by Will Smith or LMFAO.



*Fabio / Creative Commons / Flickr: fabiomiami*

A music-themed mural in Little Havana.

## 12. Yup, just "Welcome to Miami," blaring from every corner.



*Knight Foundation / Creative Commons / Flickr: knightfoundation*

Boukman Eksperyans perform at Big Night in Little Haiti.

## 13. It's an ugly, plastic area.

Case 0:17-cv-60426-UU   Document 21-18   Entered on FLSD Docket 03/27/2017   Page 30 of 39



Kenneth Garcia / Creative Commons / Flickr: kennethgarcia

Vine-covered oak branches reach out to one another across Coral Way.

## 14. It's just so... *tacky*.



*Dan Lundberg / Creative Commons / Flickr: 9508280@N07*

Miami's iconic Freedom Tower, the "Ellis Island of the South."

## 15. The art scene there is just an excuse for pretentious people to throw parties.



*Mural by Brazilian artist Eduardo Kobra / Via Wally Gobetz / Creative Commons / Flickr: wallyg*

[Eduardo Kobra](#) mural is just one example of Miami's [accessible art scene](#).

## 16. The food there is gross and boring and I want to vom just thinking about it. YUCK.



*Wally Gobetz / Creative Commons / Flickr: wallyg*    *Sally Taylor / Creative Commons / Flickr: sataylor*    *Dan Goldman / Creative Commons / Flickr: burningdove*

A Cuban frita from El Rey de las Fritas, Colombian patacón and empanada at Bolivar, and a Trinidadian-spiced curry roti roll from Christine's Roti Kitchen.

## 17. The Miami area simply lacks any sense of history.



*Thomas Hawk / Creative Commons / Flickr: thomashawk*

Miami Beach's Holocaust Memorial.

## 18. It's aggressively basic, with no sense of originality or weirdness.





*sandwich / Creative Commons / Flickr: sandwichgirl*

*violinha / Creative Commons / Flickr: violinha*

The mysterious Coral Castle was built with over 1,100 tons of coral rock quarried, carved, and assembled through unknown means by one man, Edward Leedskalnin, as a monument to his lost love. Or it was built by aliens. One can never be too sure.

## 19. Everything has to be loud and showy! There's no place for quiet moments.



VISIT FLORIDA Editor / Creative Commons / Flickr: visitflorida

The view from the Deering Estate at sunset.

**UGH. Don't ever visit. You'll hate every delicious, musical, inspiring, sun-drenched, ocean breeze-kissed moment.**



joiseyshowaa / Creative Commons / Flickr: joiseyshowaa

The sun rises over the Miami skyline, as seen from Matheson Hammock.



NEXT ON BUZZ›

**Chrissy Teigen And John Legend Are Sharing Stunning...**



▼ YOUR REACTION?



▼ REACT WITH GIF

Tagged: miami, coral castle, little haiti, little havana, miami beach, moca, north miami, pamm, south miami, wynwood

## Add Your Response

| Text | Image | Video |

(allowed html tags: `<a href="">` `<b>` `<i>` `<em>` `<strong>`)

Starting soon, you'll only be able to post a comment on BuzzFeed using a Facebook account or via our app. If you have questions or thoughts, email us here.

**Preview**

## Contributions

### BuzzFeed NEWS

**In The News Today**

- Travelers are concerned their laptops will be stolen now that the US is banning electronic devices from being carried on flights coming from the Middle East.

- Some GOP senators are urging caution in dismissing Trump's wiretapping claims — despite the FBI and NSA saying there's no evidence it occurred.

- A witness in a US case against the largest money laundering scheme in Russian history mysteriously plunged from his apartment window.

- Mariah Carey revealed she's making a movie based on her iconic song "All I Want For Christmas Is You" 🎅 🎄

**Download the BuzzFeed News app**

### BuzzFeed NEWS



The Paparazzi Are Flocking To Cover Trump's Dramatic Presidency

*by Claudia Rosenbaum*



Need more BuzzFeed? Sign up for our BuzzFeed Today newsletter!

Your Email Address          **Sign up**

## Hot Buzz



**This Is Why South Australia Still Has The "Gay Panic Defence"**



**A New Witness Says She Heard A Teen Beg To Be Left Alone On The Night He Was Killed**

## Now Buzzing



**Coal In "Freefall": The World Is Suddenly Building A Lot Fewer Coal Plants**



**Please Enjoy This Insane Trailer For Lindsay Lohan's New TV Show**



**Controversial Four Week Wait For Dole Dumped From Welfare Changes**




**This Guy Catfished Someone For Two Years By Faking A Female Voice And It's Iconic**



**63 Photos That'll Take Every Aussie On A Trip Down Memory Lane**



**Here's What Happened On "Married At First Sight" This Week, LMAO I Thought It Was The Finale**



**There's A Prosecco-Flavored Edible Nail Polish Because Why Not**



**A Magazine Fell For A Fake Telegram From McDonald's Telling President Nixon To "Retire Bitch"**



**This Guy Was Attacked By A Crocodile While Trying To Impress A Girl And She Doesn't Even Care**

More Buzz >



**Chrissy Teigen And John Legend Are Sharing Stunning Photos From Their Vacation In Morocco**



**LA City Employees Barred From Helping Federal Immigration Authorities**



**Who Hurt You?**

Advertise  Jobs  Mobile  Newsletter  Shop    🌐 US Edition ⌄

About  Press  RSS  Privacy  User Terms  Ad Choices  Help  Contact

© 2017 BuzzFeed, Inc

