Exhibit
35



**BuzzFeed** Resources

‹ Back to site

## How BuzzFeed Does Social Content

BuzzFeed's most successful partnerships emotionally connect the brand to the consumer, while staying true to the brand's identity. Custom social posts are crafted in an authentic voice that is entertaining and informative. BuzzFeed's creative team works with clients to weave a brand's story into posts that consumers identify with using a range of emotions. All BuzzFeed content is designed to be inherently social and shareable, resulting in measurable, word-of-mouth marketing at scale across the social web.

## Nostalgia




Barbie
15 Life Lessons We've Learned From Barbie Dolls

## Inspiration



Gatorade
15 Super Athletic Feats That May Never Be Topped

## Humor



Oscar Health
11 Millennial Diseases That Are Completely Legitimate And Real

## Tips & Life Hacks




USAA
10 Things You're Probably Doing Wrong With Your Money

## Beautiful Places



## Trending Topics





JetBlue You Above All
**10 Places In The U.S. You'll Want To Visit Right Now**



Virgin Mobile
**13 Celebrities Posing With The Old Versions Of Themselves**



# Get Started!

First Name

Last Name

Title

Email

Company Name

What Country/territory are you in?

What State are you in?

Budget

Notes (optional)

**Submit**





About   Press   RSS   Legal   Help   Contact   © BuzzFeed, Inc



# Exhibit 36



U.S. Department of Commerce (//www.commerce.gov/) | Blogs (//www.census.gov/about/contact-us/social_media.html) | Index A-Z (//www.census.gov/about/index.html) | Glossa (//www.census.gov/glossary/) | FAQs (//ask.census.gov

Search

**/www.census.gov/en.html)**

U.S. Census Quick Facts

## QuickFacts
### Florida

QuickFacts provides statistics for all states and counties, and for cities and towns with a *population of 5,000 or more*.

| | All Topics ▼ | FLORIDA |
|---|---|---|
| *People* | | |
| **Population** | | |
| Population estimates, July 1, 2016, (V2016) | | 20,612,439 |
| Population estimates, July 1, 2015, (V2015) | | 20,271,272 |
| Population estimates base, April 1, 2010, (V2016) | | 18,804,592 |
| Population estimates base, April 1, 2010, (V2015) | | 18,804,623 |
| Population, percent change - April 1, 2010 (estimates base) to July 1, 2016, (V2016) | | 9.6% |
| Population, percent change - April 1, 2010 (estimates base) to July 1, 2015, (V2015) | | 7.8% |
| Population, Census, April 1, 2010 | | 18,801,310 |
| *Age and Sex* | | |
| Persons under 5 years, percent, July 1, 2015, (V2015) | | 5.4% |
| Persons under 5 years, percent, April 1, 2010 | | 5.7% |
| Persons under 18 years, percent, July 1, 2015, (V2015) | | 20.3% |
| Persons under 18 years, percent, April 1, 2010 | | 21.3% |
| Persons 65 years and over, percent, July 1, 2015, (V2015) | | 19.4% |
| Persons 65 years and over, percent, April 1, 2010 | | 17.3% |
| Female persons, percent, July 1, 2015, (V2015) | | 51.1% |
| Female persons, percent, April 1, 2010 | | 51.1% |
| *Race and Hispanic Origin* | | |
| White alone, percent, July 1, 2015, (V2015) (a) | | 77.7% |
| White alone, percent, April 1, 2010 (a) | | 75.0% |
| Black or African American alone, percent, July 1, 2015, (V2015) (a) | | 16.8% |
| Black or African American alone, percent, April 1, 2010 (a) | | 16.0% |
| American Indian and Alaska Native alone, percent, July 1, 2015, (V2015) (a) | | 0.5% |
| American Indian and Alaska Native alone, percent, April 1, 2010 (a) | | 0.4% |
| Asian alone, percent, July 1, 2015, (V2015) (a) | | 2.8% |
| Asian alone, percent, April 1, 2010 (a) | | 2.4% |
| Native Hawaiian and Other Pacific Islander alone, percent, July 1, 2015, (V2015) (a) | | 0.1% |
| Native Hawaiian and Other Pacific Islander alone, percent, April 1, 2010 (a) | | 0.1% |
| Two or More Races, percent, July 1, 2015, (V2015) | | 2.0% |
| Two or More Races, percent, April 1, 2010 | | 2.5% |
| Hispanic or Latino, percent, July 1, 2015, (V2015) (b) | | 24.5% |
| Hispanic or Latino, percent, April 1, 2010 (b) | | 22.5% |
| White alone, not Hispanic or Latino, percent, July 1, 2015, (V2015) | | 55.3% |
| White alone, not Hispanic or Latino, percent, April 1, 2010 | | 57.9% |
| *Population Characteristics* | | |
| Veterans, 2011-2015 | | 1,507,738 |
| Foreign born persons, percent, 2011-2015 | | 19.7% |
| *Housing* | | |
| Housing units, July 1, 2015, (V2015) | | 9,209,857 |
| Housing units, April 1, 2010 | | 8,989,580 |
| Owner-occupied housing unit rate, 2011-2015 | | 65.3% |
| Median value of owner-occupied housing units, 2011-2015 | | $159,000 |
| Median selected monthly owner costs -with a mortgage, 2011-2015 | | $1,435 |
| Median selected monthly owner costs -without a mortgage, 2011-2015 | | $463 |
| Median gross rent, 2011-2015 | | $1,002 |
| Building permits, 2015 | | 109,924 |
| *Families and Living Arrangements* | | |
| Households, 2011-2015 | | 7,300,494 |
| Persons per household, 2011-2015 | | 2.63 |
| Living in same house 1 year ago, percent of persons age 1 year+, 2011-2015 | | 83.8% |
| Language other than English spoken at home, percent of persons age 5 years+, 2011-2015 | | 28.1% |
| *Education* | | |
| High school graduate or higher, percent of persons age 25 years+, 2011-2015 | | 86.9% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2011-2015 | | 27.3% |
| *Health* | | |
| With a disability, under age 65 years, percent, 2011-2015 | | 8.5% |
| Persons without health insurance, under age 65 years, percent | | ⚠ 16.2% |
| *Economy* | | |
| In civilian labor force, total, percent of population age 16 years+, 2011-2015 | | 58.8% |
| In civilian labor force, female, percent of population age 16 years+, 2011-2015 | | 54.7% |
| Total accommodation and food services sales, 2012 ($1,000) (c) | | 49,817,925 |
| Total health care and social assistance receipts/revenue, 2012 ($1,000) (c) | | 124,061,425 |

| | |
|---|---|
| Total manufacturers shipments, 2012 ($1,000) (c) | 96,924,106 |
| Total merchant wholesaler sales, 2012 ($1,000) (c) | 252,626,608 |
| Total retail sales, 2012 ($1,000) (c) | 273,867,145 |
| Total retail sales per capita, 2012 (c) | $14,177 |
| *Transportation* | |
| Mean travel time to work (minutes), workers age 16 years+, 2011-2015 | 26.4 |
| *Income and Poverty* | |
| Median household income (in 2015 dollars), 2011-2015 | $47,507 |
| Per capita income in past 12 months (in 2015 dollars), 2011-2015 | $26,829 |
| Persons in poverty, percent | ⚠ 15.7% |
| *Businesses* | |
| Total employer establishments, 2014 | 519,875[1] |
| Total employment, 2014 | 7,441,584[1] |
| Total annual payroll, 2014 ($1,000) | 312,959,623[1] |
| Total employment, percent change, 2013-2014 | 4.3%[1] |
| Total nonemployer establishments, 2014 | 1,948,357 |
| All firms, 2012 | 2,100,187 |
| Men-owned firms, 2012 | 1,084,885 |
| Women-owned firms, 2012 | 807,817 |
| Minority-owned firms, 2012 | 926,112 |
| Nonminority-owned firms, 2012 | 1,121,749 |
| Veteran-owned firms, 2012 | 185,756 |
| Nonveteran-owned firms, 2012 | 1,846,686 |
| *Geography* | |
| Population per square mile, 2010 | 350.6 |
| Land area in square miles, 2010 | 53,624.76 |
| FIPS Code | 12 |

1. Includes data not distributed by county.

⚠ This geographic level of poverty and health estimates are not comparable to other geographic levels of these estimates

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the Quick Info ⓘ icon to the left of each row in TABLE view to learn about sampling error.

The vintage year (e.g., V2015) refers to the final year of the series (2010 thru 2015). Different vintage years of estimates are not comparable.

(a) Includes persons reporting only one race
(b) Hispanics may be of any race, so also are included in applicable race categories
(c) Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data

D Suppressed to avoid disclosure of confidential information
F Fewer than 25 firms
FN Footnote on this item in place of data
NA Not available
S Suppressed; does not meet publication standards
X Not applicable
Z Value greater than zero but less than half unit of measure shown

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

**ABOUT US** (//www.census.gov/about.html)

Are You in a Survey? (//www.census.gov/programs-surveys/are-you-in-a-survey.html)

FAQs (//ask.census.gov/)

Director's Corner (//www.census.gov/about/leadership.html)

Regional Offices (//www.census.gov/about/regions.html)

History (//www.census.gov/history.html)

Research (//www.census.gov/about/our-research.html)

Scientific Integrity (//www.census.gov/about/policies/quality/integrity.html)

Census Careers (//www.census.gov/about/census-careers.html)

Diversity @ Census (//www.census.gov/about/diversity-networks.html)

Business Opportunities (//www.census.gov/about/business-opportunities.html)

Congressional and Intergovernmental (//www.census.gov/about/cong-gov-affairs.html)

Contact Us (//www.census.gov/about/contact-us.html)

**FIND DATA** (//www.census.gov/data.html)

QuickFacts (//www.census.gov/data/data-tools/quickfacts.html)

American FactFinder (//www.census.gov/data/data-tools/american-factfinder.html)

Population Finder (//www.census.gov/data/interactive-population-map.html)

2010 Census (//www.census.gov/programs-surveys/decennial-census/2010-census.html)

Economic Census (//www.census.gov/programs-surveys/economic-census.html)

Interactive Maps (//www.census.gov/geography/interactive-maps.html)

Training & Workshops (//www.census.gov/data/training-workshops.html)

Data Tools (//www.census.gov/data/data-tools.html)

Developers (//www.census.gov/developers/)

Catalogs (//www.census.gov/about/product-catalog.html)

Publications (//www.census.gov/library/publications.html)

**BUSINESS & INDUSTRY** (//www.census.gov/business.html)

Help With Your Forms (//www.census.gov/programs-surveys/business-help.html)

Economic Indicators (//www.census.gov/economic-indicators.html)

Economic Census (//www.census.gov/programs-surveys/economic-census.html)

E-Stats (//www.census.gov/programs-surveys/e-stats.html)

International Trade (//www.census.gov/foreign-trade.html)

Export Codes (//www.census.gov/foreign-trade/schedule-b.html)

NAICS (//www.census.gov/eos/www/naics/)

Governments (//www.census.gov/topics/public-sector.html)

Local Employment Dynamics (//www.census.gov/topics/employment/led.html)

Survey of Business Owners (//www.census.gov/programs-surveys/sbo.html)

**PEOPLE & HOUSEHOLDS** (//www.census.gov/topics/population.html)

2020 Census (//www.census.gov/2020census/)

2010 Census (//www.census.gov/programs-surveys/decennial-census/2010-census.html)

American Community Survey (//www.census.gov/programs-surveys/acs/)

Income (//www.census.gov/topics/income-poverty/income.html)

Poverty (//www.census.gov/topics/income-poverty/poverty.html)

Population Estimates (//www.census.gov/topics/population/population-estimates.html)

Population Projections (//www.census.gov/topics/population/population-projections.html)

Health Insurance (//www.census.gov/topics/health/health-insurance.html)

Housing (//www.census.gov/topics/housing.html)

International (//www.census.gov/topics/population/international.html)

Genealogy (//www.census.gov/topics/population/genealogy.html)

**SPECIAL TOPICS** (//www.census.gov/about/partners.html)

Advisors, Centers and Research Programs (//www.census.gov/about/partners.html)

Statistics in Schools (//www.census.gov/schools/)

Tribal Resources (AIAN) (//www.census.gov/about/cong-gov-affairs/intergovernmental-affairs/tribal-affairs/tribal-resources.html)

Emergency Preparedness (//www.census.gov/topics/preparedness.html)

Statistical Abstract (//www.census.gov/library/publications/time-series/statistical_abstracts.html)

Special Census Program (//www.census.gov/programs-surveys/specialcensus.html)

Data Linkage Infrastructure (//www.census.gov/about/adrm/linkage.html)

Fraudulent Activity & Scams (//www.census.gov/about/policies/privacy/data_protection/fraudulent-activity-and-scams.html)

USA.gov (//www.usa.gov/)

**NEWSROOM** (//www.census.gov/newsroom.html)

News Releases (//www.census.gov/newsroom/press-releases.html)

Release Schedule (//www.calendarwiz.com/calendars/calendar.php?crd=census1sample&cid[]=31793)

Facts for Features (//www.census.gov/newsroom/facts-for-features.html)

Stats for Stories (//www.census.gov/newsroom/stories.html)

Blogs (//www.census.gov/about/contact-us/social_media.html)

**CONNECT WITH US** (//www.census.gov/about/contact-us/social_media.html)

(//www.facebook.com/uscensusbureau)

(//twitter.com/uscensusbureau)

(//www.linkedin.com/company/us-census-bureau)

(//www.instagram.com/uscensusbureau/)

(//www.youtube.com/user/uscensusbureau)

(//www.pinterest.com/uscensusbureau/)

(//public.govdelivery.com/accounts/USCENSUS/subscriber/new)

Accessibility (//www.census.gov/about/policies/privacy/privacy-policy.html#par_textimage_1) | Information Quality (//www.census.gov/quality/) | FOIA (//www.census.gov/foia/) | Data Protection and Privacy Policy (//www.census.gov/privacy/) | U.S. Department of Commerce (//www.commerce.gov/)

Exhibit
37













Exhibit
38

# BUSINESS INSIDER

# NBCUniversal doubles its investment in BuzzFeed to $400 million, valuing the company at around $1.7 billion



NATHAN MCALONE
OCT. 20, 2016, 6:08 PM

NBCU is finalizing an investment of another $200 million into BuzzFeed, at a valuation of about $1.7 billion, according to Recode's Peter Kafka, who cites sources. That would bring NBCU's total investment in BuzzFeed to $400 million.

A $1.7 billion valuation is slightly raised from last year, when NBCU invested its first $200 million in BuzzFeed at a valuation of $1.5 billion (post-money).

This investment continues a trend of traditional TV giants investing in digital upstarts. Besides BuzzFeed, NBCU has invested $200 million in Vox. Vice has $400 million from Disney, Thrillist's new holding company secured $100 million from Discovery just last week, and Refinery29 snagged $45 million from Turner this summer.

All are exploring getting their digital content onto TV.



BuzzFeed CEO Jonah Peretti

*Business Insider*

This summer, BuzzFeed split into two pieces: news and entertainment, which is mostly video-focused. Video is where the major growth at BuzzFeed is, according to The New York Times, which said it would generate half of the company's revenue in 2016, but balloon to 75% over the next two years. The Times said video only made up 15% of BuzzFeed's revenue at the end of 2014. BuzzFeed founder and CEO Jonah Peretti even moved to LA in January, where the entertainment piece of the company is based.

This investment might signal that BuzzFeed's money machine for video is ramping up, despite earlier reports.

In April, the Financial Times reported that BuzzFeed missed big on its 2015 projected revenue, pulling in $170 million rather than the $250 million it hoped to generate. Worse, the FT says that BuzzFeed's 2016 revenue projection had been chopped in half to about $250 million instead of $500 million.

However, BuzzFeed's chairman Ken Lerer told Business Insider at the time that BuzzFeed's 2016 revenue goal was not changed, and it was never anywhere near $500 million. Instead, Lerer reiterated that BuzzFeed hit its

revenue targets for the first quarter of 2016 and is on track to hit its second quarter target. Further, he said Buzzfeed is on pace to meet its 2016 revenue goal.

*Additional reporting by Alyson Shontell.*

×

# Exhibit
# 39

**Table C-5.**
**U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases**
**Terminated, by District and Method of Disposition,**
**During the 12-Month Period Ending March 31, 2015**

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| TOTAL | 204,036 | 8.6 | 42,464 | 5.2 | 132,724 | 8.5 | 26,286 | 12.8 | 2,562 | 25.2 |
| DC | 1,757 | 7.8 | 791 | 5.8 | 925 | 9.0 | 17 | 32.9 | 24 | 48.3 |
| 1ST | 5,951 | 12.2 | 1,319 | 5.3 | 3,205 | 13.3 | 1,342 | 15.2 | 85 | 26.2 |
| ME | 482 | 8.1 | 150 | 5.9 | 306 | 8.7 | 15 | 18.8 | 11 | 20.0 |
| MA | 2,527 | 9.2 | 671 | 3.3 | 745 | 8.3 | 1,065 | 14.9 | 46 | 27.8 |
| NH | 471 | 8.1 | 89 | 3.9 | 230 | 7.2 | 143 | 14.2 | 9 | - |
| RI | 1,633 | 23.0 | 280 | 16.8 | 1,319 | 26.1 | 31 | 15.1 | 3 | - |
| PR | 838 | 13.4 | 129 | 7.4 | 605 | 13.2 | 88 | 20.5 | 16 | 29.7 |
| 2ND | 20,942 | 9.6 | 3,266 | 4.7 | 12,522 | 9.5 | 4,880 | 12.7 | 274 | 33.7 |
| CT | 1,738 | 10.4 | 498 | 4.9 | 704 | 9.8 | 497 | 19.0 | 39 | 39.4 |
| NY,N | 1,225 | 10.8 | 202 | 3.3 | 676 | 12.0 | 326 | 14.6 | 21 | 32.6 |
| NY,E | 6,689 | 9.5 | 1,419 | 5.8 | 3,715 | 9.5 | 1,466 | 11.9 | 89 | 33.6 |
| NY,S | 9,677 | 8.9 | 923 | 3.7 | 6,134 | 8.2 | 2,512 | 11.9 | 108 | 30.3 |
| NY,W | 1,378 | 11.4 | 212 | 4.8 | 1,078 | 12.3 | 75 | 17.9 | 13 | 43.4 |
| VT | 235 | 10.8 | 12 | 3.3 | 215 | 10.9 | 4 | - | 4 | - |
| 3RD | 22,605 | 6.7 | 2,627 | 3.9 | 15,791 | 5.6 | 3,944 | 12.2 | 243 | 28.1 |
| DE | 1,945 | 10.7 | 576 | 5.2 | 1,076 | 12.2 | 256 | 18.2 | 37 | 34.4 |
| NJ | 6,696 | 6.9 | 512 | 3.8 | 3,849 | 4.5 | 2,280 | 13.6 | 55 | 36.4 |
| PA,E | 10,048 | 5.0 | 724 | 3.2 | 7,957 | 4.1 | 1,265 | 9.2 | 102 | 19.9 |
| PA,M | 1,750 | 9.8 | 381 | 6.0 | 1,276 | 10.5 | 69 | 16.9 | 24 | 23.0 |
| PA,W | 1,936 | 7.0 | 293 | 2.8 | 1,621 | 8.0 | 13 | 18.2 | 9 | - |
| VI | 230 | 14.0 | 141 | 13.1 | 12 | 11.4 | 61 | 13.3 | 16 | 38.2 |
| 4TH | 16,363 | 7.3 | 2,494 | 5.8 | 12,408 | 7.0 | 1,296 | 10.3 | 165 | 18.2 |
| MD | 3,083 | 7.6 | 482 | 7.3 | 1,924 | 5.9 | 643 | 12.5 | 34 | 21.0 |
| NC,E | 1,225 | 8.2 | 565 | 5.5 | 642 | 10.6 | 8 | - | 10 | 29.2 |
| NC,M | 729 | 12.5 | 416 | 9.6 | 277 | 17.8 | 34 | 17.6 | 2 | - |
| NC,W | 889 | 8.6 | 205 | 7.4 | 614 | 8.3 | 59 | 16.8 | 11 | 20.3 |
| SC | 2,312 | 9.2 | 179 | 3.3 | 2,073 | 9.7 | 36 | 9.2 | 24 | 29.3 |
| VA,E | 2,098 | 5.2 | 423 | 3.7 | 1,185 | 4.4 | 438 | 7.8 | 52 | 16.0 |
| VA,W | 604 | 10.0 | 141 | 5.2 | 411 | 11.5 | 40 | 11.2 | 12 | 17.9 |
| WV,N | 481 | 11.1 | 58 | 8.1 | 408 | 11.1 | 8 | - | 7 | - |
| WV,S | 4,942 | 3.2 | 25 | 1.8 | 4,874 | 3.0 | 30 | 17.1 | 13 | 21.1 |

## Table C-5. (March 31, 2015)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
|---|---|---|---|---|---|---|---|---|---|---|
| **5TH** | **19,429** | **8.5** | **5,294** | **5.8** | **11,459** | **8.4** | **2,360** | **12.7** | **316** | **22.7** |
| LA,E | 2,736 | 10.3 | 110 | 3.3 | 1,455 | 9.0 | 1,117 | 13.8 | 54 | 17.7 |
| LA,M | 608 | 11.5 | 63 | 7.6 | 481 | 10.8 | 43 | 22.2 | 21 | 35.5 |
| LA,W | 1,140 | 12.0 | 336 | 7.1 | 638 | 12.5 | 148 | 19.1 | 18 | 32.1 |
| MS,N | 579 | 10.1 | 147 | 7.4 | 260 | 10.3 | 157 | 12.6 | 15 | 22.9 |
| MS,S | 1,260 | 10.5 | 714 | 9.6 | 485 | 10.7 | 32 | 19.1 | 29 | 21.5 |
| TX,N | 3,277 | 6.7 | 641 | 5.0 | 2,587 | 7.1 | 4 | - | 45 | 26.1 |
| TX,E | 2,992 | 8.3 | 1,004 | 6.1 | 1,939 | 9.4 | 23 | 22.8 | 26 | 22.1 |
| TX,S | 4,648 | 6.9 | 1,644 | 4.4 | 2,185 | 7.9 | 734 | 8.2 | 85 | 22.4 |
| TX,W | 2,189 | 6.9 | 635 | 6.2 | 1,429 | 6.5 | 102 | 16.1 | 23 | 20.5 |
| **6TH** | **17,738** | **11.3** | **6,106** | **8.3** | **7,946** | **11.6** | **3,500** | **12.6** | **186** | **26.5** |
| KY,E | 1,082 | 9.6 | 134 | 7.2 | 933 | 9.7 | 10 | 26.3 | 5 | - |
| KY,W | 1,021 | 8.5 | 232 | 3.3 | 732 | 9.0 | 47 | 15.4 | 10 | 17.1 |
| MI,E | 3,942 | 8.8 | 896 | 3.3 | 1,354 | 6.2 | 1,659 | 13.4 | 33 | 22.5 |
| MI,W | 1,004 | 9.1 | 142 | 3.3 | 680 | 10.0 | 176 | 12.1 | 6 | - |
| OH,N | 4,960 | 18.6 | 2,315 | 23.7 | 1,767 | 25.7 | 861 | 9.9 | 17 | 22.2 |
| OH,S | 2,417 | 9.3 | 1,173 | 5.6 | 562 | 11.1 | 654 | 12.4 | 28 | 16.5 |
| TN,E | 1,185 | 12.9 | 405 | 9.5 | 666 | 13.2 | 75 | 20.6 | 39 | 55.5 |
| TN,M | 1,233 | 12.3 | 193 | 8.2 | 1,009 | 12.5 | 3 | - | 28 | 25.3 |
| TN,W | 894 | 11.2 | 616 | 10.3 | 243 | 11.8 | 15 | 26.9 | 20 | 27.4 |
| **7TH** | **23,070** | **14.2** | **4,486** | **6.3** | **16,467** | **18.5** | **1,939** | **12.0** | **178** | **27.3** |
| IL,N | 8,489 | 7.4 | 2,190 | 4.8 | 5,779 | 8.3 | 427 | 10.6 | 93 | 28.8 |
| IL,C | 704 | 10.5 | 331 | 7.7 | 358 | 13.0 | 8 | - | 7 | - |
| IL,S | 8,171 | 39.0 | 1,020 | 15.9 | 7,136 | 41.1 | 8 | - | 7 | - |
| IN,N | 1,804 | 10.4 | 227 | 3.7 | 1,096 | 9.5 | 458 | 16.0 | 23 | 28.5 |
| IN,S | 2,109 | 8.7 | 301 | 4.4 | 1,006 | 6.4 | 786 | 11.3 | 16 | 27.3 |
| WI,E | 1,098 | 6.1 | 232 | 3.0 | 825 | 7.0 | 22 | 12.6 | 19 | 26.2 |
| WI,W | 695 | 8.5 | 185 | 3.6 | 267 | 7.7 | 230 | 11.0 | 13 | 18.2 |
| **8TH** | **10,396** | **9.4** | **3,830** | **5.1** | **5,350** | **10.7** | **1,053** | **13.7** | **163** | **25.2** |
| AR,E | 1,131 | 11.8 | 271 | 15.1 | 831 | 11.0 | 7 | - | 22 | 18.7 |
| AR,W | 839 | 12.0 | 152 | 11.9 | 664 | 12.0 | 2 | - | 21 | 22.7 |
| IA,N | 500 | 4.9 | 164 | 0.9 | 327 | 7.1 | 5 | - | 4 | - |
| IA,S | 501 | 8.1 | 76 | 4.0 | 261 | 5.1 | 156 | 15.4 | 8 | - |
| MN | 2,689 | 7.6 | 1,028 | 2.3 | 892 | 12.2 | 737 | 12.9 | 32 | 24.4 |
| MO,E | 1,893 | 8.4 | 810 | 4.5 | 1,053 | 10.7 | 1 | - | 29 | 24.8 |
| MO,W | 1,898 | 9.9 | 1,164 | 8.3 | 597 | 11.8 | 121 | 14.2 | 16 | 28.9 |
| NE | 499 | 7.4 | 44 | 3.8 | 423 | 7.4 | 15 | 20.4 | 17 | 27.2 |
| ND | 205 | 8.2 | 11 | 0.9 | 190 | 8.7 | 1 | - | 3 | - |
| SD | 241 | 9.2 | 110 | 1.3 | 112 | 15.5 | 8 | - | 11 | 33.4 |

## Table C-5. (March 31, 2015—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **9TH** | **32,381** | **7.2** | **7,961** | **4.5** | **20,810** | **7.2** | **3,116** | **13.6** | **494** | **23.8** |
| AK | 249 | 8.1 | 47 | 6.2 | 196 | 8.1 | 1 | - | 5 | - |
| AZ | 2,242 | 7.9 | 136 | 2.9 | 1,619 | 6.4 | 454 | 14.5 | 33 | 27.1 |
| CA,N | 4,439 | 7.9 | 873 | 4.3 | 2,187 | 6.6 | 1,315 | 13.3 | 64 | 30.0 |
| CA,E | 2,658 | 8.5 | 874 | 6.0 | 1,678 | 9.7 | 73 | 17.3 | 33 | 29.6 |
| CA,C | 11,755 | 5.4 | 3,672 | 4.5 | 7,730 | 5.6 | 181 | 14.3 | 172 | 19.3 |
| CA,S | 2,164 | 6.2 | 349 | 3.0 | 1,079 | 4.9 | 700 | 12.9 | 36 | 34.3 |
| HI | 550 | 7.8 | 274 | 5.9 | 238 | 7.6 | 27 | 21.0 | 11 | 22.6 |
| ID | 363 | 10.8 | 19 | 2.3 | 263 | 10.1 | 74 | 17.3 | 7 | - |
| MT | 414 | 9.7 | 136 | 4.4 | 126 | 8.1 | 140 | 14.0 | 12 | 24.2 |
| NV | 2,139 | 9.0 | 224 | 5.2 | 1,776 | 9.7 | 120 | 7.8 | 19 | 37.1 |
| OR | 1,934 | 11.1 | 501 | 6.7 | 1,381 | 12.1 | 10 | 14.5 | 42 | 21.6 |
| WA,E | 663 | 9.5 | 221 | 4.9 | 422 | 10.6 | 6 | - | 14 | 32.3 |
| WA,W | 2,769 | 7.4 | 613 | 3.0 | 2,104 | 8.0 | 8 | - | 44 | 18.8 |
| GUAM | 21 | 19.1 | 6 | - | 8 | - | 6 | - | 1 | - |
| NMI | 21 | 9.4 | 16 | 9.1 | 3 | - | 1 | - | 1 | - |
| **10TH** | **8,599** | **9.4** | **1,936** | **4.0** | **5,340** | **10.2** | **1,164** | **13.3** | **159** | **26.9** |
| CO | 2,705 | 7.0 | 840 | 4.1 | 1,729 | 8.3 | 75 | 19.1 | 61 | 28.4 |
| KS | 1,305 | 9.0 | 394 | 4.2 | 795 | 10.1 | 85 | 20.8 | 31 | 24.6 |
| NM | 1,020 | 11.0 | 69 | 1.7 | 451 | 8.8 | 487 | 13.1 | 13 | 28.0 |
| OK,N | 649 | 10.9 | 55 | 2.6 | 581 | 11.4 | 10 | 23.7 | 3 | - |
| OK,E | 454 | 14.3 | 25 | 3.1 | 423 | 14.7 | 2 | - | 4 | - |
| OK,W | 1,116 | 8.2 | 293 | 4.2 | 462 | 8.7 | 343 | 10.2 | 18 | 20.3 |
| UT | 1,138 | 11.9 | 196 | 4.0 | 857 | 12.9 | 67 | 23.3 | 18 | 34.7 |
| WY | 212 | 12.3 | 64 | 5.2 | 42 | 13.6 | 95 | 13.2 | 11 | 21.3 |
| **11TH** | **24,805** | **6.8** | **2,354** | **4.3** | **20,501** | **6.6** | **1,675** | **12.8** | **275** | **21.9** |
| AL,N | 2,195 | 12.8 | 49 | 1.4 | 2,095 | 12.7 | 29 | 25.7 | 22 | 25.6 |
| AL,M | 651 | 9.0 | 68 | 4.9 | 546 | 8.9 | 27 | 20.7 | 10 | 19.8 |
| AL,S | 443 | 7.7 | 68 | 3.0 | 360 | 7.8 | 9 | - | 6 | - |
| FL,N | 1,099 | 7.1 | 36 | 4.4 | 1,025 | 7.1 | 15 | 12.2 | 23 | 13.2 |
| FL,M | 7,094 | 8.5 | 570 | 6.4 | 6,294 | 8.4 | 154 | 15.8 | 76 | 23.5 |
| FL,S | 7,724 | 4.7 | 883 | 4.1 | 6,648 | 4.7 | 110 | 8.7 | 83 | 15.7 |
| GA,N | 4,074 | 6.6 | 334 | 2.4 | 2,385 | 4.5 | 1,316 | 12.1 | 39 | 28.0 |
| GA,M | 930 | 12.2 | 198 | 7.7 | 711 | 12.4 | 9 | - | 12 | 25.5 |
| GA,S | 595 | 9.6 | 148 | 9.1 | 437 | 9.6 | 6 | - | 4 | - |

NOTE: Median time intervals are not computed when fewer than 10 cases reported. This table excludes land condemnations, prisoner petitions, deportation reviews, recovery of overpayments, and enforcement of judgments. Includes cases filed in previous years as consolidated cases that thereafter were severed into individual cases. For fiscal years prior to 2001, this table included data on recovery of overpayments and enforcement of judgments.

# Exhibit
# 40

# How popular is buzzfeed.com?

**Alexa Traffic Ranks**
How is this site ranked relative to other sites?



Global Rank
 **188** 6

Rank in United States
 **52**

**Monthly Unique Visitor Metrics**
Past 30 Days — Last Updated March 24, 2017

| Country | Estimated Unique Visitors | Estimated Visits | Estimated Pageviews |
|---|---|---|---|
|  United States | Advanced Plan only | Advanced Plan only | Advanced Plan only |

| Loyalty Metrics Based on unique visitor estimates | Visits per Visitor Advanced Plan only | Pageviews per Visit Advanced Plan only | Monthly Pageviews per Visitor Advanced Plan only |
|---|---|---|---|

View All Available Countries

Data for this site available in the Advanced plan. Upgrade to view

**Audience Geography**

Where are this site's visitors located?

Visitors by Country



| Country | Percent of Visitors | Rank in Country |
|---|---|---|
| 🇺🇸 United States | 50.3% | 52 |
| 🇬🇧 United Kingdom | 6.8% | 77 |
| 🇨🇦 Canada | 4.8% | 61 |
| 🇯🇵 Japan | 4.8% | 317 |
| 🇧🇷 Brazil | 3.6% | 157 |

Upgrade to View

## How engaged are visitors to buzzfeed.com?

Bounce Rate

**65.00%** `3.00%`

Daily Pageviews per Visitor

**2.72** `1.00%`

Daily Time on Site

**4:36** `2.00%`

## Where do buzzfeed.com's visitors come from?

**Search Traffic**

What percentage of visits to this site come from a search engine?



Search Visits

**12.80%**  8.00%

**Top Keywords from Search Engines**

Which search keywords send traffic to this site?

| Keyword | Percent of Search Traffic |
|---|---|
| 1. buzzfeed trump | 2.05% |
| 2. buzzfeed | 1.44% |
| 3. tasty | 0.84% |
| 4. mandela effect | 0.80% |
| 5. buzzfeed quizzes | 0.68% |

Upgrade to View

**Upstream Sites**

Which sites did people visit immediately before this site?

| Site | Percent of Unique Visits |
|---|---|
| 1. google.com | 18.2% |
| 2. facebook.com | 14.2% |
| 3. youtube.com | 3.4% |

| Site | Percent of Unique Visits |
|------|--------------------------|
| 4.  t.co | 1.8% |
| 5.  google.co.in | 1.6% |

Upgrade to View

---

### Where do buzzfeed.com's visitors go next? [?]

Upgrade to View

---

### What sites link to buzzfeed.com? [?]

**Total Sites Linking In**                              43,518

| Site | Page |
|------|------|
| 1.  yahoo.com | finance.yahoo.com/news/… |
| 2.  sina.com.cn | blog.sina.com.cn/s/blog_c… |
| 3.  yahoo.co.jp | beauty.yahoo.co.jp/lifestyl… |
| 4.  msn.com | msn.com/de-ch/autos/nac… |
| 5.  pornhub.com | pornhub.com/insights/pag… |

Upgrade to View

---

### What sites are related to buzzfeed.com? [?]

Similar Websites by Audience Overlap

| 1.  huffingtonpost.com |
|------|
| 2.  businessinsider.com |

Similar Websites by Audience Overlap

3. dailymail.co.uk

4. bustle.com

5. cnn.com

Upgrade to see more similar sites via the Audience Overlap Tool

Categories with Related Sites

This site is not categorized

## Where do visitors go on buzzfeed.com?

| Subdomain | Percent of Visitors |
|---|---|
| buzzfeed.com | 99.13% |
| img.buzzfeed.com | 1.54% |

## How fast does buzzfeed.com load?

Slow (3.048 Seconds), 79% of sites are faster.

## Where can I find more info about buzzfeed.com?

Buzzfeed.com

Site Description

And when you read BuzzFeed, you'll always know the movies, music, and products that are on the rise and worth your time. You can join the fun by reading the latest at BuzzFeed.com, subscribing via RSS or email , adding the BuzzFeed widget to your site, and contribute by posting your own images, videos, links and comments. Be sure to sign up for a BuzzFeed account and stay tuned for more features coming soon.

How did buzzfeed.com look in the past?

Edit Site Info

?

## Who visits buzzfeed.com?

**Audience Demographics**
How similar is this site's audience to the general internet population?



Upgrade to View

# Exhibit 41

