UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDINGS S.A., and WEBZILLA, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br><br>    Defendants. | Case No. 0:17-cv-60426-UU |

## DECLARATION OF KOSTYANTYN BEZRUCHENKO

I, Kostyantyn Bezruchenko, do declare and state as follows:

1.      My name is Kostyantyn Bezruchenko.  I am over the age of 18 years.  This declaration is based on my personal knowledge and my review of Webzilla, Inc. ("Webzilla") and XBT Holdings S.A.'s ("XBT") business records.  All statements contained in this declaration are true and correct to the best of my knowledge, if called as a witness, I could and would testify as to the facts set forth in this declaration.

2.      I am a Director of Webzilla and the Chief Technical Officer of XBT.

3.      Webzilla is a wholly-owned subsidiary of XBT through an intermediary company XBT Holding Ltd.

4.      Since 2009, Webzilla has engaged Constantin Luchian as its Financial Director in Florida. During that time, Mr. Luchian has maintained offices in Florida on behalf of (and at the request of) Webzilla and other members of the XBT family of companies.

5.      In the past, Webzilla has engaged other personnel based in Florida, including Konstantin Bolotin, who was Webzilla's director of operations through 2013.

6.      Webzilla is incorporated in Florida.

7.      The XBT family includes at least two other companies incorporated in Florida: Dedicated Servers Inc. and IP Transit Inc.

8.      The map of Webzilla's network located on its website, a copy of which is attached hereto as Exhibit 1, is neither a complete map of Webzilla's operations nor does it accurately describe how those operations are owned and operated.

9.      First, the Map sets forth the network for the entire XBT family, not just those portions of the network owned or operated by Webzilla.

10.     For instance, the "Network POP" shown in New York is owned and operated by IP Transit, Inc. *not* Webzilla.

11.     More importantly, the map is not intended to show physical offices for Webzilla or XBT, but instead the map shows locations of servers and other networking equipment used by those companies.

12.     For example, IP Transit, Inc's Network POP in New York (shown on the map) is little more than some networking equipment installed in rented rack space in a hosting center operated by an unrelated company.

13.     The Network POPs shown in Palo Alto, Los Angeles, Chicago and Ashburn are similarly owned and operated by IP Transit, Inc. and similarly constitute networking equipment installed in a rented rack space in a hosting center operated by an unrelated company.

14.     The map does not take into account offices and physical locations of Webzilla and the XBT family around the world, except to the extent that those offices also contain networking equipment.

15.     Specifically, the map does not take into account Webzilla's physical presence in Florida.

16.     As another example, the map also does not show XBT's corporate offices in the Republic of Cyprus, where the XBT family has over 70 staff members.

17.     Any claim that the map represents Webzilla's or XBT's physical office locations would simply be incorrect.

Signed under the pains and penalties of perjury this 27th day of March, 2017.

_____
Kostyantyn Bezruchenko

# Exhibit 1

# Webzilla Private High-Performance Network

Take advantage of our private multi-homed IP backbone that spans multiple PoPs across three continents. Our network has been designed to provide you with the lowest latency, fewest hops and highest performance.

