**EXHIBIT A**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**PLAINTIFFS' PROPOSED SCHEDULING ORDER**

THIS CAUSE having come before the Court on the Joint Planning and Scheduling Report filed by the parties pursuant to the Court's Order Setting Initial Planning and Scheduling Conference [D.E. 12], Fed. R. Civ. P. 26(f), and Local Rule 16.1(b), and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. This case is assigned to the expedited case management track pursuant to Local Rule 16.1(a).

2. The parties shall adhere to the following pre-trial deadlines:

   a. Initial Disclosures.................................................. Already exchanged
   b. Defendants' Answer............................................. 14 days after Court's ruling on Motion to Dismiss
   c. Motions to add parties or amend pleadings.......... 30 days after Answer filed
   d. Disclosure of Expert Reports, if any.................... 60 days after Answer filed
   e. Completion of all discovery................................. 120 days after Answer filed
   f. Dispositive, *Daubert* and *Markman* motions....... 150 days after Answer filed
   g. Final Pretrial Statement (including single set of jointly-proposed jury instructions, verdict form and *voir dire* questions), witness lists, exhibit

1

     lists with objections, and trial briefs.................... 210 days after Answer filed

 h. All other pretrial motions, including *in limine*.... 240 days after Answer filed

 i. Final pretrial conference......................................

 j. Trial begins..........................................................

  DONE AND ORDERED in Chambers in _____, Florida this \_\_\_\_ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE