**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

**DEFENDANTS' PROPOSED SCHEDULING ORDER
(WITH TWO PHASES OF DISCOVERY)**

THIS CAUSE having come before the Court on the Joint Scheduling Report filed by the parties pursuant to S.D. Fla. L.R. 16.1(b), and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. This case is assigned to the complex case management track pursuant to S.D. Fla. L.R. 16.1(a).

2. Discovery in this case shall be bifurcated, with the first phase of discovery limited to the issues of (a) whether the publication at issue is protected by a privilege, (b) whether Plaintiffs are public figures, and (c) whether Defendants acted with the required degree of fault.  The second phase, if any, would include all other issues pertinent to a trial of this case.

3. The parties shall adhere to the following pre-trial deadlines:

{01061102;v2}

| | |
|---|---|
| Initial disclosures | These have already been exchanged |
| Filing of Defendants' Answer | 14 days after the issuance of the Court's ruling on Defendants' Motion to Dismiss |
| Motions to Add Parties or Amend Pleadings | 30 days after Answer filed |
| Plaintiffs' Disclosure of Expert Reports, if any, related to first phase of discovery | 120 days after Answer filed |
| Defendants' Disclosure of Expert Reports, if any, related to first phase of discovery | 135 days after Answer filed |
| Completion of first phase of discovery (including related expert discovery) | 160 days after Answer filed |
| Filing of Dispositive Motions related to first phase of discovery | 180 days after Answer filed |
| Plaintiffs' Disclosure of any other Expert Reports | 120 days after decision on dispositive motions related to first phase of discovery |
| Defendants' Disclosure of any other Expert Reports | 135 days after decision on dispositive motions related to first phase of discovery |
| Completion of all other discovery (including expert discovery) | 205 days after decision on dispositive motions related to first phase of discovery |
| Filing of joint final pretrial statement (including a single set of jointly-proposed jury instructions, verdict form and *voir dire* questions), witness lists, exhibit lists with objections, and trial briefs | 235 days after decision on dispositive motions related to first phase of discovery |

      All other pretrial motions, including motions *in limine*.................................... 265 days after decision on dispositive motions related to first phase of discovery

      Final pretrial conference ........................

      Trial begins ...........................................

      **DONE AND ORDERED** in Chambers in _____, Florida this \_\_\_ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

{01061102;v2}