**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

**DEFENDANTS' PROPOSED SCHEDULING ORDER
(WITH ONE PHASE OF DISCOVERY)**

THIS CAUSE having come before the Court on the Joint Scheduling Report filed by the parties pursuant to S.D. Fla. L.R. 16.1(b), and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. This case is assigned to the complex case management track pursuant to S.D. Fla. L.R. 16.1(a).

2. The parties shall adhere to the following pre-trial deadlines:

| | |
|---|---|
| Initial disclosures | These have already been exchanged |
| Filing of Defendants' Answer | 14 days after issuance of the Court's ruling on Defendants' Motion to Dismiss |
| Motions to add parties or to amend pleadings | 30 days after Defendants file Answer |

{01061094;v2}

| | |
|---|---|
| Plaintiffs' Disclosure of Expert Reports, if any ................................................ | 270 days after Defendants file Answer |
| Defendants' Disclosure of Expert Reports, if any ........................................ | 285 days after Defendants file Answer |
| Completion of all discovery (including expert discovery) .................................. | 365 days after Defendants file Answer |
| Filing of dispositive motions ................. | 395 days after Defendants file Answer |
| Filing of joint final pretrial statement (including a single set set of jointly-proposed jury instructions, verdict form and *voir dire* questions), witness lists, exhibit lists with objections, and trial briefs ..................... | 455 days after Defendants file Answer |
| Filing of all other pretrial motions, including motions *in limine* ................... | 485 days after Defendants file Answer |
| Final pretrial conference ........................ | |
| Trial begins ............................................ | |

**DONE AND ORDERED** in Chambers in _____, Florida this \_\_\_ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

{01061094;v2}