UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

  Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

  Defendants.
_____/

**ORDER**

The Initial Planning and Scheduling Conference in this matter is hereby re-set to **Friday, June 9, 2017 at 10:00 AM**.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf