UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.

    Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH

    Defendants.

Case No.
0:17-cv-60426-UU

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Valentin Gurvits** of the law firm of **Boston Law Group, PC**, for purposes of appearance as co-counsel on behalf of **Plaintiffs Aleksej Gubarev, XBT Holdings S.A. and Webzilla, Inc.** in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit **Valentin Gurvits** to receive electronic filings in this case, and in support thereof states as follows:

    1.    Valentin Gurvits is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Massachusetts and the Federal District Court of Massachusetts.

2. Movant, Brady J. Cobb., Esquire, of the law firm of Cobb Eddy PLLC, 642 Northeast Third Avenue, Fort Lauderdale, Florida 33304, with telephone number 954-527-4111, is a member in good standing of the The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Valentin Gurvits has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.[1]

4. Valentin Gurvits, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Valentin Gurvits at email address: **vgurvits@bostonlawgroup.com**.

WHEREFORE, Brady J. Cobb, moves this Court to enter an Order for Valentin Gurvits to appear before this Court on behalf of **Plaintiffs Aleksej Gubarev, XBT Holdings S.A. and Webzilla, Inc.**, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Valentin Gurvits.

---

[1] Movant and Valentin Gurvits are cognizant that Rule 4 considers more than three appearances within a 365-day period in separate representations before the Courts of this District to be presumed "general practice." In connection therewith, they state that Valentin Gurvits' has only filed to specially appear in one case in this Court in the past 365 days on July 11, 2016, which was granted on July 13, 2016 and only two cases in which Valentin Gurvits had appeared were active in the past 365 days as a third case was closed on May 24, 2016.

Date: June 1, 2017 Respectfully submitted,

/s/ Brady J. Cobb
Brady J. Cobb, Esq.
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954)527-4111
Facsimile (954) 900-5507
bcobb@cobbeddy.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDINGS S.A., and<br>WEBZILLA, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br><br>    Defendants. | **Case No.**<br>**0:17-cv-60426-UU** |

## CERTIFICATION OF VALENTIN GURVITS

Valentin Gurvits, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of Massachusetts and the Federal District Court of Massachusetts.

_____
Valentin Gurvits

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served via the CM/ECF filing system, on June 1, 2017, on all counsel or parties of record on the service list.

/s/ Brady J. Cobb
Brady J. Cobb

### SERVICE LIST

Katherine M. Bolger
Adam Lazier
Nathan Siegel
Levine Sullivan Koch & Schulz, LLP
321 West 44 Street, Suite 1000
New York, New York 10036
kbolger@lskslaw.com
alazier@lskslaw.com
nsiegel@lskslaw.com

*Attorneys for Defendants*

Lawrence Allan Kellogg
Jezabel Pereira Lima
Levine Kellogg Lehman Schneider & Grossman LLP
Miami Center
201 So. Biscayne Boulevard, 22nd Floor
Miami, Florida 33131
lak@lklsg.com
jl@lklsg.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDINGS S.A., and<br>WEBZILLA, INC.<br><br>      Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br><br>      Defendants. | Case No.<br>0:17-cv-60426-UU |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Valentin Gurvits, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Valentin Gurvits, may appear and participate in this action on behalf of Plaintiffs Aleksej Gubarev, XBT Holdings S.A. and Webzilla, Inc. The Clerk shall provide electronic notification of all electronic filings to Valentin Gurvits, at vgurvits@bostonlawgroup.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record