UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>    Defendants. | Case No.<br><br>0:17-cv-60426-UU |

**CONSENTED TO MOTION TO EXTEND TIME
TO SELECT MEDIATOR**

Plaintiffs in the above captioned case hereby move this honorable Court to provide until **June 16, 2017** for the parties to agree upon a mediator. The Defendants consent to this motion. This motion is made on the basis that, in accordance with the Court's Order on Referral to Mediation dated May 25, 2017 (Docket No. 28), the parties have been working to agree on a mediator. However, despite being on a path towards agreeing on a mediator, they have not yet been able to do so by this date. In recognition of the Court's Order on Referral to Mediation, which required the parties to advise the court as to an agreed upon mediator (or the inability to agree upon a mediator) by fifteen days after the date of the Order, Plaintiffs hereby request an additional four days to make a filing with the Court with an agreed upon mediator or otherwise notify the Court that they are unable to agree on a mediator. The Parties believe that such an extension would be in the best interest of all parties, will promote efficiency, will promote the interests of justice and will not impact any pending motions or scheduled hearings.

1

On the basis of the foregoing, Plaintiffs therefore move this honorable Court to provide until June 16, 2017 for the parties to agree upon a mediator.

Respectfully submitted,
Plaintiffs
By their attorneys,

/s/ Matthew Shayefar
Matthew Shayefar (Fla. Bar No. 0126465)
Valentin D. Gurvits (Mass. Bar No. 643572 – *pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1806
Facsimile: 617-928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer (Mass. Bar No. 564349 – *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

Dated: June 12, 2017

**CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 12th day of June, 2017.

/s/ Matthew Shayefar
Matthew Shayefar

**SERVICE LIST**

Katherine M. Bolger
Adam Lazier
Nathan Siegel
Levine Sullivan Koch & Schulz, LLP
321 West 44 Street, Suite 1000
New York, New York 10036
kbolger@lskslaw.com
alazier@lskslaw.com
nsiegel@lskslaw.com

Lawrence Allan Kellogg
Jezabel Pereira Lima
Levine Kellogg Lehman Schneider & Grossman LLP
Miami Center
201 So. Biscayne Boulevard, 22nd Floor
Miami, Florida 33131
lak@lklsg.com
jl@lklsg.com