UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

### **ORDER**

THIS CAUSE is before the Court upon Unopposed Motion to Extend Time to Select Mediator. D.E. 33.

THE COURT has reviewed the Motion, the pertinent portions of the record and is otherwise fully advised of the premises. It is hereby

ORDERED AND ADJUDGED that Unopposed Motion to Extend Time to Select Mediator (D.E. 33) is GRANTED. The Parties SHALL file their Notice of Mediator Selection with the Court no later than **Friday, June 16, 2017**.

DONE AND ORDERED in Chambers, Miami, Florida, this __13th__ day of June, 2017.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record