**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

**ORDER TO SHOW CAUSE**

    THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

    THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On May 26, 2017, the Court issued her Order Referring Case to Mediation. D.E. 28. As per the Court's Scheduling Order, the deadline for discovery is November 22, 2017, and the mediation must commence no later than fifteen (15) days following the discovery deadline. D.E. 29. To date, Plaintiff has not informed the Court when the mediation will take place. Accordingly, it is hereby

    ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Thursday, August 3, 2017**, as to why the parties have failed to schedule mediation. **Alternatively**, Plaintiff SHALL file a Proposed Order Scheduling Mediation by that date. Failure to comply with this Order will result in the immediate dismissal of this case without further notice.

DONE AND ORDERED in Chambers, Miami, Florida, this 28th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record.