UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

## NOTICE OF SCHEDULING OF MEDIATION

In accordance with the Court's Order on Referral to Mediation dated May 25, 2017 (Docket No. 28) and the Court's Order to Show Cause dated July 27, 2017 (Docket No. 39), Plaintiff, by and through undersigned counsel, hereby notifies the Court that the Parties have scheduled to mediate this matter before Mr. John S. Freud of Mediation Solutions, Inc. on **November 28, 2017**. Accordingly, filed herewith is a proposed Order Scheduling Mediation.

Dated: August 1, 2017

    **Respectfully Submitted:**

    /s/ Matthew Shayefar
    Matthew Shayefar (Fla. Bar No. 0126465)
    BOSTON LAW GROUP, PC
    825 Beacon Street, Suite 20
    Newton Centre, Massachusetts 02459
    Telephone: 617-928-1806
    Facsimile: 617-928-1802
    matt@bostonlawgroup.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 1st day of August, 2017.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Nathan Siegel
Levine Sullivan Koch & Schulz, LLP
321 West 44 Street, Suite 1000
New York, New York 10036
kbolger@lskslaw.com
alazier@lskslaw.com
nsiegel@lskslaw.com

Lawrence Allan Kellogg
Jezabel Pereira Lima
Levine Kellogg Lehman Schneider & Grossman LLP
Miami Center
201 So. Biscayne Boulevard, 22nd Floor
Miami, Florida 33131
lak@lklsg.com
jl@lklsg.com