UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>   Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>   Defendants. | Case No.<br><br>0:17-cv-60426-UU |

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mr. John S. Freud of Mediation Solutions, Inc. on November 28, 2017 at 10AM (or such other time on the date as the parties and the mediator agree) at Museum Tower, 150 W. Flagler Street, Miami, Florida 33130.

**ENTERED** this _____ day of _____, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record