UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-60426-UU

**ALEKSEJ GUBAREV, XBT HOLDINGS, S.A. AND WEBZILLA, INC.**

v.

**BUZZFEED, INC. AND BEN SMITH**

_____/

**NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given that Katherine M. Bolger, Admitted *Pro Hac Vice*, has changed her law firm affiliation, address, telephone number, facsimile number, and e-mail address as follows:

KATHERINE M. BOLGER
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-4068
Fax: (212) 489-8340
Email: katebolger@dwt.com

All future pleadings, memoranda, correspondence, orders, etc., are hereby requested to be sent to the foregoing address. Pursuant to Section 2B of the CM/ECF Administrative Procedures, it is hereby requested that the Court provide Notice of Electronic Filings to Katherine M. Bolger, Admitted *Pro Hac Vice* at the email address katebolger@dwt.com.

Date:  August 1, 2017

      LEVINE KELLOGG LEHMAN
      SCHNEIDER + GROSSMAN LLP
      201 South Biscayne Boulevard
      Miami Center, 22nd Floor
      Miami, FL 33131
      Tel:  (305) 403-8788
      Fax:  (305) 403-8789

      By: */s/ Lawrence A. Kellogg, P.A.*
      Lawrence A. Kellogg, P.A.
      Florida Bar No. 328601
      Jezabel P. Lima
      Florida Bar No. 519431

      Katherine M. Bolger
      (admitted *pro hac vice*)
      Davis Wright Tremaine, LLC
      1251 Avenue of the Americas, 21st Floor
      New York, NY 10020
      Tel: (212) 603-4068
      Fax: (212) 489-8340
      Email: katebolger@dwt.com

      *Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 1, 2017, the foregoing was filed with the Court's CM/ECF Service, and provided by email to counsel of record:

Brady J. Cobb, Esquire
Dylan M. Fulop, Esquire
COBB EDDY, PLLC
*Local Counsel for Plaintiffs*
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

Valentin D. Gurvits, Esquire
BOSTON LAW GROUP, PC
*Lead Counsel for Plaintiffs*
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: (617) 928-1804
Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

By: */s/ Lawrence A. Kellogg, P.A.*
    LAWRENCE A. KELLOGG, P.