**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

**NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given that Adam Lazier, Admitted *Pro Hac Vice*, has changed his law firm affiliation, address, telephone number, facsimile number, and e-mail address as follows:

ADAM LAZIER
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-4068
Fax: (212) 489-8340
Email: adamlazier@dwt.com

All future pleadings, memoranda, correspondence, orders, etc., are hereby requested to be sent to the foregoing address. Pursuant to Section 2B of the CM/ECF Administrative Procedures, it is hereby requested that the Court provide Notice of Electronic Filings to Adam Lazier, Admitted *Pro Hac Vice* at the email address adamlazier@dwt.com .

Date:  August 2, 2017

    LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard
Miami Center, 22nd Floor
Miami, FL 33131
Tel:  (305) 403-8788
Fax:  (305) 403-8789

By: */s/ Lawrence A. Kellogg, P.A.*
Lawrence A. Kellogg, P.A.
Florida Bar No. 328601
Jezabel P. Lima
Florida Bar No. 519431

Katherine M. Bolger
(admitted *pro hac vice*)
Adam Lazier
(admitted *pro hac vice*)
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-4068
Fax: (212) 489-8340
Email: katebolger@dwt.com
Email: adamlazier@dwt.com

Nathan Siegel
(admitted *pro hac vice*)
Davis Wright Tremaine, LLC
1919 Pennsylvania Avenue NW
Suite 800
Washington, District of Columbia  20006-3401
Tel: (202) 973-4200
Fax: (202) 973-4499
Email: nathansiegel@dwt.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2017, the foregoing was filed with the Court's CM/ECF Service, which will provide electronic notice to counsel of record to:

Brady J. Cobb, Esquire
Dylan M. Fulop, Esquire
COBB EDDY, PLLC
*Local Counsel for Plaintiffs*
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com


Valentin D. Gurvits, Esquire
BOSTON LAW GROUP, PC
*Lead Counsel for Plaintiffs*
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: (617) 928-1804
Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

By: */s/ Lawrence A. Kellogg, P.A.*
LAWRENCE A. KELLOGG, P.A.