UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 17-20857-CIV-UNGARO

ALEKSEJ GUBAREV,

       Plaintiff,                      ORDER SETTING STATUS CONFERENCE

v.

BUZZFEED, INC., et al.,

       Defendant.
_____/

    **PLEASE TAKE NOTICE** the above-caption matter has been set Status Conference before the Honorable **URSULA UNGARO**, at the United States District Court, 400 North Miami Avenue, Room 12-4, Miami, Florida on **AUGUST 24, 2017, 2017 at 10: a.m.** Counsel for the Plaintiff and Defendants are directed to file and serve a **Joint Status Report on AUGUST 18, 2017 by close of business** reciting the following:

    1. The steps taken to comply with the requirements of supplemental Rule F and Local Admiralty Rule (F).

    2. The identity of all known claimants and the nature and extent of the claim(s).

    3. The final date for the filing of all claims against the vessel.

    4. The status of any claims filed to date.

    5. A brief summary of the issues as presently known.

    6. A summary of any pending motions.

    7. The proposed schedule for the completion of discovery in the case, and the approximate time at which the case will be ready for trial/and or final pretrial conference.

    8. The projected time necessary for trial.

    9. Any unique legal or factual aspects of the case requiring special consideration by the Court.

10. Any potential need for references to a special master or magistrate.

11. Status of any potential settlement.

12. Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action.

In the event that motion(s) are pending before the Court at the time of the status conference, the parties shall be prepared to argue, at the Court's discretion, the merits of such motion(s).

**DONE and ORDERED** this ___ day of August, 2017 at Miami, Dade County, Florida.

URSULA UNGARO,
U.NITED STATES DISTRICT JUDGE.

cc: Counsel of Record