UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 17-20857-Civ-UU

**ALEKSEJ GUBAREV,**
    **Plaintiff,**

v.

**Amended
STATUS CONFERENCE**

**BUZZFEED, INC., et al.,**
    **Defendant.**
------------------------------/

    **PLEASE TAKE NOTICE** the above-caption matter has been set Status Conference before the Honorable **URSULA UNGARO**, at the United States District Court, 11th Floor, 301 N. Miami Avenue, Miami, Florida on **AUGUST 24, 2017 at 10:00 A.M.**

Counsel for the Plaintiff and Defendants are directed to file and serve a **Joint Status Report** on **AUGUST 18, 2017** the following:

    1. A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, including the amount of damages claimed and any other relief sought.

    2. A brief summary of facts which are uncontested or which can be stipulated to without discovery.

    3. A brief summary of the issues as presently known.

    4. A summary of any pending motions.

    5. The progress of discovery in the case, and the approximate time at which the case will be ready for trial/and or final pretrial conference.

    6. The projected time necessary for trial, and a statement of whether the case is jury or non-jury.

    7. Any unique legal or factual aspects of the case requiring special consideration by the Court.

    8. Any potential need for references to a special master or magistrate.

    9. Status of any potential settlement.

10. Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action.

In the event that motion(s) are pending before the Court at the time of the status conference, the parties shall be prepared to argue, at the Court's discretion, the merits of such motion(s).

**DONE and ORDERED** this 7th day of August, 2007 at Miami, Dade County, Florida.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record