# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Defendants BuzzFeed, Inc. and Ben Smith ("Smith" and collectively, "Defendants"), hereby move to continue the Status Conference scheduled for August 24, 2017, and in support state:

1. On August 7, 2017, the Court issued an order setting a status conference on this matter for August 24, 2017 at 10:00 a.m. [D.E. 50.]

2. The lead attorney handling this matter, Katherine M. Bolger, will be on a pre-planned, prepaid vacation the week of August 21, 2017 and will not return to the office until August 28, 2017.

3. Local counsel, Lawrence A. Kellogg, will also be on a pre-planned vacation the week of August 21, 2017 and will not return to the office until August 28, 2017.

4. Due to Ms. Bolger being lead counsel on this case, and having the most knowledge of the circumstances surrounding this case, she is the appropriate attorney from her law firm who can attend this status conference.

1

5. Furthermore, local counsel, Lawrence Kellogg is unavailable, as he is scheduled to take his son to college in Colorado the week of August 21, 2017.

6. Katherine M. Bolger is generally available for a status conference in this matter the week of August 28, 2017 and the entire month of September, except for the period of September 20-29, when she will be attending depositions in another matter.  Mr. Kellogg is also generally available for a status conference in this matter the first two weeks of September.

7. This motion is made due to unforeseen reasons and not for the purpose of delay. The status conference was set by the Court *sua sponte* on August 7, 2017.

## CERTIFICATE OF CONFERRAL

Defendants' counsel has contacted Plaintiffs' counsel, who has agreed to the continuance sought in this motion.  Defendants' counsel and Plaintiffs' counsel have conferred and respectfully propose August 30, 2017 as an alternate date.

WHEREFORE Defendants respectfully request that this Court grant their motion to continue the status conference.

Date:  August 8, 2017

                                                LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard
Miami Center, 22nd Floor
Miami, FL 33131
Tel:  (305) 403-8788
Fax:  (305) 403-8789

By: */s/ Lawrence A. Kellogg, P.A.*
Lawrence A. Kellogg, P.A.
Florida Bar No. 328601
Jezabel P. Lima
Florida Bar No. 519431

Katherine M. Bolger
(admitted *pro hac vice*)
Adam Lazier
(admitted *pro hac vice*)
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-4068
Fax: (212) 489-8340
Email: katebolger@dwt.com
Email: adamlazier@dwt.com


Nathan Siegel
(admitted *pro hac vice*)
Davis Wright Tremaine, LLC
1919 Pennsylvania Avenue NW
Suite 800
Washington, District of Columbia  20006-3401
Tel: (202) 973-4200
Fax: (202) 973-4499
Email: nathansiegel@dwt.com


*Counsel for Defendants*

4850-6987-2716v.1 0100812-000009

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 8, 2017, the foregoing was filed with the Court's CM/ECF Service, which will provide electronic notice to counsel of record to:

Brady J. Cobb, Esquire
Dylan M. Fulop, Esquire
COBB EDDY, PLLC
*Local Counsel for Plaintiffs*
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com


Valentin D. Gurvits, Esquire
BOSTON LAW GROUP, PC
*Lead Counsel for Plaintiffs*
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: (617) 928-1804
Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

                                        By: */s/ Lawrence A. Kellogg, P.A.*
                                        LAWRENCE A. KELLOGG, P.A.

4850-6987-2716v.1 0100812-000009