UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDINGS S.A., and WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br>    Defendants. | Case No.<br><br>0:17-cv-60426-UU |

**PLAINTIFFS' MOTION FOR COURT TO ISSUE REQUEST
FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Plaintiffs Aleksej Gubarev, XBT Holdings, S.A. and Webzilla, Inc. (collectively, "Plaintiffs" hereby respectfully request that this Court issue a request for international judicial assistance to the Senior Master of the Court of Judicature, Queen's Bench Division of the Royal Courts of Justice, London to compel the testimony of Christopher Steele, who has information relevant to this case. In support of this Motion, Plaintiffs state as follows.

1. Plaintiffs filed the present action on or about February 28, 2017 alleging, *inter alia,* that Plaintiffs were defamed by the publication by Buzzfeed and Mr. Smith of an online article entitled, "These Reports Allege Trump Has Deep Ties To Russia" (the "Defamatory Article.") At the time the Complaint was filed, the Defamatory Article had been viewed more than 5.9 million times. The Defamatory Article attached a 35-page unverified "dossier" of information compiled by a private security company, Orbis Business Intelligence Ltd.

2. The dossier included various allegations concerning, among other things, allegations of computer hacking of the Democratic Party allegedly carried out by persons or

organizations with ties to Russia, the Russian Government, and/or the Federal Security Service of the Russian Federation ("FSB"). With respect to the Plaintiffs, the dossier included the following assertions of fact:

> *[redacted] reported that over the period March-September 2016 a company called XBT/Webzilla and its affiliates had been using botnets and porn traffic to transmit viruses, plant bugs, steal data and conduct "altering operations" against the Democratic Party leadership. Entities linked to one Alexei GUBAROV [sic] were involved and he and another hacking expert, both recruited under duress by the FSB, Seva KAPSUGOVICH, were significant players in this operation. In Prague, COHEN agreed contingency plans for various scenarios to protect the operations, but in particular what was to be done in the event that Hillary CLINTON won the presidency. It was important in this event that all cash payments owed were made quickly and discreetly and that cyber and that cyber and other operators were stood down / able to go effectively to ground to cover their traces.*

3. Plaintiffs deny that any of these allegations in the dossier were true with respect to them and, indeed, allege that each of these allegations were defamatory.

4. It has been widely reported that the dossier was created by Christopher Steele. *See, e.g.,* "What We Know and Don't Know About the Trump-Russia Dossier," *The New York Times*, Jan. 11, 2017 at https://www.nytimes.com/2017/01/11/us/politics/trump-intelligence-report-explainer.html, last accessed on August 7, 2017.

5. It has also been widely reported that Mr. Steele and/or Fusion GPS provided copies of the dossier to "multiple journalists at the New York Times and elsewhere." *Id.*

6. It is expected that Mr. Steele will be able to provide crucial and relevant testimony on any number of topics including:

   a. his educational background, employment history, professional qualifications, personal preparation for the deposition (to include any contacts the witness may have had with the parties, their lawyers, insurers or representatives, but excluding any privileged content of such communications);

   b. the instructions given to him and his company to prepare the dossier and the reasons for the preparation of the dossier;

    c.    the payments made to him and his company for the dossier;

    d.    the steps he took to obtain information for the dossier;

    e.    his preparation of the dossier;

    f.    his solicitation of information for the dossier;

    g.    his sources of information for the dossier;

    h.    his efforts (or lack of efforts) to verify allegations in the dossier;

    i.    his work to verify allegations in the dossier;

    j.    his clients with respect to the dossier;

    k.    the provision of the dossier to Fusion GPS;

    l.    the provision of the dossier to media outlets;

    m.    the provision of the dossier to other third parties; and

    n.    his communications with others concerning the dossier and the allegations contained therein.

7.    Plaintiffs therefore have a need to secure the testimony of Mr. Steele for trial. As Mr. Steele is a British citizen residing in London, he is beyond the jurisdiction of this or any American Court. Thus, Plaintiffs will not be able to compel the testimony of Mr. Steele at trial. To ensure that Plaintiffs can take Mr. Steele's deposition to preserve his testimony for trial, Plaintiffs ask this Court to issue the attached Request for International Judicial Assistance to the Senior Master of the Court of Judicature, Queen's Bench Division of the Royal Courts of Justice, London to compel the testimony of Christopher Steele.

8.    Defendants have indicated that, although they deny many of the statements made in this motion and the letter of request, they do not object to the relief sought. If the letter of request is granted, Defendants have reserved their right to cross-examine Mr. Steele.

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (Mass. Bar No. 564349 – *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505, Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (Mass. Bar No. 643572 – *pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20, Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record this 8th day of August, 2017.

/s/ Brady Cobb
Brady J. Cobb

## CERTIFICATE OF COMPLIANCE

      I, Evan Fray-Witzer, hereby certify that, prior to filing this motion, I conferred with counsel for the Defendants to narrow or eliminate the issues raised herein.  Defendants indicated that, although they disagree with some of the factual assertions contained herein, that they did not oppose the relief requested, namely the issuance of the attached Request for International Judicial Assistance.

                                                 /s/ Evan Fray-Witzer
                                                 Evan Fray-Witzer