UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE is before the Court upon Defendants' Unopposed Motion to Continue Status Conference.  D.E. 51.

THE COURT has reviewed the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED AND ADJUDGED that Defendants' Motion to Continue Status Conference (D.E. 51) is DENIED.  However, once the parties file their Joint Status Report, the Court will likely cancel the Status Conference.

DONE AND ORDERED in Chambers, Miami, Florida, this _9th_ day of August, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc: counsel of record.