IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
------------------------------------ x
ALEKSEJ GUBAREV, XBT HOLDING S.A.,   :
and WEBZILLA, INC.                   :
                                     :   Case No.: 17-cv-60426-UU
                Plaintiffs,          :
                                     :
        vs.                          :
                                     :
BUZZFEED, INC. and BEN SMITH         :
                                     :
                Defendants.          :
------------------------------------ x
```

**VERIFIED MOTION FOR AMY WOLF TO APPEAR *PRO HAC VICE***

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Amy Wolf of the law firm of Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 10020, for purposes of appearance as counsel on behalf of Defendants, BuzzFeed, Inc. and Ben Smith, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Amy Wolf to receive electronic filings in this case, and in support thereof states as follows:

1. Amy Wolf, although not admitted to practice in the Southern District of Florida, certifies herewith that she has studied the Local Rules of this Court and is a member in good standing of the Bars of the State of New York and the United States District Court for the Southern District of New York. Attached hereto is a certificate of good standing from the Clerk of the Appellate Division of the Supreme Court of New York, First Department.

2. In further support of this motion, it is hereby designated that Lawrence A. Kellogg, Esq., a member in good standing of the Florida Bar and the United States District Court

of the Southern District of Florida, be a person with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom filings shall be served, and who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. He maintains an office in this District for the practice of law and is authorized to file through the Court's electronic filing system.

3. In accordance with the local rules of this Court, the $75 admission fee has been paid to the Court.

4. Amy Wolf, by and through designated counsel, and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests that the Court provide Notice of Electronic Filings to her at the e-mail address amywolf@dwt.com.

WHEREFORE, Lawrence A. Kellogg moves this Court to enter an Order for Amy Wolf to appear before this Court on behalf of Defendants, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Amy Wolf.

## CONSENT TO DESIGNATION

I hereby consent to the designation set forth in paragraph 2 herein.

Date: August 11, 2017

Lawrence A. Kellogg
Florida Bar No. 0328601

LEVINE KELLOGG LEHMAN SCHNEIDER
+ GROSSMAN LLP
*Attorney for Defendants*
201 South Biscayne Boulevard, 22nd Floor
Miami, FL 33131
Telephone: 305.403.8788
Facsimile: 305.403.8789

Executed under penalty of perjury on this 10th day of August, 2017 at New York, NY.

Amy Wolf

**CERTIFICATE OF SERVICE**

I hereby certify on August 11, 2017, the foregoing was filed with the Court's CM/ECF Service, and provided by email to counsel of record.

Matthew Shayefar
Valentin D. Gurvitz
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telehone: 617-928-1806
Facsimile: 617-928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Brady J. Cobb
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

By: _____
Lawrence A. Kellogg, P.A.