IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------- x
ALEKSEJ GUBAREV, XBT HOLDING S.A., :
and WEBZILLA, INC. :
: Case No.: 17-cv-60426-UU
　　　　　　　Plaintiffs, :
:
vs. :
:
BUZZFEED, INC. and BEN SMITH :
:
　　　　　　　Defendants. :
---------------------------------------- x

**AFFIDAVIT OF AMY WOLF IN SUPPORT OF
MOTION TO APPEAR *PRO HAC VICE*__**

STATE OF NEW YORK　)
　　　　　　　　　　　)ss:
COUNTY OF NEW YORK　)

　　　　BEFORE ME, this day personally appeared Amy Wolf, who being first duly sworn, deposes and says:

　　　　1.　　I am an associate in the law firm of Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 10020, am a member in good standing of the bar of the State of New York and am admitted to practice in the Southern District of New York and the Eastern District of New York.

　　　　2.　　I have never been the subject of any disciplinary proceedings in any jurisdiction.

　　　　3.　　I am fully familiar with the pertinent facts underlying the present litigation and have studied the local rules of this Court.

-2-

FURTHER AFFIANT SAYETH NAUGHT.

_____
Amy Wolf, Esq.

**SWORN AND SUBSCRIBED** before me this 10th day of August 2017, in the state and county first above-written by Amy Wolf, who is ☐ personally known or who ☐ produced as identification.

_____
Notary Public, State of New York
My Commission Expires: 8/1/2018

LORETTA E. PERRY
NOTARY PUBLIC, State of New York
No. 24-4931617
Qualified in Kings County
Commission Expires August 1, 2018

-2-

4836-5108-9996v.1 0100812-000009