UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

## AMENDED STATUS CONFERENCE

PLEASE TAKE NOTICE the above-captioned matter has been set for Status Conference before the Honorable Ursula Ungaro, at the United States District Court, 12th Floor, 400 North Miami Avenue, Miami, Florida on **Thursday, September 14, 2017**, at 11:00 A.M. Among other matters, the parties shall be prepared to discuss the results of their efforts to obtain discovery from government agencies and what steps are contemplated in order to obtain the requested discovery in the event the discovery requests are resisted in whole or in part.

DONE AND ORDERED in Chambers at Miami, Florida, this _21st_ day of August, 2017.

*/s/ Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf
Magistrate Judge John O'Sullivan