UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**DEFENDANTS' NOTICE OF MAGISTRATE'S DISCOVERY HEARING**

Defendants hereby respectfully note the existence of the following issues and deficient discovery responses to be heard and decided at the hearing previously set by this Court for **September 7, 2017 at 2:00 p.m.** For the Court's convenience, the deficient discovery responses are grouped by the category of information Defendants seek, with which Plaintiffs take issue. Defendants document requests and interrogatories, with Plaintiff's objections and responses, are provided as Exhibits 1 and 2 hereto.

**CATEGORIES OF INFORMATION DEFENDANTS SEEK**

1.   Plaintiff Gubarev has refused to provide any documents or responses to interrogatories concerning his personal income, tax returns, and employment history. *See* Doc. Requests Nos. 58-59, Interrogatory 4.

2.   Plaintiffs have refused to produce any documents concerning any criminal charges against them or any civil lawsuits filed against them, other than civil lawsuits they themselves deem to be directly relevant to the dossier. *See* Doc. Requests Nos. 49, 76, 81-83.

Defendants reserve the right to amend this notice.

Date: September 1, 2017

**Respectfully Submitted:**

/s/ Katherine M. Bolger
Katherine M. Bolger
Adam Lazier
Nathan Siegel
Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com

/s/ Lawrence Allan Kellogg
Lawrence Allan Kellogg
Jezabel Pereira Lima
Levine Kellogg Lehman Schneider & Grossman LLP
Miami Center
201 So. Biscayne Boulevard, 22nd Floor
Miami, Florida 33131
lak@lklsg.com
jl@lklsg.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 1, 2017, the foregoing was filed with the Court's CM/ECF Service, which will provide electronic notice to counsel of record to:

Brady J. Cobb, Esquire
Dylan M. Fulop, Esquire
COBB EDDY, PLLC
*Local Counsel for Plaintiffs*
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

- 2 -

4835-5112-4045v.2 0100812-000009
4844-8671-5982v.1 0100812-000009

Valentin D. Gurvits, Esquire
BOSTON LAW GROUP, PC
*Lead Counsel for Plaintiffs*
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: (617) 928-1804
Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

          By: */s/ Lawrence A. Kellogg, P.A.*
          LAWRENCE A. KELLOGG, P.A.