UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

       Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

       Defendants.
_____/

## DEFENDANTS' MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendants Buzzfeed, Inc. and Ben Smith request that Lawrence A. Kellogg, P.A. and Jezabel P. Lima, Esq. of the firm Kellogg Lehman Schneider + Grossman LLP, 201 S. Biscayne Boulevard, 22nd Floor, Miami, Florida 33131, be allowed to withdraw as counsel of record for Defendants in the above-captioned case, that they be removed from the electronic service list in this case, and that Roy Black, Esq. and Jared Lopez, Esq. of the firm Black, Srebnick, Kornspan & Stumpf, P.A. (collectively "BSKS"), 201 S. Biscayne Boulevard, Suite 1300, Miami, Florida 33131, be substituted as counsel of record for Defendants in the above-captioned matter.

Additionally, in connection with the duties and obligations of the *pro hac vice* appearances of Ms. Bolger, [ECF No. 10], Ms. Wolf, [ECF No. 59], and Messrs. Lazier and Siegel, [ECF No. 11], [ECF No. 13], BSKS consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

Defendants consent to this withdrawal and substitution of counsel, and this motion is not sought for purposes of delay. For the Court's convenience, a proposed order is attached hereto.

WHEREFORE, Defendants Buzzfeed, Inc. and Ben Smith respectfully request that the Court grant this Motion to Withdraw and Substitute Counsel.

Dated: September 15, 2017

2

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

Submitted By:

    Levine Kellogg Lehman Schneider + Grossman LLP
    201 S. Biscayne Boulevard, 22nd Floor
    Miami, Florida 33131
    Tel:   (305) 403-8788

    By: /s/ Lawrence Allan Kellogg
        Lawrence Allan Kellogg, P.A.
        Florida Bar No. 328601
        Jezabel P. Lima, Esq.
        Florida Bar No. 519431
        lak@lklsg.com
        cod@lklsg.com
        jl@lklsg.com
        kh@lklsg.com

    -and-

    Black, Srebnick, Kornspan & Stumpf, P.A.
    201 S. Biscayne Boulevard, Suite 1300
    Miami, Florida 33131
    Tel:   (305) 371-6421

    By: /s/ Jared Lopez
        Roy Black, Esq.
        Florida Bar No. 126088
        Jared Lopez, Esq.
        Florida Bar No. 103616
        rblack@royblack.com
        jlopez@royblack.com
        civilpleadings@royblack.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
                              /

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to S.D. FLA. L.R. 7.1(a)(3), I certify that counsel for the movant has conferred with counsel for Plaintiff who does not object to the relief sought in the motion.

                                              By: /s/ Lawrence Kellogg and Jared Lopez
                                                    Lawrence A. Kellogg, P.A.
                                                    Jared Lopez, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.

_____/

**CERTIFICATE OF SERVICE**

I CERTIFY that on September 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        By: /s/ Lawrence Kellogg and Jared Lopez
                              Lawrence A. Kellogg, P.A.
                              Jared Lopez, Esq.

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com