UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION
## TO WITHDRAW AND SUBSTITUTE COUNSEL

THIS CAUSE is before the Court upon Defendants' Motion to Withdraw and Substitute Counsel. [ECF No. ___]. Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Withdraw and Substitute Counsel [ECF No. ___] is **GRANTED**. Kellogg Lehman Schneider + Grossman LLP and its attorneys Lawrence A. Kellogg, P.A. and Jezabel P. Lima, Esq. are hereby relieved of all further duties and responsibilities for the representation of Defendants Buzzfeed, Inc. and Ben Smith in this cause, and that Roy Black, Esq. and Jared Lopez, Esq. of the firm Black, Srebnick, Kornspan &

Stumpf, P.A. are hereby substituted as counsel of record for Defendants Buzzfeed, Inc. and Ben Smith.

**DONE AND ORDERED** in Chambers, at Miami, Florida this _____ day of September, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

*John O'Sullivan, United States Magistrate Judge*
*Counsel of record*