UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

## AMENDED STATUS CONFERENCE

PLEASE TAKE NOTICE the above-captioned matter has been set for Status Conference before the Honorable Ursula Ungaro, at the United States District Court, 12th Floor, 400 North Miami Avenue, Miami, Florida on **Friday, September 29, 2017**, at 4:00 P.M.

DONE AND ORDERED in Chambers at Miami, Florida, this _19th_ day of September, 2017.

*[signature: Ursula Ungaro]*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf