UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF MAGISTRATE'S DISCOVERY HEARING

Defendants hereby respectfully note the existence of the following issues and deficient discovery responses to be heard and decided at the hearing previously set by this Court for **September 28, 2017 at 10 a.m.** For the Court's convenience, the deficient discovery responses are grouped by the category of information Defendants seek, with which Plaintiffs take issue. Defendants' document requests and interrogatories, with Plaintiffs' objections and responses, are provided as Exhibits 1 and 2 hereto.

### CATEGORIES OF INFORMATION DEFENDANTS SEEK

1.    Plaintiff Gubarev has refused to provide any documents or responses to

interrogatories concerning his personal income, tax returns, and employment history. *See* Doc. Requests Nos. 58-59, Interrogatory 4.

2.  Plaintiffs have refused to produce any documents concerning any criminal charges against them or any civil lawsuits filed against them, other than civil lawsuits they themselves deem to be directly relevant to the article and dossier in question in this lawsuit. *See* Doc. Requests Nos. 49, 76, 81-83.

3.  Plaintiffs have refused to produce information about their efforts to prevent malware, span or other abusive conduct on their network.  These documents were requested in Doc. Request No. 29, which was narrowed as follows:

**Request No. 29:**

Documents identifying anti-malware, anti-spam and other security tools utilized by XBT and related entities to monitor its hosted content.

4.  Plaintiffs have refused to produce information current and historical server logs for IP addresses owned by Plaintiffs and their Related Entities, even though the alleged false statement is that malware and hacking software was carried on Plaintiffs networks.  These documents were requested in Doc. Request No. 32, which was narrowed as follows:

**Request No. 32:**

All current and historical logs related to the IP Addresses listed below from XBT and Related Entities, including but not limited to Root S.A. Logs can include, but

- 2 -

are not limited to, Domain Name Service (DNS) entries and any inbound and outbound traffic.

| IP Address |
| --- |
| 94.242.251.32 |
| 94.242.195.186 |
| 94.242.222.23 |
| 94.242.239.162 |
| 212.117.180.21 |
| 212.117.180.130 |
| 94.242.206.196 |
| 94.242.239.163 |
| 94.242.239.165 |
| 94.242.239.177 |
| 94.242.239.181 |
| 94.242.239.183 |
| 94.242.239.189 |
| 188.42.0.0/21 |
| 179.61.129.0/24 |
| 188.42.253.43 |
| 94.242.254.208 |
| 46.30.43.191 |
| 46.30.43.20 |
| 46.30.43.204 |
| 46.30.43.208 |
| 46.30.43.212 |
| 46.30.43.218 |
| 46.30.43.225 |
| 46.30.43.230 |
| 46.30.43.248 |
| 46.30.43.29 |
| 46.30.43.35 |
| 46.30.43.36 |
| 46.30.43.45 |
| 46.30.43.46 |
| 46.30.43.63 |

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

| |
|---|
| 46.30.43.7 |
| 46.30.43.72 |
| 46.30.43.73 |
| 46.30.43.78 |
| 46.30.43.86 |
| 46.30.43.97 |
| 46.30.46.148 |
| 46.30.46.8 |

5.      Plaintiffs have agreed to supplement their Objections and Responses to Defendants' First Sets of Interrogatories to Plaintiffs concerning damages. Specifically, Plaintiffs agreed to supplement Mr. Gubarev's responses to Interrogatory Nos. 5 and 10, XBT Holdings, S.A.'s responses to Interrogatory Nos. 5 and 10, and Webzilla, Inc.'s responses to Interrogatory Nos. 6 and 100. To date, Plaintiffs have failed to do so.

Defendants reserve the right to amend this notice.

Date: September 25, 2017

        Respectfully submitted,

        Davis Wright Tremaine, LLP
        1251 Avenue of the Americas, 21st Floor
        New York, New York 10020

        By: /s/ Katherine M. Bolger
            Katherine M. Bolger, Esq.
            Adam Lazier, Esq.
            Nathan Siegel, Esq.
            katebolger@dwt.com
            adamlazier@dwt.com
            nathansiegel@dwt.com

        -and-

        Black, Srebnick, Kornspan & Stumpf, P.A.
        201 S. Biscayne Boulevard, Suite 1300
        Miami, Florida 33131
        Tel:   (305) 371-6421

        By: /s/ Jared Lopez
            Roy Black, Esq.
            Florida Bar No. 126088
            Jared Lopez, Esq.
            Florida Bar No. 103616
            rblack@royblack.com
            jlopez@royblack.com
            civilpleadings@royblack.com

        *Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

I certify that prior to filing this notice, counsel for Defendants conferred with counsel for Plaintiffs to narrow or eliminate the issues raised herein.

By: /s/ Jared Lopez
Jared Lopez, Esq.

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record this 25th day of September, 2017.

By: /s/ Jared Lopez
Jared Lopez, Esq.