## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.

    Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH

    Defendants.

**Case No.
0:17-cv-60426-UU**

### PLAINTIFFS' UNOPPOSED MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY FOR THE STATUS CONFERENCE SET FOR SEPTEMBER 29, 2017

Plaintiffs ALEKSEJ GUBAREV, XBT HOLDINGS S.A., and WEBZILLA, INC. (hereinafter collectively referred to as "Plaintiffs"), by and through undersigned counsel and file this their Unopposed Motion for Counsel Evan Fray-Witzer to appear telephonically for the Status Conference that was set by this Court for September 29, 2017 at 4:00 p.m., and in support thereof state as follows:

1.    On September 20, 2017, this Court reset (D.E. 68) the Status to occur on September 29, 2017 at 4:00 p.m.

2.    Plaintiffs' counsel Evan Fray-Witzer will be traveling to South Florida to attend the duly noticed discovery hearings that are set before Magistrate Judge O'Sullivan on September 28, 2017 at 10:00 a.m. Mr. Fray-Witzer must travel back to his home in Boston on Friday to observe the religious holiday of Yon Kippur, and would not be able to make it home in

time to properly observe the religious holiday if he stayed to attend the status conference set for 4pm on Friday, September 29, 2017.

3.      However, Mr. Fray-Witzer can appear telephonically for Status Conference on September 29, 2017 at 4:00 p.m. Accordingly, undersigned respectfully requests that this Honorable Court excuse Mr. Fray-Witzer's personal appearance at the Status Conference on September 29, 2017 at 4:00 p.m., and instead requests that the Court enter an order allowing Mr. Fray-Witzer to appear telephonically for the Status Conference. Additionally, undersigned counsel and Valentin Gurvits will personally appear for the Status Conference.

4.      This motion is not made for the purposes of delay, and no party will be prejudiced by the granting of the relief sought herein.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel have conferred with counsel for Defendants with regard the relief requested herein and counsel for Defendants has advised that there is no objection to the requested telephonic appearance.

Date: September 27, 2017                    Respectfully submitted,


                                            /s/ Brady J. Cobb_____
                                            Brady J. Cobb, Esq.
                                            Florida Bar No. 031018
                                            COBB EDDY, PLLC
                                            642 Northeast Third Avenue
                                            Fort Lauderdale, Florida 33304
                                            Telephone (954)527-4111
                                            Facsimile (954) 900-5507
                                            bcobb@cobbeddy.com
                                            *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion for Counsel Evan Fray-Witzer to appear telephonically for the Status Conference that was set by this Court's for September 29, 2017 at 4:00 p.m. was served via the CM/ECF filing system, on September 27, 2017, on all counsel or parties of record on the service list.


**/s/ Brady J. Cobb_____**