**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

**ORDER**

    THIS CAUSE is before the Court upon Plaintiffs' Unopposed Motion for Counsel to Appear Telephonically for the Status Conference Set for September 29, 2017 (D.E. 71).

    THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

    Plaintiffs seek leave for one of their attorneys to appear telephonically at the September 29, 2017, status conference. Plaintiffs' attorney is traveling to the Court from his home in Massachusetts. The attorney observes the holiday of Yom Kippur, and would miss the holiday if he stayed to attend the conference. He is, however, available to attend by phone. D.E. 71 ¶ 2. Additionally, two of Plaintiffs' other attorneys will be in attendance. *Id.* ¶ 3.

    The Court strongly prefers attendance at all conferences and hearings. In light of the holiday, however, and that Plaintiffs' other attorneys will be present, the Court will permit telephonic appearance in this instance. Accordingly, it is

    ORDERED AND ADJUDGED that Plaintiffs' Unopposed Motion for Counsel to Appear Telephonically for the Status Conference Set for September 29, 2017 (D.E. 71) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this _28th_ day of September, 2017.

*Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
counsel of record