UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

## NOTICE OF CHANGE OF COUNSEL

Davis Wright Tremaine, LLP, counsel for Defendants BuzzFeed, Inc. and Ben Smith, files this Notice of Change of Counsel in the above captioned case and requests that Amy Wolf, who appeared Pro Hac Vice, be discharged as counsel of record and cease to receive CM/ECF electronic notifications.

Dated: October 3, 2017

Respectfully submitted by:

        Davis Wright Tremaine, LLP
        1251 Avenue of the Americas, 21st Floor
        New York, New York 10020

        By: /s/ Katherine M. Bolger
            Katherine M. Bolger, Esq.
            Adam Lazier, Esq.
            Nathan Siegel, Esq.
            katebolger@dwt.com
            adamlazier@dwt.com
            nathansiegel@dwt.com

-and-

Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel:   (305) 371-6421

By: /s/ Jared Lopez
     Roy Black, Esq.
     Florida Bar No. 126088
     Jared Lopez, Esq.
     Florida Bar No. 103616
     rblack@royblack.com
     jlopez@royblack.com
     civilpleadings@royblack.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

I CERTIFY that on October 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By: /s/      Jared Lopez
            Jared Lopez, Esq.

3

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com