UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
      _____/

## NOTICE OF FILING PROPOSED AGREED ORDER

      BuzzFeed, Inc. and Ben Smith, hereby file the attached proposed agreed order following the discovery hearing held before the Honorable John O'Sullivan on September 28, 2017.

Dated: October 5, 2017

Respectfully submitted by:

Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020

By: /s/ Katherine M. Bolger
    Katherine M. Bolger, Esq.
    Adam Lazier, Esq.
    Nathan Siegel, Esq.
    katebolger@dwt.com
    adamlazier@dwt.com
    nathansiegel@dwt.com

-and-

Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel:   (305) 371-6421

By: /s/ Jared Lopez
    Roy Black, Esq.
    Florida Bar No. 126088
    Jared Lopez, Esq.
    Florida Bar No. 103616
    rblack@royblack.com
    jlopez@royblack.com
    civilpleadings@royblack.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

I CERTIFY that on October 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    By: /s/    Jared Lopez
                                           Jared Lopez, Esq.

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com