UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.

_____/

## **ORDER**

This matter having come before the undersigned on Plaintiffs' Re-Notice of Magistrate's Discovery Hearing dated September 20, 2017 [ECF No. 69] and Defendants' Notice of Magistrate's Discovery Hearing dated September 25, 2017 [ECF No. 70], and the parties having appeared for a hearing on September 28, 2017;

IT IS HEREBY ORDERED THAT:

1.    Defendants BuzzFeed, Inc. and Ben Smith (the "Defendants") are hereby ordered to produce Revised Responses and Objections to Plaintiffs' Request for Documents and Things to remove assertions of the Reporters'

Privilege in those responses where the Defendants did not withhold documents based on the assertion of the Reporters' Privilege on or before October 6, 2017.

2.     The Defendants have agreed to produce a privilege log of all documents withheld or redacted based on Defendants' assertion of the Reporter's Privilege.

3.     Defendants shall file a memorandum of law regarding their assertion of Reporters' Privilege on the remaining document requests, as to any documents, or portions thereof, that would tend to identify the source or sources who provided Defendants with the Dossier, including addressing the question of which law applies, on or before October 16, 2017; Plaintiffs Aleksej Gubarev, XBT Holding S.A. and Webzilla, Inc. (the "Plaintiffs") shall file any papers in opposition to such a motion on or before October 30, 2017; and Defendants shall file any reply papers in further support of the motion on or before November 6, 2017.

4.     Plaintiff Aleksej Gubarev is hereby ordered to provide a supplemental response to Interrogatory 4 of Defendants' First Set of Interrogatories to Plaintiff Aleksej Gubarev, to the extent that such a response is necessary to outline Mr. Gubarev's employment history, on or before October 12, 2017.

5.     Plaintiffs are hereby ordered to provide on or before October 12, 2017 all documents responsive to Document Request Number 49 dated since January 1,

2015 that reflect a lack of compliance with government regulations related to their network operations.

6.     Plaintiffs are hereby ordered to provide on or before October 12, 2017 documents responsive to Document Request Number 76 dated since January 1, 2012.  If Plaintiffs discovers that the number of lawsuits in which Plaintiffs sued customers to collect monies is so numerous as to make responding unduly burdensome, they may categorize those in a summary fashion.

7.     Plaintiffs are hereby ordered to provide documents on or before October 12, 2017 responsive to Document Requests Numbered 81-83 dated since January 1, 2012.

8.     Plaintiffs are hereby ordered to produce all documents responsive to Document Request Number 32, narrowed as follows, on or before October 12, 2017.

**<u>Request No. 32:</u>**

All current and historical logs related to the IP Addresses listed below from XBT and Related Entities, including but not limited to Root S.A. Logs can include, but are not limited to, Domain Name Service (DNS) entries and any inbound and outbound traffic.

| IP Address |
|---|
| 94.242.251.32 |
| 94.242.195.186 |
| 94.242.222.23 |
| 94.242.239.162 |
| 212.117.180.21 |
| 212.117.180.130 |
| 94.242.206.196 |
| 94.242.239.163 |
| 94.242.239.165 |
| 94.242.239.177 |
| 94.242.239.181 |
| 94.242.239.183 |
| 94.242.239.189 |
| 188.42.0.0/21 |
| 179.61.129.0/24 |
| 188.42.253.43 |
| 94.242.254.208 |

9.      Plaintiffs have agreed to provide complete responses to Interrogatories 5 and 10 of the Defendants' First Set of Interrogatories to Plaintiff Aleksej Gubarev, Interrogatories 5 and 10 of the Defendants' First Set of Interrogatories to Plaintiff XBT Holding S.A., and Interrogatories 6 and 11 to Defendants' First Set of Interrogatories to Plaintiff Webzilla, Inc.

DONE and ORDERED in chambers at Miami, Florida, this 10th day of October, 2017.

John O'Sullivan
United States Magistrate Judge