IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

### DECLARATION OF KEN BENSINGER

I, Ken Bensinger, declare as follows:

1. I am a Senior Investigative Reporter at BuzzFeed News, where I have worked since 2014. I submit this declaration in response to Plaintiffs' motion seeking to compel Defendants to disclose the identity of the confidential source (the "Source") who provided Defendants access to the so-called dossier published by BuzzFeed on January 10, 2017 (the "Dossier"). I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. Buzzfeed News is an award winning and renowned news and information digital publication and journal with editorial staff of more than 300 people working in multiple offices throughout the United States and around the world. Its headquarters are located in New York.

3. In 2016 alone, BuzzFeed News won numerous prestigious awards for its journalism, earning recognition from the Frontpage Awards, GLAAD Media Awards, the

American Society of Magazine Editors, the Livingston Awards, Scripps Howard, and the Society for Professional Journalism, among others. In addition, BuzzFeed News was a finalist for the Pulitzer Prize in International Reporting. Mark Schoofs, the investigations editor with whom I worked closely on reporting the Dossier won the Pulitzer Prize in International Reporting in 2000.

4. I have been a journalist for 20 years. In 2016, I and two other colleagues shared the National Magazine Award from the American Society of Magazine Editors for reporting we did while at BuzzFeed. I have also won two Gerald Loeb Awards for Distinguished Finance & Business Reporting, as well as numerous other journalism prizes.

5. Prior to joining BuzzFeed, I worked as a reporter for the *Los Angeles Times* from 2007 to 2014. In 2010, while working at the *Los Angeles Times*, I was a finalist for the Pulitzer Prize in National Reporting based on my reporting of potential design flaws in Toyota vehicles.

6. Before I worked at the *Los Angeles Times*, I was a staff writer in New York for *SmartMoney*, a Dow Jones and Hearst joint venture publication, from 2005 to 2007, and I was the Mexico correspondent for *Variety* from 2003-2005. I began my career in journalism as a reporter at the *Wall Street Journal* in New York, where I worked from 1998-2001.

7. I live and work in Los Angeles, California, and work closely with editors and other reporters at BuzzFeed News headquarters in New York City.

8. In late 2016 I became aware that there may be intelligence reports alleging that there were connections between the Trump presidential campaign and the Russian government, and began pursuing that story. Our reporting on this story was run from BuzzFeed News headquarters in New York City under the supervision of BuzzFeed News editor-in-chief Ben

Smith and BuzzFeed News investigations editor Mark Schoofs.  I consider myself a part of the New York-based BuzzFeed News team.

9. At Ben's suggestion, I contacted the Source in late 2016.  The Source showed me a copy of the Dossier and allowed me to photograph it.  Before showing me a copy of the Dossier, the Source told me he or she would only do so if I promised him or her that I would keep his or her identity absolutely confidential.  I promised the Source that I would not under any circumstances disclose his or her identity outside of BuzzFeed.

10. This interaction with the Source did not occur in Florida.

11. More generally, I did not travel to Florida as part of my reporting about the Dossier, nor to my knowledge ever communicate with anyone in Florida about the Article, the Dossier, or the contents of the Dossier.

12. As a reporter, I often speak to sources like the Source at issue here.  I believe that sources feel comfortable talking to me because I have, over more than 20 years as a journalist, carefully cultivated a reputation for honesty and discretion.  Many of these sources would not speak with me if they believed that, were me or my news organization to get sued, I would violate my promise of confidentiality to them.  My sources speak with me because they trust me to honor my promise of confidentiality.

13. In fact, throughout my career, it is precisely because I have kept my promises and acted with discretion that sources seek me out or agree to talk.  In simple terms, many of these people – particularly those with the most sensitive and newsworthy information to share – would not talk to me under any other circumstances.

14. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2017

_____
Ken Bensinger

4