SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,

      Plaintiffs,

    -against-

BUZZFEED, INC., BEN SMITH, KEN BENSINGER, MIRIAM ELDER, and MARK SCHOOFS,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 154895/2017

**STIPULATION**

  **IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiffs Mikhail Fridman, Petr Aven and German Khan ("Plaintiffs") and defendants BuzzFeed, Inc., Ben Smith, Ken Bensinger, Miriam Elder and Mark Schoofs ("Defendants"), through their undersigned counsel, as follows:

  1. Defendants intend to file an Amended Answer (the "Amended Answer") by stipulation of the parties on or before October 6, 2017;

  2. Pursuant to an agreement between the parties, if Plaintiffs wish to move to dismiss any affirmative defenses in the Amended Answer, they shall serve and file such motion (the "Motion") along with any supporting materials on or before November 6, 2017.

  3. Defendants shall have until December 6, 2017 to serve and file their materials responding to the Motion.

  4. Plaintiffs shall have until December 20, 2017 to serve and file their reply materials in support of the Motion.

4843-0696-6094v.1 0100812-000008

5. The return date for the Motion shall be December 21, 2017; and

6. A facsimile or PDF copy of the signature page of this stipulation is deemed an original for purposes of filing and judicial endorsement.

Dated: New York, New York
      October 5, 2017

CARTER LEDYARD & MILBURN LLP

By: *Alan Lewis / JJW*
     Alan S. Lewis
     John J. Walsh
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232

*Counsel for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

By: *Katherine M. Bolger*
     Katherine M. Bolger
     Nathan Siegel
     Adam Lazier
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
Fax: (212) 489-8340

*Counsel for Defendants*

IT IS SO ORDERED:

_____

Dated: _____