**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.

_____/


## REVISED RESPONSES AND OBJECTIONS OF DEFENDANT BUZZFEED, INC. TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

     Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant BuzzFeed, Inc.

("BuzzFeed"), by and through its attorneys, hereby responds and objects as follows to Plaintiffs'

First Request for the Production of Documents and Things (the "Requests").

## RESPONSES AND OBJECTIONS

   **Request No. 1:** All internal communications referencing, reflecting, or concerning the
   Dossier.

**Response:** BuzzFeed objects to this Request as overly broad, unduly burdensome, and not

reasonably calculated to lead to the discovery of admissible evidence.  BuzzFeed objects to this

Request to the extent that it purports to require it to provide documents or information that is

protected by Article 1, Section 8 of the New York State Constitution, Section 79-h of the New

York Civil Rights Law, the Florida State Constitution, Fla. Stat. 90.5015, the Texas State

Constitution, Texas Civil Practices & Remedies Code §22.021-22.027, the First and Fourteenth

Amendments to the United States Constitution, and any other constitutional, statutory or

common law privilege that protects journalists from disclosing the identity of their sources and

otherwise disclosing information obtained during the course of their newsgathering activity

(collectively, the "Reporter's Privilege").  BuzzFeed further objects to this Request to the extent

it purports to require it to provide documents related to reporting about the dossier referred to in

paragraph 24 of the Complaint (the "Dossier") occurring after January 10, 2017.  BuzzFeed

further objects to this Request to the extent that it seeks documents created after BuzzFeed

received notice of this lawsuit.

Subject to and without waiving these objections, upon the entry of an appropriate

protective order governing the use of confidential materials in this litigation, BuzzFeed will

produce copies of relevant, non-privileged documents, if any, responsive to this Request that

predate the publication of the Dossier by BuzzFeed.

> **Request No. 2:** All internal communications referencing, reflecting, or concerning the
> publication of the dossier including, but not limited to, discussions concerning the
> decision to publish the Dossier.

**<u>Response:</u>** BuzzFeed objects to this Request to the extent that it purports to require it to provide

documents or information that is protected by the Reporter's Privilege.  BuzzFeed further objects

to this Request to the extent it purports to require it to provide documents or information

privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.

BuzzFeed further objects to this Request to the extent it purports to require it to provide

documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed

further objects to this Request to the extent that it seeks documents created after BuzzFeed

received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports

to require it to search for and produce documents that are not centrally maintained or are in the

possession, custody or control of persons not believed to have significant involvement in the

publication of the article referred to in paragraph 23 of the Complaint (the "Article") or the

dossier referred to in paragraph 23 of the Complaint (the "Article") or the Dossier.

Subject to and without waiving these objections, upon the entry of an appropriate

protective order governing the use of confidential materials in this litigation, BuzzFeed will

produce copies of relevant, non-privileged documents, if any, responsive to this Request.

> **Request No. 3:** All communications with any person (including third-parties)
> referencing, reflecting, or concerning the Dossier.

**Response:** BuzzFeed objects to this Request as overly broad, unduly burdensome, and not

reasonably calculated to lead to the discovery of admissible evidence.  BuzzFeed objects to this

Request to the extent that it purports to require it to provide documents or information that is

protected by the Reporter's Privilege.  BuzzFeed further objects to this Request to the extent it

purports to require it to provide documents or information privileged or confidential pursuant to

attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this

Request to the extent it purports to require it to provide documents related to reporting about the

Dossier occurring after January 10, 2017.  BuzzFeed further objects to this Request to the extent

that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further

objects to this Request to the extent it purports to require it to search for and produce documents

that are not centrally maintained or are in the possession, custody or control of persons not

believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate

protective order governing the use of confidential materials in this litigation BuzzFeed will

produce copies of relevant, non-privileged documents, if any, responsive to this Request.

> **Request No. 4:** All communications with any person (including third-parties)
> referencing, reflecting, or concerning the publication of the Dossier including, but not

4832-5423-5217v.1 0100812-000008

limited to, discussions referencing, reflecting, or concerning the decision to publish the Dossier.

**Response:** BuzzFeed objects to this Request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.  BuzzFeed objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

> **Request No. 5:** All internal communications referencing, reflecting, or concerning the amount of traffic or number of hits to the Buzzfeed.com website, any Buzzfeed mobile platform, or any Buzzfeed social media accounts, resulting from the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Response:** BuzzFeed objects to this Request as duplicative, overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.

4

BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request as overbroad to the extent it purports to require it to provide documents or information relating to portions of BuzzFeed's website, mobile platform, or social media accounts not containing the Article or Dossier.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

> **Request No. 6:** All documents referencing, reflecting, or concerning the amount of traffic generated or received on Buzzfeed.com as a result of the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**<u>Response:</u>** BuzzFeed objects to this Request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information relating to portions of Buzzfeed.com not containing the Dossier.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation, BuzzFeed will

4832-5423-5217v.1 0100812-000008

produce copies of relevant, non-privileged documents, if any, responsive to this Request that

relate to traffic to the Article and Dossier.

> **Request No. 7:** All documents referencing, reflecting, or concerning the amount of traffic generated or received on social media accounts owned or operated by Buzzfeed as a result of the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Response:** BuzzFeed objects to this Request as duplicative, overly broad, unduly burdensome,

and not reasonably calculated to lead to the discovery of admissible evidence.  BuzzFeed further

objects to this Request to the extent it purports to require it to provide documents or information

privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.

BuzzFeed further objects to this Request to the extent that it seeks documents created after

BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent

it purports to require it to provide documents or information relating to portions of BuzzFeed's

social media platforms not containing the Article or the Dossier.  BuzzFeed further objects to this

Request to the extent that it seeks documents created after BuzzFeed received notice of this

lawsuit.

Subject to and without waiving these objections, BuzzFeed asserts that it does not have

any relevant, non-privileged documents responsive to this Request in its possession, custody, or

control.

> **Request No. 8:** All documents referencing, reflecting, or concerning the amount of traffic generated or received on BuzzFeed's mobile platform as a result of the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Response:** BuzzFeed objects to this Request as duplicative, overly broad, unduly burdensome,

and not reasonably calculated to lead to the discovery of admissible evidence.  BuzzFeed further

objects to this Request to the extent it purports to require it to provide documents or information

6

privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information relating to portions of BuzzFeed's mobile platform not containing the Dossier.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation, BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request that relate to the Article and the Dossier.

> **Request No. 9:** All documents referencing, reflecting, or concerning the traffic or number of hits to the Buzzfeed.com website, any Buzzfeed mobile platform, or any Buzzfeed social media accounts for the time period from October 1, 2016 through April 30, 2017 (including documents showing such information to the utmost granularity available).

**<u>Response:</u>** BuzzFeed objects to this Request as duplicative, overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information relating to portions of BuzzFeed's website, mobile platform, or social media accounts not containing the Dossier.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request that relate to traffic to the Article and the Dossier.

**Request No. 10:** All internal communications concerning revenue generated by the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**<u>Response:</u>** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this Request on the grounds that it is premature at this stage in the litigation because Defendants' revenues are not recoverable as compensatory damages in a defamation action.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information concerning news reports not containing the Dossier.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, BuzzFeed will produce copies of relevant, non-privileged documents concerning the revenue earned from the Article and Dossier, if any, after motions for summary judgment are decided, if necessary.

**Request No. 11:** All documents referencing, reflecting, or concerning revenue generated by the publication of the Dossier and/or any article referencing or incorporating the

Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request on the grounds that it is premature at this stage in the litigation because Defendants' revenues are not recoverable as compensatory damages in a defamation action. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information concerning news reports not containing the Dossier. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, BuzzFeed will produce copies of relevant, non-privileged documents concerning the revenue earned from the Article and Dossier, if any, after motions for summary judgment are decided, if necessary.

> **Request No. 12:** All internal communications referencing, reflecting, or concerning advertising revenue as it relates to publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or

the work product doctrine.  BuzzFeed further objects to this Request on the grounds that it is premature at this stage in the litigation because Defendants' revenues are not recoverable as compensatory damages in a defamation action.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information concerning news reports not containing the Dossier.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, BuzzFeed will produce copies of relevant, non-privileged documents concerning the revenue earned from the Article and Dossier, if any, after motions for summary judgment are decided, if necessary.

> **Request No. 13:** All documents referencing, reflecting, or concerning the revenue generated by Buzzfeed from October 1, 2016 through April 30, 2017 (including documents showing such information to the utmost granularity available).

**<u>Response:</u>** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this Request on the grounds that it is premature at this stage in the litigation because Defendants' revenues are not recoverable as compensatory damages in a defamation action.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information concerning news reports not containing the Dossier.  BuzzFeed further objects to this Request to the extent that it seeks

documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to

this Request to the extent it purports to require it to search for and produce documents that are

not centrally maintained or are in the possession, custody or control of persons not believed to

have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, BuzzFeed will produce copies of

relevant, non-privileged documents concerning the revenue earned from the Article and Dossier,

if any, after motions for summary judgment are decided, if necessary.

**Request No. 14:** All press reports referencing, reflecting, or concerning BuzzFeed's
publication of the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly

burdensome, and not reasonable calculated to lead to the discovery of admissible evidence.

BuzzFeed further objects to this request because responsive documents are equally available to

Plaintiffs as they are to BuzzFeed.  BuzzFeed further objects to this Request to the extent it

purports to require it to provide documents or information privileged or confidential pursuant to

attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this

Request to the extent that it seeks documents created after BuzzFeed received notice of this

lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search

for and produce documents that are not centrally maintained or are in the possession, custody or

control of persons not believed to have significant involvement in the publication of the Article

and Dossier at issue or BuzzFeed's communications personnel.

Subject to and without waiving these objections, upon the entry of an appropriate

protective order governing the use of confidential materials in this litigation BuzzFeed will

produce copies of relevant, non-privileged documents, if any, responsive to this Request..

**Request No. 15:** All documents that identify the IP addresses of all computers utilized by Buzzfeed, Ben Smith, Ken Bensinger, Mark Schoofs, and/or Miriam Elder.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

**Request No. 16:** All documents referencing, reflecting, or concerning communications between Buzzfeed and any of the Plaintiffs.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation, BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

**Request No. 17:** All documents referencing, reflecting, or concerning attempts made by Buzzfeed to reach the Plaintiffs by telephone, email, skype, or any other method of communication.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, BuzzFeed will produce copies of relevant, non-privileged documents, responsive to this Request, if any.

**Request No. 18:** All document referencing, reflecting, or concerning BuzzFeed's advertising rates from 2015 to the present.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent it purports to require it to provide

documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request on the grounds that it is premature.

> **Request No. 19:** All documents referencing, reflecting, or concerning articles authored by Ben Smith (in any medium or publication) concerning the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this request because it seeks documents equally available to the Plaintiffs.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information concerning news reports not containing the Dossier.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation, BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

> **Request No. 20:** All video or audio recordings of Ben Smith in which he discusses the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this request because it seeks documents equally available to the Plaintiffs.  BuzzFeed further objects to this Request to the extent it purports to require it to

provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information concerning news reports not containing the Dossier.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation, BuzzFeed will produce copies of relevant, non-privileged documents, if any,  responsive to this Request.

**Request No. 21:** All documents referencing, reflecting, or concerning articles authored by Ben Smith (in any medium or publication) concerning media ethics.

**<u>Response:</u>** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this request because it seeks documents equally available to the Plaintiffs.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information concerning news reports not containing the Dossier.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation, BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

15

**Request No. 22:** All documents referencing, reflecting, or concerning speaker fees received by Ben Smith from January 1, 2016 to the present.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed also objects on the basis that this request is premature.

**Request No. 23:** All documents referencing, reflecting, or concerning media appearances by Ben Smith concerning publication of Dossier and/or any article referencing or incorporating the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is duplicative, overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence.  BuzzFeed further objects to this request because it seeks documents equally available to the Plaintiffs.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation, BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

> **Request No. 24:** All communications with investors and potential investors of Buzzfeed concerning the publication of the Dossier including, but not limited to, the decision to publish the Dossier and/or any article referencing or incorporating the Dossier

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.  BuzzFeed further objects to this Request on the grounds that it is premature at this stage in the litigation because Defendants' revenues are not recoverable as compensatory damages in a defamation action.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information concerning news reports not containing the Dossier.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, BuzzFeed will produce copies of relevant, non-privileged documents concerning the revenue earned from the Article and Dossier, if any, after motions for summary judgment are decided, if necessary.

> **Request No. 25:** All communications (specifically excluding communications with counsel) referencing, reflecting, or concerning the present litigation.

**Response:** BuzzFeed objects to this Request on the grounds that it is duplicative, overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence.  BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further

objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant the work product doctrine.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

> **Request No. 26:** All internal communications referencing, reflecting, or concerning Gubarev, XBT, or Webzilla.

**<u>Response:</u>** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

**Request No. 27:** All communications with any person (including third-parties) referencing, reflecting, or concerning Gubarev, XBT, or Webzilla.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

**Request No. 28:** All documents referencing, reflecting, or concerning Gubarev, XBT, or Webzilla.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.

4832-5423-5217v.1 0100812-000008

BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

> **Request No. 29:** All documents referencing, reflecting, or concerning how Buzzfeed received the Dossier, from whom it received the Dossier, and to whom it circulated the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request

> **Request No. 30:** All documents referencing, reflecting, or concerning sources contacted in connection with the Dossier and reporting on the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request

4832-5423-5217v.1 0100812-000008

**Request No. 31:** All notes from reporters, editors, and/or fact-checkers referencing, reflecting, or concerning the Dossier and reporting on the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

**Request No. 32:** All drafts of stories referencing, reflecting, or concerning the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information

privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request

> **Request No. 33:** All drafts of stories referencing, reflecting, or concerning Gubarev, XBT, or Webzilla.

**<u>Response:</u>** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

> **Request No. 34:** All editorial meeting notes referencing, reflecting, or concerning the Dossier and/or reporting on the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

**Request No. 35:** All recordings of interviews or phone calls made in connection with reporting concerning the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

**Request No. 36:** All documents reflecting payments to sources concerning reporting on the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects

4832-5423-5217v.1 0100812-000008

to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, BuzzFeed asserts that it does not have any relevant, non-privileged documents responsive to this Request in its possession, custody, or control.

> **Request No. 37:** All documents referencing, reflecting, or concerning BuzzFeed's efforts to prove or disprove assertions concerning Plaintiffs in the Dossier.

**<u>Response:</u>** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports

to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

> **Request No. 38:** All documents referencing, reflecting, or concerning meetings between any person working for or on behalf of Buzzfeed, on the one hand, and Christopher Steele, on the other.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

> **Request No. 39:** All documents referencing, reflecting, or concerning meetings between any person working for or on behalf of Buzzfeed, on the one hand, and any person working for or on behalf of Fusion GPS, on the other.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request

4832-5423-5217v.1 0100812-000008

**Request No. 40:** All documents referencing, reflecting, or concerning meetings between any person working for or on behalf of Buzzfeed, on the one hand, and any person working for or on behalf of Orbis Business Intelligence on the other.

**<u>Response:</u>** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any,  responsive to this Request.

**Request No. 41:** All documents referencing, reflecting, or concerning communications between any person working for or on behalf of Buzzfeed, on the one hand, and Christopher Steele, on the other.

**<u>Response:</u>** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide

documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects

to this Request to the extent it purports to require it to provide documents or information

privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.

BuzzFeed further objects to this Request to the extent it purports to require it to provide

documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed

further objects to this Request to the extent that it seeks documents created after BuzzFeed

received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports

to require it to search for and produce documents that are not centrally maintained or are in the

possession, custody or control of persons not believed to have significant involvement in the

publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate

protective order governing the use of confidential materials in this litigation BuzzFeed will

produce copies of relevant, non-privileged documents, if any,  responsive to this Request.

> **Request No. 42:** All documents referencing, reflecting, or concerning communications
> between any person working for or on behalf of Buzzeed, on the one hand, and any
> person working for or on behalf of Fusion GPS, on the other.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly

burdensome, and not reasonable calculated to lead to the discovery of admissible evidence.

BuzzFeed further objects to this Request to the extent that it purports to require it to provide

documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects

to this Request to the extent it purports to require it to provide documents or information

privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.

BuzzFeed further objects to this Request to the extent it purports to require it to provide

documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed

4832-5423-5217v.1 0100812-000008

further objects to this Request to the extent that it seeks documents created after BuzzFeed

received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports

to require it to search for and produce documents that are not centrally maintained or are in the

possession, custody or control of persons not believed to have significant involvement in the

publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate

protective order governing the use of confidential materials in this litigation BuzzFeed will

produce copies of relevant, non-privileged documents, if any,  responsive to this Request.

> **Request No. 43:** All documents referencing, reflecting, or concerning communications between any person working for or on behalf of Buzzfeed, on the one hand, and any person working for or on behalf of Orbis Business Intelligence on the other.

**<u>Response:</u>** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly

burdensome, and not reasonable calculated to lead to the discovery of admissible evidence.

BuzzFeed further objects to this Request to the extent that it purports to require it to provide

documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects

to this Request to the extent it purports to require it to provide documents or information

privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.

BuzzFeed further objects to this Request to the extent it purports to require it to provide

documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed

further objects to this Request to the extent that it seeks documents created after BuzzFeed

received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports

to require it to search for and produce documents that are not centrally maintained or are in the

possession, custody or control of persons not believed to have significant involvement in the

publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

**Request No. 44:** All documents referencing, reflecting, or concerning Christopher Steele.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

4832-5423-5217v.1 0100812-000008

**Request No. 45:** All documents referencing, reflecting, or concerning Fusion GPS.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any,  responsive to this Request.

**Request No. 46:** All documents referencing, reflecting, or concerning Orbis Business Intelligence.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information

4832-5423-5217v.1 0100812-000008

privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.

BuzzFeed further objects to this Request to the extent it purports to require it to provide

documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed

further objects to this Request to the extent that it seeks documents created after BuzzFeed

received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports

to require it to search for and produce documents that are not centrally maintained or are in the

possession, custody or control of persons not believed to have significant involvement in the

publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate

protective order governing the use of confidential materials in this litigation BuzzFeed will

produce copies of relevant, non-privileged documents, if any,  responsive to this Request.

> **Request No. 47:** All documents that support or refute BuzzFeed's assertion that the
> Dossier is a government document.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly

burdensome, and not reasonable calculated to lead to the discovery of admissible evidence.

Defendants are unable to formulate a response because they are not aware of what Plaintiffs are

referring to with respect to Buzzfeed "assert[ing] that the Dossier is a government document."

> **Request No. 48:** All documents that support or refute BuzzFeed's assertion that the
> Dossier was the subject of official government activity.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly

burdensome, and not reasonable calculated to lead to the discovery of admissible evidence.

BuzzFeed further objects to this Request to the extent that it purports to require it to provide

documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects

to this Request to the extent it purports to require it to provide documents or information

privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

> **Request No. 49:** All documents referencing, reflecting, or concerning communications between any person working for or on behalf of Buzzfeed, on the one hand, and the United States Government (or any person part of the United States Government, including, without limitation, any person(s) in the executive branch or legislative branch), on the other hand, referencing, reflecting, or concerning the Plaintiffs.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports

4832-5423-5217v.1 0100812-000008

to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any,  responsive to this Request.

> **Request No. 50:** All documents referencing, reflecting, or concerning communications between any person working for or on behalf of Buzzfeed, on the one hand, and the United States Government (or any person part of the United States Government, including, without limitation, any person(s) in the executive branch or legislative branch), on the other referencing, reflecting, or concerning the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

> **Request No. 51:** All communications with government officials concerning the Dossier or reporting on the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

**Request No. 52:** All documents referencing, reflecting, or concerning assignments to reporters, fact-checkers, or other employees or contractors in any way relating to the reporting on the allegations concerning the Plaintiffs contained in the Dossier.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents related to reporting about the Dossier occurring after January 10, 2017.  BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any,  responsive to this Request.

**Request No. 53:** Current audited financial statements for Buzzfeed and any of its subsidiaries for the years 2016 to present.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly burdensome, and not reasonable calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or

the work product doctrine.  BuzzFeed further objects to this Request on the grounds that it is

premature at this stage in the litigation.

Subject to, and without waiving, its general and specific objections, BuzzFeed will

produce copies of relevant, non-privileged documents concerning the revenue earned or lost

from the Article and Dossier after motions for summary judgment are decided, if necessary.

> **Request No. 54:** All documents referencing, reflecting, or concerning profit/loss for
> Buzzfeed and any of its subsidiaries for the years 2016 to the present.

**Response:** BuzzFeed objects to this Request on the grounds that it is overbroad, unduly

burdensome, and not reasonable calculated to lead to the discovery of admissible evidence.

BuzzFeed further objects to this Request to the extent it purports to require it to provide

documents or information privileged or confidential pursuant to attorney-client confidentiality or

the work product doctrine.  BuzzFeed further objects to this Request on the grounds that it is

premature at this stage in the litigation because Defendants' revenues are not recoverable as

compensatory damages in a defamation action.  BuzzFeed further objects to this Request to the

extent it purports to require it to provide documents or information concerning news reports not

containing the Dossier.  BuzzFeed further objects to this Request to the extent that it seeks

documents created after BuzzFeed received notice of this lawsuit.  BuzzFeed further objects to

this Request to the extent it purports to require it to search for and produce documents that are

not centrally maintained or are in the possession, custody or control of persons not believed to

have significant involvement in the publication of the Article and Dossier at issue.

Subject to and without waiving these objections, BuzzFeed will produce copies of

relevant, non-privileged documents concerning the revenue earned from the Article and Dossier,

if any, after motions for summary judgment are decided, if necessary.

**Request No. 55:** All handbooks or written guidelines provided to BuzzFeed's reporters that govern ethical standards for reporting at Buzzfeed.

**Response:** BuzzFeed objects to this Request as overbroad and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it is not limited to handbooks or guidelines in effect on January 10, 2017. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine. BuzzFeed further objects to this Request to the extent that it seeks documents created after BuzzFeed received notice of this lawsuit. BuzzFeed further objects to this Request to the extent it purports to require it to search for and produce documents that are not centrally maintained or are in the possession, custody or control of persons not believed to have significant involvement in the publication of the Article and Dossier at issue. Subject to, and without waiving those objections, Buzzfeed refers Plaintiffs to the following: https://www.buzzfeed.com/amphtml/shani/the-buzzfeed-editorial-standards-and-ethics-guide.

**Request No. 56:** The Dossier in the form as originally received by Buzzfeed.

BuzzFeed objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any, responsive to this Request.

**Request No. 57:** To the extent not already covered by the previous Requests, all documents and things identified in Defendants' Initial Rule 26(a)(1) Disclosures in this Litigation.

**Response:** BuzzFeed objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege.  BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.

Subject to and without waiving these objections, upon the entry of an appropriate protective order governing the use of confidential materials in this litigation BuzzFeed will produce copies of relevant, non-privileged documents, if any,  responsive to this Request.

**Request No. 58:** All documents that Buzzfeed intends to offer into evidence at the trial in this matter.

**Response:** BuzzFeed objects to this Request as premature at this stage in the litigation.  Subject to, and without waiving, the foregoing objection and its general objections, BuzzFeed will make a supplementary production of documents responsive to this Request when appropriate.

**Request No. 59:** The resume of any expert witness you have retained or consulted with in connection with this litigation, whether or not you expect to call him at a trial of this matter.

**Response:** BuzzFeed objects to this Request as premature at this stage in the litigation and that it seeks information beyond that required under Federal Rule of Civil Procedure 26.  Subject to and without waiving that objection, BuzzFeed asserts that it does not have any relevant, non-privileged documents responsive to this Request in their possession, custody, or control, but will supplement its response if it obtains responsive documents that are required to be produced by the Federal Rules of Civil Procedure.

**Request No. 60:** All documents provided to any expert witness in this matter.

**Response:** BuzzFeed objects to this Request as premature at this stage in the litigation and that it seeks information beyond that required under Federal Rule of Civil Procedure 26. Subject to and without waiving that objection BuzzFeed asserts it does not have any relevant, non-privileged documents responsive to this Request in its possession, custody, or control, but will supplement its response if it obtains responsive documents that are required to be produced by the Federal Rules of Civil Procedure.

**Request No. 61:** All documents that you reviewed in preparing your answers to all Interrogatories served in this matter.

**Response:** BuzzFeed objects to this Request on the grounds that it is overly broad and not reasonably calculated to lead to the discovery of admissible evidence. BuzzFeed further objects to this Request to the extent that it purports to require it to provide documents or information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Request to the extent it purports to require it to provide documents or information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.

Dated: October 5, 2017                       Respectfully submitted,

Katherine M. Bolger
Adam Lazier
Nathan Siegel
Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com

Roy Black
Jared Lopez
Black, Srebnick, Kornspan & Stumpf, P.A.
201 So. Biscayne Boulevard

42

Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Attorneys for Defendants*

4832-5423-5217v.1 0100812-000008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via email on all counsel of record on the service list below on the 5th day of October 2017.

Adam Lazier

## SERVICE LIST

Matthew Shayefar
Valentin D. Gurvitz
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telehone: 617-928-1806
Facsimile: 617-928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Brady J. Cobb
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

4832-5423-5217v.1 0100812-000008