**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDINGS S.A., and WEBZILLA, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br><br>    Defendants. | Case No.<br>0:17-cv-60426-UU |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR RESPONSE IN OPPOSITION TO DEFENDANTS' MEMORANDUM REGARDING THE REPORTER'S PRIVILEGE**

    Plaintiffs ALEKSEJ GUBAREV, XBT HOLDINGS S.A., and WEBZILLA, INC. (hereinafter collectively referred to as "Plaintiffs"), by and through undersigned counsel and file this their Unopposed Motion for an Extension of Time to File Their Response in Opposition to Defendants' Memorandum Regarding the Reporter's Privilege, and in support thereof state as follows:

    1.    On September 28, 2017, a discovery hearing was conducted before United States Magistrate Judge O'Sullivan. On October 10, 2017, Judge O'Sullivan entered an order (D.E. 79) relative to the discovery hearing (hereinafter referred to as the "Order").

    2.    In the Order, among other things, Judge O'Sullivan held that Defendants had until October 16, 2017 to file their Memorandum of Law regarding the applicability of the Reporter's Privilege to the case at bar and Plaintiffs were required to file any

1

opposition to Defendants' Memorandum on or before October 30, 2017. Thereafter, Defendant would have until November 6, 2017 to file a Reply brief. (See D.E. 79).

3.  On October 16, 2017, Defendants' filed their Memorandum of Law (hereinafter the "Memorandum") regarding the Reporter's Privilege (D.E. 80).

4.  Due to undersigned counsel's burdensome litigation schedule, which at present contains several other impending deadlines, Plaintiffs' respectfully request that this Honorable Court enter an order extending the deadline for Plaintiffs to file their Response in Opposition to Defendants Memorandum by two (2) days, making the new deadline Wednesday October 1, 2017.

5.  Undersigned counsel and Defendants also consent to the Defendants' Reply Brief deadline similarly being extended by a period of two (2) days, making the new Reply deadline November 8, 2017.

6.  This motion is not made for the purposes of delay, and no party will be prejudiced by the granting of the relief sought herein.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Undersigned counsel has conferred with counsel for Defendants with regard the relief requested herein and counsel for Defendants has advised that there is no objection to this Motion being granted.

Date: October 29, 2017                          Respectfully submitted,

                                               /s/ Brady J. Cobb
                                               Brady J. Cobb, Esq.
                                               Florida Bar No. 031018
                                               COBB EDDY, PLLC
                                               642 Northeast Third Avenue
                                               Fort Lauderdale, Florida 33304
                                               Telephone (954)527-4111
                                               Facsimile (954) 900-5507
                                               bcobb@cobbeddy.com
                                               *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion for an Extension of Time For Plaintiffs to File Their Response in Opposition to Defendants' Memorandum Regarding the Reporter's Privilege was served via the CM/ECF filing system, on October 29, 2017, on all counsel or parties of record on the service list.

                                               **/s/ Brady J. Cobb**

3