# Exhibit
# 4

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Mar 01, 2010**
**Secretary of State**

## DOCUMENT# P09000064327

**Entity Name:** WEBZILLA INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 110 E. BROWARD BLVD<br>1700<br>FT. LAUDERDALE, FL 33301 | |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 110 E. BROWARD BLVD<br>1700<br>FT. LAUDERDALE, FL 33301 | |

**FEI Number:**          FEI Number Applied For ( )          FEI Number Not Applicable (X)          Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| BOLOTIN, KONSTANTIN<br>110 E. BROWARD BLVD<br>1700<br>FT. LAUDERDALE, FL 33301 US | INCORPORATE NOW<br>1007 N. FEDERAL HWY.<br>SUITE 240<br>FT. LAUDERDALE, FL 33304 US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:  CONSTANTIN LUCHIAN                                    03/01/2010
_____
              Electronic Signature of Registered Agent              Date

**Election Campaign Financing Trust Fund Contribution ( ).**

## OFFICERS AND DIRECTORS:

Title:       P
Name:       GUBAREV, ALEXEY
Address:     110 E. BROWARD BLVD #1700
City-St-Zip: FT. LAUDERDALE, FL 33301

Title:       VP
Name:       BOLOTIN, KONSTANTIN
Address:     110 E. BROWARD BLVD #1700
City-St-Zip: FT. LAUDERDALE, FL 33301

Title:       VP
Name:       BEZRUCHENKO, KOSTYANTIN
Address:     110 E. BROWARD BLVD #1700
City-St-Zip: FT. LAUDERDALE, FL 33301

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:  KONSTANTIN BOLOTIN                        VP              03/01/2010
_____
              Electronic Signature of Signing Officer or Director              Date

P-B000001

# 2011 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Apr 19, 2011**
**Secretary of State**

DOCUMENT# P09000064327

**Entity Name:**  WEBZILLA INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 110 E. BROWARD BLVD<br>1700<br>FT. LAUDERDALE, FL  33301 | 20801 BISCAYNE BLVD.<br>403<br>AVENTURA, FL  33180 |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 110 E. BROWARD BLVD<br>1700<br>FT. LAUDERDALE, FL  33301 | 20801 BISCAYNE BLVD.<br>403<br>AVENTURA, FL  33180 |

FEI Number:               FEI Number Applied For ( )      FEI Number Not Applicable (X)      Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**          **Name and Address of New Registered Agent:**

INCORPORATE NOW
1007 N. FEDERAL HWY.
SUITE 240
FT. LAUDERDALE, FL  33304  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

                 Electronic Signature of Registered Agent                     Date

**OFFICERS AND DIRECTORS:**

Title:       VP
Name:     BOLOTIN, KONSTANTIN
Address:  20801 BISCAYNE BLVD., SUITE 403
City-St-Zip: AVENTURA, FL  33180

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:  KONSTANTIN BOLOTIN                                    VP                    04/19/2011
               Electronic Signature of Signing Officer or Director             Date

P-B000002

# 2012 FOR PROFIT CORPORATION ANNUAL REPORT

**DOCUMENT# P09000064327**

FILED
Feb 20, 2012
Secretary of State

**Entity Name:** WEBZILLA INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 20801 BISCAYNE BLVD.<br>403<br>AVENTURA, FL 33180 | 110 E. BROWARD BLVD.<br>SUITE 1700<br>FORT LAUDERDALE, FL 33301 |
| **Current Mailing Address:** | **New Mailing Address:** |
| 20801 BISCAYNE BLVD.<br>403<br>AVENTURA, FL 33180 | 110 E. BROWARD BLVD.<br>SUITE 1700<br>FORT LAUDERDALE, FL 33301 |

FEI Number:          FEI Number Applied For ( )          FEI Number Not Applicable (X)          Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| INCORPORATE NOW<br>1007 N. FEDERAL HWY.<br>SUITE 240<br>FT. LAUDERDALE, FL 33304 US | INCORPORATE NOW<br>1451 W. CYPRESS CREEK RD.<br>SUITE 300<br>FT. LAUDERDALE, FL 33309 US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   CONSTANTIN LUCHIAN                                              02/20/2012
                         Electronic Signature of Registered Agent                          Date

## OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | VP |
| Name: | BOLOTIN, KONSTANTIN |
| Address: | 20801 BISCAYNE BLVD., SUITE 403 |
| City-St-Zip: | AVENTURA, FL 33180 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:   KONSTANTIN BOLOTIN                          VP                    02/20/2012
                         Electronic Signature of Signing Officer or Director                    Date     P-B000003

**2013 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P09000064327

**Entity Name:** WEBZILLA INC.

**FILED**

**Mar 31, 2013**
**Secretary of State**
**CC2520604035**

**Current Principal  Place of Business:**

110 E. BROWARD BLVD.
SUITE 1700
FORT LAUDERDALE, FL  33301

**Current Mailing Address:**

110 E. BROWARD BLVD.
SUITE 1700
FORT LAUDERDALE,  FL  33301

**FEI Number: NOT APPLICABLE**                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

INCORPORATE NOW
6750 N. ANDREWS AVE.
SUITE 200
FORT LAUDERDALE, FL  33309  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

| | |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| Title | D | | Title | D |
|---|---|---|---|---|
| Name | MISHRA, RAJESH KUMAR | | Name | BEZRUCHENKO, KOSTYANTYN |
| Address | 110 E. BROWARD BLVD, STE 1700 | | Address | 110 E. BROWARD BLVD, STE 1700 |
| City-State-Zip: | FT. LAUDERDALE  FL  33301 | | City-State-Zip: | FT. LAUDERDALE  FL  33301 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: RAJESH KUMAR MISHRA | D | 03/31/2013 |
|---|---|---|
| Electronic Signature of Signing Officer/Director Detail | | Date |

P-B000004

**2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P09000064327

**Entity Name:** WEBZILLA INC.

**FILED**

**Jan 17, 2014**
**Secretary of State**
**CC6369791148**

**Current Principal  Place of Business:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS, TX  75207

**Current Mailing Address:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS, TX  75207  US

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

INCORPORATE NOW
6750 N. ANDREWS AVE.
SUITE 200
FORT LAUDERDALE, FL  33309  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

| | |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | D | | Title | D |
| Name | MISHARA, RAJESH KUMAR | | Name | BEZRUCHENKO, KOSTYANTYN |
| Address | 2777 STEMMONS FWY.  SUITE 1655 | | Address | 2777 STEMMONS FWY.  SUITE 1655 |
| City-State-Zip: | DALLAS  TX  75207 | | City-State-Zip: | DALLAS  TX  75207 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MISHARA , RAJESH KUMAR                    D                    01/17/2014

| | |
|---|---|
| Electronic Signature of Signing Officer/Director Detail | Date |

P-B000005

**2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

**FILED**
**Feb 04, 2015**
**Secretary of State**
**CC5122993276**

DOCUMENT# P09000064327

**Entity Name:** WEBZILLA INC.

**Current Principal  Place of Business:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS, TX  75207

**Current Mailing Address:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS, TX  75207  US

**FEI Number: NOT APPLICABLE**　　　　　　　　　　　　　**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

INCORPORATE NOW
6750 N. ANDREWS AVE.
SUITE 200
FORT LAUDERDALE, FL  33309  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

| | |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| Title | D | Title | D |
|---|---|---|---|
| Name | MISHARA, RAJESH KUMAR | Name | BEZRUCHENKO, KOSTYANTYN |
| Address | 2777 STEMMONS FWY.  SUITE 1655 | Address | 2777 STEMMONS FWY.  SUITE 1655 |
| City-State-Zip: | DALLAS  TX  75207 | City-State-Zip: | DALLAS  TX  75207 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MISHARA , RAJESH KUMAR　　　　　　　　　　　　D　　　　　　　　　　02/04/2015

| | |
|---|---|
| Electronic Signature of Signing Officer/Director Detail | Date |

P-B000006

**2016 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P09000064327

**Entity Name:** WEBZILLA INC.

**FILED**

**Feb 23, 2016**
**Secretary of State**
**CC6838461702**

**Current Principal  Place of Business:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS, TX  75207

**Current Mailing Address:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS, TX  75207  US

**FEI Number: NOT APPLICABLE**                    **Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

INCORPORATE NOW
6750 N. ANDREWS AVE.
SUITE 200
FORT LAUDERDALE, FL  33309  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                  Date

**Officer/Director Detail :**

| Title | D | | Title | D |
|---|---|---|---|---|
| Name | MISHARA, RAJESH KUMAR | | Name | BEZRUCHENKO, KOSTYANTYN |
| Address | 2777 STEMMONS FWY. SUITE 1655 | | Address | 2777 STEMMONS FWY. SUITE 1655 |
| City-State-Zip: | DALLAS TX 75207 | | City-State-Zip: | DALLAS TX 75207 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MISHARA , RAJESH KUMAR                          D                          02/23/2016

Electronic Signature of Signing Officer/Director Detail                                  Date

P-B000007

**2017 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P09000064327

**Entity Name:** WEBZILLA INC.

**FILED**

**Apr 30, 2017**
**Secretary of State**
**CC9290772252**

**Current Principal  Place of Business:**

2777 N STEMMONS FWY.
 SUITE 1655
DALLAS, TX  75207

**Current Mailing Address:**

110 E. BROWARD BLVD.
 SUITE 1700
FORT LAUDERDALE,  FL  33301  US

**FEI Number: NOT APPLICABLE**                                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

INCORPORATE NOW INC
512 LUCERNE AVE
LAKE WORTH, FL  33460  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | CONSTANTIN LUCHIAN | 04/30/2017 |
|---|---|---|
| | Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| Title | D | | Title | D |
|---|---|---|---|---|
| Name | MISHARA, RAJESH KUMAR | | Name | BEZRUCHENKO, KOSTYANTYN |
| Address | 2777 STEMMONS FWY.<br> SUITE 1655 | | Address | 2777 STEMMONS FWY.<br> SUITE 1655 |
| City-State-Zip: | DALLAS TX 75207 | | City-State-Zip: | DALLAS TX 75207 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: RAJESH KUMAR MISHARA | D | 04/30/2017 |
|---|---|---|
| Electronic Signature of Signing Officer/Director Detail | | Date |

P-B000008

P09000064327

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:




Office Use Only



400174116424

04/05/10--01016--023  **35.00

FILED
2010 APR -5 PM 2:07
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

4/6/10

P-B000009

## <u>COVER LETTER</u>

**TO:** Amendment Section
Division of Corporations

**NAME OF CORPORATION:** _____ WEBZILLA INC _____

**DOCUMENT NUMBER:** _____ P09000064327 _____

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

| Constantin Luchian |
|:---:|
| Name of Contact Person |

| InCorporate Now |
|:---:|
| Firm/ Company |

| 1007 N. Federal Hwy., Suite 240 |
|:---:|
| Address |

| Fort Lauderdale, FL 33304 |
|:---:|
| City/ State and Zip Code |

| cl@incorporatenow.com |
|:---:|
| E-mail address: (to be used for future annual report notification) |

For further information concerning this matter, please call:

| Constantin Luchian | at ( | 954 | ) | 773 8743 |
|:---:|:---:|:---:|:---:|:---:|
| Name of Contact Person | | | | Area Code & Daytime Telephone Number |

Enclosed is a check for the following amount made payable to the Florida Department of State:

☑ $35 Filing Fee     ☐ $43.75 Filing Fee &     ☐ $43.75 Filing Fee &     ☐ $52.50 Filing Fee
                Certificate of Status        Certified Copy        Certificate of Status
                                 (Additional copy is enclosed)     Certified Copy
                                                  (Additional Copy is enclosed)

| **Mailing Address** | **Street Address** |
|:---|:---|
| Amendment Section | Amendment Section |
| Division of Corporations | Division of Corporations |
| P.O. Box 6327 | Clifton Building |
| Tallahassee, FL 32314 | 2661 Executive Center Circle |
| | Tallahassee, FL 32301 |

### Articles of Amendment
### to
### Articles of Incorporation
### of

## WEBZILLA INC.

__(Name of Corporation as currently filed with the Florida Dept. of State)__

## P09000064327

(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A.  If amending name, enter the new name of the corporation:**

_____*The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

**B.  Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS )*

**C.  Enter new mailing address, if applicable:**
    *(Mailing address MAY BE A POST OFFICE BOX)*

**D.  If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent:*

*New Registered Office Address:*                     *(Florida street address)*

_____, Florida_____
                        *(City)*                    *(Zip Code)*

__New Registered Agent's Signature, if changing Registered Agent:__
*I hereby accept the appointment as registered agent.   I am familiar with and accept the obligations of the position.*

                    *Signature of New Registered Agent, if changing*

**Page 1 of 3**

P-B000011

**If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:**
*(Attach additional sheets, if necessary)*

| Title | Name | Address | Type of Action |
|---|---|---|---|
| P | GOUBAREV, ALEXEY | 110 E. BROWARD BLVD. STE 1700 FORT LAUDERDALE FL 33309 | ☐ Add ☑ Remove |
| _____ | _____ | _____ | ☐ Add ☐ Remove |
| _____ | _____ | _____ | ☐ Add ☐ Remove |

**E. If amending or adding additional Articles, enter change(s) here:**
*(attach additional sheets, if necessary).   (Be specific)*

_____

_____

_____

_____

_____

_____

_____

**F.  If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself:**
*(if not applicable, indicate N/A)*

_____

_____

_____

_____

_____

_____

**Page 2 of 3**

P-B000012

**The date of each amendment(s) adoption:** 2/1/2010

*(date of adoption is required)*

**Effective date if applicable:** _____

*(no more than 90 days after amendment file date)*

**Adoption of Amendment(s)**          (**CHECK ONE**)

[✓] The amendment(s) was/were adopted by the shareholders.  The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

[ ] The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."

*(voting group)*

[ ] The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

[ ] The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Dated 3/31/2010

Signature _____

(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

BOLOTIN, KONSTANTIN

(Typed or printed name of person signing)

VP

(Title of person signing)

**Page 3 of 3**

# Electronic Articles of Incorporation For

**P09000064327**
**FILED**
**July 29, 2009**
**Sec. Of State**
jshivers

WEBZILLA INC.

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

WEBZILLA INC.

## Article II

The principal place of business address:

110 E. BROWARD BLVD
1700
FT. LAUDERDALE, FL.   33301

The mailing address of the corporation is:

110 E. BROWARD BLVD
1700
FT. LAUDERDALE, FL.   33301

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

100

## Article V

The name and Florida street address of the registered agent is:

KONSTANTIN  BOLOTIN
110 E. BROWARD BLVD
1700
FT. LAUDERDALE, FL.   33301

I certify that I am familiar with and accept the responsibilities of
registered agent.

**P09000064327**
**FILED**
**July 29, 2009**
**Sec. Of State**
jshivers

Registered Agent Signature:   KONSTANTIN BOLOTIN

# Article VI

The name and address of the incorporator is:

KONSTANTIN BOLOTIN
E. 110 BROWARD BLVD
1700
FT. LAUDERDALE, FL  33301

Incorporator Signature:   KONSTANTIN BOLOTIN

# Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
ALEXEY  GUBAREV
110 E. BROWARD BLVD #1700
FT. LAUDERDALE, FL.  33301

Title:  VP
KONSTANTIN  BOLOTIN
110 E. BROWARD BLVD #1700
FT. LAUDERDALE, FL.  33301

Title:  VP
KOSTYANTIN  BEZRUCHENKO
110 E. BROWARD BLVD #1700
FT. LAUDERDALE, FL.  33301

# Article VIII

The effective date for this corporation shall be:

07/29/2009

P-B000015

# P09000064327

---

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP          ☐ WAIT          ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

┌─────────────────────────────────────┐
│ Special Instructions to Filing Officer: │
│                                         │
│                                         │
│                                         │
│                                         │
│                                         │
└─────────────────────────────────────┘

Office Use Only



**900237463099**



07/16/12--01007--027   **35.00



2012 JUL 16 PM 1: 58
SECRETARY OF STATE
TALLAHASSEE FLORIDA

P-B000032

<u>**COVER LETTER**</u>

**TO:** Amendment Section
     Division of Corporations

**NAME OF CORPORATION:** Webzilla Inc

**DOCUMENT NUMBER:** P09000064327

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Constantin Luchian
Name of Contact Person

InCorporate Now Inc
Firm/ Company

1451 W Cypress Creek Rd., Suite 300
Address

Fort Lauderdale, FL 33309
City/ State and Zip Code

cl@incorporatenow.com
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Constantin Luchian                          at ( 954 ) 773-8743
Name of Contact Person                     Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

■ $35 Filing Fee      ☐ $43.75 Filing Fee &      ☐ $43.75 Filing Fee &      ☐ $52.50 Filing Fee
                         Certificate of Status        Certified Copy               Certificate of Status
                                                      (Additional copy is          Certified Copy
                                                      enclosed)                    (Additional Copy
                                                                                   is enclosed)

| **Mailing Address** | **Street Address** |
|---|---|
| Amendment Section | Amendment Section |
| Division of Corporations | Division of Corporations |
| P.O. Box 6327 | Clifton Building |
| Tallahassee, FL 32314 | 2661 Executive Center Circle |
| | Tallahassee, FL 32301 |

**Articles of Amendment**
**to**
**Articles of Incorporation**
**of**



FILED

## WEBZILLA INC

2012 JUL 16 PM 1:58

(Name of Corporation as currently filed with the Florida Dept. of State)

## P09000064327

SECRETARY OF STATE
TALLAHASSEE FLORIDA

(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A.  If amending name, enter the new name of the corporation:**

_____*The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

**B.  Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS )*

_____

_____

_____

**C.  Enter new mailing address, if applicable:**
   *(Mailing address MAY BE A POST OFFICE BOX)*

_____

_____

_____

**D.  If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent*  _____

_____
(Florida street address)

*New Registered Office Address*: _____, Florida_____
                                         (City)                              (Zip Code)

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.   I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

**Page 1 of 4**

P-B000034

**If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:**
*(Attach additional sheets, if necessary)*
*Please note the officer/director title by the first letter of the office title:*
*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer.  If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*
*Changes should be noted in the following manner.  Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change, Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*
**Example:**

| X Change | PT | John Doe |
|---|---|---|
| X Remove | V | Mike Jones |
| _X_ Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) ___ Change ___ Add X Remove | VP | Konstantin Bolotin | 20801 BISCAYNE BLVD., SUITE 403 AVENTURA FL 33180 |
| 2) ___ Change X Add ___ Remove | D | Rajesh Kumar Mishra | 110 E. Broward Blvd., Suite 1700 Fort Lauderdale, FL 33301 |
| 3 ) ___ Change X Add ___ Remove | D | KOSTYANTYN BEZRUCHENKO | 110 E. Broward Blvd., Suite 1700 Fort Lauderdale, FL 33301 |
| 4) ___ Change ___ Add ___ Remove | | | |
| 5) ___ Change ___ Add ___ Remove | | | |
| 6) ___ Change ___ Add ___ Remove | | | |

P-B000035

**E.  If amending or adding additional Articles, enter change(s) here**:
   (Attach *additional sheets, if necessary).     (Be specific)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**F.  If an amendment provides for an exchange, reclassification, or cancellation of issued shares,
     provisions for implementing the amendment if not contained in the amendment itself:**
          (*if not applicable, indicate N/A*)

_____

_____

_____

_____

_____

_____

_____

_____

P-B000036

The date of each amendment(s) adoption: 5/1/2012

Effective date **if applicable**: 5/1/2012

*(no more than 90 days after amendment file date)*


**Adoption of Amendment(s)**        **(CHECK ONE)**

☐ The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

   "The number of votes cast for the amendment(s) was/were sufficient for approval

   by _____."

                    *(voting group)*

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☑ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Dated 5/1/2012

Signature _____

(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee or other court appointed fiduciary by that fiduciary)

**Constantin Luchian**

(Typed or printed name of person signing)

**Incorporator**

(Title of person signing)

P-B000037

# PD900000064327

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



600187487436

11/08/10--01025--007   **35.00

FILED
10 NOV -8 PM 12: 42
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Amend
11/9/10

P-B000038

## COVER LETTER

**TO:** Amendment Section
       Division of Corporations

**NAME OF CORPORATION:**       Webzilla Inc.

**DOCUMENT NUMBER:**       P09000064327

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Constantin Luchian
_____
Name of Contact Person

InCorporate Now
_____
Firm/ Company

1007 N. Federal Hwy., Suite 240
_____
Address

Fort Lauderdale, FL 33304
_____
City/ State and Zip Code

cl@incorporatenow.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Constantin Luchian     at ( 954 ) 773-8743
_____     _____
Name of Contact Person        Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

☑ $35 Filing Fee    ☐ $43.75 Filing Fee &    ☐ $43.75 Filing Fee &    ☐ $52.50 Filing Fee
       Certificate of Status       Certified Copy       Certificate of Status
                            (Additional copy is enclosed)       Certified Copy
                                                  (Additional Copy is enclosed)

**Mailing Address**                 **Street Address**
Amendment Section             Amendment Section
Division of Corporations       Division of Corporations
P.O. Box 6327                   Clifton Building
Tallahassee, FL 32314         2661 Executive Center Circle
                                    Tallahassee, FL 32301

**Articles of Amendment**
**to**
**Articles of Incorporation**
**of**

## Webzilla Inc.

_____
(**Name of Corporation as currently filed with the Florida Dept. of State**)

### P09000064327
_____
(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this ***Florida Profit Corporation*** adopts the following amendment(s) to its Articles of Incorporation:

**A.  If amending name, enter the new name of the corporation:**

_____*The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

**B.  Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS )*

_____

_____

_____

**C.  Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

_____

_____

_____

**D.  If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent:*   _____

*New Registered Office Address:*   _____
                                   *(Florida street address)*

_____, Florida_____
*(City)*                          *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.   I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

**Page 1 of 3**

**If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:**
*(Attach additional sheets, if necessary)*

| **Title** | **Name** | **Address** | **Type of Action** |
|---|---|---|---|
| VP | BEZRUCHENKO, KOSTYANTIN | 110 E. BROWARD BLVD #1700 FT. LAUDERDALE FL 33301 | ☐ Add ☑ Remove |
| _____ | _____ | _____ | ☐ Add ☐ Remove |
| _____ | _____ | _____ | ☐ Add ☐ Remove |

**E. If amending or adding additional Articles, enter change(s) here:**
    *(attach additional sheets, if necessary).    (Be specific)*

_____

_____

_____

_____

_____

_____

_____

**F.  If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself:**
    *(if not applicable, indicate N/A)*

_____

_____

_____

_____

_____

_____

**Page 2 of 3**

P-B000041

The date of each amendment(s) adoption: 11/3/2010 _____

*(date of adoption is required)*

**Effective date if applicable:** _____

*(no more than 90 days after amendment file date)*

**Adoption of Amendment(s)**          **(CHECK ONE)**

☑ The amendment(s) was/were adopted by the shareholders.  The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups.  *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

      "The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."

*(voting group)*

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

      Dated 11/3/2010 _____

      Signature _____

      (By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

Konstantin Bolotin
_____
(Typed or printed name of person signing)


VP
_____
(Title of person signing)

**Page 3 of 3**

P-B000042