Exhibit
8

# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

| | |
|---|---|
| HYDENTRA L.P. HLP GENERAL PARTNER, INC., a foreign corporation, d/b/a METART d/b/a SEXART; HYDENTRA HLP INT. LIMITED, a foreign corporation, d/b/a METART d/b/a SEXART; and HYDENTRA LP, a foreign corporation, d/b/a METART d/b/a SEXART, <br><br> Plaintiffs, <br><br> v. <br><br> SIRACUSA MANAGEMENT S.A., a Panamanian company, individually and d/b/a VPORN.COM; ANTON TITOV, individually and d/b/a VPORN.COM; IP TRANSIT, INC.; and John Does 1-20, <br><br> Defendants. | **Case No.** <br> **1:16-cv-20191-RNS** |

## IP TRANSIT, INC.'S ANSWER TO COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL

The Internet Service Provider Defendant IP Transit, Inc. ("ISP Defendant"), for its Answer to the Complaint for Damages, Injunctive Relief and Demand for Jury Trial of Plaintiffs Hydentra L.P. HLP General Partner, Inc., Hydentra HLP Int. Limited and Hydentra LP ("Plaintiffs") answer as follows:

### JURISDICTION AND VENUE

1.      ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

1

P-K000081

2.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

3.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

4.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant. ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

5.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

6.     ISP Defendant admits only that it is a company incorporated in Florida and denies the remaining allegations of this paragraph.

7.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant. ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

8.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant. ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

9.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant. ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

10.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant. ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

P-K000082

11. This paragraph contains conclusions of law for which no response is required, but to the extent a response is deemed necessary to the remaining portions of this paragraph: ISP Defendant admits only that ISP Defendant transacts business in this Judicial District and denies the remaining allegations of this paragraph as they relate to ISP Defendant. ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

12. This paragraph contains conclusions of law for which no response is required, but to the extent a response is deemed necessary, ISP Defendant denies the allegations of this paragraph.

13. This paragraph contains conclusions of law for which no response is required, but to the extent a response is deemed necessary, ISP Defendant denies the allegations of this paragraph.

14. This paragraph contains conclusions of law for which no response is required, but to the extent a response is deemed necessary, ISP Defendant denies the allegations of this paragraph.

15. This paragraph contains conclusions of law for which no response is required, but to the extent a response is deemed necessary, ISP Defendant denies the allegations of this paragraph.

16. This paragraph contains conclusions of law for which no response is required, but to the extent a response is deemed necessary, ISP Defendant denies the allegations of this paragraph.

P-K000083

## PARTIES

17.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

18.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

19.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

20.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

21.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

22.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

23.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

24.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

25.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

26.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

27.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

P-K000084

28.     ISP Defendant denies the allegations of this paragraph.

29.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

30.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

31.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

32.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same. In answering further, ISP Defendant states that, without admitting that it is required to do so, ISP Defendant has registered an agent to receive notifications of claimed infringement with the United States Copyright Agent.

33.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

34.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

P-K000085

35.    This paragraph contains a conclusion of law to which no responsive pleading is necessary, but to the extent a response is deemed necessary: ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

36.    ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

## STATEMENT OF FACTS

37.    This paragraph contains only conclusions of law, speculation and legal argument, requiring no response.  However, to the extent a response is deemed necessary, ISP Defendant denies the allegations of this paragraph.

38.    This paragraph contains only conclusions of law, speculation and legal argument, requiring no response.  However, to the extent a response is deemed necessary, ISP Defendant denies the allegations of this paragraph.

39.    ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

40.    ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

41.    ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

P-K000086

42.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

43.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

44.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

45.     This paragraph contains a conclusion of law to which no responsive pleading is necessary, but to the extent a response is deemed necessary: ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

46.     ISP Defendant denies the allegations of this paragraph.

47.     This paragraph contains a conclusion of law to which no responsive pleading is necessary, but to the extent a response is deemed necessary: ISP Defendant denies the allegations of this paragraph.

48.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

49.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

P-K000087

50.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

51.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

52.     ISP Defendant denies the allegations of this paragraph.

53.     ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

54.     ISP Defendant denies the allegations of this paragraph.

55.     ISP Defendant denies the allegations of this paragraph.

**COUNT I**
**Copyright Infringement – 17 U.S.C. § 101 *et. seq.***
**Against Siracusa Management, Anton Titov and Doe Defendants (Owners/Operators of VPorn.com)**

56.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant repeats, re-states and incorporates by reference its responses to paragraphs 1 through 55 above and further respond that:

57.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

58.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

59.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP

8

P-K000088

Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

60.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

61.     This paragraph states a conclusion of law to which no responsive pleading is necessary.  Additionally, this Count is not brought against ISP Defendant.  But, to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

62.     This paragraph states a conclusion of law to which no responsive pleading is necessary.  Additionally, this Count is not brought against ISP Defendant.  But, to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

63.     This paragraph states a conclusion of law to which no responsive pleading is necessary.  Additionally, this Count is not brought against ISP Defendant.  But, to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit

P-K000089

or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

64.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

65.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

66.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

67.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

68.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

10

P-K000090

69.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

70.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

71.     This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

72.     This paragraph states a conclusion of law to which no responsive pleading is necessary.  Additionally, this Count is not brought against ISP Defendant. To the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

73.     This paragraph states a conclusion of law to which no responsive pleading is necessary.  Additionally, this Count is not brought against ISP Defendant.  To the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit

11

P-K000091

or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

74.     This paragraph states a conclusion of law to which no responsive pleading is necessary.  Additionally, this Count is not brought against ISP Defendant. To the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

75.     This paragraph states a conclusion of law to which no responsive pleading is necessary.  Additionally, this Count is not brought against ISP Defendant.  To the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

76.     This paragraph states a conclusion of law to which no responsive pleading is necessary.  Additionally, this Count is not brought against ISP Defendant.  To the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

WHEREFORE, ISP Defendant prays for the following relief:

A.     That judgment enter for ISP Defendant and against Plaintiffs with respect to this Count and that Plaintiffs' requested relief be denied in its entirety;

P-K000092

B.      That ISP Defendant be awarded its costs and reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 515, and costs pursuant to 28 U.S.C. § 1920; and

C.      For such further relief as the Court deems just and proper.

### COUNT II
### Contributory Copyright Infringement
### Against All Defendants

77.     ISP Defendant repeats, re-states and incorporates by reference its responses to paragraphs 1 through 76 above and further responds that:

78.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

79.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

80.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

81.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

82.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

P-K000093

83.    ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

84.    ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

85.    This paragraph contains conclusions of law for which no response is necessary, but to the extent a response is deemed necessary: ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

86.    This paragraph contains conclusions of law for which no response is necessary, but to the extent a response is deemed necessary: ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

87.    ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

88.    This paragraph contains conclusions of law for which no response is necessary, but to the extent a response is deemed necessary: ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or

P-K000094

knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

89.     This paragraph contains conclusions of law for which no response is necessary, but to the extent a response is deemed necessary ISP Defendant denies the allegations of this paragraph.

90.     This paragraph contains conclusions of law for which no response is necessary, but to the extent a response is deemed necessary ISP Defendant denies the allegations of this paragraph.

WHEREFORE, ISP Defendant prays for the following relief:

A.     That judgment enter for ISP Defendant and against Plaintiffs with respect to this Count and that Plaintiffs' requested relief be denied in its entirety;

B.     That ISP Defendant be awarded its costs and reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 515, and costs pursuant to 28 U.S.C. § 1920; and

C.     For such further relief as the Court deems just and proper.

## COUNT III
## Vicarious Copyright Infringement
### Against All Defendants

91.     ISP Defendant repeats, re-states and incorporates by reference its responses to paragraphs 1 through 90 above and further responds that:

92.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

P-K000095

93.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

94.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

95.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

96.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

97.     This paragraph contains conclusions of law for which no response is necessary, but to the extent a response is deemed necessary: ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

98.     This paragraph contains conclusions of law for which no response is necessary, but to the extent a response is deemed necessary: ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

P-K000096

99.     This paragraph contains conclusions of law for which no response is necessary, but to the extent a response is deemed necessary ISP Defendant denies the allegations of this paragraph.

100.    This paragraph contains conclusions of law for which no response is necessary, but to the extent a response is deemed necessary ISP Defendant denies the allegations of this paragraph.

WHEREFORE, ISP Defendant prays for the following relief:

A.      That judgment enter for ISP Defendant and against Plaintiffs with respect to this Count and that Plaintiffs' requested relief be denied in its entirety;

B.      That ISP Defendant be awarded its costs and reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 515, and costs pursuant to 28 U.S.C. § 1920; and

C.      For such further relief as the Court deems just and proper.

### COUNT IV
### Inducement of Copyright Infringement
### Against Siracusa Management, Anton Titov and Doe Defendants (Owners/Operators of VPorn.com)

101.    This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant repeats, re-states and incorporates by reference its responses to paragraphs 1 through 100 above and further respond that:

102.    This paragraph states a conclusion of law to which no responsive pleading is necessary.  Additionally, this Count is not brought against ISP Defendant.  But, to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

17

P-K000097

103. This paragraph states a conclusion of law to which no responsive pleading is necessary. Additionally, this Count is not brought against ISP Defendant. But, to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant. ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

104. This paragraph states a conclusion of law to which no responsive pleading is necessary. Additionally, this Count is not brought against ISP Defendant. But, to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant. ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

105. This paragraph states a conclusion of law to which no responsive pleading is necessary. Additionally, this Count is not brought against ISP Defendant. But, to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph.

106. This Count is not brought against ISP Defendant, but to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant. ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

107. This paragraph states a conclusion of law to which no responsive pleading is necessary. Additionally, this Count is not brought against ISP Defendant. But, to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant. ISP Defendant is without sufficient information or knowledge to admit

18

P-K000098

or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

108. This paragraph states a conclusion of law to which no responsive pleading is necessary. Additionally, this Count is not brought against ISP Defendant. But, to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph.

109. This paragraph states a conclusion of law to which no responsive pleading is necessary. Additionally, this Count is not brought against ISP Defendant. But, to the extent that a response is deemed necessary, ISP Defendant denies the allegations of this paragraph.

WHEREFORE, ISP Defendant prays for the following relief:

A. That judgment enter for ISP Defendant and against Plaintiffs with respect to this Count and that Plaintiffs' requested relief be denied in its entirety;

B. That ISP Defendant be awarded its costs and reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 515, and costs pursuant to 28 U.S.C. § 1920; and

C. For such further relief as the Court deems just and proper.

## COUNT V
### Unauthorized Publication of Name and Likeness in Violation of Section 540.08, Florida Statutes
**Against all Defendants**

110. ISP Defendant repeats, re-states and incorporates by reference its responses to paragraphs 1 through 109 above and further responds that:

111. ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

112. ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore denies the same.

19

P-K000099

113.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

114.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

115.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

116.     ISP Defendant denies the allegations of this paragraph as they relate to ISP Defendant.  ISP Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph as they relate to the other Defendants and therefore denies the same.

117.     This paragraph contains conclusions of law for which no response is necessary, but to the extent a response is deemed necessary ISP Defendant denies the allegations of this paragraph.

WHEREFORE, ISP Defendant prays for the following relief:

A.     That judgment enter for ISP Defendant and against Plaintiffs with respect to this Count and that Plaintiffs' requested relief be denied in its entirety;

B.     That ISP Defendant be awarded its costs and reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 515, and costs pursuant to 28 U.S.C. § 1920; and

C.     For such further relief as the Court deems just and proper.

## GENERAL DENIAL

Each and every allegation of the Complaint not specifically admitted is hereby denied.

P-K000100

## AFFIRMATIVE DEFENSES AND ADDITIONAL DENIALS

1.      The Complaint is barred, in whole or in part, by the doctrine of copyright misuse. Specifically, but without limitation, Plaintiffs' filing of this case, putative strategies for protecting their copyrights, general litigation strategies and intentional disregard of the Digital Millennium Copyright Act ("DMCA") (including the rights and safeguards it affords to both copyright owners and internet service providers) show a clear intent by Plaintiffs to use their copyrights for a purpose other than which they were intended.  Specifically, but without limitation, Plaintiffs are using their copyrights and this lawsuit (along with a score of other lawsuits filed around the country) to extract settlement payments from innocent parties like ISP Defendant, instead of working within the structures of the DMCA to properly protect their copyrights.  On information and belief, over the course of 12 months, the Plaintiffs have filed at least 18 near-identical litigations seeking not to protect their legitimate rights, but rather because they seek to use the harassment value of such litigations as a way to secure lucrative settlements from the defendants.  The Plaintiffs' actions in failing to follow the DMCA's takedown process or work cooperatively with defendants to ensure the removal of allegedly infringing materials are not the actions of rightsholders looking to legitimately protect their interests.  Additionally, on information and belief, the Plaintiffs made no effort to consider whether the individuals who posted materials to websites referenced in the Complaint were protected by the doctrine of fair use.

2.      The Complaint is barred, in whole or in part, and Plaintiffs are barred from equitable recovery, by the doctrine of unclean hands.  Specifically, but without limitation, Plaintiffs' filing of this case, putative strategies at protecting their copyrights, trademarks and business, general litigation strategies and intentional disregard of statutory and judicial law

P-K000101

(including the rights and safeguards afforded to both intellectual property owners and internet service providers) show a clear intent by Plaintiffs to use their intellectual property rights and the legal system for purposes other than which they were intended. Specifically, but without limitation, Plaintiffs are using their intellectual property rights, the court system and this lawsuit (along with numerous other lawsuits filed around the country) to extract settlement payments from innocent parties like ISP Defendant, instead of working within the structures of law to properly protect their rights. Additionally, on information and belief, certain of the files in suit were uploaded by the Plaintiffs' own affiliates.

3. ISP Defendant's actions and omissions as alleged, which ISP Defendant denies, constitute fair use, and as such, the Complaint, in whole or in part, must fail. Specifically, but without limitation, the appearance of Plaintiffs' trademarks and trade names used in conjunction or relation with Plaintiffs' actual works constitute traditional fair use and/or nominative fair use. In addition, the Plaintiffs have failed to properly consider whether the individuals posting to the websites referenced in the Complaint were entitled to do so under the doctrine of fair use.

4. The Complaint is barred, in whole or in part, by lack of scienter and/or because the alleged infringement was innocent. Specifically, but without limitation, to the extent that ISP Defendant engaged in the infringement of Plaintiffs' intellectual property rights, which ISP Defendant denies, such infringement was unintentional and without knowledge and therefore ISP Defendant is either not liable for such infringements or the damages that may be obtained against it are limited.

5. The Complaint is barred, in whole or in part, because any damages to Plaintiffs were not the proximate result of ISP Defendant's actions or omissions. Specifically, but without limitation, ISP Defendant engaged in no conduct or omissions which resulted in any damages to

22

P-K000102

Plaintiffs which were a natural, direct and uninterrupted consequence of their actions or omissions. To the contrary, to the extent Plaintiffs suffered any damages, they were as a result of the actions and omissions of third parties (e.g., those individuals who allegedly uploaded Plaintiffs' works, trademarks and trade names).

6. The Complaint is barred, in whole or in part, because ISP Defendant does not exercise any control over (and could not possibly exercise control over) the content that appears at the websites at issue in this litigation and allegations to the contrary violate Plaintiffs' duties of reasonable investigation under F.R.C.P. 11. **ISP Defendant is only a provider of internet connectivity.**

7. Plaintiffs are not entitled to injunctive relief because they have not suffered irreparable harm. Specifically, but without limitation, to the extent that Plaintiffs have suffered any harm, which ISP Defendant denies, any such harm can be fully remedied by monetary damages only.

8. Plaintiffs cannot recover damages from ISP Defendant to the extent that damages alleged by Plaintiffs are speculative or uncertain. Specifically, but without limitation, Plaintiffs are not entitled to actual damages because it is impossible with any certainty to demonstrate that they lost any actual profits from the alleged infringement or that ISP Defendant made any profits attributable directly to the alleged infringement.

9. Plaintiffs cannot recover damages from ISP Defendant to the extent that Plaintiffs failed to mitigate their alleged damages. Specifically, but without limitation, to the extent that Plaintiffs failed to promptly report any alleged infringement they learned about on the websites at issue in this litigation and therefore allowed such alleged infringements to stay on such websites, Plaintiffs failed to mitigate their alleged damages.

P-K000103

10.     Plaintiffs have failed to comply with the requirements of the Digital Millennium Copyright Act ("DMCA") and, as such, the Complaint must fail in whole or in part. Specifically, but without limitation, ISP Defendant is entitled to the safe harbors of the DMCA and ISP Defendant is not liable for monetary relief or injunctive relief (except as explicitly provided therein) unless the conditions of the DMCA have been met, including, without limitation, that Plaintiffs first notify ISP Defendant of a claimed infringement and afford the proper time for ISP Defendant to respond to such notification.  In addition, on information and belief, the Plaintiffs failed to consider the fair use doctrine before sending takedown notices and/or initiating the present litigation.

11.     ISP Defendant is entitled to the safe harbor of the Digital Millennium Copyright Act and, as such, the Complaint must fail in whole or in part.  Specifically, but without limitation, ISP Defendant has, *inter alia*, registered an agent with the copyright office for the receipt of takedown notices, did not know of any specific instances of infringement on the websites and when it receives knowledge or notification works expeditiously to remove such instances, accommodates and does not interfere with standard technical measures to protect copyrights, has adopted, reasonably implemented and informed users of a repeat infringer policy and does not receive financial benefit directly attributable to any allegedly infringing material.

12.     The Complaint fails in whole or in part because the alleged infringements were neither the result of the actions of ISP Defendant, nor within ISP Defendant's reasonable control. Specifically, but without limitation, if any material was available on the websites at issue in this litigation infringed upon Plaintiffs' rights, they were not made available by ISP Defendant and could not be reasonably controlled by ISP Defendant.  Under precedent from this Court, the

P-K000104

actions of the ISP Defendant do not constitute direct infringement or any other form of infringement.

13.     ISP Defendant's actions and omissions were lawful, justified and privileged. Specifically, but without limitation, ISP Defendant acted in all times in accordance with the provisions of the Digital Millennium Copyright Act and therefore cannot be liable for claims of copyright infringement.  Furthermore, ISP Defendant cannot be liable for the actions and omissions of the users, who are third parties not controlled by ISP Defendant, of the websites owned and operated by third parties not controlled by ISP Defendant.

14.     The Complaint fails, in whole or in part, because ISP Defendant lacked the necessary volition required to state a claim for direct copyright infringement.  Specifically, but without limitation, because ISP Defendant itself did not make available any of the allegedly infringing works on the websites, but on the contrary such works were uploaded to third-party owned and operated websites by yet other third parties, ISP Defendant cannot be liable for direct copyright infringement.

15.     Without admitting that the Complaint states a claim, any remedies are limited to prevent an overlapping or duplicative recovery pursuant to the various claims against ISP Defendant or for any alleged single wrong.  Specifically, but without limitation, Plaintiffs have alleged multiple alternative theories of liabilities against ISP Defendant for the same single alleged wrongs, and are not entitled to multiple damages for the same as they would constitute overlapping or duplicative recovery.

ISP Defendant has not knowingly or intentionally waived any applicable affirmative defenses and reserves the right to assert and rely on such other applicable affirmative defenses as may become available or apparent during discovery proceedings.  ISP Defendant further reserves

P-K000105

the right to amend its answer and/or affirmative defenses accordingly and/or to delete affirmative

defenses that it determines are not applicable during the course of subsequent discovery.

**ISP DEFENDANT DEMANDS A TRIAL BY JURY ON ALL CLAIMS SO TRIABLE**

**Respectfully submitted:**

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cobbeddy.com

*Attorney for IP Transit, Inc.*

Dated: February 9, 2016

P-K000106

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the attached service list this 9th day of February, 2016.

/s/ Brady J. Cobb
Brady J. Cobb

P-K000107

## SERVICE LIST

**1:16-cv-20191-RNS**

Aaron Behar, Esquire
Jaclyn Behar, Esquire
BEHAR BEHAR
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
AB@BeharBehar.com
JB@BeharBehar.com

P-K000108