Exhibit 9

简体中文　English　Français　Русский　Español　العربية　Portuguese




webzilla.com　　**Lookup**

## Showing results for: webzilla.com

Original Query: webzilla.com

# Contact Information

### Registrant Contact

Name: Konstantin Bezruchenko
Organization: Webzilla Inc (TM Web Properties LTD)
Mailing Address: 20801 Biscayne Boulevard, Aventura FL 33180 US
Phone: +1.9542373587
Ext:
Fax: +1.9543022771
Fax Ext:
Email:bk@webzilla.com

### Tech Contact

Name: Konstantin Bezruchenko

### Admin Contact

Name: Konstantin Bezruchenko
Organization: Webzilla Inc (TM Web Properties LTD)
Mailing Address: 20801 Biscayne Boulevard, Aventura FL 33180 US
Phone: +1.9542373587
Ext:
Fax: +1.9543022771
Fax Ext:
Email:bk@webzilla.com

P-I000046

Organization: Webzilla Inc (TM Web Properties LTD)
Mailing Address: 20801 Biscayne Boulevard, Aventura FL 33180 US
Phone: +1.9542373587
Ext:
Fax: +1.9543022771
Fax Ext:
Email:bk@webzilla.com

## Registrar

WHOIS Server: whois.moniker.com
URL: http://www.moniker.com
Registrar: Moniker Online Services LLC
IANA ID: 228
Abuse Contact Email:abuse@moniker.com
Abuse Contact Phone: +1.9546071294

## Status

Domain Status:clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status:clientTransferProhibited
https://icann.org/epp#clientTransferProhibited

## Important Dates

Updated Date: 2016-04-12
Created Date: 1998-12-03
Registration Expiration Date: 2024-12-02

## Name Servers

ns1.webzilla.com
ns2.webzilla.com
ns3.webzilla.com

## Raw WHOIS Record

P-I000047

```
Domain Name: webzilla.com
Registry Domain ID: 2624108_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2016-04-12T21:00:39.0Z
Creation Date: 1998-12-03T05:00:00.0Z
Registrar Registration Expiration Date: 2024-12-02T05:00:00.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Konstantin Bezruchenko
Registrant Organization: Webzilla Inc (TM Web Properties LTD)
Registrant Street: 20801 Biscayne Boulevard
Registrant Street: Suite 403
Registrant City: Aventura
Registrant State/Province: FL
Registrant Postal Code: 33180
Registrant Country: US
Registrant Phone: +1.9542373587
Registrant Phone Ext:
Registrant Fax: +1.9543022771
Registrant Fax Ext:
Registrant Email: bk@webzilla.com
Registry Admin ID: Not Available From Registry
Admin Name: Konstantin Bezruchenko
Admin Organization: Webzilla Inc (TM Web Properties LTD)
Admin Street: 20801 Biscayne Boulevard
Admin Street: Suite 403
Admin City: Aventura
Admin State/Province: FL
Admin Postal Code: 33180
Admin Country: US
Admin Phone: +1.9542373587
Admin Phone Ext:
```

P-I000048

```
Admin Fax: +1.9543022771
Admin Fax Ext:
Admin Email: bk@webzilla.com
Registry Tech ID: Not Available From Registry
Tech Name: Konstantin Bezruchenko
Tech Organization: Webzilla Inc (TM Web Properties LTD)
Tech Street: 20801 Biscayne Boulevard
Tech Street: Suite 403
Tech City: Aventura
Tech Postal Code: 33180
Tech State/Province: FL
Tech Country: US
Tech Phone: +1.9542373587
Tech Phone Ext:
Tech Fax: +1.9543022771
Tech Fax Ext:
Tech Email: bk@webzilla.com
Registry Billing ID: Not Available From Registry
Billing Name: Konstantin Bezruchenko
Billing Organization: Webzilla Inc (TM Web Properties LTD)
Billing Street: 20801 Biscayne Boulevard
Billing Street: Suite 403
Billing City: Aventura
Billing State/Province: FL
Billing Postal Code: 33180
Billing Country: US
Billing Phone: +1.9542373587
Billing Phone Ext:
Billing Fax: +1.9543022771
Billing Fax Ext:
Billing Email: bk@webzilla.com
Name Server: ns1.webzilla.com
Name Server: ns2.webzilla.com
Name Server: ns3.webzilla.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-07-19T18:46:03.0Z <<<
```

P-I000049

```
For more information on Whois status codes, please visit https://www.icann.org/epp

Please register your domains at; http://www.moniker.com
This data is provided by
for information purposes, and to assist persons obtaining information
about or related to domain name registration records.
 does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you will use this data
only for lawful purposes and that, under no circumstances, you will
use this data to
1) allow, enable, or otherwise support the transmission of mass
   unsolicited, commercial advertising or solicitations via E-mail
   (spam) or
2) enable high volume, automated, electronic processes that apply
   to this WHOIS server.
These terms may be changed without prior notice.
By submitting this query, you agree to abide by this policy.
```

**Submit a Complaint for WHOIS**
[WHOIS Inaccuracy Complaint Form](#)
[WHOIS Service Complaint Form](#)

[WHOIS Compliance FAQs](#)

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

P-I000050