# Exhibit 10



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
DEDICATED SERVERS INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P11000039978 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 04/25/2011 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 07/16/2012 |
| **Event Effective Date** | NONE |

**Principal Address**

2777 Stemmons Fwy.
Suite 1655
Dallas, FL 75207

Changed: 01/18/2014

**Mailing Address**

2777 Stemmons Fwy.
Suite 1655
Dallas, FL 75207

Changed: 01/18/2014

**Registered Agent Name & Address**

INCORPORATED NOW INC
6750 N. Andrews Ave.
Suite 200
Fort Lauderdale, FL 33309

Address Changed: 02/04/2015

**Officer/Director Detail**

**Name & Address**

Title D

MISHRA, RAJESH K
2777 N Stemmons Fwy.

P-E000140

Suite 1655
Dallas, TX 75207

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2014 | 01/18/2014 |
| 2015 | 02/04/2015 |
| 2016 | 03/24/2016 |

**Document Images**

| | |
| --- | --- |
| 03/24/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/30/2013 -- ANNUAL REPORT | View image in PDF format |
| 07/16/2012 -- Amendment | View image in PDF format |
| 02/22/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2011 -- Domestic Profit | View image in PDF format |

FLORIDA DEPARTMENT OF STATE — DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
IP TRANSIT INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P09000064840 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 07/30/2009 |
| **Effective Date** | 04/17/2008 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 05/24/2010 |
| **Event Effective Date** | NONE |

**Principal Address**

2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 01/17/2014

**Mailing Address**

2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 01/17/2014

**Registered Agent Name & Address**

INCORPORATE NOW INC.
6750 N. Andrews Ave.
Suite 200
Fort Lauderdale, FL 33309

Name Changed: 02/28/2010

Address Changed: 03/31/2013

**Officer/Director Detail**

**Name & Address**

Title VP

P-E000142

Bezruchenko, Kostyantyn
2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2014 | 01/17/2014 |
| 2015 | 02/04/2015 |
| 2016 | 02/23/2016 |

**Document Images**

| | |
|---|---|
| 02/23/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/22/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2011 -- ANNUAL REPORT | View image in PDF format |
| 05/24/2010 -- Amendment | View image in PDF format |
| 02/28/2010 -- ANNUAL REPORT | View image in PDF format |
| 07/30/2009 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

FLORIDA DEPARTMENT OF STATE                                                           DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

## Detail by Entity Name

Florida Profit Corporation
WZ COMMUNICATIONS INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P09000095109 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 11/19/2009 |
| **Effective Date** | 03/05/2008 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

2777 N Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 04/30/2017

**Mailing Address**

110 E. Broward Blvd.
Suite 1700
Fort Lauderdale, FL 33301

Changed: 04/30/2017

**Registered Agent Name & Address**

INCORPORATE NOW INC.
512 Lucerne Ave
Lake Worth, FL 33460

Address Changed: 04/30/2017

**Officer/Director Detail**

**Name & Address**

Title D

Bezruchenko, Kostyantyn
2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

P-E000498

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 01/30/2015 |
| 2016 | 03/24/2016 |
| 2017 | 04/30/2017 |

**Document Images**

| | |
|---|---|
| 04/30/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/20/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2011 -- ANNUAL REPORT | View image in PDF format |
| 03/01/2010 -- ANNUAL REPORT | View image in PDF format |
| 11/19/2009 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

P-E000499