# Exhibit 11



# INVESTOR FAQ
## Got questions?

- **+** WHICH COMPANIES ARE PARTS OF XBT HOLDING?
- **−** WHERE ARE THE HOLDING'S FACILITIES AND OFFICES LOCATED?

  The Holding's facilities are located in the US (Dallas), Europe (Amsterdam, Luxembourg) and Asia (Singapore, Hyderabad). The offices are in Amersfoort (The Netherlands) and in Fort Lauderdale (Florida, US).

- **+** WHAT IS THE HOLDING'S CORPORATE STATUS?
- **+** HOW MANY EMPLOYEES DOES THE XBT HOLDING HAVE?
- **+** WHO ARE XBT HOLDING'S COMPETITORS?
- **+** WHO ARE XBT HOLDING'S CUSTOMERS?
- **+** WHO ARE XBT HOLDING'S PARTNERS?
- **+** DOES XBT HAVE A PUBLIC OFFERING?
- **+** HOW CAN I INVEST IN XBT? CAN I PURCHASE STOCK DIRECTLY FROM THE COMPANY?
- **+** DOES XBT HOLDING PAY A CASH DIVIDEND?
- **+** HOW DO I CONTACT XBT HOLDING INVESTOR RELATIONS?
- **+** WHEN DOES XBT HOLDING'S FISCAL YEAR END?
- **+** HOW CAN I VIEW THE QUARTERLY AND ANNUAL REPORTS ONLINE?
- **+** WHO ARE XBT HOLDING'S INDEPENDENT AUDITORS?

**Don't see the answer you need?**

Feel free to contact our XBT team.

CONTACT US ❯





Copyright © 2011-2015 XBT Holding, S.A. All Rights Reserved | Sitemap

P-B000029