# Exhibit 15

*Gubarev et al. v. BuzzFeed, Inc. et al.*

**Privilege Log of Documents Withheld by BuzzFeed, Inc. Based on Reporter's Privilege**

| DOCUMENT NUMBER | PRIVILEGE BASIS | DATE | FROM | TO | CC | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1 | Confidential source | 1/11/2017 | Greg Bensinger | Ken Bensinger | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege, as defined in BuzzFeed's response to Plaintiffs' Requests for Production. |
| 2 | Confidential source | 1/26/2017-2/7/2017 | Ken Bensinger | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 3 | Confidential source | Redacted | Ken Bensinger | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 4 | Confidential source | Redacted | Ken Bensinger | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 5 | Confidential source | 1/26/2017 | Ken Bensinger | N/A | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 6 | Confidential source | 1/23/2017 | Anthony Cormier | Heidi Blake | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 7 | Confidential source | 1/23/2017 | Heidi Blake | Anthony Cormier | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 8 | Confidential source | 1/23/2017 | Anthony Cormier | Heidi Blake | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 9 | Confidential source | 1/23/2017 | Heidi Blake | Anthony Cormier | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 10 | Confidential source | 1/10/2017 | Confidential source | Miriam Elder | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 11 | Confidential source | 1/10/2017 | Miriam Elder | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 12 | Confidential source | 1/23/2017 | Anthony Cormier | Miriam Elder | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |

*Gubarev et al. v. BuzzFeed, Inc. et al.*

Privilege Log of Documents Withheld by BuzzFeed, Inc. Based on Reporter's Privilege

| DOCUMENT NUMBER | PRIVILEGE BASIS | DATE | FROM | TO | CC | DESCRIPTION |
|---|---|---|---|---|---|---|
| 13 | Confidential source | 1/23/2017 | Miriam Elder | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 14 | Confidential source | 1/24/2017 | Confidential source | Miriam Elder | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 15 | Confidential source | 1/24/2017 | Miriam Elder | Sheera Frenkel | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 16 | Confidential source | 1/24/2017 | Sheera Frenkel | Miriam Elder | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 17 | Confidential source | 1/24/2017 | Miriam Elder | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 18 | Confidential source | 1/24/2017 | Confidential source | Miriam Elder | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 19 | Confidential source | 1/24/2017 | Miriam Elder | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 20 | Confidential source | 1/23/2017 | Stuart Millar | Janine Gibson | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 21 | Confidential source | 1/11/2017 | Tom Namako | Mark Schoofs | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 22 | Confidential source | 1/11/2017 | Mark Schoofs | Tom Namako | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 23 | Confidential source | 1/11/2017 | Tom Namako | Mark Schoofs | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 24 | Confidential source | 2/5/2017 | Mark Schoofs | Mark Schoofs | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 25 | Confidential source | 1/17/2017 | Alex Campbell | John Templon; Anthony Cormier; Jeremy Singer-Vine | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |

*Gubarev et al. v. BuzzFeed, Inc. et al.*
Privilege Log of Documents Withheld by BuzzFeed, Inc. Based on Reporter's Privilege

| DOCUMENT NUMBER | PRIVILEGE BASIS | DATE | FROM | TO | CC | DESCRIPTION |
|---|---|---|---|---|---|---|
| 26 | Confidential source | 1/17/2017 | John Templon | Alex Campbell | Anthony Cormier; Jeremy Singer-Vine | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 27 | Confidential source | 1/23/2017 | Alex Campbell | John Templon; Anthony Cormier; Jeremy Singer-Vine | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 28 | Confidential source | 1/23/2017 | Anthony Cormier | Alex Campbell | John Templon Jeremy Singer-Vine | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 29 | Confidential source | 1/25/2017 | Alex Campbell | John Templon; Anthony Cormier; Jeremy Singer-Vine | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 30 | Confidential source | 1/25/2017 | Jeremy Singer-Vine | Alex Campbell | John Templon; Anthony Cormier | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 31 | Confidential source | 1/27/2017 | Alex Campbell | Jeremy Singer-Vine | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 32 | Confidential source | 1/27/2017 | Jeremy Singer-Vine | Alex Campbell | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 33 | Confidential source | 1/27/2017 | John Templon | Anthony Cormier; Jeremy Singer-Vine; Alex Campbell | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 34 | Confidential source | 1/27/2017 | John Templon | Anthony Cormier; Jeremy Singer-Vine; Alex Campbell | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 35 | Confidential source | 1/27/2017 | John Templon | Anthony Cormier; Jeremy Singer-Vine; Alex Campbell | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 36 | Confidential source | 1/27/2017 | John Templon | Anthony Cormier; Jeremy Singer-Vine; Alex Campbell | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 37 | Confidential source | 1/10/2017 | Ben Smith | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 38 | Confidential source | 1/11/2017 | Confidential source | Ben Smith | Ali Watkins | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |

*Gubarev et al. v. BuzzFeed, Inc. et al.*

Privilege Log of Documents Withheld by BuzzFeed, Inc. Based on Reporter's Privilege

| DOCUMENT NUMBER | PRIVILEGE BASIS | DATE | FROM | TO | CC | DESCRIPTION |
|---|---|---|---|---|---|---|
| 39 | Confidential source | 1/17/2017 | Ben Smith | Confidential source | Kate Nocera | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 40 | Confidential source | 1/17/2017 | Confidential source | Ben Smith | Kate Nocera | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 41 | Confidential source | 2/1/2017 | Ali Watkins | Ben Smith | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 42 | Confidential source | 2/1/2017 | Ben Smith | Ali Watkins | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 43 | Confidential source | 1/23/2017 | Ben Smith | Stuart Millar; Anthony Cormier; Heidi Blake | Ken Bensinger; Mark Schoofs; Miriam Elder; Jessica Garrison | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 44 | Confidential source | 1/23/2017 | Heidi Blake | Ben Smith | Ken Bensinger; Mark Schoofs; Miriam Elder; Stuart Millar; Jessica Garrison; Anthony Cormier | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 45 | Confidential source | 1/23/2017 | Ben Smith | Meredith Kennedy | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 46 | Confidential source | 1/23/2017 | Ben Smith | Heidi Blake | Ken Bensinger; Mark Schoofs; Miriam Elder; Stuart Millar; Ariel Kaminer; Jessica Garrison; Anthony Cormier | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |

*Gubarev et al. v. BuzzFeed, Inc. et al.*
Privilege Log of Documents Withheld by BuzzFeed, Inc. Based on Reporter's Privilege

| DOCUMENT NUMBER | PRIVILEGE BASIS | DATE | FROM | TO | CC | DESCRIPTION |
|---|---|---|---|---|---|---|
| 47 | Confidential source | 1/23/2017 | Stuart Millar | Ben Smith | Ken Bensinger Mark Schoofs Miriam Elder Stuart Millar Ariel Kaminer Jessica Garrison Anthony Cormier Heidi Blake | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 48 | Confidential source | 1/23/2017 | Ben Smith | Miriam Elder | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 49 | Confidential source | 1/23/2017 | Miriam Elder | Stuart Millar | Ben Smith; Ken Bensinger; Mark Schoofs; Ariel Kaminer; Jessica Garrison; Anthony Cormier; Heidi Blake | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 50 | Confidential source | 1/23/2017 | Miriam Elder | Ben Smith | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 51 | Confidential source | 1/23/2017 | Anthony Cormier | Ben Smith | Ken Bensinger; Mark Schoofs; Miriam Elder; Stuart Millar; Ariel Kaminer; Jessica Garrison; Heidi Blake | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 52 | Confidential source | 1/23/2017 | Miriam Elder | Anthony Cormier | Ben Smith; Ken Bensinger; Mark Schoofs; Stuart Millar; Ariel Kaminer; Jessica Garrison; Anthony Cormier | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |

*Gubarev et al. v. BuzzFeed, Inc. et al.*

Privilege Log of Documents Withheld by BuzzFeed, Inc. Based on Reporter's Privilege

| DOCUMENT NUMBER | PRIVILEGE BASIS | DATE | FROM | TO | CC | DESCRIPTION |
|---|---|---|---|---|---|---|
| 53 | Confidential source | 1/23/2017 | Heidi Blake | Miriam Elder | Ben Smith; Ken Bensinger; Mark Schoofs; Stuart Millar; Ariel Kaminer; Jessica Garrison; Heidi Blake | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 54 | Confidential source | 1/23/2017 | Miriam Elder | Heidi Blake | Ben Smith; Ken Bensinger; Mark Schoofs; Stuart Millar; Ariel Kaminer; Jessica Garrison; Anthony Cormier | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 55 | Confidential source | 1/23/2017 | Anthony Cormier | Heidi Blake | Ben Smith; Ken Bensinger; Mark Schoofs; Miriam Elder; Stuart Millar; Ariel Kaminer; Jessica Garrison | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 56 | Confidential source | 1/26/2017 | Miriam Elder | Ken Bensinger | Ben Smith; Anthony Cormier | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 57 | Confidential source | 1/10/2017 | Confidential source | Aram Roston | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 58 | Confidential source | 1/3/2017 | Ken Bensinger | Heidi Blake | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 59 | Confidential source | 1/17/2017 | Miriam Elder | Alberto Nardelli | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 60 | Confidential source | 1/4/2017 | Miriam Elder | Ali Watkins | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| 61 | Confidential source | 1/4/2017-1/12/2017 | Mark Schoofs | Ali Watkins | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |