# Exhibit 16

*Gubarev et al. v. BuzzFeed, Inc. et al.*

**Privilege Log of Documents Redacted by BuzzFeed, Inc. Based on Reporter's Privilege**

| BEGINNING BATES NO. | END BATES NO. | PRIVILEGE BASIS | DATE | FROM | TO | CC | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| BuzzFeed_000017 | BuzzFeed_000021 | Confidential source | 12/23-12/24/2016 | Ken Bensinger | Jessica Garrison | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege, as defined in BuzzFeed's response to Plaintiffs' Requests for Production. |
| BuzzFeed_000022 | BuzzFeed_000028 | Attorney-Client; Confidential source | 1/10/2017-1/11/2017 | Ken Bensinger | Jessica Garrison | | Confidential communication seeking legal advice, or containing legal advice that reflects the mental impressions, conclusions, opinion and/or legal theories of counsel for BuzzFeed and/or Ben Smith; Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_000030 | BuzzFeed_000030 | Confidential source | 1/24/2017 | Ken Bensinger | Jessica Garrison | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_000031 | BuzzFeed_000032 | Confidential source | 1/7/2017-1/10/2017 | Ken Bensinger | Stuart Millar | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_001692 | BuzzFeed_001692 | Confidential source | 1/10/2017-1/11/2017 | Miriam Elder | Sheera Frenkel | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_001693 | BuzzFeed_001693 | Confidential source | 1/13/2017 | Sheera Frenkel | Miriam Elder | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_001703 | BuzzFeed_001704 | Confidential source | 1/5/2017-1/12/2017 | Alberto Nardelli | Miriam Elder | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_001706 | BuzzFeed_001711 | Confidential source | 1/7/2017-1/12/2017 | Miriam Elder | Ali Watkins | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_001712 | BuzzFeed_001712 | Confidential source | 1/11/2017 | Miriam Elder | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_001719 | BuzzFeed_001728 | Confidential source | 12/21/2016-1/10/2017 | Mark Schoofs | Ben Smith | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |

*Gubarev et al. v. BuzzFeed, Inc. et al.*

Privilege Log of Documents Redacted by BuzzFeed, Inc. Based on Reporter's Privilege

| BEGINNING BATES NO. | END BATES NO. | PRIVILEGE BASIS | DATE | FROM | TO | CC | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| BuzzFeed_001731 | BuzzFeed_001731 | Confidential source | 1/11/2017; 1/15/2017 | Ben Smith | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_001790 | BuzzFeed_001792 | Confidential source | 1/23/2017 | Ken Bensinger | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_001829 | BuzzFeed_001832 | Confidential source | 1/24/2017 | Confidential source | Ken Bensinger | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_001848 | BuzzFeed_001851 | Confidential source | 1/30/2017 | Confidential source | Ken Bensinger | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_001852 | BuzzFeed_001856 | Confidential source | 1/30/2017 | Ken Bensinger | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_001857 | BuzzFeed_001861 | Confidential source | 1/30/2017 | Confidential source | Ken Bensinger | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_001865 | BuzzFeed_001865 | Confidential source | 1/15/2017 | Confidential source | Ken Bensinger | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_002097 | BuzzFeed_002109 | Confidential source | 1/11/2017 | Miriam Elder | Ali Watkins | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_002245 | BuzzFeed_002246 | Confidential source | 1/20/2017 | Hayes Brown | Craig Silverman; Miriam Elder | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_002283 | BuzzFeed_002285 | Confidential source | 2/1/2017 | Ali Watkins | Miriam Elder | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_002392 | BuzzFeed_002392 | Confidential source | 1/11/2017 | Mark Schoofs | Tom Namako | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_002398 | BuzzFeed_002399 | Confidential source | 1/11/2017 | Tom Namako | Mark Schoofs | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_003263 | BuzzFeed_003264 | Confidential source | 1/30/2017 | Confidential source | Jeremy Singer-Vine | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |

*Gubarev et al. v. BuzzFeed, Inc. et al.*

Privilege Log of Documents Redacted by BuzzFeed, Inc. Based on Reporter's Privilege

| BEGINNING BATES NO. | END BATES NO. | PRIVILEGE BASIS | DATE | FROM | TO | CC | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| BuzzFeed_003265 | BuzzFeed_003266 | Confidential source | 2/6/2017 | Jeremy Singer-Vine | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_003267 | BuzzFeed_003269 | Confidential source | 2/7/2017 | Confidential source | Jeremy Singer-Vine | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_003270 | BuzzFeed_003272 | Confidential source | 2/8/2017 | Jeremy Singer-Vine | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_003273 | BuzzFeed_003276 | Confidential source | 2/8/2017 | Confidential source | Jeremy Singer-Vine | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_004048 | BuzzFeed_004048 | Confidential source | 12/23/2016 | Ben Smith | Aram Roston; Mark Schoofs | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_004189 | BuzzFeed_004191 | Confidential source | 1/11/2017 | Mark Schoofs | Ben Smith; Miriam Elder | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_004493 | BuzzFeed_004493 | Confidential source | 1/12/2017 | Ben Smith | William F. B. O'Reilly | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_004497 | BuzzFeed_004497 | Confidential source | 1/12/2017 | William F.B. O'Reilly | Ben Smith | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_004606 | BuzzFeed_004606 | Confidential source | 1/12/2017 | Confidential source | Ben Smith | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_004607 | BuzzFeed_004607 | Confidential source | 1/12/2017 | Confidential source | Ben Smith | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_004608 | BuzzFeed_004608 | Confidential source | 1/12/2017 | Ben Smith | Carole Robinson; Katie Rayford; Mark Schoofs; Mat Honan; Miriam Elder; Shani Hilton; | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_004609 | BuzzFeed_004609 | Confidential source | 1/12/2017 | Ben Smith | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |

*Gubarev et al. v. BuzzFeed, Inc. et al.*
Privilege Log of Documents Redacted by BuzzFeed, Inc. Based on Reporter's Privilege

| BEGINNING BATES NO. | END BATES NO. | PRIVILEGE BASIS | DATE | FROM | TO | CC | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| BuzzFeed_004610 | BuzzFeed_004610 | Confidential source | 1/12/2017 | Confidential source | Ben Smith | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_004612 | BuzzFeed_004612 | Confidential source | 1/12/2017 | Shani Hilton | Ben Smith | Carole Robinson; Katie Rayford; Mark Schoofs; Mat Honan; Miriam Elder | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_004613 | BuzzFeed_004614 | Confidential source | 1/12/2017 | Carole Robinson | Shani Hilton | Ben Smith; Katie Rayford; Mark Schoofs; Mat Honan; Miriam Elder | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_004621 | BuzzFeed_004622 | Confidential source | 1/12/2017 | Mark Schoofs | Carole Robinson | Shani Hilton; Ben Smith; Katie Rayford; Mat Honan | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_006684 | BuzzFeed_006684 | Confidential source | 2/8/2017 | Confidential source | Ben Smith | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_006685 | BuzzFeed_006685 | Confidential source | 2/8/2017 | Ben Smith | Confidential source | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_006686 | BuzzFeed_006686 | Confidential source | 2/8/2017 | Confidential source | Ben Smith | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |
| BuzzFeed_007745 | BuzzFeed_007745 | Confidential source | 12/30/2016 | Ben Smith | Mark Schoofs | | Confidential communication containing information that is protected from disclosure by the Reporter's Privilege. |