Exhibit
17

# The November Team
## Strategic Persuasion

(http://novemberteam.com/) 



# WILLIAM F. B. O'REILLY

B ill O'Reilly (http://en.wikipedia.org/wiki/William_F._B._O%27Reilly) has been delivering successful corporate and political communications strategies for more than 25 years. He is a top writer in the industry, and he has built deep and trusted professional relationships with members of the news media. Campaigns and Elections magazine called Bill, "widely respected among reporters as tough but fair."

Bill has served as a spokesman for dozens of candidates, causes, and private corporations over the years. His writing in behalf of clients has appeared in newspapers and magazines across the country, and his personal observations are available in a twice-weekly column for Newsday and AMNY. He is co-host of a weekly public affairs television show called "Newsbreakers" that appears throughout New York's Hudson Valley on FIOS 1.

Bill is a former board member of the American Association of Political Consultants and he is a current board member at The William F. Buckley Jr. Program at Yale. He and his wife, Corrinne, live in Westchester County, NY and have three daughters.

Bill@NovemberTeam.com

212-396-9117

@wfbor

  (https://twitter.com/search?q=%40wfbor&src=typd)

> Follow Bill's column on Newsday!
> (http://www.newsday.com/opinion/columnists/william-f-b-o-reilly)

"Movers and Shakers: O'Reilly someone to watch in 2014"

*The Journal News*

"One of New York State's Top Influencers"

*Campaigns & Elections*

"In a series of canny moves, O'Reilly took a race that seemed like a formality…and pulled off an upset with national implications."

*New York Observer*

"Widely regarded as someone even reporters like to deal with."

*Campaigns & Elections magazine*

"A savvy PR specialist"

*Campaigns & Elections*

"Widely respected among reporters as tough but fair"

*Campaigns & Elections*

Powered by: Website With Brains (http://www.websitewithbrains.com)

THE NOVEMBER TEAM

Box 99, South Salem, NY 10590

✉ info@novemberteam.com

🐦 (https://twitter.com/thenovemberteam) @novemberteam

📞 (212) 457-2738