# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.

    Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH

    Defendants.

**Case No.
0:17-cv-60426-UU**

### DECLARATION OF CONSTANTIN LUCHIAN

I, Constantin Luchian, do declare and state as follows:

1.    My name is Constantin Luchian.  I am over the age of 18 years.  This declaration is based on my personal knowledge and my review of Webzilla, Inc.'s business records.  All statements contained in this declaration are true and correct to the best of my knowledge, if called as a witness, I could and would testify as to the facts set forth in this declaration.

2.    I am a full-time resident of Jupiter, Florida.  I have lived in Florida for over 13 years.

3.    I am the Financial Director for Plaintiff Webzilla, Inc. ("Webzilla"), which is a wholly-owned subsidiary of Plaintiff XBT Holdings S.A. ("XBT"), through an intermediary company XBT Holding Ltd.

4.    I have been the Financial Director of Webzilla since 2009.

5.    Webzilla is incorporated as a domestic for-profit corporation in Florida and has been continuously registered as such with Florida's Division of Corporations since 2009.

Attached hereto as <u>Exhibit 1</u> is a true and correct printout of Webzilla's corporate information from Florida's Division of Corporations website.

6.    I perform all of my duties as the Financial Director of Webzilla from Florida.

7.    Since I have been the Financial Director of Webzilla, Webzilla has always maintained a physical presence in Florida.

8.    That Webzilla has a presence in Florida would be obvious to anyone who simply looked at the Webzilla.com website.  Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the "Contact" page for Webzilla on its website at webzilla.com/contacts.html.

9.    At all times, Webzilla has maintained one or more physical locations in Florida. At various times, that physical location was at a separate office maintained by Webzilla (and sublet from executive office space providers such as Regus); sometimes it was as part of my company Incorporate Now's offices; and sometimes it maintained a presence in both locations.

10.    Although Webzilla temporarily stopped using the address at 110 E. Broward Blvd., Suite 1700, Fort Lauderdale, Florida. for a time, it has recently restarted its contract with Regus, the company that operates the office spaces at that location that Webzilla leased.

11.     In any event, though, whenever I was told that mail had arrived at one of Webzilla's Florida offices, I would personally go to the office to pick up the mail, or have it forwarded to me in Florida.  Even during the year or so that Webzilla did not have an up-to-date contract with Regus at the 110 E. Broward Blvd address, when FedEx or UPS made deliveries to that address, they knew to contact me and they delivered packages to my company, Incorporate Now, which is Webzilla's registered agent in Florida, at its address at 6750 N. Andrews Ave, Suite 200 in Fort Lauderdale, Florida.

12.    The telephone number listed for Webzilla on its website (+1-954-237-3587) has the area code 954, which is an area code for Broward County in Florida.

2

13.     Webzilla gets its Florida based telephone number from the company Vonage. Attached hereto as <u>Exhibit 3</u> are true and correct copies of Vonage's bills for Webzilla's phone number, all listing the address at 110 E. Broward Blvd., Suite 1700, Fort Lauderdale, Florida.

14.     If someone calls the phone number listed for Webzilla on its website, they are calling me, in Florida.

15.     In the past, Webzilla has engaged other personnel based in Florida, including Konstantin Bolotin, who was Webzilla's director of operations through 2013.

16.     I oversee much of Webzilla's accounting from Florida.

17.     Webzilla files tax returns in Florida.  A true and correct copy of the first two pages of a copy of Webzilla's last filed tax return in Florida (with sensitive information blacked out) and its upload confirmation is attached hereto as <u>Exhibit 4</u>.

18.     I am the signatory for Webzilla on its Florida tax returns.

19.     Since 2009, Webzilla has maintained a bank account in Florida with Bank of America.

20.     I am a signatory of Webzilla's bank account in Florida.

21.     Webzilla's Registered Agent is Incorporate Now, with an address at 6750 N. Andrews Ave, Suite 200 in Fort Lauderdale, Florida.

22.     I am an owner, employee and director of Incorporate Now, the registered agent for Webzilla, and when any documents are provided to Webzilla at its registered agent address, I handle those documents.

23.     I am also Webzilla's registered agent to receive notifications of claimed infringement as registered with the United States Copyright Office.  Attached hereto as <u>Exhibit 5</u> is a true copy of that designation filed with the Copyright Office and pulled from its website. The designation lists Webzilla's address as 110 E. Broward Blvd., Suite 1700, Fort Lauderdale, Florida 33301 and lists me as the Agent Designated to Receive Notification of Claimed Infringement.

24.     Webzilla has been involved in a number of lawsuits in the courts in Florida.  For example, Webzilla was named as a defendant in the case *Depicto Commercial Ltd. v. Webzilla LLC et al*, Case No. CACE 13-010329(2) in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida.  Webzilla was also named as a defendant in the case *AMA Multimedia, LLC v. ERA Technologies, Ltd. et al*, Case No. 1:15-cv-24289-FAM (S.D. Fla.) and *Hydentra, L.P. HLP General Partner, Inc. v. ERA Technologies, Ltd. et al.,* Case No. 1:15-cv-24293-MGC (S.D. Fla.).

25.     As Webzilla's Financial Director, I oversee the payments of all invoices to Webzilla and other companies in the XBT family and the sending out of invoices for Webzilla and other companies in the XBT family to their customers from Florida.

26.     The XBT family includes two other Florida incorporated companies, Dedicated Servers Inc. and IP Transit Inc., both of which use Incorporate Now as their registered agent. Both Dedicated Servers Inc. and IP Transit Inc. receive correspondence and bills to addresses in Florida.  Attached hereto as Exhibit 6 is a true and correct printout of Dedicated Servers Inc.'s corporate information from Florida's Division of Corporations website.  Attached hereto as Exhibit 7 is a true and correct printout of IP Transit Inc.'s corporate information from Florida's Division of Corporations website

27.     Attached hereto as Exhibit 8 is true and correct printout of IP Transit's website, which also shows a Florida address and Florida telephone number.

28.     Webzilla has clients in Florida, including, without limitation, ServerClub Inc/Fresh IT Solutions, with an address in Fort Lauderdale, Florida, and 1405 Martin Clary, with an address in Clearwater, Florida.

29.     On January 10, 2017, Buzzfeed published an online article titled "These Reports Allege Trump Has Deep Ties to Russia" (the "Defamatory Article") that contained a "dossier" of information supposedly compiled by a private security company.  When I read the Defamatory

Article, I was in Florida and I was shocked to find that it made statements about Webzilla, XBT and Alexsej Gubarev (XBT's Chairman, CEO and director).

Signed under the pains and penalties of perjury this 27th day of March, 2017.

Constantin Luchian

# Exhibit 1



FLORIDA DEPARTMENT *of* STATE          DIVISION OF CORPORATIONS

[Department of State](#) / [Division of Corporations](#) / [Search Records](#) / [Detail By Document Number](#) /

# Detail by Entity Name

Florida Profit Corporation
WEBZILLA INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P09000064327 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 07/29/2009 |
| **Effective Date** | 07/29/2009 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 07/16/2012 |
| **Event Effective Date** | NONE |

**Principal Address**

2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 01/17/2014

**Mailing Address**

2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 01/17/2014

**Registered Agent Name & Address**

INCORPORATE NOW
6750 N. Andrews Ave.
Suite 200
Fort Lauderdale, FL 33309

Name Changed: 03/01/2010

Address Changed: 03/31/2013

**Officer/Director Detail**
**Name & Address**

Title D

Mishara, Rajesh Kumar
2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Title D

Bezruchenko, Kostyantyn
2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2014 | 01/17/2014 |
| 2015 | 02/04/2015 |
| 2016 | 02/23/2016 |

**Document Images**

| | |
|---|---|
| 02/23/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2013 -- ANNUAL REPORT | View image in PDF format |
| 07/16/2012 -- Amendment | View image in PDF format |
| 02/20/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2011 -- ANNUAL REPORT | View image in PDF format |
| 11/08/2010 -- Amendment | View image in PDF format |
| 04/05/2010 -- Amendment | View image in PDF format |
| 03/01/2010 -- ANNUAL REPORT | View image in PDF format |
| 07/29/2009 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# Exhibit
2



Home > Contact

# Contact Webzilla

## Corporate

### Europe

**WEBZILLA Europe**

Srtawinskylaan 601, 1077XX Amsterdam, The Netherlands

Phone          +31.20.893.2774

### North America

**WEBZILLA INC.**

110 E. Broward Blvd., Suite 1700, Fort Lauderdale, FL 33301, USA

Phone          +1.954.237.3587

### Europe

**WEBZILLA Limited (Cyprus)**

53-55 Agios Athanasios Street, 2nd Floor, Limassol, 4102

Phone          +357.25.345.346

## Sales

Email          sales@webzilla.com

Chat           Live Chat

Skype          awebzilla

## Support

Email          support@webzilla.com

Chat           Live Chat

## Billing Department

Email          billing@webzilla.com

## Acceptable Use Policy

Email          legal@webzilla.com

## Media Inquiries

Email          pr@webzilla.com

## Contact Form

Please fill out the form below to be connected to Webzilla.

First Name *

Last Name *

Email *

Phone

Contact Us

| Company | | Department | Sales ▼ |
|---------|--|------------|---------|

Comments



SUBMIT

WE ARE HERE FOR YOU  24/7/365 | SALES  +31.20.893.2774 | 💬 LIVE CHAT | ✉️ EMAIL US

**WEBZILLA**
About Us
Network
Infrastructure

**SERVICES**
Dedicated Servers
Cloud
Colocation
Managed Services
CDN

**SALES CONTACTS**
Phone  +31.20.893.2774
Email  sales@webzilla.com
Chat  Live Chat
Skype  awebzilla

**SUPPORT CONTACTS**
Email  support@webzilla.com
Chat  Live Chat

**MEDIA**
📰 Newsroom

**LINKS**
XBT Holding Website

**FOLLOW US**

© 2005 - 2016 Webzilla Enterprise Hosting  |  Sitemap  |  Legal

# Exhibit 3



# Summary of Charges

| | | |
|---|---|---|
| **Billing Name:** | CONSTANTIN LUCHIAN | |
| **Billing Address:** | 110 E Broward Blvd<br>Suite 1700<br>Fort Lauderdale, FL 33301<br>UNITED STATES | |

**Account #:**     1008059988

**Billing Period:**  12/27/2016-01/26/2017

### Your charges for this period:

| | |
|---|---|
| **$95.53** | |

This bill cycle ended on 01/26/2017

 **Questions about your bill?**

Visit us at www.vonage.com

| | |
|---|---|
| Monthly Charges | $63.97 |
| Surcharges | $14.94 |
| Government Mandated Taxes & Fees | $16.62 |
| **Final Balance** | $95.53 |





**Charges for**  12/27/2016-01/26/2017

**Account #:**                1008059988

---

## Monthly Charges                                              **$63.97**

| | |
|---|---|
| Residential Premium Unlimited Plan for 1-(954)-237-3587 (27/Jan-26/Feb) | $25.99 |
| Basic Residential FAX Plan for 1-(954)-302-2771 (27/Jan-26/Feb) | $9.99 |
| Vonage World Plan - Additional Line for 1-(954)-333-8989 (27/Jan-26/Feb) | $27.99 |

---

## Usage Summary

### (954) 237-3587

**In Plan Minutes**

   *16 Domestic In Plan Minutes Used*

   *0 Vonage to Vonage Minutes Used*

**Charged Calls**

   *You have no charged calls for this period.*

### (954) 302-2771

**In Plan Minutes**

   *You have not used any In Plan Minutes in this period.*

**Charged Calls**

   *You have no charged calls for this period.*

### (954) 333-8989

**In Plan Minutes**

   *25 Domestic In Plan Minutes Used*

   *0 International In Plan Minutes Used*

   *0 Vonage to Vonage Minutes Used*





## Usage Summary     (Continued)

| Charged Calls |  |
|---|---|
| *You have no charged calls for this period.* |  |

## Surcharges                                                $14.94

| Regulatory, Compliance and Intellectual Property Fee | $8.97 |
|---|---|
| Emergency 911 and Information Services Fee | $5.97 |

## Government Mandated Taxes & Fees          $16.62

| State 911 Fee | $1.20 |
|---|---|
| Sales Tax | $0.00 |
| Federal Program | $8.76 |
| State Gross Receipts Surcharge | $2.08 |
| Local Communications Service Tax | $4.58 |

## Final Balance                                             $95.53

| Final Balance | $95.53 |
|---|---|





**Charges for**   12/27/2016-01/26/2017

**Account #:**          1008059988

## Charged Calls:                                                $0.00





## Summary of Charges

| | | | |
|---|---|---|---|
| **Billing Name:** | CONSTANTIN LUCHIAN | **Account #:** | 1008059988 |
| **Billing Address:** | 110 E Broward Blvd<br>Suite 1700<br>Fort Lauderdale, FL 33301<br>UNITED STATES | **Billing Period:** | 01/27/2016-02/26/2016 |

**Your charges for this period:**

| | |
|---|---|
| **$96.80** | |

This bill cycle ended on 02/26/2016



**Questions about your bill?**

Visit us at www.vonage.com

| | |
|---|---|
| **Monthly Charges** | $63.97 |
| **Surcharges** | $14.94 |
| **Government Mandated Taxes & Fees** | $17.89 |
| **Final Balance** | $96.80 |





**Charges for**  01/27/2016-02/26/2016

**Account #:**                   1008059988

---

## Monthly Charges                                                    **$63.97**

| | |
|---|---|
| Residential Premium Unlimited Plan for 1-(954)-237-3587 (27/Feb-26/Mar) | $25.99 |
| Basic Residential FAX Plan for 1-(954)-302-2771 (27/Feb-26/Mar) | $9.99 |
| Vonage World Plan - Additional Line for 1-(954)-333-8989 (27/Feb-26/Mar) | $27.99 |

---

## Usage Summary

### (954) 237-3587

**In Plan Minutes**

*2 Domestic In Plan Minutes Used*

*0 Vonage to Vonage Minutes Used*

**Charged Calls**

*You have no charged calls for this period.*

### (954) 302-2771

**In Plan Minutes**

*You have not used any In Plan Minutes in this period.*

**Charged Calls**

*You have no charged calls for this period.*

### (954) 333-8989

**In Plan Minutes**

*14 Domestic In Plan Minutes Used*

*0 International In Plan Minutes Used*

*0 Vonage to Vonage Minutes Used*

---





**Charges for**  01/27/2016-02/26/2016

**Account #:**                    1008059988

## Usage Summary     (Continued)

| **Charged Calls** |
| --- |
| *You have no charged calls for this period.* |

## Surcharges                                                         **$14.94**

| Regulatory, Compliance and Intellectual Property Fee | $8.97 |
| --- | --- |
| Emergency 911 and Information Services Fee | $5.97 |

## Government Mandated Taxes & Fees              **$17.89**

| State 911 Fee | $1.20 |
| --- | --- |
| Sales Tax | $0.00 |
| Federal Program | $9.94 |
| State Gross Receipts Surcharge | $2.11 |
| Local Communications Service Tax | $4.64 |

## Final Balance                                                    **$96.80**

| Final Balance | $96.80 |
| --- | --- |





## Charged Calls:                                                      **$0.00**





## Summary of Charges

| | | | |
|---|---|---|---|
| **Billing Name:** | CONSTANTIN LUCHIAN | **Account #:** | 1008059988 |
| **Billing Address:** | 110 E Broward Blvd<br>Suite 1700<br>Fort Lauderdale, FL 33301<br>UNITED STATES | **Billing Period:** | 01/27/2017-02/26/2017 |

**Your charges for this period:**

### $95.53

This bill cycle ended on 02/26/2017



**Questions about your bill?**

Visit us at www.vonage.com

| | |
|---|---|
| **Monthly Charges** | $63.97 |
| **Surcharges** | $14.94 |
| **Government Mandated Taxes & Fees** | $16.62 |
| **Final Balance** | $95.53 |





Charges for  01/27/2017-02/26/2017

Account #:              1008059988

## Monthly Charges                                $63.97

| | |
|---|---|
| Residential Premium Unlimited Plan for 1-(954)-237-3587 (27/Feb-26/Mar) | $25.99 |
| Basic Residential FAX Plan for 1-(954)-302-2771 (27/Feb-26/Mar) | $9.99 |
| Vonage World Plan - Additional Line for 1-(954)-333-8989 (27/Feb-26/Mar) | $27.99 |

## Usage Summary

**(954) 237-3587**

**In Plan Minutes**

*12 Domestic In Plan Minutes Used*

*0 Vonage to Vonage Minutes Used*

**Charged Calls**

*You have no charged calls for this period.*

**(954) 302-2771**

**In Plan Minutes**

*You have not used any In Plan Minutes in this period.*

**Charged Calls**

*You have no charged calls for this period.*

**(954) 333-8989**

**In Plan Minutes**

*21 Domestic In Plan Minutes Used*

*0 International In Plan Minutes Used*

*0 Vonage to Vonage Minutes Used*





**Charges for**  01/27/2017-02/26/2017

**Account #:**                    1008059988

## Usage Summary     (Continued)

**Charged Calls**

*You have no charged calls for this period.*

## Surcharges                                          $14.94

| | |
|---|---|
| Regulatory, Compliance and Intellectual Property Fee | $8.97 |
| Emergency 911 and Information Services Fee | $5.97 |

## Government Mandated Taxes & Fees            $16.62

| | |
|---|---|
| State 911 Fee | $1.20 |
| Sales Tax | $0.00 |
| Federal Program | $8.76 |
| State Gross Receipts Surcharge | $2.08 |
| Local Communications Service Tax | $4.58 |

## Final Balance                                     $95.53

| | |
|---|---|
| Final Balance | $95.53 |





## Charged Calls:                                        **$0.00**





# Estimated Charges

| | | | |
|---|---|---|---|
| **Billing Name:** | CONSTANTIN LUCHIAN | **Account #:** | 1008059988 |
| **Billing Address:** | 110 E Broward Blvd<br>Suite 1700<br>Fort Lauderdale, FL 33301<br>UNITED STATES | **Billing Period:** | 02/27/2017-03/26/2017<br>(Current) |

## Your estimated charges as of 03/21/2017:[1]

| **$95.53** | | |
|---|---|---|
| There are 6 days remaining in your current bill cycle | **Last payment (posted on 02/27/2017)** | $95.53 |
| **Next Automatic Payment** | **Monthly Charges** | $63.97 |
| | **Usage Charges** | $0.00 |
| **Scheduled Date:** 03/27/2017 | **Surcharges** | $14.94 |
| **Payment Method:** American Express | **Government Mandated Taxes & Fees** | $16.62 |
| xxxxxxxxxxx1007 | **Estimated Charges** | $95.53 |



**Questions about your bill?**

Visit us at www.vonage.com

[1]Current Estimated Charges: Total estimated charges to date. Charges may vary from actual monthly bill, depending on your usage and any changes made to your account between now and the end of your billing cycle.See Billing FAQs for more information.





**Estimated Charges for**  02/27/2017-03/26/2017

**Account #:**            1008059988

---

## Last Payment                                           $95.53

Your last payment of $95.53 was posted on 02/27/2017. Thank You !

---

## Monthly Charges                                        $63.97

| | |
|---|---|
| Vonage World Plan - Additional Line for 1-(954)-333-8989 | $27.99 |
| Residential Premium Unlimited Plan for 1-(954)-237-3587 | $25.99 |
| Basic Residential FAX Plan for 1-(954)-302-2771 | $9.99 |

---

## Current Usage Summary                                  $0.00

**(954) 237-3587 Residential Premium Unlimited**

**In Plan Minutes**

   *18 Domestic Minutes Used*

   *0 Vonage to Vonage Minutes Used*

**Charged Calls**

   *You have no charged calls for this period.*

**(954) 333-8989 Vonage World**

**In Plan Minutes**

   *19 Domestic Minutes Used*

   *0 International Minutes Used*

   *0 Vonage to Vonage Minutes Used*

**Charged Calls**

   *You have no charged calls for this period.*

---





**Estimated Charges for**  02/27/2017-03/26/2017

**Account #:**          1008059988

## Current Usage Summary     (Continued)                    $0.00

(954) 302-2771 Vonage Fax

**In Plan Minutes**

*You have not used any In Plan Minutes in this period.*

**Charged Calls**

*You have no charged calls for this period.*

## Surcharges                                              $14.94

| | |
|---|---|
| Emergency 911 and Information Services Fee | $5.97 |
| Regulatory, Compliance and Intellectual Property Fee | $8.97 |

## Government Mandated Taxes & Fees                        $16.62

| | |
|---|---|
| State 911 Fee | $1.20 |
| Local Communications Service Tax | $4.58 |
| Federal Program Fee | $8.76 |
| State Gross Receipts Surcharge | $2.08 |

## Current Estimated Charges                               $95.53

| | |
|---|---|
| Current Estimated Charges | $95.53 |





**Estimated Charges for**  02/27/2017-03/26/2017

**Account #:**              1008059988

## Charged Calls:                                    **$0.00**





## Summary of Charges

| | | | |
|---|---|---|---|
| **Billing Name:** | CONSTANTIN LUCHIAN | **Account #:** | 1008059988 |
| **Billing Address:** | 110 E Broward Blvd<br>Suite 1700<br>Fort Lauderdale, FL 33301<br>UNITED STATES | **Billing Period:** | 06/27/2016-07/26/2016 |

**Your charges for this period:**

### $96.80

This bill cycle ended on 07/26/2016

 **Questions about your bill?**

Visit us at www.vonage.com

| | |
|---|---|
| **Monthly Charges** | $63.97 |
| **Surcharges** | $14.94 |
| **Government Mandated Taxes & Fees** | $17.89 |
| **Final Balance** | $96.80 |





**Charges for**  06/27/2016-07/26/2016

**Account #:**                    1008059988

## Monthly Charges                                           **$63.97**

| | |
|---|---|
| Residential Premium Unlimited Plan for 1-(954)-237-3587 (27/Jul-26/Aug) | $25.99 |
| Basic Residential FAX Plan for 1-(954)-302-2771 (27/Jul-26/Aug) | $9.99 |
| Vonage World Plan - Additional Line for 1-(954)-333-8989 (27/Jul-26/Aug) | $27.99 |

## Usage Summary

**(954) 237-3587**

**In Plan Minutes**

  *4 Domestic In Plan Minutes Used*

  *0 Vonage to Vonage Minutes Used*

**Charged Calls**

  *You have no charged calls for this period.*

**(954) 302-2771**

**In Plan Minutes**

  *You have not used any In Plan Minutes in this period.*

**Charged Calls**

  *You have no charged calls for this period.*

**(954) 333-8989**

**In Plan Minutes**

  *19 Domestic In Plan Minutes Used*

  *0 International In Plan Minutes Used*

  *0 Vonage to Vonage Minutes Used*





**Charges for**  06/27/2016-07/26/2016

**Account #:**                    1008059988

## Usage Summary    (Continued)

| **Charged Calls** |
| --- |
| *You have no charged calls for this period.* |

## Surcharges                                          $14.94

| Regulatory, Compliance and Intellectual Property Fee | $8.97 |
| --- | --- |
| Emergency 911 and Information Services Fee | $5.97 |

## Government Mandated Taxes & Fees          $17.89

| State 911 Fee | $1.20 |
| --- | --- |
| Sales Tax | $0.00 |
| Federal Program | $9.94 |
| State Gross Receipts Surcharge | $2.11 |
| Local Communications Service Tax | $4.64 |

## Final Balance                                       $96.80

| Final Balance | $96.80 |
| --- | --- |





**Charges for**   06/27/2016-07/26/2016

**Account #:**         1008059988

## Charged Calls:                                                    **$0.00**





## Summary of Charges

| | | | |
|---|---|---|---|
| **Billing Name:** | CONSTANTIN LUCHIAN | **Account #:** | 1008059988 |
| **Billing Address:** | 110 E Broward Blvd<br>Suite 1700<br>Fort Lauderdale, FL 33301<br>UNITED STATES | **Billing Period:** | 09/27/2015-10/26/2015 |

### Your charges for this period:

**$95.44**

This bill cycle ended on 10/26/2015

 **Questions about your bill?**

Visit us at www.vonage.com

| | |
|---|---|
| Monthly Charges | $63.97 |
| Surcharges | $14.94 |
| Government Mandated Taxes & Fees | $16.53 |
| Final Balance | $95.44 |





**Charges for**   09/27/2015-10/26/2015

**Account #:**                    1008059988

---

## Monthly Charges                                            **$63.97**

| | |
|---|---|
| Residential Premium Unlimited Plan for 1-(954)-237-3587 (27/Oct-26/Nov) | $25.99 |
| Basic Residential FAX Plan for 1-(954)-302-2771 (27/Oct-26/Nov) | $9.99 |
| Vonage World Plan - Additional Line for 1-(954)-333-8989 (27/Oct-26/Nov) | $27.99 |

---

## Usage Summary

### (954) 237-3587

**In Plan Minutes**

*17 Domestic In Plan Minutes Used*

*0 Vonage to Vonage Minutes Used*

**Charged Calls**

*You have no charged calls for this period.*

### (954) 302-2771

**In Plan Minutes**

*You have not used any In Plan Minutes in this period.*

**Charged Calls**

*You have no charged calls for this period.*

### (954) 333-8989

**In Plan Minutes**

*8 Domestic In Plan Minutes Used*

*0 International In Plan Minutes Used*

*0 Vonage to Vonage Minutes Used*

---





**Charges for**  09/27/2015-10/26/2015

**Account #:**                1008059988

## Usage Summary     (Continued)

| Charged Calls |
|---|
| *You have no charged calls for this period.* |

## Surcharges                                    $14.94

| Regulatory, Compliance and Intellectual Property Fee | $8.97 |
|---|---|
| Emergency 911 and Information Services Fee | $5.97 |

## Government Mandated Taxes & Fees              $16.53

| State 911 Fee | $1.20 |
|---|---|
| Sales Tax | $0.00 |
| Federal Program | $8.68 |
| State Gross Receipts Surcharge | $2.08 |
| Local Communications Service Tax | $4.57 |

## Final Balance                                  $95.44

| Final Balance | $95.44 |
|---|---|





**Charges for**   09/27/2015-10/26/2015

**Account #:**          1008059988

---

## Charged Calls:                                                          **$0.00**

---



Exhibit
4

| Product: | Corporation | Category: | | IRS Center: | Ogden |
| Name: | WEBZILLA, INC. | | | e-PostMark: | 9/15/2016 6:33:44 PM |
| FEIN: | *****7050 | | | Notification: | |
| Fiscal Year Begin Date: | 1/1/2015 | Fiscal Year End Date: | 12/31/2015 | eSigned: | |

| Date | Type of Activity | Submission ID | Refund/(Due) | Updated By | eSign Date |
|------|------------------|---------------|--------------|------------|-----------|
| 9/14/2016 | Upload Started | | | | |
| 9/14/2016 | Ready to Release by Customer | | | | |
| 9/15/2016 | Released for Transmission - Validation in Progress | | | Rebecca2 | |
| 9/15/2016 | Ready to transmit - Validation Complete | | | | |
| 9/15/2016 | Transmitted to FD | 7541422016259069aa37 | | | |
| 9/15/2016 | Accepted by FD on 9/15/2016 | | | | |

## Florida Corporate Income/Franchise Tax Return

FEIN ▮▮▮▮▮▮▮▮▮

For calendar year 2015
or tax year beginning _____ , 2015 ending _____

F-1120, R. 01/16   **1019**

Rule 12C-1.051
Florida Administrative Code
Effective 01/16

| Name | WEBZILLA, INC. |
|------|----------------|
| Address | 2777 N STEMMONS FWY., SUITE 1655 |
| City/State/ZIP | DALLAS, TX   75207 |

☐ Check here if any changes have been made to name or address

### Computation of Florida Net Income Tax

1. Federal taxable income (see instructions) - **Attach pages 1-5 of federal return**   Check here if negative ▮ ..........
2. State income taxes deducted in computing federal taxable income (attach schedule) ................ Check here if negative ▮ ..........
3. Additions to federal taxable income (from Schedule I) .................... Check here if negative ▮ ..........
4. Total of Lines 1, 2 and 3 .................... Check here if negative ▮ ..........
5. Subtractions from federal taxable income (from Schedule II) .................... Check here if negative ▮ ..........
6. Adjusted federal income (Line 4 minus Line 5) .................... Check here if negative ▮ ..........
7. Florida portion of adjusted federal income (see instructions) .................... Check here if negative ▮ ..........
8. Nonbusiness income allocated to Florida (from Schedule R) .................... Check here if negative ▮ ..........
9. **Florida exemption**
10. Florida net income (Line 7 plus Line 8 minus Line 9) ....................
11. Tax due: 5.5% of Line 10 or amount from Schedule VI, whichever is greater (see instructions for Schedule VI) ....................
12. Credits against the tax (from Schedule V) ....................
13. Total corporate income/franchise tax due (Line 11 minus Line 12) ....................
14. a) Penalty: F-2220 _____   b) Other _____
    c) Interest: F-2220 _____   d) Other _____   Line 14 Total ▶ ....................
15. Total of Lines 13 and 14 ....................
16. Payment credits:  Estimated tax payments   16a $ _____
    Tentative tax payment   16b $ _____
17. Total amount due: Subtract Line 16 from Line 15. If positive, enter amount due here and on payment coupon.
    If the amount is negative (overpayment), enter on Line 18 and/or Line 19 ....................
18. Credit: Enter amount of overpayment **credited** to next year's estimated tax here and on payment coupon ....................
19. Refund: Enter amount of overpayment to be **refunded** here and on payment coupon ....................

544081
10-06-15

---

## Florida Corporate Income Tax Return

**1019**
F-1120
R. 01/16

**Do Not Detach**   YEAR ENDING   12/31/15

To ensure proper credit to your account, enclose your check with tax return when mailing.

**Return is Due 1st Day of the 4th Month After Close of the Taxable Year**

Check here if you transmitted funds electronically ▶ ▮

| Name | WEBZILLA, INC. |
|------|----------------|
| Address | 2777 N STEMMONS FWY., SUITE 1655 |
| City/State/ZIP | DALLAS, TX   75207 |

0



**WEBZILLA, INC.**

1019
F-1120
R. 01/16
Page 2

FEIN _____ ████████

| This return is considered incomplete unless a copy of the federal return is attached. |
|---|
| If your return is not signed, or improperly signed and verified, it will be subject to a penalty. The statute of limitations will not start until your return is properly signed and verified. Your return must be completed in its entirety. |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign here** ▶

Signature of officer (must be an original signature) _____ Date

Title ▶ **FINANCE DIRECTOR**

**Paid preparers only**

Preparer's signature **TONI MAYFIELD**
Date

Preparer check if self-employed ☐

Preparer's PTIN ▶ **P00294181**

Firm's name (or yours if self-employed) and address ▶
**WHITLEY PENN LLP**
**8343 DOUGLAS AVENUE, STE. 400**
**DALLAS, TX**

FEIN ▶ ████████

ZIP ▶ **75225**

| All Taxpayers Must Answer Questions **A** through **M** Below - See Instructions |
|---|

A. State of incorporation: **FLORIDA**

B. Florida Secretary of State document number: **P09000064327**

C. Florida consolidated return?   YES ☐   NO ☒

D. ☐ Initial return   ☐ Final return (final federal return filed)

E. Taxpayer election section (s.) 220.03(5), Florida Statutes (F.S.)   ☒ General Rule
☐ Election A   ☐ Election B

F. Principal Business Activity Code (as pertains to Florida)
**541519**

G. A Florida extension of time was timely filed?   YES ☒   NO ☐

H-1. Corporation is a member of a controlled group?   YES ☒   NO ☐   If yes, attach list.

H-2. Part of a federal consolidated return?   YES ☐   NO ☒   If yes, provide:

FEIN from federal consolidated return: _____

Name of corporation: _____

H-3. The federal common parent has sales, property, or payroll in Florida?   YES ☐   NO ☒

I. Location of corporate books:
**2777 STEMMONS FWY., SUITE 1655**
City, State, ZIP:   **DALLAS, TX   75207**

J. Taxpayer is a member of a Florida partnership or joint venture?   YES ☐   NO ☒

K. Enter date of latest IRS audit:
a)   List years examined: _____

L. Contact person concerning this return: **CONSTANTIN LUCHIAN**
a)   Contact person telephone number: **954-237-3587**
b)   Contact person e-mail address: **CL@INCORPORATENOW.COM**

M. Type of federal return filed   ☒ 1120   ☐ 1120S or _____

### Where to Send Payments and Returns

Make check payable to and mail with return to:

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee FL 32399-0135

If you are requesting a **refund** (Line 19), send your return to:

Florida Department of Revenue
PO Box 6440
Tallahassee FL 32314-6440

### Remember:

✔ **Make your check payable to the Florida Department of Revenue.**

✔ **Write your FEIN on your check.**

✔ **Sign your check and return.**

✔ **Attach a copy of your federal return.**

✔ **Attach a copy of your Florida Form F-7004 (extension of time) if applicable.**

544082
10-06-15

Exhibit
5



## Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Webzilla Inc.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** www.webzilla.com, Webzilla, WebZilla

Address of Service Provider: 110 E. Broward Blvd., Suite 1700, Fort Lauderdale, FL 33301

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@webzilla.com

Signature of Officer or Representative of the Designating Service Provider:
███████████                          Date: 6/25/2010

Typed or Printed Name and Title: Custodian of Record

**Scanned**
AUG 0 6 2010

**Note: This Interim Designation Must be Accompanied by a Filing Fee\* Made Payable to the Register of Copyrights.**
**\*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html**

Mail the form to:
**Copyright GC/I&R**
**P.O. Box 70400**
**Washington, DC 20024**



163977110

**Received**
JUN 3 0 2010
**Copyright Office**

# Exhibit
# 6

FLORIDA DEPARTMENT *of* STATE          DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
DEDICATED SERVERS INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P11000039978 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 04/25/2011 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 07/16/2012 |
| **Event Effective Date** | NONE |

**Principal Address**

2777 Stemmons Fwy.
Suite 1655
Dallas, FL 75207

Changed: 01/18/2014

**Mailing Address**

2777 Stemmons Fwy.
Suite 1655
Dallas, FL 75207

Changed: 01/18/2014

**Registered Agent Name & Address**

INCORPORATED NOW INC
6750 N. Andrews Ave.
Suite 200
Fort Lauderdale, FL 33309

Address Changed: 02/04/2015

**Officer/Director Detail**

**Name & Address**

Title D

MISHRA, RAJESH K
2777 N Stemmons Fwy.

Suite 1655
Dallas, TX 75207

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2014 | 01/18/2014 |
| 2015 | 02/04/2015 |
| 2016 | 03/24/2016 |

**Document Images**

| | |
|---|---|
| 03/24/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/30/2013 -- ANNUAL REPORT | View image in PDF format |
| 07/16/2012 -- Amendment | View image in PDF format |
| 02/22/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2011 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# Exhibit 7



FLORIDA DEPARTMENT *of* STATE                                                  DIVISION OF CORPORATIONS

Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
IP TRANSIT INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P09000064840 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 07/30/2009 |
| **Effective Date** | 04/17/2008 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 05/24/2010 |
| **Event Effective Date** | NONE |

**Principal Address**

2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 01/17/2014

**Mailing Address**

2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 01/17/2014

**Registered Agent Name & Address**

INCORPORATE NOW INC.
6750 N. Andrews Ave.
Suite 200
Fort Lauderdale, FL 33309

Name Changed: 02/28/2010

Address Changed: 03/31/2013

**Officer/Director Detail**

**Name & Address**

**Title VP**

Bezruchenko, Kostyantyn

2777 Stemmons Fwy.

Suite 1655

Dallas, TX 75207

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2014 | 01/17/2014 |
| 2015 | 02/04/2015 |
| 2016 | 02/23/2016 |

**Document Images**

| | |
|---|---|
| 02/23/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/22/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2011 -- ANNUAL REPORT | View image in PDF format |
| 05/24/2010 -- Amendment | View image in PDF format |
| 02/28/2010 -- ANNUAL REPORT | View image in PDF format |
| 07/30/2009 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

Exhibit
8



Contact us   Sales   Support

Home   IP Transit   Transport   CDN ▾   Peering



IP Transit

## IP Transit network

**Office Information**
IP Transit Inc
110 E. Broward Blvd.
Suite 1700
Fort Lauderdale, FL 33301
USA

Tel: 954 333 8989
Fax: +31 303 100 299
Email: sales@iptransit.com

The network of IP Transit has been built from scratch and is designed for the lowest latencies, fewest hops, reliability and stable round trip times.

IP Transit Networks provide a Multihomed IP-transit service providing the best route selection for your destination to the Internet with built-in redundancy and fault tolerance, offering carrier-grade service to telecom operators, Internet service providers (ISP), Application Service Providers (ASP), content players, and other users demanding high-quality performance and connectivity into the Internet backbone and major eyeball networks.

You are looking for robust IP Transit services that provide speed, rock-solid dependability, flexibility and route efficiency through our pure IP fiber backbone, that we can provide with an IP address allocation or as a BGP feed.

As IP Transit Networks are designed to stay ahead of bandwidth requirements resulting from the projected growth in global IP traffic, we are ready to meet your current capacity needs and grow with your business as traffic increases, by offering low latency connectivity that scales.

IP Transit offers guaranteed performance levels in critical areas such as throughput, packet loss and latency with 100% availability. All this supported with industry leading SLA's.

## Cost Effective

With flat monthly rates as well as burstable usage (95th percentile) and volume-based billing structures available in order to fit your requirements.

IP Transit powers your global reach by connecting your customers to the world.

Home  |  Contact Us  |  Privacy Policy Statement

© 2009 by IP Transit, Inc. All rights reserved       W3C / CSS / XML