UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

## JOINT STATUS REPORT

The Parties, Plaintiffs Aleksej Gubarev, XBT Holding, S.A., and Webzilla, Inc. ("Plaintiffs") and Defendants BuzzFeed, Inc. and Ben Smith ("Defendants"), by and through undersigned counsel and pursuant to this Court's October 3, 2017 Amended Status Conference Order [D.E. 74] hereby submit the following Joint Status Report:

**1.  The status of any unresolved discovery disputes:**

    a.  The parties have exchanged written discovery and Defendants document production is complete.  The parties have scheduled a conference with Judge O'Sullivan for December 5 at 1:30 p.m. to address outstanding discovery issues.

    b.  Defendants filed a memorandum of law at the request of Judge O'Sullivan supporting their assertion of the Reporters' Privilege on October 16,

2017. Plaintiffs filed their opposition to the motion on November 1, 2017 and Defendants will file their reply on November 8, 2017;

      c.    Defendants served additional document requests and interrogatories on Plaintiffs on October 23, 2017, for which a response is due on November 22, 2017;

      d.    Defendants served a subpoena on Constantin Luchian, Plaintiffs' agent in Florida, on October 23, 2017. The subpoena is returnable on November 22, 2017;

**2.**    **The status of any unresolved legal issues bearing upon discovery:**

The following legal issues bearing upon discovery remain unresolved:

      a.    Whether the parties have complied with their discovery obligations, which is currently pending before Magistrate O'Sullivan. Whether Plaintiffs have overcome the Reporters' Privilege such that Defendants can be compelled to name the confidential source from whom they obtained the dossier, which is also before Magistrate O'Sullivan;

      b.    Whether the Government is required to respond to the Defendants' subpoena, which is currently pending in the United States District Court for the District of Columbia;

      c.    Whether Mr. Steele can be required to testify in response to Plaintiffs' Letter of Request in London;

      d.    Whether other third parties, including Fusion GPS and the other media entities subpoenaed by Plaintiffs, will be required to testify in this litigation. The Fusion GPS motion to quash is currently pending in the United States District Court for the District of Columbia.

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

3.   **The status of discovery from third parties including Christopher Steele and persons and entities within the United States government:**

   a.   After first subpoenaing the government in June and July 2017, Defendants filed their motion to compel the government on September 27, 2017 in the United States District Court for the District of Columbia.  The government's opposition is due on November 10, 2017.  Defendants will file their reply on or before November 30, 2017.

   b.   Plaintiffs subpoenaed Fusion GPS on August 8, 2017.  Fusion GPS moved to quash the subpoena on August 31, 2017 in the United States District Court for the District of Columbia.  There has been no decision on the motion to quash.

   c.   Plaintiffs obtained a Letter of Request from this Court to depose Christopher Steele.  Plaintiffs have filed the Request with the British Courts and are awaiting a decision on the same.

   d.   Defendants subpoenaed the Democratic National Committee on November 2, 2017.  The subpoena is returnable on November 27, 2017.

   e.   Defendants subpoenaed CrowdStrike on November 2, 2017.  The subpoena is returnable on November 27, 2017.

   f.   Plaintiffs subpoenaed David Kramer on October 18, 2017 to provide testimony and documents.  The subpoena is returnable on November 14, 2017.

   g.   Plaintiffs subpoenaed *The New York Times* on October 26, 2017 to provide testimony and documents.  The subpoena is returnable on November 16, 2017.

   h. Plaintiffs subpoenaed *The Wall Street Journal* on October 26, 2017 to provide testimony and documents. The subpoena is returnable on November 16, 2017.

   i. Plaintiffs subpoenaed *The New Yorker* on October 26, 2017 to provide testimony and documents. The subpoena is returnable on November 16, 2017.

   j. Plaintiffs subpoenaed William F.B. O'Reilly on October 26, 2017 to provide testimony and documents. The subpoena is returnable on November 16, 2017.

   k. Plaintiffs subpoenaed *Mother Jones* on October 27, 2017 to provide testimony and documents. The subpoena is returnable on November 20, 2017.

   l. Plaintiffs subpoenaed CNN on October 27, 2017 to provide testimony and documents. The subpoena is returnable on November 20, 2017.

   m. Plaintiffs subpoenaed Yahoo! Inc. on October 27, 2017 to provide testimony and documents. The subpoena is returnable on November 20, 2017.

**4.** **Whether the Court's Scheduling Order should be amended to extend the discovery period:**

The parties agree that the Scheduling Order should be amended to extend the discovery time period. The parties respectfully propose the following amended schedule:

|  | Current schedule: | Amended Schedule: |
|---|---|---|
| All discovery must be completed by: | November 22, 2017 | March 15, 2018 |

|  |  |  |
|---|---|---|
| All motions including summary judgment motions, motions related to summary judgment motions: | December 15, 2017 | April 16, 2018 |
| Daubert motions must be filed by: | December 15, 2017 | May 1, 2018 |
| All remaining Motions in limine directed to trial evidence must be filed by: | January 5, 2018 | May 31, 2018 |
| Joint Pretrial Stipulation, Jury Instructions or Proposed Findings of Fact and Conclusions of Law must be filed by: | January 12, 2018 | July 2, 2018 |
| Trial (two weeks): | March 19, 2018 | August 7, 2018 |

In addition, the parties request that Plaintiffs will disclose their experts on or before February 15, 2018. Defendants will disclose their experts on or before March 15, 2018 and the expert discovery be completed on or before April 16, 2018.

**5.     A summary of any pending motions:**

As set forth more fully above, the following motions are currently pending in this action:

      a.     Defendants' motion to compel further production of documents from Plaintiffs;

      b.     Plaintiffs' motion to compel the identity of Defendants' source;

      c.     Defendants' motion to compel the government to provide documents responsive to their subpoena;

      d.     Fusion GPS's motion to quash the subpoena from Plaintiffs;

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

**6. Any unique legal or factual aspects of the case requiring special consideration by the Court:**

This litigation may involve discovery abroad and substantial discovery from government agencies and former employees. In addition, due to the nature of the allegations in the dossier about Plaintiffs, Defendants assert there will be substantial technical discovery and expert testimony regarding the Plaintiffs' networks.

In addition, the parties disagree as to the applicability and scope of the fair and true report privilege, the neutral reporting privilege, and the reporters' privilege in this action. Consistent with this Court's recommendation, Plaintiffs intend to file within the next two weeks a Motion for Judgment on the Pleadings as to the Fair Reporting Privilege and the Neutral Reporting Privilege. Defendants reserve their right to file a motion to amend the complaint in response to such a motion.

Questions as to whether the Plaintiffs are public or private figures will also likely be brought before the Court.

Questions as to which state law will apply to the present action will also be presented to the Court.

Finally, third parties may move to quash the subpoenas served on them on either the reporters' privilege or national security grounds.

**7. The status of potential settlement:**

The parties have agreed to mediation on Tuesday, November 28, 2016 before John S. Freud. The parties jointly wish to reschedule that mediation date after the completion of fact discovery.

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

**8.     Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action:**

None at this time.

Date: November 3, 2017

Respectfully submitted,

| | |
|---|---|
| CIAMPA FRAY-WITZER, LLP<br>20 Park Plaza, Suite 505<br>Boston, Massachusetts 02116<br>Telephone: (617) 426-0000<br>Facsimile:  (617) 423-4855<br><br>/s/ Evan Fray-Witzer<br>Evan Fray-Witzer (*pro hac vice*)<br>Evan@CFWLegal.com<br><br>BOSTON LAW GROUP, PC<br>825 Beacon Street, Suite 20<br>Newton Centre, Massachusetts 02459<br>Telephone: (617) 928-1804<br>Facsimile:  (617) 928-1802<br><br>/s/ Valentin Gurvits<br>Valentin D. Gurvits (*pro hac vice*)<br>Matthew Shayefar<br>Florida Bar No.  0126465<br>vgurvits@bostonlawgroup.com<br>matt@bostonlawgroup.com<br><br>COBB EDDY, PLLC<br>642 Northeast Third Avenue<br>Fort Lauderdale, Florida 33304<br>Telephone: (954) 527-4111<br>Facsimile:   (954) 900-5507<br><br>/s/ Brady J. Cobb<br>Brady J. Cobb<br>Florida Bar No. 031018<br>bcobb@cobbeddy.com<br>*Attorneys for Plaintiffs* | Davis Wright Tremaine, LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York 10020<br>Telephone: (212) 402-4068<br>Facsimile:  (212) 379-5201<br><br>By: /s/ Katherine M. Bolger<br>Katherine M. Bolger, Esq.<br>Adam Lazier, Esq.<br>Nathan Siegel, Esq.<br>adamlazier@dwt.com<br>katebolger@dwt.com<br>nathansiegel@dwt.com<br><br>and-<br><br>Black, Srebnick, Kornspan & Stumpf, P.A.<br>201 S. Biscayne Boulevard, Suite 1300<br>Miami, Florida 33131<br>Telephone: (305) 371-6421<br>Facsimile:   (305)371-6322<br><br>By: /s/ Jared Lopez<br>Roy Black, Esq.<br>Florida Bar No. 126088<br>Jared Lopez, Esq.<br>Florida Bar No. 103616<br>rblack@royblack.com<br>jlopez@royblack.com<br>civilpleadings@royblack.com<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I CERTIFY that on November 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

- 8 -

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com