UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MEMORANDUM OF LAW REGARDING THE REPORTER'S PRIVILEGE

Defendants, BuzzFeed, Inc. and Ben Smith ("Defendants"), file this unopposed motion for an extension of time, until Friday November 10, 2017, to file a reply in support of their Memorandum of Law Regarding the Reporter's Privilege.

1.    On October 16, 2017, Defendants filed their Memorandum of Law Regarding the Reporter's Privilege, as requested by Judge O'Sullivan. *See* ECF No. 80.

2.    On November 1, 2017, Plaintiffs, following an unopposed motion for extension of time, filed their response. *See* ECF No. 83.

3. Defendants are currently required to file their reply on or before November 8, 2017.

4. In light of a recent and unexpected health issue within counsel for Defendants' family, Defendants requires an extension of time of two additional days to file the reply.

5. This motion is filed in good faith and not for purposes of delay. No party will be prejudiced by the relief sought in this motion and Plaintiffs do not oppose it.

6. A proposed order is attached hereto as Exhibit A.

WHEREFORE, Defendants respectfully request an extension of time, until November 10, 2017, to file a reply in support of their Memorandum of Law Regarding the Reporter's Privilege.

2

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

Dated: November 6, 2017

          Davis Wright Tremaine, LLP
          1251 Avenue of the Americas, 21st Floor
          New York, New York 10020

          By: /s/ Katherine M. Bolger
              Katherine M. Bolger, Esq.
              Adam Lazier, Esq.
              Nathan Siegel, Esq.
              katebolger@dwt.com
              adamlazier@dwt.com
              nathansiegel@dwt.com

          -and-

          Black, Srebnick, Kornspan & Stumpf, P.A.
          201 S. Biscayne Boulevard, Suite 1300
          Miami, Florida 33131
          Tel:   (305) 371-6421

          By: /s/ Jared Lopez
              Roy Black, Esq.
              Florida Bar No. 126088
              Jared Lopez, Esq.
              Florida Bar No. 103616
              rblack@royblack.com
              jlopez@royblack.com
              civilpleadings@royblack.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to S.D. FLA. L.R. 7.1(a)(3), I certify that counsel for the movant has conferred with counsel for Plaintiffs who do not object to the relief sought in the motion.

                                            By: /s/ Katherine M. Bolger
                                                Katherine M. Bolger, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

I CERTIFY that on November 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                    By: /s/ Jared Lopez
                         Jared Lopez, Esq.

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com