UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MEMORANDUM OF LAW REGARDING THE REPORTER'S PRIVILEGE

THIS CAUSE is before the Court upon Defendants' Motion for Extension of Time. ECF No. 85. Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion for Extension of Time, ECF No. 85, is **GRANTED**. Defendants shall file their Reply in support of their Memorandum of Law Regarding the Reporter's Privilege on or before November 10, 2017.

CASE NO. 1:17-cv-60426-UU

**DONE AND ORDERED** in Chambers, at Miami, Florida this _____ day of November, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

*Ursula Ungaro, United States District Judge*
*Counsel of Record*