UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

**AMENDED STATUS CONFERENCE**

PLEASE TAKE NOTICE that the status conference set for **Thursday, November 9, 2017, at 1:30 P.M.** is hereby moved to **2:00 P.M.** of the same day, November 9, 2017.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of November, 2017.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf