UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

## STATUS CONFERENCE

PLEASE TAKE NOTICE the above-captioned matter has been set for Status Conference before the Honorable Ursula Ungaro, at the United States District Court, 12th Floor, 400 North Miami Avenue, Miami, Florida on **Thursday, January 11, 2018**, at 1:30 P.M.

Counsel for the Plaintiffs and Defendants are directed to file and serve a **Joint Status Report** on **Friday, January 5, 2017,** addressing the following:

1. The status of any unresolved discovery disputes;

2. The status of any unresolved legal issues bearing upon discovery;

3. The status of discovery from third parties including Christopher Steele and persons and entities within the United States' government;

4. Whether the Court's Scheduling Order should be amended to extend the discovery period;

5. A summary of any pending motions;

6. Any unique legal or factual aspects of the case requiring special consideration by the Court;

7. The status of potential settlement;

8. Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action.

DONE AND ORDERED in Chambers at Miami, Florida, this _9th_ day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf