Welcome to the website of the Digital Media Law Project. The DMLP was a project of the Berkman Klein Center for Internet & Society from 2007 to 2014. Due to popular demand the Berkman Klein Center is keeping the website online, but **please note that the website and its contents are no longer being updated**. Please check any information you find here for accuracy and completeness.

November 4, 2017

- Home
- Legal Guide
- Threats Database
- Legal Assistance
- Research & Response
- Blog
- About



# Legal Resources for Digital Media

[_____] [Search]



# <none>

# The Next Phase for the Digital Media Law Project

After seven years of providing legal assistance to independent journalism through various methods, the Digital Media Law Project will soon spin off its most effective initiatives and cease operation as a stand-alone project within the Berkman Center. Having successfully developed a range of tools to meet the legal needs of online media, we are taking this step to ensure that our work continues in a robust and sustainable fashion.

Read more here about the upcoming changes and the future of the DMLP's work.



## DMLP Blog

Seven Years of Serving and Studying the Legal Needs of Digital Journalism
We have some important news to share from the Digital Media Law Project. After seven years of providing legal assistance to independent journalism through various methods,...
DMLP Announcement: A New Report on Media Credentialing in the United States
The Digital Media Law Project at Harvard University's Berkman Center for Internet & Society and the Journalist's Resource project at Harvard's Shorenstein Center on...
Will E.U. Court's Privacy Ruling Break the Internet?
In 2012, a bevy of internet companies and web sites waged a successful campaign against bills in Congress -- the PROTECT IP Act and Stop Online Piracy Act (SOPA) --  meant...
Baidu's Political Censorship is Protected by First Amendment, but Raises Broader Issues
Baidu, the operator of China's most popular search engine, has won the dismissal of a United States lawsuit brought by pro-democracy activists who claimed that the company...

more

## Where to Start?

**Need legal help with an online news project? Visit the Online Media Legal Network:**

Online Media Legal Network



**Visit our Legal Guide**

**Search our Legal Threats Database**

**Find a Lawyer**

**Learn about our Research Initiatives**

**Read the DMLP Blog**

more

## New Threat Entries

Tarantino v. Gawker Media, LLC

Tarantino, a multiple Oscar winning and nominated writer and director, is the writer and owner of a screenplay entitled The Hateful Eight. The script was leaked by unknown persons. On January 22, 2014, the website Gawker.com published an article about the leak...

National Security Agency v. McCall

McCall is a designer who creates parodies of the official seals of the National Security Agency ("NSA") and the Department of Homeland Security ("DHS") for use on T-shirts, mugs and similar merchandise. Merchandise containing McCall's designs were offered for sale on...

Dardenne v. MoveOn.org

MoveOn.org is a public policy advocacy group and political action committee. On March 4, 2014, MoveOn.org caused a billboard to be placed along an Interstate Highway in Louisiana. This billboard was meant to draw attention to a political statement directed...

Feld v. Conway

In November 2010, Mara Feld arranged for her thoroughbred gelding to be shipped to a horse farm. The horse was instead sent to a horse auction and may have been slaughtered in Canada. The horse's fate became a topic of...

more



Home
Legal Guide
Threats Database
Legal Assistance
Research & Response
Blog
About

Copyright 2007-17 Digital Media Law Project and respective authors. Except where otherwise noted, content on this site is licensed under a Creative Commons Attribution-Noncommercial-ShareAlike 3.0 License: Details.
Use of this site is pursuant to our Terms of Use and Privacy Notice.

