**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

## SECOND DECLARATION OF KEN BENSINGER

I, Ken Bensinger, declare as follows:

1. I am a Senior Investigative Reporter at BuzzFeed News, where I have worked since 2014. I submit this second declaration in response to Plaintiffs' motion seeking to compel Defendants to disclose the identity of the confidential source (the "Source") who provided Defendants access to the so-called dossier published by BuzzFeed on January 10, 2017 (the "Dossier"). I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. Document number 1 in BuzzFeed's privilege log of withheld documents is a screengrab of a text message exchange between my brother, Greg Bensinger, and me.

3. A redacted copy of the document has now been produced to Plaintiffs as production number BuzzFeed_007875. The redaction covers a draft of a text message that I typed to my brother that contains some information obtained from a confidential source (though

not that source's name).  This is a different person than the one from whom I received the Dossier.  As is easily seen from the document produced (which says "sending failed"), I did not successfully send the message to my brother.

4. In any event, the redaction does not contain the name of the Source, or any information that could identify him or her.  I never told my brother the name of the Source.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2017

_____
Ken Bensinger