```
 1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
 2                    MIAMI DIVISION
 3              CASE NUMBER 17-60426-CV-UNGARO
 4
   ALEKSEJ GUBAREV,
 5 XBT HOLDINGS S.A., and
   WEBZILLA, INC.,
 6
              Plaintiffs,                Courtroom 12-4
 7
      vs.                                Miami, Florida
 8
   BUZZFEED, INC. and BEN SMITH,         November 9, 2017
 9
              Defendants.
10
11                    STATUS CONFERENCE
              BEFORE THE HONORABLE URSULA UNGARO
12               UNITED STATES DISTRICT JUDGE
13
   APPEARANCES:
14
   FOR THE PLAINTIFFS:      VALENTIN GURVITS, ESQ.
15                          Boston Law Group, PC
                            825 Beacon Street
16                          Suite 20
                            Newton Centre, Massachusetts 02459
17                                              617-928-1804
                                    vgurvits@bostonlawgroup.com
18
                            DYLAN MICHAEL FULOP, ESQ.
19                          Cobb Eddy, PLLC
                            642 Northeast 3rd Ave
20                          Fort Lauderdale, Florida 33304
                                                954-527-4111
21                                     dfulop@cobbeddy.com
22 FOR THE DEFENDANTS:      KATHERINE M. BOLGER, ESQ.
                            Davis Wright Tremaine, LLC
23                          1251 Avenue of the Americas
                            21st Floor
24                          New York, New York 10020
                                                212-603-4068
25                                     katebolger@dwt.com
```

1                                        **ROY E. BLACK, ESQ.**
                                         **JARED M. LOPEZ, ESQ.**
2                                        Black Srebnick Kornspan & Stumpf, P.A.
                                         201 South Biscayne Boulevard
3                                        Suite 1300
                                         Miami, Florida 33131
4                                                                    305-371-6421
                                                            rblack@royblack.com
5                                                           jlopez@royblack.com

6    **REPORTED BY:**                    **GILDA PASTOR-HERNANDEZ, RPR, FPR**
                                         Official United States Court Reporter
7                                        Wilkie D. Ferguson Jr. US Courthouse
                                         400 North Miami Avenue - Suite 13-3
8                                        Miami, Florida  33128    305.523.5118
                                         gphofficialreporter@gmail.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TABLE OF CONTENTS**

Page

Reporter's Certificate ..................................... 19

**EXHIBITS**

| Exhibits | Marked for Identification | | Received in Evidence | |
|---|---|---|---|---|
| Description | Page | Line | Page | Line |

 1       (The following proceedings were held at 2:15 p.m.:)

 2           THE COURT:  Okay.  Good afternoon.

 3           MS. BOLGER:  Good afternoon.

 4           MR. BLACK:  Good afternoon.

 5           MR. GURVITS:  Good afternoon

 6           THE COURT:  Okay.  So the case before the Court is

 7    Aleksej Gubarev, et al. versus BuzzFeed and Ben Smith, Case

 8    Number 17-60426-Civil.

 9           Who's here for the plaintiffs?

10           MR. GURVITS:  Good afternoon, Your Honor.  Val Gurvits,

11    and to my right is Dylan Fulop.

12           THE COURT:  Okay.  And for the defense?

13           MR. BLACK:  Good afternoon, Your Honor.  Roy Black,

14    Kate Bolger and Jared Lopez for the defendants.

15           THE COURT:  Okay.  Good afternoon.

16           MS. BOLGER:  Hello, Your Honor.

17           THE COURT:  So I don't want to say I read them closely,

18    but I did take a look at these memoranda that have been filed in

19    front of Judge O'Sullivan.  So maybe we can start there.  Where

20    do things stand with the motions that are going on in front of

21    Judge O'Sullivan?

22           MS. BOLGER:  I can answer that, Your Honor.

23           THE COURT:  Okay.

24           MS. BOLGER:  There's the motion regarding the

25    reporter's privilege and the reply brief in that, which our

1   reply brief is due to be filed on Monday, which we will do.  And

2   then the parties are --

3           THE COURT:  And it was funny because I never spoke to

4   him about this issue and we spoke about this issue the last time

5   we were all together.  And so I don't know what that shows,

6   parallel thinking among the judicial officers of the courthouse

7   or whatever; but anyhow, he felt he needed to resolve this

8   issue, apparently, for the purpose of resolving some discovery

9   disputes?

10          MS. BOLGER:  So, Your Honor, the specific issue is that

11  Buzzfeed redacted the name from some documents and withheld

12  other documents, that had the name of a confidential source who

13  is specifically the individual who handed the dossier to

14  Buzzfeed.  The plaintiffs have asked that that name be revealed.

15  It is our position that because we are not ever going to rely on

16  the identity of that source, it is privileged, and Magistrate

17  O'Sullivan felt he needed briefing because he wasn't quite as

18  familiar with the reporter's privilege as he was with other

19  privilege issues.  So that's the genesis of the reporter's

20  privilege.

21          It's our position that under any reporter's privilege,

22  it is privileged, and so there need not be a choice of law

23  determination, but Magistrate O'Sullivan asked us to brief that

24  aspect of it as well, although, of course, that's a privilege

25  issue, so the choice of law question is slightly different.

1          THE COURT:  Okay.  So where does all of that stand?

2     You said your reply brief is due.

3          MS. BOLGER:  On Monday, Your Honor.

4          THE COURT:  On Monday.

5          MS. BOLGER:  It was actually -- in the interest of full

6     disclosure, it was actually due this week, Your Honor, but I

7     asked for a short extension because of a family health

8     emergency, and the plaintiffs' counsel were nice enough to

9     consent.  So our brief will be done and filed on Monday.

10          THE COURT:  Okay.  And then so what is the scope of the

11    discovery request that this is impacting?

12          MS. BOLGER:  So, Your Honor, we withheld only

13    information tending to reveal the identity of confidential

14    sources.  That's it.  In terms of scope, it's not a particularly

15    broad category of documents and our position, of course, is it's

16    also not a particularly relevant category of documents because

17    we won't be relying on it, but we withheld a certain number of

18    documents and redacted a few.  I can't give you a number, Your

19    Honor, but it's not a particularly high number of documents.

20          THE COURT:  So once he resolves this issue, at least

21    for the purposes of discovery, things should move pretty

22    quickly.

23          MS. BOLGER:  Your Honor, the plaintiffs' production is

24    not yet complete and, obviously, we do not want to depose the

25    plaintiffs until we have a full production.  And in addition,

1    Your Honor --

2          THE COURT:  And what's going on with that?  Is that a

3    timing issue, or are there lots of objections?  What's going on

4    with that?

5          MS. BOLGER:  Well, Your Honor, the plaintiffs gave us a

6    document production last week or two weeks ago, October 23rd,

7    and we reviewed it, sent a deficiency letter.  Plaintiffs'

8    counsel responded.  We weren't totally satisfied.  So we called

9    jointly Judge O'Sullivan's chambers and set a date for December

10   5th in the hopes that whatever outstanding discovery issues

11   there were, we would resolve on December 5th or we would resolve

12   before December 5th between the parties.  So our hope is that

13   the ancillary discovery issues will be addressed by the Court on

14   December 5th.

15         THE COURT:  So there's the discovery between the two

16   sides that is capable of being resolved in this Court, and then

17   there's all this other discovery that's got to be litigated

18   elsewhere.

19         MS. BOLGER:  Yes, Your Honor.

20         THE COURT:  So I take it the bulk of the discovery is

21   the discovery that has to be litigated elsewhere, or am I wrong?

22         MS. BOLGER:  I don't know that I can characterize one

23   or the other.  There is a significant amount that needs to be

24   completed.  The Government discovery, of course, is very

25   important to us, as Your Honor knows.  The Government hasn't yet

1   even filed their opposition to our motion, but that is pending

2   in the District of Columbia.  The plaintiff has a dispute with

3   Fusion GPS that's also pending in the District of Columbia.

4   There were several other subpoenas issued, including to the DNC

5   and several news organizations.  All those will play out outside

6   of Florida, but are very new, and I don't know how long or how

7   short a period of time that will be.

8          THE COURT:  So how does this work in the District of

9   Columbia?  Is there one judge who's handling all of these, or is

10  it all over the courthouse?

11         MS. BOLGER:  The subpoena to Fusion GPS, which was

12  issued by the plaintiffs, is before one judge and the subpoena

13  to the -- sorry.  The subpoena to the Government is before

14  another judge.  So there are actually two judges involved.

15  Should the DNC move to quash, I would assume it would be sent to

16  one of those judges, but I don't know.

17         THE COURT:  And when you subpoenaed the Government, you

18  subpoenaed the Government, or did you subpoena agencies?

19         MS. BOLGER:  Sorry, Your Honor, I was being idiomatic.

20  We subpoenaed various specific agencies with specific requests,

21  and all of them were then centralized in the Justice Department

22  and the Justice Department is responding on behalf of certain

23  agencies and certain individuals.

24         THE COURT:  Okay.  And you have no indication from them

25  right now as to how forthcoming they'll be?

1           MS. BOLGER:  We do.  I mean, we subpoenaed them in June

2    and we've been in heavy and very friendly negotiations in which

3    we have very long, detailed sit-downs, and then they turn us

4    down.  So we've done that three times, Your Honor, and this --

5    the motion followed their final refusal on our compromised

6    position.  So we do not know if they will be forthcoming.

7           Their papers are due to be filed on Monday I believe.

8    They have asked for several extensions, Your Honor, but they're

9    due to be filed on Monday.

10          THE COURT:  But what is the basis for their resistance?

11   Are they claiming that the material is classified?  Is this

12   going to be an issue?  Do you need security clearances?  What's

13   going on here?

14          MS. BOLGER:  They gave us two -- there are a lot of

15   pages of objections, Your Honor, but I'll summarize them as two

16   sort of areas.  One was a Glomar, the refusal to confirm or deny

17   the existence of an investigation, and the other, which puzzled

18   us, was that the contents of the dossier were classified, which

19   is very difficult to understand since the dossier is public and

20   has been widely discussed.  But in any event, that's why we felt

21   fairly strongly that we had a good faith basis to move to

22   compel.

23          THE COURT:  So they're claiming the dossier is

24   classified.  Not that the underlying information is classified

25   or their own investigation into the allegations of the dossier

1   is classified, but the dossier itself is classified.

2          MS. BOLGER:  I think the investigation and the dossier,

3   Your Honor, the whole waterfront.  But hopefully, our papers

4   will be due -- on the current schedule, our reply papers will be

5   due shortly after Thanksgiving.

6          THE COURT:  And I guess no one has any idea how

7   voluminous the investigation into the allegations in the dossier

8   is, right?

9          MS. BOLGER:  I think we have a pretty good sense that

10  it's pretty voluminous, Your Honor.  We did not ask, though.  In

11  the interest of trying to narrow our request and tailor our

12  discovery to exactly what we needed, we did not ask for

13  confirmation of allegations of the dossier that were not

14  relevant to this litigation.  So Mr. Page --

15         THE COURT:  So you're just focusing on Gubarev and

16  Webzilla and --

17         MS. BOLGER:  Yes, Ma'am.  So, you know, Carter Page has

18  been testifying for days now, and we didn't ask for anything,

19  for example, related to Mr. Page.

20         THE COURT:  Okay.  Do you want to add anything to that?

21         MR. GURVITS:  No, I think Ms. Bolger has summarized

22  very succinctly.  Thank you.

23         Just a few other things:  We have served subpoenas on

24  various news organizations; CNN, New York Times --

25         THE COURT:  Who is David Kramer?

1          MR. GURVITS:  David Kramer, he's actually here in

2    Florida ducking our subpoena.  He is McCain's assistant who was

3    identified as --

4          THE COURT:  John McCain, Senator McCain's assistant?

5          MR. GURVITS:  Yes, who was identified by Mr. Steele as

6    a person who had the dossier.  And so we are simply trying to

7    ascertain BuzzFeed's source.

8          THE COURT:  What do you mean he's Senator McCain's

9    assistant?

10         MR. GURVITS:  I believe that he worked in senator's --

11         THE COURT:  Senator McCain's office?

12         MR. GURVITS:  Office, yes.

13         THE COURT:  Okay.  And is William F.B. O'Reilly who I

14   think that is?

15         MR. GURVITS:  No, Your Honor.  Luckily, no.

16         THE COURT:  Okay.  Who is William F.B. O'Reilly?

17         MR. GURVITS:  All we would need is yet another talking

18   point.

19         THE COURT:  Right.  Yes.  Who is this --

20         MR. GURVITS:  It's just the same name.

21         THE COURT:  Who is this person?

22         MR. GURVITS:  He's a reporter.

23         THE COURT:  He's a reporter for whom?

24         MS. BOLGER:  I've always felt very sorry for him, Your

25   Honor.

1          THE COURT:  Is he a freelancer?

2          MR. GURVITS:  I believe that he is with Yahoo.

3          THE COURT:  Oh, okay.  Fine.  Okay.  And so to the

4    extent that the plaintiffs are pursuing these people, that's,

5    what, to try to figure out who handed over the dossier to --

6          MR. GURVITS:  Yes, Your Honor.

7          THE COURT:  This is like a big focus for you.  This is

8    like the major issue.

9          MR. GURVITS:  It's an important issue for us, Your

10   Honor, because, A, since we're the plaintiffs, we have the

11   burden of proving that the allegations are false.  This person

12   may have actually spoken directly to Steele and knows what

13   Steele said about the dossier, and this person may have made

14   statements to BuzzFeed regarding publication.  And then we can

15   talk about motive of why BuzzFeed actually published it.

16         THE COURT:  How interesting.  Okay.  I'm not going to

17   tell you that makes total sense to me, but that's okay.

18         All right.  And so what's going on in Great Britain, in

19   London?

20         MR. GURVITS:  We have filed -- our local counsel there

21   has filed this Court's letter and the appropriate documents with

22   the British court, and we're now waiting for the British court

23   to rule on that application.

24         MS. BOLGER:  Your Honor, may I just jump in on that

25   one, which is that the plaintiffs actually filed that

1    application in London on November 3rd and I just got it this

2    morning.  And so I would prefer to have quicker notice,

3    obviously, of what's happening.

4         In addition, it's not at all clear that we'll be given

5    notice of the actual proceedings, and I think we should be given

6    notice of those proceedings.

7         And then finally, Your Honor, the letter, the

8    application that the plaintiffs made to the Court of the Queen's

9    Bench, I think, was that they be permitted to have six hours of

10   direct examination and we only get one of cross.  We would also,

11   obviously, ask for more.

12        THE COURT:  Well, don't you have an ability -- you have

13   no ability to intervene in that proceeding or participate in

14   that proceeding?

15        MS. BOLGER:  Your Honor, we don't actually know what's

16   happening in that proceeding because we just got the paper this

17   morning.

18        THE COURT:  There's an action against BuzzFeed in

19   London, right?

20        MS. BOLGER:  No, Your Honor.  There's an action against

21   Mr. Steele in London.

22        THE COURT:  Oh, okay.  For some reason, I thought there

23   was an action against BuzzFeed and Ben Smith.

24        MS. BOLGER:  Mr. Steele has sought -- this has been

25   published, Your Honor, and perhaps you've read it, but

1  Mr. Steele has sought to implead BuzzFeed at various times, but

2  it has not happened.

3          THE COURT:  Well, I don't think I can do much more than

4  order you to serve them when you serve things in the --

5          MR. GURVITS:  Certainly, Your Honor.

6          THE COURT:  -- British court.  Okay?  So I'm ordering

7  you to do that.

8          But why did you pursue Mr. Steele only on November 3rd?

9  I thought there were proceedings -- I had issued the letters

10  rogatory some time ago.

11          MR. GURVITS:  If you'll remember, Your Honor, we needed

12  your original signature on the letters rogatory.

13          THE COURT:  Oh, right.  Okay.

14          MR. GURVITS:  And so we had to then send them by paper

15  mail, too.  So it finally got served or got filed on November

16  3rd.

17          THE COURT:  Do you have a sense from your counsel on

18  the ground there as to how long this process will take --

19          MR. GURVITS:  Well --

20          THE COURT:  -- at least a determination as to whether

21  or not Mr. Steele will have to appear?

22          MR. GURVITS:  The way it works, as I understand it, is

23  that -- well there's, no time certain by which the British court

24  must respond, but he believes --

25          THE COURT:  Of course.

1        MR. GURVITS:  -- but he believes that there will be

2   some action within 30 days.  And two things can happen:  The

3   Court might grant the request, or the Court might deny it and

4   ask us to serve Mr. Steele, get him to oppose, and then

5   resubmit.

6        In the event that the Court acts on the application,

7   approves the application, Mr. Steele will still have the

8   opportunity to come back and object, and based on his filings in

9   this court, I expect him to make the same arguments.  His

10   position has been that we're somehow trying to do an end run

11   around the UK lawsuit that we have brought against him, which is

12   a bit of a silly argument because we're not asking him anything

13   which he wouldn't have to anyway testify in that other

14   proceeding.

15        THE COURT:  But it seems to have been widely publicized

16   that Mr. Steele has sat down with Robert Mueller, that he sat

17   down with the Congressional Committee.  So I'm not sure I

18   understand the basis for the resistance.

19        MR. GURVITS:  I don't either.  And the other day I read

20   that Fusion is actually now sitting down with investigators, and

21   so I am becoming insulted that it looks like they just don't

22   want to talk to me, but they're speaking to everyone else.

23        MS. BOLGER:  I don't know if Mr. Steele has filed any

24   papers in London.

25        MR. GURVITS:  He has not.

1          MS. BOLGER:  Okay.  Because I don't have those.

2          MR. GURVITS:  I will be serving you copies of

3  everything I receive.

4          MS. BOLGER:  Thanks.

5          THE COURT:  Okay.  So I see you've agreed to a

6  mediation.  That's wonderful.

7          MS. BOLGER:  We did, Your Honor, although it was pegged

8  to the former schedule, and I think both parties are of the

9  opinion that it would be helpful to move it.

10          THE COURT:  So the last time -- I didn't look at the

11  transcript from the last time we were together.  I take it I

12  just sort of put you off and said we'll deal with the schedule

13  the next time we get together.  Is that what I did?

14          MR. GURVITS:  Yes.

15          MS. BOLGER:  You said, Your Honor, that you thought it

16  was likely it would need to be pushed, which I felt grateful

17  for, so I remember the words.

18          THE COURT:  Okay.  Well, I think it does need to be

19  pushed back, but I also don't want it to, you know, linger on

20  the Court's docket unnecessarily.

21          But I'll adopt the schedule that you've proposed.

22  Whether I'll move it back any more than that, I don't know, but

23  for now, I'll adopt the schedule you've proposed.  So we'll

24  issue a new order.  Okay?

25          MS. BOLGER:  And I think the mediation date was pegged

1    to another order of Your Honor's, telling us we had to mediate

2    by a certain date.  So I obviously don't want to be in contempt

3    of Your Honor's order.  So if you wouldn't mind moving that, I'd

4    be grateful, too.

5         THE COURT:  Yes, that's fine.  We'll issue a new

6    mediation order.

7         Okay.  But we don't want to be in trial in this in 2022

8    or 2024, do we?

9         MS. BOLGER:  Your Honor, I don't want to be in trial at

10   all.

11        THE COURT:  Okay.  So let's try to stick to the new

12   schedule.  So I don't think I ever got the answer to the

13   question, though, about -- I guess until you sort things out

14   with the Government, you're not going to know whether or not you

15   need security clearances.

16        MS. BOLGER:  Your Honor, it's our position that we

17   don't, and it's also our position that if we had confirmation

18   from the Government of the existence of an investigation, even

19   in something like an affidavit that the Government files in

20   opposition to our motion, that that itself could be helpful to

21   us.  So we will know a lot more, Your Honor, about what we think

22   happens next on Monday when we see the Government's opposition.

23   But if I had to handicap it, I wouldn't think the issue of

24   security clearance would come up.  I think there could be a way

25   to answer these questions and/or get us the information we need

1  without that, but nothing has happened the way I expected with

2  the Government, Your Honor.  So I don't want to swear to that,

3  but I would expect that it would not come up.

4       THE COURT:  Okay.  So what I'd like to do is get back

5  with you at a time when maybe some of these things have become a

6  little more clear.  So maybe we should get back together in

7  about 45 days for a status conference.  What do you think?

8       MS. BOLGER:  Lovely to come to Miami in December, Your

9  Honor.  So, yes, I'll be happy to do that.

10      THE COURT:  Right, right.  Forty-five days will take

11  you past Art Basel, but -- okay.  Well, so today is --

12      THE COURTROOM DEPUTY:  January 4th, Judge.

13      THE COURT:  Yeah, how about January?  You know, that's

14  a good idea, some time in the first two weeks in January.  I

15  don't have a --

16      THE COURTROOM DEPUTY:  That's a Thursday.  It's the

17  first Thursday.  Do you want the first Friday in January?

18      THE COURT:  Well, why don't we do it the following week

19  right before I leave.

20      THE COURTROOM DEPUTY:  That would be --

21      THE COURT:  The 11th?

22      THE COURTROOM DEPUTY:  That's correct, Judge.  The

23  11th.

24      THE COURT:  I'm still here, right?

25      THE COURTROOM DEPUTY:  Sure.  Yes, you are.

1          THE COURT:  Okay.  Let's make it January 11th.  At what

2    time?

3          THE COURTROOM DEPUTY:  1:30.

4          THE COURT:  1:30.  Okay?

5          MR. BLACK:  Yes.

6          MR. GURVITS:  Thank you, Your Honor.

7          THE COURT:  Okay.  Well, happy hunting to everyone.

8          MR. BLACK:  Thank you, Your Honor.

9          MS. BOLGER:  Thank you, Your Honor.

10          THE COURT:  All right.  Thank you.

11          MR. BLACK:  If you continue it till 2020, you could be

12    in the middle of the election.

13          THE COURT:  Don't we want to get this done before the

14    election?

15          MS. BOLGER:  On a very swift motion for summary

16    judgment, Your Honor.  That's my plan.

17       (The hearing was concluded at 2:40 p.m.)

18              C E R T I F I C A T E

19          I hereby certify that the foregoing is an accurate

20    transcription of proceedings in the above-entitled matter.

21

22    ___11-17-17_____        _____
         DATE                 GILDA PASTOR-HERNANDEZ, RPR, FPR
23                            Official United States Court Reporter
                              Wilkie D. Ferguson Jr. U.S. Courthouse
24                            400 North Miami Avenue, Suite 13-3
                              Miami, Florida  33128     305.523.5118
25                            gphofficialreporter@gmail.com

**A**

ability 13:12,13
about 5:4,4 12:13,15 17:13,21 18:7,13
above-entitled 19:20
accurate 19:19
action 13:18,20,23 15:2
acts 15:6
actual 13:5
actually 6:5,6 8:14 11:1 12:12 12:15,25 13:15 15:20
add 10:20
addition 6:25 13:4
addressed 7:13
adopt 16:21,23
affidavit 17:19
after 10:5
afternoon 4:2,3,4,5,10,13,15
against 13:18,20,23 15:11
agencies 8:18,20,23
ago 7:6 14:10
agreed 16:5
al 4:7
Aleksej 1:4 4:7
allegations 9:25 10:7,13 12:11
although 5:24 16:7
always 11:24
Americas 1:23
among 5:6
amount 7:23
ancillary 7:13
and/or 17:25
another 8:14 11:17 17:1
answer 4:22 17:12,25
anyhow 5:7
anything 10:18,20 15:12
anyway 15:13
apparently 5:8
appear 14:21
APPEARANCES 1:13
application 12:23 13:1,8 15:6,7
appropriate 12:21
approves 15:7
areas 9:16
argument 15:12
arguments 15:9
around 15:11
Art 18:11
ascertain 11:7
asked 5:14,23 6:7 9:8
asking 15:12
aspect 5:24
assistant 11:2,4,9
assume 8:15
Ave 1:19
Avenue 1:23 2:7 19:24

**B**

back 15:8 16:19,22 18:4,6
based 15:8
Basel 18:11
basis 9:10,21 15:18
Beacon 1:15
become 18:5
becoming 15:21
before 1:11 4:6 7:12 8:12,13 18:19 19:13
behalf 8:22
being 7:16 8:19
believe 9:7 11:10 12:2
believes 14:24 15:1
Ben 1:8 4:7 13:23
Bench 13:9
between 7:12,15
big 12:7
Biscayne 2:2
bit 15:12
Black 2:1,2 4:4,13,13 19:5,8,11

Bolger 1:22 4:3,14,16,22,2,4 5:10 6:3,5,12,23 7:5,19,22 8:11,19 9:1,14 10:2,9,17,21 11:24 12:24 13:15,20,24 15:23 16:1 16:4,7,15,25 17:9,16 18:8 19:9,15
Boston 1:15
both 16:8
Boulevard 2:2
brief 4:25 5:1,23 6:2,9
briefing 5:17
Britain 12:18
British 12:22,22 14:6,23
broad 6:15
brought 15:11
bulk 7:20
burden 12:11
BuzzFeed 1:8 4:7 5:11,14 12:14 12:15 13:18,23 14:5
BuzzFeed's 11:7

**C**

C 19:18,18
called 7:8
capable 7:16
Carter 10:17
case 1:3 4:6,7
category 6:15,16
centralized 8:21
Centre 1:16
certain 6:17 8:22,23 14:23 17:2
Certainly 14:5
Certificate 3:4
certify 19:19
chambers 7:9
characterize 7:22
choice 5:22,25
claiming 9:11,23
classified 9:11,18,24,2,4 10:1,1
clear 13:4 18:6
clearance 17:24
clearances 9:12 17:15
closely 4:17
CNN 10:24
Cobb 1:19
Columbia 8:2,3,9
come 15:8 17:24 18:3,8
Committee 15:17
compel 9:22
complete 6:24
completed 7:24
compromised 9:5
concluded 19:17
conference 1:11 18:7
confidential 5:12 6:13
confirm 9:16
confirmation 10:13 17:17
Congressional 15:17
consent 6:9
contempt 17:2
contents 3:1 9:18
continue 19:11
copies 16:2
correct 18:22
counsel 6:8 7:8 12:20 14:17
course 5:24 6:15 7:24 14:25
court 1:1 2:6 4:2,6,6,12,15,17,23 5:3 6:1,4,10,20 7:2,13,15,16 7:20 8:8,17,24 9:10,23 10:6 10:15,20,25 11:4,8,11,13,16 11:19,21,23 12:1,3,7,16,22,22 13:8,12,18,22 14:3,6,6,13,17 14:20,23,25 15:3,3,6,9,15 16:5,10,18 17:5,11 18:4,10,13 18:18,21,24 19:1,4,7,10,13,23
courthouse 2:7 5:6 8:10 19:23
Courtroom 1:16 18:12,16,20,22 18:25 19:3
Court's 12:21 16:20

cross 13:10
current 10:4

**D**

D 2:7 19:23
date 7:9 16:25 17:2 19:22
David 10:25 11:1
Davis 1:22
day 15:19
days 10:18 15:2 18:7,10
deal 16:12
December 7:9,11,12,14 18:8
defendants 1:9,22 4:14
defense 4:12
deficiency 7:7
deny 9:16 15:3
Department 8:21,22
depose 6:24
DEPUTY 18:12,16,20,22,25 19:3
Description 3:11
detailed 9:3
determination 5:23 14:20
dfulop@cobbeddy.com 1:21
different 5:25
difficult 9:19
direct 13:10
directly 12:12
disclosure 6:6
discovery 5:8 6:11,21 7:10,13,15 7:17,20,21,24 10:12
discussed 9:20
dispute 8:2
disputes 5:9
District 1:1,1,12 8:2,3,8
DIVISION 1:2
DNC 8:4,15
docket 16:20
document 7:6
documents 5:11,12 6:15,16,18 6:19 12:21
done 6:9 9:4 19:13
dossier 5:11 9:18,19,23,25 10:1 10:2,7,13 11:6 12:5,13
down 9:4 15:16,17,20
ducking 11:2
due 5:1 6:2,6 9:7,9 10:4,5
Dylan 1:18 4:11

**E**

E 2:1 19:18,18
Eddy 1:19
either 15:19
election 19:12,14
elsewhere 7:18,21
emergency 6:8
end 15:10
enough 6:8
ESQ 1:14,18,22 2:1,1
et 4:7
even 8:1 17:18
event 9:20 15:6
ever 5:15 17:12
everyone 15:22 19:7
everything 16:3
Evidence 3:10
exactly 10:12
examination 13:10
example 10:19
Exhibits 3:9,10
existence 9:17 17:18
expect 15:9 18:3
expected 18:1
extension 6:7
extensions 9:8
extent 12:4

**F**

F 19:18
fairly 9:21
faith 9:21
false 12:11
familiar 5:18
family 6:7
felt 5:7,17 9:20 11:24 16:16
Ferguson 2:7 19:23
few 6:18 10:23
figure 12:5
filed 4:18 5:1 6:9 8:1 9:7,9 12:20 12:21,25 14:15 15:23
files 17:19
filings 15:8
final 9:5
finally 13:7 14:15
fine 12:3 17:5
first 18:14,17,17
Floor 1:23
Florida 1:1,7,20 2:3,8 8:6 11:2 19:24
focus 12:7
focusing 10:15
followed 9:5
following 4:1 18:18
foregoing 19:19
former 16:8
Fort 1:20
forthcoming 8:25 9:6
Forty-five 18:10
FPR 2:6 19:22
freelancer 12:1
Friday 18:17
friendly 9:2
from 5:11 8:24 14:17 16:11 17:18
front 4:19,20
full 6:5,25
Fulop 1:18 4:11
funny 5:3
Fusion 8:3,11 15:20
F.B 11:13,16

**G**

gave 7:5 9:14
genesis 5:19
GILDA 2:6 19:22
give 6:18
given 13:4,5
Glomar 9:16
going 4:20 5:15 7:2,3 9:12,13 12:16,18 17:14
good 4:2,3,4,5,10,13,1 5 9:21 10:9 18:14
Government 7:24,25 8:13,17,18 17:14,18,19 18:2
Government's 17:22
gphofficialreporter@gmail.com 2:8 19:25
GPS 8:3,11
grant 15:3
grateful 16:16 17:4
Great 12:18
ground 14:18
Group 1:15
Gubarev 1:4 4:7 10:15
guess 10:6 17:13
Gurvits 1:14 4:5,10,10 10:21 11:1,5,10,12,15,17,20,2,2 12:2 12:6,9,20 14:5,11,14,19,22 15:1,19,25 16:2,14 19:6

**H**

handed 5:13 12:5
handicap 17:23
handling 8:9
happen 15:2
happened 14:2 18:1
happening 13:3,16

happens 17:22
happy 18:9 19:7
health 6:7
hearing 19:17
heavy 9:2
held 4:1
Hello 4:16
helpful 16:9 17:20
high 6:19
him 5:4 11:24 15:4,9,11,12
HOLDINGS 1:5
Honor 4:10,13,16,2.2 5:10 6:3,6
  6:12,19,23 7:1,5,19,25 8:19
  9:4,8,15 10:3,10 11:15,25
  12:6,10,24 13:7,15,20,25 14:5
  14:11 16:7,15 17:9,16,21 18:2
  18:9 19:6,8,9,16
HONORABLE 1:11
Honor's 17:1,3
hope 7:12
hopefully 10:3
hopes 7:10
hours 13:9
hunting 19:7

                    I
idea 10:6 18:14
Identification 3:10
identified 11:3,5
identity 5:16 6:13
idiomatic 8:19
impacting 6:11
implead 14:1
important 7:25 12:9
INC 1:5,8
including 8:4
indication 8:24
individual 5:13
individuals 8:23
information 6:13 9:24 17:25
insulted 15:21
interest 6:5 10:11
interesting 12:16
intervene 13:13
investigation 9:17,25 10:2,7
  17:18
investigators 15:20
involved 8:14
issue 5:4,4,8,10,2.5 6:20 7:3 9:12
  12:8,9 16:24 17:5,23
issued 8:4,12 14:9
issues 5:19 7:10,13

                    J
January 18:12,13,14,1.7 19:1
Jared 2:1 4:14
jlopez@royblack.com 2:5
John 11:4
jointly 7:9
Jr 2:7 19:23
judge 1:12 4:19,21 7:9 8:9,12,14
  18:12,22
judges 8:14,16
judgment 19:16
judicial 5:6
jump 12:24
June 9:1
just 10:15,23 11:20 12:24 13:1
  13:16 15:21 16:12
Justice 8:21,22

                    K
Kate 4:14
kateholger@dwt.com 1:25
KATHERINE 1:22
know 5:5 7:22 8:6,16 9:6 10:17
  13:15 15:23 16:19,22 17:14
  17:21 18:13

knows 7:25 12:12
Kornspan 2:2
Kramer 10:25 11:1

                    L
last 5:4 7:6 16:10,11
Lauderdale 1:20
law 1:15 5:22,25
lawsuit 15:11
least 6:20 14:20
leave 18:19
letter 7:7 12:21 13:7
letters 14:9,12
let's 17:11 19:1
like 12:7,8 15:21 17:19 18:4
likely 16:16
Line 3:11,11
linger 16:19
litigated 7:17,21
litigation 10:14
little 18:6
LLC 1:22
local 12:20
London 12:19 13:1,19,21 15:24
long 8:6 9:3 14:18
look 4:18 16:10
looks 15:21
Lopez 2:1 4:14
lot 9:14 17:21
lots 7:3
Lovely 18:8
Luckily 11:15

                    M
M 1:22 2:1
made 12:13 13:8
Magistrate 5:16,23
mail 14:15
major 12:8
make 15:9 19:1
makes 12:17
Marked 3:10
Massachusetts 1:16
material 9:11
matter 19:20
may 12:12,13,24
maybe 4:19 18:5,6
Ma'am 10:17
McCain 11:4
McCain's 11:2,4,8,11
mean 9:1 11:18
mediate 17:1
mediation 16:6,25 17:6
memoranda 4:18
Miami 1:2,7 2:3,7,8 18:8 19:24
  19:24
MICHAEL 1:18
middle 19:12
might 15:3,3
mind 17:3
Monday 5:1 6:3,4,9 9:7,9 17:22
more 13:11 14:3 16:22 17:21
  18:6
morning 13:2,17
motion 4:24 8:1 9:5 17:20 19:15
motions 4:20
motive 12:15
move 6:21 8:15 9:21 16:9,22
moving 17:3
much 14:3
Mueller 15:16
must 14:24

                    N
name 5:11,12,14 11:20
narrow 10:11
need 5:22 9:12 11:17 16:16,18
  17:15,25

needed 5:7,17 10:12 14:11
needs 7:23
negotiations 9:2
never 5:3
new 1:24,24 8:6 10:24 16:24
  17:5,11
news 8:5 10:24
Newton 1:16
next 16:13 17:22
nice 6:8
North 2:7 19:24
Northeast 1:19
nothing 18:1
notice 13:2,5,6
November 1:8 13:1 14:8,15
number 1:3 4:8 6:17,18,19

                    O
object 15:8
objections 7:3 9:15
obviously 6:24 13:3,11 17:2
October 7:6
off 16:12
office 11:11,12
officers 5:6
Official 2:6 19:23
Oh 12:3 13:22 14:13
okay 4:2,6,12,15,23 6:1,10 8:24
  10:20 11:13,16 12:3,3,16,17
  13:22 14:6,13 16:1,5,18,24
  17:7,11 18:4,11 19:1,4,7
once 6:20
one 7:22 8:9,12,16 9:16 10:6
  12:25 13:10
only 6:12 13:10 14:8
opinion 16:9
opportunity 15:8
oppose 15:4
opposition 8:1 17:20,22
order 14:4 16:24 17:1,3,6
ordering 14:6
organizations 8:5 10:24
original 14:12
other 5:12,18 7:17,23 8:4 9:17
  10:23 15:13,19
out 8:5 12:5 17:13
outside 8:5
outstanding 7:10
over 8:10 12:5
own 9:25
O'Reilly 11:13,16
O'Sullivan 4:19,21 5:17,23
O'Sullivan's 7:9

                    P
Page 3:2,11,11 10:14,17,19
pages 9:15
paper 13:16 14:14
papers 9:7 10:3,4 15:24
parallel 5:6
participate 13:13
particularly 6:14,16,19
parties 5:2 7:12 16:8
past 18:11
PASTOR-HERNANDEZ 2:6
  19:22
PC 1:15
pegged 16:7,25
pending 8:1,3
people 12:4
perhaps 13:25
period 8:7
permitted 13:9
person 11:6,21 12:11,13
plaintiff 8:2
plaintiffs 1:6,14 4:9 5:14 6:8,23
  6:25 7:5,7 8:12 12:4,10,25
  13:8
plan 19:16

play 8:5
PLLC 1:19
point 11:18
position 5:15,21 6:15 9:6 15:10
  17:16,17
prefer 13:2
pretty 6:21 10:9,10
privilege 4:25 5:18,19,20,21,24
privileged 5:16,22
proceeding 13:13,14,16 15:14
proceedings 4:1 13:5,6 14:9
  19:20
process 14:18
production 6:23,25 7:6
proposed 16:21,23
proving 12:11
public 9:19
publication 12:14
publicized 15:15
published 12:15 13:25
purpose 5:8
purposes 6:21
pursue 14:8
pursuing 12:4
pushed 16:16,19
put 16:12
puzzled 9:17
P.A 2:2
p.m 4:1 19:17

                    Q
quash 8:15
Queen's 13:8
question 5:25 17:13
questions 17:25
quicker 13:2
quickly 6:22
quite 5:17

                    R
R 19:18
rblack@royblack.com 2:4
read 4:17 13:25 15:19
reason 13:22
receive 16:3
Received 3:10
redacted 5:11 6:18
refusal 9:5,16
regarding 4:24 12:14
related 10:19
relevant 6:16 10:14
rely 5:15
relying 6:17
remember 14:11 16:17
reply 4:25 5:1 6:2 10:4
REPORTED 2:6
reporter 2:6 11:22,23 19:23
reporter's 3:4 4:25 5:18,19,21
request 6:11 10:11 15:3
requests 8:20
resistance 9:10 15:18
resolve 5:7 7:11,11
resolved 7:16
resolves 6:20
resolving 5:8
respond 14:24
responded 7:8
responding 8:22
resubmit 15:5
reveal 6:13
revealed 5:14
reviewed 7:7
right 4:11 8:25 10:8 11:19 12:18
  13:19 14:13 18:10,10,19,24
  19:10
Robert 15:16
rogatory 14:10,12
Roy 2:1 4:13
RPR 2:6 19:22

rule 12:23
run 15:10

**S**

same 11:20 15:9
sat 15:16,16
satisfied 7:8
schedule 10:4 16:8,12,21,23
  17:12
scope 6:10,14
security 9:12 17:15,24
see 16:5 17:22
seems 15:15
Senator 11:4,8,11
senator's 11:10
send 14:14
sense 10:9 12:17 14:17
sent 7:7 8:15
serve 14:4,4 15:4
served 10:23 14:15
serving 16:2
set 7:9
several 8:4,5 9:8
short 6:7 8:7
shortly 10:5
shows 5:5
sides 7:16
signature 14:12
significant 7:23
silly 15:12
simply 11:6
since 9:19 12:10
sitting 15:20
sit-downs 9:3
six 13:9
slightly 5:25
Smith 1:8 4:7 13:23
some 5:8,11 13:22 14:10 15:2
  18:5,14
somehow 15:10
something 17:19
sorry 8:13,19 11:24
sort 9:16 16:12 17:13
sought 13:24 14:1
source 5:12,16 11:7
sources 6:14
South 2:2
SOUTHERN 1:1
speaking 15:22
specific 5:10 8:20,20
specifically 5:13
spoke 5:3,4
spoken 12:12
Srebnick 2:2
stand 4:20 6:1
start 4:19
statements 12:14
States 1:1,12 2:6 19:23
status 1:11 18:7
Steele 11:5 12:12,13 13:21,24
  14:1,8,21 15:4,7,16,23
stick 17:11
still 15:7 18:24
Street 1:15
strongly 9:21
Stumpf 2:2
subpoena 8:11,12,13,18 11:2
subpoenaed 8:17,18,20 9:1
subpoenas 8:4 10:23
succinctly 10:22
Suite 1:16 2:3,7 19:24
summarize 9:15
summarized 10:21
summary 19:15
sure 15:17 18:25
swear 18:2
swift 19:15
S.A 1:5

**T**

T 19:18,18
TABLE 3:1
tailor 10:11
take 4:18 7:20 14:18 16:11 18:10
talk 12:15 15:22
talking 11:17
tell 12:17
telling 17:1
tending 6:13
terms 6:14
testify 15:13
testifying 10:18
Thank 10:22 19:6,8,9,10
Thanks 16:4
Thanksgiving 10:5
their 8:1 9:5,7,10,25
things 4:20 6:21 10:23 14:4 15:2
  17:13 18:5
think 10:2,9,21 11:14 13:5,9
  14:3 16:8,18,25 17:12,21,23
  17:24 18:7
thinking 5:6
though 10:10 17:13
thought 13:22 14:9 16:15
three 9:4
Thursday 18:16,17
till 19:11
time 5:4 8:7 14:10,23 16:10,11
  16:13 18:5,14 19:2
times 9:4 10:24 14:1
timing 7:3
today 18:11
together 5:5 16:11,13 18:6
total 12:17
totally 7:8
transcript 16:11
transcription 19:20
Tremaine 1:22
trial 17:7,9
try 12:5 17:11
trying 10:11 11:6 15:10
turn 9:3
two 7:6,15 8:14 9:14,15 15:2
  18:14

**U**

UK 15:11
under 5:21
underlying 9:24
understand 9:19 14:22 15:18
UNGARO 1:11
United 1:1,12 2:6 19:23
unnecessarily 16:20
until 6:25 17:13
URSULA 1:11
U.S 19:23

**V**

Val 4:10
VALENTIN 1:14
various 8:20 10:24 14:1
versus 4:7
very 7:24 8:6 9:2,3,19 10:22
  11:24 19:15
vgurvits@bostonlawgroup.com
  1:17
voluminous 10:7,10
vs 1:7

**W**

waiting 12:22
want 4:17 6:24 10:20 15:22
  16:19 17:2,7,9 18:2,17 19:13
wasn't 5:17
waterfront 10:3
way 14:22 17:24 18:1
Webzilla 1:5 10:16

week 6:6 7:6 18:18
weeks 7:6 18:14
well 5:24 7:5 13:12 14:3,19,23
  16:18 18:11,18 19:7
were 4:1 5:5 6:8 7:11 8:4,21
  9:18 10:13 14:9 16:11
weren't 7:8
we'll 13:4 16:12,23 17:5
we're 12:10,22 15:10,12
we've 9:2,4
whole 10:3
widely 9:20 15:15
Wilkie 2:7 19:23
William 11:13,16
withheld 5:11 6:12,17
wonderful 16:6
words 16:17
work 8:8
worked 11:10
works 14:22
wouldn't 15:13 17:3,23
Wright 1:22
wrong 7:21

**X**

XBT 1:5

**Y**

Yahoo 12:2
Yeah 18:13
York 1:24,24 10:24

**0**

02459 1:16

**1**

1:30 19:3,4
10020 1:24
11th 18:21,23 19:1
12-4 1:6
1251 1:23
13-3 2:7 19:24
1300 2:3
17-60426-Civil 4:8
17-60426-CV-UNGARO 1:3
19 3:4

**2**

2:15 4:1
2:40 19:17
20 1:16
201 2:2
2017 1:8
2020 19:11
2022 17:7
2024 17:8
21st 1:23
212-603-4068 1:24
23rd 7:6

**3**

3rd 1:19 13:1 14:8,16
30 15:2
305-371-6421 2:4
305.523.5118 2:8 19:24
33128 2:8 19:24
33131 2:3
33304 1:20

**4**

4th 18:12
400 2:7 19:24
45 18:7

**5**

5th 7:10,11,12,14

**6**

617-928-1804 1:17
642 1:19

**8**

825 1:15

**9**

9 1:8
954-527-4111 1:20