**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

      Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

      Defendants.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On August 3, 2017, the Court ordered the Parties to conduct mediation on November 11, 2017. D.E. 48. To date, no mediation report has been filed. Accordingly, it is

ORDERED AND ADJUDGED that the Parties SHALL file a mediation report from their mediation no later than **Friday, December 8, 2017.** Failure to comply with this order will result in the immediate dismissal of this action.

DONE AND ORDERED in Chambers, Miami, Florida this _4th_ day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record.