UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On November 22, 2017, the Court issued its Amended Order of Referral to Meditation, requiring the Parties to select a mediator by December 7. To date, the Parties have not responded to that order either by selecting a mediator or indicating that they intend to use their previously selected mediator, John S. Freud (*see* D.E. 37). Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Tuesday, December 12, 2017**, as to why this case should not be dismissed for failure to comply with the Court's Order. Alternatively, Plaintiff SHALL file a notice of mediator selection by that date or state that the Parties intend to use the previously selected mediator, John S. Freud. Failure to comply with this Order will result in the immediate dismissal of this case without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this _8th_ day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf