IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
----------------------------------- x
ALEKSEJ GUBAREV, XBT HOLDING S.A.,  :
and WEBZILLA, INC.                  :
                                    :  Case No.: 17-cv-60426-UU
              Plaintiffs,           :
                                    :
       vs.                          :
                                    :
BUZZFEED, INC. and BEN SMITH        :
                                    :
              Defendants.           :
----------------------------------- x
```

**VERIFIED MOTION FOR ALISON SCHARY TO APPEAR *PRO HAC VICE***

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Alison Schary of the law firm of Davis Wright Tremaine LLP, 1919 Pennsylvania Avenue, Suite 800, Washington DC 20006, for purposes of appearance as counsel on behalf of Defendants, BuzzFeed, Inc. and Ben Smith, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Alison Schary to receive electronic filings in this case, and in support thereof states as follows:

1. Alison Schary, although not admitted to practice in the Southern District of Florida, certifies herewith that she has studied the Local Rules of this Court and is a member in good standing of the Bars of the State of New York and District of Columbia. Attached hereto is a certificate of good standing from the Clerk of the Appellate Division of the Supreme Court of New York, First Department and a certificate of good standing from the Clerk of the Superior Court of District of Columbia.

2. In further support of this motion, it is hereby designated that Jared Lopez, Esq., a

member in good standing of the Florida Bar and the United States District Court of the Southern District of Florida, be a person with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom filings shall be served, and who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. He maintains an office in this District for the practice of law and is authorized to file through the Court's electronic filing system.

3. In accordance with the local rules of this Court, the $75 admission fee has been paid to the Court.

4. Alison Schary, by and through designated counsel, and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests that the Court provide Notice of Electronic Filings to her at the e-mail address alisonschary@dwt.com.

WHEREFORE, Jared Lopez moves this Court to enter an Order for Alison Schary to appear before this Court on behalf of Defendants, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Alison Schary.

## CONSENT TO DESIGNATION

I hereby consent to the designation set forth in paragraph 2 herein.

Date: December 12, 2017

Jared Lopez
Florida Bar No. 103616

BLACK SREBNICK KORNSPAN &
STUMPF
*Attorney for Defendants*
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305.371.6421
Facsimile: 305.358.2006

Executed under penalty of perjury on this 12th day of December, 2017 at Washington, DC.

Alison Schary

## CERTIFICATE OF SERVICE

I hereby certify on December 13, 2017, the foregoing was filed with the Court's CM/ECF Service, and provided by email to counsel of record.

Matthew Shayefar
Valentin D. Gurvitz
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telehone: 617-928-1806
Facsimile: 617-928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Brady J. Cobb
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

By: _____
Jared Lopez