IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

------------------------------------- x
ALEKSEJ GUBAREV, XBT HOLDING S.A., :
and WEBZILLA, INC. :
: Case No.: 17-cv-60426-UU
                Plaintiffs, :
:
vs. :
:
BUZZFEED, INC. and BEN SMITH :
:
                Defendants. :
------------------------------------- x

**AFFIDAVIT OF ALISON SCHARY
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

DISTRICT OF COLUMBIA   ) ss:

      BEFORE ME, this day personally appeared Alison Schary, who being first duly sworn, deposes and says:

    1.    I am an associate in the law firm of Davis Wright Tremaine LLP, 1919 Pennsylvania Avenue, Suite 800, Washington, DC 20006, am a member in good standing of the bar of the State of New York and the District of Columbia.

    2.    I have never been the subject of any disciplinary proceedings in any jurisdiction.

    3.    I am fully familiar with the pertinent facts underlying the present litigation and have studied the local rules of this Court.

    FURTHER AFFIANT SAYETH NAUGHT.

                                              Alison Schary, Esq.

    SWORN AND SUBSCRIBED before me this 8th day of December 2017, in the District of Columbia by Alison Schary, who is personally known to me.



                                              Notary Public, District of Columbia
                                              Carol R. Kaltenbaugh
                                              Notary Public, District of Columbia
                                              My Commission Expires 11/30/2020