UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

## JOINT STATUS REPORT

The Parties, Plaintiffs Aleksej Gubarev, XBT Holding, S.A., and Webzilla, Inc. and Defendants BuzzFeed, Inc. and Ben Smith, by and through undersigned counsel and pursuant to this Court's November 13, 2017 Status Conference Order [D.E. 90], hereby submit the following Joint Status Report:

**1.**    **The status of any unresolved discovery disputes**

Plaintiffs have yet to produce certain categories of documents that they previously agreed to produce to Defendants. Defendants have asked Plaintiffs to produce those documents on or before January 10, 2018. Plaintiffs' counsel are working to obtain from their clients the responsive documents and to review and produce them as expeditiously as possible.

Plaintiffs served a second round of written discovery on Defendants on November 28, 2017 (Plaintiffs' First Set of Interrogatories to Defendant Ben Smith and Plaintiffs' Second Request for Production of Documents and Things to Defendant BuzzFeed, Inc.). Defendants requested an extension to January 9, 2018 to respond to these discovery requests.

In addition, Defendants subpoenaed Constantin Luchian, an employee of Webzilla, Inc., who is represented by Plaintiffs' counsel, and Mr. Luchian has objected to the production of certain documents Defendants believe to be responsive to that subpoena. The parties are still negotiating the subpoena response.

**2.     The status of any unresolved legal issues bearing upon discovery**

None at the present time.

**3.     The status of discovery from third parties including Christopher Steele and persons and entities within the United States' government**

<u>Plaintiffs' Third Party Discovery Statement</u>

Mr. Steele, through his British counsel, has been resisting sitting for his deposition. A hearing is currently scheduled for February 5, 2018 to determine if the order requiring Mr. Steele to sit for his deposition will be set aside or modified in any respects.

Fusion GPS has filed a motion to quash the subpoena served upon it in Washington, DC. The motion has been fully briefed and awaiting action by the Court for a number of months.

In addition, Plaintiffs took the deposition of third-party David Kramer on December 13, 2017. At the time, Mr. Kramer's attorney designated the transcript as Confidential-Attorneys' Eyes Only pursuant to the Protective Order entered by the Court. Also pursuant to that Protective Order, Plaintiffs have informed Mr. Kramer's counsel that they object to the confidentiality designation. Mr. Kramer's attorney has indicated that he intends to move for a protective order maintaining the current designation of Mr. Kramer's testimony.

<u>Defendants' Third Party Discovery Statement</u>

As the Court is aware, the Defendants have moved to compel the United States government to produce testimony responsive to their subpoena. The motion to compel is fully briefed. Judge Mehta of the United States District Court for the District of Columbia has set a hearing on the motion for February 15, 2018.

Next, Defendants have subpoenaed the Democratic National Committee ("DNC") for information related to the hacking of its computer systems by Russians, which is relevant to this litigation because the central allegation in the complaint is that Defendants defamed Plaintiffs by publishing the Steele Dossier, which stated that Plaintiffs or entities linked to them were involved in the hack of the DNC. On January 5, 2018, the DNC informed Defendants that it would object to the subpoena and not produce any responsive documents. Defendants will move to compel compliance with the subpoena in the United States District Court for the District of

- 2 -

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

Columbia. Defendants are also still negotiating the scope of other outstanding third party subpoenas and may need to move to compel compliance.

Finally, Defendants will be bringing a motion for the issuance of several Letters of Request to various banks in Cyprus and The Netherlands. These banks were identified by Plaintiffs in December as individuals who have information about their alleged damages.

**4.    Whether the Court's Scheduling Order should be amended to extend the discovery period**

Plaintiffs do not believe that the Scheduling Order should be amended to extend the discovery period.

Defendants respectfully request an extension of discovery because they believe it is unlikely that all of the outstanding, non-party discovery can be completed before March 15, 2018.

**5.    A summary of any pending motions**

There are no motions currently pending. It is Plaintiffs' intent to file forthwith a motion concerning the inapplicability of the Fair Report and Neutral Report Privileges asserted by the Defendants.

**6.    Any unique legal or factual aspects of the case requiring special consideration by the Court**

This litigation may involve discovery abroad and substantial discovery from government agencies and former employees. In addition, due to the nature of the allegations in the dossier about Plaintiffs, Defendants assert there will be substantial technical discovery and expert testimony regarding the Plaintiffs' networks.

In addition, the parties disagree as to the applicability and scope of the fair and true report privilege, the neutral reporting privilege, and the reporters' privilege in this action. Consistent with this Court's recommendation, Plaintiffs intend to file a Motion for Judgment on the Pleadings as to the Fair Reporting Privilege and the Neutral Reporting Privilege. Defendants reserve their right to file a motion to amend the answer in response to such a motion.

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

Questions as to whether the Plaintiffs are public or private figures will also likely be brought before the Court.

Questions as to which state law will apply to the present action will also be presented to the Court.

Finally, third parties may move to quash the subpoenas served on them on either the reporters' privilege or national security grounds.

**7.     The status of potential settlement**

The parties have agreed to a mediation before John S. Freud.  The mediation is currently scheduled for March 13, 2018.  The parties have not recently discussed settlement.

**8.     Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action**

It is Plaintiffs' intent to file forthwith a motion concerning the inapplicability of the Fair Report and Neutral Report Privileges asserted by the Defendants.

Defendants would like to raise with the Court Plaintiffs' efforts in London to vary the Letter of Request to Mr. Steele.

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

Date: January 5, 2018

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

/s/ Katherine M. Bolger
Katherine M. Bolger (*pro hac vice*)
Adam Lazier (*pro hac vice*)
Nathan Siegel (*pro hac vice*)
Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com

/s/ Jared Lopez
Jared Lopez
Roy Black
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Attorneys for Defendants*

- 6 -

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below on January 5, 2018.

>                /s/ Jared Lopez
>                Jared Lopez

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Nathan Siegel
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com


Matthew Shayefar
Valentin D. Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Evan@CFWLegal.com


Brady J. Cobb
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com