**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

**ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.**

    Plaintiffs,

vs.

**BUZZFEED, INC. AND BEN SMITH,**

    Defendants.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR COUNSEL TO APPEAR
TELEPHONICALLY FOR THE STATUS CONFERENCE SET FOR JANUARY 10, 2018**

    Defendants BuzzFeed, Inc. and Ben Smith (hereinafter collectively referred to as "Defendants"), by and through undersigned counsel, file this their Unopposed Motion for Counsel Katherine M. Bolger to appear telephonically for the Status Conference that was set by this Court for January 10, 2018 at 4:00 p.m., and in support thereof state as follows:

    1.    On December 12, 2017, this Court reset (D.E. 100) the Status Conference to occur on January 10, 2018 at 4:00 p.m.

    2.    Ms. Bolger has family obligations in New York City on the evening of January 10, 2018, which she would miss or be likely to miss if she were to attend the status conference.

    3.    Ms. Bolger, through undersigned counsel, respectfully requests that this Honorable Court excuse her personal appearance at the Status Conference on January 10, 2018 at 4:00 p.m., and requests that the Court enter an order allowing Ms. Bolger to appear telephonically for the Status Conference. Additionally, undersigned counsel and Nathan Siegel will personally appear for the Status Conference.

    4.    This motion is not made for the purposes of delay, and no party will be prejudiced by the granting of the relief sought herein.

Dated: January 8, 2018

Respectfully submitted,

Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020

By: /s/ Katherine M. Bolger
    Katherine M. Bolger, Esq.
    (admitted *pro hac vice*)
    Nathan Siegel, Esq.
    (admitted *pro hac vice*)
    Adam Lazier, Esq.
    (admitted *pro hac vice*)
    katebolger@dwt.com
    nathansiegel@dwt.com
    adamlazier@dwt.com

-and-

Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel:   (305) 371-6421

By: /s/ Jared Lopez
    Roy Black, Esq.
    Florida Bar No. 126088
    Jared Lopez, Esq.
    Florida Bar No. 103616
    rblack@royblack.com
    jlopez@royblack.com
    civilpleadings@royblack.com

    *Attorneys for Defendants*

2

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Undersigned counsel have conferred with counsel for Plaintiffs with regard the relief requested herein and counsel for Plaintiffs has advised that there is no objection to the requested telephonic appearance.

Dated: January 8, 2018

                                                *s/s Katherine M. Bolger*
                                                Katherine M. Bolger
                                                (admitted *pro hac vice*)

## **CERTIFICATE OF SERVICE**

I CERTIFY that on January 08, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Jared Lopez
Jared Lopez, Esq.