UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO APPEAR TELEPHONICALLY

THIS CAUSE is before the Court upon Defendants' Motion to Appear Telephonically for the Status Conference Set for January 10, 2018. ECF No. 105. Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Appear Telephonically, ECF No. 105, is **GRANTED**.

**DONE AND ORDERED** in Chambers, at Miami, Florida this \_\_\_\_ day of January, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

*John J. O'Sullivan, United States Magistrate Judge*
*Counsel of Record*