UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

## **ORDER**

THIS CAUSE is before the Court upon Defendants' Unopposed Motion for Counsel to Appear Telephonically for the Status Conference Set for January 10, 2018 (D.E. 105).

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

Defendants request that the Court permit their attorney, Katherine Bolger, to appear telephonically for the Status Conference set for January 10, 2018. In support of their motion, Defendants state that Ms. Bolger has family obligations in New York that day, but that their other attorneys will be present in the courtroom. Because Defendants' other attorneys will be present, the Court will permit Ms. Bolger to appear telephonically. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants' Unopposed Motion for Counsel to Appear Telephonically for the Status Conference Set for January 10, 2018 (D.E. 105) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th_ day of January, 2017.

*[signature: Ursula Ungaro]*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
counsel of record