UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

   Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

   Defendants.
_____/

## ORDER

PLEASE TAKE NOTICE the above-captioned matter has been set for Status Conference before the Honorable Ursula Ungaro, at the United States District Court, 12th Floor, 400 North Miami Avenue, Miami, Florida on **Tuesday, February 27, 2018, at 4:00 P.M.**

Counsel for the Plaintiffs and Defendants are directed to file and serve a **Joint Status Report** on **Friday, February 23, 2017,** addressing the following:

1. The status of any unresolved discovery disputes;

2. The status of any unresolved legal issues bearing upon discovery;

3. The status of discovery from third parties including Christopher Steele and persons and entities within the United States' government;

4. Whether the Court's Scheduling Order should be amended to extend the discovery period;

5. A summary of any pending motions;

6. Any unique legal or factual aspects of the case requiring special consideration by the Court;

7.  The status of potential settlement;

8.  Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action.

It is further:

ORDERED AND ADJUDGED that, pursuant to the Court's instruction on the record at the January 10, 2018, Status Conference, Plaintiffs SHALL provide Defendants an analysis of their damages including the nature, source, and amount of damages no later than **Friday, February 23, 2018.**

DONE AND ORDERED in Chambers at Miami, Florida, this _10th_ day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf