UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60426-Ungaro/O'Sullivan

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.

_____/

**ORDER ON NON-PARTY DAVID J. KRAMER'S MOTION TO SEAL**

THIS CAUSE came before the Court on non-party David J. Kramer's Motion to Seal Motion for Protective Order and Memorandum of Law. The Court has reviewed the Motion and is otherwise fully advised in the premises. Accordingly, it is ORDERED and ADJUDGED as follows:

    1.    Mr. Kramer's Motion to Seal Motion for Protective Order is GRANTED.

    2.    The Clerk of Court shall seal the Motion for Protective Order and the Motion shall remain permanently sealed for the remainder of this litigation and until further order of the Court.

DONE AND ORDERED in Miami-Dade County, Florida on this _____ day of January, 2018.

                                                                             _____
                                                                             Honorable John O'Sullivan
                                                                             United States Magistrate Judge

Copies furnished to all Counsel of Record