UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60426-CV-Ungaro/O'Sullivan

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

**NON-PARTY DAVID J. KRAMER'S MOTION FOR PROTECTIVE ORDER**

[redacted]

Dated: January 17, 2018                           Respectfully submitted,

                                                  *s/ Marcos Daniel Jiménez*
                                                  Marcos Daniel Jiménez
                                                  Florida Bar No. 441503
                                                  **Marcos D. Jiménez, P.A.**
                                                  255 Alhambra Circle, Suite 800
                                                  Coral Gables, Florida 33134
                                                  Telephone: 305.740.1975
                                                  Email: mdj@mdjlegal.com

17

## CERTIFICATE OF SERVICE

This motion was filed electronically on January 17, 2018 through CM/ECF and served on counsel for the parties, through that system.

<div style="text-align: right;">

*s/ Marcos D. Jimenez*
Marcos D. Jimenez

</div>