UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60426-UNGARO/O'SULLIVAN

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.
    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,
    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on the Non-Party David J. Kramer's Motion to Seal Motion for Protective Order (DE # 110, 1/17/18) and the Non-Party David J. Kramer's Motion for Protective Order (DE # 111, 1/17/18).  The Non-Party David J. Kramer's Motion for Protective Order (DE # 111, 1/17/18) having failed to comply with the discovery procedures in place in this matter,  it is

ORDERED and ADJUDGED that the Non-Party David J. Kramer's Motion for Protective Order (DE # 111, 1/17/18) is STRICKEN from the record.  It is further

ORDERED AND ADJUDGED that the Non-Party David J. Kramer's Motion to Seal Motion for Protective Order (DE # 110, 1/17/18) is DENIED as moot.

The movant may contact the chambers of the undersigned to set this matter for a discovery conference.

DONE AND ORDERED in Chambers, in Miami, Florida on this 18th day of January, 2018.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to all Counsel of Record