UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**[PROPOSED] ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SEAL CERTAIN EXHIBITS TO PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

This matter has come before the Court on Plaintiffs' Unopposed Motion to Seal Certain Exhibits to Plaintiffs' Motion for Partial Judgment on the Pleadings, Docket No. ___.  The Court has reviewed the Motion and is otherwise fully advised on the premises.  Accordingly, it is ORDERED AND ADJUDGED:

    1.    Plaintiffs' Unopposed Motion to Seal Certain Exhibits to Plaintiffs' Motion for Partial Judgment on the Pleadings is GRANTED.

    2.    Plaintiffs shall file Exhibits 2 and 4 to the Motion for Partial Judgment on the Pleadings in an unredacted manner as attachments to a Notice of Sealed Filing, which shall be filed via CM/ECF in accordance with Local Rule 5.4.  The Clerk of the Court shall seal Exhibits 2 and 4 for the duration of this litigation and until futher ordered by this Court or otherwise if its designation is challenged and reversed by the Court.

DONE AND ORDERED in chambers at Miami, Florida, this ____ day of _____, 2018.

_____
**HONORABLE JOHN O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE**

cc:    All counsel of record