# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

## [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

This matter has come before the Court on Plaintiffs' Motion for Partial Judgment on the Pleadings with Respect to Defendants' Affirmative Defenses of "Fair and True Reporting Privilege" and "Neutral Reporting Privilege," Docket No. ___.  The Court has reviewed the Motion and is otherwise fully advised on the premises.  Accordingly, it is
ORDERED AND ADJUDGED:

     1.    Plaintiffs' Motion for Partial Judgment on the Pleadings with Respect to Defendants' Affirmative Defenses of "Fair and True Reporting Privilege" and "Neutral Reporting Privilege" is GRANTED.

     2.    Defendants' Third Affirmative Defense (the "fair report privilege") and Fourth Affirmative Defense (the "neutral report privilege") fail as a matter of law and are hereby struck.

     3.    Defendants shall not be entitled to rely upon and shall not advance either of the struck affirmative defenses, or the substances thereof, at trial in this matter.

DONE AND ORDERED in chambers at Miami, Florida, this ____ day of _____, 2018.

_____
**HONORABLE URSULA UNGARO**
**UNITED STATES DISTRICT JUDGE**

cc:    All counsel of record