UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

       Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

       Defendants.
_____/

**DEFENDANTS' MOTION FOR COURT TO ISSUE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE AND INCORPORATED MEMORANDUM OF LAW**

      Defendants BuzzFeed, Inc. and Ben Smith hereby respectfully request that this Court issue Requests for International Judicial Assistance under the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Convention") to the Cyprus Ministry of Justice and Public Order to compel AstroBank Ltd ("AstroBank"), Ancoria Bank Ltd ("Ancoria"), Bank of Cyprus Public Company Ltd ("Bank of Cyprus"), Societe Generale Bank – Cyprus Ltd ("SGBCY"), RCB Bank Ltd ("RCB"), and Renat Fatkhullin (collectively, the "Lenders") to provide testimonial and documentary evidence relevant to this case. In support of this Motion, Defendants state as follows:

      1.    In this action, Plaintiffs allege one count of defamation and defamation *per se* arising out of Defendants' publication of an article entitled *These Reports Allege Trump Has Deep Ties to Russia* (the "Article"), along with an embedded document file containing a 35-page collection of memoranda (the "Dossier") that primarily discuss Russian efforts to influence the

U.S. Presidential election, including alleged ties between Russia and the campaign of President Trump. Compl. ¶¶ 23-26.

2. Plaintiffs claim that the following allegations in the Dossier are false and defamatory:

> [redacted] reported that over the period March-September 2016 a company called XBT/Webzilla and its affiliates had been used botnets and porn traffic to transmit viruses, plant bugs, steal data and conduct "altering operations" against the Democratic Party leadership. Entities linked to one Aleksei GUBAROV were involved and he and another hacking expert, both recruited under duress by the FSB, Seva KAPSUGOVICH, were significant players in this operation. In Prague, [Michael] COHEN agreed contingency plans for various scenarios to protect the operations, but in particular what was to be done in the event that Hillary CLINTON won the presidency. It was important in this event that all cash payments owed were made quickly and discreetly and that cyber and other operators were stood down/able to go effectively to ground to cover their traces.

*Id.* ¶ 26.

3. Issuance of a request for judicial assistance under the Hague Convention "is particularly appropriate where, as here, a litigant seeks to depose a foreign *non-party* who is not subject to the court's *in personam* jurisdiction" and the witnesses "possess knowledge relevant to the plaintiff's claims." *In re Chiquita Brands Int'l, Inc.*, 2015 WL 12601043, at *8 (S.D. Fla. Apr. 7, 2015) (emphasis in original).

4. Plaintiffs have alleged that the Lenders possess important evidence relevant to their claim for damages. They plead in their Complaint that "[a]t least one lender has declined to do business with XBT and/or Webzilla" because of the allegedly defamatory statements. Complaint ¶ 47. Mr. Gubarev also told *The Wall Street Journal* that "credit lines…vital to his business were cut" because of the statements at issue. *See* Alan Cullison, *Russian Tech Entrepreneur Denies Link to Donald Trump Hacking Report,* The Wall Street Journal (Feb. 14, 2017). And, at a January 10, 2018 case conference, Plaintiffs' counsel confirmed to the Court

2

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

that Mr. Gubarev is still "claiming that he has been cut off from avenues to obtain financing," and that this remains "an element of his [alleged] damages." Transcript at 31; *see also id.* at 15.

5. In their discovery responses, Plaintiffs have specifically identified each of the Lenders as persons or financial institutions to which Mr. Gubarev, XBT, and/or Webzilla applied for financing and were allegedly denied due to the publication of the Article and the Dossier, and they have produced a limited number of documents relating to these requests for financing. In particular:

   a. **AstroBank**: Plaintiffs' discovery responses and relevant documents produced in this action purport to indicate that Mr. Gubarev, through his attorney, applied for a loan from AstroBank in or around July 2017 in the amount of 1.5 million USD or Euros, and that his application was rejected in or around October 2017 due to the existence of the Action.

   b. **Ancoria**: Plaintiffs' discovery responses state that in or around March 2017, Mr. Gubarev requested a loan from Ancoria in the amount of 2 million Euros, and that Ancoria denied his request in or around April 2017 due to the publication of the Article and the Dossier. Plaintiffs have also produced documents in this action purportedly indicating that in March 2017, Mr. Gubarev, through his attorney, sought to open a joint account at Ancoria with his wife.

   c. **SGBCY**: Plaintiffs' discovery responses state that Mr. Gubarev applied for a loan from SGBCY in the amount of 1.5 million Euros, and that his application was rejected due to the publication of the Article and the Dossier. Plaintiffs have also produced documents in this action purportedly indicating that Mr. Gubarev, through his attorney, applied for such a loan in or around July 2017, and that SGBCY rejected his application in or around August 2017 because it fell outside the risk appetite and target market policy of the bank.

   d. **RCB**: Plaintiffs' discovery responses and relevant documents produced in this action purportedly indicate that in or around October 2016, Mr. Gubarev applied for a loan from RCB in the amount of 9 million USD. Plaintiffs' discovery responses state that RCB initially approved Mr. Gubarev's loan application, but refused to release the loan amount to him in 2017 after the publication of the Dossier.

   e. **Bank of Cyprus**: Plaintiffs' discovery responses and relevant Documents produced in this action purportedly indicate that in or around July 2017, Mr. Gubarev, through his attorney, applied for a loan from Bank of Cyprus in the amount of 1.5 million USD or Euros,

3

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

        and that his application was rejected in or around October 2017 due to the existence of the Action.

    f. **Renat Fatkhullin**: Plaintiffs' discovery responses and documents produced in this action purportedly indicate that in or around May 2017, Mr. Gubarev asked Mr. Fatkhullin for a loan in the amount of 2 million USD, but Mr. Fatkhullin denied his request because of the publication of the Article and the Dossier, despite having previously extended financing to Plaintiffs on a number of occasions.

6. It is therefore expected that the Lenders will be able to provide crucial and relevant evidence on the extent of damages suffered by Plaintiffs, if any, as a result of Defendants' publication of the statements at issue.

7. As the Lenders are located in Cyprus, they are beyond the jurisdiction of this or any American Court. Defendants accordingly ask this Court to issue the Requests for International Judicial Assistance to the Cyprus Ministry of Justice and Public Order attached hereto as Exhibits 1 through 6 to compel the Lenders to provide evidence in this matter.

8. Plaintiffs have indicated that they do not oppose the relief sought by this Motion.

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

Date:  January 19, 2018

        Respectfully submitted,

        Davis Wright Tremaine, LLP
        1251 Avenue of the Americas, 21st Floor
        New York, New York 10020

        By: /s/ Katherine M. Bolger
            Katherine M. Bolger, Esq.
            Adam Lazier, Esq.
            Nathan Siegel, Esq.
            katebolger@dwt.com
            adamlazier@dwt.com
            nathansiegel@dwt.com

        -and-

        Black, Srebnick, Kornspan & Stumpf, P.A.
        201 S. Biscayne Boulevard, Suite 1300
        Miami, Florida 33131
        Tel:    (305) 371-6421

        By: /s/ Jared Lopez
            Roy Black, Esq.
            Florida Bar No. 126088
            Jared Lopez, Esq.
            Florida Bar No. 103616
            rblack@royblack.com
            jlopez@royblack.com
            civilpleadings@royblack.com

        *Attorneys for Defendants*

5

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

      Undersigned counsel have conferred with counsel for Plaintiffs with regard the relief requested herein and counsel for Plaintiffs has advised that there is no objection to the requested relief.

Dated: January 19, 2018

                                                   *s/s Katherine M. Bolger*
                                                   Katherine M. Bolger
                                                 (admitted *pro hac vice*)

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
    _____/

**CERTIFICATE OF SERVICE**

    I CERTIFY that on January 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                By: /s/ Jared Lopez
                                       Jared Lopez, Esq.

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com