UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

## -] ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SEAL CERTAIN EXHIBITS TO PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

This matter has come before the Court on Plaintiffs' Unopposed Motion to Seal Certain Exhibits to Plaintiffs' Motion for Partial Judgment on the Pleadings, Docket No. 114.  The Court has reviewed the Motion and is otherwise fully advised on the premises.  Accordingly, it is ORDERED AND ADJUDGED:

1.    Plaintiffs' Unopposed Motion to Seal Certain Exhibits to Plaintiffs' Motion for Partial Judgment on the Pleadings is GRANTED.  The Court will, however, review the exhibits once they have been filed and may vacate this order if, upon review, it appears that they should not be sealed.

2.    Plaintiffs shall file Exhibits 2 and 4 to the Motion for Partial Judgment on the Pleadings in an unredacted manner as attachments to a Notice of Sealed Filing, which shall be filed via CM/ECF in accordance with Local Rule 5.4.  The Clerk of the Court shall seal Exhibits 2 and 4 for the duration of this litigation and until further ordered by this Court or otherwise if its designation is challenged and reversed by the Court.

DONE AND ORDERED in chambers at Miami, Florida, this 22d__ day of  January, 2018.


**URSULA UNGARO**
**UNITED STATES DISTRICT JUDGE**

cc:      All counsel of record