**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

|  |  |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDINGS S.A., and<br>WEBZILLA, INC.<br>　Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>　Defendants. | **FILED UNDER SEAL**<br><br>**Case No.**<br><br>**0:17-cv-60426-UU** |

## NOTICE OF SEALED FILING

Plaintiffs in the above captioned action, by and through their undersigned counsel, hereby provide notice pursuant to Local Rule 5.4(b)(1) and the Court's Order on Plaintiffs' Unopposed Motion to Seal Certain Exhibits to Plaintiffs' Motion for Partial Judgment on the Pleadings (Docket No. 123), issued January 23, 2018, of the filing of Exhibits 2 and 4 to Plaintiffs' Motion for Partial Judgment on the Pleadings (Docket No. 115).  The unredacted versions of Exhibits 2 and 4 are enclosed herewith.

Dated: January 23, 2018

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　　By their Attorneys,

　　　　　　　　　　　　　　　　　　　/s/ Matthew Shayefar
　　　　　　　　　　　　　　　　　　　Matthew Shayefar (Fla. Bar No. 0126465)
　　　　　　　　　　　　　　　　　　　BOSTON LAW GROUP, PC
　　　　　　　　　　　　　　　　　　　825 Beacon Street, Suite 20
　　　　　　　　　　　　　　　　　　　Newton Centre, Massachusetts 02459
　　　　　　　　　　　　　　　　　　　Telephone: 617-928-1806
　　　　　　　　　　　　　　　　　　　Facsimile: 617-928-1802
　　　　　　　　　　　　　　　　　　　matt@bostonlawgroup.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically via email on all counsel or parties of record on the service list below this 23rd day of January, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

Marcos Daniel Jiménez
Marcos D. Jiménez, P.A.
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
mdj@mdjlegal.com