FILED UNDER SEAL

Exhibit 4

# Withdrawal of Motion to Compel - ***ATTORNEY'S EYES ONLY COMMUNICATION***

**Bolger, Kate** <KateBolger@dwt.com>  Thu, Dec 14, 2017 at 1:26 PM
To: "evan@cfwlegal.com" <evan@cfwlegal.com>
Cc: "Siegel, Nathan" <NathanSiegel@dwt.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, Matthew Shayefar <matt@bostonlawgroup.com>, Brady Cobb <bcobb@cobbeddy.com>

> Dear Evan
> I confirm your understanding.
> Kate Bolger

On Dec 14, 2017, at 10:59 AM, "evan@cfwlegal.com" <evan@cfwlegal.com> wrote:

> Kate –
>
> At the close of Mr. Kramer's deposition we discussed whether Plaintiffs would be withdrawing their motion to compel currently pending before Magistrate O'Sullivan based on the testimony provided.
>
> I stated that we would consider withdrawing the motion so long as you could represent that the Defendants would not be asserting that they received the memos comprising the dossier from a source other than David Kramer. You stated that, although Mr. Bensinger might tell a different story about what was discussed between himself and Mr. Kramer, the Defendants would not be claiming that they received the memos from a source other than Mr. Kramer.
>
> If you would be willing to confirm that what I've said above is indeed accurate, we will indeed withdraw the motion to compel.
>
> Thank you.
>
> Evan
>
> ---
>
> Evan Fray-Witzer
>
> Ciampa Fray-Witzer, LLP
>
> 20 Park Plaza, Suite 505
>
> Boston, MA 02116
>
> (617) 426-0000
>
> (617) 507-8043 (facsimile)
> Evan@CFWLegal.com