IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

**ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.**

   **Plaintiffs,**

vs.

**BUZZFEED, INC. AND BEN SMITH,**

   **Defendants.**
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS'
MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

      Defendants BuzzFeed, Inc. and Ben Smith (collectively, "Defendants"), by and through their undersigned counsel, file this Unopposed Motion for Extension of Time to File Opposition to Plaintiffs' Motion for Partial Judgment on the Pleadings (ECF No. 115):

      1.     On January 18, 2018, Plaintiffs filed a motion for partial judgment on the pleadings with respect to Defendants' affirmative defenses asserting the privileges of fair report and neutral reportage.  *See* ECF No. 115.

      2.     Pursuant to Local Rule 7.1(c), Defendants' opposition to the motion is currently due February 1, 2018.

      3.     In light of ongoing discovery and upcoming depositions, the parties have conferred and agreed upon a modified briefing schedule that allows for Plaintiffs' motion to be fully briefed a week prior to the next status conference, which is scheduled for February 27, 2018 (*see* ECF No. 107).  The proposed briefing schedule is as follows:

          a.     Defendants shall file their opposition to Plaintiffs' motion by **February 9, 2018**.

      b.    Plaintiffs shall file their reply by **February 19, 2018**.

4.    This motion is filed in good faith and not for purposes of delay. No party will be prejudiced by the relief sought in this motion and Plaintiffs do not oppose it.

5.    A proposed order is attached hereto as Exhibit A.

WHEREFORE, Defendants respectfully request that the Court extend Defendants' time to file their opposition to Plaintiffs' Motion for Partial Judgment on the Pleadings to February 9, 2018, and extend Plaintiffs' time to file their reply to February 19, 2018.

Dated: January 24, 2018

Respectfully submitted,
Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020

By: /s/ Katherine M. Bolger
    Katherine M. Bolger, Esq.
    (admitted *pro hac vice*)
    Nathan Siegel, Esq.
    (admitted *pro hac vice*)
    Adam Lazier, Esq.
    (admitted *pro hac vice*)
    katebolger@dwt.com
    nathansiegel@dwt.com
    adamlazier@dwt.com

-and-

Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel:    (305) 371-6421

By: /s/ Jared Lopez
    Roy Black, Esq.
    Florida Bar No. 126088
    Jared Lopez, Esq.
    Florida Bar No. 103616
    rblack@royblack.com
    jlopez@royblack.com
    civilpleadings@royblack.com

*Attorneys for Defendants*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that counsel for Defendants has conferred with counsel for Plaintiffs, who do not oppose the relief sought herein.

Dated:  January 24, 2018

Respectfully submitted,

*s/s Katherine M. Bolger*
Katherine M. Bolger
(admitted *pro hac vice*)

**CERTIFICATE OF SERVICE**

I CERTIFY that on January 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Jared Lopez
Jared Lopez