IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

**ALEKSEJ GUBAREV, XBT HOLDING S.A., AND WEBZILLA, INC.**

   Plaintiffs,

vs.

**BUZZFEED, INC. AND BEN SMITH,**

   Defendants.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

THIS MATTER is before the Court upon Defendants' Motion for Extension of Time (the "Motion"). Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion is **GRANTED**. Defendants shall file their Opposition to Plaintiffs' Motion for Partial Judgment on the Pleadings on or before February 9, 2018, and Plaintiffs shall file their Reply on or before February 19, 2018.

**DONE AND ORDERED** in Chambers, at Miami, Florida this ____ day of January, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

John J. O'Sullivan, United States Magistrate Judge
Counsel of Record