**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**JOINT NOTICE OF MAGISTRATE'S DISCOVERY HEARING**

Plaintiffs Aleksej Gubarev, XBT Holdings, S.A. and Webzilla, Inc. (collectively, "Plaintiffs") hereby notice a discovery hearing for Friday January 26, 2018 at 1:30 p.m. at the C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida before the honorable United States Magistrate Judge John O'Sullivan in regards the proper designation of the deposition transcript of David Kramer pursuant to paragraph 12 this Court's Confidentiality Stipulation and Protective Order (D.E 41) dated July 31, 2017. Since the entire deposition transcript has been marked Attorney's Eye's Only under the Confidentiality Stipulation and Protective Order, the hearing will undoubtedly require discussion of most if not all of the transcript, and Plaintiffs' therefore request that attendance at the hearing on this matter be limited to only counsel of record and the Court and that pending the outcome of this hearing the transcript be sealed.

2

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (Mass. Bar No. 564349 – *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505, Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (Mass. Bar No. 643572 – *pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20, Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record this 24th day of January, 2018.

/s/ Brady Cobb
Brady J. Cobb

## CERTIFICATE OF COMPLIANCE

      I, Brady J. Cobb, hereby certify that, prior to filing this notice, I conferred with counsel for the Defendants and counsel for the deponent to narrow or eliminate the issues raised herein.

                                        /s/ Evan Fray-Witzer
                                        Evan Fray-Witzer