**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendants' Unopposed Motion for Extension of Time to File Opposition to Plaintiffs' Motion for Partial Judgment on the Pleadings (D.E. 125).

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Defendants' Unopposed Motion for Extension of Time to File Opposition to Plaintiffs' Motion for Partial Judgment on the Pleadings (D.E. 125) is GRANTED. Defendants shall file their Opposition to Plaintiff's Motion for Partial Judgment on the Pleadings no later than **February 9, 2018,** and Plaintiff shall file their Reply no later than **February 19, 2018.**

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of January, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf