UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-60426-UNGARO/O'SULLIVAN

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.
    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,
    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on non-party David J. Kramer's request for a protective order. Having held an informal discovery hearing on January 26, 2018, it is

ORDERED AND ADJUDGED that on or before **Monday, January 29, 2018**, Mr. Kramer shall file a motion addressing the issues raised at the January 26, 2018 hearing. It is further

ORDERED AND ADJUDGED that the plaintiffs shall file their response by **Friday, February 2, 2018**. It is further

ORDERED AND ADJUDGED that Mr. Kramer may file a reply no later than **Tuesday, February 6, 2018**. It is further

ORDERED AND ADJUDGED that the parties may file these documents under seal.

DONE AND ORDERED in Chambers, in Miami, Florida on this **26th** day of January, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All Counsel of Record