FILED UNDER SEAL PER COURT ORDER

# ATTACHMENT F

**From:** "Polantz, Katelyn" <Katelyn.Polantz@turner.com>
**Date:** January 5, 2018 at 7:31:39 PM EST
**To:** "mdj@mdjlegal.com" <mdj@mdjlegal.com>
**Subject: Urgent request re: David Kramer/dossier lawsuit**

Hi Mr. Jimenez,
Hope you're well. I understand you represent David Kramer in the ongoing litigation for which he was deposed, between Buzzfeed and Aleksej Gubarev. A court filing in the case today indicated that Mr. Kramer was the only person Gubarev's attorneys interviewed before they said they learned who leaked the dossier to Buzzfeed. It seems quite obvious that they learned the original of the leak from his deposition. Would you be able to comment on Mr. Kramer's behalf about this new information? Or would he be willing to speak to us directly for a story?
Thank you very much,
Katelyn


--
Katelyn Polantz
Senior writer, Justice & crime
**CNN**
Desk: 202-898-7661
Cell: 202-738-8185