FILED UNDER SEAL PER COURT ORDER

# ATTACHMENT G

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60426-Ungaro/O'Sullivan

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## DECLARATION OF DAVID J. KRAMER IN
## SUPPORT OF SEALED MOTION FOR PROTECTIVE ORDER

Pursuant to 28 U.S.C. § 1746, and under the penalty of perjury, I, David J. Kramer, declare as follows:

1. I make this declaration based on my personal knowledge.

2. I am currently a Senior Fellow in the Vaclav Havel Program for Human Rights and Diplomacy, a program that is part of Florida International University's Steven J. Green School of International and Public Affairs.

3. I have an M.A. in Soviet Studies from Harvard University and a B.A. in Soviet Studies and Political Science from Tufts University.

4. I have served eight years in the U.S. Department of State, including as Assistant Secretary of State for Democracy, Human Rights, and Labor and Deputy Assistant Secretary of State for European and Eurasian Affairs (responsible for Russia, Ukraine, Moldova and Belarus affairs as well as regional non-proliferation issues). In these roles, Mr. Kramer held top secret security clearances.

5.      I fear that if my deposition is disseminated outside of the instant litigation, it could place both my life and the life of my family in jeopardy. My fear is based on various facts, including my years of study of the actions of Russian intelligence operatives and agencies, well-publicized reports of retaliation carried out against perceived enemies of Russia, including the murder of a purported source of the Dossier published by Buzzfeed, and my own personal experiences as the target of at least three known hacking attempts -- one in the fall of 2016 and the other two in the summer of 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 17, 2018         By: _____
                                         David J. Kramer