FILED UNDER SEAL PURSUANT TO COURT ORDER

# Exhibit 1

FILED UNDER SEAL PURSUANT TO COURT ORDER



FILED UNDER SEAL PURSUANT TO COURT ORDER

most notably, Putin's invasion of Ukraine in 2014. The West's response to this latter incident included the imposition of sanctions against the regime, and these were topped off by additional sanctions for Russia's interference in the U.S. election in 2016. By the time Obama left office, relations between Russia and the United States were at their lowest point since the end of the Cold War.

Many questions surround Donald Trump's election and intentions toward Russia, and this book looks at Trump's campaign rhetoric on Russia and Putin, as well as his first month in office. Amid questions about the future of sanctions, Trump had not yet lifted them when this book went to print, much to the chagrin of officials in Moscow. Instead, there have been conflicting statements from various senior-level officials, as well as a U.S. cruise missile strike on a Syrian airfield in April that elicited a negative reaction from the Kremlin. Against that backdrop, the book ends by offering a roadmap and concrete recommendations for what policy should be going forward, recognizing that these recommendations may be quite different from the policy pursued by the new American president.

In dealing with Putin, it is important to distinguish between his regime and Russia as a whole. Our problems are not with Russia or Russians, notwithstanding their seeming preference for strong leaders. Our problems are with Putin's regime. We should stop seeing Putin as anything other than a paranoid, authoritarian leader who oversees one of the most corrupt regimes in the world. But we should not subscribe Putin's thinking and actions to all Russians, even if he remains popular among them. There are many decent Russians struggling for a better future for their country. Not conflating them with the odious regime in the Kremlin is critically important. Moreover, recognizing them and their bravery offers hope for the future.

Nobody wants war with Putin's regime, but calling for a strong stand against his egregious behavior is not tantamount to launching World War III. Pushing back against Putin's threatening behavior and policies – against his own people, his neighbors, and others – is not only necessary but also the right, moral thing to do. Showing

FILED UNDER SEAL PURSUANT TO COURT ORDER

# Acknowledgments

Over the years, I have written many op-eds, articles, chapters, memos and reports – some of them were even compiled into a short book with my dear friend Lilia Shevtsova in *Crisis: Russia and the West in the Time of Troubles* in 2013. But this book is the first I have ever written on my own. Even though it is relatively short in length, it proved long in coming. To produce it, I relied on a great network of friends and colleagues for support, expertise, insights, ideas, and help, though at the end of the day, I bear sole responsibility for the contents of this book. Some will like it, others will not, but I hope it stimulates healthy and constructive debate on the ever-important subject of U.S.-Russian relations.

Over the years, I have benefitted enormously from being colleagues with and knowing some of the finest people in the field. I also have been fortunate to have worked at some of the leading think tanks and activist organizations, including: Center for Strategic and International Studies,