FILED UNDER SEAL PURSUANT TO COURT ORDER

# Exhibit 2

**FILED UNDER SEAL PURSUANT TO COURT ORDER**

| | |
|---|---|
| **From:** | Marcos Jimenez |
| **To:** | evan@cfwlegal.com |
| **Cc:** | "John R. Byrne"; "Val Gurvits" |
| **Subject:** | RE: Proposal |
| **Date:** | Thursday, February 1, 2018 7:09:32 PM |

Just confirmed what I thought. Proposal is not acceptable.

**From:** evan@cfwlegal.com [mailto:evan@cfwlegal.com]
**Sent:** Thursday, February 01, 2018 6:28 PM
**To:** Marcos Jimenez <mdj@mdjlegal.com>
**Cc:** 'John R. Byrne' <jbyrne@leoncosgrove.com>; 'Val Gurvits' <vgurvits@bostonlawgroup.com>
**Subject:** RE: Proposal

Given that – in the absence of an agreement – we will be filing our opposition tomorrow, we would appreciate it if you would confirm one way or another if the proposal is acceptable.

Thank you.

Evan

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

**From:** Marcos Jimenez [mailto:mdj@mdjlegal.com]
**Sent:** Thursday, February 1, 2018 10:48 AM
**To:** evan@cfwlegal.com
**Cc:** John R. Byrne <jbyrne@leoncosgrove.com>; Val Gurvits <vgurvits@bostonlawgroup.com>
**Subject:** Re: Proposal

I will definitely confirm this evening but this proposal most likely will not work for Mr. Kramer for the reasons articulated in his motion.

**Marcos Daniel Jiménez**
**Marcos D. Jimenez, P.A.**
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134
Tel +1 305-570-3249
Cel +1 305-772-6026

mdj@mdjlegal.com

On Jan 31, 2018, at 4:08 PM, "evan@cfwlegal.com" <evan@cfwlegal.com> wrote:

Dear Marcos:

In the course of our hearing before Magistrate O'Sullivan and again in your brief, you stressed two items in Mr. Kramer's testimony that you found to be concerning:

    1.      his testimony that he knew Mr. Steele's sources; and
    2.      his testimony that the questions asked at the deposition were substantially similar to
        those asked of him when he testified before Congress.

In an effort to see if a negotiated resolution to our dispute is possible, I would propose that Plaintiffs would agree not to publicly use pages of Mr. Kramer's deposition that include references to either of those points.

More specifically, Plaintiffs would be satisfied to present only the following pages of Mr. Kramer's deposition to the British court: pp. 1, 22-29, 35-40, 48-67.

Please let us know as soon as possible if this proposed compromise would satisfy your concerns.

Thank you.

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com