FILED UNDER SEAL PURSUANT TO COURT ORDER

# Exhibit 8





FILED UNDER SEAL PURSUANT TO COURT ORDER

Sign Up  |  Log In

THE DECLARATION

## McCain Associate Subpoenaed in Trump-Russia Probe, Could Reveal Controversial Dossier's Sources

WILL RICCIARDELLA  |  DEC 28, 2017  |  9:14 AM

f  0                              💬 38                              🐦



*William Thomas Cain/Getty Images*

*William Thomas Cain/Getty Images*

The House Intelligence Committee has issued a subpoena for an associate of Sen. John McCain (R-AZ) who claims to know the Russian sources of the allegations made in the Russian dossier.

"Knowing [Christopher] Steele's sources is a critical part of the congressional dossier investigation, for both sides. If one argues the document is unverified and never will be, it is critical to learn the identity of the sources to support that conclusion," Byron York of the Washington Examiner wrote.

"If one argues the document is the whole truth, or largely true, knowing sources is equally critical," he continued.



**Byron York**
@ByronYork

David Kramer, McCain's dossier envoy, met with House 12/19. Told investigators he knows sources of dossier, but refused to name them. Now has subpoena. ow.ly/1CdX30hsvd0

5:34 PM - Dec 27, 2017

**Byron York: McCain associate subpoenaed in Trump dossier ...**

Case 0:17-cv-60426-UU    Document 131-8    Entered on FLSD Docket 02/02/2018    Page 3 of 3
FILED UNDER SEAL PURSUANT TO COURT ORDER

| | | |
|---|---|---|
| 190 | 2,457 | 4,139 |

A subpoena was issued Wednesday for David Kramer, a senior fellow at the McCain Institute for International Leadership at Arizona State University. Kramer told House investigators that he knows the identities of the Russian sources who made the allegations about President Donald Trump and his campaign in the Russian dossier.

When pressed to reveal the sources' names in a Dec. 19 interview, Kramer refused to do so.

Steele, a former British intelligence agent, used Russian sources to compile the dossier. The opposition research company that employed Steele, Fusion GPS, was funded by the Clinton campaign.

It is important to know the identities of the sources to ascertain whether or not these Russian agents fed Steele information using him to disrupt the American election, much like the Russians who distributed hacked Democratic Party emails, according to York.

"Is it likely that all the Russians involved in the attempt to influence the 2016 election were lying, scheming, Kremlin-linked, Putin-backed enemies of America — except the Russians who talked to Christopher Steele?"

McCain, recovering from cancer treatments in Arizona, has refused to outline his actions regarding the Russian dossier.

SHARE ON FACEBOOK



### Will Ricciardella

Will Ricciardella began writing on free market economics and constitutional law and jurisprudence with his first Facebook page called "The Chicago Boy... more

 Add a comment...                                          POST

**38 COMMENTS**

 **SueZan Stutts**

McCain refusing to talk speaks volumes... See More

17

REPLY    VIEW REPLIES (3)