FILED UNDER SEAL PURSUANT TO COURT ORDER

# Exhibit 17

<span style="color:red">FILED UNDER SEAL PURSUANT TO COURT ORDER</span>

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

1. I, **Steven Frederick Loble** of 47 Red Lion Street, London WC1R 4PF, **MAKE OATH** and **SAY** as follows: -

2. I have an M.A. degree in law from the University of Cambridge. I have been admitted as a Solicitor of the Senior Courts of England and Wales for over 33 years. I am the solicitor representing the Plaintiffs in connection with proceedings in England to obtain evidence from Christopher Steele in London for use in the above-captioned case in the Southern District of Florida.

3. Mr. Steele is seeking to set aside the Order made by the English Court for him to give evidence and has raised as one of his arguments that he kept the dossier strictly confidential, providing it only to the FBI and Senator McCain.

4. It is clearly relevant to assist the English Court to make a decision based on all relevant evidence in relation to that application that any material to the effect that Mr. Steele directed David Kramer to brief news outlets on the contents of the dossier and to provide some of those news outlets with copies of the dossier should be available to the English Court.

5. The general rule is that evidence used in the English Court can be obtained by members of the press or public by application to the Court.

FILED UNDER SEAL PURSUANT TO COURT ORDER

6. Except in cases involving National Security, intellectual property, or trade secrets evidence is not generally withheld from production by the Courts.

7. I cannot conceive of any reason why if Mr Kramer's testimony were to be available to the English Court it would not be disclosed to anyone who applied to the Court for that material.

SWORN at  **Collyer Bristow LLP**
**4 Bedford Row**
**London WC1R 4TF**

.................................
Signed

This 2nd day of February 2018

Before me
Solicitor

.................................
Signed

Louise A. Jones
Solicitor of the Senior Courts
of England and Wales

2