FILED UNDER SEAL PURSUANT TO COURT ORDER

# Exhibit 18

FILED UNDER SEAL PURSUANT TO COURT ORDER

| | |
|---|---|
| **From:** | Bolger, Kate |
| **To:** | Brady Cobb |
| **Cc:** | evan@cfwlegal.com; Siegel, Nathan; Val Gurvits; Matthew Shayefar |
| **Subject:** | Re: Withdrawal of Motion to Compel - ***ATTORNEY"S EYES ONLY COMMUNICATION*** |
| **Date:** | Thursday, December 21, 2017 9:41:53 AM |

Yes
I will call you then.  All work in NYC is grinding to a halt in anticipation of the holidays.  I don't know if it's the same in Florida, but this way we can squeak in under the wire!

Sent from my iPad

On Dec 21, 2017, at 9:38 AM, Brady Cobb <bcobb@CobbEddy.com> wrote:

> Perfect, does 3 work?
>
> Brady J. Cobb, Esquire
> Cobb Eddy, PLLC
> 954-527-4111 (office)
> 954-990-5507 (facsimile)
> 954-980-2456 (cell)
> Bcobb@cobbeddy.com
> www.cobbeddy.com
> www.cobbeddysports.com
>
> Sent from my iPhone
>
> On Dec 21, 2017, at 9:25 AM, Bolger, Kate <KateBolger@dwt.com> wrote:
>
>> Hi Brady
>> I forgot what an oddly postured motion this was.  Given that the court had strong opinions about what it should be captioned, I wonder if it might make sense for you and I call to call the Judge's chambers and ask how they would like us to proceed.  Does that make sense to you? I can call later this afternoon if you are free.
>> Kate Bolger
>>
>> Sent from my iPad
>>
>> On Dec 20, 2017, at 4:54 PM, Brady Cobb <bcobb@CobbEddy.com> wrote:
>>
>>> Since we did not file a motion to compel as per the local rules they are not allowed, I am filing a notice of withdrawal of our notice of hearing of discovery issues and the memorandums we filed on the issue. Please confirm this is agreeable to Defendants.

FILED UNDER SEAL PURSUANT TO COURT ORDER

## Brady J. Cobb, Esq.

COBB EDDY | PLLC
A Law Firm

642 N.E. 3rd Avenue
Fort Lauderdale, Florida 33304
Office: 954.527.4111
Cell: 954.980.2456
Facsimile: 954.900.5507
www.cobbeddy.com
www.cobbeddysports.com

CONFIDENTIALITY NOTE: This message and all attachments are intended for the exclusive use of the addressee(s) and may contain information that is confidential, privileged or otherwise exempt from disclosure under applicable law; and this email and any and all attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this e-mail, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** evan@cfwlegal.com [mailto:evan@cfwlegal.com]
**Sent:** Wednesday, December 20, 2017 11:36 AM
**To:** 'Bolger, Kate'
**Cc:** 'Siegel, Nathan'; 'Val Gurvits'; 'Matthew Shayefar'; Brady Cobb

FILED UNDER SEAL PURSUANT TO COURT ORDER

**Subject:** RE: Withdrawal of Motion to Compel -
***ATTORNEY'S EYES ONLY COMMUNICATION***

We are. I think Brady is working on that now.
Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

**From:** Bolger, Kate [mailto:KateBolger@dwt.com]
**Sent:** Wednesday, December 20, 2017 11:34 AM
**To:** evan@cfwlegal.com
**Cc:** Siegel, Nathan <NathanSiegel@dwt.com>; Val Gurvits
<vgurvits@bostonlawgroup.com>; Matthew Shayefar
<matt@bostonlawgroup.com>; Brady Cobb
<bcobb@CobbEddy.com>
**Subject:** RE: Withdrawal of Motion to Compel -
***ATTORNEY'S EYES ONLY COMMUNICATION***

Hi Evan
Are you all planning to withdraw the motion?  Please let me
know.
Thanks
Kate Bolger

**From:** Bolger, Kate
**Sent:** Thursday, December 14, 2017 4:27 PM
**To:** evan@cfwlegal.com
**Cc:** Siegel, Nathan; Val Gurvits; Matthew Shayefar; Brady Cobb
**Subject:** Re: Withdrawal of Motion to Compel -
***ATTORNEY'S EYES ONLY COMMUNICATION***

Dear Evan
I confirm your understanding.
Kate Bolger

On Dec 14, 2017, at 10:59 AM, "evan@cfwlegal.com"
<evan@cfwlegal.com> wrote:

Kate –

FILED UNDER SEAL PURSUANT TO COURT ORDER

At the close of Mr. Kramer's deposition we discussed whether Plaintiffs would be withdrawing their motion to compel currently pending before Magistrate O'Sullivan based on the testimony provided.

I stated that we would consider withdrawing the motion so long as you could represent that the Defendants would not be asserting that they received the memos comprising the dossier from a source other than David Kramer.  You stated that, although Mr. Bensinger might tell a different story about what was discussed between himself and Mr. Kramer, the Defendants would not be claiming that they received the memos from a source other than Mr. Kramer.

If you would be willing to confirm that what I've said above is indeed accurate, we will indeed withdraw the motion to compel.

Thank you.

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com