FILED UNDER SEAL PURSUANT TO COURT ORDER

# Exhibit 19

FILED UNDER SEAL PURSUANT TO COURT ORDER

| | |
|---|---|
| **From:** | Chuck Ross |
| **To:** | Val Gurvits |
| **Cc:** | Evan Fray-Witzer; Dolan, Charles |
| **Subject:** | Re: Reporter"s privilege ruling |
| **Date:** | Thursday, December 21, 2017 3:12:43 PM |

Intriguing twist. Thank you.

I won't ask for more info since I know you're limited now as to what you can disclose, but I'll definitely continue tracking this story.

Regards,
Chuck Ross

On Thu, Dec 21, 2017 at 2:09 PM, Val Gurvits <vgurvits@bostonlawgroup.com> wrote:

> Hi Chuck,
>
> Evan is out of the office and forwarded your email to me.
>
> I am not sure why BuzzFeed would be celebrating this ruling, when they know that we already obtained the information about how they got the Dossier from another source. And while I cannot as of yet reveal this information, it is certainly not something I would celebrate if I was BuzzFeed.
>
> With respect to this ruling, what the Court really said here is that before BuzzFeed could be required to tell us its source, we had to try to get the information from other places. As it turns out, we were able to get the information we wanted and were actually in the process of withdrawing the Motion when this decision issued.
>
> So unless BuzzFeed is celebrating poor and unprofessional journalistic practices, I am really at a loss why they think this ruling is good news.
>
> Best,
>
> Val Gurvits
>
> Boston Law Group, PC
>
> 825 Beacon Street, Suite 20

FILED UNDER SEAL PURSUANT TO COURT ORDER

Newton Centre, MA 02459

(617) 928-1804 direct

(617) 928-1800 main

(617) 928-1802 fax

vgurvits@bostonlawgroup.com

------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC

tel: 617/928-1800

e-mail: info@bostonlawgroup.com

---

**From:** Evan Fray-Witzer [mailto:Evan@CFWLegal.com]
**Sent:** Thursday, December 21, 2017 2:58 PM
**To:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Subject:** Fwd: Reporter's privilege ruling

Sent from BlueMail

On Dec 21, 2017, at 2:55 PM, Chuck Ross <chuck@dailycaller.com> wrote:

> Hey Evan,
>
> BuzzFeed is sending around the ruling from today regarding reporter's privilege. They're of course celebrating the ruling and have sent along a statement.

FILED UNDER SEAL PURSUANT TO COURT ORDER

> I wanted to see if you would want to comment on the ruling.
>
>
> Best,
>
> Chuck Ross
>
> 316-616-7326