# EXHIBIT "E"

## Lazier, Adam

| | |
|---|---|
| **From:** | Evan Fray-Witzer <Evan@CFWLegal.com> |
| **Sent:** | Monday, June 26, 2017 5:33 PM |
| **To:** | Nathan Siegel; Kate Bolger; 'Matthew Shayefar'; Adam Lazier; lak@lklsg.com; jl@lklsg.com |
| **Cc:** | 'Val Gurvits'; 'Brady Cobb' |
| **Subject:** | RE: Gubarev v. Buzzfeed - Mediators |

Nathan –

My apologies – I got sidetracked on another matter.

Although we disagree on certain issues – for example, (1) we continue to believe that Florida law is the applicable law for this case and (2) the (now) Fifth Affirmative Defense would appear to be an allegation of an inability to prove an element of a claim (and not an affirmative defense) – we agree that the proposed amended complaint sufficiently mitigates our concerns so as to make a motion to strike unnecessary.

Thank you.

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

**From:** Nathan Siegel [mailto:NSiegel@lskslaw.com]
**Sent:** Monday, June 26, 2017 5:23 PM
**To:** 'Evan@CFWLegal.com' <Evan@CFWLegal.com>; Kate Bolger <KBolger@lskslaw.com>; 'Matthew Shayefar' <matt@bostonlawgroup.com>; Adam Lazier <ALazier@lskslaw.com>; lak@lklsg.com; jl@lklsg.com
**Cc:** 'Val Gurvits' <vgurvits@bostonlawgroup.com>; 'Brady Cobb' <bcobb@CobbEddy.com>
**Subject:** RE: Gubarev v. Buzzfeed - Mediators

Evan, I wanted to check if you had any further response before we file?


Nathan Siegel


LEVINE SULLIVAN
KOCH & SCHULZ, LLP

1899 L Street, NW
Suite 200
Washington, DC 20036
(202) 508-1184  Phone
(202) 861-9888  Fax
www.lskslaw.com

1

**From:** Evan Fray-Witzer [mailto:Evan@CFWLegal.com]
**Sent:** Wednesday, June 21, 2017 11:42 AM
**To:** Kate Bolger; 'Matthew Shayefar'; Adam Lazier; Nathan Siegel; lak@lklsg.com; jl@lklsg.com
**Cc:** 'Val Gurvits'; 'Brady Cobb'
**Subject:** RE: Gubarev v. Buzzfeed - Mediators

Kate –

Could you let me know where we stand with this? Thank you.

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

**From:** Kate Bolger [mailto:KBolger@lskslaw.com]
**Sent:** Friday, June 16, 2017 9:47 AM
**To:** 'Evan@CFWLegal.com' <Evan@CFWLegal.com>; 'Matthew Shayefar' <matt@bostonlawgroup.com>; Adam Lazier <ALazier@lskslaw.com>; Nathan Siegel <NSiegel@lskslaw.com>; lak@lklsg.com; jl@lklsg.com
**Cc:** 'Val Gurvits' <vgurvits@bostonlawgroup.com>; 'Brady Cobb' <bcobb@CobbEddy.com>
**Subject:** RE: Gubarev v. Buzzfeed - Mediators

Hello all.
We have reviewed your objections to some of the affirmative defenses. There are at least some of them to which we would have no issue with amending, and so we plan to file an amended answer next week. We may also be in touch with you again before we file to see if we may be able to narrow our differences sufficiently to avoid what we believe would be unwarranted motion practice.
Kate Bolger

Katherine M. Bolger


LEVINE SULLIVAN
KOCH & SCHULZ, LLP
(212) 850-6123  Phone
www.lskslaw.com

**From:** Evan Fray-Witzer [mailto:Evan@CFWLegal.com]
**Sent:** Friday, June 16, 2017 9:20 AM
**To:** Kate Bolger; 'Matthew Shayefar'; Adam Lazier; Nathan Siegel; lak@lklsg.com; jl@lklsg.com
**Cc:** 'Val Gurvits'; 'Brady Cobb'
**Subject:** RE: Gubarev v. Buzzfeed - Mediators

Kate –

2

While we're at it, did you have a chance to look at the email concerning affirmative defenses? We'd like to either know that you're amending the defenses or that we should move forward with our motion.

Thanks.

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com


**From:** Kate Bolger [mailto:KBolger@lskslaw.com]
**Sent:** Friday, June 16, 2017 9:16 AM
**To:** 'Matthew Shayefar' <matt@bostonlawgroup.com>; Evan@CFWLegal.com; Adam Lazier <ALazier@lskslaw.com>; Nathan Siegel <NSiegel@lskslaw.com>; lak@lklsg.com; jl@lklsg.com
**Cc:** Val Gurvits <vgurvits@bostonlawgroup.com>; 'Brady Cobb' <bcobb@CobbEddy.com>
**Subject:** RE: Gubarev v. Buzzfeed - Mediators

This is fine.


Katherine M. Bolger



LEVINE SULLIVAN
KOCH & SCHULZ, LLP
(212) 850-6123  Phone
www.lskslaw.com


**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Thursday, June 15, 2017 7:11 PM
**To:** Evan@CFWLegal.com; Kate Bolger; Adam Lazier; Nathan Siegel; lak@lklsg.com; jl@lklsg.com
**Cc:** Val Gurvits; 'Brady Cobb'
**Subject:** RE: Gubarev v. Buzzfeed - Mediators

Kate,

I've drafted up the attached. Please let me know if it is acceptable and I may file.

Best,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

3

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Evan Fray-Witzer [mailto:Evan@CFWLegal.com]
**Sent:** Thursday, June 15, 2017 3:52 PM
**To:** 'Kate Bolger' <KBolger@lskslaw.com>; Matthew Shayefar <matt@bostonlawgroup.com>; 'Adam Lazier' <ALazier@lskslaw.com>; 'Nathan Siegel' <NSiegel@lskslaw.com>; lak@lklsg.com; jl@lklsg.com
**Cc:** Val Gurvits <vgurvits@bostonlawgroup.com>; 'Brady Cobb' <bcobb@CobbEddy.com>
**Subject:** RE: Gubarev v. Buzzfeed - Mediators

Kate –

We're willing to accept John Freud.  Matt, would you please draft up the notice for the Court?

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

**From:** Kate Bolger [mailto:KBolger@lskslaw.com]
**Sent:** Thursday, June 15, 2017 5:35 PM
**To:** 'Evan@CFWLegal.com' <Evan@CFWLegal.com>; 'Matthew Shayefar' <matt@bostonlawgroup.com>; Adam Lazier <ALazier@lskslaw.com>; Nathan Siegel <NSiegel@lskslaw.com>; lak@lklsg.com; jl@lklsg.com
**Cc:** 'Val Gurvits' <vgurvits@bostonlawgroup.com>; 'Brady Cobb' <bcobb@CobbEddy.com>
**Subject:** RE: Gubarev v. Buzzfeed - Mediators

Dear all,

We reject your proposal to have Mark Buckstein and propose the following three mediators:

1. Stan Blake - http://www.stanfordblakemediation.com/

2. Brian Spector - http://bspector.com/

3. John Freud - http://www.floridamediators.org/john-freud

Please let us know if any of these acceptable to you all.

Thanks
Kate Bolger

Katherine M. Bolger


LEVINE SULLIVAN
KOCH & SCHULZ, LLP

4

(212) 850-6123   Phone
www.lskslaw.com

**From:** Evan Fray-Witzer [mailto:Evan@CFWLegal.com]
**Sent:** Wednesday, June 14, 2017 4:04 PM
**To:** 'Matthew Shayefar'; Kate Bolger; Adam Lazier; Nathan Siegel; lak@lklsg.com; jl@lklsg.com
**Cc:** 'Val Gurvits'; 'Brady Cobb'
**Subject:** RE: Gubarev v. Buzzfeed - Mediators

Kate –

Just checking to see if you've had a chance to consider the proposed mediator.

Thanks.

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Monday, June 12, 2017 6:01 PM
**To:** Kate Bolger <KBolger@lskslaw.com>; 'Evan@CFWLegal.com' <Evan@CFWLegal.com>; Adam Lazier <ALazier@lskslaw.com>; Nathan Siegel <NSiegel@lskslaw.com>; lak@lklsg.com; jl@lklsg.com
**Cc:** Val Gurvits <vgurvits@bostonlawgroup.com>; 'Brady Cobb' <bcobb@CobbEddy.com>
**Subject:** RE: Gubarev v. Buzzfeed - Mediators

Hi Kate,

I've drafted up the attached.  Please confirm your consent and I will file.

Best,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Kate Bolger [mailto:KBolger@lskslaw.com]
**Sent:** Monday, June 12, 2017 2:20 PM

5

**To:** 'Evan@CFWLegal.com' <Evan@CFWLegal.com>; Matthew Shayefar <matt@bostonlawgroup.com>; Adam Lazier <ALazier@lskslaw.com>; Nathan Siegel <NSiegel@lskslaw.com>; lak@lklsg.com; jl@lklsg.com
**Cc:** Val Gurvits <vgurvits@bostonlawgroup.com>; 'Brady Cobb' <bcobb@CobbEddy.com>
**Subject:** RE: Gubarev v. Buzzfeed - Mediators

Evan
I am not going to be able to get a response from our client this evening because our client is out of the office. Can you all submit a motion on consent extending time to Friday? We can get an answer by then.
Thanks
Kate Bolger


Katherine M. Bolger


LEVINE SULLIVAN KOCH & SCHULZ, LLP
(212) 850-6123 | Phone
www.lskslaw.com

---

**From:** Evan Fray-Witzer [mailto:Evan@CFWLegal.com]
**Sent:** Monday, June 12, 2017 5:04 PM
**To:** Kate Bolger; 'Matthew Shayefar'; Adam Lazier; Nathan Siegel; lak@lklsg.com; jl@lklsg.com
**Cc:** 'Val Gurvits'; 'Brady Cobb'
**Subject:** RE: Gubarev v. Buzzfeed - Mediators
**Importance:** High

Kate –

Sorry, I think the dates got away from us. We've used Mark Buckstein in Florida in the past (suggested, actually, by opposing counsel in a case) and everyone liked him. His information is here:
http://www.professionaldisputeresolutions.com/about-mark-a-buckstein.html

If he is agreeable to you, we could inform the court.

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

**From:** Kate Bolger [mailto:KBolger@lskslaw.com]
**Sent:** Monday, June 12, 2017 4:49 PM
**To:** 'Matthew Shayefar' <matt@bostonlawgroup.com>; Adam Lazier <ALazier@lskslaw.com>; Nathan Siegel <NSiegel@lskslaw.com>; lak@lklsg.com; jl@lklsg.com
**Cc:** Evan@CFWLegal.com; Val Gurvits <vgurvits@bostonlawgroup.com>; 'Brady Cobb' <bcobb@CobbEddy.com>
**Subject:** Gubarev v. Buzzfeed - Mediators

Gentlemen

We have not heard form you about mediators and our selection is due today.  Can we suggest that you all file with our consent a request to the court seeking an extension of time for 10 days to agree on a mediator ?  We can then discuss our choices.
Regards
Kate Bolger


Katherine M. Bolger

 LEVINE SULLIVAN KOCH & SCHULZ, LLP

(212) 850-6123 | Phone
www.lskslaw.com