# EXHIBIT "H"

## Lazier, Adam

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@shayefar.com> |
| **Sent:** | Tuesday, October 03, 2017 12:22 PM |
| **To:** | Evan@cfwlegal.com |
| **Cc:** | Siegel, Nathan; Val Gurvits; Lazier, Adam; Brady Cobb; Bolger, Kate; matt@bostonlawgroup.com |
| **Subject:** | Re: Your request re: amending the complaint |

It brings me more pleasure than you all can know to point out Evan made a mistake. When he says "complaint" below, he means "answer." I hope that makes a little more sense to everyone.

Best,

Matt Shayefar
818-633-1334

Sent from my mobile device. Please excuse brevity.

On Oct 3, 2017 8:41 AM, <Evan@cfwlegal.com> wrote:

Hi Kate –


In response to your question yesterday, we are unable to assent to your motion to amend the complaint.


I went back and reviewed the original and amended complaints and did not see any instances in which you removed any *facts* from your original complaint in response to our concerns about improperly asserted affirmative defenses.  You did remove some of the defenses, which resulted in our not having moved to strike the same.


None of our discussions, though, precluded our right to file a motion for judgment on the pleadings, as the Court has now suggested we do.


In any event, we understand that you will move forward with your motion to amend and you can certify that we met and conferred on the matter.


Evan

1

Evan Fray-Witzer

Ciampa Fray-Witzer, LLP

20 Park Plaza, Suite 505

Boston, MA 02116

(617) 426-0000

(617) 507-8043 (facsimile)

Evan@CFWLegal.com