IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

**DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO
NON-PARTY DAVID KRAMER'S MOTION FOR A PROTECTIVE ORDER
OR, ALTERNATIVELY, TO ADDRESS SUBSEQUENT DEVELOPMENTS
<u>AT THE HEARING SCHEDULED FOR FEBRUARY 27, 2018</u>**

     Defendants hereby move for leave to file a response to Non-Party David Kramer's Motion for a Protective Order. Because the schedule for Plaintiffs and Mr. Kramer to file briefs on that motion has passed, Defendants seek leave to file a response. This filing is prompted by developments subsequent to the prior briefing in this case, which Defendants respectfully submit may be material to the Court's ruling. As is more fully set forth in the Response, those developments include (1) depositions of Defendants' witnesses on February 7-9, and (2) Defendants' responses to Plaintiffs' Motion for Partial Judgment on the Pleadings, which were filed on February 9. Defendants respectfully submit that those developments demonstrate (1) that it would be unfair and unreasonable to treat Mr. Kramer's deposition differently than the parties are treating their own discovery materials, and (2) that Plaintiffs' Motion for Partial Judgment on the Pleadings does not provide a basis for denying Mr. Kramer's motion.

Alternatively, Defendants have scheduled a hearing to address other discovery matters on February 27, 2018. If the Court prefers to discuss this matter or these developments at that hearing rather than consider this further Response, Defendants will be prepared to do so.

Thus, for the reasons stated herein, Defendants respectfully seek leave to file a Response, or, alternatively, to address further developments in this matter at the February 27, 2018 hearing.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1
### OF THE SOUTHERN DISTRICT OF FLORIDA

The undersigned certify that Defendants' counsel have conferred with counsel for the Plaintiffs in a good-faith effort to resolve this motion. Plaintiffs' counsel indicated that they oppose this motion.

Dated: February 16, 2018

    Respectfully submitted,

    DAVIS WRIGHT TREMAINE LLP
    1251 Avenue of the Americas, 21st Floor
    New York, NY 10020
    Tel: (212) 489-8230

    By: /s/ Katherine M. Bolger
        Katherine M. Bolger, Esq.
        Nathan Siegel, Esq.
        Adam Lazier, Esq.
        Alison Schary, Esq.
        katebolger@dwt.com
        adamlazier@dwt.com
        nathansiegel@dwt.com
        alisonschary@dwt.com

    - and –

    BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
    201 S. Biscayne Boulevard, Suite 1300
    Miami, Florida 33131

    By: /s/ Jared Lopez
        Roy Black, Esq.
        Florida Bar No. 126088
        Jared Lopez, Esq.
        Florida Bar No. 103616
        rblack@royblack.com
        jlopez@royblack.com
        civilpleadings@royblack.com

    *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I CERTIFY that on February 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                By: /s/ Jared Lopez
                      Jared Lopez, Esq.