**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE
TO NON-PARTY DAVID KRAMER'S MOTION FOR A PROTECTIVE ORDER**

THIS CAUSE is before the Court upon Defendants' Motion for Leave to File a Response to Non-Party David Kramer's Motion for a Protective Order or, Alternatively to Address Subsequent Developments at the Hearing Scheduled for February 27, 2018. ECF No. 135. Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion, ECF No. 135, is **GRANTED**. Defendants shall file their Response in support of non-party David Kramer's Motion for a Protective Order on or before _____, 2018. Further, Defendants may file their Response under seal.

**DONE AND ORDERED** in Chambers, at Miami, Florida this _____ day of February, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

*Ursula Ungaro, United States District Judge*
*Counsel of record*