UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-60426-UNGARO/O'SULLIVAN

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.
      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,
      Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Defendants' Motion for Leave to File Response to Non-Party David Kramer's Motion for a Protective Order Or, Alternatively, to Address Subsequent Developments at the Hearing Scheduled for February 27, 2018 (DE# 135, 2/16/18). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Defendants' Motion for Leave to File Response to Non-Party David Kramer's Motion for a Protective Order Or, Alternatively, to Address Subsequent Developments at the Hearing Scheduled for February 27, 2018 (DE# 135, 2/16/18) is **GRANTED** in accordance with this Order:

1.     The defendants are permitted to file a response to Non-Party David J. Kramer's Sealed Motion for Protective Order (DE# 130, 1/29/18) no later than **Wednesday, February 21, 2018** at **4:00 PM**;

2.     The plaintiffs and Mr. Kramer may file replies to the defendants' response by **Friday, February 23, 2018** at **10:00 AM**;

3.     These documents may be filed under seal.

DONE AND ORDERED in Chambers, in Miami, Florida on this **20th** day of February, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All Counsel of Record