## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>    Defendants. | Case No.<br><br>0:17-cv-60426-UU |

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mr. John S. Freud of Mediation Solutions, Inc. on March 13, 2018 at 10AM (or such other time on the date as the parties and the mediator agree) at the offices of Black, Srebnick, Kornspan & Stumpf, P.A., 201 S. Biscayne Blvd., Suite 1300, Miami, Florida 33131.

**ENTERED** this _____ day of February, 2018.

_____
**URSULA UNGARO**
**UNITED STATES DISTRICT JUDGE**

cc:   All counsel of record