UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDING S.A., and WEBZILLA, INC.<br>   Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br>   Defendants. | Case No.<br><br>0:17-cv-60426-UU |

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mr. John S. Freud of Mediation Solutions, Inc. on March 13, 2018 at 10AM (or such other time on the date as the parties and the mediator agree) at the offices of Black, Srebnick, Kornspan & Stumpf, P.A., 201 S. Biscayne Blvd., Suite 1300, Miami, Florida 33131.

ENTERED this 22 day of February, 2018.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record