IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

  Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.
_____/

## DEFENDANTS' NOTICE OF MAGISTRATE'S DISCOVERY HEARING

Defendants hereby respectfully note the existence of the following issues and deficient discovery responses to be heard and decided at the hearing previously set by this Court for **February 28, 2018 at 9:30 a.m.** For the Court's convenience, the deficient discovery responses are grouped by the category of information Defendants seek, with which Plaintiffs take issue. Defendants' document requests, with Plaintiff's objections and responses, are provided as Exhibit 1 hereto.

## CATEGORIES OF INFORMATION DEFENDANTS SEEK

Plaintiffs have failed to produce all documents related to IP addresses that were the subject of a prior hearing in this case and the hacking incidents to which those addresses were alleged to potentially relate. These documents were requested by Document Requests Nos. 1, 2, 8, 14-16, 18-20, and 85, as well as Document Requests Nos. 21-22, which were narrowed as follows:

1. **Request No. 21**

Between January 1, 2015 and the date of this lawsuit, all documents relating to your involvement, or that of a Related Entity, in:

      a. Hacking;
      b. Using botnets;
      c. Transmitting computer viruses;
      d. Planting bugs;
      e. Stealing data;
      f. Conducting "altering operations";
      g. Cyber-espionage; and/or
      h. Other criminal activity, with the exception of copyright infringement.

**Request No. 22**

All documents relating to any allegations of your involvement, or that of a Related Entity, in any of the activities listed in 21 within the same time frame.

Defendants reserve the right to amend this notice.

Date: February 22, 2018

                                            **Respectfully Submitted:**

                                            /s/ Katherine M. Bolger
                                            Katherine M. Bolger
                                            Nathan Siegel
                                            Adam Lazier
                                            Alison Schary
                                            Davis Wright Tremaine LLP
                                            1251 Avenue of the Americas, 21st Floor
                                            New York, New York 10020
                                            katebolger@dwt.com
                                            adamlazier@dwt.com
                                            nathansiegel@dwt.com
                                            alisonschary@dwt.com

                                            /s/ Jared Lopez
                                            Roy Black
                                            Jared Lopez
                                            Black, Srebnick, Kornspan & Stumpf, P.A.
                                            201 So. Biscayne Boulevard
                                            Miami, Florida 33131
                                            rblack@royblack.com
                                            jlopez@royblack.com

                                            *Attorneys for Defendants*

- 3 -

## CERTIFICATE OF COMPLIANCE

I, Nathan Siegel, hereby certify that, prior to filing this notice, I conferred with counsel for Plaintiffs to narrow or eliminate the issues raised herein.

By: /s/ Nathan Siegel
Nathan Siegel

## CERTIFICATE OF SERVICE

I, Jared Lopez, hereby certify that on February 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Jared Lopez
Jared Lopez, Esq.