UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

## AMENDED STATUS CONFERENCE

PLEASE TAKE NOTICE that the status conference previously set for Tuesday, February 27, 2018, at 4:00 P.M. is hereby RESET to **Wednesday, February 28, 2018, at 11:30 A.M.**

DONE AND ORDERED in Chambers at Miami, Florida, this 23d day of February, 2018.

*/s/ Ursula Ungaro*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf