UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
               /

## NOTICE OF CANCELLATION OF
## DISCOVERY HEARING BEFORE MAGISTRATE O'SULLIVAN

  Defendants BuzzFeed, Inc. and Ben Smith, hereby give notice of cancellation of the discovery hearing before Magistrate O'Sullivan set for February 28, 2018 at 9:30 a.m.

  In the interest of judicial economy, the parties have agreed to cancel the hearing because they have resolved some of their discovery disputes. The parties are continuing to meet and confer in an effort to resolve any outstanding matters. To the extent that the parties cannot reach an agreement on the unresolved discovery issues, they reserve the right to seek further relief at a later time.

Dated: February 27, 2018

Respectfully submitted by:

Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020

By: /s/ Katherine M. Bolger
    Katherine M. Bolger, Esq.
    Adam Lazier, Esq.
    Nathan Siegel, Esq.
    katebolger@dwt.com
    adamlazier@dwt.com
    nathansiegel@dwt.com

-and-

Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel:   (305) 371-6421

By: /s/ Jared Lopez
    Roy Black, Esq.
    Florida Bar No. 126088
    Jared Lopez, Esq.
    Florida Bar No. 103616
    rblack@royblack.com
    jlopez@royblack.com
    civilpleadings@royblack.com

## CERTIFICATE OF COMPLIANCE

I, Katherine Bolger, hereby certify that, prior to filing this notice, I conferred with counsel for Plaintiffs, who agreed to the cancellation of the February 28, 2018 discovery hearing before Magistrate O'Sullivan.

By: /s/ Katherine M. Bolger
Katherine M. Bolger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

       Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

       Defendants.
                                        /

**CERTIFICATE OF SERVICE**

       I CERTIFY that on February 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  By: /s/   Jared Lopez
                                                          Jared Lopez, Esq.