UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

### **ORDER**

    THIS CAUSE comes before the Court upon Defendants' Motion to Amend Answer (D.E. 134).

    THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. For the reasons set forth in the record from the Status Hearing on February 28, 2018, it is hereby

    ORDERED AND ADJUDGED that Defendants' Motion to Amend Answer (D.E. 134) is DENIED AS MOOT.

    DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of February, 2018.



_____
UNITED STATES DISTRICT JUDGE

cc:

counsel of record via cm/ecf