UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>    Defendants. | Case No.<br><br>0:17-cv-60426-UU |

**PLAINTIFFS' NOTICE OF LONDON COURT JUDGMENT
ORDERING CHRISTOPHER STEELE TO SIT FOR HIS DEPOSITION**

In accordance with the Court's request at the Parties' most recent status conference, Plaintiffs provide this Notice to inform the Court that – on March 21, 2018 – the High Court of Justice Queen's Bench Division (the "High Court") has issued its Approved Judgment in connection with the Letter of Request issued by this Court on August 8, 2017, in which the High Court orders Christopher Steele to sit for his deposition in connection with the present matter. A true and accurate copy of the Approved Judgment is attached hereto as Exhibit 1.

As the Court may be aware, the British system does not allow for "discovery" in the same manner as provided for by the United States' Federal Rules of Civil Procedure. As such, the High Court found the Letter of Request, as originally issued, overly broad. Prior to the issuance of the Approved Judgment, however, Plaintiffs offered to narrow the scope of the requests made to Mr. Steele, including limiting questions to that portion of the Dossier discussing Plaintiffs and agreeing not to inquire into the specifics of Mr. Steele's sources. The Approved Judgment entered by the High Court is, in all material respects, essentially the narrowed scope of questions proposed by Plaintiffs. Mr. Steele has agreed not to appeal the decision of the High Court. Somewhat astonishingly, however, Defendants in this matter – who chose not to

initiate their own Letter of Request to depose Mr. Steele – have indicated their intent to appeal the Approved Judgment, complaining, *inter alia*, that the scope of questioning should not be limited to questions concerning the allegations about Plaintiffs contained in the Dossier.

Although Plaintiffs' British counsel believes that there is little chance that Defendants' appeal has any chance of success, by raising the specter of an appeal Defendants have caused additional delay to the process. Accordingly, Plaintiffs cannot at this time inform the Court as to when Mr. Steele's deposition will occur.

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (Mass. Bar No. 564349 – *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (Mass. Bar No. 643572 – *pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below on March 22, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com