UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

## JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE AND PRETRIAL STIPULATIONS DATES

The Parties, Plaintiffs Aleksej Gubarev, XBT Holding, S.A., and Webzilla, Inc. and Defendants BuzzFeed, Inc. and Ben Smith, by and through undersigned counsel, hereby move this honorable court for an order rescheduling the Pretrial Conference currently scheduled for October 19, 2018 and the date for filing Joint Pretrial Stipulations currently scheduled for August 31, 2018. In support hereof, the Parties state and request as follows:

1. Attorneys for Plaintiffs Evan Fray-Witzer, Valentin Gurvits and Matthew Shayefar are attempting to schedule a five-day trial in the Norfolk Superior Court in Massachusetts. The Norfolk Superior Court has indicated that it can hear the trial starting on October 15, 2018. However, the trial would then last through October 19, the date of the Pretrial Conference in the above captioned case. Accordingly, Plaintiffs request that this Court **reschedule the Pretrial Conference for October 23, 2018** or as shortly thereafter as the Court may deem appropriate so that Attorneys for Plaintiffs may proceed with the trial in the Norfolk Superior Court starting on October 15. Defendants consent to Plaintiff's request.

2. The Joint Pretrial Stipulations, Jury Instructions and Proposed Findings are currently due on August 31, 2018, which is expected to be prior to any of this Court's rulings on *Daubert* motions or motions *in limine*. Accordingly, the Parties jointly request that this Court reschedule the due date for Joint Pretrial Stipulations, Jury Instructions and Proposed Findings to

**September 21, 2018**.  Such a rescheduling would allow the parties to have a better understanding of the posture of the case prior to filing the stipulations, instructions and findings.

On the basis of the foregoing, the Parties therefore move this honorable Court to set the Pretrial Conference for October 23, 2018 and the date for filing of Joint Pretrial Stipulations, Jury Instructions and Proposed Findings for September 21, 2018.

Dated:  April 3, 2018

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

/s/ Katherine M. Bolger
Katherine M. Bolger (*pro hac vice*)
Adam Lazier (*pro hac vice*)
Nathan Siegel (*pro hac vice*)
Alison Schary (*pro hac vice*)
Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com

/s/ Jared Lopez
Roy Black
Jared Lopez
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below on April 3, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy E. Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com