**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court upon the Joint Motion to Continue Pretrial Conference and Pretrial Stipulations Dates (D.E. 158)

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.

The Parties move to reschedule the Pretrial Conference from October 19, 2018, until October 23, 2018, because Plaintiffs' counsel is scheduled to be in trial in another matter at that time.  The Parties also move to continue the deadline for the Joint Pretrial Stipulation, Jury Instructions, and Proposed Findings from August 31, 2018, until September 21, 2018, in order to give the Court time to rule on *Daubert* motions and motions *in limine* first.  It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 158) is GRANTED.  The Court will enter a separate amended scheduling order.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf