IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants BuzzFeed, Inc. and Ben Smith, by and through undersigned counsel, respectfully file this notice of supplemental authority:

*Fridman, et al. v BuzzFeed, Inc., et al.*, Case No. 154895/2017 (Sup. Ct. N.Y. Cty. May 7, 2018) (decision denying plaintiff's motion to dismiss defendants' affirmative defense of fair report and public figure and granting plaintiff's motion to strike defendants' affirmative defense of neutral reportage and their constitutional defense.)

Dated: May 7, 2018

                                      Respectfully submitted by:

                                      Davis Wright Tremaine, LLP
                                      1251 Avenue of the Americas, 21st Floor
                                      New York, New York 10020
                                      Tel:    (212) 489-8230

                                      By: /s/ Katherine M. Bolger
                                            Katherine M. Bolger, Esq.
                                            Adam Lazier, Esq.
                                            Nathan Siegel, Esq.
                                            katebolger@dwt.com
                                            adamlazier@dwt.com
                                            nathansiegel@dwt.com

        -and-

        Black, Srebnick, Kornspan & Stumpf, P.A.
        201 S. Biscayne Boulevard, Suite 1300
        Miami, Florida 33131
        Tel:    (305) 371-6421

By: /s/ Jared Lopez
        Roy Black, Esq.
        Florida Bar No. 126088
        Jared Lopez, Esq.
        Florida Bar No. 103616
        rblack@royblack.com
        jlopez@royblack.com
        civilpleadings@royblack.co

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

        Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

        Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I CERTIFY that on May 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: /s/ Jared Lopez
            Jared Lopez, Esq.