IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

## CORRECTED NOTICE OF SUPPLEMENTAL AUTHORITY
### (Corrected to Append Exhibit)

Defendants BuzzFeed, Inc. and Ben Smith, by and through undersigned counsel, respectfully file this corrected notice of supplemental authority to append the following exhibit:

*Fridman, et al. v. BuzzFeed, Inc., et al.*, Case No. 154895/2017 (Sup. Ct. N.Y. Cty. May 7, 2018) (decision denying plaintiff's motion to dismiss defendants' affirmative defense of fair report and public figure and granting plaintiff's motion to strike defendants' affirmative defense of neutral reportage and their constitutional defense.)

Dated: May 8, 2018

                                    Respectfully submitted by:

                                    Davis Wright Tremaine, LLP
                                    1251 Avenue of the Americas, 21st Floor
                                    New York, New York 10020
                                    Tel:    (212) 489-8230

                                    By: /s/ Katherine M. Bolger
                                         Katherine M. Bolger, Esq.
                                         Adam Lazier, Esq.
                                         Nathan Siegel, Esq.
                                         katebolger@dwt.com
                                         adamlazier@dwt.com
                                         nathansiegel@dwt.com

       -and-

Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel:   (305) 371-6421

By: /s/ Jared Lopez
     Roy Black, Esq.
     Florida Bar No. 126088
     Jared Lopez, Esq.
     Florida Bar No. 103616
     rblack@royblack.com
     jlopez@royblack.com
     civilpleadings@royblack.co

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I CERTIFY that on May 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                By: /s/ Jared Lopez
                     Jared Lopez, Esq.