

# de Rechtspraak

Rechtbank Den Haag

| | |
|---|---|
| The Honorable Ursula Ungaro<br>United States District Court<br>Southern District of Florida<br>Wilkie D. Ferguson, Jr. United States Courthouse<br>400 North Miami Avenue, room 12-4<br>Miami, Florida 33128<br>United States of America | **Team Handel**<br><br>bezoekadres<br>Paleis van Justitie<br>Prins Clauslaan 60<br>2595 AJ Den Haag<br><br>correspondentieadres<br>Postbus 20302<br>2500 EH Den Haag |

| | |
|---|---|
| date | 2 mei 2018 |
| department | Team Administratie Civiel - Algemene Zaken |
| contactperson | W. Soethout |
| direct phone | 088 - 36 12 017 |
| our reference | C/09/552494 / KG RK 18/634<br>US DISTRICT COURT FLORIDA/RECHTBANK OOST-BRABANT |
| your reference | 17-cv-60426-UU A. GUBAREV CS (EIS/VRZ) / BUZZFEED, INC. CS (GED/VWR) |
| attechment(s) | geen |
| subject | taking of evidence, Hague Convention of 18 March 1970 |

f 088 - 36 10 665
www.rechtspraak.nl

Bij beantwoording de datum en ons kenmerk vermelden. Wilt u slechts één zaak in uw brief behandelen.

Dear Sir/Madam

I confirm the receipt of above mentioned request.
The documents were received on 1 May 2018.

The court will keep you informed about further procedures.

Kind regards,

W. Soethout