# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDINGS S.A., and WEBZILLA, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br><br>    Defendants. | **Case No.**<br>**0:17-cv-60426-UU** |

**PLAINTIFFS' NOTICE OF FILING OF THE APPELLATE COURT DECISION IN THE RELATED LITIGATION IN THE UNITED KINGDOM**

Plaintiffs', ALEKSEJ GUBAREV, XBT HOLDINGS S.A., and WEBZILLA, INC., by and through undersigned counsel and in accordance with this Court's orders and hereby files this Notice of Filing of the Appellate Court Decision in the Related Litigation in the United Kingdom, and attached hereto is a true and correct copy of said order.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF filing system, on this 18th day of May, 2018, on all counsel or parties of record on the service list.

> COBB EDDY, PLLC
> *Attorneys for Plaintiffs*
> 642 Northeast Third Avenue
> Fort Lauderdale, Florida 33304
> Telephone (954) 527-4111
> Facsimile  (954) 900-5507
>
> **By: /s/ BRADY J. COBB**
> BRADY J. COBB, ESQUIRE
> Florida Bar No. 031018
> bcobb@cobbeddy.com