# beschikking

**RECHTBANK DEN HAAG**

Centrale Autoriteit als bedoeld in artikel 2 van het Verdrag inzake de verkrijging van bewijs in het buitenland in burgerlijke en in handelszaken van 18 maart 1970 (Bewijsverdrag).

zaaknummer / rekestnummer: C/09/552494/KG RK 18-634

Beslissing van 7 mei 2018

### 1. Het verzoek en de beoordeling

De Centrale Autoriteit heeft kennis genomen van de twee verzoekschriften van the United States District Court Southern District of Florida Miami Division die aan deze beslissing zijn gehecht en strekken tot het horen van getuigen en het overleggen van documenten.

De verzoeken voldoen aan de bepalingen van voormeld Bewijsverdrag. Op grond van artikel 9 van het Bewijsverdrag zal de met de verhoren belaste rechter beslissen over de verzochte toe te passen speciale vorm van de verzoeken. Die rechter zal tevens (eventueel na daartoe het standpunt van betrokkenen te hebben vernomen) beslissen op de verzoeken tot overlegging van documenten.

Aangezien de te horen getuigen woonachtig, althans werkzaam zijn in Eindhoven respectievelijk 's-Hertogenbosch en de betreffende bedrijven aldaar zijn gevestigd, zullen de verzoeken overeenkomstig het bepaalde in artikel 5 lid 2 van de Uitvoeringswet Bewijsverdrag worden toegezonden aan de rechtbank Oost-Brabant.

Na uitvoering van de rogatoire commissie dient het proces-verbaal daarvan overeenkomstig het bepaalde in artikel 14 van de Uitvoeringswet Bewijsverdrag te worden gezonden aan de Centrale Autoriteit, Team Handel - Algemene Zaken, postbusnummer 20302, 2500 EH Den Haag.

### 2. De beslissing

De Centrale Autoriteit draagt bijgevoegde verzoeken ter verdere uitvoering over aan de rechtbank Oost-Brabant.

Deze beslissing is gegeven op 7 mei 2018 door mr. G.P. van Ham.

- 7 MEI 2018