UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

   Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

   Defendants.
_____/

## ORDER

PLEASE TAKE NOTICE the above-captioned matter has been set for Status Conference before the Honorable Ursula Ungaro, at the United States District Court, 12th Floor, 400 North Miami Avenue, Miami, Florida on **Tuesday, June 12, 2018, at 2:00 P.M.**

Counsel for the Plaintiffs and Defendants are directed to file and serve a **Joint Status Report** on **Friday, June 8, 2018,** addressing the following:

1. The status of any unresolved legal issues bearing upon discovery;

2. The status of discovery, including from third parties including Christopher Steele and persons and entities within the United States' government;

3. Whether the Court's Scheduling Order should be amended to extend the discovery period;

4. A summary of any pending motions;

5. Any unique legal or factual aspects of the case requiring special consideration by the Court;

6. The status of potential settlement;

7. Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf