IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

  Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.
_____/

## UNOPPOSED MOTION TO RESET STATUS CONFERENCE

Defendants BuzzFeed, Inc. and Ben Smith hereby move to reset the Status Conference scheduled for June 12, 2018, and in support state:

1. On June 4, 2018, the Court issued an order setting a status conference on this matter for June 12, 2018 at 2:00 p.m. [D.E. 170.]

2. The lead attorney handling this matter, Katherine M. Bolger, has a family commitment on June 12, 2018 and is not able to travel that date.

3. Due to Ms. Bolger being lead counsel on this case, and having the most knowledge of the circumstances surrounding this case, she is the appropriate attorney from her law firm who can attend this status conference.

4. The parties have conferred and all parties are available for a status conference on the afternoon of June 11, 2018.

5. This motion is made due to unforeseen reasons and not for the purpose of delay. The status conference was set by the Court *sua sponte* on June 4, 2018.

1

WHEREFORE Defendants respectfully request that this Court grant their motion to reschedule the status conference to the afternoon of June 11, 2018.

Date: June 6, 2018

        Respectfully submitted,

        <u>/s/ Katherine M. Bolger</u>
        Katherine M. Bolger
        Adam Lazier
        Nathan Siegel
        Davis Wright Tremaine, LLP
        1251 Avenue of the Americas, 21st Floor
        New York, New York 10020
        katebolger@dwt.com
        adamlazier@dwt.com
        nathansiegel@dwt.com

        <u>/s/ Roy Black</u>
        Roy Black
        Jared Lopez
        Black, Srebnick, Kornspan & Stumpf, P.A.
        201 S. Biscayne Boulevard
        Miami, Florida 33131
        rblack@royblack.com
        jlopez@royblack.com

        *Attorneys for Defendants*

## CERTIFICATE OF CONFERRAL

Defendants' counsel has contacted Plaintiffs' counsel, who has agreed to the relief sought in this motion.

## **CERTIFICATE OF SERVICE**

I CERTIFY that on June 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/  Jared Lopez
Jared Lopez, Esq.