**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

**AMENDED STATUS CONFERENCE**

THIS CAUSE comes before the Court upon Defendants' Unopposed Motion to Reset Status Conference (D.E. 172). It is hereby

ORDERED AND ADJUDGED that the motion (D.E. 172) is GRANTED. The status conference set for June 12, 2018, at 2:00 P.M. is hereby RESET to **Monday, June 11, 2018, at 3:00 P.M.**

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of June, 2018.

                                                  */s/ Ursula Ungaro*

                                       UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf