**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.

**Case No.:
17-cv-60426-UU**

## JOINT STATUS REPORT

The Parties, Plaintiffs Aleksej Gubarev, XBT Holding, S.A., and Webzilla, Inc. ("Plaintiffs") and Defendants BuzzFeed, Inc. and Ben Smith ("Defendants"), by and through undersigned counsel, pursuant to this Court's June 4, 2018 Order [D.E. 170], hereby submit the following Joint Status Report:

**1. The status of any unresolved legal issues bearing on discovery**

None.

**2. The status of discovery, including from third parties including Christopher Steele and persons or entities within the United States government**

The Parties are engaging in ongoing efforts to complete written discovery, including discovery that was served but the response is not yet due. The parties do not anticipate that the completion of that discovery will affect the schedule in this case.

Plaintiffs have deposed Ben Smith, Ken Bensinger, Jessica Garrison, and David Kramer. Defendants have deposed Aleksej Gubarev, Rajesh Mishra, Konstantyn Bezruchenko, Constantin Luchian, Anna Gubareva, Jochem Steman, Nick Dvas, Marc Goederich, and Plaintiff's designated damages expert Jeffrey Anderson. On June 1, Defendants served a Rule 30(b)(6) deposition notice for Plaintiff XBT. The parties have scheduled that deposition to take place on June 28.

Additionally, the Parties have agreed to a timeline for the completion of expert discovery,

which they do not expect will affect the timetable for the filing of motions or trial. Plaintiffs have identified a damages expert who was deposed. Defendants have identified their expert witnesses and Plaintiffs will designate any rebuttal experts in accordance with the Federal Rules of Civil Procedure. The Parties are working cooperatively to schedule the remaining expert depositions, which in large part are a function of the schedules of the experts.

The status of discovery pending in other jurisdictions and/or proceedings is as follows:

- The deposition of Christopher Steele is scheduled for June 18, 2018 in London.
- Plaintiffs' motion to compel third-party discovery from Fusion GPS is currently pending before this Court.
- Plaintiffs have served a document subpoena on CNN. The time for CNN to respond has not yet occurred and Plaintiffs do not anticipate that this document subpoena will delay the current schedule.
- Defendants' motion to compel third-party discovery from certain U.S. government entities and officials is currently pending in the U.S. District Court for the District of Columbia. Judge Mehta has had several in camera meetings with the government, the content of which is unknown to Defendants. Judge Mehta requested a status report from Defendants on June 6, 2018 inquiring as to the status of discovery in this action and whether the discovery deadline in this action has changed. Defendants advised the court that they will provide an update following the Status Conference before this Court.
- Defendants' motion to compel discovery from the DNC is currently pending in the U.S. District Court for the District of Columbia. Defendants and the DNC have reached an agreement in principle to resolve that discovery dispute without the need for any judicial intervention, and anticipate withdrawing that motion provided the agreement is implemented.

Defendants received notice on May 16, 2018 that the Ministry of Justice in Cyprus forwarded Defendants' letters of request to the Supreme Court for execution. There has been no notice of further action taken with respect to these letters. After taking the depositions of Plaintiffs' witnesses, Defendants provided notice on May 22, 2018 to Plaintiffs and to the subjects of letters of request in the Netherlands that they would not be proceeding with these letters of request.

### 3. Whether the Court's Scheduling Order should be amended to extend the discovery period

Defendants do not favor extending the discovery period, provided that all discovery that may be pertinent to summary judgment or *Daubert* motions is completed prior to the filing of those motions. The Plaintiffs agree with this position except to note that they do not believe that the existence of outstanding third-party discovery should delay the filing of summary judgment motions, nor should the schedule be altered as a result of outstanding third-party discovery. For the reasons discussed above, the parties anticipate that all expert discovery will be completed within the current timeframe for *Daubert* motions. With respect to summary judgment motions, if the current discovery deadline is maintained, Defendants will immediately inform Judge Mehta in the District of Columbia in order to facilitate the potential resolution of that matter prior to the current July 16 deadline for filing summary judgment motions. Likewise, Defendants believe that if Plaintiffs wish to continue to pursue discovery from Fusion GPS, any such discovery should be completed prior to July 16. Plaintiffs note that they intend to continue to pursue discovery from Fusion GPS and will work to diligently complete such discovery once this Court has ruled on Fusion GPS' motion to quash.

### 4. Summary of any pending motions
None.

### 5. Any unique legal or factual aspects of the case requiring special consideration by the Court

Defendants' position: Because this is a defamation case, one of the legal issues that may be pertinent to the resolution of summary judgment motions will be whether the Plaintiffs are public or private figures for purposes of this case. While that is a question of law, it will require briefing both facts and legal authority that are distinct from the facts and legal issues that relate to the merits of the parties' claims and defenses.

As a result, Defendants believe that the most efficient way of presenting dispositive motions to the Court will be for the Defendants to file two motions: one that will ask the Court to determine that Plaintiffs are public figures, and one for summary judgment. Plaintiffs will in turn file oppositions to each of those motions, and Defendants will file replies.

Plaintiffs' position: Plaintiffs believe that the question of whether the Plaintiffs are private

or public figures will not require such extensive briefing as to fully double the briefs submitted at the summary judgment stage.

**6.    The status of potential settlement**

The Parties previously selected a place, date, and time for the mediation and completed the Order Scheduling Mediation and submitted it to the Court.  Unfortunately, the mediator previously selected is now unavailable for the time that the Parties had selected for the mediation.  The Parties have selected a new mediator, Judge Rodolpho Sorondo, Jr., and have set a mediation for June 27, 2018.

**7.    Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action**

None.

- 5 -

Date: June 8, 2018

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

/s/ Katherine M. Bolger
Katherine M. Bolger (*pro hac vice*)
Nathan Siegel (*pro hac vice*)
Adam Lazier (*pro hac vice*)
Alison Schary (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
nathansiegel@dwt.com
adamlazier@dwt.com
alisonschary@dwt.com

/s/ Roy Black
Roy Black
Jared Lopez
BLACK, SREBNICK, KORNSPAN &
STUMPF, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com
civilpleadings@royblack.com

*Attorneys for Defendants*

- 6 -

**CERTIFICATE OF SERVICE**

I CERTIFY that on June 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Jared Lopez
Jared Lopez, Esq.