**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING DOCUMENTS IN RESPONSE TO THE**
**COURT'S REQUEST AT THE JUNE 11, 2018 STATUS HEARING**

Defendants BuzzFeed, Inc. and Ben Smith hereby file the following documents in response to the Court's request at the status hearing held on June 11, 2018:

1) January 11, 2017 statement from Director of National Intelligence James Clapper;

2) January 11, 2017 statement from Senator John McCain;

3) Transcript of testimony given to the Senate Judiciary Committee by Sally Q. Yates and James R. Clapper Jr. on May 8, 2017. *See* page 16;

4) Transcript of testimony given to the House Intelligence Committee by John O. Brennan on May 23, 2017. *See* page 52;

5) Statement for the Record provided by James B. Comey to the Senate Select Committee on Intelligence, dated June 8, 2017. *See* pages 1-2;

6) Transcript of testimony given to the Senate Select Committee on Intelligence by James B. Comey on June 8, 2017. *See* page 25;

7) Transcript of the interview of Glenn Simpson conducted by the Senate Judiciary Committee on August 22, 2017.  See pages 158-78, 214-16, 219-23, 225-32;

8) Transcript of the interview of Glenn Simpson conducted by the House Intelligence Committee on November 14, 2017.  See pages 53, 59-62, 76-80, 165;

9) Letter from Senators Charles E. Grassley and Lindsey O. Graham to Rod J. Rosenstein and Christopher A. Wray dated January 4, 2018;

10) Memorandum from Majority Staff of the House Intelligence Committee to its Majority Members dated January 18, 2018;

11) Memorandum from Minority Members of the House Intelligence Committee to all members of the House of Representatives dated January 29, 2018;

12) Statement from Senator Diane Feinstein entitled "Analysis Refutes Criminal Referral of Christopher Steele" dated February 9, 2018;

13) House Intelligence Committee Report on Russian Active Measures dated March 22, 2018.  See pages 104, 112;

14) Minority views in response to House Intelligence Committee Report on Russian Active Measures dated March 26, 2018.  *See* page 44.

Dated:  June 12, 2018

        Respectfully submitted,

        Davis Wright Tremaine, LLP
        1251 Avenue of the Americas, 21st Floor
        New York, New York 10020

        By: /s/ Katherine M. Bolger
            Katherine M. Bolger, Esq.
            Adam Lazier, Esq.
            Nathan Siegel, Esq.
            katebolger@dwt.com
            adamlazier@dwt.com
            nathansiegel@dwt.com

        -and-

        Black, Srebnick, Kornspan & Stumpf, P.A.
        201 S. Biscayne Boulevard, Suite 1300
        Miami, Florida 33131
        Tel:     (305) 371-6421

        By: /s/ Jared Lopez
            Roy Black, Esq.
            Florida Bar No. 126088
            Jared Lopez, Esq.
            Florida Bar No. 103616
            rblack@royblack.com
            jlopez@royblack.com
            civilpleadings@royblack.com

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I CERTIFY that on June 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: /s/  Jared Lopez
            Jared Lopez, Esq.