Search DNI.gov: Search... Go

Home    About    Intelligence Community    Newsroom    Careers    Resources    Contact Us

Home » Newsroom » Press Releases » DNI

### DNI Clapper Statement on Conversation with President-elect Trump

Wednesday, January 11, 2017

DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC  20511

January 11, 2017

DNI Clapper Statement on Conversation with President-elect Trump

This evening, I had the opportunity to speak with President-elect Donald Trump to discuss recent media reports about our briefing last Friday. I expressed my profound dismay at the leaks that have been appearing in the press, and we both agreed that they are extremely corrosive and damaging to our national security.

We also discussed the private security company document, which was widely circulated in recent months among the media, members of Congress and Congressional staff even before the IC became aware of it. I emphasized that this document is **not** a U.S. Intelligence Community product and that I do not believe the leaks came from within the IC. The IC has not made any judgment that the information in this document is reliable, and we did not rely upon it in any way for our conclusions. However, part of our obligation is to ensure that policymakers are provided with the fullest possible picture of any matters that might affect national security.

President-elect Trump again affirmed his appreciation for all the men and women serving in the Intelligence Community, and I assured him that the IC stands ready to serve his Administration and the American people.

James R. Clapper, Director of National Intelligence

**Newsroom Categories**

- Recent News
- Reports & Publications
- Press Releases
- Speeches & Interviews
- Congressional Testimonies
- Featured Articles
- IC in the News

**Archive**

- 2017
- 2016
- 2015
- 2014
- 2013
- 2012
- 2011
- 2010
- 2009
- 2008
- 2007
- 2006
- 2005



**About This Site**
Contact the IC IG
No Fear Act
Privacy Policy
Customer Service
FOIA
Contact Us

**About**
Mission, Vision, Goals
History
ODNI Seal
Organization
Leadership
ODNI FAQ

**Intelligence Community**
Professional Ethics
Transparency
Members of the IC
IC Seal
IC Policies & Reports
Review Group

**Newsroom**
Recent News
Reports & Publications
Press Releases
Speeches & Interviews
Testimonies
Featured Articles
IC in the News

**Careers**
Careers at ODNI
Careers in the IC
For Students
Veterans

**Resources**
For Kids
Ready.gov
Open.gov
Flu.gov
Plain Language Act
Plugins
Furlough Resources
Operating Status