# John McCain
U.S. Senator ~ Arizona
(http://www.mccain.senate.gov/public/index.cfm/home)

## Press Releases (https://www.mccain.senate.gov/public/index.cfm/press-releases)

*Home (https://www.mccain.senate.gov/public/index.cfm/home)*
*/ Press (https://www.mccain.senate.gov/public/index.cfm/press)*
*/ Press Releases (https://www.mccain.senate.gov/public/index.cfm/press-releases)*

Like  Share  38K people like this. Be the first of your friends.  Tweet

Jan 11 2017

# STATEMENT BY SENATOR JOHN McCAIN ON RECENT REPORTS (https://www.mccain.senate.gov/public/index.cfm/press-releases?ID=C577DA7D-05C8-4D91-95BA-E4FEA01E0FAE)

*Washington, D.C.* – U.S. Senator John McCain (R-AZ) released the following statement on recent news reports:

"Late last year, I received sensitive information that has since been made public. Upon examination of the contents, and unable to make a judgment about their accuracy, I delivered the information to the Director of the FBI. That has been the extent of my contact with the FBI or any other government agency regarding this issue."

###

Permalink: https://www.mccain.senate.gov/public/index.cfm/2017/1/statement-by-senator-john-mccain-on-recent-reports (https://www.mccain.senate.gov/public/index.cfm/2017/1/statement-by-senator-john-mccain-on-recent-reports)

Related Links

Press Releases (https://www.mccain.senate.gov/public/index.cfm/press-releases)

Speeches (https://www.mccain.senate.gov/public/index.cfm/speeches)

Opinion Editorials (https://www.mccain.senate.gov/public/index.cfm/opinion-editorials)

Floor Statements (https://www.mccain.senate.gov/public/index.cfm/floor-statements)

Photo Gallery (https://www.mccain.senate.gov/public/index.cfm/photo-gallery)

Videos (https://www.mccain.senate.gov/public/index.cfm/videos)

**OFFICE LOCATIONS**

**Phoenix Office**

2201 East Camelback Road
Suite 115
Phoenix, AZ 85016
Main: (602) 952-2410
Fax: (855) 952-8702

**Tucson Office Office**

407 West Congress Street
Suite 103
Tucson, AZ 85701
Main: (520) 670-6334
Fax: (855) 952-8702

**Washington Office**

218 Russell Senate Office Building
Washington, DC 20510
Main: (202) 224-2235
Fax: (202) 228-2862

Email Me (http://www.mccain.senate.gov/public/index.cfm/contact-form)

**ABOUT (HTTP://WWW.MCCAIN.SENATE.GOV/PUBLIC/INDEX.CFM/ABOUT)**

Biography (http://www.mccain.senate.gov/public/index.cfm/biography)

Welcome Message (http://www.mccain.senate.gov/public/index.cfm/welcome-message)

**ARIZONA (HTTP://WWW.MCCAIN.SENATE.GOV/PUBLIC/INDEX.CFM/ARIZONA)**

Facts (http://www.mccain.senate.gov/public/index.cfm/facts)

Helpful Links (http://www.mccain.senate.gov/public/index.cfm/helpful-links)

McCain Events (http://www.mccain.senate.gov/public/index.cfm/events)

Events Around Arizona (http://www.mccain.senate.gov/public/index.cfm/az)

Explore Arizona (http://www.mccain.senate.gov/public/index.cfm/explore-arizona)

**SERVICES (HTTP://WWW.MCCAIN.SENATE.GOV/PUBLIC/INDEX.CFM/SERVICES)**

Casework (http://www.mccain.senate.gov/public/index.cfm/casework)

Flag Requests (http://www.mccain.senate.gov/public/index.cfm/flag-requests)

Academy Nominations (http://www.mccain.senate.gov/public/index.cfm/academy-nominations)

Federal Government Resources (http://www.mccain.senate.gov/public/index.cfm/federal-government-resources)

Federal Grant Funding (http://www.mccain.senate.gov/public/index.cfm/federal-grant-funding)

Visiting Washington DC (http://www.mccain.senate.gov/public/index.cfm/visiting-washington-dc)

Apply for Federal Judicial Nomination (http://www.mccain.senate.gov/public/index.cfm/federal-judicial-evaluation-committee)

**ISSUES (HTTP://WWW.MCCAIN.SENATE.GOV/PUBLIC/INDEX.CFM/ISSUES)**

Key Issues (http://www.mccain.senate.gov/public/index.cfm/key-issues)

Legislation (http://www.mccain.senate.gov/public/index.cfm/legislation)

Committee Assignments (http://www.mccain.senate.gov/public/index.cfm/committee-assignments)

Letters (http://www.mccain.senate.gov/public/index.cfm/letters)

America's Most Wasted (http://www.mccain.senate.gov/public/index.cfm/america-s-most-wasted)

**PRESS (HTTP://WWW.MCCAIN.SENATE.GOV/PUBLIC/INDEX.CFM/PRESS)**

Press Releases (http://www.mccain.senate.gov/public/index.cfm/press-releases)

Speeches (http://www.mccain.senate.gov/public/index.cfm/speeches)

Opinion Editorials (http://www.mccain.senate.gov/public/index.cfm/opinion-editorials)

Floor Statements (http://www.mccain.senate.gov/public/index.cfm/floor-statements)

Photo Gallery (http://www.mccain.senate.gov/public/index.cfm/photo-gallery)

Videos (http://www.mccain.senate.gov/public/index.cfm/videos)

**PRIVACY POLICY (HTTP://WWW.MCCAIN.SENATE.GOV/PUBLIC/INDEX.CFM/PRIVACY-POLICY)**

STUDENTS & TEACHERS (http://www.mccain.senate.gov/public/index.cfm/students-and-teachers)

Message from the Senator (http://www.mccain.senate.gov/public/index.cfm/message-from-the-senator)

Internships (http://www.mccain.senate.gov/public/index.cfm/internships)

FAQ (http://www.mccain.senate.gov/public/index.cfm/faq)

Student Resources (http://www.mccain.senate.gov/public/index.cfm/student-resources)

How Our Laws Are Made (http://www.mccain.senate.gov/public/index.cfm/how-our-laws-are-made)

History of the U.S. Senate (http://www.mccain.senate.gov/public/index.cfm/history-of-the-u-s-senate)

How the Senate Works (http://www.mccain.senate.gov/public/index.cfm/how-the-senate-works)

*Follow Senator McCain*

 Like   Follow