UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

Case No.: 18-mc-60528-UU

*In re* THIRD PARTY SUBPOENA
TO FUSION GPS
_____/

ORDER REQUIRING TRANSCRIPT

THIS CAUSE comes before the Court *sua sponte*.

ORDERED AND ADJUDGED the Plaintiffs SHALL file the transcript of the Christopher Steele's deposition, when it becomes available, on the docket of *In re Third Party Subpoena to Fusion GPS*, 18-mc-60528-UU.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of June, 2018.

                                                              _____
                                                               UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf