IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

  Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.

_____

## NOTICE OF WITHDRAWAL OF LETTERS ROGATORY

Defendants BuzzFeed, Inc. and Ben Smith respectfully notify the Court that they are no longer seeking the discovery set forth in the six (6) Letters Rogatory issued to Cyprus (Dkt. 117, 118, 119, 120, 121, 122). Accordingly, Defendants hereby withdraw these Letters Rogatory and request that the docket reflect such withdrawal.

Date: June 27, 2018

                                                Respectfully submitted by:

                                                Davis Wright Tremaine, LLP
                                                1251 Avenue of the Americas, 21st Floor
                                                New York, New York 10020

                                                /s/ Katherine M. Bolger
                                                Katherine M. Bolger
                                                Adam Lazier
                                                Nathan Siegel
                                                Alison Schary
                                                katebolger@dwt.com
                                                adamlazier@dwt.com
                                                nathansiegel@dwt.com
                                                alisonschary@dwt.com

                                                -and-

Black, Srebnick, Kornspan & Stumpf, P.A.
201 So. Biscayne Boulevard
Miami, Florida 33131

/s/ Jared Lopez_____
Roy Black
Florida Bar No. 126088
Jared Lopez
Florida Bar No. 103616
rblack@royblack.com
jlopez@royblack.com
civilpleadings@royblack.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

      Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.
_____/

**CERTIFICATE OF SERVICE**

I CERTIFY that on June 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By: /s/ Jared Lopez
           Jared Lopez, Esq.

Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC

825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com


Brady J. Cobb (Fla. Bar No. 031018)
Dylan Michael Fulop (Fla. Bar No. 123809)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

*Attorneys for Plaintiffs*