UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60426-CIV-UNGARO

ALEKSEJ GUBAREV, XBT HOLDING S.A.
AND  WEBZILLA, INC.

      Plaintiff(s),

v.

BUZZFEED, INC. AND BEN SMITH,

      Defendant(s).

_____/

## **MEDIATION REPORT**

Pursuant to this Court's "2nd Amended Order of Referral To Mediation," dated February 28, 2018, this case was mediated at the law offices of Davis Wright Tremaine, LLP on June 27, 2018 in New York City. Present at the mediation were Plaintiff Aleksej Gubarev, and his counsel Evan Fray-Witzer of Ciampi|Fray-Witzer, LLP and Val Gurvits of the Boston Law Group, P.C. Appearing for Defendants were Kate Bolger and Nathan Siegel of Davis Wright Tremaine, LLP, along with Allison Lucas, General Counsel for Buzzfeed, Inc. ("Buzzfeed") and Nabiha Syed, Assistant General Counsel for Buzzfeed. Ms. Lucas and Ms. Syed appeared for both Defendants Buzzfeed and Ben Smith.

Paragraph 7 of this Court's order reads, in pertinent part, as follows: "The mediator shall report non-attendance and may recommend imposition of sanctions by the court for non-attendance." In compliance with this section I advise the court that Defendant Ben Smith did not attend the mediation. His absence was questioned and objected to by Plaintiffs so Ms. Bolger called Mr. Smith on the telephone and put him on speaker so he could hear Plaintiffs' counsel's opening

statement. Ms. Lucas, general counsel of Buzzfeed, advised that she had full authority to settle on behalf of both Buzzfeed and Mr. Smith.

Paragraph 4 of this Court's order reads, in pertinent part, as follows: "If insurance is involved, an adjuster with authority up to the policy limits or the most recent demand, whichever is lower, shall attend." I further advise the court that although there is insurance in this case, no adjuster appeared at the mediation. Ms. Lucas advised that under the terms of the policy, Buzzfeed has the absolute authority to settle for any amount up to the policy limit and that she had such authority.

Given the circumstances described above, as well as the way the mediation played out, the undersigned does not recommend the imposition of sanctions.

The parties engaged in negotiations but the case did not settle. Accordingly, I declared an impasse.

As always, it has been a pleasure to serve the court.


Dated: June 29, 2018                    Respectfully submitted,

                                        /s/ Rodolfo Sorondo, Jr.
                                        **RODOLFO SORONDO, JR., MEDIATOR**
                                        Fla. Bar No. 287301
                                        HOLLAND & KNIGHT LLP
                                        701 Brickell Avenue, Suite 3300
                                        Miami, Florida 33131
                                        Tel:  (305) 374-8500
                                        Fax: (305) 789-7799
                                        Email:  rodolfo.sorondo@hklaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro-se parties identified in the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Rodolfo Sorondo, Jr.

**RODOLFO SORONDO, JR., MEDIATOR**

## SERVICE LIST

*Aleksej Gubarev , et al. v. Buzzfeed, Inc., et al.*
CASE NO. 17-60426-CIV-UNGARO
United States Distrcit Corut – Southern District of Florida

Evan Fray-Witzer, Esq.
CIAMPA, FRAY, WITZER, LLP
20 Park Plaza
Boston, MA 02116
evan@cfwlegal.com

Valentin Gurvits, Esq.
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
vgurvits@bostonlawgroup.com

Brady Cobb, Esq.
COBB EDDY, PLLC
642 NE 3rd Ave.
Ft. Lauderdale, FL 33304
bcobb@CobbEddy.com

Katherine M. Bolger, Esq.
Nathan Siegel, Esq.
DAVIS WRIGHT TREMAINE, LLP
1251 Avenue of the Americas 21st Floor
New York, New York 10020-1104
KateBolger@dwt.com
NathanSiegel@dwt.com

Jared Lopez, Esq.
Alice Ferot, Esq.
BLACK SREBNICK KORNSPAN & STUMPF, PA
201 South Biscayne Blvd.
Suite 1300
Miami, FL 33131
JLopez@royblack.com
AFerot@royblack.com

#58682272_v1