IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

Case No.:
17-cv-60426-UU

# DEFENDANTS' UNOPPOSED MOTION
# TO WITHDRAW LETTERS ROGATORY ISSUED TO CYPRUS

Defendants BuzzFeed, Inc. and Ben Smith (collectively, "Defendants"), by and through their undersigned counsel, file this unopposed motion to withdraw six (6) Letters Rogatory issued to Cyprus (Dkt. 117, 118, 119, 120, 121, 122):

1. On January 19, 2018, Defendants filed a motion for this Court to issue requests for judicial assistance, attaching six proposed Letters Rogatory seeking discovery from certain non-parties in Cyprus (Dkt. 116).

2. On January 22, 2018, this Court issued the six Letters Rogatory in response to Defendants' motion (Dkts. 117-122).

3. On June 27, 2018, Defendants filed a Notice of Withdrawal of these six Letters Rogatory, notifying the Court that they are no longer seeking the discovery at issue (Dkt. 180).

4. On June 28, 2018, Defendants, through their local counsel in Cyprus, notified the District Court of Nicosia, Cyprus, that they had withdrawn the Letters Rogatory in this Court. The court in Cyprus has requested confirmation from this Court that the Letters Rogatory have been withdrawn, and that such withdrawal is without opposition by Plaintiffs. Defendants will

need to submit this confirmation to the court in Cyprus by July 6, 2018 in order for it to be received prior to the court's deadline of July 9, 2018.

5. Defendants have conferred with Plaintiffs, who do not oppose withdrawal of the Letters Rogatory.

6. A proposed order is attached hereto as Exhibit A.

WHEREFORE, Defendants respectfully request that the Court issue an order stating that the six Letters Rogatory to Cyprus (Dkt. 117, 118, 119, 120, 121, and 122) are hereby withdrawn.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that counsel for Defendants has conferred with counsel for Plaintiffs, who do not oppose the relief sought herein.

Date: June 29, 2018

Respectfully submitted by:

Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020

/s/ Katherine M. Bolger
Katherine M. Bolger
Adam Lazier
Nathan Siegel
Alison Schary
katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com
alisonschary@dwt.com

-and-

Black, Srebnick, Kornspan & Stumpf, P.A.
201 So. Biscayne Boulevard
Miami, Florida 33131
/s/ Jared Lopez
Roy Black
Jared Lopez
rblack@royblack.com
jlopez@royblack.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

       Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

       Defendants.
_____/

**CERTIFICATE OF SERVICE**

I CERTIFY that on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       By: /s/ Jared Lopez
            Jared Lopez, Esq.

Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC

825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com


Brady J. Cobb (Fla. Bar No. 031018)
Dylan Michael Fulop (Fla. Bar No. 123809)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

Case No.:
17-cv-60426-UU

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO WITHDRAW LETTERS ROGATORY ISSUED TO CYPRUS**

THIS MATTER is before the Court upon Defendants' Unopposed Motion to Withdraw Letters Rogatory Issued to Cyprus. Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion is **GRANTED**. The six Letters Rogatory issued to Cyprus on January 22, 2018 (Dkts. 117, 118, 119, 120, 121, and 122) are hereby withdrawn.

**DONE AND ORDERED** in Chambers, at Miami, Florida this ____ day of June, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
John J. O'Sullivan, United States Magistrate Judge
Counsel of Record