# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

Case No.:
17-cv-60426-UU

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW LETTERS ROGATORY ISSUED TO CYPRUS

THIS MATTER is before the Court upon Defendants' Unopposed Motion to Withdraw Letters Rogatory Issued to Cyprus. Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion is **GRANTED**. The six Letters Rogatory issued to Cyprus on January 22, 2018 (Dkts. 117, 118, 119, 120, 121, and 122) are hereby withdrawn.

**DONE AND ORDERED** in Chambers, at Miami, Florida this ____ day of June, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
John J. O'Sullivan, United States Magistrate Judge
Counsel of Record