# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,                                   **Case No.:**
                                                     **17-cv-60426-UU**

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/


## ORDER

      THIS MATTER is before the Court upon Defendants' Unopposed Motion to Withdraw Letters Rogatory Issued to Cyprus (D.E. 182).  Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

      **ORDERED AND ADJUDGED** that Defendants' Motion (D.E. 182) is **GRANTED**. The six Letters Rogatory issued to Cyprus on January 22, 2018 (Dkts. 117, 118, 119, 120, 121, and 122) are hereby withdrawn.

      **DONE AND ORDERED** in Chambers, at Miami, Florida this __2d__ day of July, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE


Copies furnished to:
Counsel of Record