UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

**ORDER**

    THIS CAUSE comes before the Court *sua sponte*.

    ORDERED AND ADJUDGED the Plaintiffs SHALL file a joint status report listing and explaining the status of all outstanding discovery no later than **Friday, August 10, 2018.**

    DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of August, 2018.

                                                         _____
                                                        UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf