UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**PLAINTIFFS' UNOPPOSED MOTION TO SEAL CERTAIN
EXHIBITS TO PARTIES' JOINT STATUS REPORT**

Pursuant to Local Rule 5.4 of the United States District Court for the Southern District of Florida, Plaintiffs Aleksej Gubarev, XBT Holdings S.A. and Webzilla, Inc. hereby respectfully move this Court for an Order sealing Anthony Ferrante's Deposition transcript as an Exhibit to the Parties' Joint Status Report. In support of this Motion, Plaintiffs state as follows:

1.    Pursuant to Local Rule 5.4, a motion to seal must set forth "the factual and legal basis for departing from the policy that Court filings are public and that describes the information or documents to be sealed (the 'proposed sealed material') with as much particularity as possible, but without attaching or revealing the content of the proposed sealed material.... The motion to file under seal shall specify the proposed duration of the requested sealing."

2.    The Court in this matter has issued an Amended Confidentiality Stipulation and Protective Order (the "Protective Order"), Docket No. 97, pursuant to which the Parties or other persons may designate certain materials, documents and information as either "Confidential" or "Attorneys' Eyes Only."

3.    In accordance with Paragraph 10 of the Protective Order, "[a]ll pleadings, motion papers, memoranda, affidavits, exhibits, transcripts and other papers that consist of or contain Confidential and/or Attorneys' Eyes Only Information shall, if filed with the Court, be placed in a sealed envelope endorsed with the caption of the action and marked or designated.... Where possible, only the confidential portions of filings with the Court shall be filed under seal."

1

4. The parties are, concurrently herewith, filing their Joint Status Report. The Joint Status Report makes reference to Anthony Ferrante's Deposition testimony ("Exhibit") and privilege objections regarding the same, which resulted in the suspension of the Mr. Ferrante's deposition with respect to certain questions. In the interest of keeping the Court informed of the issue, Plaintiff's wish to provide the Court with a sealed exhibit containing the relevant portions of the Ferrante deposition transcript.

5. The Exhibit is sought to be filed under seal because it contains testimony that has been designated as confidential by the Defendants pursuant to the Protective Order.

6. Pursuant to Paragraph 1 of the Protective Order, the exhibit should stay under seal "unless and until [its] designation is challenged and reversed by the Court."

7. If the Court grants this motion to file under seal, Plaintiffs will file an unredacted copy of the exhibits as attachments to a Notice of Sealed Filing, which shall be filed via CM/ECF (using events specifically earmarked for sealed civil filings) in accordance with Local Rule 5.4.

Therefore, on the basis of the foregoing, Plaintiffs respectfully request that the Court enter an order sealing Anthony Ferrante's Deposition testimony and attached as an Exhibit to the Parties' Joint Status Report for the duration of the litigation and until further ordered by this Court or otherwise if its designation is challenged and reversed by the Court.

### Local Rule 7.1(a)(3) Certificate

The undersigned counsel certify that they have conferred with all parties who may be affected by the relief sought in this motion and all such parties have stated that they do not object to the relief sought herein.

Dated: August 10, 2018

> Respectfully submitted,
> Plaintiffs,
> By their Attorneys,
>
>
> /s/ Evan Fray-Witzer
> Evan Fray-Witzer (pro hac vice)
> CIAMPA FRAY-WITZER, LLP
> 20 Park Plaza, Suite 505

>Boston, Massachusetts 02116
>Telephone: 617-426-0000
>Facsimile: 617-423-4855
>Evan@CFWLegal.com
>
>/s/ Valentin Gurvits
>Valentin D. Gurvits (pro hac vice)
>Matthew Shayefar (Fla. Bar No. 0126465)
>BOSTON LAW GROUP, PC
>825 Beacon Street, Suite 20
>Newton Centre, Massachusetts 02459
>Telephone: 617-928-1804
>Facsimile: 617-928-1802
>vgurvits@bostonlawgroup.com
>matt@bostonlawgroup.com
>
>/s/ Brady J. Cobb
>Brady J. Cobb (Fla. Bar No. 031018)
>COBB EDDY, PLLC
>642 Northeast Third Avenue
>Fort Lauderdale, Florida 33304
>Telephone: 954-527-4111
>Facsimile: 954-900-5507
>bcobb@cobbeddy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF filing system, on this 10th day of August, 2018, on all counsel or parties of record on the service list.

>COBB EDDY, PLLC
>*Attorneys for Plaintiffs*
>642 Northeast Third Avenue
>Fort Lauderdale, Florida 33304
>Telephone (954) 527-4111
>Facsimile  (954) 900-5507
>
>**By: /s/ BRADY J. COBB_____**
>BRADY J. COBB, ESQUIRE
>Florida Bar No. 031018
>bcobb@cobbeddy.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**[PROPOSED] ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SEAL CERTAIN EXHIBITS TO PARTIES' JOINT STATUS REPORT**

This matter has come before the Court on Plaintiffs' Unopposed Motion to Seal Certain Exhibits to Parties' Joint Status Report, Docket No. ____. The Court has reviewed the Motion and is otherwise fully advised on the premises. Accordingly, it is ORDERED AND ADJUDGED:

1. Plaintiffs' Unopposed Motion to Seal Certain Exhibits to Parties' Joint Status Report is GRANTED.

2. Plaintiffs shall file Anthony Ferrante's Deposition testimony as an Exhibit to the Parties' Joint Status Report in an unredacted manner as an attachment to a Notice of Sealed Filing, which shall be filed via CM/ECF in accordance with Local Rule 5.4. The Clerk of the Court shall seal the Exhibit for the duration of this litigation and until further ordered by this Court or otherwise if its designation is challenged and reversed by the Court.

DONE AND ORDERED in chambers at Miami, Florida, this ___ day of _____, 2018.

_____
HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record