UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.
    Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
    Defendants.

Case No.

0:17-cv-60426-UU

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SEAL CERTAIN EXHIBITS TO PARTIES' JOINT STATUS REPORT

This matter has come before the Court on Plaintiffs' Unopposed Motion to Seal Certain Exhibits to Parties' Joint Status Report, Docket No. 186. The Court has reviewed the Motion and is otherwise fully advised on the premises. Accordingly, it is ORDERED AND ADJUDGED:

1. Plaintiffs' Unopposed Motion to Seal Certain Exhibits to Parties' Joint Status Report is GRANTED.

2. Plaintiffs shall file Anthony Ferrante's Deposition testimony as an Exhibit to the Parties' Joint Status Report in an unredacted manner as an attachment to a Notice of Sealed Filing, which shall be filed via CM/ECF in accordance with Local Rule 5.4. The Clerk of the Court shall seal the Exhibit for the duration of this litigation and until further ordered by this Court or otherwise if its designation is challenged and reversed by the Court.

DONE AND ORDERED in chambers at Miami, Florida, this 13 day of July, 2018.

HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record