IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-60426-CV-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING, S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

v.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the **Honorable Magistrate Judge John O'Sullivan,** a Judge of the above-styled Court, at the C. Clyde Atkins U.S. Courthouse located at 301 North Miami Avenue, 5th Floor, Miami, FL 33128 on **Wednesday, September 5, 2018 at 9:30 a.m.**, or as soon thereafter as the same can be heard.  The matters to be addressed are:

    1.    Whether the letter sent by Senator Charles E. Grassley to the Plaintiffs' attorneys qualifies as an "order, subpoena, government agency or committee request, or other legally-mandated request" under paragraph 16 of the Amended Protective Order?[1]

    2.    If the letter does fall within paragraph 16 of the Amended Protective Order, should the Court nevertheless issue a protective order that either (a) prohibits production of either Mr. Kramer's transcript or quotes from the transcript to the United States Senate Committee on the

---

[1] The letter is attached as **Exhibit A**.  The Amended Protective Order is attached as **Exhibit B**.

Judiciary or (b) requires any recipient of the transcript or quotes from the transcript to execute the Notification of Protective Order, which is attached to the Amended Protective Order?[2]

---

[2] Although Senator Grassley's letter requests the deposition transcript of Christopher Steele and not the deposition transcript of Mr. Kramer, Mr. Kramer's transcript is an exhibit to Mr. Steele's transcript. As a result, the Plaintiffs' production of Mr. Steele's transcript to the Senate Judiciary Committee would include Mr. Kramer's transcript.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

I HEREBY CERTIFY that Counsel for non-party Mr. Kramer proposed the September 5, 2018 hearing date and time to counsel for the Plaintiffs and Defendants.  All counsel agreed to the proposed date and time.

Dated:  August 17, 2018              Respectfully submitted,

*s/ Marcos Daniel Jiménez*
   Marcos Daniel Jiménez
   Florida Bar No. 441503
   **Marcos D. Jiménez, P.A.**
   255 Alhambra Circle, Suite 800
   Coral Gables, Florida 33134
   Telephone: 305.740.1975
   Email:  mdj@mdjlegal.com

## **CERTIFICATE OF SERVICE**

This motion was filed electronically on August 17, 2018 through CM/ECF and served on counsel for the parties, through that system.

                                                        *s/ Marcos D. Jimenez*
                                                        Marcos Daniel Jimenez