# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO.: 17-60426-CV-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING,
S.A., AND WEBZILLA, INC.

      Plaintiffs,

v.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.

_____

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Magistrate Judge John O'Sullivan, a Judge of the above-styled Court, at the C. Clyde Atkins U.S. Courthouse located at 301 North Miami Avenue, 5th Floor, Miami, FL 33128 on Wednesday, September 5, 2018 at 9:30 a.m., or as soon thereafter as the same can be heard. The matters to be addressed are:

    1.    Whether the letter sent by Senator Charles E. Grassley to the Plaintiffs' attorneys qualifies as an "order, subpoena, government agency or committee request, or other legally-mandated request" under paragraph 16 of the Amended Protective Order?[1]

    2.    If the letter does fall within paragraph 16 of the Amended Protective Order, should the Court nevertheless issue a protective order that either (a) prohibits production of either Mr. Steele's transcript or quotes from the transcript to the United States Senate Committee

---

[1] The letter and Amended Protective Order have been submitted to the Court as exhibits to the Notice of Hearing filed by non-party David Kramer on August 17, 2018 (Doc. No. 190).

on the Judiciary or (b) requires any recipient of the transcript or quotes from the transcript to execute the Notification of Protective Order, which is attached to the Amended Protective Order?

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

I HEREBY CERTIFY that Counsel for non-party Mr. Steele proposed to join the previously noticed September 5, 2018 hearing date and time to counsel for the Plaintiffs, Defendants and non-party Mr. Kramer. All counsel had no objection to the proposal.

Dated:  August 17, 2018                                        Respectfully submitted,

*/s/  Christina Hull Eikhoff*
Christina Hull Eikhoff (LEAD ATTORNEY)
Alston & Bird, LLP
1201 W. Peachtree St.
Atlanta, GA 30309
Phone:  (404) 881-4496
Email:  Christy.eikhoff@alston.com

## **CERTIFICATE OF SERVICE**

This Motion was filed electronically on August 17, 2018 through CM/ECF and served on counsel for the parties, through that system.

*/s/ Christopher A. Riley*
CHRISTOPHER A. RILEY
Florida Bar No. 0168165