IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-60426-CV-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING, S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

v.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the **Honorable Magistrate Judge John O'Sullivan,** a Judge of the above-styled Court, at the C. Clyde Atkins U.S. Courthouse located at 301 North Miami Avenue, 5th Floor, Miami, FL 33128 on **Wednesday, September 5, 2018 at 9:30 a.m.**, or as soon thereafter as the same can be heard.  The matters to be addressed are:

    1.    Whether the letters sent by Senator Charles E. Grassley and Congressman Devin Nunes to the Plaintiffs' attorneys qualify as an "order, subpoena, government agency or committee request, or other legally-mandated request" under paragraph 16 of the Amended Protective Order?[1]

    2.    If the letters do fall within paragraph 16 of the Amended Protective Order, should the Court nevertheless issue a protective order that either (a) prohibits production of either Mr. Kramer's transcript or quotes from the transcript to the United States Senate Committee on the

---

[1] The letter sent by Senator Grassley is attached as **Exhibit A**.  The letter sent by Congressman Nunes is attached as **Exhibit B**.  The Amended Protective Order is attached as **Exhibit C**.

1

Judiciary and the House of Representatives Permanent Select Committee on Intelligence or (b) requires any recipient of the transcript or quotes from the transcript to execute the Notification of Protective Order, which is attached to the Amended Protective Order?[2]

---

[2] Although Senator Grassley's letter requests the deposition transcript of Christopher Steele and not the deposition transcript of Mr. Kramer, Mr. Kramer's transcript is an exhibit to Mr. Steele's transcript. As a result, the Plaintiffs' production of Mr. Steele's transcript to the Senate Judiciary Committee would include Mr. Kramer's transcript.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

I HEREBY CERTIFY that Counsel for non-party Mr. Kramer proposed the September 5, 2018 hearing date and time to counsel for the Plaintiffs and Defendants. All counsel agreed to the proposed date and time.

Dated:  August 21, 2018	Respectfully submitted,

*s/ Marcos Daniel Jiménez*
Marcos Daniel Jiménez
Florida Bar No. 441503
**Marcos D. Jiménez, P.A.**
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone: 305.740.1975
Email:  mdj@mdjlegal.com

**CERTIFICATE OF SERVICE**

This motion was filed electronically on August 21, 2018 through CM/ECF and served on counsel for the parties, through that system.

              *s/ Marcos D. Jimenez*
              Marcos Daniel Jimenez