# EXHIBIT B

Devin Nunes, California, CHAIRMAN

K. Michael Conaway, Texas
Peter T. King, New York
Frank A. LoBiondo, New Jersey
Thomas J. Rooney, Florida
Ileana Ros-Lehtinen, Florida
Michael R. Turner, Ohio
Brad R. Wenstrup, Ohio
Chris Stewart, Utah
Rick Crawford, Arkansas
Trey Gowdy, South Carolina
Elise M. Stefanik, New York
Will Hurd, Texas

Adam B. Schiff, California,
RANKING MEMBER

James A. Himes, Connecticut
Terri A. Sewell, Alabama
André Carson, Indiana
Jackie Speier, California
Mike Quigley, Illinois
Eric Swalwell, California
Joaquin Castro, Texas
Denny Heck, Washington

Paul D. Ryan, SPEAKER OF THE HOUSE
Nancy Pelosi, DEMOCRATIC LEADER

**U.S. HOUSE OF REPRESENTATIVES**
PERMANENT SELECT COMMITTEE
ON INTELLIGENCE

HVC–304, THE CAPITOL
WASHINGTON, DC 20515
(202) 225–4121

DAMON NELSON
STAFF DIRECTOR

TIMOTHY S. BERGREEN
MINORITY STAFF DIRECTOR

August 17, 2018

Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
vgurvits@bostonlawgroup.com

RE: *Gubarev et al. v. BuzzFeed, Inc., et al.*, 0:17-cv-60426 (D.Fl.)

Dear Mr. Gurvits:

On July 25, 2018, Chairman Charles Grassley of the United States Senate Committee on the Judiciary (SJC) sent you the enclosed letter requesting a copy of the videotaped deposition of Christopher Steele (which also includes a videotaped deposition of David J. Kramer), and any exhibits used during the deposition and all other discovery materials received from Mr. Steele that were produced in the subject case between your client, Aleksej Gubarev, and *BuzzFeed*. Chairman Grassley requested this information in furtherance of the SJC's ongoing investigation into the actions of the Department of Justice (DOJ) and Federal Bureau of Investigation (FBI) during the 2016 presidential election and pursuant to paragraph 16 of the Amended Protected Order in the subject case that permits the disclosure of such information to a Congressional Committee upon request.

As you know, the House of Representatives Permanent Select Committee on Intelligence (HPSCI) is conducting a similar oversight investigation related to the DOJ and FBI's use of the Foreign Intelligence Surveillance Act during the 2016 U.S. presidential election. This investigation includes, among other matters, analyzing Mr. Steele's relationship with the FBI, including his tenure and termination as a source, Mr. Steele's backchannel correspondence with individuals at the DOJ and State Department regarding the FBI's use of his political opposition research, and the FBI and DOJ's reliance on Mr. Steele's "dossier" in applications before the Foreign Intelligence Surveillance Court.

As Chairman Grassley noted in his letter, Mr. Steele has repeatedly denied requests from Congress, including HPSCI, for information regarding his involvement with DOJ and FBI during the 2016 presidential election. Accordingly, the information produced in the subject case is necessary and relevant to HPSCI's ongoing investigation.

Therefore, HPSCI joins Chairman Grassley's request for the information described above, to include but not limited to the production of the transcript and videotape of Mr. Steele's deposition (including the deposition of David J. Kramer), as well as all exhibits used during the deposition and all other discovery materials received from Mr. Steele. Please produce these materials to HPSCI no later than September 4, 2018 pursuant to the terms of the Amended Protective Order.

If you have any questions, please contact my staff at 202-225-4121.

Sincerely,

*Devin Nunes*

Devin Nunes
Chairman

Encl: Letter from Chairman Charles Grassley dtd July 25, 2018

ORRIN G. HATCH, UTAH
LINDSEY O. GRAHAM, SOUTH CAROLINA
JOHN CORNYN, TEXAS
MICHAEL S. LEE, UTAH
TED CRUZ, TEXAS
BEN SASSE, NEBRASKA
JEFF FLAKE, ARIZONA
MIKE CRAPO, IDAHO
THOM TILLIS, NORTH CAROLINA
JOHN KENNEDY, LOUISIANA

DIANNE FEINSTEIN, CALIFORNIA
PATRICK J. LEAHY, VERMONT
RICHARD J. DURBIN, ILLINOIS
SHELDON WHITEHOUSE, RHODE ISLAND
AMY KLOBUCHAR, MINNESOTA
CHRISTOPHER A. COONS, DELAWARE
RICHARD BLUMENTHAL, CONNECTICUT
MAZIE K. HIRONO, HAWAII
CORY A. BOOKER, NEW JERSEY
KAMALA D. HARRIS, CALIFORNIA

KOLAN L. DAVIS, Chief Counsel and Staff Director
JENNIFER DUCK, Democratic Chief Counsel and Staff Director

**United States Senate**
COMMITTEE ON THE JUDICIARY
WASHINGTON, DC 20510-6275

July 25, 2018

**VIA ELECTRONIC TRANSMISSION**

Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street Suite 20
Newton Centre, MA 02459

Re: Deposition of Christopher Steele in *Gubarev et al. v. BuzzFeed, Inc., et al.*, 0:17-cv-60426 (D. Fl.)

Mr. Gurvits:

  According to press reports, Christopher Steele was recently deposed as part of the ongoing litigation between your client, Mr. Gubarev, and *BuzzFeed*.[1] The press reports further indicate that his videotaped deposition was designated as confidential under the Amended Protective Order in place in Mr. Gubarev's lawsuit. As you know, paragraph 16 of that Amended Protective Order specifically includes a process for the parties to disclose material designated as confidential in response to a request by a Congressional Committee.[2] Accordingly, please produce to the Senate Committee on the Judiciary the transcript and video of Mr. Steele's deposition, as well as any exhibits used during the deposition and all other discovery materials received from Mr. Steele.

  The Senate Committee on the Judiciary has been investigating a number of issues connected to Mr. Steele's dossier, including: the FBI's relationship with Mr. Steele relating to

---

[1] Pamela K. Browne, Cyd Upson, *Christopher Steele Appears for Court-Ordered Deposition in London*, FOX NEWS (June 18, 2018); Joe Pompeo, *"Mr. Steele Appeared": The Ex-Spy Behind the Infamous Golden-Shower Dossier Gets Deposed in London*, VANITY FAIR (June 19, 2018).

[2] Specifically, paragraph 16 states: "Any party or person receiving Confidential and/or Attorneys' Eyes Only Information covered by this Agreement that receives a subpoena, **request from a government agency or committee**, or becomes subject to an order for production or disclosure of Confidential and/or Attorneys' Eyes Only Information shall, within two (2) days of receipt thereof, give written notice by facsimile or electronic transmission to the source of the Confidential and/or Attorneys' Eyes Only Information identifying the information sought and attaching a copy of the order, subpoena, government agency or **committee request**, or other legally-mandated request. The person subject to the subpoena, request or order of any court, arbitrator, attorney, government agency or like entity shall not produce or disclose the requested information without consent of the source of the information or until ordered by a court of competent jurisdiction to do so, provided that the source makes a motion or other application for relief from the subpoena or other request in the appropriate forum, within ten (10) days of being provided with notice pursuant to this section." Amended Confidentiality Stipulation and Protective Order at 8, *Gubarev, et al. v. Buzzfeed, Inc., et al.*, 17-cv-60426 (D. Fl. Dec. 8, 2017), ECF No. 97 (emphasis added).

his dossier work; the FBI's reliance on Mr. Steele's dossier in applications for surveillance under the Foreign Intelligence Surveillance Act; the FBI's sworn statements to the Foreign Intelligence Surveillance Court (FISC) about Mr. Steele's clients, sources, methods, and credibility; the FBI's sworn statements to the FISC about Mr. Steele's description to the FBI of his interactions with the media; Mr. Steele's post-election dossier work and interactions with the Justice Department; and additional related issues, several of which remain classified.[3] These areas of inquiry are squarely within the Committee's jurisdiction.[4]

It is my understanding that Mr. Steele has refused all Congressional attempts to interview him.[5] Thus, this information is otherwise unavailable. Even if Mr. Steele had been willing to speak with Congressional committees, the Judiciary Committee would nonetheless still need access to the materials requested above. The consistency of sworn descriptions of Mr. Steele's dossier project and attendant media contacts is particularly relevant to the Committee's inquiry.[6] In light of this, the Committee needs to acquire all his sworn statements on these issues, including his deposition and associated materials in your litigation.

---

[3] *E.g.*, Letter from Chairman Grassley to FBI (Mar. 6, 2017) (Agreement to Pay Steele); Letter from Chairman Grassley to Fusion GPS (Mar. 24, 2017) (Trump Dossier); Letter from Chairman Grassley to FBI (Apr. 28, 2017) (Material Inconsistencies in Steele Information); Letter from Senators Grassley, Feinstein, Graham, and Whitehouse to Fusion FPS (July 19, 2017) (Steele Dossier Document Request); Letter from Chairman Grassley and Chairman Graham to FBI (Oct. 4, 2017) (Steele Dossier in Foreign Intelligence); Letter and Memorandum from Chairman Grassley and Chairman Graham to Deputy Attorney General Rosenstein and Director Wray (Jan. 4, 2018) (Referral of Mr. Steele Regarding Statements to the FBI on Dossier-Related Media Contact); Letter from Chairman Grassley and Chairman Graham to DNC (Jan. 25, 2018) (Steele Dossier); Letter from Chairman Grassley to Hauser (Feb. 9, 2018) (Business with Mr. Steele and Mr. Deripaska); Letter from Chairman Grassley to Waldman (Feb. 26, 2018) (Mr. Steele, Mr. Deripaska, and Mr. Jones); Letter from Chairman Grassley to Justice Department (May 21, 2018) (Ohr Communications with Steele). These letters are available at https://www.judiciary.senate.gov/library.

[4] As established in Senate Rule XXV(1)(1), the Senate Judiciary Committee's jurisdiction includes: espionage; civil liberties; federal courts; judicial proceedings, civil and criminal generally. Each of these areas of jurisdiction is implicated in the Committee's investigation.

[5] The House Permanent Select Committee on Intelligence and the Senate Select Committee on Intelligence have both attempted to interview Mr. Steele. While the Senate Judiciary Committee has not written Mr. Steele to request an interview, it has reviewed non-public materials demonstrating Mr. Steele's resistance to this Committee's investigation as well.

[6] *See e.g.*, Letter and Memorandum from Chairman Grassley and Chairman Graham to Deputy Attorney General Rosenstein and Director Wray (Jan. 4, 2018) (Referral of Mr. Steele Regarding Statements to the FBI on Dossier-Related Media Contact) available at: https://www.judiciary.senate.gov/imo/media/doc/2018-02-06%20CEG%20LG%20to%20DOJ%20FBI%20(Unclassified%20Steele%20Referral).pdf

Mr. Gurvits
July 25, 2018
Page 3 of 3

Thank you for your attention to this important matter. Please produce the requested materials to the Committee as soon as possible under the terms of the Amended Protective Order. If you have any questions, please contact Patrick Davis of my staff at (202) 224-5225.

Sincerely,

*Chuck Grassley*

Charles E. Grassley
Chairman

cc:  The Honorable Dianne Feinstein
     Ranking Member
     Committee on the Judiciary
     United States Senate

     Adam Lazier, Esq.
     Counsel of Record for BuzzFeed, Inc.
     Davis Wright Tremaine, LLC