## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO.: 17-60426-CV-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING,
S.A., AND WEBZILLA, INC.

      Plaintiffs,

v.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.

_____

### AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Magistrate Judge John

O'Sullivan, a Judge of the above-styled Court, at the C. Clyde Atkins U.S. Courthouse located at

301 North Miami Avenue, 5th Floor, Miami, FL 33128 on Wednesday, September 5, 2018 at 9:30

a.m., or as soon thereafter as the same can be heard. The matters to be addressed are:

      1.      Whether the letters sent by Senator Charles E. Grassley and Congressman Devin

Nunes to the Plaintiffs' attorneys qualify as an "order, subpoena, government agency or committee

request, or other legally-mandated request" under paragraph 16 of the Amended Protective Order?[1]

      2.      If the letters do fall within paragraph 16 of the Amended Protective Order, should

the Court nevertheless issue a protective order that either (a) prohibits production of either Mr.

Steele's transcript or quotes from the transcript to the United States Senate Committee on the

Judiciary and the House of Representatives Permanent Select Committee on Intelligence or (b)

---

[1] The letters and Amended Protective Order have been submitted to the Court as exhibits to the
Notice of Hearing filed by non-party David Kramer on August 21, 2018 (Doc. No. 192).

requires any recipient of the transcript or quotes from the transcript to execute the Notification of

Protective Order, which is attached to the Amended Protective Order?

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

I HEREBY CERTIFY that Counsel for non-party Mr. Steele proposed to join the

previously noticed September 5, 2018 hearing date and time to counsel for the Plaintiffs,

Defendants and non-party Mr. Kramer. All counsel had no objection to the proposal.

Dated:  August 31, 2018                                      Respectfully submitted,

*/s/  Christina Hull Eikhoff*
        Christina Hull Eikhoff (LEAD
        ATTORNEY)
        Alston & Bird, LLP
        1201 W. Peachtree St.
        Atlanta, GA 30309
        Phone:  (404) 881-4496
        Email:  Christy.eikhoff@alston.com

## <u>CERTIFICATE OF SERVICE</u>

This Motion was filed electronically on August 31, 2018 through CM/ECF and served on

counsel for the parties, through that system.

*/s/  Christopher A. Riley*
CHRISTOPHER A. RILEY
Florida Bar No. 0168165