UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

NOTICE OF FILING
IN ADVANCE OF HEARING

In advance of the hearing to be held before the Honorable Magistrate Judge John O'Sullivan in the above referenced case on Wednesday, September 5, 2018 at 9:30am pursuant to the Amended Notice of Hearing filed on behalf of Non-Party David Kramer (D.E. 192) and the Notice of Hearing filed on behalf of by Non-Party Christopher Steele (D.E. 195), Plaintiffs in the above captioned action hereby file with the Court the following additional correspondences with the Senate Judiciary Committee (the "SJC") and the House Permanent Select Committee on Intelligence (the "HPSCI"), and correspondences between counsel relating to the same:

    1.    Attached hereto as <u>Exhibit 1</u> is correspondence (a letter and an email chain) between counsel for Mr. Steele and counsel for Plaintiffs dated August 3 and 4, 2018.

    2.    Attached hereto as <u>Exhibit 2</u> is correspondence between counsel for Mr. Kramer and counsel for Plaintiffs dated August 8.

1

3. Attached hereto as <u>Exhibit 3</u> is correspondence from counsel for Plaintiffs to a representative of a member of the SJC dated August 8, 2018 and a response from counsel for Mr. Steele dated August 9.

4. Attached hereto as <u>Exhibit 4</u> is correspondence from the SJC dated August 31.

5. Attached hereto as <u>Exhibit 5</u> are email communications between counsel for Plaintiffs and representatives of members of the SJC dated August 31.

Dated: September 4, 2018

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below on September 4, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com