# Exhibit 1

# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

Christina Hull Eikhoff                    Direct Dial: 404-881-4496                    Email: christy.eikhoff@alston.com

August 3, 2018

CONFIDENTIAL

Valentin D. Gurvits
Boston Law Group
825 Beacon Street, Suite 20
Newton Centre, MA 02459
vgurvits@bostonlawgroup.com

Re:   *Sen. Grassley's Request for Steele Deposition Materials*

Mr. Gurvits:

  Through our British co-counsel, I received notice of the letter Sen. Charles Grassley sent you on July 25 requesting production of the transcript and video of Mr. Christopher Steele's deposition. As you are aware, those materials are highly confidential and have been designated "Attorneys' Eyes Only" under the Amended Confidentiality Stipulation and Protective Order (the "Protective Order")—the highest level of confidentiality protection available.

  Disclosure of the deposition materials by you in response to Sen. Grassley's letter would violate the Protective Order. Although paragraph 16 of the Protective Order provides a process for disclosing Confidential and/or Attorneys' Eyes Only Information requested by a government agency or committee "or other legally-mandated request," Sen. Grassley's request does not fall within this provision.

  Sen. Grassley's letter does not appear to be made on behalf of the Senate Committee on the Judiciary and is not a legally-mandated request. To the contrary, Sen. Grassley is the only signator on the letter. As such, it is not a Committee request, nor does it have any compulsory element. Thus, we believe that the release of the transcript and video of the Steele deposition is not permissible under the Protective Order.

  Please let me know as soon as possible if you plan to release this confidential information. If so, we reserve the right to seek enforcement of the Protective Order.

Alston & Bird LLP                                                                                                   www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

August 3, 2018
Page 2

Sincerely,

Christina Hull Eikhoff

cc: **Katherine M. Bolger**
Counsel of Record for BuzzFeed, Inc.
Davis Wright Tremaine, LLC
katebolger@dwt.com

Case 0:17-cv-60426-UU   Document 197-3   Entered on FLSD Docket 09/04/2018   Page 3 of 5

**evan@cfwlegal.com**

| | |
|---|---|
| **From:** | evan@cfwlegal.com |
| **Sent:** | Saturday, August 4, 2018 12:08 PM |
| **To:** | 'Eikhoff, Christy Hull' |
| **Cc:** | 'Val Gurvits'; 'Bolger, Kate' |
| **Subject:** | RE: Correspondence to Valentin Gurvits Re Grassley Request for Deposition Materials |

Dear Attorney Eikhoff –

Thank you for your letter to Attorney Gurvits of August 3, 2018. As I understand it, your position is that the letter from Senator Chuck Grassley does not constitute a "request from a government agency or committee" under the terms of the parties' protective order and, as such, you believe that we should not comply with Senator Grassley's request to produce Mr. Steele's deposition testimony. Having reviewed your letter, the letter received from Chairman Grassley, and the applicable law, we cannot agree.

As a starting point, it would seem that the letter speaks for itself. The letter is on Judiciary Committee letterhead, is signed by Senator Grassley as "Chairman" of the Judiciary Committee, and is copied to Senator Dianne Feinstein, as Ranking Member of the Committee. Additionally, the text of the letter itself makes clear that the request is on behalf of the Committee:

- "…please produce to the Senate Committee on the Judiciary the transcript and video of Mr. Steele's deposition"
- "These areas of inquiry are squarely within the Committee's jurisdiction…"
- "…the Judiciary Committee would nonetheless still need access to the materials requested above."
- "In light of this, the Committee needs to acquire all his sworn statements on these issues, including his deposition and associated materials in your litigation."

In light of the above-quoted language, your suggestion that the request from Chairman Grassley is not actually a request on behalf of the Judiciary Committee seems misplaced at best. Moreover, as we understand it, your position is at odds with that of the Office of Legal Counsel of the Department of Justice. *See Application of Privacy Act Congressional-Disclosure Exception to Disclosures to Ranking Minority Members,* 25 Op. O.L.C. 289, 289 (2001) ("each House of Congress exercises its investigative and oversight authority through delegations of authority to its committees, which act either through requests by the committee chairman, speaking on behalf of the committee, or through some other action by the committee itself.")

After full consideration, then, it is our intent – absent instruction from the Court to the contrary – to produce the requested materials to the Senate Judiciary Committee on August 17, 2018. You should treat this email as formal notification that Plaintiffs intend to cooperate fully with the request made by the Judiciary Committee.

If you or Mr. Kramer's counsel (copied here) decide to seek judicial intervention in the interim, please let us know and copy us on any filings.

Sincerely,

Evan Fray-Witzer

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

---

**From:** Bobo, Scott <Scott.Bobo@alston.com> **On Behalf Of** Eikhoff, Christy Hull
**Sent:** Friday, August 3, 2018 12:09 PM
**To:** Evan@cfwlegal.com
**Cc:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>
**Subject:** Correspondence to Valentin Gurvits Re Grassley Request for Deposition Materials

Dear Mr. Fray-Witzer,

Please see the attached correspondence from Christy Eikhoff. We received an out-of-office message for Mr. Gurvits and are sending this to you in his absence.

Regards,

Scott L. Bobo
Legal Administrative Assistant
**ALSTON & BIRD**
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7598 (O)
Scott.Bobo@alston.com

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.