# Exhibit 5

**From:** "Sawyer, Heather (Judiciary-Dem)" <Heather_Sawyer@judiciary-dem.senate.gov>
**Date:** August 31, 2018 at 4:32:25 PM EDT
**To:** "Lay, DeLisa (Judiciary-Rep)" <DeLisa_Lay@judiciary-rep.senate.gov>, "Val Gurvits"
<vgurvits@bostonlawgroup.com>
**Cc:** "adamlazier@dwt.com" <adamlazier@dwt.com>, "Christy.Eikhoff@alston.com"
<Christy.Eikhoff@alston.com>, "mdj@mdjlegal.com" <mdj@mdjlegal.com>, "Foster, Jason (Judiciary-Rep)"
<Jason_Foster@judiciary-rep.senate.gov>, "CEG (Judiciary-Rep)" <CEG@judiciary-rep.senate.gov>,
"Evan@CFWLegal.com" <Evan@CFWLegal.com>, "Owens, Annie (Judiciary-Dem)"
<Annie_Owens@judiciary-dem.senate.gov>
**Subject: RE: 2018-08-31 CEG to Boston Law Group**

Mr. Gurvitis,

Thank you for the follow-up. The Ranking Member's office agrees with the position regarding appearance
in court on behalf of the Senate, which requires a resolution passed by the Senate. We also wanted to
clarify that the Ranking Member was not consulted on the Chair's letter and the letter does not reflect her
views.

Best,

Heather

---

**From:** Lay, DeLisa (Judiciary-Rep)
**Sent:** Friday, August 31, 2018 4:23 PM
**To:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Cc:** adamlazier@dwt.com; Christy.Eikhoff@alston.com; mdj@mdjlegal.com; Foster, Jason (Judiciary-Rep)
<Jason_Foster@judiciary-rep.senate.gov>; CEG (Judiciary-Rep) <CEG@judiciary-rep.senate.gov>;
Sawyer, Heather (Judiciary-Dem) <Heather_Sawyer@judiciary-dem.senate.gov>; Evan@CFWLegal.com
**Subject:** RE: 2018-08-31 CEG to Boston Law Group

Mr. Gurvitis,

Thank you for your e-mail. I understand the concern. However, the Committee would need a resolution
approved by the full Senate in order for Senate Legal Counsel to participate, which would be very difficult to
obtain particularly given the time constraints.

Best,

DeLisa

---

**From:** Val Gurvits [mailto:vgurvits@bostonlawgroup.com]
**Sent:** Friday, August 31, 2018 4:06 PM
**To:** Lay, DeLisa (Judiciary-Rep) <DeLisa_Lay@judiciary-rep.senate.gov>
**Cc:** adamlazier@dwt.com; Christy.Eikhoff@alston.com; mdj@mdjlegal.com; Foster, Jason (Judiciary-Rep)
<Jason_Foster@judiciary-rep.senate.gov>; CEG (Judiciary-Rep) <CEG@judiciary-rep.senate.gov>;

Sawyer, Heather (Judiciary-Dem) <Heather_Sawyer@judiciary-dem.senate.gov>; Evan@CFWLegal.com
**Subject:** Re: 2018-08-31 CEG to Boston Law Group

Dear DeLisa,

Does the Committee plan to contact the Court and have someone from your side participate in the hearing on Sept 5th? If you have not planned on doing so, I strongly suggest that you do. Otherwise there will not be anyone there to explain to the Court the Committee's position as to why this information should be released.

We are not really in position to make this argument on behalf of the government.

Best,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1804 | Tel: (617) 928-1800 | Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

--------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

On Aug 31, 2018, at 3:22 PM, Lay, DeLisa (Judiciary-Rep) <DeLisa_Lay@judiciary-rep.senate.gov> wrote:

Dear Mr. Gurvits,

Attached please find a letter from Chairman Grassley.  Please confirm receipt and send any follow-up correspondence to me and the addresses copied above.

Best regards,

DeLisa

DeLisa Lay

Senior Investigative Counsel

Oversight and Whistleblower Policy

Chairman Charles E. Grassley

U.S. Senate Committee on the Judiciary

(202) 224-5225

<2018-08-31 CEG to Boston Law Group (Gubarev et al v BuzzFeed Committee request).pdf>