UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-60426-UNGARO/O'SULLIVAN

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
and WEBZILLA, INC.
    Plaintiffs,

vs.

BUZZFEED, INC. and BEN SMITH,
    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court following an informal discovery hearing on September 5, 2018. Paragraph 16 of the Protective Order states, in part, that "[t]he person subject to the subpoena, request or order of any court, arbitrator, attorney, government agency or like entity shall not produce or disclose the requested information without consent of the source of the information or until ordered by a court of competent jurisdiction to do so . . . ." Protective Order (DE# 96 at 8, 12/7/17). Having heard from the parties and non-parties and for the reasons stated on the record at the September 5, 2018 hearing, it is

ORDERED AND ADJUDGED that at this time, the Court will not issue an Order requiring the production of the depositions of Mr. Steele and Mr. Kramer. The United States Senate Committee on the Judiciary and the House of Representatives Permanent Select Committee on Intelligence may properly proceed or intervene in this case and advise the Court why it would be appropriate to require the production of these depositions to the Committees.

DONE AND ORDERED in Chambers, in Miami, Florida on this **5th** day of September, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All Counsel of Record