UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

**ORDER**

    THIS CAUSE comes before the Court *sua sponte*.

    ORDERED AND ADJUDGED that the Fourth Amended Scheduling Order (D.E. 175) is AMENDED to reflect that the Joint Pretrial Stipulation is due on **October 9, 2018.**

    DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of September, 2018.

                                                                   UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf