IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION TO SEAL

Defendants BuzzFeed, Inc. and Ben Smith respectfully move pursuant Local Rule 5.4 of the Southern District of Florida and this Court's Protective Order entered on August 24, 2018 (Dkt. 194) for an order sealing Exhibit 1 to Defendants' Notice of Filing FBI Declaration until further ordered by the Court (the "FBI Declaration"). The Notice of Filing FBI Declaration, without the exhibit, is attached hereto as Exhibit 1.

The FBI Declaration was produced to Defendants as a result of the August 3, 2018 decision of Judge Amit Mehta of the United States District Court for the District of Columbia, which granted Defendants' motion to compel certain evidence from the Federal Bureau of Investigation and other federal government agencies and officials. *See BuzzFeed, Inc. v. U.S. Dep't of Justice*, No. 17-mc-02429 (APM), Dkt. 33 (D.D.C. Aug. 3, 2018). Judge Mehta ordered that "to 'protect both the litigant's right to evidence and the government's interest in not being used as a speaker's bureau for private litigants,'" the Declaration be produced under a protective order. *Id.* at 25 (citation omitted).

4851-8657-7009v.1 0100812-000009

On August 24, 2018, Magistrate Judge O'Sullivan entered a protective order providing that "[u]nless the Court orders otherwise, to the extent that any person or entity intends to discuss the contents of the [FBI Declaration] in a brief, memorandum, pleading or other submission, such portion of the submission may be submitted only with a motion to file under seal." Dkt. 194 (the "Protective Order") ¶ 6.

If this motion is granted, Defendants shall file the FBI Declaration under seal in accordance with the requirements of paragraph 6 of the Protective Order and Local Rule 5.4 of the Southern District of Florida.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1 OF THE SOUTHERN DISTRICT OF FLORIDA

The undersigned certify that Defendants' counsel have conferred with counsel for the Plaintiffs in a good-faith effort to resolve this motion. Plaintiffs' counsel indicated that they do not oppose this motion.

Dated: September 7, 2018

    Respectfully submitted,

    DAVIS WRIGHT TREMAINE LLP
    1251 Avenue of the Americas, 21st Floor
    New York, NY 10020
    Tel: (212) 489-8230

    By: /s/ Katherine M. Bolger
        Katherine M. Bolger, Esq.
        Nathan Siegel, Esq.
        Adam Lazier, Esq.
        Alison Schary, Esq.
        katebolger@dwt.com
        adamlazier@dwt.com
        nathansiegel@dwt.com
        alisonschary@dwt.com

    - and –

3

        BLACK, SREBNICK, KORNSPAN &
        STUMPF, P.A.
        201 S. Biscayne Boulevard, Suite 1300
        Miami, Florida 33131

        By: <u>/s/ Jared Lopez</u>
            Roy Black, Esq.
            Florida Bar No. 126088
            Jared Lopez, Esq.
            Florida Bar No. 103616
            rblack@royblack.com
            jlopez@royblack.com
            civilpleadings@royblack.com
            *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 7th[th] day of September 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Jared Lopez
  Jared Lopez, Esq.

4851-8657-7009v.1 0100812-000009

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF FILING FBI DECLARATION**

    Defendants BuzzFeed, Inc. and Ben Smith hereby file the declaration of the Federal Bureau of Investigation Pursuant to Order of August 3, 2018 in Misc. Case No. 17-2429 (D.D.C.), attached hereto as Exhibit 1.

Dated:  September 7, 2018

    Respectfully submitted,

    DAVIS WRIGHT TREMAINE LLP
    1251 Avenue of the Americas, 21st Floor
    New York, NY 10020
    Tel: (212) 489-8230

    By: /s/ Katherine M. Bolger
        Katherine M. Bolger, Esq.
        Nathan Siegel, Esq.
        Adam Lazier, Esq.
        Alison Schary, Esq.
        katebolger@dwt.com
        adamlazier@dwt.com
        nathansiegel@dwt.com
        alisonschary@dwt.com

    - and –

2

                                                             BLACK, SREBNICK, KORNSPAN &
                                                             STUMPF, P.A.
                                                             201 S. Biscayne Boulevard, Suite 1300
                                                             Miami, Florida 33131

                                                             By: <u>/s/ Jared Lopez</u>
                                                                    Roy Black, Esq.
                                                                    Florida Bar No. 126088
                                                                    Jared Lopez, Esq.
                                                                    Florida Bar No. 103616
                                                                    rblack@royblack.com
                                                                    jlopez@royblack.com
                                                                    civilpleadings@royblack.com

                                                             *Counsel for Defendants*

NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.

_____/

**ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO SEAL**

THIS CAUSE is before the Court upon Defendants' Unopposed Motion to Seal, Dkt. No. 202. Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. Defendants' Unopposed Motion to Seal, Dkt. No. 201, is **GRANTED**.

2. Defendants shall file Exhibit 1 to their Notice of Filing FBI Declaration in an unredacted manner as an attachment to a Notice of Sealed Filing, which shall be filed via CM/ECF in accordance with Local Rule 5.4. The Clerk of the Court shall seal the Exhibit for the duration of this litigation and until further ordered by this Court.

**DONE AND ORDERED** in Chambers, at Miami, Florida this ____ day of September, 2018.

                                          URSULA UNGARO
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
John J. O'Sullivan, United States Magistrate Judge
Counsel of Record