**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING FBI DECLARATION

    Defendants BuzzFeed, Inc. and Ben Smith hereby file the declaration of the Federal Bureau of Investigation Pursuant to Order of August 3, 2018 in Misc. Case No. 17-2429 (D.D.C.), attached hereto as Exhibit 1.

Dated:  September 7, 2018

    Respectfully submitted,

    DAVIS WRIGHT TREMAINE LLP
    1251 Avenue of the Americas, 21st Floor
    New York, NY 10020
    Tel: (212) 489-8230

    By: /s/ Katherine M. Bolger
        Katherine M. Bolger, Esq.
        Nathan Siegel, Esq.
        Adam Lazier, Esq.
        Alison Schary, Esq.
        katebolger@dwt.com
        adamlazier@dwt.com
        nathansiegel@dwt.com
        alisonschary@dwt.com

    - and –

2

                BLACK, SREBNICK, KORNSPAN &
                STUMPF, P.A.
                201 S. Biscayne Boulevard, Suite 1300
                Miami, Florida 33131

                By: /s/ Jared Lopez
                      Roy Black, Esq.
                      Florida Bar No. 126088
                      Jared Lopez, Esq.
                      Florida Bar No. 103616
                      rblack@royblack.com
                      jlopez@royblack.com
                      civilpleadings@royblack.com

                *Counsel for Defendants*