NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A., AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL

THIS CAUSE is before the Court upon Defendants' Unopposed Motion to Seal, Dkt. No. 202. Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. Defendants' Unopposed Motion to Seal, Dkt. No. 201, is **GRANTED**.

2. Defendants shall file Exhibit 1 to their Notice of Filing FBI Declaration in an unredacted manner as an attachment to a Notice of Sealed Filing, which shall be filed via CM/ECF in accordance with Local Rule 5.4. The Clerk of the Court shall seal the Exhibit for the duration of this litigation and until further ordered by this Court.

**DONE AND ORDERED** in Chambers, at Miami, Florida this __10th__ day of September, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
John J. O'Sullivan, United States Magistrate Judge

Counsel of Record