UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

**DEFENDANTS BUZZFEED, INC. AND BEN SMITH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**

Defendants BuzzFeed, Inc. and Ben Smith (collectively, "Defendants"), by and through their undersigned counsel, file this Unopposed Motion for Extension of Time to File Motions for Summary Judgment and state as follows:

1. Pursuant to the Fourth Amended Scheduling Order (Dkt. 175), motions for summary judgment[1] in this matter are currently due Monday, September 17, 2018.

2. The father of Defendants' lead counsel, Kate Bolger, passed away this morning. In light of these circumstances, Defendants request that the Court enter an order extending the deadline for the filing of summary judgment motions by four days, making the new deadline Friday, September 21, 2018.

3. Defendants' counsel has contacted Plaintiffs' counsel, who has confirmed that they have no objection to the extension requested.

---

[1] At the June 11, 2018 status conference, the Court ordered that Defendants may submit two separate summary judgment motions: one on the issue of whether Plaintiffs are public figures and a second addressed to the remaining issues. *See* Transcript of June 11, 2018 Status Conference (Dkt. 178) at 26:15-18.

4. This request is made in good faith, and not made for any improper purpose or for delay.

5. A proposed order is attached hereto as Exhibit A.

WHEREFORE, Defendants respectfully request that this Court extend the time for filing summary judgment motions to September 21, 2018, and grant such further relief that this Court deems just and proper.

## CERTIFICATE OF CONFERRAL

The undersigned certifies that Defendants' counsel has conferred with Plaintiff's counsel, who does not oppose the relief sought herein.

Date: September 10, 2018

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230

By: /s/ Katherine M. Bolger
    Katherine M. Bolger, Esq.
    Nathan Siegel, Esq.
    Adam Lazier, Esq.
    Alison Schary, Esq.
    katebolger@dwt.com
    adamlazier@dwt.com
    nathansiegel@dwt.com
    alisonschary@dwt.com

- and –

BLACK, SREBNICK, KORNSPAN &
STUMPF, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131

By: /s/ Jared Lopez
    Roy Black, Esq.
    Florida Bar No. 126088
    Jared Lopez, Esq.
    Florida Bar No. 103616
    rblack@royblack.com
    jlopez@royblack.com
    civilpleadings@royblack.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 10th[th] day of September 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                         By: /s/  Jared Lopez
                                                              Jared Lopez, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**

THIS CAUSE is before the Court upon Defendants' Unopposed Motion for Extension of Time to File Motions for Summary Judgment, Dkt. No. 203. Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. Defendants' Unopposed Motion to for Extension of Time, Dkt. No. 203, is **GRANTED**.

2. Defendants shall file their Motions for Summary Judgment on or before September 21, 2018.

**DONE AND ORDERED** in Chambers, at Miami, Florida this ____ day of September, 2018.

                                              _____
                                              URSULA UNGARO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
John J. O'Sullivan, United States Magistrate Judge
Counsel of Record