UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE MOTIONS FOR SUMMARY JUDGMENT**

THIS CAUSE is before the Court upon Defendants' Unopposed Motion for Extension of Time to File Motions for Summary Judgment, Dkt. No. 203. Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. Defendants' Unopposed Motion to for Extension of Time, Dkt. No. 203, is **GRANTED**.

2. Defendants shall file their Motions for Summary Judgment on or before September 21, 2018.

**DONE AND ORDERED** in Chambers, at Miami, Florida this ____ day of September, 2018.

                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
John J. O'Sullivan, United States Magistrate Judge
Counsel of Record