UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

# FIFTH AMENDED SCHEDULING ORDER FOR PRETRIAL CONFERENCE AND TRIAL

THIS CAUSE comes before the Court upon the Interim Joint Status Report (D.E. 202). The Court moves the calendar call and the trial date <u>only</u>, as described below, but leaves all other deadlines unchanged.  <u>No further amendments to the trial schedule will be granted</u>.

## TIME SCHEDULE

| | |
|---|---|
| Pretrial Conference | **NOVEMBER 16, 2018 at 10:00 a.m.** |
| All motions including summary judgment motions, motions related to summary judgment motions | **SEPTEMBER 17, 2018** |
| *Daubert* motions | **OCTOBER 1, 2018** |
| All remaining motions in limine directed to trial evidence | **OCTOBER 15, 2018** |
| Joint Pretrial Stipulation[1] | **OCTOBER 9, 2018** |

YOU ARE HEREBY NOTIFIED that the above-styled case is set for **TRIAL** during the **two-week** period commencing on **January 22, 2019, at 9:00 a.m.**, before the Honorable Ursula

---

[1] The parties shall follow the instructions for the joint pretrial stipulation set forth in D.E. 175, and shall use the forms provided in D.E. 94.

Ungaro.  Counsel shall report to a **Call** of the trial calendar at **1:00 p.m.** on **January 16, 2019**, for a two-week trial calendar.  At this time, each case will be assigned a number for trial.  All cases will remain on the calendar until tried or until further notice is received by counsel from the Court.

If this case is to be tried by jury, the parties must submit proposed *voir dire* questions necessary to bring out information other than the identity or experience of prospective jurors no later than the Calendar Call.

DONE AND ORDERED at Miami, Florida, this _10th_ day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf