UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
    _____/

## ORDER

THIS CAUSE is before the Court upon Defendants' unopposed motion for a four-day extension to file summary judgment motions (D.E. 203). Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. The motion (D.E. 203) is **GRANTED**.

2. The Parties SHALL file their summary judgment motions no later than September 21, 2018.

**DONE AND ORDERED** in Chambers, at Miami, Florida this _11th__ day of September, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf