IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

## DEFENDANTS' NOTICE OF SEALED FILING

Defendants BuzzFeed, Inc. and Ben Smith hereby provide notice pursuant to Southern District of Florida Local Rule 5.4(b)(1) and the Court's Order granting Defendants' Unopposed Motion to Seal, Dkt. 203, of the filing of Exhibit 1 to Defendants' Notice of Filing FBI Declaration, Dkt. 201-1. Exhibit 1 is attached hereto.

Dated: September 13, 2018

                                  DAVIS WRIGHT TREMAINE LLP
                                  1251 Avenue of the Americas, 21st Floor
                                  New York, NY 10020
                                  Tel: (212) 489-8230

                                  By: /s/ Katherine M. Bolger
                                       Katherine M. Bolger, Esq.
                                       Nathan Siegel, Esq.
                                       Adam Lazier, Esq.
                                       Alison Schary, Esq.
                                       katebolger@dwt.com
                                       adamlazier@dwt.com
                                       nathansiegel@dwt.com
                                       alisonschary@dwt.com

                                      - and –

BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131

By: /s/ Jared Lopez
    Roy Black, Esq.
    Florida Bar No. 126088
    Jared Lopez, Esq.
    Florida Bar No. 103616
    rblack@royblack.com
    jlopez@royblack.com
    civilpleadings@royblack.com

*Counsel for Defendants*