SUBJECT TO PROTECTIVE ORDER OF AUG. 24, 2018

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

ALEKSEJ GUBAREV, XBT HOLDING, S.A. and WEBZILLA, INC.,

*Plaintiffs*,

v.

BUZZFEED, INC., AND BEN SMITH,

*Defendants*.

Case No. 1:17-cv-60426-UU

## DECLARATION OF THE FEDERAL BUREAU OF INVESTIGATION PURSUANT TO ORDER OF AUGUST 3, 2018 IN MISC. CASE NO. 17-2429 (D.D.C.)

(U) I, E.W. Priestap, declare the following:

1. (U) I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 1998. I have 20 years of experience investigating cases involving violations of law and threats to the national security. I am currently the Assistant Director of the Counterintelligence Division for the FBI. In this capacity, I am responsible for, among other things, directing the conduct of FBI counterintelligence investigations. As the Assistant Director, I have official supervision and control over the files and records of the Counterintelligence Division, FBI, Washington, D.C. I am familiar with Buzzfeed's request for information from the FBI in connection with the above-referenced action. The matters stated herein are based on my personal knowledge, my review and consideration of documents and information available to me in my official capacity, and information furnished by Special Agents and other employees of the FBI and the Department of Justice.

1

SUBJECT TO PROTECTIVE ORDER OF AUG. 24, 2018

2. (U) I submit this affidavit pursuant to the Order of the U.S. District Court for the District of Columbia, dated August 3, 2018. *See Buzzfeed v. U.S. Department of Justice*, No. 17-mc-2429 (D.D.C.), ECF No. 33 (Mem. Op. and Order of Aug. 3, 2018), at 24-25. This Affidavit is subject to the Stipulation and Protective Order entered by this Court. *See* ECF No. 194 (Order Entering Stip. and Prot. Order of Aug. 24, 2018).

3. (U) In this affidavit I am providing responses to the three revised narrowed topics of testimony set forth in BuzzFeed's Status Report dated March 1, 2018, as modified by the U.S. District Court for the District of Columbia in its Order of August 3, 2018. *See Buzzfeed v. U.S. Department of Justice*, No. 17-mc-2429 (D.D.C.), ECF No. 33 (Mem. Op. and Order of Aug. 3, 2018), at 24-25. As instructed by that Court in its Order, for purposes of these responses, I have interpreted the term "Dossier" to mean the 35 pages published by BuzzFeed as embedded in its January 10, 2017 article. *Id.* at 24.

4. (U) Consistent with the agreement of the Defendants in this action and the FBI, I have further interpreted the term "Dossier" to include pages that may contain differences with regard to redactions, highlighting, pagination or other non-substantive alterations.

5. (U) As I am responding to the topics only on behalf of the FBI, I have removed the phrase "and/or any other Defendant agencies" from Revised Narrowed Topic No. 3. In addition, with respect to Revised Narrowed Topic Number 3, I will respond to option (A).

6. (U) The modified topics and responses are as follows:

SUBJECT TO PROTECTIVE ORDER OF AUG. 24, 2018

    a. **(U) Revised Narrowed Topic No. 3(A):** Prior to 5:20 p.m. EST on January 10, 2017, did the FBI possess the two-page memorandum contained within the Dossier dated December 13, 2016,[1] i.e., Report 2016/166?

        i. **(U) Response to Revised Narrowed Topic No. 3(A):** Yes.

    b. **(U) Revised Narrowed Topic No. 7:** Did the FBI receive from Senator John McCain a copy of the first 33 pages of the Dossier (i.e., all pages other than Report 2016/166) on or about December 9, 2016?

        i. **(U) Response to Revised Narrowed Topic No. 7:** Yes.

    c. **(U) Revised Narrowed Topic No. 8:** Did Mr. Clapper, Mr. Rogers, Mr. Brennan, and/or Mr. Comey, before January 10, 2017, brief President Obama about allegations contained in the Dossier?

        i. **(U) Response to Revised Narrowed Topic No. 8:** Yes.

(U) Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2018

*E.W.* [signature]
E.W. PRIESTAP
Assistant Director
Counterintelligence Division
Federal Bureau of Investigation

---

[1] On page 24 of its Order of August 3, 2018, the Court in setting forth Revised Topic 3(A), mistakenly identified the date of Report 2016/166 as December 13, 2017, rather than 2016.