UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>   Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>   Defendants. | Case No.<br><br>0:17-cv-60426-UU<br><br>**PUBLIC REDACTED VERSION** |

STATEMENT OF MATERIAL FACTS
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
ON DEFENDANTS' "PUBLIC FIGURE" AFFIRMATIVE DEFENSE

Pursuant to Local Rule 56.1(a), Plaintiffs submit this statement of material facts to which Plaintiffs contend there do not exist a genuine issue to be tried.

1. Aleksej Gubarev was born in Russia. Mr. Gubarev, when he was a University student in Russia, dropped out of school to support his then-pregnant girlfriend (now his wife). *See* Declaration of Aleksej Gubarev in Support of Plaintiffs' Motion for Summary Judgment on Defendants' "Public Figure" Affirmative Defense ["Gubarev Decl."], filed herewith, ¶ 2.

2. In 2001, Mr. Gubarev's family were the victims of a violent home invasion in which his parents and grandmother were beaten and robbed. Soon thereafter, in 2002, because they no longer felt safe in Russia and because they had difficulty affording an apartment in Russia, Mr. Gubarev and his girlfriend moved from Russia to Cyprus. Transcript of the Deposition of Aleksej Gubarev dated April 30, 2018 ["Gubarev Depo. I"], attached as Exhibit 12 to the Declaration of Matthew Shayefar[1] ["Shayefar Decl."] filed herewith, 20:21-21:11; Transcript of the Deposition of Anna Gubareva ["Gubareva Depo."], Exhibit 13, 8:2-21; Gubarev Decl., ¶ 3.

---

[1] All Exhibits hereto are exhibits to the Declaration of Matthew Shayefar filed herewith.

1

3. In 2005, Mr. Gubarev used his personal savings to start a small server company called Webazilla (later renamed Webzilla). Gubarev Depo. I, Exhibit 12, 36:1-37:23; Gubarev Decl., ¶ 4.

4. Over the next 10+ years, through Mr. Gubarev's hard work, entrepreneurial skills and popular product offerings, Mr. Gubarev and his team grew Webzilla and started other computer hosting companies, including Servers.com, all of which currently operate under the umbrella company XBT Holding S.A. Gubarev Decl., ¶ 4.

5. Mr. Gubarev does not consider himself to be an expert on computer security, but instead asks other people to give him advice before he tells anyone else anything relating to computer security. Gubarev Depo. I, Exhibit 12, 110:16-111:9.

6. Mr. Gubarev also does not consider himself to be a public person and he does not seek public attention. Gubarev Depo. I, Exhibit 12, 241:23-242:4.

7. Mr. Gubarev is not a politician of any country or locality. He is not a public official of any country or locality. He does not hold any governmental office. Mr. Gubarev is a private individual and has not assumed an influential role in society. Mr. Gubarev does not want to be a public individual. Mr. Gubarev devotes substantially all of his time to his family and his work. Mr. Gubarev does not believe that, prior to Buzzfeed's publication of the Dossier, that, outside of a small circle of tech executives, he was known at all. Plaintiff Aleksej Gubarev's Objections and Responses to Defendants' First Set of Interrogatories ["Gubarev Ints."], Exhibit 14, pp. 3-4; Gubarev Decl., ¶ 5.

8. Mr. Gubarev has never been involved in, nor publicly commented on, any political matters, be they Russian politics, Cypriot politics or United States politics. Gubarev Decl., ¶ 8.

9. In September of 2015, for the first time, an XBT company, Servers.com, decided that it would experiment with hiring an outside public relations firm in an attempt to gain some publicity and recognition for its server products. Transcript of Deposition of Nikolay Dvas ["Dvas Depo."], Exhibit 15, 48:22-49:2, and Exhibit 3 thereto attached as Exhibit 16. Specifically, XBT's subsidiary Servers.com contacted the company Cutler PR for the purpose of promoting the brand of Servers.com. Dvas Depo., Exhibit 15, 45:21-48:5.

10. Servers.com did not put significant effort into selecting a public relations firm, and just selected the only company it considered. Dvas Depo., Exhibit 15, 59:2-15. Servers.com

paid no more than $7,500 per month to Cutler PR.  Dvas Depo., <u>Exhibit 15</u>, 55:22-56:12.  Servers.com engaged Cutler PR on or about October 22, 2015.  *See* <u>Exhibit 17</u>.

11. Prior to engaging Cutler PR, XBT had no one handling public relations at all.  Dvas Depo., <u>Exhibit 15</u>, 60:24-61:10.

12. Any promotion of XBT's executives themselves was solely for the purpose of creating brand recognition for Servers.com as a hosting provider, as suggested by Cutler PR.  Dvas Depo., <u>Exhibit 15</u>, 51:4-52:15.  Servers.com left it up to Cutler PR to decide what media they would target for Servers.com.  Dvas Depo., <u>Exhibit 15</u>, 54:6-9.  Servers.com's interest was solely to promote its brand in markets where they thought it would result in sales.  Dvas Dep., <u>Exhibit 15</u>, 82:19-83:15.

13. Servers.com's Chief Operating Officer that was leading the PR effort did not even have a picture of him taken for the PR efforts, but instead used a picture of himself from a family photo shoot.  Dvas Depo., <u>Exhibit 15</u>, 89:2-14.

14. Cutler PR's stated purpose for making any reference to Servers.com's senior executives was simply a tactic to create visibility for Servers.com.  *See* Exhibit 7 to Dvas Depo., attached as <u>Exhibit 18</u>.

15. Over the next few months, Cutler PR was only able to get very limited exposure for Servers.com, including publications in Network World, missioncriticalmagazine.com, and "Cloud Strategy" ("an extremely unpopular website"); mentions in a Forbes and a Inc.com list; and an opinion commentary written by Servers.com's at then-time Chief Operating Officer Nikolay Dvas published on CNBC.com.  Dvas Depo., <u>Exhibit 15</u>, 70:6-17, 74:4-75:10, 91:2-94:19, 97:7-18.  Cutler PR was never able to get Servers.com referenced in the high-level technology media that Servers.com had hoped might write about the company, like VentureBeat or TechCrunch.  Dvas Depo., <u>Exhibit 15</u>, 68:10-69:1.

16. By March of 2016, Servers.com obtained so little from Cutler PR's work that it suspended its services.  Dvas Depo., <u>Exhibit 15</u>, 69:11-18, 70:11-17, 94:23-95:25, and Exhibit 25 thereto attached as <u>Exhibit 19</u>; Gubarev Depo. I, <u>Exhibit 12</u>, 256:19-257:2.

17. Nonetheless, because Servers.com was still interested in growing revenue, Servers.com began to reach out to other PR firms and eventually hired the PR firm KGlobal.  Dvas Depo., <u>Exhibit 15</u>, 121:5-122:18.  KGlobal was engaged by Servers.com in or about July of 2016.  *See* Exhibit 38 to Dvas Depo., attached as <u>Exhibit 20</u>.  Servers.com paid KGlobal a

monthly fee of $25,000 per month plus additional expenses for press release expenses. Dvas Dep., Exhibit 15, 142:9-23, 148:14-21. KGlobal was hired for the sole purpose of promoting Servers.com to increase its sales. Gubarev Depo. I, Exhibit 12, 243:13-15, 244:12-15, 245:6-21.

18.     Servers.com did not take active steps regarding KGlobal's public relations efforts but instead deferred to KGlobal's advice on the most effective public relations strategy. Dvas Dep., Exhibit 15, 156:9-157:12; 168:15-25.

19.     As part of its efforts to promote the Servers.com brand, KGlobal pitched Mr. Gubarev as its executive who would be a good resource for "stories about the Russian tech, startup and business scene ... and general startup/business/entrepreneur tips and advice" to publications. See Exhibit 22 (email from KGlobal, which, along with other documents from KGlobal, attested to by KGlobal pursuant to Exhibit 21). In other emails, KGlobal did nothing more than refer to Mr. Gubarev as the CEO. See Exhibit 23 ("I want to offer up further information from the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future."). Many dozens of emails to publications were sent out, with slightly differing language between them. So as not to overload the Court with every single email, only a representative sampling of those emails is attached as Exhibit 24. Mr. Gubarev had never even seen the emails touting him as such until April of 2018 during a deposition. Gubarev Depo. I, Exhibit 12, 243:16-18.

20.     These efforts were largely unsuccessful. Mr. Gubarev was only interviewed for a handful of media publications, almost all of them minor. KGlobal organized an interview for a podcast called "AppMasters." See Exhibit 25. KGlobal organized other interviews, with Forbes and the Wall Street Journal, but Mr. Gubarev appears to have never made it into the publications. Exhibit 57 to Dvas Depo., attached as Exhibit 26; Shayefar Decl., ¶¶ 8-9.

21.     KGlobal also coordinated a series of press releases, almost all of which do not appear to have been picked up by any new organizations. Dvas Depo., Exhibit 15, 148:19-149:3, 171:9-173:8. Servers.com found that the press releases were on the whole ineffective. Dvas Depo., Exhibit 15, 178:7-179:18. Only one press release – related to the phone app Prisma, which was hosted by Servers.com – picked up any form of significant coverage. Exhibit 59 to Dvas Depo., attached as Exhibit 27.

22.     Indeed, KGlobal's efforts were so unsuccessful in driving attention to the company that, on December 15, 2016, Servers.com terminated KGlobal's services, after only

4

three months.  Gubarev Depo. I, Exhibit 12, 247:25-248:22; Dvas Depo., Exhibit 15, 181:11-183:25; Exhibit 60 to Dvas Depo., attached as Exhibit 28 ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

23.     Over the years, Mr. Gubarev and his companies have been referenced in a handful of other publications, almost all of which have been in direct connection with marketing of businesses or local matters in Cyprus.  See Gubarev Depo. I, Exhibit 12, 284:6-287:18, Exhibit PR16 thereto attached as Exhibit 29, Exhibit PR21 thereto attached as Exhibit 30, Exhibit PR24 thereto attached as Exhibit 31, Exhibit PR31 thereto attached as Exhibit 32, Exhibit PR38 thereto attached as Exhibit 33, Exhibit PR83 thereto attached as Exhibit 34, and Exhibit PR39 thereto attached as Exhibit 35; Plaintiff Aleksej Gubarev's Third Supplemental Responses to Defendants' First Set of Interrogatories, Exhibit 36, pp. 1-2.

24.     Mr. Gubarev and the XBT companies' public appearances and sponsorships of events were also limited to technology conferences for the purposes of promoting the XBT companies.  See, e.g., Gubarev Depo. I, Exhibit 12, 255:12-15 (Mr. Gubarev spoke at a small technical event with maybe 40 people in the audience); Gubarev Decl., ¶ 6 ("I have only spoken publicly at a handful of small industry conference, primarily to groups of fewer than 50 people."); Dvas Depo., Exhibit 15, 124:2-127:6 (Servers.ru was a sponsor of a conference in Russia).

25.     XBT companies occasionally over the years won minor awards and recognitions as hosting providers.  See, e.g., Transcript of the Deposition of Kostyantyn Bezruchenko ["Bezruchenko Depo."], Exhibit 37 hereto, 17:16-20:7 ███████████████████████████████████████████████████; Exhibit 38 hereto (printouts from HostReview.com); Exhibit 39 hereto (news release relating to HostReview).

26.     ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

5

27. Outside of the press releases issued by Cutler or KGlobal, XBT companies had over the years also issued occasional press releases, but they were all related to the growth of the businesses. A representative sampling of these press releases is attached as Exhibit 40 hereto. These releases would get very few views. *See*, *e.g.*, Exhibit 41 (reporting showing a total of 175 views for a press release from March 2014).

28. Around the summer of 2016, Mr. Gubarev gave comments to a reporter from Bloomberg to promote Servers.com about a project hosted by Servers.com called Prisma. Gubarev Depo. I, Exhibit 12, 257:22-24; 258:9-10; Transcript of the Deposition of Aleksej Gubarev dated May 16, 2018 ["Gubarev Depo. II"], Exhibit 42 hereto, 11:2-14; Declaration of Leonid Bershidsky ["Bershidsky Decl."], filed herewith, ¶ 4.

29. Following Mr. Gubarev's comments to Bloomberg to promote Servers.com, on November 1, 2016 the reporter email Mr. Gubarev "out of the blue" and without prompting to ask Mr. Gubarev to give a technical opinion regarding allegations made about a relationship between Alfa Bank servers and computers associated with Donald Trump published in another publication, Slate. Gubarev Depo. I, Exhibit 12, 257:25-259:19; Gubarev Depo. II, Exhibit 42, 10:5-13, and Exhibit 3 thereto attached as Exhibit 43 (emails between Leonid Bershidsky and Mr. Gubarev) (a translation of this email thread and additional emails that followed is also attached as Exhibit 44); Gubarev Decl., ¶ 10; Bershidsky Decl., ¶ 3. Prior to this contact, Mr. Gubarev had not commented publicly on any topic even remotely connected to Donald Trump or any alleged connections between Mr. Trump (or the Trump Organization) and Russia (or Alfa Bank). Gubarev Decl., ¶ 11.

30. When Mr. Gubarev provided comments to Mr. Bershidsky, he did not consider the request to be political in nature, but, as Mr. Bershidsky specified, a technical question posed to Mr. Gubarev by a journalist who knew Mr. Gubarev headed Servers.com. Gubarev Decl., ¶ 12. This is in fact exactly what Mr. Bershidsky asked Mr. Gubarev. *See* Exhibit 44 ("Could you help me sort out technical details of what is described here?").

31. Mr. Gubarev then asked an internal XBT technical expert to create a report responding to some statements made in the Slate article (because Mr. Gubarev did not himself have expertise on the issues) that Mr. Gubarev then forwarded to the Bloomberg reporter. Gubarev Depo. I, Exhibit 12, 261:3-262:12; Gubarev Depo. II, Exhibit 42, 13:6-17, 15:15-16:11.

6

Even in this instance, Mr. Gubarev was using the opportunity to try to get coverage for his new business venture Haxus.  Gubarev Depo. II, Exhibit 42, 35:20-37:18.

32. Mr. Bershidsky has confirmed that he reached out to Mr. Gubarev for technical comments because he knew of him after reporting a previous story unrelated to the election. Bershidsky Decl., ¶ 5 ("I did not seek from Mr. Gubarev (nor did he offer) any opinion concerning the political ramifications of my story.").

33. The reference to Mr. Gubarev in the Bloomberg article was extremely limited and limited only to a single technical issue.  See Exhibit 6 (Bloomberg article); Bershidsky Decl., ¶ 5. In total, the article says the following in relation to Mr. Gubarev:

> Another troubling aspect of the Foer article is that it's doubtful the server logs could be legally obtained.  Alexey Gubarev, chief executive officer of Luxembourg-registered XBT Holding, which owns the infrastructure as-a-service provider Servers.com, told me there was no legitimate way to get access to the full logs of a server that you do not control.  That raises the request of whether the records obtained by Foer's "Concerned Nerds" were complete.

34. The Bloomberg article does not make any reference whatsoever to the Democratic National Committee or the hacking of the same.  See Exhibit 6.

35. The Dossier as a whole (including the December memo and the portion of the December memo that discusses the Plaintiffs) makes no mention of a Trump Organization server communicating with an Alfa Bank server.  See, generally, Exhibit 11 (Dossier) and Exhibit 45 (Buzzfeed article that included Dossier).

36. 

37.

38.



39. █████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████

40. █████████████████████████████████████████████
███████████████████████████████████

41. █████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████

42. █████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████████████

43. █████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████

44. █████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████

Dated: September 17, 2018

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*