UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDING S.A., and WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br>    Defendants. | Case No.<br><br>**0:17-cv-60426-UU**<br><br>**PUBLIC REDACTED VERSION** |

<u>DECLARATION OF ALEKSEJ GUBAREV</u>
<u>IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>
<u>ON DEFENDANTS' "PUBLIC FIGURE" AFFIRMATIVE DEFENSE</u>

I, Aleksej Gubarev, do hereby declare as follows:

1.      My name is Aleksej Gubarev. I am over the age of 18 years. I am one of the Plaintiffs in the above captioned action. I was also the former Chief Executive Officer and Chairman of Plaintiff XBT Holding S.A., which is the parent company of the parent company of Plaintiff Webzilla, Inc. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2.      I was born in Russia. While I was a student in University in Russia, I dropped out of school to support my then-pregnant girlfriend (now my wife).

3.      In 2001, my family were the victims of a violent home invasion in which my parents and grandmother were beaten, bound and robbed.

4.      I started Webazilla (which we later renamed Webzilla) in 2015. Over the next 10+ years, through my hard work, entrepreneurial skills and popular product offerings, me and my team grew Webzilla and started other computer hosting companies, including Servers.com, all of which currently operate under the umbrella company XBT Holding S.A.

5.      I am largely unknown outside of small circles of technology executives and Cypriot entrepreneurs.

6.      I have only spoken publicly at a handful of small industry conferences, primarily to groups of fewer than 50 people.

████████████████████████████████████████████████

8.      I have never been involved in, nor publicly commented on, any political matters, whether in Russian politics, Cypriot politics or United States politics.

9.      The document produced by Plaintiffs in this litigation with bates numbers P-H000072 through P-H000121 are true and correct copies of emails between myself and Leonid Bershidsky.

10.     When Mr. Bershidsky contacted me in November 1, 2016 asking to provide a technical opinion on a connection between Alfa Bank servers and computers associated with Donald Trump, this contact was initiated by Mr. Bershidsky and not me.

11.     Prior to this contact, I had not commented publicly on any topic even remotely connected to Donald Trump or any alleged connections between Mr. Trump (or the Trump Organization) and Russia (or Alfa Bank).

12.     When I provided comments to Mr. Bershidsky, I did not consider his request to be political in nature, but, as Mr. Bershidsky specified, a technical question posed to me by a journalist who knew I headed Servers.com.

Signed under the pains and penalties of perjury this 17th day of September, 2018.

Aleksej Gubarev