UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>    Plaintiffs,<br>v.<br>BUZZFEED, INC. and<br>BEN SMITH<br>    Defendants. | Case No.<br>0:17-cv-60426-UU |

### DECLARATION OF LEONID BERSHIDSKY

Leonid Bershidsky, being duly sworn, does state and affirm as follows:

1. My name is Leonid Bershidsky. If called to testify in the present matter, I could and would testify as follows.

2. I have been a journalist since the late 1980s. I was the first editor-in-chief of *Vedomosti*, a Russian language business daily published in Moscow that was formed as a joint venture between *Dow Jones*, the *Financial Times*, and the publishers of *The Moscow Times*. Currently, I am a staff columnist for *Bloomberg Opinion* (formerly *Bloomberg View*).

3. In late October of 2016, I reached out to Aleksej Gubarev in connection with a column that I was writing for *Bloomberg View* concerning reports that a computer server connected to the Trump organization was communicating with a server owned by Alfa Bank. To be clear, I contacted Mr. Gubarev for comment; he did not initiate contact with me.

4. I contacted Mr. Gubarev because I knew him to be the CEO of XBT Holding, which owned and operated Servers.com. I had communicated with Mr. Gubarev once before, also in connection with a technical question. I considered Mr. Gubarev to have expertise concerning computers and servers and was not seeking any political comments from him.

5. On November 1, 2016, *Bloomberg View* published the column that I wrote entitled "Clinton Plugs Another Weak Story About Trump's Ties to Putin." The only comment attributed to Mr. Gubarev in that article involved the technical feasibility of obtaining server logs to a server someone did not own. I did not seek from Mr. Gubarev (nor did he offer) any opinion concerning the political ramifications of my story.

Signed under the pains and penalties of perjury this 10 day of September, 2018.

_____
Leonid Bershidsky

Scanned by CamScanner