UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, <br> XBT HOLDING S.A., and <br> WEBZILLA, INC. <br>    Plaintiffs, <br><br> v. <br><br> BUZZFEED, INC. and <br> BEN SMITH <br>    Defendants. | Case No. <br><br> 0:17-cv-60426-UU <br><br> **PUBLIC REDACTED VERSION** |

### DECLARATION OF MATTHEW SHAYEFAR
### IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
### ON DEFENDANTS' "PUBLIC FIGURE" AFFIRMATIVE DEFENSE

I, Matthew Shayefar, do hereby declare as follows:

1. My name is Matthew Shayefar. I am over the age of 18 years. I am an attorney licensed in the State of Florida, the State of California and the Commonwealth of Massachusetts. I am counsel of record to Plaintiffs in the above captioned action. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. On September 15, 2018, I accessed the website at https://observer.com/2017/02/ben-smith-buzzfeed-aleksej-gubarev-lawsuit-trump-russia-dossier/ and made a copy of the article at that page, which is attached hereto as Exhibit 1.

3. On September 15, 2018, I accessed the website at https://freezepeach.net/2017/11/03/who-the-heck-is-aleksej-gubarev-and-why-is-he-serving-john-mccains-friends and made a copy of the blog posting at that page, which is attached hereto as Exhibit 2.

4. [REDACTED]

1

5. ███████████████████████████████
████████████████████████████████████████
██████████████████████████

6. ███████████████████████████████
████████████████████████████████████████
██████████████████████████

7. On July 18, 2017, I accessed the website at https://www.bloomberg.com/view/articles/2016-11-01/clinton-plugs-another-weak-story-about-trump-s-ties-to-putin and made a copy of the article at that page, which is attached hereto as Exhibit 6.

8. On September 15, 2018, I went to the Forbes.com website and performed a search for "gubarev." A copy of the results from that search are attached hereto as Exhibit 7. The only articles that appeared as results were articles relating to this litigation.

9. On September 15, 2018, I went to the WSJ.com website and performed a search for "gubarev" being referenced in any source on the WSJ.com website from January 1, 2015 through January 11, 2017 and the search returned zero results. A copy of the results page is attached hereto as Exhibit 8.

10. On September 15, 2018, I accessed the website at http://www.slate.com/articles/news_and_politics/cover_story/2016/10/was_a_server_registered_to_the_trump_organization_communicating_with_russia.html and made a copy of the article at that page, which is attached hereto as Exhibit 9.

11. On September 15, 2018, I accessed the website at http://www.slate.com/articles/news_and_politics/politics/2016/11/the_trump_server_evaluating_new_evidence_and_countertheories.html and made a copy of the article at that page, which is attached hereto as Exhibit 10.

12. Attached hereto as Exhibit 11 is a copy of the "dossier" as admitted in Defendants' Amended Answer published by BuzzFeed on January 10, 2017, which was attached as Exhibit 3 to the Complaint in this matter.

13. Attached hereto as Exhibit 12 is a true and correct copy of portions of the Transcript of the Deposition of Aleksej Gubarev dated April 30, 2018, including the relevant portions of the errata sheet thereto.

14. Attached hereto as Exhibit 13 is a true and correct copy of portions of the Transcript of the Deposition of Anna Gubareva.

15. Attached hereto as Exhibit 14 is a true and correct copy of portions of Plaintiff Aleksej Gubarev's Objections and Responses to Defendants' First Set of Interrogatories served in this litigation.

16. Attached hereto as Exhibit 15 is a true and correct copy of portions of the Transcript of the Deposition of Nikolay Dvas, including the errata sheet thereto.

17. Attached hereto as Exhibit 16 is a true and correct copy of Exhibit 3 to the Deposition of Nikolay Dvas.

18. Attached hereto as Exhibit 17 is a true and correct copy of a document produced by Plaintiffs in this litigation with the Bates stamp P-P001013.

19. Attached hereto as Exhibit 18 is a true and correct copy of Exhibit 7 to the Deposition of Nikolay Dvas.

20. Attached hereto as Exhibit 19 is a true and correct copy of Exhibit 25 to the Deposition of Nikolay Dvas.

21. Attached hereto as Exhibit 20 is a true and correct copy of Exhibit 38 to the Deposition of Nikolay Dvas.

22. Attached hereto as Exhibit 21 is a copy of a Declaration of James W. McDermott on behalf of KGlobal, LLC, provided to Plaintiffs' counsel by counsel for Defendants, relating to the documents produced by KGlobal, LLC in connection with this litigation and referenced elsewhere in this declaration,

23. Attached hereto as Exhibit 22 is a document produced by KGlobal in connection with this litigation with Bates number KGlobal 002024.

24. Attached hereto as Exhibit 23 is a document produced by KGlobal in connection with this litigation with Bates number KGlobal 002689.

25. Attached hereto as Exhibit 24 is a sampling of documents produced by KGlobal in connection with this litigation that are emails from KGlobal to various publications, which constitute a representative sampling of the many other similar or substantially identical emails sent by KGlobal and produced by KGlobal in this litigation.

26. Attached hereto as Exhibit 25 is a document produced by KGlobal in connection with this litigation with Bates number KGlobal 003780.

27. Attached hereto as Exhibit 26 is a true and correct copy of Exhibit 57 to the Deposition of Nikolay Dvas.

28. Attached hereto as Exhibit 27 is a true and correct copy of Exhibit 59 to the Deposition of Nikolay Dvas.

29. Attached hereto as Exhibit 28 is a true and correct copy of Exhibit 60 to the Deposition of Nikolay Dvas.

30. Attached hereto as Exhibit 29 is a true and correct copy of Exhibit PR16 to the Deposition of Aleksej Gubarev.

31. Attached hereto as Exhibit 30 is a true and correct copy of Exhibit PR21 to the Deposition of Aleksej Gubarev.

32. Attached hereto as Exhibit 31 is a true and correct copy of Exhibit PR24 to the Deposition of Aleksej Gubarev.

33. Attached hereto as Exhibit 32 is what I believe to be what was Exhibit PR31 to the Deposition of Aleksej Gubarev. A scan of the document was not provided by the court reporter, but the transcript indicates that it was a copy of an article for a "Local magazine in Cyprus," (Gubarev Dep., 285:14-21) which Exhibit 32 is.

34. Attached hereto as Exhibit 33 is a true and correct copy of Exhibit PR38 to the Deposition of Aleksej Gubarev.

35. Attached hereto as Exhibit 34 is a true and correct copy of Exhibit PR83 to the Deposition of Aleksej Gubarev.

36. Attached hereto as Exhibit 35 is a true and correct copy of Exhibit PR35 to the Deposition of Aleksej Gubarev.

37. Attached hereto as Exhibit 36 is a true and correct copy of portions of Plaintiff Aleksej Gubarev's Third Supplemental Responses to Defendants' First Set of Interrogatories served in this litigation.

38. Attached hereto as Exhibit 37 is a true and correct copy of portions of the Transcript of the Deposition of Kostyantyn Bezruchenko.

39. Attached hereto as Exhibit 38 are two printouts from hostreview.com that I made on or about July 18, 2017 that were produced in this litigation with Bates stamps P-F000001 through P-F000008.

40. Attached hereto as Exhibit 39 is a printout from the XBT.com website that I made on or about July 18, 2017.

41. Attached hereto as Exhibit 40 is a representative sampling of press releases produced in this litigation by Plaintiffs.

42. Attached hereto as Exhibit 41 is a document produced by Plaintiffs in this litigation Bates stamped P-F000185 through P-F000202.

43. Attached hereto as Exhibit 42 is a true and correct copy of portions of the Transcript of the Deposition of Aleksej Gubarev dated May 16, 2018.

44. Attached hereto as Exhibit 43 is a true and correct copy of Exhibit 3 to the Deposition of Aleksej Gubarev on May 15, 2018.

45. Attached hereto as Exhibit 44 is a Certificate of Accuracy with a translation of emails between Aleksej Gubarev and Leonid Bershidsky, including the emails set forth in Exhibit 43 hereto.

46. Attached hereto as Exhibit 45 is a copy of the article including the dossier as published by Buzzfeed on January 10, 2017, as admitted in Defendants' Amended Answer, which was attached as Exhibit 2 to the Complaint in this matter.

47. Attached hereto as Exhibit 46 is a true and correct copy of portions of the Transcript of the 30(b)(6) Deposition of Fusion GPS.

48. Attached hereto as Exhibit 47 is a true and correct copy of portions of the Transcript of the Deposition of David Kramer.

49. Attached hereto as Exhibit 48 is a true and correct copy of portions of the Transcript of the Deposition of Ken Bensinger.

50. Attached hereto as Exhibit 49 is a true and correct copy of portions of the Transcript of the Deposition of Benjamin Smith.

51. Attached hereto as Exhibit 50 is a true and correct copy of portions of the Transcript of the Deposition of Anthony J. Ferrante.

Signed under the pains and penalties of perjury, this 17th day of September, 2018.

/s/ Matthew Shayefar
Matthew Shayefar, Esq.