# Exhibit 1

OPINION

# In Libel Suit by Aleksej Gubarev, BuzzFeed and Ben Smith Face a Tough Road

Viral site is being sued for the publication of the 35-page Trump-Russia dossier

By Robert Garson • 02/07/17 11:45am



BuzzFeed has been sued by Aleksej Gubarev and his companies, XBT Holding S.A. and Webzilla, Inc., for the publication on January 10, 2017 of 'These Reports Allege Trump Has Deep Ties To Russia.' Nicholas Kamm/AFP/Getty Images

Broward County, Fla., is a remarkable place of pilgrimage. For some it is the International Swimming Hall of Fame, for others it is the Fishing Hall of Fame & Museum. Personally, I am grateful for its existence since that is where we sent my mother in-law and there she stays to this very day.

For the libel lawyer though, it seems that, due to its damage awards with both the stature and subject matter of a Hulk (Hogan), Broward is the hot new destination for privacy and defamation cases. Just as London is the capital city for the international libel tourist, the American counterpart is Miami's little sister, a lesson learned last week by BuzzFeed and its editor-in-chief, Ben Smith.

In a slightly histrionic complaint both Smith, an Observer alum who founded our Politicker brand, and BuzzFeed have been sued by Aleksej Gubarev and his companies, XBT Holding S.A. and

Webzilla, Inc., for the publication on January 10, 2017 entitled "These Reports Allege Trump Has Deep Ties To Russia." The article then provided access to a 35-page dossier of information supposedly compiled by a British ex-spook alleging hacking of Democrats by Russians or people with ties to the Russian government or its Federal Security Service. Among other things, the dossier accuses Gubarev and two of his companies were "using botnets and porn traffic to transmit viruses, plant bugs, steal data and conduct 'altering operations' against the Democratic Party leadership."

Where this gets very interesting is that the BuzzFeed article specifically states "the allegations are unverified, and the report contains errors," yet they went on to report regardless. In a later *New York Times* Op-Ed, Smith explains that they published "only after we had spent weeks with reporters in the United States and Europe trying to confirm or disprove specific claims." In an attempt to counterbalance the fact that the allegations did not withstand journalistic scrutiny, BuzzFeed repeats again the word "unverified" and "potentially unverifiable," but then proceeds to provide a link to the document with the following line:

"Now BuzzFeed News is publishing the full document so that Americans can make up their own minds about allegations about the president-elect that have circulated at the highest levels of the US government."

It reminds me of Brass Eye—a UK spoof comedy that was banned because too many people took it seriously—which included the priceless line "Pedophiles have more genes in common with crabs than they do with you and me. Now that's a scientific fact: there's no real evidence for it, but it *is* scientific fact."

For most people two questions immediately spring forth. The first being "BuzzFeed has a news section?" Seemingly it does. Most people thought that BuzzFeed was just that, an entertaining and occasionally annoying stream of unconsciousness in the form of lists about nothing of actual importance. Some of the greatest hits of this clickbait-driven advertising site have been on the weightiest issues of the day, such as "18 Photos of Albert Einstein Being Super Chill," and "15 Hedgehogs With Things That Look Like Hedgehogs." Nevertheless, BuzzFeed, which has built a robust journalism operation and staffs bureaus around the globe with prestigious reporters, qualifies as press, clothed with all of the majestic robes that the First Amendment provides.

The second question is "Who on God's green earth is Aleksej Gubarev?" And that is precisely the point, because the realistic distinction between freedom of the press and libelous liability for a publication revolves around the question of whether the subject of the offending article is a public figure. If one is a celebrity, a politician, the CEO of a large company or somebody who courts the public eye, the law grants the press remarkably free reign in terms of how liberal a reporter can be with the truth.

To complicate matters even further, some people are "all purpose" public figures and others are considered "limited purpose," with the boundaries between the private being very porous and fact-dependent. In fact, in Florida has a very wide interpretation, having held that police officers, corrections officers, administrator of large public hospital and harbormasters were public officials. In such cases, the plaintiff has to prove actual malice which in simple terms is that the publisher knew that the statements were false or recklessly disregarded their falsity.

On the other hand, if the plaintiff is a private figure, the plaintiff must simply prove the basic elements of libel: the publication of a false statement, about the plaintiff, to a third party; and the falsity of the statement caused injury to the plaintiff. In Florida the fault in publishing the statement must also amount to at least negligence. It is upon this mast which Gubarev's lawyer is pinning his colors, and he may become unstuck on two levels. First, Gubarev, a Russian living in Cyprus, is CEO of Luxembourg-based XBT Holding S.A. and "has offices in Florida and Texas as well as other locations across the globe." XBT has various subsidiary companies, employing over 300 people around the world including Webzilla, Inc. which is located in Florida. The business provides Internet hosting solutions, network services and web development services.

From a jury optics perspective, if a Russian national living in Cyprus with various companies worldwide is alleging injury in Broward County, the more likely he is to be held to be found a limited purpose public figure.

Secondly, and this is where doing research prior to launching a suit may help. While Buzzfeed was clearly following its own corporate culture of trying to get as many hits on a story as it possibly can, Florida has recognized the defense of the neutral reporting privilege, and in those cases it was recognized even where the plaintiff is a private figure. In short, if a responsible, prominent

organization or individual makes a serious charge on a matter of public interest against another public figure or organization—and the charge is accurately and disinterestedly reported—the press may have a defense. Smith may have done just enough to fall under this umbrella by pointing repeatedly to the unverified nature of the allegations, but it will be a tough road to hoe.

This life preserver will not come to BuzzFeed's defense in England, though, and the company is likely to have to pay out a "bit of wonga" as the judges call it over there. In the future, Smith may want to adopt a culture that if it cannot be verified to the extent that the paper has to qualify their articles as such, he has a responsibility to adopt some journalistic standards before exposing a person's or a company's reputation.

*Robert Garson is Managing Partner of Garson, Ségal, Steinmetz, Fladgate LLP, an intellectual property and international litigation firm in New York, and a leading representative of corporate whistleblowers. He is also a barrister qualified in England and concentrates on IP and First Amendment matters.*

**Filed Under:** Media, Politics, Business, Florida, Buzzfeed, First Amendment, Ben Smith, Inc., Aleksej Gubarev, Broward County

**SEE ALSO**: Brett Kavanaugh's Spotty First Amendment Record Could Be a Problem for Tech and Media

# Exhibit 2

*The Free Peach*

*Your Free Daily Freedom Peach*

# Who the heck is Aleksej Gubarev, and why is he serving John McCain's friends?

November 3, 2017June 21, 2018  ·  thefreepeach

By John Miller

Saturday the 4th of November, 2017

My popcorn got cold while I was waiting for Mueller to indict Tony Podesta, and there are only so many Nazis I can shoot before I need a break from vidya, so here is the latest news about Fusiongate, the story the MSM refuses to cover about the criminal activity of the woman who always gets away with it.

Hillary is still getting away with casually selling uranium to America's enemies, taking a $145 Million dollar bribe from Putin, stealing the Dem primary from Bernie, corrupting the DNC, killing Seth Rich, and using Fusion GPS and her Russian pals to smear the President with a fake dossier that started the Mueller fishing expedition.



Hey, but at least John McCain's buddy is getting served with subpoenas by Aleksej Gubarev now, so that's something.

Heh, Buzzfeed is getting sued. So now Hulk Hogan will own Gawker and the Russians will own Buzzfeed. Sorry, a Russian. But before we look at Gubarev, let's recap.

John McCain, as you may recall, is the rogue senator from Arizona. The senior rogue Senator from Arizona. The rogue senator from Arizona who isn't a coin operated robot that Paul Singer built in the basement of the Manhattan Institute to shill for gay marriage and open borders.

He's not Jeff Flake.

But he's still the cranky old Bar Steward who ran straight to Mueller's buddy with a fake dossier full of lies concocted at Fusion GPS for Hillary Clinton and the Wasserman-Schulz DNC with the dirty money they got from Putin.

You know, the same Fusion GPS who was hired by Putin, through his agents Natalia Veselnitskaya and Rinat Akhmetshin to subvert the Magnitsky Act.



The same Veselnitskaya and Akhmetshin who amazingly turned up to a honeypot meeting in Trump Tower a couple of months after Hillary and the Wasserman-Schulz DNC retained Fusion GPS.

Imagine my shock when yet another Russian enters the picture.

What role did Aleksej Gubarev play in the dirty dossier that caused President Trump to angrily fire Comey for smearing him, after Comey was given the dossier from Hillary via Fusion via McCain which kicked off the Mueller boondoggle?

Welp, according to Aleksej Gubarev, who is currently trying to serve McCain associate David Kramer, and who has sent deposition subpoenas to the New York Times and the Wall Street Journal, not much.



No wonder David (pic related?) is ducking and weaving. This guy Aleksej seems pretty litigious. I'd better watch what I say.

Actually, I don't really know who Aleksej Gubarev is aligned with. For all I know, if slimy British commie slime-bag ex-MI6 douchelord Christopher Steele tipped a bucket on him, then Aleksej Gubarev is probably a good guy. Probably.

So who is Aleksej Gubarev?

Aleksej Gubarev is not the famous Soviet Cosmonaut. May that gentleman rest in peace.

Aleksej Gubarev is a tech industry bigshot Russian ex-patriot who lives in Cyprus, to the best of my knowledge. His hobbies include being rich and not buttoning his shirt up, he has a business that makes a lot of money in the U.S., he wasn't really on anybody's radar as a Putinbot, and his other hobby WAS being non-political.



So imagine his shock when Buzzfeed published what Christopher Steele wrote about his company XBT last January:

"[XBT] had been using botnets and porn traffic to transmit viruses, plant bugs, steal data and conduct 'altering operations' against the Democratic Party leadership."

According to Steele, Putin made threats to Gubarev's mom, who still lives in Russia, and that is why he dunnit.

According to Gubarev, all poppycock. He insists that he has nothing to hide and is willing to co-operate with the Feds.

Does that mean he wants to co-operate with Mueller? Because for me that's a red flag. Mister-takes-uranium-to-Putin-for-Hillary shouldn't be investigating anything. He should be being investigated.



It's hard to know who to believe in this lurid affair any more.

#NotAllRussians?

Buzzfeed, the failing pile of garbage which provides Fake News to the internets, redacted Gubarev's name from the dossier after they published it. They also issued a full apology, but they're still getting sued.

Sorry guy, we were just trying to smear the president. The internet won't remember if we just black your name out a couple of days later, amirite?

RT rushed to Gubarev's defence two days after Buzzfeed smeared him.

Ordinarily this would be a red flag too, but by this time we were only days out from the Trump inauguration, and whatever sweetheart arrangement Putin had with Hillary and Podesta was out the window. THE RUSSIANS were kinda in damage control mode, but still the same rapscallions who decided to fund the Keith Olbermann movement, and crank out its best propaganda.



Gubarev is currently pursuing Steele, Buzzfeed, the editor of Buzzfeed, and for some reason serving John McCain's friend. All this to the best of my knowledge, which at this stage is quite limited, I admit.

I still have no idea why Gubarev is serving John McCain's friend.

If anyone else does, please add a comment. So far all I got is that David is a Senior Fellow at the Florida International University's Steven J. Green School of International and Public Affairs.

I'm dying to find out what he actually does/did.

No kill me, Putin.



*Full disclosure: John Miller is a formerly easy-going Conservative Christian named Frank Faulkner who lives in a working-class suburb in Australia. His hobbies include reading the Bible, and he recently started writing cranky letters to the internet about rich and powerful people and degenerate social trends.*

 Published by thefreepeach

*View all posts by thefreepeach*

**ALEKSEJ GUBAREV** | **BUZZFEED** | **FAILING PILE OF GARBAGE** | **FUSION GPS** | **FUSIONGATE** | **HILLARY** | **JOHN MCCAIN** | **JOHN MCCAIN'S FRIEND** | **PUTIN** | **XBT**

**BLOG AT WORDPRESS.COM.**