# Exhibits 3-5
# **REDACTED**