Exhibit
6

OPINION | 2016 ELECTIONS

# Clinton Plugs Another Weak Story About Trump's Ties to Putin

A trumped-up story about a fishy connection between the Republican nominee and a Russian bank is easily debunked.

By Leonid Bershidsky

💬 773    November 1, 2016, 11:20 AM PDT



Not going to stick. *Photographer: Dominick Reuter/AFP/Getty Images*

With the polls tightening, and the unexpected announcement that the Federal Bureau of Investigation is still looking into her e-mails, it was perhaps inevitable that Hillary Clinton would strike out at Donald Trump by raising his alleged connection <https://www.washingtonpost.com/blogs/right-turn/wp/2016/11/01/trumps-putin-problem-returns-in-a-big-way/?tid=pm_opinions_pop_b&utm_term=.dca36e44ab47> with President Vladimir Putin of Russia. But her latest attack has little basis in fact.

On Oct. 31, Slate published a story <http://www.slate.com/articles/news_and_politics/cover_story/2016/10/was_a_server_registered_to_the_trump_organization_communicating_with by Franklin Foer, suggesting that the Trump Organization maintained a server whose purpose was to communicate with two servers at Alfa Bank, a financial institution in Moscow. The story described Alfa as a possible Kremlin front and cited a "Union of Concerned Nerds" -- anonymous techies who obtained the Trump-registered server's logs -- along with one of the biggest names in tech, Paul Vixie, a founder of the internet, who looked at the logs and concluded something "secretive" was going on. It made much of the Trump Organization allegedly renaming the server after a New York Times reporter started asking questions (like Foer, he had been tipped off by the Concerned Nerds' Reddit posts) and said Alfa was the first to communicate with it after the renaming.

P-F000009

Clinton tweeted the article and suggested Trump was a Russian stooge. She also implicitly criticized FBI Director James Comey, who broke with tradition by mentioning new findings regarding her e-mails a little more than a week before the presidential election. Shouldn't he be asking questions about Trump's Moscow connection, as Senate Minority Leader Harry Reid, a Clinton ally, recently suggested <http://thehill.com/policy/national-security/303547-reid-fbi-has-explosive-information-about-trump-russia> ?

Clinton followed up with two more tweets about Trump's "ties and connections to Russia."

What the Foer story lacked, however, was the most obvious explanation of the "suspicious" communication between the Trump and Alfa servers. It also failed to ask some important questions about the data upon which it was based.

Foer's piece links to the registration record <https://who.godaddy.com/whoisstd.aspx?domain=trump-email.com&prog_id=GoDaddy&k=XI4idi%20igWhbPRW2Ypd0vzj94Ae%2fzXi1KZx3EZ%2flX1x1MoTTujjocl5OwtPrQmx> for the trump-email.com domain, which the server hosted. It names the Trump Organization as the registrant, but a different company -- Cendyn, of Boca Raton, Florida -- as the domain's administrator. This means Trump owned, but didn't run, trump-email.com; Cendyn did. Cendyn is a company that promotes hotels. As Rob Graham, a well-known hacker specializing in "offensive security," noted <http://blog.erratasec.com/2016/11/debunking-trumps-secret-server.html#more> on the blog of his company, Errata Security, Cendyn had a number of similar domains for other clients in the same internet address range. The Cendyn servers send promotional e-mails, otherwise known as spam. Foer's story mentioned that another organization that interacted with trump-email.com, Michigan-based Spectrum Health, investigated the matter and found "a small number of incoming spam marketing e-mails" about Trump hotels that had originated from Cendyn.

So if the Trump server was sending out bulk e-mails, why were Alfa Bank and Spectrum Health sending something in response? Naadir Jeewa, a London-based IT consultant, has a credible explanation <https://medium.com/@randomvariable/on-the-slate-story-about-trumps-private-email-server-9f4391a72e26#.8680634yh> : Alfa Bank's corporate e-mail servers were set up to check if the servers that sent mail were what they pretended to be. Such measures are meant to cut off spammers masquerading as legitimate organizations. To determine legitimacy, the domain name in the sender's address needs to match the server address -- a set of numbers separated by periods -- recorded for that domain. Otherwise the system will reject the message. Jeewa tried to impersonate trump-email.com, but the Alfa Bank system refused his message.

Because of the way this validation procedure was set up at Alfa --suboptimally, in Jeewa's opinion -- its servers showed up in the trump-email.com logs.

If this is what happened, it's clear why Alfa was on the logs again after the server's name changed (in line with other Cendyn client servers' names). After it was renamed, it kept sending the bulk e-mails.

Another troubling aspect of the Foer article is that it's doubtful the server logs could be legally obtained. Alexey Gubarev, chief executive officer of Luxembourg-registered XBT Holding, which owns the infrastructure-as-a-service provider Servers.com, told me there was no legitimate way to get access to the full logs of a server that you do not control. That raises the question of whether the records obtained by Foer's "Concerned Nerds" were complete.

I asked Dyn, the New Hampshire-based infrastructure company that has access to such logs, if it could confirm that the Trump server only communicated with Alfa Bank and, less frequently, with Spectrum Health. Adam Coughlin, the company's spokesman, declined to comment "given the political nature of the story." Graham wrote on his blog, though, that other security researchers had told him they'd seen domain name lookups for the trump-email.com domain from other parts of the world.

It's hard to imagine Trump would use a spam server run by a third-party company that provides the same service to competing hotel chains for secret communications with Putin's agents. No matter how suspicious that traffic could look on the surface -- if you didn't know what Cendyn was doing -- it's probably just junk passing back and forth across the internet.

There is no evidence of a conspiracy. According to an article <http://www.nytimes.com/2016/11/01/us/politics/fbi-russia-election-donald-trump.html> that appeared in The New York Times on Tuesday, FBI agents <http://www.nytimes.com/2016/11/01/us/politics/fbi-russia-election-donald-trump.html?_r=0> looked at the logs and didn't see anything they could latch on to: An innocuous explanation involving marketing e-mails was entirely plausible.

Clinton is straining to link Trump to Putin when no solid link has been found after months of digging by reporters and federal agents.

P-F000010

Perhaps it's time for her to desist. Unsubstantiated accusations detract from Clinton's credibility and demonstrate bad judgment.

It may be convenient to put all villains in one basket of deplorables, but Putin and Trump belong in different ones.

*This column does not necessarily reflect the opinion of the editorial board or Bloomberg LP and its owners.*

To contact the author of this story:
Leonid Bershidsky at lbershidsky@bloomberg.net

To contact the editor responsible for this story:
Max Berley at mberley@bloomberg.net

Terms of Service  Trademarks  Privacy Policy
©2017 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices ▷ Website Feedback Help

P-F000011

Clinton Plugs Another Weak Story About Trump's Ties to Putin - Bloomberg

P-F000012

# Exhibit 7

**Forbes**

Billionaires    Innovation    Leadership    Money    Consumer    Industry    Lifestyle    Featured    BrandVoice



2 Results

🔍 **gubarev** →

Most Relevant    Most recent    All Time ⌄

#THEVERDICT                                                    March 29, 2017

**Lawyers Spoof Buzzfeed In Court Motion (Including, Yes, A Kitten Picture)**

Paul Fletcher, Contributor  →

#THEVERDICT                                                    May 26, 2017

**Judge Keeps BuzzFeed Lawsuit In Florida, Sidesteps 'Listicles' And Kitten Pics**

Paul Fletcher, Contributor  →







**Recommended**

| | | |
|---|---|---|
| 01. | 10 Best Deodorants for Men | › |
| 02. | Best Mattresses for Back Pain | › |
| 03. | 5 Stocks to Buy Now | › |
| 04. | Data Analytics Training | › |
| 05. | Investing for Beginners | › |

## Forbes

© Forbes Media LLC. All Rights Reserved.

AdChoices   Privacy Statement   Terms and Conditions   Contact Us   Send Us Feedback   Jobs At Forbes   Reprints & Permissions   Forbes Press Room   Forbes Quote of the Day   Advertise

# Exhibit
# 8



# THE WALL STREET JOURNAL.

U.S. Edition ▾   |   September 15, 2018   |   Today's Paper   |   Video

Home   World   U.S.   Politics   Economy   Business   Tech   Markets   Opinion   Life & Arts   Real Estate   WSJ. Magazine

🔍 gubarev                                                              ✕        SEARCH

HIDE ADVANCED SEARCH ▴

**Find Pages For**
And (of the above words) ▾

**Sort by**
Date ▾

**Source** (Can select more than one)

WSJ Articles        WSJ Blogs        WSJ Videos

WSJ Graphics        WSJ Site Search        Press Releases

Newswire Articles        WSJ Pro Articles

**Date Range**
4 Years ▾

**From**
2015/01/01

**To**
2017/01/11

**Author Name**
Enter name

**Subjects, Regions, Keywords**
Enter subjects, regions, keywords

No articles or videos have been found.

**SPONSORED LINKS**

Switch Energy Supplier

Cheapest Stock Trading Site

How to Get A Credit Card

Stock Brokers Online



# THE WALL STREET JOURNAL.

U.S. Edition ▾

**WSJ Membership**
WSJ+ Membership Benefits
Digital Subscription
Print Subscription
Print and Digital Subscription
Why Subscribe?
Corporate Subscriptions
Professor Journal
Student Journal
WSJ Amenity Program

**Customer Service**
Customer Center
Contact Us
Notice to Subscribers

**Tools & Features**
Emails & Alerts
Guides
My News
RSS Feeds
Topics
Video Center
Watchlist
Podcasts

**Ads**
Advertise
Commercial Real Estate Ads
Place a Classified Ad
Sell Your Business
Sell Your Home
Recruitment & Career Ads

**More**
Content Partn
Corrections
Jobs at WSJ
News Archive
Register for Fr
Reprints
Buy Issues

**Dow Jones Products**   Barron's   BigCharts   Dow Jones Newswires   Factiva   Financial News   Mansion Global   MarketWatch   Private Markets
realtor.com   Risk & Compliance   WSJ Conference   WSJ Pro Central Banking   WSJ Video   WSJ Wine

Privacy Policy   |   Cookie Policy   |   Copyright Policy   |   Data Policy   |   Subscriber Agreement & Terms of Use   |   Your Ad Choices

Copyright ©2018 Dow Jones & Company, Inc. All Rights Reserved.

Exhibit
9



**COVER STORY** | **READ THIS FIRST.**

OCT. 31 2016 5:36 PM

# Was a Trump Server Communicating With Russia?

This spring, a group of computer scientists set out to determine whether hackers were interfering with the Trump campaign. They found something they weren't expecting.

By *Franklin Foer*



Donald Trump gives a fist-pump to the ground crew as he arrives on his plane in St. Augustine, Florida, on Oct. 24.

Jonathan Ernst/Reuters

*Read **Franklin Foer's follow-up story** for new statements from the Trump campaign and Alfa Bank and analysis of the competing theories about the server and its activity.*



FRANKLIN FOER

**Franklin Foer is a *Slate* contributing editor and the author of *World Without Mind*.**

The greatest miracle of the internet is that it exists—the second greatest is that it persists. **Every so often** we're reminded that bad actors wield great skill and have little conscience about the harm they inflict on the world's digital nervous system. They invent viruses, botnets, and sundry species of malware. There's good money to be made deflecting these incursions. But a small, tightly knit community of computer scientists who pursue such work—some at cybersecurity firms, some in academia, some with close ties to three-letter federal agencies—is also spurred by a sense of shared idealism and considers itself the benevolent posse that chases off the rogues and rogue states that try to purloin sensitive data and infect the internet with their bugs. "We're the Union of Concerned Nerds," in the wry formulation of the Indiana University computer scientist L. Jean Camp.

Advertisement

In late spring, this community of malware hunters placed itself in a high state of alarm. Word arrived that Russian hackers had infiltrated the servers of the Democratic National Committee, an attack persuasively detailed by the respected cybersecurity firm **CrowdStrike**. The computer scientists posited a logical hypothesis, which they set out to rigorously test: If the Russians were worming their way into the DNC, they might very well be attacking other entities central to the presidential campaign, including Donald Trump's many servers. "We wanted to help defend both campaigns, because we wanted to preserve the integrity of the election," says one of the academics, who works at a university that asked him not to speak with reporters because of the sensitive nature of his work.

Hunting for malware requires highly specialized knowledge of the intricacies of the domain name system—the protocol that allows us to type email addresses and website names to initiate communication. DNS enables our words to set in motion a chain of connections between servers, which in turn delivers the results we desire. Before a mail server can deliver a message to another mail server, it has to look up its IP address using the DNS. Computer scientists have built a set of massive DNS databases, which provide fragmentary histories of communications flows, in part to create an archive of malware: a kind of catalog of the tricks bad actors have tried to pull, which often involve masquerading as legitimate actors. These databases can give a useful, though far from comprehensive, snapshot of traffic across the internet. Some of the most trusted DNS specialists—an elite group of malware hunters, who work for private contractors—have access to nearly comprehensive logs of communication between servers. They work in close concert with internet service

providers, the networks through which most of us connect to the internet, and the ones that are most vulnerable to massive attacks. To extend the traffic metaphor, these scientists have cameras posted on the internet's stoplights and overpasses. They are entrusted with something close to a complete record of all the servers of the world connecting with one another.

In late July, one of these scientists—who asked to be referred to as Tea Leaves, a pseudonym that would protect his relationship with the networks and banks that employ him to sift their data—found what looked like malware emanating from Russia. The destination domain had Trump in its name, which of course attracted Tea Leaves' attention. But his discovery of the data was pure happenstance—a surprising needle in a large haystack of DNS lookups on his screen. "I have an outlier here that connects to Russia in a strange way," he wrote in his notes. He couldn't quite figure it out at first. But what he saw was a bank in Moscow that kept irregularly pinging a server registered to the Trump Organization on Fifth Avenue.

More data was needed, so he began carefully keeping logs of the Trump server's DNS activity. As he collected the logs, he would circulate them in periodic batches to colleagues in the cybersecurity world. Six of them began scrutinizing them for clues.



Trump Tower.

Ullstein Bild/Getty Images

Advertisement
htt

(I communicated extensively with Tea Leaves and two of his closest collaborators, who also spoke with me on the condition of anonymity, since they work for firms trusted by corporations and law enforcement to analyze sensitive data. They persuasively demonstrated some of their analytical methods to me—and showed me two white papers, which they had circulated so that colleagues could check their analysis. I also spoke with academics who vouched for Tea Leaves' integrity and his unusual access to information. "This is someone I know well and is very well-known in the networking community," said Camp. "When they say something about DNS, you believe them. This person has technical authority and access to data.")

The researchers quickly dismissed their initial fear that the logs represented a malware attack. The communication wasn't the work of bots. The irregular pattern of server lookups actually resembled the pattern of human conversation—conversations that began during office hours in New York and continued during office hours in Moscow. It dawned on the researchers that this wasn't an attack, but a sustained relationship between a server registered to the Trump Organization and two servers registered to an entity called Alfa Bank.

The researchers had initially stumbled in their diagnosis because of the odd configuration of Trump's server. "I've never seen a server set up like that," says **Christopher Davis**, who runs the cybersecurity firm HYAS InfoSec Inc. and won a FBI Director Award for Excellence for his work tracking down the authors of one of the world's nastiest **botnet** attacks. "It looked weird, and it didn't pass the sniff test." The server was first registered to Trump's business in 2009 and was set up to run consumer marketing campaigns. It had a history of sending mass emails on behalf of Trump-branded properties and products. Researchers were ultimately convinced that the server indeed belonged to Trump. (Click **here** to see the server's registration record.) But now this capacious server handled a strangely small load of traffic, such a small load that it would be hard for a company to justify the expense and trouble it would take to maintain it. "I get more mail in a day than the server handled," Davis says.

That wasn't the only oddity. When the researchers pinged the server, they received error messages. They concluded that the server was set to accept only incoming communication from a very small handful of IP addresses. A small portion of the logs showed communication with a server belonging to Michigan-based Spectrum Health. (The company said in a statement: "Spectrum Health does not have a relationship with Alfa Bank or any of the Trump organizations. We have concluded a rigorous investigation with both our internal

IT security specialists and expert cyber security firms. Our experts have conducted a detailed analysis of the alleged internet traffic and did not find any evidence that it included any actual communications (no emails, chat, text, etc.) between Spectrum Health and Alfa Bank or any of the Trump organizations. While we did find a small number of incoming spam marketing emails, they originated from a digital marketing company, Cendyn, advertising Trump Hotels.")

Advertisement

Spectrum accounted for a relatively trivial portion of the traffic. Eighty-seven percent of the DNS lookups involved the two Alfa Bank servers. "It's pretty clear that it's not an open mail server," Camp told me. "These organizations are communicating in a way designed to block other people out."

Earlier this month, the group of computer scientists passed the logs to **Paul Vixie**. In the world of DNS experts, there's no higher authority. Vixie wrote central strands of the DNS code that makes the internet work. After studying the logs, he concluded, "The parties were communicating in a secretive fashion. The operative word is *secretive*. This is more akin to what criminal syndicates do if they are putting together a project." Put differently, the logs suggested that Trump and Alfa had configured something like a digital hotline connecting the two entities, shutting out the rest of the world, and designed to obscure its own existence. Over the summer, the scientists observed the communications trail from a distance.

* * *

While the researchers went about their work, the conventional wisdom about Russian interference in the campaign began to shift. There were **reports** that the Trump campaign had ordered the Republican Party to rewrite its platform position on Ukraine, maneuvering the GOP toward a policy preferred by Russia, though the Trump campaign denied having a hand in the change. Then Trump announced in an **interview** with the *New York Times* his unwillingness to spring to the defense of NATO allies in the face of a Russian invasion. Trump even invited Russian hackers to go hunting for Clinton's emails, then passed the comment off as a joke. (I **wrote** about Trump's relationship with Russia in early July.)

Advertisement

In the face of accusations that he is somehow backed by Putin or in business with Russian investors, Trump has issued categorical statements. "I mean I have nothing to do with

Russia," he **told** one reporter, a flat denial that he repeated **over** and **over**. Of course, it's possible that these statements are sincere and even correct. The sweeping nature of Trump's claim, however, prodded the scientists to dig deeper. They were increasingly confident that they were observing data that contradicted Trump's claims.



Donald Trump speaks at a rally at in Springfield, Ohio, on Thursday.

Paul Vernon/Getty Images

In the parlance that has become familiar since the Edward Snowden revelations, the DNS logs reside in the realm of metadata. We can see a trail of transmissions, but we can't see the actual substance of the communications. And we can't even say with complete certitude that the servers exchanged email. One scientist, who wasn't involved in the effort to compile and analyze the logs, ticked off a list of other possibilities: an errant piece of spam caroming between servers, a misdirected email that kept trying to reach its destination, which created the impression of sustained communication. "I'm seeing a preponderance of the evidence, but not a smoking gun," he said. Richard Clayton, a cybersecurity researcher at Cambridge University who was sent one of the white papers laying out the evidence, acknowledges those objections and the alternative theories but considers them improbable. "I think mail is more likely, because it's going to a machine running a mail server and [the host] is called mail. Dr. Occam says you should rule out mail before pulling out the more exotic explanations." After Tea Leaves posted his analysis on Reddit, a security blogger who goes by **Krypt3ia** expressed initial doubts—but his analysis was tarnished by several incorrect

assumptions, and as he examined the matter, his skepticism of Tea Leaves softened somewhat.

I put the question of what kind of activity the logs recorded to the University of California's Nicholas Weaver, another computer scientist not involved in compiling the logs. "I can't attest to the logs themselves," he told me, "but assuming they are legitimate they do indicate effectively human-level communication."

Weaver's statement raises another uncertainty: *Are* the logs authentic? Computer scientists are careful about vouching for evidence that emerges from unknown sources—especially since the logs were pasted in a text file, where they could conceivably have been edited. I asked nine computer scientists—some who agreed to speak on the record, some who asked for anonymity—if the DNS logs that Tea Leaves and his collaborators discovered could be forged or manipulated. They considered it nearly impossible. It would be easy enough to fake one or maybe even a dozen records of DNS lookups. But in the aggregate, the logs contained thousands of records, with nuances and patterns that not even the most skilled programmers would be able to recreate on this scale. "The data has got the right kind of fuzz growing on it," Vixie told me. "It's the interpacket gap, the spacing between the conversations, the total volume. If you look at those time stamps, they are not simulated. This bears every indication that it was collected from a live link." I asked him if there was a chance that he was wrong about their authenticity. "This passes the reasonable person test," he told me. "No reasonable person would come to the conclusion other than the one I've come to." Others were equally emphatic. "It would be really, really hard to fake these," Davis said. According to Camp, "When the technical community examined the data, the conclusion was pretty obvious."

Advertisement

It's possible to impute political motives to the computer scientists, some of whom have criticized Trump on social media. But many of the scientists who talked to me for this story are Republicans. And almost all have strong incentives for steering clear of controversy. Some work at public institutions, where they are vulnerable to political pressure. Others work for firms that rely on government contracts—a relationship that tends to squash positions that could be misinterpreted as outspoken.

* * *

The researchers were seeing patterns in the data—and the Trump Organization's potential interlocutor was itself suggestive. Alfa Bank emerged in the messy post-Soviet scramble to

htt.

create a private Russian economy. Its founder was a Ukrainian called **Mikhail Fridman**. He erected his empire in a frenetic rush—in a matter of years, he rose from operating a window washing company to the purchase of the Bolshevik Biscuit Factory to the co-founding of his bank with some friends from university. Fridman could be charmingly open when describing this era. In 2003, he told the Financial Times, "Of course we benefitted from events in the country over the past 10 years. Of course we understand that the distribution of state property was not very objective. … I don't want to lie and play this game. To say one can be completely clean and transparent is not realistic."

To build out the bank, Fridman recruited a skilled economist and shrewd operator called Pyotr Aven. In the early '90s, Aven worked with Vladimir Putin in the St. Petersburg government—and according to several accounts, helped Putin wiggle out of accusations of corruption that might have derailed his ascent. (Karen Dawisha recounts this history in her book *Putin's Kleptocracy*.) Over time, Alfa built one of the world's most lucrative enterprises. Fridman became the second richest man in Russia, valued by *Forbes* at $15.3 billion.

Alfa's oligarchs occupied an unusual position in Putin's firmament. They were insiders but not in the closest ring of power. "It's like they were his judo pals," one former U.S. government official who knows Fridman told me. "They were always worried about where they stood in the pecking order and always feared expropriation." Fridman and Aven, however, are adept at staying close to power. As the U.S. District Court for the District of Columbia once **ruled**, in the course of dismissing a libel suit the bankers filed, "Aven and Fridman have assumed an unforeseen level of prominence and influence in the economic and political affairs of their nation."

Unlike other Russian firms, Alfa has operated smoothly and effortlessly in the West. It has never been slapped with **sanctions**. Fridman and Aven have cultivated a reputation as beneficent philanthropists. They endowed a prestigious **fellowship**. The Woodrow Wilson International Center for Scholars, the American-government funded think tank, gave Aven its **award** for "Corporate Citizenship" in 2015. To protect its interests in Washington, Alfa hired as its lobbyist former Reagan administration official **Ed Rogers**. **Richard Burt**, who helped Trump write the speech in which he first laid out his foreign policy, previously served on Alfa's senior advisory board.**\*** The branding campaign has worked well. During the first Obama term, Fridman and Aven met with officials in the White House on two occasions, according to **visitor logs**.

Fridman and Aven have significant business interests to promote in the West. One of their holding companies, LetterOne, has vowed to invest as much as $3 billion in U.S. health care. This year, it sank $200 million into **Uber**. This is, of course, money that might otherwise be invested in Russia. According to a former U.S. official, Putin tolerates this condition because Alfa advances Russian interests. It promotes itself as an avatar of Russian prowess. "It's our moral duty to become a global player, to prove a Russian can transform into an international businessman," Fridman told the ***Financial Times***.

\* \* \*

Tea Leaves and his colleagues **plotted the data** from the logs on a timeline. What it illustrated was suggestive: The conversation between the Trump and Alfa servers appeared to follow the contours of political happenings in the United States. "At election-related moments, the traffic peaked," according to Camp. There were considerably more DNS lookups, for instance, during the two conventions.



**Start:** DNS lookup history start date.

**RFC from Alfa-Bank:** Alfa-Bank rep provided with 2 ips, hostname, count.

**Errors:** 4:11 a.m. UTC: DNS lookup errors Trump-Email.com.

**Errors:** 1:12 a.m. UTC: DNS lookup errors Trump-Email.com.

**Taken down:** 9:53 a.m. EST USA time: Trump-Email.com deleted from Trump authoritative name server zone.

In September, the scientists tried to get the public to pay attention to their data. One of them posted a link to the logs in a Reddit thread. Around the same time, the *New York Times*' Eric Lichtblau and Steven Lee Myers began chasing the story.**\*** (They are still pursuing it.) Lichtblau met with a Washington representative of Alfa Bank on Sept. 21, and the bank

denied having any connection to Trump. (Lichtblau told me that *Times* policy prevents him from commenting on his reporting.)

The *Times* hadn't yet been in touch with the Trump campaign—Lichtblau spoke with the campaign a week later—but shortly after it reached out to Alfa, the Trump domain name in question seemed to suddenly stop working. When the scientists looked up the host, the DNS server returned a fail message, evidence that it no longer functioned. Or as it is technically diagnosed, it had "SERVFAILed." (On the timeline above, this is the moment at the end of the chronology when the traffic abruptly spikes, as servers frantically attempt to resend rejected messages.) The computer scientists believe there was one logical conclusion to be drawn: The Trump Organization shut down the server after Alfa was told that the *Times* might expose the connection. Weaver told me the Trump domain was "very sloppily removed." Or as another of the researchers put it, it looked like "the knee was hit in Moscow, the leg kicked in New York."

Four days later, on Sept. 27, the Trump Organization created a new host name, trump1.contact-client.com, which enabled communication to the very same server via a different route. When a new host name is created, the first communication with it is never random. To reach the server after the resetting of the host name, the sender of the first inbound mail has to first learn of the name somehow. It's simply impossible to randomly reach a renamed server. "That party had to have some kind of outbound message through SMS, phone, or some noninternet channel they used to communicate [the new configuration]," Paul Vixie told me. The first attempt to look up the revised host name came from Alfa Bank. "If this was a public server, we would have seen other traces," Vixie says. "The only look-ups came from this particular source."

According to Vixie and others, the new host name may have represented an attempt to establish a new channel of communication. But media inquiries into the nature of Trump's relationship with Alfa Bank, which suggested that their communications were being monitored, may have deterred the parties from using it. Soon after the *New York Times* began to ask questions, the traffic between the servers stopped cold.

\* \* \*

Last week, I wrote to Alfa Bank asking if it could explain why its servers attempted to connect with the Trump Organization on such a regular basis. Its Washington representative, Jeffrey Birnbaum of the public relations firm BGR, provided me the following response:

> Alfa hired Mandiant, one of the world's foremost cyber security experts, to investigate and it has found nothing to the allegations. I hope the below answers respond clearly to your questions. Neither Alfa Bank nor its principals, including Mikhail Fridman and Petr Aven, have or have had any contact with Mr. Trump or his organizations. Fridman and Aven have never met Mr. Trump nor have they or Alfa Bank had any business dealings with him. Neither Alfa nor its officers have sent Mr. Trump or his organizations any emails, information or money. Alfa Bank does not have and has never had any special or exclusive internet connection with Mr. Trump or his entities. The assertion of a special or private link is patently false.

I asked Birnbaum if he would connect me with Mandiant to elaborate on its findings. He told me:

> Mandiant is still doing its deep dive into the Alfa Bank systems. Its leading theory is that Alfa Bank's servers may have been responding with common DNS look ups to spam sent to it by a marketing server. But it doesn't want to speak on the record until it's finished its investigation.

It's hard to evaluate the findings of an investigation that hasn't ended. And of course, even the most reputable firm in the world isn't likely to loudly broadcast an opinion that bites the hand of its client.

I posed the same basic questions to the Trump campaign. Trump spokeswoman Hope Hicks sent me this in response to my questions by email:

> The email server, set up for marketing purposes and operated by a third-party, has not been used since 2010.  The current traffic on the server from Alphabank's [sic] IP address is regular DNS server traffic—not email traffic.  To be clear, The Trump Organization is not sending or receiving any communications from this email server. The Trump Organization has no communication or relationship with this entity or any Russian entity.

I asked Hicks to explain what caused the Trump Organization to rename its host after the *New York Times* called Alfa. I also asked how the Trump Organization arrived at its judgment that there was no email traffic. (Furthermore, there's no such thing as "regular" DNS server traffic, at least not according to the computer scientists I consulted. The very reason DNS exists is to enable email and other means of communication.) She never provided me with a response.

What the scientists amassed wasn't a smoking gun. It's a suggestive body of evidence that doesn't absolutely preclude alternative explanations. But this evidence arrives in the broader context of the campaign and everything else that has come to light: The efforts of

Donald Trump's former **campaign manager** to bring Ukraine into Vladimir Putin's orbit; the other Trump adviser whose **communications** with senior Russian officials have worried intelligence officials; the Russian hacking of the DNC and John Podesta's email.

We don't yet know what this server was for, but it deserves further explanation.

**_Update, Oct. 31, 2016:_** _The article has been updated to make clear that the_ New York Times _reporters learned of the logs independently, not from the Reddit thread. (_**Return**_.)_

**_Correction, Nov. 1, 2016:_** _The article originally stated that Richard Burt serves on Alfa's senior advisory board. He no longer sits on that board. (_**Return**_.)_

_Read_ **Franklin Foer's follow-up story** _for new statements from the Trump campaign and Alfa Bank and analysis of the competing theories about the server and its activity._

**_See more of Slate's election coverage._**

# Exhibit
# 10



**POLITICS**    WHO'S WINNING, WHO'S LOSING, AND WHY.

NOV. 2 2016 8:36 PM

# Trump's Server, Revisited

Sorting through the new evidence, and competing theories, about the Trump server that appeared to be communicating with a Russian bank.

By *Franklin Foer*



Republican presidential nominee Donald Trump at a campaign rally at Macomb Community College South Campus in Warren, Michigan, on Monday.

Chip Somodevilla/Getty Images

On Monday, I published a reported **piece** that raised questions about a server owned by the Trump Organization. The server appeared to be unusually configured, and to communicate almost exclusively with two servers registered to Alfa Bank in Moscow. The piece followed a group of computer scientists who had stumbled upon the Trump server in July, and it told the story of how they deployed their expertise to make sense of their discovery.



FRANKLIN FOER

**Franklin Foer is a *Slate* contributing editor and the author of *World Without Mind.***

---

The story required voyaging deep into the arcana of the internet. The key piece of evidence for the server's strange behavior was a set of logs of Domain Name Server, or DNS, look-ups. These are the communications between servers that enable an email to reach its destination. The computer scientists had no actual examples of email exchanged between Trump and Alfa—only inferences about that prospect, based on their close reading of the logs. I spoke with many DNS experts. They found the evidence strongly suggestive of a relationship between the Trump Organization and the bank but not conclusive. It was a subject that I believed deserved public airing and further exploration.

Advertisement

Publication of my article was quickly followed by responses from the **Trump** campaign and **Alfa Bank**, both of which offered more detailed accounts of the server activity than they had provided when I'd asked them for comment. My piece also elicited a series of valuable objections and credible alternate theories from technology reporters and other computer scientists. I take these seriously and believe they also deserve public airing and exploration. Several of the critiques of the hypothesis offered by the experts in my piece offer simpler, more benign explanations for the server activity. I'll describe them here.

## 1) Does Trump control the server in question?

In a **detailed post** critiquing my piece, cybersecurity expert Rob Graham wrote, "The evidence available on the Internet is that Trump neither (directly) controls the domain trump-email.com, nor has access to the server." This echoes the point raised by *Vox*, the *Intercept*, and others that the server was not operated by the Trump Organization directly. Rather, it was run and managed by Cendyn, a vendor that organizes email marketing campaigns for hotels and resorts. This suggests that most of the emails that emanated from this address were mass emails, related to loyalty programs, discount offers, and the like. At first, Trump spokeswoman **Hope Hicks** told me the server "has not been used since 2010." She continued, "To be clear, The Trump Organization is not sending or receiving any communications from this email server." The *Intercept* has since turned up at least **two examples** of a Trump email, promoting hotels, being sent from that server in 2015 and 2016.

Critics were right to focus on the relationship with Cendyn as a weak point in the theory. None of the computer scientists in my original story has an evidence-based explanation for why anyone at the Trump Organization would have used *this* server for the purposes of communicating with Alfa. The contention was that Cendyn is an organization trusted by the Trump Organization to host email. But clearly there would be easier ways to go about maintaining a quiet channel of communications than to work through a server operated by a vendor.

Advertisement

One of the intriguing facts in my original piece was that the Trump server was shut down on Sept. 23, two days after the *New York Times* made inquiries to Alfa Bank (and a week before the *Times* reached out to Trump). Was Cendyn acting on Trump's behalf when it shut down **mail1.trump-email.com**? I can't say for sure. (Cendyn didn't reply to my request for comment.) This may all be pure coincidence. Perhaps Cendyn shut down the server for bureaucratic reasons, such as Trump's failure to renew it, or perhaps Cendyn shut down the domain for very good technical reasons. "They may have shut it down to do a forensic analysis. Or they may have thought, in response to the inquiry, that the server was infected. It may actually have been infected," Cornell University's Emin Gun Sirer told me on Wednesday. Neither the Trump campaign nor Cendyn has offered an explanation for the shutting down of **mail1.trump-email.com**.

## 2) Could the communication with Alfa have been spam or marketing email?

In the statements they released after the publication of my piece, the Trump campaign and Alfa Bank provide different explanations for the DNS look-ups. According to Alfa, they were likely the result of its security systems furiously swatting away spam being sent by the Trump server. According to Trump, another Cendyn client, a bank, was using its servers to operate a "meeting management" **application** that allowed it to coordinate meetings with Alfa. The Trump campaign statement doesn't name the bank. It's strange that Cendyn would allow another client to use the Trump-owned servers, though it's certainly possible. It's also strange that investigators from Mandiant, the cybersecurity firm hired by Alfa to investigate, wouldn't have easily found evidence of the meeting application and declared the case closed.

Was the server sending spam—unsolicited mail—as opposed to legitimate commercial marketing? There are databases that assiduously and comprehensively catalog spam. I entered the internet protocal address for **mail1.trump-email.com** to check if it ever showed

up in **Spamhaus** and **DNSBL.info**. There were no traces of the IP address ever delivering spam. Perhaps the spam went uncataloged because it was being sent to a single bank in Russia, but L. Jean Camp, an Indiana University computer scientist and a source in my original story, thought that possibility unlikely. "It's highly implausible that spam would continue for so many months, that it would never be reported to spam blocker, or that nobody else in the world would see the spam during that time frame," she told me.

Advertisement

More likely, the Trump server was sending marketing material, like the emails the *Intercept* found from 2015 and 2016. Again, Hope Hicks says the Trump Organization no longer uses that server—and she denied the existence of any email sent to Alfa. It's certainly possible that the campaign isn't fully aware of every piece of internet marketing being dispersed by the Trump Organization. Or perhaps Cendyn sent mail on Trump's behalf by mistake.

Still, the marketing email theory has a few holes. A typical marketing campaign would involve the wide distribution of emails, spreading word of discounted prices and hotel openings far and wide. It seems unlikely that a campaign would so exclusively focus its efforts on a bank in Russia and a health care company in Michigan (which received a small batch of DNS look-ups), even if, as one critic **has claimed**, executives from Alfa Bank had a penchant for staying in Trump hotels. Again, there may be some perfectly innocuous explanation for this strange behavior. **Naadir Jeewa**, a consultant who works with systems similar to the ones discussed in the piece, has suggested, "One of the main reasons I discounted malfeasance is that email systems are terrible. … [T]he fact that it still works is because of decades of workarounds and hacks to make it marginally secure. And they go wrong, all the time."

### 3) Was it a closed server?

Another reason the computer scientists in my piece found the server unusual is that it appeared to be configured in such a way to restrict access to all but a few communicants. Several **reporters** and **news outlets** have countered by saying, in essence, that the server was "not quite as shut off from the rest of the web as it seems." But we know of only three parties that received messages from the server, the vast bulk going to Alfa Bank. (The *Intercept* correctly notes that 19 IP addresses had looked up the Trump address. This is an unusually small number, and most of the look-ups consisted of IP addresses registered as purveyors of malware. The *Intercept* also contends that the 19 look-ups might

not be a complete list; more on that below.) The scientists theorized that the Trump and Alfa Bank servers had a secretive relationship after testing the behavior of **mail1.trump-email.com** using sites like **Pingability**. When they attempted to ping the site, they received the message "521 **lvpmta14.lstrk.net**does not accept mail from you." It's possible to impose restrictions—or, in the case of Cendyn's system, create an access control list—to carefully regulate the number of communicants. We can't be sure that any of these restrictions were deployed.

Advertisement

And as the *Verge*'s Russell Brandom pointed out, this approach to communication would hardly remain secret forever: "If the servers were only meant to talk to each other, why not connect directly, storing the IP-domain link locally and skipping public domain registration entirely? Failing that, why not use a shared email account or any of dozens of private messaging services that leave less of a metadata trail? There are plenty of hard problems in building untraceable chat systems, but avoiding incriminating DNS records isn't one of them."

## 4) Does the conversation spike around political events?

*Vox*'s **Timothy Lee** and others have questioned the contention of the computer scientists that traffic between the servers correlated with political happenings in the U.S. "There's a much smaller spike during the Democratic convention and no apparent increase before or during the Republican convention," he noted. "In short, this chart seems to be totally unrelated to the political calendar." He wonders why the largest spike occurs in August, after the party conventions. This happened to be a moment of potential interest in Russia, since those weeks were the denouement of the **Paul Manafort** era in the Trump campaign, with the exposure of logs showing he received $12.7 million in off-the-book payments from the Putin-backed Party of Regions. But Lee's fundamental response is understandable: The chart shows possible correlations, not proven causation.

## 5) Are the DNS logs complete?

**The** *Intercept* also looked into this story and decided not to pursue it. One reason was that it doubted my source possessed an unabridged set of DNS logs: "What percentage of DNS look-ups for Trump's email server could Tea Leaves and his colleagues observe, out of all DNS look-ups for that server on the whole internet? How can they be sure that the majority of DNS look-ups for Trump's email server originated from Alfa Bank, when much of the data they collected didn't even include DNS look-ups from IPs described in their own paper?

What's their margin of error? None of the analysis that we (and other journalists) obtained answered these questions." As I noted in my piece, there's no foolproof way to verify that these logs are complete and unedited. I believe in their authenticity, because of the credibility of the academics and programmers who vouched for them by name—specifically, Paul Vixie and Jean Camp. They took a meaningful risk in attaching their names to the data. **Jean Camp** has posted the full set of logs. Now that they are easily available, others can form their own opinion as to their validity and what they demonstrate about the servers.

I pursued this story because I was impressed by the emphatic belief of the experts I consulted, my suspicions were raised by the evidence they presented, and I thought I would be remiss if I sat on data that I believed deserves to be evaluated and understood before we elect the next president. The underlying context for the piece is that Donald Trump has cultivated a troubling relationship with Russia, and the U.S. government has identified Russia as trying to meddle in this election. Not every nexus between the candidate and Russia is nefarious. This one might well be entirely innocent or even accidental. As the ***New York Times reported*** on Tuesday, after my story published, the FBI looked into the server activity but "ultimately concluded that there could be an innocuous explanation, like a marketing email or spam, for the computer contacts." Or maybe it's less than innocent, as the computer scientists suggested and still believe. (I've checked back with eight of the nine computer scientists and engineers I consulted for my original story, and they all stood by their fundamental analysis. One of them couldn't be reached.) I concluded my account of these scientists' search for answers by arguing that the servers and their activity deserved further explanation. Hopefully my story and the debate that has followed will move us closer to a fuller understanding.