Exhibits
12-13
**REDACTED**