Exhibits
15-20
**REDACTED**