# Exhibits
# 22-28
# **REDACTED**