Exhibit
29



DEFENDANT'S
EXHIBIT
PR-14
4-30-18

Interview with Prisma app CEO Alexey Moiseenkov on what's next - Business Insider

# BUSINESS INSIDER

## The CEO of the summer's hottest photography app says that trippy filters are 'just the beginning'



ALEX HEATH
AUG. 10, 2016, 12:37 PM





12/4/2017



*Prisma*

A photo that was edited with Prisma.

If you've checked Instagram or Facebook at all in the last month, chances are you've seen at least one selfie that looks like it was painted by Vincent van Gogh or Pablo Picasso.

That's because of a free app called Prisma.

Thanks to its bold, impressionistic filters, Prisma has quickly become the hottest photography app of the summer. The Russian startup behind the app, Prisma Labs, says that it has seen 42 million downloads since June 11 and "prismed" 1.2 billion photos.

What people who've used Prisma probably don't realize is that the app is actually an experiment in artificial intelligence. When you add a filter to a photo in Prisma, you're training a system of neural networks that analyze the photo and recreate it to look like a work of art. All of this happens in a matter of seconds.

P-F000104

12/4/2017

Interview with Prisma app CEO Alexey Moiseenkov on what's next - Business Insider

In a recent interview with Business Insider, Prisma Labs CEO Alexey Moiseenkov said he plans to use the same technology to help people share more on the internet with just photos.

"The vision is to help people share more on the internet with the help of AI," he said.

## From Russia, with love

Moiseenkov, a 25-year-old graduate of Russia's Polytechnic University, leads a team of nine people at Prisma Labs in Moscow.

He got the idea for Prisma after stumbling on an open-source AI system called DeepArt last year. German doctoral students had built an algorithm that could redraw an image based on the style and brush strokes of a famous painting.

Moiseenkov thought the same AI system behind DeepArt could be made into a mobile filter app, but there was one problem: The algorithm was too slow at redrawing photos. He knew the app had to be as fast as using Instagram's filters.

After a few months of work, he said his team was able to make DeepArt's AI "1,000 times faster."

Once Prisma was released in the App Store on June 11, the app quickly rose on the top chart in the photo and video category. It eventually cracked the App Store's top 10 overall downloads in mid-July before arriving in the Google Play Store on July 24.

What's impressive about Prisma's early success is that its popularity is based entirely on word of mouth. The app is most popular in Russia, India, and the US, according to the research firm App Annie.

"We did nothing at all," Moiseenkov said. "It's totally organic growth."

The app's subtle "Prisma" watermark on photos (which can be removed in the app's settings) helped it gain traction early on. Several celebrities, including Russian Prime Minister Dmitry Medvedev and "Guardians of the Galaxy" writer James Gunn, helped spread the word on Instagram.



Prisma Labs CEO Alexey Moiseenkov.

*Prisma*

P-F000106

4/12

12/4/2017

Interview with Prisma app CEO Alexey Moiseenkov on what's next - Business Insider



damedvedev ○
Follow



http://www.businessinsider.com/prisma-labs-app-profile-interview-with-ceo-alexey-moiseenkov-2016-8

5/12

P-F000107

Interview with Prisma app CEO Alexey Moiseenkov on what's next - Business Insider

jamesgunn
Follow

12/4/2017

http://www.businessinsider.com/prisma-labs-app-profile-interview-with-ceo-alexey-moiseenkov-2016-8

12/4/2017

Interview with Prisma app CEO Alexey Moiseenkov on what's next - Business Insider

Moiseenkov attributes Prisma's viral nature to the fact that, at the end of the day, people want their photos to look interesting.

"Everybody in the world wants to create something a little bit better than average," he said. "And these filters and styles help people to improve their photos. It's deeply connected with my vision."

## Monetization and the Facebook question



*Prisma*

Prisma isn't the first Eastern European filter app to go viral. Its story is similar to that of MSQRD, a Belarus startup that Facebook bought earlier this year for its Snapchat-like face masks earlier this year. Before that, Snapchat scooped up Ukrainian startup Looksery in 2015 to power its selfie filters.

Moiseenkov's recent visit to Facebook's headquarters in California has led some to speculate that Prisma would also be acquired by the social networking giant.

A Facebook spokesperson denied the rumor and said the company was not considering an acquisition of Prisma. Moiseenkov declined to comment on his visit beyond saying that the meeting was "really private."

Aleksej Gubarev, a Prisma investor and CEO of Servers.com, said in an interview that Prisma had been in discussions with several top US and Chinese tech companies, but declined to elaborate. He said Prisma was close

P-F000108

Interview with Prisma app CEO Alexey Moiseenkov on what's next - Business Insider

to completing a round of funding, but wouldn't reveal how much was being raised.

Other current Prisma investors include Russian tech company My.com (where Moiseenkov previously worked as a product manager) and Gagarin Capital, which also invested in MSQRD.

If Prisma isn't acquired, Gubarev said the app could quickly become profitable by selling sponsored filters.

It recently started experimenting with sponsored filters from the likes of Gett, an Uber competitor. Gubarev, whose company provides the cloud infrastructure for Prisma, said that between 10 and 15 companies are in the queue to pay for sponsored filters in the app.

Moiseenkov said his team at Prisma is mainly focused on building new features, not monetization.

"For now, I'm really into product," he said. "Not into the business side."

## What's next

Prisma plans to add video support in the next couple of weeks. Moiseenkov said the feature is done, but the team is making sure its servers will be able to handle the update.

Beyond video, he said Prisma could one day help enhance photos and videos in other ways. An API is being built to let businesses use the app's filters for professional video production and prints, according to Gubarev.

Here's a teaser of the upcoming video filters in action:

P-F000109

Interview with Prisma app CEO Alexey Moiseenkov on what's next - Business Insider

< Crop





Varcus D - Lone Wolf



#GetUrban



Tears

P-F000110

12/4/2017

Interview with Prisma app CEO Alexey Moiseenkov on what's next - Business Insider

## Gett's sponsored filter in Prisma.

*Business Insider*



Призматрейлер фильма Удали мои ...
Posted by Dmitry Nikiforov
10,760 Views

When asked if he was worried about Prisma's novelty wearing off, Moiseenkov said he sees Prisma as a startup that uses AI to help people, not just as a filter app.

"I think it's only the beginning," he said.



PX000111

9/12

Photo Credits: Before Prisma After Prisma

Interview with Prisma app CEO Alexey Moiseenkov on what's next - Business Insider

P-F000112

12/4/2017

http://www.businessinsider.com/prisma-labs-app-profile-interview-with-ceo-alexey-moiseenkov-2016-8

P-F000113

11/12

Interview with Prisma app CEO Alexey Moiseenkov on what's next - Business Insider

12/4/2017

http://www.businessinsider.com/prisma-labs-app-profile-interview-with-ceo-alexey-moiseenkov-2016-8

×

P-F000114

12/12

Interview with Prisma app CEO Alexey Moiseenkov on what's next - Business Insider

http://www.businessinsider.com/prisma-labs-app-profile-interview-with-ceo-alexey-moiseenkov-2016-8

12/4/2017

# Exhibit 30



# 485: Biggest Lesson of Growing a Company with Aleksej Gubarev

by Mary Tan | Oct 18, 2016

26
Shares



f
21

in
4

P
1

y

G+

✉

          

Steve P. Young
485: Biggest L



WITH **ALEKSEJ GUBAREV**

## Sponsors

If you're looking for an affordable way to drive thousands of downloads using influencer marketing, then check out Trend Pie. They use social media to help your app to be on the trending list of the AppStore. Go to trendpie.com to get started today.



DEFENDANT'S
EXHIBIT
PR-21
4-30-18  JSY

P-F000093



P-F000096

12/4/2017                                        485: Biggest Lesson of Growing a Company with Aleksej Gubarev



# Exhibit 31



АЛЕКСЕЙ ГУБАРЕВ, CEO SERVERS.RU



**ИНТЕРНЕТ**
и облака

### КАКИМ БЫ ВЫ ОПИСАЛИ ТЕКУЩЕЕ СОСТОЯНИЕ РОССИЙСКОГО РЫНКА ХОСТИНГА И ОБЛАКОВ?

Российский рынок насыщен грамотными людьми, хорошими специалистами. Однако, в силу ряда обстоятельств, рынок в основном нацелен на локального клиента. Почти невозможно заметить кого-то, кто бы думал об экспансии в другие страны.

### КАКИЕ СОБЫТИЯ, ПРОИЗОШЕДШИЕ НА РЫНКЕ ЗА ПОСЛЕДНИЙ ГОД, НА ВАШ ВЗГЛЯД, ЯВЛЯЮТСЯ КЛЮЧЕВЫМИ? КАКОВЫ ТЕНДЕНЦИИ РАЗВИТИЯ ЭТОГО РЫНКА В РОССИИ И МИРЕ?

В предыдущем вопросе хостинг и облака разделены, но на самом деле на данный момент происходит процесс размытия границ между разными видами хостинга, продукты становятся всё сложнее и требуют комбинированной инфраструктуры. Поэтому главная тенденция сейчас — это гибридный клауд и GPU-серверы (серверы, работающие на графических ускорителях в качестве основных вычислительных мощностей, — прим. редакции). Главные события года — наш приход на российский рынок, а также запуск и невероятный успех нашего партнера Prizma.AI

### НАСКОЛЬКО ПОВЛИЯЛИ НА РАЗВИТИЕ РЫНКА ВНЕШНИЕ ФАКТОРЫ (РЕГУЛИРОВАНИЕ, МАКРОЭКОНОМИЧЕСКАЯ ОБСТАНОВКА)? ПОШЕЛ ЛИ НА ПОЛЬЗУ РЫНКУ ЗАКОН О ПЕРСОНАЛЬНЫХ ДАННЫХ?

Такие факторы всегда влияют на рынок. Стоит заметить, что закон о персональных данных в России не уникален, такие положения существуют и в других государствах. Этот закон, конечно, видоизменил некоторые взаимодействия на рынке, но давать ему оценку пока преждевременно.

### КАК ВЛИЯЕТ НА РЫНОК СФЕРА КИБЕРБЕЗОПАСНОСТИ? С КАКИМИ УГРОЗАМИ СТАЛКИВАЕТЕСЬ ВЫ И ВАШИ КЛИЕНТЫ?

Как правило, это обычные угрозы: доступность конфиденциальных бизнес-данных и ботнеты. Интересно, что если раньше ботнеты заражали домашние компьютеры, то теперь то же самое все чаще происходит с облачными серверами. По нашим данным, более чем в половине случаев контроль и безопасность — это ключевые факторы при принятии решений о выборе хостинга.

### В РОССИИ И ВО МНОГИХ ДРУГИХ СТРАНАХ МИРА ОБСУЖДАЮТ КОНЦЕПЦИИ ИНТЕРНЕТ+, КОГДА ИНТЕРНЕТ-ТЕХНОЛОГИИ ПРОНИКАЮТ В ДРУГИЕ ОТРАСЛИ ЭКОНОМИКИ И ОБЩЕСТВЕННОЙ ЖИЗНИ (СЕЛЬСКОЕ ХОЗЯЙСТВО, МЕДИЦИНА, ПРОМЫШЛЕННОСТЬ И Т.Д.). КАКИЕ ВЫЗОВЫ ЭТО НЕСЕТ ДЛЯ ВАШЕГО БИЗНЕСА И ВСЕГО РЫНКА?

Большие данные требуют новых подходов к распределению мощностей, а также новых алгоритмов для их анализа. Главный вызов — успеть найти и разработать верное решение. Я думаю, что будущее за искусственным интеллектом и мощными вычислительными системами.

### КАКИЕ ТЕХНОЛОГИИ, НА ВАШ ВЗГЛЯД, БОЛЬШЕ ВСЕГО ПОВЛИЯЮТ НА МИРОВОЙ РЫНОК В СЛЕДУЮЩИЕ 5 ЛЕТ – КАК С ТОЧКИ ЗРЕНИЯ СПРОСА НА ХРАНЕНИЕ, ТАК И С ТОЧКИ ЗРЕНИЯ ПРЕДЛОЖЕНИЯ?

На спрос будут влиять те технологии, которые сейчас находятся на взлете. Я бы выделил из них три: Интернет Вещей, Big Data и, как уже было замечено, искусственный интеллект с нейронными сетями. Все эти направления объединяет высокий спрос на инфраструктуру. Интернету Вещей необходимо постоянно обмениваться данными сенсоров с датацентром. Большие данные требуют не только больших хранилищ, но и серьезных процессорных мощностей. Искусственный интеллект использует для работы вычислительные системы на основе графических процессоров, которые позволяют решать задачи нейронных сетей наиболее эффективно, однако потребляют при этом большое количество электричества.

Предложение же будет меняться благодаря software-defined (программно-управляемым) технологиям. Эти технологии позволяют рассматривать дата-центр — его вычислительные мощности, сеть и хранилище — как единое целое, из которого выделяются ресурсы тому или иному потребителю или приложению. Одно из применений таких технологий — это гиперконвергентные решения, стремительный рост популярности которых мы видим уже сегодня. Активное развитие гиперконвергентных инфраструктур позволяет нам предположить, что через 5 лет они смогут заметно повлиять на рынок хранения данных.

P-F000087

# Exhibit 32



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Lifestyle<br>Стиль жизни | Fashion<br>Мода | Beauty & Health<br>Красота и Здоровье | Business<br>Бизнес | Gourmet<br>Гурмэ | Art & Culture<br>Искусство и Культура | Architecture & Design<br>Архитектура и Дизайн | Travel<br>Путешествия | Psychology<br>Психология |

# Aleksej gubarev: "The Way to Success"

October - 2016



Aleksej Gubarev is the esteemed CEO and co-owner of Servers.com (a member of the parent company XBT Holding), one of the inve... PRISMA application. Since 2000 Servers.com is presently engaged in various aspects of the IT business world. In our interview, Aleks... to achieve success, what new projects are on the horizon and what, for him, is the main thing in life.

*Let us first talk about your career. How did you come to it and what do you do now?*

By chance. We did a lot of things and, in 2005, we were not able to negotiate with the company. We, at that moment, collaborated on... location because we rented a large number of servers running other projects, so we decided to do something different and so, in 200... Webzilla, appeared. At first, we used it for myself, then for friends, then opened the first site, DataCenter, in Amsterdam, then in D... we bought a company in Singapore and in the US and, in 2015, in Russia and our company continues to grow. Currently, we have 35... worldwide and about 300 employees in 10 offices worldwide. We serve more than 5,000 business customers. At present, the main pr... we are doing, is servers.com, plus I have a new direction in the business, already known worldwide as the Prisma application.

*What brings you to Cyprus?*

In 2002, I was not able to buy an apartment in Novosibirsk, I was not given a loan at 32 percent per annum in foreign currency, where... covered a down payment. I went to Cyprus for a vacation, but a friend just bought an apartment there and I decided to buy the same a... moved here.

*You have a large enough staff. Do you think you are a leader? Hard?*

No, I'm a fairly mild head due to the fact that I do not like conflicts in principle. I believe that a person working in the company should un... is that he has to do with the company. In order for an employee to be realised in our company, he needs to do more of what it takes. If... really helps us, he has a chance to grow. Apart from the fact that he must do his job perfectly, he must always be ready to help. For ex... in the case of Abraham, it is often the case that one has to work on weekends. I am personally very often at work on weekends.

*Do you often run the risk in business? For example, investments in Prisma - it was a risky project?*

Yes, quite often. You cannot make money without risk. The question is how often you get into good luck. We had stories and unsucce... investments. I can not even say for sure that Prisma was a success story, as we have not yet sold. Yes, it is successfully growing and...

*Do you plan to launch other applications following the recent success of Prisma?*

Yes, next week we are releasing a new application also related to the photographic platform. As we know, all the emoticons are in soci... idea is that everyone can create their own emoticons using personal photos. New application forms are based on your photo. This do... anywhere in the world and we believe that this program will grow even faster than Prisma, Prisma, although, showed a very large increa... today is already 70 million users around the world for three months.

*Do you have a personal recipe for success?*

I can definitely say that it will not work without hard work. You can have a brilliant idea, but if you do not modify it, you have nothing. In r... can say that, now, I am working even more than 5 years ago. Usually, I come and go later now, all because there are many tasks that r... addressed. My personal opinion is that you cannot be successful without working.

P-F000115



*What is most important for you in life?*

First, this is my family and everything else will always be in second place. My wife and children; that's what I try to spend as much time

*What is your idea of the ideal family and whether it is possible to achieve this ideal you?*

I think that if I had even less work for us, it would be an ideal family. Then, there is a problem here in me.

*If you had the opportunity to go back 10 years ago, what would you change in your life?*

What can you change in your life? Reduce the level of stress to find a formula for success may be ideal, but if you change that, the pa[..] the other way and you are bound to bump into other errors. You learn from your mistakes, starting from the moment when they happen years of experience, I can say that I would still be there in spite of the errors. For example, 10 years ago, there was a shortage of work but if I went back to 10 years ago, it does not mean that we would have it there. The fact is that everything comes in due time.

*I cannot ask you about the interior of your office in which we are right now. It is clearly seen the hand of Feng Shui masters. Bamboo dragons. This is your choice?*

Yes, I brought 500 bamboo trees from Indonesia, but, to be honest, I was never interested in Feng Shui and did not read a single book[..] We created our office interiors from the point of view that it was a pleasure to be here, so we used light colours and carpeting. I walk a[..] barefoot and not only me, but a few employees. This is comfortable, with no officialdom. The negotiating table is also brought from Ind[..] piece of 300-year-old wood weighing 700 kg, which I personally chose from the island of Java.

When you invest in something with soul, it turns out. I have many projects that I really put my heart into and they were obtained and the[..] tried to copy it soulless and nothing happened. So, I try to create, for the people who work with me, comfortable working conditions.



*Do you often travel? Can we call Indonesia a country that inspires you the most?*

I really like Indonesia. I really like the design of their homes: open space, lightness and you can gather a lot of ideas. In fact, each coun... each country, you will find something of its own. In Prague, for example, there is a hotel Buddha bar, which I like to visit. In any other co... have a favourite restaurant that you want to return to again and again or a favourite table. You arrive at the same place to relive the sam... and emotions. I cannot say that I like any other country as a whole, as there are many things that create the total picture. For example, remember incredibly delicious bread. I remember we came for dinner specially for this bread and we drank a bottle of wine and all.

*Who of the great historical figures would you like to meet in person?*

No one. I do not create idols! Yes, I draw some thoughts, but to say that I would be interested in talking with someone from the past ca... because it is a man so behind the times that his knowledge and thoughts cannot be applied in the current situation. Imagine that for th... since the creation of the internet, the ten largest companies have changed dramatically. To date, most of the technologies associated ... top 10 companies have transformed. For 25 years, the market has changed dramatically, not only in the framework in which the world ... in terms of what is valuable and what people see in the future because the valuation of the company is still its prospects. Look at Shell ... example. The technology of oil exploration and refinement is accelerating because, in 100 years, technology companies will be the fut... and not those that are engaged in oil and gas production.



*Are you happy? What is happiness?*

Happiness is when all is prepared the way you planned with minimal trouble along the way. It's business and I like to come into my per
home from work. It makes me happy.

PREMIERE magazine

Home | Events | Bloggers | Archive | More |

17, Nicolaides Ave & Kilkis,, S.P. Center, Office 305-306, Paphos, Cyprus P.O. Box 62557, 8065 Paphos, Cyprus Tel +357 26923159, 96687830 Fax +357 26912285
E-mail: info@premiere-magazine.com.cy

P-F000118



# Exhibit 33



## Алексей Губарев запустил хостинг Servers.ru в России

Алексей Губарев, гендиректор компании Servers.com, 27-го января в Москве на мероприятии для прессы и партнёров объявил о запуске московского дата-центра Servers.ru класса Tier 3. В новый проект компании было проинвестировано $1,5 млн, для его быстрого осуществления Servers.com купила хостера «Единая сеть» в середине 2015-го года.



Цены на аренду выделенных серверов в Москве начинаются от 8900 рублей в месяц (около $115, конфигурация с Intel Xeon E3-1231v3, 32Гб памяти и 2-мя дисками SATA на 2Тб), на VPS в облаке от 500 рублей в месяц (около $6,5). Трафик не тарифицируется, подключение с полосой пропускания до гигабита — не оплачивается. За дополнительную плату скорость может быть увеличена до 40Gbit. В своих ценах компания ориентируется на премиальный SMB сегмент рынка.

Серверы в разных ДЦ компании (сейчас кроме Москвы доступны Даллас, Амстердам и Люксембург) можно объединять в одну сеть, российские клиенты оплачивают услуги зарубежных ДЦ по курсу на первое число месяца. Русскоязычная техподдержка разрешает вопросы с хостингом на любой технической площадке.

По словам Алексея Губарева, первый московский дата-центр компании законтрактован «практически полностью», до конца 2016-го года планируется запуск площадок в Сингапуре и Индии.



### Почитать

МВД пресекло деятельность незаконного сотового оператора, работавшего несколько лет

Spotify и Tencent обмениваются 10% акции

Сыну депутата Госдумы Селезнева вынесли новый приговор за киберпреступление

Прошло 3 года и Мартынов признался, что Крым стал причиной проблем YotaPhone

Неназванный инвестор продает на рынке примерно 1,8% Mail.ru Group

### Материалы PRNews.io

1. SMOsenice презентовал услугу по выводу в топ YouTube
2. Paynet Easy: в РФ функционирует новый платежный сервис 2mycard
3. SMEX стала участником акселерационной программы 2020Startups
4. Philips: вышла новая книжка Bluetooth-акустики EverPlay
5. Philips представил новую Bluetooth-колонку семейства ShoqBox

### Рейтинг студий Factus 2016

| | Оборот |
|---|---|
| 2. Element Group | 110,84 млн руб |
| 3. MBUSOL | 190,01 млн руб |
| 4. Интернет для каждого | 126,1 млн руб |
| 5. go | 133,37 млн руб |
| 6. Nimax | 69,14 млн руб |

как попасть в рейтинг?

### Инвестиции

«Авторы хода» Facebook братья Уинклвоссы снова слишком опередили время и заработали на биткоине лишь $1 миллиард


4 года назад в биткоин-проект они вложили $11 млн, но рассчитывали на более сложную схему заработка, чем сложилась в действительности


4 года назад в биткоин-проект они вложили $11 млн, но рассчитывали на более сложную схему заработка, чем сложилась в действительности


DEFENDANT'S EXHIBIT
PR-38
4-30-18

P-F000119

Быстрый поиск: Servers, Алексей Губарев, Дата-центры, Запуск, курс рубля, Россия, хостинг.

**Поделиться** 🔵 429 🔵 4 🔵 2 🔵 1     3 комментария

### Выбор редакции

- Алексей Губарев купил российского хостера "Единая сеть" (Exepto)

### 3 комментария     Добавить

**Юрий Синодов** Основатель Roem.ru, sinodov.com    29 января 2016 в 10:25

Мы тоже хостимся в Servers.ru (в Люксембурге, по-моему). На вопрос разрабу «А у нас даунтаймы были?» ответ «Не помню.

Даунтаймы с предыдущими хостерами помню. Даже я, не только разработчик.

Отзыв Калинова и других можно увидеть тут:
https://www.facebook.com/kosyan/posts/10208657896434359

**фрилансер**    29 января 2016 в 15:27

чего ЗП там не слишком высокие:
http://www.linux.org.ru/forum/job/12251308

**Юрий Синодов** > фрилансер комментарий    31 января 2016 в 13:01

Несколько я понял, сейчас они повыше.
Точнее не скажу, ибо я не настоящий админ.

### Важное

- У «Сбербанка» снова рухнули платежи по картам, в 2017 банк падает регулярно

- Источники «Трушеринга»: «Яндекс» запустит гибрид «каршеринг-такси» в декабре

- Сервисы Mail.ru Group заняли три места в рейтинге самых скачиваемых приложений для Android

- Источники РБК: Экс-глава «Одноклассников» Илья Широков оказался основателем маркетплейса Joom

- Яндекс.Такси застраховали всех российских пассажиров и водителя — на 2 млн. рублей каждого

### Обсуждаемое

- Антицензурный VPN в Opera перестал работать для россиян? (+ не совсем перестал)

- Кадры: В сервис рекомендаций игр RAWG.io перешёл бывший топ-менеджер "Связного" и главный редактор "Роем!"

- Сколько времени можно не пользоваться SIM-картой и её не отключат у МТС, Мегафона, Билайна, Tele2 и Yota?

- Глава РКН пообещал не запускать цензуру как в Китае: «У них премодерация, у нас постмодерация»

- Налоговые льготы для ИТ-компаний, 5 методов экономии

### Прямой эфир

**Valeratai No** — Филипп Купин (DiPHOST): фильтрация Рунета Роскомнадзором используется для выяснения отношений и конкурентной борьбы

**stroginovxx@mail.ru** — Глава РКН пообещал не запускать цензуру как в Китае: «У них премодерация, у нас постмодерация»

**stroginovxx@mail.ru** — Сервисы Mail.ru Group заняли три места в рейтинге самых скачиваемых приложений для Android

**Crio** — «Авторы хода» Facebook братья Уинклвоссы снова слишком опередили время и заработали на биткоине лишь $1 миллиард

**Гней Суворов,** https://telegram.me/itsocial — Антицензурный VPN в Opera перестал работать для россиян? (+ не совсем перестал)

**Herbonit** — Налоговые льготы для ИТ-компаний, 5 методов экономии

**stroginovxx@mail.ru** — МВД пресекло деятельность незаконного сотового оператора, работавшего несколько лет

**stroginovxx@mail.ru** — У «Сбербанка» снова рухнули платежи по картам, в 2017 банк падает регулярно

**Rulims,** rulims.ru — Источники «Трушеринга»: «Яндекс» запустит гибрид «каршеринг-такси» в декабре

### Лучшее за неделю

Российский оператор компании BlaBlaCar попытается снять запрет на публикации сервиса

Совбез попросил идентифицировать «танкистов», других онлайн-игроков и обитателей соцсетей

Березкин приготовился продать госоргана и корпоратам болливийские смартфоны на Sailfish OS RUS

---

Криптобиржу Coinbase заставят раскрыть доходы инвесторов американской налоговой службе

По решению суда налоговой службе США будут переданы персональные данные 14 000 инвесторов, включая имена, даты рождения и адреса, а также данные об операциях с криптовалютами.

Созданный российскими разработчиками поисковик на базе блокчейна собрал $25,5 млн

BitClave воспроизводит у себя глобальные компании вроде Google, которые собирают данные пользователей не спрашивая их согласия.

Мартынов (Ethereum): 60% разработчиков блокчейна — русскоязычные, склонные к моментальной смене стран проживания

Как только в блокчейне девелоперы чувствуют малейшую шаткость позиций, блокчейн, сразу же отправляется в страну, где криптовалюту воспринимают на ура.

«Новые облачные технологии» получили в акционеры знакомого Путина

Ранее миноритарные пакеты в компании купили бывший вице-президент «Ростелекома» Тарас Чендева и бывший топ-менеджер «Ростехи» Василий Щурин.

**Все новости**    Подсказать ссылку

© ООО «Роем», 2007–2017.

P-F000121

# Exhibit 34

**APPS**

# How Servers.com helped Prisma get to 70 million downloads in 4 months

PAUL SAWERS   @PSAWERS   OCTOBER 15, 2016 1:13 PM



Image Credit: Paul Sawers / VentureBeat

As one of the hit breakout apps of 2016, Prisma needs little introduction. The photo-processing app that uses artificial intelligence (A.I.) to transform your simple smartphone snaps into works of art became a runaway success in a handful of Eastern European countries when it launched on iOS back in June, and went on to garner 10 million downloads globally ahead of its arrival on Android in July.



DEFENDANT'S EXHIBIT
PR-83
4-30-18 JT

In the intervening months, Prisma has gained offline functionality, a new video editor, and now claims 70 million downloads across both Android (43 million) and iOS (27 million), a company spokesperson confirmed to VentureBeat.

Based out of Moscow, the team behind Prisma consists of around ten people, including cofounder and CEO Alexey Moiseenkov, who previously worked at Russian internet giants Yandex and Mail.ru. The company is already thinking about monetization, too, and has been selling branded filters from the likes of etaxi startup Gett and Palmolive. But these early forays into making money can only go so far, which is why it has previously taken an undisclosed investment from Mail.ru, via its Silicon Valley-based subsidiary My.com, while global internet-hosting company Servers.com also participated in the funding round.



Above: Prisma: Bottle

The involvement of Servers.com is notable for a company such as Prisma, as the investment extends beyond simply doling out cash. Originally launched in Europe back in 2005, Servers.com brought its "next generation" cloud hosting service to the U.S. last year with the opening of its first data center there, which was followed by one in Russia and Singapore, with two more due to open shortly. Now, Servers.com, bankrolled by its parent company XBT Holding, is feeding into its expansion plans by forming strategic partnerships with startups that rely on cheaper server capacity so they can hit the ground running.

"If Servers.com finds a project really interesting and promising, not only can we give cheaper servers to support the growth, but we can also take part in investing," explained Aleksey Gubarev, CEO of XBT Holding, in an interview with VentureBeat. "Conditions vary, and we always look into the best way to support the growth. We also help with our technical knowledge and experience."

## Prisma Cloud

At the time of writing, Prisma is the only company that Servers.com has brought on board for its startup-focused program. However, Servers.com recently announced a new service called Prisma Cloud, which is effectively a server infrastructure designed to process data across artificial intelligence (A.I.), neural networks, analytics, and more. "It allows anybody in the world to use the same infrastructure as Prisma, at very competitive prices," said Gubarev.

Passing 70 million downloads is an astounding milestone for any company, but doing so a mere four months after launch is particularly notable. But those who used Prisma early on may have noticed that it wasn't always speedy in processing images, as it would have to wave its A.I. magic wand at each photo on its own servers. And with the impatient "we want it now" attitude of the internet generation, long accustomed to speedy self-contained apps such as Instagram, that *could* have caused problems in terms of keeping people coming back. It wouldn't matter that Prisma's "filters" were doing a lot more in the background than Instagram's — 45 seconds (or longer) is simply too long to wait for many people.

"Prisma photo-processing, from the very beginning, had the unspoken rule that all photos should be processed in less than a minute, and we have not broken this rule, even once," said Gubarev. "No one expected such a popularity growth, but nevertheless we were provisioning new servers really fast – several dozen servers every day."

With offline mode, Prisma has managed to push much of the image processing onto the smartphone, meaning things like server latency or overload are less of a concern. But servers will still play a big part in Prisma's future plans, according to Gubarev.

"Prisma's team has a product development plan — I cannot share it at this point, but I'm positive they will make use of the servers," he said. "You can always do more with the server than without it."

Moving forward, many have speculated that Prisma is an acquisition waiting to happen, with Facebook a likely suitor — let's be honest, Prisma would work pretty well as part of Instagram. One reason startups elect to join bigger companies is that it gives them more resources, obviously, and they can reach scale far quicker as a result. If Prisma doesn't get picked up and branches out into more verticals completely off its own volition, it will require a reliable infrastructure to do so.

"Our platform's capacity, and our agreement with Prisma, allows it to grow on its own," added Gubarev. "The tendency of small businesses to be acquired by big companies definitely exists, but at the end of the day, does it matter if users get a good product?"

# Exhibit 35

12/4/2017                                     Чья Prisma :: Технологии и медиа :: Газета РБК

Пожалуйста, отключите AdBlock!

AdBlock мешает корректной работе нашего сайта.

Выключите его для полного доступа ко всем материалам РБК

Газета

Чья Prisma

Газета № 107 (2363) (2106) Технологии и медиа, 20 июн, 2016 17:01

214 777

Чья Prisma

Приложение для стилизации фотографий растет быстрее, чем Instagram и MSQRD

Приложение Prisma, позволяющее стилизовать фотографии под картины известных художников, за девять дней установили свыше 650 тыс. раз. Это быстрее чем росли Instagram и MSQRD, в разное время приобретенные Facebook



Фото: Ingimage/Vostock-Photo

### В стиле Кандинского

Приложение Prisma, созданное выходцами из «Яндекса» и Mail.Ru Group, появилось в AppStore 11 июня: за прошедшие дни сервис стал одним из самых скачиваемых в App Store в десяти странах (Россия, Белоруссия, Молдавия, Эстония, Киргизия, Латвия, Казахстан, Узбекистан, Украина и Армения), следует из данных аналитического портала App Annie. Приложение Prisma запущено 11 июня, уже 15 июня вышло в топ App Store в России. Пока приложение доступно только для iPhone (операционная система Apple iOS), версия для Android должна появиться в начале июля.

За девять дней число скачиваний только в России достигло 650 тыс., рассказал газете «Ведомости» создатель приложения Алексей Моисеенков. Источник, знакомый с создателем сервиса, уточнил, что число установок уже превысило 750 тыс., а к 21 июня достигнет уже 1 млн. До сих пор в продвижение Prisma не вкладывали денег, сообщил источник РБК, близкий к основателю сервиса, рост был органическим. Собеседник РБК уверяет: это «самый быстрый рост приложения в России за все время».


DEFENDANT'S
EXHIBIT
PЛ-39
4-30-18 ST

12/4/2017                                         Чья Prisma :: Технологии и медиа :: Газета РБК

Для сравнения: другое популярное фотоприложение — MSQRD (сервис в марте 2016 года приобрел Facebook) — достигло отметки в 500 тыс. скачиваний за четыре недели с момента запуска, с 17 декабря 2015-го по 14 января 2016 года. У самого популярного в мире фотомессенджера Instagram, также принадлежащего Facebook, полмиллиона загрузок появились тоже примерно через месяц работы, писал портал Business Insider: сервис дебютировал в App Store 6 октября 2010 года, а об аудитории в полмиллиона человек отчитался 1 ноября того же года. Представитель App Store пока не ответил на запрос РБК.

Prisma предлагает пользователю 20 фильтров для обработки фотографий в стиле известных произведений искусства (например, в стиле картин Марка Шагала или Ван Гога) или просто популярных художественных стилей. В отличие от сервисов-конкурентов, использующих фотофильтры, Prisma использует технологию нейросетей: приложение не накладывает фильтр на изображение, а по сути «перерисовывает» фотографию в заданном пользователем стиле. Из-за того что изображение заново создается, а обработка фотографии происходит в облаке, процесс занимает несколько секунд.

Приложение бесплатно для пользователей. Число поклонников Prisma 19 июня достигло 450 тыс., люди «на пике» загружают по 10–12 тыс. фотографий в секунду, за день — «десятки миллионов» изображений, рассказывает источник РБК, знакомый с Моисеенковым. В комментариях под одним из постов в Facebook Моисеенков отметил, что «на пике» пользователи Prisma загружают в приложение 5 тыс. фотографий для обработки. Два собеседника РБК утверждают, что в данный момент компания специально сдерживает рост, поскольку имеющиеся технические мощности не справляются с потоком.

Серверы приложению изначально предоставляли Servers.com, отметил Моисеенков. Гендиректор и совладелец Servers.com Алексей Губарев подтвердил «Ведомостям», что сотрудничает с компанией, и отметил, что спустя 20 дней после запуска объем задействованных мощностей увеличится в 20 раз от первичных. В разговоре с РБК Губарев отметил, что новые сервера для Prisma ставят каждый день, сейчас их уже более сотни. Комментировать, получил ли он долю в проекте за предоставленное оборудование, Губарев отказался, отметив, что не может говорить об этом «на данном этапе».

Prisma — это «настоящий прорыв», считает управляющий партнер фонда GVA Vestor.in Павел Черкашин. «Команда смогла уместить огромную сложную техническую задачу в простое мобильное приложение. Потребитель, когда обрабатывает в нем фотографию, даже не осознает, какая огромная вычислительная работа стоит за этим действием, а результат выглядит настоящим чудом», — говорит Черкашин. Он уверяет, что «за этим будущее»: искусственный интеллект впервые массово применяется для решения творческих задач.

Разработка Prisma могла обойтись разработчикам в менее чем $100 тыс., оценивает Черкашин. Однако «железо», необходимое для поддержания и развития проекта, будет стоить еще сотни тысяч долларов — до $1 млн в год, на зарплаты потребуется еще около $2-3 млн в год, уточняет он. Черкашин считает, что Prisma может стать лидером нового рынка и достичь оценки в сотни миллионов долларов, поскольку в Кремниевой долине до сих пор были только технологические прототипы, которые «не смогли предложить быструю и бесплатную обработку с таким качеством».

## Кто прав

12/4/2017                                   Чья Prisma :: Технологии и медиа :: Газета РБК

Алексей Моисеенков, основатель проекта Prisma, работает менеджером по продукту в My.com, дочерней структуре Mail.Ru Group. В беседе с изданием «Ведомости» Моисеенков сообщил, что принял решение покинуть интернет-компанию. Представитель Mail.Ru Group сообщил РБК, что Моисеенков до сих пор является сотрудником холдинга. В интервью TJournal Моисеенков настаивал, что Prisma никак не связано с его профессиональной деятельностью и работой в Mail.Ru Group.

Источник, знакомый с Моисеенковым, утверждает, что Mail.Ru Group юридически не будет претендовать на Prisma. Другой источник, знакомый с основателем сервиса и акционерами Mail.Ru Group, говорит, что в интернет-холдинге пока нет решения, претендовать ли на долю в проекте. Теоретически Mail.Ru Group могла бы заявить о своих правах на приложение, поскольку в момент создания сервиса Моисеенков был сотрудником Mail.Ru Group, а само приложение в App Store оформлено на него же. В Mail.Ru Group верят в технологии нейросетей и планируют использовать их внутри других продуктов холдинга: например, ICQ и соцсетях «ВКонтакте» и «Одноклассники», уточнил источник РБК. При этом будет ли это продукт Моисеенкова или какие-то другие разработки в этой области, пока не ясно, отмечает собеседник РБК.

Представитель Mail.Ru Group отказался комментировать потенциальное сотрудничество с Prisma. На официальной странице холдинга в Facebook 19 июня появилась запись: «Уже неделю социальные сети и сторы взрывает приложение Prisma, созданное нашим сотрудником Алексеем Моисеенковым. Мы верим в колоссальные возможности нейросетей, успех Prisma открывает перед Mail.Ru Group новые горизонты. Мы поздравляем Алексея и других наших коллег, кто помогал ему с идеями».

Созданное приложение [Prisma] можно квалифицировать как «служебное произведение» и тогда по умолчанию оно принадлежит работодателю [Mail.Ru Group], считает советник адвокатского бюро «Егоров, Пугинский, Афанасьев и партнеры» Павел Садовский. Однако он оговаривается: в судах часто принимается во внимание трудовой договор сотрудника: входит ли в него разработка схожего по функционалу мобильного приложения, есть ли пересечения между созданным продуктом и служебными обязанностями и др.

С Садовским соглашается и старший юрист адвокатского бюро А2 Екатерина Ильина. По ее словам, если приложение было создано Моисеенковым не в рамках выполнения задания работодателя и не было связано с выполнением служебных обязанностей, то шансы перехода прав к Mail.ru Group невысоки. «Mail.ru Group придется доказывать, что при разработке приложения был использован программный код, являющийся собственностью компании. Для этого необходимо проведение экспертизы, результаты которой автор сможет оспорить через суд», — объясняет Ильина.

Фотомессенджеры сейчас на пике популярности. Сервис Snapchat, как стало известно в мае 2016 года, привлек $1,8 млрд в ходе нового раунда финансирования по предварительной оценке в $17,5 млрд, писал Techcrunch. Среди инвесторов — фонды Sequoia Capital, General Atlantic и др. Всего с момента основания Snapchat привлек более $2,6 млрд: сервис входит в топ-10 самых дорогих стартапов мира. В марте 2016 года соцсеть Facebook приобрела белорусскую компанию Masquerade, которая разработала приложение MSQRD, позволяющее накладывать фильтры на фотографии, в частности — лица известных людей. Сумма сделки не раскрывалась. Сейчас у приложения более 15 млн скачиваний.

Авторы: Алена Сухаревская, Полина Русяева.
Теги: Facebook , Instagram , мессенджер , фотографии , Mail.Ru Group , "Яндекс" , MSQRD , Techcrunch ...

P-F000145

Читайте также



За что могут выгнать из-за стола в грузинской компании Стиль

P-F000146

12/4/2017                                    Чья Prisma :: Технологии и медиа :: Газета РБК



[10 стран с самой дешевой ипотекой](#) Недвижимость



[Секрет датского счастья прост — хюгге](#) РБК и Philips



[Бизнес с иностранцами: как разобраться в международном законодательстве](#) РБК и Thomson Reuters

Яндекс. Директ



**Etvnet** ×

**– Русское Телеви дение** 18

etvnet.co

в США и Канаде. Широкий выбор каналов и большой архив. Быстрое подклю- чение.



**Майам и – Отели** ×

booking

Большой выбор. Удобный поиск. Бронируйт отели в **Майами**



**Все для хороше го отдыха в Майам и** ×

my.miami

Экскурсии в **Майами**, Туры по Флорид Отели, Круизы, Билеты на меро- приятия.

12/1/2017                                                Чья Prisma :: Технологии и медиа :: Газета РБК

P-F000148

**Материалы по теме**

Facebook после покупки белорусского MSQRD потребовала удалить маску Обамы Бизнес

Минский экспресс: зачем Facebook купил совсем молодой сервис MSQRD Технологии и медиа

Ди Каприо помог белорусскому приложению MSQRD войти в топ-5 App Store Технологии и медиа

P-F000149

# Exhibit 36

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
  Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
  Defendants.

**Case No.**

**0:17-cv-60426-UU**

## PLAINTIFF ALEKSEJ GUBAREV'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Aleksej Gubarev ("Plaintiff") hereby provides supplemental responses to Defendants' First Set of Interrogatories to Plaintiff Aleksej Gubarev (the "Interrogatories"). Plaintiff's failure to object to a particular Interrogatory or willingness to respond to an Interrogatory is not, and shall not be construed as an admission of the relevant or admissibility into evidence of any such response or that the purported factual premise for any Interrogatory is valid or accurate. The inadvertent production of any privileged information shall not be deemed to be a waiver of any applicable privilege with respect to such response or with respect to any other response.

**INTERROGATORY NO. 6:**     Identify each and every instance in which you have been mentioned, identified, interviewed, referred to, or quoted in any book, magazine, newspaper, podcast, blog, or television or radio program, or on the Internet, since January 1, 2000.

**Objection:**     Plaintiff objects to this Interrogatory to the extent that it is overly broad, unduly burdensome, and seeks information that is neither relevant nor likely to lead to the discovery of admissible evidence. Specifically, and without limiting the foregoing, Plaintiff limits this response to instances arising between January 1, 2010 and the date of Buzzfeed's publication of the Dossier. Plaintiff objects to this Interrogatory to the extent that responsive information is equally available to Defendants as they are to Plaintiff. Plaintiff objects to this

Interrogatory to the extent that it calls for information not known by Plaintiff or in the possession, custody or control of Plaintiff.  Subject to, and without waiving, these objections, Plaintiff responds as follows:

**<u>Response</u>**:      I am not a public person and I have not sought to be one.  On a very rare basis I will provide comments to a publication, but only if they approach me and if I have the time to do so.  I do recall that, in or around October of 2016, I was contacted by a reporter for Bloomberg news and I responded to questions that he had.  I was quoted in a Bloomberg article in November of 2016 as a result of that conversation.

I was also part of two television shows on RBC TV (a Russian channel), one with Dr. Web CEO and also a comment I made in June 2017.

I have also, through a quick search, been able to identify the following instances where I have been interviewed or referred to in a news article or similar type of publication:

- https://www.bloomberg.com/view/articles/2016-11-01/clinton-plugs-another-weak-story-about-trump-s-ties-to-putin
- http://www.businessinsider.com/prisma-labs-app-profile-interview-with-ceo-alexey-moiseenkov-2016-8
- https://venturebeat.com/2016/10/15/how-servers-com-helped-prisma-get-to-70-million-downloads-in-4-months/
- http://www.appmasters.co/servers-aleksej-gubarev/
- http://www.rbc.ru/newspaper/2016/06/21/5767e5949a794743cad139ce
- http://cirex.ru/novosti/press-centr/za-zavtra.com/
- https://roem.ru/28-01-2016/217776/ru-servers-ru/
- https://roem.ru/26-08-2015/204275/gubarev-exepto/
- http://premiere-magazine.com.cy/en/index.php?page=aleksej-gubarev-the-way-to-success

Other than these instances, I do not specifically remember any publications that I have been mentioned in or quoted in, but I assume that, if someone does a Google search of my name, they may come up with some articles and/or other media that mentions me.

## **VERIFICATION**

I, Aleksej Gubarev, being first duly sworn in accordance with law, do hereby depose and state that I have read the third supplemental responses to Defendants' First Set of Interrogatories to Plaintiff Aleksej Gubarev and that the responses are true and correct to the best of my knowledge and information.

Aleksej Gubarev
(Printed name)

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via email on all counsel or parties of record on the service list below on this 25th day of January, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com