Exhibit
38




**HostReview**
THE WEB HOSTING GUIDE

| SEARCH |

Devstart   PromotionWorld   DomainInformer   SmallBusinessInformer   HTMLPrimer   IdeaCafe   CGIDir   WebKnowHow   JavaScriptSearch

**Menu**

🏠 Home

Hosting News

Recommended Hosts

Featured Blogs

Interviews

Web Host Reviews

Monthly Web Host Awards

Annual Web Host Awards

Hosting Providers

Search Hosting Plans

Community

Submit Content

Social Tracking

Partners

**Get Your Company Listed**

Loading…

Home ▸ Awards Monthly ▸ Archive ▸ Best Dedicated Server awards for April 2017

**Get Your Company Listed**

## Best Dedicated Server - April 2017    AWARD CATEGORY ⌄



Best Dedicated Server Package awards show those companies that offer outstanding performance and value for dedicated servers.Included in the reviewing process are the price, technology, reliabilty and overall performance of the hosting company.

#1


**MULTACOM**
WE MAKE THE NET WORK

**Multacom**
http://www.multacom.com

[Profile] [Awards] [Reviews]

Multacom is committed to providing the highest level of support and quality services which include; co-location; dedicated servers; shared Hosting; bandwidth and IP services; virtual private networks; managed services. Multacom can  provide you with all the resources and services required to ensure your success

#2


**RapidSwitch**
dedicated expertise

**RapidSwitch**
http://www.rapidswitch.com/


Sign In

P-F000001

7/18/2017
Case 0:17-cv-60426-UU   Document 308-16   Entered on FLSD Docket 09/17/2018   Page 3 of 21
Best Dedicated Server Monthly Awards of April 2017 | Host Review.com

**Username or e-mail:** *

**Password:** *

[ Log in ]

- Create new account
- Request new password



## Monthly Awards

 Best Web Hosting Company

 Best Affordable Hosting

 Best Dedicated Server

 Best VPS Hosting

 Best Managed Hosting

 Cloud Computing Providers

 Fastest Growing Company

 Monthly Archive

 **Advertisement**

Loading…

 **Partners**

 **Related Resources**

Search Engine Marketing

Web Hosting Reviews

**Other Resources**

RapidSwitch is the leading UK provider of dedicated servers. We provide custom dedicated servers, managed server solutions, colocation services and cloud servers. We own one of the largest and fastest UK networks and are a market leader in offering IP transit and connectivity services in the UK.

*#3*      ### Limestone Networks, Inc.
http://www.limestonenetworks.com

[ Profile ]   [ Awards ]   [ Hosting Plans ]

Founded in June, 2007, Limestone Networks is a leading provider of Dedicated Server solutions for small, medium, and enterprise-scale businesses. With servers hosted in the Dallas, Texas-based Infomart, Limestone Networks is steadily raising the bar for other dedicated hosting providers.

*#4*      ### steadfast.net
http://steadfast.net

[ Profile ]   [ Awards ]   [ Reviews ]

Steadfast Networks and Steadfast Servers are fully owned subsidiaries of NoZone, Inc., which was founded in August of 1998 by Karl Zimmerman and incorporated in the state of Wisconsin on October 18, 2000.

*#5*      ### Netwise Hosting
http://www.netwisehosting.co.uk

Netwise Hosting provision enterprise-level hosted environments to a wide and varied customer-base, working closely with clients all around the world. From bespoke colocation deployments, affordable dedicated server platforms, right through to robust online backup solutions, Netwise Hosting bring to life a wholly unified approach to hosting.

*#6*   ### WEBZILLA
http://webzilla.com

WEBZILLA is a world leader in enterprise hosting and colocation services, with a 1.5 Tbps backbone network linking multiple carrier-neutral data centers in Europe (the Netherlands, Luxembourg), North America (Dallas) and Asia (Singapore and India).

The company's engineering staff is adept at building scalable server architecture optimized for specific business customers.

P-F000002

WEBZILLA is the trusted hosting partner of more than 500 customers in the most data-intensive industries, including e-commerce, game and software development, payment platforms, FX brokers and video streaming companies.

 ## CartikaHosting

http://www.cartikahosting.com/

CartikaHosting is a division of Cartika IT Solution Providers Inc., a leader in Open Source Application Service Providers. Using advanced web hosting facilities, combined with our intricate knowledge in several best of breed Open Source Applications, Cartika is able to provide your business with the solutions it requires in order to web enable your core business processes.

 ## Hivelocity

http://hivelocity.net/

 Profile　Awards

Hivelocity provides dedicated servers and cloud hosted solutions to customers from over 100 countries worldwide.  Hivelocity recently opened a new data center in Tampa Florida where it is headquartered.  With the introduction of Softaculous Hivelocity also announced it will no longer be offering Fantastico as an option to its customers.

 ## Superb.Net

http://www.superb.net/dedicated-servers/

 Profile　Awards　Reviews

Superb Internet brings 16 years of hosting experience, award-winning technical support, and the very best network in the industry together to provide an uncomplicated, comprehensive, affordable dedicated server solution to meet everyone's needs.

 ## ServerPronto

https://www.serverpronto.com/

 Profile　Awards

Whether you are using your server for web development, web hosting, gaming, email, data backup, database, reselling, or all of the above and more, we will deliver a world-class experience.

P-F000003

🔄 AWARDS ARCHIVE

Be considered for the most prestigious list in the web hosting industry!    **Apply NOW**

Contact us  |  Sitemap  |  Corporate  |  Advertise  |  Privacy  |  User Agreement  |  Additional Information

Copyright 1998 - 2017 DevStart, Inc. All Rights Reserved.

P-F000004

# Exhibit 39



Search

OUR WEBSITES

**ABOUT XBT**    SERVICES    INVESTOR RELATIONS    CONTACTS

COMPANY OVERVIEW    SUBSIDIARIES    GEOGRAPHY    FAST FACTS    EVENTS    **NEWSROOM**

**4,600** Customers ⌄    **16000** Servers ⌄    **40** Countries ⌄    **5** Datacenters ⌄    **1,500** Gbps Network ⌄

Home / About XBT / Newsroom

## Webzilla Named a Best Dedicated Server



📅 Published on: **November 7, 2013**



The industry's leading online guide to web hosting HostReview named Webzilla among the industry's best dedicated server providers. HostReview listed Webzilla's outstanding performance, overall product offering, value, and customer service after a vote by more than 10,000 visitors -- a strong endorsement by Webzilla's customers.

HostReview's Annual Web Hosting Awards are a global recognition of innovators and market leaders. It was established to reward outstanding contributions within the web hosting industry. Awards were presented in 10 categories covering the entire range of web hosting services. Since 1998, HostReview has been a popular and trusted source of information for web hosting consumers.

We at Webzilla and XBT Holding are grateful to our customers and the web hosting market for honoring us, and we will continue to work hard to deserve your support.

Webzilla is a world leader in dedicated enterprise hosting and colocation services. We are a trusted hosting partner for more than 500 enterprise customers in the most data intensive industries, including game and software developers, payment platforms, FX brokers and video streaming companies. Our private backbone network linking together multiple carrier-neutral data centers in Europe (the Netherlands) and North America (Texas) and partnerships with most major Tier 1 providers ensures premium connectivity to all our customers. . Visit us online at http://webzilla.com/.

### CATEGORIES

**News Releases**
Update on what is new in the world of XBT Holding

**Blog**
Insider information and specialist opinions on everything IT

**Video**
Media presented discussions, customer interactions and more

### SUBSCRIBE

For all things XBT, follow us on our social media channels!



### SUBSCRIBE BY EMAIL

Email    SUBMIT



**COMPANY**
About XBT Holding
Services
Geography
Newsroom
Subsidiaries

**INVESTOR RELATIONS**
Business Portfolio
Financial Information
Corporate Governance
Quarterly Reports
Investor FAQ

For investor related issues call:
**+352.20.500.500**

Investor Relations
Press and Media

Copyright © 2011-2015 XBT Holding, S.A. All Rights Reserved | Sitemap

P-F000082



P-F000083

# Exhibit
# 40



# Webzilla Data Center Continues to Expand, Adds 500th TWP Supermicro Server

*Webzilla announces the installation of their 500th server; company continues to expand web hosting offerings.*

(PRWEB) February 15, 2012 -- Webzilla has announced the addition of their 500th TWP Supermicro server to their European data center. The installation of this server marks the fifth year Webzilla has worked with TWP Computers to provide flexible and customizable solutions for their customers.

Webzilla, one of the largest web hosting companies in the world, is striving to meet the needs of businesses. Large-scale internet projects have a variety of unique needs; it is often up to Webzilla's experts to find innovative solutions. In cases when the default configuration is not suitable for solving the client's problems, Webzilla is ready to install and maintain customizable equipment. Webzilla utilizes Dutch company TWP Computers to supply the necessary hardware. Webzilla and TWP have been working together for the last five years to provide scalable solutions for their customers. TWP Computers BV specializes in rack mount servers and storage solutions, and is an official distributor and integrator of Supermicro servers. Webzilla experts say that problems with equipment are rare, but if they do occur TWP employees are quickly deployed to the Webzilla data center to resolve them. Based in Amsterdam, TWP is located near the most important data centers in The Netherlands. Thus, customers who purchase TWP servers through Webzilla are assured fast, high quality service. TWP's services enable Webzilla to provide innovative solutions and best meet the needs of its customers. Together, these companies can provide the highest level of customer support, a crucial capability in a high-tech industry such as web hosting.

About Webzilla:

Founded in 2005, Webzilla is one of the world's fastest growing hosting companies. Webzilla serves some of the internet's most demanding ventures, game developing companies, and payment platforms. Webzilla specializes in fully managed dedicated hosting and colocation services. The company has data centers in USA (Dallas) and The Netherlands (Amsterdam). For more information about Webzilla and TWP visit http://webzilla.com/ and http://twp.nl/.

###

PRWeb ebooks - Another online visibility tool from PRWeb



**Contact Information**
**Nadya Frank**
Webzilla
http://www.webzilla.com
+31 20 893 2774


**Online Web 2.0 Version**
You can read the online version of this press release here.

*If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb*

P-F000155

# Hosting Provider Webzilla to Receive PCI DSS Data Security Standard

PCI DSS certification confirms the high level of security of Webzilla's infrastructure. Financial institutions can be assured that Webzilla fully protects credit card holders' data.

Feb 07, 2012, 03:00 ET from Webzilla

AVENTURA, Fla., Feb. 7, 2012 /PRNewswire/ -- Webzilla is proud to announce they have received the PCI DSS (Payment Card Industry Data Security Standard) data security standard.

Webzilla has successfully undergone an audit and received version 1.2.1 certification. The company confirmed that the hardware, software and business processes fully met the security requirements. Thus, financial institutions, which must comply with PCI DSS, may now choose Webzilla for their hosting needs.

PCI DSS is a multifaceted security standard that includes requirements for security management by the leading payment systems: Visa, MasterCard, American Express, JCB and Discover. All organizations involved in processing information about the credit card holders must comply with these standards. These organizations may use only the services of those web hosting providers which have validated their PCI DSS compliance.

In addition to the high level of security, Webzilla offers the highest possible level of service to its clients. Webzilla is one of the largest web hosting providers in the world. The company has datacenters in the USA and Europe. Webzilla offers business-class web hosting, modern Dell hardware, professional support, an individual approach to each client and personal attention to the problems.

About Webzilla
Founded in 2005, Webzilla is one of the world's fastest growing hosting companies. Webzilla serves some of the internet's most demanding ventures, game developing companies and payment platforms. Webzilla specializes in fully managed dedicated hosting and colocation services. For more information visit www.webzilla.com.

P-F000168

Media Contact:

Nadya Frank

+31 20 893 2774

Nadyafrank(at)webzilla(dot)com

SOURCE Webzilla

RELATED LINKS

http://www.webzilla.com

P-F000169



XBT Holding Ltd.



March 11, 2015 02:00 ET

## Servers.com is on the Horizon

**FORT LAUDERDALE, FLORIDA--(Marketwired - March 11, 2015) -** XBT Holding Ltd. announced that their newest project - servers.com is in the final stage of its development. The holding is close to being able to offer a consolidated portfolio of services with a wide utility range and flexible pricing.

"The UX and layout designs are already completed and the engineering is focused on fine balancing", said Rajesh Kumar Mishra, CFO of XBT. "Our companies provide many different services ranging from low latency VPS to powerful enterprise dedicated servers. However, until now to benefit from these services, a customer would have to contact the particular company, without any knowledge of other options. Servers.com will bring our subsidiaries under one roof, allowing customers to browse, mix, compare and choose the most suitable services."

Apart from the hosting solutions development, providers that aim for a top spot on the market are considering the user experience and functionality of their platforms. For example, the complexity of ordering and configuring particular services is a roadblock for many potential customers. It is especially relevant to SMBs, which do not possess the financial power to employ many hosting specialists.

XBT is an established hosting provider with vast experience in servicing businesses of different size. The knowledge of customer tendencies and preferences has motivated the holding to move towards globalization. The number of sectors that rely on hosting is growing daily and each of them require specific set of features and scale. Most of them benefit from better security but CPU speed, RAM, storage, latency etc., are characteristics that vary greatly from niche to niche. This is what has triggered XBT's decision to facilitate all its services under the same brand - servers.com.

At launch, the site will feature several of XBT's services with the rest becoming available in time. Dedicated servers, cloud, VPS and colocation will be offered out-of-the-box or bundled for distinct requirements. Financial institutions, game developers, Forex companies and others will all be able to find specific offers tailored to meet their unique needs.

We are in the age of competition, in which customers have countless choices. Although providers offer their own version of hosting services, what is changing the most is the way they are delivered. A site has to be intuitive, simple, and at the same time practical. UX design has greater influence and XBT has definitely been moving in the right direction. These are exciting times for everyone who depends on hosting as prices get lowered, platforms upgraded and overall experience improved.

**About XBT Holding**

XBT Holding Ltd. is a privately-owned global hosting, network solutions and web development provider founded in 2005, with offices in eight countries. Worldwide enterprise and SMB customers rely on XBT's international expertise and comprehensive service portfolio, including managed dedicated hosting, colocation, shared and VPS hosting, high-performance network, cloud, web and application development services. The company operates a worldwide proprietary network through five carrier-neutral datacenters and 13 points of presence in the United States, Europe and Asia, with more than 16,000 servers throughout seven subsidiaries. XBT Holding partners with most major Tier 1 networks to ensure high-speed international connectivity up to 1.5 Tbps. XBT is now one of the fastest-growing companies in the Internet infrastructure industry. Visit XBT online at xbt.com.

P-F000204

## Contact Information

PR contact:
Natalia Katina
Marketing Manager
nkatina@xbt.com



View Full Site

| About Marketwired | Products | Resources | Newsroom |
|---|---|---|---|
| Marketwired News | Marketwired Resonate | Brochures | All News |
| Community Builders | Marketwired Influencers | Case Studies | Headlines Only |
| Privacy | News Distribution | E-Books / Tip Sheets | Advanced Search |
| Site Map | IR/PR Newsroom (Impress) | Webinars / Videos | RSS Newsfeeds |
| Accessibility | Media Database (Mediahub) | | Hot Off the Wire |
| | | | Personal Beat |
| | | | CASL Compliance |

Connect With Us

**MARKETWIRED IS NOW PART OF NASDAQ**

Copyright ©2016 Nasdaq, Inc. All rights reserved. Legal



Webzilla



March 25, 2014 02:00 ET

# Webzilla Increases Its Purchasing Power

**AMSTERDAM, NETHERLANDS--(Marketwired - March 25, 2014) -** Webzilla has entered into an agreement with Dell Financial Services to spread its payments for Dell PowerEdge servers and additional services for its Dutch datacenter. This enables the global hosting provider to increase its purchasing power required to support growth and maintain high levels of customer service.

Dell is a part of a sector in which competition is fierce and obtaining Webzilla as a client and a long term partner, with its international presence and proactive expansion plans, supports the technology giant's ambitions to keep its place in the global market.

In recent times, Webzilla has seen exponential customer base growth, delivering fast and secure services at reasonable prices. To maintain its long term plans, the company has adopted a readiness strategy that summarizes the quality and quick delivery needs of its customers.

"Hosting is a very specific business. The incremental investment in hardware is quite big and, because customers pay a monthly fee, the ROI might take up six months. One of our differentiators towards our audience is our ability to bring them 'live' within hours. To fulfill this promise we keep a substantial amount of servers in stock," said Rajesh Kumar Mishra, Chief Financial Officer of Webzilla. "One great advantage of having Dell as our hardware vendor on one hand and as our bank on the other is that they have in-depth knowledge of the volume of the business that we do with them. They can easily link our financing needs with our purchasing history."

The completion of the deal sees Webzilla securing its future development plans. The financial outcome will affect its customers, providing stable business environment and guaranteed fast response times for any new and existing services. Securing the infrastructure front allows for deeper levels of dedication and frees greater possibilities for innovation and strategic planning. Webzilla's decision to work with Dell, as a supplier and a bank, eliminates the need of a 3rd party financing and puts the company on the right track to keep up with its growth rate and customer satisfaction levels.

**About Webzilla**

Webzilla is a world leader in enterprise hosting and cloud services, with a private backbone network linking multiple carrier-neutral datacenters in Europe (Luxembourg and the Netherlands), North America (Texas) and Asia (India and Singapore). Partnerships with most major Tier 1 providers ensure 1,500 Gbps capacity and the best connectivity, allowing seamless handling of high-volume traffic at optimal speed and lowest latency. Webzilla's engineering staff is adept at building scalable server architecture optimized for specific business requirements. Webzilla is the trusted hosting infrastructure partner of more than 500 enterprise customers in the most data-intensive industries, including e-commerce, game and software developers, payment platforms, FX brokers and video streaming companies. Visit Webzilla online at webzilla.com.

**About XBT Holding**

XBT Holding Ltd. is a privately-owned global hosting, network solutions and web development provider founded in 2005, with offices in eight countries. Worldwide enterprise and SMB customers

P-F000229

rely on XBT's international expertise and comprehensive service portfolio, including managed dedicated hosting, colocation, shared and VPS hosting, high-performance network, cloud, web and application development services. The company operates a worldwide proprietary network through five carrier-neutral datacenters and 13 points of presence in the United States, Europe and Asia, with more than 16,000 servers throughout seven subsidiaries. XBT Holding partners with most major Tier 1 networks to ensure high-speed international connectivity up to 1.5 Tbps. XBT is now one of the fastest-growing companies in the Internet infrastructure industry. Visit XBT online at http://www.xbt.com.

## Contact Information

PR contact:
Natalia Katina
Marketing Coordinator
nkatina@xbt.com



View Full Site

| About Marketwired | Products | Resources | Newsroom | Connect With Us |
|---|---|---|---|---|
| Marketwired News | Marketwired Resonate | Brochures | All News |  |
| Community Builders | Marketwired Influencers | Case Studies | Headlines Only | |
| Privacy | News Distribution | E-Books / Tip Sheets | Advanced Search | |
| Site Map | IR/PR Newsroom (Impress) | Webinars / Videos | RSS Newsfeeds | |
| Accessibility | Media Database (Mediahub) | | Hot Off the Wire | |
| | | | Personal Beat | |
| | | | CASL Compliance | |



**MARKETWIRED IS NOW PART OF NASDAQ**

Copyright ©2016 Nasdaq, Inc. All rights reserved. Legal

P-F000230



Webzilla



February 13, 2015 01:00 ET

## Webzilla Lines-Up Equinix SG1

AMSTERDAM, NETHERLANDS--(Marketwired - Feb. 13, 2015) - Webzilla, a global enterprise hosting provider and a subsidiary of XBT Holding Ltd., joined the Singapore-based Equinix Internet Exchange. The move continues the positive relationship between the two companies, as Webzilla is already a member of 7 out of the 19 IXs Equinix operates. By further strengthening its network and connectivity, Webzilla aims to expand its reach in the Asia-Pacific region.

The Asia-Pacific is drawing significant foreign investment and the development of local economies shows that the trend will continue. Financial institutions, Forex companies, game developers, e-commerce and other businesses that rely on quality IT services are the main reason for the increase in demand. Webzilla has recognized the importance of IXs and the benefits they provide in terms of network, latency and bandwidth.

Equinix is a leading brand in the IX field, operating over a hundred datacenters around the globe. The company is connecting peers at 19 Internet Exchange Point (IXP) locations, positioned in 17 global metropolitan areas. Their services are among the most revered in the industry due to their consistent end-to-end performance, speed and overall excellent reliability. The Singapore branch has more than 16,000 square meters of colocation space, soon to be upgraded through a third datacenter that will open in 2015.

Equinix's SG1 IX, which Webzilla joined, maintains the highest standards in terms of security, both physical and electronic. All ingress and egress to the DC buildings is managed with control lists. In addition, there is an intelligence control & alarm system, motion detectors and a network of CCTV recorders. In terms of connectivity, the IX has established an excellent connection to the international and regional networks. This guarantees access to almost 190 networks, which allows for widespread leverage of service and creates a business ecosystem that is beneficial to both the companies and their customers. Moreover, the IX operates on a well-developed hybrid platform, offering optimal performance through top-tier fiber-optic connection. As the demand for Webzilla's new cloud solutions continues to increase, the company will greatly benefit from Equinix's hub and its stemming advantages.

Already a member of the biggest IXs in Europe, the German DE-CIX and the Dutch AMS-IX, Webzilla will significantly reduce latency to the Asia-Pacific. This will be particularly important to industries like Forex, which rely on speed of execution. Furthermore, Webzilla will also be able to provide extra redundancy and quality bandwidth to a broader customer base that share an interest in the region.

"We are glad to announce that we have joined SG1 IX. Our working experience with Equinix has been nothing short of positive. At Webzilla, we value professionalism and integrity which, together with technological excellence, is exactly what Equinix has shown us," said Rajesh Kumar Mishra, CFO of Webzilla. "Our growth in the region is mainly due to the pursuit of quality and reliability. Adding IXs to our portfolio will assist us not only in maintaining but also improving our standards."

**About Webzilla**

P-F000237

Webzilla is a world leader in enterprise hosting and cloud services, with a private backbone network linking multiple carrier-neutral datacenters in Europe (Luxembourg and the Netherlands), North America (Texas) and Asia (India and Singapore). Partnerships with most major Tier 1 providers ensure 1,500 Gbps capacity and the best connectivity, allowing seamless handling of high-volume traffic at optimal speed and lowest latency. Webzilla's engineering staff is adept at building scalable server architecture optimized for specific business requirements. Webzilla is the trusted hosting infrastructure partner of more than 1500 enterprise customers in the most data-intensive industries, including e-commerce, game and software developers, payment platforms, FX brokers and video streaming companies. Visit Webzilla online at webzilla.com.

**About XBT Holding**

XBT Holding Ltd. is a privately-owned global hosting, network solutions and web development provider founded in 2005, with offices in eight countries. Worldwide enterprise and SMB customers rely on XBT's international expertise and comprehensive service portfolio, including managed dedicated hosting, colocation, shared and VPS hosting, high-performance network, cloud, web and application development services. The company operates a worldwide proprietary network through five carrier-neutral datacenters and 13 points of presence in the United States, Europe and Asia, with more than 16,000 servers throughout seven subsidiaries. XBT Holding partners with most major Tier 1 networks to ensure high-speed international connectivity up to 1.5 Tbps. XBT is now one of the fastest-growing companies in the Internet infrastructure industry. Visit XBT online at xbt.com.

## Contact Information

PR contact:
Natalia Katina
Marketing Manager
nkatina@xbt.com



View Full Site

### About Marketwired

Marketwired News
Community Builders
Privacy
Site Map
Accessibility

### Products

Marketwired Resonate
Marketwired Influencers
News Distribution
IR/PR Newsroom (Impress)
Media Database (Mediahub)

### Resources

Brochures
Case Studies
E-Books / Tip Sheets
Webinars / Videos

### Newsroom

All News
Headlines Only
Advanced Search
RSS Newsfeeds
Hot Off the Wire
Personal Beat
CASL Compliance

Connect With Us





**MARKETWIRED IS NOW PART OF NASDAQ**

Copyright ©2016 Nasdaq, Inc. All rights reserved. Legal

P-F000238



XBT Holding Ltd.



July 10, 2014 01:00 ET

## XBT Acquires ColocateUSA

**FORT LAUDERDALE, FLORIDA--(Marketwired - July 10, 2014) -** XBT Holding Ltd. announced the acquisition of ColocateUSA, an enterprise colocation, dedicated servers and VPS provider.

ColocateUSA is based in North Texas, an area widely known for its actively growing technological sector. The company's specializes in enterprise application development and online services, thus benefiting from the expertise of the local work force.

ColocateUSA.com focuses on the ability to customize solutions to the needs of particular customers. Customer support is one of the most valued assets of the company and extreme measures have been taken to keep response time to a minimum. The company invests in knowledge and reliability, when it comes to support, and in the last 2 years has been in the top 10 best support list in North America.

XBT Holding Ltd. benefits from the acquisition due to the strategic position of ColocateUSA, on an international level. The holding's subsidiaries have extensive knowledge in providing dedicated servers as well as VPS which is going to make the exchange of information between the newly acquired ColocateUSA and subsidiaries, such as Webzilla, a leading dedicated server, cloud and colocation provider, invaluable for the whole holding in the long run.

The integration of ColocateUSA.com into the XBT family is eased due to past close working operations. Being in the same sector and years of successful co-existence reassures customers that the process will be on the background and all services will be available, without any interruptions. Furthermore, the unquestionable experience exchange between companies after an acquisition will only increase quality levels, both in customer service and solution development.

"ColocateUSA and XBT have shared, side-by-side, the same colocation provider for a long time. This lasting relationship guarantees a very smooth integration. Thus, removing the need for migration and allowing customers to rest assured that service quality will be high," says Rajesh Kumar Mishra, CFO of XBT Holding Ltd. "The expected standard of operations can only go up. We believe that sharing our knowledge will elevate ColocateUSA and the holding as a whole."

**About XBT Holding**

XBT Holding Ltd. is a privately-owned global hosting, network solutions and web development provider founded in 2005, with offices in eight countries. Worldwide enterprise and SMB customers rely on XBT's international expertise and comprehensive service portfolio, including managed dedicated hosting, colocation, shared and VPS hosting, high-performance network, cloud, web and application development services. The company operates a worldwide proprietary network through five carrier-neutral datacenters and 13 points of presence in the United States, Europe and Asia, with more than 16,000 servers throughout seven subsidiaries. XBT Holding partners with most major Tier 1 networks to ensure high-speed international connectivity up to 1.5 Tbps. XBT is now one of the fastest-growing companies in the Internet infrastructure industry. Visit XBT online at xbt.com.

## Contact Information

P-F000251

PR contact:
Natalia Katina
Marketing Coordinator
nkatina@xbt.com



View Full Site

## About Marketwired

Marketwired News
Community Builders
Privacy
Site Map
Accessibility

## Products

Marketwired Resonate
Marketwired Influencers
News Distribution
IR/PR Newsroom (Impress)
Media Database (Mediahub)

## Resources

Brochures
Case Studies
E-Books / Tip Sheets
Webinars / Videos

## Newsroom

All News
Headlines Only
Advanced Search
RSS Newsfeeds
Hot Off the Wire
Personal Beat
CASL Compliance

Connect With Us

### MARKETWIRED IS NOW PART OF NASDAQ

Copyright ©2016 Nasdaq, Inc. All rights reserved. Legal

Nasdaq

P-F000252