# Exhibits 41-44
# **REDACTED**