Exhibit 45



| News | Videos | Quizzes | Tasty | DIY | More | Get Our News App |

       

TOP POST
5,950,378 VIEWS 

# These Reports Allege Trump Has Deep Ties To Russia

A dossier, compiled by a person who has claimed to be a former British intelligence official, alleges Russia has compromising information on Trump. The allegations are unverified, and the report contains errors.

Originally posted on Jan. 10, 2017, at 6:20 p.m.
Updated on Jan. 10, 2017, at 9:09 p.m.

 **Ken Bensinger**
BuzzFeed News Reporter

 **Miriam Elder**
BuzzFeed News World Editor

 **Mark Schoofs**
BuzzFeed News Investigations Editor

    

### In The News Today

- President Trump's senior adviser Kellyanne Conway says she meant to say "Bowling Green terrorists" after citing a nonexistent "massacre."
- Hundreds of US residents are still trapped by Trump's executive immigration orders, fueling a bitter battle between civil rights attorneys and border patrol agents.
- Uber CEO Travis Kalanick is dropping out of Donald Trump's economic advisory panel after backlash among customers led to the "Delete Uber" hashtag.
- A pharmaceutical company hiked the price of its life-saving overdose antidote from $575 to $4,100 in the middle of an opioid epidemic.

**Download the BuzzFeed News app**

### BuzzFeed NEWS



This Is How France's Nationalist Party Is Winning Gay Support

by J. Lester Feder

**Connect With USNews**

Like Us On Facebook

Follow Us On Twitter


*Drew Angerer / Getty Images*

A dossier making explosive — but unverified — allegations that the Russian government has been "cultivating, supporting and assisting" President-elect Donald Trump for years and gained compromising information about him has been

P-D000015

https://www.buzzfeed.com/kenbensinger/these-reports-allege-trump-has-deep-ties-to-russia?utm_term=.po7Qq61Q#.jx2Wm4aW[2/3/2017 10:47:50 AM]

circulating among elected officials, intelligence agents, and journalists for weeks.

The dossier, which is a collection of memos written over a period of months, includes specific, unverified, and potentially unverifiable allegations of contact between Trump aides and Russian operatives, and graphic claims of sexual acts documented by the Russians. BuzzFeed News reporters in the US and Europe have been investigating various alleged facts in the dossier but have not verified or falsified them. CNN reported Tuesday that a two-page synopsis of the report was given to President Obama and Trump.

Now BuzzFeed News is publishing the full document so that Americans can make up their own minds about allegations about the president-elect that have circulated at the highest levels of the US government.

The document was prepared for political opponents of Trump by a person who is understood to be a former British intelligence agent. It is not just unconfirmed: It includes some clear errors. The report misspells the name of one company, "Alpha Group," throughout. It is Alfa Group. The report says the settlement of Barvikha, outside Moscow, is "reserved for the residences of the top leadership and their close associates." It is not reserved for anyone, and it is also populated by the very wealthy.

The Trump administration's transition team did not immediately respond to BuzzFeed News' request for comment. However, the president-elect's attorney, Michael Cohen, told Mic that the allegations were absolutely false.

"It's so ridiculous on so many levels," he said. "Clearly, the person who created this did so from their imagination or did so hoping that the liberal media would run with this fake story for whatever rationale they might have."

And Trump shot back against the reports a short time later on Twitter.

His former campaign manager and current senior White House adviser, Kellyanne Conway, also denied the claims during an appearance on *Late Night With Seth Meyers,* adding that "nothing has been confirmed." She also said Trump was "not aware" of any briefing on the matter.

The documents have circulated for months and acquired a kind of legendary status among journalists, lawmakers, and intelligence officials who have seen them. *Mother Jones* writer David Corn referred to the documents in a late October column.

Harry Reid spokesman Adam Jentleson tweeted Tuesday that the former Senate Democratic leader had seen the documents before writing a public letter to FBI Director James Comey about Trump's ties to Russia. And CNN reported Tuesday that Arizona Republican John McCain gave a "full copy" of the memos to Comey on Dec. 9, but that the FBI already had copies of many of the memos.

**If you have tips related to this story, write us at trumpstories@buzzfeed.com. To send us information confidentially, go** here.

News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address

Sign up

## More News



Mexico's President Canceled His Meeting With Trump Rather Than Pay For The Wall



Gorsuch Would Join The Supreme Court Millionaires' Club If He's Confirmed



The White House Thinks Crimea Sanctions Should Stay Until Russia Returns It



Pentagon Report: The Military Spun Their Intel To Make ISIS Seem Weaker

P-D000016

## Read the report here:





[Israeli Officials Actually Don't Want The US To Move Its Embassy To Jerusalem](#)



[Trump To Publish Weekly List Of Crimes Committed By Undocumented Immigrants In Sanctuary Cities](#)



[Trump's Immigration Order Is Seriously Complicating The CIA's Job](#)



[Thousands Of Harvard Alumni Implore Jared Kushner For A Meeting](#)



[Meet The "Good Trolls" Secretly Spying On Trump Supporters And Neo-Nazis](#)



[Fox News Deleted A Tweet About The Quebec Shooting After Canada's Government Objected](#)

[More News](#)

Ken Bensinger is an investigative reporter for BuzzFeed News and is based in Los Angeles. His secure PGP fingerprint is 97CC 6E32 10A2 23FE 4E84 98B4 9CFF 4214 9D26 8AA7
Contact Ken Bensinger at [ken.bensinger@buzzfeed.com](mailto:ken.bensinger@buzzfeed.com).

Miriam Elder is the world editor for BuzzFeed News and is based in New York. Her secure PGP fingerprint is 5B5F EC17 C20B C11F 226D 3EBE 6205 F92F AC14 DCB1
Contact Miriam Elder at [miriam.elder@buzzfeed.com](mailto:miriam.elder@buzzfeed.com).

Pulitzer-prize winner Mark Schoofs is the investigations and projects editor for BuzzFeed News. While working at The Village Voice, Schoofs won the [2000 Pulitzer Prize for International Reporting](#) for his series on AIDS in Africa.
Contact Mark Schoofs at [mark.schoofs@buzzfeed.com](mailto:mark.schoofs@buzzfeed.com).

[P-D000017](#)

Got a confidential tip? Submit it here.

     More ▾

**Now Buzzing**



NEXT ON NEWS›

People Are Paying Heartfelt Tributes After The Death...

Tagged: donald trump, russia, viral



The "Cash Me Outside" Teen Will Return To Dr. Phil Next Week, How Bow Dah

 

Here's The Dragtastic Cast Of "RuPaul's Drag Race" Season 9



Theresa May Made The Man In Charge Of Brexit Carry Her Handbag



Donald Trump's Granddaughter Sang A Song In Chinese For Lunar New Year And People Are Obsessed

P-D000018



14 Times The Merriam-Webster Dictionary Was Shady AF



How Well Do You Remember The Characters On "Sabrina The Teenage Witch?"



28 Delicious Things To Cook In February



Mariah Carey Working Out In High Heels Is The Most Mariah Carey Thing Ever

Which Of These Options Is More Gross?



18 Tumblr Posts That Prove Parents Are Weird But Great

P-D000019



Nordstrom Has Dropped Ivanka Trump's Brand, Citing Lagging Sales

More Buzz

Advertise   Jobs   Mobile   Newsletter   Shop   US Edition

About   Press   RSS   Privacy   User Terms   Ad Choices   Help   Contact     © 2017 BuzzFeed, Inc

P-D000020