Exhibits
46-50
**REDACTED**