UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## [PROPOSED] ORDER GRANTING JOINT MOTION REGARDING SEALING OF MOTION PAPERS

THIS CAUSE is before the Court upon the Parties' Joint Motion Regarding Sealing of Motion Papers, Dkt. No. ____. Based upon a review of the record as a whole and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Parties' Joint Motion Regarding Sealing of Motion Papers, Dkt. No. ____, is **GRANTED**.

2. The Parties may file under seal any papers in support of, opposition to, and/or reply to any motion in this action which are subject to paragraph 10 of this Court's Amended Protective Order entered December 8, 2017 (Dkt. 97) or paragraph 6 of this Court's Protective Order with respect to

government evidence entered August 24, 2018 (Dkt. 194) under seal (the "Sealed Motion Papers") via CM/ECF in accordance with Southern District of Florida Local Rule 5.4, on or before the deadline set for the filing of such papers by the Local Rules of the Southern District of Florida or any order of this Court. The Clerk of the Court shall seal the Sealed Motion Papers for the duration of this litigation or until further ordered by this Court.

3. Any party filing Sealed Motion Papers shall, within seven days thereof, file a public, redacted version of such papers via CM/ECF.

**DONE AND ORDERED** in Chambers, at Miami, Florida this ____ day of September, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
John J. O'Sullivan, United States Magistrate Judge
Counsel of Record