UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

**DECLARATION OF NATHAN SIEGEL IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE ISSUE OF PLAINTIFFS' STATUS AS PUBLIC FIGURES**

I, Nathan Siegel, pursuant to 29 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, counsel for Plaintiffs BuzzFeed, Inc. and Ben Smith in the above-captioned proceeding.

2. I make this declaration in order to annex exhibits relied upon in Defendants' Memorandum of Points and Authorities in support of their Motion for Summary Judgment;

3. Annexed hereto as **Exhibit 1** is a true and correct copy of XBT's Response to Interrogatories dated July 19, 2017.

4. Annexed hereto as **Exhibit 2** is a true and correct copy of XBT's Third Supplemental Responses to Interrogatories dated February 18, 2018.

5. Annexed hereto as **Exhibit 3** is a true and correct copy of the transcript from the April 30, 2018 Deposition of Plaintiff Aleksej Gubarev.

6. Annexed hereto as **Exhibit 4** is a true and correct copy of Exhibit AW-8 from the April 30, 2018 Deposition of Aleksej Gubarev.

7. Annexed hereto as **Exhibit 5** is a true and correct copy of Exhibit PV-6 from the April 30, 2018 Deposition of Aleksej Gubarev.

8. Annexed hereto as **Exhibit 6** is a true and correct copy of Exhibit PV-7 from the April 30, 2018 Deposition of Aleksej Gubarev.

9. Annexed hereto as **Exhibit 7** is a true and correct copy of Exhibit PV-8 from the April 30, 2018 Deposition of Aleksej Gubarev.

10. Annexed hereto as **Exhibit 8** is a true and correct copy of Exhibit AW-7 from the April 30, 2018 Deposition of Aleksej Gubarev.

11. Annexed hereto as **Exhibit 9** is a true and correct copy of Exhibit AW-11 from the April 30, 2018 Deposition of Aleksej Gubarev.

12. Annexed hereto as **Exhibit 10** is a true and correct copy of Exhibit PV-5 from the April 30, 2018 Deposition of Aleksej Gubarev.

13. Annexed hereto as **Exhibit 11** is a true and correct copy of Exhibit PV-9 from the April 30, 2018 Deposition of Aleksej Gubarev .

14. Annexed hereto as **Exhibit 12** is a true and correct copy of the transcript from the Deposition of Rajesh Mishra.

15. Annexed hereto as **Exhibit 13** is a true and correct copy of Exhibit 52 from the Deposition of Rajesh Mishra.

16. Annexed hereto as **Exhibit 14** is a true and correct copy of Exhibit 53 from the Deposition of Rajesh Mishra.

17. Annexed hereto as **Exhibit 15** is a true and correct copy of Exhibit AM-1 from the April 30, 2018 Deposition of Aleksej Gubarev.

18. Annexed hereto as **Exhibit 16** is a true and correct copy of Exhibit AWM-1 from the April 30, 2018 Deposition of Aleksej Gubarev.

19. Annexed hereto as **Exhibit 17** is a true and correct copy of a web page publicly available at http://www.fubarwebmasters.com:80/galleries.php?id=801&page=2, which includes a photograph of Gubarev wearing a nametag as "Alex Xe."

20. Annexed hereto as **Exhibit 18** is a true and correct copy of Exhibit AG-6 from the April 30, 2018 Deposition of Aleksej Gubarev, along with the original Russian article available at http://www.forbes.ru/forbes/issue/2006-03/13804-virtualnoe-podpole, and a certified translation thereof.

21. Annexed hereto as **Exhibit 19** is a true and correct copy of an August 2, 2013article by Brian Krebs for the website *Krebs on Security*, printed from the website at https://krebsonsecurity.com/2013/08/pavel-vrublevsky-sentenced-to-2-5-years/.

22. Annexed hereto as **Exhibit 20** is a true and correct copy of the Memorandum of Points and Authorities in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause, filed publicly on June 1, 2009 by the Federal Trade Commission in the matter of *FTC v. Pricewert LLC d/b/a/ 3FN.net et al.*, Case No. 5:09-cv-02407-RMW (Dkt. 5), printed from the website at https://www.ftc.gov/sites/default/files/documents/cases/2009/06/0906043fnmemotro.pdf.

23. Annexed hereto as **Exhibit 21** is a true and correct copy of Exhibit MC-1from the April 30, 2018 Deposition of Aleksej Gubarev.

24. Annexed hereto as **Exhibit 22** is a true and correct copy of a November 18, 2014 article by Brian Krebs for *Slate*, printed from the website at

http://www.slate.com/articles/technology/future_tense/2014/11/spam_nation_meet_the_russian_cybercrooks_behind_the_digital_threats_in_your.html.

25. Annexed hereto as **Exhibit 23** is a true and correct copy of a December 29, 2009 article for *Newsweek*, printed from the website at https://www.newsweek.com/russian-computer-hackers-are-global-threat-75837.

26. Annexed hereto as **Exhibit 24** is a true and correct copy of a November 12, 2008 article by Brian Krebs for the *Washington Post*, printed from the website at

http://www.washingtonpost.com/wp-dyn/content/article/2008/11/12/AR2008111200658_3.html

27. Annexed hereto as **Exhibit 25** is a true and correct copy of Exhibit MC-2 from the April 30, 2018 Deposition of Aleksej Gubarev.

28. Annexed hereto as **Exhibit 26** is a true and correct copy of a June 4, 2009 press release by the Federal Trade Commission, printed from the website at https://www.ftc.gov/news-events/press-releases/2009/06/ftc-shuts-down-notorious-rogue-internet-service-provider-3fn.

29. Annexed hereto as **Exhibit 27** is a true and correct copy of a May 19, 2010 press release by the Federal Trade Commission, printed from the website at https://www.ftc.gov/news-events/press-releases/2010/05/ftc-permanently-shuts-down-notorious-rogue-internet-service.

30. Annexed hereto as **Exhibit 28** is a true and correct copy of Exhibit TFN-1from the April 30, 2018 Deposition of Aleksej Gubarev.

31. Annexed hereto as **Exhibit 29** is a true and correct copy of a November 12, 2012 press release from MarketWired titled "XBT Holding Ltd. Acquires 1-800-HOSTING, Inc.," printed from the website at http://www.marketwired.com/press-release/xbt-holding-ltd-acquires-1-800-hosting-inc-1724402.htm.

32. Annexed hereto as **Exhibit 30** is a true and correct copy of a document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000247.

33. Annexed hereto as **Exhibit 31** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000266.

34. Annexed hereto as **Exhibit 32** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000231.

35. Annexed hereto as **Exhibit 33** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000258.

36. Annexed hereto as **Exhibit 34** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000256.

37. Annexed hereto as **Exhibit 35** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000013.

38. Annexed hereto as **Exhibit 36** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000018.

39. Annexed hereto as **Exhibit 37** is a true and correct copy of Exhibit 2 to the Deposition of Nikolay Dvas.

40. Annexed hereto as **Exhibit 38** is a true and correct copy of the transcript from the May 17, 2018 Deposition of Nikolay Dvas.

41. Annexed hereto as **Exhibit 39** is a true and correct copy of Exhibit 4 to the Deposition of Nikolay Dvas.

42. Annexed hereto as **Exhibit 40** is a true and correct copy of Exhibit 5 to the Deposition of Nikolay Dvas.

43. Annexed hereto as **Exhibit 41** is a true and correct copy of Exhibit 7 to the Deposition of Nikolay Dvas.

44. Annexed hereto as **Exhibit 42** is a true and correct copy of Exhibit 13 to the Deposition of Nikolay Dvas).

45. Annexed hereto as **Exhibit 43** is a true and correct copy of Exhibit 14 to the Deposition of Nikolay Dvas.

46. Annexed hereto as **Exhibit 44** is a true and correct copy of Exhibit 15 to the Deposition of Nikolay Dvas.

47. Annexed hereto as **Exhibit 45** is a true and correct copy of Exhibit 27 to the Deposition of Nikolay Dvas).

48. Annexed hereto as **Exhibit 46** is a true and correct copy of Exhibit 28 to the Deposition of Nikolay Dvas.

49. Annexed hereto as **Exhibit 47** is a true and correct copy of Exhibit R-5 from the April 30, 2018 Deposition of Aleksej Gubarev.

50. Annexed hereto as **Exhibit 48** is a true and correct copy of document P-F000122, and a certified translation thereof..

51. Annexed hereto as **Exhibit 49** is a true and correct copy of the transcript of the June 28, 2018 30(b)(6) deposition of Plaintiff Aleksej Gubarev.

52. Annexed hereto as **Exhibit 50** is a true and correct copy of a September 1, 2015 article by Shaun Walker for *The Guardian*, printed from the website available at https://www.theguardian.com/world/2015/sep/01/russia-internet-privacy-laws-control-web

53. Annexed hereto as **Exhibit 51** is a true and correct copy of a July 4, 2014 article by Alexei Anishchuk for *Reuters*, printed from the website at https://www.reuters.com/article/us-

russia-internet-bill-restrictions/russia-passes-law-to-force-websites-onto-russian-servers-idUSKBN0F91SG20140704

54. Annexed hereto as **Exhibit 52** is a true and correct copy of Exhibit R-7 from the April 30, 2018 Deposition of Aleksej Gubarev.

55. Annexed hereto as **Exhibit 53** is a true and correct copy of Exhibit PR-24 from the April 30, 2018 Deposition of Aleksej Gubarev, along with a certified translation of the document.

56. Annexed hereto as **Exhibit 54** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000270, along with a certified translation of the document.

57. Annexed hereto as **Exhibit 55** is a true and correct copy of Exhibit PR-39 from the April 30, 2018 Deposition of Aleksej Gubarev, along with a certified translation of the document.

58. Annexed hereto as **Exhibit 56** is a true and correct copy of Exhibit 16 to the Deposition of Nikolay Dvas.

59. Annexed hereto as **Exhibit 57** is a true and correct copy of Exhibit PR-38 from the April 30, 2018 Deposition of Aleksej Gubarev, along with a certified translation of the document.

60. Annexed hereto as **Exhibit 58** is a true and correct copy of a June 25, 2018 article by Adam Segal for the Council on Foreign Relations, printed from the website at https://www.cfr.org/blog/who-was-german-klimenko-and-what-does-his-dismissal-mean-russian-internet.

61. Annexed hereto as **Exhibit 59** is a true and correct copy of Exhibit 30 to the Deposition of Nikolay Dvas, along with a certified translation of the document.

62. Annexed hereto as **Exhibit 60** is a true and correct copy of Exhibit 33 to the Deposition of Nikolay Dvas, along with a certified translation of the document.

63. Annexed hereto as **Exhibit 61** is a true and correct copy of Exhibit 32 to the Deposition of Nikolay Dvas.

64. Annexed hereto as **Exhibit 62** is a true and correct copy of Exhibit 34 to the Deposition of Nikolay Dvas.

65. Annexed hereto as **Exhibit 63** is a true and correct copy of the page titled "About the Forum" on the publicly available website for the St. Petersburg International Economic Forum (SPIEF), printed from the website at https://forumspb.com/en/about/?lang=en.

66. Annexed hereto as **Exhibit 64** is a true and correct copy of Exhibit 24 to the Deposition of Nikolay Dvas.

67. Annexed hereto as **Exhibit 65** is a true and correct copy of Exhibit 31 to the Deposition of Nikolay Dvas.

68. Annexed hereto as **Exhibit 66** is a true and correct copy of Exhibit 38 to the Deposition of Nikolay Dvas.

69. Annexed hereto as **Exhibit 67** is a true and correct copy of Exhibit 51 to the Deposition of Nikolay Dvas.

70. Annexed hereto as **Exhibit 68** is a true and correct copy of Exhibit 52 to the Deposition of Nikolay Dvas.

71. Annexed hereto as **Exhibit 69** is a true and correct copy of Exhibit 50 to the Deposition of Nikolay Dvas.

72. Annexed hereto as **Exhibit 70** is a true and correct copy of Exhibit PR 2 from the April 30, 2018 Deposition of Aleksej Gubarev.

73. Annexed hereto as **Exhibit 71** is a true and correct copy of Exhibit PR 1 from the April 30, 2018 Deposition of Aleksej Gubarev.

74. Annexed hereto as **Exhibit 72** is a true and correct copy of Exhibit 45 to the Deposition of Nikolay Dvas.

75. Annexed hereto as **Exhibit 73** is a true and correct copy of Exhibit 47 to the Deposition of Nikolay Dvas.

76. Annexed hereto as **Exhibit 74** is a true and correct copy of Exhibit 46 to the Deposition of Nikolay Dvas.

77. Annexed hereto as **Exhibit 75** is a true and correct copy of Exhibit 48 to the Deposition of Nikolay Dvas).

78. Annexed hereto as **Exhibit 76** is a true and correct copy of Exhibit PR-83 from the April 30, 2018 Deposition of Aleksej Gubarev.

79. Annexed hereto as **Exhibit 77** is a true and correct copy of Exhibit 53 to the Deposition of Nikolay Dvas.

80. Annexed hereto as **Exhibit 78** is a true and correct copy of Exhibit 55 to the Deposition of Nikolay Dvas.

81. Annexed hereto as **Exhibit 79** is a true and correct copy of Exhibit 56 to the Deposition of Nikolay Dvas.

82. Annexed hereto as **Exhibit 80** is a true and correct copy of Exhibit 57 to the Deposition of Nikolay Dvas.

83. Annexed hereto as **Exhibit 81** is a true and correct copy of Exhibit PR-7 from the April 30, 2018 Deposition of Aleksej Gubarev.

84. Annexed hereto as **Exhibit 82** is a true and correct copy of an E-mail from Alexey Gubarev to Modupeh Jahamaliah dated September 14, 2016 re: Interview with AppMaster/MyEmoji.com.

85. Annexed hereto as **Exhibit 83** is a true and correct copy of the website page for the October 18, 2016 episode (Episode 485) of the AppMasters Podcast, titled "485: Biggest Lesson of Growing a Company with Aleksej Gubarev," printed from the website at https://appmasters.com/servers-aleksej-gubarev, along with a CD containing a true and correct copy of the podcast audio downloaded from the website.

86. Annexed hereto as **Exhibit 84** is a true and correct copy of the June 1, 2018 Declaration of James W. McDermott on behalf of KGlobal, LLC, certifying records produced by KGlobal in this litigation.

87. Annexed hereto as **Exhibit 85** is a true and correct copy of Exhibit 3 from the May 16, 2018 Deposition of Aleksej Gubarev.

88. Annexed hereto as **Exhibit 86** is a true and correct copy of the transcript from the May 16, 2018 deposition of Plaintiff Aleksej Gubarev.

89. Annexed hereto as **Exhibit 87** is a true and correct copy of Exhibit 3 from the May 16, 2018 Deposition of Aleksej Gubarev.

90. Annexed hereto as **Exhibit 88** is a true and correct copy of Shayefar Decl. Exhibit 44 with certificate of accuracy translation.

91. Annexed hereto as **Exhibit 89** is a true and correct copy of Exhibit 60 to the Deposition of Nikolay Dvas.

92. Annexed hereto as **Exhibit 90** is a true and correct copy of Exhibit 61 to the Deposition of Nikolay Dvas.

93. Annexed hereto as **Exhibit 91** is a true and correct copy of Exhibit 62 to the Deposition of Nikolay Dvas.

94. Annexed hereto as **Exhibit 92** is a true and correct copy of Exhibit 63 to the Deposition of Nikolay Dvas.

95. Annexed hereto as **Exhibit 93** is a true and correct copy of articles referenced in Exhibit 63 to the Deposition of Nikolay Dvas.

96. Annexed hereto as **Exhibit 94** is a true and correct copy of Exhibit 64 to the Deposition of Nikolay Dvas).

97. Annexed hereto as **Exhibit 95** is a true and correct copy of Exhibit 32 to the Deposition of Rajesh Mishra.

98. Annexed hereto as **Exhibit 96** is a true and correct copy of Exhibit 1 to the Deposition of Jeffrey Anderson.

99. Annexed hereto as **Exhibit 97** is a true and correct copy of Exhibit 6 to the Deposition of Jeffrey Anderson.

100. Annexed hereto as **Exhibit 98** is a true and correct copy of Exhibit 65 to the Deposition of Nikolay Dvas.

101. Annexed hereto as **Exhibit 99** is a true and correct copy of Exhibit 66 to the Deposition of Nikolay Dvas.

102. Annexed hereto as **Exhibit 100** is a true and correct copy of Exhibit 69 to the Deposition of Nikolay Dvas.

103. Annexed hereto as **Exhibit 101** is a true and correct copy of Exhibit 70 to the Deposition of Nikolay Dvas.

104. Annexed hereto as **Exhibit 102** is a true and correct copy of Exhibit 81 to the Deposition of Nikolay Dvas.

105. Annexed hereto as **Exhibit 103** is a true and correct copy of Exhibit 86 to the Deposition of Nikolay Dvas.

106. Annexed hereto as **Exhibit 104** is a true and correct copy of Exhibits 6A and 6B to the Deposition of Jochem Steman.

107. Annexed hereto as **Exhibit 105** is a true and correct copy of the transcript from the Deposition of Jochem Steman.

108. Annexed hereto as **Exhibit 106** is a true and correct copy of Exhibit 3 to the Deposition of Jochem Steman.

109. Annexed hereto as **Exhibit 107** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-H000053.

110. Annexed hereto as **Exhibit 108** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-H000007.

111. Annexed hereto as **Exhibit 109** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-P000150.

112. Annexed hereto as **Exhibit 110** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-P000191.

113. Annexed hereto as **Exhibit 111** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-P000157.

114. Annexed hereto as **Exhibit 112** is a true and correct copy of Exhibits 7A and 7B from the Deposition of Jochem Steman.

115. Annexed hereto as **Exhibit 113** is a true and correct copy of Exhibit 10 from the Deposition of Jochem Steman.

116. Annexed hereto as **Exhibit 114** is a true and correct copy of Exhibits 8A and 8B from the Deposition of Jochem.

117. Annexed hereto as **Exhibit 115** is a true and correct copy of Exhibits 9A and 9B from the Deposition of Jochem Steman.

118. Annexed hereto as **Exhibit 116** is a true and correct copy of Exhibit 12 from the Deposition of Jochem Steman.

119. Annexed hereto as **Exhibit 117** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-P000021.

120. Annexed hereto as **Exhibit 118** is a true and correct copy of Exhibit 16 to the Deposition of Anthony Ferrante.

121. Annexed hereto as **Exhibit 119** is a true and correct copy of a February 14, 2017 article by Alan Cullison for the *Wall Street Journal*, printed from the website https://www.wsj.com/articles/russian-tech-entrepreneur-denies-link-to-donald-trump-hacking-report-1487096190.

122. Annexed hereto as **Exhibit 120** is a true and correct copy of Exhibits 24A and 24B from the Deposition of Jochem Steman.

123. Annexed hereto as **Exhibit 121** is a true and correct copy of an August 6, 2007 article by Michael Specter for the *New Yorker*, printed from the website https://www.newyorker.com/magazine/2007/08/06/damn-spam.

124. Annexed hereto as **Exhibit 122** is a true and correct copy of an August 26, 2009 article by Ellen Messmer for *Network World*, printed from the website https://www.networkworld.com/article/2247722/wireless/trojan-attacks-up--phishing-attacks-down-this-year--ibm-finds.html.

125. Annexed hereto as **Exhibit 123** is a true and correct copy of a June 20, 2017 article by Andy Greenberg for *Wired*, printed from the website https://www.wired.com/story/russian-hackers-attack-ukraine.

126. Annexed hereto as **Exhibit 124** is a true and correct copy of an April 8, 2015 article by Evan Perez and Shimon Prokupecz for CNN, printed from the website https://edition.cnn.com/2015/04/07/politics/how-russians-hacked-the-wh/index.html.

127. Annexed hereto as **Exhibit 125** is a true and correct copy of a March 10, 2015 article by Evan Perez and Shimon Prokupecz for CNN, printed from the website https://www.cnn.com/2015/03/10/politics/state-department-hack-worst-ever/index.html.

128. Annexed hereto as **Exhibit 126** is a true and correct copy of a June 14, 2016 article by Ellen Nakashima for the *Washington Post*, printed from the website https://www.washingtonpost.com/world/national-security/russian-government-hackers-penetrated-dnc-stole-opposition-research-on-trump/2016/06/14/cf006cb4-316e-11e6-8ff7-7b6c1998b7a0_story.html.

129. Annexed hereto as **Exhibit 127** is a true and correct copy of an October 7, 2016 Joint Statement from the Department of Homeland Security and Office of the Director of National Intelligence on Election Security, printed from the website https://www.dhs.gov/news/2016/10/07/joint-statement-department-homeland-security-and-office-director-national.

130. Annexed hereto as **Exhibit 128** is a true and correct copy of a December 29, 2016 Joint Analysis Report by Federal Bureau of Investigation and Department of Homeland Security titled *Grizzly Steppe – Russian Malicious Cyber Activity*, printed from the website https://www.us-cert.gov/sites/default/files/publications/JAR_16-20296A_GRIZZLY%20STEPPE-2016-1229.pdf.

131. Annexed hereto as **Exhibit 129** is a true and correct copy of a February 19, 2008 article by Karen Spaink for *Het Parool*, printed from the website http://www.spaink.net/2008/02/19/child-pornography-fight-it-or-hide-it/.

132. Annexed hereto as **Exhibit 130** is a true and correct copy of a February 19, 2008 article from *Het Parool*, printed from the website at https://www.parool.nl/binnenland/politie-liet-kinderporno-lopen~a12093/, along with a certified translation of the document.

133. Annexed hereto as **Exhibit 131** is a true and correct copy of a December 2, 2008 article by Peter Olstoorn for *Webwereld*, printed from the website at https://webwereld.nl/overheid/39597-leaseweb-verliest-van-parool-en-spaink-over-kinderporno, along with a certified translation of the document.

134. Annexed hereto as **Exhibit 132** is a true and correct copy of a July 28, 2009 report from *CNN iReport*, printed from the website at http://ireport.cnn.com/docs/DOC-305369.

135. Annexed hereto as **Exhibit 133** is a true and correct copy of relevant excerpts from the June 18, 2018 Deposition of Christopher Steele.

136. Annexed hereto as **Exhibit 134** is a true and correct copy of the October 16, 2015 comments submitted by the Motion Picture Association of America to the U.S. Intellectual Property Enforcement Coordinator in the Office of Management and Budget, printed from the

U.S. government website Regulations.gov at https://www.regulations.gov/document?D=OMB-2015-0003-0058.

137. Annexed hereto as **Exhibit 135** is a true and correct copy of Exhibit 17 to the Deposition of Anthony Ferrante.

138. Annexed hereto as **Exhibit 136** is a true and correct copy of a November 15, 2017 article by Kevin G. Hall for *McClatchy News*, printed from the website at https://www.mcclatchydc.com/news/nation-world/national/article184786328.html.

139. Annexed hereto as **Exhibit 137** is a true and correct copy of Exhibits AG-4A and AG-4B, from the April 30, 2018 Deposition of Aleksej Gubarev.

140. Annexed hereto as **Exhibit 138** is a true and correct copy of Exhibits 18A and 18B of the Deposition of Jochem Steman.

141. Annexed hereto as **Exhibit 139** is a true and correct copy of document produced by KGlobal, LLC in this litigation bearing the Bates stamp KGlobal003786.

142. Annexed hereto as **Exhibit 140** is a true and correct copy of an August 9, 2001 article by Chris Brummitt for the *Associated Press*, printed from the website at https://www.apnews.com/1d99dcf5d238746af1ee9054e7c506a4.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2018 in Washington, District of Columbia.

/s/ *Nathan Siegel*
Nathan Siegel