# Exhibit 3

Aleksej Gubarev
April 30, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:17-CV-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

                    Plaintiffs,

-vs-

BUZZFEED, INC. AND BEN SMITH,

                    Defendant.
_____/

VIDEOTAPED DEPOSITION OF ALEKSEJ GUBAREV

Monday, April 30, 2018
10:13 a.m. - 6:57 p.m.
Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Blvd., Suite 1300
Miami, Florida 33133

Stenographically reported by:
Shari M. Thrasher

Aleksej Gubarev
April 30, 2018                                    2

```
 1    APPEARANCES:

 2

 3    On behalf of the Plaintiffs:

 4          EVAN FRAY-WITZER, ESQUIRE (pro hac vice)
            Ciampa Fray-Witzer, LLP
 5          20 Park Plaza, Suite 505
            Boston, Massachusetts 02116
 6          Telephone: 617-426-0000
            Facsimile: 617-423-4855
 7          E-mail:  Evan@CFWLegal.com

 8

 9          VALENTIN D. GURVITS, ESQUIRE (pro hac vice)
            Matthew Shayefar (Fla. Bar No. 0126465)
10          Boston Law Group, PC
            825 Beacon Street, Suite 20
11          Newton Centre, Massachusetts 02459
            Telephone: 617-928-1804
12          E-mail: vgurvits@bostonlawgroup.com

13

14    On behalf of the Defendants:

15
            ROY BLACK, ESQUIRE
16          ALICE FEROT, ESQUIRE
            Black, Srebnick, Kornspan & Stumpf, P.A.
17          201 S. Biscayne Boulevard, Suite 1300
            Miami, Florida 33131
18          Telephone:  (305) 371-6421
            Rblack@royblack.com
19          Jlopez@royblack.com

20

21          NABIHA B. SYED, ESQUIRE
            BUZZFEED
22          111 E. 18TH Street, FL 13
            New York, NY 10003-2107
23          Telephone: (714) 200-3983
            E-mail Address: nabiha.syed@buzzfeed.com
24

25
```

Aleksej Gubarev
April 30, 2018                                        3

```
 1              (Appearances continued.)

 2         KATHERINE M. BOLGER, ESQUIRE
           ADAM LAZIER, ESQUIRE
 3         NATHAN SIEGEL, ESQUIRE
           Davis Wright Tremaine, LLP
 4         1251 Avenue of the Americas
           21st Floor
 5         New York, New York 10020
           Telephone:  (212) 489-8230
 6         E-mail: Katebolger@dwt.com
           Adamlazier@dwt.com
 7         Nathansiegel@dwt.com

 8

 9

10    ALSO PRESENT:

11

12        Jane Quinn

13        Barbara Andrade

14        Rajesh Mishra

15        Konstantin Bezruchenki

16        Mykola Tyshchenko, Interpreter

17        Nelson Rodriguez, Videographer

18

19

20

21

22

23

24

25
```

Aleksej Gubarev
April 30, 2018                                    4

```
1                              INDEX

2    WITNESS                                      PAGE

3    ALEKSEJ GUBAREV
          Direct Examination by Mr. Black ...........10
4
          Errata Sheet.............................290
5
          Certificate of Oath Witness..............292
6
          Letter to Witness Re: Reading............294
7

8                            -  -  -
9                   DEFENDANT'S EXHIBITS MARKED
                             -  -  -
10
     NUMBER          DESCRIPTION                   PAGE
11   _____

12   Exhibit AG-8 Protective order .................37

13   Exhibit AG-4A Interview dated 1/19/17 .........42

14   Exhibit AG-4D E-mail between Mr. Gubarev ......52
               and Mr. Dolan.
15
     Exhibit AG-10 E-mail sent by Mr. Mishra .......54
16             dated 2/24/17.

17   Exhibit AW-1 Adult Master Conference 2003. ....55

18   Exhibit AW-2 Conference in Larnaca, Cyprus ....62
               2004.
19
     Exhibit AW-3 Conference advertisement. ........63
20
     Exhibit AW-5 Letter ...........................66
21
     Exhibit AW-7 AWMOpen 2009 Cyprus. .............68
22
     Exhibit AW-8 Russian Media Group article ......73
23
     Exhibit AW-11 AWMOpen September 2011 ..........74
24             Amsterdam

25   Exhibit AW-13 Webmaster Access Amsterdam ......76
               11th Addition.
```

Aleksej Gubarev
April 30, 2018                              5

1

Exhibit PX-107 through PX-109 Photographs ......77
2
Exhibit AW-15 Blog post written by Perec .......79
3
Exhibit AWM-1 Advertisement ....................82
4
Exhibit AM-1 Letter written by Alex XE .........87
5
Exhibit PX-112 Photograph ......................89
6
Exhibit PV-5 Adult Webmasters Open 2004. .......90
7
Exhibit PV-6 Adult Webmaster Open of 2005 ......92
8         in Prague.
9   Exhibit PV-7 Adult Webmasters Open of .........94
          2006.
10
Exhibit PV-8 Adult Webmasters Open 2008 .......96
11
Exhibit PV-9 Adult Webmasters Open 2008 .......97
12        sponsors
13  Exhibit PV-12 AWMOpen Conference 2008. ........102
14  Exhibit PV-4 Brian Krebs article dated .......104
          1/28/18.
15
Exhibit PV-3 Brian Krebs article  ............106
16
Exhibit PV-12 Adult Webmasters Open 2008 ......107
17
Exhibit PV-15 New York Times article dated ....110
18        9/2/13.
19  Exhibit AG-6 Article in Forbes called ........114
          Virtual Underground.
20
Exhibit MC-1 Adult Webmasters Open 2004 .......117
21
Exhibit MC-2 Article by Brian Krebs ..........117
22
Exhibit PX-34 Photograph ......................121
23
Exhibit PX-37 Photograph ......................121
24
Exhibit PX-39 Photograph ......................121
25
Exhibit PX-43 Photograph ......................121

Aleksej Gubarev
April 30, 2018                          6

Exhibit PX-47 Photograph ......................124

Exhibit PX-48 Photograph ......................124

Exhibit PX-53 Photograph ......................125

Exhibit PX-81 Photograph ......................126

Exhibit TF-N1 AWMOpen 2005 ....................127

Exhibit TF-N2 Article by Brian Krebs .........128

Exhibit RE-2 www.real-euros.com ..............131

Exhibit RE-1 www.real-euros.com ..............135

Exhibit RE-3 www.real-euros.com ..............135

Exhibit RE-4 AWMOpen .........................137

Exhibit RB-2 From the Real-Bucks Website. .....143

Exhibit RB-4 Real-Bucks advertisment .........145

Exhibit RB-7 Interview with Bigvoo ...........146

Exhibit EH-3 AWM Summer Party 2006 ...........151

Exhibit PX-116 and PX-117 Photographs ........153

Exhibit SK-3 Article about Seva ..............154
          Kapsugovich.

Exhibit MB-1 E-mail from Nick Dvas to ........169
          Charles Dolan.

Exhibit MB-4 E-mail dated 1-21-16. ...........179

Exhibit MB-5 E-mail ..........................181

Exhibit MB-8 E-mails between Dvas, Dolan ......186
          and Gubarev dated 1/22/16.

Exhibit MB-9 E-mail from Mr. Dvas to Mr. ......199
          Dolan dated 1/22/16.

Exhibit MB-11 E-mail from Dvas to Dolan .......206
          dated 1/23/16.

1   Exhibit MB-19 E-mail dated 1-6-17 .............207

2   Exhibit INT-1 Internal investigation .........210
          report.
3
    Exhibit INT-2 Grizzly Steppe report ..........214
4
    Exhibit INT-7 From Mark Goederich dated .......220
5          9/6/17.

6   Exhibit HA-4 RIG exploit kit .................231

7   Composite Exhibit PR-1 E-mails ...............242

8   Exhibit PR-2 E-mails .........................246

9   Exhibit PR-3 Set of documents ................248

10  Exhibit PR-5 In re: Saint Petersburg forum ...254

11  Exhibit PR-6 E-mails with the Cutler PR .......256
          Firm.
12
    Exhibit PR-7 Article Clinton Plugs Another ....263
13         Weak Story About Trump's Ties to
           Putin
14
    Exhibit R-5 Article in re: Edinaya Set. .......265
15
    Exhibit R-7 Press release by Servers.com ......266
16
    Exhibit R-8 Article Russian data law fuels ....268
17         web surveillance fears.

18  Exhibit R-2 E-mails ..........................269

19  Exhibit N-1 "Dimitry Marinichev" .............270

20  Exhibit N-2 "Victor Kalikov" .................270

21  Exhibit N-3 "Lev Khasis" .....................271

22  Exhibit N-4 "Natalya Kaspersky" ..............271

23  Exhibit N-5 "Ilya Sachkov" ...................271

24  Exhibit N-6 "German Klimenko" ................272

25  Exhibit N-7 "Evgeniy Boogachev" ..............272

1    Exhibit N-10 "Vitaliy Korchagin" .................

2    Exhibit N-11 "Panagiotis Kouvatsos" ..........272

3    Exhibit N-14 "Konstantin Poltev" .............273

4    Exhibit N-15 "Anton Titov" ...................273

5    Exhibit BL-1 Bloomberg interview .............280

6    Exhibit R-21 E-mail is between Galkina and ....281
            Dolan.
7
     Exhibit PR-9 E-mail to Joe Malunda from .......283
8            Mr. Gubarev

9    Exhibit PR-16 Business Insider article. .......284

10   Exhibit PR-21 Article Biggest lesson of .......285
            Growing Company with Aleksej
11           Gubarev

12   Exhibit PR-24 Article .........................285

13   Exhibit PR-31 Article .........................285

14   Exhibit PR-38 Article .........................285

15   Exhibit PR-83 Article How Servers.com .........286
            helped Prisma get to 70 million
16
     Exhibit PR-39 Article .........................287
17

18

19

20

21

22

23

24

25

```
 1        VIDEOGRAPHER:  Good morning.  We are now on

 2   the video record.  Today is Monday, the 30th day of

 3   April, 2018.  The time is 10:13 a.m.

 4        We're here at 201 South Biscayne Boulevard,

 5   Miami, Florida for the purpose of taking the video

 6   deposition of Aleksej Gubarev taken by the

 7   defendant in case No. 1:17-CV-60426-UU.  Case is

 8   Gubarev versus BuzzFeed, Incorporated, which is

 9   filed in the United States District Court, Southern

10   District of Florida, Miami Division.

11        The court reporter is Shari Thrasher of U.S.

12   Legal Support.

13        The videographer is Nelson Rodriguez of U.S.

14   Legal Support.

15        Would all counsel, please state their

16   appearance for the record.

17        MR. BLACK:  Roy Black on behalf of BuzzFeed.

18        MS. BOLGER:  Kate Bolger on behalf of

19   BuzzFeed.

20        MS. SYED:  Nabiha Syed on behalf of BuzzFeed.

21        MR. SIEGEL:  Nathan Siegel for BuzzFeed.

22        MS. FEROT:  Alice Ferot for BuzzFeed.

23        MR. FRAY-WITZER:  Evan Fray-Witzer for Aleksej

24   Gubarev.

25        MR. GURVITS:  Val Gurvits for Aleksej Gubarev.
```

```
1              COURT REPORTER:  Court reporter, Shari
2        Thrasher.
3              I'll swear you in first.
4              Do you swear or affirm the translation from
5        English to Russian and Russian to English is true
6        and correct to the best of your ability?
7              INTERPRETER:  I do.
8              COURT REPORTER:  Thank you.
9              Please, raise your right hand.  Do you swear
10       or affirm the testimony you shall give is the
11       truth, the whole truth, and nothing but the truth?
12             THE WITNESS:  Yes.
13             COURT REPORTER:  Thank you.
14                     DIRECT EXAMINATION
15       Q   (BY MR. BLACK)  Mr. Gubarev, would you please
16  tell us your name?
17       A   Aleksej Gubarev.
18       Q   We have an interpreter here on standby because
19  I understand you may need it for some parts.  So at any
20  time you need to have any interpretation done for either
21  understanding the question or articulating your answer,
22  that is available for you.
23       A   I can use (unintelligible), correct?
24       Q   I'm sorry?
25       A   I can use audibly (unintelligible).
```

Aleksej Gubarev
April 30, 2018                                    11

```
 1        Q     If you don't understand something, you can use
 2    the interpreter.
 3        A     Okay, thank you.
 4        Q     Have you ever used any other names besides
 5    Aleksej Gubarev?
 6        A     No.
 7        Q     You always use your real name?
 8              MR. FRAY-WITZER:  Objection.
 9        A     No.
10        Q     (BY MR. BLACK)  You have not run any businesses
11    under a name other than Aleksej Gubarev?
12        A     I don't have them.
13        Q     I'm sorry?
14        A     I don't have them.
15        Q     Have you ever organized any businesses under a
16    name other than Aleksej Gubarev?
17        A     No.
18        Q     Do you use an online personality with a name
19    other than Aleksej Gubarev?
20              MR. FRAY-WITZER:  Objection.
21        A     Yes, sometime.
22        Q     (BY MR. BLACK)  What is that?
23        A     Different ones.
24        Q     Which ones?
25        A     One was Alex XE.
```

Aleksej Gubarev
April 30, 2018                                          12

```
 1          Q     What is the purpose of using Alex XE?

 2          A     It was used not only me, but several people.

 3          Q     What is the purpose of using Alex XE?

 4          A     It was normal at that time in the business.

 5          Q     Why was that normal?

 6          A     Just normal.

 7          Q     Why did you use it?

 8          A     Because everyone do the same.

 9          Q     No.  I'm asking:  Why did you use the name

10   Alex XE?

11          A     Because everybody else use it the same way.

12   It was normal for this time on the internet.

13          Q     What time are we talking about it was normal

14   to use this name?

15          A     About 15 years ago.

16                COURT REPORTER:  I'm sorry?

17          Q     (BY MR. BLACK)  All right.  Do you still use

18   that name today?

19          A     No.

20          Q     (BY MR. BLACK)  Well, did you begin using it in

21   2002?

22          A     I don't remember exactly.

23          Q     Didn't you use it up until at least 2014?

24          A     I don't remember.

25          Q     Do you own any businesses under the name
```

Aleksej Gubarev
April 30, 2018                                    13

```
 1   Alex XE?

 2        A     No.

 3        Q     Do you own a business called XE Investments?

 4        A     Yes.

 5        Q     Under what name do you own the business XE

 6   Investments?

 7        A     Under my passport.

 8        Q     Under what?

 9        A     Under my passport name.

10        Q     What is that?

11        A     Aleksej Gubarev.

12        Q     Why is the company called XE Investments?

13        A     Because the name was available.

14        Q     You did not select the name?

15        A     No.

16        Q     Who did?

17        A     My company.

18        Q     Who in your company selected the name XE

19   Investments?

20        A     Is the company corporate agent who is the

21   registered company, they select it.  They proposed me

22   different options and this one option.

23        Q     Why did they propose those different options?

24        A     You ask them which companies to register and

25   which name is available.
```

Aleksej Gubarev
April 30, 2018                                      14

```
 1        Q     Is XE Investments still a company today?

 2        A     Yes.

 3        Q     What does it own?

 4        A     Nothing.

 5        Q     It has no subsidiaries?

 6        A     No, not at this time, no.

 7        Q     Doesn't own Commercegate?

 8        A     No.

 9        Q     When did it dispose of Commercegate?

10        A     Could you please repeat the question?

11        Q     I'm sorry?

12        A     Could you please repeat the question?

13        Q     I said:  When did the XE Investments dispose

14  of the company Commercegate?

15        A     Some time ago recently.

16        Q     How long did XE Investments own Commercegate?

17        A     I don't remember exactly the amount of time.

18        Q     Who did you sell Commercegate to?

19              MR. FRAY-WITZER:  Objection.  You can answer.

20        A     I believe I have NDA for that.

21              COURT REPORTER:  I'm sorry?

22        Q     (BY MR. BLACK)  What?

23        A     I have NDA for that.

24        Q     I cannot understand that.

25        A     I have NDA.
```

Aleksej Gubarev
April 30, 2018                              15

```
 1              MS. BOLGER:  NDA, non-disclosure agreement.

 2        Q    (BY MR. BLACK)  You're refusing to tell us who

 3   you sold XE -- excuse me, Commercegate to?

 4              MR. FRAY-WITZER:  Objection.  You can answer.

 5        A    I have NDA.

 6        Q    (BY MR. BLACK)  Who did you sell it to?

 7        A    I tell you I have ND.  I don't want to break

 8   the ND.

 9        Q    And who do you have an NDA with?

10              MR. FRAY-WITZER:  Objection.  You can answer.

11        A    A person who buy it from me.

12              COURT REPORTER:  I'm sorry, what was the

13        answer?

14              WITNESS:  A person who buy it from me.

15        Q    (BY MR. BLACK)  What other aliases do you use

16   besides Alex XE?

17              MR. FRAY-WITZER:  Objection.

18        A    Nothing else.

19        Q    (BY MR. BLACK)  I'm sorry?

20        A    Nothing else.

21        Q    You said there were several you used?

22        A    I used Alex Y sometimes.  If it helps you.

23        Q    Any other names?

24        A    No.

25              MR. FRAY-WITZER:  Roy, I should ask, are we
```

Aleksej Gubarev
April 30, 2018                           16

```
 1        operating under stipulations for objections?
 2             MR. BLACK:  Yes.
 3             MR. FRAY-WITZER:  Because we haven't put it on
 4        the record.
 5             MR. BLACK:  No, no.  You don't have to object
 6        to everything.
 7        Q    (BY MR. BLACK)  Have you ever given a
 8   deposition before?
 9        A    I am surprised to hear this question now after
10   your line of question, but I can answer, no, never.
11        Q    Have you ever signed any affidavits?
12        A    I don't remember.  So many things happened, I
13   don't know.
14        Q    Of what countries are you a citizen?
15        A    Come again, please.
16        Q    Of what countries are you a citizen?
17        A    Three countries.
18        Q    Which ones?
19        A    Lithuania.
20             COURT REPORTER:  I'm sorry?
21             WITNESS:  Lithuania.
22             MR. BLACK:  Lithuania.
23        A    And Russia.
24        Q    (BY MR. BLACK)  Yes.
25        A    And Dominican.
```

Aleksej Gubarev
April 30, 2018                                    17

```
 1        Q    And your residency is where?

 2        A    In Cyprus.

 3             COURT REPORTER:  In, I'm sorry?

 4             WITNESS:  Cyprus.

 5             COURT REPORTER:  Thank you.

 6             WITNESS:  C-Y-P-R-U-S, Cyprus.

 7        Q    (BY MR. BLACK)  Have you ever been subject to

 8   any criminal charges?

 9        A    No.

10        Q    Have you ever been threatened with criminal

11   charges?

12        A    No.

13        Q    What is your education?

14        A    I finished high school and then I went to the

15   university, but I don't finish it because my future wife

16   become pregnant, and I have to stop working, stop going

17   to university, start working much more and I was not

18   able to finish university.

19        Q    And which university did you go to?

20        A    I start at the state university and then I

21   went to telecommunications in the same city.

22        Q    Did you receive any degrees?

23        A    No.

24        Q    How long were you at the university?

25        A    Two and a half years in two different
```

Aleksej Gubarev
April 30, 2018                          18

1    universities.

2        Q    After leaving the university, where did you

3    work?

4        A    I work -- first of all, I worked with my

5    father for production business, and also, I was doing

6    consultation for a company working together with the

7    company in Russia.  It was company E-House.  They were

8    doing a biggest network at that time entering shops and

9    (unintelligible) --

10       Q    And after that?

11            COURT REPORTER:  I'm sorry, could you repeat

12       the answer, please?

13       A    At that time, I was doing the wood business of

14   my father.

15            COURT REPORTER:  Wood business?

16            WITNESS:  Yes.

17       A    I was helping my father.  Also, I was working

18   with a company, E-House.

19            MR. FRAY-WITZER:  I-House.

20            WITNESS:  I-House -- no, it's E-House.

21            MR. BLACK:  It's with an E.

22       A    Yes, E-House.

23            And I was managing advertising of project

24   Bolero.ru (phonetic) and Megashop.ru.

25            COURT REPORTER:  Thank you.

1       Q    (BY MR. BLACK)   What business or businesses did

2    you continue or enter into after that?

3       A    Well, I was have some investments, but my main

4    business was website and sold that.

5       Q    What other businesses have you been involved

6    with?

7       A    I was not involved with -- but I make some

8    investment.

9       Q    What businesses have you invested in?

10      A    One of them was at that time was one

11   conference.

12      Q    What was that?

13      A    Conference.

14      Q    Any other businesses?

15      A    Some others.  What you want to know?  Several

16   ones.

17      Q    Could you tell us what the names are?

18      A    It was passive investment.  It was passive in

19   business, I was not involved.

20      Q    So you don't know the names?

21      A    The names -- it was passive investment.  I

22   don't remember.  Some of them were 15 years ago.  I

23   don't remember.

24      Q    So you can't remember which businesses you had

25   15 years ago?

Aleksej Gubarev
April 30, 2018                              20

1        A    It was so many different.

2        Q    How many different ones?

3        A    I don't remember all of them.

4        Q    Did you do any effort to prepare for your

5   deposition today?

6        A    I met with my lawyer.

7        Q    Other than talking with your lawyers?

8        A    No.

9        Q    You haven't looked to see what your business

10  background was?

11       A    What do you mean?

12       Q    Well, I want to know why you don't know the

13  names of the businesses you had?

14       A    No.  Why I have to remember this?  I'm here

15  for a different company.

16       Q    Well, most human beings remember what business

17  they were in, why don't you?

18            MR. FRAY-WITZER:  Objection.  You can answer.

19       A    When you have so many businesses over the

20  years, you don't remember all of them exactly.

21       Q    (BY MR. BLACK)  When did you move to Cyprus?

22       A    I moved in 2002.

23       Q    For what reason?

24       A    It was two reasons:  One, the one main, was

25  safety.  I'll explain why.

Aleksej Gubarev
April 30, 2018                                          21

```
 1              In 13th of January 2001, it was January 2001,
 2    there was a robbery in my house with my parents, and
 3    three people with the guns come to my house.  I was not
 4    there; I left two days before.  They robbed my mother,
 5    my father, my grandmother.  So my sister, she don't
 6    finish school even yet.
 7              They beat all of them.  So for me, it's a
 8    little bit personal.  And they found all the money which
 9    was in the house and everything, but for me...
10              The second reason why I was trying to buy an
11    apartment in Russia and Cyprus was much easier to buy.
12        Q    There is a -- or was at that time, a large
13    Russian IT community in Cyprus, was there not?
14        A    It was very little.  Not comparable to what it
15    is now.
16        Q    It's grown quite a bit over the years?
17        A    Now thousands of people.
18        Q    Did you ever live in Amsterdam?
19        A    I coming there regularly, but I was not living
20    there.
21              COURT REPORTER:  I'm sorry, can you repeat?
22              WITNESS:  I was coming there very regularly,
23        but I was not living there.
24        Q    (BY MR. BLACK)  Do you presently have any place
25    of residence in Russia?
```

Aleksej Gubarev
April 30, 2018                        22

1       A    No.

2       Q    Do you own any apartments in Russia?

3       A    I bought recently one, it's correct.  But I

4  didn't finish it.

5       Q    And where is that located?

6       A    In Moscow city.

7       Q    What's the name of the building?

8       A    Figuration Tower Vostok.

9       Q    Does your wife own any residences in Russia?

10      A    Yes, one apartment.

11      Q    Where is that located?

12      A    It's close to Moscow city.  I don't know the

13  address.

14      Q    I wanted to ask you some questions about your

15  electronic communications.  What e-mail system do you

16  use?

17      A    When?

18      Q    I'm sorry.

19      A    When?

20      Q    Any time.

21      A    Now I use e-mail, which is on the Apple.

22  That's it.

23      Q    What e-mail accounts do you have, under what

24  names?

25      A    I have account on my laptop, alex@webz.com.

Aleksej Gubarev
April 30, 2018                                        23

1          COURT REPORTER:  I'm sorry?

2          WITNESS:  Alex@webz.com.

3     A    Alex@xbtholding or xbt.com.

4          WITNESS:  Do you want me to repeat?

5          COURT REPORTER:  I got it, thanks.

6     A    Alex@haeos.com.

7          COURT REPORTER:  I'm sorry, spell the one that

8     started with an S, please.

9     A    Last one is @haeos.com, H-A-E-O-S.com.

10         WITNESS:  You understand?

11         COURT REPORTER:  Yes.

12    A    I have alex@ecorporate.com, and the last one

13    is alex@lifestudio.com.  This is accounts I have on my

14    laptop.

15    Q    (BY MR. BLACK)  Do you have an ICQ number?

16    A    No.

17    Q    Did you in the past?

18    A    Maybe, I don't remember.  Most probably.

19    Q    You don't remember?

20    A    I most probably had it, yes.

21    Q    What was that number?

22    A    I don't know.

23    Q    What did you use it for?

24    A    It was communication at the time of doing the

25    communications.

Aleksej Gubarev
April 30, 2018                            24

1          Q     What kind of communications?

2          A     Any communications.

3          Q     With whom?

4          A     With anybody.

5          Q     When after January 10th of 2017 did you decide

6     to file a lawsuit against BuzzFeed for publishing the

7     dossier?

8          A     Same day.

9          Q     So January 10, 2017, the next day?

10         A     News was come out and I was knowing about when

11    I wake up in the morning.

12         Q     All right.  Did you then send out a hold for

13    everybody to preserve their electronic messages?

14             MR. FRAY-WITZER:  Objection.  And to the

15         extent that this implies or requires you to talk

16         about communications that you've had with your

17         counsel, you're not to answer to that extent.

18         Q   (BY MR. BLACK)  Let me rephrase the question:

19    Except for communications with your lawyers, did you

20    take efforts on January 11th to have all your employees,

21    associates, partners, directors, officers of

22    corporations to preserve their electronic messages and

23    information as it relates to this case?

24         A     I don't understand the question.

25         Q     Did you ask people not to delete things from

Aleksej Gubarev
April 30, 2018                          25

1    their electronics?

2         A    Of course, I don't ask nobody.

3         Q    I'm sorry?

4         A    I don't ask nobody.

5         Q    You didn't ask for that?

6         A    No.

7         Q    At any time, have you ever asked for that?

8         A    No.  Why?

9         Q    Do your employees use company issued

10   computers?

11        A    Yes.

12        Q    Did you ever ask those employees to preserve

13   all the electronic information on those computers as it

14   bears on the issues in this case?

15             MR. FRAY-WITZER:  The same instruction

16        applies.

17        Q    (BY MR. BLACK)  Except for your lawyers -- I'm

18   sorry, except for your communications with your lawyers.

19        A    Can you please rephrase it, I don't understand

20   the question.

21        Q    Well, you filed a lawsuit on January 11th,

22   right?

23        A    Yes.

24        Q    There's a lot of evidence out there about the

25   things that deal in this dossier, right?

```
 1              MR. FRAY-WITZER:  Objection.

 2        A    I don't do it.  It's for me, there is no

 3   evidence.

 4        Q    (BY MR. BLACK)  So the reason you didn't ask

 5   for evidence to be preserved is because you say there is

 6   no evidence; is that correct?

 7        A    In my opinion, there is no evidence at all.

 8        Q    Okay.  Would you please describe for us the

 9   business that you presently operate?

10        A    I was operating the computer.

11        Q    Could you describe that business for us; what

12   does it do?

13        A    Well, my business was Web hosting.

14             COURT REPORTER:  I'm sorry?

15             WITNESS:  Web hosting.

16             COURT REPORTER:  Web hosting?

17             WITNESS: Yes.

18             COURT REPORTER:  Thank you.

19        A    Providing Web hosting to different customers,

20   different type of customers.  It is a big --

21   collocations services.

22             COURT REPORTER:  I'm sorry, it's a big?

23             MR. FRAY-WITZER:  I think if you slow down a

24        little so the --

25             WITNESS:  Let's start from the beginning, yes?
```

Aleksej Gubarev
April 30, 2018                    27

```
 1              COURT REPORTER:  Yes, thank you.
 2      A    Is XBT provides web hosting service.  Web
 3  hosting service.  Different type of them.  Can be B to C
 4  service products business to customer.
 5              COURT REPORTER:  Yes.
 6      A    Business to business.  Some collocation, it's
 7  LL.
 8              MR. FRAY-WITZER:  C-O-L-L.
 9              MR. BLACK:  It's location with a C-O at the
10      beginning.
11              COURT REPORTER:  Collocation, thank you.
12      A    Collocation services.
13      Q    (BY MR. BLACK)  How many servers are there in
14  your network?
15              MR. FRAY-WITZER:  Objection.  You can answer.
16      A    I don't know that number, but a lot,
17  thousands, tens of thousands.
18      Q    (BY MR. BLACK)  You don't know how many servers
19  there are from your network of servers; is that what you
20  are telling me?
21      A    It's not my duty.
22      Q    Whose duty is it?
23      A    Not me.
24      Q    Are you the CEO of XBT?
25      A    Not anymore.
```

Aleksej Gubarev
April 30, 2018                                        28

```
 1          Q    Were you the CEO of XBT?

 2          A    CO, not CEO.

 3          Q    All right.

 4          A    CO.

 5          Q    But you don't -- and you're telling us today,

 6     you don't know how many servers there are in the XBT

 7     company?

 8          A    I don't know that number if you ask about

 9     this.

10          Q    I don't need the exact number, but what's the

11     closest you can get?

12          A    If I remember correctly there are 20,000.

13          Q    How many?

14          A    20,000.

15          Q    20,000?

16          A    If I remember correctly.

17          Q    How many of those servers are owned by XBT?

18          A    I think 95 percent.

19          Q    How many?

20          A    I think 95 percent of those.

21          Q    95 percent?

22          A    I don't know the number, but I think.

23          Q    So XBT actually purchased and owns those

24     servers?

25          A    Correct.
```

Aleksej Gubarev
April 30, 2018                      29

```
 1        Q     They're not leased?
 2        A     Some of them leased, but, okay, if you go
 3   there, yes, they were.  It's financial lease.
 4        Q     I don't understand when you say that.
 5              How many of the 20,000 servers are owned by
 6   XBT and how many of them are leased by XBT from somebody
 7   else?
 8              MR. FRAY-WITZER:  Objection.  You can answer.
 9        A     Well, it was financial lease, and I don't know
10   the answer for that.  You can ask a financial person.
11              COURT REPORTER:  I'm sorry?
12        A     -- owns the company.
13              WITNESS:  I don't know the exact number.
14              COURT REPORTER:  Yes.
15              WITNESS:  It's better he ask the financial
16        person.  He will know more.  He will give the
17        number.
18        Q   (BY MR. BLACK)  I'm asking you the question.
19        A     I don't know that number.
20        Q     You don't know?
21        A     I don't know.
22        Q     All right.  Does XBT own any servers?
23        A     Of course.
24        Q     How many?
25        A     I don't know.
```

Aleksej Gubarev
April 30, 2018                                    30

```
 1        Q    You have no idea?

 2        A    Over 10,000.

 3        Q    Over 10,000?

 4        A    Yes.

 5        Q    That you purchased?

 6        A    Yes.

 7        Q    From Del?

 8        A    From Del.

 9        Q    So you purchased them, correct?

10        A    Correct.

11        Q    And you own them?

12        A    Yes.

13        Q    Not lease them?

14        A    No.

15        Q    And do you have any data centers?

16        A    Own?

17        Q    Do you have any to begin with?

18        A    Please, more specific question.

19        Q    All right, I'll make it more specific.

20             Do you own any data centers?

21        A    No, I lease.

22             MR. FRAY-WITZER:  Objection.  You can answer.

23        If you understand the question.

24        Q    (BY MR. BLACK)  Do you understand what the word

25        "own" means?
```

Aleksej Gubarev
April 30, 2018                                    31

```
1        A    Yes.  We don't own, we lease.

2        Q    So you do not own any data centers?

3             MR. FRAY-WITZER:  Objection.  Can you specify

4        "you"?

5             MR. BLACK:  I'm sorry?

6             MR. FRAY-WITZER:  Can you specify "you"?

7        Q    (BY MR. BLACK)  Does XBT own any data centers?

8        A    We don't own physical facilities.

9        Q    Does XBT own a data center in Dallas, Texas?

10       A    No.

11       Q    What is XBT's relation with the Dallas data

12       center?

13       A    No XBT, just Webzilla.

14       Q    Does Webzilla own the data center in Dallas?

15       A    No.

16       Q    I'm sorry?

17       A    No.  Exempt collocation services.

18            COURT REPORTER:  I'm sorry, what is it?

19            WITNESS:  Data center in Dallas, a leasing

20       company called Tierpoint Vocation Facility.

21       Q    (BY MR. BLACK)  So all the data centers that

22       XBT or Webzilla have a relation with are rented; is that

23       correct?

24       A    Yes.

25       Q    What assets does XBT and/or Webzilla actually
```

Aleksej Gubarev
April 30, 2018                              32

1   own?

2        A    I'm not sure that I can give you really detail

3   on that --

4        Q    Do the best you can.

5        A    First of all, we own servers, we own software.

6        Q    You own what?

7        A    Software.

8        Q    Software?

9        A    We own trademarks and domain names.

10        Q    What's the value of the servers that you

11   actually -- excuse me, that XBT and Webzilla actually

12   own?

13        A    I don't know.

14        Q    You have no idea?

15        A    No idea.

16        Q    What is the value of the software that XBT and

17   Webzilla actually own?

18        A    I don't know, you have to check the books.

19        Q    I have to check the books?

20        A    We have -- we keep a report what is the value.

21        Q    Can I take a look at your books?

22             MR. FRAY-WITZER:  Objection.

23        A    No.

24        Q    (BY MR. BLACK)  You said I have to check your

25   books.  Can I look at your books?

Aleksej Gubarev
April 30, 2018                          33

```
 1        A     I was mistaken.  I thought you meant checklist
 2   in keeping the report.
 3        Q     Can I look at your books?
 4              MR. FRAY-WITZER:  Objection.
 5        A     No.
 6        Q    (BY MR. BLACK)  Why not?
 7        A     Nothing, no.
 8        Q     Why not?
 9        A     Why?  We give you already the information you
10   requested.
11        Q     I want to look at your books.  You just
12   invited me to look at them.  Are you refusing?
13              MR. FRAY-WITZER:  Objection.  If you want to
14         make a discovery request, make a discovery request.
15        Q    (BY MR. BLACK)  Are you refusing?
16              MR. FRAY-WITZER:  Objection.
17        A     I don't understand your question properly.
18   You're using my -- I don't know English so well, now to
19   push me.
20        Q    (BY MR. BLACK)  Okay.  I understand.
21              You don't understand the English word for
22   "books," meaning the financial records of the company;
23   is that what you're telling us?
24        A     I should say financial auditor reports.  Okay?
25              COURT REPORTER:  Financial?  I'm sorry.
```

Aleksej Gubarev
April 30, 2018                              34

```
1              WITNESS:  Financial auditor reports.

2       Q    (BY MR. BLACK)  Do your customers sign a

3   contract with XBT or Webzilla for the use of your

4   servers?

5       A    Some of them, yes.

6       Q    What percentage of your customers sign

7   contracts?

8       A    Don't know.

9       Q    You have no idea?

10      A    No idea.

11      Q    And for what length are the contracts?

12      A    Usually for one to three years.

13      Q    And for the people who don't sign contracts,

14  how is it that they're able to use your servers?

15      A    It's public, public -- I don't know the word.

16  Public access.  I think public acceptance, which they

17  have to accept when signing for the servers.

18      Q    How long are they obligated to pay for, in

19  other words, is there a series of months or is it

20  month-to-month?  Day-to-day?  What is it?

21      A    If I remember correctly, it's a 30-day notice.

22           COURT REPORTER:  I'm sorry?

23           WITNESS:  If I remember correctly, it's a

24      30-day notice.

25           COURT REPORTER:  Thank you.
```

Aleksej Gubarev
April 30, 2018                           35

```
 1        Q    (BY MR. BLACK)  What is public accessing?

 2        A    You can check on Website to accept our policy,

 3   which people have to accept once they sign up.

 4        Q    What kind of service do they access under this

 5   public accessing?

 6        A    The service we provide.

 7        Q    Which service?

 8        A    I tell you before, we provide web hosting.  Is

 9   products and collocation.

10        Q    Somebody would host a Website on your servers

11   with a seven-day contract?

12        A    No.  We don't have these, as I know.

13        Q    For web posting, how long do they have to sign

14   a contract for?

15        A    Usually one month.

16        Q    How many employees does XBT and Webzilla have?

17        A    I don't remember at that time, but I think 375

18   now.

19             COURT REPORTER:  Did you say 175?

20             WITNESS:  375.

21             INTERPRETER:  375.

22             MR. FRAY-WITZER:  375.

23             COURT REPORTER:  Thank you.

24        A    If you want, I can tell you the office where

25   is the people.
```

Aleksej Gubarev
April 30, 2018                              36

```
1        Q    (BY MR. BLACK)  Where did you obtain the
2   capital to start XBT and Webzilla?
3        A    From my personal savings and we don't really
4   need.  Those customers owed money at that time.
5        Q    And where did you get your personal savings
6   from?
7        A    I'm doing some businesses with my father.
8        Q    So the capital to start -- let me backtrack.
9             Your first company was Webazilla, correct?
10       A    Correct.
11       Q    That was started in 2005?
12       A    Yes.  Registered name, if I remember
13  correctly, May 2005.  Company was registered in, again,
14  if I remember, June or July 2005, and we started.
15       Q    And the capital to start Webazilla came from
16  your personal savings?
17       A    From my personal savings as well.
18       Q    From the wood company?
19       A    From many other things.
20       Q    Which other things?
21       A    I was doing consultation for E-House.  I make
22  some money there.
23            COURT REPORTER:  Did you say posting?
24            WITNESS:  I do some consultation for E-House.
25       Q    (BY MR. BLACK)  So that's where you got the
```

Aleksej Gubarev
April 30, 2018                      37

1    capital to start Webazilla in 2005?

2         A    Yes.

3         Q    And did you buy servers in 2005?

4         A    Not even one.

5         Q    Did you lease servers?

6         A    Yes.

7         Q    How many?

8         A    We start with 20 servers.

9         Q    Why did you change the name from Webazilla to

10   Webzilla?

11        A    I explain:  In -- when we registered the

12   company, in Netherlands --

13             COURT REPORTER:  In?

14             INTERPRETER:  Netherlands.

15        A    I see if I can remember 2017, there was

16   another company who had trademark with Webzilla, and

17   they were trying to file a claim against us for using

18   similar name.  And we don't have option, but to buy this

19   name, and you have similar reservation in the United

20   States, if anyone improperly in 2005, when we issued --

21   we were forced to buy a name Webzilla.com from another

22   company for $75,000, if I remember correct.  I think it

23   was 75,000.

24             (Defendant's Exhibit No. AG-8 was premarked

25   for identification.)

Aleksej Gubarev
April 30, 2018                                    38

```
1        Q    (BY MR. BLACK)  I'd like to show you a document
2    AG-8.  We'll get it for you.
3        A    Please.
4        Q    Are you familiar with AG-8?
5        A    No.  Could I read it?
6        Q    Weren't you interviewed for this article?
7        A    I don't know.
8             MR. FRAY-WITZER:  Objection.  The witness
9        asked if he could read the document.
10       Q    (BY MR. BLACK)  Yes, you can read it.
11       A    Looks like I did some.
12       Q    Do you recall being interviewed for this
13   article?
14       A    I don't understand the question.
15       Q    Do you recall being interviewed for this
16   article?
17       A    I don't remember, which for it was or they
18   send me questions on they come to me.  I don't remember.
19       Q    Do you remember being interviewed for this
20   article?
21       A    One way or another, yes.
22       Q    Thank you.
23            Could you please turn to the last page or
24   you're already there.
25       A    Yes.
```

1       Q     At the top of the page it says:  "Gubarev is

2    the co-owner of more than three dozen companies from

3    investment funds and hotels to Internet projects,

4    popular Prisma and Fabby.

5            Total annual revenue of the company with his

6    participation, Gubarev estimated at several hundred

7    million euros."

8            Is that what you told the reporter?

9       A     I don't remember exactly.

10      Q     Is that accurate, that the revenue of the

11   companies that you are associated is several hundred

12   million euros?

13      A     Not several, but I think 100 million, yes.

14      Q     Several hundred million euros?

15           MR. FRAY-WITZER:  Objection.

16      A     Not several.  I tell you again:  Not hundreds,

17   hundred million, yes.

18      Q   (BY MR. BLACK)  In your responses to our

19   requests called interrogatories here, we asked what your

20   damages were, and you said that you had to borrow

21   $600,000 euros from your friends.

22      A     Correct.

23      Q     Is that accurate?

24           MR. FRAY-WITZER:  Objection.

25      A     Yes.

Aleksej Gubarev
April 30, 2018                          40

```
 1              MR. FRAY-WITZER:  The document isn't in front
 2         of the witness.  The witness can answer.
 3         A    Could you show me, just to see.
 4         Q    (BY MR. BLACK)  I'll tell you what:  What are
 5    your damages in this case?
 6              MR. FRAY-WITZER:  Objection.  You can answer.
 7         A    Damages?
 8         Q    (BY MR. BLACK)  In terms of money.
 9         A    I don't want speak about everything.
10    Actually, damage so huge in everything because you
11    cannot do an estimate.
12         Q    All right.  What about $600,000, is that part
13    of your damages?
14         A    Well, I don't understand what you're speaking
15    about, what damages in general or about $600,000?
16         Q    I want to talk about the $600,000.  Did you
17    say or do you claim that you had to borrow $600,000
18    euros from your friends?
19         A    It's not what saying there.  Is what saying
20    it's only money which I am able to borrow.
21         Q    All right.  You had to borrow $600,000 euros
22    from your friends?
23         A    Yes.
24         Q    For what purpose?
25         A    I was not have money to finish hotel.
```

Aleksej Gubarev
April 30, 2018                           41

```
 1              COURT REPORTER:  I'm sorry?
 2              WITNESS:  I was not have money to finish
 3        hotel, and I asked them to put money in the hotel
 4        company.
 5        Q   (BY MR. BLACK)  And you said you requested a
 6    2-million euro loan from a bank; is that correct?
 7        A    For one and half million, yes.
 8        Q    For what purpose?
 9        A    To finish my house.
10        Q    And I believe you said you applied for three
11    more loans from other banks --
12        A    Yes.
13        Q    -- do you recall that?  What were they for?
14        A    To finish my house.
15        Q    You supposedly have companies that have
16    revenue at several hundred million euros a year, and
17    you're telling us you had to borrow $600,000 euros from
18    your friends; is that what you're telling us?
19              MR. FRAY-WITZER:  Objection.  You can answer.
20        A    We invest everything.
21        Q   (BY MR. BLACK)  Is that what you're telling us,
22    that you had to borrow $600,000 euros from your friends?
23        A    Yes.
24        Q    Despite having a company with several hundred
25    million euros in revenue?
```

Aleksej Gubarev
April 30, 2018                          42

```
 1              MR. FRAY-WITZER:  Objection.

 2       A    Not several hundred million.

 3       Q    (BY MR. BLACK)  Excuse me, several hundred --

 4       A    No.

 5       Q    -- million.

 6              MR. FRAY-WITZER:  Objection.  You can answer.

 7       A    Not several hundred.

 8       Q    How many?

 9       A    Around hundred, yes.

10       Q    Then why is the -- I take it the reporter got

11  this wrong where they quote you as saying:  "Several

12  hundred million euros a year"?

13       A    In the report they always make mistake, like

14  you.

15       Q    Okay.  And, obviously, like you, right?

16       A    No me, it's the reporter, not me.

17       Q    Did you give an interview -- let me show you

18  AG-4A.

19              (Defendant's Exhibit No. AG-4A was marked for

20  identification.)

21       A    Are you finished with this?

22       Q    (BY MR. BLACK)  Yes.

23              MR. FRAY-WITZER:  There is no question in

24       front of you yet.

25       A    But...
```

Aleksej Gubarev
April 30, 2018                              43

```
1              MR. FRAY-WITZER:  Wait for the question.

2       Q   (BY MR. BLACK)  I'll be happy to ask a

3  question.

4              Mr. Gubarev, this is an interview you gave to

5  a Dutch reporter after the dossier was published.

6              Do you recall talking to a Dutch reporter?

7       A   Which newspaper?

8       Q   I think it's called the Volkskrant.

9       A   Something like that, I don't remember exactly,

10  Volks-something.  I give to interview at that sometime

11  and the same time to The Washington Post.

12      Q   Do you recall that this reporter came to

13  Cyprus to interview you?

14      A   Yes, I remember his name.

15      Q   Did you read the article after it was

16  published?

17      A   I don't know if it's the article because I

18  don't remember it was so big.

19      Q   Well, I'll point you to certain sections.

20      A   I mean, it's too big.  If you want, I can

21  read.

22      Q   Well, I'll just point you to certain

23  paragraphs, and you are certainly welcome to read

24  whatever you wish.

25              At the bottom of the first page it says that
```

Aleksej Gubarev
April 30, 2018                                    44

```
 1    your Internet -- international Internet company is in

 2    the top 20 in the world; is that accurate?

 3         A    Is what I believe.

 4         Q    Is that accurate?

 5         A    It's what I believe.

 6         Q    All right.  On page five of the document, you

 7    have to count them, they are not numbered.

 8         A    Yes.

 9         Q    At the third paragraph down you say -- or the

10    reporter says:  "Two years later he started his own

11    company in Cyprus, why there?"

12              And it quotes you saying:  "Because I could

13    not afford it in Moscow."

14              Is that accurate?

15         A    It's not that correct because, actually, I

16    don't like the interview at all.  I was complaining

17    about -- it's not that correct because I was telling

18    about my apartments that I cannot afford to buy it, and

19    they actually put about company.  If you see, it's

20    really right down here, I obtain a loan here at

21    6 percent.  It's about house.

22         Q    Could you please turn to the next page?

23              And the second paragraph it says the

24    following:  "But the postal addresses in the Netherlands

25    that Webzilla used in recent years do not really fit the
```

Aleksej Gubarev
April 30, 2018                          45

1    stature of million dollar company.  Like a decaying

2    house at the country club Midland Park Recreation Park

3    in Amersfoort Woods, of which the owner is an elderly

4    lady from Emit, and a boarded up house close to a

5    disadvantaged neighborhood in Amersfoort or at the

6    address of an employee of a packaging company for

7    horticulture who has never heard of Webzilla."

8            Now, was that accurate that those are the

9    addresses of Webzilla in the Netherlands?

10        A    I don't know.

11        Q    Why not?

12        A    Well, I can give you details, ask me if you

13   want.

14        Q    Sure.

15        A    In the company, you have two.  One is the

16   physical address and physical, and the second one is the

17   registered address, the registered address.

18            COURT REPORTER:  I'm sorry, the what?

19            WITNESS:  Registered address.

20            COURT REPORTER:  Thank you.

21        A    Registered is set where you be the company,

22   corporate service companies.  And where to it's not my

23   decision.  We have for all those years our office and

24   the main data center in Haarlem, H-A-A-R-L-E-M.

25            COURT REPORTER:  Thank you.

```
 1        Q    (BY MR. BLACK)  How do you explain the fact
 2   that Webzilla uses addresses of people who've never
 3   heard of it before?
 4        A    I don't know about the other people.  It's a
 5   corporate service company who use them.
 6        Q    So some corporate service company put
 7   Webzilla's address in a -- in houses of people that
 8   never heard of it; is that what you're telling us?
 9        A    I never was there, I cannot answer your
10   question.
11        Q    Doesn't it seem somewhat strange that a
12   company like Webzilla would have addresses in people's
13   homes and them not even know about it?
14        A    I don't know.  I was never there.  It's a
15   corporate service company who decide where's the
16   location.  It's not my decision.
17        Q    What corporate service company was this?
18        A    At some time it was Brown Shane Royals
19   (phonetic) and they moved to --
20             COURT REPORTER:  What was the name of the
21        first company?
22             WITNESS:  Brown Shane Royals or something like
23        that.
24        A    The second was after we moved.  I think we
25   moved 2012.  Ask Rajesh, he's knows the second name.
```

1          Q    (BY MR. BLACK)  So you don't know?

2          A    Well, he was dealing with the moving.  I don't

3     know.

4          Q    So somebody in your company had your company

5     addresses in people's homes without them knowing about

6     it?

7               MR. FRAY-WITZER:  Objection.

8          Q    (BY MR. BLACK)  Is that right?

9          A    I don't know about that.

10         Q    Doesn't that seem a little disturbing to you?

11         A    I don't know about that; I was never there.

12         Q    Doesn't that seem a little disturbing to you?

13         A    I can't comment; I never was there.  I don't

14    know --

15         Q    Now you know, doesn't that sound disturbing?

16              MR. FRAY-WITZER:  Objection.  You can answer.

17         A    I don't know.

18         Q    (BY MR. BLACK)  You said here that: "Webzilla

19    first used a trust company, so I had no control over

20    this myself.  In 2012 the relationship with that company

21    was brought to an end."

22         A    Correct.  This is what I told you before.

23         Q    So it's this trust company that did this?

24         A    Of course. I paid for that every month.

25         Q    Yeah.

Aleksej Gubarev
April 30, 2018                                    48

```
 1              Could you turn to the next page.  The middle
 2   of the page it says:  "I am normally in Prague every
 3   year because I have friends living there, but last year
 4   I spent one hour there with my wife and daughter on
 5   July 21st.  We had a layover for a flight connection to
 6   Rego."
 7              Is that accurate?
 8        A    It's correct.
 9        Q    So in July 2016, you were in Prague?
10        A    Correct.  For one hour for connection.  I even
11   show my ticket to the journalist.
12        Q    Do you still have it?
13        A    I believe, yes.
14        Q    We'd ask for production of the ticket.
15        A    No problem.
16             MR. FRAY-WITZER:  Objection.  You can produce
17        it to your attorneys.
18        A    Yes.
19             MR. FRAY-WITZER:  We'll make determinations of
20        what gets handed over.
21        Q    (BY MR. BLACK)  Then you say here that:
22   "Mr. Bezruchenko" -- and I know that's a very bad
23   pronunciation and I apologize for that -- "spent four
24   days in Prague in October of 2016."
25              Is that correct?
```

Aleksej Gubarev
April 30, 2018                                    49

```
 1        A    Should be.  But you ask him.

 2        Q    I'm asking you.

 3        A    I don't know exact date.

 4        Q    Then why did you tell the reporter that he was

 5   in Prague for four days in October?

 6        A    Well, most probably he told me at that time,

 7   but I don't remember exactly.  I tell you, if he's

 8   here -- we have conference with him.

 9        Q    It's not an important thing to remember,

10   right?

11        A    No.

12        Q    Why should you remember whether who was in

13   Prague in 2016, right?

14             MR. FRAY-WITZER:  Objection.

15        A    It doesn't bother me.

16        Q   (BY MR. BLACK)  Okay.  And then two paragraphs

17   down it says:  "Could the hacks have taken place via his

18   servers without him knowing?  Nonsense says, Gubarev.

19   With us you pay by credit card or bank transfer.  We do

20   not accept Bitcoins, never.  This means that every

21   transaction with every customer is kept on file."

22        A    That's correct.

23        Q    Is that accurate?

24        A    Correct.  The business pay the credit card.

25   We don't accept Bitcoins.  This means every transaction,
```

Aleksej Gubarev
April 30, 2018                              50

1    correct.

2         Q    So any hack that occurs on your servers, you

3    would know?

4              MR. FRAY-WITZER:  Objection.

5         A    No.

6         Q    (BY MR. BLACK)  Why not?

7         A    It's not possible.

8         Q    Why is it not possible?

9         A    Because we don't have access to one server.

10        Q    It says right here you were asked whether or

11   not the hacks could have taken place without you

12   knowing, and you said nonsense.

13        A    About this one, no.  Let's be clear:  In the

14   dossier it mentions that I did personally, and the

15   stress of FSB, I did hack the democratic party server,

16   and money in my company.  This is my answer, no, we

17   don't do it.

18        Q    All right.  That was not my question.  I

19   didn't ask you about the dossier.  I asked you about

20   this:  "Could the hacks have taken place via his servers

21   without him knowing?"

22             Could it have occurred on your servers without

23   you knowing?

24             MR. FRAY-WITZER:  Objection.  You can answer.

25        A    Yes.

Aleksej Gubarev
April 30, 2018                    51

1        Q    (BY MR. BLACK)  And then the next paragraph

2   down it says:  "I have 37,000 servers worldwide."

3             Was that answer correct?

4        A    Well, the question is a different things about

5   physical and virtual service.

6             INTERPRETER:  Virtual.

7        A    Virtual service and physical service.

8        Q    (BY MR. BLACK)  I asked you how many servers

9   you had and you said 20,000.

10       A    Physical, yes.

11       Q    Why do you say here: "I have 37,000 servers

12  worldwide"?

13            MR. FRAY-WITZER:  Objection.

14       A    Maybe I count at that time it was servers.

15       Q    (BY MR. BLACK)  Did you count them?

16       A    No.  I give the number out of my head.

17       Q    Thirty-seven sounds a pretty specific number

18  to give that in your head?

19       A    This I cannot comment on.

20       Q    All right.  Why can't you comment on it?

21            MR. FRAY-WITZER:  Objection.

22       A    Because I don't remember.  I was under huge

23  stress at that time.

24            Finished with this?

25       Q    (BY MR. BLACK)  Yes.

Aleksej Gubarev
April 30, 2018                                    52

```
 1              (Defendant's Exhibit No. AG-4D was marked for

 2    identification.)

 3              Let me show you AG -- you don't have to throw

 4    it -- AG-4D.

 5       A    Just, you know, believe me, I like to finish

 6    fast.

 7       Q    Okay.

 8              This was an e-mail between you and Mr. Dolan,

 9    correct?

10       A    Correct.

11       Q    On January 11, 2017.

12       A    Correct.

13       Q    That's the same day that you learned about the

14    dossier, correct?

15       A    Correct.

16       Q    How long after you learned about the dossier

17    was this e-mail sent?

18              MR. FRAY-WITZER:  Objection.

19       A    I don't remember exactly.

20       Q    (BY MR. BLACK)  All right.  You said in

21    response to Mr. Dolan's question:  "There has been

22    absolutely no involvement by XBT or any of its

23    subsidiaries."  Correct?

24       A    Correct.

25       Q    What investigation did you do about your
```

Aleksej Gubarev
April 30, 2018                              53

```
 1   servers -- excuse me, the servers owned by XBT or any of

 2   its subsidiaries before you sent this e-mail?

 3           MR. FRAY-WITZER:  Objection.  You can answer.

 4       A    It was the most specific here, dossier say

 5   that I'm personally and XBT hack democratic party

 6   servers.  I was no, 100 percent we don't do it.

 7       Q   (BY MR. BLACK)  My question was:  Before you

 8   sent this e-mail, what investigation did you do into the

 9   servers owned by XBT or any of its subsidiaries to see

10   if it was involved in any hacking activity in the

11   democratic party?

12           MR. FRAY-WITZER:  Objection.  You can answer.

13       A    I repeat again, I know we don't do it.

14       Q   (BY MR. BLACK)  What investigation, if any, did

15   you do before you made this statement?

16       A    I don't have to do any investigation against

17   me personally.  I don't do it.

18       Q    Is your answer you did none?

19       A    I told you, I don't do hack of democratic

20   party servers.

21       Q    Do I need to have this question translated for

22   you so you understand it?

23       A    If you want.

24       Q    All right.

25           MR. BLACK:  Could you please ask him what
```

Aleksej Gubarev
April 30, 2018                              54

```
1        investigation he did about the servers owned by XBT
2        and/or its subsidiaries before he sent this e-mail?
3             MR. FRAY-WITZER:  Objection.
4        A    I'm not forced, I'm not obligated to do it
5   because we did not do that.
6        Q    (BY MR. BLACK)  I didn't ask you if you were
7   obligated to do it.  I asked you:  What, if any,
8   investigation did you do prior to sending that e-mail?
9        A    I don't have to do it because I don't do it.
10       Q    Good.  So the question is -- is the answer
11  none?
12       A    No.
13       Q    You did none, correct?
14       A    No.
15       Q    Okay, thank you.
16            MR. BLACK:  Could you please show the witness
17       AG-10.
18            (Defendant's Exhibit No. AG-10 was marked for
19  identification.)
20       Q    (BY MR. BLACK)  AG-10 is an e-mail sent by
21  Mr. Mishra to, I assume, somebody at a bank.  And I
22  wanted to ask you about two statements made in this to
23  ask you if it's accurate or not?
24       A    No.  I never see this e-mail before.
25       Q    I didn't ask you if you had seen it before,
```

Aleksej Gubarev
April 30, 2018                                55

1    all right.
2              In the middle of the page it says as follows:
3    "However, we as a service provider, have no to very
4    limited access to customers' infrastructure."
5              Is that accurate?
6        A    Yes.
7        Q    The next line:  "Due to this fact, we can't be
8    responsible for customers' security hacks."
9              Is that accurate?
10       A    Yes.
11       Q    And then the next paragraph down it says:
12   "the nature" -- it says if but should be of I'm sure.
13   "The nature of hacking may be very complicated.  Due to
14   this, there is no single software available to detect
15   such activities."
16             Is that accurate?
17       A    Yes.
18             (Defendant's Exhibit No. AW-1 was marked for
19   identification.)
20       Q    (BY MR. BLACK)  Let me show you AW-1.
21       A    Maybe we take five minutes break, I get a new
22   tea.  That's okay?
23             MR. BLACK:  Of course.
24             VIDEOGRAPHER:  Going off the video record.
25   The time is 11:12 a.m.

Aleksej Gubarev
April 30, 2018                              56

```
 1              (A short recess was taken.)

 2              VIDEOGRAPHER:  Going back on the video record.

 3      The time is 11:22 a.m.

 4      Q    (BY MR. BLACK)  Let me show you a document we

 5  have marked a AW-1.

 6              Could you please explain to us what the Adult

 7  Webmaster's forum -- the Adult Webmasters Conferences

 8  are or were?

 9      A    You said Adult Master Conference?

10      Q    What would be done at these conferences?

11      A    Business meetings.

12      Q    What kind of business?

13      A    Any one.

14      Q    I'm sorry?

15      A    Any one.

16      Q    Any one business?

17      A    Different type of business.  This is

18  conference; there's no more conference.

19      Q    All right.  Now, is 2003the first time that

20  there was an Adult Webmasters Conference?

21      A    Yes.

22      Q    That was organized by you?

23      A    I give money to organize, yes.

24              COURT REPORTER:  I'm sorry?

25              WITNESS:  I give money to organize.
```

Aleksej Gubarev
April 30, 2018                                    57

```
1              COURT REPORTER:  Thank you.

2         Q    (BY MR. BLACK)  My question was:  Did you

3    organize or did you put together this Adult Webmasters

4    Conference in 2003?

5         A    I don't manage the project.  But, yes, I

6    invest money to organize this conference.

7         Q    And I wanted to ask you about -- this is the

8    only document I could find regarding the2003 conference,

9    but that was held in Moscow, correct?

10        A    Yes.

11        Q    Attended by 35 people?

12        A    I don't remember.

13        Q    If you take a look on the left-hand column on

14   the bottom part there, you see it says:  "the tournament

15   was held in Moscow attended by 35 people."

16        A    Maybe.  It was 15 years ago; I don't remember.

17        Q    All right.  And then on the right-hand side of

18   the page it says:  "the purpose of this Website is to

19   highlight the sporting events organized among AWM

20   Masters."

21             What are AWM Masters?

22        A    I don't know.

23        Q    And the next line it talks about to

24   participate in discussions at AWM forum."

25             What is the AWM forum?
```

Aleksej Gubarev
April 30, 2018                           58

```
 1        MR. FRAY-WITZER:  I'm sorry.  I just don't see
 2   that on the exhibit.
 3        MR. BLACK:  All right.  It's on the right-hand
 4   side, the last paragraph, it says:  "In discussions
 5   at AWM forum."
 6        MR. FRAY-WITZER:  Not on my copy.
 7        MR. BLACK:  Okay.  Can we check to be sure
 8   that they have the right copy of AW-1.
 9        MR. FRAY-WITZER:  No, it actually doesn't say.
10        MS. BOLGER:  It's right here.
11        MR. BLACK:  Is that the copy they have?
12        MR. GURVITS:  Generally point to where you're
13   looking, so we can see.
14        MR. BLACK:  Right there.
15        MR. GURVITS:  The highlighted stuff?
16        If you want to cause the tournament -- here's
17   what we are looking at.
18        MS. BOLGER:  It's there.
19        MR. FRAY-WITZER:  I'm sure of the difference,
20   but the words -- those aren't the words I read.
21   Q    (BY MR. BLACK)  What is the AWM forum?
22   A    I don't remember.
23   Q    Why not?
24   A    It's 15 years ago.
25   Q    I know, but this has been going on for 15 or
```

Aleksej Gubarev
April 30, 2018                    59

```
 1    20 years.
 2              MR. FRAY-WITZER:  Objection.
 3       A    No.
 4       Q    (BY MR. BLACK)  No?
 5       A    No.
 6       Q    How many years did the AWM conferences go on
 7    for?
 8       A    Several years.
 9       Q    How many?
10       A    I don't remember exactly.
11       Q    You have sort of amnesia about that?
12              MR. FRAY-WITZER:  Objection.
13       A    I don't recall.
14       Q    (BY MR. BLACK)  You have no idea what the AWM
15    forum is, correct?
16       A    No.
17       Q    Did you obtain sponsors for the AWM
18    conferences?
19       A    Not me.  But people who managed the companies,
20    yes.
21       Q    And what kind of sponsors were obtained for
22    these conferences?
23       A    Sponsors I don't know.
24       Q    Were these people that you knew?
25       A    Maybe some of them.
```

Aleksej Gubarev
April 30, 2018                              60

```
 1         Q    Did you meet them at the conferences?
 2         A    At the conference, I don't know who I meet.
 3    It was 15 years ago.
 4         Q    I know, but it's not 15 years ago.  This went
 5    on for at least 10 or 15 years, didn't it?
 6              MR. FRAY-WITZER:  Objection --
 7         Q    (BY MR. BLACK)  These conferences?
 8              MR. FRAY-WITZER:  -- you can answer.
 9         A    No.
10         Q    (BY MR. BLACK)  No.
11              So you're telling us you don't know who the
12    sponsors were?
13         A    I don't remember.
14         Q    Who spoke at the conferences?
15              MR. FRAY-WITZER:  Objection.  You can answer.
16         Q    (BY MR. BLACK)  Did you speak at the
17    conferences?
18         A    Most probably, yes.
19         Q    Only probably?
20         A    Yes.
21         Q    Good.  What did you speak of?
22         A    I don't remember.
23         Q    You have no recollection of what you spoke
24    at -- excuse me, what you said in these Adult Webmaster
25    Conferences?
```

Aleksej Gubarev
April 30, 2018                                      61

```
  1        A    No.

  2        Q    Why -- why do you have problems remembering

  3   that?

  4             MR. FRAY-WITZER:  Objection.  You can answer.

  5        A    You're asking about something over 10 years

  6   ago.

  7        Q    (BY MR. BLACK)  It's not 10 years ago.  This is

  8   going on up until 2015.

  9             MR. FRAY-WITZER:  Objection.

 10        A    This document is 2003.

 11        Q    (BY MR. BLACK)  I know.  But there are plenty

 12   of others.  That's just the first one.

 13        A    Then ask the question.

 14        Q    My question was:  What did you speak about at

 15   these conferences?

 16             MR. FRAY-WITZER:  Objection.  You can answer.

 17        A    I don't remember.

 18        Q    (BY MR. BLACK)  Who selected the speakers?

 19        A    It was team organizer.

 20        Q    And who organized it?

 21        A    Different years, different people.

 22        Q    Tell me who.

 23        A    I don't remember all of them.

 24        Q    Tell me any one of them?

 25        A    I remember was one year.
```

Aleksej Gubarev
April 30, 2018                                          62

```
 1        Q    It was what?

 2        A    I remember it was.

 3        Q    What's the name of the person?

 4        A    It was Panos.

 5        Q    Panos?

 6        A    Yes.

 7        Q    And what's Panos' last name?

 8        A    I'm not good to remember second names.

 9        Q    So you cannot tell us the name of a single

10   person who organized these conferences except one

11   person, and you only know the first name; is that

12   correct?

13        A    His surname, it starts with a K, but I don't

14   remember correctly because he's from Greece and spelling

15   is very hard to remember.

16        Q    And you don't remember anybody else?

17        A    It was one guy who organized several years,

18   but I don't remember the surname as well.

19             (Defendant's Exhibit No. AW-2 was marked for

20   identification.)

21        Q    (BY MR. BLACK)  Let me show you AW-2.  AW-2

22   says that:  "Conferences have been held in Larnaca,

23   Cyprus 2004."

24             Is that correct?

25        A    Yes, should be okay.
```

Aleksej Gubarev
April 30, 2018                                    63

```
 1        Q    Do you remember the conference in Larnaka?
 2        A    Yes.
 3        Q    All right.  And then in Prague had the 2005
 4   event, do you recall that?
 5        A    Yes, I remember.
 6        Q    And it said it started with 37 participants in
 7   2003; is that accurate?
 8        A    I don't remember.
 9        Q    And then in 2004 it went to 124; is that
10   accurate?
11        A    I don't remember.
12        Q    And in 2005, it's expected to be between 180
13   and 200?
14        A    It says expected, I don't know.
15        Q    How many showed up?
16        A    I don't know.
17        Q    Let me show you AW-3.
18             (Defendant's Exhibit No. AW-3 was marked for
19   identification.)
20             MR. FRAY-WITZER:  There is no question yet.
21        Q    (BY MR. BLACK)  Do you recognize this document?
22        A    No.  I don't remember.
23        Q    Could you turn the second page?
24        A    Yes.
25        Q    Do you see it says:  "Sincerely yours, Alex
```

Aleksej Gubarev
April 30, 2018                                 64

```
 1   XE"?

 2        A     I saw it.

 3        Q     Is that you?

 4        A     It was one of the names I used, but not only

 5   me that use it.

 6        Q     Who else uses the name Alex XE?

 7        A     People at the conference.

 8        Q     Who else uses the name Alex XE?

 9        A     People who organize conferences.  They were

10   published under my name.

11        Q     Did you write this?

12        A     Not that I remember.

13        Q     It says here on the bottom of the second

14   paragraph:  "Spend a great time with people that work in

15   the industry you do."

16              What industry is that?

17        A     It was internal conference.

18        Q     What industry?

19        A     Different industries of the people who come

20   there.

21        Q     Which industries?

22        A     Many of them.

23        Q     Tell me.

24        A     I don't remember exactly who come to the

25   conference, how can I tell you?
```

Aleksej Gubarev
April 30, 2018                                    65

```
 1        Q    Tell me one industry that they're in.

 2        A    Hosting was there.

 3        Q    Sorry?

 4             COURT REPORTER:  Sorry?

 5        A    Hosting was there.

 6        Q   (BY MR. BLACK)  Hosting.

 7             What's an Adult Webmaster?

 8        A    It's the people who create Websites for

 9   others.

10        Q    They create what kind of Websites?

11        A    Different ones.

12        Q    Tell me which ones.

13        A    I don't know.  I'm not organize.

14        Q    You organize a conference called Adult

15   Webmasters Conferences and you don't know what Adult

16   Webmasters do; is that what you're telling us?

17        A    It was so many people, different ones.  I

18   cannot tell you exactly which of them do it.

19        Q    Okay.  Why is this woman sitting here on top

20   of the A, what is that supposed to signify?

21        A    Just looks nice.

22        Q    Just looks nice?  Okay.

23             Sort of that's your logo?

24             MR. FRAY-WITZER:  Objection.

25        Q   (BY MR. BLACK)  Is that your logo?
```

Aleksej Gubarev
April 30, 2018                              66

```
 1        A    I don't remember.
 2             (Defendant's Exhibit No. AW-5 was marked for
 3    identification.)
 4        Q    (BY MR. BLACK)  Let's take a look at AW-5.
 5    This is -- AW-5 is a letter to, Dear Webmaster signed
 6    Alex XE.  Is that from you?
 7        A    No.  Again, was the organizer of the
 8    conference do this.
 9        Q    You're the organizer of the conference, aren't
10    you?
11        A    No.  I just invested money to organize.
12        Q    How many did you invest?
13        A    I don't remember.
14        Q    No idea?
15        A    No.  But it was not big money.
16        Q    Okay.  So you don't remember this letter to
17    the Webmasters with your name at the bottom, correct?
18        A    I repeat you once again, several people were
19    using this name include the organizers.
20        Q    Good.  Tell me one person other than you that
21    used the name Alex XE?
22        A    I told you the two already.
23        Q    Who?
24        A    I told you Panos.
25        Q    Panos, last name unknown.  And who else?
```

Aleksej Gubarev
April 30, 2018                                    67

```
 1        A     He's actually easy to found out.

 2        Q     Who else?

 3        A     (unintelligible) Each Panos.

 4        COURT REPORTER:  I'm sorry?

 5        Q   (BY MR. BLACK)  I don't you understand what

 6   you're saying.  There two Panoses?

 7        A     No.  It's very easy to found out his name.

 8        Q     Good.  I'm asking you what's his name?

 9        A     I don't remember.

10        Q     Who's Panos?

11        A     His surname start with K.

12        Q     And who's the second -- who's the other person

13   that you used from --

14        COURT REPORTER:  I'm sorry, what is the last

15        name?

16        INTERPRETER:  Pardon me, your last answer for

17        the court reporter, please.

18        A     His name was Panos.  I don't remember the

19   surname properly.

20        INTERPRETER:  Surname, his surname started

21        with a K.

22        A     The second guy was Andrade, but I don't

23   remember the surname because it was 10 years ago.

24        Q   (BY MR. BLACK)  Okay.  And it says here on the

25   last paragraph that there was a conference program.
```

Aleksej Gubarev
April 30, 2018                                    68

1          Is that correct?  The first line of the last
2    paragraph.
3        A    Yes.
4        Q    So there was a conference program printed?
5        A    Should be, I don't know.
6        Q    And where can we obtain that?
7        A    I never managed this.
8             COURT REPORTER:  I'm sorry?
9             INTERPRETER:  I never managed this.
10            (Defendant's Exhibit No. AW-7 was admitted
11   into evidence.)
12        Q    (BY MR. BLACK)  Let me show you AW-7.
13        A    Finish with this?
14        Q    Yes.
15            You see at the top of the page it says:
16   "AWMOpen 2009 Cyprus Official Release"?
17        A    Yes.
18        Q    All right.  And this is -- there is a posting
19   here by a person called Vobla, V-O-B-L-A.  Who is that?
20        A    Somebody from organizing, a person, it's not
21   my name.
22        Q    In fact, you're Vobla, aren't you?
23        A    No.
24        Q    You deny that?
25        A    Yes.

Aleksej Gubarev
April 30, 2018                                          69

```
1        Q    Could you look down towards the bottom of the
2   page, the same page, the bottom of the first page?
3        A    Sorry, yes.
4        Q    It says Webazilla with an emphasis, do you see
5   that, the second paragraph from the bottom?
6        A    Correct.
7        Q    Was Webazilla one of the sponsors of the
8   AWMOpen?
9        A    Webazilla sponsored a lot of conferences.
10            COURT REPORTER:  I'm sorry?
11            INTERPRETER:  Webazilla sponsored a lot of
12       conferences.  It was not only one.
13       Q   (BY MR. BLACK)  My question was:  Did Webazilla
14  sponsor the AWMOpen in 2009?
15       A    I don't remember exactly, maybe.
16       Q    Maybe, that's the best you can tell us?
17            All right.  Then it says in the next line
18  after Webazilla:  "Do you need high reliability, a wide
19  channel, and liberal rules."
20            What does that mean "liberal rules"?
21       A    I don't know.
22       Q    Isn't Webazilla your company?
23       A    Yes.  But this is not me that write this text.
24       Q    So you don't know what -- when Webazilla says
25  they have liberal rules, you don't know what that refers
```

Aleksej Gubarev
April 30, 2018                                70

```
1    to?

2         A    It's not my text.

3         Q    Can you turn to the next page.

4              Another sponsor towards the top of the page is

5    Real-Bucks.com.  Are you familiar with Real-Bucks?

6         A    Yes.

7         Q    How are you familiar with it?

8         A    I was one of the investors of this company.

9         Q    You own Real-Bucks, don't you?

10        A    No.  I have some -- I have some percentage.

11        Q    All right.  And then a third -- half of the

12   way down the page it says:  "Commercegate."

13             You see that?

14        A    Yes.

15        Q    At the time in 2009, at the time of this

16   conference, did you own Commercegate through XE

17   Investments?

18        A    I don't believe at that time.

19        Q    When did you sell Commercegate?

20             MR. FRAY-WITZER:  Objection.

21        A    It's public information when I buy it.

22        Q    (BY MR. BLACK)  Good.  When did you buy?

23        A    I don't remember the date.

24        Q    You don't remember when you bought it and you

25   don't remember when you sold it; is that right?
```

Aleksej Gubarev
April 30, 2018                                      71

```
 1        A    I was leasing.  I sold the lease.  I would

 2   repeat in between.  I told you I sold recently.

 3        Q    Good.  What's recent mean, this year 2018?

 4        A    Yes.

 5        Q    All right.  So you say that in 2009 you did

 6   not own Commercegate?

 7        A    I believe not.

 8        Q    When did you buy Commercegate?

 9             MR. FRAY-WITZER:  Objection, you.

10             MR. BLACK:  I'm sorry.

11        Q    (BY MR. BLACK)  When did XE buy Commercegate.

12        A    I don't remember that date.

13        Q    What year?

14        A    I don't remember.

15        Q    What decade?

16        A    I don't remember exactly.

17        Q    What are the Kings of Runet?

18        A    What?

19        Q    What are the Kings of Runet, R-U-N-E-T?

20        A    What are you talking about?  Can you show me,

21   please.

22        Q    Right above Commercegate.

23        A    I don't know.

24        Q    You have no idea?

25        A    Some Website.
```

Aleksej Gubarev
April 30, 2018                                    72

```
 1            COURT REPORTER:  I'm sorry?

 2            WITNESS:  Some website.

 3       Q   (BY MR. BLACK)  Could you turn to the next

 4  page.  Who is -- what is Master X?

 5       A   It's a forum.

 6       Q   It's a what?

 7       A   Forum.

 8       Q   A forum.  For whom?

 9       A   For Webmasters.

10       Q   For what?

11       A   For Webmasters.

12       Q   What kind of Webmasters?

13       A   All kinds of Webmasters.

14       Q   Is it for Adult Webmasters?

15       A   Maybe as well.

16       Q   Maybe, that's the best you can tell us?

17       A   I don't use it in many years.

18       Q   Now, two-thirds of the way down it says:

19  "P.S.  My ICQ is 122336844."

20            Do you recognize that ICQ number?

21       A   No.

22       Q   Isn't that yours?

23       A   I don't remember.

24       Q   You don't remember?

25       A   No.
```

Aleksej Gubarev
April 30, 2018                              73

```
 1        Q    How many ICQ numbers have you had?

 2        A    I don't remember.

 3        Q    Would you produce to us the numbers that you

 4   used?

 5             MR. FRAY-WITZER:  Objection.  You can make a

 6        discovery request.

 7        A    I don't have one.

 8        Q    (BY MR. BLACK)  In fact, this is your ICQ

 9   number, isn't it?

10        A    I don't know.

11        Q    Well, isn't that -- isn't that proof that

12   Vobla is also you?

13             MR. FRAY-WITZER:  Objection.

14        A    I repeat once again, there was several people

15   who organized the conference.

16        Q    (BY MR. BLACK)  That wasn't my question.  My

17   question was:  Doesn't this prove that Vobla is you?

18        A    No.

19             MR. FRAY-WITZER:  Objection.

20        Q    (BY MR. BLACK)  Vobla says that his ICQ number

21   is the number I just read.  That's your ICQ number,

22   isn't it?

23        A    I don't remember.

24             (Defendant's Exhibit No. AW-8 was marked for

25   identification.)
```

Aleksej Gubarev
April 30, 2018                          74

1        Q    (BY MR. BLACK)  Let me show you AW-8.

2             I'm finished with that.

3             On AW-8, it appears that the AWMOpen in 2008

4   was in Pattaya.  Did you go to that?

5        A    Yes, I was there.

6        Q    Did you organize it?

7        A    My team was organizing it.

8             (Defendant's Exhibit No. AW-1 was marked for

9   identification.)

10       Q    Let me show you AW-11.

11       A    Are you done with this?

12       Q    Yes.

13            All right.  I'd like to ask you on page 2, it

14  says "seminars."  What did you hold or what did the

15  conference hold seminars on?

16       A    Could I read it.

17       Q    Yes, of course.  Page 2 at the top of the

18  page.

19       A    Yes.

20       Q    Page 2 at the top of the page.  You're looking

21  at page 1.

22            It says there are seminars.  What were the

23  seminars on?

24       A    Some seminars with conference.

25       Q    What was the subject matter of the seminars?

Aleksej Gubarev
April 30, 2018                                    75

```
 1          A     I don't know.

 2          Q     You don't know?

 3          A     It's not here.

 4          Q     That's why I'm asking you.  Do you remember

 5    what the seminars were on?

 6          A     No.

 7          Q     Could you turn to the next page?

 8          A     Yes.

 9          Q     It has something called "the Master X Awards."

10    Do you see that?  At the top of the page.

11          A     Yes, correct.

12          Q     What were the Master X Awards?

13          A     Some awards.

14          Q     For what?

15          A     For something.

16          Q     For something.

17          A     Yes.

18          Q     You can't tell us what the awards were for?

19          A     Usually, awards for something good.

20          Q     Then it says "the GFY Awards."  You see that

21    under Master X Awards?

22          A     Yes, I saw it.

23          Q     What are the GFY Awards for?

24          A     I believe similar to the Master awards.

25          Q     Similar?
```

Aleksej Gubarev
April 30, 2018                                    76

```
 1              And if you look down three it says that
 2    Webzilla is one of the sponsors, correct?
 3         A    As explained here, yes, correct.
 4         Q    Let me show you AW-13.
 5              (Defendant's Exhibit No. AW-13 was marked for
 6    identification.)
 7         Q    (BY MR. BLACK)  This calls it Webmaster Access
 8    Amsterdam 11th Edition.  Is that the same as the Adult
 9    Webmaster Conferences?
10         A    I don't know.  It says Master Access
11    Conference.
12              COURT REPORTER:  I'm sorry?
13              WITNESS:  It says Master Access Conference.
14         Q    (BY MR. BLACK)  If you look at the next page,
15    there are many pages, I only put down here.  At the
16    bottom of the page it has Webzilla.com as the sponsor or
17    one of the sponsors; is that correct?
18              MR. FRAY-WITZER:  Objection.  Objection, this
19         simply says "attendee."
20              MR. BLACK:  Okay, fine.
21         Q    (BY MR. BLACK)  Was Webazilla or Webzilla an
22    attendee at this conference?
23         A    Which years is that?
24         Q    This says:  "Amsterdam 11th Edition, 18th to
25    the21st of September."
```

Aleksej Gubarev
April 30, 2018                                    77

```
 1        A    But which year is that?

 2        Q    Well, it's hard to tell.

 3        A    How can I answer?

 4        Q    So you don't know?

 5        A    You ask me question about date, I don't know.

 6   Give me a specific question, I'll answer.

 7        Q    Do you remember there was an Adult Webmaster

 8   Conference in Amsterdam?

 9        A    It was many conferences in the Amsterdam.

10        Q    Dealing with Adult Webmasters?

11        A    As well.

12        Q    Did you go to this conference?

13        A    It's no date.

14             (Defendant's Exhibit Nos. PX-107 through

15   PX-109 were marked for identification.)

16        Q    (BY MR. BLACK)  Let me show you two pictures,

17   one, PX-108 and the other PX-107.  And, also, 109 --

18   107, 108 and 109.

19             Do you recognize the person in PX-107?

20        A    No.

21        Q    Do you know a person by the name of Perec,

22   P-E-R-E-C?

23        A    I don't remember.

24        Q    Please take a look at PX-108.

25        A    Which one?
```

Aleksej Gubarev
April 30, 2018                                78

1        Q      108.

2        A      This one?

3        Q      Yes.

4        A      Okay.

5        Q      Was that a dinner that was held at the first

6    AWM Conference?

7        A      I don't know.

8        Q      You don't recognize it?

9               MR. FRAY-WITZER:  Objection.  You can answer.

10       Q      (BY MR. BLACK)  That's the way it is on the

11   Website.

12              So you can't tell what that is?  You don't

13   recognize the room, the table, any of it?

14       A      I don't remember.

15       Q      You don't recognize that that was in Moscow in

16   2003?

17              MR. FRAY-WITZER:  Objection.  You can

18       answer --

19       A      Anything --

20              MR. FRAY-WITZER:  -- if you can.

21       A      Anything show here, anything.

22       Q      All right.  Do you remember the conference in

23   Moscow?

24       A      It was -- I don't remember all the people.

25       Q      Please take a look at 109.  Is that one of the

1   advertisements for the Prague Adult Webmaster Open?

2        A    I don't remember; it's 13 years ago.

3        Q    It says there Master X with a woman lying on

4   top there.  Why is it -- have that logo?

5        A    I don't know.

6             (Defendant's Exhibit No. AW-15 was marked for

7   identification.)

8        Q    Let me show you AW-15.  Do you see that this

9   appears to be a blog post written by Perec, P-E-R-E-C?

10       A    I don't understand what it is.

11       Q    It's on the first page on the left-hand

12  column.

13       A    Yes.

14       Q    And you said you don't know who Perec is?

15       A    No.

16       Q    I'd like you to turn nine pages in, if you

17  could.

18       A    Here.

19       Q    Yes, very good.

20            On the second paragraph there it says:  "the

21  first AWMOpen in Moscow, the first real meeting of

22  people who know each other only on nicknames in the

23  Crutop forum and in ICQ."

24            What was the Crutop forum?

25       A    I don't recognize this name.

Aleksej Gubarev
April 30, 2018                              80

```
 1        Q    All right.  Do you know what Crutop is?

 2        A    Well, I know what is Crutop, but this is not

 3   correct spelling.

 4        Q    Right.  It's with a K instead of a C, right?

 5        A    Yes.

 6        Q    What is Crutop?

 7        A    Some forum.

 8        Q    It's what?

 9        A    Some forum.

10        Q    And what happens on Crutop?

11        A    I don't know.

12        Q    Did you ever go on Crutop?

13        A    Sometimes, yes.

14        Q    What was on there when you were on it?

15        A    It was many years, I don't even remember.  I

16   don't even remember how.

17        Q    If we go to the bottom of that page it says:

18   "AW Open was a revolution for me, in one place people

19   with common interest from different cities and countries

20   got themselves in.  They were clever people because in

21   offline, at that time, there was a real swap both in

22   light and in the minds of people respects Alex XE who

23   organized this first meeting which become a tradition."

24             Is that talking about you?

25             MR. FRAY-WITZER:  Objection.
```

Aleksej Gubarev
April 30, 2018                                        81

```
 1         A    I don't know.

 2         Q    (BY MR. BLACK)  If you could please turn to

 3    the6th page from the beginning.

 4         A    Six?

 5         Q    Yes.

 6         A    Yes.

 7         Q    Halfway down the page it says:  "Separate

 8    respect Slava O."

 9              Could you tell us who Slava O is?

10         A    I don't know.

11         Q    It says:  "For his excellent articles on

12    earnings on porn, these articles were the first push.  A

13    separate respect for Redeye" -- excuse me.  "A separate

14    respect Redeye."

15              Who is Redeye?

16         A    Some person.

17         Q    What's the person's name?

18         A    I think this is Pavel Vrublevsky.

19              COURT REPORTER:  Pavel?

20              INTERPRETER:  Could you please spell?

21              WITNESS:  Vrublevsky.

22              INTERPRETER:  Could you please --

23         Q    (BY MR. BLACK)  And it says:  "For his

24    affiliate and forum Crutop."

25              Was Mr. Vrublevsky running Crutop?
```

Aleksej Gubarev
April 30, 2018                              82

```
 1        A    I don't know.

 2        Q    You don't know.

 3             (The witness nods head.)

 4        Q    And then in the next line it says:  "Crutop is

 5   power, at that time it was a klondike of information."

 6             What kind of information was on Crutop?

 7        A    I don't know.

 8        Q    Let me show you AWM-1.

 9             (Defendant's Exhibit No. AWM-1 was marked for

10   identification.)

11        A    Are you finished with this one?

12        Q    (BY MR. BLACK)  Yes.

13             MS. QUINN:  Mr. Black, what number?

14             MR. BLACK:  AWM-1.

15        Q    (BY MR. BLACK)  Are you familiar with it,

16   Exhibit AWM-1?

17        A    First time here.

18        Q    Could you turn to the last page?

19             It says there owner and publisher, Alex XE.

20             You see that?

21        A    Yes.

22        Q    Were you the owner and publisher of this

23   magazine?

24        A    I was owner of the company who published it.

25        Q    Were you the owner and publisher of this
```

1    magazine?

2         A    What does mean publisher?

3              (Interpreter translating.)

4         A    No.  It was not me was doing this.  Several

5    other people was running this.  Yes, I was owner and the

6    company which I owned was doing this and printing it.

7    That's the answer.

8         Q    (BY MR. BLACK)  Is it accurate here when it

9    says that you were the owner and publisher of the

10   magazine?

11             MR. FRAY-WITZER:  Objection.  You can answer.

12        A    I was owner of this company, yes.

13        Q    (BY MR. BLACK)  All right.  And it says the

14   e-mail address is AlexXe@AlexXe.com; is that correct?

15        A    It says that.

16        Q    Is that an e-mail address that you had?

17        A    It's one of the e-mail which I use, but not

18   only me.  Some other people use it as well.

19        Q    Do you still have that e-mail address?

20        A    No -- E-mail, no.  Long time ago.

21        Q    When?

22        A    Don't remember.

23        Q    It says here -- if you could turn to page 1.

24        A    This page, yes?

25        Q    The first page, yes.

Aleksej Gubarev
April 30, 2018                                        84

```
 1         A    Yes.

 2         Q    It said in the first paragraph towards the

 3    bottom --

 4         A    Yes.

 5         Q    -- let me -- on the first line it says:

 6    "AWMOpen magazine is owned by AWOpen BV company

 7    Netherlands."

 8              Is that the company that you own, AWMOpen BV?

 9         A    Yes.  I invest in this company.  I was owner.

10         Q    And this would print a 90 to a 100 page

11    edition of the magazine -- I don't know how many times

12    it was printed, but is that accurate?

13         A    I don't remember exact pages.

14         Q    How many editions of the magazine were issued?

15         A    I don't remember exact number.

16         Q    It says:  "It emerged by Russian adult

17    business past the formation stage, and like in all other

18    serious fields of economy, a need for business media

19    became obvious."

20              What is it when it says "Russian adult

21    business," what is it talking about?

22         A    I don't know.

23         Q    You don't know?

24         A    Not me who writes.

25              COURT REPORTER:  I'm sorry?
```

Aleksej Gubarev
April 30, 2018                              85

```
1              WITNESS:  It's not me who writes this.
2              COURT REPORTER:  Thank you.
3       Q   (BY MR. BLACK)  What does this -- first of all
4    it's published over your name, right?
5              MR. FRAY-WITZER:  Objection.  You can answer.
6       A    It's published under the name of the company.
7       Q   (BY MR. BLACK)  And you don't know what Russian
8    adult business means?
9       A    In this context, no.
10      Q    It means what?
11      A    In this context I don't know.  I don't write
12   this.
13      Q    This is a magazine that says it's about
14   Russian adult business, and you're telling us you don't
15   know what it means?
16      A    People who did business with Russian.  If you
17   read here, it's what it say.
18      Q    What does Russian adult business mean?
19      A    I don't understand your question.
20      Q    This is your publication I'm reading from.  It
21   says:  "Russian adult business."
22           That's not my words; that's your business'
23   words.  So what does that mean, Russian adult business?
24      A    It means Russian adult business.
25      Q    What kind of business is that?
```

Aleksej Gubarev
April 30, 2018                                    86

```
1          A    It's here adult business.

2          Q    Any business for adults, that's what you want

3     us to believe?

4               MR. FRAY-WITZER:  Objection.

5          A    Any legal business for adults.

6          Q    A what kind of business?

7          A    Any legal business, adult and also any other

8     Internet business.

9          Q    Well, what was the subject of the business?

10         A    Which business?

11         Q    Russian adult business?

12         A    Here's what adult business.

13         Q    What would be published in the magazine?

14         A    It was different articles.

15              COURT REPORTER:  Sorry?

16         Q    (BY MR. BLACK)  What kind of articles?

17         A    Different kinds of article about how to make

18    Websites or something like that.

19         Q    Websites for what?

20         A    For adults and other types of businesses.

21         Q    What kind of adult business would be on the

22    Websites?

23         A    I don't know.

24         Q    You have no idea?

25         A    It's not me who decides.
```

Aleksej Gubarev
April 30, 2018                              87

```
 1        Q    But you're publishing this magazine, Mr.
 2   Gubarev.
 3             MR. FRAY-WITZER:  Objection.  Objection.  You
 4        can answer.
 5        A    It's not mean I'm doing Websites for them.
 6        Q   (BY MR. BLACK)  But you're talking about them,
 7   you're writing about them, you're publishing about them,
 8   aren't you?
 9             MR. FRAY-WITZER:  Objection.
10        A    I don't understand the question.
11        Q   (BY MR. BLACK)  Let me show you AM-1.
12             VIDEOGRAPHER:  Counsel.
13             INTERPRETER:  Counsel.
14             MR. BLACK:  Okay.
15             We'll take a short recess, they have to
16        change...
17             VIDEOGRAPHER:  Going off the video record.
18        The time is 12:06 p.m.
19             (A short recess was taken.)
20             VIDEOGRAPHER:  Going back on the video record.
21        The time is 12:15 p.m.
22             (Defendant's Exhibit No. AM-1 was marked for
23   identification.)
24        Q   (BY MR. BLACK)  Let me show you AM-1 for
25   identification.
```

Aleksej Gubarev
April 30, 2018                              88

```
 1              Sir, on the first page there appears to be a
 2    an introduction or a letter written by Alex XE magazine
 3    owner; is that you?
 4         A    Yes.  I own this magazine.  I was owner of
 5    this magazine.
 6         Q    Could you turn to the second page, please?
 7              It says there that -- I assume this means
 8    magazine:  "Has been nominated for an Xbiz premium
 9    award."
10              What is Xbiz business?
11         A    Website in adult industry.  It's some
12    information about that.
13         Q    It's spelled X-B-I-Z, correct?
14         A    Yes.
15         Q    If you could please go to the second to last
16    page.
17         A    Where?
18         Q    The second to last page.
19              MR. FRAY-WITZER:  There is only two pages.
20              MR. BLACK:  All right.
21              MS. BOLGER:  That would be the first page.
22              MR. BLACK:  That would be a problem.  We'll
23         pass on that one.
24         Q    (BY MR. BLACK)  Let me ask you -- well, looking
25    at it, it says that -- and you can look at my copy if
```

Aleksej Gubarev
April 30, 2018                         89

```
1    you want.  In the magazine you wrote a review that
2    covers the entire history -- that's not it.  The entire
3    history of the AW Open conference.  Take a look at the
4    highlighting I have there.
5             MR. FRAY-WITZER:  Objection.  You can answer.
6        A    But this is -- yes.
7        Q    (BY MR. BLACK)  Did you write an entire history
8    of the AWM Open for the Adult Webmasters Magazine?
9        A    No.  I believe the team was writing this.
10       Q    Okay.  Let me show you PX-112.
11            (Defendant's Exhibit No. PX-112 was marked for
12   identification.)
13       Q    (BY MR. BLACK)  Do you know who that is in
14   PX-112?
15       A    I told you before it's Pavel Vrublevsky.
16       Q    Well, I didn't show you the photograph before.
17            So this is Pavel, correct?
18       A    Pavel Vrublevsky.
19            COURT REPORTER:  I'm sorry, what is the name?
20            WITNESS:  Pavel Vrublevsky.
21       Q    (BY MR. BLACK)  He is known as Redeye, correct?
22       A    He uses alias.
23       Q    And he runs the Crutop forum?
24       A    I don't know this.
25       Q    Who runs the Crutop forum?
```

Aleksej Gubarev
April 30, 2018                    90

```
 1         A    I don't know.

 2              (Defendant's Exhibit No. PV-5 was marked for

 3     identification.)

 4         Q    (BY MR. BLACK)  Let me show you PV-5.

 5              PV-5 is a document about the AWM -- excuse me,

 6     Adult Webmasters Open 2004 in Larnaka, Cyprus, correct?

 7         A    Yes.

 8         Q    And towards the bottom of the page it says:

 9     "General sponsor and organizer Alex Z and his project."

10              Correct?

11         A    Yes.

12         Q    That's you, correct?

13              MR. FRAY-WITZER:  Objection.  You can answer.

14         A    As I told you before, this name was used, but,

15     yes, I invest to Real-Bucks.

16              COURT REPORTER:  I'm sorry, what was the

17         answer?

18              WITNESS:  I invest to Real-Bucks.

19              INTERPRETER:  I invest to Real-box.

20              COURT REPORTER:  Thank you.

21         Q    (BY MR. BLACK)  If you could turn to page 2,

22     please.  And on the column on the right-hand side it

23     says:  "Special thanks to our informational sponsors."

24              And then it lists Master-X.com and Redeye.

25     You see that?
```

```
 1        A    Yes.

 2        Q    That means Pavel Vrublevsky, correct?

 3        A    Yes.

 4        Q    And then it says:  "the forum www.Crutop.nu."

 5             You see that?

 6        A    Yes.

 7        Q    So Crutop was one of the sponsors of your

 8   second Adult Webmasters Conference, correct?

 9        A    Not sponsor, informational sponsor.

10        Q    What does that mean?

11        A    They just post information about the event.

12        Q    All right.  So you must know what Crutop is

13   then, right?

14             MR. FRAY-WITZER:  Objection.

15        Q    (BY MR. BLACK)  Let me withdraw it.

16             Do you know who an informational sponsor named

17   Crutop.nu was?

18        A    Could you rephrase the question, please?

19        Q    Sure.  What was Crutop?

20        A    Forum for Masters.

21        Q    What was it?  What went on in this forum?

22        A    I don't know.

23        Q    Were you the one who -- who decided to have

24   them as a sponsor?

25        A    It was big forum at the time.
```

Aleksej Gubarev
April 30, 2018                              92

```
 1              COURT REPORTER:  It was a big?

 2              INTERPRETER:  Big forum.

 3              WITNESS:  Big forum at the time.

 4              COURT REPORTER:  Thank you.

 5       Q    (BY MR. BLACK)  I don't understand what you're

 6  saying.

 7       A    It was big forum at that time.

 8       Q    A big forum?

 9       A    Yes.

10       Q    Of what?

11       A    Just forum for Webmasters.

12       Q    Let me show you PV-6.

13              (Defendant's Exhibit No. PV-6 was marked for

14  identification.)

15       Q    (BY MR. BLACK)  PV6 is a document showing the

16  Adult Webmaster Open of 2005 in Prague, and two-thirds

17  of the way down it says:  "Organizer of AWMOpen, Alex

18  Z."

19              That's you, correct?

20              MR. FRAY-WITZER:  Objection.  You can answer.

21       A    I was not organizer, but I own this company.

22       Q    (BY MR. BLACK)  So when it says "organizer of

23  AWMOpen," that's incorrect?

24       A    It was team of people who organized.  I just

25  invest money to this company.
```

Aleksej Gubarev
April 30, 2018                                        93

```
 1          Q    My question was:  When it says that you were

 2     the organizer of the AWMOpen; is that correct or

 3     incorrect?

 4          A    No, incorrect.

 5               MR. FRAY-WITZER:  Objection.

 6          Q    (BY MR. BLACK)  Did you correct it when you saw

 7     this?

 8          A    It was so many years ago, I don't remember.

 9          Q    You must have seen this in 2005, right?

10          A    I don't remember; it's so many years ago.

11          Q    Did you tell them, I'm not the organizer, take

12     my name off as the organizer?

13               MR. FRAY-WITZER:  Objection.

14          A    I don't know what I tell.  It was 13 years

15     ago; I don't remember.

16          Q    (BY MR. BLACK)  All right.  Could you turn to

17     the second page?

18          A    Yes.

19          Q    And at the bottom of the right-hand column

20     under Informational Sponsors, it says:  "Project

21     www.Crutop.nu" and in brackets "Redeye."

22               You see that?

23          A    Yes.

24          Q    This is the second year in a row that they are

25     an informational sponsor, correct?
```

Aleksej Gubarev
April 30, 2018                              94

```
 1        A    They just publish about our event and what it
 2   is.
 3        Q    That's all?
 4        A    Yes.
 5        Q    And you don't -- all right.
 6             Let me show you PV-7.
 7             (Defendant's Exhibit No. PV-7 was marked for
 8   identification.)
 9        Q    (BY MR. BLACK)  This deals with the Adult
10   Webmasters Open of 2006, and if you look on the first
11   page right under the first line there it says:
12   "Organizer of AWMOpen Alex Z."
13             Is that correct or incorrect?
14        A    It's not correct.  It was a team of people
15   organize it.
16        Q    Is that correct or incorrect?
17             MR. FRAY-WITZER:  Objection.
18        A    No.
19        Q    (BY MR. BLACK)  What does no mean?
20        A    No means -- I repeat you once more, I -- was
21   team of people who organized the conference.  I was
22   investor to this company and that's it.
23        Q    (BY MR. BLACK)  It doesn't say investor, does
24   it?  It says organizer, does it not?
25        A    It was not me who write this.
```

Aleksej Gubarev
April 30, 2018                              95

```
 1        Q    And at the bottom of the page, once again,
 2   under informational sponsors for the third year in a
 3   row, you put Crutop.nu, correct?
 4             MR. FRAY-WITZER:  Objection.
 5        A    Not me who put this.  I was not doing this.
 6        Q    (BY MR. BLACK)  Could you turn to the second
 7   page, and on the left-hand column it says:  "Our new
 8   sponsor Exotic Gold."
 9             What was Exotic Gold?
10        A    I don't know.
11        Q    It says:  "ExoticGold.com turning pleasure
12   into treasure."
13             What does that mean, pleasure into treasure?
14        A    I don't know.
15        Q    You don't know.
16             And then right below it says:  "Our new
17   sponsor Adult Monsters."
18             What does Adult Monsters do?
19        A    I don't know.
20        Q    It's like one maybe of the marvel of pictures?
21             MR. FRAY-WITZER:  Objection.  You can answer.
22        A    No idea.
23        Q    No idea.
24             Your new sponsor, and you don't know what they
25   do; is that what you're telling us?
```

Aleksej Gubarev
April 30, 2018                                    96

1     A    Not me who work with the sponsor.  It was a
2  team of people who worked with them.
3     Q    All right.  The next one down:  "Our new
4  sponsor, the Russia Kings."
5         Who are the Russia Kings?
6     A    I don't know.
7     Q    Let me show you PV-8.
8         (Defendant's Exhibit No. PV-8 was marked for
9  identification.)
10     Q    (BY MR. BLACK)  You see this is about the Adult
11  Webmasters Open 2007?
12     A    No.  From what I see, here's about '07 and on
13  the top it's about '08.
14     Q    And do you remember which one it's about?
15     A    No.  I mean, you can see on the top is '08 and
16  here is the 2007.
17     Q    Of the left-hand column it says:  "Our new
18  sponsor Commercegate."
19         Had you bought Commercegate by this time?
20     A    I'm 100 percent sure, no.
21     Q    Can you turn to the second page.  You see
22  where it has sponsors for the AWMOpen 2007?
23     A    Yes, I see it.
24     Q    Now, Real-Bucks.com was your company, right?
25     A    I was one of the investors.

Aleksej Gubarev
April 30, 2018                          97

```
 1        Q     All right.  It says here under Real-Bucks:
 2    "Sites 35 exclusive sites mature, teen, gay, pregnant,
 3    smoking, Hentai, Toons."
 4              What does that mean?
 5        A     It's adult Websites.
 6        Q     It's what?
 7        A     It's adult Websites.
 8        Q     It's what?
 9        A     It's adult Websites, legal Websites.
10        Q     That's what you talk about when you talk about
11    adult Websites?
12        A     It's one kind of them.
13        Q     Well, this is your company, right, you should
14    know?
15              MR. FRAY-WITZER:  Objection.  You can answer.
16        A     I was investor; I'm not operation.
17        Q     (BY MR. BLACK)  If you can go to the third
18    page.  And once again, it has Crutop as one of your
19    media sponsors; is that correct?
20        A     On this page, yes.
21        Q     If we can take a look at PV-9.
22              (Defendant's Exhibit No. PV-9 was marked for
23    identification.)
24        Q     (BY MR. BLACK)  This is about the Adult
25    Webmasters Open 2008 sponsors, correct?
```

Aleksej Gubarev
April 30, 2018                                    98

```
 1        A     I don't remember but on this page it's written
 2   there.
 3        Q     Okay.  And right underneath that it says:
 4   "AWMOpen is organized by Alex XE."
 5              You see that?
 6        A     I would like to repeat once again, I -- it was
 7   a team of people who organize it.  I just invest money
 8   to the company, and...
 9        Q     This is the fourth year in a row they say that
10   it's organized by you, though?
11              MR. FRAY-WITZER:  Objection.
12        A     It's not me who say this.
13        Q     (BY MR. BLACK)  Who's on this team of people?
14        A     Let's see, if I remember correctly, it was
15   Andre.
16        Q     It was Andre?
17        A     Yes.
18        Q     What's Andre's last name?
19        A     I don't remember.  I don't meet him many
20   years.
21        Q     Who else?
22        A     He has some people.
23        Q     What are the names of the people?
24        A     It was 10 years ago, I don't remember.  I was
25   not organizer.
```

Aleksej Gubarev
April 30, 2018                                    99

1      Q    Well, in any one of the AWMOpens, tell me the

2   names of the people on the team on any one of them?

3      A    I tell you -- well, I have a main manager.

4      Q    Who was that?

5      A    Andre.

6      Q    Andre.  What's his last name?

7      A    I don't remember.

8      Q    All right.  Underneath it it has:  "Webazilla

9   brand sponsor of the AWMOpen 2008."

10          Is that correct?

11     A    Yes.

12     Q    And under that, Real-Bucks is also a sponsor?

13     A    It's here, yes.

14     Q    Both of those are your companies?

15          MR. FRAY-WITZER:  Objection.  You can answer.

16     A    I'm not only one shareholder.  There was not

17   only one shareholder in Real-Bucks.

18     Q    (BY MR. BLACK)  All right.  Who else was a

19   shareholder in Real-Bucks?

20     A    Bunch of people.  I don't remember them all.

21   It was -- there was two Alexei, but I don't remember the

22   names.  I'm really bad on the surnames to remember.

23          INTERPRETER:  For interpreter.

24          Two people named Alexei.

25     A    And another two, three people.

Aleksej Gubarev
April 30, 2018                                    100

```
 1        Q    (BY MR. BLACK)   What are their names?

 2        A    I don't remember their names.

 3        Q    First of all, do you remember the last names

 4   of the two Alexeis?

 5        A    No, because it was not used.

 6        Q    So you don't remember the names of -- the full

 7   names of anybody who was an investor with you in

 8   Real-Bucks.com?

 9        A    That's correct.

10        Q    Could you turn to the next page, please.

11             At the bottom of the page one of the sponsors

12   is called Drug Revenue.  You see that?

13        A    Yes.

14        Q    What was Drug Revenue?

15        A    I don't know.

16        Q    Turn to the next page.

17             It has Commercegate as one of the sponsors.

18             Did you own Commercegate by this time?

19        A    Which year is that?

20        Q    This is 2008.

21        A    No.  I didn't own it at that time.

22        Q    Who did own it then?

23        A    I don't remember.

24        Q    Who did you buy Commercegate from?

25             MR. FRAY-WITZER:  Objection.  You.
```

```
 1              MR. BLACK:  Excuse me.

 2        Q    (BY MR. BLACK)  You owned XE Investments,

 3   correct?

 4        A    Yes, correct.

 5        Q    And XE Investments, at sometime, owned

 6   Commercegate?

 7        A    That's correct.

 8        Q    Who did XE Investments buy Commercegate from?

 9        A    Both owned companies, but I don't remember the

10   names of the companies.

11        Q    You have -- you can't give us any idea of who

12   you bought Commercegate from?

13        A    Lawyers prepared the contracts.  I don't see

14   the name of the company.

15              COURT REPORTER:  I'm sorry, what was that?

16              INTERPRETER:  Lawyers prepared the contracts.

17        Q    (BY MR. BLACK)  If you could turn to the next

18   page.  Once, again, Crutop is one of your media support;

19   is that correct?

20        A    Yes.

21              Are you finished with this one?

22        Q    Yes, we are.

23              By the way, in the -- let me see if I have it

24   here, what I'm looking for.

25              When it calls somebody a "private sponsor"
```

Aleksej Gubarev
April 30, 2018                                    102

```
 1    what does that mean?

 2              MR. FRAY-WITZER:  Objection.

 3        A    Could you show me?

 4              (Defendant's Exhibit No. PV-12 was marked for

 5    identification.)

 6        Q    (BY MR. BLACK)  Sure.  Let me show you PV-12.

 7    Can you turn to page 2?

 8        A    Yes.

 9        Q    It says: "Special thanks to our private

10    sponsors ZJ and XZAC."  Who are they?

11        A    I don't remember.

12              MR. FRAY-WITZER:  Roy, on this Exhibit, the

13        URL line is redacted out.  Do you know why?

14              MR. BLACK:  No.  It's just the way that we got

15        it.

16        A    This copy has no number at the top.

17        Q    (BY MR. BLACK)  I assume you're familiar with

18    all these, aren't you?

19              MR. FRAY-WITZER:  Objection.

20        A    Why?

21        Q    (BY MR. BLACK)  Your company put these out?

22        A    What?

23        Q    All these Websites?

24              MR. FRAY-WITZER:  Objection.  You can answer.

25        A    Which Websites?
```

```
1        Q    (BY MR. BLACK)  All these we've just gone

2   through here for the last hour or so.  These were all

3   Websites for your company, weren't they?

4              MR. FRAY-WITZER:  Objection.  You can answer.

5        A    Which Websites?  Be more specific.

6        Q    (BY MR. BLACK)  AWM Adult Webmasters Websites,

7   those were owned by your company, weren't there?

8        A    It's not correct --

9        Q    Who owned the adult Webmasters Websites?

10       A    Not me.

11       Q    Which company?

12       A    I don't know.

13       Q    Why don't you know that?

14       A    How I know which adult --

15       Q    It's your company?

16       A    No.  My company is AWMOpen BV, not Adult

17  Webmasters Websites.

18       Q    How is it that this Website was created, did

19  you know about this Website?

20       A    Of course I know about it.

21       Q    Whose Website was this?

22       A    What you mean?

23       Q    Whose Website published these documents?

24             MR. FRAY-WITZER:  Objection.

25       A    Which documents?
```

Aleksej Gubarev
April 30, 2018                                    104

```
 1        Q    The ones we've just gone through.

 2        A    I told you to answer it, AWOpen.com was

 3  operated by AWOpen BV.  Does that answer your questions?

 4        Q    Who -- so then you know about these Websites,

 5  correct?

 6             MR. FRAY-WITZER:  Objection.

 7        A    I know about AWMOpen.com, yes.

 8        Q    (BY MR. BLACK)  All right.  Let me show you

 9  PV-4.

10             (Defendant's Exhibit No. PV-4 was marked for

11  identification.)

12        Q    (BY MR. BLACK)  Can you please turn to page 4

13  of 17.  That has Mr. Vrublevsky's picture on it, doesn't

14  it?

15        A    Yes.

16        Q    Do you recognize him?

17        A    Yes, it's his picture.

18        Q    And you know Brian Krebs, right, the person

19  who -- or you know of Brian Krebs, the person who wrote

20  this?

21             MR. FRAY-WITZER:  Objection.  You can answer.

22        A    I not meet him never in my life.

23        Q    (BY MR. BLACK)  Okay.  But you've read his

24  stuff?

25             MR. FRAY-WITZER:  Objection.
```

Aleksej Gubarev
April 30, 2018                                    105

```
 1        A     Sometimes.

 2        Q    (BY MR. BLACK)  All right.  Go back to that

 3   page -- or I wanted to ask you if this is correct:  "I

 4   mention Vrublevsky in that story because I knew Fomenko,

 5   aka Diesel, and he were longtime associates, both were

 6   prominent members of Crutop.nu, a cybercrime forum that

 7   Vrublevsky, aka Redeye, owned and operated for years."

 8             Now, was that an accurate description of

 9   Crutop?

10             MR. FRAY-WITZER:  Objection.  You can answer.

11        A     I don't know.

12        Q    (BY MR. BLACK)  You don't know, all right.

13             And the next line it says:  "That story also

14   noted how common it was for Russian intelligence

15   services to recruit Russian hackers who are already in

16   prison, by commuting their sentences in exchange for

17   helping the government hack foreign adversaries."

18             Is that correct?

19             MR. FRAY-WITZER:  Objection.  You can answer?

20        A     I don't know.

21        Q    (BY MR. BLACK)   In 2013, Vrublevsky was

22   convicted of hiring his most trusted spammer and malware

23   writer to attack one of ChronoPay's chief competitors,

24   but he was inexplicably released the year earlier than

25   two and a half year sentence required; are you familiar
```

Aleksej Gubarev
April 30, 2018                              106

1    with that?

2            MR. FRAY-WITZER:  Objection.  You can answer.

3        A    I don't know.

4        Q    (BY MR. BLACK)  Did you know that Vrublevsky

5    had been convicted because he hacked one of his

6    competitors?

7            MR. FRAY-WITZER:  Objection.  You can answer.

8        A    I don't know because -- if this was the case,

9    but I know he was convicted.

10       Q    (BY MR. BLACK)  What was he convicted for?

11       A    I don't know the details.

12       Q    Let me show you PV-3.

13           (Defendant's Exhibit No. PV-3 was marked for

14    identification.)

15       Q    (BY MR. BLACK)  PV-3 is another column or

16    article by Brian Krebs.  I wanted to ask you about a

17    paragraph in the middle of page 2.  It says:  "Crutop, a

18    9,500 member strong, was also hosted at 3FN and was

19    named in the FTC's action.

20           The FTC called Crutop a place where criminals

21    shared techniques and strategies with one another, and a

22    Russian language Website that features a variety of

23    discussions forums that focus on making money from

24    spam."

25           Is that correct?

Aleksej Gubarev
April 30, 2018                    107

```
 1              MR. FRAY-WITZER:  Objection.

 2       A    I don't know.

 3       Q    (BY MR. BLACK)  Is it that what Crutop is?

 4              MR. FRAY-WITZER:  Objection.

 5       A    I don't know.

 6       Q    (BY MR. BLACK)  Is Crutop a cyber crime forum?

 7       A    I don't know.

 8       Q    It is a place that people exchange information

 9  on how to use spam?

10       A    I don't know.

11       Q    Is it how they-- is it a place where they

12  discuss how to steal money on the Internet?

13       A    I don't know.

14       Q    And Crutop was for at least four years, the

15  media sponsor of the AWMOpen; is that correct?

16              MR. FRAY-WITZER:  Objection.  You can answer.

17       A    I don't remember how many times, but, yes, he

18  was made a sponsor.  But for me, he just published

19  information about our event.

20       Q    (BY MR. BLACK)  To a cyber crime forum?

21              MR. FRAY-WITZER:  Objection.

22       A    I don't know.

23       Q    (BY MR. BLACK)  You don't know.  All right.

24              Let me show you PV-12.

25              (Defendant's Exhibit No. PV-12 was marked for
```

Aleksej Gubarev
April 30, 2018                                    108

```
 1    identification.)

 2        Q   (BY MR. BLACK)  Did Mr. Vrublevsky own a

 3    business called ChronoPay?

 4        A   I believe he was one of the shareholders.

 5        Q   What was ChronoPay?

 6        A   Processing company.

 7            COURT REPORTER:  I'm sorry?

 8            INTERPRETER:  Processing company.

 9            COURT REPORTER:  Thank you.

10        Q   (BY MR. BLACK)  For payments that people make

11    on the Internet?

12        A   Yes.

13        Q   For pornography?

14        A   I don't know.

15        Q   You don't know?

16        A   I don't know.

17        Q   This says that Mr. Vrublevsky was sentenced to

18    two and a half years in prison.  Are you familiar with

19    that?

20            MR. FRAY-WITZER:  Objection.  This document

21        doesn't say that.

22            MR. BLACK:  Jane, we have the wrong one.  It's

23        PV-2.

24            MS. QUINN:  I'm sorry.

25            MR. BLACK:  P.V. as in Pavel Vrublevsky.
```

Aleksej Gubarev
April 30, 2018                                        109

1       Q    (BY MR. BLACK)   Were you aware that

2   Mr. Vrublevsky was sentenced to two and a half years in

3   prison?

4       A    I don't know the details, but I know that he

5   was in prison.

6       Q    According to Krebs, he was found guilty of

7   hiring botmasters to attack a rival payment processing

8   firm.

9            Can you tell us what a botmaster is?

10      A    I don't know.

11      Q    You don't know what a botmaster is, okay.

12           And the next page it says that Vrublevsky

13  hired Igor and Demetri Artimovich -- sorry.

14           Do you know Igor and Demetri?

15      A    I don't remember.

16      Q    You don't remember?

17      A    No, I don't remember them.

18      Q    It said that they used their Festi, F-E-S-T-I,

19  spam botnet.  Have you heard of the Festi spam botnet?

20      A    No.

21      Q    What is that?

22           MR. FRAY-WITZER:  Objection.

23      A    I don't know.

24      Q    (BY MR. BLACK)   It says here the Artimovich

25  brothers were also sentenced to two and a half years.

 1    Did you know that?

 2         A    No.

 3         Q    Let me show you PV, as in Pavel Vrublevsky,

 4    15.

 5              (Defendant's Exhibit No. PV-15 was marked for

 6    identification.)

 7         A    Are you finished with this one?

 8         Q    (BY MR. BLACK)  Yes.

 9              I'd like you to please turn the page 2, and

10    the third paragraph, it said that:  "Mr. Artimovich and

11    three others were one of the world's most prolific

12    spambots, or illegal networks, of virus infected

13    computers that sends spam."

14              Could you tell us what a spambot is?

15         A    I don't know.

16         Q    What does it mean to create an illegal network

17    of virus infected computers that sends spam?

18         A    I don't know.

19         Q    Do you know anything about spam?

20         A    I know what is spam.

21         Q    Has spam been used on or have people sent spam

22    on your network of servers?

23              MR. FRAY-WITZER:  Objection.  You can answer.

24         A    I don't know.

25         Q    (BY MR. BLACK)  Do you know that spam can

Aleksej Gubarev
April 30, 2018                                111

```
 1    control -- excuse me, that spam can include undetectable

 2    computer viruses?

 3              MR. FRAY-WITZER:  Objection.  You can answer.

 4        A    Maybe.

 5        Q    (BY MR. BLACK)  Do you know?

 6        A    No.

 7        Q    Do you know that viruses can be hidden in

 8    spam?

 9        A    Yes, I knew about that.

10        Q    How is it that you know about that?

11        A    I read somewhere in the news.

12        Q    Do you know that viruses can be hidden in

13    video files of pornography?

14        A    I don't know.

15              MR. FRAY-WITZER:  Objection.  You can answer.

16        Q    (BY MR. BLACK)  You don't know anything about

17    that?

18        A    No.  It can be hidden in any files.

19        Q    But is it quite often that viruses are hidden

20    in video that's transmitted over the Internet?

21              MR. FRAY-WITZER:  Objection.  You can answer.

22        A    I don't know.

23        Q    (BY MR. BLACK)  If you could turn to page 3,

24    Paragraph 3.  It says:  "Prosecutors say Mr. Artimovich

25    was one of two principal programmers who controlled the
```

Aleksej Gubarev
April 30, 2018                                          112

1    network of infected computers in a group that included a

2    former signals intelligent officer and the Federal

3    Security Service, or FSB, the successor agency to the

4    KGB."

5           Are you familiar with the fact that FSB agents

6    work with hackers to send malicious programs over the

7    Internet?

8           MR. FRAY-WITZER:  Objection.  You can answer.

9       A    I don't know.

10      Q    (BY MR. BLACK)  If you could turn to page 5.

11   At the top of the page it talks about what is called a

12   "distributed denial of service attack."

13          Could you please tell us what that means?

14      A    I don't know exact wording, but these sometime

15   for attacks to bring the Website down.

16      Q    In the two paragraphs down it says:  "Computer

17   security experts" -- by the way, you're a computer

18   security expert, aren't you?

19          MR. FRAY-WITZER:  Objection.

20      A    No.

21      Q    (BY MR. BLACK)  No?  You don't pretend to be an

22   expert on computer security?

23          MR. FRAY-WITZER:  Objection.

24      A    No.

25      Q    (BY MR. BLACK)  Have you ever held yourself out

1    as an expert on computer security?

2            MR. FRAY-WITZER:  Objection.  You can answer.

3        A    I use external people to give me advice before

4    I tell anything.

5        Q    (BY MR. BLACK)  Well, have you held yourself

6    out as being able to advise people about computer

7    security?

8        A    I'm not very professional to tell -- to give

9    advice.

10       Q    All right.  It says:  "Computer security

11   experts have long been intrigued by the possibility that

12   the Russian Government has turned so-called black hat

13   hackers for political tasks in the exchange for offering

14   protection from prosecution."

15           Do you know if that's true?

16       A    No.

17       Q    If you could turn to page 10 of 12.

18       A    Yes.

19       Q    It says there that:  "Prosecutors argue that

20   Igor Artimovich designed Festi.  They say that

21   executives at ChronoPay hired him to crash the Aeroflot

22   site because they were angry at losing a tender for

23   Aeroflot's business."

24           Were you aware of that?

25           MR. FRAY-WITZER:  Objection.

Aleksej Gubarev
April 30, 2018                              114

```
 1        A    I heard about it after the Website was down,
 2   but I don't know the details.
 3        Q    (BY MR. BLACK)  Did you know that Pavel
 4   Vrublevsky was behind that?
 5             MR. FRAY-WITZER:  Objection.
 6        A    I heard from the news.
 7        Q    (BY MR. BLACK)  And do you know that he was
 8   sentenced to prison for doing that?
 9        A    I don't know the details of case.
10        Q    (BY MR. BLACK)  And for how many years was
11   Mr. Vrublevsky associated with you in the Adult
12   Webmasters Open?
13             MR. FRAY-WITZER:  Objection.
14        A    He never was associated with me.
15        Q    (BY MR. BLACK)  I'm sorry?
16        A    He was never associated with me.
17             Can we go for lunch in 15 minutes?
18        Q    Sure.
19             Let me show you AG-6.
20             (Defendant's Exhibit No. AG-6 was marked for
21   identification.)
22        Q    (BY MR. BLACK)  This is an article that was in
23   Forbes called Virtual Underground, and I wanted to ask
24   you about on the first paragraph it says:  "All of them
25   are Adult Webmasters" then in parentheses AWM.  "In
```

Aleksej Gubarev
April 30, 2018                                    115

```
 1    other words, sellers of pornography on the Internet."
 2            Is that accurate?
 3            MR. FRAY-WITZER:  Objection.  Is what
 4        accurate?
 5        A    Yes, correct.
 6        Q    (BY MR. BLACK)  That sentence.  Is that
 7    sentence accurate?
 8            MR. FRAY-WITZER:  What is all of them
 9        referring to?
10        Q    (BY MR. BLACK)  All right.  Well, let me ask
11    you this then:  When it says, Adult Webmasters AWM, in
12    other words, sellers of pornography on the Internet; is
13    that accurate?
14        A    No.
15        Q    And then a couple of sentences down it says:
16    "Another 10 masters with families occupy a block of
17    flats in Cyprus, a large colony of pornography has
18    settled in Cyprus."  And then it goes on:  "A large
19    colony has settled in Prague."
20            Let me ask you this:  Is it true that there
21    are 10 masters with families that occupy a block of
22    flats in Cyprus?
23        A    I don't know.
24            MR. FRAY-WITZER:  Objection.
25        Q    (BY MR. BLACK)  If you could turn to page 4,
```

1    please.  And under -- there's a section called

2    pornography-laws, and at the last sentence in the first

3    paragraph it says:  "Secondly, Russian Internet users

4    prefer to play server with pornographic products outside

5    the territory of the Russian Federation in those states

6    where this is not prohibited by law."

7              Is that accurate?

8              MR. FRAY-WITZER:  Objection.  You can answer.

9         A    Accurate what?

10        Q    (BY MR. BLACK)  That people who have

11   pornography or sell pornography through their servers,

12   do it outside the Russian Federation?

13             MR. FRAY-WITZER:  Objection.

14        A    Maybe, I don't know.

15        Q    (BY MR. BLACK)  Is that why you moved to

16   Cyprus?

17        A    No.

18        Q    Is that why your business is located in

19   Holland?

20        A    No.

21        Q    Do you do any pornography inside the Russian

22   Federation?

23             MR. FRAY-WITZER:  Objection.

24        A    No.

25        Q    (BY MR. BLACK)  Let me show you an Exhibit,

1    MC-1.

2           (Defendant's Exhibit No. MC-1 was marked for

3    identification.)

4       Q    (BY MR. BLACK)   I wanted to ask you a question

5    about page 2.   Under sponsors of AWMOpen 2007, it has

6    McColo, M -- capital Mc, capital C, O-L-O.

7           What was McColo?

8       A    A sponsor company.

9       Q    Did you deal with Nikolia McColo?

10      A    I don't remember if me or my manager.   I

11   remember something about this.

12      Q    Did you know a Nikolai McColo?

13      A    I heard about him.

14      Q    Did Nikolia McColo come to any of the Adult

15   Webmasters Opens?

16      A    I don't remember.

17      Q    Let me show you MC-2.

18          (Defendant's Exhibit No. MC-2 was marked for

19   identification.)

20      Q    (BY MR. BLACK)   And MC-2 is also another

21   article by Brian Krebs.

22          I wanted to ask you about the first two

23   paragraphs.   A United States -- excuse me.   "A U.S.

24   based Web hosting firm, that security experts say was

25   responsible for facilitating more than 75 percent of the

Aleksej Gubarev
April 30, 2018                          118

1    junk e-mail blasted out each day globally, has been

2    knocked off line following reports from Security Fix on

3    evidence gathered about suspicious activity emanating

4    from the network.

5              For the past four months, Security Fix has

6    been gathering data from the security industry about

7    McColo Corp., a San Jose, California based Web hosting

8    service, whose client list, experts say, include some of

9    the most disreputable cyber criminal gangs in business

10   today."

11             Is that accurate about McColo Corp.?

12             MR. FRAY-WITZER:  Objection.

13        A    I don't know.

14        Q    (BY MR. BLACK)  Well, did you look into McColo

15   Corp. before they began a sponsor of your program?

16             MR. FRAY-WITZER:  Objection.  You can answer.

17        A    I don't know.

18        Q    (BY MR. BLACK)  Was the McColo Corp. shut down

19   by the Federal Trade Commission?

20             MR. FRAY-WITZER:  Objection.

21        A    I don't know.

22        Q    (BY MR. BLACK)  You don't.  Do you care?

23             MR. FRAY-WITZER:  Objection.

24        A    No.

25        Q    (BY MR. BLACK)  Could you please turn to page 8

Aleksej Gubarev
April 30, 2018                              119

1   of 10.

2        A    Eight?

3        Q    Eight of 10.

4             I want to ask you about a paragraph about

5   two-thirds the way down the page.  "In my understanding,

6   and I'm sure someone will correct me if I'm wrong."

7        A    Show me the paragraph.

8        Q    It's about two-thirds the way the down?

9        A    Thank you.

10       Q    "In my understanding, and I'm sure someone

11  will correct me if I'm wrong, what McColo did was not

12  simply spam in the sense of sending out unsolicited

13  e-mails, its activities included hosting and

14  perpetuating illegal and dangerous activities including

15  viruses, worms, et cetera, fake pharmaceuticals,

16  fraudulent products and possibly child pornography.

17            Companies like the Global Crossing and

18  Hurricane Electric are well within their the rights and

19  some would say are morally obligated to unilaterally

20  turn off access if their the services are being used for

21  illegal activities."

22            Were you aware that McColo was involved doing

23  those things?

24            MR. FRAY-WITZER:  Objection.

25       A    I don't know.

Aleksej Gubarev
April 30, 2018                                    120

```
 1        Q   (BY MR. BLACK)  Did you ever do any due
 2   diligence of McColo Corporation before you allowed them
 3   to be a sponsor of your program?
 4             MR. FRAY-WITZER:  Objection.  You can answer.
 5        A   It's not me who decided him responsible.  Some
 6   team members were doing this.
 7        Q   (BY MR. BLACK)  Alexei, last name unknown, that
 8   person?  These people you say the names you don't
 9   remember.
10        A   Andre.
11        Q   Andre whose last name we can't remember, he
12   was responsible for this?
13        A   Which year?  I don't remember.
14             MR. FRAY-WITZER:  For the record, I'd like to
15        note that's from the comments section to that
16        article.
17        Q   (BY MR. BLACK)  Well, let me ask you this:  If
18   somebody commented like that and had information that
19   somebody was sending out child pornography, viruses,
20   worms, stealing, cheating people, sending out false
21   pharmaceuticals, would that concern you?
22             MR. FRAY-WITZER:  Objection.
23        A   I was not aware about it.
24        Q   (BY MR. BLACK)  Would that concern you?
25             MR. FRAY-WITZER:  Objection.
```

Aleksej Gubarev
April 30, 2018                                    121

```
 1        A    If I was aware about that, I will not take him
 2   as a -- the team would not take him as a sponsor.
 3        Q    (BY MR. BLACK)  That was sort of a Freudian
 4   slip there.
 5             So what was done to look into them?  What did
 6   McColo do, tell me that?
 7             MR. FRAY-WITZER:  Objection.
 8        Q    (BY MR. BLACK)  What was their business?
 9        A    I don't know.
10        Q    You don't know?
11        A    It's not my business.
12             MR. FRAY-WITZER:  Is this a good time for
13        lunch?
14             MR. BLACK:  One second -- yes, this is a good
15        time.
16             (A luncheon recess was taken.)
17             VIDEOGRAPHER:  Going off the video record.
18        The time the is 1:09 p.m.
19             VIDEOGRAPHER:  Going back on the video record.
20        The time is 2:03 p.m.
21             (Defendant's Exhibit Nos. PX-34, PX-37, PX-39,
22   PX-43, were marked for identification.)
23        Q    (BY MR. BLACK)  Mr. Gubarev, I'd like to show
24   you some photographs, if we could hand them out.
25             Could you tell me the name of those three
```

Aleksej Gubarev
April 30, 2018                                  122

1    people in the photograph with you?

2         A    I don't know.

3         Q    You don't know?

4         A    No.

5         Q    In the next photograph, can you tell me the

6    names of any of the people in the photograph?

7         A    I see probably my face, but I'm not sure.

8              COURT REPORTER:  Who is it, I'm sorry?

9              WITNESS:  I see probably my name -- my face,

10        but I'm not sure probably.  Other people I don't

11        know.

12        Q    (BY MR. BLACK)  You don't recognize any of the

13   people in PX-34?

14        A    It was long years ago, I don't know.

15        Q    In PX-37, do you recognize those two men who

16   are standing next to you?

17        A    In the middle guy I recognize.

18        Q    What's his name?

19        A    Alexie.

20        Q    What's his last name?

21        A    I'm not sure but his name is Alexie.

22        Q    What does he do?

23        A    He was partner in Real-Bucks.

24        Q    A partner in what?

25        A    Real-Bucks.

Aleksej Gubarev
April 30, 2018                                    123

```
 1        Q    I can't understand that word.
 2        A    The project which we were speaking before to
 3   invest --
 4             MS. BOLGER:  Real-Bucks.
 5        A    -- he was one of the partners.
 6        Q   (BY MR. BLACK)  And taking a look at PX-39, can
 7   you tell me who that gentleman is there with you?
 8        A    Face is familiar.  I don't remember the name.
 9        Q    All right.  Taking a look at PX-43 can you
10   tell me the name of that person?
11        A    Yes, he's my friend Andre Kobnov.
12        Q    Andre?
13        A    Andre Kobnov.
14        Q    How do you spell the last name?
15        A    K-O-B-N-O-V.
16        Q    Was he receiving an award?
17        A    Yes.  I don't know what he's receiving, I'm
18   not sure from the picture.
19        Q    Looks like you're acting as the announcer; is
20   that correct?
21             MR. FRAY-WITZER:  Objection.
22        A    I'm not sure.
23        Q   (BY MR. BLACK)  You're holding a microphone
24   there, aren't you?
25        A    Does not mean I am announcer.
```

Aleksej Gubarev
April 30, 2018                                    124

```
1        Q    I'm sorry?

2        A    Does not mean what you asked me.

3        Q    What are you doing there?

4        A    I'm not sure here.

5        Q    All right.  Now Andre, his -- the name he goes

6   by is Goth; is that correct?

7        A    Yes.

8        Q    Why does he go by the name Goth?

9        A    I don't know.

10       Q    Why doesn't he have his -- the name Andre

11  there?

12       A    It's his choice.

13            COURT REPORTER:  I'm sorry?

14            WITNESS:  It's his choice.

15            (Defendant's Exhibit Nos. PX-47 and PX-48 were

16  marked for identification.)

17       Q    (BY MR. BLACK)  Let me show you PX-47.  Can you

18  tell me who those people are?

19       A    I know the guy in the middle.

20       Q    What's his name?

21       A    Alex Gidirym (phonetic).

22       Q    How do you spell the last name?

23       A    I'm not sure how to spell it correctly.

24       Q    And the person in the white shirt?

25       A    I don't remember.
```

Aleksej Gubarev
April 30, 2018                    125

```
 1        Q    What are you doing there?
 2        A    I don't remember; it's seven years ago.
 3        Q    And in PX-48, who and what's the name of the
 4   person in the white T-shirt?
 5        A    It's some Dutch guy, but I don't remember even
 6   his name.  I remember he's Dutch, but I don't remember
 7   his name.
 8        Q    What are you congratulating him for?
 9             MR. FRAY-WITZER:  Objection.
10        A    I don't remember.
11        Q   (BY MR. BLACK)  Is that a microphone in your
12   hand?
13        A    Looks like it.
14        Q    Are you conducting a program of some type?
15        A    I don't understand the question.
16        Q    Are you talking?
17        A    Maybe, I don't remember.
18        Q    To a group of people?
19        A    I don't know; it's unclear from the picture.
20        Q    So it's not clear from the picture whether or
21   not you're actually conducting a program or an awards
22   program or anything like that, correct?
23        A    I'm not sure.
24             (Defendant's Exhibit No. PX-53 was marked for
25   identification.)
```

1     Q   (BY MR. BLACK)  Okay.  And taking a look at

2  PX-53, can you tell me which people are in that

3  photograph?

4     A   My wife on the right in the black and red

5  dress.

6     Q   Who else?

7     A   On the right a little bit down is me because

8  it's similar.  I think, I'm not sure because photo is

9  not good, about the left girl.  She looks familiar for

10 me.  I'm not sure because the photo is not good quality.

11          (Defendant's Exhibit No. PX-81 was marked for

12 identification.)

13    Q   (BY MR. BLACK)  Okay.  Take a look at PX-81.

14 Do you recognize any of those men standing or sitting in

15 the first row?

16    A   Yes, in the middle is me.  On the left, is

17 Andre who organized the conference.

18          COURT REPORTER:  What is the last name?

19          WITNESS:  Andre who was helping to organize

20     the conference.

21    Q   (BY MR. BLACK)  What about any of those other

22 gentlemen?

23    A   Well, the quality is not good, to be honest.

24 Sorry, it's not great.

25    Q   Do you recognize any of those other gentlemen?

Aleksej Gubarev
April 30, 2018                                    127

```
 1        A    The guy on the right looks familiar, but the
 2   quality of photo is bad.  I cannot tell you that person.
 3        Q    Who do you think it is?
 4        A    I think -- I'm not sure.  I don't know.
 5        Q    These photographs are taken by a gentleman who
 6   runs a Website called www.fubar.com or F.U.B.A.R., I
 7   forgot exactly which one it is, okay?
 8   FUBARWebmasters.com; is that correct?
 9        A    Yes.
10        Q    Do you know that person?
11        A    Yes.
12        Q    Was he hired to take photographs during these
13   events?
14        A    Yes.
15        Q    And post them online?
16        A    I don't remember his duties, but maybe.
17        Q    What does F.U.B.A.R. stand for?
18        A    Some Website the guy going to conference he
19   makes photos and published them.
20        Q    What does the word F.U.B.A.R. mean?
21        A    I don't know.
22        Q    You don't know?
23        A    No.
24        Q    All right.  Let me show you TF-N1.
25             (Defendant's Exhibit No. TF-N1 was marked for
```

Aleksej Gubarev
April 30, 2018                          128

```
1    identification.)

2         Q    (BY MR. BLACK)  I wanted -- on the first, I

3    wanted to ask you under the sponsors of the AWMOpen 2005

4    it has www.3FN.net.

5              Can you tell us who 3FN.net is?

6         A    Is was some web hosting company.

7         Q    It's what?

8         A    Web hosting company.

9         Q    Well, what do you know about them?

10        A    Just a web hosting company.

11             COURT REPORTER:  It's a what company, I'm

12        sorry?

13             WITNESS:  Web hosting company.

14        Q    (BY MR. BLACK)  What business were they in?

15        A    I'm not sure, but from that Website, if I

16   remember correctly, they were providing a web hosting

17   service.

18        Q    Just a regular web hosting service?

19        A    Yes.

20        Q    All right.  Let me show you TF-N2.

21             (Defendant's Exhibit No. TF-N2 was marked for

22   identification.)

23        A    Are you finish with this?

24             MS. QUINN:  Yes.

25        Q    (BY MR. BLACK)  I wanted to ask you some
```

1   questions about -- by the way, once, again, this is

2   Brian Krebs' column on Security Fix.  It starts out

3   saying:  "the Federal Trade Commission shut down the

4   Triple Fiber Network, 3FN.net."

5             Do you know that?

6        A    Yes, I heard about it.

7        Q    All right.  Are you aware that 15,000 Websites

8   were shut down by the Federal Trade Commission that were

9   based out of the Triple Fiber Network?

10             MR. FRAY-WITZER:  Objection.  You can answer.

11        A    I don't know about this.

12        Q    (BY MR. BLACK)  And in the third paragraph it

13   says:  "the FTC alleges that price work slash 3FN

14   operates as a rogue or black hat Internet service

15   provider that recruits, knowingly hosts and actively

16   participates in the distribution of the illegal,

17   malicious and harmful content, including the botnet

18   control servers, child pornography, rogue antivirus

19   products."

20             Were you aware of that?

21             MR. FRAY-WITZER:  Objection.  You can answer.

22        A    No.

23        Q    (BY MR. BLACK)  Did you become aware of it?

24        A    I was aware that they were shut down.

25        Q    Why is it that many of your sponsors either

Aleksej Gubarev
April 30, 2018                                    130

1   went to jail or were shut down by the Federal Trade

2   Commission?

3           MR. FRAY-WITZER:  Objection.

4       Q   (BY MR. BLACK)  If you know?

5       A   I don't know.

6       Q   Why were there so many criminal sponsors to

7   your program?

8           MR. FRAY-WITZER:  Objection.

9       A   What's illegal here?  You have 3FN which was

10  sponsor, as you showed me in 2005, and 2009 was shut

11  down.  How can we know that they do something wrong?

12      Q   (BY MR. BLACK)  Did you do any due diligence

13  about 3FN before you accepted them as a sponsor?

14          MR. FRAY-WITZER:  Objection.

15      A   Well, it wasn't me who arranged.  I don't

16  remember the exact detail, but at that time it was

17  nothing like that on the public available so I can know

18  about this.

19      Q   (BY MR. BLACK)  But you were an expert in

20  computers and computers security, weren't you?

21          MR. FRAY-WITZER:  Objection.

22      A   No.

23      Q   (BY MR. BLACK)  Wouldn't you know that 3FN was

24  a black hat operator on the Internet?

25      A   No.

Aleksej Gubarev
April 30, 2018                    131

```
 1              MR. FRAY-WITZER:  Objection.

 2              MR. BLACK:  Could you show the witness RE-2.

 3              (Defendant's Exhibit No. RE-2 was marked for

 4  identification.)

 5      Q    (BY MR. BLACK)  Was Real Euros one of your

 6  companies?

 7      A    I was have some interest in that company.

 8              COURT REPORTER:  I'm sorry?

 9              INTERPRETER:  I was have some interest in that

10      company.

11              COURT REPORTER:  Thank you.

12      Q    (BY MR. BLACK)  Did you own this company?

13      A    No.

14      Q    Who did?

15      A    It was guy, his name.  I don't remember but

16  his nickname D. Coops (phonetic).

17              MR. BLACK:  What was your participation?

18              MS. BOLGER:  Can you spell that?  Can you

19      spell the name?

20              INTERPRETER:  K-I-R-I-L.

21      Q    (BY MR. BLACK)  What did you have to do with

22  Real Euros?

23      A    I don't remember because it was not me.  It

24  was a bunch of people hosting.

25      Q    Did you invest in Real Euros?
```

Aleksej Gubarev
April 30, 2018                          132

```
 1        A    No.

 2        Q    Did you work with Real Euros?

 3        A    No.  But I think there was sponsor of our

 4   conference.

 5        Q    Yeah.  Well, you see here it said:  "Common

 6   questions Webmasters help AlexZ@AlexZ.com"?

 7        A    Yes.

 8        Q    That's your e-mail address, right?

 9             MR. FRAY-WITZER:  Objection.

10        A    It's e-mail of a person who created to help

11   with several projects, as I said, several people.

12        Q    (BY MR. BLACK)  Before you admitted that that

13   was your e-mail address, didn't you?

14             MR. FRAY-WITZER:  Objection.  Mischaracterizes

15        the witnesses testimony.

16        A    Can I answer?

17             MR. FRAY-WITZER:  You can.

18        A    I repeat once, again, Alex XE is a virtual

19   person who was the manager to projects.

20        Q    (BY MR. BLACK)  So you don't -- when it says

21   here:  "Common question, Webmasters help

22   Alexxe@alexxe.com," that doesn't necessarily mean you,

23   right?

24        A    Yes.

25        Q    You see that under the Alex XE it has a ICQ
```

Aleksej Gubarev
April 30, 2018                              133

1   number?

2        A    I saw.

3        Q    Is that your ICQ number?

4        A    I don't remember.

5        Q    If you take a look at Exhibit AW-7.

6        A    May I see it?

7        Q    Yes.  Doesn't this have the same ICQ number as

8   the ICQ number in Real Euros?

9        A    It looks the same.

10       Q    The same, correct?

11       A    Yes.

12       Q    So it's the same person?

13            MR. FRAY-WITZER:  Objection.

14       A    No.

15       Q    (BY MR. BLACK)  It's not?  Who else had this

16  ICQ number besides you?

17            MR. FRAY-WITZER:  Objection.

18       A    My people was a team that managed this number.

19       Q    (BY MR. BLACK)  They had the same ICQ number as

20  you?

21            MR. FRAY-WITZER:  Objection.

22       A    Well, you can arrange the same number from

23  different machines.

24       Q    (BY MR. BLACK)  Who managed the team?

25       A    Depends on the project.

Aleksej Gubarev
April 30, 2018                                    134

1       Q    Depends on what?

2       A    Depends of each project.

3       Q    All right.  Who managed the team on the Adult

4   Webmasters Open?

5       A    That WMOpen.com it was different managers from

6   different times, and I show you.

7       Q    All right.  Who were the managers?

8       A    Well, I show you one is Andre, and other of

9   the Panos, which go -- I don't remember surname, but it

10  started with a K.

11      Q    Who managed the Real Euros?

12      A    D. Coops.

13      Q    Why did -- did he use the Alex XE e-mail?

14      A    I don't remember.

15      Q    Who was using it at the with Real Euros

16  project?

17      A    I don't remember the people it was so many

18  years ago.

19      Q    All these people worked for you?

20           MR. FRAY-WITZER:  Objection.

21      A    They work for themself.

22      Q    (BY MR. BLACK)  At AWMOpen, they worked for

23  themselves not for you?

24      A    No, that they worked for me.

25      Q    Okay, what about at Real Euros?

Aleksej Gubarev
April 30, 2018                                    135

```
 1        A    It was many partners.  D. Coops was one of
 2   them.
 3        Q    That's one.  Who else?
 4        A    It was not a technical guy, but I don't know.
 5   I don't remember, it was so many years ago.
 6        Q    What's a dialer?
 7        A    I don't know.
 8        Q    Take a look at R-1 on the first page there.
 9        A    Where?
10        Q    That must be two.
11             MR. BLACK:  Could you give me RE-1?
12             (Defendant's Exhibit Nos. RE-1 and RE-3 were
13   marked for identification.)
14        Q    (BY MR. BLACK)  This says on the first page
15   there, talks about:  "Dialers are essentially an
16   alternative way to bill."
17             What are dialers?
18        A    I don't remember specifically the details
19   because it was so many years ago.
20        Q    Let me show you RE-3.
21        A    Finished with this?
22             MS. QUINN:  Thank you.
23        Q    (BY MR. BLACK)  So it says under general
24   questions:  "How long does it take for a dialer to be
25   billed."
```

Aleksej Gubarev
April 30, 2018                    136

1            What is that referring to?

2      A    On which page?

3      Q    Page 1 under general questions.

4      A    Sorry.  I don't know.

5      Q    You have no idea?

6            (The witness nods head.)

7      Q    If you can turn to page 2 it says:  "What

8   content does the dialer connect to?"

9            And it says:  "the dialer connects to our Mega

10   porn member zone."

11           What is the Mega porn member zone?

12     A    I don't know, not me who created this Website.

13     Q    I'm sorry?

14     A    I don't know, not me who created this Website.

15     Q    You're just an investor in it?

16           MR. FRAY-WITZER:  Objection.

17     A    Yeah.

18     Q    (BY MR. BLACK)  Okay.  Then it says:  "Content

19   includes:  Hard core, teens, armatures, blow jobs, big

20   tits, toys, close-up, anal, funny, extreme pics."

21           I take it this is all pornography, right?

22     A    I believe, yes.

23     Q    Is there any non-pornography associated with

24   Real Euros?

25     A    I don't know.

Aleksej Gubarev
April 30, 2018                    137

1        Q    Well, do you see any there?

2        A    No.

3             (Defendant's Exhibit No. RE-4 was marked for

4    identification.)

5        Q    Let me show you RE-4.

6             Is this from the Website of AWO -- AWMOpen; is

7    that correct?

8        A    This is the first time I see the documents, it

9    looks like, yes.

10       Q    If you could turn to the second to last page,

11   and it says there under AWMOpen 2003 sponsors:  "General

12   sponsor and organizer of AWMOpen 2003 was Alex Z that

13   represented his project www.real-euros.com."

14            Is that accurate?

15            MR. FRAY-WITZER:  Objection.

16       A    That's what he's saying, but it's not

17   accurate.

18       Q    (BY MR. BLACK)  It's not?

19       A    No.  I tell you once again, Alex XE was a

20   virtual person that was paid to manage several people.

21       Q    So when it says here that it was your project,

22   that's inaccurate?

23            MR. FRAY-WITZER:  Objection.

24       A    What does mean?  Could you rephrase the

25   question?

Aleksej Gubarev
April 30, 2018                                        138

```
1        Q   (BY MR. BLACK)  All right.  When it says here
2    that Alex Z -- excuse me, Alex XE that represented his
3    project realeuros.com, are you saying that that is
4    inaccurate?
5            MR. FRAY-WITZER:  Objection.
6        A    It's not my project.
7        Q   (BY MR. BLACK)  Are you saying this is an
8    inaccurate statement on your Website?
9            MR. FRAY-WITZER:  Objection.
10       A    I don't know.  Not me who published this.
11       Q   (BY MR. BLACK)  So you don't know -- did you
12   ever correct it?
13           MR. FRAY-WITZER:  Objection.
14       A    It was 15 years ago.  I don't remember 15
15   years ago.
16       Q   (BY MR. BLACK)  Why would people say that Real
17   Euros is your project if it wasn't?
18           MR. FRAY-WITZER:  Objection.
19       A    It's not my project.
20       Q   (BY MR. BLACK)  But why would people say that
21   if it wasn't?
22           MR. FRAY-WITZER:  Objection.
23       A    But it's not saying it's my project.
24       Q   (BY MR. BLACK)  It says here:  "Alex Z that
25   presented his project www.realeuros.com."
```

```
 1                   MR. FRAY-WITZER:  Objection.
 2        A    Once again, Alex XE was a virtual person
 3   created to manage several projects.
 4        Q    (BY MR. BLACK)  This is the other Alex XE that
 5   owns it, right?
 6                   MR. FRAY-WITZER:  Objection.
 7        A    There are several people who manage the same
 8   thing.
 9        Q    (BY MR. BLACK)  So it's another Alex XE that
10   they're talking about here, right?
11                   MR. FRAY-WITZER:  Objection.
12        A    Once, again, it was several people who managed
13   the same thing.
14        Q    (BY MR. BLACK)  I know.  That's why I'm asking
15   you, it's another Alex XE that was actually presenting
16   realeuros.com?
17                   MR. FRAY-WITZER:  Objection.
18        A    It's a virtual person.  It's no connection to
19   the real person.  It's a virtual person and was many
20   people.
21        Q    (BY MR. BLACK)  So there's no real person?
22        A    It was always many people.
23        Q    How many?
24        A    I don't know, depends.
25        Q    Why wouldn't you know?
```

Aleksej Gubarev
April 30, 2018                                    140

```
 1                MR. FRAY-WITZER:  Objection.
 2        A     So many years ago.
 3        Q     (BY MR. BLACK)  But how many people -- other
 4   people are using the same name as you, you wouldn't know
 5   how many?
 6                MR. FRAY-WITZER:  Objection.
 7        A     It's not my name.
 8        Q     (BY MR. BLACK)  I know you're denying it's your
 9   name, but I take it that you certainly used that name,
10   correction?
11                MR. FRAY-WITZER:  Objection.
12        A     It was used by a group of people.
13        Q     (BY MR. BLACK)  Did you use the name Alex XE?
14        A     Sometimes, yes.
15        Q     When would you use it?
16        A     I don't remember.
17        Q     Would you use it in your pornography business?
18                MR. FRAY-WITZER:  Objection.
19        A     I don't remember.
20        Q     (BY MR. BLACK)  Isn't it a fact you used the
21   name Alex XE to run your pornography business?
22                MR. FRAY-WITZER:  Objection.
23        A     I would like repeat it once again, Alex XE was
24   a virtual person who created to manage several projects
25   by several people.
```

Aleksej Gubarev
April 30, 2018                                141

```
 1        Q    (BY MR. BLACK)  Not my question.  My question
 2   was:  Did you use the name Alex XE to run your
 3   pornography business?
 4             MR. FRAY-WITZER:  Objection.
 5        A    I don't know what is mean pornography
 6   business.
 7        Q    (BY MR. BLACK)  You don't know what pornography
 8   is?
 9        A    I know it's adult business I know, but I don't
10   know about pornography business.
11        Q    You've never heard the word "pornography"
12   before?
13        A    I heard but adult business, I know what this
14   means.
15        Q    What's the difference between adult business
16   and pornography?
17        A    I don't know.
18        Q    Well, this is your business?
19             MR. FRAY-WITZER:  Objection.
20        Q    (BY MR. BLACK)  Why don't you know?
21        A    It's not my business.
22        Q    It's not your business?
23        A    I just invest.
24        Q    Isn't it a fact that you used the name Alex XE
25   for whenever you dealt in the pornography business?
```

Aleksej Gubarev
April 30, 2018                          142

```
 1                 MR. FRAY-WITZER:  Objection.
 2        A    I would like to repeat once again, Alex XE
 3   was --
 4        Q    (BY MR. BLACK)  I don't care how many people
 5   use it.  I'm asking you:  When you were involved in the
 6   pornography business, did you use the name Alex XE?
 7                 MR. FRAY-WITZER:  The witness was in the
 8            middle of an answer.
 9        A    I repeat once again.
10        Q    (BY MR. BLACK)  Sure, repeat it.
11        A    Alex XE was a virtual person who was created
12   to manage several projects by the team of different
13   people.
14        Q    (BY MR. BLACK)  Now, my question is -- I
15   understand that's what you're saying.  My question is:
16   When you, you personally, were in the pornography
17   business running either Real Euros, Real-Bucks, the
18   Adult Webmasters, did you use the name Alex XE when you
19   were involved in pornography?
20                 MR. FRAY-WITZER:  Objection.
21        A    I was never do pornography.  I was invested in
22   some adult business.
23        Q    (BY MR. BLACK)  When you used -- excuse me,
24   when you invested in adult businesses, did you do so
25   under the name of Alex XE?
```

Aleksej Gubarev
April 30, 2018                                    143

```
 1        A    No, I do my name.

 2        Q    When did you use the name Gubarev to invest in

 3   pornography or adult business?

 4        A    I used for when only adult business because

 5   this is the accurate word for that.

 6             COURT REPORTER:  I'm sorry, because?

 7             INTERPRETER:  Accurate word.

 8             MS. BOLGER:  Accurate.

 9        A    Yes.  Adult business, accurate word for that.

10        Q    (BY MR. BLACK)  All right.  When -- then when

11   would you use Alex XE?

12        A    When I made the payments go to me.

13        Q    When you made a payment?

14        A    No.  When pay to me for my commission or

15   whatever.

16        Q    It would be paid in the name of Alex XE?

17        A    No.  Pay under the name Alex Gubarev.

18        Q    When was the name Alex XE used?  When did you

19   use it?

20        A    It was used for online.

21        Q    In pornography?

22             MR. FRAY-WITZER:  Objection.

23        A    In adult business.

24             (Defendant's Exhibit No. RB-2 was marked for

25   identification.)
```

Aleksej Gubarev
April 30, 2018                              144

```
 1        Q    Let me show you RB-2.  RB-2, is the -- comes

 2   from the Real-Bucks Website.  Is this the Real-Bucks

 3   company that you owned?

 4             MR. FRAY-WITZER:  Objection.

 5        A    I invest in this company.

 6        Q   (BY MR. BLACK)  Who else owned it, if anyone?

 7        A    I would like to repeat:  There were two people

 8   with the Alexie.  I don't remember surnames.

 9        Q    Real-Bucks.com made pornography videos, did it

10   not?

11             MR. FRAY-WITZER:  Objection.

12        A    He was making adult Websites.

13        Q   (BY MR. BLACK)  No.  I'm talking about videos.

14   Didn't Real-Bucks.com make pornographic videos?

15        A    I don't know about it.

16        Q    You don't know what the business of Real-Bucks

17   was?

18        A    For me, it was to create websites.  That's

19   what I know.

20        Q    All right.  Let me show you, it says here on

21   the right-hand column:  "There's a partnership program

22   50 to 60 percent."

23             What does that mean by the partnership

24   program?

25        A    Well, I believe that people sent to get
```

1    commission.

2         Q    In fact, it's to invest in pornographic films,

3    isn't it?

4              MR. FRAY-WITZER:  Objection.

5         A    No.

6         Q   (BY MR. BLACK)  Did Real-Bucks create

7    pornographic films?

8         A    I don't know.

9              (Defendant's Exhibit No. RB-4 was marked for

10   identification.)

11        Q    Let me show you RB-4.  RB-4 is also from

12   Real-Bucks.com.  Does this show the types of films that

13   are available to the public?

14             MR. FRAY-WITZER:  Can I note for accuracy

15        sake, none of these are actually from the original

16        Websites.  They're all from the Wayback Machine.  I

17        don't question the Wayback Machine, but for

18        accuracy, I just want to point that out.

19        Q   (BY MR. BLACK)  Is this the kind of films that

20   were available on Real-Bucks.com?

21        A    It was company created adult business.

22        Q    By that we mean pornographic films, right?

23             MR. FRAY-WITZER:  Objection.

24        A    Adult content.

25             COURT REPORTER:  I'm sorry, what was the --

Aleksej Gubarev
April 30, 2018                    146

```
 1        your answer?

 2             INTERPRETER:  Adult content.

 3             COURT REPORTER:  Yes, thank you.

 4        Q   (BY MR. BLACK)  When you say:  Adult content,"

 5   are you talking about films that show people having

 6   sexual intercourse?

 7        A    Yes.

 8        Q    Oral sex?

 9        A    Maybe.

10        Q    Any kind of sex?

11        A    Not any.

12        Q    But that's what you mean when you talk about

13   adult?  Adult means sex videos, right?

14        A    Correct.  But it's adult Websites.

15             COURT REPORTER:  I'm sorry?

16             WITNESS:  It's adult Websites.

17             COURT REPORTER:  Thank you.

18        A    So many do it.

19             (Defendant's Exhibit No. RB-7 was marked for

20   identification.)

21        Q   (BY MR. BLACK)  Let me show you RB-7.  RB-7 is

22   an interview with a person who goes by the name Bigvoo.

23   You know Bigvoo, don't you?

24             MR. FRAY-WITZER:  Objection.

25        Q   (BY MR. BLACK)  Who is Bigvoo?
```

```
 1        A    His name is Alexie, but I don't remember the
 2    surname.
 3        Q    What does he do?
 4        A    He's shooting some content.
 5             COURT REPORTER:  Sorry?
 6             INTERPRETER:  He's shooting content.
 7        Q    (BY MR. BLACK)  What kind of content?
 8        A    Adult content.
 9        Q    And he works for Real-Bucks.com, correct?
10             MR. FRAY-WITZER:  Objection.
11        A    Not correct.
12        Q    (BY MR. BLACK)  Turn to page 32 of 33.
13        A    Thirty-two of 33, yes.
14        Q    It says here, Bigvoo, this is quoting him:  "I
15    already said that I'm now closely working with the
16    Real-Bucks.com team.  Plans are huge and most
17    importantly, real and feasible.  The partner program is
18    almost a year old and not afraid to say it out loudly, I
19    work with the guys before the official opening and I
20    will continue to do so.  Now I'm shooting only for
21    projects with the Real-Bucks."
22             And question is:  "Why did you decide to take
23    this project?"
24             "Because I'm personally very familiar with
25    Alex XE and his team.  They are real professionals in
```

Aleksej Gubarev
April 30, 2018                    148

```
 1   their business."

 2           Is that correct?

 3           MR. FRAY-WITZER:  Objection.

 4       A   Correct what?

 5       Q   (BY MR. BLACK)  What he's saying here?

 6           MR. FRAY-WITZER:  Objection.

 7       A   Could you read so much.  Could you please make

 8   more specific.

 9       Q   (BY MR. BLACK)  Sure.

10           Was Bigvoo working closely with the

11   Real-Bucks.com team?

12       A   Correct.

13       Q   And that the plans were huge?

14       A   I don't know.

15       Q   And it says here:  "I'm personally very

16   familiar with Alex XE and his team."

17           Is that accurate?

18           MR. FRAY-WITZER:  Objection.

19       A   I know him.

20       Q   (BY MR. BLACK)  When he says Alex XE here, is

21   he referring to you?

22       A   Referring to our team.

23       Q   When he says Alex XE here, is he referring to

24   you?

25           MR. FRAY-WITZER:  Objection.
```

Aleksej Gubarev
April 30, 2018                          149

```
 1          A    I don't know.

 2          Q    (BY MR. BLACK)   Who would he be referring to?

 3          A    I don't know.  It's not me who write this.

 4          Q    I know but it's Bigvoo who you know, of

 5     course, saying that he's very familiar with Alex XE.  Is

 6     he talking about you?

 7               MR. FRAY-WITZER:  Objection.

 8          A    I don't know.  The first time I see this

 9     paper.

10          Q    (BY MR. BLACK)   Could you turn to page 16 of

11     33.  The question is:  "And when shooting zoo, which

12     animals were used, and I wonder where did you get them."

13               What does that mean "shooting zoo"?

14          A    I don't know.

15          Q    Bigvoo:  "Dogs, live fish, it's a secret where

16     they come from."

17               Question: "Did they feed the dogs something to

18     excite them?  Is it difficult to shoot animals?  They're

19     not people, they don't understand words."

20               Bigvoo:  "No.  They are not fed.  The dogs got

21     excited on their own."

22               What is he talking about there?

23          A    I don't know.

24          Q    Doesn't Real-Bucks shoot their own films?

25               MR. FRAY-WITZER:  Objection.
```

Aleksej Gubarev
April 30, 2018                              150

```
1        A    It was by content.

2        Q   (BY MR. BLACK)  Wasn't Real-Bucks shooting its

3   own film?

4        A    I repeat once again, we was buying content on

5   the market.

6        Q    Was Bigvoo producing pornographic films for

7   you?

8             MR. FRAY-WITZER:  Objection.

9        Q   (BY MR. BLACK)  Well, let me withdraw that.

10            Was Bigvoo producing adult films for

11   Real-Bucks.com?

12        A    He was buying from many producers.

13            COURT REPORTER:  I'm sorry?

14            INTERPRETER:  We was buying from many

15       producers.

16            COURT REPORTER:  Thank you.

17        Q   (BY MR. BLACK)  My question was:  Was Bigvoo

18   making adult films for Real-Bucks.com?

19        A    He was one of the person from who we were

20   buying content.

21        Q    And by "content," you mean adult films?

22        A    Legal adult films.

23        Q    Is bestiality films legal?

24            MR. FRAY-WITZER:  Objection.

25        A    For me, no.
```

Aleksej Gubarev
April 30, 2018                    151

```
1        Q    (BY MR. BLACK)   Then why is Bigvoo producing

2   bestiality films for you?

3             MR. FRAY-WITZER:  Objection.

4        A    He's not producing for me.

5             Excuse me, did we finish with this one?

6        Q    (BY MR. BLACK)   Yes.  We are finished with that

7   one.  Thank you.

8             Let me show you EH-3.

9             (Defendant's Exhibit No. EH-3 was marked for

10  identification.)

11       A    Could we take a break to go to the toilet?

12            MR. BLACK:  You can take a break at any time.

13       We're starting on a new one.  We can take a break.

14            WITNESS:  Whatever is more comfortable for

15       you.

16            VIDEOGRAPHER:  Going off the video record.

17       The time is 2:45 p.m.

18            (A short recess was taken.)

19            VIDEOGRAPHER:  Going back on the video record.

20       The time is 2:52 p.m.

21       A    Before we start, just small correction:  When

22  I was mean "we" in previous answer, I mean Real-Bucks

23  was all the content as a company.

24            COURT REPORTER:  You said: "When I mean we, I

25       mean Real-Bucks as the content --
```

Aleksej Gubarev
April 30, 2018                                     152

```
 1              WITNESS:  I say we, but actually it was
 2        Real-Bucks.
 3              MR. FRAY-WITZER:  B-U-C-K-S.
 4              COURT REPORTER:  Thank you.
 5        Q    (BY MR. BLACK)  Let me show you EH-3.  This
 6   purports to be a page from the AMWSummerparty.com.
 7              Did Adult Webmasters have summer parties?
 8        A    I don't know.
 9        Q    Well, was it your business?
10        A    No.
11        Q    Whose business was it?
12        A    No idea.
13        Q    Somebody else had Adult Webmasters summer
14   party?
15        A    Yes.
16        Q    On the right-hand side here it talks about a
17   company Esthost, E-S-T-H-O-S-T.com.
18              Did Esthost do any work for -- or be a sponsor
19   to any of your programs?
20        A    I don't remember.
21        Q    And on the list on the left-hand side of the
22   page under 49 it has Kokach with Esthost.com in
23   parentheses.  Do you know who that was?
24        A    No.
25        Q    And under Number 12, it has Bigvoo.  Does that
```

Aleksej Gubarev
April 30, 2018                              153

1    help with your recollection as to what program this was?

2              MR. FRAY-WITZER:  Objection.

3         A    Could you please make a correct question?

4         Q    (BY MR. BLACK)  Yes.  Do you see under 12 it

5    has the name Bigvoo?

6         A    Yes.

7         Q    One of the employees of Real-Bucks.com?

8              MR. FRAY-WITZER:  Objection.

9         A    Not employee.

10        Q    (BY MR. BLACK)  Excuse me, content provider for

11   Real-Bucks.com?

12        A    It's correct.

13        Q    Does this help you determine whether or not

14   you were involved with the AWMSummerparty.com?

15        A    I was not involved to this event.

16        Q    Was it done by any of your companies?

17        A    No.

18        Q    Did the Adult Webmasters conferences have live

19   sex shows?

20        A    Some of them maybe.  I don't know.

21        Q    Well, did you see them?

22              MR. FRAY-WITZER:  Objection.  You can answer.

23        A    No, I don't remember.

24        Q    Let me show you PX-116 and 117.

25              (Defendant's Exhibit Nos. PX-116 and PX-117

Aleksej Gubarev
April 30, 2018                                    154

1    were marked for identification.)

2         Q    (BY MR. BLACK)  Do you recognize the gentleman

3    pictured in PX-116?

4         A    No.

5         Q    Do you recognize the gentleman pictured in

6    PX-117?

7         A    No.

8         Q    Let me show you SK-3.

9              (Defendant's Exhibit No. SK-3 was marked for

10   identification.)

11        Q    (BY MR. BLACK)  In SK-3, did you read this

12   article about Seva -- I think I have to apologize for

13   the pronunciation.  Kapsugovich I think it's pronounced.

14             Did you read this article?

15             MR. FRAY-WITZER:  I'm sorry, are you asking if

16        he's read it now or if he's ever read it before

17        today?

18             MR. BLACK:  At any time.

19        A    No.

20        Q    (BY MR. BLACK)  Never?  You have not read it up

21   until today?

22        A    My first time seeing it when you give it.

23        Q    The first time you have ever seen this is now?

24        A    Yes.

25        Q    Did you know that Kapsugovich was involved in

Aleksej Gubarev
April 30, 2018                          155

1    pornography?

2         A     Never heard of him.

3         Q     Did you know he had been convicted of child

4    pornography?

5         A     Before today, I never heard this name.

6         Q     You never had what?

7         A     I never hear this name.

8               Excuse me, you finish with this one?

9         Q     Yes.  Unless there is something else you want

10   to comment about it.

11              Was XE Investments created to invest in adult

12   businesses?

13        A     No.

14        Q     Why did you use the XE in the title of the

15   company, XE Investments?

16        A     It was available name.

17        Q     That's the only reason why?

18        A     Yes.

19        Q     Did you use the XE because that is the name

20   that you use in the pornography -- excuse me, in the

21   adult business?

22        A     No.

23        Q     Had nothing to do with the fact that you use

24   that when running your adult businesses?

25              MR. FRAY-WITZER:  Objection.

Aleksej Gubarev
April 30, 2018                          156

```
 1        A     I would like to answer.

 2              MR. FRAY-WITZER:  You can answer.

 3        A     I had nothing to do with adult business in

 4   general.

 5        Q    (BY MR. BLACK)  So tell me, again, how is it

 6   the name XE Investments come about?

 7        A     My -- what's his name?  Corporate service

 8   company offer this name.

 9              INTERPRETER:  Corporate service company

10        offered this name.

11              COURT REPORTER:  Thank you.

12        Q    (BY MR. BLACK)  Did they pick the name?

13        A     Yes.

14        Q     And it just coincidentally happens to be the

15   same name that you use in your adult businesses?

16              MR. FRAY-WITZER:  Objection.

17        Q    (BY MR. BLACK)  That was just a coincidence?

18              MR. FRAY-WITZER:  Objection.

19        A     It's not me.

20        Q    (BY MR. BLACK)  I'm sorry?

21        A     It's not me who choose the name.  It was a

22   available name.

23        Q     But, I mean it was just coincidence that the

24   XE is the same as the name you use when running adult

25   businesses?
```

Aleksej Gubarev
April 30, 2018                                      157

```
 1              MR. FRAY-WITZER:  Objection.  You can answer.
 2      A    Could you repeat that.  You are saying the
 3  same things.  I'm lost.  Could you repeat it, please.
 4      Q    Yes.
 5           Do you know what a coincidence is?
 6      A    Coincidence, could I just ask you?
 7              MR. FRAY-WITZER:  No, don't ask questions.
 8      A    Could you, please.
 9              INTERPRETER:  Sure.
10              WITNESS:  Coincidence, what this means?
11              INTERPRETER:  Coincidence?
12              MR. BLACK:  Coincidence.
13      A    Yes.
14      Q    (BY MR. BLACK)  It is just a coincidence that
15  the company XE Investments is the same as the name you
16  use in running your adult businesses?
17              MR. FRAY-WITZER:  Objection.
18      A    It's coincidence it's the same, but it's not
19  the name we shared with the adult business.
20      Q    (BY MR. BLACK)  What kind of business does XE
21  Investments do?
22      A    Only one, they was use it to buy Commercegate.
23              COURT REPORTER:  To buy, I'm sorry?
24              WITNESS:  Only one, they was use it to buy
25      Commercegate.
```

Aleksej Gubarev
April 30, 2018                           158

```
1              INTERPRETER:  Commercegate.

2              WITNESS:  Yes.

3              COURT REPORTER:  Thank you.

4       Q    (BY MR. BLACK)  And Commercegate was a --

5   explain to us what was Commercegait's business?

6       A    It's a processing company.

7       Q    Processing company for what?

8       A    Websites.

9       Q    What kind of Websites?

10      A    I don't know.

11      Q    (BY MR. BLACK)  They were adult Websites,

12  weren't they?

13      A    Maybe, I don't know.

14      Q    Well, before -- how much did you buy the

15  company for?

16             MR. FRAY-WITZER:  Objection.

17      Q    (BY MR. BLACK)  Let me withdraw that.

18             How much did you buy Commercegate for?

19             MR. FRAY-WITZER:  Objection.

20      A    I don't remember right now.

21      Q    (BY MR. BLACK)  Give us your best estimate?

22      A    It was difficult year.  I don't remember exact

23  number, but from one to one-half million.

24      Q    Before you bought it, did you investigate it

25  to see what its business was?
```

Aleksej Gubarev
April 30, 2018                                                159

```
1        A    People who was running it, they were doing

2   investigation for me.

3        Q    Did you look at or investigate the business

4   that Commercegate did?

5        A    I'm not specialist in this type of business.

6   I cannot do a investigation.

7        Q    That wasn't my question.  My question was:

8   Before spending a million to a million half dollars

9   [sic], did you investigate Commercegait's business?

10       A    I hired specialist company who was doing this.

11       Q    What company did you hire?

12       A    The guy who was operating that business after

13  that.

14            INTERPRETER:  Operating that business after

15       that.

16            WITNESS:  Yes.

17            COURT REPORTER:  Thank you.

18       Q   (BY MR. BLACK)  Did they report back to you

19  what kind of business Commercegate did?

20       A    It was general report.  I don't remember all

21  the details.

22       Q    Do you remember what kind of Websites they

23  processed payments for?

24       A    Money from the Websites.

25       Q    Were they adult Websites?
```

Aleksej Gubarev
April 30, 2018                                    160

```
1        A     Maybe.

2        Q     You have no idea?

3        A     I don't remember.

4        Q     Do you own or have an interest in any other

5   companies other than Commercegate that have a business

6   of adult business?

7              MR. FRAY-WITZER:  Objection.

8        A     Can you give me an exact time.

9        Q   (BY MR. BLACK)  Any time?

10             MR. FRAY-WITZER:  Objection.

11       A     You are speaking only Commercegate?

12       Q   (BY MR. BLACK)  No.  Any businesses -- tell me

13  any businesses you owned or invest in that were involved

14  in the adult business?

15             MR. FRAY-WITZER:  Objection.

16       A    I can't answer.

17             COURT REPORTER:  I'm sorry?

18       Q   (BY MR. BLACK)  I'm sorry?

19       A    I can answer.

20             COURT REPORTER:  I'm sorry?

21             INTERPRETER:  I cannot or I can?

22             WITNESS:  I can answer.

23             INTERPRETER:  I can answer.

24       Q   (BY MR. BLACK)  Why can't you answer?

25       A     No, I can answer.
```

Aleksej Gubarev
April 30, 2018                          161

1        Q     Okay.  Go ahead.  I'm sorry.

2        A     It was Real-Bucks when I invested.  It was AW

3   Open where I invest.  It was Commercegate, but there's

4   no adult, it's a processing company.  It's not actually

5   relevant to that.  It's not adult company at all.

6        Q     What else?

7        A     It was so many years ago, but... adult

8   Websites company.  I don't remember anything else.

9        Q     What is the Xbiz awards?

10       A     An award.

11       Q     Is that for adult content companies?

12       A     I don't know, maybe.

13       Q     You don't know what Xbiz does?

14       A     I told you before, Xbiz is company who have

15  Website about to be information about Internet includes

16  adult.

17       Q     That's why they have the X in front of the

18  biz, right?

19       A     I don't know.  It's not my company.

20             COURT REPORTER:  Thank you.

21       Q     (BY MR. BLACK)  How much revenue per year does

22  adult content business bring to you?

23             MR. FRAY-WITZER:  Objection.

24       A     What's your question?

25       Q     (BY MR. BLACK)  Since 2002, I'll narrow it.

Aleksej Gubarev
April 30, 2018                                      162

1    Since 2002 up until today, can you tell us on a yearly

2    basis what the yearly revenue is from your adult

3    businesses?

4              MR. FRAY-WITZER:  Objection.

5        A    I don't remember.  And I don't have any adult

6    business today at all.

7        Q    (BY MR. BLACK)  When did you divest yourself of

8    all the adult businesses?

9        A    Many years ago.

10       Q    I'm sorry?

11       A    Many years ago.

12       Q    When?

13       A    Six or eight years ago.

14       Q    So you were not involved in any adult

15   businesses for the last six to eight years?

16             MR. FRAY-WITZER:  Objection.  You can answer.

17       A    Commercegate is not adult business for me.

18   It's a processing company.

19       Q    (BY MR. BLACK)  Well, we both know that it

20   processes for adult Websites, don't we?

21             MR. FRAY-WITZER:  Objection.

22       A    It's not -- it's important because it's a

23   processing company.  They do processing accounts, it's

24   not a fake company.

25       Q    (BY MR. BLACK)  Let's exclude Commercehouse --

Aleksej Gubarev
April 30, 2018                                              163

```
 1   or Commercegate.  We'll get into that when you have to

 2   testify.

 3            Putting that aside, you have not been involved

 4   in any other adult businesses for the last six to eight

 5   years; is that correct?

 6            MR. FRAY-WITZER:  Objection.  You can answer.

 7       A    I don't was involved very much.  Maybe I'm

 8   involved either because some days, but, yes, I don't

 9   involved for many years.

10            COURT REPORTER:  I'm sorry, can you repeat

11       that?

12            WITNESS:  Maybe I'm involved some days, but I

13       was not involved for many years.

14            COURT REPORTER:  Thank you.

15       Q    (BY MR. BLACK)  My question was:  How many

16   years?

17       A    Well, projects die and long time ago some of

18   them, and I don't even remember exact dates when they

19   died.  When I go out, but many years.

20       Q    All right.  Is the six to eight correct or is

21   that just a guess?

22       A    I don't remember exactly because it was many

23   years ago.  I went out for many of them.

24       Q    When you were in the adult business, did you

25   report your income on any tax returns?
```

Aleksej Gubarev
April 30, 2018                              164

```
1               MR. FRAY-WITZER:  Objection.  You can answer.

2       A    Company was paying -- it was official

3    companies who was have a tax return.

4       Q    (BY MR. BLACK)  I'm not asking about the

5    companies.

6               In the years in which you were in the adult

7    business, did you report any of the income from them on

8    your tax returns?

9               MR. FRAY-WITZER:  Objection.

10      A    I'm not sure I have to answer you on this

11   question.

12      Q    (BY MR. BLACK)  I'm sorry.

13      A    I'm not sure I have to answer you on this

14   question because it's not relevant.

15      Q    What does that mean?

16      A    Well, you care if -- what's its name?  Tax

17   return for what, two or three years.  I don't remember.

18   I have to really -- I don't remember those details.  It

19   was so many years ago.

20      Q    All right.  Where do you file your personal

21   tax returns?

22      A    Different years, different companies.

23      Q    Well, tell me, which countries and which

24   years?

25      A    I don't remember.  You have the last few
```

1    years.

2              MR. FRAY-WITZER:  Objection.

3         A    And it was so many years ago.

4         Q    (BY MR. BLACK)  Which countries have you filed

5    personal tax returns in since 2003?

6         A    I don't remember.

7         Q    You don't remember which countries you filed

8    tax returns in?

9         A    Yes.

10        Q    Is that what you're telling us?

11        A    Correct.  It was -- I usually have

12   professional company who do it for me.

13        Q    I'm talking about you personally.  You

14   personally, where do you file your personal tax return?

15             MR. FRAY-WITZER:  Objection.  You can answer.

16        A    It's not me who is doing the job.  I'm not the

17   tax professional.  It is companies who do it for me,

18   professional companies do for me.  They enter everything

19   and they say where I have to file tax return.

20        Q    (BY MR. BLACK)  In which countries do you file

21   a personal tax return?

22        A    In Cyprus now.

23        Q    All right.  For how long have you done it in

24   Cyprus?

25        A    I don't remember.

Aleksej Gubarev
April 30, 2018                                    166

1      Q     What other countries have you filed personal

2  tax returns in other than Cyprus?

3            MR. FRAY-WITZER:  Objection.

4      A     I filed in United States.

5      Q     All right.  In the United States, did you put

6  on your personal tax return any revenue or income that

7  you obtained from the adult business?

8            MR. FRAY-WITZER:  Objection.  You can answer.

9      A     I don't remember the details.

10     Q     (BY MR. BLACK)  And what years did you file

11 personal income tax returns in the United States?

12     A     It was around this.

13     Q     Around what?

14     A     I think middle of 2000s.  I don't remember the

15 exact dates.

16     Q     In the personal tax returns that you filed in

17 Cyprus, do you report revenue -- or excuse me, any

18 income from adult business?

19           MR. FRAY-WITZER:  Objection.  You can answer.

20     A     I don't remember.  It's the company who's

21 preparing for me.

22     Q     (BY MR. BLACK)  Have you, at any time, advised

23 the accountants at KPMG about the income and revenue

24 that you've obtained from adult businesses?

25     A     I don't understand the question.

Aleksej Gubarev
April 30, 2018                         167

```
 1              COURT REPORTER:  I'm sorry?
 2      Q   (BY MR. BLACK)  Then I'll make it clearer.
 3              COURT REPORTER:  Thank you.
 4      Q   (BY MR. BLACK)  Do you do business with KPMG?
 5      A   That's correct.
 6      Q   They are your accountants?
 7      A   That's correct.
 8      Q   You give them information about your revenue
 9  and income?
10              MR. FRAY-WITZER:  Objection.  Are we talking
11      about companies?
12      A   Yes.  Could you be more specific, please?
13              MR. BLACK:  More specific than KPMG?
14              MR. FRAY-WITZER:  Yes.
15      A   More specific about KPMG, revenue, everything.
16      Q   (BY MR. BLACK)  Okay. what kind of revenue do
17  you tell KPMG about?
18              MR. FRAY-WITZER:  Objection.  For companies or
19      for him individually?
20              MR. BLACK:  Any.
21      A   Okay.  I cannot for KPMG, KPMG is our auditor
22  for XBT (unintelligible) completely.
23              COURT REPORTER:  I'm sorry, can you repeat
24      that?
25              WITNESS:  XBT is our auditor for -- no, KPMG
```

Aleksej Gubarev
April 30, 2018                              168

1          is auditor for XBT Holding for entire group

2          including subsidiaries.

3          Q    (BY MR. BLACK)  Do they do the accounting for

4    financial reporting or Real-Bucks.com?

5          A    It's not exist.

6          Q    I'm sorry?

7          A    It's not exist.

8          Q    Do they do the accounting for RealEuros.com?

9          A    It's not exist.

10         Q    Do they do the accounting or AWOpen.com?

11         A    It's not exist.

12         Q    Do they do it for Commercegate?

13         A    No.

14         Q    Who does it for Commercegate?

15              MR. FRAY-WITZER:  Objection.

16         A    I don't know.

17         Q    (BY MR. BLACK)  Who did it for AWOpen?

18         A    When it was registered in Netherlands and the

19    company exist, it was company Bosch Title (phonetic) was

20    doing this as I remember, and after that I don't know.

21         Q    Who did Real-Bucks.com?

22              COURT REPORTER:  I'm sorry?

23              MR. GURVITS:  It was not me that handled.

24              COURT REPORTER:  Thank you.

25         Q    (BY MR. BLACK)  Who did the accounting for

Aleksej Gubarev
April 30, 2018                              169

```
 1   Real-Bucks.com?

 2        A    The same person.

 3        Q    Who did it for RealEuros.com?

 4        A    Honestly, I don't know.

 5        Q   (BY MR. BLACK)  Let me show you MB-1.

 6             (Defendant's Exhibit No. MB-1 was marked for

 7   identification.)

 8        Q   (BY MR. BLACK)  MB-1 is an e-mail from Nick

 9   Dvas to Charles Dolan with a copy to you; is that

10   correct?

11        A    It's correct.

12        Q    Who is Charles Dolan?

13        A    He's our parent company.

14        Q    Who is Nick Dvas?

15        A    He was COO of Servers.com.

16        Q    And this concerns something called the methbot

17   add fraud, correct?

18        A    Yes.

19        Q    What was the methbot add fraud?

20        A    It was some bot was using advising, video

21   advising.  I don't know how to explain, because I'm not

22   a specialist about that.  There was tried to increase

23   use of the videos.

24        Q    What was the fraud?

25             MR. FRAY-WITZER:  Objection.  You can answer.
```

Aleksej Gubarev
April 30, 2018                           170

```
 1        A     I don't know exactly it was, but -- I don't

 2   know.

 3        Q    (BY MR. BLACK)  You don't know what the fraud

 4   was?

 5        A     No.  It's right in here that they do some

 6   fraud, but I don't know.  I never get actual details of

 7   that.

 8        Q     You never got what?

 9        A     Actual details.

10        Q     I could not understand that.

11        A     Actual details.

12             INTERPRETER:  Actual details.

13        Q    (BY MR. BLACK)  You didn't get the details of

14   it, correct?

15        A     No, because it comes in the newspaper, but it

16   was never actually come to the -- no, what was actually

17   happening because Brian was not a client and nobody

18   contacted us to make an investigation.

19             COURT REPORTER:  I'm sorry, can you repeat

20        that?

21             WITNESS:  Brian was not a client of us and

22        nobody contacted us to make an investigation.

23        Q    (BY MR. BLACK)  So what did you do about it?

24        A     When we see, we shoot down the file

25   immediately.  We send them a notice to explain to us
```

Aleksej Gubarev
April 30, 2018                    171

1    what is happening, and he donate files and that's it.

2         Q    And that was the end of it?

3         A    No.  Actually we also make backups in case

4    there is any future investigation, we move them to some

5    service of the customers, and we keep it in storage and

6    we still have them.

7              COURT REPORTER:  Can you repeat that?

8              WITNESS:  As a extra step, we remove some hard

9         disk from the servers of this client.

10             INTERPRETER:  From the servers of that client.

11             WITNESS:  Yes.

12        And we put them in storage for in case any

13        future investigation.

14             COURT REPORTER:  Thank you.

15             WITNESS:  And I still have them.

16        Q    (BY MR. BLACK)  How many servers did you put

17   into storage?

18        A    We put -- I don't remember how many hard disk.

19   It's not all servers, it's the hard disk.

20        Q    I don't understand that.  How many servers did

21   you put in storage?

22             MR. FRAY-WITZER:  Objection.

23        A    Could I explain to you?

24        Q    (BY MR. BLACK)  Yes.

25        A    You don't have to put all server, you put the

Aleksej Gubarev
April 30, 2018                                    172

1    hard disk which is connected in this.

2         Q    Yeah.  I thought you said you put storage --

3    servers into storage?

4              MR. FRAY-WITZER:  Objection.

5         A    No.  I said in the beginning we put hard disk

6    of the servers in the storage because the server is a

7    big box like that.

8         Q    Yeah.

9         A    You don't need to store it.  The information

10   is the hard disk, which you can remove this amount of

11   space, and you leave it there.

12        Q    How many servers of yours were they using?

13        A    I don't remember exact number, but few hundred

14   I think.

15        Q    A few hundred?

16        A    Yes.

17        Q    Quite a few?

18             MR. FRAY-WITZER:  Objection.

19        A    Yes.

20        Q    (BY MR. BLACK)  And how much was the -- how

21   much were they paying you a month for the servers?

22        A    Around $200,000 a month.

23        Q    200,000?

24        A    In December, yes, $200,000.

25        Q    So they were paying you $200,000 a month for

Aleksej Gubarev
April 30, 2018                              173

1    using these servers; is that correct?

2         A    Yes, it's correct.

3         Q    And when is it that you shut them down?

4         A    Immediately after we get this note -- this

5    information.

6         Q    When did you get the notice about Methbot?

7         A    In the news.

8         Q    When?

9         A    I don't know the time.  I mean, it was similar

10   time.

11        Q    This is December 21, 2016, is that when you

12   were -- is that when or about?

13        A    No.  It was shut down in 20.  The publication

14   was 20.  I don't know the21 because I don't know when we

15   got the information at that time.

16        Q    All right.  When did you close down this

17   client's servers?

18        A    Assuming when we know about that.

19        Q    Would that be December 21st?

20        A    I would like to repeat once again, I don't

21   know when was the information because the e-mail is not

22   clear when it was we got this information.  We shut down

23   immediately as soon as we got this information.  This is

24   our policy, we have zero in the policy for anything like

25   that.  As soon we get information or anything like that,

Aleksej Gubarev
April 30, 2018                           174

1   we shut down immediately.

2        Q    What was the name of the client's -- customer,

3   excuse me?

4        A    Alexander Zhukov.

5        Q    Who?

6        A    Alexander Zhukov.

7        Q    What was his business?

8        A    He told us he was doing some video

9   advertising.

10       Q    Some video?

11       A    Advertising.

12       Q    Advertising, okay.

13            Now, you find out at the -- certainly by

14   December 21, that they have been using your server --

15   excuse me, Alexander Zhukov has been using your servers

16   to defraud people, correct?

17            MR. FRAY-WITZER:  Objection.

18       A    I don't know if it was fraud, but it was

19   suspicious.  That's why I shut down on him.

20       Q    (BY MR. BLACK)  Just because it was suspicious?

21       A    Yes.

22       Q    Well, according to this, there was a -- at

23   least according to the articles that are attached to the

24   e-mail it says that:  "This is the biggest ad fraud

25   ever."

Aleksej Gubarev
April 30, 2018                    175

```
 1              Were you aware of that?
 2              MR. FRAY-WITZER:  Objection.
 3      A    Before I read this newspaper, no.
 4      Q   (BY MR. BLACK)  No.  When you got this on
 5  December 21 from Charles Dolan or you sent it to Dolan.
 6  I see that --
 7      A    Yes, we sent to Dolan.
 8      Q    So I guess on December 21 you were aware that
 9  this was the biggest ad fraud ever, correct?
10              MR. FRAY-WITZER:  Objection.
11      A    It was suspicious of the biggest fraud.  It
12  was never investigation or called decision about that.
13  How can I know if it's true or not?  It's suspicious,
14  yes.
15              We immediately act on that and shut down.
16  Before the policy, we ask the customer to explain what
17  is doing.
18      Q   (BY MR. BLACK)  All right.  So what happened to
19  the methbot fraud?
20              MR. FRAY-WITZER:  Objection.
21      A    I don't know.
22      Q   (BY MR. BLACK)  Why not?
23              MR. FRAY-WITZER:  Objection.
24      A    How can I know?
25      Q   (BY MR. BLACK)  Well, your servers were
```

Aleksej Gubarev
April 30, 2018                    176

```
 1   involved in facilitating this fraud --
 2            MR. FRAY-WITZER:  Objection.
 3       Q   (BY MR. BLACK)  -- wouldn't you want to know
 4   what the story was?
 5            MR. FRAY-WITZER:  Objection.
 6       A   How can I know it?  We have this client for a
 7   year.  It was never -- I explain you.  We have this
 8   client, we know his name, we know his credit card
 9   number, we was have opening his payment history for the
10   month.
11            COURT REPORTER:  I'm sorry?
12            WITNESS:  All payment history.
13            INTERPRETER:  All payment history?
14       A   Yes.  He pay us through the month.  We even
15   meet him, and he looks okay in the meeting for us.
16            Also, before this publication it was zero
17   abuses to our system about him.  We was aware about this
18   was happening ourselves.  When we found out, the
19   suspicious that he did something, we shut down
20   immediately.  We informed the customer that to please
21   explain us, if you could, explain us.  He don't contact
22   us.  That was it.
23       Q   (BY MR. BLACK)  So this went on for a year
24   without you knowing, correct?
25            MR. FRAY-WITZER:  Objection.
```

Aleksej Gubarev
April 30, 2018                                  177

```
 1        A     Yes.
 2        Q     (BY MR. BLACK)  And there's no way to know I
 3   take it on your servers if somebody is committing a
 4   massive fraud?
 5              MR. FRAY-WITZER:  Objection.
 6        A     I don't know.
 7        Q     (BY MR. BLACK)  Well, it happened with Methbot,
 8   right?
 9        A     It happened.
10        Q     And isn't it true that the dangerous thing
11   about Methbot is that they use a large number of servers
12   in the Dallas data center?
13              MR. FRAY-WITZER:  Objection.
14        A     I don't know details but, they were using our
15   servers as well.
16        Q     (BY MR. BLACK)  But were they using your
17   servers or the ones that you leased in the Dallas
18   Service Center -- or Data Center, excuse me?
19        A     Some of them was in Dallas, correct.
20        Q     After you shut it down and you put this the --
21   whatever that is on the server, I'm sorry, I couldn't
22   understand what you said that put it in storage.
23        A     Hard disk.
24              MS. BOLGER:  Hard disks.
25              MR. BLACK:  Hard disks.
```

Aleksej Gubarev
April 30, 2018                                    178

```
 1        A    Yes.
 2        Q    (BY MR. BLACK)  Okay.  Did you call the FBI to
 3   tell them you had the hard disks?
 4        A    I was ready for investigation.  If we had a
 5   investigation, I can provide them.
 6        Q    Did you call the FBI and tell them you had the
 7   hard disks for the Methbot fraud?
 8        A    It's not my duty.  They have to investigate.
 9        Q    Could you answer my question:  Did you call
10   the FBI?
11        A    No.
12        Q    Did you call the FSB?
13        A    Why I have to call?
14        Q    Do you call any police?
15        A    No.
16        Q    So starting at the end of December 2016, you
17   were losing $200,000 a month; is that correct?
18        A    Well, it was not our client.  He was month to
19   month.  He was not committed to there anyways.
20        Q    He had been paying you $200,000 a month,
21   correct?
22        A    In December, yes.
23        Q    And as of January, he was no longer paying you
24   $200,000 a month; is that correct?
25        A    It's correct.
```

Aleksej Gubarev
April 30, 2018                                    179

```
 1        Q    Now, this e-mail is, you want Dolan to help
 2   you with any possible bad publicity about your servers
 3   being involved in Methbot?
 4        A    Yes, correct.
 5        Q    Did you hire him to do that?
 6        A    Yes.
 7        Q    And you said -- excuse me, Mr. Dvas said:  "It
 8   might make harm to our reputation."
 9             Is that what you were worried about?
10        A    Yes.
11        Q    And we need to help establish control on the
12   media field; is that what you wanted?
13        A    This what it's saying here.
14        Q    Is that what you wanted?
15        A    Of course.  But it was no any bad publicity.
16        Q    You were able to control it, right?
17             MR. FRAY-WITZER:  Objection.
18        A    Nobody was interested about that.  You could
19   be interested, nobody contacted us even.
20        Q    (BY MR. BLACK)  So you did nothing?
21             MR. FRAY-WITZER:  Objection.
22        A    Nobody contacted us at all.
23        Q    (BY MR. BLACK)  All right.  Let me show you
24   MB-4.
25             (Defendant's Exhibit No. MB-4 was marked for
```

Aleksej Gubarev
April 30, 2018                    180

1    identification.)

2         Q   (BY MR. BLACK)  I wanted to ask you about the

3    e-mail in the middle of the first page.

4         A    Yes.

5         Q    Yours is above it, but the one in the middle

6    Nick Dvas wrote:  "the customer ordered his first server

7    from us back in 2015."

8              Is that accurate?

9         A    I don't know --

10             COURT REPORTER:  I'm sorry?

11        A    I believe it was -- I don't know exact date.

12   I believe it was end of 2015.

13        Q   (BY MR. BLACK)  And in your e-mail you're

14   telling Mr. Dolan that your lawyers told you you didn't

15   have to do -- by the way, I'm only asking this because

16   it's in the e-mail.  That your lawyers said you don't

17   have to do anything extra on a legal side, correct?

18        A    Well, because --

19             MR. FRAY-WITZER:  No question is -- does -- is

20        that what that says.

21        A    Question.

22        Q   (BY MR. BLACK)  Don't tell us what your lawyers

23   told you, but did you tell Dolan that the legal advice

24   was to do nothing?

25        A    Yes, because there was no request.

1        Q    (BY MR. BLACK)  Let me show you MB-5.

2             (Defendant's Exhibit No. MB-5 was marked for

3    identification.)

4        Q    (BY MR. BLACK)  I wanted to ask you about a

5    paragraph on the second page that Mr. Dolan had sent to

6    you, in which he says:  "Given the recent controversy

7    over Russian hacking in the U.S. election, and the fact

8    that this is the biggest digital ad fraud uncovered to

9    date, we would expect additional stories and an eventual

10   reference to Servers.com.

11            That's why it's important to define your role

12   as one of the victims of this fraud early on."

13            What was he telling you there?

14            MR. FRAY-WITZER:  Objection.

15       Q    (BY MR. BLACK)  Let me withdraw that.

16            What did you understand his advice to be?

17       A    Well, we was victim, he abused our system and

18   this is what he mentioned.

19       Q    Why did he talk about the Russian hacking of

20   the election?

21            MR. FRAY-WITZER:  Objection.

22       Q    (BY MR. BLACK)  Did that come up in

23   conversations between you and Mr. Dolan?

24       A    I don't know why he mentioned it here.  Maybe

25   because of general negative (In Russian).

Aleksej Gubarev
April 30, 2018                                    182

```
 1              COURT REPORTER:  Because of what?
 2              WITNESS:  Because of general negative (In
 3         Russian).
 4              INTERPRETER:  Background.  General negative
 5         background.
 6         Q    (BY MR. BLACK)  Just general negative
 7    background?
 8         A    I mean in publications.
 9         Q    Did you ask Mr. Bezruchenko -- and I apologize
10    for mispronouncing his name -- about Methbot?
11         A    Who?
12         Q    Your partner.
13              MS. BOLGER:  Mr. Bezruchenko.
14              WITNESS:  Bezruchenko.
15              MR. BLACK:  How do you pronounce it?
16              MS. BOLGER:  Bezruchenko.
17              MR. BLACK:  Bezruchenko, something like that.
18         A    Ask what?
19         Q    (BY MR. BLACK)  Did you ask him about the
20    Methbot disaster on your servers?
21              MR. FRAY-WITZER:  Objection.
22         A    We was speaking about it, of course.
23         Q    (BY MR. BLACK)  What did he say about it?
24         A    You should shut down; I shut down.
25         Q    Did he tell you how many servers were
```

Aleksej Gubarev
April 30, 2018                    183

1   involved?

2        A    I don't remember those details.

3        Q    What internal investigation did you start in

4   December of 2016 into this Methbot fraud?

5        A    Well, it's better you ask Konstantin.  I can't

6   tell you what is come out of this investigation because

7   I don't know details.

8        Q    I don't want to know what came out.  I want to

9   know what investigation you did into this Methbot fraud

10  that started at the end of December 2016?

11             MR. FRAY-WITZER:  Objection.

12       A    I don't know this.  You better ask Konstantin.

13  He was doing investigation.

14       Q    (BY MR. BLACK)  You were CEO of the company,

15  aren't you -- excuse me, let me withdraw that.

16             In December 2016, were you the CEO of XBT.com?

17       A    That's correct, but I cannot make

18  investigations.

19       Q    I know.  But did you ask for one to be done?

20       A    Of course.

21       Q    What did you ask to be done?

22       A    To found out how this happened.

23       Q    And what did you found out?

24       A    We cannot found this, but we make one decision

25  out of the story that we cannot announce any external

1    IPs of the customers because it would be abuse our

2    system, and this is what the decision was made.  We stop

3    announce external IPs of the customer because this way

4    they cannot abuse our system.

5         Q    So maybe you can break that down for me and

6    explain it.  The results of your investigation was what?

7         A    The result of our investigation was that we

8    was not able to found how this damage because it was

9    published it, and it was really hard -- I mean,

10   impossible to us to know about that.  But we understand

11   that for us it's much better to prevent this happen in

12   the future, stop announce external IPs of the customers,

13   understand?

14             You want me to explain internal/external IPs?

15        Q    Yes.

16        A    Internal IPs is the IPs that belongs to our

17   company.  External IPs is customer can buy them or rent

18   them somewhere, and ask them to announce in our network.

19             COURT REPORTER:  I'm sorry, what was the last

20        word?

21             WITNESS:  Announce in our network.

22             COURT REPORTER:  Thank you.

23        Q    (BY MR. BLACK)  Did it concern you that so many

24   of your servers were involved in this fraud, yet you

25   knew nothing about it?

| | |
|---|---|
| 1 | MR. FRAY-WITZER:  Objection. |
| 2 | A    Of course, I was not happy about it. |
| 3 | Q    (BY MR. BLACK)  I think with Servers.com some |
| 4 | 24 percent of the servers were involved in Methbot; does |
| 5 | that sound correct? |
| 6 | A    I don't know. |
| 7 | Q    That's a pretty large number, isn't it? |
| 8 | MR. FRAY-WITZER:  Objection. |
| 9 | A    I don't know what you are looking for. |
| 10 | Q    All right.  In WZ Communications, Inc. are you |
| 11 | aware that 69 percent of your servers were involved in |
| 12 | the Methbot fraud? |
| 13 | MR. FRAY-WITZER:  Objection. |
| 14 | A    I don't know what the details. |
| 15 | Q    (BY MR. BLACK)  So would it be fair to say that |
| 16 | a lot of -- even a huge fraud could occur on your |
| 17 | network without you knowing about it? |
| 18 | A    It's possible. |
| 19 | Q    Any kind of a fraud -- excuse me, any kind of |
| 20 | a virus can be sent across your network of servers |
| 21 | without you knowing it? |
| 22 | A    I don't know. |
| 23 | Q    Of you don't -- or it is true that you would |
| 24 | not know? |
| 25 | A    I don't know. |

Aleksej Gubarev
April 30, 2018                          186

1       Q     Is Alexander Zhukov the same person who is in
2   the Duma?
3       A     What?
4       Q     Did you understand my question?
5       A     Duma?
6       Q     You don't know what the Duma is?
7       A     Could you tell me.  I don't believe it's the
8   same person.
9       Q     Was he mentioned in the Panama Paper?
10      A     I have no idea who he is.
11      Q     Let me show you MB-8.
12            (Defendant's Exhibit No. MB-8 was marked for
13   identification.)
14      Q   (BY MR. BLACK)  This purports to be some
15   e-mails between Dvas, Dolan and yourself on
16   December 22nd, and I don't quite understand it because
17   the question says:  "How much longer do you have to pay
18   the200,000 a month for -- and what specific services is
19   provided?  Who are those companies you were paying
20   the200,000 to, for how long will you be paying?"
21            Why is Dolan asking those questions?
22            MR. FRAY-WITZER:  Objection.
23      A     No idea.
24      Q   (BY MR. BLACK)  Is he confused as to paying --
25   who was paying 200,000 a month, or were you paying

Aleksej Gubarev
April 30, 2018                                      187

1    200,000 a month to lease the servers that were given to

2    Zhukov?

3              MR. FRAY-WITZER:  Objection.

4        A    I don't know exactly, but this customer was

5    paying to us approximately 200,000 a month.

6        Q    (BY MR. BLACK)  And how much were you paying

7    for the leasing of the servers that you provided him?

8        A    I don't remember that numbers.

9        Q    So Dolan is mistaken here?

10             MR. FRAY-WITZER:  Objection.

11       A    I don't know.

12       Q    (BY MR. BLACK)  You don't know if he's

13   mistaken?  It says:  "How much longer do you have to pay

14   200,000 a month?"

15             I don't understand that.

16       A    He asked something but I don't know the answer

17   to that.  We have to make a calculation about that.

18       Q    Okay.

19       A    I'm not the guy who is doing this.

20       Q    Then it says here:  "Who are those companies

21   you were paying the200,000 to, for how long will you be

22   paying?"

23             And the answer is, I guess from Dvas:  "We're

24   paying, leasing for servers, data center servers."

25             It sounds like Dvas is saying that you're

Aleksej Gubarev
April 30, 2018                            188

1    paying $200,000 a month to lease the servers, and for

2    the services at the data center.

3        A    I don't know exact numbers.

4             MR. FRAY-WITZER:  Objection.

5        A    I don't know exact numbers.

6        Q   (BY MR. BLACK)  And then he says:  "The data

7    center commits vary, one to three years, leasing is

8    three years."

9             So who's paying the200,000?  I'm just confused

10   over that.

11            MR. FRAY-WITZER:  Objection.

12       A    I repeat once again, I don't know no exact

13   number for that.

14       Q   (BY MR. BLACK)  Okay.  And then at the bottom

15   of the page it says:  "How much will you lose project?"

16            And Dvas says:  "Well, we project a total loss

17   to be of low millions of dollars.  That depends on how

18   fast we'll be able to sell the servers data center space

19   to other customers."

20            Now, is that accurate?

21       A    I don't know, you have to count.

22       Q    Well, you're copied on this e-mail, correct?

23       A    It's communication by agencies, not

24   financial --

25            COURT REPORTER:  Not?

Aleksej Gubarev
April 30, 2018                              189

```
 1        Q    (BY MR. BLACK)  You're copied on this e-mail,

 2   are you not?

 3        A    Yes.

 4        Q    All right.  Well, when you read this, did you

 5   think it was accurate?

 6        A    I don't know.  It's not me who counted these

 7   numbers.

 8        Q    I know.  But, Mr. Gubarev, this is your

 9   business, isn't it?  Isn't this your business?

10        A    Okay, let's -- we have people.  You have

11   technician director --

12             COURT REPORTER:  I'm sorry?

13        A    We have a technical director.

14             INTERPRETER:  We have a technical director.

15        A    Who is doing his duties.  We have financial

16   director who is doing his duties.  We have operation

17   director who is doing his duties.  We have me who

18   manages this, and everything else.  Does not means that

19   I know each and every details of things included like

20   how much how -- how he count or the budget.

21             It's not me who did this.  And you have to

22   understand, I'm the CO of big company, 335 people

23   working for me at that time.  I cannot know each details

24   of what you're asking me.

25        Q    (BY MR. BLACK)  Yes.  But this deals with,
```

1    according to Mr. Dvas, millions of dollars; isn't that a

2    detail you would be involved in?

3              MR. FRAY-WITZER:  Objection.

4       A    I don't believe it was millions of dollars.

5       Q    (BY MR. BLACK)  Why not?

6       A    I believe it could be able to sell this easy.

7       Q    Yeah.  How long did it take to resell that

8    server space?

9       A    Because of Buzzfeed, a lot because it damaged

10   our reputation.

11      Q    But you had to re-sell it, right?

12      A    Release it.

13      Q    Release it, excuse me.

14            So you lost all the servers because of Methbot

15   in December of 2016, right?

16            MR. FRAY-WITZER:  Objection.

17      A    This part of revenue was lost because of that.

18            COURT REPORTER:  I'm sorry?

19      Q    (BY MR. BLACK)  Then you had all new customers

20   take over.

21            MR. GURVITS:  This part of revenue was lost

22       because of that.

23            INTERPRETER:  This part of revenue was lost

24       because of that.

25            COURT REPORTER:  Thank you.

Aleksej Gubarev
April 30, 2018                                    191

```
 1        A    Could you please repeat the question because
 2   they were speaking.
 3        Q    (BY MR. BLACK)  I know, I'm sorry.
 4             You lose all this business in December 2016
 5   from Zhukov.
 6        A    Correct.  This because the termination of our
 7   servers.
 8        Q    Right.  It's totally cut off?
 9        A    Totally.
10        Q    It's no longer paying.
11        A    No pay.
12        Q    Zero dollars?
13        A    Zero dollars.
14        Q    You now have to sell that server space,
15   correct?
16        A    Correct.
17        Q    Because somebody you want to pay for it,
18   right?
19        A    Of course.
20        Q    How long did it take you to serve -- excuse
21   me, re-sell the server space?
22        A    Depends on the size, but I believe this amount
23   we can sell three or four months.
24        Q    In January of 2017, did any of your customers
25   cancel their contracts?
```

Aleksej Gubarev
April 30, 2018                    192

```
1        A     I don't know the details.  Financial

2   department probably know this or accounting, not me.

3        Q     What can -- under what basis can a client

4   cancel their contract?

5        A     Well, clients are month to month.  They can

6   give us a notice and cancel it.

7        Q     What about the clients with a contract for one

8   to three years?

9              MR. FRAY-WITZER:  Objection.

10       A     They still can cancel if they want.

11       Q     (BY MR. BLACK)  Under what basis can they

12  cancel?

13       A     We have to read the contract, I don't

14  remember.

15       Q     After January 11th of 2017, did any of your

16  customers cancel their contracts for your server

17  service?

18       A     I would like to correct my answer.

19       Q     You can answer however you wish.

20       A     It all depended.  In that day, Buzzfeed

21  publish I'm the criminal who work under pressure for

22  FSB.  It was crazy because I -- a data center company

23  and data is most secured things which have to be done

24  and protected.  And what's happened like Buzzfeed tells

25  I'm most insecure place to save data because I did the
```

Aleksej Gubarev
April 30, 2018                                    193

```
1    criminal against democratic party, which I don't do it.
2              We lost customers 100 percent.  How many?  I
3    don't know.  We can lose -- we are losing maybe even now
4    then because of this publication because customer is not
5    feeling secure to be with the company who's now become a
6    criminals because of Buzzfeed communication.
7         Q    Tell me the names of your customers who
8    canceled their service starting January 11, 2017?
9         A    I don't remember names.
10        Q    Can you tell me the name of one customer who
11   canceled your service as of January 11th, or thereafter,
12   2017?
13        A    I know at least one I remember because of the
14   contract whose freeze his extension with me for the
15   amount.
16        Q    What's the name of the customer?
17        A    Propeller.
18        Q    Could you spell it?
19        A    P-R-O-L-L-E-R [sic] Ads.com.
20             INTERPRETER:  A-D-S.com.
21             MR. BLACK:  What is it?
22             INTERPRETER:  Ads, like short for
23        advertisement.
24             MR. BLACK:  Ads?
25             MR. GURVITS:  Propeller Ads.
```

Aleksej Gubarev
April 30, 2018                                194

```
 1          Q    (BY MR. BLACK)  Propeller Ads?

 2          A    Yeah, Propeller Ads.

 3          Q    (BY MR. BLACK)  Okay, good.

 4               And how much was Propeller Ads paying you per

 5     month?

 6          A    They was with us location Amsterdam.  I

 7     remember it was approximate -- close to $150,000 a

 8     month, and we agree with them because they make a

 9     communication in Dallas.  And after found out this

10     story, just stop the center.  We don't feel secure to

11     give you a communication anymore.  We keep the business,

12     but we are not interested to fake communication with

13     you.

14          Q    When did ProllerAds.com cancel their service?

15               MR. FRAY-WITZER:  Objection.

16          A    I will told you we don't get, I mean...

17          Q    (BY MR. BLACK)  Did they cancel their service?

18          A    I don't know.  Maybe they cancel a few, I

19     don't know.

20          Q    You don't know.

21               Can you tell me the name of one customer after

22     January 11, 2017 who canceled a contract with you for

23     using your servers?

24          A    I believe we provide this information in the

25     discovery.
```

Aleksej Gubarev
April 30, 2018                    195

```
1        Q    Can you tell me the name of one or more
2   customers who canceled the service -- I haven't seen it.
3   Maybe you did and I didn't read, but tell me the name of
4   a customer who canceled your service?
5            MR. FRAY-WITZER:  Objection.  You can answer.
6        A    I was not the person who speak with each and
7   every client.  I was speak with big clients to try to
8   keep them to not go away, this was my duty.  I was speak
9   with all 150 clients to make sure that my company not
10  become bankrupt because of this publication.
11           When you publish this, I was advised in one
12  day, completely.  If it was revenue, it would make my
13  company bankrupt immediately.  This was going.  You
14  understand?
15       Q    (BY MR. BLACK)  No.  Can you tell me the name
16  of one customer who canceled your service?
17       A    I repeat once again, I was not dealing with
18  the customers.  I was dealing with the big customers to
19  try to keep them with us.
20       Q    Good.  Did any of them cancel?
21       A    Some of them probably, but --
22           COURT REPORTER:  I'm sorry?
23           INTERPRETER:  Some of them.
24           COURT REPORTER:  Some of them.
25           WITNESS:  Maybe cancel something, I don't know
```

Aleksej Gubarev
April 30, 2018                    196

```
 1        exactly.

 2              INTERPRETER:  Maybe canceled something, I

 3        don't know exactly.

 4        Q    (BY MR. BLACK)  Tell me the name.

 5        A    You don't know the details.  You're asking the

 6   question, which I'm not doing day-to-day accounting.

 7   You understand who is doing one serve or one server

 8   down.

 9        Q    Mr. Gubarev, you're suing here for

10   $150 million or something like that because you claim we

11   destroyed your business.  Can you tell us the name of

12   one customer who canceled their contract, just one?

13              MR. FRAY-WITZER:  Objection.

14        A    I repeat once again, you did destroy my

15   business.  You did destroy my reputation.  You did

16   destroy my financial positions.  Not only in the

17   company, my personal life as well.

18              And I would like to repeat you answer, again:

19   It was a customer who canceled, and it was not my duty

20   to check one by one who was doing this.  My duty was to

21   keep the big clients not to run away.  I was not

22   speaking one and small and many of the customers.  I was

23   speaking with the big clients to make sure they do not

24   run away from my company.

25        Q    (BY MR. BLACK)  Tell me the name of one client
```

Aleksej Gubarev
April 30, 2018                              197

```
1    who canceled their service.  Can you do that or just

2    say, no, I can't do it?

3         A    I don't have the details.

4         Q    Okay.

5         A    Can we make a break for toilet?

6         Q    Yes, of course.

7         A    Okay?

8         Q    Yes.  No, no problem.

9              VIDEOGRAPHER:  Going to off the video record.

10   The time is 3:55 p.m.

11             (A brief recess was taken.)

12             VIDEOGRAPHER:  Going back on the video record.

13   The time is 4:03 p.m.

14        Q    (BY MR. BLACK)  Mr. Gubarev, in this case, you

15   have presented an expert witness by the name of Jeff

16   Anderson to testify about damages; are you aware of

17   that?

18        A    Yes.

19        Q    Have you spoken to Mr. Anderson?

20        A    I don't remember if I spoke with him.

21             COURT REPORTER:  I'm sorry?

22             INTERPRETER:  I don't remember if I spoke with

23        him.

24        Q    (BY MR. BLACK)  Has Mr. Anderson asked you

25   anything about the damages suffered by you and your
```

Aleksej Gubarev
April 30, 2018                                    198

1    companies?

2        A    Well, I would like to tell from the beginning

3    that not me who handled this conversation.  It's our

4    financial data analyst responded having this

5    conversation, and I was not -- I cannot comment on this.

6        Q    Did you ever tell Mr. Anderson that

7    Mr. Zhukov, who was involved in the Methbot fraud ad,

8    had his service canceled at a rate of $200,000 a month?

9            MR. FRAY-WITZER:  Objection.

10       A    I'm not the person to tell you.  Rajesh who

11   prepares the financial models.  It's better to ask him.

12       Q    (BY MR. BLACK)  My question was:  Did you ever

13   tell Mr. Anderson that XBT or Webzilla or the companies,

14   whoever they may be, were losing $200,000 a month

15   because they canceled the service of Mr. Zhukov?

16           MR. FRAY-WITZER:  Objection.  Is the question

17       did he individually tell him?

18           MR. BLACK:  Yes.

19           MR. FRAY-WITZER:  Okay.

20           COURT REPORTER:  What was the name?  I'm

21       sorry, what was the name?

22       A    Rajesh Kumar Mishra, R-A-J-E-S-H, K-U-M-A-R,

23   and Mishra is M-I-S-H-R-A.

24           INTERPRETER:  H-R-A.

25           WITNESS:  Yes.

```
 1              INTERPRETER:  Mishra.

 2              WITNESS:  Can you repeat, please?  Rajesh.

 3              INTERPRETER:  Rajesh Kumar Mishra.

 4      Q   (BY MR. BLACK)  My question was:  Did you,

 5   meaning you personally --

 6      A    No.

 7      Q    -- Aleksej Gubarev --

 8      A    No.

 9      Q    -- tell him about it?

10      A    No, I didn't even speak with him I believe.

11              MR. GURVITS:  Answer the question and then

12      stop talking.

13      Q   (BY MR. BLACK)  Do you think it's important

14   that Mr. Anderson be advised about the loss of revenue

15   from Mr. Zhukov?

16      A    I'm sure he need this.

17      Q    Okay.  Let me show you MB-9.

18              (Defendant's Exhibit No. MB-9 was marked for

19   identification.)

20              WITNESS:  Is there no way to do a little bit

21      colder here?

22              MR. BLACK:  No, sorry.  I have it permanently

23      put on there.  I have an eye problem.

24              WITNESS:  You have, sorry.

25              MR. BLACK:  It's okay.  I understand it's a
```

Aleksej Gubarev
April 30, 2018                              200

```
 1        little warm at times.

 2             WITNESS:  It's a little bit hard to breathe.

 3             MR. BLACK:  Yes, I get that.  It's not

 4        deliberate.

 5        A    Yes.

 6        Q    (BY MR. BLACK)  All right.  Now, this is a

 7   e-mail from Mr. Dvas to Mr. Dolan with a copy to you; is

 8   that correct?

 9        A    It's correct.

10        Q    On December 22, 2016?

11        A    Yes, it's the date here.

12        Q    And in the second paragraph he said:  "We've

13   decided to let out the information about Webzilla being

14   a hosting provider for this customer."

15             Why were you doing that?

16             MR. FRAY-WITZER:  Objection.  You can answer.

17        A    Well, it's public information almost anyway.

18        Q    (BY MR. BLACK)  It says:  "We've decided to let

19   out the information about Webzilla."

20             So it's obviously not public, right?

21        A    Well, it was mentioned one article I know

22   100 percent this was some publication it was mentioned

23   already.

24             COURT REPORTER:  I'm sorry?

25        Q    (BY MR. BLACK)  It goes on to say --
```

Aleksej Gubarev
April 30, 2018                                201

```
 1              INTERPRETER:  It was in some publication, I
 2        didn't know it was already.
 3        Q    (BY MR. BLACK)  Is was in the White Ops report,
 4   correct?
 5        A    I don't read this document, sorry.  You ask
 6   who was handling this situation, I was not --
 7        Q    Did you read the White Ops Report?
 8        A    I read briefly, but I don't remember specific
 9   details.  I cannot tell you.  I'm sure that it was in
10   some publication, but I don't know which one.
11        Q    But these are your companies, aren't they?
12   Isn't this serious?
13              MR. FRAY-WITZER:  Objection.
14        A    I think it's serious, assuming, no, we just
15   discussed it briefly.
16        Q    (BY MR. BLACK)  You look at things briefly when
17   it deals with the servers of your company being involved
18   in this fraud?
19              MR. FRAY-WITZER:  Objection.
20        A    I was looking on them, but you're asking about
21   one and a half years ago.  I cannot remember all the
22   details of that.
23        Q    (BY MR. BLACK)  All right.  And it says here
24   that Dvas tells Dolan it should only go from -- it
25   should go from you only to White Ops and Brian Krebs.
```

```
 1            Why is that?
 2            MR. FRAY-WITZER:  Objection.
 3       A    I don't know.
 4       Q    (BY MR. BLACK)  And then it says:  "Please be
 5  very careful with Mr. Krebs, he has been performing lots
 6  of research in connection with cyber crime originating
 7  from Russia, and he might jump to some sort of
 8  unnecessary conclusions."
 9            What kind of unnecessary conclusions?
10            MR. FRAY-WITZER:  Objection.
11       A    I don't know.
12       Q    (BY MR. BLACK)  Well, did you ask Mr. Dvas what
13  he was talking about there?
14       A    No.  He wrote this e-mail.  He make some
15  decisions.
16       Q    Then he goes on to say:  "Webzilla had some
17  ambivalent episodes in its history."
18            What were those ambivalent episodes?
19            MR. FRAY-WITZER:  Objection.  You can answer.
20       A    I don't know what he's meaning here.
21       Q    (BY MR. BLACK)  Well, he's meaning something
22  bad happened with Webzilla.  What bad things happened
23  with Webzilla?
24            MR. FRAY-WITZER:  Objection.  You can answer.
25       A    Well, even this was situation is Methbot is
```

1    bad for me.  That I did not found in time not to

2    disconnect it, but what I did 100 percent, when we found

3    out, we disconnect it.

4         Q   (BY MR. BLACK)  I know.  But he's not talking

5    about Methbot here.  He's saying Webzilla had some

6    ambivalent episodes in its history.  He's talking about

7    before Methbot.

8         A   I don't know about which one he's speaking to.

9         Q   But this is -- Webzilla is your company, isn't

10   it?

11            MR. FRAY-WITZER:  Objection.  You can answer.

12        A   That's correct.

13        Q   (BY MR. BLACK)  What ambivalent problems, what

14   ambivalent episodes did Webzilla have in its existence?

15            MR. FRAY-WITZER:  Objection.

16        A   Nick Dvas wrote this e-mail.

17            COURT REPORTER:  Sorry?

18            WITNESS:  Nick Dvas wrote this e-mail.  I

19        don't know who he wrote on this topic.

20        Q   (BY MR. BLACK)  All right.  Then he goes on to

21   say:  "And has had some customers with doubtful

22   reputation."

23            What does that mean, doubtful reputation?

24            MR. FRAY-WITZER:  Objection.

25        A   Well, probably the customer we should

Aleksej Gubarev
April 30, 2018                                    204

1    disconnect.

2        Q    (BY MR. BLACK)  Were they disconnected?

3        A    Of course, all disconnected.

4        Q    Good.  Which customers were disconnected?

5        A    I don't know.  All which we get abuse, we

6    have -- I will repeat again, have a zero tolerance

7    policy.  If we see the customer is not doing legal

8    things, which are legal by the law in this country, we

9    disconnect immediately even without discussion.

10       Q    Okay, good.  Now, tell me the customers with

11   doubtful reputation.

12            MR. FRAY-WITZER:  Objection.

13       A    I don't know what he means here.

14       Q    (BY MR. BLACK)  You don't know what that is?

15       A    I don't know what he's meaning here.

16       Q    Then in the fifth paragraph it says:  "White

17   Ops published a full list of the networks."

18       A    Sorry, what it is?

19       Q    Where it says "one more thing."  The large

20   paragraph towards the other page?

21       A    Yes, I'm here.

22       Q    It says:  "White Ops has published a full list

23   of networkings here," gives a Website, "this part is not

24   for sharing.  Of these 161 networks, just 21 originated

25   from Servers.com."

Aleksej Gubarev
April 30, 2018                                    205

```
 1              Is that accurate?
 2      A    I don't know; he wrote this.
 3      Q    You don't know?
 4      A    I don't know 100 percent he was somewhere.
 5      Q    Then at the bottom of the page he says:  "But
 6  please don't be proactive with Servers.com mentioning.
 7  We want the damage to be limited to Webzilla."
 8              Why did you want the damage limited to
 9  Webzilla?
10              MR. FRAY-WITZER:  Objection.  You can answer.
11      A    Webzilla was already mentioned and for us it
12  was, ultimately, we should try to limit the company that
13  was already mentioned, but it was mentioned in very
14  small security break.
15      Q    (BY MR. BLACK)  So it was damage to Webzilla,
16  right?
17      A    No.
18      Q    No?
19      A    I mean, it was very limited publicity, very
20  limited.
21              And, again, I would like to repeat, we don't
22  do nothing wrong.
23              COURT REPORTER:  Sorry?
24              INTERPRETER:  We don't did nothing wrong.
25              WITNESS:  Yes.
```

Aleksej Gubarev
April 30, 2018                                    206

```
 1            We did our publicity and soon we found out
 2       that it's some potential expect fraud, we just
 3       disconnect the customer.  This is how we deal all
 4       the time.
 5       Q   (BY MR. BLACK)  How many times have you done
 6   that?
 7       A   I believe many.
 8       Q   How many?
 9       A   I don't know.
10       Q   Give me an estimate.
11       A   Well, I believe like better you ask maybe
12   Konstantin about that because I'm not dealing with that
13   department.
14       Q   I know.  But you're here testifying and you're
15   the person I get to ask questions of.
16            So how many times have you cut off customers
17   for committing hacking or fraud?
18            MR. FRAY-WITZER:  Objection.  You can answer.
19       A   I don't know the answer to this question.
20       Q   (BY MR. BLACK)  All right.  Let me show you
21   MB-11.
22            (Defendant's Exhibit No. MB-11 was marked for
23   identification.)
24            WITNESS:  Thank you.
25       Q   (BY MR. BLACK)   Once, again, this is an e-mail
```

Aleksej Gubarev
April 30, 2018                                    207

1   from Dvas to Dolan with a copy to you, correct?

2        A    Yes.

3        Q    And did you read these e-mails when they came

4   to you?

5        A    Yes, I did.

6        Q    And in the third paragraph there to Mr. Dolan

7   he says:  "And remember once more, our idea is to

8   sacrifice Webzilla in favor of Servers.com."

9             Why did he say that?

10            MR. FRAY-WITZER:  Objection.  You can answer.

11       A    There's no reason to speak about two

12  companies.  If it's any possible way to limit it to one

13  company it's better.

14       Q    (BY MR. BLACK)  So you were willing to

15  sacrifice Webzilla?

16       A    No.  But it was already mentioned.  It was

17  very important loss.

18       Q    Let me show you MB-19.

19            (Defendant's Exhibit No. MB-19 was marked for

20  identification.)

21       A    It's really hot in here.

22       Q    (BY MR. BLACK)  I wanted to ask you about this

23  e-mail in the middle of the page that Dvas sends to

24  Dolan with a copy to you, among others?

25       A    Yes, please.

Aleksej Gubarev
April 30, 2018                                    208

```
 1        Q    In the middle of the page.

 2        A    Where exactly -- from which word?

 3        Q    Where it says:  "Good morning, Chuck."

 4        A    Okay.

 5        Q    It says:  "These IPs were not ours.  They were

 6   brought by customer from IP sellers brokers with letters

 7   of authorization in place."

 8             What does that mean?

 9        A    I explain you before:  That is a -- can be

10   internal IP which belongs to us.  An external IP which

11   does not belongs to us.

12        Q    Then it says:  "Our job was to deliver traffic

13   to/from these IP and that's it."

14             Is that correct?

15             MR. FRAY-WITZER:  Objection.  You can answer.

16        A    We was providing connectivity for the

17   safety --

18             COURT REPORTER:  I'm sorry?

19             INTERPRETER:  Connectivity.

20        Q    (BY MR. BLACK)  "Whatever customer might have

21   done with IPs regarding their positioning in GOIP

22   databases parentheses, special kind of databases used to

23   determine where each IP is physically located Max Mind,

24   being the most well known, of them is completely unknown

25   to us."
```

Aleksej Gubarev
April 30, 2018                                        209

```
 1              What does that mean?
 2       A     Well, this means that we just announce the
 3  safeties in our network, and if any changes in the who
 4  is of this IP, all the way you are not able to know
 5  about that.
 6       Q     So what he's basically saying is there was no
 7  way for us to know what traffic was going on by Zhukov?
 8              MR. FRAY-WITZER:  Objection.
 9       A     Well, we don't -- we were not able to do this,
10  yes.
11       Q    (BY MR. BLACK)  Is that what he's saying?
12       A     No.  It was actually about completely
13  different things.
14       Q     What is he saying then?
15       A     He's saying in case -- when you announce IP
16  blog in our network, and if he'll be changed who is IPs,
17  who you known what, to whom the IP belongs or the way it
18  was located and everything, you will not aware about
19  this change because it's not -- I mean, when you
20  announce IP, you don't know about that because it's
21  changed.
22       Q     So there's no way for you to have caught or
23  known about this fraud while it was going on?
24              MR. FRAY-WITZER:  Objection.
25       A     It was aware of them before this publication,
```

Aleksej Gubarev
April 30, 2018                                     210

1    no.

2        Q    (BY MR. BLACK)   Right.   So there's no way

3    before the publication for you to know that this fraud

4    was going on through your servers?

5            MR. FRAY-WITZER:   Objection.   You can answer.

6        A    We did our best, but, yes, I mean, we found

7    out from the outcome.

8        Q    (BY MR. BLACK)   I know that.   But before you

9    found out, there was no way for you to know what was

10   going through your servers?

11       A    We have -- well, yes.

12            Finish with this?

13       Q    Yes.

14            Let me show you INT-1.

15            (Defendant's Exhibit No. INT-1 was marked for

16   identification.)

17       A    Thank you.

18       Q    (BY MR. BLACK)   Could you tell us what this

19   document is, INT-1?

20       A    Internal investigation report on Buzzfeed

21   publication.

22       Q    It does not have a date on it.   Do you know

23   when this was prepared?

24       A    No, exactly I don't remember.

25       Q    When did the internal investigation regarding

Aleksej Gubarev
April 30, 2018                                      211

```
 1    the Buzzfeed publication begin?

 2         A    I believe almost immediately.

 3         Q    So on January 11th?

 4         A    Probably, yes.

 5         Q    Is that correct?

 6         A    I believe, yes.

 7         Q    All right.  And what date was it completed?

 8         A    I don't know.

 9         Q    You don't know what date this report was

10    issued?

11         A    I don't remember this.

12              COURT REPORTER:  I'm sorry?

13              WITNESS:  I don't remember this.

14              COURT REPORTER:  Thank you.

15         Q    (BY MR. BLACK)  And who's BK?

16         A    Kostyntyn Bezruchenko.

17         Q    (BY MR. BLACK)  All right.  In the middle of

18    the page it says:  "Investigation following two factors

19    was very limiting our ability to conduct thoughtful

20    investigation.  One, published report contains only top

21    level information.

22              Two, extensive timeframe."

23              Why did those two issues make it difficult to

24    do an investigation?

25         A    Well, I believe you can ask Konstantin, who is
```

Aleksej Gubarev
April 30, 2018                                          212

1   here, because I don't know what exactly -- because he's

2   a technical expert.  He does the investigation.  He's

3   the most right person to answer this question.

4        Q    So you don't know the answer to that?

5        A    I was just reading the report.

6        Q    At the bottom of the page he mentions three

7   articles describing the attacks on the United States

8   Government, and the DNC it.  "Was ThreatConnect

9   CrowdStrike and then ThreatConnect Guccifer 2.0."

10            Did you read those reports?

11       A    I read them briefly, yes.

12       Q    Briefly?

13       A    Yes.

14       Q    What did they say?

15            MR. FRAY-WITZER:  Objection.

16       A    I cannot tell you.  If you give it to me, I

17   can tell you.

18       Q    (BY MR. BLACK)  How did the -- how was it

19   decided to do an investigation, how did it come about?

20            MR. FRAY-WITZER:  Objection to the extent your

21       question would implicate conversations that you had

22       with your counsel, do not answer that question.

23       Q    (BY MR. BLACK)  Other than with your lawyers,

24   how was the decision made to do an internal

25   investigation?

Aleksej Gubarev
April 30, 2018                                        213

```
 1        A    It was logical, it's logical.

 2             INTERPRETER:  Logical.

 3        Q   (BY MR. BLACK)  You do that with every time

 4   there is a fraud or a hack or a virus that goes through

 5   your servers?

 6             MR. FRAY-WITZER:  Objection.

 7        A    I don't know if it's each time because some of

 8   them is similar.  But, yes, I mean, especially in case,

 9   of course we have to do this.

10        Q   (BY MR. BLACK)  Good.  Did you publish an

11   internal report on the Methbot fraud?

12        A    Publish where?

13        Q    Did you have -- was one created?

14        A    Well, it was not necessary to do it because we

15   speak to Konstantin personally, and also, to us what we

16   have to do and what's happened, and was internal meeting

17   about that.  And was decision, he tell us what's

18   happened, he explain in details, and we said what we

19   have to do and what we have to hold.

20        Q    Good.  Did -- was there a memo like this

21   prepared regarding the Methbot investigation?

22        A    No.  Because it was internal meeting what we

23   decided.

24        Q    So you don't know whether there was a report?

25             MR. FRAY-WITZER:  Objection.
```

www.uslegalsupport.com

```
 1          A     I believe it was no.

 2                COURT REPORTER:  I'm sorry, what was your

 3          answer, I believe?

 4                WITNESS:  I believe it was no.

 5                INTERPRETER:  I believe it was not.

 6          Q   (BY MR. BLACK)  Let me show you INT-2.

 7                (Defendant's Exhibit No. INT-2 was marked for

 8   identification.)

 9          A     Finish with this?

10          Q   (BY MR. BLACK)  Yes.

11                Did you get this report?

12          A     Yes.

13          Q     Was it before or after the internal memo that

14   we just went through?

15                MR. FRAY-WITZER:  Objection.

16          A     I don't remember.

17          Q   (BY MR. BLACK)  This is an internal report on

18   the Grizzly Steppe document; is that correct?

19          A     This is what he wrote here.

20          Q     And then it says the fourth paragraph down:

21   "I found this report on September 6, 2017."

22                Do you see that?

23          A     Yes.

24          Q     That's nine months later.

25                MR. FRAY-WITZER:  Objection.
```

Aleksej Gubarev
April 30, 2018                                    215

```
 1        Q   (BY MR. BLACK)  Right?

 2        A    Well, if it's 29, yes, nine months later.

 3        Q   (BY MR. BLACK)  Doesn't that seem -- how come

 4   nobody knew about this, the Grizzly Steppe report for

 5   nine months?

 6        A    Well, actually, if you like, you can ask

 7   Konstantin details about that, but, as I know, like our

 8   team CO was aware about that report.

 9             COURT REPORTER:  I'm sorry?

10             WITNESS:  Aware of that report.

11             INTERPRETER:  Aware.

12        Q   (BY MR. BLACK)  And did what?

13        A    I know that he spoke with ROOT, government

14   services, about what was happened, ask some questions.

15   He explain what was there and that's it.

16        Q    And that was the end of the matter?

17        A    End to who?

18        Q    For you, your company.

19        A    Sorry.

20        Q    He talked to whoever he talked to and that was

21   it, right?

22             MR. FRAY-WITZER:  Objection.  If you can

23        answer.

24        Q   (BY MR. BLACK)  Did he do anything further?

25        A    Who?
```

Aleksej Gubarev
April 30, 2018                                    216

1      Q     This person you're talking about from ROOT?

2      A     No.  Actually, he don't did because he

3  believe -- he checked with the government officer that

4  told him not important.  Everything is okay, don't worry

5  and that's it.

6      Q     Okay.  This says that:  "On December 29the

7  Department of Homeland Security released the report,"

8  this is this Grizzly Steppe report, "which described

9  malicious activity targeting United States political

10  party."

11            Do you think that was a serious matter?

12            MR. FRAY-WITZER:  Objection.  You can answer.

13      A     Well, any situation is serious.

14      Q     (BY MR. BLACK)  Why is it that BK didn't find

15  out for nine months?

16            MR. FRAY-WITZER:  Objection.  You can answer.

17      A     Well, because company is very big, and the

18  person who is managing CO ROOT say, he did his duties,

19  he checked whats happened, he speak to government

20  officials about that, and they told him there's no

21  claim, there's no question, there's further

22  investigation and that's it.

23      Q     (BY MR. BLACK)  And this report he found eight

24  months after you filed the lawsuit in this case,

25  correct?

Aleksej Gubarev
April 30, 2018                                    217

```
 1        A    The report?

 2        Q    This -- he read it.  He said, on September 6,

 3   2017.  That's eight months after you filed your lawsuit

 4   against Buzzfeed, correct?

 5        A    Well, I believe he had to make an

 6   investigation.

 7        Q    He read this report on September 6, 2017,

 8   correct?

 9        A    Yes.

10        Q    That's eight months after you filed this

11   lawsuit?

12             MR. FRAY-WITZER:  We'll stipulate that

13        September is eight months after February.

14             MR. BLACK:  I'm sorry, but it's not your

15        deposition.

16        A    I don't count months, but something like that.

17        Q    (BY MR. BLACK)  And the Department of Homeland

18   Security listed 14 IP addresses that belonged to ROOT

19   SA; is that correct?

20        A    It's what the send in the report.

21        Q    And ROOT SA is owned by XBT?

22        A    That's correct.

23        Q    So when you got this report, whenever it was,

24   what did you do about it?

25        A    When we get this report?
```

Aleksej Gubarev
April 30, 2018                    218

1        Q    What did you do when you got this report?

2        A    When we got this report and realize the

3    situation, make decisions that he need to track if it's

4    any TOR nodes located within our network and shoot them

5    down.

6             COURT REPORTER:  What was -- I'm sorry?  What

7        was --

8             WITNESS:  Any TOR.

9             MR. FRAY-WITZER:  TOR, T-O-R.

10             INTERPRETER:  TOR.

11             WITNESS:  TOR exit nodes.

12             INTERPRETER:  Exit knots.

13             WITNESS:  Exit nodes.

14             MS. BOLGER:  Nodes.

15             INTERPRETER:  Notes.

16             MR. SIEGEL:  N-O-D-E.

17             MS. BOLGER:  No, N-O-D-E-S.

18             WITNESS:  Shoot them down.

19             MS. BOLGER:  TOR, T-O-R.  Exit node, N-O-D-E.

20        Q    (BY MR. BLACK)  What did you do with these IP

21    addresses?

22             MR. FRAY-WITZER:  Objection.

23        A    Nothing.

24        Q    (BY MR. BLACK)  Nothing?

25        A    I mean, if it was TOR by that time, it was

Aleksej Gubarev
April 30, 2018                                219

1    shoot down.

2         Q    Did you shut down these IP addresses?

3         A    I don't know exactly.  Better to ask

4    Konstantin about that because he was having

5    conversation.  I was not part of this conversation.

6         Q    The fact that this report says, 14 IP

7    addresses related to your company hacked a political

8    party in the United States was not enough to get your

9    interest to do something about it?

10             MR. FRAY-WITZER:  Objection.  It doesn't say

11        that.

12        A    Well, first of all, we -- as I said he was not

13   using for hack democratic party service.  It was clearly

14   listed in the accounts back and forth which IP was using

15   for that, and it's not IP of our company.  It's the

16   different report, different story.  Yes, it's important.

17   We make our reaction and this is when the report come

18   out.

19        Q    Well, what was the reaction?  That's what I

20   don't get.  Maybe you can explain it to me.

21        A    If even the TOR nodes is not actually legal to

22   have on the service, I mean it's normal on the -- we

23   decided to use it at least for our company.  We don't

24   want to have them anymore.

25        Q    Don't want to have who?

Aleksej Gubarev
April 30, 2018                              220

```
 1        A     TOR exit nodes.

 2              COURT REPORTER:  Two top nodes?

 3              MR. FRAY-WITZER:  TOR exit nodes.

 4              COURT REPORTER:  Thank you.

 5              MS. BOLGER:  He said TOR nodes.  He didn't say

 6        TOR exit nodes.  Evan did, but he didn't.  He said

 7        TOR nodes.

 8        Q    (BY MR. BLACK)  Let me show you INT-7.

 9              (Defendant's Exhibit No. INT-7 was marked for

10    identification.)

11        A     Thank you.

12        Q    (BY MR. BLACK)  This is from Mark Goederich to

13    you; is that correct?

14        A     Yes.

15        Q     September 6 of 2017?

16        A     Yes.

17        Q     And in the first sentence he says:  "the DHS

18    report is, to use a modern word, fake news."

19              Is that correct?  That's what he says, right?

20        A     Yes.

21        Q     Do you agree with him on that?

22        A     I don't know.  It's his -- what he says.

23        Q     Okay.  And at the bottom of that same

24    paragraph it says:  "the DHS report is to a large degree

25    nonsense."
```

Aleksej Gubarev
April 30, 2018                          221

```
 1            Do you agree with that?

 2      A    I don't know.

 3            MR. FRAY-WITZER:  Objection.  That's not the

 4      full sentence.

 5            MR. BLACK:  It's not.

 6      A    Well, his opinion about Mark.  I cannot tell

 7  you about opinion of his person.

 8      Q    (BY MR. BLACK)  Okay.  Then half the way down

 9  the page he starts going through the IP addresses,

10  correct?

11      A    Correct.

12      Q    So for the first one that says:  "A lot of

13  copyrighted infringement abuses and a couple of hacking

14  attempt abuses."

15            Is that correct?

16      A    That's what he said.

17      Q    Does that mean while it was on your network?

18      A    Hum?

19      Q    Does that mean while it was on your network?

20      A    I don't -- could you more -- what?

21      Q    I don't understand here where it says here:

22  "A lot of the copyright infringement abuses, and a

23  couple of hacking attempt abuses."

24            What does that -- it says that that's from

25  that IP address.  Is that why -- excuse me, while it was
```

Aleksej Gubarev
April 30, 2018                              222

```
 1   on your network?

 2        A    This IP on our network, yes.

 3        Q    Okay.  So what did you do about these

 4   copyright infringement abuses and hacking attempts?

 5        A    Well, you have to ask Mark about that because

 6   he manages the company, and he makes decision about

 7   that.

 8        Q    Okay.  And then the next one it says:

 9   "There's a lot of the copyright infringement abuses and

10   one formal police request, but was not pursued

11   officially when they noticed it was TOR and a couple of

12   hacking abuses."

13             What does that mean?

14        A    Well, this means the police was nothing to

15   think about it.

16        Q    Now, when you get abuse notifications, I

17   thought that you shut down the IP right away?

18             MR. FRAY-WITZER:  Objection.  You can answer.

19        A    Well, yes.  I mean, if it's legitimate,

20   request to shut down.  But I give you example:  If you

21   IP company and several of people using your service, and

22   they kind of the abuse your service for that.  And you

23   cannot control who was did this because some of the

24   people use one IP.  It not means you have to shut down

25   completely server because some end user did something
```

Aleksej Gubarev
April 30, 2018                                    223

```
 1    wrong.

 2              Yes, you ban this user.

 3              COURT REPORTER:  I'm sorry?

 4              INTERPRETER:  Ban this user.

 5        A     And inform the customer you have to ban this

 6    user.  But does not mean you have to shut down

 7    completely entire service of the clients because of the

 8    case.  Because, if you know it was thousands of

 9    customers you have to get details.

10        Q    (BY MR. BLACK)  Well, when you get abuse

11    reports, you don't shut down the IP number, right?

12              MR. FRAY-WITZER:  Objection.

13        A     We shout down IP if it's related to something

14    we have to shut down, but if it's related to the VP

15    company or something, you have to ban customer because

16    he's responsibility for that.

17        Q    (BY MR. BLACK)  All right.  Mr. Gubarev, before

18    you told as soon as you get an abuse report you

19    immediately shut it down --

20              MR. FRAY-WITZER:  Objection.

21        Q    (BY MR. BLACK)  -- is that inaccurate?

22        A     We shut down if we have to shut down, but...

23        Q    (BY MR. BLACK)  You shut down if you have to

24    shut down?

25        A     No.  We have zero tolerance policy, I would
```

Aleksej Gubarev
April 30, 2018                                        224

```
 1   like to repeat again.
 2        Q    I only asked you -- I'll ask you about the
 3   next one?
 4        A    Okay.  Ask me, please.
 5        Q    94242 it says:  "Around 40 abuses in the early
 6   2016."
 7             Why wasn't that shut down?
 8        A    I don't know if it's for shut down or not.
 9   It's not saying here.
10        Q    Okay.  The below it 92242:  "Got a couple of
11   copyright infringements."
12             Do you shut down if they get copyright
13   infringement notices?
14        A    Sir, could you tell me where you are.
15        Q    Yeah.  94242, 206.
16        A    206.
17        Q    196.
18        A    Yes.
19        Q    It says: "Got a couple of copyright
20   infringement."
21             Do you shut it down if they're copyright
22   infringements?
23        A    Well, copy infringement you have to inform
24   customer that you have to delete content.  It's a
25   procedure we have to follow.  You give a notice, 24 hour
```

Aleksej Gubarev
April 30, 2018                              225

1    he have to delete.  It's like if he's working like that,

2    then everybody is working like that.

3            It's a standard in the industry.  You have to

4    follow the report and inform the company what is

5    happening, inform the customer and they have 24 hours.

6        Q    Do you see all the rest of them all had abuse

7    notices?

8        A    Yes.  But I don't know what we had.  I told

9    you maybe VPN.  It's actually why, it looks like VPN

10   provider on some of them.

11           COURT REPORTER:  I'm sorry, what?

12       Q    (BY MR. BLACK)  The one with VPN that says --

13           INTERPRETER:  VPN provider.

14           COURT REPORTER:  Thank you.

15       Q    (BY MR. BLACK)  The one that says VPN had 200

16   abuses for 2016 to 2017, you see that?

17       A    Yes. but I explain you that.

18       Q    Why wasn't that shut down?

19       A    I explain you already before, if we have VPN

20   service, and it can be any company.  I can tell you, we

21   were hosting Semontic (phonetic) VPN and it was the

22   exact same situation, exact the same.  Even for biggest

23   company, when you are a VPN service, you can not know

24   who your end user is.

25       Q    Okay.  Well, let me ask you this, on the top

Aleksej Gubarev
April 30, 2018                                    226

1    of the next page.  Maybe this will clarify it.  It says:

2    "Also, I am not aware of any abuse e-mail from a third

3    party relating to this specific incident, but I only get

4    forwarded important abuses from lawyers et cetera.

5            There is no time to check all abuse massages,

6    as I have over 400,000 messages in my abuse mailbox at

7    the moment for the past seven years."

8            How is it that he has 400,000?

9        A    I don't know.

10       Q    And he doesn't shut anybody down?

11            MR. FRAY-WITZER:  Objection.

12       A    He shut down 100 percent.

13       Q    (BY MR. BLACK)  Every one of these he shut

14   down?

15            MR. FRAY-WITZER:  Objection.

16       A    I explain again, if we had a specific VPN

17   service it's unlogical to shut down server because there

18   are thousands of clients behind it.  If you shut down

19   one because one is doing something wrong, it means

20   like -- it's logically.  If you had some service, but if

21   you had only two who published some video which is not

22   copyrighted or something is wrong with that means I have

23   to shut down too?  Tell me.

24       Q    (BY MR. BLACK)  So when do you shut down --

25   tell me then when do you shut down a customer for an

Aleksej Gubarev
April 30, 2018                         227

1    abuse?

2            MR. FRAY-WITZER:  Objection.  You can answer.

3        A    We shut down customer in case the CO believes

4    that we only think that it is happening to server and we

5    have to shut down immediately.

6        Q   (BY MR. BLACK)  How is it that he could

7    accumulate 400,000 messages in his abuse mail box?

8            MR. FRAY-WITZER:  Objection.  You can answer.

9        A    I don't know.  It's in his e-mail.

10           VIDEOGRAPHER:  Counsel.

11           WITNESS:  Five minute break?

12           MR. FRAY-WITZER:  No.

13           Roy?

14           MR. GURVITS:  Five minutes on tape.

15           MR. BLACK:  Okay.  Let's take a minute, I'm,

16       sorry.

17           WITNESS:  We are going to have a break?

18           MR. BLACK:  -- change to tape.

19           VIDEOGRAPHER:  Going off the video record.

20       The time is 4:45 p.m.

21           (A brief recess was taken.)

22           VIDEOGRAPHER:  Going back on the video record.

23       The time is 4:54 p.m.

24       Q   (BY MR. BLACK)  Mr. Gubarev, did -- what, if

25    anything, did you do about Webzilla's participation in

Aleksej Gubarev
April 30, 2018                                228

1    what's called the pony up scheme?

2        A    What?

3             MR. FRAY-WITZER:  Objection.

4        Q    (BY MR. BLACK)  Pony up?

5        A    What's that?

6        Q    Okay.

7             MR. BLACK:  Jane, I can't tell if it's HA-1 or

8        HA-8 because we got...

9             MS. QUINN:  That's HA -- let me get the one.

10            MR. BLACK:  Okay.

11       A    Are we finished with this one?

12       Q    (BY MR. BLACK)  Yes.  We're finished with that

13   one.

14       A    Yes.

15       Q    I take it from your expression to my last

16   question, that you're unaware of this pony up scheme?

17       A    I don't remember this.  I actually there's not

18   even a date on the report.

19       Q    I'm sorry?

20       A    There's no date on the report.

21       Q    That wasn't my question.  My question:  I take

22   it you were not aware of this report?

23       A    No.

24       Q    Okay.  Could you take a look at Section 3.4,

25   IP addresses.  There's no page number, so I can't tell

Aleksej Gubarev
April 30, 2018                         229

```
 1    you what it is.

 2         A    He'll help you.

 3              Yes.

 4         Q    Do you see that they list the number of

 5    Webzilla BV IP numbers?

 6         A    Yes.

 7         Q    Were you aware of this?

 8         A    No.

 9         Q    Was anybody at Webzilla aware of this?

10              MR. FRAY-WITZER:  Objection.

11         A    I believe you could ask Konstantin.

12         Q    (BY MR. BLACK)  But you were not aware of it?

13         A    I don't aware of all reports that happen in

14    the company.

15         Q    So you were not aware -- just because somebody

16    sends a virus through your servers, that's not something

17    that you might be aware of?

18              MR. FRAY-WITZER:  Objection.

19         A    It is not my day-to-day duties.  I'm not

20    handling abuse team and technical team.  They make their

21    own decisions about what they have to do.

22         Q    (BY MR. BLACK)  So these things can happen

23    without you knowing about it?

24              MR. FRAY-WITZER:  Objection?

25         A    Me personally?
```

Aleksej Gubarev
April 30, 2018                                    230

```
 1        Q    (BY MR. BLACK)  Yes.

 2        A    Yes.  And each section has how they handle the

 3   customers.

 4        Q    According to this the pony up scheme dealt

 5   with a -- what's called a malicious spear phishing

 6   campaign dubbed pony.

 7             Can you tell us what a spear phishing campaign

 8   is?

 9        A    I don't know.

10             MS. BOLGER:  Phishing.

11        Q    (BY MR. BLACK)  You don't know?

12        A    The first time in my life I see this report.

13        Q    You had never heard of that?

14        A    No.

15        Q    Have you ever heard of the word "phishing"

16   before?

17        A    No.

18        Q    P-H-I-S-H-I-N-G?

19        A    Could you show me, maybe.  I don't understand.

20        Q    Under introduction on the first sentence.

21        A    I don't know.

22             MS. BOLGER:  It's called phishing.

23             MR. BLACK:  No, it's not.

24        Q    (BY MR. BLACK)  You see that where it says

25   "malicious spear phishing campaign"?
```

Aleksej Gubarev
April 30, 2018                              231

```
 1              MR. FRAY-WITZER:  Objection.

 2       A    Yes.  But I don't know what it is.

 3       Q    (BY MR. BLACK)  You don't know what that is?

 4       A    No.

 5       Q    You never heard of it before?

 6       A    I don't remember.

 7            Are we finished with this one?

 8       Q    Yes.

 9            Do you know what a RIG exploit kit is?

10       A    No.

11       Q    Let me show you HA-4.

12            (Defendant's Exhibit No. HA-4 was marked for

13    identification.)

14       A    Yes, I read it.

15       Q    (BY MR. BLACK)  Do you know what a RIG exploit

16    kit is?

17       A    No, first time I see this.

18       Q    I'm sorry?

19       A    No, first time I see this.

20       Q    Are you aware that that's used to deliver

21    Trojans to banks?

22       A    No.

23       Q    Were you advised that 44 Webzilla IP numbers

24    were used to deliver this RIG exploit kit?

25       A    I was not -- it's our IP, which was leased to
```

Aleksej Gubarev
April 30, 2018                              232

1   Euro Bit Custom Company (phonetic).

2       Q    Were are you aware that 44 Webzilla IP

3   addresses were used with this RIG exploit kit.

4            MR. FRAY-WITZER:  Objection.  You can answer.

5       A    No.  Because I don't see this report before.

6       Q    (BY MR. BLACK)  Was anything done about this to

7   the best of your knowledge?

8       A    I believe that you to ask Konstantin because I

9   don't know about this.

10      Q    Okay.  It's not in your day-to-day problems,

11  right?

12      A    No.

13           MR. FRAY-WITZER:  Objection.

14      A    If it's come to specifics, yes, it's not my

15  duty.

16      Q    (BY MR. BLACK)  When there is an issue arisings

17  about hacking that occurs on your network, do you

18  commission an investigation?

19           MR. FRAY-WITZER:  Objection.

20      A    Could you rephrase the question?

21      Q    (BY MR. BLACK)  Do you ask for an investigation

22  to be done?

23      A    Me, personally?

24      Q    You or the company.

25      A    We ask whom, internal?

Aleksej Gubarev
April 30, 2018                                    233

```
 1        Q    Anything.  Do you ask for an investigation
 2   every time a problem comes up somebody's hacking,
 3   somebody's steeling, somebody's using your equipment in
 4   order to steel or damage people?
 5             MR. FRAY-WITZER:  Objection.
 6        A    I'm not aware of what you're talking about,
 7   but I will explain how it works.  It's very simple way.
 8   If you get a similar request about what is happen, you
 9   don't have to do investigation of similar requests all
10   the time.  But if something new comes out, we understand
11   what is happening and try to prevent it if it's
12   possible.
13        Q    (BY MR. BLACK)  Do you ever hire a team of
14   outside forensic experts to look at your system to
15   determine how it was used for either hacking or planting
16   viruses or committing fraud?
17             MR. FRAY-WITZER:  Objection.  You can answer.
18        A    We hire forensic companies to check our system
19   how ease to hack, yes.
20        Q    (BY MR. BLACK)  Okay.  Which companies have you
21   hired?
22        A    I don't remember the name of them, but
23   Konstantin can answer that, he was handling that.
24        Q    They examine the hacking that goes on through
25   your servers?
```

Aleksej Gubarev
April 30, 2018                         234

```
 1              MR. FRAY-WITZER:  Objection.
 2        A    They examine how easy you can hack our system,
 3   which part -- step we can do to protect our internal
 4   system from hacking.
 5        Q    (BY MR. BLACK)  I'm not talking about
 6   protecting your business.  I'm talking about bringing in
 7   an outside team of forensic experts to determine how,
 8   for example, the Methbot was done, or how the RIG
 9   exploit kits were done or how the pony scheme was done
10   through your servers.
11              MR. FRAY-WITZER:  Objection.
12        A    Even if you bring -- I'm not tech expert, but
13   I tell you my opinion about that:  Even if you bring the
14   expert, it don't change anything because we don't have
15   access to the customer service.
16              Customer have only access to the server.  We
17   provide the physical connectivity.  Any big companies
18   involved, have exact the same problem, Amazon, Google
19   Myspace, everybody, face these problems.  You cannot
20   actually go -- you can do something, but you cannot be
21   100 percent protected.
22        Q    (BY MR. BLACK)  So viruses can occur without
23   you being protected from it, correct?
24        A    Yes.
25        Q    Viruses can be transmitted through your
```

Aleksej Gubarev
April 30, 2018                                            235

```
 1   network of servers and there's nothing you can do about
 2   it?
 3              MR. FRAY-WITZER:  Objection.
 4        A    Yes.
 5        Q    (BY MR. BLACK)  Do you know Vladimir Fomenko?
 6        A    Yes.
 7        Q    What's your relationship with him?
 8        A    I think I saw him once.
 9        Q    Fomenko owns a business called Kings Servers,
10   correct?
11        A    Yes?
12        Q    And Kings Servers turns out hacked voting
13   machines in the United States; is that correct?
14              MR. FRAY-WITZER:  Objection.
15        A    I don't know what he does.
16        Q    (BY MR. BLACK)  Had you heard about that?
17        A    I heard his service was mentioned in the
18   report of DNS.
19        Q    About hacking voting machines in the United
20   States?
21        A    This I don't know there.
22        Q    Well, that sounds like a pretty important
23   thing, doesn't it?
24              MR. FRAY-WITZER:  Objection.
25        A    It's night not my service.
```

Aleksej Gubarev
April 30, 2018                                236

```
 1        Q    (BY MR. BLACK)  It's somebody you associate
 2   with?
 3             MR. FRAY-WITZER:  Objection.
 4        A    Don't say.  I met him once time and my wife.
 5        Q    (BY MR. BLACK)  I know.  But you keep saying
 6   you don't know any hackers.
 7             MR. FRAY-WITZER:  Objection.
 8        Q    (BY MR. BLACK)  You know Vladimir Fomenko who
 9   was hacking -- whose servers were being used to hack
10   voting machines.
11             MR. FRAY-WITZER:  Objection.
12        Q    (BY MR. BLACK)  Isn't that pretty important?
13             MR. FRAY-WITZER:  Objection.
14        A    It was not any proof that he did this.  Maybe
15   his client, somebody against his service and do
16   something.  Does not mean that he did this.  If he did
17   this, he was able to go anywhere, but he's not the
18   problem because it's nothing against him.
19        Q    (BY MR. BLACK)  All right.  So he washes his
20   hands of it just like you do?
21             MR. FRAY-WITZER:  Objection.
22             MR. GURVITS:  Objection.
23        Q    (BY MR. BLACK)  You have no control over your
24   commerces; is that right?
25             MR. FRAY-WITZER:  Objection.
```

Aleksej Gubarev
April 30, 2018                          237

```
 1         A    I don't know about this question.
 2         Q    (BY MR. BLACK)  That's what you've been telling
 3    us is that you have no control over what goes on on your
 4    servers?
 5              MR. FRAY-WITZER:  Objection.
 6         A    We, again, service.  It's a physical
 7    connection, connectivity to thousands of clients,
 8    thousands of clients and like everybody else, like
 9    Google, Amazon, software -- is a thousand of customer
10    companies in the vault would is doing the exact same
11    things and face the exact the same problems.
12         Q    (BY MR. BLACK)  But guess what?  Neither Amazon
13    nor Google any of those companies are involved in
14    hacking the America voting machines or democracy or the
15    democratic parties.  It all comes out of Russia, doesn't
16    it?
17              MR. FRAY-WITZER:  Objection.
18         A    I don't know.
19         Q    (BY MR. BLACK)  Don't know that?
20              MR. FRAY-WITZER:  Objection.
21         A    It's not me.  That's it.  But let's be --
22    no --
23              MR. FRAY-WITZER:  There's no question in front
24         of you.
25         Q    (BY MR. BLACK)  Go ahead.  You can answer.
```

Aleksej Gubarev
April 30, 2018                          238

```
 1              MR. FRAY-WITZER:  There's no question in front

 2       of the witness.

 3       Q    (BY MR. BLACK)  Do you think that Russia was

 4   hacking the American election?

 5       A    I don't know.

 6              MR. FRAY-WITZER:  Objection.

 7       A    I'm not here to give opinion.  I'm here to

 8   answer facts.

 9       Q    (BY MR. BLACK)  Tell us what your personal

10   damages are?

11       A    I mean, personal damage is huge on all levels.

12   First of all, I get huge amount of stress from my wife.

13   I mean, it's not even nothing so bad happen to me like

14   that to me before.  It was attack everywhere.  I was not

15   able to sleep.  I'm still hard to the sleep to be

16   honest.

17              Like, I'm in some place -- you know what,

18   imagine for us for one year, you have to wake up and do

19   the refresh of the Google news what appear about you.

20   It's not explains you want to have to your wife.  You

21   don't want to explain to peoples you're not criminal on

22   daily basis, or you don't have to explain you don't do

23   this.

24              This was my main shop the one I have here and

25   explain to everybody.  This is not me who did this.  I
```

Aleksej Gubarev
April 30, 2018                                    239

1    don't do it.  And I want to make sure this is not

2    happening.  Somebody published about me such false

3    information.

4              My family was abused as well.  My wife was

5    under pressure.  Jury (phonetic) was coming to Cyprus to

6    make an investigation against me.  Even I don't do

7    nothing they come close to house and close to my -- they

8    come to my office.  They come to business of my wife.

9    They were asking questions around.  They hire private

10   investigation company as we against and follow us, and a

11   real security belief of my life.  I hired security

12   company to protect me for this grievance.

13             My mother and her mother was shocked about

14   that because not me informed them.  It was on the

15   national television of Russian Federation that I was

16   connected to the story.

17             They get hundreds, 40 houses told me that.

18   People was calling me, including people who's living in

19   your area to explain what is happening, how am I

20   connected to that.  People want to know.  And she was

21   under huge stress.  I mean, all my family was under huge

22   stress and we're still under stress, and my personal, I

23   still have a big problems with on a lot of levels.

24             I have huge problems in business.  Like, was

25   Bosch Bank closed my bank accounts three weeks ago.

1    They closed all my bank accounts.  Yes, again, was the

2    test on you and believes that the time you finish your

3    court cases you have to close your bank account because

4    you published -- Bosch published that I'm criminal.

5            Okay, be in the court case to your protect

6    your reputation because now we're under high, high risk

7    of file to continue to do business.

8            Banks refuse me to give loans because of high,

9    high profile as well.  I spent unbelievable amount of

10   time to explain to everybody in the world that I'm not

11   doing this.  I spoke with a lot of journalists

12   especially when this happened.

13           Imagine one day you wake up and you need to

14   leave -- I was not a public person at all.  And you need

15   to leave in a matter of four days.  People was calling

16   me.  I don't know how they get my number even.  They

17   were calling me no stop asking to give interviews, and I

18   have to give it because I was not doing that.  I need to

19   protect myself.

20           It was consistent war to try to minimize

21   damage and save me from the troubles, but that was --

22   I'm getting -- I'm still in troubles.

23       Q    Anything else?

24       A    That was so many things happen.  Even some

25   people actually stopped communications with me because

```
 1    they were afraid they would be connected to the story.
 2    And imagine, you know people for years and they don't
 3    want to get -- I remember some business partner, which I
 4    deal business for many years, they asked to move any
 5    affiliation with us in general because they don't want
 6    to be associated to the story.
 7         Q    Who was that?
 8         A    I remember 100 percent it was Telin.
 9              COURT REPORTER:  I'm sorry, who?
10         Q    (BY MR. BLACK)  Telin?
11         A    Telin Singapore, T-E-L-I-A.
12         Q    What was that?
13         A    It's a data center company in Singapore, where
14    he was client for many, many years.  They asked us to
15    remove any association, and now I'm upset with them,
16    right after the publication.
17              You don't believe that the business partner
18    who we work and you know them personally, asking to
19    just -- don't want to you work with you at all, or just
20    to say don't want to face you.  I know Cheryl (phonetic)
21    very well.  She's not speaking with me at all.  She
22    don't want anything to speak with me.
23         Q    All right.  Now, you said you're not a public
24    person, right?
25         A    Right.
```

Aleksej Gubarev
April 30, 2018                                    242

```
 1        Q     You're just a private person?

 2        A     Yes.

 3        Q     You don't seek the public's attention?

 4        A     No.

 5        Q     Let me show you a set the of documents marked

 6   as PR-1.

 7              (Defendant's Composite Exhibit No. PR-1 was

 8   marked for identification.)

 9        Q     (BY MR. BLACK)  PR-1 is a composite exhibit and

10   almost all the e-mails are identical, but they're sent

11   to different people on different dates.  If you could

12   just take a moment to look through them because I'd

13   rather ask you in general rather than going through

14   every document.

15        A     No.  I was not copied on these e-mails.

16              MR. FRAY-WITZER:  Why don't you look through

17        the documents and wait for a question.

18              WITNESS:  Sorry.

19              MR. BLACK:  You can get it ready.

20              WITNESS:  Not me.

21              MR. FRAY-WITZER:  Wait for the question.

22              WITNESS:  I would like to ask...

23              MR. FRAY-WITZER:  No.

24        Q     (BY MR. BLACK)  I just ask that you look

25   through them so I could ask you about them.
```

Aleksej Gubarev
April 30, 2018                              243

1            You see that these are almost all identical

2    e-mail from Modupeh -- I'm not even going to try the

3    last name.  Jahamaliah.  How do you pronounces her name.

4        A    I don't know how to pronounce properly.

5    Jackhammer (phonetic), I don't know.

6        Q    Who does she work for?

7        A    I think she works for Kglobal.

8        Q    For who?

9        A    Kglobal.

10       Q    Kglobal is a public relations firm that you

11   hired?

12       A    Yes.

13       Q    What did you hire them for?

14       A    We hired them to make good publicity about

15   Servers.com to get sales.

16       Q    Now, on this particular set of e-mails, did

17   you know that these were being sent out?

18       A    First time seeing them.

19       Q    This is the first time you've seen them?

20       A    Yes.

21       Q    But you authorized Kglobal to do this campaign

22   on your behalf, correct?

23       A    The Kglobal service, correct.

24       Q    And it says here that -- the subject is

25   startup take industry thought leader.  What's a thought

Aleksej Gubarev
April 30, 2018                           244

```
 1   leader?
 2        A    So I don't understand the words, touch.  Could
 3   you explain me what's mean what means touch?
 4              MR. BLACK:  Existential question.
 5              WITNESS:  What's this mean?
 6              INTERPRETER:  Thought.
 7        A    I don't know.
 8        Q   (BY MR. BLACK)  Did you know that you were
 9   being put out there as a thought leader?
10        A    No.
11              INTERPRETER:  (Speaking in Russian.)
12        Q   (BY MR. BLACK)  Was this done to get interviews
13   with the press?
14        A    It was to promote Servers.com at that time,
15   correct.
16        Q    So you did seek interviews with the press?
17              MR. FRAY-WITZER:  Objection.
18        A    I was looking for promotion of Servers.com to
19   get saved.
20        Q   (BY MR. BLACK)  And it says here in the second
21   sentence:  "I thought you may be interested in speaking
22   with Aleksej Gubarev."
23              Do you see that?
24        A    The last one?
25        Q    No.  The second sentence of the first
```

1    paragraph.

2         A    Yes.  Yes, sorry.

3         Q    So what happened is these were being sent out

4    to reporters to get them to interview you?

5         A    I want to get to speak about Servers.com.

6         Q    You wanted to have interviews set up, correct?

7         A    I want to promote Servers.com, this was for

8    extra sales for Servers.com.

9              COURT REPORTER:  I'm sorry, can you repeat

10        that?

11             WITNESS:  We was speaking with Kglobal to get

12        good publicity for Servers.com to make able to get

13        extra sales.

14        Q    (BY MR. BLACK)  Well, right above your ahead

15   there's a sentence there, it says: "Are you interested

16   in speaking with Aleksej about new and up-coming news in

17   the tech space."

18             Isn't that what this was about?

19             MR. FRAY-WITZER:  Objection.  You can answer.

20        A    We hired Kglobal to make promotion of

21   Servers.com.

22        Q    (BY MR. BLACK)  And I assume that that

23   promotion was by getting interviews with you?

24        A    To get publication about Servers.com.

25        Q    No.  Interviews with you?

Aleksej Gubarev
April 30, 2018                                246

```
 1        A    I don't know.

 2        Q    Doesn't it say:  "Let me know and I'll be sure

 3   to set up an interview."?

 4        A    Well, I don't see this e-mail before.

 5        Q    I didn't ask you if you saw it before.

 6             Isn't it a fact this document is created to

 7   try to get people to interview you as a thought leader?

 8        A    This maybe what Kglobal tried to do.

 9        Q    Okay.

10             Let me show you PR-2.

11             (Defendant's Exhibit No. PR-2 was marked for

12   identification.)

13        Q    (BY MR. BLACK)  Take some time and take a look

14   through all these e-mails that are in PR-2.

15             Just taking a look at the first one.  Once,

16   again, it's that same woman who works for Kglobal.

17   She's sending this to reporters who write on or have

18   written some articles asking if there writing follow-ups

19   to contact you for an interview, correct?

20        A    We -- our goal was in this campaign to promote

21   Servers.com as we cost Prisma, and we was initial

22   promotion of Prisma.

23             This was to promote Servers.com.

24        Q    All right.  So what happened is you were being

25   put out as front as the spokesperson for Servers.com and
```

Aleksej Gubarev
April 30, 2018                             247

```
 1    Prisma, and other tech matters, correct?
 2              MR. FRAY-WITZER:  Objection.  You can answer.
 3         A     This happened after we fired Team Mobile,
 4    actually.
 5         Q    (BY MR. BLACK)  I didn't ask you whether it
 6    happen.  I said this was being put out to make you the
 7    spokesperson or the spokesman for Servers.com and Prisma
 8    and regarding tech matters in Russia?
 9              MR. FRAY-WITZER:  Objection.
10         A     Not correct.  We was looking during this
11    publication to get promotion of Servers.com.
12         Q    (BY MR. BLACK)  But they're trying to get them
13    to interview you, correct?
14         A     Yes.  I'm the CO of the company.
15         Q     So you would be the spokesperson for the
16    company?
17              MR. FRAY-WITZER:  Objection.
18         Q    (BY MR. BLACK)  Let me withdraw that.
19              You would be speaking on behalf of the
20    company?
21         A     Correct.  I would speak about Servers.com.
22         Q     Okay.  And all of these, if you want to take a
23    look at them, all deal with Kglobal sending these
24    e-mails to the reporters, correct?
25         A     It's correct.  But as I told you before, there
```

Aleksej Gubarev
April 30, 2018                          248

```
 1    was not successful to perform their job, and I stopped

 2    contact with them.

 3         Q    Well, what happened is they didn't get enough

 4    interviews for you, right?

 5              MR. FRAY-WITZER:  Objection.

 6         A    They didn't get anything.

 7         Q    (BY MR. BLACK)  Right.  They didn't get enough

 8    interviews for you; isn't that correct?

 9              MR. FRAY-WITZER:  Objection.

10         Q    (BY MR. BLACK)  Isn't that correct:  They

11    didn't get enough interviews for you?

12         A    They don't get promotion.  They promised

13    promotion of Servers.com.  It's not happen.  That's why

14    we stopped the contact with them.

15         Q    You were unhappy because there weren't more

16    interviews, you wanted more?

17         A    I wanted publicity for Servers.com, that's

18    correct.

19         Q    You were seeking more publicity and they

20    weren't getting it for you?

21         A    Yes.  We were seeking more publicity for

22    Servers.com, it's correct.

23         Q    Let me show you PR-3, also a combined Exhibit.

24              (Defendant's Exhibit No. PR-3 was marked for

25    identification.)
```

Aleksej Gubarev
April 30, 2018                              249

```
 1            MR. BLACK:  I'll tell you what, let's just
 2       take a break because Kate has to make some calls.
 3            MR. FRAY-WITZER:  Sure.
 4            MR. BLACK:  Keep looking at it, and we'll --
 5       A    Take at break.
 6            VIDEOGRAPHER:  Going off the video record.
 7       The time is 5:31 p.m.
 8            (A brief recess was taken.)
 9            VIDEOGRAPHER:  Going back on the video record.
10       The time is 5:48 p.m.
11       Q    (BY MR. BLACK)  Mr. Gubarev, have you had a
12       chance to take a look at PR-3, the set of documents?
13       A    I don't finish because you make a break.
14       Q    Okay.  Go ahead, then.
15       A    Thank you.
16            Could I just add to my statement something?
17       Q    Sure.
18       A    When we speaking about my personal damages, I
19       forget to mention two very important things.
20            First, I lost my CEO position at the company
21       at the company which I create from scratch.  Because it
22       was too much bad publication about me and to reduce
23       damage to the company, I step out.
24            Second one, even for my second project, which
25       is the virtual fund, I ask my partners to remove my name
```

Aleksej Gubarev
April 30, 2018                                250

```
 1   from the Website, to remove me from the data of the

 2   company, to minimize the damage to the company.

 3           To many things, which was doing in my life for

 4   years was affected on my personal level dramatically.

 5   I'm not CEO anymore.

 6       Q    Is that why you would use the Alex XE name

 7   when you were in the adult business, to protect your

 8   reputation?

 9           MR. FRAY-WITZER:  Objection.

10       A    No.

11       Q   (BY MR. BLACK)  Wasn't that so nobody would

12   actually know who you were?

13           MR. FRAY-WITZER:  Objection.

14       A    No.

15       Q   (BY MR. BLACK)  Isn't that the purpose of using

16   a false name or alias so that you can operate without

17   people knowing who you actually are?

18           MR. FRAY-WITZER:  Objection.

19       A    No.

20       Q   (BY MR. BLACK)  If, in fact, people in Cyprus

21   knew that you were doing video films of fairly ugly

22   sexual activity, you think that would affect your

23   reputation?

24           MR. FRAY-WITZER:  Objection.

25       A    I was not doing any video films.
```

Aleksej Gubarev
April 30, 2018                              251

1        Q    (BY MR. BLACK)   I know, but Bigvoo says that

2   you were.

3             MR. FRAY-WITZER:   Objection.

4        A    I was not doing any video films.

5        Q    (BY MR. BLACK)   You were selling them then,

6   right?

7             MR. FRAY-WITZER:   Objection.

8        A    We was creating one for the company where I

9   invest.   The team was do creating adult Websites to

10  promotion them over the Internet.

11       Q    (BY MR. BLACK)   So people would buy it, right?

12            MR. FRAY-WITZER:   Objection.

13       A    It's by membership.

14       Q    (BY MR. BLACK)   They would buy to view the

15  films?

16       A    Yes.

17       Q    To view the adult content?

18       A    Yes, there's no more.

19       Q    Well, there are many things that you -- that

20  these companies publicize that weren't exactly normal?

21            MR. FRAY-WITZER:   Objection.

22       A    Sorry, what's the question.

23       Q    (BY MR. BLACK)   Well, like, bestiality.   That's

24  not really normal, is it?

25       A    I don't know about that.   I don't do it.

Aleksej Gubarev
April 30, 2018                               252

```
 1        Q    But you sell it?

 2             MR. FRAY-WITZER:  Objection.

 3        A    No.

 4        Q    (BY MR. BLACK)  The companies you invested in

 5   sold it?

 6             MR. FRAY-WITZER:  Objection.

 7        A    No.

 8        Q    (BY MR. BLACK)  What do you think people would

 9   think if they found out about that, how would that

10   affect your reputation?

11             MR. FRAY-WITZER:  Objection.

12        A    I don't do it.  There's nothing to found out.

13             Could I continue reading?

14        Q    (BY MR. BLACK)  I'm sorry.

15        A    Can I continue reading?

16        Q    Yes.

17             Since you interjected, I thought I would

18   follow-up.

19        A    No problem.

20        Q    Okay.

21        A    So it's quite a lot of comments.

22        Q    I know.  It's easier doing this than going one

23   by one.  I'll ask you in the end if these were all

24   agreements and e-mails between you and Dolan and members

25   of his firm.
```

Aleksej Gubarev
April 30, 2018                                253

1        A    I was not copied on all of them.  Some of them

2   is even internal e-mails.  I don't never see them.

3        Q    Okay.

4             MR. FRAY-WITZER:  I know Kglobal was

5        targeting --

6             WITNESS:  Who?

7             MR. FRAY-WITZER:  It was one of the potential

8        reporters.

9        A    You asked some question about it?

10             MR. FRAY-WITZER:  No.  There is no question.

11        There is no question.

12        A    I read.  It's a lot.

13        Q    (BY MR. BLACK)  Are these generally e-mails and

14   documents between your business and Kglobal and

15   Mr. Dolan?

16             MR. FRAY-WITZER:  Objection.

17        A    No.  It was internal communication I never

18   seen before.

19        Q    (BY MR. BLACK)  Except for the internal

20   communications, are these contracts and e-mails between

21   Dolan and you or Nick Dvas or other people in your

22   business?

23        A    Yes.

24             MR. FRAY-WITZER:  Objection.

25        Q    (BY MR. BLACK)  Okay.  Let me show you PR-5.

Aleksej Gubarev
April 30, 2018                              254

```
 1              (Defendant's Exhibit No. PR-5 was marked for
 2      identification.)
 3         Q    (BY MR. BLACK)  I'm going to ask you about some
 4      of these documents.  The first one deals with you
 5      participating in a conference or panel in
 6      Saint Petersburg.
 7              Could you tell us about that?
 8         A    Yes.  One Technical Intergrator, it's a
 9      company created in Russia, it was available seats and
10      they invite me to go with them on this conversation.
11         Q    You were going to be on a panel?
12         A    Yes, but this never happened.
13         Q    Okay.  And then second document, could you
14      take a look at that?  Is that deal with a conference
15      in -- no, the second one.
16         A    Sorry.
17         Q    Just unclip and look at the second one.
18         A    Sorry.  I don't understand, what I have to
19      see?
20         Q    I was going to ask you about that e-mail.  Did
21      you speak in a conference in Moscow on trends and global
22      and Russian Internet infrastructure?
23         A    This is the same conference which before.
24         Q    The first one was Saint Petersburg.  This one
25      says Moscow.  I don't know if they're the same one or
```

Aleksej Gubarev
April 30, 2018                                255

```
 1   not, but...

 2        A    I believe, yes.  I was on this conference, but

 3   I don't remember the name, if it's correct.

 4        Q    Okay.  You can skip the next one, but the one

 5   after talks Cloud Expo Asia event.

 6             Can you tell us what that is or was?

 7        A    The next one, this one?

 8        Q    Yes.

 9        A    Just to clear, this one?

10        Q    Yes.

11        A    It was event which we sponsor at Servers.com.

12        Q    Did you speak at this event?

13        A    Yes, I spoke on this event.  Was for technical

14   speech, so maybe 40 people in the audience.  It was a

15   very small event.

16        Q    Okay.  Let's take a look at the last document

17   there.  This is about sending a press release to yahoo

18   Finance, Business Review, Market Watch, Chicago Business

19   Journal, and 245 other outlets; is that correct?

20             MR. FRAY-WITZER:  Objection.  You can answer.

21        A    Well, yes, I sent it looks like.

22        Q    (BY MR. BLACK)  Okay.

23        A    But I'm not sure if they published.

24        Q    I understand.  Let me show you PR-6.

25             (Defendant's Exhibit No. PR-6 was marked for
```

Aleksej Gubarev
April 30, 2018                          256

```
 1    identification.)

 2        A    Are you finish with this?

 3             MR. BLACK:  Yes.

 4             WITNESS:  Could you please take them?

 5             MS. QUINN:  Of course.

 6        Q    (BY MR. BLACK)  PR-6 are e-mails back and forth

 7    with the Cutler PR Firm.  Could you tell us what the

 8    Cutler Firm was or is?

 9        A    I couldn't because I don't believe I was part

10    of this conversations.

11        Q    Well, if you take a look at the second

12    document.

13        A    Second.

14        Q    (BY MR. BLACK)  You were copied on this,

15    correct?

16        A    Correct.

17             MR. FRAY-WITZER:  On that document.

18        A    On that specific one, yes.

19        Q    (BY MR. BLACK)  Okay.  So did you know that

20    this Cutler PR Firm was being hired?

21        A    Yes.  I know about that and we fire them

22    because it was not able to provide publicity.

23             COURT REPORTER:  I'm sorry?

24        Q    (BY MR. BLACK)  They didn't get you enough

25    publicity, right?
```

Aleksej Gubarev
April 30, 2018                              257

```
 1        A     They don't make publicity for Servers.com as
 2   we ask them.
 3        Q     All right.  Now, you also -- I know that you
 4   are familiar with this -- did an interview with
 5   Bloomberg, correct?
 6        A     Which?  Could you be more specific?
 7        Q     How many interviews did you do with Bloomberg?
 8        A     Not even one.  I was giving comments.
 9        Q     Who did you give comments to?
10        A     If I remember, it was Iliya, but I don't
11   remember his surname.
12              COURT REPORTER:  I'm sorry?
13        Q   (BY MR. BLACK)  Is that a reporter for
14   Bloomberg?
15        A     That's correct.
16              COURT REPORTER:  What's the name?
17              WITNESS:  Iliya.
18        Q   (BY MR. BLACK)  So you spoke to a reporter from
19   Bloomberg, correct?
20        A     Yes.
21        Q     How did that come about?
22        A     First one, I was giving comments to promote
23   Servers.com and connect Servers.com in the story.  That
24   part of the story to get promotion for Servers.com.
25              And second time they asked us, as a technical
```

Aleksej Gubarev
April 30, 2018                        258

```
 1   company, opinion of connection of the Alfa-Bank Service

 2   and Comp service.

 3        Q    Who set up that interview?

 4             MR. FRAY-WITZER:  Objection.  Asked and

 5        answered.

 6        A    It was by themself.

 7        Q    (BY MR. BLACK)  This was not done by Dolan?

 8        A    No.

 9        Q    So they contacted you independently of Dolan?

10        A    It was just recently we speak about Prisma.

11             COURT REPORTER:  Speak about what, I'm sorry.

12             INTERPRETER:  Prisma.

13             COURT REPORTER:  Prisma, thank you.

14        Q    (BY MR. BLACK)  So they asked you about --

15   first of all, let me understand:  Servers.com is an

16   affiliate or a subdivision of XBT, correct?

17             MR. FRAY-WITZER:  Objection.  You can answer.

18        A    Servers.com is 100 percent owned by XBT.

19        Q    (BY MR. BLACK)  Okay.  So Bloomberg just called

20   you up to talk to you about the Alfa-Bank issue; is that

21   correct?

22             MR. FRAY-WITZER:  Objection.

23        A    They asked us if I can comment our technical

24   opinion about it.

25        Q    (BY MR. BLACK)  Asked you, correct?
```

Aleksej Gubarev
April 30, 2018                                    259

```
1          A     As a company.

2          Q     No.  They were interviewing you, weren't they?

3          A     They asked for technical of the company.

4          Q     Who did they call at the company?

5          A     Well, they asked me, I asked internal

6    technical experts to help me understand what's

7    happening.  They write report I forward to Bloomberg.

8          Q     So Bloomberg called, correct?

9          A     Bloomberg called to the company.

10         Q     Who did he talk to at the company?

11         A     It was just communications.

12         Q     Just who.

13         A     Just e-mail communication.  You have a copy of

14   it.

15         Q     Why did you call -- did you call them back?

16         A     Ask me if I can do it.  I asked internally to

17   give technical opinion about that.  People in the

18   company, yes, we can do it.  They provide a technical

19   report, and I just forward to them.  That's it.

20         Q     Is this report in writing?

21         A     Yes.

22         Q     Are you willing to produce that?

23               MR. FRAY-WITZER:  Objection.

24         A     Yes.

25               MR. SIEGEL:  Well, we haven't seen any of
```

Aleksej Gubarev
April 30, 2018                                        260

```
 1   these documents that he's testifying about.
 2         Do you want to explain why?
 3         WITNESS:  I believe he gave you the report.
 4         MR. SIEGEL:  He has not.
 5         WITNESS:  Bloomberg communication, he has it.
 6         MR. BLACK:  No, I'm talking about the reports.
 7         MR. SIEGEL:  No, no, no.
 8         You want to respond, Evan?
 9         MR. FRAY-WITZER:  I --
10         MR. SIEGEL:  Because we're going to leave the
11   deposition open if you have documents like this
12   that you haven't given us.
13         MR. FRAY-WITZER:  We don't have documents that
14   we haven't give you on this.
15         MR. SIEGEL:  Where are they then?  He just
16   testified he has them?
17         MR. FRAY-WITZER:  I'm not going to comment
18   about testimony.  The witness may be right; the
19   witness may be wrong.  There may be documents;
20   there may not be documents.  I'm telling you that
21   if we had documents, we gave them to you.
22   A     I don't know.
23         MS. BOLGER:  Obviously, we're going to leave
24   the deposition open to make sure that we follow up
25   on that, so...
```

Aleksej Gubarev
April 30, 2018                                        261

```
 1        A    Okay.  You can ask them, and if they believe
 2   you have to produce, I will produce.
 3        Q    (BY MR. BLACK)  Okay.  So you get this report,
 4   what was the question that Bloomberg asked?
 5        A    If it was real connection between Alfa-Bank
 6   Service and Comp Service.
 7        Q    All right.  And why was that a technical
 8   issue?
 9        A    I don't remember exact the order of report,
10   but it was speculation about this one and we were not --
11   it was some explanation of why is looks to original in
12   photos.
13             COURT REPORTER:  I'm sorry?
14        A    Not -- it was false.
15        Q    (BY MR. BLACK)  Yeah.  What was false?
16        A    The disconnection take place.
17        Q    All right.  And did you then call the reporter
18   to say that?
19        A    No, I don't call.  I just forwarded him the
20   report.
21        Q    I'm sorry, spoke with who?
22        A    I just forward him the report.
23        Q    You forwarded the internal report to
24   Bloomberg?
25        A    It's not internal report.  It was a report
```

Aleksej Gubarev
April 30, 2018                              262

1    which was created by his request.

2         Q    Okay.  So someone in your company prepared a

3    report; is that correct?

4         A    Yes.

5         Q    And then gave it to you?

6         A    He forward by e-mail, correct.

7         Q    And then you forwarded the report to the

8    Bloomberg reporter?

9         A    It's correct.

10        Q    Who wrote the report?

11        A    I think if I'm correct it was Sergey -- you

12   might ask Konstantin.

13             MR. FRAY-WITZER:  You can't ask anyone else.

14             WITNESS:  Sorry.

15             INTERPRETER:  Korotkevich?

16             WITNESS:  Yes.

17             MS. BOLGER:  It's PR-7.

18             MR. BLACK:  I don't know where that is.

19             Jane, can we get PR-7?

20             I don't know where mine is.

21             MS. BOLGER:  This is it.

22             MS. QUINN:  I'm giving you this.

23             MR. BLACK:  I need a copy also.  This is the

24        one.

25             MS. QUINN:  Do you want me to give that to the

Aleksej Gubarev
April 30, 2018                                    263

1       rest of them?

2              MR. BLACK:  Yes, give that one.

3              (Defendant's Exhibit No. PR-7 was marked for

4       identification.)

5       A     Yes, I read it.

6       Q    (BY MR. BLACK)  Page 2 quotes you as saying --

7       this is exactly what the article says about two-thirds

8       the way down the page: "Another troubling aspect of the

9       Foer article is that it's doubtful the server logs could

10      be legally obtained.  Aleksej Gubarev, chief executive

11      officer on Luxembourg-registered XBT Holding, which owns

12      the infrastructure as a serve provider, Servers.com,

13      told me there was no legitimate way to get access to the

14      full logs of the server that you do not control.  That

15      raises the question of whether the records obtained by

16      Foers concerned nerds were complete."

17             Now, what the reporter says here is that you

18      told her or him -- I don't know who wrote the article,

19      excuse me.  That you told him this.

20             Is that accurate or inaccurate?

21             MR. FRAY-WITZER:  Objection.  You can answer.

22      A     100 percent sure it was a e-mail

23      communication.  Maybe he called me, but I don't remember

24      exactly.

25      Q    (BY MR. BLACK)  All right.  So what are you

Aleksej Gubarev
April 30, 2018                            264

1    actually saying here about the logs of the server that

2    you could not control.  Could you explain that to me?

3              MR. FRAY-WITZER:  Objection.

4         A    Well, I don't remember exactly what was said

5    in the technical report, but if you -- like, if you want

6    to get the server and you don't have access, you can

7    actually get access to them only by hacking the service

8    on the network.

9         Q    (BY MR. BLACK)  So there is no way to get

10   access to the full logs of a server short of hacking it?

11             MR. FRAY-WITZER:  Objection.

12        A    Well, it's more technical, which you can ask

13   Konstantin about that, but if you don't have -- I mean,

14   access login and everything, then it's very hard to do.

15        Q    (BY MR. BLACK)  It's very hard to determine

16   what happened with the server unless you own it?

17        A    You don't ask the right question.

18        Q    Okay.  What's the right question?

19             MR. FRAY-WITZER:  Objection.

20        Q    (BY MR. BLACK)  What's the right question?

21        A    No, ask me a question.

22        Q    I'm asking you to assist me on this.  Are you

23   refusing?

24             MR. FRAY-WITZER:  Objection.  I'm instructing

25        the witness not to assist you with your

```
 1        questioning.

 2               MR. BLACK:  Okay.

 3        Q    (BY MR. BLACK)  Anything else on this?

 4               MS. BOLGER:  Can we take a break?

 5        Q    (BY MR. BLACK)  Now, you bought a company in --

 6    a Russian company in 2015; is that correct?

 7        A    I think it was 2015, yes.

 8        Q    Is that Edinaya Set?

 9        A    Correct.

10        Q    Do you show -- can we take a look at R-5.

11               (Defendant's Exhibit No. R-5 was marked for

12    identification.)

13        Q    (BY MR. BLACK)  Is this a press release by XBT?

14        A    Yes.

15        Q    Now, this announces that Servers.com has

16    purchased this company Edinaya Set; is that correct?

17        A    No.  It's the XBT Holding say it bought

18    Edinaya Set.

19        Q    Okay.  And it says there in the second

20    paragraph:  "the move enables XBT to deploy it's

21    solutions to the local market in observation of the

22    legal standards of the Russian Federation."

23               What were those standards?

24        A    Release, actually, if you continue reading

25    it's explained.  Could you please continue reading?
```

Aleksej Gubarev
April 30, 2018                                        266

```
 1        Q    What are the legal standards that you wanted
 2   to meet?
 3        A    As a result of customers of the company from
 4   Russia and abroad, will be able to allocate servers in
 5   the Russian Federation, in full compliance with and
 6   according to the Federal Law in regards to the use and
 7   storage of Personal Data.
 8        Q    But it didn't say what the law was.  What law
 9   is it?
10        A    Law about personal data.  They apply in Russia
11   that all personal data of the Russian citizen should
12   store on the servers located in Russia.
13        Q    That's what I was asking you about.
14             Can we show the witness R-7?
15             (Defendant's Exhibit No. R-7 was marked for
16   identification.)
17        Q    (BY MR. BLACK)  This is a press release by
18   Servers.com?
19        A    That's correct.
20        Q    All right.  In the second paragraph, I think,
21   it quotes you saying that your excited to provide a
22   gateway to Russia?
23        A    Yes.
24        Q    And on the second page --
25        A    Same, this same?
```

Aleksej Gubarev
April 30, 2018                                    267

```
 1        Q     Second page, second paragraph maybe on the
 2   first page.  Mine, unfortunately, is done wrong.
 3             The third paragraph it says -- it quotes you
 4   as saying:  "Servers.com provides the platform for
 5   businesses who maintain presence in Russia, as such
 6   entities are legally required to store personal data
 7   within Russia's physical boarders."
 8             That's correct, right?
 9        A     It was all about.
10        Q     So the reason that you bought that company was
11   so that you could follow Russian law on the preservation
12   of data and security?
13        A     Not correct.  I was offering solution to the
14   customers if they want to comply with the law, they were
15   able to follow.
16        Q     And you were doing this with intent to follow
17   a Russian law, correct?
18             MR. FRAY-WITZER:  Objection.  You can answer.
19        A     I was offering customers possibility to follow
20   the Russia law, which was just changing.
21             COURT REPORTER:  Did you say "forward to
22        customers"?
23             WITNESS:  No, I was offering to customer the
24        possibility to follow Russia --
25             INTERPRETER:  Follow.
```

```
 1              WITNESS:  Follow Russian law.

 2              COURT REPORTER:  Thank you.

 3        Q    (BY MR. BLACK)  Let me show you --

 4        A    It was really changing the law at that time.

 5        Q    The law had just been changed, right?

 6        A    Recently, yes.

 7        Q    Let me show you R-8.

 8              (Defendant's Exhibit No. R-8 was marked for

 9   identification.)

10        Q    (BY MR. BLACK)  This says:  "A new law has been

11   implemented in Russia that in theory demands company

12   store data about Russian Citizens on Russian territory

13   throwing thousands of firms with online operations into

14   a legal gray area."

15              Is that accurate?

16              MR. FRAY-WITZER:  Objection.

17        A    I don't know.

18        Q    (BY MR. BLACK)  Okay.  Then it goes on to say

19   that:  "the law which came into operation on Tuesday, is

20   part of an attempt to risk control of the Internet,

21   which president Vladimir Putin called the CIA project.

22              The Russian authorities are keen to insure

23   greater access for domestic security services to online

24   data."

25              Is that correct about the law trying to
```

Aleksej Gubarev
April 30, 2018                              269

```
 1    provide the Russian security services access to data?

 2            MR. FRAY-WITZER:  Objection.  If you know.

 3       A    I don't know.  But in my opinion, no.

 4            Are you finish?

 5       Q    (BY MR. BLACK)  Yes.

 6            Let me show you a document marked R-2.

 7            (Defendant's Exhibit No. R-2 was marked for

 8    identification.)

 9       Q    (BY MR. BLACK)  This is the -- the first one

10    is -- by the way, who is the Olga Galkina?

11       A    She was working as PR person in the company.

12       Q    All right.  And she communicating with Dolan;

13    is that correct?

14            MR. FRAY-WITZER:  I'm sorry, this e-mail that

15       I've been handed, at least, doesn't seem to involve

16       Olga.

17            MR. BLACK:  Okay.

18            Jane do you have R-2?

19            MR. FRAY-WITZER:  It is R-2.

20            MS. QUINN:  I think, I just gave it to you.

21       It says R-2.  Is it dated July 1, 2016?

22            MR. BLACK:  No.  This is July 22, 2016.

23            MR. FRAY-WITZER:  Yeah, it's a different

24       e-mail.

25            I'm happy to show you what ours is.
```

Aleksej Gubarev
April 30, 2018                    270

| | |
|---|---|
| 1 | MR. BLACK:  I need this e-mail marked R-2. |
| 2 | MS. QUINN:  Okay. |
| 3 | Q   (BY MR. BLACK)  All right.  Let me show you a |
| 4 | document marked N-1. |
| 5 | (Defendant's Exhibit No. N-1 was marked for |
| 6 | identification.) |
| 7 | Q   (BY MR. BLACK)  Do you know this person Dimitry |
| 8 | Marinichev?  I give it you because I don't know how to |
| 9 | pronounce the name. |
| 10 | A    I don't remember this name. |
| 11 | Q    All right.  Let me show you N-2. |
| 12 | A Victor Kalikov? |
| 13 | (Defendant's Exhibit No. N-2 was marked for |
| 14 | identification.) |
| 15 | Q   (BY MR. BLACK)  Do you know that person? |
| 16 | A    I don't know. |
| 17 | MR. FRAY-WITZER:  Can we get copies of those |
| 18 | as well? |
| 19 | MR. BLACK:  Well, the problem is, she's |
| 20 | looking for that one.  It's just the names. |
| 21 | MR. FRAY-WITZER:  Yes. |
| 22 | MR. BLACK:  I'll give them to you as soon as |
| 23 | we get them. |
| 24 | MR. FRAY-WITZER:  That's fine. |
| 25 | Q   (BY MR. BLACK)  Let me show you N-3, Lev |

```
 1   Khasis.  Do you know that person?
 2            (Defendant's Exhibit Nos. N-3 and N-4 were
 3   marked for identification.)
 4       A    I don't remember.
 5       Q   (BY MR. BLACK)  Let me show you N-4, Natalya
 6   Kaspersky.  Do you know her?
 7       A    Yes.
 8       Q    How do you know her?
 9       A    I worked on one event.  I think we chose
10   organized by Estin Young, where she was on the same
11   event, and she lead as the interpreter of the year.
12            COURT REPORTER:  The inter --?
13            INTERPRETER:  Interpreter, interpreter.
14            WITNESS:  By opinion of Estin Young.
15       Q   (BY MR. BLACK)  And she's associated with
16   Kaspersky Labs?
17       A    I don't know.
18            MR. FRAY-WITZER:  Objection.
19       Q   (BY MR. BLACK)  You don't know?
20       A    Well, I know they are divorced with her
21   husband.  I don't know if she has it now.
22       Q   (BY MR. BLACK)  All right.  Let me show you
23   N-5, Ilya Sachkov.
24            (Defendant's Exhibit Nos. N-5, N-6 and N-7
25   were marked for identification.)
```

```
 1        Q    (BY MR. BLACK)  Do you know that person?

 2        A    Yes, I know her.

 3        Q    How do you know that person?

 4        A    I know we meet on a few conferences including

 5   this one.

 6        Q    Let me show you N-6, Herman or German

 7   Klimenko.

 8        A    Yes.

 9        Q    How do you know Mr. Klimenko?

10        A    I meet him two or three times in some events.

11        Q    All right.  N-7, is Evgeniy Bogachev.

12             Do you know that person?

13        A    I bad on the second names.  Looks familiar,

14   but I'm not sure how to pronounce it.

15             (Defendant's Exhibit No. N-10 was marked for

16   identification.)

17        Q    (BY MR. BLACK)  All right.  Let me show you

18   N-10, Vitaliy Korchagin.

19        A    I don't know who this is.

20

21        Q    Let me show you N-11, Panagiotis Kouvatsos

22   something like that.

23        A    This is a guy who -- I don't remember the

24   name.  A guys who's was running AWOpen.

25             COURT REPORTER:  On the what?  I'm sorry.
```

```
 1              WITNESS:  He was running AWOpen.

 2              INTERPRETER:  Running AWOpen.

 3              (Defendant's Exhibit Nos. N-14 and N-15 were

 4    marked for identification.)

 5       Q   (BY MR. BLACK)  N-14, Konstantin Poltev?

 6       A   I don't know who that is.

 7       Q   N-15, Anton Titov?

 8       A   I know who is this.

 9       Q   Who was Anton Titov?

10       A   He was a customer of us.

11       Q   And for what was he a customer?

12       A   He was hosting with us his hot file.

13       Q   What is hotfile.com?

14       A   It was file storage or file exchange.

15       Q   Were there abuse notices sent to you regarding

16    hotfile.com?

17       A   If it was in my network, yes.

18       Q   Did you close it down?

19       A   I don't know if I get abuses because as, I

20    remember if I remember properly, he was having

21    independent infrastructure, and his data connection to

22    connectivity.

23              COURT REPORTER:  I'm sorry?  Having --

24              WITNESS:  It was having data connection to

25       connectivity.
```

Aleksej Gubarev
April 30, 2018                              274

```
 1        A    It's better if you want more details about
 2   that, you can ask Kostyantin because he was organizing
 3   the technical infrastructure, to tell you about that
 4   more.
 5        Q   (BY MR. BLACK)  Okay.  But did you close down
 6   hotfile?
 7             MR. FRAY-WITZER:  Objection.  You can answer.
 8        A    No.
 9        Q   (BY MR. BLACK)  Do you know Viktor Lukashenko?
10        A    Yes.
11        Q    How do you know him?
12        A    He was suing me.
13        Q    For what?
14        A    That I don't pay him some money.
15        Q    Did you borrow money from him?
16        A    Yes, and I paid it back.
17        Q    How much did you borrow from him?
18        A    I don't remember the exact amount -- 100,000
19   something.
20        Q    Who is Viktor Lukashenko?
21        A    The person I know because there is many
22   Lukashenko.  The one which I know, he was some person
23   who is providing some financial service.
24        Q    What was the source of his money, in other
25   words, where did he get his money from?
```

Aleksej Gubarev
April 30, 2018                                275

```
 1              MR. FRAY-WITZER:  Objection.

 2       A    I don't know.

 3       Q    (BY MR. BLACK)  Did you do any due diligence to

 4  find out what the source of his money was?

 5       A    I meet him once; he was a good guy.

 6       Q    All right.  And then there was a company name

 7  Depicto Commercial Limited.  Are you familiar with that?

 8       A    What name?

 9       Q    Depicto?

10       A    Yes.

11       Q    They're the ones that sued you?

12       A    Yes, right.

13       Q    They claim that it was their money that you

14  had borrowed, correct?

15       A    Correct.

16       Q    And you said that you had -- you hadn't repaid

17  the money because Viktor Lukashenko was in jail.

18       A    At the time, yes.

19       Q    What was he in jail for?

20       A    Well, Belarus is very strange country about

21  laws.  They -- it's was --

22              COURT REPORTER:  I'm sorry?

23       A    Belarus is a very strange county about the

24  law.  I mean, in general, in Belarus it's forbidden to

25  do business.  If you want to be the interpreter they can
```

Aleksej Gubarev
April 30, 2018                                    276

1    tip the law that way and go to prison, and many famous

2    venture capitals they went to prison just because local

3    government can abuse them.

4         Q    (BY MR. BLACK)  Why was Viktor Lukashenko in

5    jail?

6              MR. FRAY-WITZER:  Objection.

7         A    I don't remember exact details, but I think

8    not paying taxes, something like that -- and I don't

9    remember details.

10        Q    (BY MR. BLACK)  Did you look into it to see why

11   he was in jail?

12        A    He was in jail for something to do with

13   economic fraud.

14        Q    Something to do with money?

15        A    Yes.

16        Q    Okay.  So now did you repay the money to him?

17        A    Correct.

18        Q    In what form?

19        A    Officially.

20        Q    Well, was it in a check?  Was it cash?

21        A    No.  Transfer to -- transfer to account which

22   he owned.

23             COURT REPORTER:  I'm sorry?

24             WITNESS:  Transferred to an account he owned,

25        which he was owning personally.

Aleksej Gubarev
April 30, 2018                    277

```
1        Q    (BY MR. BLACK)  Now, you know he -- at that
2   time you sent him the money he was a convicted criminal,
3   correct?
4        A    No.  I sent him after he went out of jail.
5        Q    Yes.  He was a convicted criminal, right?
6             MR. FRAY-WITZER:  Objection.
7        A    It was not finished with court case.
8        Q    (BY MR. BLACK)  Was he a convicted criminal?
9             MR. FRAY-WITZER:  Objection.  If you know.
10       A    I don't know exactly this.
11       Q    (BY MR. BLACK)  Didn't you check to find out?
12       A    Well, I was have request to pay money back to
13  the person who was not in the jail.  If he was
14  convicted, he would be in the jail, correct?
15       Q    (BY MR. FRAY-WITZER)  Well, he was in jail for
16  two years, correct?
17            MR. FRAY-WITZER:  He can't ask questions.
18       A    When I paid him, he was out of jail.
19       Q    (BY MR. BLACK)  So you're willing to do
20  business with convicted criminals, right?
21            MR. FRAY-WITZER:  Objection.
22       A    No.
23       Q    (BY MR. BLACK)  No?  Well, you deal with all
24  these people that have these problems, and here's
25  Lukashenko how you know was in prison and you're instill
```

1   dealing with him, correct?

2          MR. FRAY-WITZER:  Objection.

3      A   I don't know the actual reason why he was in

4   jail.

5      Q   (BY MR. BLACK)  Right.  Because you never

6   bothered to find out?

7          MR. FRAY-WITZER:  Objection.

8      A   No.  Because it's too general question.  I

9   cannot -- I tell you, in Belarus, very famous people go

10  to jail for even less reasons.

11         INTERPRETER:  For even less reasons.

12     Q   (BY MR. BLACK)  Well, how do you know that it

13  was an economic problem if you didn't look into it?

14     A   I read some newspaper it will say about that.

15     Q   So you did look into it?

16         MR. FRAY-WITZER:  Objection.

17     A   Of course.

18     Q   (BY MR. BLACK)  What did the newspaper say

19  about him?

20     A   Something about -- I don't remember exactly

21  this.

22     Q   And that didn't disturb you at all?

23         MR. FRAY-WITZER:  Objection.

24     A   What's the question?

25         MR. BLACK:  Let's take five minutes and we

Aleksej Gubarev
April 30, 2018                    279

1          can -- I think, we are running out of time anyway.

2               VIDEOGRAPHER:  Going off the video record.

3          The time is 6:36 p.m.

4               (A brief recess was taken.)

5               VIDEOGRAPHER:  Going to back on the video

6          record.  The time is 6:44 p.m.

7          A     Could before, I just want to small addition

8     for Viktor Lukashenko.

9          Q    (BY MR. BLACK)  Yes.

10         A     We borrow money from him as a company before

11    we know anything he were committed for something, and he

12    was several years, actually, before it was happened.

13              And I knew he was in jail and when he go out,

14    he told me I don't have to repay my obligations.  I just

15    forward the obligation, I had to do.

16         Q    (BY MR. BLACK)  Okay.  The part that's strange

17    about it the money came from Depicto Commercial, and

18    then instead of repaying Depicto Commercial, you paid

19    Viktor Lukashenko directly.  Why did you do that?

20              MR. FRAY-WITZER:  Objection.  You can answer.

21         A     He asked me to send there.

22         Q    (BY MR. BLACK)  I know.  But if I just ask you

23    to send me money, you will do it?

24              MR. FRAY-WITZER:  Objection?

25         A     He's a company we chose -- he was EBO.

Aleksej Gubarev
April 30, 2018                              280

1        Q    (BY MR. BLACK)  Yes.  But he and his company

2   are two separate entities, aren't they?

3        A    He told me the company is closed and asked me

4   to send to him.  That's what I did.

5        Q    Yes.  But the money actually came from

6   Depicto, didn't it, not from Lukashenko?

7        A    That's correct.

8        Q    But you didn't repay it to Depicto, you repaid

9   it Lukashenko, right?

10       A    Yes.

11       Q    And that's why Depicto sued you?

12       A    Unsuccessfully.

13       Q    All right.  Let me show you BL-1.

14            (Defendant's Exhibit No. BL-1 was marked for

15   identification.)

16       A    I think the attorney wants to say something.

17            MR. FRAY-WITZER:  The only thing I want to

18       mention is, because we forgot to mention it at the

19       beginning, is that we're designating the transcript

20       and its entirety as confidential.

21            MR. BLACK:  I figured that.

22            MR. FRAY-WITZER:  I figured you would.

23            MS. QUINN:  BL what?  I'm sorry which exhibit?

24            MR. BLACK:  I got it.

25            MS. QUINN:  Okay, great.

 1            MR. BLACK:  Just get the others.

 2      Q    (BY MR. BLACK)  All I want to do is ask you

 3  about a comment on page 5.  At the bottom of the page it

 4  will say five of nine.

 5            Do you see there where it says quoting you:

 6  "Bloomberg asked me my expert opinion he said."

 7      A    Yes, I see it.

 8      Q    Okay.

 9      A    Not that --

10            MR. FRAY-WITZER:  This is no question in front

11      you.

12      Q    (BY MR. BLACK)  The next one is PR-9.

13            MR. BLACK:  Do we have that?

14      A    What?  PR-9?

15            MR. BLACK:  If you give me back, the R-21, we

16      can do that while you're digging up the others.

17            MS. QUINN:  I have the PR-9.  Which one do you

18      want, 21 or PR-9?

19            MR. BLACK:  Give me the R-21 that you just

20      had.

21            (Defendant's Exhibit No. R-21 was marked for

22  identification.)

23            MS. QUINN:  Okay.

24            MR. BLACK:  I keep getting the others.  I

25      forgot that you had to dig them up.

Aleksej Gubarev
April 30, 2018                              282

```
 1        Q    (BY MR. BLACK)  We've renumbered these so we
 2   have the right Exhibit.  All right.
 3             The e-mail is between Galkina and Dolan,
 4   correct?
 5        A    Yes.
 6        Q    And Dolan had sent her an article from the
 7   Moscow times?
 8        A    First time hearing this, but he put something.
 9        Q    Dolan had sent her an article from the Moscow
10   times, correct?
11        A    Yes.
12        Q    Okay.  And could you turn to the top of the
13   next page of the article?  The next page.
14        A    Next page?
15        Q    Yes.
16             And I wanted to ask you about this.  And the
17   second paragraph says:  "Second cooperation with the
18   authorities.  Considering that most communications
19   traffic is encrypted in one form or another, companies
20   will be obligated to provide the Federal Security
21   Service (FSB) with keys to the encryption, and back
22   doors have been essentially mandated.the third, but
23   closely related point, is that the FSB will soon have
24   access to any users messaging data without a court
25   order."
```

Aleksej Gubarev
April 30, 2018                              283

1              Now, is that part of the new Russian law?

2              MR. FRAY-WITZER:  Objection.

3         A    No.

4         Q    (BY MR. BLACK)  You don't know there's no such

5    thing about supplying encryption keys to the FSB?

6              MR. FRAY-WITZER:  Objection.

7         A    I don't supply anything.

8         Q    (BY MR. BLACK)  You've never given encryption

9    keys to them?

10             MR. FRAY-WITZER:  Objection.

11        A    I don't have them.  It's a customer service.

12   I cannot have the customer service and keep keys.

13             Are you finished with this?

14        Q    (BY MR. BLACK)  Yes.

15             MR. BLACK:  Do we have the next set?

16             MS. QUINN:  I do.  Here's your list.

17             MR. BLACK:  Okay.

18        Q    (BY MR. BLACK)  Let me start with PR-9.

19             (Defendant's Exhibit No. PR-9 was marked for

20   identification.)

21             MS. BOLGER:  It's not in that pile.

22             MS. QUINN:  I have it right here.

23             MR. BLACK:  I'll show you my copy.

24        Q    (BY MR. BLACK)  Is that an e-mail that you

25   sent?

Aleksej Gubarev
April 30, 2018                                    284

1           MR. BLACK:  Thank you.

2      A    Yes, it's correct.

3      Q    (BY MR. BLACK)  And you sent that -- whose Joe

4  Malunda?

5      A    Somebody in Kglobal.

6           (Defendant's Exhibit No. PR-16 was marked for

7  identification.)

8      Q    (BY MR. BLACK)  Okay.  Let me show you PR-16,

9  that's the next document.

10     A    Could I give more about this?

11     Q    Yeah.

12          MR. FRAY-WITZER:  No.  There's no question.

13          WITNESS:  Okay.

14     Q    (BY MR. BLACK)  Is this an article that you

15  were quoted in?

16     A    Let me see.

17     Q    It's at the bottom of page --

18     A    Yes I saw it.

19     Q    Six.

20     A    Yes, correct.

21     Q    You were interviewed for this article,

22  correct?

23     A    I don't remember, but maybe they call or maybe

24  I give comments.  I don't remember.

25     Q    Let me show you PR-21.

Aleksej Gubarev
April 30, 2018                              285

```
 1              (Defendant's Exhibit No. PR-21 was marked for

 2     identification.)

 3         Q    (BY MR. BLACK)  Obviously, you were interviewed

 4     for this article, correct -- or was this the podcast?

 5     This was the podcast, right?

 6         A    This is a very small technical podcast, it's

 7     very limited amount, correct.

 8         Q    They did an interview of you, correct?

 9         A    Yes.

10              (Defendant's Exhibit Nos. PR-24 and PR-31 were

11     marked for identification.)

12         Q    PR-24, you were interviewed for this, correct?

13         A    Yes.  As a technical in Russia.

14         Q    (BY MR. BLACK)  PR-31 you were interviewed for

15     this article?

16         A    Yes, correct.  This was interview for the

17     local magazine.

18              COURT REPORTER:  What is the magazine, I'm

19         sorry?

20         A    Local magazine in Cyprus it's 2- or 3,000

21     subscribers.

22              (Defendant's Exhibit No. PR-38 was marked for

23     identification.)

24         Q    (BY MR. BLACK)  Okay.  The next one PR-38.

25     Were you interviewed for this?
```

Aleksej Gubarev
April 30, 2018                                    286

1        A    It was a opening and it was making statement

2   about that the open date of the center in Russia.

3        Q    Were you interviewed for this article?

4        A    I think they just do it themselves.  Let me

5   see.

6        Q    Why don't you read it and tell us if you were

7   interviewed for it.

8        A    I don't remember if I give it to them.  I was

9   makeup this public -- it was some small speech, that was

10  15 or 17 people there.

11       Q    Did you give them the picture?

12       A    No idea.

13       Q    All right.  PR-83.

14            (Defendant's Exhibit No. PR-83 was marked for

15  identification.)

16       Q   (BY MR. BLACK)  Were you interviewed for this

17  article?

18       A    Yeah, it's LPT.

19            MS. QUINN:  I think it's the last one.

20       A    Thing was --

21            MR. FRAY-WITZER:  The one you're looking at.

22       Q   (BY MR. BLACK)  If you want to take a look at

23  the top of page 4.

24            MS. BOLGER:  Are you looking at the same

25       document?

Aleksej Gubarev
April 30, 2018                                    287

```
 1        Q   (BY MR. BLACK)  This document right here, the
 2   next one PR-83.
 3        A   I have that one or not?
 4        Q   Mine were in reversed order, sorry?
 5        A   I just mixed...
 6        Q   Okay.  No wonder.  I didn't do that
 7   deliberately, I apologize.
 8            (Defendant's Exhibit No. PR-39 was marked for
 9   identification.)
10        Q   (BY MR. BLACK)  PR-39, were you interviewed for
11   this article?
12        A   I believe.
13        Q   It's all in Russian.  It's hard for me to
14   point to where it is.
15        A   Yes, they call me for quote.
16        Q   Okay.  And PR-83, were you interviewed for
17   this article?  The top of page 4.
18        A   I was give comments for in article, yes.
19        Q   Okay.
20            MR. BLACK:  Anything else?
21            MS. BOLGER:  Not from me.
22            MR. BLACK:  All right.  I think we're out of
23        time, so we're finished.
24            MS. BOLGER:  Subject to the leaving the
25        deposition open because we -- if there is e-mail
```

Aleksej Gubarev
April 30, 2018                            288

1    correspondence with Bloomberg about that article,

2    then clearly would be relevant to the public figure

3    question.  We don't have it.  We're follow-up and

4    with, but we're not closing the deposition because

5    we have that remediation.

6         MR. FRAY-WITZER:  With respect to that issue,

7    yes.

8         MS. BOLGER:  No, because we have that issue.

9    We don't accept your qualifications, so I hate to

10   phrase "with respect" to never use it.

11        So we're leaving the deposition open, Evan.

12        MR. FRAY-WITZER:  Okay.  Then I will simply

13   say, we're agreeing to leave the deposition open

14   because there is a question about that document.

15   We're not agreeing to leave the deposition open

16   generally for any topic.

17

18        MS. BOLGER:  Duly noted.

19        MR. FRAY-WITZER:  Fair enough.  Thanks.

20        VIDEOGRAPHER:  Going off the video record.

21   The time is 6:55 p.m.

22        COURT REPORTER:  Counsel, would you like to

23   order the transcript at this time?

24        MR. BLACK:  Yes.

25        MR. GURVITS:  Copy.

Aleksej Gubarev
April 30, 2018                                    289

1              (Thereupon, the witness will read and sign the

2      deposition, and the taking of the deposition was

3      adjourned at 6:57 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    ERRATA SHEET

 2            IN RE: GUBAREV VS. BUZZFEED
                    ALEKSEJ GUBAREV
 3                  April 30, 2018
              U.S. LEGAL JOB #1727457
 4
        DO NOT WRITE ON TRANSCRIPT, ENTER ANY CHANGES HERE
 5
     Page #| Line #|  Change                     | Reason
 6
     _____| _____| _____|_____
 7
     _____| _____| _____|_____
 8
     _____| _____| _____|_____
 9
     _____| _____| _____|_____
10
     _____| _____| _____|_____
11
     _____| _____| _____|_____
12
     _____| _____| _____|_____
13
     _____| _____| _____|_____
14
     _____| _____| _____|_____
15
     _____| _____| _____|_____
16
     _____| _____| _____|_____
17
     _____| _____| _____|_____
18
     _____| _____| _____|_____
19
     _____| _____| _____|_____
20

21   Under penalties of perjury, I declare that I have read
     the foregoing document and that the facts stated in it
22   are true.

23   _____          _____
     Date                    ALEKSEJ GUBAREV
24

25
```

Aleksej Gubarev
April 30, 2018                                    291

```
1              CERTIFICATE OF OATH OF INTERPRETER

2


3     STATE OF FLORIDA     )
                           )  SS:
4     COUNTY OF MIAMI-DADE

5

6              I, SHARI M. THRASHER, Court Reporter, Notary

7     Public in and for the State of Florida at Large, certify

8     that the Interpreter, Mykola Tyschchenko, personally

9     appeared before me on April 30, 2018, and was duly sworn

10    by me.

11             WITNESS my hand and official seal this 8th day

12    of May, 2018.

13

14

15

16

17    _____
      SHARI M. THRASHER, Court Reporter
18    Notary Public, State of Florida
      Notary No. #GG156912
19    Expires: December 17, 2021

20

21

22

23

24

25
```

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF MIAMI-DADE

5

6        I, SHARI M. THRASHER, Notary Public in and for

7    the State of Florida at Large, certify that the

8    witness, ALEKSEJ GUBAREV, personally appeared before

9    me on Monday, April 30, 2018, and was duly sworn.

10

11        WITNESS my hand and official seal this 8th day

12   of May, 2018.

13

14

15   _____
     SHARI M. THRASHER, Court Reporter
16   Notary No. #GG156912
     Expires: December 17, 2021
17

18

19

20

21

22

23

24

25

Aleksej Gubarev
April 30, 2018                                    293

1              REPORTER'S DEPOSITION CERTIFICATE

2

3         I, SHARI M. THRASHER, Court Reporter, certify

4    that I was authorized to and did stenographically

5    report the deposition of ALEKSEJ GUBAREV, the

6    witness herein, on April 30, 2018; that a review of

7    the transcript was requested; and that the foregoing

8    pages numbered from 1 to 293 inclusive is a true and

9    complete record of my stenographic notes of the

10   deposition by said witness; that the foregoing pages

11   constitute a true and correct transcript of my

12   shorthand notes; and that this computer-assisted

13   transcript was prepared by me and/or under my

14   supervision.

15        I further certify that I am not a relative,

16   employee, attorney or counsel for any of the parties

17   in this cause nor related to nor employed by any

18   attorney or counsel herein nor financially

19   interested in the outcome of this action.

20        Dated this 8th day of May, 2018.

21

22   _____

     SHARI M. THRASHER, Court Reporter

23

24

25

WITNESS NOTIFICATION LETTER


May 8, 2018


ALEKSEJ GUBAREV
c/o EVAN FRAY-WITZER, ESQUIRE
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116


RE: GUBAREV VS. BUZZFEED
    Deposition of ALEKSEJ GUBAREV
    U.S. Legal Support Job No. 1727457


The transcript of the above-referenced proceeding has
been prepared and is being provided to your office for
review by the witness.

We respectfully request that the witness complete their
review by June 8, 2018 and return the errata sheet to
our office.



Sincerely,

Shari M. Thrasher
U.S. Legal Support
One Southeast Third Avenue
Suite 1250
Miami, Florida 33131



CC via transcript:
KATHERINE M. BOLGER, ESQUIRE
ADAM LAZIER, ESQUIRE
NATHAN SIEGEL, ESQUIRE
NABIHA B. SYED, ESQUIRE
ROY BLACK, ESQUIRE
ALICE FEROT, ESQUIRE

April 30, 2018                                                                    1

**$**

**$150**   196:10
**$150,000**
  194:7
**$200,000**
  172:22,24,25
  178:17,20,24
  188:1 198:8,
  14
**$600,000**
  39:21 40:12,
  15,16,17,21
  41:17,22
**$75,000**   37:22

**0**

**07**   96:12
**08**   96:13,15

**1**

**1**   74:21 83:23
  136:3 269:21
**10**   24:9 60:5
  61:5,7 67:23
  98:24 113:17
  115:16,21
  119:1,3
**10,000**   30:2,3
**100**   39:13
  53:6 84:10
  96:20 193:2
  200:22 203:2
  205:4 226:12
  234:21 241:8
  258:18 263:22
**100,000**
  274:18
**107**   77:18
**108**   77:18
  78:1
**109**   77:17,18
  78:25

**10:13**   9:3
**10th**   24:5
**11**   52:11
  193:8 194:22
**117**   153:24
**11:12**   55:25
**11:22**   56:3
**11th**   24:20
  25:21 76:8,24
  192:15 193:11
  211:3
**12**   113:17
  152:25 153:4
**122336844**
  72:19
**124**   63:9
**12:06**   87:18
**12:15**   87:21
**13**   79:2 93:14
**13th**   21:1
**14**   217:18
  219:6
**15**   12:15
  19:22,25
  57:16 58:24,
  25 60:3,4,5
  110:4 114:17
  138:14 286:10
**15,000**   129:7
**150**   195:9
**16**   149:10
**161**   204:24
**17**   104:13
  286:10
**175**   35:19
**180**   63:12
**18th**   76:24
**196**   224:17
**1:09**   121:18
**1:17-CV-60426-**
**UU**   9:7

**2**

**2**   74:13,17,20
  90:21 102:7

**106:17 110:9**
  117:5 136:7
  263:6
**2-**   285:20
**2-million**
  41:6
**2.0**   212:9
**20**   37:8 44:2
  59:1 173:13,
  14
**20,000**   28:12,
  14,15 29:5
  51:9
**200**   63:13
  225:15
**200,000**
  172:23 186:25
  187:1,5,14
**2000s**   166:14
**2001**   21:1
**2002**   12:21
  20:22 161:25
  162:1
**2003**   57:4
  61:10 63:7
  78:16 137:11,
  12 165:5
**2003the**   56:19
**2004**   62:23
  63:9 90:6
**2005**   36:11,
  13,14 37:1,3,
  20 63:12
  92:16 93:9
  128:3 130:10
**2006**   94:10
**2007**   96:11,
  16,22 117:5
**2008**   74:3
  97:25 99:9
  100:20
**2009**   68:16
  69:14 70:15
  71:5 130:10
**201**   9:4
**2012**   46:25
  47:20

**2013**   105:21
**2014**   12:23
**2015**   61:8
  180:7,12
  265:6,7
**2016**   48:9,24
  49:13 173:11
  178:16 183:4,
  10,16 190:15
  191:4 200:10
  224:6 225:16
  269:21,22
**2017**   24:5,9
  37:15 52:11
  191:24 192:15
  193:8,12
  194:22 214:21
  217:3,7
  220:15 225:16
**2018**   9:3 71:3
**206**   224:15,16
**21**   173:11
  174:14 175:5,
  8 204:24
  281:18
**21st**   48:5
  173:19
**22**   200:10
  269:22
**22nd**   186:16
**24**   185:4
  224:25 225:5
**245**   255:19
**29**   215:2
**29the**   216:6
**2:03**   121:20
**2:45**   151:17
**2:52**   151:20

**3**

**3**   111:23,24
**3,000**   285:20
**3.4**   228:24
**30-day**   34:21,
  24

| | |
|---|---|
| **30th**  9:2 | |
| **32**  147:12 | |
| **33**  147:12,13 | |
|   149:11 | |
| **335**  189:22 | |
| **35**  57:11,15 | |
|   97:2 | |
| **37**  63:6 | |
| **37,000**  51:2, | |
|   11 | |
| **375**  35:17,20, | |
|   21,22 | |
| **3:55**  197:10 | |
| **3FN**  106:18 | |
|   129:13 130:9, | |
|   13,23 | |
| **3fn.net**  128:5 | |
|   129:4 | |

**6**

6   44:21
  214:21 217:2,
  7 220:15
**60**  144:22
**69**  185:11
**6:36**  279:3
**6:44**  279:6
**6:55**  288:21

**7**

**75**  117:25
**75,000**  37:23

**8**

8  118:25

**9**

**9,500**  106:18
**90**  84:10
**92242**  224:10
**94242**  224:5,
  15
**95**  28:18,20,
  21

**@**

**@haeos.com**
  23:9

**A**

**A-d-s.com.**
  193:20
**a.m.**  9:3
  55:25 56:3
**ability**  10:6
  211:19
**able**  17:18
  34:14 40:20

**4**

**4**  104:12
  115:25 286:23
  287:17
**40**  224:5
  239:17 255:14
**400,000**
  226:6,8 227:7
**44**  231:23
  232:2
**49**  152:22
**4:03**  197:13
**4:45**  227:20
**4:54**  227:23

**5**

**5**  112:10
  281:3
**50**  144:22
**5:31**  249:7
**5:48**  249:10

113:6 179:16
184:8 188:18
190:6 209:4,9
236:17 238:15
245:12 256:22
266:4 267:15
**about**  12:13,
  15 22:14
  24:10,16
  25:24 28:8
  40:9,12,15,16
  44:17,18,19,
  21 46:4,13
  47:5,9,11
  50:13,19 51:4
  52:13,16,25
  54:1,22 57:7,
  23 59:11
  61:5,14 71:20
  77:5 80:24
  84:21 85:13
  86:17 87:6,7
  88:12 90:5
  91:11 94:1
  96:10,12,13,
  14 97:10,24
  103:19,20
  104:4,7
  106:16 107:19
  110:19 111:9,
  10,16 112:11
  113:6 114:1,
  24 117:5,11,
  13,22 118:3,
  6,11 119:4,8
  120:23 121:1
  126:9,21
  128:9 129:1,
  6,11 130:13,
  18 134:25
  135:15 139:10
  141:10
  144:13,15
  146:5,12
  149:6,22
  152:16 154:12
  155:10 156:6
  161:15 164:4
  165:13 166:23

167:8,11,15,
  17 169:22
  170:23 173:6,
  12,18 175:12
  176:17 177:11
  179:2,9,18
  180:2 181:4,
  19 182:10,19,
  22,23 184:10,
  25 185:2,17
  187:17 192:7
  197:16,25
  199:9,14
  200:13,19
  201:20 202:13
  203:5,6,8
  206:12
  207:11,22
  209:5,12,18,
  20,23 212:19
  213:17 215:4,
  7,8,14 216:1,
  20 217:24
  219:4,9
  221:6,7
  222:3,5,6,15
  224:2 227:25
  229:21,23
  232:6,9,17
  233:6,8
  234:5,6,13
  235:1,16,19
  237:1 238:19
  239:2,13
  242:25 243:14
  245:5,16,18,
  24 247:21
  249:18,22
  251:25 252:9
  253:9 254:3,
  7,20 255:17
  256:21 257:21
  258:10,11,14,
  20,24 259:17
  260:1,6,18
  261:10 263:7
  264:1,13
  266:10,13
  267:9 268:12,

25 274:1,3
275:20,23
278:14,19,20
279:17 281:3
282:16 283:5
284:10 286:2
288:1,14
**above** 71:22
180:5 245:14
**abroad** 266:4
**absolutely**
52:22
**abuse** 184:1,4
204:5 222:16,
22 223:10,18
225:6 226:2,
5,6 227:1,7
229:20 273:15
276:3
**abused** 181:17
239:4
**abuses** 176:17
221:13,14,22,
23 222:4,9,12
224:5 225:16
226:4 273:19
**accept** 34:17
35:2,3 49:20,
25 288:9
**acceptance**
34:16
**accepted**
130:13
**access** 34:16
35:4 50:9
55:4 76:7,10,
13 119:20
234:15,16
263:13 264:6,
7,10,14
268:23 269:1
282:24
**accessing**
35:1,5
**according**
109:6 174:22,
23 190:1
230:4 266:6

**account** 22:25
240:3 276:21,
24
**accountants**
166:23 167:6
**accounting**
168:3,8,10,25
192:2 196:6
**accounts**
22:23 23:13
162:23 219:14
239:25 240:1
**accumulate**
227:7
**accuracy**
145:14,18
**accurate**
39:10,23
44:2,4,14
45:8 48:7
49:23 54:23
55:5,9,16
63:7,10 83:8
84:12 105:8
115:2,4,7,13
116:7,9
118:11
137:14,17
143:5,7,8,9
148:17 180:8
188:20 189:5
205:1 263:20
268:15
**across** 185:20
**act** 175:15
**acting** 123:19
**action** 106:19
**actively**
129:15
**activities**
55:15 119:13,
14,21
**activity**
53:10 118:3
216:9 250:22
**actual** 170:6,
9,11,12 278:3

**actually**
28:23 31:25
32:11,17
40:10 44:15,
19 58:9 67:1
125:21 139:15
145:15 152:1
161:4 170:16
171:3 209:12
215:6 216:2
219:21 225:9
228:17 234:20
240:25 247:4
250:12,17
264:1,7
265:24 279:12
280:5
**ad** 174:24
175:9 181:8
198:7
**add** 169:17,19
249:16
**addition**
279:7
**additional**
181:9
**address** 22:13
45:6,16,17,19
46:7 83:14,
16,19 132:8,
13 221:25
**addresses**
44:24 45:9
46:2,12 47:5
217:18 218:21
219:2,7 221:9
228:25 232:3
**admitted**
68:10 132:12
**Ads** 193:22,
24,25 194:1,
2,4
**Ads.com.**
193:19
**adult** 56:6,7,
9,20 57:3
60:24 65:7,
14,15 72:14

76:8 77:7,10
79:1 84:16,20
85:8,14,18,
21,23,24
86:1,7,11,12,
21 88:11 89:8
90:6 91:8
92:16 94:9
95:17,18
96:10 97:5,7,
9,11,24
103:6,9,14,16
114:11,25
115:11 117:14
134:3 141:9,
13,15 142:18,
22,24 143:3,
4,9,23 144:12
145:21,24
146:2,4,13,
14,16 147:8
150:10,18,21,
22 152:7,13
153:18
155:11,21,24
156:3,15,24
157:16,19
158:11 159:25
160:6,14
161:4,5,7,11,
16,22 162:2,
5,8,14,17,20
163:4,24
164:6 166:7,
18,24 250:7
251:9,17
**adults** 86:2,
5,20
**adversaries**
105:17
**advertisement**
193:23
**advertisements**
79:1
**advertising**
18:23 174:9,
11,12
**advice** 113:3,
9 180:23

181:16
advise 113:6
advised
  166:22 195:11
  199:14 231:23
advising
  169:20,21
Aeroflot
  113:21
Aeroflot's
  113:23
affect 250:22
  252:10
affected
  250:4
affidavits
  16:11
affiliate
  81:24 258:16
affiliation
  241:5
affirm 10:4,
  10
afford 44:13,
  18
afraid 147:18
  241:1
after 16:9
  18:2,10 19:2
  24:5 43:5,15
  46:24 52:16
  69:18 114:1
  159:12,14
  168:20 173:4
  177:20 192:15
  194:9,21
  214:13 216:24
  217:3,10,13
  241:16 247:3
  255:5 277:4
AG-10 54:17,
  18,20
AG-4A 42:18,
  19
AG-4D 52:1,4
AG-6 114:19,
  20

AG-8 37:24
  38:2,4
again 16:15
  36:13 39:16
  53:13 66:7,18
  73:14 95:1
  97:18 98:6
  101:18 129:1
  132:18 137:19
  139:2,12
  140:23 142:2,
  9 150:4 156:5
  173:20 188:12
  195:17
  196:14,18
  204:6 205:21
  206:25 224:1
  226:16 237:6
  240:1 246:16
against 24:6
  37:17 53:16
  193:1 217:4
  236:15,18
  239:6,10
agencies
  188:23
agency 112:3
agent 13:20
agents 112:5
ago 12:15
  14:15 19:22,
  25 57:16
  58:24 60:3,4
  61:6,7 67:23
  79:2 83:20
  93:8,10,15
  98:24 122:14
  125:2 134:18
  135:5,19
  138:14,15
  140:2 161:7
  162:9,11,13
  163:17,23
  164:19 165:3
  201:21 239:25
agree 194:8
  220:21 221:1
agreeing

288:13,15
agreement
  15:1
agreements
  252:24
ahead 161:1
  237:25 245:14
  249:14
aka 105:5,7
Aleksej 9:6,
  23,25 10:17
  11:5,11,16,19
  13:11 199:7
  244:22 245:16
  263:10
Alex 11:25
  12:1,3,10
  13:1 15:16,22
  63:25 64:6,8
  66:6,21 80:22
  82:19 88:2
  90:9 92:17
  94:12 98:4
  124:21
  132:18,25
  134:13
  137:12,19
  138:2,24
  139:2,4,9,15
  140:13,21,23
  141:2,24
  142:2,6,11,
  18,25 143:11,
  16,17,18
  147:25
  148:16,20,23
  149:5 250:6
alex@
ecorporate.com
  23:12
Alex@haeos.
com. 23:6
alex@
lifestudio.
com. 23:13
alex@webz.com.
  22:25 23:2

Alex@
xbtholding
  23:3
Alexander
  174:4,6,15
  186:1
Alexei 99:21,
  24 120:7
Alexeis 100:4
Alexie
  122:19,21
  144:8 147:1
Alexxe@alexxe.
com 83:14
  132:22
Alexz@alexz.
com 132:6
Alfa-bank
  258:1,20
  261:5
alias 89:22
  250:16
aliases 15:15
Alice 9:22
all 9:15
  12:17 18:4
  20:3,20 21:7,
  8 24:12,20
  25:13 26:7
  28:3 29:22
  30:19 31:21
  32:5 40:12,21
  44:6,16 45:23
  50:18 51:20
  52:20 53:24
  55:1 56:19
  57:17 58:3
  61:23 63:3
  68:18 69:17
  70:11 71:5
  72:13 74:13
  78:22,24 80:1
  83:13 84:17
  85:3 88:20
  91:12 93:16
  94:3,5 96:3
  97:1 99:8,18,
  20 100:3

102:18,23
103:1,2 104:8
105:2,12
107:23 113:10
114:24 115:8,
10 123:9
124:5 127:24
128:20 129:7
134:3,7,19
136:21 138:1
143:10 144:20
145:16 151:23
159:20 161:5
162:6,8
163:20 164:20
165:23 166:5
171:19,25
173:16 175:18
176:12,13
179:22,23
185:10 189:4
190:14,19
191:4 192:20
195:9 200:6
201:21,23
203:20 204:3,
5 206:3,20
209:4 211:7,
17 219:12
223:17 225:6
226:5 229:13
233:9 236:19
237:15
238:11,12
239:21 240:1,
14 241:19,21,
23 242:10
243:1 246:14,
24 247:22,23
252:23 253:1
257:3 258:15
261:7,17
263:25
266:11,20
267:9 269:12
270:3,11
271:22
272:11,17
275:6 277:23

278:22 280:13
281:2 282:2
286:13
287:13,22
**alleges**
129:13
**allocate**
266:4
**allowed** 120:2
**almost** 147:18
200:17 211:2
242:10 243:1
**already** 33:9
38:24 66:22
105:15 147:15
200:23 201:2
205:11,13
207:16 225:19
**also** 18:5,17
73:12 77:17
86:7 99:12
105:13 106:18
109:25 117:20
145:11 171:3
176:16 213:15
226:2 248:23
257:3 262:23
**alternative**
135:16
**always** 11:7
42:13 139:22
**am** 16:9 40:20
48:2 123:25
226:2 239:19
**AM-1** 87:11,
22,24
**Amazon** 234:18
237:9,12
**ambivalent**
202:17,18
203:6,13,14
**America**
237:14
**American**
238:4
**Amersfoort**
45:3,5

**amnesia** 59:11
**among** 57:19
207:24
**amount** 14:17
172:10 191:22
193:15 238:12
240:9 274:18
285:7
**Amsterdam**
21:18 76:8,24
77:8,9 194:6
**Amwsummerparty**
**.com.** 152:6
**anal** 136:20
**analyst** 198:4
**and** 10:5,6,11
13:22,24 15:9
16:23,25
17:1,14,16,
17,19,20,25
18:5,8,10,23,
24 19:4 21:2,
8,9,11 22:5
23:12 24:10,
14,22 28:5,23
29:6,9 30:11,
15 32:9,11,16
34:11,13
35:9,16 36:2,
3,5,14,15
37:3,16,18,19
39:3,4,20
41:3,5,7,10,
16 42:15
43:11,23
44:12,18,23
45:4,16,22,23
46:13,19
48:4,22,23
49:16 50:12,
14,16 51:1,5,
7,9 52:8 53:5
54:21 55:11
57:7,17,23
59:21 61:20
62:7,11,14,16
63:3,6,9,12,
13 65:15
66:25 67:12,

24 68:6,18
69:19 70:11,
24 76:1
77:17,18
79:14,23
80:10,19,22
81:23,24
82:4,19,22,25
83:5,6,9,13
84:10,17
85:7,14 86:7,
20 88:25
89:23 90:8,9,
22,24 91:4
92:16 93:19,
21 94:1,5,10,
22 95:1,7,16,
24 96:12,14,
15 97:18
98:3,8 99:12,
25 101:5
102:10 104:18
105:5,7,13,
22,25 106:18,
21 107:14
108:18 109:2,
12,13,14,25
110:9,10
112:2 114:7,
10,23 115:15,
18 116:1,2
117:20 119:6,
10,13,14,16,
17,18 120:18
123:6 124:15,
24 125:3
126:1,4
127:15,19
129:12,15,17
130:10,20
134:6,8
135:12 136:9
137:11,12
139:19 141:16
147:9,16,17,
18,19,22,25
148:13,15,16
149:11,12
150:21

152:21,25
153:24,25
156:14 158:4
162:5 163:17,
18 164:23
165:3,19
166:10,23
167:9 168:18,
20 169:16
170:17,21
171:1,2,5,12,
15 172:11,20
173:3 175:15
176:15 177:2,
10,20 178:6,
23 179:7,11
180:13 181:7,
9,17,23 182:9
183:23 184:2,
5,9,18
186:15,16,18
187:6,23
188:1,6,14,16
189:18,19,21
192:6,23,24
194:4,8,9
195:3,6
196:18,19,22
197:25 198:5,
23 199:11
200:12
201:21,23,25
202:4,7
203:21
205:11,21
206:1,14
207:3,6,7
208:13 209:3,
16,18 211:7,
15 212:8,9
213:15,16,17,
18,19 214:20
215:12,15,16,
20 216:5,17,
20,22,23
217:17,21
218:2,4
219:14,15,17
220:17,23

221:13,22
222:4,6,8,9,
11,21,22
223:5 225:4,
5,20,21
226:10 227:4
229:20 230:2
233:11 235:1,
12 236:4,15
237:8,11
238:18,24
239:1,7,10,
13,20,22
240:2,13,14,
17,21 241:2,
15,18 242:9,
17 243:24
244:20
245:16,22
246:2,13,21,
25 247:1,7,8,
22 248:1,19
249:4,22
252:24
253:13,14,20,
21 254:9,13,
17,21,22
255:19 256:6,
21 257:23,25
258:2,4
259:19 261:1,
6,7,10,17
262:5,7
264:6,14
265:19 266:4,
5,6,24
267:12,16
269:12 271:2,
11,15,24
273:3,11,21
274:16 275:6,
16 276:1,8
277:24,25
278:22,25
279:11,13,17
280:1,3,11,20
282:3,6,12,
16,21 283:12
284:3 285:10

286:1,6
287:16 288:3
**and/or**  31:25
54:2
**Anderson**
197:16,19,24
198:6,13
199:14
**Andrade**  67:22
**Andre**  98:15,
16 99:5,6
120:10,11
123:11,12,13
124:5,10
126:17,19
134:8
**Andre's**  98:18
**angry**  113:22
**animals**
149:12,18
**announce**
183:25 184:3,
12,18,21
209:2,15,20
**announcer**
123:19,25
**announces**
265:15
**annual**  39:5
**another**
37:16,21
38:21 70:4
99:25 106:15,
21 115:16
117:20 139:9,
15 263:8
282:19
**answer**  10:21
14:19 15:4,
10,13 16:10
18:12 20:18
24:17 27:15
29:8,10 30:22
40:2,6 41:19
42:6 46:9
47:16 50:16,
24 51:3 53:3,
12,18 54:10

60:8,15 61:4,
16 67:16
77:3,6 78:9,
18 83:7,11
85:5 87:4
89:5 90:13,17
92:20 95:21
97:15 99:15
102:24 103:4
104:2,3,21
105:10,19
106:2,7
107:16 110:23
111:3,15,21
112:8 113:2
116:8 118:16
120:4 129:10,
21 132:16
142:8 146:1
151:22 153:22
156:1,2 157:1
160:16,19,22,
23,24,25
162:16 163:6
164:1,10,13
165:15 166:8,
19 169:25
178:9 187:16,
23 192:18,19
195:5 196:18
199:11 200:16
202:19,24
203:11 205:10
206:18,19
207:10 208:15
210:5 212:3,
4,22 214:3
215:23
216:12,16
222:18 227:2,
8 232:4
233:17,23
237:25 238:8
245:19 247:2
255:20 258:17
263:21 267:18
274:7 279:20
**answered**
258:5

antivirus
 129:18
Anton 273:7,9
any 10:19,20
 11:4,10,15
 12:25 15:23
 16:11 17:8,22
 19:14 20:4
 21:24 22:2,9,
 20 24:2 25:7
 29:22 30:15,
 17,20 31:2,7
 50:2 52:22
 53:1,9,10,14,
 16 54:7
 56:13,15,16
 61:24 78:13
 86:2,5,7
 99:1,2 101:11
 111:18 116:21
 117:14 120:1
 122:6,12
 126:14,21,25
 130:12 136:23
 137:1 146:10,
 11 151:12
 152:18,19
 153:16 154:18
 160:4,9,12,13
 162:5,14
 163:4,25
 164:7 166:6,
 17,22 167:20
 171:4,12
 178:14 179:2,
 15 183:25
 185:19 191:24
 192:15 195:20
 207:12 209:3
 216:13 218:4,
 8 225:20
 226:2 234:17
 236:6,14
 237:13 241:4,
 15 250:25
 251:4 259:25
 275:3 282:24
 288:16

anybody 24:4
 62:16 100:7
 226:10 229:9
anymore 27:25
 194:11 219:24
 250:5
anyone 37:20
 144:6 262:13
anything
 78:19,21
 110:19 111:16
 113:4 125:22
 161:8 173:24,
 25 180:17
 197:25 215:24
 227:25 232:6
 233:1 234:14
 240:23 241:22
 248:6 265:3
 279:11 283:7
 287:20
anyway 200:17
 279:1
anyways
 178:19
anywhere
 236:17
apartment
 21:11 22:10
apartments
 22:2 44:18
apologize
 48:23 154:12
 182:9 287:7
appear 238:19
appearance
 9:16
appears 74:3
 79:9 88:1
Apple 22:21
applied 41:10
applies 25:16
apply 266:10
approximate
 194:7
approximately
 187:5

April 9:3
are 9:1 12:13
 15:25 16:14,
 16 19:17
 27:13,19,20,
 24 28:6,12,17
 29:5,6 31:22
 33:12,15
 34:11,18 38:4
 39:11 40:4
 42:21 43:23
 44:7 45:8
 56:8 57:21
 58:17 61:11
 70:5,7 71:17,
 19,20 74:11,
 22 75:23
 76:15 82:11,
 15 93:24 96:5
 98:23 99:14
 100:1 101:21,
 22 102:10
 105:15,25
 108:18 110:7
 111:19 112:5
 114:25 115:21
 119:18,19,20
 122:16 124:3,
 18 125:1,8,
 14,16 126:2
 127:5 128:23
 129:7 135:15,
 17 138:3,7
 139:7 140:4
 145:13,15
 146:5 147:16,
 25 149:20
 151:6 154:15
 157:2 160:11
 167:6,10
 174:23 185:9,
 10 186:19
 187:20 189:2
 192:5 193:3
 194:12 197:16
 201:11 204:8
 209:4 224:14
 225:23 226:18
 227:17 228:11

231:7,20
 232:2 237:13
 238:10 242:10
 243:1 245:15
 246:14 250:17
 251:19
 253:13,20
 256:2,6 257:4
 259:22 260:15
 263:25 264:22
 266:1 267:6
 268:22 269:4
 271:20 275:7
 279:1 280:2
 283:13 286:24
area 239:19
 268:14
aren't 58:20
 66:9 68:22
 87:8 102:18
 112:18 123:24
 183:15 201:11
 280:2
argue 113:19
arisings
 232:16
armatures
 136:19
around 42:9
 166:12,13
 172:22 224:5
 239:9
arrange
 133:22
arranged
 130:15
article 38:6,
 13,16,20
 43:15,17
 86:17 106:16
 114:22 117:21
 120:16
 154:12,14
 200:21 263:7,
 9,18 282:6,9,
 13 284:14,21
 285:4,15
 286:3,17

April 30, 2018

8

287:11,17,18
288:1
**articles**
81:11,12
86:14,16
174:23 212:7
246:18
**articulating**
10:21
**Artimovich**
109:13,24
110:10 111:24
113:20
**as** 24:23
25:13 35:12
36:17 42:11
55:2,3 62:18
72:15 76:3,8,
16 77:11
83:18 89:21
90:14 91:24
93:12 97:18
100:17 108:25
110:3 113:1,6
121:2 123:19
129:14
130:10,13
132:11 133:7,
19 140:4
151:23,25
153:1 156:24
157:15 168:20
171:8 173:23,
25 177:15
178:23 181:12
186:24 193:11
196:17 215:7
219:12 223:18
226:6 239:4,
10 240:9
242:6 244:9
246:7,21,25
247:25 257:1,
25 259:1
263:6,12
266:3 267:4,5
269:11
270:18,22
271:11 273:19

279:10 280:20
285:13
**Asia** 255:5
**aside** 163:3
**ask** 13:24
15:25 22:14
24:25 25:2,4,
5,12 26:4
28:8 29:10,15
43:2 45:12
46:25 48:14
49:1 50:19
53:25 54:6,
22,23,25 57:7
61:13 74:13
77:5 88:24
105:3 106:16
114:23
115:10,20
117:4,22
119:4 120:17
128:3,25
157:6,7
175:16 180:2
181:4 182:9,
18,19 183:5,
12,19,21
184:18 198:11
201:5 202:12
206:11,15
207:22 211:25
215:6,14
219:3 222:5
224:2,4
225:25 229:11
232:8,21,25
233:1 242:13,
22,24,25
246:5 247:5
249:25 252:23
254:3,20
257:2 259:16
261:1 262:12,
13 264:12,17,
21 274:2
277:17 279:22
281:2 282:16
**asked** 25:7
38:9 39:19

41:3 50:10,19
51:8 54:7
124:2 187:16
197:24 224:2
241:4,14
253:9 257:25
258:4,14,23,
25 259:3,5,16
261:4 279:21
280:3 281:6
**asking** 12:9
29:18 49:2
61:5 67:8
75:4 139:14
142:5 154:15
164:4 180:15
186:21 189:24
196:5 201:20
239:9 240:17
241:18 246:18
264:22 266:13
**aspect** 263:8
**assets** 31:25
**assist**
264:22,25
**associate**
236:1
**associated**
39:11 114:11,
14,16 136:23
241:6 271:15
**associates**
24:21 105:5
**association**
241:15
**assume** 54:21
88:7 102:17
245:22
**assuming**
173:18 201:14
**at** 9:4 10:19
12:4,23 14:6
17:20,24
18:8,13 19:10
21:12 23:24
25:7 26:7
27:9 32:21,25
33:3,11,12

35:17 36:4
39:1,6 41:16
43:10,25
44:9,16,20
45:2,5 46:18
49:6 51:14,23
54:21 56:10
57:24 58:5,17
60:1,2,5,14,
16,24 61:14
64:7 66:4,17
68:15 70:15,
18 74:17,20,
21 75:10
76:14,15,22
77:24 78:5,25
80:21 82:5
88:25 89:3
91:25 92:3,7
93:19 95:1
97:21 100:11,
21 101:5
102:16 106:18
107:14 112:11
113:21,22
116:2 123:6,9
126:1,13
130:16 133:5
134:15,22,25
135:8 151:12
154:18 159:3
161:5 162:6
166:22,23
173:15
174:13,22
178:16 179:22
183:10 188:2,
14 189:23
193:13 198:8
200:1 201:16
205:5 212:6
219:23 220:23
226:6 228:24
229:9 233:14
240:14
241:19,21
244:14 246:15
247:23 249:4,
5,12,20,21

254:14,17
255:11,12,16
256:11 259:4,
10 265:10
268:4 269:15
275:18 277:1
278:22 280:18
281:3 284:17
286:21,22,24
288:23
**attached**
174:23
**attack** 105:23
109:7 112:12
238:14
**attacks**
112:15 212:7
**attempt**
221:14,23
268:20
**attempts**
222:4
**attended**
57:11,15
**attendee**
76:19,22
**attention**
242:3
**attorney**
280:16
**attorneys**
48:17
**audibly** 10:25
**audience**
255:14
**auditor** 33:24
34:1 167:21,
25 168:1
**authorities**
268:22 282:18
**authorization**
208:7
**authorized**
243:21
**available**
10:22 13:13,
25 55:14
130:17

145:13,20
155:16 156:22
254:9
**AW** 80:18 89:3
161:2
**AW-1** 55:18,20
56:5 58:8
74:8
**AW-11** 74:10
**AW-13** 76:4,5
**AW-15** 79:6,8
**AW-2** 62:19,21
**AW-3** 63:17,18
**AW-5** 66:2,4,5
**AW-7** 68:10,12
133:5
**AW-8** 73:24
74:1,3
**award** 88:9
123:16 161:10
**awards** 75:9,
12,13,18,19,
20,21,23,24
125:21 161:9
**aware** 109:1
113:24 119:22
120:23 121:1
129:7,20,23,
24 175:1,8
176:17 185:11
197:16
209:18,25
215:8,10,11
226:2 228:22
229:7,9,12,
13,15,17
231:20 232:2
233:6
**away** 195:8
196:21,24
222:17
**AWM** 57:19,21,
24,25 58:5,21
59:6,14,17
78:6 89:8
90:5 103:6
114:25 115:11

**AWM-1** 82:8,9,
14,16
**AWMOPEN** 68:16
69:8,14 74:3
79:21 84:6,8
92:17,23 93:2
94:12 96:22
98:4 99:9
103:16 107:15
117:5 128:3
134:22 137:6,
11,12
**AWMOPEN.COM**
104:7
**AWMOPENS** 99:1
**AWMSUMMERPARTY
.COM** 153:14
**AWO** 137:6
**AWOPEN** 84:6
104:3 168:17
272:24 273:1,
2
**AWOPEN.COM**
104:2 168:10

---

## B

**B-U-C-K-S**
152:3
**back** 56:2
87:20 105:2
121:19 151:19
159:18 180:7
197:12 219:14
227:22 249:9
256:6 259:15
274:16 277:12
279:5 281:15
282:21
**background**
20:10 182:4,
5,7
**backtrack**
36:8
**backups** 171:3
**bad** 48:22
99:22 127:2
179:2,15

202:22 203:1
238:13 249:22
272:13
**ban** 223:2,4,
5,15
**bank** 41:6
49:19 54:21
239:25 240:1,
3
**bankrupt**
195:10,13
**banks** 41:11
231:21 240:8
**based** 117:24
118:7 129:9
**basically**
209:6
**basis** 162:2
192:3,11
238:22
**bears** 25:14
**beat** 21:7
**became** 84:19
**because** 10:18
12:8,11 13:13
16:3 17:15
26:5 40:10
43:17 44:12,
15,17 48:3
50:9 51:22
54:5,9 62:14
67:23 80:20
100:5 105:4
106:5,8
113:22 126:7,
8,10 131:23
135:19 143:4,
6 147:24
155:19 162:22
163:8,22
164:14 169:21
170:15,17
172:6 173:14,
21 174:20
180:15,18,25
181:25 182:1,
2 183:6
184:1,3,8

186:16 190:9,
14,17,22,24
191:1,6,17
192:22,25
193:4,6,13
194:8 195:10
196:10 198:15
206:12
209:19,20
212:1 213:7,
14,22 216:2,
17 219:4
222:5,23,25
223:7,8,15
226:17,19
228:8 229:15
232:5,8
234:14 236:18
239:14 240:3,
6,8,18,25
241:5 242:12
248:15 249:2,
13,21 256:9,
22 260:10
270:8 273:19
274:2,21
275:17 276:2
278:5,8
280:18 287:25
288:4,8,14
**become** 17:16
80:23 129:23
193:5 195:10
**been** 17:7,10
19:5 52:21
58:25 62:22
88:8 106:5
110:21 113:11
118:1,6 155:3
163:3 174:14,
15 178:20
202:5 237:2
268:5,10
269:15 282:22
**before** 16:8
21:4 35:8
46:3 47:22
53:2,7,15
54:2,24,25

89:15,16
90:14 113:3
118:15 120:2
123:2 130:13
132:12 141:12
147:19 151:21
154:16 155:5
158:14,24
159:8 161:14
175:3,16
176:16 203:7
208:9 209:25
210:3,8
214:13 223:17
225:19 230:16
231:5 232:5
238:14 246:4,
5 247:25
253:18 254:23
279:7,10,12
**began** 118:15
**begin** 12:20
30:17 211:1
**beginning**
26:25 27:10
81:3 172:5
198:2 280:19
**behalf** 9:17,
18,20 243:22
247:19
**behind** 114:4
226:18
**being** 38:12,
15,19 113:6
119:20 179:3
200:13 201:17
208:24 234:23
236:9 243:17
244:9 245:3
246:24 247:6
256:20
**beings** 20:16
**Belarus**
275:20,23,24
278:9
**belief** 239:11
**believe** 14:20
41:10 44:3,5

48:13 52:5
70:18 71:7
75:24 86:3
89:9 108:4
136:22 144:25
180:11,12
186:7 190:4,6
191:22 194:24
199:10 206:7,
11 211:2,6,25
214:1,3,4,5
216:3 217:5
229:11 232:8
241:17 255:2
256:9 260:3
261:1 287:12
**believes**
227:3 240:2
**belonged**
217:18
**belongs**
184:16
208:10,11
209:17
**below** 95:16
224:10
**besides** 11:4
15:16 133:16
**best** 10:6
32:4 69:16
72:16 158:21
210:6 232:7
**bestiality**
150:23 151:2
251:23
**better** 29:15
183:5,12
184:11 198:11
206:11 207:13
219:3 274:1
**between** 52:8
63:12 71:2
141:15 181:23
186:15 252:24
253:14,20
261:5 282:3
**Bezruchenko**
48:22 182:9,

13,14,16,17
211:16
**big** 26:20,22
43:18,20
66:15 91:25
92:1,2,3,7,8
136:19 172:7
189:22 195:7,
18 196:21,23
216:17 234:17
239:23
**biggest** 18:8
174:24 175:9,
11 181:8
225:22
**Bigvoo**
146:22,23,25
147:14 148:10
149:4,15,20
150:6,10,17
151:1 152:25
153:5 251:1
**bill** 135:16
**billed** 135:25
**Biscayne** 9:4
**bit** 21:8,16
126:7 199:20
200:2 232:1
**Bitcoins**
49:20,25
**biz** 161:18
**BK** 211:15
216:14
**BL** 280:23
**BL-1** 280:13,
14
**black** 9:17
10:15 11:10,
22 12:17,20
14:22 15:2,6,
15,19 16:2,5,
7,22,24 17:7
18:21 19:1
20:21 21:24
23:15 24:18
25:17 26:4
27:9,13,18
29:18 30:24

31:5,7,21
32:24 33:6,
15,20 34:2
35:1 36:1,25
38:1,10 39:18
40:4,8 41:5,
21 42:3,22
43:2 46:1
47:1,8,18
48:21 49:16
50:6 51:1,8,
15,25 52:20
53:7,14,25
54:6,16,20
55:20,23 56:4
57:2 58:3,7,
11,14,21
59:4,14 60:7,
10,16 61:7,
11,18 62:21
63:21 65:6,25
66:4 67:5,24
68:12 69:13
70:22 71:10,
11 72:3 73:8,
16,20 74:1
76:7,14,20,21
77:16 78:10
81:2,23
82:12,13,14,
15 83:8,13
85:3,7 86:16
87:6,11,14,24
88:20,22,24
89:7,13,21
90:4,21 91:15
92:5,15,22
93:6,16 94:9,
19,23 95:6
96:10 97:17,
24 98:13
99:18 100:1
101:1,2,17
102:6,14,17,
21 103:1,6
104:8,12,23
105:2,12,21
106:4,10,15
107:3,6,20,23

108:2,10,22,
25 109:1,24
110:8,25
111:5,16,23
112:10,21,25
113:5,12
114:3,7,10,
15,22 115:6,
10,25 116:10,
15,25 117:4,
20 118:14,18,
22,25 120:1,
7,17,24
121:3,8,14,23
122:12 123:6,
23 124:17
125:11 126:1,
4,13,21
128:2,14,25
129:12,14,23
130:4,12,19,
23,24 131:2,
5,12,17,21
132:12,20
133:15,19,24
134:22
135:11,14,23
136:18 137:18
138:1,7,11,
16,20,24
139:4,9,14,21
140:3,8,13,20
141:1,7,20
142:4,10,14,
23 143:10
144:6,13
145:6,19
146:4,21,25
147:7,12
148:5,9,20
149:2,10
150:2,9,17
151:1,6,12
152:5 153:4,
10 154:2,11,
18,20 156:5,
12,17,20
157:12,14,20
158:4,11,17,

21 159:18
160:9,12,18,
24 161:21,25
162:7,19,25
163:15 164:4,
12 165:4,20
166:10,22
167:2,4,13,
16,20 168:3,
17,25 169:5,8
170:3,13,23
171:16,24
172:20 174:20
175:4,18,22,
25 176:3,23
177:2,7,16,25
178:2 179:20,
23 180:2,13,
22 181:1,4,
15,22 182:6,
15,17,19,23
183:14 184:23
185:3,15
186:14,24
187:6,12
188:6,14
189:1,25
190:5,19
191:3 192:11
193:21,24
194:1,3,17
195:15 196:4,
25 197:14,24
198:12,18
199:4,13,22,
25 200:3,6,
18,25 201:3,
16,23 202:4,
12,21 203:4,
13,20 204:2,
14 205:15
206:5,20,25
207:14,22
208:20 209:11
210:2,8,18
211:15,17
212:18,23
213:3,10
214:6,10,17

215:1,3,12,24
216:14,23
217:14,17
218:20,24
220:8,12
221:5,8
223:10,17,21,
23 225:12,15
226:13,24
227:6,15,18,
24 228:4,7,
10,12 229:12,
22 230:1,11,
23,24 231:3,
15 232:6,16,
21 233:13,20
234:5,22
235:5,16
236:1,5,8,12,
19,23 237:2,
12,19,25
238:3,9
241:10 242:9,
19,24 244:4,
8,12,20
245:14,22
246:13 247:5,
12,18 248:7,
10 249:1,4,11
250:11,15,20
251:1,5,11,
14,23 252:4,
8,14 253:13,
19,25 254:3
255:22 256:3,
6,14,19,24
257:13,18
258:7,14,19,
25 260:6
261:3,15
262:18,23
263:2,6,25
264:9,15,20
265:2,3,5,13
266:17 268:3,
10,18 269:5,
9,17,22
270:1,3,7,15,
19,22,25

271:5,15,19,
22 272:1,17
273:5 274:5,9
275:3 276:4,
10 277:1,8,
11,19,23
278:5,12,18,
25 279:9,16,
22 280:1,21,
24 281:1,2,
12,13,15,19,
24 282:1
283:4,8,14,
15,17,18,23,
24 284:1,3,8,
14 285:3,14,
24 286:16,22
287:1,10,20,
22 288:24
**blasted** 118:1
**block** 115:16,
21
**blog** 79:9
209:16
**Bloomberg**
257:5,7,14,19
258:19 259:7,
8,9 260:5
261:4,24
262:8 281:6
288:1
**blow** 136:19
**boarded** 45:4
**boarders**
267:7
**Bogachev**
272:11
**Bolero.ru**
18:24
**Bolger** 9:18
15:1 58:10,18
88:21 123:4
131:18 143:8
177:24
182:13,16
218:14,17,19
220:5 230:10,
22 260:23

262:17,21
265:4 283:21
286:24
287:21,24
288:8,18
**books** 32:18,
19,21,25
33:3,11,22
**borrow** 39:20
40:17,20,21
41:17,22
274:15,17
279:10
**borrowed**
275:14
**Bosch** 168:19
239:25 240:4
**bot** 169:20
**both** 80:21
99:14 101:9
105:5 162:19
**bother** 49:15
**bothered**
278:6
**botmaster**
109:9,11
**botmasters**
109:7
**botnet** 109:19
129:17
**bottom** 43:25
57:14 64:13
66:17 69:1,2,
5 76:16 80:17
84:3 90:8
93:19 95:1
100:11 188:14
205:5 212:6
220:23 281:3
284:17
**bought** 22:3
70:24 96:19
101:12 158:24
265:5,17
267:10
**Boulevard** 9:4
**box** 172:7
227:7

**brackets**
93:21
**brand** 99:9
**break** 15:7
55:21 151:11,
12,13 184:5
197:5 205:14
227:11,17
249:2,5,13
265:4
**breathe** 200:2
**Brian** 104:18,
19 106:16
117:21 129:2
170:17,21
201:25
**brief** 197:11
227:21 249:8
279:4
**briefly**
201:8,15,16
212:11,12
**bring** 112:15
161:22
234:12,13
**bringing**
234:6
**brokers** 208:6
**brothers**
109:25
**brought** 47:21
208:6
**Brown** 46:18,
22
**budget** 189:20
**building** 22:7
**bunch** 99:20
131:24
**business** 12:4
13:3,5 18:5,
13,15 19:1,4,
19 20:9,16
26:9,11,13
27:4,6 49:24
56:11,12,16,
17 84:17,18,
21 85:8,14,
16,18,21,23,

24,25 86:1,2,
5,6,7,8,9,10,
11,12,21
88:10 108:3
113:23 116:18
118:9 121:8,
11 128:14
140:17,21
141:3,6,9,10,
13,15,18,21,
22,25 142:6,
17,22 143:3,
4,9,23 144:16
145:21 148:1
152:9,11
155:21 156:3
157:19,20
158:5,25
159:3,5,9,12,
14,19 160:5,
6,14 161:22
162:6,17
163:24 164:7
166:7,18
167:4 174:7
189:9 191:4
194:11
196:11,15
234:6 235:9
239:8,24
240:7 241:3,
4,17 250:7
253:14,22
255:18 275:25
277:20
**business'**
85:22
**businesses**
11:10,15
12:25 19:1,5,
9,14,24
20:13,19 36:7
86:20 142:24
155:12,24
156:15,25
157:16
160:12,13
162:3,8,15
163:4 166:24

267:5
**but** 10:11
12:2 16:10
17:15 19:3,7
21:9,19,23
22:3 27:16
28:5,10,22
29:2 35:17
37:18 39:13
42:25 44:24
48:3 49:1,7
55:12 57:5,9
58:20,25
59:19 60:4
61:11 62:13,
18 64:4 66:15
67:22 69:23
77:1 80:2
83:17 84:12
87:1,6 89:6
90:14 92:21
98:1 99:21
101:9 104:23
105:24 106:9
107:17,18
109:4 111:19
112:14 114:2
122:7,10,21
125:5,6
127:1,16
128:15
130:16,19
131:15 132:3
134:9 135:4
137:16
138:20,23
140:3,9
141:9,13
145:17
146:12,14
147:1 149:4
152:1 156:23
157:18 158:23
161:3,7
163:8,12,19
170:1,6,15
172:13 174:18
177:14,16
179:15 180:5,

23 183:17,19,
24 184:10
187:4,16
189:8,25
190:11 191:22
194:12 195:3,
21 201:8,10,
11,20 203:2,
4,9 205:5,13
206:14 207:16
210:6,8 213:8
215:7 217:14,
16 220:6
222:10,20
223:6,14,22
225:8,17
226:3,20
229:12 231:2
233:7,10,22
234:12,20
236:5,17
237:12,21
240:21 242:10
243:21
247:12,25
251:1 252:1
254:12 255:1,
2,4,23 257:10
261:10 263:23
264:5,13
266:8 269:3
272:14 274:5
276:7 279:22
280:1,5,8
282:8,22
284:23 288:4
**buy** 15:11,14
21:10,11
37:3,18,21
44:18 70:21,
22 71:8,11
100:24 101:8
157:22,23,24
158:14,18
184:17
251:11,14
**buying** 150:4,
12,14,20

**Buzzfeed** 9:8,
17,19,20,21,
22 24:6 190:9
192:20,24
193:6 210:20
211:1 217:4
**BV** 84:6,8
103:16 104:3
229:5
**by** 9:6 10:15
11:10,22
12:17,20
14:22 15:2,6,
15,19 16:7,24
17:7 19:1
20:21 21:24
23:15 24:18
25:17 26:4
27:13,18
28:17 29:5,6,
18 30:24
31:7,21 32:24
33:6,15,20
34:2 35:1
36:1,25 38:1,
10 39:18
40:4,8 41:5,
21 42:3,22
43:2 46:1
47:1,8,18
48:21 49:16,
19 50:6 51:1,
8,15,25
52:20,22
53:1,7,9,14
54:1,6,20
55:20 56:4,22
57:2,11,15
58:21 59:4,14
60:7,10,16
61:7,11,18
62:21 63:21
65:6,25 66:4
67:5,24
68:12,19
69:13 70:22
71:11 72:3
73:8,16,20
74:1 76:7,14,

21 77:16,21
78:10 79:9
81:2,23
82:12,15
83:8,13 84:6,
16 85:3,7
86:16 87:6,
11,24 88:2,24
89:7,13,21
90:4,21 91:15
92:5,15,22
93:6,16 94:9,
19,23 95:6
96:10,19
97:17,24
98:4,10,13
99:18 100:1,
18 101:2,17,
23 102:6,17,
21 103:1,6,7
104:3,8,12,23
105:2,12,16,
21 106:4,10,
15,16 107:3,
6,20,23
108:2,10
109:1,24
110:8,25
111:5,16,23
112:10,17,21,
25 113:5,11
114:3,7,10,
15,22 115:6,
10,25 116:6,
10,15,25
117:4,20,21
118:14,18,19,
22,25 120:1,
7,17,24
121:3,8,23
122:12 123:6,
23 124:6,8,17
125:11 126:1,
13,21 127:5
128:2,14,25
129:1,8,12,23
130:1,4,12,
19,23 131:5,
12,21 132:12,

20 133:15,19,
24 134:22
135:14,23
136:18 137:18
138:1,7,11,
16,20,24
139:4,9,14,21
140:3,8,12,
13,20,25
141:1,7,20
142:4,10,12,
14,23 143:10
144:6,13,23
145:6,19,22
146:4,21,22,
25 147:7,12
148:5,9,20
149:2,10
150:1,2,9,17,
21 151:1,6
152:5 153:4,
10,16 154:2,
11,20 156:5,
12,17,20
157:14,20
158:4,11,17,
21 159:18
160:9,12,18,
24 161:21,25
162:7,19,25
163:15 164:4,
12 165:4,20
166:10,22
167:2,4,16
168:3,17,25
169:5,8
170:3,13,23
171:16,24
172:20
174:13,20
175:4,18,22,
25 176:3,23
177:2,7,16
178:2 179:20,
23 180:2,13,
15,22 181:1,
4,15,22
182:6,19,23
183:14 184:23

185:3,15
186:14,24
187:6,12
188:6,14,23
189:1,25
190:5,19
191:3 192:11
194:1,3,17
195:15 196:4,
20,25 197:14,
15,24,25
198:12 199:4,
13 200:6,18,
25 201:3,16,
23 202:4,12,
21 203:4,13,
20 204:2,8,14
205:15 206:5,
20,25 207:14,
22 208:6,20
209:7,11
210:2,8,18
211:15,17
212:18,23
213:3,10
214:6,10,17
215:1,3,12,24
216:14,23
217:17,21
218:20,24,25
220:8,12
221:8 223:10,
17,21,23
225:12,15
226:13,24
227:6,24
228:4,12
229:12,22
230:1,11,24
231:3,15
232:6,16,21
233:13,20
234:5,22
235:5,16
236:1,5,8,12,
19,23 237:2,
12,19,25
238:3,9
241:10 242:9,

24 244:8,12,
20 245:14,22,
23 246:13
247:5,12,18
248:7,10
249:11
250:11,15,20
251:1,5,11,
13,14,23
252:4,8,14,23
253:13,19,25
254:3 255:22
256:6,14,19,
24 257:13,18
258:6,7,14,
18,19,25
261:3,15
262:1,6
263:6,15,25
264:7,9,15,20
265:3,5,13
266:17 268:3,
10,18 269:5,
9,10 270:3,7,
15,25 271:5,
10,14,15,19,
22 272:1,17
273:5 274:5,9
275:3 276:4,
10 277:1,8,
11,15,19,23
278:5,12,18
279:9,16,22
280:1 281:2,
12 282:1
283:4,8,14,
18,24 284:3,
8,14 285:3,
14,24 286:16,
22 287:1,10


_____

C

_____

C-O   27:9
C-O-L-L   27:8
C-Y-P-R-U-S
 17:6
calculation
 187:17

California
 118:7
call   178:2,6,
9,12,13,14
259:4,15
261:17,19
284:23 287:15
called   13:3,
12 31:20
39:19 43:8
65:14 68:19
75:9 100:12
106:20 108:3
112:11 114:23
116:1 127:6
169:16 175:12
228:1 230:5,
22 235:9
258:19 259:8,
9 263:23
268:21
calling
 239:18
240:15,17
calls   76:7
101:25 249:2
came   36:15
43:12 183:8
207:3 268:19
279:17 280:5
campaign
 230:6,7,25
243:21 246:20
can   10:23,25
11:1 14:19
15:4,10 16:10
20:18 21:21
25:19 27:3,15
28:11 29:8,10
30:22 31:3,6
32:2,4,21,25
33:3 35:2,24
37:15 38:10
40:2,6 41:19
42:6 43:20
45:12 47:16
48:16 50:24
53:3,12 58:7,
13 60:8,15

61:4,16 64:25
68:6 69:16
70:3 71:20
72:16 73:5
77:3 78:9,17,
20 83:11 85:5
87:4 88:25
89:5 90:13
92:20 95:21
96:15,21
97:15,17,21
99:15 102:7,
24 103:4
104:12,21
105:10,19
106:2,7
107:16 109:9
110:23,25
111:1,3,7,12,
15,18,21
112:8 113:2
114:17 116:8
118:16 120:4
122:5 123:6,9
124:17 126:2
128:5 129:10,
21 130:11,17
131:18
132:16,17
133:22 136:7
145:14
151:12,13
153:22 156:2
157:1 160:8,
19,21,22,23,
25 162:1,16
163:6,10
164:1 165:15
166:8,19
167:23 169:25
170:19 171:7
172:10
175:13,24
176:6 178:5
184:5,17
185:20 191:23
192:3,5,10,
11,19 193:3,
10 194:21

195:1,5,15
196:11 197:1,
5 199:2
200:16
202:19,24
203:11 205:10
206:18 207:10
208:9,15
210:5 211:25
212:17 215:6,
22 216:12,16
219:20 222:18
225:20,23
227:2,8
229:22 230:7
232:4 233:17,
23 234:2,3,
20,22,25
235:1 237:25
242:19 245:9,
19 247:2
250:16 252:15
255:4,6,20
258:17,23
259:16,18
261:1 262:19
263:21 264:6,
12 265:4,10
266:14 267:18
270:17 274:2,
7 275:25
276:3 279:1,
20 281:16
**can't** 19:24
47:13 51:20
55:7 75:18
78:12 101:11
120:11 123:1
160:16,24
183:5 197:2
228:7,25
262:13 277:17
**cancel** 191:25
192:4,6,10,
12,16 194:14,
17,18 195:20,
25
**canceled**
193:8,11

194:22 195:2,
4,16 196:2,
12,19 197:1
198:8,15
**cannot** 14:24
40:11 44:18
46:9 51:19
62:9 65:18
127:2 159:6
160:21 167:21
183:17,24,25
184:4 189:23
198:5 201:9,
21 212:16
221:6 222:23
234:19,20
278:9 283:12
**capital** 36:2,
8,15 37:1
117:6
**capitals**
276:2
**card** 49:19,24
176:8
**care** 118:22
142:4 164:16
**careful** 202:5
**case** 9:7
24:23 25:14
40:5 106:8
114:9 171:3,
12 197:14
209:15 213:8
216:24 223:8
227:3 240:5
277:7
**cases** 240:3
**cash** 276:20
**caught** 209:22
**cause** 58:16
**center** 31:9,
12,14,19
45:24 177:12,
18 187:24
188:2,7,18
192:22 194:10
241:13 286:2

**centers**
30:15,20
31:2,7,21
**CEO** 27:24
28:1,2
183:14,16
249:20 250:5
**certain**
43:19,22
**certainly**
43:23 140:9
174:13
**cetera** 119:15
226:4
**chance** 249:12
**change** 37:9
87:16 209:19
227:18 234:14
**changed**
209:16,21
268:5
**changes** 209:3
**changing**
267:20 268:4
**channel** 69:19
**charges** 17:8,
11
**Charles**
169:9,12
175:5
**cheating**
120:20
**check** 32:18,
19,24 35:2
58:7 196:20
226:5 233:18
276:20 277:11
**checked**
216:3,19
**checklist**
33:1
**Cheryl** 241:20
**Chicago**
255:18
**chief** 105:23
263:10

child   119:16
120:19 129:18
155:3
choice
124:12,14
choose   156:21
chose   271:9
279:25
Chronopay
108:3,5
113:21
Chronopay's
105:23
Chuck   208:3
CIA   268:21
cities   80:19
citizen
16:14,16
266:11
Citizens
268:12
city   17:21
22:6,12
claim   37:17
40:17 196:10
216:21 275:13
clarify   226:1
clear   50:13
125:20 173:22
255:9
clearer   167:2
clearly
219:13 288:2
clever   80:20
client   118:8
170:17,21
171:9,10
176:6,8
178:18 192:3
195:7 196:25
236:15 241:14
client's
173:17 174:2
clients
192:5,7
195:7,9
196:21,23

223:7 226:18
237:7,8
close   22:12
45:4 173:16
194:7 239:7
240:3 273:18
274:5
close-up
136:20
closed   239:25
240:1 280:3
closely
147:15 148:10
282:23
closest   28:11
closing   288:4
Cloud   255:5
club   45:2
co-owner   39:2
coincidence
156:17,23
157:5,6,10,
11,12,14,18
coincidentally
156:14
colder   199:21
collocation
27:6,11,12
31:17 35:9
collocations
26:21
colony
115:17,19
column   57:13
79:12 90:22
93:19 95:7
96:17 106:15
129:2 144:21
combined
248:23
come   16:15
21:3 24:10
38:18 64:19,
24 117:14
149:16 156:6
170:16 181:22
183:6 212:19

215:3 219:17
232:14 239:7,
8 257:21
comes   144:1
170:15 233:2,
10 237:15
comfortable
151:14
coming   21:19,
22 239:5
comment   47:13
51:19,20
155:10 198:5
258:23 260:17
281:3
commented
120:18
comments
120:15 252:21
257:8,9,22
284:24 287:18
Commercegait's
158:5 159:9
Commercegate
14:7,9,14,16,
18 15:3
70:12,16,19
71:6,8,11,22
96:18,19
100:17,18,24
101:6,8,12
157:22,25
158:1,4,18
159:4,19
160:5,11
161:3 162:17
163:1 168:12,
14
Commercehouse
162:25
commerces
236:24
Commercial
275:7 279:17,
18
commission
118:19 129:3,
8 130:2

143:14 145:1
232:18
commits   188:7
committed
178:19 279:11
committing
177:3 206:17
233:16
common   80:19
105:14 132:5,
21
communicating
269:12
communication
23:24 188:23
193:6 194:9,
11,12 253:17
259:13 260:5
263:23
communications
22:15 23:25
24:1,2,16,19
25:18 185:10
240:25 253:20
259:11 282:18
community
21:13
commuting
105:16
Comp   258:2
261:6
companies
13:24 39:2,11
41:15 45:22
59:19 99:14
101:9,10
119:17 131:6
153:16 160:5
161:11 164:3,
5,22 165:17,
18 167:11,18
186:19 187:20
198:1,13
201:11 207:12
233:18,20
234:17
237:10,13
251:20 252:4

282:19
**company**
13:12,17,18,
20,21 14:1,14
18:6,7,18
20:15 25:9
28:7 29:12
31:20 33:22
36:9,13,18
37:12,16,22
39:5 41:4,24
44:1,11,19
45:1,6,15,21
46:5,6,12,15,
17,21 47:4,
19,20,23
50:16 69:22
70:8 82:24
83:6,12 84:6,
8,9 85:6
92:21,25
94:22 96:24
97:13 98:8
101:14 102:21
103:3,7,11,
15,16 108:6,8
117:8 128:6,
8,10,11,13
131:7,10,12
144:3,5
145:21 151:23
152:17 155:15
156:8,9
157:15 158:6,
7,15 159:10,
11 161:4,5,8,
14,19 162:18,
23,24 164:2
165:12 166:20
168:19 169:13
183:14 184:17
189:22 192:22
193:5 195:9,
13 196:17,24
201:17 203:9
205:12 207:13
215:18 216:17
219:7,15,23
222:6,21

223:15 225:4,
20,23 229:14
232:1,24
239:10,12
241:13
247:14,16,20
249:20,21,23
250:2 251:8
254:9 258:1
259:1,3,4,9,
10,18 262:2
265:5,6,16
266:3 267:10
268:11 269:11
275:6 279:10,
25 280:1,3
**comparable**
21:14
**competitors**
105:23 106:6
**complaining**
44:16
**complete**
263:16
**completed**
211:7
**completely**
167:22 195:12
208:24 209:12
222:25 223:7
**compliance**
266:5
**complicated**
55:13
**comply**   267:14
**composite**
242:7,9
**computer**
26:10 111:2
112:16,17,22
113:1,6,10
**computers**
25:10,13
110:13,17
112:1 130:20
**concern**
120:21,24
184:23

**concerned**
263:16
**concerns**
169:16
**conclusions**
202:8,9
**conduct**
211:19
**conducting**
125:14,21
**conference**
19:11,13 49:8
56:9,18,20
57:4,6,8 60:2
63:1 64:7,17,
25 65:14
66:8,9 67:25
68:4 70:16
73:15 74:15,
24 76:11,13,
22 77:8,12
78:6,22 89:3
91:8 94:21
126:17,20
127:18 132:4
254:5,14,21,
23 255:2
**conferences**
56:7,10 59:6,
18,22 60:1,7,
14,17,25
61:15 62:10,
22 64:9 65:15
69:9,12 76:9
77:9 153:18
272:4
**confidential**
280:20
**confused**
186:24 188:9
**congratulating**
125:8
**connect**   136:8
257:23
**connected**
172:1 239:16,
20 241:1

**connection**
48:5,10
139:18 202:6
237:7 258:1
261:5 273:21,
24
**connectivity**
208:16,19
234:17 237:7
273:22,25
**connects**
136:9
**Considering**
282:18
**consistent**
240:20
**consultation**
18:6 36:21,24
**contact**
176:21 246:19
248:2,14
**contacted**
170:18,22
179:19,22
258:9
**contains**
211:20
**content**
129:17 136:8,
18 145:24
146:2,4
147:4,6,7,8
150:1,4,20,21
151:23,25
153:10
161:11,22
224:24 251:17
**context**   85:9,
11
**continue**   19:2
147:20 240:7
252:13,15
265:24,25
**contract**   34:3
35:11,14
192:4,7,13
193:14 194:22
196:12

contracts
  34:7,11,13
  101:13,16
  191:25 192:16
  253:20
control   47:19
  111:1 129:18
  179:11,16
  222:23 236:23
  237:3 263:14
  264:2 268:20
controlled
  111:25
controversy
  181:6
conversation
  198:3,5 219:5
  254:10
conversations
  181:23 212:21
  256:10
convicted
  105:22 106:5,
  9,10 155:3
  277:2,5,8,14,
  20
COO   169:15
cooperation
  282:17
Coops   131:16
  134:12 135:1
copied   188:22
  189:1 242:15
  253:1 256:14
copies   270:17
copy   58:6,8,
  11 88:25
  102:16 169:9
  200:7 207:1,
  24 224:23
  259:13 262:23
  283:23 288:25
copyright
  221:22 222:4,
  9 224:11,12,
  19,21
copyrighted
  221:13 226:22

core   136:19
Corp   118:7,
  11,15,18
corporate
  13:20 45:22
  46:5,6,15,17
  156:7,9
Corporation
  120:2
corporations
  24:22
correct   10:6,
  23 22:3 26:6
  28:25 30:9,10
  31:23 36:9,10
  37:22 39:22
  41:6 44:15,17
  47:22 48:8,
  10,25 49:22,
  24 50:1 51:3
  52:9,10,12,
  14,15,23,24
  54:13 57:9
  59:15 62:12,
  24 66:17 68:1
  69:6 75:11
  76:2,3,17
  80:3 83:14
  88:13 89:17,
  21 90:6,10,12
  91:2,8 92:19
  93:2,6,25
  94:13,14,16
  95:3 97:19,25
  99:10 100:9
  101:3,4,7,19
  103:8 104:5
  105:3,18
  106:25 107:15
  115:5 119:6,
  11 123:20
  124:6 125:22
  127:8 133:10
  137:7 138:12
  146:14 147:9,
  11 148:2,4,12
  153:3,12
  163:5,20
  165:11 167:5,

7 169:10,11,
  17 170:14
  173:1,2
  174:16 175:9
  176:24 177:19
  178:17,21,24,
  25 179:4
  180:17 183:17
  185:5 188:22
  191:6,15,16
  192:18 200:8,
  9 201:4
  203:12 207:1
  208:14 211:5
  214:18 216:25
  217:4,8,19,22
  220:13,19
  221:10,11,15
  234:23
  235:10,13
  243:22,23
  244:15 245:6
  246:19 247:1,
  10,13,21,24,
  25 248:8,10,
  18,22 255:3,
  19 256:15,16
  257:5,15,19
  258:16,21,25
  259:8 262:3,
  6,9,11 265:6,
  9,16 266:19
  267:8,13,17
  268:25 269:13
  275:14,15
  276:17 277:3,
  14,16 278:1
  280:7 282:4,
  10 284:2,20,
  22 285:4,7,8,
  12,16
correction
  140:10 151:21
correctly
  28:12,16
  34:21,23
  36:13 62:14
  98:14 124:23
  128:16

correspondence
  288:1
cost   246:21
could   14:10,
  12 18:11
  19:17 26:11
  38:5,9,23
  40:3 44:12,22
  48:1 49:17
  50:11,20,22
  53:25 54:16
  56:6 57:8
  63:23 69:1
  72:3 74:16
  75:7 79:17
  81:2,9,20,22
  82:18 83:23
  88:6,15 90:21
  91:18 93:16
  95:6 100:10
  101:17 102:3
  110:14 111:23
  112:10,13
  113:17 115:25
  118:25
  121:24,25
  131:2 135:11
  137:10,24
  148:7 149:10
  151:11 153:3
  157:2,3,6,8
  167:12 170:10
  171:23 176:21
  178:9 179:18
  185:16 186:7
  190:6 191:1
  193:18 210:18
  221:20 224:14
  227:6 228:24
  229:11 230:19
  232:20
  242:11,25
  244:2 249:16
  252:13 254:7,
  13 256:4,7
  257:6 263:9
  264:2 265:25
  267:11 279:7
  282:12 284:10

couldn't
177:21 256:9
counsel 9:15
24:17 87:12,
13 212:22
227:10 288:22
count 44:7
51:14,15
188:21 189:20
217:16
counted 189:6
countries
16:14,16,17
80:19 164:23
165:4,7,20
166:1
country 45:2
204:8 275:20
county 275:23
couple 115:15
221:13,23
222:11
224:10,19
course 25:2
29:23 47:24
55:23 74:17
103:20 149:5
179:15 182:22
183:20 185:2
191:19 197:6
204:3 213:9
256:5 278:17
court 9:9,11
10:1,8,13
12:16 14:21
15:12 16:20
17:3,5 18:11,
15,25 21:21
23:1,5,7,11
26:14,16,18,
22 27:1,5,11
29:11,14
31:18 33:25
34:22,25
35:19,23
36:23 37:13
41:1 45:18,
20,25 46:20

56:24 57:1
65:4 67:4,14,
17 68:8 69:10
72:1 76:12
81:19 84:25
85:2 86:15
89:19 90:16,
20 92:1,4
101:15 108:7,
9 122:8
124:13 126:18
128:11 131:8,
11 143:6
145:25 146:3,
15,17 147:5
150:13,16
151:24 152:4
156:11 157:23
158:3 159:17
160:17,20
161:20
163:10,14
167:1,3,23
168:22,24
170:19 171:7,
14 176:11
180:10 182:1
184:19,22
188:25 189:12
190:18,25
195:22,24
197:21 198:20
200:24 203:17
205:23 208:18
211:12,14
214:2 215:9
218:6 220:2,4
223:3 225:11,
14 240:3,5
241:9 245:9
256:23
257:12,16
258:11,13
261:13 267:21
268:2 271:12
272:25 273:23
275:22 276:23
277:7 282:24
285:18 288:22

covers 89:2
crash 113:21
crazy 192:22
create 65:8,
10 110:16
144:18 145:6
249:21
created
103:18 132:10
136:12,14
139:3 140:24
142:11 145:21
155:11 213:13
246:6 254:9
262:1
creating
251:8,9
credit 49:19,
24 176:8
crime 107:6,
20 202:6
criminal
17:8,10 118:9
130:6 192:21
193:1 238:21
240:4 277:2,
5,8
criminals
106:20 193:6
277:20
Crossing
119:17
Crowdstrike
212:9
Crutop 79:23,
24 80:1,2,6,
10,12 81:24,
25 82:4,6
89:23,25
91:7,12,19
97:18 101:18
105:9 106:17,
20 107:3,6,14
Crutop.nu
91:17 95:3
105:6
Custom 232:1

customer 27:4
49:21 174:2
175:16 176:20
180:6 184:3,
17 187:4
193:4,10,16
194:21 195:4,
16 196:12,19
200:14 203:25
204:7 206:3
208:6,20
223:5,15
224:24 225:5
226:25 227:3
234:15,16
237:9 267:23
273:10,11
283:11,12
customers
26:19,20
34:2,6 36:4
171:5 184:1,
12 188:19
190:19 191:24
192:16 193:2,
7 195:2,18
196:22 203:21
204:4,10
206:16 223:9
230:3 266:3
267:14,19,22
customers'
55:4,8
cut 191:8
206:16
Cutler 256:7,
8,20
cyber 107:6,
20 118:9
202:6
cybercrime
105:6
Cyprus 17:2,
4,6 20:21
21:11,13
43:13 44:11
62:23 68:16
90:6 115:17,
18,22 116:16

165:22,24
166:2,17
239:5 250:20
285:20

---

**D**

---

daily   238:22
Dallas   31:9,
11,14,19
177:12,17,19
194:9
damage   40:10
184:8 205:7,
8,15 233:4
238:11 240:21
249:23 250:2
damaged   190:9
damages   39:20
40:5,7,13,15
197:16,25
238:10 249:18
dangerous
119:14 177:10
data   30:15,20
31:2,7,9,11,
14,19,21
45:24 118:6
177:12,18
187:24 188:2,
6,18 192:22,
23,25 198:4
241:13 250:1
266:7,10,11
267:6,12
268:12,24
269:1 273:21,
24 282:24
databases
208:22
date   49:3
70:23 71:12
77:5,13
180:11 181:9
200:11 210:22
211:7,9
228:18,20
286:2

dated   269:21
dates   163:18
166:15 242:11
daughter   48:4
day   9:2 24:8,
9 52:13 118:1
192:20 195:12
240:13
day-to-day
34:20 196:6
229:19 232:10
days   21:4
48:24 49:5
163:8,12
240:15
deal   25:25
117:9 206:3
241:4 247:23
254:14 277:23
dealing   47:2
77:10 195:17,
18 206:12
278:1
deals   94:9
189:25 201:17
254:4
dealt   141:25
230:4
Dear   66:5
decade   71:15
decaying   45:1
December
172:24
173:11,19
174:14 175:5,
8 178:16,22
183:4,10,16
186:16 190:15
191:4 200:10
216:6
decide   24:5
46:15 147:22
decided   91:23
120:5 200:13,
18 212:19
213:23 219:23
decides   86:25

decision
45:23 46:16
175:12 183:24
184:2 212:24
213:17 222:6
decisions
202:15 218:3
229:21
defendant   9:7
defendant's
37:24 42:19
52:1 54:18
55:18 62:19
63:18 66:2
68:10 73:24
74:8 76:5
77:14 79:6
82:9 87:22
89:11 90:2
92:13 94:7
96:8 97:22
102:4 104:10
106:13 107:25
110:5 114:20
117:2,18
121:21 124:15
125:24 126:11
127:25 128:21
131:3 135:12
137:3 143:24
145:9 146:19
151:9 153:25
154:9 169:6
179:25 181:2
186:12 199:18
206:22 207:19
210:15 214:7
220:9 231:12
242:7 246:11
248:24 254:1
255:25 263:3
265:11 266:15
268:8 269:7
270:5,13
271:2,24
272:15 273:3
280:14 281:21
283:19 284:6
285:1,10,22

286:14 287:8
define   181:11
defraud
174:16
degree   220:24
degrees   17:22
Del   30:7,8
delete   24:25
224:24 225:1
deliberate
200:4
deliberately
287:7
deliver
208:12
231:20,24
demands
268:11
Demetri
109:13,14
democracy
237:14
democratic
50:15 53:5,
11,19 193:1
219:13 237:15
denial   112:12
deny   68:24
denying   140:8
department
192:2 206:13
216:7 217:17
depended
192:20
depends
133:25 134:1,
2 139:24
188:17 191:22
Depicto
275:7,9
279:17,18
280:6,8,11
deploy   265:20
deposition
9:6 16:8 20:5
217:15
260:11,24

April 30, 2018

21

287:25 288:4,
11,13,15
**describe**
26:8,11
**described**
216:8
**describing**
212:7
**description**
105:8
**designating**
280:19
**designed**
113:20
**Despite**  41:24
**destroy**
196:14,15,16
**destroyed**
196:11
**detail**  32:2
130:16 190:2
**details**  45:12
106:11 109:4
114:2,9
135:18 159:21
164:18 166:9
170:6,9,11,
12,13 177:14
183:2,7
185:14
189:19,23
192:1 196:5
197:3 201:9,
22 213:18
215:7 223:9
274:1 276:7,9
**detect**  55:14
**determinations**
48:19
**determine**
153:13 208:23
233:15 234:7
264:15
**DHS**  220:17,24
**dialer**  135:6,
24 136:8,9
**dialers**
135:15,17

**did**  12:7,9,20
13:14,16,23
14:9,13,16,18
15:6 17:19,22
18:2 19:1
20:4,21 21:18
23:17,23
24:5,12,19,25
25:12 35:19
36:1,5,23
37:3,5,9
38:11 40:16
42:17 43:15
47:23 49:4
50:14,15
51:15 52:25
53:8,14,18
54:1,5,8,13
57:2,3 59:6,
17 60:1,16,21
61:14 64:11
66:12 69:13
70:16,19,22
71:5,8,11
74:4,6,14
77:12 80:12
85:16 89:7
93:6,11
100:18,22,24
101:8 103:18
106:4 108:2
110:1 114:3
117:9,12,14
118:14 119:11
120:1 121:5
129:23 130:12
131:12,14,21,
25 132:2
134:13 138:11
140:13 141:2
142:6,18,24
143:2,18
144:9 145:6
147:22
149:12,17
151:5 152:7,
18 153:18,21
154:11,14,25
155:3,14,19

156:12
158:14,18,24
159:3,4,9,11,
18,19 162:7
163:24 164:7
166:5,10
168:17,21,25
169:3 170:23
171:16,20
173:6,16
176:19 178:2,
6,9,12 179:5,
20 180:23
181:16,19,22
182:9,19,23,
25 183:3,9,
19,21,23
184:23 186:4
189:4,21
190:7 191:20,
24 192:15,25
194:14,17
195:3,20
196:14,15
198:6,12,17
199:4 201:7
202:12 203:1,
2,14 205:8,24
206:1 207:3,
5,9 210:6,25
211:23
212:10,14,18,
19 213:10,13,
20 214:11
215:12,24
216:2,18
217:24 218:1,
20 219:2
220:6 222:3,
23,25 227:24,
25 236:14,16
238:25
243:13,16
244:8,16
254:20 255:12
256:19 257:4,
7,9,21 259:4,
10,15 261:17
267:21 273:18

274:5,15,17,
25 275:3
276:10,16
278:15,18
279:19 280:4
285:8 286:11
**didn't**  12:23
22:4 25:5
26:4 50:19
54:6,25 60:5
89:16 100:21
132:13 144:14
170:13 180:14
195:3 199:10
201:2 216:14
220:5,6 246:5
247:5 248:3,
6,7,11 256:24
266:8 277:11
278:13,22
280:6,8 287:6
**die**  163:17
**died**  163:19
**Diesel**  105:5
**difference**
58:19 141:15
**different**
11:23 13:22,
23 17:25
20:1,2,15
26:19,20 27:3
51:4 56:17
61:21 64:19
65:11,17
80:19 86:14,
17 133:23
134:5,6
142:12 164:22
209:13 219:16
242:11 269:23
**difficult**
149:18 158:22
211:23
**dig**  281:25
**digging**
281:16
**digital**  181:8

| | | | |
|---|---|---|---|
| diligence<br>120:2 130:12<br>275:3<br>Dimitry 270:7<br>dinner 78:5<br>DIRECT 10:14<br>directly<br>279:19<br>director<br>189:11,13,14,<br>16,17<br>directors<br>24:21<br>disadvantaged<br>45:5<br>disaster<br>182:20<br>disconnect<br>203:2,3<br>204:1,9 206:3<br>disconnected<br>204:2,3,4<br>disconnection<br>261:16<br>discovery<br>33:14 73:6<br>194:25<br>discuss<br>107:12<br>discussed<br>201:15<br>discussion<br>204:9<br>discussions<br>57:24 58:4<br>106:23<br>disk 171:9,<br>18,19 172:1,<br>5,10 177:23<br>disks 177:24,<br>25 178:3,7<br>dispose 14:9,<br>13<br>disreputable<br>118:9<br>distributed<br>112:12 | distribution<br>129:16<br>District 9:9,<br>10<br>disturb<br>278:22<br>disturbing<br>47:10,12,15<br>divest 162:7<br>Division 9:10<br>divorced<br>271:20<br>DNC 212:8<br>DNS 235:18<br>do 10:4,7,9<br>11:18 12:8,<br>17,25 13:3,5<br>15:9,15 20:4,<br>11 21:24<br>22:2,15,23<br>23:4,15 25:9<br>26:2,12<br>30:15,17,20,<br>24 31:2 32:4<br>34:2 35:4,13<br>36:24 38:12,<br>15,19 40:11,<br>17 41:13<br>43:6,12 44:25<br>46:1 48:12<br>49:19 50:17<br>51:11 52:25<br>53:6,8,13,15,<br>16,17,19,21<br>54:4,5,7,8,9<br>61:2 63:1,4,<br>21,25 64:15<br>65:16,18 66:8<br>69:4,18 72:20<br>75:4,10 77:7,<br>19,21 78:22<br>79:8 80:1<br>83:19 89:13<br>91:16 95:18,<br>25 96:14<br>100:3 102:13<br>104:16 109:14<br>110:19,25 | 111:5,7,12<br>113:15 114:7<br>116:12,21<br>118:22 120:1<br>121:6 122:15,<br>22 123:14<br>124:22<br>126:14,25<br>127:3,10<br>128:9 129:5<br>130:11,12<br>131:21 137:1<br>142:21,24<br>143:1 146:18<br>147:3,20<br>152:18,23<br>153:4 154:2,5<br>155:23 156:3<br>157:5,21<br>159:6,22<br>160:4 162:23<br>164:20<br>165:12,14,17,<br>18,20 166:17<br>167:4,16<br>168:3,8,10,12<br>170:5,23<br>178:14 179:5<br>180:15,17,24<br>182:15 186:17<br>187:13 193:1<br>196:23 197:1,<br>2 199:13,20<br>205:22 209:9<br>210:22 211:24<br>212:19,22,24<br>213:3,9,14,<br>16,19 214:22<br>215:24 216:11<br>217:24 218:1,<br>20 219:9<br>220:21 221:1<br>222:3 224:12,<br>21 225:6<br>226:24,25<br>227:25 229:4,<br>21 231:9,15<br>232:17,21<br>233:1,9,13 | 234:3,20<br>235:1,5<br>236:15,20<br>238:3,18,22<br>239:1,6 240:7<br>243:3,21<br>244:23 246:8<br>251:9,25<br>252:8,12<br>257:7 259:16,<br>18 260:2<br>262:25 263:14<br>264:14 265:10<br>269:18 270:7,<br>15 271:1,6,8<br>272:1,3,9,12<br>274:9,11<br>275:3,25<br>276:12,14<br>277:19 278:12<br>279:15,19,23<br>281:2,5,13,<br>16,17 283:15,<br>16 286:4<br>287:6<br>document<br>38:1,9 40:1<br>44:6 56:4<br>57:8 61:10<br>63:21 90:5<br>92:15 108:20<br>201:5 210:19<br>214:18 242:14<br>246:6 254:13<br>255:16<br>256:12,17<br>269:6 270:4<br>284:9 286:25<br>287:1 288:14<br>documents<br>103:23,25<br>137:8 242:5,<br>17 249:12<br>253:14 254:4<br>260:1,11,13,<br>19,20,21<br>does 14:3<br>22:9 26:12<br>29:22 31:7,9, |

14,25 35:16
69:20 83:2
85:3,18,23
91:10 94:19,
23,24 95:13,
18 97:4 102:1
104:3 110:16
122:22 123:25
124:2,8
127:17,20
135:24 136:8
137:24 144:23
145:12 147:3
149:13 152:25
153:13 157:20
161:13,21
164:15 168:14
180:19 185:4
189:18 203:23
208:8,11
209:1 210:22
212:2 221:17,
19,24 222:13
223:6 235:15
236:16 243:6
**doesn't** 14:7
46:11 47:10,
12,15 49:15
58:9 73:17
94:23 104:13
108:21 124:10
132:22 133:7
149:24 215:3
219:10 226:10
235:23 237:15
246:2 269:15
**dogs** 149:15,
17,20
**doing** 18:5,8,
13 23:24
36:7,21 83:4,
6 87:5 95:5
114:8 119:22
120:6 124:3
125:1 159:1,
10 165:16
168:20 174:8
175:17 183:13
187:19

189:15,16,17
196:6,7,20
200:15 204:7
226:19 237:10
240:11,18
250:3,21,25
251:4 252:22
267:16
**Dolan** 52:8
169:9,12
175:5,7 179:1
180:14,23
181:5,23
186:15,21
187:9 200:7
201:24 207:1,
6,24 252:24
253:15,21
258:7,9
269:12 282:3,
6,9
**Dolan's** 52:21
**dollar** 45:1
**dollars** 159:8
188:17 190:1,
4 191:12,13
**domain** 32:9
**domestic**
268:23
**Dominican**
16:25
**don't** 11:1,
12,14 12:22,
24 14:17 15:7
16:5,12,13
17:15 19:20,
22,23 20:3,
12,17,20 21:5
22:12 23:18,
19,22 24:24
25:2,4,19
26:2 27:16,18
28:5,6,8,10,
22 29:4,9,13,
19,20,21,25
31:1,8 32:13,
18 33:17,18,
21 34:8,13,15
35:12,17 36:3

37:18 38:7,
14,17,18 39:9
40:9,14 43:9,
17,18 44:16
45:10 46:4,14
47:1,2,9,11,
13,17 49:3,7,
25 50:9,17
51:22 52:3,19
53:6,13,16,
17,19 54:9
57:5,12,16,22
58:1,22
59:10,13,23
60:2,11,13,22
61:17,23
62:13,16,18
63:8,11,14,
16,22 64:24
65:13,15
66:1,13,16
67:5,9,18,22
68:5 69:15,
21,24,25
70:9,18,23,
24,25 71:12,
14,16,23
72:17,23,24
73:2,7,10,23
75:1,2 76:10
77:4,5,23
78:7,8,12,14,
15,24 79:2,5,
10,14,25
80:11,15,16
81:1,10 82:1,
2,7 83:22
84:11,13,15,
22,23 85:7,
11,14,19
86:23 87:10
89:24 90:1
91:22 92:5
93:8,10,14,15
94:5 95:10,
14,15,19,24
96:6 98:1,19,
24 99:7,20,21
100:2,6,15,23

101:9,13
102:11
103:12,13
105:11,12,20
106:3,8,11
107:2,5,7,10,
13,17,22,23
108:14,15,16
109:4,10,11,
15,16,17,23
110:15,18,24
111:14,16,22
112:9,14,21
114:2,9
115:23 116:14
117:10,16
118:13,17,21,
22 119:25
120:8,13
121:9,10
122:2,3,10,
12,14 123:8,
17 124:9,25
125:2,5,6,10,
15,17,19
127:4,16,21,
22 129:11
130:5,15
131:15,23
132:20 133:4
134:9,14,17
135:4,5,7,18
136:4,12,14,
25 138:10,11,
14 139:24
140:16,19
141:5,7,9,17,
20 142:4
144:8,15,16
145:8,17
146:23 147:1
148:14 149:1,
3,8,14,19,23
152:8,20
153:20,23
157:7 158:10,
13,20,22
159:20 160:3
161:8,12,13,

19 162:5,20
163:7,8,18,22
164:17,18,25
165:6,7,25
166:9,14,20,
25 168:16,20
169:4,21
170:1,3,6
171:18,20,25
172:9,13
173:9,14,20
174:18 175:21
176:21 177:6,
14 180:9,11,
16,22 181:24
183:2,7,8,12
185:6,9,14,
22,23,25
186:6,7,16
187:4,8,11,
12,15,16
188:3,5,12,21
189:6 190:4
192:1,13
193:1,3,9
194:10,16,18,
19,20 195:25
196:3,5
197:3,20,22
201:5,8,10
202:3,11,20
203:8,19
204:5,13,14,
15 205:2,3,4,
6,21,24
206:9,19
209:9,20
210:24 211:8,
9,11,13
212:1,4
213:7,24
214:16 216:2,
4 217:16
219:3,20,23,
25 220:22
221:2,20,21
223:11 224:8
225:8 226:9
227:9 228:17

229:13 230:9,
11,19,21
231:2,3,6
232:5,9
233:9,22
234:14
235:15,21
236:4,6
237:1,18,19
238:5,21,22
239:1,6
240:16 241:2,
5,17,19,20,22
242:3,16
243:4,5
244:2,7
246:1,4
248:12 249:13
251:25 252:12
253:2 254:18,
25 255:3
256:9 257:1,
10 260:13,22
261:9,19
262:18,20
263:18,23
264:4,6,13,17
268:17 269:3
270:8,10,16
271:4,17,19,
21 272:19,23
273:6,19
274:14,18
275:2 276:7,8
277:10 278:3,
20 279:14
283:4,7,11
284:23,24
286:6,8
288:3,9
**donate** 171:1
**done** 10:20
56:10 74:11
121:5 153:16
165:23
183:19,21
192:23 206:5
208:21 232:6,
22 234:8,9

244:12 258:7
267:2
**doors** 282:22
**dossier** 24:7
25:25 43:5
50:14,19
52:14,16 53:4
**doubtful**
203:21,23
204:11 263:9
**down** 26:23
44:9,20 49:17
51:2 55:11
69:1 70:12
72:18 76:1,15
81:7 92:17
96:3 112:15,
16 114:1
115:15 118:18
119:5,8 126:7
129:3,8,24
130:1,11
170:24 173:3,
13,16,22
174:1,19
175:15 176:19
177:20 182:24
184:5 196:8
214:20 218:5,
18 219:1,2
221:8 222:17,
20,24 223:6,
11,13,14,19,
22,23,24
224:7,8,12,21
225:18
226:10,12,14,
17,18,23,24,
25 227:3,5
263:8 273:18
274:5
**dozen** 39:2
**dramatically**
250:4
**dress** 126:5
**Drug** 100:12,
14
**dubbed** 230:6

**due** 55:7,13
120:1 130:12
275:3
**Duly** 288:18
**Duma** 186:2,5,
6
**during** 127:12
247:10
**Dutch** 43:5,6
125:5,6
**duties** 127:16
189:15,16,17
216:18 229:19
**duty** 27:21,22
178:8 195:8
196:19,20
232:15
**Dvas** 169:9,14
179:7 180:6
186:15
187:23,25
188:16 190:1
200:7 201:24
202:12
203:16,18
207:1,23
253:21

---

**E**

**E-HOUSE** 18:7,
18,20,22
36:21,24
**e-mail** 22:15,
21,23 52:8,17
53:2,8 54:2,
8,20,24
83:14,16,17,
19,20 118:1
132:8,10,13
134:13 169:8
173:21 174:24
179:1 180:3,
13,16 188:22
189:1 200:7
202:14
203:16,18
206:25 207:23

226:2 227:9
243:2 246:4
254:20 259:13
262:6 263:22
269:14,24
270:1 282:3
283:24 287:25
**e-mails**
119:13 186:15
207:3 242:10,
15 243:16
246:14 247:24
252:24 253:2,
13,20 256:6
**E-s-t-h-o-s-t.**
**com.** 152:17
**each** 67:3
79:22 118:1
134:2 189:19,
23 195:6
208:23 213:7
230:2
**earlier**
105:24
**early** 181:12
224:5
**earnings**
81:12
**ease** 233:19
**easier** 21:11
252:22
**easy** 67:1,7
190:6 234:2
**EBO** 279:25
**economic**
276:13 278:13
**economy** 84:18
**Edinaya**
265:8,16,18
**edition** 76:8,
24 84:11
**editions**
84:14
**education**
17:13
**effort** 20:4
**efforts** 24:20

**EH-3** 151:8,9
152:5
**eight** 119:2,3
162:13,15
163:4,20
216:23 217:3,
10,13
**either** 10:20
129:25 142:17
163:8 233:15
**elderly** 45:3
**election**
181:7,20
238:4
**Electric**
119:18
**electronic**
22:15 24:13,
22 25:13
**electronics**
25:1
**else** 12:11
15:18,20 29:7
62:16 64:6,8
66:25 67:2
98:21 99:18
126:6 133:15
135:3 144:6
152:13 155:9
161:6,8
189:18 237:8
240:23 262:13
265:3 287:20
**emanating**
118:3
**emerged** 84:16
**Emit** 45:4
**emphasis** 69:4
**employee** 45:6
153:9
**employees**
24:20 25:9,12
35:16 153:7
**enables**
265:20
**encrypted**
282:19

**encryption**
282:21 283:5,
8
**end** 47:21
171:2 178:16
180:12 183:10
215:16,17
222:25 225:24
252:23
**English** 10:5
33:18,21
**enough** 219:8
248:3,7,11
256:24 288:19
**enter** 19:2
165:18
**entering** 18:8
**entire** 89:2,7
168:1 223:7
**entirety**
280:20
**entities**
267:6 280:2
**episodes**
202:17,18
203:6,14
**equipment**
233:3
**especially**
213:8 240:12
**essentially**
135:15 282:22
**establish**
179:11
**Esthost**
152:17,18
**Esthost.com**
152:22
**estimate**
40:11 158:21
206:10
**estimated**
39:6
**Estin** 271:10,
14
**euro** 41:6
232:1

**euros** 39:7,
12,14,21
40:18,21
41:16,17,22,
25 42:12
131:5,22,25
132:2 133:8
134:11,15,25
136:24 138:17
142:17
**Evan** 9:23
220:6 260:8
288:11
**even** 21:6
37:4 46:13
48:10 80:15,
16 125:5
163:18 176:14
179:19 185:16
193:3 199:10
202:25 204:9
219:21 225:22
228:18
234:12,13
238:13 239:6
240:16,24
243:2 249:24
253:2 257:8
278:10,11
**event** 63:4
91:11 94:1
107:19 153:15
255:5,11,12,
13,15 271:9,
11
**events** 57:19
127:13 272:10
**eventual**
181:9
**ever** 11:4,15
16:7,11 17:7,
10 21:18
25:7,12 80:12
112:25 120:1
138:12
154:16,23
174:25 175:9
198:6,12
230:15 233:13

every  47:24
48:2 49:20,
21,25 189:19
195:7 213:3
226:13 233:2
242:14
everybody
12:11 24:13
225:2 234:19
237:8 238:25
240:10
everyone  12:8
everything
16:6 21:9
40:9,10 41:20
165:18 167:15
189:18 209:18
216:4 264:14
everywhere
238:14
Evgeniy
272:11
evidence
25:24 26:3,5,
6,7 68:11
118:3
exact  28:10
29:13 49:3
84:13,15
112:14 130:16
158:22 160:8
163:18 166:15
172:13 180:11
188:3,5,12
225:22 234:18
237:10,11
261:9 274:18
276:7
exactly  12:22
14:17 20:20
39:9 43:9
49:7 52:19
59:10 64:24
65:18 69:15
71:16 127:7
163:22 170:1
187:4 196:1,3
208:2 210:24
212:1 219:3

251:20 263:7,
24 264:4
277:10 278:20
EXAMINATION
10:14
examine
233:24 234:2
example
222:20 234:8
excellent
81:11
except  24:19
25:17,18
62:10 253:19
exchange
105:16 107:8
113:13 273:14
excite  149:18
excited
149:21 266:21
exclude
162:25
exclusive
97:2
excuse  15:3
32:11 42:3
53:1 60:24
81:13 90:5
101:1 111:1
117:23 138:2
142:23 151:5
153:10 155:8,
20 166:17
174:3,15
177:18 179:7
183:15 185:19
190:13 191:20
221:25 263:19
executive
263:10
executives
113:21
Exempt  31:17
exhibit  37:24
42:19 52:1
54:18 55:18
58:2 62:19
63:18 66:2

68:10 73:24
74:8 76:5
77:14 79:6
82:9,16 87:22
89:11 90:2
92:13 94:7
96:8 97:22
102:4,12
104:10 106:13
107:25 110:5
114:20 116:25
117:2,18
121:21 124:15
125:24 126:11
127:25 128:21
131:3 133:5
135:12 137:3
143:24 145:9
146:19 151:9
153:25 154:9
169:6 179:25
181:2 186:12
199:18 206:22
207:19 210:15
214:7 220:9
231:12 242:7,
9 246:11
248:23,24
254:1 255:25
263:3 265:11
266:15 268:8
269:7 270:5,
13 271:2,24
272:15 273:3
280:14,23
281:21 282:2
283:19 284:6
285:1,10,22
286:14 287:8
exist  168:5,
7,9,11,19
existence
203:14
Existential
244:4
exit  218:11,
12,13,19
220:1,3,6

Exotic  95:8,9
Exoticgold.com
95:11
expect  181:9
206:2
expected
63:12,14
expert
112:18,22
113:1 130:19
197:15 212:2
234:12,14
281:6
experts
112:17 113:11
117:24 118:8
233:14 234:7
259:6
explain  20:25
37:11 46:1
56:6 158:5
169:21 170:25
171:23 175:16
176:7,21
184:6,14
208:9 213:18
215:15 219:20
225:17,19
226:16 233:7
238:21,22,25
239:19 240:10
244:3 260:2
264:2
explained
76:3 265:25
explains
238:20
explanation
261:11
exploit
231:9,15,24
232:3 234:9
Expo  255:5
expression
228:15
extension
193:14

extensive
 211:22
extent  24:15,
 17 212:20
external
 113:3 183:25
 184:3,12,17
 208:10
extra  171:8
 180:17 245:8,
 13
extreme
 136:20
eye  199:23

F

F-E-S-T-I
 109:18
F.U.B.A.R.
 127:6,17,20
Fabby  39:4
face  122:7,9
 123:8 234:19
 237:11 241:20
facilitating
 117:25 176:1
facilities
 31:8
Facility
 31:20
fact  46:1
 55:7 68:22
 73:8 112:5
 140:20 141:24
 145:2 155:23
 181:7 219:6
 246:6 250:20
factors
 211:18
facts  238:8
fair  185:15
 288:19
fairly  250:21
fake  119:15
 162:24 194:12
 220:18

false  120:20
 239:2 250:16
 261:14,15
familiar  38:4
 70:5,7 82:15
 102:17 105:25
 108:18 112:5
 123:8 126:9
 127:1 147:24
 148:16 149:5
 257:4 272:13
 275:7
families
 115:16,21
family  239:4,
 21
famous  276:1
 278:9
fast  52:6
 188:18
father  18:5,
 14,17 21:5
 36:7
favor  207:8
FBI  178:2,6,
 10
feasible
 147:17
features
 106:22
February
 217:13
fed  149:20
Federal  112:2
 118:19 129:3,
 8 130:1 266:6
 282:20
Federation
 116:5,12,22
 239:15 265:22
 266:5
feed  149:17
feel  194:10
feeling  193:5
Ferot  9:22
Festi  109:18,
 19 113:20

few  164:25
 172:13,15,17
 194:18 272:4
Fiber  129:4,9
field  179:12
fields  84:18
fifth  204:16
Figuration
 22:8
figure  288:2
figured
 280:21,22
file  24:6
 37:17 49:21
 164:20
 165:14,19,20
 166:10 170:24
 240:7 273:12,
 14
filed  9:9
 25:21 165:4,7
 166:1,4,16
 216:24 217:3,
 10
files  111:13,
 18 171:1
film  150:3
films  145:2,
 7,12,19,22
 146:5 149:24
 150:6,10,18,
 21,22,23
 151:2 250:21,
 25 251:4,15
Finance
 255:18
financial
 29:3,9,10,15
 33:22,24,25
 34:1 168:4
 188:24 189:15
 192:1 196:16
 198:4,11
 274:23
find  57:8
 174:13 216:14
 275:4 277:11
 278:6

fine  76:20
 270:24
finish  17:15,
 18 21:6 22:4
 40:25 41:2,9,
 14 52:5 68:13
 128:23 151:5
 155:8 210:12
 214:9 240:2
 249:13 256:2
 269:4
finished
 17:14 42:21
 51:24 74:2
 82:11 101:21
 110:7 135:21
 151:6 228:11,
 12 231:7
 277:7 283:13
 287:23
fire  256:21
fired  247:3
firm  109:8
 117:24 243:10
 252:25 256:7,
 8,20
firms  268:13
first  10:3
 18:4 32:5
 36:9 43:25
 46:21 47:19
 56:19 61:12
 62:11 68:1
 69:2 78:5
 79:11,21
 80:23 81:12
 82:17 83:25
 84:2,5 85:3
 88:1,21
 94:10,11
 100:3 114:24
 116:2 117:22
 126:15 128:2
 135:8,14
 137:8 149:8
 154:22,23
 180:3,6
 219:12 220:17
 221:12

230:12,20
231:17,19
238:12
243:18,19
244:25 246:15
249:20 254:4,
24 257:22
258:15 267:2
269:9 282:8
**fish**  149:15
**fit**  44:25
**five**  44:6
55:21 227:11,
14 278:25
281:4
**Fix**  118:2,5
129:2
**flats**  115:17,
22
**flight**  48:5
**Florida**  9:5,
10
**focus**  106:23
**Foer**  263:9
**Foers**  263:16
**follow**  224:25
225:4 239:10
260:24
267:11,15,16,
19,24,25
268:1
**follow-up**
252:18 288:3
**follow-ups**
246:18
**following**
44:24 118:2
211:18
**follows**  55:2
**Fomenko**  105:4
235:5,9 236:8
**for**  9:5,16,
21,22,23,25
10:19,20,22
12:12 14:20,
23 16:1 18:5,
6 20:4,15,23
21:7,9 23:23

24:6,12,19
25:5,7,17,18
26:2,5,8,11
29:10 33:21
34:3,11,12,
13,17,18
35:13,14
36:21,24
37:17,22,25
38:2,6,12,15,
17,19 40:24
41:7,8,10,13
42:19 43:1
45:6,23 47:24
48:5,10,14,23
49:5 52:1
53:21 54:18
55:8,18 58:25
59:7,17,21
60:5 62:19
63:18 65:8
66:2 67:16
72:8,9,10,11,
14 73:24 74:8
75:14,15,16,
18,19,23 76:5
77:15 79:1,6
80:18 81:11,
13,23 82:9
84:18 86:2,5,
19,20 87:5,
22,24 88:8
89:8,11 90:2
91:20 92:11,
13 94:7 95:2
96:8,22 97:22
99:23 101:24
102:4 103:2,3
104:10 105:7,
14,16 106:10,
13 107:14,18,
25 108:10,13
110:5 112:15
113:13,22
114:8,10,17,
20 117:2,18,
25 118:5
119:20
120:12,14

121:12,22
124:16 125:8,
24 126:9,11
127:17,25
128:21 131:3
134:19,21,22,
23,24 135:13,
24 137:3
141:25 143:4,
5,9,14,20,24
144:18 145:9,
14,17 146:19
147:9,20
150:6,10,18,
25 151:2,4,9,
14 152:18
153:10 154:1,
9,12 158:7,
15,18 159:2,
23 161:11
162:15,17,20
163:4,9,13,23
164:17
165:12,17,18,
23 166:21
167:18,19,21,
22,25 168:1,
3,8,12,14,17,
25 169:3,6
171:12
172:21,25
173:24 176:6,
9,15,23
178:4,7
179:25 181:2
182:10 183:19
184:5,11
185:9 186:12,
18,20 187:7,
21,24 188:1,
13 189:23
191:17 192:7,
16,21 193:14,
22 194:22
196:9 197:5
199:18 200:14
203:1 204:24
205:11
206:17,22

207:19 208:16
209:7,22
210:3,9,15
214:7 215:4,
18 216:15
219:13,15,23
220:9 221:12
222:22 223:16
224:8 225:16,
22 226:7,25
231:12 232:21
233:1,15
234:8 238:18
239:12 241:2,
4,14 242:8,
17,21 243:6,
7,8,13 244:18
245:7,8,12
246:11,16,19,
25 247:7,15
248:4,8,11,
17,20,21,24
249:24 250:3
251:8 253:19
254:1 255:13,
25 257:1,13,
24 259:3
263:3 265:11
266:15 267:4
268:8,23
269:7 270:5,
13,20 271:3,
25 272:15
273:4,11
274:13 275:19
276:12 277:15
278:10,11
279:8,11
280:14 281:21
283:19 284:6,
21 285:1,4,
11,12,14,16,
22,25 286:3,
7,14,16
287:8,10,13,
15,16,18
288:16
**Forbes**  114:23

forbidden
 275:24
forced  37:21
 54:4
foreign
 105:17
forensic
 233:14,18
 234:7
forget  249:19
forgot  127:7
 280:18 281:25
form  276:18
 282:19
formal  222:10
formation
 84:17
former  112:2
forth  219:14
 256:6
forum  56:7
 57:24,25
 58:5,21 59:15
 72:5,7,8
 79:23,24
 80:7,9 81:24
 89:23,25
 91:4,20,21,25
 92:2,3,7,8,11
 105:6 107:6,
 20
forums  106:23
forward
 259:7,19
 261:22 262:6
 267:21 279:15
forwarded
 226:4 261:19,
 23 262:7
found  21:8
 67:1,7 109:6
 176:18
 183:22,23,24
 184:8 194:9
 203:1,2 206:1
 210:6,9
 214:21 216:23
 252:9,12

four  48:23
 49:5 107:14
 118:5 191:23
 240:15
fourth  98:9
 214:20
fraud  169:17,
 19,24 170:3,6
 174:18,24
 175:9,11,19
 176:1 177:4
 178:7 181:8,
 12 183:4,9
 184:24
 185:12,16,19
 198:7 201:18
 206:2,17
 209:23 210:3
 213:4,11
 233:16 276:13
fraudulent
 119:16
Fray-witzer
 9:23 11:8,20
 14:19 15:4,
 10,17,25 16:3
 18:19 20:18
 24:14 25:15
 26:1,23 27:8,
 15 29:8 30:22
 31:3,6 32:22
 33:4,13,16
 35:22 38:8
 39:15,24
 40:1,6 41:19
 42:1,6,23
 43:1 47:7,16
 48:16,19
 49:14 50:4,24
 51:13,21
 52:18 53:3,12
 54:3 58:1,6,
 9,19 59:2,12
 60:6,8,15
 61:4,9,16
 63:20 65:24
 70:20 71:9
 73:5,13,19
 76:18 78:9,

17,20 80:25
83:11 85:5
86:4 87:3,9
88:19 89:5
90:13 91:14
92:20 93:5,13
94:17 95:4,21
97:15 98:11
99:15 100:25
102:2,12,19,
24 103:4,24
104:6,21,25
105:10,19
106:2,7
107:1,4,16,21
108:20 109:22
110:23 111:3,
15,21 112:8,
19,23 113:2,
25 114:5,13
115:3,8,24
116:8,13,23
118:12,16,20,
23 119:24
120:4,14,22,
25 121:7,12
123:21 125:9
129:10,21
130:3,8,14,21
131:1 132:9,
14,17 133:13,
17,21 134:20
136:16
137:15,23
138:5,9,13,
18,22 139:1,
6,11,17
140:1,6,11,
18,22 141:4,
19 142:1,7,20
143:22 144:4,
11 145:4,14,
23 146:24
147:10 148:3,
6,18,25
149:7,25
150:8,24
151:3 152:3
153:2,8,22

154:15 155:25
156:2,16,18
157:1,7,17
158:16,19
160:7,10,15
161:23 162:4,
16,21 163:6
164:1,9
165:2,15
166:3,8,19
167:10,14,18
168:15 169:25
171:22 172:4,
18 174:17
175:2,10,20,
23 176:2,5,25
177:5,13
179:17,21
180:19
181:14,21
182:21 183:11
185:1,8,13
186:22 187:3,
10 188:4,11
190:3,16
192:9 194:15
195:5 196:13
198:9,16,19
200:16
201:13,19
202:2,10,19,
24 203:11,15,
24 204:12
205:10 206:18
207:10 208:15
209:8,24
210:5 212:15,
20 213:6,25
214:15,25
215:22
216:12,16
217:12 218:9,
22 219:10
220:3 221:3
222:18
223:12,20
226:11,15
227:2,8,12
228:3 229:10,

18,24 231:1
232:4,13,19
233:5,17
234:1,11
235:3,14,24
236:3,7,11,
13,21,25
237:5,17,20,
23 238:1,6
242:16,21,23
244:17 245:19
247:2,9,17
248:5,9 249:3
250:9,13,18,
24 251:3,7,
12,21 252:2,
6,11 253:4,7,
10,16,24
255:20 256:17
258:4,17,22
259:23 260:9,
13,17 262:13
263:21 264:3,
11,19,24
267:18 268:16
269:2,14,19,
23 270:17,21,
24 271:18
274:7 275:1
276:6 277:6,
9,15,17,21
278:2,7,16,23
279:20,24
280:17,22
281:10 283:2,
6,10 284:12
286:21 288:6,
12,19
**freeze** 193:14
**Freudian**
121:3
**friend** 123:11
**friends** 39:21
40:18,22
41:18,22 48:3
**from** 10:4
15:11,14
24:25 26:25
27:19 29:6

30:7,8 36:3,
6,15,17,18,19
37:9,21 39:2,
21 40:18,22
41:6,11,17,22
45:4 62:14
66:6 67:13
68:20 69:5
80:19 81:3
85:20 96:12
100:24 101:8,
12 106:23
113:14 114:6
118:2,4,6
120:15 123:18
125:19,20
128:15 133:22
134:5 137:6
144:2 145:11,
15,16 149:16
150:12,14,19
152:6 158:23
159:24 162:2
164:7 166:7,
18,24 169:8
171:9,10
175:5 180:7
187:23 191:5
196:24 198:2
199:15 200:7
201:24,25
202:7 204:25
207:1 208:2,6
210:7 216:1
220:12 221:24
226:2,4
228:15 234:4,
23 238:12
240:21 243:2
249:21 250:1
257:18 266:3
274:15,17,25
279:10,17
280:5,6
282:6,9
287:21
**front** 40:1
42:24 161:17
237:23 238:1

246:25 281:10
**FSB** 50:15
112:3,5
178:12 192:22
282:21,23
283:5
**FTC** 106:20
129:13
**FTC's** 106:19
**FUBARWEBMASTER
S.COM** 127:8
**full** 100:6
204:17,22
221:4 263:14
264:10 266:5
**fund** 249:25
**funds** 39:3
**funny** 136:20
**further**
215:24 216:21
**future** 17:15
171:4,13
184:12

---

### G

**Galkina**
269:10 282:3
**gangs** 118:9
**gateway**
266:22
**gathered**
118:3
**gathering**
118:6
**gave** 43:4
260:3,21
262:5 269:20
**gay** 97:2
**general** 40:15
90:9 135:23
136:3 137:11
156:4 159:20
181:25 182:2,
4,6 241:5
242:13 275:24
278:8

**generally**
58:12 253:13
288:16
**gentleman**
123:7 127:5
154:2,5
**gentlemen**
126:22,25
**German** 272:6
**get** 28:11
36:5 38:2
55:21 144:25
149:12 163:1
170:6,13
173:4,6,25
194:16 200:3
204:5 206:15
214:11 217:25
219:8,20
222:16 223:9,
10,18 224:12
226:3 228:9
233:8 238:12
239:17 240:16
241:3 242:19
243:15
244:12,19
245:4,5,11,
12,24 246:7
247:11,12
248:3,6,7,11,
12 256:24
257:24 261:3
262:19 263:13
264:6,7,9
270:17,23
273:19 274:25
281:1
**gets** 48:20
**getting**
240:22 245:23
248:20 281:24
**GFY** 75:20,23
**Gidirym**
124:21
**girl** 126:9
**give** 10:10
29:16 32:2

April 30, 2018                                                                31

33:9 42:17
43:10 45:12
51:16,18
56:23,25 77:6
101:11 113:3,
8 135:11
154:22 158:21
160:8 167:8
192:6 194:11
206:10 212:16
222:20 224:25
238:7 240:8,
17,18 257:9
259:17 260:14
262:25 263:2
270:8,22
281:15,19
284:10,24
286:8,11
287:18
**given** 16:7
181:6 187:1
260:12 283:8
**gives** 204:23
**giving** 257:8,
22 262:22
**global** 119:17
254:21
**globally**
118:1
**go** 17:19 29:2
59:6 74:4
77:12 80:12,
17 88:15
97:17 105:2
114:17 124:8
134:9 143:12
151:11 161:1
163:19 195:8
201:24,25
234:20 236:17
237:25 249:14
254:10 276:1
278:9 279:13
**goal** 246:20
**Goederich**
220:12
**goes** 115:18

124:5 146:22
200:25 202:16
203:20 213:4
233:24 237:3
268:18
**going** 17:16
55:24 56:2
58:25 61:8
87:17,20
121:17,19
127:18
151:16,19
195:13 197:9,
12 209:7,23
210:4,10
221:9 227:17,
19,22 242:13
243:2 249:6,9
252:22 254:3,
11,20 260:10,
17,23 279:2,5
288:20
**GOIP** 208:21
**Gold** 95:8,9
**gone** 103:1
104:1
**good** 9:1
54:10 60:21
62:8 66:20
67:8 70:22
71:3 75:19
79:19 121:12,
14 126:9,10,
23 194:3
195:20 204:4,
10 208:3
213:10,20
243:14 245:12
275:5
**Google** 234:18
237:9,13
238:19
**got** 23:5
36:25 42:10
80:20 102:14
149:20 170:8
173:15,22,23
175:4 217:23
218:1,2

224:10,19
228:8 280:24
**Goth** 124:6,8
**government**
105:17 113:12
212:8 215:13
216:3,19
276:3
**grandmother**
21:5
**gray** 268:14
**great** 64:14
126:24 280:25
**greater**
268:23
**Greece** 62:14
**grievance**
239:12
**Grizzly**
214:18 215:4
216:8
**group** 112:1
125:18 140:12
168:1
**grown** 21:16
**Gubarev** 9:6,
8,24,25
10:15,17
11:5,11,16,19
13:11 39:1,6
43:4 49:18
87:2 121:23
143:2,17
189:8 196:9
197:14 199:7
223:17 227:24
244:22 249:11
263:10
**Guccifer**
212:9
**guess** 163:21
175:8 187:23
237:12
**guilty** 109:6
**guns** 21:3
**Gurvits** 9:25
58:12,15
168:23 190:21

193:25 199:11
227:14 236:22
288:25
**guy** 62:17
67:22 122:17
124:19 125:5
127:1,18
131:15 135:4
159:12 187:19
272:23 275:5
**guys** 147:19
272:24

**H**

**H-A-A-R-L-E-M**
45:24
**H-a-e-o-s.com.**
23:9
**H-R-A** 198:24
**HA** 228:9
**HA-1** 228:7
**HA-4** 231:11,
12
**HA-8** 228:8
**Haarlem** 45:24
**hack** 50:2,15
53:5,19
105:17 213:4
219:13 233:19
234:2 236:9
**hacked** 106:5
219:7 235:12
**hackers**
105:15 112:6
113:13 236:6
**hacking** 53:10
55:13 181:7,
19 206:17
221:13,23
222:4,12
232:17 233:2,
15,24 234:4
235:19 236:9
237:14 238:4
264:7,10
**hacks** 49:17
50:11,20 55:8

**had** 19:24
20:13 23:20
24:16 37:16
39:20 40:17,
21 41:17,22
47:4,19 48:5
51:9 54:25
63:3 73:1
83:16 96:19
106:5 120:18
133:15,19
152:13 155:3,
6,23 156:3
178:3,4,6,20
181:5 190:11,
19 198:8
202:16 203:5,
21 212:21
217:5 225:6,
8,15 226:16,
20,21 230:13
235:16 249:11
260:21 268:5
275:14,16
279:15
281:20,25
282:6,9
**hadn't** 275:16
**half** 17:25
41:7 70:11
105:25 108:18
109:2,25
159:8 201:21
221:8
**Halfway** 81:7
**hand** 10:9
121:24 125:12
**handed** 48:20
269:15
**handle** 230:2
**handled**
168:23 198:3
**handling**
201:6 229:20
233:23
**hands** 236:20
**happen** 184:11
229:13,22

233:8 238:13
240:24 247:6
248:13
**happened**
16:12 175:18
177:7,9
183:22 192:24
202:22
213:16,18
215:14 216:19
240:12 245:3
246:24 247:3
248:3 254:12
264:16 279:12
**happening**
170:17 171:1
176:18 225:5
227:4 233:11
239:2,19
259:7
**happens** 80:10
156:14
**happy** 43:2
185:2 269:25
**hard** 62:15
77:2 136:19
171:8,18,19
172:1,5,10
177:23,24,25
178:3,7 184:9
200:2 238:15
264:14,15
287:13
**harm** 179:8
**harmful**
129:17
**has** 14:5 45:7
52:21 58:25
75:9 76:16
88:8 96:22
97:18 98:22
99:8 100:17
102:16 104:13
110:21 113:12
115:17,19
117:5 118:1,5
128:4 132:25
152:22,25
153:5 174:15

197:24 202:5
203:21 204:22
226:8 230:2
249:2 260:4,
5,16 265:15
268:10 271:21
**hat** 113:12
129:14 130:24
**hate** 288:9
**have** 10:18,20
11:4,10,12,
14,15 14:20,
23,25 15:5,7,
9 16:5,7,11
17:7,10,16
19:3,5,9
20:14,19
21:24 22:23,
25 23:12,13,
15 24:20 25:7
30:1,15,17
31:22 32:14,
18,19,20,24
34:9,17 35:3,
12,13,16
37:18,19
40:25 41:2,15
44:7 45:15,23
46:12 48:3,12
49:8,17 50:9,
11,20,22
51:2,11 52:3
53:16,21 54:9
55:3 56:5
58:8,11
59:11,14
60:23 61:2
62:22 69:25
70:10 71:24
73:1,7 79:4
83:19 86:24
87:15 89:4
91:23 93:9
99:3 101:11,
23 108:22
109:19 110:21
112:25 113:5,
11 116:10
124:10 130:9

131:7,9,21
133:7 136:5
152:7 153:18
154:12,20,23
160:2,4,5
161:14,17
162:5 163:1,3
164:3,10,13,
18,25 165:4,
11,19,23
166:1,22
171:6,15,25
173:24 174:14
176:6,7,9
178:8,13
180:15,17
186:10,17
187:13,17
188:21
189:10,13,14,
15,16,17,21
191:14
192:13,23
197:3,15,19
199:22,23,24
203:14 204:6
206:5,16
208:20 209:22
210:11,22
213:9,13,16,
19 219:22,24,
25 222:5,24
223:5,6,9,14,
15,22,23,25
224:23,24,25
225:1,3,5,19
226:6,22
227:5,17
229:21 230:15
233:9,20
234:14,16,18
236:23 237:3
238:18,20,22,
24 239:23,24
240:3,18
245:6 246:17
249:11 254:18
259:13
260:11,13

261:2 264:6,
13 269:18
277:12,24
279:14
281:13,17
282:2,22,23
283:11,12,15,
22 287:3
288:3,5,8
**haven't** 16:3
20:9 195:2
259:25
260:12,14
**having** 41:24
146:5 198:4
219:4 273:20,
23,24
**he** 29:15,16
38:9 44:10
47:2 49:4,6
54:1,2 89:21,
22,23 98:22
105:5,24
106:5,9,10
107:17,18
108:4 109:4,6
114:7,14,16
120:11
122:22,23
123:5,16
124:5,8,10
127:12,18
134:13 144:12
147:3,9
148:20,21,23
149:2,6,22
150:12,19
155:3 169:15
171:1 174:8
176:14,15,19,
21 178:18,19,
20,23 181:6,
13,17,18,19,
24 182:23,25
183:13 186:9,
10,24 187:16
188:6 189:20
198:17 199:16
200:12 202:5,

7,13,14,16
203:19,20
204:13 205:2,
4,5 207:7,9
209:14 212:2,
6 213:17,18
214:19
215:13,15,20,
24 216:2,3,
18,19,23
217:2,5,7
218:3 219:4,
12 220:5,6,
17,19,22
221:9,16
222:6 225:1
226:8,10,12,
13 227:6
233:23 235:15
236:14,16,17,
19 241:14
259:10 260:3,
4,5,15,16
262:6 263:23
273:1,10,11,
12,20 274:2,
12,22,25
275:5,19
276:11,12,22,
24,25 277:1,
2,4,5,8,13,
14,15,17,18
278:3 279:11,
13,14,21,25
280:1,3 281:6
282:8
**he'll** 209:16
229:2
**he's** 46:25
49:7 62:14
67:1 123:11,
17 125:6
137:16 147:4,
6 148:5 149:5
151:4 154:16
169:13 187:12
202:20,21
203:4,5,6,8
204:15 209:6,

11,15 212:1,2
223:16 225:1
236:17 260:1
279:25
**head** 51:16,18
82:3 136:6
**hear** 16:9
155:7
**heard** 45:7
46:3,8 109:19
114:1,6
117:13 129:6
141:11,13
155:2,5
230:13,15
231:5 235:16,
17
**hearing** 282:8
**held** 57:9,15
62:22 78:5
112:25 113:5
**help** 132:6,
10,21 153:1,
13 179:1,11
229:2 259:6
**helping** 18:17
105:17 126:19
**helps** 15:22
**Hentai** 97:3
**her** 239:13
243:3 263:18
271:6,8,20
272:2 282:6,9
**here** 9:4
10:18 20:14
39:19 44:20
47:18 48:21
49:8 50:10
51:11 53:4
58:10 64:13
65:19 67:24
68:19 75:3
76:3,15 78:21
79:18 82:17
83:8,23 85:17
86:1 96:16
97:1 99:13
101:24 103:2

109:24 124:4
130:9 132:5,
21 137:21
138:1,24
139:10 144:20
147:14 148:5,
15,20,23
152:16 170:5
179:13 181:24
187:9,20
196:9 199:21
200:11 201:23
202:20 203:5
204:13,15,21,
23 206:14
207:21 212:1
214:19 221:21
224:9 238:7,
24 243:24
244:20 263:17
264:1 283:22
287:1
**here's** 58:16
86:12 96:12
277:24 283:16
**Herman** 272:6
**hidden** 111:7,
12,18,19
**high** 17:14
69:18 240:6,
8,9
**highlight**
57:19
**highlighted**
58:15
**highlighting**
89:4
**him** 49:1,8,18
50:21 53:25
98:19 104:16,
22 113:21
117:13 120:5
121:1,2 125:8
147:14 148:19
155:2 167:19
174:19
176:15,17
179:5 182:19
187:7 197:20,

23 198:11,17
199:9,10
216:4,20
220:21 235:7,
8 236:4,18
261:19,22
263:18,19
272:10
274:11,14,15,
17 275:5
276:16 277:2,
4,18 278:1,19
279:10 280:4
**hire**  159:11
179:5 233:13,
18 239:9
243:13
**hired**  109:13
113:21 127:12
159:10 233:21
239:11
243:11,14
245:20 256:20
**hiring**  105:22
109:7
**his**  39:5
43:14 44:10
49:17 50:20
62:13 67:7,8,
11,18,20
73:21 81:11,
23 90:9 99:6
104:17,23
105:22 106:5
122:18,20,21
124:5,10,12,
14,20 125:6,7
127:16
131:15,16
137:13 138:2,
25 147:1,25
148:16 156:7
174:7 176:8,9
180:6 181:16
182:10
189:15,16,17
193:14 198:8
216:18 220:22
221:6,7

227:7,9
235:17
236:15,19
252:25 257:11
262:1 273:12,
21 274:24,25
275:4 280:1
**history**  89:2,
3,7 176:9,12,
13 202:17
203:6
**hold**  24:12
74:14,15
213:19
**holding**
123:23 168:1
263:11 265:17
**Holland**
116:19
**Homeland**
216:7 217:17
**homes**  46:13
47:5
**honest**  126:23
238:16
**Honestly**
169:4
**horticulture**
45:7
**host**  35:10
**hosted**  106:18
**hosting**
26:13,15,16,
19 27:2,3
35:8 65:2,5,6
117:24 118:7
119:13 128:6,
8,10,13,16,18
131:24 200:14
225:21 273:12
**hosts**  129:15
**hot**  207:21
273:12
**hotel**  40:25
41:3
**hotels**  39:3
**hotfile**  274:6

**hotfile.com**
273:13,16
**hour**  48:4,10
103:2 224:25
**hours**  225:5
**house**  21:2,3,
9 41:9,14
44:21 45:2,4
239:7
**houses**  46:7
239:17
**how**  14:16
17:24 20:2
27:13,18
28:6,13,17,19
29:5,6,24
34:14,18
35:13,16 37:7
42:8 46:1
51:8 52:16
59:6,9 63:15
64:25 66:12
70:7 73:1
77:3 80:16
84:11,14
86:17 103:14,
18 105:14
107:9,11,12,
17 111:10
114:10 123:14
124:22,23
130:11 135:24
139:23 140:3,
5 142:4 156:5
158:14,18
161:21 163:15
165:23 169:21
171:16,18,20
172:12,20
175:13,24
176:6 182:15,
25 183:22
184:8 186:17,
20 187:6,13,
21 188:15,17
189:20 190:7
191:20 193:2
194:4 206:3,
5,8,16

212:18,19,24
215:3 226:8
227:6 230:2
233:7,15,19
234:2,7,8,9
239:19 240:16
243:3,4 252:9
257:7,21
270:8 271:8
272:3,9,14
274:11,17
277:25 278:12
**however**  55:3
192:19
**huge**  40:10
51:22 147:16
148:13 185:16
238:11,12
239:21,24
**Hum**  221:18
**human**  20:16
**hundred**  39:6,
11,14,17
41:16,24
42:2,3,7,9,12
172:13,15
**hundreds**
39:16 239:17
**Hurricane**
119:18
**husband**
271:21

---

**I**

**I'D**  38:1
74:13 79:16
110:9 120:14
121:23 242:12
**I'LL**  10:3
20:25 30:19
40:4 43:2,19,
22 77:6
161:25 167:2
224:2 246:2
249:1 252:23
270:22 283:23

**I'M**  10:24
11:13 12:9,16
14:11,21
15:12,19
16:20 17:3
18:11 20:14
21:21 22:18
23:1,7 25:3,
17 26:14,22
29:11,18
31:5,16,18
32:2 33:25
34:22 36:7
41:1 45:18
49:2 53:5
54:4 55:12
56:14,24
58:1,19 62:8
65:13 67:4,8,
14 68:8 69:10
71:10 72:1
74:2 75:4
76:12 84:25
85:20 87:5
89:19 90:16
93:11 96:20
97:16 99:16,
22 101:15,24
108:7,24
113:8 114:15
119:6,10,11
122:7,8,10,21
123:17,22
124:1,4,13,23
125:23 126:8,
10 127:4
128:11,15
131:8 136:13
139:14 142:5
143:6 144:13
145:25 146:15
147:15,20,24
148:15 150:13
154:15 156:20
157:3,23
159:5 160:17,
18,20 161:1
162:10 163:7,
10,12 164:4,

10,12,13
165:13,16
167:1,23
168:6,22
169:21 170:19
176:11 177:21
180:10,15
184:19 187:19
188:9 189:12,
22 190:18
191:3 192:21,
25 195:22
196:6 197:21
198:10,20
199:16 200:24
201:9 204:21
206:12 208:18
211:12 214:2
215:9 217:14
218:6 223:3
225:11 227:15
228:19 229:19
231:18 233:6
234:5,6,12
238:7,15,17
240:4,10,22
241:9,15
243:2 245:9
247:14 250:5
252:14 254:3
255:23 256:23
257:12 258:11
260:6,17,20
261:13,21
262:11,22
264:22,24
269:14,25
272:14,25
273:23 275:22
276:23 280:23
285:18

**I'VE**  269:15

**I-HOUSE**
18:19,20

**ICQ**  23:15
72:19,20
73:1,8,20,21
79:23 132:25
133:3,7,8,16,

19

**idea**  30:1
32:14,15
34:9,10 59:14
66:14 71:24
86:24 95:22,
23 101:11
136:5 152:12
160:2 186:10,
23 207:7
286:12

**identical**
242:10 243:1

**identification**
37:25 42:20
52:2 54:19
55:19 62:20
63:19 66:3
73:25 74:9
76:6 77:15
79:7 82:10
87:23,25
89:12 90:3
92:14 94:8
96:9 97:23
102:5 104:11
106:14 108:1
110:6 114:21
117:3,19
121:22 124:16
125:25 126:12
128:1,22
131:4 135:13
137:4 143:25
145:10 146:20
151:10 154:1,
10 169:7
180:1 181:3
186:13 199:19
206:23 207:20
210:16 214:8
220:10 231:13
242:8 246:12
248:25 254:2
256:1 263:4
265:12 266:16
268:9 269:8
270:6,14
271:3,25

272:16 273:4
280:15 281:22
283:20 284:7
285:2,11,23
286:15 287:9

**if**  11:1 15:22
26:23 28:8,
12,16 29:2
30:23 33:13
34:21,23
35:24 36:12,
14 37:15,20,
22 38:9
43:17,20
44:19 45:12
49:7 53:10,
14,23 54:6,7,
23,25 55:12
57:13 58:16
76:1,14 78:20
79:16 80:17
81:2 83:23
85:16 88:15,
25 90:21
94:10 97:17,
21 98:14
101:17,23
105:3 106:8
111:23 112:10
113:15,17
115:25 117:10
119:6,11,20
120:17 121:1,
24 128:15
130:4 133:5
136:7 137:10
138:17,21
144:6 154:15,
16 164:16
174:18 175:13
176:21 177:3
178:4 187:12
192:10 195:12
197:20,22
204:7 207:12
209:3,16
212:16 213:7
215:2,6,22
218:3,25

219:21
222:19,20
223:8,13,14,
22,23 224:8,
12,21 225:1,
19 226:16,18,
20 227:24
228:7 232:14
233:8,10,11
234:12,13
236:16 242:11
246:5,18
247:22 250:20
252:9,23
254:25 255:3,
23 256:11
257:10 258:23
259:16
260:11,21
261:1,5
262:11 264:5,
13 265:24
267:14 269:2
271:21
273:17,19,20
274:1 275:25
277:9,13
278:13 279:22
281:15 286:6,
8,22 287:25

**Igor**   109:13,
14 113:20
**Iliya**   257:10,
17
**illegal**
110:12,16
119:14,21
129:16 130:9
**Ilya**   271:23
**imagine**
238:18 240:13
241:2
**immediately**
170:25 173:4,
23 174:1
175:15 176:20
195:13 204:9
211:2 223:19
227:5

**implemented**
268:11
**implicate**
212:21
**implies**   24:15
**important**
49:9 162:22
181:11 199:13
207:17 216:4
219:16 226:4
235:22 236:12
249:19
**importantly**
147:17
**impossible**
184:10
**improperly**
37:20
**in**   9:7,9 10:3
12:4,20 13:18
17:2,3,21,25
18:7 19:9,18
20:17,22
21:1,2,9,11,
13,18,25
22:2,6,9
23:17 24:11
25:14,25 26:7
27:13 28:6
31:9,14,19
33:2 34:18
36:11,13
37:1,3,11,12,
13,19,20
39:18 40:1,5,
8,10,15 41:3,
25 42:13,23
44:1,2,11,13,
24,25 45:3,5,
9,15,24 46:7,
12 47:4,5,20
48:2,9,24
49:5,12,13
50:13,16
51:18 52:20
53:10 54:22
55:2 57:4,9,
15,24 58:4
60:24 62:22

63:1,3,6,9,12
64:14 65:1
68:22 69:14,
17 70:15
71:2,5 72:17
73:8 74:3,4
77:8,9,19
78:15,22
79:16,21,22,
23 80:18,20,
21,22 82:4
84:2,9,17
85:9,11 86:13
88:11 89:1,13
90:6 91:21
92:16 93:9,
21,24 95:2
98:9 99:1,17,
19 100:7
101:23 104:22
105:4,15,16,
21 106:17,19
108:18,25
109:2,5 110:3
111:7,11,12,
18,20 112:1,
16 113:13
114:11,17,22,
25 115:11,17,
18,19,22
116:2,5,18
118:9 119:5,
10,12 122:1,
5,6,13,15,17,
23,24 124:19,
24 125:3,4,11
126:2,4,14,16
128:14
129:12,16
130:10,19
131:7,9,25
133:8 136:15
140:17 141:25
142:5,7,16,
19,21,24
143:2,16,21,
23 144:5
145:2 147:25
151:22 152:22

154:3,5,11,25
155:11,14,20
156:3,15
157:16 159:5
160:4,13,14
161:17 162:14
163:4,24
164:6 165:5,
8,20,22,23
166:2,4,5,11,
16 168:18
170:5,15
171:3,5,12,21
172:1,5,6,24
173:7,13,24
176:1,15
177:12,17,19,
22 178:22
179:3 180:3,
5,7,13,16
181:6,7,22,25
182:2,8
183:3,16
184:11,18,21,
24 185:4,10,
11 186:1,9
190:2,15
191:4,24
192:20 194:9,
24 195:11
196:16 197:14
198:7 200:12
201:1,3,9,18
202:6,17
203:1,6,14
204:8,16
205:13 207:6,
8,21,23
208:1,7,21
209:3,15,16
211:17 213:8,
18 216:24
217:20 219:8,
14 220:17
224:5 225:3
226:6 227:3,
7,9,25 229:13
230:12 232:10
233:3 234:6

235:13,17,19
237:10,13,23
238:1,17
239:18,24
240:5,10,15,
22 241:5,13
242:13
244:11,20,21
245:16
246:14,20
247:8 250:3,
7,20 252:4,23
253:21 254:5,
9,15,21
255:14 257:23
259:17,20
261:11 262:2
264:5 265:5,
6,19,21
266:4,5,6,10,
12,20 267:5
268:11 269:3,
11 272:10
273:17 274:24
275:17,19,24
276:4,11,12,
18,20 277:13,
14,15,25
278:3,9
279:13 281:10
282:19 283:21
284:5,15
285:13,20
286:2 287:4,
13,18
**inaccurate**
137:22 138:4,
8 223:21
263:20
**Inc**  185:10
**incident**
226:3
**include**  66:19
111:1 118:8
**included**
112:1 119:13
189:19
**includes**
136:19 161:15

**including**
119:14 129:17
168:2 239:18
272:4
**income**  163:25
164:7 166:6,
11,18,23
167:9
**Incorporated**
9:8
**incorrect**
92:23 93:3,4
94:13,16
**increase**
169:22
**independent**
273:21
**independently**
258:9
**individually**
167:19 198:17
**industries**
64:19,21
**industry**
64:15,16,18
65:1 88:11
118:6 225:3
243:25
**inexplicably**
105:24
**infected**
110:12,17
112:1
**inform**  223:5
224:23 225:4,
5
**information**
24:23 25:13
33:9 70:21
82:5,6 88:12
91:11 107:8,
19 120:18
161:15 167:8
172:9 173:5,
15,21,22,23,
25 194:24
200:13,17,19
211:21 239:3

**informational**
90:23 91:9,16
93:20,25 95:2
**informed**
176:20 239:14
**infrastructure**
55:4 254:22
263:12 273:21
274:3
**infringement**
221:13,22
222:4,9
224:13,20,23
**infringements**
224:11,22
**initial**
246:21
**insecure**
192:25
**inside**  116:21
**instead**  80:4
279:18
**instill**
277:25
**instructing**
264:24
**instruction**
25:15
**insure**  268:22
**INT-1**  210:14,
15,19
**INT-2**  214:6,7
**INT-7**  220:8,9
**intelligence**
105:14
**intelligent**
112:2
**intent**  267:16
**inter**  271:12
**intercourse**
146:6
**interest**
80:19 131:7,9
160:4 219:9
**interested**
179:18,19
194:12 244:21

245:15
**Intergrator**
254:8
**interjected**
252:17
**internal**
64:17 183:3
184:16 208:10
210:20,25
212:24
213:11,16,22
214:13,17
232:25 234:3
253:2,17,19
259:5 261:23,
25
**internal/
external**
184:14
**internally**
259:16
**international**
44:1
**internet**
12:12 39:3
44:1 86:8
107:12 108:11
111:20 112:7
115:1,12
116:3 129:14
130:24 161:15
251:10 254:22
268:20
**interpretation**
10:20
**interpreter**
10:7,18 11:2
35:21 37:14
51:6 67:16,20
68:9 69:11
81:20,22 83:3
87:13 90:19
92:2 99:23
101:16 108:8
131:9,20
143:7 146:2
147:6 150:14
156:9 157:9,

11 158:1
159:14
160:21,23
170:12 171:10
176:13 182:4
189:14 190:23
193:20,22
195:23 196:2
197:22 198:24
199:1,3 201:1
205:24 208:19
213:2 214:5
215:11
218:10,12,15
223:4 225:13
244:6,11
258:12 262:15
267:25
271:11,13
273:2 275:25
278:11
**interrogatorie
s** 39:19
**interview**
42:17 43:4,
10,13 44:16
146:22 245:4
246:3,7,19
247:13 257:4
258:3 285:8,
16
**interviewed**
38:6,12,15,19
284:21 285:3,
12,14,25
286:3,7,16
287:10,16
**interviewing**
259:2
**interviews**
240:17
244:12,16
245:6,23,25
248:4,8,11,16
257:7
**into** 19:2
53:8 68:11
95:12,13
118:14 121:5

163:1 171:17
172:3 183:4,9
268:13,19
276:10
278:13,15
**intrigued**
113:11
**introduction**
88:2 230:20
**invest** 41:20
57:6 66:12
84:9 90:15,
18,19 92:25
98:7 123:3
131:25 141:23
143:2 144:5
145:2 155:11
160:13 161:3
251:9
**invested** 19:9
66:11 142:21,
24 161:2
252:4
**investigate**
158:24 159:3,
9 178:8
**investigation**
52:25 53:8,
14,16 54:1,8
159:2,6
170:18,22
171:4,13
175:12 178:4,
5 183:3,6,9,
13 184:6,7
210:20,25
211:18,20,24
212:2,19,25
213:21 216:22
217:6 232:18,
21 233:1,9
239:6,10
**investigations**
183:18
**investment**
19:8,18,21
39:3
**investments**

13:3,6,12,19
14:1,13,16
19:3 70:17
101:2,5,8
155:11,15
156:6 157:15,
21
**investor**
94:22,23
97:16 100:7
136:15
**investors**
70:8 96:25
**invite** 254:10
**invited** 33:12
**involve**
269:15
**involved**
19:5,7,19
53:10 119:22
142:5,19
153:14,15
154:25 160:13
162:14 163:3,
7,8,9,12,13
176:1 179:3
183:1 184:24
185:4,11
190:2 198:7
201:17 234:18
237:13
**involvement**
52:22
**IP** 208:6,10,
13,23 209:4,
15,17,20
217:18 218:20
219:2,6,14,15
221:9,25
222:2,17,21,
24 223:11,13
228:25 229:5
231:23,25
232:2
**IPS** 184:1,3,
12,14,16,17
208:5,21
209:16

**is** 9:2,3,7,8,
11,13 10:5,
10,22 11:22
12:1,3 13:10,
12,20,25 14:1
17:1,13
21:12,15
22:5,11,21
23:9,13 26:2,
5,6,7,20
27:2,19,22
31:11,18,22
32:16,20
33:23 34:14,
19,20 35:1,8,
25 39:1,8,10,
11,23 40:12,
19 41:6,18,21
42:10,23 43:4
44:1,2,3,4,14
45:3,15,16,21
46:8 47:8,22
48:7,25
49:21,23
50:8,16 51:4
53:18 54:10,
20 55:5,9,14,
16,25 56:3,
17,19 57:7,
18,25 58:11,
21 59:15
61:7,10
62:11,15,24
63:7,9,20
64:3,16
65:16,19,20,
25 66:5,6
67:14 68:1,
18,19 69:23
70:4,25 72:4,
14,19 73:8,
12,17,21
76:2,8,17,23
77:1 78:10,
12,25 79:4,
10,14 80:1,2,
6,24 81:9,15,
18 82:4 83:8,
14,16 84:6,8,

April 30, 2018
39

12,20,21
85:13,20,25
87:18,21
88:3,10,19
89:6,13,17,
19,21 90:5
91:12 92:15
93:2,24 94:2,
13,16 95:25
96:10,15,16
97:13,19,24
98:4,9 99:10,
12 100:12,19,
20 101:18,19
102:13
103:16,18
105:3,18
106:15,25
107:3,6,8,11,
15 109:9,11,
21 110:14,20
111:10,19
112:11 114:22
115:2,3,6,8,
12,20 116:6,
7,15,18
117:20 118:11
121:12,14,18,
20 122:8,21
123:7,8,19
124:6 125:11
126:7,8,10,
16,18,23
127:2,3,7,8
128:5,6
129:1,25
132:18 133:3
134:8 136:1,
11,21,23
137:6,8,14
138:3,7,17
139:4 141:5,
8,18 142:14,
15 143:5
144:1,2
145:11,19
146:21,25
147:1,14,17,
22 148:2,17,

20,23 149:5,
11,18,22
150:23 151:1,
14,17,20
154:23 155:9,
19 156:5,24
157:5,14,15
161:9,11,14
162:2,17
163:5,20
165:10,16,17
167:21,25
168:1 169:8,
9,12,14
171:1,4
172:1,6,10
173:1,3,11,
12,21,23
174:24 175:17
177:3,11,21
178:17,24
179:1,9,12,14
180:5,8,19
181:8,18
183:6 184:2,
16,17 185:23
186:1,6,10,
18,21,24
187:9,19,23,
25 188:7,20
189:8,15,16,
17 192:23
193:4,21
196:7 197:10,
13 198:16,23
199:20 200:6,
7 201:3
202:1,25
203:9 204:7,
14,18,23
205:1 206:3,
25 207:7
208:9,14,23,
24 209:4,6,
11,14,16
210:19 211:5,
25 213:4,8
214:17,18,19
216:4,8,13,

14,17,18
217:13,19,21
219:17,21
220:12,13,18,
19,24 221:15,
25 223:21
225:2,4,24
226:5,8,19,
21,22 227:4,
6,20,23
229:1,19
230:8 231:2,
3,9,16 232:16
233:8,11
235:13 236:24
237:3,9,10
238:11,25
239:1,19
242:9 243:10,
19,24 245:3
246:6,24
248:3 249:7,
10,25 250:6
251:24 253:2,
10,11 254:14,
23 255:6,17,
19 256:8
257:13
258:15,18,20
259:20 261:11
262:3,18,20,
21,23 263:7,
9,17,20 264:9
265:6,8,13,16
266:9,17
267:2 268:15,
19,25 269:9,
10,13,19,21,
22,25 270:19
272:11,19,23
273:6,8,13
274:20,21,23
275:20,23
279:3,6
280:3,18,19
281:2,10,12
282:3,19,23
283:1,24
284:14 285:6,

18 287:14,25
288:14,21
**isn't** 40:1
69:22 72:22
73:9,11,22
140:20 141:24
145:3 177:10
185:7 189:9
190:1 201:12
203:9 236:12
245:18 246:6
248:8,10
250:15
**issue** 232:16
258:20 261:8
288:6,8
**issued** 25:9
37:20 84:14
211:10
**issues** 25:14
211:23
**it** 10:19
12:2,4,7,11,
12,13,20,23
13:21 14:3,5,
9 15:6,11,14,
22 16:3 17:15
18:7 19:18,21
20:1,24 21:1,
13,14 22:4,22
23:5,20,23,24
24:23 25:13,
19 26:2,12,20
27:22 29:9
30:19 31:18
34:14,19,20
37:22 38:2,5,
10,17 39:1
42:10 43:15,
18,25 44:12,
13,18,23
46:3,8,11,13,
18 47:6 48:2,
12,17 49:15,
17 50:8,10,
14,17,22
51:2,14,20
52:4 53:4,6,
10,13,17,22

54:4,7,9,25
55:2,11,12
57:14,16,18,
23 58:4,9
60:3,5 61:19,
20 62:1,2,4,
13,17 63:6,9,
14,25 64:2,4,
5,13,17
65:17,18
66:15 67:23,
24 68:15
69:4,12,17
70:7,12,21,
24,25 72:14,
17,18 73:9,22
74:3,6,7,13,
16,22 75:9,
20,22 76:1,7,
10,13,16 77:9
78:8,10,13,24
79:3,4,10,20
80:14,15,17
81:7,11,23
82:4,5,15,19,
24 83:4,6,8,
13,15,18,23
84:2,5,12,16,
20,21 85:10,
15,17,20,24
86:14 88:7,25
89:2 90:8,22,
24 91:4,15,
21,25 92:1,7,
17,22,24
93:1,6,8,14,
20 94:1,11,
14,15,22,23,
24,25 95:7,
11,16 96:1,
17,22,23
97:1,18 98:3,
6,7,14,16,24
99:8,21
100:5,17,21,
22 101:23,25
102:9,15
103:18,20
104:2,13,14

105:13,14
106:17 107:3,
8,11 109:12,
18,24 110:10,
16 111:10,18,
19,24 112:11,
16 113:10,19
114:1,24
115:11,15,18,
20 116:3,12
117:5 120:23
122:8,14
124:23 125:13
127:3,7 128:4
129:2,6,12,
23,25 130:15,
16 131:15,23
132:5,20,25
133:6,9
134:5,9,15,17
135:1,4,5,19,
23,24 136:7,
9,15,18,21
137:8,11,21
138:1,12,14,
17,21,24
139:5,12,22
140:9,12,15,
17,20,23
141:24 142:5,
10 143:16,19,
20 144:6,9,
15,18,20
145:3,21
146:18
147:14,18
148:15 149:18
150:1 152:1,
9,11,16,22,25
153:4,16
154:16,20,22
155:10,16
156:5,14,21,
23 157:3,14,
22,24 158:22,
24 159:1,20
161:2,3,7,25
162:19 163:22
164:2,18

165:3,11,12,
17,23 166:12
167:2 168:12,
14,17,18,19,
23 169:3,20
170:1,14,15,
23 171:1,2,5
172:9,11
173:3,9,13,22
174:18,20,24
175:5,11
176:6,7,16,22
177:3,7,9,10,
20,22 178:18
179:7,15,16
180:5,11,12
181:24
182:15,22,23
184:1,6,8,9,
23,25 185:2,
7,15,17,21,23
186:16
187:13,20,25
188:15 189:5,
9 190:4,6,7,
9,11,12,13
191:17,20
192:6,20,22
193:1,18,21
194:7 195:2,
12 196:19
197:2 199:9,
22 200:18,21,
22,25 201:1,
2,9,15,17,23,
24 202:4
203:2,3,10
204:16,18,19,
22 205:11,13,
15,19 207:12,
16 208:3,5,
12,13 209:12,
17,23,25
210:22 211:7,
18,23 212:8,
16,18,19
213:1,14,22
214:1,4,5,13,
20 215:15,21

216:5,14,22
217:2,23,24
218:25 219:9,
10,13,20,23
220:24
221:17,19,21,
24,25 222:8,
11,15,24
223:8,19
224:5,10,19,
21 225:9,20,
21 226:1,8,
18,19 227:4,6
228:15,22
229:1,12,19,
23 230:24
231:2,5,14
233:7,11,15
234:14,23
235:2,23
236:14,20
237:15,16,21
238:14 239:1,
14 240:18,20
241:8 242:19
243:24
244:14,20
245:15 246:2,
5,6 247:5
248:20 249:4,
21 251:11,24,
25 252:1,5,12
253:7,9,17
254:9 255:11,
14,21 256:22
257:10 258:6,
10,24 259:11,
14,16,18,19
260:5 261:5,
10,11,14,25
262:5,11,21
263:5,22
264:10,16
265:7,17,19
266:8,9,21
267:3,9
268:4,18
269:19,20,21
270:8 271:21

272:14
273:14,17,18,
24 274:16
275:13
276:10,20
277:7 278:12,
13,14,15
279:12,17,23
280:6,8,9,18,
24 281:3,5,7
283:22 284:18
286:1,4,6,7,
8,9 287:14
288:3,10
**it's** 18:20,21
21:7,16 22:3,
12 26:2,22
27:6,9,21
29:3,15
34:15,21,23
40:19,20
42:16 43:8,
17,20 44:5,
15,17,19,21
45:22 46:4,
14,16 47:23
48:8 49:9
50:7 54:23
58:3,10,18,24
60:4 61:7
63:12 65:8
67:7 68:20
70:2,21 72:5,
6 75:3 77:2,
13 79:2,11
80:4,8 83:17
85:1,4,6,13,
17 86:1,25
87:5 88:11,13
89:15 93:10
94:14 95:20
96:13,14
97:5,6,7,8,9,
12 98:1,10,12
99:13 102:14
103:8,15
104:17 108:22
119:8 120:5
121:11

124:12,14
125:2,5,19,20
126:8,24
128:7,11
132:10
133:12,15
137:16,18
138:6,19,23
139:9,15,18,
19 140:7,8
141:9,21,22
145:2 146:14,
16 149:3,4,15
153:12 154:13
156:19,21
157:18 158:6
161:4,5,19
162:18,22,23
164:14 165:16
166:20 168:5,
7,9,11 169:11
170:5 171:19
173:2 175:13
178:8,25
179:13 180:16
181:11 183:5
184:11 185:18
186:7 188:23
189:6,21
191:8,10
198:3,11
199:13,25
200:2,3,9,11,
17,20 201:14
206:2 207:12,
13,21 209:19,
20 213:1,7
215:2 217:14,
20 218:3
219:15,16,22
220:22 221:5
222:19
223:13,14
224:8,9,24
225:1,3,9
226:17,20
227:9 228:7
230:22,23
231:25

232:10,14
233:7,11
235:25 236:1,
18 237:6,21
238:13,20
241:13 246:16
247:25
248:13,22
251:13
252:21,22
253:12 254:8
255:3 261:25
262:9,17
263:9 264:12,
14,15 265:17,
20,25 269:23
270:20 274:1
275:21,24
278:8 283:11,
21 284:2,17
285:6,20
286:18,19
287:13
**its** 52:22
53:2,9 54:2
119:13 150:2
158:25 164:16
202:17 203:6,
14 280:20

---

### J

**Jackhammer**
243:5
**Jahamaliah**
243:3
**jail** 130:1
275:17,19
276:5,11,12
277:4,13,14,
15,18 278:4,
10 279:13
**Jane** 108:22
228:7 262:19
269:18
**January** 21:1
24:5,9,20
25:21 52:11

178:23 191:24
192:15 193:8,
11 194:22
211:3
**Jeff** 197:15
**job** 165:16
208:12 248:1
**jobs** 136:19
**Joe** 284:3
**Jose** 118:7
**Journal**
255:19
**journalist**
48:11
**journalists**
240:11
**July** 36:14
48:5,9
269:21,22
**jump** 202:7
**June** 36:14
**junk** 118:1
**Jury** 239:5
**just** 12:6
31:13 33:11
40:3 43:22
52:5 58:1
61:12 65:21,
22 66:11
73:21 91:11
92:11,24 94:1
98:7 102:14
103:1 104:1
107:18
128:10,18
136:15 141:23
145:18 151:21
156:14,17,23
157:6,14
163:21 174:20
182:6 188:9
194:10 196:12
197:1 201:14
204:24 206:2
209:2 212:5
214:14 229:15
236:20 241:19
242:1,12,24

246:15 249:1,
16 254:17
255:9 258:10,
19 259:11,12,
13,19 260:15
261:19,22
267:20 268:5
269:20 270:20
276:2 279:7,
14,22 281:1,
19 286:4
287:5

K

K-I-R-I-L
131:20
K-O-B-N-O-V
123:15
K-U-M-A-R
198:22
Kalikov
270:12
Kapsugovich
154:13,25
Kaspersky
271:6,16
Kate   9:18
249:2
keen   268:22
keep   32:20
171:5 194:11
195:8,19
196:21 236:5
249:4 281:24
283:12
keeping   33:2
kept   49:21
keys   282:21
283:5,9,12
KGB   112:4
Kglobal
243:7,9,10,
21,23 245:11,
20 246:8,16
247:23 253:4,
14 284:5

Khasis   271:1
kind   24:1
35:4 56:12
59:21 65:10
72:12 82:6
85:25 86:6,
16,21 97:12
145:19 146:10
147:7 157:20
158:9 159:19,
22 167:16
185:19 202:9
208:22 222:22
kinds   72:13
86:17
Kings   71:17,
19 96:4,5
235:9,12
kit   231:9,16,
24 232:3
kits   234:9
Klimenko
272:7,9
klondike   82:5
knew   59:24
105:4 111:9
184:25 215:4
250:21 279:13
knocked   118:2
knots   218:12
know   16:13
19:15,20
20:12 22:12
23:22 27:16,
18 28:6,8,22
29:9,13,16,
19,20,21,25
32:13,18
33:18 34:8,15
35:12 38:7
43:17 45:10
46:4,13,14
47:1,3,9,11,
14,15,17
48:22 49:3
50:3 52:5
53:13 57:22
58:25 59:23

60:2,4,11
61:11 62:11
63:14,16
65:13,15 68:5
69:21,24,25
71:23 73:10
75:1,2 76:10
77:4,5,21
78:7 79:5,14,
22 80:1,2,11
81:1,10 82:1,
2,7 84:11,22,
23 85:7,11,15
86:23 89:13,
24 90:1
91:12,16,22
93:14 95:10,
14,15,19,24
96:6 97:14
100:15 102:13
103:12,13,14,
19,20 104:4,
7,18,19
105:11,12,20
106:3,4,8,9,
11 107:2,5,7,
10,13,22,23
108:14,15,16
109:4,10,11,
14,23 110:1,
15,18,19,20,
24,25 111:5,
7,10,12,14,
16,22 112:9,
14 113:15
114:2,3,7,9
115:23 116:14
117:12
118:13,17,21
119:25 121:9,
10 122:2,3,
11,14 123:17
124:9,19
125:19 127:4,
10,21,22
128:9 129:5,
11 130:4,5,
11,17,23
135:4,7

136:4,12,14,
25 138:10,11
139:14,24,25
140:4,8
141:5,7,9,10,
13,17,20
144:15,16,19
145:8 146:23
148:14,19
149:1,3,4,8,
14,23 152:8,
23 153:20
154:25 155:3
157:5 158:10,
13 161:12,13,
19 162:19
168:16,20
169:4,21
170:1,2,3,6
173:9,14,18,
21 174:18
175:13,21,24
176:3,6,8
177:2,6,14
180:9,11
181:24 183:7,
8,9,12,19
184:10 185:6,
9,14,22,24,25
186:6 187:4,
11,12,16
188:3,5,12,21
189:6,8,19,23
191:3 192:1,2
193:3,13
194:18,19,20
195:25 196:3,
5 200:21
201:2,10
202:3,11,20
203:4,8,19
204:5,13,14,
15 205:2,3,4
206:9,14,19
209:4,7,20
210:3,8,9,22
211:8,9
212:1,4
213:7,24

215:7,13
219:3 220:22
221:2 223:8
224:8 225:8,
23 226:9
227:9 230:9,
11,21 231:2,
3,9,15 232:9
235:5,15,21
236:5,6,8
237:1,18,19
238:5,17
239:20 240:16
241:2,18,20
243:4,5,17
244:7,8
246:1,2
250:12 251:1,
25 252:22
253:4 254:25
256:19,21
257:3 260:22
262:18,20
263:18 268:17
269:2,3
270:7,8,15,16
271:1,6,8,17,
19,20,21
272:1,2,3,4,
9,12,19
273:6,8,19
274:9,11,21,
22 275:2
277:1,9,10,25
278:3,12
279:11,22
283:4
**knowing** 24:10
47:5 49:18
50:12,21,23
176:24
185:17,21
229:23 250:17
**knowingly**
129:15
**knowledge**
232:7
**known** 89:21
208:24

209:17,23
**knows** 46:25
**Kobnov**
123:11,13
**Kokach** 152:22
**Konstantin**
183:5,12
206:12 211:25
213:15 215:7
219:4 229:11
232:8 233:23
262:12 264:13
273:5
**Korchagin**
272:18
**Korotkevich**
262:15
**Kostyantin**
274:2
**Kostyntyn**
211:16
**Kouvatsos**
272:21
**KPMG** 166:23
167:4,13,15,
17,21,25
**Krebs** 104:18,
19 106:16
109:6 117:21
201:25 202:5
**Krebs'** 129:2
**Kumar** 198:22
199:3

_____

**L**

**Labs** 271:16
**lady** 45:4
**language**
106:22
**laptop** 22:25
23:14
**large** 21:12
115:17,18
177:11 185:7
204:19 220:24

**Larnaca** 62:22
**Larnaka** 63:1
90:6
**last** 23:9,12
38:23 48:3
58:4 62:7
66:25 67:14,
16,25 68:1
82:18 88:15,
18 98:18 99:6
100:3 103:2
116:2 120:7,
11 122:20
123:14 124:22
126:18 137:10
162:15 163:4
164:25 184:19
228:15 243:3
244:24 255:16
286:19
**later** 44:10
214:24 215:2
**law** 116:6
204:8 266:6,
8,10 267:11,
14,17,20
268:1,4,5,10,
19,25 275:24
276:1 283:1
**laws** 275:21
**lawsuit** 24:6
25:21 216:24
217:3,11
**lawyer** 20:6
**lawyers** 20:7
24:19 25:17,
18 101:13,16
180:14,16,22
212:23 226:4
**layover** 48:5
**lead** 271:11
**leader** 243:25
244:1,9 246:7
**learned**
52:13,16
**lease** 29:3,9
30:13,21 31:1
37:5 71:1

187:1 188:1
**leased** 29:1,
2,6 177:17
231:25
**leasing** 31:19
71:1 187:7,24
188:7
**least** 12:23
60:5 107:14
174:23 193:13
219:23 269:15
**leave** 172:11
240:14,15
260:10,23
288:13,15
**leaving** 18:2
287:24 288:11
**left** 21:4
126:9,16
**left-hand**
57:13 79:11
95:7 96:17
152:21
**legal** 9:12,14
86:5,7 97:9
150:22,23
180:17,23
204:7,8
219:21 265:22
266:1 268:14
**legally**
263:10 267:6
**legitimate**
222:19 263:13
**length** 34:11
**less** 278:10,
11
**let** 24:18
36:8 42:17
52:3 55:20
56:4 62:21
63:17 68:12
74:1,10 76:4
77:16 79:8
82:8 84:5
87:11,24
88:24 89:10
90:4 91:15

92:12 94:6
96:7 101:23
102:6 104:8
106:12 107:24
110:3 114:19
115:10,20
116:25 117:17
120:17 124:17
127:24 128:20
135:20 137:5
144:1,20
145:11 146:21
150:9 151:8
152:5 153:24
154:8 158:17
169:5 179:23
181:1,15
183:15 186:11
199:17
200:13,18
206:20 207:18
210:14 214:6
220:8 225:25
228:9 231:11
242:5 246:2,
10 247:18
248:23 253:25
255:24 258:15
268:3,7 269:6
270:3,11,25
271:5,22
272:6,17,21
280:13 283:18
284:8,16,25
286:4
**let's**  26:25
50:13 66:4
98:14 162:25
189:10 227:15
237:21 249:1
255:16 278:25
**letter**  66:5,
16 88:2
**letters**  208:6
**Lev**  270:25
**level**  211:21
250:4
**levels**  238:11
239:23

**liberal**
69:19,20,25
**life**  104:22
196:17 230:12
239:11 250:3
**light**  80:22
**like**  38:1,11
42:13,15 43:9
44:16 45:1
46:12,22 52:5
74:13 79:16
84:17 86:18
95:20 98:6
110:9 119:17
120:14,18
121:23 123:19
125:13,22
130:17 137:9
140:23 142:2
144:7 156:1
172:7 173:20,
24,25 182:17
187:25 189:19
192:18,24
193:22
196:10,18
198:2 205:21
206:11 213:20
215:6,7
217:16 224:1
225:1,2,9
226:20 235:22
236:20 237:8
238:13,17
239:24 242:22
251:23 255:21
260:11 264:5
272:22 276:8
288:22
**limit**  205:12
207:12
**limited**  55:4
205:7,8,19,20
275:7 285:7
**limiting**
211:19
**line**  16:10
55:7 57:23
68:1 69:17

82:4 84:5
94:11 102:13
105:13 118:2
**list**  118:8
152:21
204:17,22
229:4 283:16
**listed**  217:18
219:14
**lists**  90:24
**Lithuania**
16:19,21,22
**little**  21:8,
14 26:24
47:10,12
126:7 199:20
200:1,2
**live**  21:18
149:15 153:18
**living**  21:19,
23 48:3
239:18
**LL**  27:7
**loan**  41:6
44:20
**loans**  41:11
240:8
**local**  265:21
276:2 285:17,
20
**located**  22:5,
11 116:18
208:23 209:18
218:4 266:12
**location**  27:9
46:16 194:6
**logical**
213:1,2
**logically**
226:20
**login**  264:14
**logo**  65:23,25
79:4
**logs**  263:9,14
264:1,10
**long**  14:16
17:24 34:18

35:13 52:16
83:20 113:11
122:14 135:24
163:17 165:23
186:20 187:21
190:7 191:20
**longer**  178:23
186:17 187:13
191:10
**longtime**
105:5
**look**  32:21,25
33:3,11,12
57:13 66:4
69:1 76:1,14
77:24 78:25
88:25 89:3
94:10 97:21
118:14 121:5
123:6,9
126:1,13
133:5 135:8
159:3 201:16
228:24 233:14
242:12,16,24
246:13,15
247:23 249:12
254:14,17
255:16 256:11
265:10 276:10
278:13,15
286:22
**looked**  20:9
**looking**
58:13,17
74:20 88:24
101:24 185:9
201:20 244:18
247:10 249:4
270:20
286:21,24
**looks**  38:11
65:21,22
123:19 125:13
126:9 127:1
133:9 137:9
176:15 225:9
255:21 261:11
272:13

lose   188:15
  191:4 193:3
losing   113:22
  178:17 193:3
  198:14
loss   188:16
  199:14 207:17
lost   157:3
  190:14,17,21,
  23 193:2
  249:20
lot   25:24
  27:16 69:9,11
  185:16 190:9
  221:12,22
  222:9 239:23
  240:11 252:21
  253:12
lots   202:5
loudly   147:18
low   188:17
LPT   286:18
Lukashenko
  274:9,20,22
  275:17 276:4
  277:25 279:8,
  19 280:6,9
lunch   114:17
  121:13
luncheon
  121:16
Luxembourg-
registered
  263:11
lying   79:3

———————————

M

M-I-S-H-R-A
  198:23
Machine
  145:16,17
machines
  133:23
  235:13,19
  236:10 237:14

made   53:15
  54:22 107:18
  143:12,13
  144:9 184:2
  212:24
magazine
  82:23 83:1,10
  84:6,11,14
  85:13 86:13
  87:1 88:2,4,
  5,8 89:1,8
  285:17,18,20
mail   227:7
mailbox   226:6
main   19:3
  20:24 45:24
  99:3 238:24
maintain
  267:5
make   19:7
  30:19 33:14
  36:21 42:13
  48:19 73:5
  86:17 108:10
  144:14 148:7
  153:3 167:2
  170:18,22
  171:3 179:8
  183:17,24
  187:17 194:8
  195:9,12
  196:23 197:5
  202:14 211:23
  217:5 218:3
  219:17 229:20
  239:1,6
  243:14
  245:12,20
  247:6 249:2,
  13 257:1
  260:24
makes   127:19
  222:6
makeup   286:9
making   106:23
  144:12 150:18
  286:1

malicious
  112:6 129:17
  216:9 230:5,
  25
Malunda   284:4
malware
  105:22
manage   57:5
  137:20 139:3,
  7 140:24
  142:12
managed   59:19
  68:7,9
  133:18,24
  134:3,11
  139:12
manager   99:3
  117:10 132:19
managers
  134:5,7
manages
  189:18 222:6
managing
  18:23 216:18
mandated.the
  282:22
many   16:12
  20:1,2,19
  27:13,18
  28:6,13,17,19
  29:5,6,24
  35:16 36:19
  37:7 42:8
  51:8 59:6,9
  63:15 64:22
  65:17 66:12
  72:17 73:1
  76:15 77:9
  80:15 84:11,
  14 93:8,10
  98:19 107:17
  114:10 129:25
  130:6 134:17
  135:1,5,19
  139:19,22,23
  140:2,3,5
  142:4 146:18
  150:12,14

  161:7 162:9,
  11 163:9,13,
  15,19,22,23
  164:19 165:3
  171:16,18,20
  172:12 182:25
  184:23 193:2
  196:22 206:5,
  7,8,16 240:24
  241:4,14
  250:3 251:19
  257:7 274:21
  276:1
Marinichev
  270:8
Mark   220:12
  221:6 222:5
marked   42:19
  52:1 54:18
  55:18 56:5
  62:19 63:18
  66:2 73:24
  74:8 76:5
  77:15 79:6
  82:9 87:22
  89:11 90:2
  92:13 94:7
  96:8 97:22
  102:4 104:10
  106:13 107:25
  110:5 114:20
  117:2,18
  121:22 124:16
  125:24 126:11
  127:25 128:21
  131:3 135:13
  137:3 143:24
  145:9 146:19
  151:9 154:1,9
  169:6 179:25
  181:2 186:12
  199:18 206:22
  207:19 210:15
  214:7 220:9
  231:12 242:5,
  8 246:11
  248:24 254:1
  255:25 263:3
  265:11 266:15

268:8 269:6,7
270:1,4,5,13
271:3,25
272:15 273:4
280:14 281:21
283:19 284:6
285:1,11,22
286:14 287:8
**market** 150:5
255:18 265:21
**marvel** 95:20
**massages**
226:5
**massive** 177:4
**Master** 56:9
72:4 75:9,12,
21,24 76:10,
13 79:3
**Master-x.com**
90:24
**masters**
57:20,21
91:20 115:16,
21
**matter** 74:25
215:16 216:11
240:15
**matters**
247:1,8
**mature** 97:2
**Max** 208:23
**may** 10:19
36:13 55:13
133:6 198:14
244:21
260:18,19,20
**maybe** 23:18
51:14 55:21
57:16 59:25
69:15,16
72:15,16
95:20 111:4
116:14 125:17
127:16 146:9
153:20 158:13
160:1 161:12
163:7,12
181:24 184:5

193:3 194:18
195:3,25
196:2 206:11
219:20 225:9
226:1 230:19
236:14 246:8
255:14 263:23
267:1 284:23
**MB-1** 169:5,6,
8
**MB-11** 206:21,
22
**MB-19** 207:18,
19
**MB-4** 179:24,
25
**MB-5** 181:1,2
**MB-8** 186:11,
12
**MB-9** 199:17,
18
**Mc** 117:6
**MC-1** 117:1,2
**MC-2** 117:17,
18,20
**Mccolo** 117:6,
7,9,12,14
118:7,11,14,
18 119:11,22
120:2 121:6
**me** 12:2 13:21
15:3,11,14
21:7,9 23:4
24:18 26:2
27:20,23
32:11 33:12,
19 36:8 38:18
40:3 42:3,16,
17 45:12
49:6,15 52:3,
5 53:1,17
55:20 56:4
59:19 60:24
61:22,24
62:21 63:17
64:5,23 65:1,
12 66:20
67:16 68:12

69:23 71:20
74:1,10 76:4
77:5,6,16
79:8 80:18
81:13 82:8
83:4,18 84:5,
24 85:1 86:25
87:11,24
88:24 89:10
90:4,5 91:15
92:12 94:6,25
95:5 96:1,7
98:12 99:1
101:1,23
102:3,6
103:10 104:8
106:12
107:18,24
110:3 111:1
113:3 114:14,
16,19 115:10,
20 116:25
117:10,17,23
119:6,7,11
120:5,17
121:6,25
122:5 123:7,
10 124:2,17,
18 126:2,7,
10,16 127:24
128:20
130:10,15
131:23 134:24
135:11,20
136:12,14
137:5 138:2,
10 142:23
143:12,14
144:1,18,20
145:11 146:21
149:3 150:9,
25 151:4,5,8
152:5 153:10,
24 154:8
155:8,20
156:5,19,21
158:17 159:2
160:8,12
162:17 164:23

165:12,16,17,
18 166:17,21
168:23 169:5
174:3,15
177:18 179:7,
23 181:1,15
183:15 184:5,
14 185:19
186:7,11
189:6,17,21,
23,24 190:13
191:21 192:2
193:7,10,14
194:21 195:1,
3,15 196:4,25
198:3 199:17
203:1 204:10
206:10,20
207:18 210:14
212:16 214:6
219:20 220:8
221:25 224:4,
14 225:25
226:23,25
228:9 229:25
230:19 231:11
232:23 237:21
238:13,14,25
239:2,6,12,
14,17,18
240:8,16,17,
21,25 241:21,
22 242:5,20
244:3 246:2,
10 247:18
248:23 249:22
250:1 253:25
254:10 255:24
258:15 259:5,
6,16 262:25
263:13,19,23
264:2,21,22
268:3,7 269:6
270:3,11,25
271:5,22
272:6,17,21
274:12
279:14,21,23
280:3,13

281:6,15,19
283:18 284:8,
16,25 286:4
287:13,15,21
**mean** 20:11
43:20 69:20
71:3 83:2
85:18,23 87:5
91:10 94:19
95:13 96:15
97:4 102:1
103:22 110:16
123:25 124:2
127:20 132:22
137:24 141:5
144:23 145:22
146:12 149:13
150:21
151:22,24,25
156:23 164:15
173:9 182:8
184:9 194:16
203:23 205:19
208:8 209:1,
19 210:6
213:8 218:25
219:22
221:17,19
222:13,19
223:6 236:16
238:11,13
239:21 244:3,
5 264:13
275:24
**meaning** 33:22
199:5 202:20,
21 204:15
**means** 30:25
49:20,25
85:8,10,15,24
88:7 91:2
94:20 112:13
141:14 146:13
157:10 189:18
204:13 209:2
222:14,24
226:19,22
244:3

**meant** 33:1
**media** 84:18
97:19 101:18
107:15 179:12
**meet** 60:1,2
98:19 104:22
176:15 266:2
272:4,10
275:5
**meeting** 79:21
80:23 176:15
213:16,22
**meetings**
56:11
**Mega** 136:9,11
**Megashop.ru.**
18:24
**member** 106:18
136:10,11
**members** 105:6
120:6 252:24
**membership**
251:13
**memo** 213:20
214:13
**men** 122:15
126:14
**mention** 105:4
249:19 280:18
**mentioned**
181:18,24
186:9 200:21,
22 205:11,13
207:16 235:17
**mentioning**
205:6
**mentions**
50:14 212:6
**messages**
24:13,22
226:6 227:7
**messaging**
282:24
**met** 20:6
236:4
**methbot**
169:16,19

173:6 175:19
177:7,11
178:7 179:3
182:10,20
183:4,9
185:4,12
190:14 198:7
202:25 203:5,
7 213:11,21
234:8
**Miami** 9:5,10
**microphone**
123:23 125:11
**middle** 48:1
55:2 106:17
122:17 124:19
126:16 142:8
166:14 180:3,
5 207:23
208:1 211:17
**Midland** 45:2
**might** 179:8
202:7 208:20
229:17 262:12
**million** 39:7,
12,13,14,17
41:7,16,25
42:2,5,12
45:1 158:23
159:8 196:10
**millions**
188:17 190:1,
4
**Mind** 208:23
**minds** 80:22
**mine** 262:20
267:2 287:4
**minimize**
240:20 250:2
**minute**
227:11,15
**minutes** 55:21
114:17 227:14
278:25
**Mischaracteriz
es** 132:14
**Mishra** 54:21
198:22,23

199:1,3
**mispronouncing**
182:10
**mistake** 42:13
**mistaken** 33:1
187:9,13
**mixed** 287:5
**Mobile** 247:3
**models** 198:11
**modern** 220:18
**Modupeh** 243:2
**moment** 226:7
242:12
**Monday** 9:2
**money** 21:8
36:4,22 40:8,
20,25 41:2,3
50:16 56:23,
25 57:6
66:11,15
92:25 98:7
106:23 107:12
159:24
274:14,15,24,
25 275:4,13,
17 276:14,16
277:2,12
279:10,17,23
280:5
**Monsters**
95:17,18
**month** 35:15
47:24 172:21,
22,25 176:10,
14 178:17,18,
19,20,24
186:18,25
187:1,5,14
188:1 192:5
194:5,8
198:8,14
**month-to-month**
34:20
**months** 34:19
118:5 191:23
214:24 215:2,
5 216:15,24
217:3,10,13,

16
**morally**
  119:19
**more**  17:17
  29:16 30:18,
  19 39:2 41:11
  56:18 94:20
  103:5 117:25
  148:8 151:14
  167:12,13,15
  195:1 204:19
  207:7 221:20
  248:15,16,19,
  21 251:18
  257:6 264:12
  274:1,4
  284:10
**morning**  9:1
  24:11 208:3
**Moscow**  22:6,
  12 44:13
  57:9,15
  78:15,23
  79:21 254:21,
  25 282:7,9
**most**  20:16
  23:18,20 49:6
  53:4 60:18
  105:22 110:11
  118:9 147:16
  192:23,25
  208:24 212:3
  282:18
**mother**  21:4
  239:13
**move**  20:21
  171:4 241:4
  265:20
**moved**  20:22
  46:19,24,25
  116:15
**moving**  47:2
**Mr**  9:17,21,
  23,25 10:15
  11:8,10,20,22
  12:17,20
  14:19,22
  15:2,4,6,10,

15,17,19,25
16:2,3,5,7,
22,24 17:7
18:19,21 19:1
20:18,21
21:24 23:15
24:14,18
25:15,17
26:1,4,23
27:8,9,13,15,
18 29:8,18
30:22,24
31:3,5,6,7,21
32:22,24
33:4,6,13,15,
16,20 34:2
35:1,22 36:1,
25 38:1,8,10
39:15,18,24
40:1,4,6,8
41:5,19,21
42:1,3,6,22,
23 43:1,2,4
46:1 47:1,7,
8,16,18
48:16,19,21,
22 49:14,16
50:4,6,24
51:1,8,13,15,
21,25 52:8,
18,20,21
53:3,7,12,14,
25 54:3,6,16,
20,21 55:20,
23 56:4 57:2
58:1,3,6,7,9,
11,12,14,15,
19,21 59:2,4,
12,14 60:6,7,
8,10,15,16
61:4,7,9,11,
16,18 62:21
63:20,21
65:6,24,25
66:4 67:5,24
68:12 69:13
70:20,22
71:9,10,11
72:3 73:5,8,

13,16,19,20
74:1 76:7,14,
18,20,21
77:16 78:9,
10,17,20
80:25 81:2,
23,25 82:12,
13,14,15
83:8,11,13
85:3,5,7
86:4,16 87:1,
3,6,9,11,14,
24 88:19,20,
22,24 89:5,7,
13,21 90:4,
13,21 91:14,
15 92:5,15,
20,22 93:5,6,
13,16 94:9,
17,19,23
95:4,6,21
96:10 97:15,
17,24 98:11,
13 99:15,18
100:1,25
101:1,2,17
102:2,6,12,
14,17,19,21,
24 103:1,4,6,
24 104:6,8,
12,13,21,23,
25 105:2,10,
12,19,21
106:2,4,7,10,
15 107:1,3,4,
6,16,20,21,23
108:2,10,17,
20,22,25
109:1,2,22,24
110:8,10,23,
25 111:3,5,
15,16,21,23,
24 112:8,10,
19,21,23,25
113:2,5,25
114:3,5,7,10,
11,13,15,22
115:3,6,8,10,
24,25 116:8,

10,13,15,23,
25 117:4,20
118:12,14,16,
18,20,22,23,
25 119:24
120:1,4,7,14,
17,22,24,25
121:3,7,8,12,
14,23 122:12
123:6,21,23
124:17 125:9,
11 126:1,13,
21 128:2,14,
25 129:10,12,
21,23 130:3,
4,8,12,14,19,
21,23 131:1,
2,5,12,17,21
132:9,12,14,
17,20 133:13,
15,17,19,21,
24 134:20,22
135:11,14,23
136:16,18
137:15,18,23
138:1,5,7,9,
11,13,16,18,
20,22,24
139:1,4,6,9,
11,14,17,21
140:1,3,6,8,
11,13,18,20,
22 141:1,4,7,
19,20 142:1,
4,7,10,14,20,
23 143:10,22
144:4,6,11,13
145:4,6,14,
19,23 146:4,
21,24,25
147:7,10,12
148:3,5,6,9,
18,20,25
149:2,7,10,25
150:2,8,9,17,
24 151:1,3,6,
12 152:3,5
153:2,4,8,10,
22 154:2,11,

15,18,20
155:25 156:2,
5,12,16,17,
18,20 157:1,
7,12,14,17,20
158:4,11,16,
17,19,21
159:18 160:7,
9,10,12,15,
18,24 161:21,
23,25 162:4,
7,16,19,21,25
163:6,15
164:1,4,9,12
165:2,4,15,20
166:3,8,10,
19,22 167:2,
4,10,13,14,
16,18,20
168:3,15,17,
23,25 169:5,
8,25 170:3,
13,23 171:16,
22,24 172:4,
18,20 174:17,
20 175:2,4,
10,18,20,22,
23,25 176:2,
3,5,23,25
177:2,5,7,13,
16,25 178:2
179:7,17,20,
21,23 180:2,
13,14,19,22
181:1,4,5,14,
15,21,22,23
182:6,9,13,
15,17,19,21,
23 183:11,14
184:23 185:1,
3,8,13,15
186:14,22,24
187:3,6,10,12
188:4,6,11,14
189:1,8,25
190:1,3,5,16,
19,21 191:3
192:9,11
193:21,24,25

194:1,3,15,17
195:5,15
196:4,9,13,25
197:14,19,24
198:6,7,9,12,
13,15,16,18,
19 199:4,11,
13,14,15,22,
25 200:3,6,7,
16,18,25
201:3,13,16,
19,23 202:2,
4,5,10,12,19,
21,24 203:4,
11,13,15,20,
24 204:2,12,
14 205:10,15
206:5,18,20,
25 207:6,10,
14,22 208:15,
20 209:8,11,
24 210:2,5,8,
18 211:15,17
212:15,18,20,
23 213:3,6,
10,25 214:6,
10,15,17,25
215:1,3,12,
22,24 216:12,
14,16,23
217:12,14,17
218:9,16,20,
22,24 219:10
220:3,8,12
221:3,5,8
222:18
223:10,12,17,
20,21,23
225:12,15
226:11,13,15,
24 227:2,6,8,
12,14,15,18,
24 228:3,4,7,
10,12 229:10,
12,18,22,24
230:1,11,23,
24 231:1,3,15
232:4,6,13,
16,19,21

233:5,13,17,
20 234:1,5,
11,22 235:3,
5,14,16,24
236:1,3,5,7,
8,11,12,13,
19,21,22,23,
25 237:2,5,
12,17,19,20,
23,25 238:1,
3,6,9 241:10
242:9,16,19,
21,23,24
244:4,8,12,
17,20 245:14,
19,22 246:13
247:2,5,9,12,
17,18 248:5,
7,9,10 249:1,
3,4,11 250:9,
11,13,15,18,
20,24 251:1,
3,5,7,11,12,
14,21,23
252:2,4,6,8,
11,14 253:4,
7,10,13,15,
16,19,24,25
254:3 255:20,
22 256:3,6,
14,17,19,24
257:13,18
258:4,7,14,
17,19,22,25
259:23,25
260:4,6,7,9,
10,13,15,17
261:3,15
262:13,18,23
263:2,6,21,25
264:3,9,11,
15,19,20,24
265:2,3,5,13
266:17 267:18
268:3,10,16,
18 269:2,5,9,
14,17,19,22,
23 270:1,3,7,
15,17,19,21,

22,24,25
271:5,15,18,
19,22 272:1,
9,17 273:5
274:5,7,9
275:1,3
276:4,6,10
277:1,6,8,9,
11,15,17,19,
21,23 278:2,
5,7,12,16,18,
23,25 279:9,
16,20,22,24
280:1,17,21,
22,24 281:1,
2,10,12,13,
15,19,24
282:1 283:2,
4,6,8,10,14,
15,17,18,23,
24 284:1,3,8,
12,14 285:3,
14,24 286:16,
21,22 287:1,
10,20,22
288:6,12,19,
24,25

**MS**   9:18,20,22
15:1 58:10,18
82:13 88:21
108:24 123:4
128:24 131:18
135:22 143:8
177:24
182:13,16
218:14,17,19
220:5 228:9
230:10,22
256:5 260:23
262:17,21,22,
25 265:4
269:20 270:2
280:23,25
281:17,23
283:16,21,22
286:19,24
287:21,24
288:8,18

April 30, 2018

50

much   17:17
  21:11 148:7
  158:14,18
  161:21 163:7
  172:20,21
  184:11 186:17
  187:6,13
  188:15 189:20
  194:4 249:22
  274:17
must   91:12
  93:9 135:10
my   13:7,9,17
  17:15 18:4,
  14,17 19:3
  20:6 21:2,3,
  4,5 22:25
  23:13 26:7,13
  27:21 33:18
  36:3,7,17
  41:9,14 44:18
  45:22 46:16
  48:4,11
  50:16,18
  51:16 53:7
  57:2 58:6
  61:14 64:10
  68:21 69:13
  70:2 72:19
  73:16 74:7
  85:22 88:25
  93:1,12
  103:16 104:22
  117:10 119:5,
  10 121:11
  122:7,9
  123:11 126:4
  133:18 138:6,
  19,23 140:7
  141:1,21
  142:14,15
  143:1,14
  150:17 154:22
  156:7 159:7
  161:19 163:15
  178:8,9 186:4
  192:18 195:8,
  9,12 196:14,
  15,16,17,19,

20,24 198:12
  199:4 226:6
  228:15,21
  229:19 230:12
  232:14 234:13
  235:25 236:4
  238:12,24
  239:4,7,8,11,
  13,21,22,25
  240:1,16
  249:16,18,20,
  24,25 250:3,4
  269:3 273:17
  279:14 281:6
  283:23
myself   47:20
  240:19
Myspace
  234:19

_____

N

N-1   270:4,5
N-10   272:15,
  18
N-11   272:21
N-14   273:3,5
N-15   273:3,7
N-2   270:11,13
N-3   270:25
  271:2
N-4   271:2,5
N-5   271:23,24
N-6   271:24
  272:6
N-7   271:24
  272:11
N-O-D-E
  218:16,19
N-O-D-E-S
  218:17
Nabiha   9:20
name   10:16
  11:7,11,16,18
  12:9,14,18,25
  13:5,9,13,14,
  18,25 22:7

36:12 37:9,
  18,19,21
  43:14 46:20,
  25 62:3,7,9,
  11 64:6,8,10
  66:17,19,21,
  25 67:7,8,15,
  18 68:21
  77:21 79:25
  81:17 85:4,6
  89:19 90:14
  93:12 98:18
  99:6 101:14
  120:7,11
  121:25 122:9,
  18,20,21
  123:8,10,14
  124:5,8,10,
  20,22 125:3,
  6,7 126:18
  131:15,19
  140:4,7,9,13,
  21 141:2,24
  142:6,18,25
  143:1,2,16,
  17,18 146:22
  147:1 153:5
  155:5,7,16,19
  156:6,7,8,10,
  12,15,21,22,
  24 157:15,19
  164:16 174:2
  176:8 182:10
  193:10,16
  194:21 195:1,
  3,15 196:4,
  11,25 197:15
  198:20,21
  233:22 243:3
  249:25 250:6,
  16 255:3
  257:16 270:9,
  10 272:24
  275:6,8
named   91:16
  99:24 106:19
names   11:4
  15:23 19:17,
  20,21 20:13

22:24 32:9
  62:8 64:4
  98:23 99:2,22
  100:1,2,3,6,7
  101:10 120:8
  122:6 193:7,9
  270:20 272:13
narrow   161:25
Natalya   271:5
Nathan   9:21
national
  239:15
nature   55:12,
  13
NDA   14:20,23,
  25 15:1,5,9
necessarily
  132:22
necessary
  213:14
need   10:19,20
  28:10 36:4
  53:21 69:18
  84:18 172:9
  179:11 199:16
  218:3 240:13,
  14,18 262:23
  270:1
negative
  181:25 182:2,
  4,6
neighborhood
  45:5
Neither
  237:12
Nelson   9:13
nerds   263:16
Netherlands
  37:12,14
  44:24 45:9
  84:7 168:18
network   18:8
  27:14,19
  110:16,22
  112:1 118:4
  129:4,9
  184:18,21
  185:17,20

**networkings**
204:23

**networks**
110:12
204:17,24

**never** 16:10
45:7 46:2,8,
9,14 47:11,13
49:20 54:24
68:7,9 104:22
114:14,16
141:11 142:21
154:20 155:2,
5,6,7 170:6,
8,16 175:12
176:7 230:13
231:5 253:2,
17 254:12
278:5 283:8
288:10

**new** 55:21
95:7,16,24
96:3,17
151:13 190:19
233:10 245:16
268:10 283:1

**news** 24:10
111:11 114:6
173:7 220:18
238:19 245:16

**newspaper**
43:7 170:15
175:3 278:14,
18

**next** 24:9
44:22 48:1
51:1 55:7,11
57:23 69:17
70:3 72:3
75:7 76:14
82:4 96:3
100:10,16
101:17 105:13
109:12 122:5,

16 222:8
224:3 226:1
255:4,7
281:12
282:13,14
283:15 284:9
285:24 287:2

**nice** 65:21,22

**Nick** 169:8,14
180:6 203:16,
18 253:21

**nickname**
131:16

**nicknames**
79:22

**night** 235:25

**Nikolai**
117:12

**Nikolia**
117:9,14

**nine** 79:16
214:24 215:2,
5 216:15
281:4

**no** 9:7 11:6,
9,17 12:9,19
13:2,15 14:5,
6,8 15:24
16:5,10 17:9,
12,23 18:20
20:8,14 22:1
23:16 25:6,8
26:2,6,7
30:1,14,21
31:10,13,15,
17 32:14,15,
23 33:5,7
34:9,10 35:12
37:24 38:5
42:4,16,19,23
47:19 48:15
49:11 50:5,
13,16 51:16
52:1,22 53:6
54:12,14,18,
24 55:3,14,18
56:18 58:9
59:3,4,5,14,

16 60:9,10,23
61:1 62:19
63:18,20,22
66:2,7,11,14,
15 67:7
68:10,23
70:10 71:24
72:21,25
73:18,24 74:8
75:6 76:5
77:13,20
79:6,15 82:9
83:4,20 85:9
86:24 87:22
89:9,11 90:2
92:13 93:4
94:7,18,19,20
95:22,23
96:8,12,15,20
97:22 100:5,
21 102:4,14,
16 103:16
104:10 106:13
107:25
109:17,20
110:2,5
111:6,18
112:20,21,24
113:16 114:20
115:14
116:17,20,24
117:2,18
118:24 122:4
125:24 126:11
127:23,25
128:21 129:22
130:22,25
131:3,13
132:1,3
133:14 134:24
136:5 137:2,
3,19 139:18,
21 143:1,14,
17,24 144:13
145:5,9
146:19 149:20
150:25 151:9
152:10,12,24
153:17,23

154:4,7,9,19
155:13,22
157:7 160:2,
12,25 161:4
167:25 168:13
169:6 170:5,
15,16 171:3
172:5 173:13
175:3,4 177:2
178:11,15,23
179:15,25
180:19,25
181:2 186:10,
12,23 188:12
191:10,11
195:15 197:2,
8 199:6,8,10,
18,20,22
201:14 202:14
205:17,18
206:22
207:11,16,19
209:6,12,22
210:1,2,9,15,
24 213:22
214:1,4,7
216:2,20,21
218:17 220:9
223:25 226:5
227:12
228:20,23,25
229:8 230:14,
17,23 231:4,
10,12,17,19,
22 232:5,12
236:23 237:3,
22,23 238:1
240:17 242:4,
7,15,23
244:10,25
245:25 246:11
248:24
250:10,14,19
251:18 252:3,
7,19 253:10,
11,17 254:1,
15 255:25
258:8 259:2
260:6,7

261:19 263:3,
13 264:9,21
265:11,17
266:15 267:23
268:8 269:3,
7,22 270:5,13
272:15 274:8
276:21 277:4,
22,23 278:8
280:14
281:10,21
283:3,4,19
284:6,12
285:1,22
286:12,14
287:6,8 288:8
**nobody** 25:2,4
170:17,22
179:18,19,22
215:4 250:11
**node** 218:19
**nodes** 218:4,
11,13,14
219:21 220:1,
2,3,5,6,7
**nods** 82:3
136:6
**nominated**
88:8
**non-disclosure**
15:1
**non-pornography**
136:23
**none** 53:18
54:11,13
145:15
**nonsense**
49:18 50:12
220:25
**nor** 237:13
**normal** 12:4,
5,6,12,13
219:22
251:20,24
**normally** 48:2
**Nos** 77:14
121:21 124:15

135:12 153:25
271:2,24
273:3 285:10
**not** 11:10
12:2 13:14
14:6 17:17
19:7,19 21:3,
13,14,19,23
24:17,25
27:21,23,25
28:2 29:1
30:13 31:2
32:2 33:6,8
37:4 39:13,16
40:19,25 41:2
42:2,7,16
44:7,13,15,
17,25 45:11,
22 46:13,16
49:9,20 50:6,
7,8,11,18
54:4,5,23
58:6,23 59:19
60:4 61:7
62:8 64:4,12
65:13 66:15
68:20 69:12,
23 70:2 71:6,
7 75:3 80:2
83:4,17 84:24
85:1,22 86:25
87:5 89:2
91:9 92:21
93:11 94:14,
24,25 95:5
96:1 97:16
98:12,25
99:16 100:5
103:8,10,16
104:22 113:8
116:6 119:11
120:5,23
121:1,2,11
122:7,10,21
123:18,22,25
124:2,4,23
125:20,21,23
126:8,9,10,
23,24 127:4

128:15 131:23
133:15 134:23
135:4 136:12,
14 137:16,18
138:6,10,19,
23 140:7
141:1,21,22
144:10 146:11
147:11,18
149:3,19,20
151:4 153:9,
13,15 154:20
156:19,21
157:18 159:5
161:4,5,19
162:14,17,22,
24 163:3,13
164:4,10,13,
14 165:16
168:5,7,9,11,
23 169:21
170:10,17,21
171:19 173:21
175:13,22
178:8,18,19
184:8 185:2,
24 187:19
188:23,25
189:2,6,18,21
190:5 192:2
193:4 194:12
195:6,8,9,17
196:6,16,19,
21,23 198:3,
5,10 200:3,20
201:6 203:1,4
204:7,23
206:12 208:5,
11 209:4,9,
18,19 210:22
212:22 213:14
214:5 216:4
217:14 219:5,
8,12,15,21
221:3,5
222:10,24
223:6 224:8,9
225:23 226:2,
21 228:17,22

229:12,15,16,
19 230:23
231:25
232:10,14
233:6 234:5,
12 235:25
236:14,16,17
237:21 238:7,
13,14,20,21,
25 239:1,14
240:10,14,18
241:21,23
242:15,20
243:2 247:10
248:1,13
250:5,25
251:4,24
253:1 255:1,
23 256:22
257:8 258:7
260:4,17,20
261:10,14,25
263:14 264:2,
25 267:13
272:14 276:8
277:7,13
280:6 281:9
283:21 287:3,
21 288:4,15
**note** 120:15
145:14 173:4
**noted** 105:14
288:18
**Notes** 218:15
**nothing** 10:11
14:4 15:18,20
33:7 130:17
155:23 156:3
179:20 180:24
184:25
205:22,24
218:23,24
222:14 235:1
236:18 238:13
239:7 252:12
**notice** 34:21,
24 170:25
173:6 192:6
224:25

Case 0:17-cv-60426-UU   Document 212-6  Entered on FLSD Docket 09/21/2018   Page 348 of
387
12-6 Leks et al. 4 FLSD
April 30, 2018
53

noticed
   222:11
notices
   224:13 225:7
   273:15
notifications
   222:16
now  9:1 16:9
   21:15,17
   22:21 33:18
   35:18 45:8
   47:15 56:19
   72:18 96:24
   105:8 124:5
   142:14
   147:15,20
   154:16,23
   158:20 165:22
   174:13 179:1
   188:20 191:14
   193:3,5 200:6
   204:10 222:16
   240:6 241:15,
   23 243:16
   257:3 263:17
   265:5,15
   271:21 276:16
   277:1 283:1
number  23:15,
   21 27:16
   28:8,10,22
   29:13,17,19
   51:16,17
   72:20 73:9,
   20,21 82:13
   84:15 102:16
   133:1,3,7,8,
   16,18,19,22
   152:25 158:23
   172:13 176:9
   177:11 185:7
   188:13 223:11
   228:25 229:4
   240:16
numbered  44:7
numbers  73:1,
   3 187:8
   188:3,5 189:7
   229:5 231:23

O

O-L-O  117:6
object  16:5
Objection
   11:8,20 14:19
   15:4,10,17
   20:18 24:14
   26:1 27:15
   29:8 30:22
   31:3 32:22
   33:4,13,16
   38:8 39:15,24
   40:6 41:19
   42:1,6 47:7,
   16 48:16
   49:14 50:4,24
   51:13,21
   52:18 53:3,12
   54:3 59:2,12
   60:6,15 61:4,
   9,16 65:24
   70:20 71:9
   73:5,13,19
   76:18 78:9,17
   80:25 83:11
   85:5 86:4
   87:3,9 89:5
   90:13 91:14
   92:20 93:5,13
   94:17 95:4,21
   97:15 98:11
   99:15 100:25
   102:2,19,24
   103:4,24
   104:6,21,25
   105:10,19
   106:2,7
   107:1,4,16,21
   108:20 109:22
   110:23 111:3,
   15,21 112:8,
   19,23 113:2,
   25 114:5,13
   115:3,24
   116:8,13,23
   118:12,16,20,
   23 119:24

120:4,22,25
121:7 123:21
125:9 129:10,
21 130:3,8,
14,21 131:1
132:9,14
133:13,17,21
134:20 136:16
137:15,23
138:5,9,13,
18,22 139:1,
6,11,17
140:1,6,11,
18,22 141:4,
19 142:1,20
143:22 144:4,
11 145:4,23
146:24 147:10
148:3,6,18,25
149:7,25
150:8,24
151:3 153:2,
8,22 155:25
156:16,18
157:1,17
158:16,19
160:7,10,15
161:23 162:4,
16,21 163:6
164:1,9
165:2,15
166:3,8,19
167:10,18
168:15 169:25
171:22 172:4,
18 174:17
175:2,10,20,
23 176:2,5,25
177:5,13
179:17,21
181:14,21
182:21 183:11
185:1,8,13
186:22 187:3,
10 188:4,11
190:3,16
192:9 194:15
195:5 196:13
198:9,16

200:16
201:13,19
202:2,10,19,
24 203:11,15,
24 204:12
205:10 206:18
207:10 208:15
209:8,24
210:5 212:15,
20 213:6,25
214:15,25
215:22
216:12,16
218:22 219:10
221:3 222:18
223:12,20
226:11,15
227:2,8 228:3
229:10,18,24
231:1 232:4,
13,19 233:5,
17 234:1,11
235:3,14,24
236:3,7,11,
13,21,22,25
237:5,17,20
238:6 244:17
245:19 247:2,
9,17 248:5,9
250:9,13,18,
24 251:3,7,
12,21 252:2,
6,11 253:16,
24 255:20
258:4,17,22
259:23 263:21
264:3,11,19,
24 267:18
268:16 269:2
271:18 274:7
275:1 276:6
277:6,9,21
278:2,7,16,23
279:20,24
283:2,6,10
objections
   16:1
obligated
   34:18 54:4,7

119:19 282:20

**obligation**
279:15

**obligations**
279:14

**observation**
265:21

**obtain** 36:1
44:20 59:17
68:6

**obtained**
59:21 166:7,
24 263:10,15

**obvious** 84:19

**obviously**
42:15 200:20
260:23 285:3

**occupy**
115:16,21

**occur** 185:16
234:22

**occurred**
50:22

**occurs** 50:2
232:17

**October** 48:24
49:5

**of** 9:2,5,6,
10,11,13,17,
18,20 10:6
12:1,3 14:9,
14,17 16:10,
14,16 18:4,
13,23 19:10,
22 20:3,13,20
21:1,7,17,25
22:7 23:24
24:1,5,21
25:2,24 26:20
27:3,17,19,24
28:1,17,20
29:2,5,6,23
32:5,10,16
33:22 34:3,5,
6,19 35:4
39:1,2,5,10
40:2,8,13
42:24 43:25

44:6 45:1,3,
6,7,9 46:2,3,
7,8,20 47:24
48:2,14,19,24
50:15 51:16
52:22 53:1,9,
19 55:2,12,
13,23 56:12,
17 57:17,18
58:8,19
59:11,21,25
60:21,23
61:12,23,24
62:3,9 64:4,
13,19,22
65:10,18,20,
23 66:7,9
68:1,15 69:1,
2,7,9,11
70:4,8,11,15
71:17,19
72:12,13,18
74:17,20,25
75:10 76:2,
16,17,25
77:21 78:13,
25 79:21
80:4,17,22
82:5,6,22,24,
25 83:9,12,17
84:11,14,18
85:3,6,25
86:6,9,16,17,
20,21 88:4
89:3,8 90:8
91:7 92:10,
16,17,22,24
93:2,19
94:10,12,14,
21 95:1,20
96:2,17,25
97:12,18
98:7,13,23
99:1,2,9,14,
20 100:3,4,6,
7,11,17
101:10,11,14,
18 103:20
104:13,19

105:6,8,22,23
106:5,17,22
107:15 108:4
109:6,19
110:11,12,17,
22 111:13,25
112:1,11,12
113:17,24
114:9,24
115:1,8,12,
15,16,17,21
116:5 117:5,
14,25 118:8,
15 119:1,3,12
120:2,3
121:3,25
122:6,12
123:5,10
125:3,14,18
126:14,21,25
127:2 128:3
129:9,16,20,
23,25 131:5,
24 132:3,10
134:2,8 135:1
137:6,12
140:12 142:8,
12,25 143:16
144:16
145:12,15,19
146:10 147:7,
12,13 149:4,
10 150:19
152:19,21
153:7,16,20
155:2,3,14
157:20 158:9
159:5,19,22
160:6 161:17
162:7 163:17,
23 164:7
166:14 167:16
169:15,23
170:6,13,21
171:2,5,9,10
172:6,10,12
174:2 175:1,
11 177:11,19
178:16,23

179:15 180:3,
12 181:12,19,
25 182:1,2,22
183:4,6,10,
14,16,20,25
184:1,3,6,7,
12,24 185:2,
4,11,16,19,
20,23 187:7
188:15,17
189:19,22,24
190:1,4,9,14,
15,17,21,22,
23,24 191:6,
19,24 192:15
193:4,6,7,10,
11,13,16
194:21 195:1,
3,10,16,20,
21,23,24
196:11,22,25
197:6,15,16
198:8,15
199:14
201:17,22
202:6,7,9
204:3,17,23,
24 205:5
206:15 207:8,
23 208:1,7,
22,24 209:4,
25 211:17
212:6 213:7,9
215:10,16
216:7 217:17
219:5,12,15
220:15,23
221:7,12,13,
22,23 222:9,
11,21,22,23
223:7,8
224:10,19
225:6,10
226:1,2,13,18
228:16,22
229:4,7,9,12,
13,17 230:13,
15 231:5
232:7 233:6,

9,13,22 234:7
235:1,18
236:20 237:7,
8,9,13,15,24
238:2,12,19
239:8,11,15,
23 240:7,8,9,
11,15 242:5
243:16
244:18,25
245:20 246:22
247:11,14,19,
22 248:13
249:12 250:1,
15,21 252:21,
25 253:1,7
254:4 256:5,
10 257:24
258:1,9,15,16
259:3,13,25
261:9,11
263:1,8,14,15
264:1,10
265:21,22
266:3,7,11
267:12
268:13,20
270:17
271:11,14
273:10 274:24
275:4 277:4,
18 278:17
279:1,18
281:3,4
282:12,13
283:1 284:17
285:8 286:2,
23 287:17,22

**off**  55:24
87:17 93:12
118:2 119:20
121:17 151:16
191:8 197:9
206:16 227:19
249:6 279:2
288:20

**offer**  156:8

**offered**
156:10

**offering**
113:13
267:13,19,23

**office**  35:24
45:23 239:8

**officer**  112:2
216:3 263:11

**officers**
24:21

**official**
68:16 147:19
164:2

**officially**
222:11 276:19

**officials**
216:20

**offline**  80:21

**often**  111:19

**okay**  11:3
26:8 29:2
33:20,24
42:15 49:16
52:7 54:15
55:22 58:7
62:25 65:19,
22 66:16
67:24 76:20
78:4 87:14
89:10 98:3
104:23 109:11
126:1,13
127:7 134:25
136:18 161:1
167:16,21
174:12 176:15
178:2 187:18
188:14 189:10
194:3 197:4,7
198:19
199:17,25
204:10 208:4
216:4,6
220:23 221:8
222:3,8
224:4,10
225:25 227:15
228:6,10,24
232:10 233:20

240:5 246:9
247:22 249:14
252:20 253:3,
25 254:13
255:4,16,22
256:19 258:19
261:1,3 262:2
264:18 265:2,
19 268:18
269:17 270:2
274:5 276:16
279:16 280:25
281:8,23
282:12 283:17
284:8,13
285:24 287:6,
16,19 288:12

**old**  147:18

**Olga**  269:10,
16

**on**  9:1,17,18,
20 10:18
12:12 16:3
22:21,25
23:13 24:20
25:13,14,21
32:3 35:2,10
38:18 44:6
48:4 49:21
50:2,22
51:19,20
52:11 56:2
57:13,17
58:2,3,6,25
59:6 60:5
61:8 64:13
65:19 67:24
74:3,13,15,23
75:5 78:10
79:3,11,20,22
80:10,12,14
81:11,12 82:6
84:5 86:21
87:20 88:1,23
90:22 91:21
94:10 95:7
96:12,15
97:20 98:1,13
99:2,22

102:12 104:13
106:23 107:9,
12 108:11
110:21,22
112:22 113:1
114:24 115:1,
12,18 118:2
121:19 126:4,
7,16 127:1
128:2 129:2
130:17,24
133:25 134:1,
3 135:8,14
136:2 138:8
144:20 145:20
149:21 150:4
151:13,19
152:16,21
162:1 163:25
164:7,10,13
166:6 174:19
175:4,8,15
176:23 177:3,
21 179:11
180:17 181:5,
12 182:20
185:16 186:15
188:17,22
189:1 191:22
197:12 198:5
199:23
200:10,25
201:20 202:16
203:19,20
209:7,23
210:4,20,22
211:3 212:7
213:11
214:17,21
216:6 217:2,7
219:22 220:21
221:17,19
222:1,2
225:10,25
227:14,22
228:18,20
230:20 232:17
233:24 237:3
238:11,21

239:14,23
240:2 242:11,
15 243:16,22
246:17 247:19
249:9 250:4
253:1 254:10,
11,21 255:2,
13 256:14,17,
18 260:14,25
263:11 264:8,
22 265:3
266:12,24
267:1,11
268:12,18,19
271:9,10
272:4,13,25
279:5 281:3
**once** 35:3
66:18 73:14
94:20 95:1
97:18 98:6
101:18 129:1
132:18 137:19
139:2,12
140:23 142:2,
9 150:4
173:20 188:12
195:17 196:14
206:25 207:7
235:8 236:4
246:15 275:5
**one** 11:25
13:22 19:10
20:24 22:3,10
23:7,9,12
34:12 35:15
37:4 38:21
41:7 45:15,16
48:4,10 50:9,
13 56:13,15,
16 61:12,24,
25 62:10,17
64:4 65:1
66:20 69:7,12
70:8 73:7
76:2,17
77:17,25
78:2,25 80:18
82:11 83:17

88:23 91:7,23
95:20 96:3,
14,25 97:12,
18 99:1,2,16,
17 100:11,17
101:18,21
105:23 106:5,
21 108:4,22
110:7,11
111:25 121:14
123:5 127:7
131:5 134:8
135:1,3
150:19 151:5,
7,13 153:7
155:8 157:22,
24 158:23
180:5 181:12
183:19,24
188:7 192:7
193:10,13
194:21 195:1,
11,16 196:7,
12,20,22,25
200:21
201:10,21
203:8 204:19
207:12 211:20
213:13 221:12
222:8,10,24
224:3 225:12,
15 226:13,19
228:9,11,13
231:7 238:18,
24 240:13
244:24 246:15
249:24 251:8
252:22,23
253:7 254:4,
8,15,17,24,25
255:4,7,9
256:18 257:8,
22 261:10
262:24 263:2
269:9 270:20
271:9 272:5
274:22
281:12,17
282:19 285:24

286:19,21
287:2,3
**one-half**
158:23
**ones** 11:23,24
16:18 19:16
20:2 65:11,
12,17 104:1
177:17 275:11
**online** 11:18
127:15 143:20
268:13,23
**only** 12:2
40:20 57:8
60:19 62:11
64:4 69:12
76:15 79:22
83:18 88:19
99:16,17
143:4 147:20
155:17
157:22,24
160:11 180:15
196:16
201:24,25
211:20 224:2
226:3,21
227:4 234:16
264:7 280:17
**open** 79:1
80:18 89:3,8
90:6 92:16
94:10 96:11
97:25 114:12
134:4 161:3
260:11,24
286:2 287:25
288:11,13,15
**opening**
147:19 176:9
286:1
**Opens** 117:15
**operate** 26:9
250:16
**operated**
104:3 105:7
**operates**
129:14

**operating**
16:1 26:10
159:12,14
**operation**
97:16 189:16
268:19
**operations**
268:13
**operator**
130:24
**opinion** 26:7
221:6,7
234:13 238:7
258:1,24
259:17 269:3
271:14 281:6
**Ops** 201:3,7,
25 204:17,22
**option** 13:22
37:18
**options**
13:22,23
**or** 10:4,10,21
19:1,2 21:12
23:3 24:15
31:22 34:3,19
36:14 38:17,
21,23 40:15,
17 44:9 45:5
46:22 49:19
50:10 52:22
53:1,9 54:23
56:8 57:3
58:25 60:5
74:14 76:16,
21 86:18 88:2
93:2 94:13,16
103:2 104:19
105:3 106:15
110:12,21
112:3 116:11
117:10
125:20,21,22
126:14 127:6
129:14 130:1
143:3,14
152:18 153:13
154:16 159:3
160:4,13,21

162:13 163:1,
20 164:17
166:6,17
167:18 168:4,
10 173:12,25
175:5,12,13
177:17,18
184:17 185:23
186:25 189:20
191:23 192:2
193:11 195:1
196:7,10
197:1 198:13
206:17
209:17,22
213:4 214:13
223:15 224:8
226:22 228:7
232:24 233:4,
15,16 234:8,9
237:14 238:22
241:19 246:17
247:7 250:16
253:21 254:5,
25 255:6
256:8 258:16
263:18,20
272:6,10
273:14 281:18
282:19 284:23
285:4,20
286:10 287:3
**Oral** 146:8
**order** 233:4
261:9 282:25
287:4 288:23
**ordered** 180:6
**organize**
56:23,25
57:3,6 64:9
65:13,14
66:11 74:6
94:15 98:7
126:19
**organized**
11:15 56:22
57:19 61:20
62:10,17
73:15 80:23

92:24 94:21
98:4,10
126:17 271:10
**organizer**
61:19 66:7,9
90:9 92:17,
21,22 93:2,
11,12 94:12,
24 98:25
137:12
**organizers**
66:19
**organizing**
68:20 74:7
274:2
**original**
145:15 261:11
**originated**
204:24
**originating**
202:6
**other** 11:4,
11,16,19
15:15,23
19:5,14 20:7
34:19 36:19,
20 41:11 46:4
66:20 67:12
77:17 79:22
83:5,18 84:17
86:7,20
115:1,12
122:10
126:21,25
134:8 139:4
140:3 160:4,5
163:4 166:1,2
188:19 204:20
212:23 247:1
253:21 255:19
274:24
**others** 19:15
61:12 65:9
110:11 207:24
281:1,16,24
**our** 35:2
39:18 45:23
90:23 94:1

95:7,16 96:3,
17 102:9
107:19 132:3
136:9 148:22
167:21,25
169:13 173:24
176:17 177:14
178:18 179:8
181:17 184:1,
4,7,16,18,21
190:10 191:6
198:3 206:1
207:7 208:12
209:3,16
210:6 211:19
215:7 218:4
219:15,17,23
222:2 231:25
233:18 234:2,
3 246:20
258:23
**ours** 208:5
269:25
**ourselves**
176:18
**out** 24:10,12
25:24 51:16
67:1,7
102:13,21
112:25 113:6
118:1 119:12
120:19,20
121:24 129:2,
9 145:18
147:18
163:19,23
174:13 176:18
183:6,8,22,
23,25 194:9
200:13,19
203:3 206:1
210:7,9
216:15 219:18
233:10 235:12
237:15 243:17
244:9 245:3
246:25 247:6
249:23 252:9,
12 275:4

277:4,11,18
278:6 279:1,
13 287:22
**outcome** 210:7
**outlets**
255:19
**outside**
116:4,12
233:14 234:7
**over** 20:19
21:16 30:2,3
47:19 48:20
61:5 85:4
111:20 112:6
181:7 188:10
190:20 226:6
236:23 237:3
251:10
**owed** 36:4
**own** 12:25
13:3,5 14:3,
7,16 22:2,9
29:22 30:11,
16,20,25
31:1,2,7,8,9,
14 32:1,5,6,
9,12,17 44:10
70:9,16 71:6
84:8 88:4
92:21 100:18,
21,22 108:2
131:12
149:21,24
150:3 160:4
229:21 264:16
**owned** 28:17
29:5 53:1,9
54:1 83:6
84:6 101:2,5,
9 103:7,9
105:7 144:3,6
160:13 217:21
258:18
276:22,24
**owner** 45:3
82:19,22,24,
25 83:5,9,12
84:9 88:3,4

owning 276:25
owns 28:23
  29:12 139:5
  235:9 263:11

---

**P**

P-E-R-E-C
  77:22 79:9
P-H-I-S-H-I-N-
G 230:18
P-R-O-L-L-E-R
  193:19
p.m. 87:18,21
  121:18,20
  151:17,20
  197:10,13
  227:20,23
  249:7,10
  279:3,6
  288:21
P.S. 72:19
P.V. 108:25
packaging
  45:6
page 38:23
  39:1 43:25
  44:6,22 48:1,
  2 55:2 57:18
  63:23 68:15
  69:2 70:3,4,
  12 72:4
  74:13,17,18,
  20,21 75:7,10
  76:14,16
  79:11 80:17
  81:3,7 82:18
  83:23,24,25
  84:10 88:1,6,
  16,18,21
  90:8,21 93:17
  94:11 95:1,7
  96:21 97:18,
  20 98:1
  100:10,11,16
  101:18 102:7
  104:12 105:3
  106:17 109:12

110:9 111:23
112:10,11
113:17 115:25
117:5 118:25
119:5 135:8,
14 136:2,3,7
137:10 147:12
149:10 152:6,
22 180:3
181:5 188:15
204:20 205:5
207:23 208:1
211:18 212:6
221:9 226:1
228:25 263:6,
8 266:24
267:1,2 281:3
282:13,14
284:17 286:23
287:17
pages 76:15
  79:16 84:13
  88:19
paid 47:24
  137:20 143:16
  274:16 277:18
  279:18
Panagiotis
  272:21
Panama 186:9
panel 254:5,
  11
Panos 62:4,5
  66:24,25
  67:3,10,18
  134:9
Panos' 62:7
Panoses 67:6
paper 149:9
  186:9
paragraph
  44:9,23 51:1
  55:11 58:4
  64:14 67:25
  68:2 69:5
  79:20 84:2
  106:17 110:10
  111:24 114:24

116:3 119:4,7
129:12 181:5
200:12
204:16,20
207:6 214:20
220:24 245:1
265:20 266:20
267:1,3
282:17
paragraphs
  43:23 49:16
  112:16 117:23
Pardon 67:16
parent 169:13
parentheses
  114:25 152:23
  208:22
parents 21:2
Park 45:2
part 40:12
  57:14 190:17,
  21,23 204:23
  219:5 234:3
  256:9 257:24
  268:20 279:16
  283:1
participants
  63:6
participate
  57:24
participates
  129:16
participating
  254:5
participation
  39:6 131:17
  227:25
particular
  243:16
parties 152:7
  237:15
partner
  122:23,24
  147:17 182:12
  241:3,17
partners
  24:21 123:5
  135:1 249:25

partnership
  144:21,23
parts 10:19
party 50:15
  53:5,11,20
  152:14 193:1
  216:10 219:8,
  13 226:3
pass 88:23
passive
  19:18,21
passport
  13:7,9
past 23:17
  84:17 118:5
  226:7
Pattaya 74:4
Pavel 81:18,
  19 89:15,17,
  18,20 91:2
  108:25 110:3
  114:3
pay 34:18
  49:19,24
  143:14,17
  176:14 186:17
  187:13
  191:11,17
  274:14 277:12
paying 164:2
  172:21,25
  178:20,23
  186:19,20,24,
  25 187:5,6,
  21,22,24
  188:1,9
  191:10 194:4
  276:8
payment 109:7
  143:13 176:9,
  12,13
payments
  108:10 143:12
  159:23
people 12:2
  21:3,17 24:25
  34:13 35:3,25
  46:2,4,7

57:11,15
59:19,24
61:21 64:7,9,
14,19 65:8,17
66:18 73:14
78:24 79:22
80:18,20,22
83:5,18 85:16
92:24 94:14,
21 96:2 98:7,
13,22,23
99:2,20,24,25
107:8 108:10
110:21 113:3,
6 116:10
120:8,20
122:1,6,10,13
124:18 125:18
126:2 131:24
132:11 133:18
134:17,19
137:20
138:16,20
139:7,12,20,
22 140:3,4,
12,25 142:4,
13 144:7,25
146:5 149:19
159:1 174:16
189:10,22
222:21,24
233:4 239:18,
20 240:15,25
241:2 242:11
246:7 250:17,
20 251:11
252:8 253:21
255:14 259:17
277:24 278:9
286:10

**people's**
46:12 47:5

**peoples**
238:21

**per**  161:21
194:4

**percent**
28:18,20,21
44:21 53:6

96:20 117:25
144:22 185:4,
11 193:2
200:22 203:2
205:4 226:12
234:21 241:8
258:18 263:22

**percentage**
34:6 70:10

**Perec**  77:21
79:9,14

**perform**  248:1

**performing**
202:5

**permanently**
199:22

**perpetuating**
119:14

**person**  15:11,
14 29:10,16
62:3,10,11
66:20 67:12
68:19,20
77:19,21
81:16 104:18,
19 120:8
123:10 124:24
125:4 127:2,
10 132:10,19
133:12 137:20
139:2,18,19,
21 140:24
142:11 146:22
150:19 169:2
186:1,8 195:6
198:10 206:15
212:3 216:1,
18 221:7
240:14 241:24
242:1 269:11
270:7,15
271:1 272:1,
3,12 274:21,
22 277:13

**person's**
81:17

**personal**  21:8
36:3,5,16,17

164:20 165:5,
14,21 166:1,
6,11,16
196:17 238:9,
11 239:22
249:18 250:4
266:7,10,11
267:6

**personality**
11:18

**personally**
50:14 53:5,17
142:16 147:24
148:15
165:13,14
199:5 213:15
229:25 232:23
241:18 276:25

**Petersburg**
254:6,24

**pharmaceutical
s**  119:15
120:21

**phishing**
230:5,7,10,
15,22,25

**phonetic**
18:24 46:19
124:21 131:16
168:19 225:21
232:1 239:5
241:20 243:5

**photo**  126:8,
10 127:2

**photograph**
89:16 122:1,
5,6 126:3

**photographs**
121:24 127:5,
12

**photos**  127:19
261:12

**phrase**  288:10

**physical**  31:8
45:16 51:5,7,
10 234:17
237:6 267:7

**physically**
208:23

**pick**  156:12

**pics**  136:20

**picture**
104:13,17
123:18
125:19,20
286:11

**pictured**
154:3,5

**pictures**
77:16 95:20

**pile**  283:21

**place**  21:24
49:17 50:11,
20 80:18
106:20 107:8,
11 192:25
208:7 238:17
261:16

**plans**  147:16
148:13

**planting**
233:15

**platform**
267:4

**play**  116:4

**please**  9:15
10:9,15
14:10,12
16:15 18:12
23:8 25:19
26:8 30:18
38:3,23 44:22
53:25 54:16
56:6 67:17
71:21 77:24
78:25 81:2,
20,22 88:6,15
90:22 91:18
100:10 104:12
110:9 112:13
116:1 118:25
148:7 153:3
157:3,8
167:12 176:20
191:1 199:2

202:4 205:6
207:25 224:4
256:4 265:25
**pleasure**
95:11,13
**plenty** 61:11
**podcast**
285:4,5,6
**point** 43:19,
22 58:12
145:18 282:23
287:14
**police** 178:14
222:10,14
**policy** 35:2
173:24 175:16
204:7 223:25
**political**
113:13 216:9
219:7
**Poltev** 273:5
**pony** 228:1,4,
16 230:4,6
234:9
**popular** 39:4
**porn** 81:12
136:10,11
**pornographic**
116:4 144:14
145:2,7,22
150:6
**pornography**
108:13 111:13
115:1,12,17
116:11,21
119:16 120:19
129:18 136:21
140:17,21
141:3,5,7,10,
11,16,25
142:6,16,19,
21 143:3,21
144:9 155:1,
4,20
**pornography-
laws** 116:2
**position**
249:20

**positioning**
208:21
**positions**
196:16
**possibility**
113:11
267:19,24
**possible**
50:7,8 179:2
185:18 207:12
233:12
**possibly**
119:16
**post** 43:11
79:9 91:11
127:15
**postal** 44:24
**posting** 35:13
36:23 68:18
**potential**
206:2 253:7
**power** 82:5
**PR** 256:7,20
269:11
**PR-1** 242:6,7,
9
**PR-16** 284:6,8
**PR-2** 246:10,
11,14
**PR-21** 284:25
285:1
**PR-24** 285:10,
12
**PR-3** 248:23,
24 249:12
**PR-31** 285:10,
14
**PR-38** 285:22,
24
**PR-39** 287:8,
10
**PR-5** 253:25
254:1
**PR-6** 255:24,
25 256:6
**PR-7** 262:17,
19 263:3

**PR-83** 286:13,
14 287:2,16
**PR-9** 281:12,
14,17,18
283:18,19
**Prague** 48:2,
9,24 49:5,13
63:3 79:1
92:16 115:19
**prefer** 116:4
**pregnant**
17:16 97:2
**premarked**
37:24
**premium** 88:8
**prepare** 20:4
**prepared**
101:13,16
210:23 213:21
262:2
**prepares**
198:11
**preparing**
166:21
**presence**
267:5
**presented**
138:25 197:15
**presenting**
139:15
**presently**
21:24 26:9
**preservation**
267:11
**preserve**
24:13,22
25:12
**preserved**
26:5
**president**
268:21
**press** 244:13,
16 255:17
265:13 266:17
**pressure**
192:21 239:5

**pretend**
112:21
**pretty** 51:17
185:7 235:22
236:12
**prevent**
184:11 233:11
**previous**
151:22
**price** 129:13
**principal**
111:25
**print** 84:10
**printed** 68:4
84:12
**printing** 83:6
**prior** 54:8
**Prisma** 39:4
246:21,22
247:1,7
258:10,12,13
**prison** 105:16
108:18 109:3,
5 114:8
276:1,2
277:25
**private**
101:25 102:9
239:9 242:1
**proactive**
205:6
**probably**
23:18,20 49:6
60:18,19
122:7,9,10
192:2 195:21
203:25 211:4
**problem** 48:15
88:22 197:8
199:23 233:2
234:18 236:18
252:19 270:19
278:13
**problems** 61:2
203:13 232:10
234:19 237:11
239:23,24
277:24

procedure
  224:25
processed
  159:23
processes
  162:20
processing
  108:6,8 109:7
  158:6,7 161:4
  162:18,23
produce  48:16
  73:3 259:22
  261:2
producers
  150:12,15
producing
  150:6,10
  151:1,4
production
  18:5 48:14
products  27:4
  35:9 116:4
  119:16 129:19
professional
  113:8 165:12,
  17,18
professionals
  147:25
profile  240:9
program  67:25
  68:4 118:15
  120:3 125:14,
  21,22 130:7
  144:21,24
  147:17 153:1
programmers
  111:25
programs
  112:6 152:19
prohibited
  116:6
project  18:23
  57:5 90:9
  93:20 123:2
  133:25 134:2,
  16 137:13,21
  138:3,6,17,
  19,23,25

147:23
188:15,16
249:24 268:21
projects  39:3
132:11,19
139:3 140:24
142:12 147:21
163:17
prolific
110:11
Prollerads.com
194:14
prominent
105:6
promised
248:12
promote
244:14 245:7
246:20,23
257:22
promotion
244:18
245:20,23
246:22 247:11
248:12,13
251:10 257:24
pronounce
182:15 243:4
270:9 272:14
pronounced
154:13
pronounces
243:3
pronunciation
48:23 154:13
proof  73:11
236:14
Propeller
193:17,25
194:1,2,4
properly
33:17 67:19
243:4 273:20
propose  13:23
proposed
13:21
prosecution
113:14

Prosecutors
111:24 113:19
protect  234:3
239:12 240:5,
19 250:7
protected
192:24
234:21,23
protecting
234:6
protection
113:14
prove  73:17
provide  35:6,
8 178:5
194:24 234:17
256:22 259:18
266:21 269:1
282:20
provided
186:19 187:7
provider  55:3
129:15 153:10
200:14
225:10,13
263:12
provides  27:2
267:4
providing
26:19 128:16
208:16 274:23
public  34:15,
16 35:1,5
70:21 130:17
145:13
200:17,20
240:14 241:23
243:10 286:9
288:2
public's
242:3
publication
85:20 173:13
176:16 193:4
195:10 200:22
201:1,10
209:25 210:3,
21 211:1

241:16 245:24
247:11 249:22
publications
182:8
publicity
179:2,15
205:19 206:1
243:14 245:12
248:17,19,21
256:22,25
257:1
publicize
251:20
publish  94:1
192:21 195:11
213:10,12
published
43:5,16 64:10
82:24 85:4,6
86:13 103:23
107:18 127:19
138:10 184:9
204:17,22
211:20 226:21
239:2 240:4
255:23
publisher
82:19,22,25
83:2,9
publishing
24:6 87:1,7
purchased
28:23 30:5,9
265:16
purports
152:6 186:14
purpose  9:5
12:1,3 40:24
41:8 57:18
250:15
pursued
222:10
push  33:19
81:12
put  16:3 41:3
44:19 46:6
57:3 76:15
95:3,5 102:21

166:5 171:12,
16,18,21,25
172:2,5
177:20,22
199:23 244:9
246:25 247:6
282:8
**Putin** 268:21
**Putting** 163:3
**PV** 110:3
**PV-12** 102:4,6
107:24,25
**PV-15** 110:5
**PV-2** 108:23
**PV-3** 106:12,
13,15
**PV-4** 104:9,10
**PV-5** 90:2,4,5
**PV-6** 92:12,13
**PV-7** 94:6,7
**PV-8** 96:7,8
**PV-9** 97:21,22
**PV6** 92:15
**PX-107** 77:14,
17,19
**PX-108** 77:17,
24
**PX-109** 77:15
**PX-112** 89:10,
11,14
**PX-116**
153:24,25
154:3
**PX-117** 153:25
154:6
**PX-34** 121:21
122:13
**PX-37** 121:21
122:15
**PX-39** 121:21
123:6
**PX-43** 121:22
123:9
**PX-47** 124:15,
17
**PX-48** 124:15
125:3

**PX-53** 125:24
126:2
**PX-81** 126:11,
13

---

## Q

**qualifications**
288:9
**quality**
126:10,23
127:2
**question**
10:21 14:10,
12 16:9,10
24:18,24
25:20 29:18
30:18,23
33:17 38:14
42:23 43:1,3
46:10 50:18
51:4 52:21
53:7,21 54:10
57:2 61:13,14
63:20 69:13
73:16,17
77:5,6 85:19
87:10 91:18
93:1 117:4
125:15 132:21
137:25 141:1
142:14,15
145:17 147:22
149:11,17
150:17 153:3
159:7 161:24
163:15
164:11,14
166:25 178:9
180:19,21
186:4,17
191:1 196:6
198:12,16
199:4,11
206:19 212:3,
21,22 216:21
228:16,21
232:20 237:1,
23 238:1

242:17,21
244:4 251:22
253:9,10,11
261:4 263:15
264:17,18,20,
21 278:8,24
281:10 284:12
288:3,14
**questioning**
265:1
**questions**
22:14 38:18
104:3 129:1
132:6 135:24
136:3 157:7
186:21 206:15
215:14 239:9
277:17
**QUINN** 82:13
108:24 128:24
135:22 228:9
256:5 262:22,
25 269:20
270:2 280:23,
25 281:17,23
283:16,22
286:19
**quite** 21:16
111:19 172:17
186:16 252:21
**quote** 42:11
287:15
**quoted** 284:15
**quotes** 44:12
263:6 266:21
267:3
**quoting**
147:14 281:5

---

## R

**R-1** 135:8
**R-2** 269:6,7,
18,19,21
270:1
**R-21** 281:15,
19,21

**R-5** 265:10,11
**R-7** 266:14,15
**R-8** 268:7,8
**R-A-J-E-S-H**
198:22
**R-U-N-E-T**
71:19
**raise** 10:9
**raises** 263:15
**Rajesh** 46:25
198:10,22
199:2,3
**rate** 198:8
**rather** 242:13
**RB-2** 143:24
144:1
**RB-4** 145:9,11
**RB-7** 146:19,
21
**RE-1** 135:11,
12
**RE-2** 131:2,3
**RE-3** 135:12,
20
**RE-4** 137:3,5
**re-sell**
190:11 191:21
**reaction**
219:17,19
**read** 38:5,9,
10 43:15,21,
23 58:20
73:21 74:16
85:17 104:23
111:11 148:7
154:11,14,16,
20 175:3
189:4 192:13
195:3 201:5,
7,8 207:3
212:10,11
217:2,7
231:14 253:12
263:5 278:14
286:6
**reading** 85:20
212:5 252:13,

15 265:24,25
**ready** 178:4
  242:19
**real** 11:7
  79:21 80:21
  131:5,22,25
  132:2 133:8
  134:11,15,25
  136:24 138:16
  139:19,21
  142:17
  147:17,25
  239:11 261:5
Real-box
  90:19
Real-bucks
  70:5,9 90:15,
  18 97:1
  99:12,17,19
  122:23,25
  123:4 142:17
  144:2,16
  145:6 147:21
  149:24 150:2
  151:22,25
  152:2 161:2
Real-bucks.com
  96:24 100:8
  144:9,14
  145:20 147:9,
  16 148:11
  150:11,18
  153:7,11
  168:4,21
  169:1
Real-bucks.
com. 70:5
  145:12
realeuros.com
  138:3 139:16
  168:8 169:3
**realize** 218:2
**really** 32:2
  36:3 44:20,25
  99:22 164:18
  184:9 207:21
  251:24 268:4

**reason** 20:23
  21:10 26:4
  155:17 207:11
  267:10 278:3
**reasons** 20:24
  278:10,11
**recall** 38:12,
  15 41:13
  43:6,12 59:13
  63:4
**receive** 17:22
**receiving**
  123:16,17
**recent** 44:25
  71:3 181:6
**recently**
  14:15 22:3
  71:2 258:10
  268:6
**recess** 56:1
  87:15,19
  121:16 151:18
  197:11 227:21
  249:8 279:4
**recognize**
  63:21 72:20
  77:19 78:8,
  13,15 79:25
  104:16
  122:12,15,17
  126:14,25
  154:2,5
**recollection**
  60:23 153:1
**record** 9:2,16
  16:4 55:24
  56:2 87:17,20
  120:14
  121:17,19
  151:16,19
  197:9,12
  227:19,22
  249:6,9
  279:2,6
  288:20
**records** 33:22
  263:15

**Recreation**
  45:2
**recruit**
  105:15
**recruits**
  129:15
**red** 126:4
**redacted**
  102:13
**Redeye** 81:13,
  14,15 89:21
  90:24 93:21
  105:7
**reduce** 249:22
**reference**
  181:10
**referring**
  115:9 136:1
  148:21,22,23
  149:2
**refers** 69:25
**refresh**
  238:19
**refuse** 240:8
**refusing** 15:2
  33:12,15
  264:23
**regarding**
  57:8 208:21
  210:25 213:21
  247:8 273:15
**regards** 266:6
**register**
  13:24
**registered**
  13:21 36:12,
  13 37:11
  45:17,19,21
  168:18
**Rego** 48:6
**regular**
  128:18
**regularly**
  21:19,22
**related** 219:7
  223:13,14
  282:23

**relates** 24:23
**relating**
  226:3
**relation**
  31:11,22
**relations**
  243:10
**relationship**
  47:20 235:7
**release** 68:16
  190:12,13
  255:17
  265:13,24
  266:17
**released**
  105:24 216:7
**relevant**
  161:5 164:14
  288:2
**reliability**
  69:18
**remediation**
  288:5
**remember**
  12:22,24
  14:17 16:12
  19:22,23,24
  20:3,14,16,20
  23:18,19
  28:12,16
  34:21,23
  35:17 36:12,
  14 37:15,22
  38:17,18,19
  39:9 43:9,14,
  18 49:7,9,12
  51:22 52:19
  57:12,16
  58:22 59:10
  60:13,22
  61:17,23,25
  62:2,8,14,15,
  16,18 63:1,5,
  8,11,22
  64:12,24
  66:1,13,16
  67:9,18,23
  69:15 70:23,

24,25 71:12,
14,16 72:23,
24 73:2,23
75:4 77:7,23
78:14,22,24
79:2 80:15,16
83:22 84:13,
15 93:8,10,15
96:14 98:1,
14,19,24
99:7,20,21,22
100:2,3,6,23
101:9 102:11
107:17
109:15,16,17
117:10,11,16
120:9,11,13
123:8 124:25
125:2,5,6,10,
17 127:16
128:16 130:16
131:15,23
133:4 134:9,
14,17 135:5,
18 138:14
140:16,19
144:8 147:1
152:20 153:23
158:20,22
159:20,22
160:3 161:8
162:5 163:18,
22 164:17,18,
25 165:6,7,25
166:9,14,20
168:20 171:18
172:13 183:2
187:8 192:14
193:9,13
194:7 197:20,
22 201:8,21
207:7 210:24
211:11,13
214:16 228:17
231:6 233:22
241:3,8 255:3
257:10,11
261:9 263:23
264:4 270:10

271:4 272:23
273:20 274:18
276:7,9
278:20
284:23,24
286:8
**remembering**
61:2
**remove**  171:8
172:10 241:15
249:25 250:1
**rent**  184:17
**rented**  31:22
**renumbered**
282:1
**repaid**  275:16
280:8
**repay**  276:16
279:14 280:8
**repaying**
279:18
**repeat**  14:10,
12 18:11
21:21 23:4
53:13 66:18
71:2 73:14
94:20 98:6
132:18 140:23
142:2,9,10
144:7 150:4
157:2,3
163:10 167:23
170:19 171:7
173:20 188:12
191:1 195:17
196:14,18
199:2 204:6
205:21 224:1
245:9
**rephrase**
24:18 25:19
91:18 137:24
232:20
**report**  32:20
33:2 42:13
159:18,20
163:25 164:7
166:17 201:3,

7 210:20
211:9,20
212:5 213:11,
24 214:11,17,
21 215:4,8,10
216:7,8,23
217:1,7,20,
23,25 218:1,2
219:6,16,17
220:18,24
223:18 225:4
228:18,20,22
230:12 232:5
235:18 259:7,
19,20 260:3
261:3,9,20,
22,23,25
262:3,7,10
264:5
**reporter**  9:11
10:1,8,13
12:16 14:21
15:12 16:20
17:3,5 18:11,
15,25 21:21
23:1,5,7,11
26:14,16,18,
22 27:1,5,11
29:11,14
31:18 33:25
34:22,25
35:19,23
36:23 37:13
39:8 41:1
42:10,16
43:5,6,12
44:10 45:18,
20,25 46:20
49:4 56:24
57:1 65:4
67:4,14,17
68:8 69:10
72:1 76:12
81:19 84:25
85:2 86:15
89:19 90:16,
20 92:1,4
101:15 108:7,
9 122:8

124:13 126:18
128:11 131:8,
11 143:6
145:25 146:3,
15,17 147:5
150:13,16
151:24 152:4
156:11 157:23
158:3 159:17
160:17,20
161:20
163:10,14
167:1,3,23
168:22,24
170:19 171:7,
14 176:11
180:10 182:1
184:19,22
188:25 189:12
190:18,25
195:22,24
197:21 198:20
200:24 203:17
205:23 208:18
211:12,14
214:2 215:9
218:6 220:2,4
223:3 225:11,
14 241:9
245:9 256:23
257:12,13,16,
18 258:11,13
261:13,17
262:8 263:17
267:21 268:2
271:12 272:25
273:23 275:22
276:23 285:18
288:22
**reporters**
245:4 246:17
247:24 253:8
**reporting**
168:4
**reports**  33:24
34:1 118:2
212:10 223:11
229:13 260:6

**represented**
137:13 138:2
**reputation**
179:8 190:10
196:15
203:22,23
204:11 240:6
250:8,23
252:10
**request** 33:14
73:6 180:25
222:10,20
233:8 262:1
277:12
**requested**
33:10 41:5
**requests**
39:19 233:9
**required**
105:25 267:6
**requires**
24:15
**research**
202:6
**resell** 190:7
**reservation**
37:19
**residence**
21:25
**residences**
22:9
**residency**
17:1
**respect** 81:8,
13,14 288:6,
10
**respects**
80:22
**respond** 260:8
**responded**
198:4
**response**
52:21
**responses**
39:18
**responsibility**
223:16

**responsible**
55:8 117:25
120:5,12
**rest** 225:6
263:1
**result** 184:7
266:3
**results** 184:6
**return** 164:3,
17 165:14,19,
21 166:6
**returns**
163:25 164:8,
21 165:5,8
166:2,11,16
**revenue** 39:5,
10 41:16,25
100:12,14
161:21 162:2
166:6,17,23
167:8,15,16
190:17,21,23
195:12 199:14
**reversed**
287:4
**review** 89:1
255:18
**revolution**
80:18
**RIG** 231:9,15,
24 232:3
234:8
**right** 10:9
12:17 24:12
25:22,25 28:3
29:22 30:19
40:12,21
42:15 44:6,20
47:8 49:10,13
50:10,18
51:20 52:20
53:24 55:1
56:19 57:17
58:3,8,10,14
63:3 68:18
69:17 70:11,
25 71:5,22
74:13 78:22

80:1,4 83:13
85:4 88:20
91:12,13
93:9,16 94:5,
11 95:16
96:3,24 97:1,
13 98:3 99:8,
18 104:8,18
105:2,12
107:23 113:10
115:10 123:9
124:5 126:4,7
127:1,24
128:20 129:7
132:8,23
134:3,7
136:21 138:1
139:5,10
143:10 144:20
145:22 146:13
158:20 161:18
163:20 164:20
165:23 166:5
170:5 173:16
175:18 177:8
179:16,23
185:10 189:4
190:11,15
191:8,18
200:6,20
201:23 203:20
205:16 206:20
210:2 211:7,
17 212:3
215:1,21
220:19 222:17
223:11,17
232:11
236:19,24
241:16,23,24,
25 245:14
246:24 248:4,
7 251:6,11
256:25 257:3
260:18 261:7,
17 263:25
264:17,18,20
266:20 267:8
268:5 269:12

270:3,11
271:22
272:11,17
275:6,12
277:5,20
278:5 280:9,
13 282:2
283:22 285:5
286:13 287:1,
22
**right-hand**
57:17 58:3
90:22 93:19
144:21 152:16
**rights** 119:18
**risk** 240:6
268:20
**rival** 109:7
**robbed** 21:4
**robbery** 21:2
**Rodriguez**
9:13
**rogue** 129:14,
18
**role** 181:11
**room** 78:13
**ROOT** 215:13
216:1,18
217:18,21
**row** 93:24
95:3 98:9
126:15
**Roy** 9:17
15:25 102:12
227:13
**Royals** 46:18,
22
**rules** 69:19,
20,25
**run** 11:10
140:21 141:2
196:21,24
**Runet** 71:17,
19
**running** 81:25
83:5 142:17
155:24 156:24

157:16 159:1
272:24 273:1,
2 279:1
**runs**  89:23,25
127:6
**Russia**  16:23
18:7 21:11,25
22:2,9 96:4,5
202:7 237:15
238:3 247:8
254:9 266:4,
10,12,22
267:5,20,24
268:11 285:13
286:2
**Russia's**
267:7
**Russian**  10:5
21:13 84:16,
20 85:7,14,
16,18,21,23,
24 86:11
105:14,15
106:22 113:12
116:3,5,12,21
181:7,19,25
182:3 239:15
244:11 254:22
265:6,22
266:5,11
267:11,17
268:1,12,22
269:1 283:1
287:13

___

**S**

___

**SA**  217:19,21
**Sachkov**
271:23
**sacrifice**
207:8,15
**safeties**
209:3
**safety**  20:25
208:17
**said**  14:13
15:21 32:24

39:20 41:5,10
47:18 50:12
51:9 52:20
56:9 60:24
63:6 79:14
84:2 109:18
110:10 132:5,
11 147:15
151:24 172:2,
5 177:22
179:7 180:16
200:12 213:18
217:2 219:12
220:5,6
221:16 241:23
247:6 264:4
275:16 281:6
**Saint**  254:6,
24
**sake**  145:15
**sales**  243:15
245:8,13
**same**  12:8,11
17:21 24:8
25:15 43:11
52:13 69:2
76:8 133:7,9,
10,12,19,22
139:7,13
140:4 156:15,
24 157:3,15,
18 169:2
186:1,8
220:23 225:22
234:18
237:10,11
246:16
254:23,25
266:25 271:10
286:24
**San**  118:7
**save**  192:25
240:21
**saved**  244:19
**savings**  36:3,
5,16,17
**saw**  64:2
75:22 93:6

133:2 235:8
246:5 284:18
**say**  26:5 29:4
33:24 35:19
36:23 40:17
44:9 48:21
51:11 53:4
58:9 71:5
85:17 94:23
98:9,12
108:21 111:24
113:20 117:24
118:8 119:19
120:8 138:16,
20 146:4
147:18 152:1
165:19 182:23
185:15 197:2
200:25 202:16
203:21 207:9
212:14 216:18
219:10 220:5
236:4 241:20
246:2 261:18
265:17 266:8
267:21 268:18
278:14,18
280:16 281:4
288:13
**saying**  40:19
42:11 44:12
67:6 92:6
129:3 137:16
138:3,7,23
142:15 148:5
149:5 157:2
179:13 187:25
203:5 209:6,
11,14,15
224:9 236:5
263:6 264:1
266:21 267:4
**says**  39:1
43:25 44:10,
23 48:2
49:17,18
50:10 51:2
55:2,11,12
57:14,18 58:4

62:22 63:14,
25 64:13
67:24 68:15
69:4,17,24
70:12 72:18
73:20 74:14,
22 75:20
76:1,10,13,
19,24 79:3,20
80:17 81:7,
11,23 82:4,19
83:9,13,15,23
84:5,16,20
85:13,21
88:7,25 90:8,
23 91:4
92:17,22
93:1,20
94:11,24
95:7,11,16
96:17 97:1
98:3 102:9
105:13 106:17
108:17
109:12,24
111:24 112:16
113:10,19
114:24
115:11,15
116:3 129:13
132:20
135:14,23
136:7,9,18
137:11,21
138:1,24
144:20 147:14
148:15,20,23
174:24 180:20
181:6 186:17
187:13,20
188:6,15,16
200:18 201:23
202:4 204:16,
19,22 205:5
207:7 208:3,
5,12 211:18
214:20 216:6
219:6 220:17,
19,22,24

221:12,21,24
222:8 224:5,
19 225:12,15
226:1 230:24
243:24 244:20
245:15 251:1
254:25 263:7,
17 265:19
267:3 268:10
269:21 281:5
282:17
**scheme** 228:1,
16 230:4
234:9
**school** 17:14
21:6
**scratch**
249:21
**seats** 254:9
**second** 21:10
44:23 45:16
46:24,25 62:8
63:23 64:13
67:12,22 69:5
79:20 88:6,
15,18 91:8
93:17,24 95:6
96:21 121:14
137:10 181:5
200:12
244:20,25
249:24
254:13,15,17
256:11,13
257:25 265:19
266:20,24
267:1 272:13
282:17
**Secondly**
116:3
**secret** 149:15
**section** 116:1
120:15 228:24
230:2
**sections**
43:19
**secure** 193:5
194:10

**secured**
192:23
**security** 55:8
112:3,17,18,
22 113:1,7,10
117:24 118:2,
5,6 129:2
130:20 205:14
216:7 217:18
239:11 267:12
268:23 269:1
282:20
**see** 20:9
37:15 40:3
44:19 53:9
54:24 57:14
58:1,13 63:25
68:15 69:4
70:13 75:10,
20 79:8 82:20
90:25 91:5
93:22 96:10,
12,15,21,23
98:5,14
100:12
101:13,23
122:7,9
132:5,25
133:6 137:1,8
149:8 153:4,
21 158:25
170:24 175:6
204:7 214:22
225:6,16
229:4 230:12,
24 231:17,19
232:5 243:1
244:23 246:4
253:2 254:19
276:10 281:5,
7 284:16
286:5
**seeing** 154:22
243:18
**seek** 242:3
244:16
**seeking**
248:19,21

**seem** 46:11
47:10,12
215:3 269:15
**seen** 54:25
93:9 154:23
195:2 243:19
253:18 259:25
**select** 13:14,
21
**selected**
13:18 61:18
**sell** 14:18
15:6 70:19
116:11 188:18
190:6 191:14,
23 252:1
**sellers**
115:1,12
208:6
**selling** 251:5
**seminars**
74:14,15,22,
23,24,25 75:5
**Semontic**
225:21
**send** 24:12
38:18 112:6
170:25 217:20
279:21,23
280:4
**sending** 54:8
119:12
120:19,20
246:17 247:23
255:17
**sends** 110:13,
17 207:23
229:16
**sense** 119:12
**sent** 52:17
53:2,8 54:2,
20 110:21
144:25 175:5,
7 181:5
185:20 242:10
243:17 245:3
255:21 273:15
277:2,4

282:6,9
283:25 284:3
**sentence**
105:25 115:6,
7 116:2
220:17 221:4
230:20
244:21,25
245:15
**sentenced**
108:17 109:2,
25 114:8
**sentences**
105:16 115:15
**separate**
81:7,13 280:2
**September**
76:25 214:21
217:2,7,13
220:15
**Sergey** 262:11
**series** 34:19
**serious** 84:18
201:12,14
216:11,13
**serve** 191:20
196:7 263:12
**server** 50:9,
15 116:4
171:25 172:6
174:14 177:21
180:6 190:8
191:14,21
192:16 196:7
222:25 226:17
227:4 234:16
263:9,14
264:1,6,10,16
**servers**
27:13,18,19
28:6,17,24
29:5,22 32:5,
10 34:4,14,17
35:10 37:3,5,
8 49:18 50:2,
20,22 51:2,8,
11,14 53:1,6,
9,20 54:1

110:22 116:11
129:18 171:9,
10,16,19,20
172:3,6,12,21
173:1,17
174:15 175:25
177:3,11,15,
17 179:2
182:20,25
184:24 185:4,
11,20 187:1,
7,24 188:1,18
190:14 191:7
194:23 201:17
210:4,10
213:5 229:16
233:25 234:10
235:1,9,12
236:9 237:4
266:4,12

**Servers.com**
185:3 205:6
243:15
244:14,18
245:7,12
246:21,25
247:7 248:17,
22 257:1,23
258:15,18
263:12 265:15
266:18 267:4

**Servers.com.**
169:15 181:10
204:25 207:8
245:5,8,21,24
246:23
247:11,21
248:13 255:11
257:24

**service**   27:2,
3,4 35:4,6,7
45:22 46:5,6,
15,17 51:5,7
55:3 112:3,12
118:8 128:17,
18 129:14
156:7,9 171:5
177:18 192:17
193:8,11

194:14,17
195:2,4,16
197:1 198:8,
15 219:13,22
222:21,22
223:7 225:20,
23 226:17,20
234:15
235:17,25
236:15 237:6
243:23 258:1,
2 261:6 264:7
274:23 282:21
283:11,12

**services**
26:21 27:12
31:17 105:15
119:20 186:18
188:2 215:14
268:23 269:1

**set**   45:21
242:5 243:16
245:6 246:3
249:12 258:3
265:8,16,18
283:15

**settled**
115:18,19

**Seva**   154:12

**seven**   125:2
226:7

**seven-day**
35:11

**several**   12:2
15:21 19:15
39:6,11,13,
14,16 41:16,
24 42:2,3,7,
11 59:8 62:17
66:18 73:14
83:4 132:11
137:20 139:3,
7,12 140:24,
25 142:12
222:21 279:12

**sex**   146:8,10,
13 153:19

**sexual**   146:6

250:22

**shall**   10:10

**Shane**   46:18,
22

**shared**   106:21
157:19

**shareholder**
99:16,17,19

**shareholders**
108:4

**Shari**   9:11
10:1

**sharing**
204:24

**she**   21:5
126:9 239:20
241:21 243:6,
7 269:11,12
271:10,11,21

**she's**   241:21
246:17 270:19
271:15

**shirt**   124:24

**shocked**
239:13

**shoot**   149:18,
24 170:24
218:4,18
219:1

**shooting**
147:4,6,20
149:11,13
150:2

**shop**   238:24

**shops**   18:8

**short**   56:1
87:15,19
151:18 193:22
264:10

**should**   15:25
33:24 49:1,12
55:12 62:25
68:5 97:13
182:24
201:24,25
203:25 205:12
266:11

**shout**   223:13

**show**   38:1
40:3 42:17
48:11 52:3
54:16 55:20
56:4 62:21
63:17 68:12
71:20 74:1,10
76:4 77:16
78:21 79:8
82:8 87:11,24
89:10,16 90:4
92:12 94:6
96:7 102:3,6
104:8 106:12
107:24 110:3
114:19 116:25
117:17 119:7
121:23 124:17
127:24 128:20
131:2 134:6,8
135:20 137:5
144:1,20
145:11,12
146:5,21
151:8 152:5
153:24 154:8
169:5 179:23
181:1 186:11
199:17 206:20
207:18 210:14
214:6 220:8
230:19 231:11
242:5 246:10
248:23 253:25
255:24 265:10
266:14 268:3,
7 269:6,25
270:3,11,25
271:5,22
272:6,17,21
280:13 283:23
284:8,25

**showed**   63:15
130:10

**showing**   92:15

**shows**   153:19

**shut**   118:18
129:3,8,24

April 30, 2018
69

130:1,10
173:3,13,22
174:1,19
175:15 176:19
177:20 182:24
219:2 222:17,
20,24 223:6,
11,14,19,22,
23,24 224:7,
8,12,21
225:18
226:10,12,13,
17,18,23,24,
25 227:3,5
**sic** 159:9
193:19
**side** 57:17
58:4 90:22
152:16,21
180:17
**Siegel** 9:21
218:16 259:25
260:4,7,10,15
**sign** 34:2,6,
13 35:3,13
**signals** 112:2
**signed** 16:11
66:5
**signify** 65:20
**signing** 34:17
**similar**
37:18,19
75:24,25
126:8 173:9
213:8 233:8,9
**simple** 233:7
**simply** 76:19
119:12 288:12
**since** 161:25
162:1 165:5
252:17
**Sincerely**
63:25
**Singapore**
241:11,13
**single** 55:14
62:9

**Sir** 88:1
224:14
**sister** 21:5
**site** 113:22
**sites** 97:2
**sitting** 65:19
126:14
**situation**
201:6 202:25
216:13 218:3
225:22
**six** 81:4
162:13,15
163:4,20
284:19
**size** 191:22
**SK-3** 154:8,9,
11
**skip** 255:4
**slash** 129:13
**Slava** 81:8,9
**sleep** 238:15
**slip** 121:4
**slow** 26:23
**small** 151:21
196:22 205:14
255:15 279:7
285:6 286:9
**smoking** 97:3
**so** 10:19
16:12 19:20,
24 20:1,19
21:5,7 24:9
26:4,24 28:23
30:9 31:2,21
33:18 36:8,25
40:10 43:18
46:6 47:1,4,
19,23 48:9
50:2 53:22
54:10 58:13
60:11 62:9
65:17 66:16
68:4 69:24
71:5 77:4
78:12 85:23
89:17 91:7,12
92:22 93:8,10

100:6 103:2
104:4 121:5
125:20 130:6,
17 132:20
133:12 134:17
135:5,19,23
137:21 138:11
139:9,21
140:2 142:24
146:18 147:20
148:7 156:5
161:7 162:14
164:19 165:3
170:23 172:25
175:8,18
176:23 178:16
179:20 184:5,
23 185:15
187:9 188:9
190:14 200:20
205:15 206:16
207:14 209:6,
22 210:2
211:3 212:4
213:24 217:23
221:12 222:3
226:24 228:25
229:15,22
234:22 236:19
238:13 240:24
242:25 244:2,
16 245:3
246:24 247:15
250:11,16
251:11 252:21
255:14 256:19
257:18 258:9,
14,19 259:8
260:25 261:3
262:2 263:25
264:9 267:10,
11 276:16
277:19 278:15
282:1 287:23
288:9,11
**so-called**
113:12
**software**
32:5,7,8,16

55:14 237:9
**sold** 15:3
19:4 70:25
71:1,2 252:5
**solution**
267:13
**solutions**
265:21
**some** 10:19
14:15 19:3,7,
15,22 22:14
27:6 29:2
34:5 36:7,22,
24 38:11
46:6,18 59:25
70:10 71:25
72:2 74:24
75:13 80:7,9
81:16 83:18
88:11 98:22
118:8 119:19
120:5 121:24
125:5,14
127:18 128:6,
25 131:7,9
142:22 147:4
153:20 163:8,
12,17 169:20
170:5 171:4,8
174:8,10
177:19 185:3
186:14
195:21,23,24
200:22 201:1,
10 202:7,14,
16 203:5,21
206:2 213:7
215:14
222:23,25
225:10
226:20,21
238:17 240:24
241:3 246:13,
18 249:2
253:1,9 254:3
261:11 272:10
274:14,22,23
278:14 286:9

somebody   29:6
  35:10 47:4
  54:21 68:20
  101:25
  120:18,19
  152:13 177:3
  191:17 229:15
  236:1,15
  239:2 284:5
somebody's
  233:2,3
someone
  119:6,10
  262:2
something
  11:1 43:9
  46:22 61:5
  75:9,15,16,19
  86:18 117:11
  130:11 149:17
  155:9 169:16
  176:19 182:17
  187:16 195:25
  196:2,10
  202:21 217:16
  219:9 222:25
  223:13,15
  226:19,22
  229:16 233:10
  234:20 236:16
  249:16 272:22
  274:19 276:8,
  12,14 278:20
  279:11 280:16
  282:8
sometime
  11:21 43:10
  101:5 112:14
sometimes
  15:22 80:13
  105:1 140:14
somewhat
  46:11
somewhere
  111:11 184:18
  205:4
soon   173:23,
  25 206:1
  223:18 270:22

282:23
sorry   10:24
  11:13 12:16
  14:11,21
  15:12,19
  16:20 17:3
  18:11 21:21
  22:18 23:1,7
  25:3,18
  26:14,22
  29:11 31:5,
  16,18 33:25
  34:22 41:1
  45:18 56:14,
  24 58:1 65:3,
  4 67:4,14
  68:8 69:3,10
  71:10 72:1
  76:12 84:25
  86:15 89:19
  90:16 101:15
  108:7,24
  109:13 114:15
  122:8 124:1,
  13 126:24
  128:12 131:8
  136:4,13
  143:6 145:25
  146:15 147:5
  150:13 154:15
  156:20 157:23
  160:17,18,20
  161:1 162:10
  163:10 164:12
  167:1,23
  168:6,22
  170:19 176:11
  177:21 180:10
  184:19 189:12
  190:18 191:3
  195:22 197:21
  198:21
  199:22,24
  200:24 201:5
  203:17 204:18
  205:23 208:18
  211:12 214:2
  215:9,19
  217:14 218:6

223:3 225:11
  227:16 228:19
  231:18 241:9
  242:18 245:2,
  9 251:22
  252:14
  254:16,18
  256:23 257:12
  258:11
  261:13,21
  262:14 269:14
  272:25 273:23
  275:22 276:23
  280:23 285:19
  287:4
sort   59:11
  65:23 121:3
  202:7
sound   47:15
  185:5
sounds   51:17
  187:25 235:22
source   274:24
  275:4
South   9:4
Southern   9:9
space   172:11
  188:18 190:8
  191:14,21
  245:17
spam   106:24
  107:9 109:19
  110:13,17,19,
  20,21,25
  111:1,8
  119:12
spambot
  110:14
spambots
  110:12
spammer
  105:22
speak   40:9
  60:16,21
  61:14 195:6,
  7,8 199:10
  207:11 213:15
  216:19 241:22

245:5 247:21
  254:21 255:12
  258:10,11
speakers
  61:18
speaking
  40:14 123:2
  160:11 182:22
  191:2 196:22,
  23 203:8
  241:21
  244:11,21
  245:11,16
  247:19 249:18
spear   230:5,
  7,25
special   90:23
  102:9 208:22
specialist
  159:5,10
  169:22
specific
  30:18,19
  51:17 53:4
  77:6 103:5
  148:8 167:12,
  13,15 186:18
  201:8 226:3,
  16 256:18
  257:6
specifically
  135:18
specifics
  232:14
specify   31:3,
  6
speculation
  261:10
speech   255:14
  286:9
spell   23:7
  81:20 123:14
  124:22,23
  131:18,19
  193:18
spelled   88:13
spelling
  62:14 80:3

April 30, 2018

71

Spend  64:14
spending
  159:8
spent  48:4,23
  240:9
spoke  60:14,
  23 197:20,22
  215:13 240:11
  255:13 257:18
  261:21
spoken  197:19
spokesman
  247:7
spokesperson
  246:25 247:7,
  15
sponsor  69:14
  70:4 76:16
  90:9 91:9,16,
  24 93:25
  95:8,17,24
  96:1,4,18
  99:9,12
  101:25
  107:15,18
  117:8 118:15
  120:3 121:2
  130:10,13
  132:3 137:12
  152:18 255:11
sponsored
  69:9,11
sponsors
  59:17,21,23
  60:12 69:7
  76:2,17 90:23
  91:7 93:20
  95:2 96:22
  97:19,25
  100:11,17
  102:10 117:5
  128:3 129:25
  130:6 137:11
sporting
  57:19
stage  84:17
stand  127:17

standard
  225:3
standards
  265:22,23
  266:1
standby  10:18
standing
  122:16 126:14
start  17:17,
  20 26:25
  36:2,8,15
  37:1,8 67:11
  151:21 183:3
  283:18
started  23:8
  36:11,14
  44:10 63:6
  67:20 134:10
  183:10
starting
  151:13 178:16
  193:8
starts  62:13
  129:2 221:9
startup
  243:25
state  9:15
  17:20
statement
  53:15 138:8
  249:16 286:1
statements
  54:22
states  9:9
  37:20 116:5
  117:23 166:4,
  5,11 212:7
  216:9 219:8
  235:13,20
stature  45:1
steal  107:12
stealing
  120:20
steel  233:4
steeling
  233:3
step  171:8

234:3 249:23
Steppe  214:18
  215:4 216:8
still  12:17
  14:1 48:12
  83:19 171:6,
  15 192:10
  238:15
  239:22,23
  240:22
stipulate
  217:12
stipulations
  16:1
stop  17:16
  184:2,12
  194:10 199:12
  240:17
stopped
  240:25 248:1,
  14
storage
  171:5,12,17,
  21 172:2,3,6
  177:22 266:7
  273:14
store  172:9
  266:12 267:6
  268:12
stories  181:9
story  105:4,
  13 176:4
  183:25 194:10
  219:16 239:16
  241:1,6
  257:23,24
strange  46:11
  275:20,23
  279:16
strategies
  106:21
stress  50:15
  51:23 238:12
  239:21,22
strong  106:18
stuff  58:15
  104:24

subdivision
  258:16
subject  17:7
  74:25 86:9
  243:24 287:24
subscribers
  285:21
subsidiaries
  14:5 52:23
  53:2,9 54:2
  168:2
successful
  248:1
successor
  112:3
such  55:15
  239:2 267:5
  283:4
sued  275:11
  280:11
suffered
  197:25
suing  196:9
  274:12
summer  152:7,
  13
supply  283:7
supplying
  283:5
support  9:12,
  14 101:18
supposed
  65:20
supposedly
  41:15
sure  32:2
  45:14 55:12
  58:7,19 91:19
  96:20 102:6
  114:18 119:6,
  10 122:7,10,
  21 123:18,22
  124:4,23
  125:23 126:8,
  10 127:4
  128:15 142:10
  148:9 157:9
  164:10,13

195:9 196:23
199:16 201:9
239:1 246:2
249:3,17
255:23 260:24
263:22 272:14
**surname**
62:13,18
67:11,19,20,
23 134:9
147:2 257:11
**surnames**
99:22 144:8
**surprised**
16:9
**suspicious**
118:3 174:19,
20 175:11,13
176:19
**swap** 80:21
**swear** 10:3,4,
9
**Syed** 9:20
**system** 22:15
176:17 181:17
184:2,4
233:14,18
234:2,4

---

**T**

**T-E-L-I-A**
241:11
**T-O-R** 218:9,
19
**T-SHIRT** 125:4
**table** 78:13
**take** 24:20
32:21 42:10
55:21 57:13
66:4 77:24
78:25 87:15
89:3 93:11
97:21 121:1,2
126:13 127:12
133:5 135:8,
24 136:21
140:9 147:22

151:11,12,13
177:3 190:7,
20 191:20
227:15
228:15,21,24
242:12 243:25
246:13 247:22
249:2,5,12
254:14 255:16
256:4,11
261:16 265:4,
10 278:25
286:22
**taken** 9:6
49:17 50:11,
20 56:1 87:19
121:16 127:5
151:18 197:11
227:21 249:8
279:4
**taking** 9:5
123:6,9 126:1
246:15
**talk** 24:15
40:16 97:10
146:12 181:19
258:20 259:10
**talked** 215:20
**talking** 12:13
20:7 43:6
71:20 80:24
84:21 87:6
125:16 139:10
144:13 146:5
149:6,22
165:13 167:10
199:12 202:13
203:4,6 216:1
233:6 234:5,6
260:6
**talks** 57:23
112:11 135:15
152:16 255:5
**tape** 227:14,
18
**targeting**
216:9 253:5
**tasks** 113:13

**tax** 163:25
164:3,8,16,21
165:5,8,14,
17,19,21
166:2,6,11,16
**taxes** 276:8
**tea** 55:22
**team** 61:19
74:7 89:9
92:24 94:14,
21 96:2 98:7,
13 99:2 120:6
121:2 133:18,
24 134:3
142:12
147:16,25
148:11,16,22
215:8 229:20
233:13 234:7
247:3 251:9
**tech** 234:12
245:17 247:1,
8
**technical**
135:4 189:13,
14 212:2
229:20 254:8
255:13 257:25
258:23 259:3,
6,17,18 261:7
264:5,12
274:3 285:6,
13
**technician**
189:11
**techniques**
106:21
**teen** 97:2
**teens** 136:19
**telecommunicat
ions** 17:21
**television**
239:15
**Telin** 241:8,
10,11
**tell** 10:16
15:2,7 19:17
35:8,24 39:16

40:4 49:4,7
61:22,24 62:9
64:23,25
65:1,12,18
66:20 69:16
72:16 75:18
77:2 78:12
81:9 93:11,14
99:1,3 109:9
110:14 112:13
113:4,8
121:6,25
122:5 123:7,
10 124:18
126:2 127:2
128:5 137:19
156:5 160:12
162:1 164:23
167:17 178:3,
6 180:22,23
182:25 183:6
186:7 193:7,
10 194:21
195:1,3,15
196:4,11,25
198:2,6,10,
13,17 199:9
201:9 204:10
210:18
212:16,17
213:17 221:6
224:14 225:20
226:23,25
228:7,25
230:7 234:13
238:9 249:1
254:7 255:6
256:7 274:3
278:9 286:6
**telling** 27:20
28:5 33:23
41:17,18,21
44:17 46:8
60:11 65:16
85:14 95:25
165:10 180:14
181:13 237:2
260:20

tells   192:24
   201:24
tender   113:22
tens   27:17
termination
   191:6
terms   40:8
territory
   116:5 268:12
test   240:2
testified
   260:16
testify   163:2
   197:16
testifying
   206:14 260:1
testimony
   10:10 132:15
   260:18
Texas   31:9
text   69:23
   70:2
TF-N1   127:24,
   25
TF-N2   128:20,
   21
than   11:11,
   16,19 20:7
   39:2 66:20
   105:24 117:25
   160:5 166:2
   167:13 212:23
   242:13 252:22
thank   10:8,13
   11:3 17:5
   18:25 26:18
   27:1,11 34:25
   35:23 38:22
   45:20,25
   54:15 57:1
   85:2 90:20
   92:4 108:9
   119:9 131:11
   135:22 146:3,
   17 150:16
   151:7 152:4
   156:11 158:3
   159:17 161:20

163:14 167:3
168:24 171:14
184:22 190:25
206:24 210:17
211:14 220:4,
11 225:14
249:15 258:13
268:2 284:1
thanks   23:5
90:23 102:9
288:19
that   10:22
11:22 12:4,5,
18 13:10
14:20,23,24
18:8,10,13
19:2,4,10,12
21:12 22:5,11
23:7,21
24:15,16,17
25:5,7,25
26:6,9,11
27:16,19 28:8
29:4,10,19
30:5 31:21,22
32:2,3,10,11,
16 33:23
34:14 35:17
36:4,11 39:8,
10,11,20,23
40:12,17
41:6,13,15,
18,21,22
43:9,10,12,25
44:2,4,14,15,
17,18,25 45:8
46:2,7,8,11,
23 47:8,9,10,
11,12,15,18,
20,23,24
48:7,21,23,25
49:4,6,20,23
50:2,14,18
51:3,14,18,23
52:13 53:5
54:5,8 55:5,
9,16 56:19,22
57:9 58:2,8,
11 59:11,24

61:3 62:11,
22,24 63:4,7,
9 64:3,5,12,
14,16 65:1,
16,20,25
66:6,20
67:13,25
68:1,6,19,24
69:5,20,23,25
70:13,18,25
71:5,12
72:20,22
73:3,11,16,
17,20 74:2,3,
4 75:10,20
76:1,8,17,23
77:1 78:5,12,
15,25 79:4,8
80:17,21,24
82:5,20 83:9,
14,15,16,19
84:8,12
85:13,23,25
86:18 88:3,7,
12,21,22,23,
25 89:1,13
90:25 91:2,5,
10 92:7 93:1,
2,22,24
94:13,16
95:13,25
97:4,19 98:3,
5,9 99:4,10,
12 100:12,19,
21 101:15,19
102:1,14
103:13,18
104:3,13
105:2,4,6,8,
13,18 106:1,
4,22,23,25
107:3,8,15
108:10,17,19,
21 109:1,4,
12,18,21
110:1,10,13,
17,25 111:1,
7,9,10,12,17,
19 112:1,5,13

113:11,19,20,
24 114:3,4,7,
8,22 115:2,6,
13,20,21
116:7,10,15,
18 117:24
118:11 119:22
120:7,15,18,
21,24 121:1,
3,6 123:1,7,
10,20 124:6
125:11,22
126:2 127:2,
8,10 128:15
129:5,7,8,13,
15,20,24,25
130:11,16,17,
23 131:7,9,18
132:12,22,25
133:3,18
134:5,24
135:10 136:1
137:7,12,14,
20,21 138:2,
3,16,20,24
139:4,9,15
140:9 141:24
143:5,9
144:3,23,25
145:12,18,19,
22 146:5
147:15 148:2,
13,17 149:5,
13 150:9
151:6 152:23,
25 154:25
155:19,20,23,
24 156:15,17,
23 157:2,14
158:17 159:4,
7,12,13,14,15
160:5,13
161:5,11
162:19 163:1,
3,5,11,21
164:15 165:10
166:6,16,24
167:24
168:20,23

169:9,22
170:5,7,10,20
171:2,7,10,20
172:7 173:1,
3,11,12,15,
18,19,25
174:14,23,24
175:1,6,8,12,
15 176:19,20,
22 177:10,11,
17,21,22
178:17,24
179:5,9,12,
14,18 180:8,
14,16,20,23
181:5,8,15,22
182:17
183:10,15,25
184:5,7,10,
11,16,23
185:5,11,15,
23 187:1,7,8,
15,17,25
188:10,13,17,
20 189:18,23
190:1,7,17,
22,24 191:14
192:20 195:9
196:10 197:1,
17 198:3,6,13
199:14 200:3,
8,15 201:9,
22,24 202:1
203:1,23
204:14 205:1,
12 206:2,6,12
207:9,23
208:8,9,14
209:1,2,5,11,
20 210:3,8
211:5 212:4,
21,22 213:3,
4,17 214:13,
18,22 215:3,
7,8,10,13,16,
20 216:3,6,
11,14,20
217:12,16,18,
19 218:3,25

219:4,6,11,15
220:13,19,21,
23 221:1,12,
15,17,19,24,
25 222:5,7,
13,17,22
223:16,21
224:7,24
225:1,2,12,
15,16,17,18
226:8,22
227:4,6
228:5,12,16,
21 229:4,13,
17 230:13,24
231:3,20,23
232:2,8,17
233:23,24
234:13
235:13,16,22
236:12,14,16,
24 237:3,19
238:3,14
239:14,15,17,
20 240:2,4,
10,18,21,24
241:7,12,17
242:24 243:1,
10,17,24
244:8,14,23
245:10,18,22
246:14,16
247:18 248:8,
10 250:6,11,
15,16,21,22
251:1,19,20,
25 252:9
254:7,14,20
255:6,19
256:17,18,19,
21 257:3,13,
21,23 258:3,
20 259:17,22
260:1,12,13,
20,24,25
261:4,7,18
262:3,18,25
263:2,9,14,
17,19,20

264:1,2,13
265:6,8,15,16
266:1,11,21
267:10,11
268:4,11,15,
19,25 269:13,
14 270:15,20
271:1 272:1,
3,12,22 273:6
274:2,3,14
275:7,11,13,
16 276:1,8
277:1,24
278:12,14,22
279:19
280:19,21
281:9,13,16,
19,25 282:18,
23 283:1,21,
24 284:3,14
286:2,9
287:3,6
288:1,5,6,8,
14

**that's** 22:22
36:25 48:22
49:22 52:13
55:22 61:12
65:23 69:16
72:16 73:21
75:4 78:10
83:7 85:22
86:2 89:2
90:12 92:19,
23 94:3,22
97:10 100:9
101:7 111:20
113:15 120:15
132:8 135:3
137:16,22
139:14 142:15
144:18 146:12
155:17 161:17
167:5,7 171:1
174:19 181:11
183:17 185:7
203:12 208:13
214:24 215:15
216:5,22

217:3,10,22
219:19 220:19
221:3,16,24
228:9 229:16
231:20 237:2,
21 248:13,17
251:23 257:15
259:19
266:13,19
267:8 270:24
279:16 280:4,
7,11 284:9
**the200,000**
186:18,20
187:21 188:9
**the2003** 57:8
**the2005** 63:3
**the21** 173:14
**the21st** 76:25
**the6th** 81:3
**their** 9:15
24:13,22 25:1
100:1,2
105:16 109:18
116:11
119:18,20
121:8 148:1
149:21,24
191:25 192:4,
16 193:8
194:14,17
196:12 197:1
208:21 229:20
248:1 275:13
**them** 11:12,14
13:24 19:10,
22 20:3,20
21:7 27:3
29:2,6 30:9,
11,13 33:12
34:5 41:3
44:7 46:5,13
47:5 51:15
59:25 60:1
61:23,24
64:22 65:18
87:5,6,7
91:24 93:11
96:2 97:12

| | | | |
|---|---|---|---|
| 99:2,20<br>109:17 114:24<br>115:8 120:2<br>121:5,24<br>127:15,19<br>128:9 130:13<br>135:2 149:12,<br>18 153:20,21<br>163:18,23<br>164:7 167:8<br>170:25 171:4,<br>6,12,15 173:3<br>177:19 178:3,<br>5,6 184:17,18<br>194:8 195:8,<br>19,20,21,23,<br>24 201:20<br>208:24 209:25<br>212:11 213:8<br>218:4,18<br>219:24 225:6,<br>10 233:22<br>239:14<br>241:15,18<br>242:12,25<br>243:13,14,18,<br>19 245:4<br>247:12,23<br>248:2,14<br>251:5,10<br>253:1,2<br>254:10 256:4,<br>21 257:2<br>259:15,19<br>260:16,21<br>261:1 263:1<br>264:7 270:22,<br>23 276:3<br>281:25 283:9,<br>11 286:8,11<br>**themself**<br>134:21 258:6<br>**themselves**<br>80:20 134:23<br>286:4<br>**then** 17:14,20<br>24:12 42:10<br>48:21 49:4,16<br>51:1 55:11 | 57:17 61:13<br>63:3,9 69:17<br>70:11 75:20<br>82:4 90:24<br>91:4,13 95:16<br>100:22 104:4<br>114:25<br>115:11,15,18<br>136:18 143:10<br>151:1 167:2<br>187:20 188:6,<br>14 190:19<br>193:4 199:11<br>202:4,16<br>203:20 204:16<br>205:5 208:12<br>209:14 212:9<br>214:20 221:8<br>222:8 225:2<br>226:25 249:14<br>251:5 254:13<br>260:15 261:17<br>262:5,7<br>264:14 268:18<br>275:6 279:18<br>288:2,12<br>**theory** 268:11<br>**there** 15:21<br>21:2,4,12,13,<br>19,20,22,23<br>25:24 26:2,5,<br>7 27:13,19<br>28:6,12 29:3<br>34:19 36:22<br>37:15 38:24<br>40:19 42:23<br>44:11 46:9,14<br>47:11,13<br>48:3,4 52:21<br>55:14 56:20<br>57:14 58:14,<br>18 61:11<br>63:20 64:20<br>65:2,5 67:6,<br>25 68:4,18<br>73:14 74:5,22<br>76:15 77:7<br>79:3,4,20<br>80:14,21 | 82:19 88:1,7,<br>19 89:4 94:11<br>98:2 99:16,21<br>103:7 113:19<br>115:20 121:4<br>123:7,24<br>124:3,11<br>125:1 130:6<br>132:3 135:8,<br>15 136:23<br>137:1,11<br>139:7 144:7<br>149:22 155:9<br>169:22 171:4<br>172:11 174:22<br>178:19 180:25<br>181:13<br>199:20,23<br>202:13 207:6<br>209:6 210:9<br>213:4,20,24<br>215:15 226:5,<br>17 232:16<br>235:21 244:9<br>245:15 246:18<br>247:25 248:15<br>251:19<br>253:10,11<br>255:17<br>260:19,20<br>263:13 264:9<br>265:19 273:15<br>274:21 275:6<br>279:21 281:5<br>286:10 287:25<br>288:14<br>**there's** 25:24<br>56:18 116:1<br>139:21 144:21<br>161:3 177:2<br>207:11 209:22<br>210:2 216:20,<br>21 222:9<br>228:17,20,25<br>235:1 237:23<br>238:1 245:15<br>251:18 252:12<br>283:4 284:12 | **thereafter**<br>193:11<br>**these** 35:12<br>56:10 59:22,<br>24 60:7,24<br>61:15 62:10<br>81:12 102:18,<br>21,23 103:1,<br>2,23 104:4<br>112:14 120:8<br>127:5,12<br>134:19 145:15<br>173:1 189:6<br>201:11 204:24<br>207:3 208:5,<br>13 218:20<br>219:2 222:3<br>226:13 229:22<br>234:19 242:15<br>243:1,17<br>245:3 246:14<br>247:22,23<br>251:20 252:23<br>253:13,20<br>254:4 260:1<br>277:24 282:1<br>**they** 13:21,23<br>18:7 20:17<br>21:4,7,8 29:3<br>34:16,18<br>35:3,4,13<br>37:17 38:17,<br>18 41:13<br>42:11,13<br>44:7,19 46:19<br>58:8,11 64:9<br>65:10 69:25<br>80:20 87:15<br>91:11 93:24<br>94:1 95:24<br>98:9 102:10<br>103:3 107:11<br>109:18<br>113:20,22<br>118:15<br>128:14,16<br>129:24 130:11<br>133:19<br>134:21,22,24 |

147:25
149:16,17,19,
20 156:12
157:22,24
158:11,12
159:1,18,22,
25 161:17
162:23 163:18
165:18,19
167:6 168:3,
8,10,12 170:5
172:12,21,25
174:14
177:11,14,16
178:8 184:4
191:2 192:5,
10,11 194:6,
8,17,18
196:23
198:14,15
201:11 204:2
207:3 208:5
212:14 216:20
222:11,22
224:12 225:5
229:4,20,21
230:2 233:24
234:2 239:7,
8,9,17 240:1,
16 241:1,2,4,
5,14 248:3,6,
7,10,12,19
251:14 252:9
254:10 255:23
256:24 257:1,
25 258:9,14,
23 259:2,3,4,
5,7,18 260:15
261:1 266:10
267:14 271:20
275:13,21,25
276:2 280:2
284:23 285:8
286:4 287:15

**they're**   29:1
34:14 65:1
139:10 145:16
149:18 224:21
242:10 247:12

254:25 275:11

**they--**   107:11

**thing**   49:9
139:8,13
177:10 204:19
235:23 280:17
283:5 286:20

**things**   16:12
24:25 25:25
36:19,20 51:4
119:23 157:3
189:19 192:23
201:16 202:22
204:8 209:13
229:22 237:11
240:24 249:19
250:3 251:19

**think**   26:23
28:18,20,22
34:16 35:17
37:22 39:13
43:8 46:24
81:18 126:8
127:3,4 132:3
154:12,13
166:14 172:14
185:3 189:5
199:13 201:14
216:11 222:15
227:4 235:8
238:3 243:7
250:22 252:8,
9 262:11
265:7 266:20
269:20 271:9
276:7 279:1
280:16 286:4,
19 287:22

**third**   44:9
70:11 95:2
97:17 110:10
129:12 207:6
226:2 267:3
282:22

**Thirty-seven**
51:17

**Thirty-two**
147:13

**this**   12:12,14
13:22 14:6
16:9 20:14
23:13 24:15,
23 25:14,25
28:9 35:4
37:18 38:6,
12,15,19 40:5
42:11,21
43:4,12 46:17
47:20,22,23
49:20,25
50:13,16,20
51:19,24
52:8,17 53:2,
8,15,21 54:2,
22,24 55:7,14
56:17 57:3,6,
7,18 58:25
60:4 61:7,10
63:21 64:11
65:19 66:5,8,
16,19 68:7,9,
13,18 69:23
70:8,15 71:3
73:8,17 74:11
76:7,18,22,24
77:12 78:2
79:8,25 80:2,
23 81:18
82:11,22,25
83:4,5,6,12,
24 84:9,10
85:1,3,9,11,
12,13,20 87:1
88:4,5,7
89:6,9,17,24
90:14 91:21
92:21,25
93:7,9,24
94:9,22,25
95:5 96:10,19
97:13,20,24
98:1,9,12,13
100:18,20
101:21
102:12,16
103:18,19,21
104:20 105:3

106:8 108:17,
20 110:7
114:22
115:11,20
116:6 117:11
120:6,12,17
121:12,14
128:23 129:1,
11 130:18
131:12 133:7,
15,18 135:14,
21 136:12,14,
21 137:6,8
138:7,10
139:4 141:13,
18 143:5
144:2,5
145:12,19
147:14,23
149:3,8 151:5
152:5 153:1,
13,15 154:11,
14,23 155:5,
7,8 156:8,10
157:10 159:5,
10 164:10,13
166:12 168:20
169:16 171:9
172:1,10
173:4,11,16,
22,23 174:22,
24 175:3,4,9
176:1,6,7,16,
17,23 177:20
179:1,13
180:15 181:8,
12,18 183:4,
6,9,12,22,24
184:2,3,8,11,
24 186:14
187:4,19
188:22 189:1,
4,8,9,18,21,
25 190:6,17,
21,23 191:4,
6,22 192:2
193:4 194:9,
24 195:8,10,
11,13 196:20

197:14 198:3,
4,5 199:16
200:6,14,22
201:5,6,12,18
202:14,25
203:9,16,18,
19 204:8,23
205:2 206:3,
19,25 207:22
209:2,4,9,19,
23,25 210:3,
12,18,23
211:9,11,13
212:3 213:9,
20 214:9,11,
17,19,21
215:4 216:1,
6,8,23,24
217:2,7,10,
23,25 218:1,2
219:5,6,17
220:12 222:2,
14,23 223:2,
4,5 225:25
226:1,3
228:11,16,17,
22 229:7,9
230:4,12
231:7,17,19,
24 232:3,5,6,
9 235:21
236:14,16,17
237:1 238:23,
24,25 239:1,
12 240:11,12
243:16,19,21
244:5,12
245:7,18
246:4,6,8,17,
20,23 247:3,
6,10 252:22
254:10,12,23,
24 255:2,7,9,
12,13,17
256:2,10,14,
20 257:4
258:7 259:20
260:11,14
261:3,10

262:21,22,23
263:7,19
264:22 265:3,
13,15,16
266:17,25
267:16 268:10
269:9,14,22
270:1,7,10
272:5,19,23
273:8 277:10
278:21 281:10
282:8,16
283:13
284:10,14,21
285:4,5,6,12,
15,16,25
286:3,9,16
287:1,11,17
288:23

those 13:23
25:12,13
28:17,20,23
36:4 45:8,23
58:20 99:14
103:7 116:5
119:23 121:25
122:15 124:18
126:14,21,25
164:18 183:2
186:19,21
187:20 202:18
211:23 212:10
237:13 265:23
270:17

though 98:10

thought 33:1
172:2 222:17
243:25 244:6,
9,21 246:7
252:17

thoughtful
211:19

thousand
237:9

thousands
21:17 27:17
223:8 226:18
237:7,8
268:13

Thrasher 9:11
10:2

Threatconnect
212:8,9

threatened
17:10

three 16:17
21:3 34:12
39:2 41:10
76:1 99:25
110:11 121:25
164:17 188:7,
8 191:23
192:8 212:6
239:25 272:10

through 70:16
77:14 103:2
104:1 116:11
176:14 210:4,
10 213:4
214:14 221:9
229:16 233:24
234:10,25
242:12,13,16,
25 246:14

throw 52:3

throwing
268:13

ticket 48:11,
14

Tierpoint
31:20

time 9:3
10:20 12:4,
12,13 14:6,
15,17 18:8,13
19:10 21:12
22:20 23:24
25:7 35:17
36:4 43:11
46:18 49:6
51:14,23
55:25 56:3,19
64:14 70:15,
18 80:21
82:5,17 83:20
87:18,21
91:25 92:3,7

96:19 100:18,
21 121:12,15,
18,20 130:16
137:8 149:8
151:12,17,20
154:18,22,23
160:8,9
163:17 166:22
173:9,10,15
189:23
197:10,13
203:1 206:4
213:3,7
218:25 226:5
227:20,23
230:12
231:17,19
233:2,10
236:4 240:2,
10 243:18,19
244:14 246:13
249:7,10
257:25 268:4
275:18 277:2
279:1,3,6
282:8 287:23
288:21,23

timeframe
211:22

times 84:11
107:17 134:6
200:1 206:5,
16 272:10
282:7,10

tip 276:1

title 155:14
168:19

Titov 273:7,9

tits 136:20

to 10:5,6,20
12:14 13:24
14:18 15:2,3,
6,7 16:5,6,9
17:7,14,16,
17,18,19,21
19:15 20:4,9,
12,14,21
21:3,10,11,14
22:12,14 23:4

| | | | |
|---|---|---|---|
| 24:6,13,14, 15,17,20,22, 23,25 25:12 26:5,19 27:3, 4,6 30:17 32:18,19,24 33:11,12,13, 18 34:12,14, 17,18 35:2,3, 13 36:2,8,15 37:1,9,17,18, 21 38:1,18,23 39:3,18,20 40:3,16,17, 20,21,25 41:2,3,9,14, 17,22 43:2,4, 6,10,11,12, 13,19,22,23 44:7,18,22 45:4,22 46:19 47:10,12,21 48:1,5,11,17 49:9 50:9 51:18 52:3,5, 21 53:9,16,21 54:4,7,8,9, 21,22 55:3,4, 7,13,14 56:6, 23,25 57:6,7, 18,23 58:7, 12,16 62:8,15 63:9,12 64:24 65:20 66:5, 11,16 67:1,7 70:1,3 72:3 73:3 74:4,13 75:7,24 76:24 77:2,12 79:9, 16 80:17 81:2 82:18 83:23 84:10 86:3,17 87:15 88:1,6, 15,18 90:15, 18,19,21,23 91:23 92:25 93:16 94:22 95:6 96:21 97:17 98:6,8 | 99:22 100:10, 16 101:17 102:7,9 104:2,12 105:2,3,15,23 106:16 107:9, 12,20 108:17 109:2,6,7,25 110:9,16 111:23 112:3, 6,10,15,21 113:3,6,8,17, 21 114:8,23 115:9,25 116:4,15 117:4,14,22 118:25 119:4, 19 120:3,14, 15 121:5,23 122:16 123:2 124:23 125:18 126:19,23 127:12,18 128:3,25 130:1,6 131:21 132:10,19 135:16,24 136:1,7,8,9 137:10,20 139:3,18 140:21,24 141:2 142:2, 12 143:2,12, 14 144:7,18, 22,25 145:2, 13,18 147:12, 18,20,22 148:21,22,23 149:2,10,17, 18 151:11 152:6,19 153:1,15 154:12 155:10,11,23 156:1,3,14 157:22,23,24 158:5,23,25 159:8,18 | 161:5,15,22 162:15 163:1, 4,20 164:10, 13,18 165:19 169:9,21,22 170:16,18,22, 25 171:4,23, 25 172:9 173:20 174:16,22,23 175:5,7,16,18 176:3,17,20 177:2 178:2, 8,13,18,19 179:1,5,8,11, 16 180:2,15, 17,24 181:4, 5,8,10,11,16 183:8,19,21, 22 184:8,10, 11,14,16,18 185:15 186:14,17,20, 24 187:1,5, 13,17,21 188:1,7,17, 18,19,21 189:21 190:1, 6,7,11 191:14,17,20 192:5,8,13, 18,23,25 193:5 194:7, 10,12 195:7, 8,9,18,19 196:18,20,21, 23 197:9,16, 19 198:2,10, 11 199:20 200:2,7,13, 18,25 201:25 202:7,16 203:8,20 205:7,8,12, 15,21 206:15, 19 207:1,4,6, 7,11,12,14, 22,23,24 208:10,11,12, | 22,25 209:4, 7,9,17,22 210:3,9 211:19,23 212:3,4,16, 19,20,24 213:9,14,15, 16,19 215:17, 20 216:19 217:5,18 218:3 219:3, 7,8,9,20,21, 23,24,25 220:12,18,24 222:5,14,20, 24 223:5,6,9, 13,14,15,22, 23 224:1,23, 24,25 225:1, 3,16 226:3,5, 17,23 227:4, 5,17,18 228:15 229:21 230:4 231:20, 21,24,25 232:6,8,14,22 233:4,9,11, 14,18,19 234:3,7,15,16 236:9,17 237:7 238:7, 13,14,15,18, 20,21,22,25 239:1,5,7,8, 12,16,19,20 240:3,5,7,8, 10,13,15,17, 18,20 241:1, 3,4,6,14,18, 19,20,22 242:11,12,22 243:2,4,14, 15,21 244:12, 14,18 245:4, 5,6,7,11,12, 20,24 246:3, 6,7,8,17,19, 20,23 247:6, 11,12,13,22, |

24 248:1
249:2,12,16,
19,22,23,25
250:1,2,3,7
251:9,14,17
252:12 254:3,
10,11,18,20
255:9,17
256:22 257:9,
18,22,24
258:20 259:6,
7,9,10,16,19,
22 260:2,8,
10,17,21,23,
24 261:2,11,
18,23 262:5,
7,25 263:13
264:2,6,7,9,
10,14,15,22,
25 265:20,21
266:2,4,6,21,
22 267:6,13,
14,15,16,19,
21,23,24
268:18,20,22,
23,25 269:1,
15,20,25
270:8,22
272:14
273:15,21,24
274:3 275:3,
24,25 276:1,
2,10,12,14,
16,21,24
277:11,12,19
278:6,10
279:5,7,14,
15,21,23
280:4,8,16,
17,18 281:2,
25 282:12,16,
20,21,24
283:5,9
286:8,22
287:13,14,24
288:2,6,9,10,
13,15,22
to/from
208:13

today   9:2
12:18 14:1
20:5 28:5
118:10
154:17,21
155:5 162:1,6
together   18:6
57:3
toilet   151:11
197:5
told   39:8
47:22 49:6
53:19 66:22,
24 71:2 89:15
90:14 104:2
161:14 174:8
180:14,23
194:16 216:4,
20 223:18
225:8 239:17
247:25
263:13,18,19
279:14 280:3
tolerance
204:6 223:25
too   43:20
226:23 249:22
278:8
Toons   97:3
top   39:1 44:2
65:19 68:15
70:4 74:17,20
75:10 79:4
96:13,15
102:16 112:11
211:20 220:2
225:25 282:12
286:23 287:17
topic   203:19
288:16
TOR   218:4,8,
9,10,11,19,25
219:21 220:1,
3,5,6,7
222:11
total   39:5
188:16

totally
191:8,9
touch   244:2,3
tournament
57:14 58:16
towards   69:1
70:4 84:2
90:8 204:20
Tower   22:8
toys   136:20
track   218:3
Trade   118:19
129:3,8 130:1
trademark
37:16
trademarks
32:9
tradition
80:23
traffic
208:12 209:7
282:19
transaction
49:21,25
transcript
280:19 288:23
transfer
49:19 276:21
Transferred
276:24
translated
53:21
translating
83:3
translation
10:4
transmitted
111:20 234:25
treasure
95:12,13
trends   254:21
tried   169:22
246:8
Triple   129:4,
9
Trojans
231:21

troubles
240:21,22
troubling
263:8
true   10:5
113:15 115:20
175:13 177:10
185:23
trust   47:19,
23
trusted
105:22
truth   10:11
try   195:7,19
205:12 233:11
240:20 243:2
246:7
trying   21:10
37:17 247:12
268:25
Tuesday
268:19
turn   38:23
44:22 48:1
63:23 70:3
72:3 75:7
79:16 81:2
82:18 83:23
88:6 90:21
93:16 95:6
96:21 100:10,
16 101:17
102:7 104:12
110:9 111:23
112:10 113:17
115:25 118:25
119:20 136:7
137:10 147:12
149:10 282:12
turned   113:12
turning   95:11
turns   235:12
two   17:25
20:24 21:4
44:10 45:15
49:16 54:22
66:22 67:6
77:16 88:19

99:21,24,25
100:4 105:25
108:18 109:2,
25 111:25
112:16 117:22
122:15 135:10
144:7 164:17
207:11
211:18,22,23
220:2 226:21
249:19 272:10
277:16 280:2
**two-thirds**
72:18 92:16
119:5,8 263:7
**type**  26:20
27:3 56:17
125:14 159:5
**types**  86:20
145:12

---

**U**

---

**U.S.**  9:11,13
117:23 181:7
**ugly**  250:21
**ultimately**
205:12
**unaware**
228:16
**unbelievable**
240:9
**unclear**
125:19
**unclip** 254:17
**uncovered**
181:8
**under**  11:11,
15 12:25
13:5,7,8,9
16:1 22:23
35:4 51:22
64:10 75:21
85:6 93:20
94:11 95:2
97:1 99:12
116:1 117:5
128:3 132:25

135:23 136:3
137:11 142:25
143:17
152:22,25
153:4 192:3,
11,21 230:20
239:5,21,22
240:6
**Underground**
114:23
**underneath**
98:3 99:8
**understand**
10:19 11:1
14:24 23:10
24:24 25:19
29:4 30:23,24
33:17,20,21
38:14 40:14
53:22 67:5
79:10 85:19
87:10 92:5
123:1 125:15
142:15 149:19
166:25 170:10
171:20 177:22
181:16
184:10,13
186:4,16
187:15 189:22
195:14 196:7
199:25 221:21
230:19 233:10
244:2 254:18
255:24 258:15
259:6
**understanding**
10:21 119:5,
10
**undetectable**
111:1
**unfortunately**
267:2
**unhappy**
248:15
**unilaterally**
119:19
**unintelligible**

10:23,25 18:9
67:3 167:22
**United**  9:9
37:19 117:23
166:4,5,11
212:7 216:9
219:8 235:13,
19
**universities**
18:1
**university**
17:15,17,18,
19,20,24 18:2
**unknown**  66:25
120:7 208:24
**unless**  155:9
264:16
**unlogical**
226:17
**unnecessary**
202:8,9
**unsolicited**
119:12
**Unsuccessfully**
280:12
**until**  12:23
61:8 154:21
162:1
**up**  12:23
24:11 35:3
45:4 61:8
63:15 154:20
162:1 181:22
228:1,4,16
230:4 233:2
238:18 240:13
245:6 246:3
258:3,20
260:24
281:16,25
**up-coming**
245:16
**upset**  241:15
**URL**  102:13
**us**  10:16 15:2
19:17 26:8,11
28:5 33:23
37:17 41:17,

18,21 46:8
49:19 56:6
60:11 62:9
65:16 69:16
72:16 73:3
75:18 81:9
85:14 86:3
95:25 101:11
109:9 110:14
112:13 128:5
158:5,21
162:1 165:10
170:18,21,22,
25 174:8
176:14,15,21,
22 179:19,22
180:7,22
184:10,11
187:5 192:6
194:6 195:19
196:11 205:11
208:10,11,25
209:7 210:18
213:15,17
230:7 237:3
238:9,18
239:10 241:5,
14 254:7
255:6 256:7
257:25 258:23
260:12
273:10,12
286:6
**use**  10:23,25
11:1,7,18
12:7,9,11,14,
17,23 15:15
22:16,21
23:23 25:9
34:3,14 46:5
64:5 72:17
83:17,18
107:9 113:3
134:13
140:13,15,17
141:2 142:5,
6,18 143:2,
11,19 155:14,
19,20,23

156:15,24
157:16,22,24
169:23 177:11
219:23 220:18
222:24 250:6
266:6 288:10
**used** 11:4
12:2 15:21,22
44:25 47:19
64:4 66:21
67:13 73:4
90:14 100:5
109:18 110:21
119:20 140:9,
12,20 141:24
142:23 143:4,
18,20 149:12
208:22
231:20,24
232:3 233:15
236:9
**user** 222:25
223:2,4,6
225:24
**users** 116:3
282:24
**uses** 46:2
64:6,8 89:22
**using** 12:1,3,
20 33:18
37:17 66:19
134:15 140:4
169:20 172:12
173:1 174:14,
15 177:14,16
194:23
219:13,14
222:21 233:3
250:15
**usually** 34:12
35:15 75:19
165:11

---

**V**

**V-O-B-L-A**
68:19

**Val** 9:25
**value** 32:10,
16,20
**variety**
106:22
**vary** 188:7
**vault** 237:10
**venture** 276:2
**versus** 9:8
**very** 21:14,22
48:22 55:3,13
62:15 67:7
79:19 113:8
147:24 148:15
149:5 163:7
202:5 205:13,
19 207:17
211:19 216:17
233:7 241:21
249:19 255:15
264:14,15
275:20,23
278:9 285:6,7
**via** 49:17
50:20
**victim** 181:17
**victims**
181:12
**Victor** 270:12
**video** 9:2,5
55:24 56:2
87:17,20
111:13,20
121:17,19
151:16,19
169:20 174:8,
10 197:9,12
226:21
227:19,22
249:6,9
250:21,25
251:4 279:2,5
288:20
**videographer**
9:1,13 55:24
56:2 87:12,
17,20 121:17,
19 151:16,19

197:9,12
227:10,19,22
249:6,9
279:2,5
288:20
**videos** 144:9,
13,14 146:13
169:23
**view** 251:14,
17
**Viktor** 274:9,
20 275:17
276:4 279:8,
19
**virtual** 51:5,
6,7 114:23
132:18 137:20
139:2,18,19
140:24 142:11
249:25
**virus** 110:12,
17 185:20
213:4 229:16
**viruses**
111:2,7,12,19
119:15 120:19
233:16
234:22,25
**Vitaliy**
272:18
**Vladimir**
235:5 236:8
268:21
**Vobla** 68:19,
22 73:12,17,
20
**Vocation**
31:20
**Volks-
something**
43:10
**Volkskrant**
43:8
**Vostok** 22:8
**voting**
235:12,19
236:10 237:14

**VP** 223:14
**VPN** 225:9,12,
13,15,19,21,
23 226:16
**Vrublevsky**
81:18,21,25
89:15,18,20
91:2 105:4,7,
21 106:4
108:2,17,25
109:2,12
110:3 114:4,
11
**Vrublevsky's**
104:13

---

**W**

**wait** 43:1
242:17,21
**wake** 24:11
238:18 240:13
**want** 15:7
19:15 20:12
23:4 33:11,13
35:24 40:9,16
43:20 45:13
53:23 58:16
86:2 89:1
119:4 145:18
155:9 176:3
179:1 183:8
184:14 191:17
192:10 205:7,
8 219:24,25
238:20,21
239:1,20
241:3,5,19,
20,22 245:5,7
247:22 260:2,
8 262:25
264:5 267:14
274:1 275:25
279:7 280:17
281:2,18
286:22
**wanted** 22:14
54:22 57:7

```
105:3 106:16        70:8 71:1           10,16,23            13,17 182:22
114:23 117:4,       73:14,17,24         131:3,5,7,9,        183:13 184:2,
22 128:2,3,25       74:4,5,7,8,25       15,17,23,24         6,7,8,9,19
179:12,14           76:5,21 77:7,       132:3,13,19         185:2 186:9,
180:2 181:4         9 78:5,15,24        133:18 134:5,       12,25 187:4
207:22 245:6        79:6,24             15,17 135:1,        189:5 190:4,
248:16,17           80:14,15,18,        4,5,19 137:3,       17,21,23
266:1 282:16        21 81:25            12,19,20,21         192:22 194:4,
wants  280:16       82:5,6,9,24         138:14 139:2,       6,7 195:6,7,
war  240:20         83:4,5,6,12         12,15,19,22         8,11,12,13,
warm  200:1         84:9,12 86:9,       140:12,23           17,18 196:19,
was  11:25          14 87:19,22         141:2 142:3,        20,21,22
12:2,4,5,12,        88:4 89:9,11        7,11,21             197:11 198:5,
13 13:13            90:2,14,16          143:18,20,24        7,12,20,21
15:12 17:17         91:7,17,19,         144:12,17,18        199:4,18
18:5,7,13,17,       21,25 92:1,7,       145:9,21,25         200:21,22
23 19:3,4,7,        13,21,24            146:19 148:10       201:1,2,3,6,
10,12,18,19,        93:1,8,14           150:1,4,6,10,       9,20 202:13,
21 20:1,10,24       94:7,14,20,         12,14,17,19         25 205:4,11,
21:1,2,3,9,         21,25 95:5,9        151:9,18,22,        12,13,15,19
10,11,12,13,        96:1,8,24,25        23 152:1,9,         206:22
14,19,22,23         97:16,22            11,23 153:1,        207:16,19
23:21,24            98:6,14,16,24       15,16 154:9,        208:12,16
24:10 26:10,        99:4,16,18,21       25 155:11,16        209:6,7,12,
13 29:9 33:1        100:5,7,14          156:17,21,23        18,23,25
36:9,11,13,21       101:15 102:4        157:22,24           210:4,9,15,23
37:15,23,24         103:18,21           158:4,5,22,25       211:7,9,19
38:17 40:25         104:2,10            159:1,7,10,         212:5,8,18,24
41:2 42:19          105:8,14,21,        12,20 161:2,        213:1,13,14,
43:5,15,18          24 106:8,9,         3,7 163:7,13,       16,17,20,22,
44:16,17 45:8       10,13,18            15,22 164:2,        24 214:1,2,4,
46:9,14,17,         107:14,18,25        3,19 165:3,11       5,7,13 215:8,
18,20,24            108:4,5,17          166:12              14,15,16,20
47:2,11,13,21       109:2,5,6           168:18,19,23        216:11 217:23
49:4,12 50:18       110:5 111:25        169:6,15,19,        218:6,7,25
51:3,14,22          114:1,4,7,10,       20,22,24            219:4,5,8,12,
52:1,8,17           14,16,20,22         170:1,4,16,         13,14,19
53:4,6,7,10         117:2,7,18,24       17,21 171:2         220:9 221:17,
54:18 55:18         118:18              172:20 173:9,       19,25 222:10,
56:1,20,22          119:11,22           13,14,21,22         11,14,23
57:2,9,15,16        120:12,19,23        174:2,7,8,18,       223:8 225:21
60:3 61:14,         121:1,3,5,8,        20,22 175:9,        227:21 229:9
19,25 62:1,2,       16 122:14,23        11,12 176:4,        231:12,25
4,17,19 63:18       123:5,16            7,9,16,17,18,       232:6 233:15,
64:4,17 65:2,       125:24              22 177:19           23 234:8,9
5,17 66:2,7,        126:11,19           178:4,18,19,        235:17 236:9,
15 67:18,22,        127:12,25           23 179:15,18,       14,17 238:3,
23,25 68:4,10       128:6,21            25 180:11,12,       14,24 239:4,
69:7,12,13          129:24 130:9,       24,25 181:2,        5,13,14,15,
```

| | | | |
|---|---|---|---|
| 18,20,21,24 240:1,14,15, 18,20,21,24 241:7,8,12,14 242:7,15 244:12,14,18 245:7,11,18, 23 246:11,20, 21,23 247:6, 10 248:1,24 249:8,22 250:3,4,25 251:4,8,9 253:1,4,7,17 254:1,9,20,24 255:2,6,11, 13,14,25 256:8,9,20,22 257:8,10,22 258:6,7,10 259:11 261:4, 5,7,10,11,14, 15,25 262:1, 11 263:3,13, 22 264:4 265:7,11 266:8,13,15 267:9,10,13, 19,20,23 268:4,8 269:7,11 270:5,13 271:10 272:15,24 273:1,9,10, 11,12,14,17, 20,24 274:2, 12,22,24 275:4,5,6,13, 17,19,21 276:4,11,12, 20,25 277:2, 5,7,8,12,13, 15,18,25 278:3,13 279:4,12,13, 25 280:14 281:21 283:19 284:6 285:1, | 4,5,16,22 286:1,8,9,14, 20 287:8,18 **washes** 236:19 **Washington** 43:11 **wasn't** 73:16 130:15 138:17,21 150:2 159:7 224:7 225:18 228:21 250:11 **Watch** 255:18 **way** 12:11 38:21 70:12 72:18 78:10 92:17 101:23 102:14 112:17 119:5,8 129:1 135:16 177:2 180:15 184:3 199:20 207:12 209:4,7,17,22 210:2,9 221:8 233:7 263:8, 13 264:9 269:10 276:1 **Wayback** 145:16,17 **we** 9:1 10:18 12:13 15:25 16:3 31:1,8 32:5,9,20 33:9 35:6,8, 12 36:3,14 37:8,11,18, 20,21 39:19 41:20 45:23 46:24 48:5 49:8,19,25 50:9,16 53:6, 13 54:5 55:3, 7,21 56:4 58:7,13,17 68:6 80:17 97:21 101:22 102:14 108:22 114:17 120:11 121:24 123:2 | 130:11 145:22 150:4,14,19 151:5,6,11, 13,21,22,24 152:1 157:19 162:19,20 167:10 170:24,25 171:3,4,5,6, 8,12,18 172:5 173:4,14,18, 22,23,24,25 174:1 175:7, 15,16 176:6, 7,8,9,14,17, 18,19,20 178:4 179:11 181:9,17 182:22 183:24,25 184:2,7,10 187:17 188:16 189:10,13,14, 15,16,17 191:23 192:13 193:2,3 194:8,10,11, 12,16,24 196:10 197:5 201:14 203:2, 3,25 204:5,7, 8 205:7,12, 21,24 206:1, 2,3 208:16 209:2,9 210:6,11 213:9,14,15, 18,19,22 214:14 217:25 218:2 219:12, 17,22,23 223:13,14,22, 25 224:25 225:8,19,20 226:16 227:3, 4,17 228:8,11 231:7 232:25 233:10,18 234:3,14,16 | 237:6 239:10 241:18 243:14 245:11,20 246:20,21 247:3,10 248:14,21 249:18 251:8 255:11 256:21 257:2 258:10 259:18,25 260:13,14,21, 24 261:10 262:19 265:4, 10 266:14 270:17,23 271:9 272:4 278:25 279:1, 10,11,25 280:18 281:13,15 282:1 283:15 287:25 288:3, 5,8,9 **We'd** 48:14 **we'll** 38:2 48:19 87:15 88:22 163:1 188:18 217:12 249:4 **we're** 9:4 151:13 187:23 228:12 239:22 240:6 260:10, 23 280:19 287:22,23 288:3,4,11, 13,15 **we've** 103:1 104:1 200:12, 18 282:1 **web** 26:13,15, 16,19 27:2 35:8,13 117:24 118:7 128:6,8,10, 13,16,18 **Webazilla** 36:9,15 37:1, 9 69:4,7,9, |

April 30, 2018

84

11,13,18,22,
24 76:21 99:8
Webmaster
60:24 65:7
66:5 76:7,9
77:7 79:1
92:16
Webmaster's
56:7
Webmasters
56:7,20 57:3
65:15,16
66:17 72:9,
11,12,13,14
77:10 89:8
90:6 91:8
92:11 94:10
96:11 97:25
103:6,9,17
114:12,25
115:11 117:15
132:6,21
134:4 142:18
152:7,13
153:18
website 19:4
35:2,10 57:18
71:25 72:2
78:11 88:11
103:18,19,21,
23 106:22
112:15 114:1
127:6,18
128:15
136:12,14
137:6 138:8
144:2 161:15
204:23 250:1
websites
65:8,10
86:18,19,22
87:5 97:5,7,
9,11 102:23,
25 103:3,5,6,
9,17 104:4
129:7 144:12,
18 145:16
146:14,16
158:8,9,11

159:22,24,25
161:8 162:20
251:9
Webzilla
31:13,14,22,
25 32:11,17
34:3 35:16
36:2 37:10,16
44:25 45:7,9
46:2,12 47:18
76:2,21
198:13
200:13,19
202:16,22,23
203:5,9,14
205:7,9,11,15
207:8,15
229:5,9
231:23 232:2
Webzilla's
46:7 227:25
Webzilla.com
37:21 76:16
weeks 239:25
welcome 43:23
well 12:20
19:3 20:12,16
25:21 26:13
29:9 33:18
36:17 40:14
43:19,22
45:12 47:2
49:6 51:4
62:18 72:15
73:11 77:2,11
80:2 83:18
86:9 88:24
89:16 97:13
99:1,3 113:5
115:10 118:14
119:18 120:17
126:23 128:9
130:15 132:5
133:22 134:8
137:1 141:18
144:25 150:9
152:9 153:21
158:14 162:19
163:17

164:16,23
174:22 175:25
177:7,15
178:18 180:18
181:17 183:5
188:16,22
189:4 192:5
196:17 198:2
200:17,21
202:12,21,25
203:25 206:11
208:24 209:2,
9 210:11
211:25 213:14
215:2,6
216:13,17
217:5 219:12,
19 221:6
222:5,14,19
223:10 224:23
225:25 235:22
239:4 240:9
241:21 245:14
246:4 248:3
251:19,23
255:21 256:11
259:5,25
264:4,12
270:18,19
271:20 275:20
276:20
277:12,15,23
278:12
went 17:14,21
60:4 63:9
91:21 130:1
163:23 176:23
214:14 276:2
277:4
were 15:21
17:24 18:7
19:22 20:17
28:1 29:3
37:17,21
39:20 41:13
48:9 50:10
54:6 56:8
59:21,24
60:12 64:9

66:18 74:22
75:5,12,18
77:15 80:14,
20 81:12
82:22,25 83:9
84:14 91:23
93:1 103:2,7
105:5 109:1,
25 110:11
113:22,24
119:22 120:6
121:22 123:2
124:15
128:14,16
129:8,20,24
130:1,6,19
134:7 135:12
142:5,16,19
144:7 145:20
148:13 149:12
150:19 153:14
154:1 158:11
159:1,25
160:13 162:14
163:24 164:6
172:12,21,25
173:12 175:1,
8,25 177:14,
16 178:17
179:9,16
182:25
183:14,16
184:24 185:4,
11 186:19,25
187:1,6,21
191:2 198:14
200:15 202:18
204:2,4
207:14 208:5
209:9 225:21
228:22 229:7,
12,15 231:23,
24 232:2,3
234:9 236:9
239:9 240:17
241:1 243:17
244:8 245:3
246:24
248:15,19,21

250:7,12,21
251:2,5
252:23 254:11
256:14 259:2
261:10 263:16
265:23
267:14,16
271:2,25
273:3,15
279:11
284:15,21
285:3,10,12,
14,25 286:3,
6,16 287:4,
10,16
**weren't**  38:6
103:3,7
130:20 158:12
248:15,20
251:20 259:2
**what**  11:22
12:1,3,13
13:5,8,10
14:3,22
15:12,15
16:14,16
17:13 19:1,5,
9,12,15,17
20:9,11,16,23
21:14 22:15,
23 23:21,23
24:1 26:11
27:19 30:24
31:11,18,25
32:6,16,20
33:23 34:6,
11,20 35:1,4
39:8,19 40:4,
12,14,15,19,
24 41:8,13,
18,21 44:3,5
45:18 46:8,
17,20 47:22
48:20 52:25
53:8,14,25
54:7 56:6,10,
12 57:21,25
58:17,21
59:14,21

60:21,23,24
61:14 62:1
64:16,18
65:10,15,16,
20 67:5,14
69:20,24,25
71:13,15,17,
18,19,20
72:4,6,10,12
74:14,22,25
75:5,12,14,
18,23 78:12
79:10,24
80:1,2,6,8,
10,14 82:6,13
83:2 84:20,21
85:3,7,10,15,
17,18,23,25
86:2,6,9,12,
13,16,19,21
88:10 89:19
90:16 91:10,
12,19,21
92:5,10 93:14
94:1,19 95:9,
13,18,24,25
96:12 97:4,6,
8,10 98:23
100:1,14
101:15,24
102:1,22
103:22 106:10
107:3 108:5
109:9,11,21
110:14,16,20
112:11,13
115:3,8 116:9
117:7 119:11
121:5,8
122:22,24
123:17 124:2,
3 125:1,8
126:18,21
127:17,20
128:7,9,11,14
131:17,21
134:1,25
135:17 136:1,
7,11 137:16,

24 141:5,7,13
142:15
144:16,19,23
145:25 146:12
147:3,7
148:4,5
149:13,22
153:1 155:6
157:5,10,20
158:5,7,9,25
159:11,19,22
161:6,9,13
162:2 164:15,
17 165:10
166:1,10,13
167:16
169:19,24
170:3,8,16,23
171:1 174:2,7
175:16,18
176:4 177:22
179:9,12,13,
14 180:20,22
181:13,16,18
182:1,18,23
183:3,6,8,9,
21,23 184:2,
6,19 185:9,14
186:3,6,18
189:24 192:3,
7,11 193:21
198:20,21
202:9,12,18,
20,22 203:2,
13,23 204:13,
14,15,18
208:8 209:1,
6,7,11,14,17
210:9,18
211:7,9
212:1,14
213:15,18,19,
22 214:2,19
215:12,14,15
217:20,24
218:1,6,20
219:19
220:19,22
221:16,20,24

222:3,13
225:4,8,11
227:24 228:2
229:1,21
230:7 231:2,
3,9,15 233:6,
8,11 235:15
237:2,3,12
238:9,17,19
239:19 241:12
243:13 244:3
245:3,18
246:8,24
248:3 249:1
252:8 254:18
255:6 256:7
258:11 261:4,
15 263:7,17,
25 264:4,16
265:23 266:1,
8,13 269:25
272:25
273:11,13
274:13,24
275:4,8,19
276:18 278:18
280:4,23
281:14 285:18
**what's**  22:7
28:10 32:10
62:3,7 65:7
67:8 71:3
81:17 98:18
99:6 122:18,
20 124:20
125:3 130:9
135:6 141:15
156:7 161:24
164:16 192:24
193:16
213:16,17
228:1,5 230:5
235:7 243:25
244:3,5
251:22 257:16
259:6 264:18,
20 278:24
**whatever**
43:24 143:15

151:14 177:21
208:20
**whats** 216:19
**when** 14:9,13
20:19,21
22:17,19
24:5,10 29:4
34:17 37:11,
20 69:24
70:19,21,22,
24,25 71:8,11
80:14 83:8,21
84:20 92:22
93:1,6 97:10
101:25 115:11
132:20 137:21
138:1 140:15
142:5,16,18,
23,24 143:2,
4,10,12,13,
14,18 146:4,
12 148:20,23
149:11
151:21,24
154:22 155:24
156:24 161:2
162:7,12
163:1,18,19,
24 168:18
170:24 173:3,
6,8,11,12,14,
16,18,21,22
175:4 176:18
189:4 194:14
195:11 201:16
203:2 207:3
209:15,19
210:23,25
217:23,25
218:1,2
219:17
222:11,16
223:10 225:23
226:24,25
232:16 240:12
249:18 250:7
277:18 279:13
**whenever**
141:25 217:23

**where** 17:1
18:2 22:5,11
35:24 36:1,5,
25 42:11
45:21,22
58:12 68:6
88:17 96:22
106:20 107:11
116:6 135:9
149:12,15
161:3 164:20
165:14,19
204:19 208:2,
3,23 213:12
221:21 224:14
230:24 241:13
251:8 260:15
262:18,20
271:10 274:25
281:5 287:14
**where's** 46:15
**whether** 49:12
50:10 125:20
153:13 213:24
247:5 263:15
**which** 9:8
11:24 13:24,
25 16:18
17:19 19:24
21:8 22:21
34:16 35:3,7
36:20 38:17
40:20 43:7
45:3 64:21
65:12,18
76:23 77:1,25
80:23 83:6,17
86:10 96:14
100:19 102:25
103:5,11,14,
25 120:13
123:2 126:2
127:7 130:9
134:9 136:2
149:11 164:6,
23 165:4,7,20
172:1,10
181:6 192:23
193:1 196:6

201:10 203:8
204:4,5,8
208:2,10
216:8 219:14
226:21 231:25
233:20 234:3
241:3 249:21,
24 250:3
254:23 255:11
257:6 262:1
263:11 264:12
267:20
268:19,21
274:22
276:21,25
280:23 281:17
**while** 209:23
221:17,19,25
281:16
**white** 124:24
125:4 201:3,
7,25 204:16,
22
**who** 13:16,18,
20 14:18
15:2,6,9,11,
14 34:13
37:16 45:7
46:5,15 49:12
59:19 60:2,
11,14 61:18,
20,22 62:10,
17 64:6,8,9,
19,24 65:8
66:23,25 67:2
68:19 72:4
73:15 79:14,
22 80:22
81:9,15 82:24
84:24 85:1,16
86:25 89:13,
25 91:16,23
92:24 94:21,
25 95:5 96:1,
2,5 98:7,12,
21 99:4,18
100:7,22,24
101:8,11
102:10 103:9

104:4,19
105:15 111:25
116:10 120:5
122:8,15
123:7 124:18
125:3 126:6,
17,19 127:3,5
128:5 130:15
131:14
132:10,19
133:15,24
134:3,7,11,15
135:3 136:12,
14 138:10
139:7,12
140:24 142:11
144:6 146:22,
25 149:2,3,4
150:19 152:23
156:21 159:1,
10,12 161:14
164:3 165:12,
16,17 168:14,
17,21,25
169:3,12,14
174:5 182:11
186:1,10,19,
25 187:19,20
189:6,15,16,
17,21 192:21
193:7,10
194:22 195:2,
4,6,16 196:7,
12,19,20
197:1 198:3,
7,10 201:6
203:19 209:3,
16,17 211:25
215:17,25
216:18 219:25
222:23 225:24
226:21 236:8
238:25 241:7,
9,18 243:6,8
246:16,17
250:12,17
253:6 257:9
258:3 259:4,
10,12 261:21

262:10 263:18
267:5 269:10
272:19,23
273:6,8,9
274:20,23
277:13
**who's** 67:10,
12 98:13
166:20 188:9
193:5 211:15
239:18 272:24
**who've** 46:2
**whoever**
198:14 215:20
**whole** 10:11
**whom** 24:3
72:8 209:17
232:25
**whose** 27:22
103:21,23
118:8 120:11
152:11 193:14
236:9 284:3
**why** 12:5,7,9
13:12,23
20:12,14,17,
25 21:10 25:8
33:6,8,9 37:9
42:10 44:11
45:11 49:4,12
50:6,8 51:11,
20 58:23 61:2
65:19 75:4
79:4 102:13,
20 103:13
116:15,18
124:8,10
129:25 130:6
134:13
138:16,20
139:14,25
141:20 147:22
151:1 155:14,
17 160:24
161:17 174:19
175:22 178:13
181:11,19,24
186:21 190:5
200:15 202:1

205:8 207:9
211:23 216:14
221:25 224:7
225:9,18
242:16 248:13
250:6 259:15
260:2 261:7,
11 276:4,10
278:3 279:19
280:11 286:6
**wide** 69:18
**wife** 17:15
22:9 48:4
126:4 236:4
238:12,20
239:4,8
**will** 29:16
119:6,11
121:1 147:20
186:20 187:21
188:15 194:16
204:6 209:18
226:1 233:7
261:2 266:4
278:14 279:23
281:4 282:20,
23 288:12
**willing**
207:14 259:22
277:19
**wish** 43:24
192:19
**with** 11:18
15:9 17:10
18:4,6,18,21
19:6,7 20:6,7
21:2,3 23:8
24:3,4,16,19
25:18 27:9
30:17 31:11,
22 34:3 35:11
36:7 37:8,16
38:4 39:5
41:24 42:21
47:2,20 48:4
49:8,19,21
51:24 62:13
63:6 64:14
66:17 67:11,

21 68:13 69:4
70:5,7 74:2,
11,24 77:10
79:3 80:4,19
82:11,15
85:16 94:9
96:1,2 100:7
101:21 102:17
106:1,21
108:18 110:7
112:5,6
114:11,14,16
115:16,21
116:4 117:9
122:1 123:7
128:23 131:21
132:2,11
134:10,15
135:21 136:23
144:8 146:22
147:15,19,21,
24 148:10,16
149:5 151:5,6
152:22 153:1,
14 155:8,23
156:3 157:19
167:4 169:9
177:7 179:2
185:3 189:25
192:7 193:5,
14 194:6,8,
12,22 195:6,
7,9,17,18,19
196:23
197:20,22
199:10 200:7
201:17 202:5,
6,22,23
203:21 204:10
205:6 206:12
207:1,24
208:6,21
210:12
212:22,23
213:3 214:9
215:13 216:3
218:20 220:21
221:1 225:12
226:22

228:11,12
230:5 231:7
232:3 235:7
236:2 239:23
240:11,25
241:5,15,19,
21,22 244:13,
16,22 245:11,
16,23,25
247:23 248:2,
14 254:4,10,
14 256:2,7
257:4,7
261:21
264:16,25
266:5 267:14,
16 268:13
269:12
271:15,20
273:12 275:7
276:12,14
277:7,20,23
278:1 282:17,
21 283:13,18
288:1,4,6,10
**withdraw**
91:15 150:9
158:17 181:15
183:15 247:18
**within** 119:18
218:4 267:7
**without** 47:5
49:18 50:11,
21,22 176:24
185:17,21
204:9 229:23
234:22 250:16
282:24
**witness** 10:12
15:14 16:21
17:4,6 18:16,
20 21:22
23:2,4,10
26:15,17,25
29:13,15
31:19 34:1,23
35:20 36:24
38:8 40:2
41:2 45:19

April 30, 2018

88

46:22 54:16
56:25 72:2
76:13 81:21
82:3 85:1
89:20 90:18
92:3 122:9
124:14 126:19
128:13 131:2
136:6 142:7
146:16 151:14
152:1 157:10,
24 158:2
159:16 160:22
163:12 167:25
170:21 171:8,
11,15 176:12
182:2,14
184:21 195:25
197:15 198:25
199:2,20,24
200:2 203:18
205:25 206:24
211:13 214:4
215:10 218:8,
11,13,18
227:11,17
238:2 242:18,
20,22 244:5
245:11 253:6
256:4 257:17
260:3,5,18,19
262:14,16
264:25 266:14
267:23 268:1
271:14 273:1,
24 276:24
284:13
**witnesses**
132:15
**WMOPEN.COM**
134:5
**woman**  65:19
79:3 246:16
**wonder**  149:12
287:6
**wood**  18:13,15
36:18
**Woods**  45:3

**word**  30:24
33:21 34:15
123:1 127:20
141:11 143:5,
7,9 184:20
208:2 220:18
230:15
**wording**
112:14
**words**  34:19
58:20 85:22,
23 115:1,12
149:19 244:2
274:25
**work**  18:3,4
64:14 96:1
112:6 129:13
132:2 134:21
147:19 152:18
192:21
241:18,19
243:6
**worked**  18:4
96:2 134:19,
22,24 271:9
**working**
17:16,17
18:6,17
147:15 148:10
189:23 225:1,
2 269:11
**works**  147:9
233:7 243:7
246:16
**world**  44:2
240:10
**world's**
110:11
**worldwide**
51:2,12
**worms**  119:15
120:20
**worried**  179:9
**worry**  216:4
**would**  9:15
10:15 26:8
35:10 46:12
50:3 56:10

71:1 73:3
84:10 86:13,
21 88:21,22
98:6 119:19
120:21,24
121:2 138:16,
20 140:15,17,
23 142:2
143:11,16
144:7 149:2
156:1 173:19,
20 181:9
184:1 185:15,
23 190:2
192:18 195:12
196:18 198:2
205:21 212:21
223:25 237:10
241:1 242:22
247:15,19,21
250:6,11,22
251:11,14
252:8,9,17
277:14 280:22
288:2,22
**wouldn't**
130:23 139:25
140:4 176:3
**write**  64:11
69:23 85:11
89:7 94:25
149:3 246:17
259:7
**writer**  105:23
**writes**  84:24
85:1
**writing**  87:7
89:9 246:18
259:20
**written**  79:9
88:2 98:1
246:18
**wrong**  42:11
108:22 119:6,
11 130:11
205:22,24
223:1 226:19,
22 260:19
267:2

**wrote**  89:1
104:19 180:6
202:14
203:16,18,19
205:2 214:19
262:10 263:18
**www.3fn.net.**
128:4
**www.crutop.nu**
93:21
**www.crutop.nu.**
91:4
**www.fubar.com**
127:6
**www.real-
euros.com.**
137:13
**www.realeuros.
com.**  138:25
**WZ**  185:10

---

**X**

**X-B-I-Z**  88:13
**Xbiz**  88:8,10
161:9,13,14
**XBT**  27:2,24
28:1,6,17,23
29:6,22 31:7,
9,13,22,25
32:11,16 34:3
35:16 36:2
52:22 53:1,5,
9 54:1
167:22,25
168:1 198:13
217:21
258:16,18
263:11
265:13,17,20
**XBT's**  31:11
**XBT.COM**
183:16
**xbt.com.**  23:3
**XE**  11:25
12:1,3,10
13:1,3,5,12,
18 14:1,13,16

15:3,16 64:1,
6,8 66:6,21
70:16 71:11
80:22 82:19
88:2 98:4
101:2,5,8
132:18,25
134:13 137:19
138:2 139:2,
4,9,15
140:13,21,23
141:2,24
142:2,6,11,
18,25 143:11,
16,18 147:25
148:16,20,23
149:5 155:11,
14,15,19
156:6,24
157:15,20
250:6
**XZAC**   102:10

_____

          **Y**
_____

**yahoo**   255:17
**Yeah**   47:25
132:5 136:17
172:2,8 190:7
194:2 224:15
261:15 269:23
284:11 286:18
**year**   41:16
42:12 48:3
61:25 71:3,13
77:1 93:24
95:2 98:9
100:19
105:24,25
120:13 147:18
158:22 161:21
176:7,23
238:18 271:11
**yearly**   162:1,
2
**years**   12:15
17:25 19:22,
25 20:20

21:16 34:12
44:10,25
45:23 57:16
58:24 59:1,6,
8 60:3,4,5
61:5,7,21
62:17 67:23
72:17 76:23
79:2 80:15
93:8,10,14
98:20,24
105:7 107:14
108:18 109:2,
25 114:10
122:14 125:2
134:18 135:5,
19 138:14,15
140:2 161:7
162:9,11,13,
15 163:5,9,
13,16,19,23
164:6,17,19,
22,24 165:1,3
166:10 188:7,
8 192:8
201:21 226:7
241:2,4,14
250:4 277:16
279:12
**yes**   10:12
11:21 13:4
14:2 16:2,24
18:16,22
22:10 23:11,
20 25:11,23
26:17,25
27:1,5 29:3,
14 30:4,6,12
31:1,24 34:5
36:12 37:2,6
38:10,21,25
39:13,17,25
40:23 41:7,
12,23 42:9,22
43:14 44:8
48:13,18
50:25 51:10,
25 55:6,10,17
56:21,23

57:5,10 59:20
60:18,20
62:6,25 63:2,
5,24 68:3,14,
17,25 69:3,23
70:6,14 71:4
74:5,12,17,19
75:8,11,17,22
76:3 78:3
79:13,19
80:5,13 81:5,
6 82:12,21
83:5,12,24,25
84:1,4,9
88:4,14 89:6
90:7,11,15
91:1,3,6 92:9
93:18,23 94:4
96:23 97:20
98:17 99:11,
13 100:13
101:4,20,22
102:8 104:7,
15,17 107:17
108:12 110:8
111:9 113:18
115:5 121:14
123:11,17
124:7 126:16
127:9,11,14
128:19,24
129:6 132:7,
24 133:7,11
136:22 137:9
140:14 143:9
146:3,7
147:13 151:6
152:15 153:4,
6 154:24
155:9,18
156:13 157:4,
13 158:2
159:16 163:8
165:9 167:12,
14 169:18
171:11,24
172:16,19,24
173:2 174:21
175:7,14

176:14 177:1
178:1,22
179:4,6,10
180:4,25
184:15 189:3,
25 197:6,8,18
198:18,25
200:3,5,11
204:21 205:25
207:2,5,25
209:10 210:6,
11,13 211:4,6
212:11,13
213:8 214:10,
12,23 215:2
217:9 219:16
220:14,16,20
222:2,19
223:2 224:18
225:8,17
228:12,14
229:3,6
230:1,2
231:2,8,14
232:14 233:19
234:24 235:4,
6,11 240:1
242:2 243:12,
20 245:2
247:14 248:21
251:16,18
252:16 253:23
254:8,12
255:2,8,10,
13,21 256:3,
18,21 257:20
259:18,21,24
262:4,16
263:2,5
265:7,14
266:23 268:6
269:5 270:21
271:7 272:2,8
273:17
274:10,16
275:10,12,18
276:15 277:5
279:9 280:1,
5,10 281:7

282:5,11,15
283:14 284:2,
18,20 285:9,
13,16 287:15,
18 288:7,24
**yet**  21:6
42:24 63:20
184:24
**you**  10:3,4,8,
9,10,13,15,
19,20,22
11:1,3,4,7,
10,15,18
12:7,9,17,20,
23,25 13:3,5,
14,24 14:10,
12,18,19
15:3,4,6,7,9,
10,15,21,22
16:5,7,11,14,
16 17:5,7,10,
19,22,24
18:2,11,25
19:2,5,9,15,
17,20,24
20:4,9,11,12,
13,17,18,19,
20,21 21:18,
21,24 22:2,
14,15,23
23:4,10,15,
17,19,23
24:5,12,15,
19,25 25:5,7,
12,19,21
26:4,5,8,9,
11,18,23
27:1,11,15,
18,19,24
28:1,5,6,8,11
29:2,4,8,10,
18,20 30:1,5,
9,11,15,17,
20,22,23,24
31:2,3,4,6
32:2,4,6,10,
14,18,24
33:1,9,11,12,
13,15,21

34:9,25 35:2,
8,19,23,24
36:1,5,23,25
37:3,5,9,19
38:1,2,4,6,
10,12,15,19,
22,23 39:8,
11,16,20
40:3,4,6,10,
16,17,21
41:5,10,13,
15,17,19,22
42:6,11,14,
15,17,21,24
43:4,6,12,13,
15,19,20,22,
23,24 44:6,9,
12,19,22
45:12,15,20,
21,25 46:1
47:1,10,12,
15,16,18,22
48:1,9,12,16,
21 49:1,2,4,
7,12,19 50:2,
10,11,12,19,
23,24 51:8,9,
11,15,20
52:3,5,8,13,
16,20,25
53:2,3,7,8,
12,15,18,19,
22,23,25
54:6,7,8,13,
15,16,22,23,
25 55:20
56:4,6,9,22
57:1,2,3,7,
13,14 58:16
59:11,14,17,
24 60:1,8,11,
15,16,21,23,
24 61:2,4,14,
16 62:9,11,
16,21 63:1,4,
17,21,23,25
64:3,11,15,25
65:14,15,18
66:6,10,12,

16,18,20,22,
24 67:5,8,13
68:12,15,22,
24 69:1,4,16,
18,24,25
70:3,5,7,9,
13,16,19,22,
24,25 71:2,5,
8,9,20,24
72:3,16,20,24
73:1,3,5,12,
17 74:1,4,6,
10,11,13,14
75:2,4,7,10,
18,20 76:1,4,
14 77:4,5,7,
12,16,19,21
78:8,9,12,15,
17,20,22
79:8,14,16
80:1,12,14,24
81:2,9,20,22
82:2,8,11,15,
18,20,22,25
83:9,11,16,
19,23 84:8,23
85:2,5,7,14,
16 86:2,24
87:3,8,11,24
88:3,6,15,24,
25 89:1,5,7,
10,13,15,16
90:4,12,13,
14,20,21,25
91:5,12,16,
18,23 92:4,
12,19,20
93:1,6,9,11,
16,22 94:5,6,
10,20 95:3,6,
15,21,24
96:7,10,14,
15,19,21
97:10,13,15,
17 98:5,10
99:3,15
100:3,6,7,10,
12,18,24,25
101:2,11,12,

17,21 102:3,
6,7,13,18,24
103:4,13,19,
22 104:2,4,8,
12,16,18,19,
21 105:3,10,
12,19,25
106:2,4,7,12,
16 107:16,23,
24 108:9,15,
18 109:1,9,
11,14,16,19
110:1,3,7,9,
14,19,23,25
111:3,5,7,10,
12,15,16,21,
23 112:5,8,
10,13,18,21,
25 113:2,5,
15,17,24
114:3,7,11,
19,24 115:11,
20,25 116:8,
15,21,25
117:4,9,12,
17,22 118:14,
16,22,25
119:4,9,22
120:1,2,4,8,
17,21,24
121:10,24,25
122:1,3,5,12,
15,16 123:7,
9,14,24
124:2,3,17,22
125:1,8,14,16
126:2,14,25
127:2,3,10,
22,24 128:3,
5,9,20,23,25
129:5,7,10,
20,21,23
130:4,9,10,
12,13,19,20,
23 131:2,11,
12,18,21,25
132:2,5,12,
13,17,20,22,
25 133:5,16,

20,22 134:6,
8,19,23
135:11,20,22
136:5,7
137:1,5,10,
19,24 138:3,
7,11 139:15,
25 140:4,9,
13,15,17,20
141:2,7,20,
24,25 142:5,
6,16,18,23,24
143:2,11,13,
18 144:1,3,
16,20 145:11
146:3,4,5,12,
17,21,23
147:22 148:7,
21,24 149:4,
6,10,12
150:7,16,21
151:2,7,8,12,
15,24 152:4,
5,23 153:3,4,
13,14,21,22,
24 154:2,5,8,
11,14,15,20,
22,23,25
155:3,6,8,9,
14,19,20,23
156:2,11,15,
24 157:1,2,3,
5,6,8,15
158:3,14,18,
24 159:3,9,
11,17,18,22
160:2,4,8,11,
13,24 161:13,
14,20,22
162:1,7,14,16
163:1,3,6,10,
14,24 164:1,
6,7,10,13,16,
20,25 165:4,
7,13,14,15,
20,23 166:1,
5,7,8,10,16,
17,19,22
167:3,4,8,12,

17,23 168:24
169:5,9,25
170:3,8,13,
19,23 171:7,
14,16,21,23,
25 172:2,9,
10,11,21,25
173:3,6,11,16
174:13 175:1,
4,5,8 176:3,
7,21,24
177:17,20,22
178:2,3,6,9,
12,14,16,20,
23 179:1,2,5,
7,9,12,14,16,
18,20,23
180:2,14,16,
23 181:1,4,6,
13,16,23
182:9,15,19,
24,25 183:3,
5,6,9,12,14,
15,16,19,21,
23 184:5,14,
22,23,24
185:9,10,17,
21,23 186:4,
6,7,11,17,19,
20,25 187:6,
7,12,13,21
188:15,21
189:2,4,10,21
190:2,11,14,
19,25 191:1,
4,14,17,20
192:19
193:10,18
194:4,11,13,
16,20,21,22
195:1,3,5,11,
13,15 196:5,
7,10,11,14,
15,18 197:1,
14,16,19,24,
25 198:6,10,
12 199:2,4,5,
13,17,24
200:7,15,16

201:5,7,9,16,
25 202:12,19,
24 203:11
204:14 205:3,
8,10 206:5,
11,16,18,20,
24 207:1,3,4,
10,14,18,22,
24 208:9,15
209:4,15,17,
18,19,20,22
210:3,5,8,9,
14,17,18,22
211:9,14,25
212:4,10,16,
17,21 213:3,
10,13,24
214:6,11,22
215:6,18,22
216:11,12,16,
24 217:3,10,
23,24 218:1,
20 219:2,20
220:4,8,11,
13,21 221:1,
7,20 222:3,5,
16,17,18,20,
22,24 223:2,
5,6,8,9,10,
11,15,18,23
224:2,12,14,
21,23,24,25
225:3,6,9,14,
16,17,19,20,
23,25 226:18,
20,21,24,25
227:2,8,25
228:22,24
229:1,2,4,7,
11,12,15,17,
23 230:7,11,
13,15,19,24
231:3,5,9,11,
15,20,23
232:2,4,8,17,
20,21,24
233:1,8,13,
17,20 234:2,
12,13,19,20,

23 235:1,5,16
236:1,5,6,8,
20,23 237:3,
24,25 238:3,
17,18,19,20,
22 240:2,3,4,
13,14 241:2,
17,18,19,20,
23 242:3,5,
11,13,16,19,
24,25 243:1,
3,10,13,17,21
244:3,8,16,
21,23 245:4,
6,9,15,19,23,
25 246:5,7,
10,19,24
247:2,5,6,13,
15,19,22,25
248:4,8,11,
15,16,19,20,
23 249:1,11,
13,15 250:6,
7,12,16,17,
21,22 251:2,
5,19 252:1,4,
8,17,23,24
253:9,21,25
254:3,4,7,11,
13,20,21
255:4,6,12,
20,24 256:2,
4,7,11,14,19,
24 257:3,6,7,
9,18 258:9,
13,14,17,20,
25 259:2,13,
15,22 260:2,
3,8,11,12,14,
20,21 261:1,
2,3,17,23
262:5,7,11,
13,22,25
263:6,14,17,
19,21,25
264:2,5,6,12,
13,16,17,22,
25 265:5,10,
24,25 266:1,

13,21 267:3,
10,11,16,18,
21 268:2,3,7
269:2,4,6,18,
20,25 270:3,
7,8,11,15,22,
25 271:1,5,6,
8,19,22
272:1,3,6,9,
12,17,21
273:15,18
274:1,2,3,5,
7,9,11,15,17
275:3,7,11,
13,16,25
276:10,16
277:1,2,9,11,
23,25 278:5,
9,12,13,15,22
279:18,19,20,
22,23 280:8,
11,13,22
281:2,5,11,
15,17,19,25
282:12,16
283:4,13,23,
24 284:1,3,8,
14,21,25
285:3,8,12,
14,25 286:3,
6,11,16,22,24
287:10,16
288:22

**you're** 15:2
24:17 28:5
33:18,23
38:24 40:14
41:17,18,21
46:8 58:12
60:11 61:5
65:16 66:9
67:6 68:22
74:20 85:14
87:1,6,7 92:5
95:25 102:17
112:17
123:19,23
125:21 136:15
140:8 142:15

165:10 180:13
187:25 188:22
189:1,24
196:5,9
201:20 206:14
216:1 228:16
233:6 238:21
241:23 242:1
277:19,25
281:16 286:21

**you've** 24:16
104:23 141:11
166:24 237:2
243:19 283:8

**Young** 271:10,
14

**your** 10:6,9,
16,21 11:7
13:18 16:10
17:1,13 20:4,
7,9 22:9,14
24:16,19,20
25:9,17,18
27:14,19
32:21,24,25
33:3,11,17
34:2,3,6,14
35:10 36:5,9,
16 39:18,19,
21 40:5,13,
18,22 41:18,
22 44:1 46:9
47:4 48:17
50:2,22 51:18
52:25 53:18
65:23,25
66:17 67:16
69:22 73:8,21
85:4,19,20,22
91:7 95:24
96:24 97:13,
18 99:14
101:18 102:21
103:3,7,15
104:3 110:22
116:18 118:15
120:3 125:11
129:25 130:7
131:5,17

132:8,13
133:3 137:21
138:8,17
140:8,17,21
141:2,18,22
146:1 152:9,
19 153:1,16
155:24 156:15
157:16 158:21
161:24 162:2
163:25 164:8,
20 165:14
166:6 167:6,8
174:14,15
175:25 177:3,
16 179:2
180:13,14,16,
22 181:11
182:12,20
184:6,24
185:11,16,20
189:8,9
191:24
192:15,16
193:7,11
194:23 195:4,
16 196:11
197:25
201:11,17
203:9 210:4,
10 212:20,22,
23 213:5
214:2 215:18
217:3,14
219:7,8
221:17,19
222:1,21,22
225:24 228:15
229:16 232:7,
10,17 233:3,
14,25 234:6,
10,25 235:7
236:23 237:3
238:9,20
239:19 240:2,
3,5,6 243:22
245:14 250:7,
22 252:10
253:14,21

262:2 264:25
266:21 283:16
288:9

**yours** 63:25
72:22 172:12
180:5

**yourself**
112:25 113:5
162:7 186:15

## Z

**zero** 173:24
176:16
191:12,13
204:6 223:25
**Zhukov** 174:4,
6,15 186:1
187:2 191:5
198:7,15
199:15 209:7
**ZJ** 102:10
**zone** 136:10,
11
**zoo** 149:11,13