# Exhibit 4

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

http://www.AWMOpen.com:80/events.html    Go    SEP  OCT  NOV
21 captures
17 Mar 2007 - 22 Feb 2009    ◄ 14 ►
2007  2008  2009    ▼ About this capture



www.awmopen.com

AWO

AWM OPEN

2003 MOSCOW · 2004 CYPRUS · 2005 PRAGUE · 2006 MALTA · 2007 AMSTERDAM

**AWMOpen**    **Registration**    **Sponsors**    **Events**    **Hotels**    **Contact Us**    **Magazin**

http://www.Real-Bucks.com

### ℹ Our News!

**21/01/08**

Registration is open!
Don't miss! The number of places is limited!

**more news ...**

AdultMonsters

Click to enable Adobe Flash Player

Click to enable Adobe Flash Player

DrugRevenue

### Past Events

**AWMOPEN 2003, Moscow, Russia.**
**AWMOPEN 2004, Larnaca, Cyprus.**
**AWMOPEN 2005, Prague, Czech Republic.**
**AWMOPEN 2006, Malta.**
**AWMOPEN 2007, Amsterdam.**
**AWMOPEN 2008, Pattaya.**



**DEFENDANT'S
EXHIBIT
AW-8**

4-30-18 Լ Ͳ

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.



**Members!**

Usarname:
Password:
- Forgot password?    Go!
- Register now!

XBIZ

NEW FULL-COLOR GLOSSY MAGAZINE

**AWMOpen | Registration | Sponsors | Events | Hotels | Contact Us | Magazine**

"AWMopen" and "AWMopen Magazine" are the registered trade marks. All rights belong to "AWMOPEN B.V." company, Netherlan
Copyright 2003-2007 AWMOPEN
All Right Reserved