# Exhibit 5

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.



**DEFENDANT'S EXHIBIT PV-6** 4-30-18 ST

## Our News!

**21/01/08**

Registration is open!
Don't miss! The number of places is limited!

**11/02/08**

Our new sponsor Epese!
**EPESE — Electronic Payment and Exchange Service**

**08/02/08**

Our new sponsor ComerceGate!
**CommerceGate.com is a leading Internet Payment Service Provider (IPSP), offering secure and reliable payment services.**

**04/02/08**

Our new sponsor RussianBilling!
**Russian Billing is an SMS aggregator that provides SMS payment services for all spheres of online and offline business and for all kinds of goods and services.**

**03/02/08**

Our new sponsor Drugrevenue!

AWMOPEN 2005, Prague, Czech Republic.

In 2005 AWMOpen conference was held in one the most beautiful European cities - Prague, the Czech Republic. The number of participants was 157. The following competitions were carried through the conference: bowling, quad racing, paintball, match shooting, and darts. We are satisfied with the level and quality of this conference and hope to see as many as possible participants from AWMOpen 2005 in the coming AWMOpen 2006 in Malta. . We would like to express special thanks to our cameramen – BigVoo, Aivengo, and Sebastano Perero who captured this event and worked during the conference.

We also would like to express our deepest appreciation to sponsors, who helped us to organize this event.

Information about sponsors of AWMOpen 2005.

Organizer of AWMOpen - Alex Xe.

General sponsor of AWMOpen 2005, project
http://www.earncoin.com [nastradamus]

Sponsor of AWMOpen 2005 and Paintball competition, project
http://www.3fn.net [security]

Sponsor of AWMOpen 2005 and Bowling competition, project
http://www.icoocash.com [Wad]

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

Click to enable Adobe Flash Player

Epese



 XBIZ

 NEW FULL-COLOR GLOSSY MAGAZINE

AWMOpen | Registration | Sponsors | Events | Hotels | Contact Us | Magazine

"AWMopen" and "AWMopen Magazine" are the registered trade marks. All rights belong to "AWMOPEN B.V" company, Netherlands.
Copyright 2003-2007 AWMOPEN
All Right Reserved