# Exhibit 6

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

http://awmopen.com:80/events_2006.html   Go   DEC  JAN  MAR
◀ **23** ▶
**14 captures**   2007 **2009** 2010
22 Mar 2007 - 26 Mar 2009                                 ▼ About this capture



AWMOpen   Registration   Sponsors   Events   Hotels   Contact Us   Magazin

### Our News!

**21/01/08**

Registration is open!
Don't miss! The number of places is limited!

**11/02/08**

Our new sponsor Epese!
**EPESE — Electronic Payment and Exchange Service**

**08/02/08**

Our new sponsor ComerceGate!
**CommerceGate.com is a leading Internet Payment Service Provider (IPSP), offering secure and reliable payment services.**

**04/02/08**

Our new sponsor RussianBilling!
**Russian Billing is an SMS aggregator that provides SMS payment services for all spheres of online and offline business and for all kinds of goods and services.**

**03/02/08**

Our new sponsor Drugrevenue!
**Drugrevenue.com offer any solutions**

### Information about sponsors of AWMOpen 2006.

Organizer of AWMOpen - Alex Xe.
General sponsor of AWMOpen 2006, project **Energy-Factor**
Sponsor of Bowling competion, project **Earncoin.com**
Sponsor of trip by ship, project **Cashmaniacs.com**
Sponsor of water sport competion, project **IcooCash.com**
Lunch sponsor of AWMOpen 2006, project **Dieselaction.com**

### Sponsors AWMOpen 2006.

1. project **Convert Guru**
2. project **SE-Cash.com**
3. project **Fethard.biz**
4. project **StandartPay**
5. project **Etu-Cash.com**
6. project **Real-Bucks.com**
7. project **Easyxhost.com**
8. project **Serious-Partners.com**

### Special thanks to our private sponsors:

1. ZJ
2. XZAC

### Special thanks to our informational sponsors:

1. project **http://www.master-x.com/**
2. project **http://www.crutop.nu/**
3. project **http://www.greenguyandjim.com/**

**AWMOPEN 2006 PICTURES:**



DEFENDANT'S
EXHIBIT
PV-7

4·30·18  AT

Case 0:17-cv-60426-UU   Document 212-9   Entered on FLSD Docket 09/21/2018   Page 3 of 4

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

01/02/08

Our new sponsor ExoticGold!
**ExoticGold.com - Turning Pleasure into Treasure 60/40 rev share!**

21/01/08

Our new sponsor AdultMonsters!
**AdultMonsters! is coming to your screens as early as this spring!**

21/01/08

Our new sponsor TheRussianKings!
**TheRussianKings is here to become kings of the Russian internet segment with their ambitious affiliate program!**

18/01/08

Our new sponsor Real-Bucks!
**Real-Bucks.com for Real Webmaster!**

18/01/08

Our new sponsor Yellow Bucks!
**With our program all the traffic you own gets the value of gold!**

18/01/08

Our new sponsor Webazilla!
**Webazilla! is a hosting solution for those who understand the importance of proper hosting for their online business!**

Information about sponsors of AWMOpen 2007.

04/03/07

Our Brand sponsor Energy Factor!

**Solutions + Punctuality + Professionalism = Energy Factor!**

02/03/07

more news ...

http://commercegate.com/

**More photos from conference...**

**More photos from beach ...**

**More photos from bowling ...**

**More photos of hotel ...**

**More photos from party ...**

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.







**AWMOpen** | **Registration** | **Sponsors** | **Events** | **Hotels** | **Contact Us** | **Magazine**

"AWMopen" and "AWMopen Magazine" are the registered trade marks. All rights belong to "AWMOPEN B.V." company, Netherlan
Copyright 2003-2007 AWMOPEN
All Right Reserved