# Exhibit 7

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.



AWMOpen   Registration   Sponsors   Events   Hotels   Contact Us   Magazin

### Our News!

**21/01/08**

Registration is open!
Don't miss! The number of places is limited!

**11/02/08**

Our new sponsor Epese!
**EPESE — Electronic Payment and Exchange Service**

**08/02/08**

Our new sponsor ComerceGate!
**CommerceGate.com is a leading Internet Payment Service Provider (IPSP), offering secure and reliable payment services.**

**04/02/08**

Our new sponsor RussianBilling!
**Russian Billing is an SMS aggregator that provides SMS payment services for all spheres of online and offline business and for all kinds of goods and services.**

**03/02/08**

Our new sponsor Drugrevenue!
**Drugrevenue.com offer any solutions**

### Information about sponsors of AWMOpen 2007.

**Energy Factor**, brand sponsor of AWMOpen 2007



**Solutions + Punctuality + Professionalism = Energy Factor!**
**Energy Factor** – a company with more than 10 years of experience in the billing solutions market, offers the best tools for the Italian dialer market: -899 drop charge numbers billing; 8 euros and up per call; full range of billing options for non dial-up customers: IVR, Credit Card, SMS; 10 days guaranteed payment; direct relationship with Telecom operators, best payouts and maximum reliability. We also offer the opportunity to cash in with our Solo girl sites: **www.evemilagro.com** and **www.nadia18.com**

**ManiacPass**, co-brand sponsor



**ManiacPass, your new way to success!**
**Maniac Pass** - brand new adult movie network.
This network gives members access to hundreds of DVD's and 500+ quality sites with one password.
Only quality, structured, manually picked niche movies!
60% Revshare, $35 Per Signup, 500+ Hot Niche Sites, 6000+ DVD Quality Movies, Over 15.000 FHGs!

DEFENDANT'S EXHIBIT PV-8  4-30-18 ST

Case 0:17-cv-60426-UU   Document 212-10   Entered on FLSD Docket 09/21/2018   Page 3 of 5

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

01/02/08

Our new sponsor ExoticGold!
**ExoticGold.com - Turning Pleasure into Treasure 60/40 rev share!**

21/01/08

Our new sponsor AdultMonsters!
**AdultMonsters! is coming to your screens as early as this spring!**

21/01/08

Our new sponsor TheRussianKings!
**TheRussianKings is here to become kings of the Russian internet segment with their ambitious affiliate program!**

18/01/08

Our new sponsor Real-Bucks!
**Real-Bucks.com for Real Webmaster!**

18/01/08

Our new sponsor Yellow Bucks!
**With our program all the traffic you own gets the value of gold!**

18/01/08

Our new sponsor Webazilla!
**Webazilla! is a hosting solution for those who understand the importance of proper hosting for their online business!**

**Information about sponsors of AWMOpen 2007.**

04/03/07

Our Brand sponsor Energy Factor!



**Solutions + Punctuality + Professionalism = Energy Factor!**

02/03/07

Our Co-Brand sponsor ManiacPass!
**ManiacPass, your new way to success!**

10/03/07

Our Lunch sponsor **Long Bucks**

08/03/07

Our Sponsor of **Bowling** competion
**Online Money Solution!**
**NEW GENERATION of online business!**

**Online Money Solution.** We can provide you with high and reliable income from your traffic. Ours promo solutions and offered products are so effective, that they will provide high revenue from any kind of traffic. It is a simple and reliable way of earning cash and besides visitors of your site will be happy!

---

Special thanks to our private sponsors - Barba (ICQ 348 416 744) and Lunch sponsor - **LongBucks**

---

**Sponsors AWMOpen 2007.**

- **Serious Partners.**
  **Serious Partners** is an adult affiliate program with the following advantages: awesome sites with weekly updates and new features, 12 different niches, mind-blowing promo tools, detailed real-time stats, most popular billings, 10% referral program, 24/7 support. Absolutely new sites with captivating exclusive high-quality content launched only a few days ago.

- **Real-Bucks.**
  Real-bucks.com - One step ahead!
  Up to 60%!
  Sites - 35 Exclusive sites! Mature, Teen, Gay, Pregnant, Smoking, Hentai, Toons e.t.c.
  Free promo content - 3000+ FHGs, 7000+ free clips, 30000+ free pics, tons of descriptions, site reviews.
  Tools - Free fast hosting, GS and AI gallery submitters, RSS feeds.
  Prizes - Yamaha YZF600R, TV Sony KE-V42A10, Apple IBOOK 12 G4, Nokia 9300i, CANON EOS 350D, CarKit Bluetooth Nokia 810, APPLE iPod Video 60Gb, Money counter e.t.c.

- **Mc Colo.**
  **McColo** offers following hosting solutions:
  -Dedicated servers
  -Colocation
  -Virtual Hosting
  -Virtual Private Server
  Our quality and prices will pleasantly surprise you!
  Contact information: info[at]mccolo.com http://www.mccolo.com
  Our managers will be happy to assist you: icq: 477771 icq: 407737

- **LB-69.** **ExoticGold** is an affiliate program started by the team behind LB-69.com, a flagship project in the shemale scene. The company's main focus are exotic community-based sites which guarantee increased retention and better ratios comparing to regular just-content sites.

Case 0:17-cv-60426-UU   Document 212-10   Entered on FLSD Docket 09/21/2018   Page 4 of 5

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

348 416 744)

**01/03/07**
Our new sponsor - **LB-69!**

**28/02/07**
Our new sponsor - **Serious Partners!**

**27/02/07**
Our new sponsor Real-Bucks!
**Real-Bucks.com for Real Webmaster!**

**27/06/06**
AWMOpen 2006 Malta Starts!
**Information about sponsors of AWMOpen 2006.**
Organizer of AWMOpen - Alex Xe.
General sponsor of AWMOpen 2006, project
**Energy-Factor**
Sponsor of Bowling competion, project
**Earncoin.com**
Sponsor of trip by ship, project
**Cashmaniacs.com**
Sponsor of water sport competion, project
**IcooCash.com**
Lunch sponsor of AWMOpen 2006, project
**Dieselaction.com**

**Sponsors AWMOpen 2006.**
1. project **Convert Guru**
2. project **SE-Cash.com**
3. project **Fethard.biz**
4. project **StandartPay**
5. project **Etu-Cash.com**
6. project **Real-Bucks.com**
7. project **Easyxhost.com**
8. project **Serious-Partners.com**

**Special thanks to our private sponsors:**
1. ZJ
2. XZAC

**Special thanks to our informational sponsors:**
1. project **http://www.master-x.com/**
2. project **http://www.crutop.nu/**
3. project **http://www.greenguyandjim.com/**
**27/06/06**
Presentation of a new full-color glossy journal **AWMOpen Magazine!**

**7/06/05**
AWMOpen 2005 Prague Czech Republic Starts!
We also want to thank our sponsors who helped us to organize this event.

**more news ...**

**http://commercegate.com/**

If you're looking for a stable affiliate program with reliable payouts (since 1997) than payserve is the right way to go!

**Special thanks to our media sponsors:**

- **Master-X**
- **Crutop**
- **GreenGuyAndJim**
- **Klixxx**
- **Xbiz**

**AWMOPEN 2007 PICTURES:**



**More photos from part 1 ...**



**More photos from part 2 ...**



**More photos from part 3 ...**



AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

**More photos from part 5 ...**

DrugRevenue

THE RUSSIAN KINGS

**Members!**
Usarname:
Password:
■ Forgot password?  Go!
■ Register now!

XBIZ

NEW FULL-COLOR GLOSSY MAGAZINE

AWMOpen | Registration | Sponsors | Events | Hotels | Contact Us | Magazine

"AWMopen" and "AWMopen Magazine" are the registered trade marks. All rights belong to "AWMOPEN B.V." company, Netherlan
Copyright 2003-2007 AWMOPEN
All Right Reserved