# Exhibit 8

AWMOpen 2009 Cyprus! Official release.

| Author | |
|---|---|
| voBla<br>With us since 12/22/00<br>Posts: 986<br>Rating: 415 | Added: 04/03/04 at 10-61 am<br><br>This is the long-awaited release of the 7th international conference AWM Open!<br><br>AWMOpen 2009 will be launched on July 6th, 2009, in Cyprus, in the city of Larnaca, at 9:00 am, at the gathering grounds of the Palm Beach hotel.<br><br>And now, I officially announce the beginning of guest registration for our conference!<br><br>As in the past year, our hospitable conference is ready to receive delegates engaged in various areas of online business. Whoever you are –an SEO, an AWM, a representative of a hosting company or a payment service– we welcome anyone who is engaged in online business and strives to communicate and exchange information with colleagues.<br><br>This year we are going to increase the time on the information part of the conference and to make our meeting more useful from a practical point of view. In doing so, we will try to ensure that these changes do not affect the quality of the entertainment part.<br><br>All additional information about the conference, such as tour costs, contact information of managers of travel agencies and hotels, schedule of events, can be found on our website www.awmopen.com.<br>If our website does not help you providing answers to all your questions, you can always contact our manager by ICQ 232452, and he will solve any of your difficulties.<br><br>This year, the registration fee is 290 Euro. For those guests who are going to attend our conference with their girlfriend, a discount is offered. The total fee for two people is 450 Euro.<br><br>*Part of the information on the website, such as the list of already registered guests, will be available only to those delegates who have already paid the registration fee.*<br><br>With no further due, according to the long-established tradition, I would like to thank those without whom this conference could not have taken place, our sponsors:<br><br>**Webazilla!** If you need a good hosting!<br>Do you need high reliability, a wide channel and liberal rules for reasonable money?<br>Webazilla! The on-site Dell servers in Holland and the US!<br>Webazilla! For those who understand that the correct choice of a server is the foundation for any project!<br><br>TrafficShop.com -We are at the top of the evolution of traffic brokers!<br>Traffic buyers, forget about low-grade traffic with poor productivity.<br>We offer you the highest quality click-through traffic in all sorts of niches and sub-niches.<br>Using various filters and settings, you can get the most targeted visitors to your website, which will yield the best results!<br>Traffic sellers, earn even more on your websites. Get a guaranteed and stable daily profit. |



The price of traffic depends entirely on its quality: the higher that is, the more you earn.
Let your business grow!

**BucksFactory.Com** - Monsters in a gay niche!
$20 Registration bonus. 20 exclusive websites!
Lots of promos: FHG, FFHG, Mixed FHG, Embedded Video, Free content, Banners, Free Hosting, RSS, Portals.

**Real-bucks.com** - One step ahead!
Up to 60%!
Sites - 50 Exclusive sites! Mature, Teen, Gay, Pregnant, Smoking, Hentai, Toons e.t.c..
Free promo content - 6000+ FHGs, 9000+ free clips, 40000+ free pics, tons of descriptions, site reviews.
Tools - Free fast hosting, GS and AI gallery submitters, RSS feeds.
Prizes - Yamaha YZF600R, Apple Cinema Display 20", Nokia 9300i, APPLE iPod Video 60Gb, Apple iPhone 3G 8Gb, Garmin Nuvi 710, Nokia 6500 Slide, Xbox 360, sony playstation 3, Telescope Advanced C6-N, Sony Reader PRS-700.

**Payment system ePayService**

- Cashing of checks on behalf of clients and on behalf of the company for 2.5%. Licensed for cashing checks No. 11156001 dated March 16th, 2009
- Receiving and sending Wire Transfer, ACH, Direct Deposit. Licensed Agent for Money Transmission No. 3670 dated May 20th, 2009
- Visa ePassporte cards with a pre-set daily limit of up to $25,000.00 per day!
- Receiving payments from affiliate programs, individual addresses in the United States for receipt of checks, exchange of e-currencies and other financial services for webmasters.
- Coming soon! Proprietary card program in co-operation with a US bank (a full analog of ePassporte and Payoneer, but much cheaper!), as well as a center for exchanging XXI century e-currencies on the website exchange21.ru

Reliable project in runet TheRussianKings - Kings of runet.
Niche landing pages, webcam, DVD and video portal
We work only with licensed content.
Payments up to 88% of the prices of SMS, 10% referral.
Special offers for content studios. We prepare a lot of new and perfect content in Russian adult.
Join us, we always welcome new partners. Let's make money together!

**CommerceGate.**
CommerceGate with partners SegPay and DHD Media offer a complete solution for conducting transactions with credit cards. CommerceGate is your perfect partner for receiving payments online from anywhere in the world in all major currencies.
Your customers are everywhere. Same as we are.
More information can be found on the website http://solutions.commercegate.com

**CjCDN.Com**
cjcdn.com: A new project from the creators of Fedora-Hosting.com.
In July we will introduce the first content delivery network for webmasters!
With us, you will forget about endless relocations, the transfer of content between hosters and the configuration of DNS servers.
All you need is to add a domain in the control panel and immediately start uploading content from our sites in Europe and the USA!
And most importantly: we've made traffic cheap as never before! Opening in July on AWMOpen!

**InternetInCorporate.com**
InternetInCorporate.com: Business solutions for Internet projects!
We offer:
Creating companies in offshore zones
Creating bank accounts in offshore zones
Incorporating companies in Cyprus
Incorporating companies in Europe
Opening merchant accounts
Assistance in obtaining various kinds of licenses
Consulting in the field of business for Internet projects.

**Cyproperties**
Cyproperties: Choosing a property from us, you choose your dream!

4/15/2016     AWMOpen 2009 Cyprus: Official release. - Master-X.com

Our company first appeared in the real estate market in 1993.
Year after year, we have been collecting information about real estate in Cyprus, acquiring experience with clients and successfully putting this knowledge to work.
All our clients have always been satisfied with the outcome.
At this moment we can confidently state: Our company is the most successful and one of the most qualified within the real estate market in Cyprus.

### Cyproperties
Cyproperties: Choosing a property from us, you choose your dream!
Our company first appeared in the real estate market in 1993.
Year after year, we have been collecting information about real estate in Cyprus, acquiring experience with clients and successfully putting this knowledge to work.
All our clients have always been satisfied with the outcome.
At this moment we can confidently state: Our company is the most successful and one of the most qualified within the real estate market in Cyprus.

### PussyCash
The affiliate program PussyCash.com promotes ImLive.com, the #1 live video chat, and successfully cooperates with the most modern brand conceptual sites. Unmatched combination of a high conversion rate for all types of traffic and the highest commission to webmasters –up to $100 for a signup and up to 50% of affiliate revenue– has turned payments made by PussyCash twice a month into the highest in the industry. That's why our masters have been working with us for more than ten years!

Information support AWMOpen 2009:

***Master-X** A resource that helps!

***FUBAR Webmasters** – Adult Industry Tradeshows and Events Pictures Galleries and B2B Network

***YNOT**
Cybernet Expo
Owned and ope rated by YNOT.com, Cybernet Expo is an annual international tradeshow designed exclusively for online business professionals. This year's show is scheduled to take place from June 25th through June 27th at the Golden Gateway Hotel in downtown San Francisco. The focus of Cybernet Expo i the lucrative adult Internet industry, making this an ideal event for webmasters, online marketers, talent, technology professionals and anyone else with an interest in participating in this rewarding field. Please visit http://www.cybernetexpo.com

Seats for a general sponsor and a co-brand sponsor are still vacant. Do not miss your chance! :) And other interesting packages.

PS. My ICQ is 122336844. Please contact me only if you have particularly difficult questions.
Norman will always be happy to help you, too. Contact us with any questions: e-mail support@awmopen.com or ICQ 232452.

If you want to be a sponsor of AWMOpen 2009, contact us by e-mail support@awmopen.com or ICQ 232452.
Using the same contacts you can discuss advertising in the 8th issue of AWMopen Magazine whose publishing will be timed to coincide with the conference opening.

**Don_Korleone**

□ Added on: 05/03/09 at 7:09 pm

finally

Last edited by vo0la on 09/25/09 at 9:41 pm, edited 8 times in total

**Mafia**
With us since 11/07/02
Posts: 3701
Rating: 2670

Gay Spanking - selling.

quote

| User | Post |
|---|---|
| **Kn**<br>With us since 08/28/04<br>Posts: 7056<br>Rating: 5642 | Added on: 03/05/09 at 9:03 pm<br>It's a pity not in Vienna …    quote |
| **Don_Korleone**<br>With us since 11/07/02<br>Posts: 3701<br>Rating: 2670 | Added on: 03/05/09 at 9:05 pm<br>It's a pity not in Budapest … wanted to combine business with pleasure so much, now I'll have to go there just for fun…    quote |
| **Mafia**<br>With us since 10/16/02<br>Posts: 4875<br>Rating: 3947 | Added on: 03/05/09 at 9:18 pm<br>Design, layout, different stuff It's a pity not in Indonesia … now I'll have to go there just for fun…: D    quote |
| **awa**<br>With us since 09/20/06<br>Posts: 6017<br>Rating: 507 | Added on: 03/05/09 at 9:39 pm<br>Responsive layout - icq 282886909<br>Gay Spanking - selling. |
| **JasonX**<br>Looking for paradise<br>With us since 10/29/03<br>Posts: 1179<br>Rating: 1380 | Added on: 03/05/09 at 11:51 pm<br>It's a pity not in Laos … now I'll have to go there just for fun…    quote |
| **teddy**<br>With us since 11/01/01<br>Posts: 33062<br>Rating: 10694 | Added on: 03/05/09 at 12:17 am<br>It's a pity not in St. Petersburg .. then, I would go<br>[Unintelligible chopped text]    quote |
| **Sixth ANGEL**<br>With us since 07/04/06<br>Posts: 4956<br>Rating: 3016 | Added on: 04/05/09 at 03:25 am<br>Actually, it's an official and a very serious topic. Why the fuck demonstrating your wits here? Korleone, are you going there?    quote |
| **miroz**<br>With us since 08/19/03<br>Posts: 1501<br>Rating: 415 | Added on: 04/05/09 at 10:45 am<br>Had a look at the hotel site, are there really only doubles left? did not find any single room …<br>Although on the other hand this is not Pattaya, you can share a double room, too<br>Real estate in Prague and daily rent<br>The book is about sex and more)    quote |
| **Norman**<br>Chief Editor | In the inner section of the website, there are contacts of the hotel manager who deals directly with the accommodation of our guests. You should contact him for room booking. |

Case 0:17-cv-60426-UU Document 212-11 Entered on FLSD Docket 09/21/2018 Page 6 of 14

4/19/2010 AWMOPEN 2009 Cyprus! Official release. - master-x.com

### AWMOPEN MAGAZINE! Magazine for webmasters!

**Norman**
Chief Editor
With us since 08/19/03
Posts: 1501
Rating: 415

□ Added on: 04/05/09 at 11:15 am

2: All, pls do not forget to switch to Russian on the website, the information for Russian- and English-speaking users is different.

quote

### AWMOPEN MAGAZINE! Magazine for webmasters!

**Mr._B_M**
With us since 11/25/05
Posts: 51

□ Added on: 04/05/09 at 12:53 pm

Cool!
I'm going!!! Where is the Supervisor? Why hasn't he written back yet?

quote

**Sergeyka**
Oil is pain
With us since 09/09/04
Posts: 56328
Rating: 14160

□ Added on: 04/05/09 at 1:38 pm

It's a pity not on Lake Baikal. I would come then ( ), and now I will have to go on living like this ( )

Do what you must, come what may (*source in French*)

quote

**bizz**
Moderator awmstats
c rew
With us since 02/27/03
Posts: 2559
Rating: 1182

□ Added on: 04/05/09 at 2:48 pm

Can you share information on Cyprus?
I want to go there for two weeks with my girlfriend. Is it worth booking 14 days in this hotel, or is it better to split the stay into different hotels?
What about prices/entertainment?

It looks like Alex has not included enough tours, just one boat trip ... that would be the place for round table discussions

Thank you!

quote

**Tagir**
With us since 11/30/04
Posts: 2825
Rating: 2224

□ Added on: 04/05/09 at 1:38 pm

By the way, I also think about going there with my girlfriend for 14 days, though I haven't made up my mind yet, but, if I go, we can hang out

quote

**voBla**
With us since 12/22/00
Posts: 986
Rating: 415

□ Added on: 04/05/09 at 3:08 pm

The program is still an outline.

During this week, there will definitely be additional events sorted by areas of interest; so far, we are only making a plan and estimating costs.

For example, we'll go wake board riding on a new MasterCraft boat.
For those wishing to do so, for example, there is an opportunity to ride a quad bike all day long in a very beautiful place. So, there will be a lot of additional entertainment events available during these days, apart from the conference itself.

Alex.

quote

**bizz**
Moderator awmstats
c rew
With us since 02/27/03
Posts: 2559
Rating: 1182

□ Added on: 04/05/09 at 3:14 pm

I was told by phone that Internet is only available in the lobby?
Please check the information about Internet supply, and maybe it will finally be free for Open guests? !! 20 Euro per day is too much

quote

4/15/2018     AWMOpen 2009 Cyprus: Official release. :: Master-X.com

**awa**
With us since 10/16/02
Posts: 4875
Rating: 3947

Design, layout, different stuff. Yes, if there are going to be tours and Internet service, that would be excellent.

⬜ Added on: 04/05/09 at 3:42 pm     quote

---

**bizz**
With us since 08/25/04
Posts: 33
Rating: 1

Responsive layout - icq 282886909
We are looking forward to the conference program =)

⬜ Added on: 04/05/09 at 4:23 pm     quote

---

**kebzu**
With us since 05/26/03
Posts: 9116
Rating: 6092

looking to trade pics / cjtube

Inexpensive hosting from $0.45/month + free domain

I do not understand, do i have to register on the website again?
the old login pass is not working.
when trying to reset a password, it says there is no such email in the database.

⬜ Added on: 04/05/09 at 6:11 pm     quote

---

**voBla**
With us since 12/22/00
Posts: 986
Rating: 415

I checked it myself, I recommend it. + 30%

⬜ Added on: 04/04/09 at 6:36 pm

We had to rework the system, and now the list of users is displayed and who is doing what and more detailed data. So you will have to register again.

⬜ Added on: 05/05/09 at 11:02 am     quote

---

**Norman**
Chief Editor
With us since 08/19/03
Posts: 1501
Rating: 415

kebzu wrote:
> I do not understand, do i have to register on the website again?
> the old login pass is not working.
> when trying to reset a password, it says there is no such email in the database.

And when did you register? If you did it last year, then of course you need to do it again,
registration is conference-specific, and not once for life
I have approved your registration, you should receive an email.
AWMOPEN MAGAZINE! Magazine for webmasters!

⬜ Added on: 05/05/09 at 11:50 am     quote

---

**Igon**
With us since 07/28/06
Posts: 10

Superb!!!
I'll definitely go!

⬜ Added on: 04/05/09 at 6:11 pm     quote

---

**Shiro**
With us since 04/23/09
Posts: 115
Rating: 52

Wow, I would go to
But i think the hotel is not the best choice
I was there last year, in this particular hotel, and although I'm not the most picky guy, I would like something better for the price they charge. The rooms are rather average, 3 stars level at most, not much entertainment, the bar and the restaurant seemed too pricey, and the choice is not the biggest, the staff was somewhat dull and unfriendly, it was boring and I felt sorry for the money spent on that hotel. On the other hand, the beach was clean, though sun loungers were always missing, the pool was not bad, and from the outside it looks quite nice. But, all in all, quite mediocre and expensive.
But in any case I would like to go to the Open, for the sake of the event itself

⬜ Added on: 05/05/09 at 1:34 pm     quote

---

**voBla**



Telephone: +1(877)255-0717
Web: www.TrustedTranslations.com
Email: sales@TrustedTranslations.com

April 26, 2018

**CERTIFICATION**

To Whom It May Concern:

The Excerpt from a forum thread at the link: https://www.master-x.com/forum/topics/119891/ was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from Russian to English to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Office Manager

Miami Dade County
State of Florida

The foregoing instrument was acknowledged by Ana Whitby and signed before me on this 26th day of April 2018, by Ana Whitby.



BOBBIE JEAN D. RAPOZA
MY COMMISSION #FF171334
EXPIRES October 23, 2018
(407) 398-0153   FloridaNotaryService.com

Notary Public
My commission expires __10/23/18__

*GLOBAL LEADER IN TRANSLATION AND INTERPRETATION SERVICES*
*AN ISO 9001: 2008 QUALITY CERTIFIED COMPANY*

Atlanta   Chicago   Dallas   Los Angeles   Miami   New York   Washington D.C.



Case 0:17-cv-60426-UU   Document 212-11   Entered on FLSD Docket 09/21/2018   Page 10 of 14

4/19/2018

AWMOpen 2009 Cyprus! Официальный релиз. > Master-X.com

### BucksFactory.Com - Монстры в гей нише!
$20 Регистрационный бонус. 20 эксклюзивных сайтов!
Куча промо: FHG, FFHG, Mixed FHG, Embedded Video, Free content, Banners, Free Hosting, RSS, Portals.

### Real-bucks.com - One step ahead!
Up to 60%!
Sites - 50 Exclusive sites! Mature, Teen, Gay, Pregnant, Smoking, Hentai, Toons e.t.c.
Free promo content - 6000+ FHGs, 9000+ free clips, 40000+ free pics, tons of descriptions, site reviews.
Tools - Free fast hosting, GS and AI gallery submitters, RSS feeds.
Prizes - Yamaha YZF600R, Apple Cinema Display 20", Nokia 9300i, APPLE iPod Video 60Gb, Apple iPhone 3G 8Gb, Garmin Nuvi 710, Nokia 6500 Slide, Xbox 360, sony playstation 3, Telescope Advanced C6-N, Sony Reader PRS-700.

### Платёжная система ePayService
- Обналичивание чеков на имя клиентов и на имя компании за 2.5%. Лицензия на обналичивание чеков № 11156001 от 16 марта 2009 года
- Приём и отправление Wire Transfer, ACH, Direct Deposit. Лицензия Agent for Money Transmission №3670 от 20 мая 2009 года
- Карты Visa ePassporte с предустановленным дневным лимитом до $25,000.00 в день!
- Получение платежей с партнёрских программ, индивидуальные адреса в США для получение чеков, обмен e-валют и другие финансовые услуги для вэбмастеров.
- Скоро! Собственная карточная программа совместно с банком США (полный аналог ePassporte и Payoneer, но гораздо дешевле!), а так же центр обмена электронных валют XXI века на сайте exchange21.ru

Надёжный проект в рунете TheRussianKings - короли рунета.
Нишевые платники, webcam, DVD и видеопортал
Работаем только с лицензионным контентом.
Выплаты до 88% от цен смс, 10% реферальских.
Специальные предложения для контент студий, готовим много нового и перспективного в русском адалте.
Присоединяйтесь, всегда рады новым партнёрам. Давайте зарабатывать вместе!

### CommerceGate.
CommerceGate с партнерами SegPay и DHD Media предлагают комплексное решение для проведения операций с кредитными картами.
CommerceGate - это ваш идеальный партнер для получения платежей онлайн из любой точки мира во всех основных валютах.
Ваши клиенты повсюду. Мы тоже.
Более подробную информацию вы можете найти на сайте http://solutions.commercegate.com

### CjCDN.Com
cjcdn.com - новый проект от создателей Fedora-Hosting.com
В июле мы представим первую сеть доставки контента для вебмастеров!
С нами вы забудете о бесконечных переездах, переносе контента от хостера к хостеру и настройке днс-серверов.
Вам нужно просто добавить домен в панели управления и сразу начинать грузить контент с наших площадок в Европе и США!
И самое главное - мы сделали трафик дешевым, как никогда! Открытие в июле на AWMOpen!

### InternetInCorporate.com
InternetInCorporate.com - бизнес-решения для интернет-проектов!
Мы предлагаем:
Создание компаний в офшорных зонах
Создание банковских счетов в офшорных зонах
Создание компаний на Кипре
Создание компаний в Европе
Открытие мерчант-аккаунтов
Помощь в получении разного рода лицензий
Консультации в сфере бизнеса для интернет-проектов.

### Cyproperties
Cyproperties - Выбирая недвижимость у нас, Вы выбираете свою мечту!

| | | |
|---|---|---|
| **Kn** ♥♥♥ С нами с 28.08.04 Сообщения: 7056 Рейтинг: 5642 | ☐ Добавлено: 03/05/09 в 21:03 Жаль не в Вене... | цитата |
| **Don_Korleone** Mafia С нами с 07.11.02 Сообщения: 3701 Рейтинг: 2670 | ☐ Добавлено: 03/05/09 в 21:05 Жаль не в Будапеште... а так хотелось совместить приятное с полезным, придется просто так теперь съездить... | цитата |
| **awa** Дизайн, верстка, то сё С нами с 16.10.02 Сообщения: 4875 Рейтинг: 3947 | ☐ Добавлено: 03/05/09 в 21:18 Gay Spanking - продам. Жаль не в Индонезии... придется просто так теперь съездить... :D | цитата |
| **JasonX** Ищу рай С нами с 20.09.06 Сообщения: 6017 Рейтинг: 507 | ☐ Добавлено: 03/05/09 в 21:39 Респонсивная верстка - icq 282886909 Жаль не в Лаосе...придеся просто так теперь ехать | цитата |
| **teddy** С нами с 29.10.03 Сообщения: 1179 Рейтинг: 1380 | ☐ Добавлено: 03/05/09 в 23:51 амуа...р Жаль не в питере..а то б пришли 🐿 | цитата |
| **Шестой** АНГЕЛ С нами с 01.11.01 Сообщения: 33062 Рейтинг: 10694 ⚫⚫⚫⚫⚫ 🏆 | ☐ Добавлено: 04/05/09 в 00:17 Вообще то официальный и серьёзный топик. Нахера здесь показывать своё остроумие ? Корлеоне, ты едешь ? | цитата |
| **miroz** | ☐ Добавлено: 04/05/09 в 03:25 Недвижимость в Праге и аренда посуточно Книга о сексе и не только.) Что-то глянул сайт отеля, у них что только даблы остались? не нашел ни одного сингла... Хотя с другой стороны это не Паттайя, можно и дабл расшарить 😊 | цитата |
| **Norman** Главный редактор С нами с 19.08.03 Сообщения: 1501 Рейтинг: 415 | ☐ Добавлено: 04/05/09 в 10:45 Во внутренней зоне сайта есть контакты менеджера отеля, который занимается непосредственно расселением наших гостей. Надо обращаться к нему за номерами. | цитата |

Case 0:17-cv-60426-UU   Document 212-11   Entered on FLSD Docket 09/21/2018   Page 12 of 14

4/19/2018                                           AWMOpen 2009 Cyprus! Официальный релиз. > Master-X.com

**Norman**
Главный редактор
С нами с 19.08.03
Сообщения: 1501
Рейтинг: 415

AWMOPEN MAGAZINE! Журнал для вебмастеров!

Д Добавлено: 04/05/09 в 11:15

2. Алл, не забывайте плиз на сайте переключаться на русский язык, информация для русскоязычных и для англо различается.

цитата

**Mr. B_M**
С нами с 25.11.05
Сообщения: 51

Д Добавлено: 04/05/09 в 12:53

Клево! 😊
Я еду!!! Где Куратор? Почему еще не отписал?

цитата

**Sergeyka**
Нефть это боль
С нами с 09.09.04
Сообщения: 56328
Рейтинг: 14160

AWMOPEN MAGAZINE! Журнал для вебмастеров!

Д Добавлено: 04/05/09 в 13:38

Жаль не на Байкале я бы прибыл 😊, а то придется так жить 😠

цитата

**bizz**
Модератор
awmstats crew
С нами с 27.02.03
Сообщения: 2559
Рейтинг: 1182

Д Добавлено: 04/05/09 в 14:48

Ктонить поделитесь информацией по Кипру ?
хотим на две недели с дамой. Стоит брать на 14 дней в этом отеле и лучше разбить на разные ?
как там по ценам/развлечениям ?
чего то Алекс маловато экскурсий включил ? одно катание на корабле ... там бы и делали круглые столы 😊

Спасибо!

цитата

**Tagir**
С нами с 30.11.04
Сообщения: 2825
Рейтинг: 2224

Д Добавлено: 04/05/09 в 14:53

Кстати тоже с девушкой думаю на 14 дней поехать, правда точно не решил, но если поеду можно затусить 😊

цитата

**voBla**
Модератор
awmstats crew
С нами с 22.12.00
Сообщения: 986
Рейтинг: 415

Д Добавлено: 04/05/09 в 15:08

Программа пока набросок.

В течении этой недели, точно будут дополнительные вещи по интересам, составляем план и определяемся со стоимостью пока.

Например поедем кататься на wake board на катере MasterCraft новом.
Для желающих будет например возможность договорится покататься в очень красивом месте на весь день, в общем именно дополнительных возможных развлечений будет очень много в дни помимо конференции.

Алекс.

цитата

**bizz**
Модератор
awmstats crew
С нами с 27.02.03
Сообщения: 2559
Рейтинг: 1182

Д Добавлено: 04/05/09 в 15:14

Мне по телефону сказали что интернет только в фойе ? 😊
Уточните про инет пожалуйста и может для гостей опена он будет фри наконец ? !! 20 евро сутки перебор

цитата

Case 0:17-cv-60426-UU   Document 212-11   Entered on FLSD Docket 09/21/2018   Page 13 of 14

4/19/2018                                                              AWMOpen 2009 Cyprus! Официальный релиз. > Master-X.com

**awa**
Дизайн, верстка, то сё
С нами с 16.10.02
Сообщений: 4875
Рейтинг: 3947

Д Добавлено: 04/05/09 в 15:42

Да, если будут экскурсии и интернет будет отлично

[цитата]

**alimoney**
С нами с 25.08.04
Сообщений: 33
Рейтинг: 1

Д Добавлено: 04/05/09 в 16:23

Респонсивная верстка - icq 282886909

Ждём программу конференции =)

[цитата]

**kebzu**
ищу трейд pics/ctube
С нами с 26.05.03
Сообщений: 9116
Рейтинг: 6092

Д Добавлено: 04/05/09 в 18:11

[Недорогой хостинг] от 0,45$/месяц + домен бесплатно

я вот не понял на сайте надо регистрироваться снова?
старый логин пасс не подходит.
при попытке востановить пароль пишет что такого мыла нет в базе.

[цитата]

**voBla**
С нами с 22.12.00
Сообщений: 986
Рейтинг: 415

Д Добавлено: 04/05/09 в 18:36

[Проверил сам, рекомендую вам. +30%]

Пришлось переделать систему, так как выводится список пользователей еще кто чем занимается и более обширные данные. Так что придется зарегистрироваться еще раз.

[цитата]

**Norman**
Главный редактор
С нами с 19.08.03
Сообщений: 1501
Рейтинг: 415

Д Добавлено: 05/05/09 в 11:02

kebzu писал:
> я вот не понял на сайте надо регистрироваться снова?
> старый логин пасс не подходит.
> при попытке востановить пароль пишет что такого мыла нет в базе.

А когда ты регистрировался? Если в прошлом году, то конечно нужно снова, регистрация идет на конкретную конференцию, а не вообще на всю жизнь 😊
Твою регистрацию я заапрувил, должно придти письмо на мыло упасть.

[AWMOPEN MAGAZINE! Журнал для вебмастеров!]

[цитата]

**Igon**
С нами с 28.07.06
Сообщений: 10

Д Добавлено: 05/05/09 в 11:50

Супер!!!
Поеду обязательно! 😊 😊 😊

[цитата]

**Shiro**
С нами с 23.04.09
Сообщений: 115
Рейтинг: 52

Д Добавлено: 05/05/09 в 12:25

Ух, я бы съездил 😊
Вот только помоему не самый удачный отель 😊
Я там был в прошлом году, именно в этом отеле, и хоть я и не самый привередливый человек, но за те расценки что у них, хотелось бы что то большее однако. Номера довольно средненькие, тянут максимум на Звездры, развлечний минимум, бар и ресторан там показались дороговаты больно, да и выбор не самый широкий, персонал какойто вялый и неприветливый, было скучно и жаль потраченых денег именно на этот отель. С другой стороны чистенький пляж хоть и с постоянной нехваткой шезлонгов, недурственный бассейн, вполне симпатичный вид снаружи. Ну вобщем средненько и дороговато.
Но в любом случае хотелось бы съездить на опен, ради самого мероприятия 😊

[цитата]

**voBla**
С нами с 22.12.00
Сообщений: 986
Рейтинг: 415

Д Добавлено: 05/05/09 в 13:34

4/19/2018

AWMOpen 2009 Cyprus! Официальный релиз. > Master-X.com

С нами с 22.12.00
Сообщения: 986
Рейтинг: 415

А ты стукнись к Норману и узнай цены 😊 Совсем недорого получается, это одна из причин его выбора. Ну и мы там делали конференцию в 2004-м году, всё очень достойно, вопрос как организовать всегда.

🗎 **Новая тема**

Страницы: **1** 2 3 4 5 6 > последняя »

**Обмен WM-Paxum-Wire-Epese-Ecoin-Альфа-ВТБ-BitCoin у Гроссмейстера**

Лучшие курсы для постоянных клиентов
Большие резервы для обмена
Icq: 925677 jabber:im@grossmeister64.ru

Перейти: [ Трёп ▼ ] [ »» ]

Форум | Новости | Статьи | FAQ | Каталог | Опросы | Участники | Регистрация / Sign Up | Вход / Sign In

© Master-X, 1999-2018