# Exhibit 9

AWMOpen: 16-19 September 2011, Amsterdam, The Netherlands

Language:

- Russian
- English

Share event:

Официальный спонсор

**PussyCash**

Присоединяйся к нам!

- Home
- Sign Up
- Participants
- Accommodations
- Schedule
- Become a sponsor (.pdf)
- Connections

http://AWMOpen.com:80/    Go

**266 captures**
12 Mar 2003 - 12 Sep 2017

JUN AUG SEP

◄ 10 ►

2010 2011 2012

 

▼ About this capture

# Main sponsors:



# Market Review

## Event sponsor: AlertPay

Is this a new product or service? Does it increase visibility? Easy! Take part in the special event "Market Review" where you can present your business to the representatives of the adult industry: webmasters, service providers and intermediaries.



# Speed Networking



DEFENDANT'S EXHIBIT

AW-11

4-30-18 GT

AWMOpen: 16-19 September 2011, Amsterdam, The Netherlands

With several dozen adult industry representatives in attendance, discover useful contacts and arrange to meet only the right people.



# Seminars

This year, the AWMOpen informational section will be transmitted in 2 streams! You will be able to choose the topic of the seminar you are interested in, attend only the necessary master classes and arrange a personal meeting with the guru of your choosing.



# Traffic Dinner

We invite you to attend a thematic dinner for the traffic business representatives. Do not miss the opportunity to meet and communicate with serious players in this area. Access to billings is closed!



# AWMOpen Party

Are you sure you know how to relax and have fun to the fullest? AWMOpen will show you what hot really means! Every day, a theme party is waiting for you, and in the end... the most anticipated event of the year: the AWMOpen Final Party!!!!!

AWMOpen: 16-19 September 2011, Amsterdam, The Netherlands



# Master-X Awards

The GFY Awards are coming! The 1st Annual GFY Awards will take place at WA Amsterdam during the Saturday GFY Party. Real awards from the online community.

 arranged free lunches

 market review sponsor

 will clear your hangover and provide food

 will take care of room keys

 will provide WiFi live

 will meet and guide



**Seminars**

   

Tubes: content and monetization Know-How: dating interfaces, what to do with the mobile traffic Generation

Full list of attendees to the Meet Market



AWMOpen: 16-19 September 2011, Amsterdam, The Netherlands



## Main Sponsors



- [Home](#)

AWM Open :: 16-19 September 2011, Amsterdam, The Netherlands

- Schedule
- Contacts
- Connections



Copyright © 2011 AVN Media Network. All rights reserved.

ʻ33N

AWMOpen, 16-19 September 2011
Park Hotel, Amsterdam, The Netherlands

Telephone: +1(877)255-0717
Web: www.TrustedTranslations.com
Email: sales@TrustedTranslations.com



Trusted
Translations

April 26, 2018

**CERTIFICATION**

To Whom It May Concern:

The Excerpt from the webpage
https://web.archive.Org/web/20110810020449/http://AWMOpen.com:80/ was translated by a team
of linguists qualified to read and translate this material.

The document is accurately translated from Russian to English to the best of our knowledge
and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.



By Ana Whitby
Office Manager

Miami Dade County
State of Florida

The foregoing instrument was acknowledged by Ana Whitby and signed before me on this 26th day of
April 2018, by Ana Whitby.

BOBBIE JEAN D. RAPOZA
MY COMMISSION #FF171334
EXPIRES October 23, 2018
(407) 398-0153    FloridaNotaryService.com

Notary Public
My commission expires _____ 10/23/18

*GLOBAL LEADER IN TRANSLATION AND INTERPRETATION SERVICES*
*AN ISO 9001: 2008 QUALITY CERTIFIED COMPANY*

Atlanta      Chicago      Dallas      Los Angeles      Miami      New York      Washington D.C.

AWM Open :: 16-19 Сентября 2011, Амстердам, Голландия

Язык :

- [Русский](#)
- [Английский](#)

Поделиться событием:





- [Хоум](#)
- [Регистрация](#)
- [Участники](#)
- [Проживание](#)
- [Расписание](#)
- [Стать спонсором (.pdf)](#)
- [Связи](#)

http://AWMOpen.com:80/    Go    JUN  AUG  SEP
◄ 10 ►
266 captures
12 Mar 2003 - 12 Sep 2017    2010  2011  2012

About this capture

# Главные спонсоры:



# Обзор рынка

## Спонсор события: **AlertPay**

Рассказать о новом продукте или сервисе? Увеличить узнаваемость? Легко! Примите участие в специальном мероприятии «Обзор рынка», где вы сможете презентовать свой бизнес для представителей эдалт-индустрии – вебмастеров, поставщиков услуг и посредников.



# Speed Networking

AWM Open :: 16-19 Сентября 2011, Амстердам, Голландия

с несколькими десятками представителей эдалт-индустрии, выявите для себя полезные знакомства и договоритесь о встрече только с нужными людьми.



# Семинары

В этом году информационная часть AWMOpen пройдёт в 2 потока! Вы сможете выбрать интересующую вас тему семинара, посетить только нужные мастер-классы и назначить личную встречу с гуру вашего направления.



# Трафик-ужин

Мы приглашаем вас на тематический ужин для представителей трафик-бизнеса. Не упустите возможность познакомиться и пообщаться с серьёзными игроками этого направления. Биллингам вход закрыт!



# AWMOpen вечерина

Уверены, что знаете как отдыхать и развлекаться по полной программе? AWMOpen покажет вам, что такое действительно Жарко! Каждый день вас ждёт тематическая вечеринка, а в конце… самое ожидаемое событие года – AWMopen Final Party!!!!!

# Master-X награждение

The GFY Awards are coming! The 1st Annual GFY Awards will take place at WA Amsterdam during the Saurday GFY Party. Real awards from the online community.

 позаботились о бесплатных обедах

 спонсор обзора рынка

 снимет похмелье и накормит

 увидим на ключах от комнат

 обеспечит WiFi жизнь

 встретит и проводит

 Семинары

   

Тьюбы: контент и монетизацияНоу Хау: дэйтинг интерфейсыЧто делать с мобильным трафикомПоколение

Участники Meet Market [Весь список](#)





AWM Open :: 16-19 Сентября 2011, Амстердам, Голландия



























# Главные спонсоры



- [Главная](#)

AWM Open :: 16-19 Сентября 2011, Амстердам, Голландия

- [Расписание](#)
- [Контакты](#)
- [Связи](#)



Copyright © 2011 AVN Media Network. Все права защищены.

AWMOpen, 16-19 сентября 2011
Нидерланды, Амстердам, Park Hotel