# Exhibit 10

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.



**21/01/08**

Registration is open!
Don't miss! The number of places is limited!

**11/02/08**

Our new sponsor Epese!
**EPESE — Electronic Payment and Exchange Service**

**08/02/08**

Our new sponsor ComerceGate!
**CommerceGate.com is a leading Internet Payment Service Provider (IPSP), offering secure and reliable payment services.**

**04/02/08**

Our new sponsor RussianBilling!
**Russian Billing is an SMS aggregator that provides SMS payment services for all spheres of online and offline business and for all kinds of goods and services.**

**03/02/08**

Our new sponsor Drugrevenue!
**Drugrevenue.com offer any solutions**

### AWMOPEN 2004, Larnaca, Cyprus.

In 2004 we decided to make AWMOpen conference as an official event for Russian All Webmasters. The conference program was divided into two parts, the first — formal part with seminars devoted to adult industry; the second — entertainment (non-formal) part with sport events and parties. The second AWMOpen was held in sunny island — Cyprus, Larnaca where the number of participants was 124. The go-cart racing, bowling, pool, and darts competitions were held this time. The conference went excellent; all the participants made lots of useful contacts and left the island full of exciting memories.

We want to thank our speakers that agreed to share their knowledge with AWMOpen participants. The speeches they made were excellent based on vivid interest of listeners and the number of asked questions.

Special thanks to our cameramen BigVoo and Aivengo who captured this event and worked during the whole conference.

We also want to thank our sponsors who helped us to organize this event.

General sponsor and organizer - Alex Xe and his project:
http://www.real-bucks.com

General sponsor and organizer - Goth -
http://www.cashmaniacs.com and
http://www.goldxpass.com

**AWMOpen 2004 Sponsors:**



DEFENDANT'S EXHIBIT PV-5
4-30-18

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

01/02/08

Our new sponsor ExoticGold!
**ExoticGold.com - Turning Pleasure into Treasure 60/40 rev share!**

21/01/08

Our new sponsor AdultMonsters!
**AdultMonsters! is coming to your screens as early as this spring!**

21/01/08

Our new sponsor TheRussianKings!
**TheRussianKings is here to become kings of the Russian internet segment with their ambitious affiliate program!**

18/01/08

Our new sponsor Real-Bucks!
**Real-Bucks.com for Real Webmaster!**

18/01/08

Our new sponsor Yellow Bucks!
**With our program all the traffic you own gets the value of gold!**

18/01/08

Our new sponsor Webazilla!
**Webazilla! is a hosting solution for those who understand the importance of proper hosting for their online business!**

http://www.getcybercash.com
Raf and the project: http://www.risecash.com
Madame and the project: http://www.coolwebsearch.com
Diekrupss and the project: http://www.real-euros.com
Wad and the project: http://www.icoocash.com
Paxan and the project: http://www.ifriends.spb.ru/
Mah and the project: http://www.divacash.com/
Xzac as the only private sponsor.

Special thanks to our informational sponsors: Kit, the project http://www.master-x.com and Redeye, the forum http://www.crutop.nu

Information about sponsors of AWMOpen 2007.

04/03/07

**more news ...**



Click to enable Adobe Flash Player

Click to enable Adobe



https://web.archive.org/web/20090123061944/http://awmopen.com:80/events_2004.html

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

Usarname: ☐
Password: ☐
Forgot password?
Register now!

**AWMOpen** | **Registration** | **Sponsors** | **Events** | **Hotels** | **Contact Us** | **Magazine**

"AWMopen" and "AWMopen Magazine" are the registered trade marks. All rights belong to "AWMOPEN B.V." company, Netherlan
Copyright 2003-2007 AWMOPEN
All Right Reserved