# Exhibit 11

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.



DEFENDANT'S
EXHIBIT
PV-9
4.30.18 ST

### Our News!

**21/01/08**



Registration is open!
Don't miss! The number of places is limited!

**11/02/08**

Our new sponsor Epese!
**EPESE — Electronic Payment and Exchange Service**

**08/02/08**

Our new sponsor ComerceGate!
**ComerceGate.com is a leading Internet Payment Service Provider (IPSP), offering secure and reliable payment services.**

**04/02/08**

Our new sponsor RussianBilling!
**Russian Billing is an SMS aggregator that provides SMS payment services for all spheres of online and offline business and for all kinds of goods and services.**

**03/02/08**

Our new sponsor Drugrevenue!
**Drugrevenue.com offer any solutions**

### AWMOpen 2008 sponsors.

AWMOpen is organized by **Alex Xe**.

- **Webazilla - brand sponsor of AWMOpen 2008**



Looking for a serious hosting solution?
Need high reliability, smooth networking and liberal rules, all coming at reasonable costs?
**Webazilla!** offers Dell servers in a data center in the Netherlands.
**Webazilla!** is a hosting solution for those who understand the importance of proper hosting for their online business.

- **Real-Bucks.**
**Real-bucks.com** - One step ahead!
Up to 60%!
Sites - 35 Exclusive sites! Mature, Teen, Gay, Pregnant, Smoking, Hentai, Toons e.t.c.
Free promo content - 3000+ FHGs, 7000+ free clips, 30000+ free pics, tons of descriptions, site reviews.
Tools - Free fast hosting, GS and AI gallery submitters, RSS feeds.
Prizes - Yamaha YZF600R, TV Sony KE-V42A10, Apple IBOOK 12 G4, Nokia 9300i, CANON EOS 350D, CarKit Bluetooth Nokia 810, APPLE iPod Video 60Gb, Money counter e.t.c.

Case 0:17-cv-60426-UU   Document 212-14   Entered on FLSD Docket 09/21/2018   Page 3 of 6

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

01/02/08

Our new sponsor ExoticGold!
**ExoticGold.com - Turning Pleasure into Treasure 60/40 rev share!**

21/01/08

Our new sponsor AdultMonsters!
**AdultMonsters! is coming to your screens as early as this spring!**

21/01/08

Our new sponsor TheRussianKings!
**TheRussianKings is here to become kings of the Russian internet segment with their ambitious affiliate program!**

18/01/08

Our new sponsor Real-Bucks!
**Real-Bucks.com for Real Webmaster!**

18/01/08

Our new sponsor Yellow Bucks!
**With our program all the traffic you own gets the value of gold!**

18/01/08

Our new sponsor Webazilla!
**Webazilla! is a hosting solution for those who understand the importance of proper hosting for their online business!**

**Information about sponsors of AWMOpen 2007.**

04/03/07

Our Brand sponsor Energy Factor!



**Solutions + Punctuality + Professionalism = Energy Factor!**

02/03/07

Our Co-Brand sponsor ManiacPass!



**ManiacPass, your new way to success!**

10/03/07

Our Lunch sponsor **Long Bucks**

08/03/07

Our Sponsor of **Bowling** competion
**Online Money Solution!**
**NEW GENERATION of online business!**

technologies including tube-like solutions adjusted for maximum efficiency with adult traffic.
Also, 5 paysites in the following niches will be presented: Anal, Mature, Black, Teens, Bi.
We offer a free VISA CARD, weekly payouts, SMS notifications, mobile-enabled stats, and many more.
Weekly contests and giveaways with cool prizes for our affiliates.

- **TheRussianKings.**
  **TheRussianKings** is here to become kings of the Russian internet segment with their ambitious affiliate program.
  Dozens of classic paysites, a WAP portan and a video portal.
  Exclusive content only. Payouts with up to 88% from the SMS price, 10% referral share.
  A brand new site added weekly, tons of innovations are ready to rock the Russian market.
  We always love welcoming new partners. Let's get rich together!

- **YellowBucks.**
  It does not matter where your visitors come from and what they are looking for. Everybody wants to protect his or her PC from viruses – which means they buy antivirus software eagerly! Adult traffic, SEO, exit, 404, all these types convert great with us. Even if you have already squeezed everything you could from your traffic, it will still convert well here! With our program all the traffic you own gets the value of gold!
  Webmasters, remember! Every visitor sent to a different program means you lose money you could have earned with us!

- **ExoticGold**
  ExoticGold.com - Turning Pleasure into Treasure 60/40 rev share!
  Sites - 6 quality shemale sites: **LadyBoy69.com**, **SheAniMale.com**, **eXtremeLadyBoys.com**, **ShemaleNova.com**, **BlackBrazilianShemales.com**, **AreeyasWorld.com**.
  Hot crossdressers site: **cdfun.com**.
  And rocks mature site: **SheMature.com**
  Free promo content - 1000++ FHG's, 6000++ free pics, 1500++ free movies Tools - descriptions, HPA, RSS, portals, banners, , free hosting and a lot of more.

- **DrugRevenue**
  DrugRevenue Less effort - more money
  We offer any solutions for your online pharmacy on professional basis. If you'd like to create your own affiliate program, we can make it come true in a matter of days. All business elements, such as 24/7 customer service, drop-shipping, payment processing, fraud screening and multi-level marketing system, have already been tested on our own affiliate program, and now they are ready

Case 0:17-cv-60426-UU   Document 212-14   Entered on FLSD Docket 09/21/2018   Page 4 of 6

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

348 416 744)

**01/03/07**
Our new sponsor - **LB-69!**

**28/02/07**
Our new sponsor - **Serious Partners!**

**27/02/07**
Our new sponsor Real-Bucks!
**Real-Bucks.com for Real Webmaster!**

**27/06/06**
AWMOpen 2006 Malta Starts!
**Information about sponsors of AWMOpen 2006.**
Organizer of AWMOpen - Alex Xe.
General sponsor of AWMOpen 2006, project **Energy-Factor**
Sponsor of Bowling competion, project **Earncoin.com**
Sponsor of trip by ship, project **Cashmaniacs.com**
Sponsor of water sport competion, project **IcooCash.com**
Lunch sponsor of AWMOpen 2006, project **Dieselaction.com**

**Sponsors AWMOpen 2006.**
1. project **Convert Guru**
2. project **SE-Cash.com**
3. project **Fethard.biz**
4. project **StandartPay**
5. project **Etu-Cash.com**
6. project **Real-Bucks.com**
7. project **Easyxhost.com**
8. project **Serious-Partners.com**

**Special thanks to our private sponsors:**
1. ZJ
2. XZAC

**Special thanks to our informational sponsors:**
1. project **http://www.master-x.com/**
2. project **http://www.crutop.nu/**
3. project **http://www.greenguyandjim.com/**
**27/06/06**
Presentation of a new full-color glossy journal **AWMOpen Magazine!**

**7/06/05**
AWMOpen 2005 Prague Czech Republic Starts!
We also want to thank our sponsors who helped us to organize this event.

General sponsor and organizer - Alex Xe and his project: **http://www.real-bucks.com**

General sponsor and organizer - Goth - **http://www.cashmaniacs.com** and **http://www.goldxpass.com**

**AWMOpen 2004 Sponsors:**

JK and the project: **http://www.jk-network.net/**
Redeye and the projects,
**http://www.etu-cash.com** and
**http://www.fethard.biz** Alextm and the project:
**http://www.getcybercash.com**

Processing, Fraud Screening, Per Signup and RevShare Affiliate Program, Multi-Level Marketing System, Integration API, XML Datafeed.
B2C Services: Affiliate Program, Backend & Frontend Software, Online Shop Templates, Custom Prices, XML Datafeed, 3 Level MLM System (Flexible), Incredible Ratios Even On Adult Traffic!

- **CommerceGate**
CommerceGate.com is a leading Internet Payment Service Provider (IPSP), offering secure and reliable payment services. We provide a complete set of online processing solutions to sell your services to your customers immediately. Our main services/benefits include: · Maximizing your profitability through sophisticated fraud controls tools which prevent chargebacks and detect credit card fraud.
· Multi-currency processing flexibility with US$, GBP, EURO, HK$, YEN.
· Major credit and debit card brands: Visa, Mastercard and Diners.
· Flexible customization of fraud control tools according to industry specific parameters.
· Highly professional risk management experts.
· Comprehensive and customized transaction reports.
· Real-time access to online reports.
· International customer service support center for both webmasters and their customers (6 languages).
· Punctual payments
· Set up in 48 hours.

- **RussianBilling**
Russian Billing is an SMS aggregator that provides SMS payment services for all spheres of online and offline business and for all kinds of goods and services. We offer our partners high level of security: our system is DDOS-independent, we use most innovative antispam and antifraud schemes. Weekly payouts with no holdback, personal prefixes, wide range of short SMS numbers, high tariffs, twenty-four-hour support – we organize most advantageous conditions for our partners. Special offer for VIP partners!

- **EPESE - Electronic Payment & Exchange Service**
ped in cooperation with two major teams well known on the webmaster scene and in the finance business. EPESE sponsors prepaid SIM cards for webmasters who will come to Pattaya this year.
EPESE is perfect for any kind of financial relations brought to the web by webmasters, freelancers, or affiliate programs. Every group of customers is treated individually according to its needs and expectations. Advanced functionality and unique approach

Case 0:17-cv-60426-UU   Document 212-14   Entered on FLSD Docket 09/21/2018   Page 5 of 6

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

Wad and the project:
http://www.icoocash.com
Paxan and the project:
http://www.ifriends.spb.ru/
Mah and the project:
http://www.divacash.com/
Xzac as the only private sponsor.

Special thanks to our informational sponsors: Kit, the project
http://www.master-x.com and Redeye, the forum
http://www.crutop.nu

20/04/04
AWMOpen 2005 Larnaca Cyprus Starts!
Information about sponsors of AWMOpen 2005.

Organizer of AWMOpen - Alex Xe.

General sponsor of AWMOpen 2005, project
http://www.earncoin.com
[nastradamus]

Sponsor of AWMOpen 2005 and Paintball competition, project http://www.3fn.net
[security]

Sponsor of AWMOpen 2005 and Bowling competition, project
http://www.icoocash.com [Wad]

**Sponsors of AWMOpen 2005.**
1. Project
http://www.gssubmission.com [Sext]
2. Project
http://www.getcybercash.com
[AlexTM]
3. Project **24-7-SOLUTIONS.NET** [Glad]
4. Project http://www.real-euros.com
[Diekrupss]
5. Project http://www.trafficv2.com
[Morphius]
6. Project http://www.damcash.com
[andreis]
7. Project
http://www.cashmaniacs.com [Goth]
8. Project
http://www.makethemcry.com
[nastradamus]
9. Project
http://www.shockingcash.com [Yury]
10. Project http://www.etu-cash.com
[Redeye]
11. Project **Divashow.com**
12. Project
http://www.netcathost.com [Netcat]
13. Project http://www.nevest.net
[Sebastano Perero]
14. Project
http://www.adultphotovideo.com [Big Voo]
15. Project **Ecuator.biz** [Vol]

Special thanks to our informational sponsors:

1. Project http://www.master-x.com
[kit]
2. Project http://www.crutop.nu
[Redeye]

2003
more news ...

registrations are limited. You will be able to get more information about EPESE during its presentation at the AWMOpen conference. Keep in touch and never get lost!

**AWMOpen 2008 media support:**

- **Master-X**
- **Crutop**
- **GreenGuyAndJim**
- **Klixxx**
- **Xbiz**
- **FUBAR Webmasters**

**AWMOPEN 2008 PICTURES:**


AWMOpen 2008. Bowling.

**Bowl with AWM Open** - sponsored by ExoticGold.

**Daily Lunch** - sponsored by AdultMonsters.

**Go-Kart Racing** - sponsored by Epese.

**Shooting Club** - sponsored by Yellow-Bucks.

AWMOpen - Conference of All Webmasters. AWMOpen 2008 Pattaya. March 12th to 14th.

**Crocodile Farm** - sponsored by Real-Bucks.

**Sauna (Bathing Day)** - sponsored by DrugRevenue.

**Boat Cruise** - sponsored by CommerceGate.

Usarname: [          ]
Password: [          ]
Forgot password?
Register now!

**Farewell Party** - sponsored by Webazilla.

AWMOpen | Registration | Sponsors | Events | Hotels | Contact Us | Magazine

"AWMopen" and "AWMopen Magazine" are the registered trade marks. All rights belong to "AWMOPEN B.V." company, Netherlan
Copyright 2003-2007 AWMOPEN
All Right Reserved