# Exhibit 15

AWMOpen Magazine. News.



| NEWS | MAGAZINE | ADVERTISERS | AUTHORS | FORUM | SIGN UP | ABOUT |
| US | AWMOpen | RESOURCES | | | | |

#1



DEFENDANT'S EXHIBIT
AM-1
4-30-18 ∆T

## Welcome

**The owner and editor of the magazine Alex Xe:**

"Some time ago, having a private talk, we mentioned an idea to publish a printed magazine for webmasters engaged in business. Such magazines already existed and are very popular, but this is true only for the English-language segment of the market. About a year passed since that talk, and now I'm happy to tell you that we've made huge progess from the words. Say hello to the first full-color, glossy, informative and entertaining magazine in the Russian language segment - the kind of magazine which is about webmasters and for webmasters. Only people with experience in publishing can imagine all the difficulties we faced while giving birth to our magazine. When we started, I had no idea there would be so many intricacies to be dealt with. However, if you have a goal, you surely reach it. We did this job, and we think this is something to be proud of. What we have in the end is an interesting read for all of you. If you would like to contribute, welcome. This is not pure advertising space or pulp magazine. Essentially it is a step to improve the status of the Russian language segment in international online business."

Alex XE, magazine owner

To download the online version and subscribe for the printed version, you have to register.
To subscribe, use your personal profile to fill in your name and address.

| If you are already registered, please, enter your login and password which have been sent to your email adress after registration | or use the form of quick registration |

http://magazine.AWMOpen.com/eng/   Go   JUN **JUL** AUG

**135 captures**
25 Aug 2006 - 25 Mar 2014

Password:

E-mail
◀ **24** ▶
2007 2008 2010
☐ I have read the rules and I agree to follow them.

SignUp   login
Forgot password?

Signup

About this capture

## NEWS

**14.05.2008**

In its brand new 6th issue AWMOPen Magazine traditionally offers a selection of materials dedicated to all spheres of online moneymaking.

AWMOpen Magazine. News.



Before we announce the articles to get you curious about our new issue, let us tell a different story for now.

In this issue you will see more advertising than before; the reasons for this include the edition's growing popularity and the fact that the AWMOpen 2008 conference was being held almost at the same time. We tried to compensate for this by adding more quality publications. We sincerely hope you enjoy your reading and find many of the articles included useful. So, enough with general talk; here we briefly introduce the articles included into our 6th issue:

- In the Traffic laboratory section Sally, its columnist, introduces the first part of her major review covering most popular trade scripts of today. Also, a poll called 'Your CJ site' is included.
- In SEO, Ilya Rabchenok focuses on Social Media Marketing, a new notion in the search engine optimization scene, while Gleb Suvorov contributed with 'Statistics of Leader Sites in English Language Google SERP.'
- In Review, you will find a story about Windows Media Digital Rights Management from Alexander Grinov; Sergei aka Divisor, a reputable webmaster, will tell about paravirtualization, a recent server technology.
- When you move on to Interview, you will find Soul Rebel talking to Philip Bey of Itpreneur about search engine optimization, as well as Mika's interview with a webmaster known as Samlowry. This section ends with a private story from Irina, wife of ICOO's Wad.
- Simon and Ace used our Tribune to deliver a speech about strategic business planning, while Wad shared his ideas on income diversification. Voland, our regular author, gives tips for employment seekers in his 'The CV of a Professional Webmaster.' A webmaster known as DNK submitted an extensive story on sedentary work and online moneymaker's health issues.
- Move on to the Relax section, and you'll meet Gibi and Olga with their impressions of Montenegro. Sebastano Perero sheds some light on buying property in the Czech Republic.

The magazine's online version is available for downloading RIGHT NOW!

Get it **here** in one piece, or download from **here** piece by piece. New readers interested in getting a printed version or in downloading the online one are welcome to register **here**.

P.S. Let us remind you that the magazine and postage are absolutely free, there are no hidden charges.

### 12.12.07

We became nominants of the 2008 XBIZ premium Awards in a nomination "Emerging Web Company of the Year"



Thank you dear readers, we highly appreciate your estimation of our work!

### 12.12.07

Dear readers, the annual XBIZ Awards event is coming!
BIZ Awards 2008 will take place in The Highlands in Hollywood, California, Feb 7 2008. If you read our magazine and find it worthy to be nominated as Emerging Web Company of the Year, please take some time to select the nominees. This conference is organized by AOE and World Telemedia, the projects we have already partnered with.
To nominate our magazine, just click this image