# Exhibit 16


DEFENDANT'S EXHIBIT
AWM-1
4-30-18 ST

# Concept

### Brief outline
*AWMOpen Magazine* is owned by *AWMOPEN B.V. company Netherlands*, being the first Russian printed full-color 90-120 page edition focusing mainly on adult business and other fields of online moneymaking as well. It emerged when Russian adult business passed the formation stage and, like in all other serious fields of economy, a need for business media became obvious.

### Mission
*AWMOpen Magazine* is a publication intended for webmasters covering all topics which may be of interest to online professionals. Its mission is to inform about different fields of online industry, to educate, to entertain, and to be of general value to its readers.

### Goals
The main goal is media support of online industries. Additional goals are:
-Offering advertising possibilities to online businesses;
-Publishing materials from independent authors;
-Publishing reviews and tests of software and services.

## Terms of Popularity

*AWM OpenMagazine* is always ready to improve itself and offer novelties to its readers.
- Requests and remarks from readers are always of value to the editorial staff.
- Just like the web itself, *AWMOpen Magazine* is lively, energetic, and changeable.
- New sections appear regularly.
- Magazine strives to cover all spheres of online business.



When the second edition saw the light, the magazine was offering 1.5 times more informative content. Also, the edition was divided into two separate magazines in Russian and in English, replacing the single bilingual edition.



The fourth *AWMOpen Magazine* edition was published on the magazine's second birthday. The result of this year was an increase in circulation from 500 to 4,000 copies.

# Structure

*AWM Open Magazine* consists of the following sections:

  
  
  



- **New Babylon.** Countries. Cities. People
- **Test Drive.** Test and comparative. Review on the Popular Software and Services
- **Review.** Online Services. Financial Services and Partnership Programs. Manuals and Instructions
- **Traffic Engineering.** Traffic Workshops
- **Interview.** Right Answers to Wrong Questions
- **Tribune.** Vox populi
- **Business Card**
- **Online Technologies.** Ideas, Methods, Solutions. Novelties and classics
- **SEO**
- **Relax.** A Good Rest is Half of the Work

# Marketing

### Target Audience
The target audience of *AWMOpen Magazine* consists of English and Russian speaking webmasters and online businessmen.

### Promo
Printed edition of *AWMOpen Magazine* is provided free of charge to participants of *AWM Open*, an annual webmaster event, and of several other conferences dedicated to online business such as *XBIZ* and *Cybernet Expo*.

### Distribution
### Not for Sale
Printed edition of *AWMOpen Magazine* is distributed free of charge by regular mail. Moreover, it is available for downloads in PDF format at the official website.

### Periodicity
Magazine is published once in 4 months.

### Circulation
4,000 copies.



# Pricing

Advertising in *AWMOpen Magazine*: price list

| Placement | Price (Euro) |
|---|---|
| 2nd cover in the Russian version | 700 |
| 2nd cover in the English version | 1,100 |
| 2nd cover in both versions | 1,200 |
| 3rd cover in the Russian version | 600 |
| 3rd cover in the English version | 900 |
| 3rd cover in both versions | 1,100 |
| 4th cover in the Russian version | 1,000 |
| 4th cover in the English version | 1,300 |
| 4th cover in both versions | 1,500 |
| Two-page centerfold in the Russian version | 900 |
| Two-page centerfold in the English version | 1,200 |
| Two-page centerfold in both versions | 1,300 |
| 1st centerfold in the Russian version | 1,100 |
| 1st centerfold in the English version | 1,600 |
| 1st centerfold in both versions | 1,700 |
| Last centerfold in the Russian version | 1,000 |
| Last centerfold in the English version | 1,400 |
| Last centerfold in both versions | 1,600 |
| 1/1 column in the Russian version | 500 |
| 1/1 column in the English version | 700 |
| 1/1 column in both versions | 800 |
| 1/2 column in the Russian version | 350 |
| 1/2 column in the English version | 450 |
| 1/2 column in both versions | 500 |
| 1/2 column in the Russian version on the contents page | 450 |
| 1/2 column in the English version on the contents page | 550 |

Advertising articles are subject to restrictions from the editorial stuff. Uninformative and unsuitable articles may be rejected. Make sure you discuss the details.

## Advertising article

| | |
|---|---|
| 1/2 column in both versions on the contents page | 600 |
| 1/3 column in the Russian version | 250 |
| 1/3 column in the English version | 350 |
| 1/3 column in both versions | 400 |
| 1/4 column in the Russian version | 200 |
| 1/4 column in the English version | 250 |
| 1/4 column in both versions | 300 |
| 1/8 column in the Russian version | 150 |
| 1/8 column in the English version | 150 |
| 1/8 column in both versions | 200 |

Advertising blocks (1/2, 1/3, 1/4, 1/8) can be vertical as well as horizontal. These advertising blocks can be placed in any place of the page based on the decision of the editorial staff. Advertisers are allowed to choose a position of an ad block themselves; it leads to an increase in the price for up to 20%.
After an advertiser has paid for the order, prices are not subject to increasing.
If a module price decreases, the margin will be returned to the advertisers who have already made the payment.

# Special Offer #1

1.1 One column (800 Euro) + 2 pages advertising article (800 Euro). Your discount is 200 Euro in case you order both:

800+800= 1,600 Euro!   1,400

1.2 If you order 4 issues, which normally cost **1,400 Euro** each, you also get a discount, and the issues will cost you only **1,200 Euro** each!

1.3 By paying for those 4 issues in one payment, you get a 10% discount from the final sum:
1,200x4 = 4,800 -10% = 4,320 Euro!

1.4 Vertical or horizontal banner at Master-X, the biggest Russian forum and adult webmaster community, normally costs 200 Euro per month. You get a 100 Euro discount if you order the banner ad for 3 months:

200x3 = 650 Euro!   500

1.5 You may combine these offers as well:
4,320 + 500 = 4,820 Euro - paying for all the 4 issues in one installment and ordering the banner for 3 months,
or 1,200 + 5,00 = 1,700 Euro - ordering for 4 issues but paying only for one issue and for the banner ad for 3 months,
or 1,400 + 500 = 1,900 Euro - paying for one issue and ordering the banner ad for 3 months.

# Special Offer #2

2.1 In case you order a two-page centerfold (1,300 Euro) and an advertising article on 3 pages (1,050 Euro, 350 Euro each), your discount is 350 Euro:

1,300 + 1,050 = 2,350 Euro!   2,000

2.2 What is more, if you place order for 4 issues, you get a 300 Euro discount:
2,000-300 = 1,700 Euro!

2.3 By paying for those 4 issues in one installment, you get a 10% discount from the final sum:
1,700x4 = 6,800 - 10% = 6,120 Euro!

2.4 Vertical or horizontal banner at Master-X, the biggest Russian forum and adult webmaster community, normally costs 200 Euro per month. You get a 100 Euro discount if you order the banner ad for 3 months:

200x3 = 600 Euro!   500

2.5 You may combine these offers as well:
6,120 + 500 = 6,620 Euro! - by paying for 4 issues and for the banner ad for 3 months,
or 1,700 + 500 = 2,200 Euro! - ordering 4 issues but paying for one issue and for the banner for 3 months,
or 2,000 + 500 = 1,900 Euro - paying for one issue and for the banner ad for 3 months.

Case 0:17-cv-60426-UU   Document 212-19   Entered on FLSD Docket 09/21/2018   Page 7 of 8

# Specifications

Advertising modules can be designed by the editorial staff, for no additional charges.

In case you design your module in-house or elsewhere, please follow the requirements below:

**TIFF 300 DPI CMYK**
Color profile - **Photoshop 5 default**
Control:
**PDF 1:10 - CMYK**

Size:
**1/1 - 276H X 213W mm** (vertical module)
   **- 276W X 213H mm** (horizontal module)
**1/2 - 190W X 130H mm** (vertical module)

*Meaningful text* **not more than 30 mm** from the module edge.

## Submitting your module

Please do not send ready-made advertising modules by email. Email us only a link to your module so we can download it. Use our anonymous **FTP service:** ftp://magazine.awmopen.com if you don't have a server to upload your ad to. The FTP works only in receiving mode, so nobody downloads your ad but us.

To keep the file size within reasonable limits, we recommend sending the data in **RAR** or **ZIP** archive formats.

While creating folders, please stick to the following pattern: **[company_name-date-time]**.

# Contacts

Please feel free to contact us by email or ICQ

Sales Manager - Jason
e-mail: sales@awmopen.com
icq: 310928811
yim: awmopen

Chief Editor - Norman
e-mail: magazine@awmopen.com
icq: 232452

Owner and Publisher - Alex Xe
e-mail: alexxe@alexxe.com

All your questions and requests will be processed ASAP.
Thank you for your time.

