# Exhibit 17







