# Exhibit 18

<u>INTERNET</u> 03.03.2006 00:00

# Virtual Underground

SHARE <u>FACEBOOKVKONTAKTETWITTER</u>



<u>Alexander Kondratiev</u> *Forbes Contributor*



*photo PhotoXpress*

Porn, spam and pirate music: who and how earns them on the Internet

Not far from Quito, the capital of Ecuador, has been inhabited for several years by a small, but close-knit colony of Russian programmers. On professional forums on the Internet, they tell colleagues about "eternal May", fruits, picturesque landscapes and two-story mansions "for a hundred and a few thousand dollars." What brought the 30-year-old programmers from Russia to Latin America? All of them are adult webmasters (AWM), in other words, sellers of pornography on the Internet. The global network has no borders and knows no distances, so the business that began in Russia can be continued in the other hemisphere - away from the Moscow frosts and the police, which does not encourage such activity.

Another 10 "masters" with families occupy a block of flats in Cyprus, a large colony of pornographers has settled in Prague. However, thousands of representatives of the "shadow" spheres of the Internet business continue to operate in Russia - sellers of

DEFENDANT'S EXHIBIT
AG - 6
4-30-18 bT

pornography, cheap music, and spam mailing services. Their total income is measured in hundreds of millions of dollars, nobody knows the face of these people. However, Forbes managed to communicate with three "bad guys" of the Russian Internet.

## More body

In a Moscow cafe, we talk with a certain RedEye - under this pseudonym hides the owner of several porn sites and the creator of the forum Crutop, where representatives of the semi-legal regions of Runet meet. This is a short, energetic, slightly nervous type. He speaks quickly, loudly, continuously, constantly smoking strong Marlboro. The reasons for joining the porn business are the most banal. The late autumn of 1998, our hero of 19 years, just got married, and his parents do not approve of marriage. It was necessary to make a living.

Somehow RedEye came across the Internet for some kind of textbook instruction on the production and support of the porn site. I was interested. Having borrowed from a friend $ 600, I bought the missing computer equipment. Another friend had a collection - 14 gigabyte tape for the streamer, about 100 000 "funny pictures" in good quality. "We spent 10 months a day sorting pornography, several times we examined the entire collection, choosing pictures without signs of copyright. Long after that they could not look at erotica ... "- complains RedEye.

Business started according to the standard scheme. Filled the collection on the site, announced the usual conditions of access - an introductory tour for a day for a couple of dollars, a monthly subscription for $ 50. To process payments, customers connected to a billing company. The services of payment systems from plastic cards are used by all online stores, but porn resources are usually served by specialized billing firms (in the case of RedEye, this was iBill.com).

For the first month, partners earned $ 40, which immediately spent on the purchase of content, and then the owners of the rights to used pictures have already begun to make claims. Today RedEye has about 90 subordinates, only 40 people are engaged in pornography, the rest are employees of venerable financial companies. In 2003, RedEye invested the money earned on the "adult" Internet in billing companies StandartPay and Fethard Finance. Now the porn masters have offices in Moscow and Ussuriysk, Amsterdam, Barcelona, Riga and even the Seychelles. AWM prefers not to talk about its earnings. Only vaguely hints that his wife is bored in the mansion on Rublyovka, when the RedEye on business is stuck in Moscow.

But as a person organizing the passage of pornographic payments on the Web, RedEye willingly and with skill talks about other people's income. Today, the trade in porn content through the Network is a well-established global industry with an annual turnover of $ 2-2.5 billion per year (the Internet Filter Review study, which RedEye believes is correct). Accounted, of course, the income of sellers with respect to legal photo and video products produced with the full consent of adult actors. Up to $ 200-250 million accounted for AWM from Russia.

Actually, the webmaster's product is bought from studios-manufacturers - about thirty in Russia. For a good set (20-40 frames, one sexual act in development) will need to pay $ 90-250. According to the unwritten rule, Internet users do not communicate with content producers "live", only through the Network. It's not about the difference of mentality. Filming porn is a hectic business, not very consistent with the Criminal Code. It is better not to be afraid.

The owner places the received materials on a paid website. The main consumer of such a product is a foreigner with a plastic card. In total in Russia about 40 AWM-companies, each manages a dozen sites. Usually this is an inconspicuous legal person (6-7 people) renting a room in a class "B" office. Type of activity - "programming and support of websites, information services", the accountant regularly pays any taxes. A typical small business, in a word. On average, such a company earns $ 120,000-140,000 per month, with a profitability of 30%. RedEye is aware of the existence of two Russian companies earning $ 300,000- $ 500,000 a month for the sale of nudity, but they are denied to name them.

A separate (and most numerous) class of AWM is a single person who does not have his own product, but attracts visitors to someone else's paid Web sites (according to AWM terminology, they "catch up with traffic"). Most often these enthusiasts create complex systems of free pages, on each - a couple of pictures and an invitation to visit paid resources. For this activity sites pay their "agents", in a month goes $ 2000-3000 per person. There are 5,000-7,000 such "agents" in Russia, ten times as many in the United States. The difference is, says RedEye, that for Russia this is a very good money, especially in the province. Therefore, the Russian masters of "Adult" are people with higher education, well-read, perfectly knowing the computer.

These masters are not tormented by their conscience - their activities may not be entirely legal (see the certificate), but they are convinced that no one is harming anyone and is unlikely to give good incomes in the foreseeable future. There are, of course, current difficulties. I ask RedEye why he does not want to tell me his real name. In response, the porn master tells a chilling story.

In one small town lived a quiet computer programmer. Nobody knew that the content of porn sites brought him $ 30,000 a month, until the four-year-old did not become proud and hired himself a driver - a neighbor on the porch, a champion in some martial arts. I looked at the driver, how his new employer lives ... And a month later local security officials came to visit the pornographer. They drove a man (for convincing having also taken his brother) to some cottage, handcuffed to a battery. They offered to give everything that has already been accumulated, plus 50% of the income from business.

Leaving the brother in hostage, the hero went kind of like for money. In fact - to the mayor's office, for help. But the idea of protecting a pornographic trader from policemen only amused the authorities. Thank you, gave the phone "friend who solves such issues." The local "Don Corleone", living in a three-story brick castle with

narrow window-loopholes, solved the problem for $ 40,000 immediately and a quarter of the income from the business. After this story, the webmaster left his native place. He lives in another city. He did not leave the business, but he drives the car himself. And every time it flinches when someone calls the door. It is clear that in such conditions, unnecessary advertising is not needed by any of the "adult" Internet users.

Or such a difficulty. The Internet is getting faster, and pictures are replaced by video clips. Customers like connected stories with text. To shoot in decent interior, without the typical for pornolent 1990 worn carpets and plywood "walls" operators have already learned. But with the language of the problem. Subtitles English-speaking consumers do not really like. We have to look for models that speak English, and there are not many of them in Russia. But with this task, one must think, will cope. "Moscow students still speak English better than Puerto Rican, who are filmed in the States," says RedEye.

## Pornography - laws

Article 242 of the Criminal Code of the Russian Federation provides for "illegal ... distribution, advertising of pornographic materials ..." as a fine of 500 minimum wages (50,000 rubles) and imprisonment for up to two years. However, no Internet seller of "adult" content in Russia has yet experienced the effect of this article. First, the law does not contain a clear definition of pornography. In each specific case, pornography from erotica (which the law does not pursue) should be distinguished by the advice of experts. Secondly, Russian Internet users prefer to place servers with pornographic products outside the territory of the Russian Federation, in those states where this is not prohibited by law (this is the majority of countries, including the United States).

As the sellers of pornography tell in informal conversations, police officers regularly "go out with them to direct contact", but all conflicts can be resolved "in pre-trial order" and not very expensive.

## Junk Mail

Pornmasters are hiding only from racketeers - the rest of the world either loves them, or simply does not notice them. Therefore, RedEye talked to me personally, sipping freshly squeezed apple juice (a pornmaster likes beer, but at the time alcohol was inappropriate - at the door of the cafe he was waiting for a brand-new BMW 745Li). Someone Demetrius agreed to communicate with me only remotely, via the Internet. Demetrius is one of the leading Russian spammers. Among the enemies of these "businessmen" - decisively all Internet users.

My interlocutor, he said, 25 years old, he is a Muscovite. Sources on the Web say that his real name is Dmitry Novgorodtsev. Demetrius denies this.

In 1996 Demetrius decided to get a job as a system administrator or a programmer. For this purpose, he sent out a summary of 4000 e-mail addresses using his own written program. Use a standard mail program for such a large-scale mailing would be too tedious.

Where did the addresses come from? I collected on the Internet from web pages, with the help of another program, also with my own hands. Carpet bombing helped: the very next day after the mailing the young computer engineer found a job. In parallel, he started selling spam programs he created.

A year later, Demetrius Software was created, which dealt with spamming and selling software for mass mailings. The effectiveness of such activities, according to Demetrius, is great: the distribution of the announcement of the sale of programs to 10,000 addresses provides sales on average 50 copies with a vanishingly small cost of the mailing itself.

In 19 years Demetrius bought a car, in 21 years - an apartment. Just a couple of years ago Demetrius and his colleagues willingly polemicized on the web about the moral side of their business. Spam, they said, is the only effective means of advertising for small businesses. Mailing an e-mail for a million addresses costs about $ 90. If you do not have more than a couple hundred dollars for advertising, you will not find anything except spam.

Now spammers do their job in silence. The level of dislike of distributors of "junk" advertising grows along with the amount of this garbage. In 1997, spam accounted for about a third of all mail traffic, in 2005 - about 80%. When in July 2005 the head of the Center for American English was murdered in Moscow, Vardan Kushnir, one of the most famous spammers of the Network, thousands of users openly expressed their joy on the Internet (for information: the investigation found that the killing of Kushnir was not related to his professional activities ).

A flurry of "garbage" advertising spawned a new industry - the development of software to protect against spam. The usual battle of "armor" and "shell" began. Once upon a time, a significant percentage of spam could be eliminated by simply creating a "black list" of addresses from which you do not want to receive e-mail. Today for dispatches random computers are used, each time new. As the head of the group of spam analysts Kaspersky Lab Anna Vlasova, spammers are increasingly cooperating with the creators of computer viruses. Virus writers infect any computers connected to the Internet for a fee so that spammers can use them for background mailing of garbage without the owners' knowledge. Renting 3000-5000 computers-zombies from virus writers costs from $ 300 to $ 3000.

Protective programs now screen out spam emails according to characteristic words (Viagra, earnings, etc.), phone numbers (often in many mailings the same firm is advertised), style of design. In response to junk advertising there are extra letters, intentional errors in texts, ads in the form of pictures. So spammers "punch" filters installed in companies or on free-mail servers.

The threshold of entry into this business is low (you just need to buy or write a mailing list), so even in Russia there are hundreds of amateur spammers. However, there are no more than a dozen serious, highly professional groups of "scavengers" all over the world. Demetrius directs one of them. For more than a year, the main market for Demetrius is America (here you can earn much more than in Russia). In the US, Demetrius has regular customers who pay not for the number of letters sent, but for the result - 20-40% of the total revenue from customers attracted by spam. For software, it is even about 50%. Demetrius, according to tradition, does not speak about its incomes, but offers to pay attention to "one American acquaintance receiving $ 5000-7000 per day, and this is not so much for our business."

Spammers around the world earn $ 10-15 billion a year, experts say, it is difficult to give a more accurate estimate of this shadow business.

In any case, says Demetrius, the age of spam is limited. In a few years, Internet technologies will change, and mass mailings from an unidentified source will become impossible. What will spammers do then? For example, take on the promotion of client sites, guaranteeing them the first place in the search results for keywords. To do this, you will have to confront the search engines - to play with keywords, to mislead the search robots. Activities are also not quite socially useful, but, at least, non-rape mailboxes of citizens.

## Spam - laws

In the current Russian legislation, there is no direct ban on e-mail advertising (spam). Opponents of spammers meanwhile argue that the authors of "junk" mailings violate the mass of other laws. For example, the Law on Advertising states: "If the activity of the advertiser is subject to licensing, the advertisement should indicate the license number, as well as the name of the authority that issued the license." But how often did you see the license number in spam, for example, about medicines? Article 273 of the Criminal Code ("The creation, use and distribution of malware for computers") spammers violate when using viruses to collect email addresses or to send advertisements through infected PCs.

By the time this number was printed, the State Duma adopted in the second reading a new version of the Law "On Advertising", which prohibits the distribution of advertising in computer networks without the prior consent of the addressee. The Code of Administrative Offenses promises a fine of up to 500 minimum wages (50,000 rubles) for violating advertising legislation. But to recover a penalty from a spammer, you must first find it. You can fine the advertiser in the spam, but for this you have to prove that he deliberately ordered and paid the spammer an illegal mailing.

## Pure sound

The owner of the site mp3search.ru considers himself to be quite a legitimate businessman and therefore does not hide his name. Sergei Arsentyev is 27 years old, by education he is a lawyer, since ten years of age he has been sitting at a computer without a head. Back in school, he wrote a database for his father, who dealt with real estate. In 1999, from the pen of the programmer came a program to search the Internet for music compositions recorded in MP3 format. In 2000 Arsentiev with several partners opened the project mp3search.ru. Soon on this resource appeared its own section with paid music files. Already in 2004, the search part of the site was closed - why propagate other people's resources?

According to the International Federation of the Phonographic Industry (IFPI), the total volume of the world market for legal MP3 files is $ 1.1 billion per year. Russian sites, according to the head of the Moscow office of IFPI, Igor Pozhitkov, sell music for $ 5-10 million. Their profitability is not less than 30%. Including at least $ 1 million per year have two leaders of this market - allofmp3.com and considered by us mp3search.ru by Sergei Arsentiev. However, IFPI does not consider him a seller of legal music.

Arsentyev would like music producers not to notice him. Internet sellers of MP3 files are not required to obtain prior permission from copyright holders to sell music. They are free to determine the prices for the proposed products themselves (see the help on page 54). Finally, they are not obliged to transfer author's fees directly to the rightholders. It is enough simply that mp3search.ru pays about 10% of its revenues to the Russian Society for the collective management of the rights of authors in the fields of multimedia, digital networks and visual arts (ROMS). If the copyright owner wants to get his share, let him deal directly with POMC. Achieve copyright royalties from the author's society is not easy, but Sergei Arsentiev, of course, does not care.

There are especially annoying Russian rightholders, making mp3search.ru pay them directly, for example, Vladimir Vysotsky's heirs. Foreign music companies have not yet received from runet anything: there is no sense to swear for pennies. Foreigners in principle are not satisfied with the established value of MP3 in Russia - about 10 cents per song. Major record companies think that each song should cost 10 times more. Otherwise, the business of Western sites will be destroyed - because the Internet is one, and residents of other countries can freely download music from Russia.

Between the representative offices of record giants and Russian MP3-sites is a protracted war. Record-labels are trying to ban the activity of mp3search and its like. For example, use such an argument - the law allows you to transfer digital music on the cable for commercial purposes, there's no point, but where did the sellers take digital content? Copied to the server from CDs? But this can not be done without the permission of the right holder. The head of mp3search.ru Arsentiev calmly objects: on his site all the music files are delivered by users according to the scheme "uploaded a

song to the site - you can download one for free". Users, of course, act illegally - but try to sue them.

Both allofmp3.com, and mp3search.ru have already experienced visits by representatives of the Ministry of Internal Affairs and seizure of servers "for examination". Seized in October one of the mp3search servers at a price of several tens of thousands of dollars and has not yet been returned.

At the talks on Russia's accession to the WTO, representatives of our country listen to a lot of claims about copyright. Sergei Fedotov, chairman of the board of the Russian author's society, assures that the Law "On Copyright and Neighboring Rights" will be amended in the near future. For example, the sale of MP3 files on the Internet can be done only with the direct permission of the rightholders.

But Sergei Arsentiev has already prepared for this. He claims that today mp3search.ru brings him only 20% of all income. Other ways of earning no one cause questions. For example, Arsentyevskaya firm X-Media, commissioned by the same Western record labels, is digitizing music archives. Dynamically developing based Arsentiev service realmusic.ru. Today this is the meeting place for amateur musicians, where they can post and discuss their records for free. In the future, the owner intends to publish on the discs the most popular songs with realmusic.ru, to produce the talents found on the site.

The desire to get out of the dusk is typical for our heroes - porn masters, spammers, digital pirates. Very many, having saved up money, leave in more quiet types of business - usually also on the Net. "We, the second generation of the Internet, came online when the obvious cash niches were dismantled," says RedEye. - There are old brands - such as "Yandex", "Rambler", Mail.ru, "Ozone". With the first generation we have mutually wary relations. We, all the rest, normally communicate with each other. "

Former pornographers sell flowers online, run online financial systems. Do the wives know where their husbands started? Of course they do. How are they treated? Fine. RedEye states that in the life of AWM they behave much more modestly than average Russian businessmen. Porn for him - just "work". A set of colored dots on a computer monitor.

## Music - the laws

Music radio station has an hour and a half of broadcasting time to broadcast a dozen songs. The need to pre-request permission to broadcast from the copyright holders of all these songs would paralyze the work of the disc jockey. Therefore, the RF Law "On Copyright and Neighboring Rights" allows the public execution of phonograms, their transmission by cable or air without the consent of the rightholders.

After carrying out the act of broadcasting, the radio station must list the author's remuneration of the organization exercising collective management of intellectual rights. Under Russian legislation, such an organization can create any owner of

copyright and related rights - that is, in general, any citizen who composed, for example, a song. To legalize the activity of a radio station, she necessarily needs an agreement with one of such authoring societies. The law does not determine the minimum amount of copyright remuneration, as a rule, the issue is resolved at the level of agreement between the radio station and the intellectual property advocate. You can agree on 10 rubles a year.

What does the Internet sites that sell MP3 files have? According to Russian legislation, they are equated with radio stations - they transmit digital information via cable.

Виртуальное подполье. Фото | Forbes.ru
Case 0:17-cv-60426-UU    Document 212-21    Entered on FLSD Docket 09/21/2018
Page 1 of 9
Page 12 of 29


Facebook®
Official Site
Stay up to date
with friends and
family on
Facebook!

# Forbes



**0**
SHARES



/ ИНТЕРНЕТ       03.03.2006 00:00

# Виртуальное подполье

**Александр Кондратьев** *Forbes Contributor*



*фото PhotoXpress*

**Порно, спам и пиратская музыка: кто и как зарабатывает на них в интернете**

Недалеко от Кито, столицы Эквадора, уже несколько лет обитает небольшая, но сплоченная колония российских компьютерщиков. На профессиональных форумах в интернете они рассказывают коллегам про «вечный май», фрукты, живописные пейзажи и двухэтажные особняки «за сто с небольшим тысяч долларов». Что занесло в Латинскую Америку 30-летних программистов из России? Все они — adult webmasters (AWM), проще говоря, продавцы порнографии в интернете. Всемирная сеть не имеет границ и не знает расстояний, так что бизнес, который начинался в России, можно продолжать и в другом полушарии — подальше от московских морозов и милиции, не поощряющей такую деятельность.

Еще около 10 «мастеров» с семьями занимают многоквартирный дом на Кипре, большая колония порнодеятелей обосновалась в Праге. Однако и в России продолжают свою деятельность тысячи представителей «теневых» сфер интернет-бизнеса — продавцы порнографии, дешевой музыки, услуг спам-рассылки. Их

СПЕЦПРОЕКТ

Слово экспертам: новые возможности бизнеса в Евразии


**Try Workshare For Free**
Workshare makes
reviewing and
comparing documents
simpler and faster.

РЕЙТИНГИ FORBES    ‹

Case 0:17-cv-60426-UU   Document 212-21   Entered on FLSD Docket 09/21/2018   Page 13 of 29

совокупные доходы измеряются сотнями миллионов долларов, в лицо этих людей не знает никто. Однако Forbes удалось пообщаться с тремя «плохими парнями» российского интернета.



## Больше тела

В московском кафе мы беседуем с неким RedEye – под этим псевдонимом скрывается владелец нескольких порносайтов и создатель форума Crutop, на котором встречаются представители полулегальных областей рунета. Это невысокий, энергичный, немного нервный тип. Говорит быстро, много, громко, непрерывно курит крепкие Marlboro. Причины прихода в порнобизнес – самые банальные. Поздняя осень 1998 года, нашему герою 19 лет, только что женился, а родители не одобряют брака. Надо было зарабатывать на жизнь.

Как-то RedEye набрел в интернете на некое подобие учебника-инструкции по производству и поддержке порносайта. Заинтересовался. Заняв у знакомого $600, купил недостающую компьютерную технику. У другого знакомого была коллекция – 14 гигабайтных кассет для стримера, около 100 000 «веселых картинок» в хорошем качестве. «Мы в течение месяца по 10 часов в день сортировали порнографию, несколько раз отсмотрели всю коллекцию, выбирая картинки без признаков копирайта. Долго еще потом не могли смотреть на эротику…» – жалуется RedEye.

Бизнес начали по стандартной схеме. Залили коллекцию на сайт, объявили обычные условия доступа – ознакомительный тур на день за пару долларов, месячный абонемент за $50. Для обработки платежей клиентов подключились к биллинговой компании. Услугами систем приема платежей с пластиковых карточек пользуются все интернет-магазины, но порноресурсы, как правило, обслуживают специализированные биллинговые фирмы (в случае RedEye это был iBill.com).

За первый месяц партнеры заработали $40, которые тут же потратили на закупку контента, а то владельцы прав на использованные картинки уже начали предъявлять претензии. Сегодня у RedEye около 90 подчиненных, порнографией занимаются только 40 человек, остальные – служащие почтенных финансовых компаний. В 2003 году RedEye вложил заработанные на «взрослом» интернете деньги в биллинговые компании StandartPay и Fethard Finance. Теперь у порномастера офисы в Москве и Уссурийске, Амстердаме, Барселоне, Риге и даже на Сейшелах. О своих доходах AWM предпочитает не говорить. Лишь туманно намекает на то, что его супруге бывает скучно в особняке на Рублевке, когда RedEye по делам застревает в Москве.

Зато как человек, организующий прохождение порноплатежей в Сети, RedEye охотно и со знанием дела рассказывает о чужих доходах. Сегодня торговля порноконтентом через Сеть – это отлаженная мировая индустрия с ежегодным оборотом в $2–2,5 млрд в год (данные исследования Internet Filter Review, которые RedEye считает верными). Учтены, разумеется, доходы продавцов относительно легальных фото- и видеопродуктов, произведенных с полного согласия совершеннолетних актеров. До $200–250 млн приходится на AWM из России.

Собственно продукт веб-мастера покупают у студий-производителей – таких в России около тридцати. За неплохой сет (20–40 кадров, один половой акт в развитии) нужно будет заплатить $90–250. По неписаному правилу интернетчики не общаются с производителями контента «вживую», только через Сеть. Дело не в различии менталитетов. Съемка порно – беспокойный бизнес, не очень согласующийся с Уголовным кодексом. Лучше не мараться.

Полученные материалы владелец размещает на платном веб-сайте. Основной потребитель такого продукта – иностранец с пластиковой карточкой. Всего в России около 40 AWM-компаний, каждая управляет десятком сайтов. Обычно это неприметное юридическое лицо (6–7 человек), арендующее помещение в офисе класса «В». Вид деятельности – «программирование и поддержка веб-сайтов, информационные услуги», бухгалтер исправно платит какие-то налоги. Типичный малый бизнес, одним словом. В среднем такая компания зарабатывает $120 000–140 000 в месяц, рентабельность 30%. RedEye знает о существовании двух российских компаний, зарабатывающих на продаже «обнаженки» $300 000–500 000 в месяц, но назвать их отказывается.

Отдельный (и самый многочисленный) класс AWM – одиночки, не имеющие своего продукта, но привлекающие посетителей на чужие платные веб-сайты (по AWM-терминологии, они «нагоняют трафик»). Чаще всего эти энтузиасты создают сложные системы бесплатных страничек, на каждой – пара картинок и приглашение посетить платные ресурсы. За эту деятельность сайты платят своим «агентам», в месяц выходит $2000–3000 на человека. Таких «агентов» в России – 5000-7000 человек, в США их в десять раз больше. Вся разница в том, объясняет RedEye, что для России это очень неплохие деньги, особенно в провинции. Поэтому российские мастера «адалта» – это люди с высшим образованием, начитанные, великолепно знающие компьютер.

Этих мастеров не мучает совесть – их деятельность, возможно, не совсем законна (см. справку), но она, по их убеждению, никому не приносит вреда и вряд ли в обозримом будущем перестанет приносить хорошие доходы. Возникают, конечно, текущие трудности. Я спрашиваю RedEye, почему он не хочет назвать мне своего настоящего имени. В ответ порномастер рассказывает леденящую душу историю.

В одном маленьком городе жил тихий компьютерщик. Никто и не знал, что содержание порносайтов приносило ему $30 000 в месяц, пока очкарик не возгордился и не нанял себе водителя – соседа по подъезду, чемпиона по каким-то единоборствам. Поглядел водила, как живет его новый работодатель… А через месяц в гости к порномастеру пришли местные силовики. Отвезли человека (для

Виртуальное подполье. Фото | Forbes.ru                    Page 4 of 9

Case 0:17-cv-60426-UU   Document 212-21   Entered on FLSD Docket 09/21/2018   Page 15 of
29

убедительности прихватив также его брата) в какой-то коттедж, приковали наручниками к батарее. Предложили отдать все, что уже накоплено, плюс 50% дохода от бизнеса.

Оставив в заложниках брата, герой отправился вроде как за деньгами. На самом деле – в мэрию, за помощью. Но идея защищать торговца порнографией от милиционеров только развеселила представителей власти. Спасибо, дали телефончик «товарища, который решает такие вопросы». Местный «дон Корлеоне», обитающий в трехэтажном кирпичном замке с узкими окнами-бойницами, решил проблему за $40 000 сразу и четверть доходов от бизнеса. После этой истории веб-мастер покинул родные места. Живет в другом городе. Бизнеса не оставил, но машину водит сам. И каждый раз вздрагивает, когда кто-то звонит в дверь. Понятно, что в таких условиях лишняя реклама не нужна никому из «взрослых» интернетчиков.

Или такая трудность. Интернет становится быстрее, и на смену картинкам приходят видеоролики. Клиенты любят связные сюжеты с текстом. Снимать в пристойных интерьерах, без типичных для порнолент 1990-х вытертых ковров и фанерных «стенок» операторы уже научились. А вот с языком проблемы. Субтитры англоязычным потребителям не очень нравятся. Приходится искать моделей, владеющих английским, а таких в России немного. Но и с этой задачей, надо думать, справятся. «Московские студентки все равно говорят по-английски лучше, чем пуэрториканки, которых снимают в Штатах», – рассказывает RedEye.

## Порнография – законы

Статья 242 УК РФ за «незаконное… распространение, рекламирование порнографических материалов…» предусматривает как штраф в размере от пятисот минимальных размеров оплаты труда (50 000 рублей), так и лишение свободы на срок до двух лет. Однако ни один интернет-продавец «взрослого» контента в России еще не испытал на себе действие этой статьи. Во-первых, в законе не содержится четкого определения порнографии. В каждом конкретном случае порнографию от эротики (которую закон не преследует) должен отличить совет экспертов. Во-вторых, российские интернетчики предпочитают размещать серверы с порнографической продукцией за пределами территории РФ, в тех государствах, где это не запрещено законом (это большинство стран, включая США).

Как рассказывают в неофициальных беседах сами продавцы порнографии, сотрудники милиции регулярно «выходят с ними на прямой контакт», но все конфликты удается решить «в досудебном порядке» и не очень дорого.

## Мусорная почта

Порномастера прячутся только от рэкетиров – остальной мир их либо любит, либо просто не замечает. Поэтому RedEye беседовал со мной лично, потягивая свежевыжатый яблочный сок (порномастер любит пиво, но в тот момент алкоголь был неуместен – у дверей кафе его ждал новенький BMW 745Li). Некто Demetrius согласился общаться со мной только дистанционно, через интернет. Demetrius – один из ведущих российских спамеров. В

числе врагов этих «предпринимателей» – решительно все пользователи интернета.

Моему собеседнику, по его словам, 25 лет, он москвич. Источники в Сети утверждают, что его настоящее имя – Дмитрий Новгородцев. Demetrius это отрицает.

В 1996 году Demetrius решил устроиться на работу системным администратором или программистом. Для этого разослал резюме по 4000 адресов электронной почты с помощью собственноручно написанной программы. Использовать стандартную почтовую программу для такой масштабной рассылки было бы слишком утомительно.

Откуда взял адреса? Собрал в интернете с веб-страничек, с помощью другой, тоже своими руками изготовленной программы. Ковровая бомбардировка помогла: уже на следующий день после рассылки молодой компьютерщик нашел работу. Параллельно начал продавать созданные им программы рассылки спама.

Через год была создана компания Demetrius Software, которая занималась спамом и продажей программного обеспечения для массовых рассылок. Эффективность такой деятельности, со слов Demetrius, велика: рассылка объявления о продаже программ по 10 000 адресам обеспечивает сбыт в среднем 50 копий при исчезающе малой себестоимости самой рассылки.

В 19 лет Demetrius купил себе машину, в 21 год – квартиру. Еще пару лет назад Demetrius и его коллеги охотно полемизировали в Сети о моральной стороне своего бизнеса. Спам, говорили они, – единственное эффективное средство рекламы для малого бизнеса. Рассылка электронной почты по миллиону адресов стоит около $90. Если у вас на рекламу есть не больше пары сотен долларов, ничего, кроме спама, вы не найдете.

Сейчас спамеры делают свое дело молча. Уровень неприязни к распространителям «мусорной» рекламы растет вместе с количеством этого мусора. В 1997 году спам занимал около трети всего почтового трафика, в 2005-м – уже около 80%. Когда в июле 2005 года в Москве был убит глава «Центра американского английского» Вардан Кушнир, один из самых известных спамеров Сети, тысячи пользователей открыто выражали свою радость в интернете (для справки: следствие установило, что убийство Кушнира не было связано с его профессиональной деятельностью).

Шквал «мусорной» рекламы породил новую отрасль – разработку программного обеспечения для защиты от спама. Началась обычная борьба «брони» и «снаряда». Когда-то от значительной доли спама можно было избавиться простым составлением «черного списка» адресов, откуда вы не хотите принимать электронную почту. Сегодня для рассылок используются случайные компьютеры, каждый раз новые. Как рассказывает руководитель группы спам-аналитиков «Лаборатория Касперского» Анна Власова, спамеры все чаще кооперируются с творцами компьютерных вирусов. Вирусописатели за определенную плату инфицируют любые подключенные к интернету компьютеры таким образом, чтобы спамеры могли использовать их для фоновой рассылки мусорной почты без ведома владельцев. Аренда 3000-5000 компьютеров-«зомби» у вирусописателей стоит от $300 до $3000.

Защитные программы теперь отсеивают спамерские письма по характерным словам (виагра, заработок и т. п.), номерам телефонов (нередко во многих рассылках рекламируется одна и та же фирма), стилю оформления. В ответ у мусорной рекламы появляются лишние буквы, намеренные ошибки в текстах, объявления в виде картинок. Так спамеры «пробивают» установленные в компаниях или на серверах бесплатной почты фильтры.

Порог вхождения в этот бизнес низок (нужно всего лишь купить или написать программу рассылки), поэтому даже в России работают сотни самодеятельных спамеров. Однако серьезных, высокопрофессиональных групп «мусорщиков» во всем мире не более десятка. Demetrius руководит одной из них. Уже больше года основным рынком для Demetrius является Америка (здесь можно заработать значительно больше, чем в России). В США у Demetrius постоянные заказчики, которые платят не за количество посланных писем, а за результат — 20–40% от общей выручки с клиентов, привлеченных им помощи спама. Для программного обеспечения речь идет даже о 50%. О своих доходах Demetrius, по традиции, не говорит, но предлагает обратить внимание на «одного американского знакомого, получающего $5000–7000 в день, и это не так уж много для нашего дела».

Спамеры всего мира зарабатывают $10–15 млрд в год, дать более точную оценку этого теневого бизнеса эксперты затрудняются.

В любом случае, считает Demetrius, век спама ограничен. Через несколько лет интернет-технологии изменятся, и массовые рассылки из неустановленного источника станут невозможны. Что тогда будут делать спамеры? Например, брать на раскрутку сайты-клиенты, гарантируя им первые места в результатах поиска по ключевым словам. Для этого придется вступать в противостояние с поисковыми машинами — играть с ключевыми словами, вводить в заблуждение поисковых роботов. Деятельность тоже не вполне общественно полезная, но, по крайней мере, не насилующая почтовые ящики граждан.

## Спам — законы

В нынешнем российском законодательстве нет прямого запрета на рассылку рекламы по электронной почте (спама). Противники спамеров между тем утверждают, что авторы «мусорных» рассылок нарушают массу других законов. Например, в Законе «О рекламе» записано: «Если деятельность рекламодателя подлежит лицензированию, в рекламе должны быть указаны номер лицензии, а также наименование органа, выдавшего эту лицензию». Но часто ли вы видели номер лицензии в спаме, посвященном, например, лекарствам? Статью 273 УК РФ («Создание, использование и распространение вредоносных программ для ЭВМ») спамеры нарушают, когда используют вирусы для сбора адресов электронной почты или для рассылки рекламы через зараженные ПК.

К моменту подписания этого номера в печать Госдума приняла во втором чтении новую редакцию Закона «О рекламе», которая запрещает распространение рекламы в компьютерных сетях без предварительного согласия адресата. Кодекс об административных правонарушениях сулит за нарушение законодательства о рекламе

штраф до 500 МРОТ (50 000 рублей). Но чтобы взыскать штраф со спамера, нужно его сначала найти. Можно штрафовать указанного в спаме рекламодателя, но для этого придется доказать, что он сознательно заказал и оплатил спамеру незаконную рассылку.

## Чистое звучание

Владелец сайта mp3search.ru считает себя вполне легальным бизнесменом и потому не скрывает своего имени. Сергею Арсентьеву 27 лет, по образованию он юрист, с десятилетнего возраста безвылазно сидит за компьютером. Еще в школе он написал базу данных для отца, занимавшегося недвижимостью. В 1999 году из-под пера программиста вышла программа поиска в интернете музыкальных композиций, записанных в формате MP3. В 2000 году Арсентьев с несколькими партнерами открыл проект mp3search.ru. Вскоре на этом ресурсе появился собственный раздел с платными музыкальными файлами. Уже в 2004 году поисковую часть сайта закрыли — зачем пропагандировать чужие ресурсы?

По данным Международной федерации звукозаписывающей индустрии (International Federation of the Phonographic Industry, IFPI), общий объем мирового рынка легальных MP3-файлов — $1,1 млрд в год. Российские сайты, по оценкам главы московского офиса IFPI Игоря Пожиткова, продают музыки на $5–10 млн. Их рентабельность не менее 30%. В том числе не меньше $1 млн в год имеют два лидера этого рынка — allofmp3.com и рассматриваемый нами mp3search.ru Сергея Арсентьева. Однако IFPI не считает его продавцом легальной музыки.

Арсентьеву хотелось бы, чтобы производители музыки его не замечали. Интернет-продавцы MP3-файлов не обязаны получать предварительного разрешения правообладателей на продажу музыкальных композиций. Они вольны сами определять цены на предлагаемую продукцию (см. справку на стр. 54). Наконец, они не обязаны перечислять авторские вознаграждения непосредственно правообладателям. Достаточно просто того, что mp3search.ru отдает около 10% своих доходов Российскому обществу по коллективному управлению правами авторов в сферах мультимедиа, цифровых сетей и визуальных искусств (РОМС). Если правообладатель хочет получить свою долю, пусть разбирается непосредственно с РОМС. Добиться авторских отчислений от авторского общества бывает непросто, но Сергея Арсентьева это, разумеется, не заботит.

Есть особо настырные российские правообладатели, заставившие mp3search.ru платить им напрямую, — например, наследники Владимира Высоцкого. Зарубежные музыкальные компании пока не получают из рунета ничего: нет смысла ругаться за копейки. Иностранцев в принципе не устраивает установившаяся в России стоимость MP3 — около 10 центов за композицию. Крупные звукозаписывающие концерны считают, что каждая композиция должна стоить раз в 10 больше. Иначе будет разрушен бизнес западных сайтов — ведь интернет един, и жители других стран свободно могут скачивать музыку из России.

Между представительствами звукозаписывающих гигантов и российскими MP3-сайтами идет затяжная война. Рекорд-лейблы

пытаются вообще запретить деятельность mp3search и ему подобных. Например, используют такой аргумент – закон позволяет передавать цифровую музыку по кабелю в коммерческих целях, тут не придерешься, но где продавцы взяли цифровой контент? Скопировали на сервер с компакт-дисков? А вот этого без разрешения правообладателя делать нельзя. Глава mp3search.ru Арсентьев спокойно возражает: на его сайт все музыкальные файлы поставляют пользователи по схеме «закачал песню на сайт – можешь одну скачать бесплатно». Пользователи, конечно, поступают незаконно – но попробуй их засуди.

И allofmp3.com, и mp3search.ru уже пережили визиты представителей МВД и изъятия серверов «на экспертизу». Изъятый в октябре один из серверов mp3search ценой в несколько десятков тысяч долларов и пока не вернули.

На переговорах о присоединении России к ВТО представители нашей страны выслушивают немало претензий по поводу авторских прав. Сергей Федотов, председатель правления Российского авторского общества, уверяет, что в Закон «Об авторском праве и смежных правах» уже в ближайшее время будут внесены изменения. Например, продажу MP3-файлов в интернете можно будет производить только с прямого разрешения правообладателей.

Но Сергей Арсентьев к этому уже подготовился. Он утверждает, что сегодня mp3search.ru приносит ему лишь 20% всех доходов. Прочие способы заработка ни у кого не вызывают вопросов. Например, арсентьевская фирма X-Media по заказу тех же западных рекорд-лейблов занимается оцифровкой музыкальных архивов. Динамично развивается основанная Арсентьевым служба realmusic.ru. Сегодня это место встречи самодеятельных музыкантов, где они могут бесплатно разместить и обсудить свои записи. В будущем владелец намерен публиковать на дисках самые популярные песни с realmusic.ru, заниматься продюсированием обнаруженных на сайте талантов.

Стремление выйти из сумрака вообще характерно для наших героев – порномастеров, спамеров, цифровых пиратов. Очень многие, накопив денег, уходят в более спокойные виды бизнеса – обычно тоже в Сети. «Мы, второе поколение интернета, пришли в Сеть, когда очевидные денежные ниши были разобраны, – говорит RedEye. – Есть старые брэнды – такие как «Яндекс», «Рамблер», Mail.ru, «Озон». С первым поколением у нас взаимно настороженные отношения. Мы, все остальные, нормально общаемся между собой».

Бывшие порнографы продают в Сети цветы, руководят онлайновыми финансовыми системами. Знают ли жены, с чего начинали их мужья? Конечно, знают. Как относятся? Нормально. RedEye заявляет, что в жизни AWM ведут себя гораздо скромнее, чем среднестатистические российские бизнесмены. Порно для него – просто «работа». Набор цветных точек на мониторе компьютера.

## Музыка – законы

Музыкальная радиостанция за час вещания успевает передать в эфир полтора десятка песен. Необходимость заранее испрашивать разрешение на трансляцию у правообладателей всех этих

Case 0:17-cv-60426-UU   Document 212-21   Entered on FLSD Docket 09/21/2018   Page 20 of 29

композиций парализовала бы работу диск-жокея. Поэтому Закон РФ «Об авторском праве и смежных правах» разрешает публичное исполнение фонограмм, их передачу по кабелю или в эфир без согласия правообладателей.

После осуществления акта трансляции радиостанция должна перечислить авторское вознаграждение организации, осуществляющей коллективное управление интеллектуальными правами. По российскому законодательству такую организацию может создать любой обладатель авторских и смежных прав — то есть вообще любой гражданин, сочинивший, к примеру, песенку. Для легализации деятельности радиостанции ей обязательно нужен договор с одним из таких авторских обществ. Минимальный размер авторского вознаграждения закон не определяет, как правило, вопрос решается на уровне договоренности радиостанции и защитника интеллектуальной собственности. Можно договориться и на 10 рублей в год.

При чем тут интернет-сайты, торгующие MP3-файлами? По российскому законодательству они приравнены к радиостанциям — ведь они передают цифровую информацию по кабелю.

#ИНТЕРНЕТ



**ЖУРНАЛ FORBES**
Оформите подписку
на журнал Forbes.

**ПОДПИСАТЬСЯ**
>



**ЦИФРОВАЯ ВЕРСИЯ**
Свежие и архивные номера
Forbes в вашем смартфоне.



**РАССЫЛКА FORBES.**
Каждую неделю только самое
важное и интересное.

Ваш E-mail                    →

Target

http://www.forbes.ru/forbes/issue/2006-03/13804-virtualnoe-podpole

9/14/2018

The virtual underground. Photo | Forbes.ru

• THE INTERNET

03/03/2006 00:00

Virtual Underground

Alexander Kondratiev Forbes Contributor

Porn, spam and pirate music: who and how they profit on the Internet

Not far from Quito, the capital of Ecuador, a small, but close-knit colony of Russian programmers have been residing for several years. On professional Internet forums, they keep telling their colleagues about the "eternal May", fruits, picturesque landscapes and two-story mansions "for one hundred thousand dollars, maybe a little more". What brought the 30-year-old programmers from Russia to Latin America? All of them are adult webmasters (AWM), in other words, they sell pornography on the Internet. The global network has no borders and knows no distances, so the business that began in Russia can be continued in the other hemisphere - away from the Moscow frost and the police who does not encourage such activity.

Another 10 "masters" with their families occupy an apartment block in Cyprus; another large colony of pornographers has settled down in Prague. However, thousands of representatives of the Internet's "shadowy" circles continue to operate in Russia - peddlers of pornography, cheap music, and spam mailing services. Their total income is measured in hundreds of millions of dollars, but nobody knows what these people look like. However, Forbes managed to communicate with three Russian Internet "bad guys".

More substance

In a Moscow cafe, we are talking to a guy called RedEye - this pseudonym hides the owner of several porn sites and the creator of the forum Crutop, where representatives of the semi-legal Runet areas meet. He is a short, energetic, slightly nervous guy. He speaks quickly, loudly and continuously, constantly smoking strong Marlboro cigarettes. His reasons for joining the porn business are quite banal. It is late autumn of 1998, our hero is 19 years old, he just got married, and his parents do not approve of the marriage. He needed to make a living.

One day, while surfing the Internet, RedEye came across some kind of manual for producing and supporting porn sites. He became interested. He borrowed $600 from a friend and bought the computer equipment he needed. Another friend had a collection - 14 one-gigabyte tapes for streaming about 100,000 "funny pictures" with good quality. "We spent a whole month sorting out pornography, 10

hours a day, we repeatedly watched the entire collection, choosing non-copyrighted pictures. We couldn't even watch erotica for a long time after that..."- complains RedEye.

Our business started according to the standard system. We uploaded the collection to the site, announced the usual access conditions - a demo tour for a day for a couple of dollars, a monthly subscription for $50. To process customer payments, they hired a billing company. All online shops use the services of certain systems to collect payments from credit cards, but pornographic resources are usually served by specialized billing companies (in the case of RedEye, it was iBill.com).

In the first month, the partners earned $40, which they immediately spent on purchasing content, since the owners of the pictures rights had already started making claims. Nowadays, RedEye employs about 90 people, only 40 of them are engaged in pornography, the rest are employees of reputable financial companies. In 2003, RedEye invested the money earned on the "adult" Internet in billing companies like StandartPay and Fethard Finance. Now the porn masters have offices in Moscow and Ussuriysk, Amsterdam, Barcelona, Riga and even the Seychelles. AWM prefers not to talk about his earnings. He only vaguely hints that his wife is bored in their Rublyovka mansion when RedEye gets stuck in Moscow on business.

But as a person organizing porno-payment processing on the Web, RedEye willingly and skillfully talks about other people's incomes. Today, the business of porn content on the Web is a well-established global industry with annual revenues of $2-2.5 billion (according to Internet Filter Review study, which RedEye believes is correct). This, of course, includes the seller's income with respect to legal photos and videos produced with full consent of adult actors. Up to $200-250 million is attributable to Russia's AWM.

Actually, the webmasters buy their products from production studios - there are about thirty of them in Russia. A good set (20-40 frames of one sexual act) costs $90-250. According to an unwritten rule, Internet users do not communicate "live" with content producers, they do it online. And it has nothing to do with differences in mentality. Porn production filming is a hectic business that is not very consistent with the Criminal Code. It is better not to get your hands dirty.

The owner places the received materials on a paid website. The main consumer of such a product is a foreigner with a plastic bank card. In total, there are about 40 AWM companies in Russia, each of them managing dozens of sites. Usually this is an inconspicuous legal entity (6-7 people) renting a room in a class "B" office. Their type of activity is referred to as "programming and support of websites, information services", and the accountant regularly pays some taxes. In short, a typical small business. On average, such a company earns $120,000-140,000 per month, with a profitability of 30%. RedEye is aware of the existence of two Russian companies earning $300,000-500,000 a month for selling nude pictures, but he refuses to name them.

A separate (and most numerous) AWM class consist of single traders who do not possess their own product, but who attract visitors to other paid websites (according to AWM terminology, they "boost traffic"). Most often, these enthusiasts create complex systems of free pages, each of them displaying a couple of pictures and an invitation to visit paid resources. For this activity sites pay their "agents" about $2000-3000 per person per month. There are about 5,000 to 7,000 such "agents" in Russia, in the United States there are ten times as many. The difference is, says RedEye, that for Russia this is very good

money, especially in rural areas. Therefore, the Russian "adult" masters are people with higher education, well-read, perfectly mastering the computer.

These masters are not tormented by their conscience - their activities may not be entirely legal (see the notes), but they are convinced that they are not harming anyone and it is unlikely that they will forego earning such good income in the foreseeable future. Of course, sometimes one can experience certain difficulties. I ask RedEye why he does not want to disclose his real name. In response, the porn master tells me a chilling story.

In one small town, there lived a quiet computer programmer. Nobody knew that the content of porn sites brought him $30,000 a month, until one day the nerd got cocky and hired a chauffeur: his neighbor, a martial arts champion. The driver had a look at how his new employer lived... And a month later, local police officers paid a visit to the pornographer. They took the man (along with his brother, to make a strong point) to a cottage and handcuffed them to the central heater. They suggested he gave them all that they had already accumulated, plus pay them 50% of the business revenues in future.

Leaving the brother as a hostage, the hero left - allegedly to get the money. In reality, he went to the mayor's office to ask for help. But the idea of protecting a pornographic trader from policemen only amused the authorities. One could be thankful that they gave him the phone number of a "friend who solves such issues". It was the local "Don Corleone", living in a three-story brick castle with narrow window-loopholes, which solved the problem for $40,000 paid on the spot plus a quarter of the business revenues. After this happened, the webmaster left his native city. He now lives in another city. He did not leave the business, but he drives the car himself. And every time there's a knock on the door he gets startled. It is clear that in such conditions not a single "adult" Internet master needs unnecessary advertising.

Or another problem. Internet is getting faster, and pictures are being replaced by video clips. Customers prefer connected stories with text. The operators have already learned to shoot in a decent interior, without the worn-out carpets and plywood "walls" typical of 1990s porn movies. But there are language problems. English-speaking consumers do not really like subtitles. We have to look for models that speak English, and there are not many of them in Russia. But, eventually, they will resolve this issue. "Students from Moscow also speak English better than Puerto Rican girls, who are being filmed in the States," says RedEye.

Pornography - laws

Article 242 of the Criminal Code of the Russian Federation sets a fine in the amount of 500 minimum wages (50,000 rubles) and imprisonment for up to two years for the "illegal ... distribution, advertising of pornographic materials...". However, no Internet seller of "adult" content in Russia has ever been penalized with this article. First, the law does not contain a clear definition of pornography. In each specific case, experts should distinguish pornography from erotica (which is not punishable by law). Second, Russian internauts prefer to place servers with pornographic products outside the Russian Federation territory, in countries where this is not prohibited by law (this is the majority of countries, including the United States).

As the sellers of pornography say in informal conversations, police officers regularly "contact them directly", but all the conflicts can be resolved "in a pre-trial order" at a low cost.

Junk Mail

Porn-masters are hiding solely from racketeers - the rest of the world either loves them, or simply does not notice them. Therefore, RedEye talked to me personally, sipping freshly squeezed apple juice (a porn-master likes beer, but alcohol was inappropriate at that meeting - outside the cafe door, his brand-new BMW 745Li was waiting for him). Someone called Demetrius agreed to communicate with me only remotely, via the Internet. Demetrius is one of the leading Russian spammers. Among the enemies of these "businessmen" are, without exception, all Internet users.

My talking partner, as he called me, is 25 years old, and he is from Moscow. Sources on the Web say that his real name is Dmitry Novgorodtsev. Demetrius denies this.

In 1996 Demetrius decided to get a job as a system administrator or a programmer. For this purpose, he sent out his resume to 4000 e-mail addresses using his own computer program. To use a standard mail program for such a large-scale mailing would be too tedious.

Where did the addresses come from? I collected them on the Internet from web pages, with the help of another program which I had also created myself. The "carpet-bombing" worked: the very next day after the mass mailing, the young computer engineer found a job. In parallel, he started selling spam programs he created.

A year later, "Demetrius Software" was created, a company which dealt with spamming and selling software for mass mailings. According to Demetrius, the effectiveness of such activities is great: sending advertisements for the sale of programs to 10,000 addresses provides an average sales of 50 copies, with insignificant mailing costs.

When Demetrius was 19 years old, he bought a car, and at the age of 21 - his own apartment. Just a couple of years ago Demetrius and his colleagues willingly debated on the web about the moral side of their business. Spam, they said, is the only effective means of advertising for small businesses. Sending an e-mail to a million addresses costs about $90. If you do not have more than a couple hundred dollars for advertising, you will not find anything else but spam.

Nowadays, spammers do their job in silence. The distributors of "junk" advertising are being disliked more and more as the amount of this garbage grows. In 1997, spam accounted for about one third of all mail, in 2005 - it's about 80%. When in July 2005 the director of the Center for American English, Vardan Kushnir, one of the most famous spammers in the Web, was murdered in Moscow, thousands of users openly expressed their joy on the Internet (the investigation found that the murder of Kushnir was not related to his professional activities).

A flurry of "junk" advertising spawned a new industry: the development of anti-spam software. The usual battle of "push" and "pull" began. Once upon a time, a significant percentage of spam could be eliminated by simply creating a "black list" of addresses from which you do not want to receive e-mail. Today, random computers - new ones every time - are used for mailings. According to Anna Vlasova, the head of the group of spam analysts at the Kaspersky Lab, spammers are increasingly cooperating with the creators of computer viruses. Virus writers infect any computers connected to the Internet for a fee so that spammers can use them for background junk mails without the owner's knowledge. Renting 3,000-5,000 zombie computers from virus writers costs from $300 to $3,000.

Protection programs now screen out spam emails according to characteristic words (Viagra, earnings, etc.), phone numbers (often one and the same company is being advertised in many mailings) and design style. In response, junk advertising started using extra letters, intentional typos, ads in the form of pictures. This way, spammers "punch" filters installed in companies or on free-mail servers.

Entry into these types of businesses is easy (you just need to buy or write a mailing program), so even in Russia there are hundreds of amateur spammers. However, there are no more than a dozen serious, highly professional groups of "spammers" all over the world. Demetrius is one of them. For more than a year, the main market for Demetrius has been the U.S.(here you can earn much more than in Russia). In the U.S., Demetrius has regular customers who pay not for the number of mails sent, but for the result - 20-40% of the total revenue comes from customers attracted via spam. For software, it is even about 50%. As usual, Demetrius does not speak about his income, but he suggests one could consider "one American buddy making $5000-7000 per day, and this is not quite as much for our business".

Spammers around the world earn $10-15 billion a year. According to experts, it is difficult to give a more accurate estimate of this "shadowy" business.

In any case, Demetrius mentioned that the age of spam is doomed. In a few years, Internet technologies will change, and mass mailings from an unidentified source will become impossible. What will spammers do then? For example, start promoting client sites, guaranteeing them a first place in search results using certain keywords. To do this, one will have to confront the search engines - to play with keywords, to mislead the search bots. These activities are not quite socially useful either, but at least it is not the same as bombarding people's mailboxes.

Spam - laws

In the current Russian legislation, e-mail advertising (spam) is not directly prohibited. In the meantime, opponents of spammers argue that the authors of "junk" mailings violate a lot of other laws. For example, the Law on Advertising which states: "If the activity of the advertiser is subject to licensing, the advertisement should indicate the license number, as well as the name of the authority that issued the license". But how often did you see the license number in spam, for example, those that promote medicines? Spammers violate Article 273 of the Criminal Code of the Russian Federation ("The creation, use and distribution of malware for computers") when they use viruses to collect email addresses or send advertisements through infected PCs.

By the time this issue was ready for print, the State Duma adopted, in a second meeting, a new version of the Law On Advertising which prohibits the distribution of advertisement in computer networks without the prior consent of the addressee. The Code of Administrative Offenses prescribes a fine of up to 500 minimum wages (50,000 rubles) for violating the advertising legislation. But, in order to fine the spammer, you must find him first. Alternatively, you can fine the advertiser mentioned in the spam, but you will have to prove that the advertiser deliberately ordered and paid the spammer for the illegal mailing.

Pure sound

The owner of the site mp3search.ru considers himself to be quite a legitimate businessman and therefore does not hide his name. Sergei Arsentiev is 27 years old, he has a law degree, and since he was ten years old, he has been sitting at a computer day and night. In school, he wrote a database for his

father who was a real estate agent. In 1999, the programmer created a program to search the Internet for music compositions recorded in MP3 format. In 2000 Arsentiev, together with several partners, launched the project mp3search.ru. Soon, his own section with paid music files appeared on this site. Then, in 2004, the site's search engine was closed down - why promote other people's resources?

According to the International Federation of the Phonographic Industry (IFPI), the world market total for legal MP3 files is $ 1.1 billion per year. According Igor Pozhitkov, director of the Moscow office of IFPI, Russian sites sell music for $5-10 million. Their profitability is not less than 30%. Two leaders in this market - allofmp3.com and mp3search.ru by Sergey Arsentiev whom we are talking about - account for at least $1 million per year. However, the IFPI does not consider him to be selling legal music.

Arsentiev would prefer that music producers do not notice him. Internet sellers of MP3 files are not required to obtain prior permission from copyright owners to sell their music. They are free to determine the prices for the proposed products themselves (see the note on page 54). Finally, they are not obliged to transfer author's fees directly to the copyright owners. It seems enough that mp3search.ru pays around 10% of its revenues to the Russian Authors' Society for managing copyright and intellectual rights of authors in the sphere of multimedia, digital networks and visual arts (RAO). If the copyright owner wants to get his share, let him deal directly with RAO. Sometimes it is not easy to get copyright royalties from the author's society, but Sergei Arsentiev, of course, does not care.

But there are some particularly annoying Russian copyright owners that make mp3search.ru pay them directly like, for example, Vladimir Vysotsky's heirs. Foreign music companies have not yet received a penny from runet: fighting for peanuts is not worth it. To begin with, foreigners are not happy with Russia's costs for MP3s: about 10 cents per song. Major record companies believe that each song should cost at least 10 times more. Otherwise, the business of Western sites will be destroyed - because the Internet is one for all, and residents of other countries can freely download music from Russia.

The branch offices of recording label giants and Russian MP3 sites have been waging a long-drawn-out war. Record labels are trying to ban the activities of mp3search and similar sites. For example, they use the following argument: the law allows you to transfer digital music over cable for commercial purposes, alright, but where did the sellers get the digital content? Did they copy it to the server from CDs? But this cannot be done without the permission of the copyright owner. The head of mp3search.ru Arsentiev calmly objects: on his site all the music files are delivered by users according to the program "you uploaded a song to the site, now you can download one for free". Users, of course, are acting illegally, but who's going to sue them?

Both allofmp3.com and mp3search.ru have already experienced visits by agents of the Ministry of Internal Affairs and had their servers seized "for examination". One of the mp3search servers which costs several tens of thousands of dollars was seized in October, and has not been returned yet.

At the talks on Russia's WTO accession, representatives of our country listened to a lot of claims about copyright. Sergei Fedotov, the chairman of the board of the Russian Author's Society, assures that the Law "On Copyright and Related Rights" will be amended in the near future. For example, the sale of MP3 files on the Internet would be possible only with the direct permission of the copyright owners.

But Sergei Arsentiev is already prepared for this. He claims that today mp3search.ru accounts for only 20% of his income. Other ways of earning money do not raise questions. For example, Arsentiev's

company X-Media is engaged in digitizing music archives, which has been commissioned by the same Western record labels. The service, realmusic.ru founded by Arsentiev, is actively developing. Today, it serves as a meeting place for amateur musicians, where they can post and discuss their records for free. In the future, the owner intends to publish on CDs the most popular songs from realmusic.ru, and produce the talents found on the site.

The desire to step out of the shadows is typical for our heroes: porn masters, spammers, digital pirates. Many of them, having saved money, leave to pursue safer types of businesses - usually also on the web. "We, the Internet's second generation, came online when the obvious cash generating niches had already been filled," says RedEye. - There are old brands - such as "Yandex", "Rambler", Mail.ru, "Ozon". With the first generation we have mutually wary relations. The rest of us communicate normally with each other".

Former pornographers sell flowers online, or run online financial systems. Do the wives know where their husbands started? Of course they do. What is their attitude about it? It's OK. RedEye says that in everyday life the AWM behave much more modestly than average Russian businessmen. Porn is just "work" for them. A set of colored dots on a computer screen.

Music - the laws

Music radio stations broadcast more than a dozen and a half songs in one hour. The need to pre-request permission from the copyright owners to broadcast all these songs would paralyze the work of the DJ. Therefore, the RF Law "On Copyright and Related Rights" allows to publicly play songs, transmit them over cable or broadcast them without the prior consent of the owners.

After broadcasting, the radio station must transfer the author's remuneration to the organization that manages the collection of intellectual rights. Under Russian legislation, such an organization can be created by any copyright and related rights owner - that is, in general, any citizen who, for example,wrote a song. To legalize the radio station activities, it needs to reach an agreement with one of such author societies. The law does not determine the minimum amount of copyright remuneration; as a rule, the issue is resolved at the level of agreement between the radio station and the intellectual property advocate. Like, say, 10 rubles a year.

What does this have to do with the Internet sites that sell MP3 files? According to Russian legislation, they are equated to radio stations: they transmit digital information via cable.

http://www.forbes.ru/forbes/issue/2006-03/13804-virtualnoe-podpole

The virtual underground. Photo | Forbes.ru

**Trusted Translations®**

September 20, 2018

## CERTIFICATE OF ACCURACY

To whom it may concern:

The Forbes article in the url http://www.forbes.ru/issue/2006-03/13804-virtualnoe-podpole was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from **Russian** into **English** to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Account Manager

Project ID: 167969



66 West Flagler St. Suite 1200.
Miami, FL 33130
www.trustedtranslations.com

Phone: (877) 255-0717
Fax: (888) 883-6408
sales@trustedtranslations.com