# Exhibit 28

top

Forgot password?
Register now!

**DEFENDANT'S EXHIBIT**
TFN-1
4-30-18 AT

AWMOPEN 2005, Prague, Czech Republic.

In 2005 AWMOpen conference was held in one the most beautiful European cities - Prague, the Czech Republic. The number of participants was 157. The following competitions were carried through the conference: bowling, quad racing, paintball, match shooting, and darts. We are satisfied with the level and quality of this conference and hope to see as many as possible participants from AWMOpen 2005 in the coming AWMOpen 2006 in Malta. . We would like to express special thanks to our cameramen � BigVoo, Aivengo, and Sebastano Perero who captured this event and worked during the conference.

We also would like to express our deepest appreciation to sponsors, who helped us to organize this event.

Information about sponsors of AWMOpen 2005.

Organizer of AWMOpen - Alex Xe.

General sponsor of AWMOpen 2005, project http://www.earncoin.com [nastradamus]

Sponsor of AWMOpen 2005 and Paintball competition, project http://www.3fn.net [security]

Sponsor of AWMOpen 2005 and Bowling competition, project http://www.icoocash.com [Wad]

Sponsors of AWMOpen 2005.
1. Project http://www.gssubmission.com [Sext]
2. Project http://www.getcybercash.com [AlexTM]

3. Project 24-7-SOLUTIONS.NET [Glad]
4. Project http://www.real-euros.com [Diekrupss]
5. Project http://www.trafficv2.com [Morphius]
6. Project http://www.damcash.com [andreis]
7. Project http://www.cashmaniacs.com [Goth]
8. Project http://www.makethemcry.com [nastradamus]
9. Project http://www.shockingcash.com [Yury]
10. Project http://www.etu-cash.com [Redeye]
11. Project Divashow.com
12. Project http://www.netcathost.com [Netcat]
13. Project http://www.nevest.net [Sebastano Perero]
14. Project http://www.adultphotovideo.com [Big Voo]
15. Project Ecuator.biz [Vol]

Special thanks to our informational sponsors:

1. Project http://www.master-x.com [kit]
2. Project http://www.crutop.nu [Redeye]


AWMOPEN 2005 PICTURES:
1. Lection at first day.
2. Bowling competion.
3. Lection part at second day.
4. Trip by Ship.
5. Paintball competion.
6. Arch. competion.
7. Quadro. competion.
8. Last party fotos.

P.S. For the reason of privacy all the faces are covered with a black square.

AWMOpen | Registration | Sponsors | Events | Hotels | Contact Us | Magazine

Copyright 2003 AWMOPEN All Right Reserved
designed by: www.designforadult.com