Exhibit 30



Webzilla



April 11, 2014 01:00 ET

## Webzilla to Participate in the Russian Technologies Conference

AMSTERDAM, NETHERLANDS--(Marketwired - April 11, 2014) - Webzilla, part of XBT Holding, announces its participation in the 8th annual Russian Internet Technologies Conference (ritconf.ru), held in Moscow on the 14th and 15th of April, 2014. Webzilla will join in as a silver sponsor and its representative, Igor Myzgin, will give a speech on "Webzilla's experience in the functioning of high-load websites and new services resulting in a 99,999% uptime."

RIT++ is an IT technology event, "from developers to developers", that covers the whole gamut of web development topics, from system administration and project management to programming languages and web apps. The conference attracts hundreds of visitors annually, with most of the attendees being closely related to the discussed topics. Participants include programmers, system architects, technical directors and managers, heads of IT subdivisions, system administrators and technology professionals from all over the world.

The forum is highly specialist-oriented and its main focus is the exchange of fresh ideas and discussions regarding the new trends in web development. This year's event will be attended by more than 800 visitors and representatives of leading international companies (Facebook, Google, Microsoft, Yahoo, Ebay, Paypal and many others) will give 60 speeches throughout the 2-day length of the conference. Prime topics will include new programming languages, databases and technologies.

Webzilla will participate as a growing service provider and technology developer. Igor Myzgin will talk about the company's experience with 100% uptime based on examples of its customers. He will also discuss three of Webzilla's new services - Cloud computing and files.webzilla, CDN, as well as DDos protection L7.

"What is interesting about RIT++ is the fact that the speakers and the attendees are professionals. This makes the event not only educational but exciting as we can share and discuss different approaches to web developing," said Igor Myzgin, Enterprise Sales Executive of Webzilla. "We are constantly working on new projects and trying to optimize the existing ones. RIT++ gives us the possibility to exchange visions with fellow specialists and we are proud to be a sponsor and a participant."

Webzilla's participation will not be limited to the outlines of the discussion. All peers of Igor Myzgin's speech will be rewarded with a large amount of Webzilla cloud storage. To top that off, the end of the 2nd day of the conference will see a lottery taking place, at the company's booth, with exciting prizes to be won.

About Webzilla

Webzilla is a world leader in enterprise hosting and cloud services, with a private backbone network linking multiple carrier-neutral datacenters in Europe (Luxembourg and the Netherlands), North America (Texas) and Asia (India and Singapore). Partnerships with most major Tier 1 providers ensure

P-F000247

1,500 Gbps capacity and the best connectivity, allowing seamless handling of high-volume traffic at optimal speed and lowest latency. Webzilla's engineering staff is adept at building scalable server architecture optimized for specific business requirements. Webzilla is the trusted hosting infrastructure partner of more than 500 enterprise customers in the most data-intensive industries, including e-commerce, game and software developers, payment platforms, FX brokers and video streaming companies. Visit Webzilla online at webzilla.com.

About XBT Holding

XBT Holding Ltd. is a privately-owned global hosting, network solutions and web development provider founded in 2005, with offices in eight countries. Worldwide enterprise and SMB customers rely on XBT's international expertise and comprehensive service portfolio, including managed dedicated hosting, colocation, shared and VPS hosting, high-performance network, cloud, web and application development services. The company operates a worldwide proprietary network through five carrier-neutral datacenters and 13 points of presence in the United States, Europe and Asia, with more than 16,000 servers throughout seven subsidiaries. XBT Holding partners with most major Tier 1 networks to ensure high-speed international connectivity up to 1.5 Tbps. XBT is now one of the fastest-growing companies in the Internet infrastructure industry. Visit XBT online at http://www.xbt.com .

## Contact Information



PR contact:
Natalia Katina
Marketing Coordinator
nkatina@xbt.com

View Full Site



MARKETWIRED IS NOW PART OF NASDAQ

Copyright ©2016 Nasdaq, Inc. All rights reserved. Legal