# Exhibit 31

| Home | Mail | Flickr | Tumblr | News | Sports | Finance | Entertainment | Lifestyle | Answers | Groups | More |

YAHOO! FINANCE

Search for news, symbols or companies    Search    Sign in

Finance Home   Watchlists   My Portfolio   My Screeners   Markets   Industries   Personal Finance

US Markets are closed

| S&P 500 | Dow 30 | Nasdaq | Russell 2000 | Crude Oil |
| 2,716.26 | 24,964.75 | 7,234.31 | 1,529.99 | 61.77 |
| -15.96 (-0.58%) | -254.63 (-1.01%) | -5.16 (-0.07%) | -13.56 (-0.88%) | +0.09 (+0.15%) |

**Check It Out!**   Low-fi savings method gets high-tech makeover
Have you heard of Yahoo Finance's Tanda? It's like a ROSCA on your phone

## XBT Holding relaunches Corporate Site xbt.com

Marketwired   March 9, 2014

FORT LAUDERDALE, FLORIDA--(Marketwired - Mar 10, 2014) - In line with the continued growth of the companies of XBT Holding, the relaunch of the holding website reflects the corporate ascension of XBT to the ranks of the worlds' top providers of internet infrastructure.

The synergies achieved by the companies that comprise XBT Holding are shown in the structure and design of the new site, where it becomes apparent that XBT Holding is so much more than the sum of its parts.

The explosive growth that followed the founding of Webzilla made the company a major bandwidth player on a global scale. IPTransit was incorporated in 2009 in order to leverage the economies of scale created by this growth, offering bandwidth itself as a product and creating a global Multihomed IP- transit network and handling peering agreements with the biggest Tier-1 providers (see iptransit.com).

A survey of Webzilla customers already using CDN services was the basis of the development and the 2011 launch of Universal CDN, a service that avoided the faults and expanded the strengths of CDN services available at the time. To this day, through constant testing, Universal CDN remains the most competitive an effective way to distribute any media globally (see ucdn.com).

Having focused solely on the higher end of the hosting market until then, in 2012, with the launch of Fozzy, the offer of virtual private servers and shared hosting was presented to the IT world. In a market of tall tales "unlimited" plans, Fozzy offered something that was sorely missing: transparency and honesty about the available resources the customer is guaranteed. The bedrock of the hugely successful dedicated hosting business of Webzilla became the launch pad of the growth of Fozzy, leveraging the top tier hardware, the security of Webzilla and the low latency high speed connections of IPTransit, to offer a service of the highest quality, in prices that are competitive even in emerging markets such as India. A special offering of VPS for Forex is the industry leader, as well as Linux and Windows VPS (see fozzy.com).

**Quote Lookup**

Recently Viewed

Your list is empty.

**What to Read Next**


Health care costs are going to sting more
Yahoo Finance


Los Angeles, California: This Brilliant Compa
EverQuote  Sponsored


Clarence Thomas, in Dissent, Asserts Gun Rights Aren't 'Favored' at High Court
ALM Media

P-F000266

What follows is an extremely fertile period of strategic acquisitions. Root SA, the most advanced hosting provider of Luxembourg came under the fold of XBT in 2012. Strategically located in the geographic center of Europe, Root offers the ideal hosting and co-location solution to financial institutions conducting high frequency arbitrage transactions, as well as being able to provide equal low latency to game companies and many corporate customers (see server.lu).

It was the constant request of these corporate customers to be referred to an app developer by XBT that led to the selection of IBEE Solutions as the final acquisition of 2012. An agile outfit with offices in Dallas, TX, and Hyderabad, India, IBEE has grown its portfolio to more than 2500 satisfied enterprise customers, developing web and mobile apps that stand out for their sophistication and aesthetics.

The addition of the domain servers.com in 2013 and its incorporation into the offerings of Root with the concurrent expansion of Root as a global player brings us to the current moment of the relaunch of the website of XBT Holding, which is only a snapshot of the momentum of carefully managed growth.

The seven companies that operate under the umbrella of XBT Holding have come to be leaders in respect to competitiveness, offering the best price performance ratio in their fields.

By bringing this positioning to emerging markets, providing the same quality of service, reliability, and state-of-the-art infrastructure that was developed for the more mature US and European markets with the highly competitive price/performance ratio, almost exponential growth was the natural outcome.

Combine the mentioned above with the benefits to the customers that the synergies of the companies of XBT Holding can achieve for them, not to mention the ease and simplicity of dealing with just one invoice for all IT infrastructure, and application development, and the basis of success becomes apparent.

The numbers, as can be seen on the new site, speak for themselves: 16000 servers, across 5 datacenters in 3 continents, serve 4600 customers in 7 languages on a 1500Gbps private multihomed network with multiple connections to the biggest Tier-1 providers.

Story Continues

General Electric Could Be the Next Boeing
Motley Fool

This Olympic Halfpipe Skier Didn't Do a Sing Trick. Here's How She Made It to the Games
Time

How Cruise Ships Fill Their Unsold Cabins
Zagline  Sponsored

AT&T loses bid for White House communications about Time Warner deal
Yahoo Finance Video

P-F000267





Start the conversation

Sign in to post a message.

P-F000268

2/20/2018 Case 0:17-cv-60426-UU Document 212-34 XBT Holding Relaunches Corporate Site.xhtml Docket 09/21/2018 Page 5 of 5

4/4

P-F000269