# Exhibit 32



# Webzilla



January 28, 2014 01:00 ET

## Webzilla is Now in the Company of Giants

AMSTERDAM, NETHERLANDS--(Marketwired - Jan. 28, 2014) -  Following months of testing, Webzilla, the fastest growing enterprise hosting company in the world, announces a milestone. Webzilla has proudly included AMS-IX in its list of Points of Presence (POPs) for many years and now is pleased to announce the completion of 100GE connection across its internal network.

The age of 100 Gigabit Ethernet is now.

Webzilla, and its sister company, IP Transit, have joined the exclusive club of only 8 networks in the AMS-IX to boast a 100GE connection to the backbone. Webzilla has transitioned itself to stand among the ranks of exclusive peers such as Netflix, Google, and Akamai, quietly taking its rightful place among the giants.

AMS-IX is currently the second biggest Internet Exchange in the world. Two years ago, tests began with 100GE, on the back of a migration from a pure Layer 2 network to VPLS/MPLS. This is as resilient as it gets in the enterprise.

Today, 100GE can be called a proven technology, in part pioneered by Brocade after the acquisition of Foundry Networks, the exact technology implemented in AMS-IX.

Konstantin Bezruchenko, CTO of Webzilla, commented for the occasion: "This is undoubtedly a turning point for Webzilla...clearly showcasing the ascent of the company to the top level of the hosting industry. Configuring 100GE connection in AMS-IX was a welcomed challenge and going live was the epitome of success. We will continue to move forward, innovating and always on the cutting edge of hosting technology."

The takeaway from this announcement, if the above mentioned acronyms make little sense, is this: Webzilla, as fast and as secure as it gets, always. This is a seal of a world class technological status.

For more information on how to leverage the IT infrastructure of Webzilla for the advantage of your enterprise, visit webzilla.com.

About Webzilla

Webzilla is a world leader in enterprise hosting and cloud services, with a private backbone network linking multiple carrier-neutral datacenters in Europe (Luxembourg and the Netherlands), North America (Texas) and Asia (India and Singapore). Partnerships with most major Tier 1 providers ensure premium 1,300 Gbps connectivity, allowing seamless handling of high-volume traffic at optimal speed and lowest latency. Webzilla's engineering staff is adept at building scalable server architecture optimized for specific business requirements. Webzilla is the trusted hosting infrastructure partner of more than 500 enterprise customers in the most data-intensive industries, including e-commerce, game and software developers, payment platforms, FX brokers and video streaming companies. Visit Webzilla online at webzilla.com.

About XBT Holding

P-F000231

XBT Holding Ltd. is a privately-owned global hosting, network solutions and web development provider founded in 2005, with offices in eight countries. Worldwide enterprise and SMB customers rely on XBT's international expertise and comprehensive service portfolio, including managed dedicated hosting, colocation, shared and VPS hosting, high-performance network, cloud, web and application development services. The company operates a worldwide proprietary network through five carrier-neutral data centers and 13 points of presence in the United States, Europe and Asia, with more than 16,000 servers throughout seven subsidiaries. XBT Holding partners with most major Tier 1 networks to ensure high-speed international connectivity up to 1.5 Tbps. XBT is now one of the fastest-growing companies in the Internet infrastructure industry. Visit XBT online at http://www.xbt.com .

## Contact Information

PR contact:
Natalia Katina
Marketing Coordinator
nkatina@xbt.com



View Full Site



About Marketwired
Marketwired News
Community Builders
Privacy
Site Map
Accessibility

Products
Marketwired Resonate
Marketwired Influencers
News Distribution
IR/PR Newsroom (Impress)
Media Database (MediaHub)

Resources
Brochures
Case Studies
E-Books / Tip Sheets
Webinars / Videos

Newsroom
All News
Headlines Only
Advanced Search
RSS Newsfeeds
Hot Off the Wire
Personal Beat
CASL Compliance

Connect With Us

MARKETWIRED IS NOW PART OF NASDAQ
Copyright ©2016 Nasdaq, Inc. All rights reserved. Legal

P-F000232