# Exhibit 35



# FX co-location:
## what's fuelling the rush?



The demand for co-location services is still booming despite the market's maturity but, as Dan Barnes discovers, the detonation of the Swiss Franc cap in mid-January has necessitated some emergency packages for firms in trouble.

Co-location minimises propagation delay by reducing the distance that data has to travel between the sender and receiver, therefore lowering the latency that trading signals and data incur. High-frequency trading has driven a lot of the interest in low-latency technology, but speed also matters for other types of traders who are keen to execute orders as rapidly as possible. When it comes to trading on the financial markets every microsecond matters and co-location providers have several methods of delivering the connections that their clients require.

"The first factor that should be considered is the location diversity," says Nikolay Dvas, Project manager at Webzilla. "Physics puts a limit on signal transmission velocity, and only by being present in different regions can a colocation provider satisfy a broad range of demanding customers. Secondly, network quality is crucial, with low latency and high stability being particularly important. When choosing a colocation provider, any potential client should ask for a server trial, in order to check the network quality first-hand, rather than rely on the provider's claims. Thirdly, colocation providers should be members of all important internet exchanges and should use high-quality network equipment, further ensuring a high-end connection for their clients."

> "Physics puts a limit on signal transmission velocity, and only by being present in different regions can a colocation provider satisfy a broad range of demanding customers."

Failure to take these into account can create problems for firms and their clients, particularly as a business attempts to expend into new geographies, says Jubin Pejman, CEO of FCM360.

"We do hear from brokers whose customers in Asia are complaining about how bad their execution is," he says. "They need to start telling their customers that there are opportunities to put a server closer to where the broker's engine is. They are not going to be able to provide 3,000 customers in mainland China with a good service having a server in London or New York. However we can put a proxy server in Tokyo that will take care of the problem. We have done the research on this and Tokyo is hands down the place that you want to be. From the governance, the location, the serviceability and the proximity back and forth between London and New York, it is good."

Jason Mochine, Commercial Director at Fixnetix, a Front Office Managed Service Provider, notes that the last few years have seen co-location popularized as a low-latency solution. Fixnetix provides co-location to their customers



Nikolay Dvas

on a backbone of over 40 data centres and connectivity to over 90 liquidity venues. What we have seen, he says, is that many of the larger banks have implemented global co-location build-outs for FX and now the number of smaller brokers opting to migrate their systems onto a co-located environment is increasing as well. We are seeing the formation of virtuous cycles as brokers, traders, electronic communication networks and exchanges have coalesced to natural centres of excellence. He notes that there are still big global FX co-location build-outs occurring and also less bespoke solutions for the smaller players. "We are seeing shared, low cost environments lowering the cost of entry for smaller brokers requiring 'good-enough' connectivity and computing

P-F000013

**NETWORKS, HOSTING & CONNECTIVITY**

**FX co-location: what's fuelling the rush?**

"The FX Market lacks the centralised trading platform of other markets such as equities and futures and therefore has unique characteristics that make the approach to colocation instruments specific."



Jubin Pejman

power," he says. He adds that beyond the convenience of a managed environment, the use of existing, deployed turnkey services offers a quicker time to market. but can lack differentiation other than the trading strategy being deployed.

Trading firms are not 'keeping up with the Joneses' in latency terms says Matt Dangerfield, director at outsourced connectivity provider FXecosystem, but instead are following the maturity of the market. He notes that the market has evolved across factors such as reliability, flexibility, agility and speed.

"It all comes down to the number of 9's you want in terms of uptime and execution guarantee," he says. "Regardless of how you are trading or what products you are trading being the first to trade generally wins; there are very few scenarios where being second or third or staying away from the market gets you the desired result. That can be a strategy in its own right but generally it is about hitting an offer first. The drive to co-location is really around reliability and being number one - it's an evolution not a revolution."

### SENSE OF COMMUNITY

Putting the right service together for a client requires an understanding of the characteristics that make a given co-location set-up work. Physical location matters in terms of accessing the data centre via networks and telecommunication lines, but Mochine says that having a large number of participants and liquidity in a market is more important, as is the quality of support and staffing available. "In theory" speculates Jason, "an ECN could move to somewhere remote, but in all likelihood the close proximity of market participants in popular data centres means that ECNs increasingly want to locate there, rather than try to hold their own in a separate location" he says. "I think it's about joining the dots. Local remote hands in a DC can tell

**Co-location ought to allow FX traders to 'hop' over their existing corporation's infrastructure**



P-F000014

**NETWORKS, HOSTING & CONNECTIVITY**

### FX co-location: what's fuelling the rush?

you whether the lights are on, a fully managed service provider like Fixnetix will notify and possibly reimburse the client if latency increases regardless of where the problem is located. It's about seeing the trading environment for what it is and what is trying to be achieved by the business concerned not the independent components."

This critical mass is of far more importance in FX. Pejman notes that "The FX Market lacks the centralised trading platform of other markets such as equities and futures and therefore has unique characteristics that make the approach to colocation instruments specific."

He also says that, "One big player in the data centre space announced very recently that it has 19 out of 21 swap execution facilities (SEFs) registered with it and a number of exchanges hosting with it too. For traders in certain asset classes they can dictate their price. With the FX world it's slightly different. It's more about where the community is and if the community decides to move, for example if a liquidity provider decides that they are going to move or offer a faster location somewhere else, everyone can just move round. You don't have to have a worry about buying the whole floor up below an exchange you have to look for your community. Then you need to identify which community you sit in, retail or institutional, and how that affects how you would want to set up."

There is a risk that cheaper, basic co-location services might appeal to firms but not fit the direct needs of the firm.

Webzilla's Project Manager says: "Depending on the specifics of the equipment, clients might end up actually paying more in the long-term. Virtually every side of the service can suffer due to a lack of IT staff and hardware support, including network quality, network and power availability and redundancy, support levels, on-site security, quality of monitoring tools provided and ease of access for the client's engineers. In addition, this can also lead to missing different certifications, such as PCI DSS, SOC2 or ISO 27001."

The factors influencing whether a trading firm should consider employing a fully managed service must take into account their own capabilities, in the financial and human capital sense.

"If the scale of the operation is large enough for an insourced solution to be financially sound, the decision is halfway made," says Dvas. "On top of that, the companies should also question their internal competence in managing the operation, as well as the IT strategies and procedures that should be in place for it to function. This evaluation is helpful in the decision whether to keep the equipment in-house or to make use of a specialized provider's services."

Dangerfield says that a firm has to work from the price point it is comfortable with and then assess the range of vendors in the market that offer different things for select clientele.

"Although you may be a trading sensitive person you have got to look at your overall strategy of what you are doing in IT and that data centre,"

**Jason Mochine**

"A high performing managed service provider ought to be able to design to specification, offer design recommendations, commit to the lowest latencies and highest availability and provide 24/7/365 proactive monitoring and enhancement recommendations."

P-F000015

**NETWORKS, HOSTING & CONNECTIVITY**

**FX co-location: what's fuelling the rush?**

he says. "Have I just got one cab for FX and another for another asset class or do I share across asset classes? What's the importance of where I am in my location and how am I actually leveraging my 1 gig or 10 gig switch? All of these are compounding factors you have to consider when you are choosing your strategy."

### GETTING BACK ON THEIR FEET

The uncapping of the Swiss franc on 15 January 2015 hit the market hard and challenged many firms' very existence. As a result their investment into co-location and other alpha-generating resources has had to be questioned.

Pejman says that FCM360 has been contacting firms who have been hit by the Swiss National Bank's actions in an effort to help them carry on trading.



**When it comes to trading services, every microsecond matters**



**Matt Dangerfield**

*"The drive to co-location is really around reliability and being number one - it's an evolution not a revolution."*

"We have been sending people a very clear message that we don't want the shocking and devastating events that has hit your market to stop you from rolling out with your projects," he says. "And we have put together an inventory list of what we can do for people to help them at a much lower cost. We are offering this in different commercial terms knowing that this thing is actually so bad, there are a lot of people who won't even be out in the marketplace actively looking."

He says that for clients who qualify as a good partner and have an established business FCM360 may be able to offer support, exploring the options that exist with alternative technologies to get projects back up and running.

There are also drivers for lower cost services amongst firms who have not been carried away by the hype of making money via the world of technology-led trading. However traders must be wary about the services they are signing up for, says Dangerfield.

"A lot of people see the FX world and think there is loads of

P-F000016

**NETWORKS, HOSTING & CONNECTIVITY**

### FX co-location: what's fuelling the rush?

money to be made, that if these guys are creaming it in, then they can do it easier," he says. "The reality is that for most people who do it and can't afford the proximity of co-location services they will naturally go with a vendor. There are a number of front-end vendors that will give you that ability to hit them from the internet and then they will normalise the order flows. They normally have their own liquidity pools because it's an unregulated market. They will do a cross or match for you and then they will go out to either institutional or retail ECN's or LP's. So they can virtualise the simulation of what you are getting but if you look at interbank rate pricing on any currency, compared to what you have just got you will notice there is a huge skew."



**It all comes down to the number of 9's you want in terms of uptime and execution guarantee**

Dvas says that FX clients are typically looking for internet service providers (ISPs) who can provide ultra-low latency and an overall high performance speed which makes fibre-based infrastructure the optimal choice for the industry.

"However, it is possible that the customer either doesn't have access to a reliable fibre-optic provider or lacks the budget to employ one," he says. "In this case, the best option is to look for an ISP who is likely to expand their service portfolio in the future and has a growing customer base, ensuring further infrastructure upgrades. Before choosing an ISP, it is strongly recommended that the client should make some preliminary testing of the provider's IT support."

Fixnetix operates on the basis that customers in the FX space are looking for three key factors when considering outsourcing to a third party provider- performance, agility and service. Co-location ought to allow FX traders to 'hop' over their existing corporation's infrastructure that may not have been designed or tuned with them in mind, Jason Mochine notes.

"A high performing managed service provider ought to be able to design to specification, offer design recommendations, commit to the lowest latencies and highest availability and provide 24/7/365 proactive monitoring and enhancement recommendations," he says. "From an agility perspective, look out for time to market, commercial as well as technical agility and the flexibility to mix and match bespoke with shared components. Finally, does the organisation have a service mentality, is service engrained in the standard operational procedures, can they evidence this with a number of continuous improvement activities in the recent past?"

P-F000017