# Exhibit 36

# FX traders see sunshine through the Cloud



**Dan Barnes discovers how high availability, improved tolerance and increased scalability are leading FX traders to place more confidence in the Cloud.**



Ownership of digital real estate can be likened to the ownership of wealth; at some point physically holding it becomes impractical and a 'virtual' alternative must be considered. As with wealth, using a secure specialist, who can 'lend' additional resources when they are needed, provides a flexibility that can really boost a business.

Jubin Pejman, managing director of FCM360, a technology provider for derivatives trading firms, says, "We define our Cloud as a collection of different data centres around the world with different connectivity options and different types of computing. A defined set of components that you can select to provide a solution."

In the highly distributed and fluid foreign exchange markets, a highly distributed technology model carries obvious advantages. Nevertheless placing such important assets in the hands of a third party has not always been a comfortable choice for FX trading firms.

John Stead, pre-sales manager at financial software provider smartTrade Technologies, says that the concerns around a lack of security and governance which were found amongst early adopters of Cloud technology within FX, were more a consequence of working with providers who were using a general, rather than private, Cloud.

"At smartTrade we have built our own private Cloud. We are using low latency bare-metal virtualization –where hypervisor is directly installed and executed from the hardware, based on the smartOS operating system. We fully own hardware and network equipment. That way, we can offer dedicated infrastructure to our clients that guarantees security and separation with high performance, " he says.

Pejman says that those worries about security are fading as the market matures and traders get to grips with what is on offer.

"There is no public Cloud that is secure - Amazon mines the data in its Cloud," he says. "There are other providers out there - Rackspace, Softlayer and IBM - who have huge market share, but don't have what you need in the financial services industry, however their services cost as much as a specialist service like ours. Our Cloud is private, no-one else has any access to it, we don't comingle any type of data that would be problematic."

**NETWORKS, HOSTING & CONNECTIVITY**

**FX traders see sunshine through the Cloud**

> "We define our Cloud as a defined set of components that you can select to provide a solution."



Jubin Pejman

### CATERING TO TRADING FIRMS

As the service offering has matured, providers have gained the ability to better cater for the needs of trading firms says Tanuja Randery, president for strategy and marketing for BT Global Services.

"We have seen the development of the hybrid Cloud environment which is no longer about what is public - as with Google and Amazon - or private, but sees those two worlds collide offers," she says. "In the enterprise we are offering clients the option to deal with lower-cost, flexible less mission-critical services and also to operate enterprise grade services within the same environment. That has helped firms move away from worrying about what to put in Cloud."

In fact, Stead argues, Cloud technology can be as secure as in-house hardware on the condition that the hardware itself is managed by the solution provider, allowing the platform to offer a straightforward business continuity solution.

"With our private Cloud you can have safe disaster recovery with data copied instantly in real time to another centre with a hot/hot solution. As the operation is performed onto exclusive secure servers, it is just as safe as having it copied within an in-house centre," says Stead. "Today we are live in London, New York and Tokyo; other locations can be accommodated if needed. Because we are managing our own hardware and do not comingle data between clients, our solution is perfectly secure. Our clients have the choice to have the solution either hosted in our private Cloud and fully managed by smartTrade or as a software only solution they manage themselves. By doing so, they are free to choose the right deployment according to their technology needs and capability."

### WHAT YOU WANT, WHEN YOU WANT

A further advantage is found in the flexibility that Cloud can provide. An 'on-demand' infrastructure, plugging into the shared computing resources within a datacentre to scale computer processing power lets a trading firm move its resource costs in line with business demands as they increase and decrease.

"Gone are the days of spending US$10million to build a huge co-location facility, just before volumes collapse," says Jake Loveless, CEO at Lucera, "We are a Cloud computing company, offering month-to-month contract, on-demand scalability. You access services via a portal, it is a community-based infrastructure and is only for finance. You click a machine and that machine is then provisioned or create in New York, London or Chicago. You can make it bigger or smaller, or add more of those machines, so that is the compute part for adding power."

Deltix, a provider of software and services for quantitative research and trading, primarily supports hedge fund clients who see the Cloud as a facility to get hardware resources at a lower cost. For Deltix, using a Cloud system is advantageous because it provides scalability; it is advantageous to host systems in the Cloud, although it may be a little more expensive, because clients can be on-boarded in a matter of hours.



Tanuja Randery

> "In the enterprise we are offering clients the option to deal with lower-cost, flexible less mission-critical services and also to operate enterprise grade services within the same environment."

P-F000019

**NETWORKS, HOSTING & CONNECTIVITY**

**FX traders see sunshine through the Cloud**



**Computational power is synonymous with the Cloud**

Ilya Gorelik, CEO, Deltix says, "For our clients, the Cloud is the facility to get hardware resources at a lower cost. Instead of them owning the infrastructure they can rent the servers. This can be deployed in the area of research and in the deployment of trading infrastructure in fewer places. A Cloud is really more like a data centre."

Olivier Virzi, COO, Olfa Trade, specialists in IT solution engineering and implementation for the finance and banking industry, has also seen advantage from the deployment of Cloud systems for onboarding clients.

"Olfa Trade's Cloud architecture is based on ground-breaking models applied to large e-commerce infrastructures in order to comply with our clients' main concerns," he says. "First of all, scalabilities of the systems which is a major step forward, stops us having to focus on the profitability of a client during set up. The Cloud technology also enables us to use only what is necessary and adjust when needed and therefore it opens up much wider commercial perspectives. Moreover, the outsourced systems management allows clients to fully delegate infrastructure issues and focus on their core business and save on costly internal maintenance resources."

Although institutional clients, hedge funds and especially thematic and high frequency trading (HFT) firms typically want to own their trading technology, they are happy to have the computing resources that they use to crunch data and test models provided via the Cloud.

"With FX, people look at market microstructure and have started to think about liquidity and look at market depth data," says Gorelik. "The strategies they are building often tend to go into cross-asset class models where they tend to look at FX and FX futures combined. The forex world doesn't have a variety of instruments unlike equities or futures and options, but it has much higher liquidity across a wider range of places to trade and therefore a variety of prices. As such the technical analysis models and spot forex can offer really efficient execution where spreads and execution costs can be below that of



John Stead

"Our clients have the choice to have the solution either hosted in our private Cloud and fully managed by smartTrade or as a software only solution they manage themselves. By doing so, they are free to choose the right deployment according to their technology needs and capability."

P-F000020

**NETWORKS, HOSTING & CONNECTIVITY**

FX traders see sunshine through the Cloud

> "For the purposes of connectivity you can spin connections up and down and then keep those liquidity destinations that work for you, by having the flexibility to experiment."



Jake Loveless

That means using the highest possible computational power. Even five years ago the machine learning minute would be limited to calculating in minutes or seconds, now it is clearly using tick data for machine learning algos."

### FRACTURED PRICES

In addition to seeking alpha, FX traders also face challenges around validating price data, due to the distributed nature of the market. "To trade FX is harder than equities in a lot of ways because, just in New York alone, you have to have 20 connections to different liquidity providers just to have a decent bead on the price. You need 100 for a good bead," Loveless says. "The next infrastructure hurdle in foreign exchange is connectivity; the market is wildly decentralised the futures market."

This focus on data analysis lends itself to the use of Cloud computing service providers; there is need for more computational power, not because there are many instruments as in equities or fixed income, but because the granularity of data is growing. Trading firms that focus on machine learning like the fact that the forex world does not offer a lot of variability in terms of asset class or instruments.

"Their strategy is to combine particular sources such as news, social media, certain events and find stable patterns and forex is almost ideal because there is not such a big domain to search," he explains. "If you take the 20 most active currency pairs in that universe and you have got high quality market data, it is still small compared to thousands of equities or futures. Then they have the hypothesis that computers can sift the numbers, spot patterns and mine the patterns. As a result it is quite common in the FX world to use machine learning.

## Webzilla's take on FX and the Cloud

Webzilla, part of XBT Holding Ltd, is a leader in cloud services and a hosting infrastructure partner for many FX brokers. The company says worries about Cloud security, while not gone completely, are steadily becoming more and more negligible and the market for computational power is expanding rapidly due to several key factors. First and foremost come the pair of affordability and scalability. "Investing as much as you need, whenever you need is what makes the Cloud so appealing", says Konstantin Bezruchenko, CTO of Webzilla. "In the past, to invest in computer resources was quite risky. It required a large investment upfront with no way back. If it would prove inefficient, the losses would be massive."

The Forex industry, in particular, relies heavily on data analysis. Using the computational power of the Cloud allows for more in-depth reports and provides a constant stream of sensitive data for the purposes of trading. On top of that, new companies without the necessary funds to invest in own infrastructure benefit from the on-demand resources they are able to utilize. The cost is not fixed but rather scalable and varies depending on particular needs.

"Webzilla has years of experience working with leaders in the FX industry, such as MetaQuotes, and has been developing its Cloud solution hand in hand with the particular features that the industry depends on. Utilizing the most innovative software and combining it with virtually unlimited computational power makes Webzilla a Cloud provider with sufficient Forex experience and resources to successfully partner any company in the industry," says Mr. Bezruchenko.

P-F000021

FX traders see sunshine through the Cloud

**Worries about security are fading**

and becoming more so as time goes on; to me foreign exchange looks a lot like the dark pool / ECN world of equities. Post-decimalisation but pre-Reg NMS. The difference in FX is that anybody can create matching centre. The barriers to entry are really just technology barriers, you have had the rise of the agency desk and the concept of three- and four-way give-ups, so everyone is splitting up their own private pools of liquidity."

Lucera operates a software defined network, which means it runs two 10-gig connections to a given destination and when a client is using a server within its Cloud the ability to connect to destination 'A' is delivered via an application programming interface.

"For the purposes of connectivity you can spin connections up and down and then keep those liquidity destinations that work for you, by having the flexibility to experiment," Loveless says.

Gorelik notes that fragmentation means the forex world has certain disadvantages; there is no such thing as a standard electronic communications network (ECN) or market data.

"Firms like Integral publish market data but it is all indicative," he says. "The next level is to see exactly what spreads are for Citi or for Bank of America. What are the ideal conditions for the Cloud? Developments in computational power are definitely moving along the right lines, people have more power on the Cloud. There is a high demand for reasonable data on the Cloud however owners of data don't want to offer it on the Cloud yet, and so we will need to wait a bit before data is offered in the same way as it is for equities."

In equities all of the elements for Cloud growth are already in place he notes; market data is becoming more of a commodity, and since 2010 a lot of firms have recorded data at a high level of quality, so there is potential for deploying high-quality market data in the Cloud. "Since computational power is synonymous with the Cloud, that brings the promise of less expensive modelling," he says. "Once you


Ilya Gorelik

"There is a high demand for reasonable data on the Cloud however owners of data don't want to offer it on the Cloud yet, and so we will need to wait a bit before data is offered in the same way as it is for equities."

---

"We can see strong FX players and liquidity providers who can use the Cloud and virtualisation to reach into markets where the barriers to entry for them would have been too high."


Michael Cooper

build a successful model then you want to deploy them then you have more demands from the Cloud, and so the Cloud will just be growing."

Loveless has also observed issues stemming from fragmentation, which large amounts of computing power can help to solve.

"You have this concept of last look, the historical microstructure of the asset that the provider of liquidity has optionality around providing the price they quote, so they have the option to say 'no'," he says. "If you are a taker of liquidity it has an interesting side effect. If I am a provider of liquidity and I have ten sources of liquidity, because I can say 'no' to a liquidity taker, there is no incentive not to publish my price to all ten takers. If I have €1 million to buy I tell all ten I have €1 million to buy. On the other side an aggregator will see €10 million but there isn't, there's €1 million so computationally figuring out which is real liquidity which is a root price, which is a replicated price, that is a nice big data scale-out problem."

**LEVELLING THE FIELD FOR ENTRANTS**

Across different trading firms the use of the Cloud to optimise, standardise and decouple the operating environment, provide enormous computing resources on demand, while maintaining and sustaining best practice is a major advantage.



Olivier Virzi

"The Cloud technology also enables us to use only what is necessary and adjust when needed and therefore it opens up much wider commercial perspectives."

Michael Cooper, chief technology officer for network and technology provider BT Radianz Services, says, "We can see strong FX players and liquidity providers who can use the Cloud and virtualisation to reach into markets where the barriers to entry for them would have been too high. This is making FX a more democratic environment. One of the things with the Cloud is that it decouples you from your environment so you can scale without disruption and you can move quickly, without relying on reciprocal activities elsewhere."

Gorelik also notes a change in the appetite of some firms, based upon the provision of services via the cloud.

"Definitely I see people with low budgets coming to us and asking if we can offer facilities and what might be possible, when they wouldn't ask these questions before," he says. "There are even social computing networks and quant companies hooking up."

Offering hope to new players will in some senses be disruptive – the sudden scalability without enormous investment in infrastructure can allow the imaginations of traders to be liberated and explored far more than ever before, creating a brave new world of innovation.

"It used to be the case that if you had trading idea you had to spend US$3 million on infrastructure and then hope you made US$3.5 million back," says Loveless. "Every build out was a massive risk, it was not conducive to experimentation. Now with the ability to use computing on demand that risk has simply vanished. One firm, Wolverine Trading came to Lucera, spun a bunch of machines up and went to experiment with trading development in the Cloud. Firms can take a project further or leave it at a much lower cost. If it works scale it up, if it doesn't work don't."



P-F000022