# Exhibit 38

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3     _____
                                          )
 4     ALEKSEJ GUBAREV, XBT HOLDING S.A.,  )
       and WEBZILLA, INC.,                 )
 5                                         )
                      Plaintiffs,          )
 6     vs.                                 ) Case No.:
                                           ) 17-CV-60426-UU
 7     BUZZFEED, INC., and BEN SMITH,      )
                                           )
 8                    Defendants.          )
       _____)
 9

10

11                    ** CONFIDENTIAL **

12          ** PURSUANT TO A PROTECTIVE ORDER **

13

14

15               VIDEOTAPED DEPOSITION OF

16                    NIKOLAY DVAS

17                 LIMASSOL, CYPRUS

18               THURSDAY, MAY 17, 2018

19                    9:45 A.M.

20

21

22

23

24

25     REPORTED BY:  BRENDA MATZOV, CA CSR 9243
```

1              Videotaped deposition of NIKOLAY DVAS,

2    taken in the above-entitled cause pending in the

3    United States District Court, Southern District of

4    Florida, pursuant to notice, before BRENDA MATZOV,

5    CA CSR 9243, at Elias Neocleous & Co., Neocleous

6    House, 195 Makarious III Avenue, Floor -1, Limassol,

7    Cyprus, on Thursday, the 17th day of May, 2018, at

8    9:45 a.m.

9

10

11   APPEARANCES:

12   FOR PLAINTIFFS:

13            BOSTON LAW GROUP, PC
              By:  VAL GURVITS, ESQ.
14            825 Beacon Street
              Suite 20
15            Newton Centre, Massachusetts 02459
              (617) 928-1800 / Fax (617) 928-1802
16            vgurvits@bostonlawgroup.com

17

18   FOR DEFENDANT BUZZFEED, INC.:

19            DAVIS WRIGHT TREMAINE, LLP
              By:  NATHAN SIEGEL, ESQ.
20                 ALISON SCHARY, ESQ.
              1919 Pennsylvania Avenue NW
21            Suite 800
              Washington, DC 20006-3401
22            (202) 973-4200 / Fax (202) 973-4499
              nathansiegel@dwt.com
23            alisonschary@dwt.com

24

25

```
 1    APPEARANCES (Continued):

 2    FOR DEFENDANT BUZZFEED, INC.:

 3              DAVIS WRIGHT TREMAINE, LLP
              By:  KATHERINE M. BOLGER, ESQ.
 4              1251 Avenue of the Americas
              21st Floor
 5              New York, New York 10020-1104
              (212) 489-8230 / Fax (212) 489-8340
 6              katebolger@dwt.com

 7

 8    ALSO PRESENT:

 9              ALON MATZOV, Videographer

10              ALEKSEJ GUBAREV (partial)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2   WITNESS

 3   Nikolay Dvas

 4

 5   EXAMINATION                              PAGE

 6   By Mr. Siegel                             20

 7

 8

 9                  E X H I B I T S

10   NUMBER          DESCRIPTION              MARKED

11   Exhibit 1       LinkedIn Profile of Nick Dvas
                     (No Bates Number)         40
12
     Exhibit 2       Website Article from
13                   "www.linux.com" Entitled
                     "Exclusive Interview:  Nick
14                   Dvas of Servers.com," Print
                     Date May 16, 2018
15                   (No Bates Number)         44

16   Exhibit 3       E-mail from Zach Cutler to
                     Nick Dvas, Dated September 22,
17                   2015, Subject:  "Thanks for
                     Contacting Cutler"
18                   (Bates P-P000950)         48

19   Exhibit 4       E-mail from Zach Cutler to
                     Nick Dvas, Dated October 2,
20                   2015, Subject:  "Cutler
                     Proposal, as Requested"
21                   and Related Attachment
                     (Bates P-P000962, Attachment
22                   No Bates Number)          49

23

24

25
```

```
 1              E X H I B I T S

 2   NUMBER           DESCRIPTION                    MARKED

 3   Exhibit 5        E-mail from Zach Cutler to
                      Nick Dvas, Dated October 13,
 4                    2015, Subject:  "Re:  Cutler
                      Proposal, as Requested" and
 5                    Related E-mail Chain
                      (Bates P-P000977 to P-P000980)    54
 6
     Exhibit 6        E-mail from Marilyn Gerber to
 7                    Nick Dvas and Others, Dated
                      October 26, 2015, Subject:
 8                    "Servers.com/Cutler PR Call
                      Recap - 26 Oct"
 9                    (Bates P-P001019)                  59

10   Exhibit 7        E-mail from Marilyn Gerber to
                      Nick Dvas, Dated October 30,
11                    2015, Subject:  "RE:  Examples
                      of Bylined Articles" and
12                    Related E-mail Chain
                      (Bates P-P001024 to P-P001025)    62
13
     Exhibit 8        E-mail from Nick Dvas to
14                    Marilyn Gerber and Olga Galkina,
                      Dated November 14, 2015, Subject:
15                    "Re:  Checking In" and Related
                      E-mail Chain
16                    (Bates P-P001039 to P-P001041)    63

17   Exhibit 9        E-mail from Marilyn Gerber to
                      Nick Dvas and Others, Dated
18                    December 2, 2015, Subject:
                      "Good News:  Network World
19                    Says 'Yes' to Bylined Article;
                      Form Must be Submitted" and
20                    Related E-mail Chain
                      (Bates P-P001057)                  69
21
     Exhibit 10       Article from Network World
22                    Entitled "Technical Debt:
                      Hot to Assess It and Manage
23                    It," Dated December 23, 2015
                      (No Bates Number)                  69

24

25
```

```
 1                  E X H I B I T S

 2    NUMBER            DESCRIPTION                    MARKED

 3    Exhibit 11        E-mail from Nick Dvas to
                        Marilyn Gerber, Dated December 3,
 4                      2015, Subject:  "Fwd:  Percona
                        Partnership Press Release Draft"
 5                      and Related Attachment
                        (Bates P-P001058, Attachment
 6                      No Bates Number)                  71

 7    Exhibit 12        E-mail from Marilyn Gerber
                        to Nick Dvas and Olga Galkina,
 8                      Dated December 10, 2015, Subject:
                        "RE:  Lux.reasons" and Related
 9                      E-mail Chain
                        (Bates P-P001080 to P-P001084)    72
10
      Exhibit 13        E-mail from Marilyn Gerber
11                      to Nick Dvas and Zach Cutler,
                        Dated December 17, 2015, Subject:
12                      "RE:  Good News - Forbes" and
                        Related E-mail Chain
13                      (Bates P-P001098)                 74

14    Exhibit 14        E-mail from Marilyn Gerber
                        to Nick Dvas and Others, Dated
15                      December 28, 2015, Subject:
                        "Good News:  CNBC Runs Luxembourg
16                      Byliner" and Related E-mail Chain
                        (Bates P-P001126 to P-P001127)    74
17
      Exhibit 15        E-mail from Nick Dvas to
18                      Marilyn Gerber and Others,
                        Dated December 29, 2015,
19                      Subject:  "Re:  Good News:
                        CNBC Runs Luxembourg Byliner"
20                      and Related E-mail Chain
                        (Bates P-P001133 to P-P001136)    76
21
      Exhibit 16        E-mail from Marilyn Gerber
22                      to Nick Dvas and Olga Galkina,
                        Dated January 7, 2016, Subject:
23                      "Servers.com/Cutler PR Call
                        Recap - Jan. 6"
24                      (Bates P-P001158)                 77

25
```

```
 1                   E X H I B I T S

 2     NUMBER            DESCRIPTION                    MARKED

 3     Exhibit 17        E-mail from Marilyn Gerber
                         to Nick Dvas and Others,
 4                       Dated January 17, 2016,
                         Subject:  "Servers.com PR
 5                       Activity Report - December
                         2015" and Related Attachment
 6                       (Bates P-P001163, Attachment
                         No Bates Number)                83
 7
       Exhibit 18        E-mail from Marilyn Gerber to
 8                       Nick Dvas, Dated February 10,
                         2016, Subject:  "RE:  Question
 9                       About Today's Call" and Related
                         E-mail Chain
10                       (Bates P-P001180)               84

11     Exhibit 19        E-mail from Nick Dvas to
                         Marilyn Gerber and Others,
12                       Dated February 18, 2016,
                         Subject:  "Re:  Need Immediate
13                       Turnaround, Please! ... RE:
                         Post-Cloud" and Related E-mail
14                       Chain and Attachment
                         (Bates P-P001191, Attachment
15                       No Bates Number)                86

16     Exhibit 20        E-mail from Marilyn Gerber to
                         Olga Galkina and Others, Dated
17                       February 22, 2016, Subject:
                         "Need Photo of Nick - As Soon
18                       As Possible"
                         (Bates P-P001193 to P-P001194)  88
19
       Exhibit 21        E-mail from Nick Dvas to
20                       Marilyn Gerber and Others,
                         Dated February 23, 2016,
21                       Subject:  "Re:  Need Photo
                         of Nick - As Soon As Possible"
22                       and Related E-mail Chain
                         (Bates P-P001203 to P-P001205)  88
23

24

25
```

```
 1                  E X H I B I T S

 2    NUMBER           DESCRIPTION                  MARKED

 3    Exhibit 22       E-mail from Marilyn Gerber
                       to Nick Dvas and Others,
 4                     Dated February 25, 2016,
                       Subject:  "Nick's Article
 5                     Featured in Cloud Strategy
                       Magazine"
 6                     (Bates P-P001211 to P-P001213)    90

 7    Exhibit 23       Website Article from
                       "www.missioncriticalmagazine.com"
 8                     Entitled "Bare Metal Servers:
                       The Next Big Thing in Cloud
 9                     Hosting," Dated February 25,
                       2016
10                     (No Bates Number)                 90

11    Exhibit 24       E-mail from Nick Dvas to
                       Zach Cutler and Others, Dated
12                     February 25, 2016, Subject:
                       "Re:  Nick's Article Featured
13                     in Cloud Strategy Magazine"
                       and Related E-mail Chain
14                     (Bates P-P001214 to P-P001215)    94

15    Exhibit 25       E-mail from Nick Dvas to
                       Zach Cutler, Dated March 14,
16                     2016, Subject:  "Re:  PR Plan"
                       and Related E-mail Chain
17                     (Bates P-P001227 to P-P001228)    94

18    Exhibit 26       E-mail from Marilyn Gerber
                       to Nick Dvas and Others,
19                     Dated March 23, 2016, Subject:
                       "SYS-CON Article Has Posted"
20                     and Related E-mail Chain
                       (Bates P-P001240)                 96
21
      Exhibit 27       E-mail from Zach Cutler to
22                     Nick Dvas, Dated March 31,
                       2016, Subject:  "Re:  Good
23                     News" and Related E-mail Chain
                       (Bates P-P001243)                 97
24

25
```

```
 1                  E X H I B I T S

 2    NUMBER           DESCRIPTION                    MARKED

 3    Exhibit 28       Website Article from "www.inc.com"
                       Entitled "18 Tech Companies to
 4                     Get Excited About," Print Date
                       May 13, 2018
 5                     (No Bates Number)                97

 6    Exhibit 29       Russian Website Article
                       (Bates P-F000119 to P-F000121)   107
 7
      Exhibit 30       Russian Document
 8                     (Bates P-F000028 to P-F000045)   114

 9    Exhibit 31       Letter from Servers.com, Nick
                       Dvas, to Ketchum, Inc., Undated
10                     (Bates KGlobal 000547)           118

11    Exhibit 32       E-mail from Olga Galkina to
                       Charles Dolan, Dated April 11,
12                     2016, Subject:  "Re:  Checking
                       In" and Related E-mail Chain
13                     (Bates P-P001256 to P-P001257)   123

14    Exhibit 33       Russian Website Article from
                       "2016.russianinternetforum.ru"
15                     (No Bates Number)                123

16    Exhibit 34       E-mail from Olga Galkina to
                       Charles Dolan, Dated June 12,
17                     2016, Subject:  "Forum"
                       (Bates P-P001294)                127
18
      Exhibit 35       E-mail from Nick Dvas to Modupeh
19                     Jahamaliah, Dated August 23,
                       2016, Subject:  "Re:  Bi-Weekly
20                     Servers.com Conference Call"
                       and Related E-mail Chain
21                     (Bates P-P001448 to P-P001449)   137

22    Exhibit 36       (No Exhibit 36 was marked.)       --

23    Exhibit 37       Document from KGlobal Entitled
                       "Servers.com:  Proposal for
24                     Public Relations Support"
                       (Bates KGlobal 001329 to 001336) 140

25
```

```
 1               E X H I B I T S

 2     NUMBER          DESCRIPTION                MARKED

 3     Exhibit 38      E-mail from Nick Dvas to Charles
                       Dolan, Dated July 4, 2016, Subject:
 4                     "Signed Agreement" and Related
                       Attachment
 5                     (Bates P-P001336, Attachment
                       No Bates Number)                140
 6
       Exhibit 39      E-mail from Charles Dolan to
 7                     Nick Dvas, Dated June 20, 2016,
                       Subject:  "FW:  Servers.com
 8                     Agreement" and Related E-mail
                       Chain
 9                     (Bates KGlobal 001493 to 001494)  144

10     Exhibit 40      KGlobal Invoice, Dated July 5,
                       2016, Project:  "Servers.com
11                     Inc."
                       (Bates KGlobal 000705)          146
12
       Exhibit 41      E-mail from Nick Dvas to Charles
13                     Dolan, Dated July 7, 2016, Subject:
                       "Re:  Preliminary Notes on Our
14                     Next Meeting" and Related E-mail
                       Chain
15                     (Bates KGlobal 000711 to 000713)  147

16     Exhibit 42      E-mail from Alexey Gubarev to
                       Charles Dolan and Nick Dvas,
17                     Dated July 9, 2016, Subject:
                       "Re:  [BULK] Preliminary Notes
18                     on Our Next Meeting" and Related
                       E-mail Chain
19                     (Bates P-P001342 to P-P001344)    149

20     Exhibit 43      E-mail from Charles Dolan to
                       Alexey Gubarev and Others,
21                     Dated July 10, 2016, Subject:
                       "Additional Information for
22                     Our Meeting"
                       (Bates KGlobal 001399 to 001401)  149
23

24

25
```

```
 1                    E X H I B I T S

 2    NUMBER            DESCRIPTION                    MARKED

 3    Exhibit 44        E-mail from Alexey Gubarev to
                        Charles Dolan and Others, Dated
 4                      July 29, 2016, Subject:  "Re:
                        Bloomberg Update" and Related
 5                      E-mail Chain
                        (Bates P-P001392)                151
 6
      Exhibit 45        E-mail from Nick Dvas to Charles
 7                      Dolan and Others, Dated August 2,
                        2016, Subject:  "Re:  Next
 8                      Conference Call" and Related
                        E-mail Chain
 9                      (Bates P-P001396)                153

10    Exhibit 46        E-mail from Alexey Gubarev to
                        Charles Dolan and Nick Dvas,
11                      Dated July 28, 2016, Subject:
                        "Re:  Tech Insider/Not Working"
12                      and Related E-mail Chain
                        (Bates P-P001389)                155
13
      Exhibit 47        E-mail from Alexey Gubarev to
14                      Charles Dolan and Others, Dated
                        August 10, 2016, Subject:  "Re:
15                      Coverage Report:  Business Insider"
                        and Related E-mail Chain
16                      (Bates P-P001436 to P-P001437)   158

17    Exhibit 48        Website Printout from
                        "www.businessinsider.com"
18                      Entitled "The CEO of the
                        Summer's Hottest Photography
19                      App Says that Trippy Filters
                        are 'Just the Beginning,'"
20                      Dated August 10, 2016
                        (Bates P-F000103 to P-F000114)   158
21
      Exhibit 49        E-mail from Alexey Gubarev to
22                      Modupeh Jahamaliah and Others,
                        Dated August 25, 2016, Subject:
23                      "Re:  Op-Ed Suggestions" and
                        Related E-mail Chain
24                      (Bates P-P001450 to P-P001451)   162

25
```

```
 1                   E X H I B I T S

 2     NUMBER          DESCRIPTION                  MARKED

 3     Exhibit 50      E-mail from Alexey Gubarev
                       to Charles Dolan and Others,
 4                     Dated August 31, 2016, Subject:
                       "Re:  [BULK] Wall Street Journal"
 5                     and Related E-mail Chain
                       (Bates P-P001452 to P-P001453)    162
 6
       Exhibit 51      E-mail from Alexey Gubarev to
 7                     Modupeh Jahamaliah and Others,
                       Dated September 6, 2016, Subject:
 8                     "Re:  Server.com Media Activity
                       Report" and Related E-mail Chain
 9                     and Attachment
                       (Bates P-P001456, Attachment
10                     No Bates Number)                  166

11     Exhibit 52      E-mail from Charles Dolan to
                       Nick Dvas, Dated September 14,
12                     2016, Subject:  "FW:  Interview
                       with AppMaster/MyEmoji.com"
13                     and Related E-mail Chain
                       (Bates KGlobal 001163 to 001164)  169
14
       Exhibit 53      E-mail from Modupeh Jahamaliah
15                     to Alexey Gubarev and Others,
                       Dated October 18, 2016, Subject:
16                     "FW:  AppMasters Episode is Live!"
                       (Bates KGlobal 002151)            169
17
       Exhibit 54      E-mail from Modupeh Jahamaliah
18                     to Nick Dvas and Others, Dated
                       September 20, 2016, Subject:
19                     "Media Update and My Emoji Press
                       Release" and Related Attachment
20                     (Bates KGlobal 001937 to 001939)  171

21     Exhibit 55      E-mail from Modupeh Jahamaliah
                       to Alexey Gubarev and Others,
22                     Dated October 11, 2016, Subject:
                       "Information on Forbes Reporter"
23                     (Bates KGlobal 002476 to 002477)  173

24

25
```

```
1                    E X H I B I T S

2    NUMBER           DESCRIPTION                    MARKED

3    Exhibit 56       E-mail from Modupeh Jahamaliah
                      to Alexey Gubarev and Others,
4                     Dated November 2, 2016, Subject:
                      "Information on WSJ"
5                     (Bates KGlobal 002427 to 002428)  174

6    Exhibit 57       E-mail from Modupeh Jahamaliah
                      to Alexey Gubarev and Others,
7                     Dated November 2, 2016, Subject:
                      "Re:  Upcoming Interviews" and
8                     Related E-mail Chain
                      (Bates KGlobal 002409 to 002410)  175
9
     Exhibit 58       E-mail from Modupeh Jahamaliah
10                    to Darya Tkachenko and Nick Dvas,
                      Dated October 6, 2016, Subject:
11                    "Re:  Servers.com - Cloud Expo
                      Asia Press List" and Related
12                    E-mail Chain
                      (Bates KGlobal 002336 to 002337)  176
13
     Exhibit 59       E-mail from Modupeh Jahamaliah
14                    to Darya Tkachenko and Others,
                      Dated October 14, 2016, Subject:
15                    "Re:  Servers.com to Present
                      Prisma ... / PR Newswire 48 Hour
16                    Report" and Related E-mail Chain
                      (Bates KGlobal 002522 to 002526)  178
17
     Exhibit 60       E-mail from Alexey Gubarev to
18                    Charles Dolan and Nick Dvas,
                      Dated December 15, 2016, Subject:
19                    "Re:  Report on Our Efforts"
                      and Related E-mail Chain
20                    (Bates KGlobal 000586 to 000590)  184

21   Exhibit 61       E-mail from Nick Dvas to Charles
                      Dolan and Alexey Gubarev, Dated
22                    December 21, 2016, Subject:  "Re:
                      Reputation Management Services"
23                    and Related E-mail Chain
                      (Bates P-P001526 to P-P1528)      199
24

25
```

```
 1                        E X H I B I T S

 2    NUMBER              DESCRIPTION                    MARKED

 3    Exhibit 62          Document Entitled "White Ops,
                          The Methbot Operation," Dated
 4                        December 20, 2016
                          (No Bates Number)                201
 5
      Exhibit 63          E-mail from Alexey Gubarev
 6                        to Charles Dolan and Nick
                          Dvas, Dated December 21, 2016,
 7                        Subject:  "Re:  Reputation
                          Management Services" and
 8                        Related E-mail Chain
                          (Bates KGlobal 000580 to 000582)  201
 9
      Exhibit 64          E-mail from Alexey Gubarev
10                        to Charles Dolan and Nick
                          Dvas, Dated December 22, 2016,
11                        Subject:  "Re:  Questions for
                          10:00 AM Call" and Related
12                        E-mail Chain
                          (Bates P-P001536 to P-P001539)    203
13
      Exhibit 65          E-mail from Nick Dvas to Charles
14                        Dolan and Alexey Gubarev, Dated
                          December 22, 2016, Subject:  "Re:
15                        Additional Question" and Related
                          E-mail Chain
16                        (Bates P-P001532 to P-P001533)    212

17    Exhibit 66          E-mail from Nick Dvas to Charles
                          Dolan and Alexey Gubarev, Dated
18                        December 23, 2016, Subject:  "Re:
                          Draft - Servers.com Statement and
19                        Q&A" and Related E-mail Chain
                          (Bates P-P001540 to P-P001541)    226
20
      Exhibit 67          E-mail from Nick Dvas to Charles
21                        Dolan and Alexey Gubarev and
                          Others, Dated January 6, 2017,
22                        Subject:  "Re:  New Issue" and
                          Related E-mail Chain
23                        (Bates P-P001546)                 228

24

25
```

```
 1                    E X H I B I T S

 2     NUMBER          DESCRIPTION                MARKED

 3     Exhibit 68      E-mail from Nick Dvas to Charles
                       Dolan and Alexey Gubarev, Dated
 4                     January 9, 2017, Subject:  "Re:
                       Meth.bot" and Related E-mail
 5                     Chain
                       (Bates P-P001547 to P-P001548)   229
 6
       Exhibit 69      E-mail from Charles Dolan to
 7                     Nick Dvas and Others, Dated
                       December 28, 2016, Subject:
 8                     "White Ops and Krebs"
                       (Bates KGlobal 003443)            231
 9
       Exhibit 70      E-mail from Charles Dolan to
10                     Nick Dvas and Alexey Gubarev,
                       Dated December 23, 2016,
11                     Subject:  "Servers.com Daily
                       Monitoring (12/23/16) and CHD
12                     Talking Points for Approval"
                       and Related Attachment
13                     (Bates KGlobal 000824 to 000825) 233

14     Exhibit 71      E-mail from Nick Dvas to Charles
                       Dolan and Alexey Gubarev, Dated
15                     December 24, 2016, Subject:  "Re:
                       Servers.com Daily Monitoring
16                     (12/23/16)" and Related E-mail
                       Chain
17                     (Bates KGlobal 000596)            234

18     Exhibit 72      E-mail from Alexey Gubarev to
                       Charles Dolan and Nick Dvas,
19                     Dated December 22, 2016, Subject:
                       "Re:  Additional Question" and
20                     Related E-mail Chain
                       (Bates KGlobal 000248 to 000249) 236
21
       Exhibit 73      Document Entitled "#1700783:
22                     Services Suspension Due to
                       Allegedly Suspicious Activity,"
23                     Dated December 20, 2016
                       (Bates P-T001755 to P-T001756)    240
24

25
```

```
 1                    E X H I B I T S

 2    NUMBER           DESCRIPTION                    MARKED

 3    Exhibit 74       Document Entitled "#1701846:
                       (Russian) HDD," Dated December 21,
 4                     2016
                       (Bates P-T001759 to P-T001760)    242
 5
      Exhibit 75       Russian E-mail from
 6                     "on-site-nl@webzilla.com" to
                       Nikolay Dvas, Dated December 21,
 7                     2016, Subject:  "[tt #1701846]
                       (Russian) HDD"
 8                     (Bates P-T001763)                  244

 9    Exhibit 76       Document Re "ibetters2@gmail -
                       Alexander Zhukov"
10                     (Bates P-T001765)                  245

11    Exhibit 77       Document Re Various E-mail
                       Addresses
12                     (Bates P-T001766 to P-T001769)    247

13    Exhibit 78       Chat History Between Chuck
                       Dolan and Nick Dvas, Various
14                     Dates, and Related E-mails
                       (Bates KGlobal 003870 to 003897)  252
15
      Exhibit 79       E-mail from Charles Dolan to
16                     Nick Dvas, Dated December 29,
                       2016, Subject:  "Cullison WSJ"
17                     (Bates KGlobal 001040)             263

18    Exhibit 80       E-mail from Alexey Gubarev to
                       Charles Dolan and Others, Dated
19                     December 30, 2016, Subject:  "Re:
                       White Ops and Krebs" and Related
20                     E-mail Chain
                       (Bates KGlobal 003838 to 003839)  264
21
      Exhibit 81       E-mail from Alexey Gubarev to
22                     Charles Dolan and Nick Dvas,
                       Dated January 11, 2017, Subject:
23                     "Most Funny Staff [sic] in My
                       Life"
24                     (Bates P-P000001 to P-P000002)    275

25
```

```
1                    E X H I B I T S

2    NUMBER            DESCRIPTION                 MARKED

3    Exhibit 82        E-mail from Charles Dolan to
                       Alexey Gubarev and Nick Dvas,
4                      Dated January 11, 2017, Subject:
                       "Initial Response"
5                      (Bates P-H000042)              279

6    Exhibit 83        E-mail from Alexey Gubarev to
                       Nick Dvas and Others, Dated
7                      January 12, 2017, Subject:
                       "Re:  Statement" and Related
8                      E-mail Chain
                       (Bates P-P000085)              282
9
     Exhibit 84        E-mail from Nick Dvas to Charles
10                     Dolan, Dated January 12, 2017,
                       Subject:  "Fwd:  From RT Channel:
11                     Interview Request" and Related
                       E-mail Chain
12                     (Bates KGlobal 000025)         287

13   Exhibit 85        E-mail from Nick Dvas to Charles
                       Dolan, Dated January 12, 2017,
14                     Subject:  "Re:  Corrected
                       Statement" and Related E-mail
15                     Chain
                       (Bates KGlobal 000048 to 000056)  289
16
     Exhibit 86        E-mail from Nick Dvas to
17                     Charles Dolan and Others,
                       Dated January 12, 2017,
18                     Subject:  "Re:  Corrected
                       Statement" and Related E-mail
19                     Chain
                       (Bates KGlobal 000122 to 000123)  290
20
     Exhibit 87        KGlobal Invoice, Project:
21                     "Servers.com," Invoice Number:
                       "SI-0356," Dated January 12,
22                     2017
                       (Bates P-C000004)              292
23

24

25
```

```
 1                    E X H I B I T S

 2   NUMBER            DESCRIPTION                    MARKED

 3   Exhibit 88        E-mail from Nick Dvas to Charles
                       Dolan, Dated January 23, 2017,
 4                     Subject:  "Re:  Signature" and
                       Related E-mail Chain
 5                     (Bates KGlobal 000162)          293

 6   Exhibit 89        E-mail from Nick Dvas to Charles
                       Dolan, Dated January 23, 2017,
 7                     Subject:  "Webzilla-Related
                       Press Releases"
 8                     (Bates KGlobal 000177)          294

 9   Exhibit 90        Spreadsheets
                       (No Bates Number)               295
10
     Exhibit 91        Website Printout from
11                     "www.servers.com" Entitled
                       "Servers Policies"
12                     (No Bates Number)               308

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
            1              LIMASSOL, CYPRUS; THURSDAY, MAY 17, 2018

            2                          9:45 A.M.

            3

09:45:21    4              THE VIDEOGRAPHER:  This is the beginning

09:45:23    5    of DVD No. 1 in the videotape deposition of Nikolay

09:45:28    6    Dvas, being taken on May 17th, 2018, at 9:45 a.m.,

09:45:37    7    at Elias Neocleous & Co., Limassol, Cyprus, in the

09:45:42    8    matter of Aleksej Gubarev, et al., versus Buzzfeed,

09:45:48    9    Inc., et al., being heard before the United States

09:45:54   10    District Court, Southern District of Florida,

09:45:56   11    case number 17-CV-60426-UU.

09:46:05   12              I am Alon Matzov.  And the court

09:46:08   13    reporter is Brenda Matzov.

09:46:11   14              Would counsel please state their

09:46:14   15    appearances.

09:46:15   16              MR. SIEGEL:  Nathan Siegel, of Davis

09:46:17   17    Wright Tremaine, for the defendants.  And with

09:46:19   18    me are Kate Bolger and Alison Schary.

09:46:24   19              MR. GURVITS:  Val Gurvits, of Boston

09:46:26   20    Law Group, for the plaintiffs and the deponent.

09:46:28   21              THE VIDEOGRAPHER:  Would the court

09:46:29   22    reporter please swear in or affirm the witness.

09:46:33   23    //

09:46:33   24    //

09:46:33   25    //
```

```
09:46:33    1                    NIKOLAY DVAS,

09:46:33    2         called as a witness, being first duly sworn,

09:46:33    3         was examined and testified as hereinafter

09:46:33    4         set forth.

09:46:33    5

09:46:33    6                    EXAMINATION

09:46:33    7    BY MR. SIEGEL:

09:46:33    8         Q.   Good morning, Mr. Dvas.  As I think

09:46:49    9    you know, my name is Nathan Siegel.  And I'll

09:46:52   10    be taking your deposition today.

09:46:53   11              Have you ever been deposed before?

09:46:57   12         A.   No.

09:46:57   13         Q.   Okay.  Was -- you were here yesterday.

09:46:59   14              Is that the first time you've ever

09:47:01   15    seen this procedure happen?

09:47:03   16         A.   I saw this procedure yesterday.

09:47:05   17         Q.   Right.  Yesterday was the --

09:47:06   18         A.   Yes.

09:47:06   19         Q.   -- first time you've ever done it?

09:47:10   20              So as -- as I think you saw, I'm going

09:47:12   21    to ask you a series of questions.  If at any time

09:47:17   22    my questions aren't clear, feel free to tell me,

09:47:21   23    and -- and I will try to clarify them.  And the

09:47:24   24    other thing is, because we have a court reporter

09:47:29   25    who's taking down the responses and can only take
```

| | | |
|---|---|---|
| 09:47:33 | 1 | down verbal words, if you're going to say "yes" |
| 09:47:36 | 2 | or "no," say "yes" or "no" instead of just nodding |
| 09:47:39 | 3 | your head or the things that we normally do in |
| 09:47:43 | 4 | conversation.  Okay? |
| 09:47:43 | 5 | A.   Okay. |
| 09:47:44 | 6 | Q.   What is your current job? |
| 09:47:47 | 7 | A.   Currently I'm the CEO of XBT Holding |
| 09:47:49 | 8 | and the CEO of Servers.com. |
| 09:47:55 | 9 | Q.   All right.  Why do you hold the positions |
| 09:47:58 | 10 | of CEO of both of those companies? |
| 09:48:01 | 11 | A.   Because I was offered to hold these two |
| 09:48:05 | 12 | positions. |
| 09:48:05 | 13 | Q.   Okay.  Do other XBT Holding subsidiaries |
| 09:48:09 | 14 | have different CEOs? |
| 09:48:12 | 15 | A.   Yes. |
| 09:48:16 | 16 | Q.   Okay.  Why particularly Servers.com in |
| 09:48:21 | 17 | addition to the holding company? |
| 09:48:23 | 18 | A.   Because I have been working in Servers.com |
| 09:48:26 | 19 | before. |
| 09:48:27 | 20 | Q.   Okay.  What is your education?  Did you |
| 09:48:36 | 21 | go to university? |
| 09:48:39 | 22 | A.   Mechanical engineering. |
| 09:48:40 | 23 | Q.   At which university? |
| 09:48:42 | 24 | A.   St. Petersburg State Polytechnical |
| 09:48:45 | 25 | University. |

| | | |
|---|---|---|
| 09:48:46 | 1 | Q.   And were you born in Russia? |
| 09:48:51 | 2 | A.   In the Soviet Union. |
| 09:48:53 | 3 | Q.   In -- in what part of the Soviet Union? |
| 09:48:55 | 4 | A.   Russia. |
| 09:48:57 | 5 | Q.   I take it you're old enough to actually |
| 09:49:00 | 6 | have been born in the Soviet Union, when it was |
| 09:49:03 | 7 | the Soviet Union? |
| 09:49:04 | 8 | A.   It was the Soviet Union back then. |
| 09:49:07 | 9 | Q.   Okay.  Where in Russia were you born? |
| 09:49:09 | 10 | A.   Leningrad. |
| 09:49:13 | 11 | Q.   And is -- what is the degree that |
| 09:49:21 | 12 | you attained when you attended university? |
| 09:49:25 | 13 | A.   Master of Science. |
| 09:49:27 | 14 | Q.   Master of Science. |
| 09:49:29 | 15 | And is that -- is -- I don't know |
| 09:49:31 | 16 | if you're familiar with the American education. |
| 09:49:34 | 17 | Is that the equivalent of a Master's |
| 09:49:34 | 18 | degree in the United States?  Or are you not -- |
| 09:49:38 | 19 | A.   I'm not aware enough of the American -- |
| 09:49:42 | 20 | Q.   Okay. |
| 09:49:42 | 21 | A.   -- university system. |
| 09:49:42 | 22 | Q.   How many years did you attend university? |
| 09:49:45 | 23 | A.   Six. |
| 09:49:45 | 24 | Q.   And what did you do after that? |
| 09:49:52 | 25 | A.   I was working in an IT House company. |

| | | |
|---|---|---|
| 09:50:00 | 1 | Q.   In a -- |
| 09:50:00 | 2 | A.   A company named IT House. |
| 09:50:00 | 3 | Q.   Okay.  And what did they do? |
| 09:50:03 | 4 | A.   Hosting. |
| 09:50:04 | 5 | Q.   Is that what you did immediately after |
| 09:50:06 | 6 | leaving university? |
| 09:50:09 | 7 | A.   Yes. |
| 09:50:12 | 8 | Q.   And where is -- was that company located? |
| 09:50:16 | 9 | A.   St. Petersburg, Russia. |
| 09:50:19 | 10 | Q.   Okay.  And how long were you there? |
| 09:50:28 | 11 | A.   For approximately 25 or 26 months. |
| 09:50:32 | 12 | Q.   Okay.  And what did you do next? |
| 09:50:37 | 13 | A.   Hmm? |
| 09:50:38 | 14 | Q.   What did you do next? |
| 09:50:39 | 15 | A.   And then I joined Webzilla. |
| 09:50:41 | 16 | Q.   Okay.  And at -- at the time -- what |
| 09:50:46 | 17 | year did you join Webzilla? |
| 09:50:50 | 18 | A.   I was the project manager. |
| 09:50:53 | 19 | Q.   For Webzilla? |
| 09:50:54 | 20 | A.   Yes. |
| 09:50:55 | 21 | Q.   In -- in what year did you start working |
| 09:50:58 | 22 | for Webzilla? |
| 09:50:58 | 23 | A.   When? |
| 09:50:59 | 24 | Q.   Yes. |
| 09:51:00 | 25 | A.   It was April 2013. |

| | | |
|---|---|---|
| 09:51:09 | 1 | Q.   Okay.  And where did you start?  Where |
| 09:51:11 | 2 | were you located when you joined? |
| 09:51:13 | 3 | A.   In St. Petersburg, Russia. |
| 09:51:15 | 4 | Q.   Okay.  And how did you come to work |
| 09:51:17 | 5 | for Webzilla? |
| 09:51:18 | 6 | A.   Because I was offered to -- |
| 09:51:21 | 7 | Q.   And -- |
| 09:51:21 | 8 | A.   -- to do that. |
| 09:51:22 | 9 | Q.   And how did it come to be that you |
| 09:51:25 | 10 | interacted with somebody who -- well, strike |
| 09:51:28 | 11 | that. |
| 09:51:28 | 12 | Who offered that job to you? |
| 09:51:30 | 13 | A.   Konstantin Bezruchenko. |
| 09:51:35 | 14 | Q.   And how did you meet Mr. Bezruchenko? |
| 09:51:37 | 15 | A.   I met him at the conference. |
| 09:51:39 | 16 | Q.   Which conference? |
| 09:51:40 | 17 | A.   Hostobzor. |
| 09:51:40 | 18 | Q.   What's it? |
| 09:51:40 | 19 | A.   Hostobzor.  I can spell it. |
| 09:51:46 | 20 | Q.   Okay. |
| 09:51:46 | 21 | A.   It's H-o-s-t-o-b-z-o-r. |
| 09:51:52 | 22 | Q.   And what is that conference? |
| 09:51:54 | 23 | A.   It's a conference for hosting providers. |
| 09:51:57 | 24 | Q.   And when did you meet him? |
| 09:52:01 | 25 | A.   It was May 2012. |

| | | |
|---|---|---|
| 09:52:07 | 1 | Q.   And what did the -- where was the |
| 09:52:09 | 2 | conference? |
| 09:52:10 | 3 | A.   In Roshchino. |
| 09:52:13 | 4 | MR. SIEGEL:  Did you get that? |
| 09:52:15 | 5 | THE WITNESS:  It's R-o-s-c-h-i-n-o [sic]. |
| 09:52:20 | 6 | Q.   BY MR. SIEGEL:  Is that in Russia? |
| 09:52:21 | 7 | A.   Yes. |
| 09:52:23 | 8 | Q.   And what happened in between -- it |
| 09:52:26 | 9 | sounds like there's roughly a year before you |
| 09:52:30 | 10 | joined Webzilla that you met Mr. Bezruchenko. |
| 09:52:31 | 11 | What happened during that year that |
| 09:52:34 | 12 | led you to join Webzilla? |
| 09:52:40 | 13 | A.   I was contacted by Konstantin and asked |
| 09:52:45 | 14 | to come to Cyprus to talk. |
| 09:52:49 | 15 | Q.   And who did you talk with when you came? |
| 09:52:52 | 16 | A.   I talked with Konstantin.  I talked with |
| 09:52:59 | 17 | Aleksej Gubarev.  And I talked with Rajesh Mishra. |
| 09:53:05 | 18 | Q.   And you said that you were the project |
| 09:53:07 | 19 | manager of Webzilla? |
| 09:53:09 | 20 | A.   Correct. |
| 09:53:09 | 21 | Q.   What does that mean? |
| 09:53:12 | 22 | A.   I was responsible for their project. |
| 09:53:17 | 23 | Q.   So is that the equivalent of being |
| 09:53:21 | 24 | the CEO of Webzilla? |
| 09:53:22 | 25 | A.   No. |

| | | |
|---|---|---|
| 09:53:23 | 1 | Q.   Okay.  So explain to me the difference. |
| 09:53:26 | 2 | When you say -- what project is it that |
| 09:53:29 | 3 | you were responsible for? |
| 09:53:30 | 4 | A.   It was the cloud storage project.  The |
| 09:53:33 | 5 | project of delivering the cloud storage service. |
| 09:53:35 | 6 | Q.   That -- that Webzilla offers? |
| 09:53:38 | 7 | Okay.  Did you have employees that |
| 09:53:40 | 8 | worked for you, that reported to you? |
| 09:53:43 | 9 | A.   Yes, I did. |
| 09:53:44 | 10 | Q.   And who did you report to? |
| 09:53:47 | 11 | A.   To Konstantin Bezruchenko. |
| 09:53:52 | 12 | Q.   Okay.  And how long were you the |
| 09:53:54 | 13 | project manager for Webzilla? |
| 09:53:59 | 14 | A.   For approximately a year and a half. |
| 09:54:02 | 15 | Q.   Okay.  I take it that at some point |
| 09:54:05 | 16 | you moved to Cyprus? |
| 09:54:12 | 17 | A.   Yes. |
| 09:54:13 | 18 | Q.   When did that happen? |
| 09:54:14 | 19 | A.   It was end of June 2013. |
| 09:54:19 | 20 | (Court reporter clarification.) |
| 09:54:19 | 21 | THE WITNESS:  End of June 2013. |
| 09:54:22 | 22 | Q.   BY MR. SIEGEL:  '15? |
| 09:54:23 | 23 | A.   '13. |
| 09:54:23 | 24 | Q.   '13? |
| 09:54:25 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 09:54:25 | 1 | Q.   So within a month or so after you |
| 09:54:26 | 2 | joined the company, within a couple of months |
| 09:54:28 | 3 | maybe? |
| 09:54:28 | 4 | A.   Within a couple of months. |
| 09:54:30 | 5 | Q.   Okay.  And why did you move to Cyprus? |
| 09:54:35 | 6 | A.   Because I agreed with Konstantin that |
| 09:54:37 | 7 | I will move to Cyprus. |
| 09:54:38 | 8 | Q.   Okay.  And did there come a time when |
| 09:54:50 | 9 | you had a different position than project manager |
| 09:54:52 | 10 | of Webzilla with -- with the -- with some -- |
| 09:54:57 | 11 | A.   No.  I -- I didn't have any different |
| 09:54:59 | 12 | position in Webzilla. |
| 09:55:00 | 13 | Q.   Ever? |
| 09:55:01 | 14 | A.   I didn't have any different position |
| 09:55:03 | 15 | in Webzilla.  No. |
| 09:55:06 | 16 | Q.   Well, you're not the project manager |
| 09:55:07 | 17 | of Webzilla today; right? |
| 09:55:09 | 18 | A.   I don't have any position in Webzilla |
| 09:55:11 | 19 | today. |
| 09:55:11 | 20 | Q.   Okay.  So did there come a time when |
| 09:55:14 | 21 | you stopped having a position with Webzilla? |
| 09:55:16 | 22 | A.   That's correct. |
| 09:55:17 | 23 | Q.   And when was that? |
| 09:55:18 | 24 | A.   It was fall 2014. |
| 09:55:32 | 25 | Q.   Okay.  And what position did you |

| | | |
|---|---|---|
| 09:55:35 | 1 | start in the fall of 2014? |
| 09:55:39 | 2 | A.   Project manager for Servers.com. |
| 09:55:41 | 3 | Q.   Okay.  Why did -- why the change? |
| 09:55:45 | 4 | A.   Because I was offered a different |
| 09:55:48 | 5 | position. |
| 09:55:49 | 6 | Q.   Did somebody replace you as project |
| 09:55:51 | 7 | manager of Webzilla? |
| 09:55:55 | 8 | A.   Yes. |
| 09:55:56 | 9 | Q.   Who? |
| 09:55:56 | 10 | A.   Vil Surkin. |
| 09:55:59 | 11 | Q.   Okay.  And where did he work at the |
| 09:56:03 | 12 | time? |
| 09:56:05 | 13 | A.   At Webzilla. |
| 09:56:06 | 14 | Q.   What country? |
| 09:56:07 | 15 | A.   Cyprus. |
| 09:56:08 | 16 | Q.   Okay.  And what is the difference |
| 09:56:17 | 17 | between -- well, I'm going to ask you first. |
| 09:56:21 | 18 | What is Servers.com? |
| 09:56:22 | 19 | A.   Servers.com is a hosting company. |
| 09:56:24 | 20 | Q.   A hosting company. |
| 09:56:25 | 21 | Would it be accurate to say that |
| 09:56:28 | 22 | Webzilla is also a hosting company? |
| 09:56:30 | 23 | A.   Webzilla is also a hosting company. |
| 09:56:32 | 24 | Q.   So what is the difference between the |
| 09:56:34 | 25 | two? |

| | | |
|---|---|---|
| 09:56:37 | 1 | A.   The name, the logo, the services, the |
| 09:56:42 | 2 | prices, the customers, the teams. |
| 09:56:46 | 3 | Q.   Okay.  So let's go to the services. |
| 09:56:51 | 4 | What is the difference between the |
| 09:56:53 | 5 | services that Webzilla offer -- offers and |
| 09:56:55 | 6 | Servers.com offers? |
| 09:57:00 | 7 | A.   Webzilla and Servers.com offer |
| 09:57:02 | 8 | different services. |
| 09:57:03 | 9 | Q.   And what is different about the |
| 09:57:06 | 10 | services that they offer? |
| 09:57:08 | 11 | A.   They are different. |
| 09:57:11 | 12 | Q.   Okay.  What services does Webzilla |
| 09:57:14 | 13 | offer that Services.com [sic] does not offer? |
| 09:57:22 | 14 | A.   Managed hosting. |
| 09:57:23 | 15 | Q.   Okay.  So would it be -- from that |
| 09:57:28 | 16 | answer, can I infer that Servers.com offers |
| 09:57:31 | 17 | unmanaged hosting? |
| 09:57:33 | 18 | A.   Yes. |
| 09:57:33 | 19 | Q.   Okay.  And what is the difference? |
| 09:57:38 | 20 | A.   The difference is that managed hosting |
| 09:57:44 | 21 | is managed by -- the responsibility for managing |
| 09:57:52 | 22 | of managed hosting lies on the service provider. |
| 09:57:55 | 23 | Q.   Okay. |
| 09:57:59 | 24 | A.   The responsibility for managing |
| 09:58:01 | 25 | unmanaged hosting lies on the customer. |

| | | |
|---|---|---|
| 09:58:04 | 1 | Q.   Okay.  And when you provide managed |
| 09:58:07 | 2 | hosting, what kind of management services do |
| 09:58:10 | 3 | you provide? |
| 09:58:16 | 4 | A.   I don't know. |
| 09:58:17 | 5 | Q.   Well, you were the project manager |
| 09:58:18 | 6 | of Webzilla for a year and a half; right? |
| 09:58:21 | 7 | A.   Yes. |
| 09:58:21 | 8 | Q.   And you are saying you don't know |
| 09:58:23 | 9 | what -- |
| 09:58:23 | 10 | A.   I don't know. |
| 09:58:24 | 11 | Q.   You have no idea what managed services |
| 09:58:28 | 12 | Webzilla provides? |
| 09:58:29 | 13 | A.   I have no idea. |
| 09:58:31 | 14 | Q.   Why is that? |
| 09:58:37 | 15 | A.   I didn't happen to learn that. |
| 09:58:39 | 16 | Q.   Okay.  So it was not part of your |
| 09:58:43 | 17 | responsibilities as a project manager to know |
| 09:58:45 | 18 | what management [sic] services Webzilla provided? |
| 09:58:48 | 19 | A.   Absolutely not. |
| 09:58:50 | 20 | Q.   Why? |
| 09:58:51 | 21 | A.   It wasn't. |
| 09:58:57 | 22 | Q.   Okay.  Who are -- who are the -- today -- |
| 09:59:06 | 23 | right? -- who are the five biggest customers that |
| 09:59:13 | 24 | XBT Holding has? |
| 09:59:20 | 25 | A.   I don't have this information right now. |

| | | |
|---|---|---|
| 09:59:21 | 1 | Q.   Okay.  Rather than giving me precisely |
| 09:59:27 | 2 | who the five might be -- |
| 09:59:28 | 3 | Okay? |
| 09:59:28 | 4 | A.   Uh-huh. |
| 09:59:28 | 5 | Q.   -- give me five -- five names of five |
| 09:59:31 | 6 | customers that you consider large customers for |
| 09:59:35 | 7 | the company. |
| 10:00:12 | 8 | A.   That's Multiplay, 101XP, YzerChat. |
| 10:00:25 | 9 | Q.   YzerCheck [sic]? |
| 10:00:28 | 10 | A.   Y-z-e-r-C-h-a-t. |
| 10:00:32 | 11 | Q.   Okay. |
| 10:00:32 | 12 | A.   That was three; yes?  Yes?  That was |
| 10:00:36 | 13 | three? |
| 10:00:38 | 14 | Q.   Yes. |
| 10:00:49 | 15 | A.   IQ Options.  IQ, like an IQ test, |
| 10:00:51 | 16 | Options.  And Go Travel Unlimited. |
| 10:01:15 | 17 | Q.   Okay.  What was the first one again? |
| 10:01:18 | 18 | A.   Multiplay. |
| 10:01:20 | 19 | Q.   Multiplay.  Okay. |
| 10:01:24 | 20 | A.   Yes. |
| 10:01:24 | 21 | Q.   Do you know approximately how long |
| 10:01:26 | 22 | Multiplay has been a customer? |
| 10:01:31 | 23 | A.   I do. |
| 10:01:32 | 24 | Q.   How long? |
| 10:01:38 | 25 | A.   Approximately a year. |

| | | |
|---|---|---|
| 10:01:39 | 1 | Q.   Okay.  What about 101X -- did you say |
| 10:01:42 | 2 | Expo? |
| 10:01:47 | 3 | A.   101XP. |
| 10:01:47 | 4 | Q.   XP. |
| 10:01:51 | 5 | A.   That has been for approximately 20 |
| 10:02:05 | 6 | months. |
| 10:02:09 | 7 | Q.   So would that make it sometime in |
| 10:02:12 | 8 | late 2016 it became a customer? |
| 10:02:18 | 9 | A.   Sometime -- sometime in 2016. |
| 10:02:21 | 10 | Q.   Okay. |
| 10:02:22 | 11 | A.   Second half. |
| 10:02:23 | 12 | Q.   What about -- I'm not sure that |
| 10:02:26 | 13 | I could -- the third one was Y-z -- |
| 10:02:30 | 14 | A.   YzerChat. |
| 10:02:31 | 15 | Q.   Okay.  YzerChat. |
| 10:02:33 | 16 | How long? |
| 10:02:34 | 17 | A.   That's around 14 months -- more.  No, |
| 10:02:40 | 18 | more.  That's a late -- late 2016. |
| 10:02:49 | 19 | Q.   Okay.  What -- |
| 10:02:49 | 20 | (Court reporter clarification.) |
| 10:02:49 | 21 | THE WITNESS:  Late 2016. |
| 10:02:49 | 22 | Q.   BY MR. SIEGEL:  What about IQ Options? |
| 10:02:52 | 23 | A.   That I don't know. |
| 10:02:53 | 24 | Q.   And Go Travel? |
| 10:02:55 | 25 | A.   That I don't know. |

| | | |
|---|---|---|
| 10:02:59 | 1 | Q.   Okay.  Do you think, for IQ Options, |
| 10:03:02 | 2 | it's been longer than a year? |
| 10:03:04 | 3 | A.   Yes. |
| 10:03:09 | 4 | Q.   Same -- and what about Go Travel? |
| 10:03:12 | 5 | A.   Longer than a year. |
| 10:03:13 | 6 | Q.   Longer than a year and a half for both |
| 10:03:15 | 7 | of those? |
| 10:03:21 | 8 | A.   Longer than a year and a half for both |
| 10:03:23 | 9 | of those. |
| 10:03:24 | 10 | Q.   Okay.  Do any of those customers provide |
| 10:03:29 | 11 | as much as 5 percent of the revenue of the entire |
| 10:03:33 | 12 | company? |
| 10:03:35 | 13 | A.   That I don't know. |
| 10:03:36 | 14 | Q.   You don't?  Do you have any idea? |
| 10:03:50 | 15 | A.   That I don't know. |
| 10:03:51 | 16 | Q.   Okay.  Do any of them provide as much |
| 10:03:56 | 17 | as 1 percent of the revenue of the whole company? |
| 10:03:59 | 18 | A.   I don't know that for sure.  Well, |
| 10:04:02 | 19 | actually, I -- I have to do the math.  I'm |
| 10:04:13 | 20 | sorry. |
| 10:04:16 | 21 | Q.   Well, if -- if -- do you know |
| 10:04:18 | 22 | approximately how much revenue any of those |
| 10:04:21 | 23 | customers provide, putting aside the percentages? |
| 10:04:28 | 24 | A.   I know for some. |
| 10:04:29 | 25 | Q.   Okay.  Tell me which ones you know |

| 10:04:31 | 1 | and what -- and what the revenue is approximately. |
| 10:04:36 | 2 | A.   I know -- no, I don't know, actually, |
| 10:04:40 | 3 | Multiplay. |
| 10:04:40 | 4 | I know 101XP.  That would be approximately |
| 10:04:47 | 5 | 50,000 a month.  50,000 euro a month, not dollars. |
| 10:04:54 | 6 | Q.   Okay. |
| 10:04:56 | 7 | A.   And then I know YzerChat.  That would |
| 10:05:03 | 8 | be 30,000.  I don't remember which currency. |
| 10:05:06 | 9 | Q.   Okay. |
| 10:05:08 | 10 | A.   Either euros or dollars. |
| 10:05:11 | 11 | Q.   Any others? |
| 10:05:12 | 12 | A.   No.  I don't know the revenue of others. |
| 10:05:14 | 13 | Q.   Do you believe that Multiplay provides |
| 10:05:17 | 14 | more revenue than 101XP or less revenue? |
| 10:05:23 | 15 | A.   That I don't know. |
| 10:05:24 | 16 | Q.   You don't know. |
| 10:05:25 | 17 | And what about IQ Options and Go Travel, |
| 10:05:29 | 18 | more or less? |
| 10:05:39 | 19 | A.   I don't know exact numbers of their |
| 10:05:40 | 20 | revenue.  So no. |
| 10:05:43 | 21 | Q.   Okay.  Do you think that there are |
| 10:05:45 | 22 | any customers -- or do you -- are there any |
| 10:05:47 | 23 | customers that provide as much as 100,000 |
| 10:05:52 | 24 | euro a month in revenue currently? |
| 10:06:09 | 25 | A.   I don't know that for sure.  No, |

| | | |
|---|---|---|
| 10:06:15 | 1 | I don't know that for sure. |
| 10:06:17 | 2 | Q.   I'm -- recognizing that you don't know |
| 10:06:19 | 3 | for certain -- I understand you don't have the |
| 10:06:23 | 4 | books in front of you. |
| 10:06:24 | 5 | Just as the CEO of the company, what |
| 10:06:26 | 6 | is your best estimate as to whether there are |
| 10:06:28 | 7 | any customers today who provide as much as |
| 10:06:30 | 8 | 100,000 euro a month in revenue? |
| 10:06:39 | 9 | A.   My best estimate is that there are |
| 10:06:41 | 10 | such customers. |
| 10:06:42 | 11 | Q.   And are they among the five here? |
| 10:06:45 | 12 | A.   My -- I estimate that IQ Options is |
| 10:06:47 | 13 | such customer. |
| 10:06:48 | 14 | Q.   Okay.  How much would you estimate that |
| 10:06:51 | 15 | IQ Options -- |
| 10:06:53 | 16 | A.   I'm not -- I'm unable to give an estimate. |
| 10:06:55 | 17 | Q.   Okay.  Do you think it's less than 200,000 |
| 10:07:03 | 18 | euro? |
| 10:07:04 | 19 | A.   I'm unable to -- |
| 10:07:05 | 20 | Q.   Okay. |
| 10:07:05 | 21 | A.   -- make any further estimates -- |
| 10:07:07 | 22 | Q.   Okay. |
| 10:07:07 | 23 | A.   -- I'm afraid. |
| 10:07:08 | 24 | Q.   Does Servers have -- .com have any |
| 10:07:10 | 25 | policy about hosting adult content? |

| 10:07:13 | 1 | A. Yes. |
| 10:07:14 | 2 | Q. What is that policy? |
| 10:07:15 | 3 | A. It is not permitted. |
| 10:07:17 | 4 | Q. And why is that? |
| 10:07:18 | 5 | A. Because we don't want it. |
| 10:07:21 | 6 | Q. And why does -- Webzilla does not |
| 10:07:24 | 7 | have that policy?  Is that fair? |
| 10:07:32 | 8 | A. I don't remember Webzilla policy by |
| 10:07:33 | 9 | heart. |
| 10:07:34 | 10 | Q. Okay.  As the project manager of |
| 10:07:36 | 11 | Webzilla, can you tell us whether there was |
| 10:07:38 | 12 | any adult content hosted on Webzilla when you |
| 10:07:42 | 13 | were the project manager? |
| 10:07:46 | 14 | A. I didn't know that. |
| 10:07:47 | 15 | Q. You don't know that? |
| 10:07:49 | 16 | A. I didn't know that. |
| 10:07:50 | 17 | Q. Okay.  You know that Servers.com has |
| 10:07:56 | 18 | a policy not to host adult content; right? |
| 10:08:00 | 19 | A. Yes. |
| 10:08:00 | 20 | Q. You don't -- you say that you don't |
| 10:08:01 | 21 | know whether Webzilla has any policy about it |
| 10:08:04 | 22 | at all? |
| 10:08:05 | 23 | A. I don't know. |
| 10:08:05 | 24 | Q. Are there other subsidiaries of XBT |
| 10:08:07 | 25 | that host adult content?  Or the servers that |

| | | |
|---|---|---|
| 10:08:12 | 1 | they provide host adult content customers? |
| 10:08:14 | 2 | A.  I don't know. |
| 10:08:15 | 3 | Q.  You don't know? |
| 10:08:16 | 4 | A.  I don't know. |
| 10:08:16 | 5 | Q.  You have no idea? |
| 10:08:18 | 6 | A.  No clue. |
| 10:08:21 | 7 | Q.  All right.  You have no idea whether |
| 10:08:23 | 8 | adult content makes up even one tenth of 1 percent |
| 10:08:27 | 9 | of the activity on any server that is operated |
| 10:08:34 | 10 | by a customer, either managed by -- strike that. |
| 10:08:38 | 11 | I'm going to rephrase that question. |
| 10:08:40 | 12 | You have -- you have no idea whether |
| 10:08:45 | 13 | there is a -- on a single server that is either |
| 10:08:48 | 14 | managed by any XBT subsidiary or unmanaged |
| 10:08:53 | 15 | there is any adult content? |
| 10:08:57 | 16 | A.  I know there is adult content. |
| 10:08:59 | 17 | Q.  Okay.  And are there particular |
| 10:09:03 | 18 | subsidiaries that you know that there is |
| 10:09:04 | 19 | adult content on? |
| 10:09:09 | 20 | A.  Now I know that Webzilla has adult |
| 10:09:13 | 21 | content customers. |
| 10:09:16 | 22 | Q.  You know that now? |
| 10:09:18 | 23 | A.  I know that now. |
| 10:09:18 | 24 | Q.  Okay. |
| 10:09:18 | 25 | A.  Your previous question was did I know |

| | | |
|---|---|---|
| 10:09:22 | 1 | that when I -- when I was a project manager. |
| 10:09:23 | 2 | Q.   Okay.  How did you come to learn that |
| 10:09:25 | 3 | in between the time you became the project manager |
| 10:09:28 | 4 | of Webzilla and moved to another company? |
| 10:09:30 | 5 | A.   I was told by our CFO. |
| 10:09:33 | 6 | Q.   When were you told that? |
| 10:09:36 | 7 | A.   I don't remember. |
| 10:09:38 | 8 | Q.   How did that come up? |
| 10:09:42 | 9 | A.   He was explaining me our financial |
| 10:09:45 | 10 | audit report. |
| 10:09:52 | 11 | (Court reporter clarification.) |
| 10:09:52 | 12 | THE WITNESS:  Our -- our audit report. |
| 10:09:52 | 13 | Q.   BY MR. SIEGEL:  Okay. |
| 10:09:52 | 14 | A.   Which, as he told me -- because I |
| 10:09:55 | 15 | never read it -- contained the distribution |
| 10:10:00 | 16 | by industries, including the information that |
| 10:10:03 | 17 | Webzilla has -- that -- that Webzilla has |
| 10:10:09 | 18 | adult customers.  [sic] |
| 10:10:10 | 19 | Q.   So why does Webzilla host adult |
| 10:10:13 | 20 | content and Servers.com doesn't? |
| 10:10:18 | 21 | A.   That's two questions. |
| 10:10:19 | 22 | Q.   Okay.  Why does Webzilla host adult |
| 10:10:23 | 23 | content? |
| 10:10:26 | 24 | A.   Because it is legal. |
| 10:10:28 | 25 | Q.   Okay.  So why do you not want it |

| | | |
|---|---|---|
| 10:10:31 | 1 | on Servers.com, but you don't mind having it |
| 10:10:35 | 2 | on Webzilla? |
| 10:10:37 | 3 | MR. GURVITS:  Objection. |
| 10:10:37 | 4 | THE WITNESS:  That's two questions. |
| 10:10:39 | 5 | Q.  BY MR. SIEGEL:  No, it's actually |
| 10:10:40 | 6 | one question.  And I'd like you to answer it. |
| 10:10:48 | 7 | A.  Then my answer is I don't know. |
| 10:10:51 | 8 | Q.  You have no idea why, within XBT, it |
| 10:10:54 | 9 | is permissible to have adult content on Webzilla |
| 10:10:59 | 10 | but not permissible on Servers.com? |
| 10:11:03 | 11 | A.  That's still two questions. |
| 10:11:05 | 12 | Q.  So you won't answer? |
| 10:11:08 | 13 | A.  I -- that's two questions.  And |
| 10:11:10 | 14 | I can't give one answer to two questions. |
| 10:11:13 | 15 | Q.  Okay.  Why don't you want it on |
| 10:11:15 | 16 | Servers.com? |
| 10:11:16 | 17 | A.  Because we don't want it. |
| 10:11:18 | 18 | Q.  Why? |
| 10:11:22 | 19 | A.  That's a wish.  We don't want that. |
| 10:11:25 | 20 | Q.  Well, why don't you want it? |
| 10:11:29 | 21 | A.  I find it impossible to explain the |
| 10:11:33 | 22 | wishes and desires.  We don't want that. |
| 10:11:36 | 23 | Q.  And you can't tell me why?  It's just |
| 10:11:38 | 24 | a random thing? |
| 10:11:44 | 25 | A.  Yes. |

| | | |
|---|---|---|
| 10:11:44 | 1 | Q.   Okay.  So why don't you want it on Web -- |
| 10:11:49 | 2 | then why not the same for Webzilla?  Why do you |
| 10:11:53 | 3 | want it on Webzilla? |
| 10:11:54 | 4 | A.   I don't know that. |
| 10:11:55 | 5 | Q.   You don't know? |
| 10:11:56 | 6 | A.   No. |
| 10:11:56 | 7 | MR. SIEGEL:  Okay.  Let's mark as |
| 10:12:10 | 8 | Exhibit 1 -- and why don't you -- can you maybe |
| 10:12:22 | 9 | pass it to Val? |
| 10:12:23 | 10 | (Exhibit 1 marked.) |
| 10:12:26 | 11 | THE WITNESS:  This one goes to Val or |
| 10:12:27 | 12 | to me? |
| 10:12:27 | 13 | MR. SIEGEL:  The other one goes to Val. |
| 10:12:27 | 14 | THE WITNESS:  This one goes to Val? |
| 10:12:27 | 15 | MR. SIEGEL:  Yes, that one goes to -- |
| 10:12:27 | 16 | THE WITNESS:  Yeah. |
| 10:12:34 | 17 | Q.   BY MR. SIEGEL:  So, Mr. Dvas, this is |
| 10:12:37 | 18 | a -- a resume or curriculum vitae that was printed |
| 10:12:43 | 19 | out from your LinkedIn -- your -- your LinkedIn |
| 10:12:47 | 20 | site. |
| 10:12:51 | 21 | Do you see that? |
| 10:12:52 | 22 | A.   (Examining.) |
| 10:12:56 | 23 | Q.   If you turn to the first page, where -- |
| 10:13:00 | 24 | under where it says "COO of Servers.com," you |
| 10:13:08 | 25 | say that: |

| | | |
|---|---|---|
| 10:13:08 | 1 | "Building a breakthrough hosting |
| 10:13:11 | 2 | platform, bringing unsurpassed network |
| 10:13:14 | 3 | experience to customers." |
| 10:13:15 | 4 | Why is Servers.com a breakthrough |
| 10:13:21 | 5 | hosting platform?  What do you mean by that? |
| 10:13:23 | 6 | A.   Because it's better than any -- |
| 10:13:24 | 7 | than any other platform. |
| 10:13:26 | 8 | Q.   It's better than any other? |
| 10:13:28 | 9 | A.   Yes. |
| 10:13:28 | 10 | Q.   In what way?  How is it better? |
| 10:13:34 | 11 | A.   It is better. |
| 10:13:35 | 12 | Q.   How is it better? |
| 10:13:38 | 13 | A.   Can you somehow, like, be a bit more |
| 10:13:44 | 14 | specific with this question? |
| 10:13:45 | 15 | Q.   Well, if I'm a customer -- let's say |
| 10:13:48 | 16 | I'm a potential customer; right? |
| 10:13:49 | 17 | A.   Let's not hypothesize. |
| 10:13:52 | 18 | Q.   Well, no -- |
| 10:13:53 | 19 | A.   Well, I would be happy to discuss with |
| 10:13:55 | 20 | you as a potential customer if -- if you really |
| 10:13:56 | 21 | are -- okay. |
| 10:14:01 | 22 | MR. GURVITS:  Nick, listen to the |
| 10:14:02 | 23 | question and answer it. |
| 10:14:02 | 24 | THE WITNESS:  Okay.  Sorry. |
| 10:14:06 | 25 | Q.   BY MR. SIEGEL:  Yes. |

```
10:14:06   1            If I am a -- if I was a potential
10:14:10   2    customer of -- of Servers.com, what would you
10:14:12   3    tell me is better about Servers.com than your
10:14:18   4    competition?
10:14:22   5         A.   That question -- an answer to that
10:14:24   6    question requires too much of assumptions and
10:14:27   7    hypothesizing.  I cannot answer that.
10:14:30   8         Q.   Really, you can't?  You can't -- you
10:14:31   9    have no idea what you would tell a potential
10:14:34  10    customer is better about Servers.com?
10:14:37  11         A.   I have no idea of what I would tell
10:14:39  12    you if you were a potential customer.
10:14:41  13         Q.   Would you just tell me, oh, it's just
10:14:43  14    better, but I can't tell you why?
10:14:46  15         A.   I don't know what I would tell you.
10:14:48  16         Q.   Okay.  What do you think is better
10:14:51  17    about Servers.com than your competitors?
10:14:57  18         A.   Everything.
10:14:59  19         Q.   Everything?
10:15:00  20              Give me three examples of what is
10:15:02  21    better, in your opinion.
10:15:26  22         A.   It is access to the global private
10:15:32  23    network.  It is fast server provisioning time.
10:15:41  24              (Court reporter clarification.)
10:15:41  25              THE WITNESS:  Fast server provisioning.
```

| | | |
|---|---|---|
| 10:15:41 | 1 | And it is 40-gigabit connection to each server. |
| 10:15:51 | 2 | Q.   BY MR. SIEGEL:  What about security? |
| 10:15:54 | 3 | Is the security on -- offered by |
| 10:15:57 | 4 | Servers.com better than your competitors? |
| 10:15:58 | 5 | A.   We -- |
| 10:16:00 | 6 | MR. GURVITS:  Objection. |
| 10:16:00 | 7 | THE WITNESS:  Servers.com does not |
| 10:16:09 | 8 | offer security services. |
| 10:16:11 | 9 | Q.   BY MR. SIEGEL:  Okay. |
| 10:16:11 | 10 | A.   It's a hosting company. |
| 10:16:12 | 11 | Q.   Does Webzilla? |
| 10:16:14 | 12 | A.   Webzilla does not offer security |
| 10:16:15 | 13 | services. |
| 10:16:16 | 14 | Q.   At all?  It offers nothing to give |
| 10:16:19 | 15 | customers comfort that their -- the -- the |
| 10:16:27 | 16 | services they provide or they offer are secure? |
| 10:16:31 | 17 | MR. GURVITS:  Objection. |
| 10:16:33 | 18 | THE WITNESS:  I don't know. |
| 10:16:35 | 19 | Q.   BY MR. SIEGEL:  You don't know? |
| 10:16:38 | 20 | A.   I don't know.  Don't know. |
| 10:16:49 | 21 | Q.   Okay.  There came a time when you |
| 10:16:52 | 22 | hired a public relations firm called the Cutler |
| 10:16:55 | 23 | firm; right? |
| 10:16:57 | 24 | A.   That's correct. |
| 10:16:57 | 25 | Q.   Okay.  Up till that point, how was |

```
10:17:03   1    public relations handled?
10:17:10   2        A.   I don't know.
10:17:11   3        Q.   Well, who was responsible for it?
10:17:17   4        A.   The marketing team.
10:17:18   5        Q.   The marketing team at XBT?
10:17:26   6        A.   The marketing team -- teams of the
10:17:29   7    companies.
10:17:32   8        Q.   Okay.  Prior to retaining the Cutler
10:17:37   9    firm, had any XBT subsidiary retained any outside
10:17:43  10    public relations firm?
10:17:45  11        A.   I don't know.
10:17:45  12        Q.   You don't know?
10:17:46  13        A.   (Witness shakes head in the negative.)
10:17:48  14            MR. SIEGEL:  I'll show you Exhibit 2.
10:17:48  15            (Exhibit 2 marked.)
10:18:13  16        Q.   BY MR. SIEGEL:  Exhibit 2 indicates
10:18:14  17    that it is an interview that you gave to
10:18:20  18    Linux.com.
10:18:23  19            Is that right?
10:18:39  20        A.   (Examining.)  That is right.
10:18:40  21        Q.   What is Linux.com?
10:18:43  22        A.   It's a website.
10:18:44  23        Q.   And what is -- does it have a focus?
10:18:50  24        A.   I don't know.
10:18:52  25        Q.   How did it -- how did you come to be
```

| | | |
|---|---|---|
| 10:18:54 | 1 | interviewed by Linux.com? |
| 10:18:59 | 2 | A.   I don't remember. |
| 10:18:59 | 3 | Q.   Okay.  Do you remember who contacted |
| 10:19:05 | 4 | you about it? |
| 10:19:06 | 5 | A.   I don't remember. |
| 10:19:07 | 6 | Q.   Was it something that somebody in your |
| 10:19:09 | 7 | marketing department facilitated? |
| 10:19:12 | 8 | A.   I don't remember. |
| 10:19:14 | 9 | Q.   Why did you give this interview? |
| 10:19:18 | 10 | A.   Because someone -- I don't remember |
| 10:19:29 | 11 | who -- approached me and asked to do that. |
| 10:19:32 | 12 | Q.   And why did you say "yes"? |
| 10:19:37 | 13 | A.   I don't know.  I wanted to. |
| 10:19:39 | 14 | Q.   And why did you want to? |
| 10:19:44 | 15 | A.   I find it hard to explain a wish. |
| 10:19:47 | 16 | Q.   Well, that's what we're here for. |
| 10:19:50 | 17 | So just explain to me the best you can why |
| 10:19:51 | 18 | you wanted to. |
| 10:19:52 | 19 | A.   I don't recollect any particular |
| 10:19:54 | 20 | reason for that. |
| 10:19:55 | 21 | Q.   Okay.  Why were you looking to -- |
| 10:19:59 | 22 | to potentially hire a public relations agency |
| 10:20:03 | 23 | at the time that you ultimately hired the Cutler |
| 10:20:07 | 24 | one? |
| 10:20:15 | 25 | A.   Because we believed that we can promote |

| | | |
|---|---|---|
| 10:20:21 | 1 | the brand of Servers.com. |
| 10:20:24 | 2 | Q.   Okay.  And why did you -- why did you |
| 10:20:28 | 3 | want to hire a public relations agency to help |
| 10:20:31 | 4 | do that? |
| 10:20:39 | 5 | A.   Because we believed that public |
| 10:20:49 | 6 | relations is a part of marketing activities. |
| 10:20:54 | 7 | Q.   A part of what? |
| 10:20:55 | 8 | A.   Of marketing activities. |
| 10:20:56 | 9 | Q.   Okay.  And why -- explain to me what |
| 10:21:00 | 10 | you mean by that. |
| 10:21:03 | 11 | A.   We believed that we need to have |
| 10:21:08 | 12 | marketing activities -- |
| 10:21:09 | 13 | Q.   Uh-huh. |
| 10:21:09 | 14 | A.   -- to promote Servers.com brand. |
| 10:21:13 | 15 | And we believed that public relations is |
| 10:21:17 | 16 | a part of marketing activities. |
| 10:21:21 | 17 | Q.   I understand that. |
| 10:21:21 | 18 | My question was:  Why is it a part? |
| 10:21:24 | 19 | Why did you believe it was a part of marketing |
| 10:21:27 | 20 | activities? |
| 10:21:30 | 21 | A.   I don't remember where I got this |
| 10:21:31 | 22 | knowledge. |
| 10:21:32 | 23 | Q.   Well, what did you believe that |
| 10:21:34 | 24 | a public relations firm would offer to you, |
| 10:21:37 | 25 | in terms of marketing activities, that you |

| | | |
|---|---|---|
| 10:21:39 | 1 | didn't have already? |
| 10:21:51 | 2 | A.   Nothing that we didn't have. |
| 10:21:53 | 3 | Q.   Then why would you hire one? |
| 10:21:56 | 4 | A.   Because it would improve something |
| 10:21:59 | 5 | that we had. |
| 10:21:59 | 6 | Q.   Okay.  How did you hope to improve |
| 10:22:04 | 7 | it? |
| 10:22:07 | 8 | A.   We hoped to improve it with public |
| 10:22:14 | 9 | relations activities. |
| 10:22:15 | 10 | Q.   Okay.  How?  What were you looking -- |
| 10:22:18 | 11 | what improvements were you looking for when |
| 10:22:22 | 12 | you hired an outside PR firm? |
| 10:22:27 | 13 | A.   We were looking for better brand |
| 10:22:41 | 14 | recognition. |
| 10:22:41 | 15 | (Court reporter clarification.) |
| 10:22:41 | 16 | THE WITNESS:  Better brand recognition. |
| 10:22:41 | 17 | MR. SIEGEL:  Okay. |
| 10:22:41 | 18 | MS. BOLGER:  "Recognition." |
| 10:22:41 | 19 | THE WITNESS:  "Brand recognition." |
| 10:22:42 | 20 | Q.   BY MR. SIEGEL:  Right.  And what |
| 10:22:43 | 21 | services did a public relations firm -- did |
| 10:22:45 | 22 | you hope that a public relations firm would |
| 10:22:49 | 23 | offer that would give you better brand |
| 10:22:52 | 24 | recognition? |
| 10:22:56 | 25 | A.   We were hoping they would get us |

| | | |
|---|---|---|
| 10:23:02 | 1 | publications. |
| 10:23:03 | 2 | Q.   Okay.  Publicity; right? |
| 10:23:06 | 3 | A.   Publicity.  Yes. |
| 10:23:07 | 4 | Q.   In media publications? |
| 10:23:09 | 5 | A.   In media.  Yes. |
| 10:23:16 | 6 | Q.   Okay.  Do you -- how did you come to |
| 10:23:21 | 7 | communicate with the Cutler firm?  How did that |
| 10:23:25 | 8 | firm -- how did you ever even come to hear of |
| 10:23:28 | 9 | them? |
| 10:23:31 | 10 | A.   Aleksej Gubarev told me that such |
| 10:23:35 | 11 | firm exists. |
| 10:23:35 | 12 | Q.   Okay.  And did Mr. Gubarev tell you |
| 10:23:41 | 13 | how he knew about them? |
| 10:23:47 | 14 | A.   Yes. |
| 10:23:47 | 15 | Q.   And what did he say? |
| 10:23:50 | 16 | A.   He told that one of the persons he -- |
| 10:23:55 | 17 | one of the companies he knows were using them |
| 10:23:59 | 18 | and were happy. |
| 10:24:01 | 19 | MR. SIEGEL:  Okay.  So this is Exhibit 3. |
| 10:24:09 | 20 | (Exhibit 3 marked.) |
| 10:24:09 | 21 | THE WITNESS:  Okay.  (Examining.) |
| 10:24:26 | 22 | Q.   BY MR. SIEGEL:  So Exhibit 3 appears |
| 10:24:27 | 23 | to be an e-mail from Zach Cutler to you saying: |
| 10:24:35 | 24 | "Thanks for contacting us." |
| 10:24:38 | 25 | So did -- did you reach out to |

| | | |
|---|---|---|
| 10:24:41 | 1 | Mr. Cutler? |
| 10:24:45 | 2 | A.   Yes. |
| 10:24:46 | 3 | Q.   Okay.  Do you recall how you reached |
| 10:24:49 | 4 | out to him? |
| 10:24:50 | 5 | A.   No. |
| 10:24:50 | 6 | Q.   Okay.  And was it by phone or e-mail |
| 10:24:54 | 7 | or text or ... |
| 10:24:59 | 8 | A.   I -- I don't have a confidence in that. |
| 10:25:03 | 9 | I -- I'm not confident what it was. |
| 10:25:06 | 10 | MR. SIEGEL:  Okay.  Let's mark this as |
| 10:25:25 | 11 | Exhibit 4. |
| 10:25:26 | 12 | (Exhibit 4 marked.) |
| 10:25:26 | 13 | THE WITNESS:  Like those are different. |
| 10:25:26 | 14 | Wait. |
| 10:25:26 | 15 | MR. SIEGEL:  Well, that's an attachment. |
| 10:25:33 | 16 | THE WITNESS:  That's an attachment. |
| 10:25:33 | 17 | Okay.  (Examining.) |
| 10:25:37 | 18 | MR. SIEGEL:  And I'll just say for the |
| 10:25:39 | 19 | record that the -- both with respect to -- that |
| 10:25:41 | 20 | should go to Val; right? |
| 10:25:48 | 21 | Both with respect to Exhibit 4 and |
| 10:25:51 | 22 | other exhibits today that have attachments, |
| 10:25:54 | 23 | because the attachments were only provided |
| 10:25:58 | 24 | in the unmarked native files by the plaintiff, |
| 10:26:02 | 25 | that they do not have the same numbers -- the |

| | | |
|---|---|---|
| 10:26:05 | 1 | same Bates numbers that the other exhibits have. |
| 10:26:10 | 2 | Q.   BY MR. SIEGEL:  So this e-mail, also |
| 10:26:13 | 3 | from Mr. Cutler to yourself, appears to indicate |
| 10:26:15 | 4 | that this is a proposal that the Cutler firm sent |
| 10:26:19 | 5 | to you? |
| 10:26:20 | 6 | A.   Uh-huh. |
| 10:26:20 | 7 | Q.   All right.  Now, this is a little tough |
| 10:26:27 | 8 | because there are not page numbers. |
| 10:26:29 | 9 | I want you to go to the page -- it's |
| 10:26:31 | 10 | actually the tenth page.  It says "Campaign |
| 10:26:35 | 11 | Elements" on the top of it, continued. |
| 10:26:41 | 12 | A.   Okay. |
| 10:26:41 | 13 | Q.   Do you see that? |
| 10:26:43 | 14 | A.   Yes. |
| 10:26:43 | 15 | Q.   Okay.  So Mr. Cutler proposed that: |
| 10:26:51 | 16 | "Once credibility is established, the |
| 10:26:53 | 17 | press will seek commentary on timely topics from |
| 10:26:56 | 18 | Servers.com." |
| 10:26:56 | 19 | Is that a kind of service that you were |
| 10:27:01 | 20 | hoping to get? |
| 10:27:04 | 21 | A.   Wait a moment.  I must be looking at |
| 10:27:05 | 22 | a different page. |
| 10:27:06 | 23 | Q.   Show me -- |
| 10:27:06 | 24 | A.   Aah. |
| 10:27:06 | 25 | Q.   Show me what you're -- |

| | | |
|---|---|---|
| 10:27:06 | 1 | A.   I'm looking here. |
| 10:27:06 | 2 | Q.   Yeah.  Next page. |
| 10:27:10 | 3 | A.   Aah, next page. |
| 10:27:10 | 4 | Q.   Okay.  So at the top of the page, it says: |
| 10:27:13 | 5 | "Campaign Elements" abbreviated continued. |
| 10:27:14 | 6 | (As read.) |
| 10:27:16 | 7 | Under "Industry commentary," it says: |
| 10:27:18 | 8 | "Once credibility is established, the |
| 10:27:19 | 9 | press will seek commentary on timely topics from |
| 10:27:22 | 10 | Servers.com." |
| 10:27:22 | 11 | That's the kind of service that you |
| 10:27:24 | 12 | were looking for that was competently provided? |
| 10:27:30 | 13 | Is that fair? |
| 10:27:31 | 14 | A.   That is fair. |
| 10:27:31 | 15 | Q.   Okay.  Under "Thought Leadership," it |
| 10:27:39 | 16 | says: |
| 10:27:39 | 17 | "Raise key executives' profiles with |
| 10:27:40 | 18 | bylined articles." |
| 10:27:42 | 19 | That's also something you were hoping |
| 10:27:45 | 20 | to accomplish? |
| 10:27:47 | 21 | A.   That's what I was advised to accomplish. |
| 10:27:52 | 22 | Q.   By who? |
| 10:27:53 | 23 | A.   By Zach Cutler. |
| 10:27:57 | 24 | Q.   Okay.  What did you understand the term |
| 10:27:58 | 25 | "thought leadership" to mean? |

| | | |
|---|---|---|
| 10:28:06 | 1 | A.   It meant publicly stated expertise. |
| 10:28:16 | 2 | Q.   Okay.  And expert -- expertise is -- |
| 10:28:20 | 3 | A.   Expertise. |
| 10:28:22 | 4 | Q.   It's fine. |
| 10:28:22 | 5 | A.   Sorry. |
| 10:28:22 | 6 | Q.   It's -- it's -- |
| 10:28:22 | 7 | A.   My English is -- |
| 10:28:23 | 8 | Q.   The word is correct.  The pronunciation |
| 10:28:26 | 9 | is -- |
| 10:28:28 | 10 | A.   Okay. |
| 10:28:28 | 11 | Q.   -- is regional anyway. |
| 10:28:32 | 12 | So a public expertise about what? |
| 10:28:37 | 13 | A.   In what field? |
| 10:28:38 | 14 | Q.   Yeah. |
| 10:28:43 | 15 | A.   Hosting. |
| 10:28:44 | 16 | Q.   Okay.  So, in other words, thought |
| 10:28:49 | 17 | leadership involved being held out to the |
| 10:28:51 | 18 | public as experts in something; right? |
| 10:28:53 | 19 | MR. GURVITS:  Objection. |
| 10:28:54 | 20 | Q.   BY MR. SIEGEL:  Okay. |
| 10:29:01 | 21 | A.   Can you please repeat the question? |
| 10:29:03 | 22 | Q.   It's all right.  I'll -- I'll -- I'll |
| 10:29:05 | 23 | strike that and move on. |
| 10:29:10 | 24 | There -- go two pages over where it says: |
| 10:29:15 | 25 | "Target Media." |

| | | |
|---|---|---|
| 10:29:15 | 1 | Right?  So these are the kind of media |
| 10:29:22 | 2 | publications they indicated that they would target. |
| 10:29:25 | 3 | So they include, for example, Forbes, CNNMoney, |
| 10:29:30 | 4 | The Economist, The Guardian, Bloomberg. |
| 10:29:33 | 5 | Are those among the type of publications |
| 10:29:35 | 6 | that you were hoping to get publicity in, if they |
| 10:29:42 | 7 | succeeded? |
| 10:29:42 | 8 | A.    No. |
| 10:29:43 | 9 | Q.    No?  Not at all? |
| 10:29:47 | 10 | A.    No. |
| 10:29:48 | 11 | Q.    So what were you looking for? |
| 10:29:55 | 12 | A.    We were not looking for any specific |
| 10:29:58 | 13 | media. |
| 10:30:02 | 14 | Q.    Just media in general? |
| 10:30:08 | 15 | A.    Just the right media for us. |
| 10:30:09 | 16 | Q.    And what was the right media for you? |
| 10:30:12 | 17 | A.    We didn't know that. |
| 10:30:13 | 18 | Q.    So you wanted to get advice from them |
| 10:30:17 | 19 | about what media would be most appropriate for |
| 10:30:20 | 20 | you?  Is that fair? |
| 10:30:21 | 21 | A.    No. |
| 10:30:21 | 22 | Q.    No? |
| 10:30:22 | 23 | A.    No. |
| 10:30:24 | 24 | Q.    So if you didn't know what media would |
| 10:30:27 | 25 | be the most appropriate -- right? -- for you, |

| | | |
|---|---|---|
| 10:30:30 | 1 | how did you expect to find that out? |
| 10:30:38 | 2 | A.   We expected them to know that -- |
| 10:30:40 | 3 | Q.   Okay. |
| 10:30:41 | 4 | A.   -- and to do that. |
| 10:30:43 | 5 | Q.   And to do that.  Okay. |
| 10:30:44 | 6 | So is it fair to say you -- you left |
| 10:30:47 | 7 | it up to them to choose what target media would |
| 10:30:50 | 8 | be most appropriate for you? |
| 10:30:52 | 9 | A.   That's correct. |
| 10:30:52 | 10 | Q.   Okay. |
| 10:30:57 | 11 | MR. SIEGEL:  Okay.  Let's mark this as |
| 10:31:11 | 12 | Exhibit 5. |
| 10:31:17 | 13 | (Exhibit 5 marked.) |
| 10:31:17 | 14 | MR. SIEGEL:  And there's Val's copy. |
| 10:31:23 | 15 | THE WITNESS:  Oh.  I pass it down marked; |
| 10:31:25 | 16 | yes? |
| 10:31:26 | 17 | MR. SIEGEL:  Yes. |
| 10:31:29 | 18 | THE WITNESS:  Okay.  Give me some time. |
| 10:31:33 | 19 | (Examining.) |
| 10:31:33 | 20 | Q.   BY MR. SIEGEL:  Okay.  This indicates |
| 10:31:45 | 21 | that it's an e-mail from Mr. Cutler to you -- |
| 10:31:47 | 22 | A.   Uh-huh. |
| 10:31:47 | 23 | Q.   -- with, again, a series of proposals. |
| 10:31:56 | 24 | A.   Uh-huh. |
| 10:32:01 | 25 | Q.   Actually, if you turn to the second |

| 10:32:03 | 1 | page of the e-mail -- |
| 10:32:04 | 2 | A.   Uh-huh. |
| 10:32:05 | 3 | Q.   -- it indicates that you told Mr. Cutler |
| 10:32:14 | 4 | that you were -- on the top on October 9th at 6:19 |
| 10:32:19 | 5 | p.m. -- or he tells you -- I'm sorry. |
| 10:32:23 | 6 | "We can do an average of at least three |
| 10:32:26 | 7 | publications at $7,500" a "month."  (As read.) |
| 10:32:29 | 8 | And you then asked him for $5,000 |
| 10:32:31 | 9 | a month retainer or three publications at the |
| 10:32:31 | 10 | same price? |
| 10:32:29 | 11 | (Court reporter clarification.) |
| 10:32:29 | 12 | MR. SIEGEL:  Sure.  Sorry.  Sorry. |
| 10:32:29 | 13 | Q.   BY MR. SIEGEL:  It looks like on Friday, |
| 10:32:38 | 14 | October 19th [sic], at 11:16 a.m. you e-mailed |
| 10:32:43 | 15 | him saying:  Is the $7,500 retainer for two |
| 10:32:47 | 16 | publications? |
| 10:32:48 | 17 | And you asked him:  Can we have either |
| 10:32:50 | 18 | a 5,000 retainer or three publications at the |
| 10:32:54 | 19 | same price? |
| 10:32:55 | 20 | Correct? |
| 10:32:55 | 21 | A.   Yes. |
| 10:32:56 | 22 | Q.   Okay.  And he said: |
| 10:32:56 | 23 | "We can do an average of at least three |
| 10:32:57 | 24 | publications at $7,500" a "month.  Would you like |
| 10:33:00 | 25 | to proceed?"  (As read.) |

| | | |
|---|---|---|
| 10:33:01 | 1 | Right? |
| 10:33:01 | 2 | A.  That's what the e-mail says.  Yes. |
| 10:33:05 | 3 | Q.  Right. |
| 10:33:05 | 4 | And then you ultimately did proceed |
| 10:33:07 | 5 | with $7,500 a month; right? |
| 10:33:10 | 6 | A.  I don't remember that. |
| 10:33:10 | 7 | Q.  Okay.  So the -- the record will be |
| 10:33:11 | 8 | what -- the invoices will say what they say. |
| 10:33:14 | 9 | A.  Yeah.  When I see the invoice, I will |
| 10:33:14 | 10 | be -- |
| 10:33:14 | 11 | Q.  Okay. |
| 10:33:14 | 12 | A.  -- able to -- |
| 10:33:18 | 13 | Q.  Okay.  If you look at the first page. |
| 10:33:26 | 14 | So he, again, at the top is giving you |
| 10:33:29 | 15 | examples of media that -- that he thinks would |
| 10:33:32 | 16 | be appropriate to target; right? |
| 10:33:33 | 17 | A.  Yes. |
| 10:33:35 | 18 | Q.  Okay.  And -- and as I understand, from |
| 10:33:37 | 19 | your last answer, you were going to leave it up |
| 10:33:39 | 20 | to them to -- to make that decision? |
| 10:33:41 | 21 | A.  Yes. |
| 10:33:41 | 22 | Q.  Okay.  If you go maybe -- you see four |
| 10:33:47 | 23 | bullet points from the bottom, it says: |
| 10:33:53 | 24 | "Position CEO as an industry expert and |
| 10:33:56 | 25 | influential thought leader in the space.  Offer |

| | | |
|---|---|---|
| 10:33:59 | 1 | as a resource to comment on industry trends and |
| 10:34:01 | 2 | news stories." |
| 10:34:02 | 3 | Who was the CEO that was being talked |
| 10:34:06 | 4 | about here? |
| 10:34:09 | 5 | A.   I don't know who is -- who he has been |
| 10:34:11 | 6 | talking about. |
| 10:34:12 | 7 | Q.   Was that -- do you know whether -- was |
| 10:34:14 | 8 | that you or Mr. Gubarev? |
| 10:34:16 | 9 | A.   I don't know who was he talking about -- |
| 10:34:18 | 10 | Q.   Okay. |
| 10:34:19 | 11 | A.   -- in this e-mail. |
| 10:34:20 | 12 | Q.   Who do you think? |
| 10:34:24 | 13 | A.   I prefer not to make guesses. |
| 10:34:25 | 14 | Q.   Okay.  And, again, where he says |
| 10:34:29 | 15 | "Nominate CEO and other executives to speak on |
| 10:34:33 | 16 | panels or keynotes and key industry conferences, |
| 10:34:35 | 17 | to build visibility and thought leadership of |
| 10:34:38 | 18 | brand," do you know which CEO he's talking about? |
| 10:34:41 | 19 | A.   I don't know who he is talking about. |
| 10:34:43 | 20 | Q.   Just -- do you know which company's |
| 10:34:54 | 21 | CEO he was referring to? |
| 10:35:13 | 22 | A.   It isn't written here explicitly. |
| 10:35:15 | 23 | And I don't know what other person meant |
| 10:35:19 | 24 | other than what -- |
| 10:35:20 | 25 | Q.   Okay. |

| | | |
|---|---|---|
| 10:35:20 | 1 | A.   -- is said in the e-mail. |
| 10:35:22 | 2 | Q.   Well, based on the -- the roughly |
| 10:35:24 | 3 | three months that you worked with them -- |
| 10:35:26 | 4 | A.   Uh-huh. |
| 10:35:26 | 5 | Q.   -- does that give you an understanding |
| 10:35:30 | 6 | of who they were talking about? |
| 10:35:36 | 7 | A.   No, it's still -- |
| 10:35:36 | 8 | Q.   In other words, based on the -- |
| 10:35:38 | 9 | A.   It's still -- |
| 10:35:38 | 10 | Q.   -- work that actually -- |
| 10:35:39 | 11 | A.   -- it's still -- it's still hypothesizing |
| 10:35:40 | 12 | about what -- what they were talking about in this |
| 10:35:43 | 13 | e-mail. |
| 10:35:43 | 14 | Q.   Okay. |
| 10:35:47 | 15 | A.   May I ask for a break once we are done |
| 10:35:50 | 16 | with this -- |
| 10:35:53 | 17 | Q.   Sure. |
| 10:35:53 | 18 | A.   -- with this exhibit? |
| 10:35:54 | 19 | Q.   Sure.  I'm going to ask just one more |
| 10:35:55 | 20 | question, and then we'll take a break.  Okay? |
| 10:35:58 | 21 | The -- the folks at the Cutler firm |
| 10:36:00 | 22 | that you worked with primarily were based in |
| 10:36:03 | 23 | the United States; right? |
| 10:36:05 | 24 | A.   That's what they told. |
| 10:36:08 | 25 | Q.   That's what they said? |

| | | |
|---|---|---|
| 10:36:09 | 1 | A.   Yes. |
| 10:36:12 | 2 | Q.   Were you looking for an American-based |
| 10:36:13 | 3 | firm or a firm with an American-based office? |
| 10:36:20 | 4 | A.   No. |
| 10:36:21 | 5 | Q.   It didn't matter to you where in the |
| 10:36:23 | 6 | world they were based? |
| 10:36:34 | 7 | A.   I don't remember what were the factors |
| 10:36:36 | 8 | in consideration. |
| 10:36:41 | 9 | Q.   Okay.  Did you consider any firms that |
| 10:36:43 | 10 | were based in any other parts of the world at |
| 10:36:46 | 11 | the time? |
| 10:36:49 | 12 | A.   No. |
| 10:36:50 | 13 | Q.   Just in America? |
| 10:36:51 | 14 | A.   We didn't consider any other company |
| 10:36:54 | 15 | at all. |
| 10:36:55 | 16 | MR. SIEGEL:  All right.  Okay.  Let's |
| 10:36:57 | 17 | take a break. |
| 10:36:59 | 18 | THE VIDEOGRAPHER:  Going off the record |
| 10:36:59 | 19 | at 10:36. |
| 10:37:02 | 20 | (Recess from 10:36 a.m. to 10:49 a.m.) |
| 10:49:44 | 21 | THE VIDEOGRAPHER:  Back on the record |
| 10:49:45 | 22 | at 10:49. |
| 10:49:48 | 23 | MR. SIEGEL:  Okay.  I'm going to show |
| 10:49:50 | 24 | you Exhibit 6. |
| 10:49:54 | 25 | (Exhibit 6 marked.) |

| | | |
|---|---|---|
| 10:50:05 | 1 | Q.   BY MR. SIEGEL:   Exhibit 6 is an e-mail |
| 10:50:07 | 2 | between Marilyn Gerber and yourself and a couple |
| 10:50:11 | 3 | of other folks. |
| 10:50:11 | 4 | Was Marilyn Gerber one of the people |
| 10:50:13 | 5 | at Cutler PR that you worked with? |
| 10:50:16 | 6 | A.   (Examining.)   Yes. |
| 10:50:18 | 7 | Q.   Who is -- you look at the e-mail "To" |
| 10:50:23 | 8 | line.  Who is "trankov@servers.com"? |
| 10:50:27 | 9 | A.   He was a marketing manager. |
| 10:50:31 | 10 | Q.   And is his name Alexey?  Alexey Trankov? |
| 10:50:36 | 11 | A.   That's correct. |
| 10:50:36 | 12 | Q.   Is he still with any XBT company today? |
| 10:50:40 | 13 | A.   No. |
| 10:50:42 | 14 | Q.   And who was Olga Galkinka?  Did I say |
| 10:50:46 | 15 | that right?  Or Galkina? |
| 10:50:52 | 16 | A.   She was a PR manager. |
| 10:50:56 | 17 | Q.   A PR manager? |
| 10:50:57 | 18 | A.   Yes. |
| 10:50:57 | 19 | Q.   Did she report to Mr. Trankov? |
| 10:51:00 | 20 | A.   Yes. |
| 10:51:00 | 21 | Q.   Okay.  And is she with the company |
| 10:51:05 | 22 | today? |
| 10:51:06 | 23 | A.   No. |
| 10:51:10 | 24 | Q.   Did they handle public relations |
| 10:51:14 | 25 | before you hired an outside public relations |

| | | |
|---|---|---|
| 10:51:18 | 1 | firm? |
| 10:51:20 | 2 | A.   No. |
| 10:51:21 | 3 | Q.   No? |
| 10:51:21 | 4 | Who did? |
| 10:51:23 | 5 | A.   No one did. |
| 10:51:25 | 6 | Q.   No one did. |
| 10:51:29 | 7 | So meaning -- was it something that |
| 10:51:31 | 8 | the company didn't really do until you hired |
| 10:51:33 | 9 | an outside firm? |
| 10:51:35 | 10 | A.   That's correct. |
| 10:51:41 | 11 | Q.   The e-mail indicates that Ms. Gerber |
| 10:51:46 | 12 | said that Cutler PR at the bottom would share |
| 10:51:48 | 13 | examples of bylined articles to use as a guide |
| 10:51:51 | 14 | to draft articles for placement, begin developing |
| 10:51:54 | 15 | a list of target media outlets. |
| 10:51:58 | 16 | This was all part of the -- the services |
| 10:52:00 | 17 | they were supposed to be offering you?  Is that |
| 10:52:03 | 18 | fair? |
| 10:52:11 | 19 | A.   Yes. |
| 10:52:12 | 20 | Q.   Okay.  This appears to indicate that |
| 10:52:15 | 21 | the e-mail was sent after a telephone call. |
| 10:52:18 | 22 | Did you -- do you have any process |
| 10:52:20 | 23 | of regular telephone calls with Cutler PR? |
| 10:52:26 | 24 | A.   No. |
| 10:52:28 | 25 | Q.   Not with Cutler? |

| | | |
|---|---|---|
| 10:52:31 | 1 | A.   Not with Cutler. |
| 10:52:38 | 2 | Q.   Okay.  So you did have some telephone |
| 10:52:39 | 3 | calls with them; right? |
| 10:52:41 | 4 | A.   That's correct. |
| 10:52:42 | 5 | Q.   And is it -- was it simply they weren't |
| 10:52:44 | 6 | scheduled on any particular regular basis?  In |
| 10:52:48 | 7 | other words, did you have weekly calls? |
| 10:52:51 | 8 | A.   I don't remember. |
| 10:52:51 | 9 | Q.   Okay.  Fair enough. |
| 10:52:52 | 10 | (Exhibit 7 marked.) |
| 10:53:00 | 11 | Q.   BY MR. SIEGEL:  I'll show you what's |
| 10:53:01 | 12 | been marked as Exhibit 7.  Exhibit 7 is e-mails |
| 10:53:38 | 13 | between you and Ms. Gerber.  If you look at the |
| 10:53:43 | 14 | second e-mail on page 1024 -- it's just -- it's |
| 10:53:46 | 15 | the first one -- |
| 10:53:47 | 16 | A.   Uh-huh.  (Examining.) |
| 10:53:48 | 17 | Q.   -- the first page.  She's explaining |
| 10:53:51 | 18 | what the purpose of the placement of bylined |
| 10:53:56 | 19 | articles is.  And you respond that: |
| 10:54:02 | 20 | "I have some ideas in mind I wish |
| 10:54:04 | 21 | to discuss." |
| 10:54:07 | 22 | What ideas did you have at the time? |
| 10:54:09 | 23 | A.   I don't remember. |
| 10:54:10 | 24 | Q.   You don't remember.  Okay. |
| 10:54:12 | 25 | The next line says: |

| | | |
|---|---|---|
| 10:54:14 | 1 | "Can we use Skype/Viber/... (basically |
| 10:54:19 | 2 | any messenger)." |
| 10:54:21 | 3 | Did you communicate with them using |
| 10:54:22 | 4 | some sort of messenger service as well? |
| 10:54:26 | 5 | A.   Yes. |
| 10:54:26 | 6 | Q.   Which one? |
| 10:54:28 | 7 | A.   Skype. |
| 10:54:29 | 8 | Q.   Skype?  Skype? |
| 10:54:30 | 9 | A.   Yeah. |
| 10:54:31 | 10 | Q.   And was that for telephone calls |
| 10:54:35 | 11 | only or also written messages back and forth? |
| 10:54:43 | 12 | MR. GURVITS:  Objection. |
| 10:54:45 | 13 | MR. SIEGEL:  Okay.  Fair enough. |
| 10:54:45 | 14 | Q.   BY MR. SIEGEL:  In what form did you |
| 10:54:48 | 15 | communicate on Skype? |
| 10:54:53 | 16 | A.   Calls. |
| 10:54:54 | 17 | Q.   Okay.  Any texts or messages communicated |
| 10:55:00 | 18 | with words in print? |
| 10:55:03 | 19 | A.   I do not recollect that. |
| 10:55:04 | 20 | MR. SIEGEL:  Okay.  Okay.  Let's go |
| 10:55:13 | 21 | to Exhibit 8. |
| 10:55:21 | 22 | (Exhibit 8 marked.) |
| 10:55:47 | 23 | Q.   BY MR. SIEGEL:  Were -- strike that. |
| 10:55:48 | 24 | At the -- at this time in late 2015, |
| 10:55:57 | 25 | was your position COO of Servers.com?  Is that |

| | | |
|---|---|---|
| 10:56:00 | 1 | accurate? |
| 10:56:00 | 2 | A. That's correct. |
| 10:56:04 | 3 | Q. Was there a CEO of Servers.com at the |
| 10:56:07 | 4 | time? |
| 10:56:08 | 5 | A. Yes. |
| 10:56:08 | 6 | Q. Who was that? |
| 10:56:09 | 7 | A. Aleksej Gubarev. |
| 10:56:11 | 8 | Q. And was there a CEO of XBT Holding at |
| 10:56:16 | 9 | the time? |
| 10:56:18 | 10 | A. Yes. |
| 10:56:19 | 11 | Q. And who was that? |
| 10:56:20 | 12 | A. Aleksej Gubarev. |
| 10:56:24 | 13 | Q. Does that refresh your recollection |
| 10:56:25 | 14 | as to who the CEO in the e-mail that we looked |
| 10:56:28 | 15 | at before must have been? |
| 10:56:30 | 16 | A. (Examining.) No. |
| 10:56:31 | 17 | Q. No? |
| 10:56:32 | 18 | Was there any other CEO? |
| 10:56:35 | 19 | A. There was no other CEO. |
| 10:56:36 | 20 | Q. Okay. Now, let's look at the -- go |
| 10:56:46 | 21 | to page 141 -- 1041. I'm sorry. |
| 10:56:51 | 22 | A. All right. |
| 10:56:52 | 23 | Q. At the bottom Ms. Gerber says: |
| 10:56:55 | 24 | "I'm touching base ... I'm working on |
| 10:56:59 | 25 | placing your 'Technical Debt' article with an |

| 10:57:00 | 1 | appropriate tech trade media outlet." (As read.) |
| 10:57:02 | 2 | So you had drafted an article about |
| 10:57:05 | 3 | technical debt? |
| 10:57:07 | 4 | A.   Yes. |
| 10:57:09 | 5 | Q.   Why did you choose that top -- or |
| 10:57:11 | 6 | strike that. |
| 10:57:11 | 7 | Was that a topic that you chose? |
| 10:57:14 | 8 | A.   Yes. |
| 10:57:15 | 9 | Q.   Why? |
| 10:57:19 | 10 | A.   I don't remember the reason. |
| 10:57:23 | 11 | Q.   Okay.  Was -- was there a reason |
| 10:57:26 | 12 | why you thought that would be a good topic |
| 10:57:29 | 13 | to -- to write about publicly? |
| 10:57:34 | 14 | A.   No.  There was no such reason. |
| 10:57:35 | 15 | Q.   No reason at all? |
| 10:57:37 | 16 | A.   No.  There was no such reason. |
| 10:57:39 | 17 | Q.   Was there any reason why you chose -- |
| 10:57:41 | 18 | A.   No.  I just offered it -- |
| 10:57:43 | 19 | Q.   Uh-huh. |
| 10:57:44 | 20 | A.   -- to the PR company. |
| 10:57:49 | 21 | Q.   And you had said in the e-mail before |
| 10:57:52 | 22 | I had some other topics -- I have some topics, |
| 10:57:54 | 23 | plural, in mind? |
| 10:57:57 | 24 | A.   Uh-huh. |
| 10:57:58 | 25 | Q.   Why did you offer that particular one? |

| | | |
|---|---|---|
| 10:58:06 | 1 | A.   I don't remember. |
| 10:58:06 | 2 | Q.   Okay.  Was there some -- did you think |
| 10:58:09 | 3 | there would be some benefit to the company in |
| 10:58:13 | 4 | commenting on technical debt? |
| 10:58:15 | 5 | A.   I didn't evaluate that. |
| 10:58:18 | 6 | Q.   You didn't think that? |
| 10:58:23 | 7 | A.   I didn't evaluate whether -- |
| 10:58:24 | 8 | Q.   Oh, you didn't evaluate? |
| 10:58:24 | 9 | A.   -- whether it would or would not be |
| 10:58:28 | 10 | any benefit. |
| 10:58:28 | 11 | Q.   Okay. |
| 10:58:28 | 12 | THE COURT REPORTER:  I'm sorry.  You |
| 10:58:28 | 13 | were both talking at the same time.  I didn't |
| 10:58:28 | 14 | hear everything. |
| 10:58:28 | 15 | THE WITNESS:  I did not evaluate |
| 10:58:29 | 16 | whether there would or would not be a benefit |
| 10:58:29 | 17 | to the company. |
| 10:58:31 | 18 | Q.   BY MR. SIEGEL:  And if you look at |
| 10:58:32 | 19 | the very top of page 1041 -- |
| 10:58:40 | 20 | A.   Yes. |
| 10:58:40 | 21 | Q.   -- you -- you write a long e-mail that |
| 10:58:42 | 22 | starts on page 1039 that talks about launching |
| 10:58:47 | 23 | Percona server? |
| 10:58:51 | 24 | A.   Yeah. |
| 10:58:52 | 25 | Q.   So if you go to the very end of the |

| | | |
|---|---|---|
| 10:58:54 | 1 | e-mail, at the top of 1041 -- |
| 10:58:56 | 2 | A.   Uh-huh. |
| 10:58:56 | 3 | Q.   -- you say: |
| 10:58:58 | 4 | "We're launching there" December 7th. |
| 10:58:59 | 5 | (As read.) |
| 10:58:59 | 6 | "By launch, I'd prepare an article |
| 10:59:02 | 7 | on the reason why Luxembourg is a perfect |
| 10:59:04 | 8 | destination for fintech company expansion |
| 10:59:05 | 9 | outside" the "U.S."  (As read.) |
| 10:59:10 | 10 | Right? |
| 10:59:10 | 11 | A.   Right. |
| 10:59:12 | 12 | Q.   Why did you choose that topic? |
| 10:59:23 | 13 | A.   Because I believed fintech is a good |
| 10:59:27 | 14 | vertical. |
| 10:59:30 | 15 | Q.   A good what?  I'm sorry. |
| 10:59:31 | 16 | A.   Because I believed that fintech is |
| 10:59:32 | 17 | a good vertical, is a good segment. |
| 10:59:36 | 18 | Q.   Okay.  And explain what "fintech" is. |
| 10:59:41 | 19 | A.   Financial technology. |
| 10:59:50 | 20 | Q.   Okay.  And in your opinion, did you |
| 10:59:52 | 21 | think that Luxembourg was a perfect destination |
| 10:59:55 | 22 | for financial technology company expansion? |
| 11:00:06 | 23 | A.   I don't remember. |
| 11:00:07 | 24 | Q.   So does the -- do you believe that, |
| 11:00:14 | 25 | when you wrote this in November 2015, that |

| | | |
|---|---|---|
| 11:00:18 | 1 | there was a reason why Luxembourg is -- at |
| 11:00:22 | 2 | least at that time -- a perfect destination |
| 11:00:26 | 3 | for fintech company expansion outside the |
| 11:00:29 | 4 | United States? |
| 11:00:30 | 5 | A.   I don't remember. |
| 11:00:30 | 6 | Q.   Would you write something that you |
| 11:00:32 | 7 | just made up? |
| 11:00:33 | 8 | A.   I would. |
| 11:00:34 | 9 | Q.   You would.  Okay. |
| 11:00:35 | 10 | You then go on to say: |
| 11:00:42 | 11 | "So we should target fintechs with |
| 11:00:43 | 12 | it.  And at the highest possible level.  I |
| 11:00:45 | 13 | mean, TechCrunch or VentureBeat at least." |
| 11:00:49 | 14 | Right? |
| 11:00:49 | 15 | What is VentureBeat? |
| 11:00:52 | 16 | A.   It's a media. |
| 11:00:53 | 17 | Q.   And what is TechCrunch? |
| 11:00:56 | 18 | A.   It's a media. |
| 11:00:57 | 19 | Q.   And why are -- were those, at least |
| 11:00:58 | 20 | in your view, at the highest level possible? |
| 11:01:02 | 21 | A.   I don't remember my reasoning. |
| 11:01:06 | 22 | Q.   Okay.  Okay.  Would it be -- if you |
| 11:01:13 | 23 | don't remember why, it would be fair to say |
| 11:01:15 | 24 | that you thought VentureBeat and TechCrunch |
| 11:01:18 | 25 | were high-level media? |

| | | |
|---|---|---|
| 11:01:24 | 1 | A.   I believed that. |
| 11:01:25 | 2 | Q.   Okay.  Go to the very -- page 1039, |
| 11:01:31 | 3 | the last e-mail on that chain at the very top. |
| 11:01:36 | 4 | You write: |
| 11:01:38 | 5 | "I've got your point here.  However, |
| 11:01:41 | 6 | you've at least promised to give an idea of |
| 11:01:42 | 7 | list of outlets you're pursuing.  Can you |
| 11:01:44 | 8 | share that?" |
| 11:01:46 | 9 | Why did you write that? |
| 11:02:09 | 10 | A.   I don't remember. |
| 11:02:09 | 11 | Q.   Okay.  Did you -- were you -- did you |
| 11:02:16 | 12 | feel like they were not providing the services |
| 11:02:18 | 13 | that you expected in as timely a manner as you |
| 11:02:26 | 14 | expected? |
| 11:02:27 | 15 | A.   Yes. |
| 11:02:39 | 16 | MR. SIEGEL:  Okay.  Let's go to Exhibit 9. |
| 11:02:52 | 17 | And, actually, let's do 10 at the same time. |
| 11:02:56 | 18 | (Exhibit 9 and Exhibit 10 marked.) |
| 11:02:56 | 19 | THE WITNESS:  Aah, this one is marked. |
| 11:03:09 | 20 | Okay. |
| 11:03:13 | 21 | Q.   BY MR. SIEGEL:  So Exhibit 9, in the |
| 11:03:16 | 22 | first e-mail at the bottom of page 1057, is from |
| 11:03:18 | 23 | Marilyn Gerber to yourself, saying that they've |
| 11:03:24 | 24 | heard from the editor of Network World that they'd |
| 11:03:26 | 25 | be happy to take a look at it and that Network |

| | | |
|---|---|---|
| 11:03:29 | 1 | World reaches 520,000 unique monthly visitors. |
| 11:03:33 | 2 | And then Exhibit 10 is a article written |
| 11:03:40 | 3 | by you or bylined by you. |
| 11:03:44 | 4 | "Byline" means -- when we say "by." |
| 11:03:47 | 5 | A.   Yeah.  (Examining.) |
| 11:03:49 | 6 | Q.   That was ultimately printed in Network |
| 11:03:52 | 7 | World; right?  It was ultimately published in |
| 11:03:54 | 8 | Network World -- |
| 11:03:56 | 9 | A.   Right. |
| 11:03:56 | 10 | Q.   -- correct? |
| 11:03:56 | 11 | Were you satisfied with the -- were |
| 11:04:03 | 12 | you happy about the publication of this article |
| 11:04:06 | 13 | in Network World? |
| 11:04:08 | 14 | A.   No. |
| 11:04:08 | 15 | Q.   Why not? |
| 11:04:16 | 16 | A.   I don't remember.  I was not happy. |
| 11:04:18 | 17 | I don't remember. |
| 11:04:20 | 18 | Q.   You have no idea why you weren't happy? |
| 11:04:22 | 19 | A.   No. |
| 11:04:22 | 20 | Q.   Did you feel like it wasn't the -- the |
| 11:04:26 | 21 | caliber of publication that you were hoping for? |
| 11:04:31 | 22 | A.   I don't remember my line of reasoning. |
| 11:04:33 | 23 | Q.   Okay.  You just remember you weren't |
| 11:04:37 | 24 | happy? |
| 11:04:37 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 11:04:37 | 1 | Q.   Did you think that 520,000 unique |
| 11:04:41 | 2 | monthly visitors wasn't enough? |
| 11:04:45 | 3 | A.   I didn't consider that number at all. |
| 11:04:46 | 4 | Q.   Oh.  But -- so you know you didn't |
| 11:04:46 | 5 | consider that number.  But you can't remember |
| 11:04:48 | 6 | any other reason why you weren't happy? |
| 11:04:50 | 7 | A.   No.  I -- I don't remember very good. |
| 11:04:53 | 8 | Q.   Okay. |
| 11:04:53 | 9 | A.   This number was not part of the |
| 11:04:55 | 10 | consideration. |
| 11:04:55 | 11 | MR. SIEGEL:  Okay.  We can do this one |
| 11:05:12 | 12 | very quickly.  This is an e-mail and its attachment, |
| 11:05:16 | 13 | Exhibit 11. |
| 11:05:18 | 14 | (Exhibit 11 marked.) |
| 11:05:18 | 15 | Q.   BY MR. SIEGEL:  And I'm -- I'm just |
| 11:05:36 | 16 | going to ask you.  It -- it looks like one of |
| 11:05:38 | 17 | the services that Cutler provided for you was |
| 11:05:43 | 18 | working with you on press releases? |
| 11:05:46 | 19 | A.   (Examining.)  Yes. |
| 11:05:47 | 20 | Q.   Okay.  And this is just an example of |
| 11:05:49 | 21 | one that -- a draft that was ultimately approved |
| 11:05:53 | 22 | by you? |
| 11:05:54 | 23 | A.   Yes. |
| 11:05:54 | 24 | Q.   Why were you the person who approved |
| 11:05:57 | 25 | press releases at this point? |

| 11:06:02 | 1 | A.   I don't know why. |
| 11:06:03 | 2 | Q.   Well, why you and not Mr. Trankov or |
| 11:06:07 | 3 | Ms. Galkina?  If I'm pronouncing that right. |
| 11:06:09 | 4 | A.   I don't know why. |
| 11:06:09 | 5 | Q.   You don't know?  You have no idea? |
| 11:06:10 | 6 | A.   No. |
| 11:06:28 | 7 | MR. SIEGEL:  Okay.  Let's mark this |
| 11:06:29 | 8 | as Exhibit 12. |
| 11:06:37 | 9 | (Exhibit 12 marked.) |
| 11:06:49 | 10 | Q.   BY MR. SIEGEL:  Okay.  So it looks like |
| 11:06:53 | 11 | if you go to the -- to the back of Exhibit 12, on |
| 11:06:59 | 12 | pages 1083 and 1084, you drafted an article about |
| 11:07:02 | 13 | Luxembourg; right? |
| 11:07:05 | 14 | A.   (Examining.)  That's correct. |
| 11:07:09 | 15 | Q.   And then on 1081 and 1082, it appears |
| 11:07:13 | 16 | that Ms. Gerber made some suggestions for changes? |
| 11:07:32 | 17 | A.   Yes. |
| 11:07:32 | 18 | Q.   Okay.  And then at the top of the page -- |
| 11:07:44 | 19 | A.   Which page? |
| 11:07:45 | 20 | Q.   I'm sorry.  At the top of 1080, the |
| 11:07:47 | 21 | first one, she says that they've: |
| 11:07:55 | 22 | "Pitched VentureBeat for placement |
| 11:07:57 | 23 | of your Luxembourg article." |
| 11:07:58 | 24 | And then: |
| 11:07:59 | 25 | "Depending on the response, we'll go |

| | | |
|---|---|---|
| 11:08:01 | 1 | to TechCrunch next." |
| 11:08:03 | 2 | Right? |
| 11:08:03 | 3 | And do you understand what the term -- |
| 11:08:05 | 4 | the term "pitched" means? |
| 11:08:22 | 5 | A.   No. |
| 11:08:24 | 6 | Q.   You have no idea? |
| 11:08:32 | 7 | A.   I have a vague idea. |
| 11:08:34 | 8 | Q.   And what's the vague idea? |
| 11:08:37 | 9 | A.   That they offer it for publication |
| 11:08:42 | 10 | to someone at the outlet -- |
| 11:08:46 | 11 | Q.   Okay. |
| 11:08:46 | 12 | A.   -- that is being talked about. |
| 11:08:51 | 13 | Q.   And I take it it was your hope that |
| 11:08:55 | 14 | their pitch-off, or whatever you call it, would |
| 11:08:57 | 15 | be successful? |
| 11:08:58 | 16 | A.   Yes. |
| 11:08:58 | 17 | MR. SIEGEL:  All right.  Let's go off |
| 11:09:09 | 18 | the record a sec. |
| 11:09:11 | 19 | THE VIDEOGRAPHER:  Going off the record |
| 11:09:12 | 20 | at 11:08. |
| 11:09:17 | 21 | (Recess from 11:08 a.m. to 11:12 a.m.) |
| 11:12:41 | 22 | THE VIDEOGRAPHER:  Back on the record |
| 11:12:41 | 23 | at 11:12. |
| 11:12:48 | 24 | MR. SIEGEL:  I'm going to show you |
| 11:12:53 | 25 | Exhibit 13. |

| | | |
|---|---|---|
| 11:12:53 | 1 | (Exhibit 13 marked.) |
| 11:13:03 | 2 | MR. GURVITS:  Is there a copy for me? |
| 11:13:04 | 3 | THE WITNESS:  Aah, sorry.  Sorry. |
| 11:13:07 | 4 | Q.   BY MR. SIEGEL:  Mr. Dvas, on Exhibit 13, |
| 11:13:10 | 5 | on the bottom e-mail in the chain, Zach writes: |
| 11:13:21 | 6 | "We have good news - received confirmation |
| 11:13:23 | 7 | from a Forbes writer we pitched that Servers will |
| 11:13:26 | 8 | be featured in an upcoming roundup list in Forbes |
| 11:13:29 | 9 | about great startups to watch." |
| 11:13:29 | 10 | You respond: |
| 11:13:32 | 11 | "Hi, Zach!  That's what I call really |
| 11:13:34 | 12 | good news!" |
| 11:13:35 | 13 | Why did you think that was really good |
| 11:13:37 | 14 | news? |
| 11:13:38 | 15 | A.   (Examining.)  Because I was expecting |
| 11:13:41 | 16 | to get some publicity. |
| 11:13:45 | 17 | Q.   Okay.  And you thought that inclusion |
| 11:13:50 | 18 | in an article in Forbes would be good publicity? |
| 11:13:59 | 19 | A.   I thought that inclusion in -- at |
| 11:14:04 | 20 | least in Forbes about great startups would |
| 11:14:08 | 21 | be good publicity. |
| 11:14:10 | 22 | Q.   Okay. |
| 11:14:25 | 23 | (Exhibit 14 marked.) |
| 11:14:34 | 24 | Q.   BY MR. SIEGEL:  Okay.  Exhibit 14 |
| 11:14:36 | 25 | is an e-mail from Ms. Gerber to yourself in |

| | | |
|---|---|---|
| 11:14:41 | 1 | which she says that your Luxembourg article |
| 11:14:43 | 2 | was published by CNBC.com; right? |
| 11:14:49 | 3 | A.   (Examining.)  That's what's in the |
| 11:14:51 | 4 | e-mail. |
| 11:14:52 | 5 | Q.   Okay.  It was published on CNBC.com; |
| 11:14:54 | 6 | right? |
| 11:14:56 | 7 | A.   Yes, it was. |
| 11:14:56 | 8 | Q.   Did you consider that an example of |
| 11:15:08 | 9 | good publicity? |
| 11:15:14 | 10 | A.   Yes. |
| 11:15:14 | 11 | Q.   Okay.  So that was something that you -- |
| 11:15:17 | 12 | never mind. |
| 11:15:25 | 13 | Why? |
| 11:15:33 | 14 | A.   I don't remember my line of reasoning. |
| 11:15:34 | 15 | Q.   Okay.  Look at the -- go to the back |
| 11:15:47 | 16 | of the -- where it has your couple of sentences |
| 11:15:54 | 17 | that sort of summarizes who you are. |
| 11:15:56 | 18 | "Nikolay ... Dvas is COO of Servers.com." |
| 11:16:01 | 19 | (As read.) |
| 11:16:01 | 20 | A.   Uh-huh. |
| 11:16:01 | 21 | Q.   And the second sentence says: |
| 11:16:02 | 22 | "Nick has been working in the hosting |
| 11:16:04 | 23 | industry since 2010 and joined XBT Holding, now |
| 11:16:07 | 24 | the parent company of Servers.com, in 2013." |
| 11:16:10 | 25 | Right? |

```
11:16:10    1         A.    Uh-huh.

11:16:11    2         Q.    When you originally joined, you said

11:16:13    3    you were project manager for Webzilla.

11:16:15    4              Do you know why it just says "joined

11:16:19    5    XBT Holding" and doesn't mention Webzilla?

11:16:22    6         A.    I don't know that.

11:16:23    7         Q.    You don't know.  Okay.

11:16:34    8              MR. SIEGEL:  Fifteen.

11:16:34    9              (Exhibit 15 marked.)

11:16:47   10         Q.    BY MR. SIEGEL:  At the top e-mail of

11:16:51   11    Exhibit 15 on page 1133 from you to Ms. Gerber,

11:16:56   12    you say:

11:16:57   13              "Hi Marilyn, this piece was re-posted

11:16:59   14    by Luxembourg PM ... nice job."  (As read.)

11:17:04   15              Where was it re-posted by -- strike

11:17:07   16    that.

11:17:07   17              Does "PM" stand for "prime minister"?

11:17:11   18         A.    (Examining.)  That's correct.

11:17:12   19         Q.    And where -- where did -- was it

11:17:13   20    re-posted?

11:17:16   21         A.    In his Twitter.

11:17:19   22         Q.    Okay.  And why was it -- I take it

11:17:27   23    you were pleased with that?  You were pleased

11:17:30   24    that that had happened?

11:17:31   25         A.    Yes.
```

| | | |
|---|---|---|
| 11:17:32 | 1 | Q. And why? |
| 11:17:37 | 2 | A. I don't remember my line of reasoning. |
| 11:17:40 | 3 | Q. You have no idea why you were pleased |
| 11:17:43 | 4 | that the prime minister of Luxembourg re-posted |
| 11:17:46 | 5 | your article? |
| 11:17:49 | 6 | A. No. |
| 11:17:50 | 7 | Q. Why did you tell her "nice job"? |
| 11:17:57 | 8 | A. Because I was happy and it was as a |
| 11:18:04 | 9 | result of her job. |
| 11:18:18 | 10 | MR. SIEGEL: Okay. Let's do Exhibit 16. |
| 11:18:24 | 11 | (Exhibit 16 marked.) |
| 11:18:34 | 12 | Q. BY MR. SIEGEL: So at the e-mail at the |
| 11:18:36 | 13 | top of Exhibit 16 from Ms. Gerber to yourself, the |
| 11:18:40 | 14 | subject is "Servers.com/Cutler PR Call Recap" -- |
| 11:18:45 | 15 | right? -- on January 6th? |
| 11:18:48 | 16 | A. (Examining.) That is the subject line. |
| 11:18:50 | 17 | Q. She says: |
| 11:18:51 | 18 | "Hi, Nick. Good catching up with you |
| 11:18:54 | 19 | yesterday. Below is a list of action items that |
| 11:18:56 | 20 | we discussed." |
| 11:18:57 | 21 | Does that indicate that you all had a |
| 11:19:00 | 22 | telephone conversation on or about January 6th? |
| 11:19:13 | 23 | A. Yes. |
| 11:19:13 | 24 | Q. Okay. Towards the bottom of the e-mail, |
| 11:19:17 | 25 | next-to-last line, under the heading "Cutler PR |

11:19:22  1    to," it says:

11:19:23  2              "Pitch info about opening of Russia

11:19:26  3    office to U.S. media who might be able to cover

11:19:29  4    it."

11:19:29  5              Why was that something that you were

11:19:31  6    interested in having Cutler do?

11:19:34  7              MR. GURVITS:  Objection.

11:20:00  8              THE WITNESS:  Excuse me.  Can you

11:20:01  9    please repeat the question?

11:20:03  10        Q.   BY MR. SIEGEL:  Okay.  This e-mail

11:20:06  11   follows a telephone call --

11:20:08  12        A.   Yeah.

11:20:08  13        Q.   -- that you had; right?

11:20:08  14        A.   Yeah.  The -- the last question.

11:20:09  15        Q.   Okay.  The last question is:  Why was

11:20:17  16   the item, "Pitch info about opening of Russia

11:20:23  17   office to U.S. media who might be able to cover

11:20:25  18   it," an action item that you discussed on the

11:20:28  19   telephone call?

11:20:31  20        A.   It wasn't.

11:20:32  21        Q.   It wasn't?

11:20:33  22        A.   It wasn't.

11:20:33  23        Q.   You never talked about it?

11:20:35  24        A.   We never talked about it.  Yes.

11:20:38  25        Q.   You think she just made this up?

```
11:20:40   1        A.   No.

11:20:42   2        Q.   So where did that action item come

11:20:50   3   from?

11:20:54   4        A.   From misunderstanding of what was

11:21:00   5   discussed.

11:21:00   6        Q.   Okay.  What was the misunderstanding?

11:21:04   7        A.   It was not about Russia office.

11:21:04   8        Q.   What was it about?

11:21:04   9             (Court reporter clarification.)

11:21:11   10            THE WITNESS:  It was opening -- about

11:21:11   11   opening a data center.  It's a bit complicated.

11:21:13   12   About opening a point of presence in a data

11:21:21   13   center in Russia.

11:21:22   14        Q.   BY MR. SIEGEL:  Okay.  So it's the --

11:21:22   15   it's the -- it's the term "office" that she

11:21:25   16   misunderstood?

11:21:26   17        A.   Correct.

11:21:26   18        Q.   Okay.  And explain what was it that

11:21:34   19   you were planning to open in Russia, the data

11:21:37   20   center that you just referred to?

11:21:41   21        A.   We were planning to open the point

11:21:48   22   of presence in a data center in Russia.

11:21:52   23        Q.   I didn't hear the -- after "point of

11:21:54   24   presence."

11:21:54   25        A.   A point of presence in a data center
```

| | | |
|---|---|---|
| 11:21:57 | 1 | in Russia. |
| 11:21:57 | 2 | Q.   Okay.  And -- and what is a data center? |
| 11:22:01 | 3 | A.   Data center is a facility providing |
| 11:22:05 | 4 | space, cooling, and electricity for IT equipment. |
| 11:22:11 | 5 | Q.   Okay.  So why were you interested in |
| 11:22:15 | 6 | having them pitch info about the opening of a |
| 11:22:18 | 7 | data center in Russia? |
| 11:22:19 | 8 | A.   A point of presence in a data center |
| 11:22:22 | 9 | in Russia. |
| 11:22:22 | 10 | Q.   Okay.  Fair. |
| 11:22:24 | 11 | What do you mean by a "point of presence"? |
| 11:22:28 | 12 | In somebody else's data center?  Is that what you |
| 11:22:31 | 13 | mean? |
| 11:22:32 | 14 | A.   That's correct. |
| 11:22:33 | 15 | Q.   And in whose data center? |
| 11:22:38 | 16 | A.   I don't know whose data center it is. |
| 11:22:41 | 17 | Q.   Well, where -- which point were you |
| 11:22:43 | 18 | going to be present -- were you planning to be |
| 11:22:48 | 19 | present in? |
| 11:22:49 | 20 | A.   Can you please rephrase the question? |
| 11:22:51 | 21 | Q.   In other words, you said a -- you were |
| 11:22:52 | 22 | going to be in a point of presence in a data center |
| 11:22:55 | 23 | in Russia; right? |
| 11:22:56 | 24 | A.   That's not exactly what I said. |
| 11:23:00 | 25 | Q.   Okay.  Say it again. |

| | | |
|---|---|---|
| 11:23:02 | 1 | A.   We were about to open a point of presence |
| 11:23:04 | 2 | in a data center in Russia. |
| 11:23:06 | 3 | Q.   What do you mean by "point of presence"? |
| 11:23:10 | 4 | A.   It's a place where we run an equipment |
| 11:23:19 | 5 | to provide services. |
| 11:23:22 | 6 | Q.   Are there other companies that are |
| 11:23:24 | 7 | present in the same data center? |
| 11:23:29 | 8 | A.   I don't know that. |
| 11:23:32 | 9 | Q.   So I'll ask you again. |
| 11:23:36 | 10 | Did you own the data center -- |
| 11:23:38 | 11 | A.   No. |
| 11:23:38 | 12 | Q.   -- that you were planning to be in? |
| 11:23:40 | 13 | A.   No. |
| 11:23:40 | 14 | Q.   Did you lease the data center that |
| 11:23:41 | 15 | you were planning to be in? |
| 11:23:43 | 16 | A.   No, we didn't. |
| 11:23:44 | 17 | Q.   So who owned the data center that you |
| 11:23:47 | 18 | were planning to be in? |
| 11:23:50 | 19 | A.   Some -- someone I don't know. |
| 11:23:55 | 20 | Q.   Okay.  Was it owned by a private person? |
| 11:23:57 | 21 | A.   I don't know. |
| 11:23:58 | 22 | Q.   Was it owned by the government of Russia? |
| 11:24:01 | 23 | A.   I don't know. |
| 11:24:01 | 24 | Q.   You don't know? |
| 11:24:03 | 25 | A.   I don't know. |

11:24:03   1        Q.   So you were going to open a point of

11:24:05   2   presence in Russia, and you had absolutely no

11:24:10   3   idea who owned or leased the facility that you

11:24:15   4   were going to be present in?

11:24:18   5            MR. GURVITS:  Objection.

11:24:23   6            THE WITNESS:  Actually, correction.

11:24:23   7   The data center is owned by the company named

11:24:30   8   DataPro.  I -- I knew that.  Okay.

11:24:34   9        Q.   BY MR. SIEGEL:  And what is the name?

11:24:36  10        A.   DataPro.

11:24:37  11        Q.   DataPro?

11:24:37  12        A.   Yes.

11:24:38  13        Q.   And is that a Russian company?

11:24:40  14        A.   Yes.

11:24:41  15        Q.   And so what was your relationship

11:24:44  16   to DataPro?  Were you leasing space from them?

11:24:48  17   What -- what was the relationship that you had?

11:24:51  18        A.   That's correct.

11:24:51  19        Q.   Okay.  And -- okay.  So why were you

11:25:03  20   interested in pitching -- and having Cutler pitch

11:25:07  21   info about the opening of the Russia point of

11:25:09  22   presence to U.S. media who might be able to

11:25:13  23   cover it?

11:25:15  24        A.   Because we were interested in publicity

11:25:19  25   about our new launch.

11:25:22   1        Q.   And why in the United States?  Why were

11:25:26   2   you interested about having publicity about opening

11:25:31   3   a point of presence in Russia in the United States?

11:25:35   4        A.   Because we agreed with Cutler that they

11:25:38   5   will concentrate their activities in the United

11:25:41   6   States.

11:25:41   7        Q.   Okay.  And -- and why was that information

11:25:47   8   that you thought would -- that you wanted to

11:25:51   9   publicize in the United States?

11:25:57  10        A.   Because we believed that there might

11:25:59  11   be U.S. companies interested in having hosting

11:26:05  12   services in Russia.

11:26:06  13        Q.   Okay.  And -- and why?  Why did you

11:26:14  14   think that was a possible market?

11:26:23  15        A.   I don't remember a particular reason.

11:26:34  16             MR. SIEGEL:  Let's go to Exhibit 17,

11:26:37  17   which has an attachment.

11:26:39  18             (Exhibit 17 marked.)

11:27:13  19        Q.   BY MR. SIEGEL:  So this is a e-mail

11:27:17  20   from Ms. Gerber to you, which attaches what

11:27:20  21   they call the:

11:27:21  22             "Servers.com PR Activity Report."

11:27:24  23             Right?

11:27:24  24        A.   (Examining.)  That's correct.

11:27:25  25        Q.   What was your reaction to this report?

| | | |
|---|---|---|
| 11:27:28 | 1 | A.   I don't remember. |
| 11:27:29 | 2 | Q.   You don't remember. |
| 11:27:31 | 3 | Were you pleased with it?  Not pleased |
| 11:27:34 | 4 | with it? |
| 11:27:35 | 5 | A.   I don't remember. |
| 11:27:35 | 6 | MR. SIEGEL:  Okay.  All right.  Let's |
| 11:27:51 | 7 | go to 18. |
| 11:27:53 | 8 | (Exhibit 18 marked.) |
| 11:28:03 | 9 | Q.   BY MR. SIEGEL:  On Exhibit 18, at the |
| 11:28:06 | 10 | e-mail at the bottom from Ms. Gerber on 10 February, |
| 11:28:09 | 11 | 2016, at 4:00, she says: |
| 11:28:11 | 12 | "Hi, Nick.  I see that Michael Fomichev |
| 11:28:14 | 13 | from the PR firm in Moscow will be on our call." |
| 11:28:17 | 14 | Who is Michael Fomichev? |
| 11:28:19 | 15 | A.   (Examining.)  He's a former employee |
| 11:28:21 | 16 | of Servers.com. |
| 11:28:24 | 17 | Q.   And was he working for a PR firm in |
| 11:28:28 | 18 | Moscow at the time? |
| 11:28:31 | 19 | A.   I don't know that. |
| 11:28:32 | 20 | Q.   Okay.  Why was he going to be on a |
| 11:28:36 | 21 | call? |
| 11:28:38 | 22 | A.   I don't remember. |
| 11:28:40 | 23 | Q.   Did -- was -- do you believe that |
| 11:28:45 | 24 | he was working for Servers.com at this time? |
| 11:28:49 | 25 | A.   Yes, he was. |

| 11:28:51 | 1 | Q. As an employee of Servers.com? |
| 11:28:53 | 2 | A. As an employee for Servers.com. |
| 11:28:55 | 3 | Q. So do you think -- was that a mistake, |
| 11:28:57 | 4 | her referring to him as from a PR firm? |
| 11:29:03 | 5 | A. I think it is. |
| 11:29:03 | 6 | Q. Okay. Did you retain a public relations |
| 11:29:06 | 7 | firm in Russia? |
| 11:29:10 | 8 | A. No. |
| 11:29:10 | 9 | Q. No? |
| 11:29:11 | 10 | A. No. |
| 11:29:11 | 11 | Q. Okay. So when she refers to "the PR |
| 11:29:16 | 12 | firm in Moscow," do you have any idea what she |
| 11:29:18 | 13 | was talking about? |
| 11:29:20 | 14 | A. No idea. |
| 11:29:21 | 15 | Q. Okay. Did Servers.com ever retain |
| 11:29:26 | 16 | a public relations firm in Moscow? |
| 11:29:29 | 17 | A. I do not recollect. |
| 11:29:30 | 18 | Q. Okay. Did any other -- did XBT or any |
| 11:29:36 | 19 | other of its subsidiaries ever retain a public |
| 11:29:40 | 20 | relations firm in Moscow? |
| 11:29:41 | 21 | A. That I don't know. |
| 11:29:48 | 22 | Q. Okay. Who would know the answer to |
| 11:29:50 | 23 | that? |
| 11:29:50 | 24 | A. Excuse me? |
| 11:29:51 | 25 | Q. Who would know the answer to that |

| | | |
|---|---|---|
| 11:29:53 | 1 | question? |
| 11:29:53 | 2 | A.   To which question? |
| 11:29:55 | 3 | Q.   Did XBT or any of its subsidiaries |
| 11:29:57 | 4 | ever retain a public relations firm in Moscow, |
| 11:30:00 | 5 | in Russia, since, let's say, January 1st, 2016? |
| 11:30:07 | 6 | A.   I don't think there is a single person. |
| 11:30:10 | 7 | Q.   Okay.  But you, as the current CEO |
| 11:30:14 | 8 | company -- of the company, don't know the answer |
| 11:30:17 | 9 | to that question? |
| 11:30:17 | 10 | A.   No.  I don't know the answer to that |
| 11:30:20 | 11 | question. |
| 11:30:20 | 12 | MR. SIEGEL:  Let's go to Exhibit 19. |
| 11:30:27 | 13 | Oh, I'm sorry.  There's an attachment here. |
| 11:30:58 | 14 | (Exhibit 19 marked.) |
| 11:30:58 | 15 | THE WITNESS:  Aah.  They're both |
| 11:31:00 | 16 | unmarked; yes? |
| 11:31:01 | 17 | Q.   BY MR. SIEGEL:  Yes. |
| 11:31:02 | 18 | A.   All right. |
| 11:31:02 | 19 | Q.   That's -- that's the attachment -- |
| 11:31:04 | 20 | A.   Okay. |
| 11:31:04 | 21 | Q.   -- to -- |
| 11:31:04 | 22 | A.   Fine. |
| 11:31:05 | 23 | Q.   And, again, the attachments aren't |
| 11:31:07 | 24 | marked because that's the way that you all |
| 11:31:10 | 25 | produced them.  They don't have numbers on |

| | | |
|---|---|---|
| 11:31:12 | 1 | them -- I'm sorry -- because that's the way |
| 11:31:13 | 2 | you all produced them. |
| 11:31:15 | 3 | A.   Okay. |
| 11:31:16 | 4 | Q.   So this indicates that you drafted |
| 11:31:18 | 5 | an article titled: |
| 11:31:21 | 6 | "The Next Big Thing in Cloud Hosting." |
| 11:31:26 | 7 | Right? |
| 11:31:26 | 8 | A.   (Examining.)  What was the question? |
| 11:31:28 | 9 | I -- I didn't -- |
| 11:31:29 | 10 | Q.   This indicates that you drafted another |
| 11:31:33 | 11 | article -- |
| 11:31:34 | 12 | A.   I did. |
| 11:31:35 | 13 | Q.   -- about: |
| 11:31:35 | 14 | "The Next Big Thing in Cloud Hosting." |
| 11:31:39 | 15 | A.   I did. |
| 11:31:40 | 16 | Q.   And why did you choose that topic? |
| 11:31:44 | 17 | A.   I don't remember my line of reasoning. |
| 11:31:47 | 18 | Q.   You don't have any idea? |
| 11:31:48 | 19 | A.   No. |
| 11:31:48 | 20 | Q.   Okay.  And it looks like the attachment -- |
| 11:31:59 | 21 | right? -- has some red lines in it. |
| 11:32:02 | 22 | A.   Uh-huh. |
| 11:32:03 | 23 | Q.   So are the red lines her changes to |
| 11:32:06 | 24 | a draft that you did yourself? |
| 11:32:08 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 11:32:08 | 1 | Q.   Okay.  And did -- did you draft these |
| 11:32:13 | 2 | articles yourself in English? |
| 11:32:15 | 3 | A.   Yes. |
| 11:32:16 | 4 | Q.   Where did you learn your English? |
| 11:32:20 | 5 | A.   At school. |
| 11:32:21 | 6 | Q.   In -- in -- at school in university |
| 11:32:25 | 7 | in Russia? |
| 11:32:26 | 8 | A.   Yes. |
| 11:32:26 | 9 | Q.   Okay. |
| 11:32:32 | 10 | MR. SIEGEL:  Okay.  I'll give you |
| 11:32:48 | 11 | Exhibit 20.  I'll go ahead and give you 21 |
| 11:32:58 | 12 | too at the same time. |
| 11:33:00 | 13 | (Exhibit 20 and Exhibit 21 marked.) |
| 11:33:01 | 14 | THE WITNESS:  (Examining.)  Okay. |
| 11:33:14 | 15 | Q.   BY MR. SIEGEL:  So Exhibit 20 is |
| 11:33:17 | 16 | an e-mail from Ms. Ger -- from Ms. Gerber to |
| 11:33:21 | 17 | Ms. Galkina -- right? -- which copies you? |
| 11:33:25 | 18 | A.   Uh-huh. |
| 11:33:25 | 19 | Q.   And it also copies Mr. Fomichev. |
| 11:33:29 | 20 | Do -- do you know why he was part |
| 11:33:30 | 21 | of these communications at this point? |
| 11:33:32 | 22 | A.   No. |
| 11:33:33 | 23 | Q.   What was his job? |
| 11:33:37 | 24 | A.   He was doing some job in marketing. |
| 11:33:40 | 25 | Q.   He was doing some marketing work? |

| | | |
|---|---|---|
| 11:33:42 | 1 | A.   Yes. |
| 11:33:43 | 2 | Q.   So she attaches a photo of you from your |
| 11:33:49 | 3 | LinkedIn site and says it's low resolution, might |
| 11:33:52 | 4 | have photos that you prefer.  If you have another |
| 11:33:55 | 5 | one, send it, the better. |
| 11:33:56 | 6 | And let's go to Exhibit 21.  Looks like |
| 11:34:01 | 7 | that this is a different photo that you sent to |
| 11:34:04 | 8 | her? |
| 11:34:04 | 9 | A.   Yes. |
| 11:34:06 | 10 | Q.   Did you like the photo in Exhibit 21 |
| 11:34:09 | 11 | better? |
| 11:34:11 | 12 | A.   I don't remember. |
| 11:34:13 | 13 | Q.   I bet you do.  Sitting here today, do |
| 11:34:18 | 14 | you like it better? |
| 11:34:19 | 15 | A.   Sitting here today, I like it better. |
| 11:34:23 | 16 | Q.   Yes. |
| 11:34:27 | 17 | Was this photo -- who took the photo |
| 11:34:30 | 18 | in Exhibit 21? |
| 11:34:34 | 19 | A.   I think -- which one is -- this one? |
| 11:34:36 | 20 | Q.   Yes. |
| 11:34:36 | 21 | A.   A photographer. |
| 11:34:40 | 22 | Q.   A professional photographer? |
| 11:34:42 | 23 | A.   Yes. |
| 11:34:42 | 24 | Q.   And when did you get this photo taken? |
| 11:34:49 | 25 | A.   I don't remember exactly. |

| | | |
|---|---|---|
| 11:34:51 | 1 | Q.   Was it taken for this purpose? |
| 11:34:53 | 2 | A.   No. |
| 11:34:54 | 3 | Q.   So this is a photo that you -- you or |
| 11:34:56 | 4 | somebody in the marketing department already had |
| 11:35:00 | 5 | of you? |
| 11:35:02 | 6 | A.   No. |
| 11:35:03 | 7 | Q.   No? |
| 11:35:03 | 8 | A.   No. |
| 11:35:04 | 9 | Q.   You gave it to them? |
| 11:35:05 | 10 | A.   I gave it to them. |
| 11:35:06 | 11 | Q.   And -- and what purpose was that photo |
| 11:35:10 | 12 | originally taken?  For what purpose?  I'm sorry. |
| 11:35:13 | 13 | A.   It was a part of a family photo shoot. |
| 11:35:18 | 14 | Q.   Okay.  Okay.  You can put that away. |
| 11:35:31 | 15 | A.   (Witness complies.) |
| 11:35:32 | 16 | MR. SIEGEL:  That's 22. |
| 11:35:56 | 17 | (Exhibit 22 marked.) |
| 11:35:56 | 18 | MR. SIEGEL:  And I'll give you 23 at |
| 11:35:56 | 19 | the same time. |
| 11:35:59 | 20 | (Exhibit 23 marked.) |
| 11:35:59 | 21 | THE WITNESS:  (Examining.)  I have some |
| 11:35:59 | 22 | markings here. |
| 11:36:01 | 23 | MR. SIEGEL:  Oh, that might be mine. |
| 11:36:02 | 24 | Here.  Really?  Okay.  Thank you.  I'll give |
| 11:36:15 | 25 | you another copy.  Whoops.  Make that one better. |

```
11:36:33   1            THE WITNESS:  (Examining.)  Okay.

11:36:34   2       Q.   BY MR. SIEGEL:  So this is the piece

11:36:40   3   you wrote on cloud hosting; right?  That's:

11:36:44   4            "The Next Big Thing in Cloud Hosting."

11:36:47   5            What is a bare metal server?

11:36:50   6       A.   It is a server, a physical server.

11:36:57   7       Q.   And why is it called a bare metal server?

11:37:02   8       A.   I don't know why.

11:37:03   9       Q.   Well, what does that mean?

11:37:04  10       A.   It means it is a physical server.

11:37:07  11       Q.   Yeah.  But what distinguishes it from

11:37:08  12   other physical servers that it would be called

11:37:11  13   a bare metal server?

11:37:16  14       A.   I consider that as synonyms.

11:37:19  15       Q.   So why is bare metal the new cloud?

11:37:22  16            What is it about a bare metal server

11:37:25  17   that makes it the next best thing -- I'm sorry --

11:37:28  18   the next big thing, in your opinion?

11:37:40  19       A.   It is the fact that, using a bare metal

11:37:45  20   server, you don't get performance penalty you

11:37:56  21   get when you're using a cloud server.

11:37:58  22       Q.   Okay.  What do you mean by "performance

11:38:04  23   penalty"?

11:38:07  24       A.   It means that bare metal servers are

11:38:12  25   more performed [sic].
```

| 11:38:14 | 1  | Q.   They have a higher performance? |
| 11:38:16 | 2  | A.   Yes. |
| 11:38:16 | 3  | Q.   Okay.  Go to the page 1213, the last |
| 11:38:24 | 4  | page -- |
| 11:38:25 | 5  | A.   1213. |
| 11:38:25 | 6  | Q.   -- of that -- |
| 11:38:25 | 7  | A.   Okay. |
| 11:38:26 | 8  | Q.   -- where it has your -- the little |
| 11:38:33 | 9  | biography of yourself. |
| 11:38:34 | 10 | A.   Uh-huh. |
| 11:38:34 | 11 | Q.   The next-to-last sentence says: |
| 11:38:35 | 12 | "Nick believes the hosting industry |
| 11:38:38 | 13 | requires re-invention." |
| 11:38:38 | 14 | What was it that you think needed |
| 11:38:46 | 15 | to be re-invented about the hosting industry? |
| 11:38:52 | 16 | A.   I don't remember. |
| 11:38:53 | 17 | Q.   You have no idea why it said on your |
| 11:38:56 | 18 | byline it believes the host -- you believe the |
| 11:38:57 | 19 | hosting industry -- |
| 11:38:57 | 20 | A.   No, I have -- |
| 11:38:57 | 21 | Q.   -- requires re-invention? |
| 11:39:03 | 22 | A.   -- no idea why it says. |
| 11:39:03 | 23 | Q.   No idea at all? |
| 11:39:03 | 24 | A.   Aah. |
| 11:39:03 | 25 | (Court reporter clarification.) |

11:39:03   1           MR. SIEGEL:  Sorry.

11:39:05   2       Q.   BY MR. SIEGEL:  You have no idea at

11:39:06   3   all?

11:39:07   4       A.   I have no idea.

11:39:09   5       Q.   You said it -- you believe it requires:

11:39:12   6           "A combination of an old-fashioned

11:39:13   7   approach with the convenience brought by cloud

11:39:18   8   players like Amazon and Digital Ocean."

11:39:18   9           What was the convenience brought by

11:39:20   10  cloud players like Amazon?

11:39:28   11      A.   The convenience was that -- was that

11:39:30   12  a customer could order and get his server very

11:39:40   13  quickly.

11:39:44   14      Q.   Okay.  And is that the kind of service

11:39:50   15  that you wanted Servers.com to be able to offer?

11:39:57   16      A.   Yes.

11:40:00   17      Q.   And does it offer that, in your opinion?

11:40:03   18      A.   Yes.

11:40:06   19      Q.   The next -- the next exhibit, which

11:40:08   20  is Exhibit 23, is -- represents the same article.

11:40:12   21          It was on a website called

11:40:15   22  "missioncriticalmagazine.com."

11:40:20   23          Do you recall, is this a different

11:40:21   24  website than the Cloud Strategy one that it

11:40:25   25  also appeared on?

| | | |
|---|---|---|
| 11:40:26 | 1 | A.   I don't recall that. |
| 11:40:28 | 2 | Q.   Is this a website that you're familiar |
| 11:40:30 | 3 | with? |
| 11:40:31 | 4 | A.   No. |
| 11:40:32 | 5 | Q.   No.   Okay. |
| 11:40:34 | 6 | And were you familiar with it then? |
| 11:40:39 | 7 | A.   I don't recollect. |
| 11:40:40 | 8 | MR. SIEGEL:   Okay.   Mark this Exhibit 24. |
| 11:40:52 | 9 | (Exhibit 24 marked.) |
| 11:41:13 | 10 | Q.   BY MR. SIEGEL:   I don't want to speak |
| 11:41:13 | 11 | for you, Mr. Dvas. |
| 11:41:15 | 12 | But -- but reviewing this e-mail, is |
| 11:41:17 | 13 | it fair to say that you were not pleased with |
| 11:41:19 | 14 | the placement of your article on Cloud Strategy? |
| 11:41:21 | 15 | A.   (Examining.)  It is fair to say that. |
| 11:41:24 | 16 | Q.   And -- and why is that?  Or why was |
| 11:41:28 | 17 | that?  I'm sorry. |
| 11:41:37 | 18 | A.   Because it was an extremely unpopular |
| 11:41:43 | 19 | website. |
| 11:41:43 | 20 | MR. SIEGEL:   Okay.   Okay.   Let me show |
| 11:42:03 | 21 | you Exhibit 25. |
| 11:42:05 | 22 | (Exhibit 25 marked.) |
| 11:42:17 | 23 | Q.   BY MR. SIEGEL:   So Exhibit 25, on page |
| 11:42:19 | 24 | 1227 -- I think it's the second e-mail from the |
| 11:42:23 | 25 | bottom -- indicates that you wrote to Mr. Cutler, |

| | | |
|---|---|---|
| 11:42:27 | 1 | saying you've decided to suspend your collaboration |
| 11:42:31 | 2 | with Cutler PR. |
| 11:42:34 | 3 | Right? |
| 11:42:34 | 4 | A.   (Examining.)  Yes.  That's what it says. |
| 11:42:39 | 5 | Q.   Why did you terminate that relationship? |
| 11:42:44 | 6 | A.   We were unhappy with their performance. |
| 11:42:49 | 7 | Q.   Okay.  And why were you unhappy? |
| 11:42:55 | 8 | A.   That I don't remember. |
| 11:42:56 | 9 | Q.   You have no recollection as to why you |
| 11:42:58 | 10 | were unhappy? |
| 11:42:58 | 11 | A.   I have no recollection. |
| 11:42:59 | 12 | Q.   Would it be fair to say that the e-mail |
| 11:43:03 | 13 | that you sent about your displeasure about the |
| 11:43:05 | 14 | placement of your cloud hosting article is an |
| 11:43:08 | 15 | example of why you weren't happy? |
| 11:43:13 | 16 | A.   It is an example. |
| 11:43:16 | 17 | Q.   Okay.  Were there other reasons? |
| 11:43:25 | 18 | A.   I do not recollect the reasons. |
| 11:43:26 | 19 | Q.   Okay.  Who made the decision to |
| 11:43:35 | 20 | terminate that relationship? |
| 11:43:37 | 21 | A.   I made. |
| 11:43:38 | 22 | Q.   You made. |
| 11:43:39 | 23 | Was anyone else involved in that |
| 11:43:41 | 24 | decision? |
| 11:43:42 | 25 | A.   I don't remember. |

```
11:43:43   1              MR. SIEGEL:  Okay.  Let's -- sorry --
11:44:11   2    Exhibit 26.
11:44:13   3              (Exhibit 26 marked.)
11:44:33   4        Q.   BY MR. SIEGEL:  So Exhibit 26 indicates
11:44:35   5    that -- it looks like, about week after you sent
11:44:43   6    him an e-mail saying you're suspending your --
11:44:47   7    your collaboration, that they told you that your
11:44:52   8    cloud hosting article was also going to be posted
11:44:55   9    on SYS-CON Media.
11:44:57  10              Was SYS-CON Media a website that you
11:45:00  11    were familiar with?
11:45:01  12        A.   (Examining.)  No.
11:45:09  13        Q.   And you told her that you wanted her
11:45:11  14    to go ahead and proceed with submitting your
11:45:14  15    article to that website.
11:45:15  16              Why did you want her to do that?
11:45:22  17        A.   It was something that cost me nothing.
11:45:25  18        Q.   I'm sorry?
11:45:26  19        A.   It was something that cost me nothing.
11:45:27  20        Q.   Okay.  Did that cause you to re-consider
11:45:33  21    at all whether you wanted to continue a relationship
11:45:38  22    with them, with Cutler?
11:45:40  23        A.   I don't remember.
11:45:41  24              MR. SIEGEL:  Okay.  Let me show you
11:45:45  25    Exhibit 27 and 28.
```

| | | |
|---|---|---|
| 11:45:47 | 1 | (Exhibit 27 and Exhibit 28 marked.) |
| 11:45:47 | 2 | THE WITNESS:  The attorney copies |
| 11:45:47 | 3 | are not here. |
| 11:45:47 | 4 | MR. SIEGEL:  Is there a sticker -- |
| 11:45:47 | 5 | is there a "28" sticker on that one? |
| 11:45:51 | 6 | THE WITNESS:  27, 28? |
| 11:45:51 | 7 | Q.   BY MR. SIEGEL:  Yeah.  So, again, this |
| 11:46:27 | 8 | is after you have terminated the relationship. |
| 11:46:38 | 9 | Ms. -- or Mr. Cutler sends you a |
| 11:46:42 | 10 | link to a posting on the website "Inc." -- |
| 11:46:46 | 11 | A.   (Examining.)  Yes. |
| 11:46:46 | 12 | Q.   -- right? -- about Servers.com? |
| 11:46:48 | 13 | If you go to page 5 of that article |
| 11:46:58 | 14 | of Exhibit 28. |
| 11:47:01 | 15 | A.   Yes. |
| 11:47:01 | 16 | Q.   You see at the bottom where there |
| 11:47:03 | 17 | is a paragraph about Servers.com? |
| 11:47:07 | 18 | A.   Yes. |
| 11:47:08 | 19 | Q.   Okay.  The first sentence says: |
| 11:47:11 | 20 | "Servers.com is a hosting company that |
| 11:47:13 | 21 | boasts super secure, dedicated, bare metal servers." |
| 11:47:18 | 22 | Right? |
| 11:47:18 | 23 | A.   That's what's written here. |
| 11:47:22 | 24 | Q.   Is that true? |
| 11:47:22 | 25 | A.   That's what is in the article. |

| | | |
|---|---|---|
| 11:47:26 | 1 | Q.   I'm asking you:  Is it accurate? |
| 11:47:29 | 2 | A.   What? |
| 11:47:31 | 3 | Q.   Is it true that Servers.com boasts |
| 11:47:34 | 4 | super-secure, dedicated, bare metal servers? |
| 11:47:38 | 5 | A.   It is not true. |
| 11:47:40 | 6 | Q.   What part of that sentence is not true? |
| 11:47:43 | 7 | A.   We do not boast. |
| 11:47:49 | 8 | Q.   Okay.  Would it be accurate to say |
| 11:47:52 | 9 | Servers.com is a hosting company that offers |
| 11:47:56 | 10 | super-secure, dedicated, bare metal servers? |
| 11:47:59 | 11 | A.   I don't know. |
| 11:48:00 | 12 | Q.   You don't know if that's true? |
| 11:48:02 | 13 | A.   I don't know if -- if that's true. |
| 11:48:04 | 14 | Q.   Are the -- are the servers that |
| 11:48:08 | 15 | Servers.com offers to its customers dedicated, |
| 11:48:11 | 16 | bare metal servers? |
| 11:48:19 | 17 | A.   Among others. |
| 11:48:21 | 18 | Q.   Among others. |
| 11:48:22 | 19 |      Are the servers super secure? |
| 11:48:24 | 20 | A.   I don't know. |
| 11:48:25 | 21 |      MR. GURVITS:  Objection. |
| 11:48:25 | 22 | Q.   BY MR. SIEGEL:  You don't know if |
| 11:48:27 | 23 | they're super secure? |
| 11:48:28 | 24 | A.   I don't know. |
| 11:48:29 | 25 | Q.   Are they even a little bit secure? |

| | | |
|---|---|---|
| 11:48:31 | 1 | A.   I don't know. |
| 11:48:32 | 2 | Q.   Where does that language come from? |
| 11:48:35 | 3 | A.   I don't know. |
| 11:48:36 | 4 | Q.   You think that Cutler just made that |
| 11:48:39 | 5 | up? |
| 11:48:39 | 6 | A.   I don't know. |
| 11:48:40 | 7 | Q.   Is it a mistake? |
| 11:48:44 | 8 | A.   I don't know. |
| 11:48:46 | 9 | Q.   Well, would it be a mistake, then, |
| 11:48:51 | 10 | saying to the public that Servers.com has |
| 11:48:55 | 11 | or offers super secure, dedicated, bare metal |
| 11:48:59 | 12 | servers? |
| 11:49:00 | 13 | A.   I don't know. |
| 11:49:00 | 14 | Q.   You don't know whether that's a mistake? |
| 11:49:04 | 15 | A.   I don't know whether. |
| 11:49:04 | 16 | Q.   No idea? |
| 11:49:05 | 17 | A.   No. |
| 11:49:08 | 18 | Q.   Let's go back to reading further on |
| 11:49:13 | 19 | that paragraph.  It says: |
| 11:49:16 | 20 | "Servers.com's networks are highly |
| 11:49:18 | 21 | isolated from each other, even within a single |
| 11:49:22 | 22 | data center." |
| 11:49:23 | 23 | Is that accurate? |
| 11:49:24 | 24 | A.   I don't even understand that. |
| 11:49:26 | 25 | Q.   You don't?  Okay. |

| | | |
|---|---|---|
| 11:49:29 | 1 | "This means that clients aren't |
| 11:49:32 | 2 | exposed to all of the risks that come with |
| 11:49:35 | 3 | sharing a hosting facility - such as a massive |
| 11:49:37 | 4 | data breach originating on someone else's network." |
| 11:49:41 | 5 | Is that accurate? |
| 11:49:42 | 6 | A.   That's what the -- the article says. |
| 11:49:44 | 7 | Q.   I understand that. |
| 11:49:44 | 8 | But is that an accurate statement? |
| 11:49:50 | 9 | A.   I don't know. |
| 11:49:53 | 10 | Q.   What was the source of this information? |
| 11:49:56 | 11 | A.   I don't know. |
| 11:49:58 | 12 | Q.   You have no idea? |
| 11:49:59 | 13 | A.   I have no idea. |
| 11:50:00 | 14 | Q.   It says: |
| 11:50:04 | 15 | "Last year, Servers.com opened its |
| 11:50:07 | 16 | first U.S. data center in Dallas." |
| 11:50:09 | 17 | Is that accurate? |
| 11:50:13 | 18 | A.   It is not accurate. |
| 11:50:15 | 19 | Q.   Okay.  What's inaccurate about that? |
| 11:50:19 | 20 | A.   Servers.com -- aah, first of all, |
| 11:50:22 | 21 | I have to check which year it was. |
| 11:50:25 | 22 | Q.   This is two thousand -- early 2016. |
| 11:50:29 | 23 | A.   All right.  So yes, Servers.com that |
| 11:50:31 | 24 | year -- the previous year, 2015, opened a point |
| 11:50:34 | 25 | of presence in a data center in Dallas. |

| | | |
|---|---|---|
| 11:50:38 | 1 | Q.   Okay.  And: |
| 11:50:43 | 2 | "It plans to open another on the |
| 11:50:44 | 3 | East Coast." |
| 11:50:46 | 4 | Is that accurate? |
| 11:50:53 | 5 | A.   It was accurate at that moment. |
| 11:50:56 | 6 | Q.   Okay.  Did that ever change? |
| 11:51:06 | 7 | A.   No. |
| 11:51:06 | 8 | Q.   Okay.  You did open another on the |
| 11:51:10 | 9 | East Coast -- right? -- in Virginia? |
| 11:51:13 | 10 | A.   Yes. |
| 11:51:13 | 11 | Q.   Okay.  Did you ever -- or ask anyone |
| 11:51:17 | 12 | to ever -- I'm sorry. |
| 11:51:19 | 13 | A.   Correction.  We didn't open a data |
| 11:51:21 | 14 | center. |
| 11:51:21 | 15 | Q.   You opened a point of presence -- |
| 11:51:23 | 16 | A.   We opened -- |
| 11:51:23 | 17 | Q.   -- in a data center? |
| 11:51:23 | 18 | A.   -- a point of presence in a data center. |
| 11:51:26 | 19 | Q.   Why is the distinction between opening |
| 11:51:26 | 20 | a data center and a point of presence important |
| 11:51:29 | 21 | to you? |
| 11:51:32 | 22 | A.   It is the accuracy that is important |
| 11:51:36 | 23 | for me. |
| 11:51:37 | 24 | Q.   Okay.  So it's important to be accurate -- |
| 11:51:41 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 11:51:41 | 1 | Q.   -- when you're representing to the public? |
| 11:51:43 | 2 | So did you ever write to Servers.com -- |
| 11:51:45 | 3 | I'm sorry -- to Inc. and say, look, there's some |
| 11:51:47 | 4 | inaccurate information here or information that |
| 11:51:49 | 5 | we don't know that we can support -- |
| 11:51:51 | 6 | A.   No. |
| 11:51:52 | 7 | Q.   -- we'd like you to change it? |
| 11:51:54 | 8 | MR. GURVITS:  Objection. |
| 11:51:55 | 9 | Q.   BY MR. SIEGEL:  Did you ever do that? |
| 11:51:58 | 10 | A.   No.  We -- I didn't write to Inc. |
| 11:52:01 | 11 | Q.   Did you communicate to Inc. in any way |
| 11:52:03 | 12 | that they had published inaccurate information? |
| 11:52:06 | 13 | A.   No.  I didn't communicate to Inc. |
| 11:52:08 | 14 | Q.   Did anybody, to your knowledge, do |
| 11:52:12 | 15 | so on behalf of Servers.com? |
| 11:52:14 | 16 | A.   I don't know. |
| 11:52:15 | 17 | Q.   Why?  Why didn't you communicate that |
| 11:52:19 | 18 | there was information in here that was potentially |
| 11:52:21 | 19 | inaccurate? |
| 11:52:22 | 20 | A.   I don't remember why. |
| 11:52:22 | 21 | MR. GURVITS:  Okay.  Time for a break, |
| 11:52:30 | 22 | guys? |
| 11:52:33 | 23 | THE VIDEOGRAPHER:  I need one too. |
| 11:52:36 | 24 | MR. SIEGEL:  All right. |
| 11:52:37 | 25 | THE VIDEOGRAPHER:  Going off the record |

| | | |
|---|---|---|
| 11:52:37 | 1 | at 11:52. |
| 11:52:41 | 2 | (Recess from 11:52 a.m. to 12:06 p.m., |
| 11:52:41 | 3 | during which Mr. Gubarev left the proceedings |
| 11:52:41 | 4 | and did not return.) |
| 12:06:34 | 5 | THE VIDEOGRAPHER:  This is the beginning |
| 12:06:35 | 6 | of DVD No. 2.  Back on the record at 12:06. |
| 12:06:44 | 7 | Q.   BY MR. SIEGEL:  Why, Mr. Dvas, did the |
| 12:06:47 | 8 | company decide to open a point of presence in |
| 12:06:51 | 9 | Russia? |
| 12:07:00 | 10 | A.   Because we believed there is a market |
| 12:07:02 | 11 | there. |
| 12:07:05 | 12 | Q.   Okay.  And why was there a market there? |
| 12:07:10 | 13 | Why did you think that? |
| 12:07:19 | 14 | A.   Because there was. |
| 12:07:19 | 15 | Q.   Okay.  Did that have any connection |
| 12:07:23 | 16 | to the changes in Russian law regarding data |
| 12:07:28 | 17 | privacy? |
| 12:07:29 | 18 | A.   I don't know. |
| 12:07:29 | 19 | Q.   You don't know? |
| 12:07:31 | 20 | A.   I don't know. |
| 12:07:31 | 21 | Q.   You have no idea? |
| 12:07:32 | 22 | A.   I don't know. |
| 12:07:36 | 23 | Q.   Are you aware that there is a Russian |
| 12:07:40 | 24 | law that restricts who may have access to the |
| 12:07:50 | 25 | data of Russian citizens? |

```
12:07:52   1        A.   No.

12:07:53   2        Q.   No?  Do you believe my statement was

12:07:55   3   incorrect?

12:07:59   4        A.   Yes.

12:07:59   5        Q.   Okay.  And why -- why is that incorrect?

12:08:01   6   Why was I wrong, what I just said?

12:08:06   7        A.   There is no law that restricts access

12:08:10   8   to -- to the data, to my knowledge at least.

12:08:16   9        Q.   Of Russian citizens?

12:08:17  10        A.   Yes.

12:08:24  11        Q.   Okay.  Is there any law that requires

12:08:26  12   the data of Russian citizens to be stored in

12:08:30  13   Russia, inside Russia?

12:08:33  14        A.   Yes.

12:08:33  15        Q.   Okay.  And was the passage of that law

12:08:39  16   one of the reasons that you thought that there

12:08:41  17   might be a market for your services?

12:08:44  18        A.   No.

12:08:45  19        Q.   No?

12:08:46  20        A.   Correction.

12:08:47  21        Q.   Okay.

12:08:48  22        A.   I don't know.  I don't know.

12:08:51  23        Q.   Who would know the answer to that?

12:08:56  24        A.   I need your question to be clarified.

12:09:00  25        Q.   What do you need to be clarified?
```

| | | |
|---|---|---|
| 12:09:03 | 1 | A.   "You." |
| 12:09:04 | 2 | Q.   Okay.  Servers -- let's start with |
| 12:09:08 | 3 | any subsidiary of XB -- what was the name of |
| 12:09:10 | 4 | the subsidiary of XBT or subsidiaries that |
| 12:09:14 | 5 | opened a point of presence in Russia? |
| 12:09:24 | 6 | A.   It is Edinaya Set. |
| 12:09:24 | 7 | Q.   And that starts with an "E-d" as |
| 12:09:33 | 8 | it's written in English; is that right? |
| 12:09:34 | 9 | A.   No.  It starts with "E." |
| 12:09:36 | 10 | Q.   "E."  Correct? |
| 12:09:38 | 11 | A.   Yes. |
| 12:09:43 | 12 | Q.   And did -- so if I subs -- |
| 12:09:46 | 13 | A.   You -- you may call it United Network. |
| 12:09:52 | 14 | Q.   United Network? |
| 12:09:52 | 15 | A.   You -- you may call it. |
| 12:09:52 | 16 | Q.   Okay. |
| 12:09:52 | 17 | A.   That's how it translates. |
| 12:09:52 | 18 | Q.   So was one of the reasons that you |
| 12:09:56 | 19 | thought United Network Services had a -- had |
| 12:10:01 | 20 | a market in Russia connected to the Russian |
| 12:10:05 | 21 | law regarding storage of the data of Russian |
| 12:10:09 | 22 | citizens? |
| 12:10:09 | 23 | A.   I need this question to be clarified. |
| 12:10:11 | 24 | Q.   Okay.  Russia passed a law requiring |
| 12:10:17 | 25 | the data of Russian citizens to be stored in -- |

| | | |
|---|---|---|
| 12:10:19 | 1 | in Russia; right?  Okay? |
| 12:10:22 | 2 | A.   Right. |
| 12:10:22 | 3 | Q.   And was the fact that that was now a |
| 12:10:30 | 4 | requirement that Russian citizens had to abide |
| 12:10:32 | 5 | by, legally at least -- right? -- was that one |
| 12:10:35 | 6 | of the reasons that you thought that there was |
| 12:10:36 | 7 | a market opportunity for United Network in Russia? |
| 12:10:42 | 8 | A.   No. |
| 12:10:43 | 9 | Q.   No?  It had nothing to do with the passage |
| 12:10:46 | 10 | of that or the requirement? |
| 12:10:49 | 11 | A.   That's not what I thought. |
| 12:10:50 | 12 | Q.   Okay.  What did you think? |
| 12:10:52 | 13 | A.   I thought that there is a market for our |
| 12:10:55 | 14 | services in Russia. |
| 12:10:57 | 15 | Q.   And what were the reasons why you thought |
| 12:11:00 | 16 | that there was a market? |
| 12:11:02 | 17 | A.   The reason was that quality of hosting |
| 12:11:07 | 18 | companies in Russia is low. |
| 12:11:10 | 19 | Q.   Okay.  Are you aware of anybody else |
| 12:11:13 | 20 | within XBT or any XBT subsidiary that thought |
| 12:11:18 | 21 | that one of the reasons that there would be |
| 12:11:21 | 22 | a market opportunity for United Network at that |
| 12:11:25 | 23 | point in time was the Russian data privacy law? |
| 12:11:30 | 24 | A.   Yes. |
| 12:11:30 | 25 | Q.   And who is that? |

```
12:11:32   1        A.   Aleksej Gubarev.

12:11:34   2        Q.   Okay.  And what did he express to you?

12:11:36   3        A.   He told that this law will bring some --

12:11:48   4   will make some customers of hosting companies,

12:11:56   5   will make them have some servers in Russia.

12:12:04   6        Q.   Okay.  The point of presence that

12:12:11   7   United Network opened in Russia -- is that

12:12:15   8   a correct --

12:12:15   9        A.   That's --

12:12:18   10        Q.   -- way to formulate the question?

12:12:21   11             Okay.  Are persons who are not

12:12:24   12   Russian allowed access to that facility?

12:12:29   13        A.   Yes.

12:12:29   14        Q.   They are?

12:12:30   15        A.   Yes.

12:12:30   16        Q.   Anyone can go?

12:12:32   17        A.   No.

12:12:32   18        Q.   Okay.  What restrictions, if any, are

12:12:38   19   there on persons who can access that facility?

12:12:40   20   Physically go to the facility is what I mean.

12:12:50   21        A.   I don't know the restrictions.

12:12:52   22        Q.   You don't know?

12:12:56   23        A.   I don't know the restrictions.

12:13:01   24             MR. SIEGEL:  Let me show you Exhibit 29.

12:13:09   25             (Exhibit 29 marked.)
```

| | | |
|---|---|---|
| 12:13:23 | 1 | Q.  BY MR. SIEGEL:  Mr. Dvas, Mr. Bezruchenko |
| 12:13:24 | 2 | testified that he cannot go to that facility |
| 12:13:29 | 3 | because he's not Russian. |
| 12:13:30 | 4 | Do you believe that his -- is that |
| 12:13:33 | 5 | accurate? |
| 12:13:35 | 6 | MR. GURVITS:  Objection. |
| 12:13:38 | 7 | THE WITNESS:  I don't know whether |
| 12:13:39 | 8 | he testified that. |
| 12:13:40 | 9 | Q.  BY MR. SIEGEL:  Okay.  Whether or |
| 12:13:42 | 10 | not he testified to that, is that an accurate |
| 12:13:45 | 11 | statement that Mr. Bezruchenko cannot go to |
| 12:13:48 | 12 | that facility because he is not Russian? |
| 12:13:52 | 13 | A.  That is not an accurate statement. |
| 12:13:56 | 14 | Q.  So he could go? |
| 12:13:58 | 15 | A.  Yes. |
| 12:14:00 | 16 | Q.  Do you have any reason -- any idea |
| 12:14:02 | 17 | why Mr. Bezruchenko might believe that, if you |
| 12:14:06 | 18 | contend it's not accurate? |
| 12:14:08 | 19 | MR. GURVITS:  Objection. |
| 12:14:09 | 20 | THE WITNESS:  I don't know if he did |
| 12:14:11 | 21 | believe that or not. |
| 12:14:13 | 22 | Q.  BY MR. SIEGEL:  Have you ever been |
| 12:14:14 | 23 | to that facility yourself? |
| 12:14:15 | 24 | A.  Yes. |
| 12:14:16 | 25 | Q.  Have you ever been to that facility |

| | | |
|---|---|---|
| 12:14:17 | 1 | with anyone who is not Russian? |
| 12:14:20 | 2 | A.   Yes. |
| 12:14:20 | 3 | Q.   Who? |
| 12:14:20 | 4 | A.   Konstantin Bezruchenko. |
| 12:14:22 | 5 | Q.   You've been to that facility with |
| 12:14:26 | 6 | Konstantin Bezruchenko? |
| 12:14:28 | 7 | A.   Yes. |
| 12:14:28 | 8 | Q.   When? |
| 12:14:33 | 9 | A.   January 2016. |
| 12:14:35 | 10 | Q.   Okay.  Is there more than one point |
| 12:14:51 | 11 | of presence that United Networks [sic] has in |
| 12:14:55 | 12 | Russia? |
| 12:14:55 | 13 | A.   Yes. |
| 12:14:56 | 14 | Q.   How many? |
| 12:14:58 | 15 | A.   I don't know. |
| 12:15:00 | 16 | Q.   At any of those points of presence, |
| 12:15:02 | 17 | are there any restrictions on access to them |
| 12:15:07 | 18 | for non-Russians? |
| 12:15:09 | 19 | A.   I don't know. |
| 12:15:09 | 20 | Q.   You don't know? |
| 12:15:10 | 21 | A.   I don't know. |
| 12:15:10 | 22 | Q.   So it's possible that there might be? |
| 12:15:13 | 23 | You just don't know? |
| 12:15:15 | 24 | A.   I don't know. |
| 12:15:15 | 25 | Q.   Okay.  Is there one that is on a current |

| | | |
|---|---|---|
| 12:15:25 | 1 | or former military base? |
| 12:15:27 | 2 | A.   I don't know. |
| 12:15:28 | 3 | Q.   You don't know? |
| 12:15:28 | 4 | A.   I don't know. |
| 12:15:30 | 5 | Q.   Is that the one that you visited with |
| 12:15:32 | 6 | Mr. Bezruchenko? |
| 12:15:42 | 7 | A.   I don't know. |
| 12:15:42 | 8 | Q.   You don't -- so you don't know whether |
| 12:15:43 | 9 | the one that you visited with Mr. Bezruchenko |
| 12:15:47 | 10 | is located on what was a former military base? |
| 12:15:49 | 11 | A.   I don't know. |
| 12:15:51 | 12 | Q.   Or -- okay. |
| 12:15:54 | 13 | Have you visited any other facilities |
| 12:15:56 | 14 | in Russia with Mr. Bezruchenko? |
| 12:15:59 | 15 | A.   No. |
| 12:16:00 | 16 | Q.   Facilities belonging to -- or point |
| 12:16:02 | 17 | of presences [sic] belonging to a subsidiary |
| 12:16:05 | 18 | of XBT? |
| 12:16:05 | 19 | A.   No. |
| 12:16:05 | 20 | Q.   Okay.  Exhibit 29 is an article in |
| 12:16:17 | 21 | Russian; correct? |
| 12:16:20 | 22 | A.   (Examining.)  This is correct. |
| 12:16:22 | 23 | Q.   Can you tell us in what is that published |
| 12:16:24 | 24 | or was that published? |
| 12:16:38 | 25 | A.   I can. |

| | | |
|---|---|---|
| 12:16:39 | 1 | Q.   What -- and tell us. |
| 12:16:41 | 2 | A.   It was Roem.ru. |
| 12:16:45 | 3 | Q.   Okay.  And what is that? |
| 12:16:46 | 4 | A.   It's a website. |
| 12:16:47 | 5 | Q.   A Russian website? |
| 12:16:51 | 6 | Is it a website dedicated to any |
| 12:16:53 | 7 | particular category of information? |
| 12:16:59 | 8 | A.   I don't know. |
| 12:17:02 | 9 | Q.   A general news website? |
| 12:17:07 | 10 | A.   No. |
| 12:17:08 | 11 | Q.   No? |
| 12:17:09 | 12 | So what is it?  How would you -- how |
| 12:17:12 | 13 | would you describe it? |
| 12:17:28 | 14 | A.   It is a website about technology. |
| 12:17:37 | 15 | Q.   Okay.  The -- the first sentence of |
| 12:17:43 | 16 | the article -- |
| 12:17:49 | 17 | MR. SIEGEL:  Val, tell me if you think |
| 12:17:50 | 18 | this is a fair translation. |
| 12:17:51 | 19 | Q.   BY MR. SIEGEL:  (Reading.) |
| 12:17:51 | 20 | "Aleksej Gubarev, the managing director |
| 12:17:53 | 21 | of the company Servers.ru announced on 27 January |
| 12:17:58 | 22 | in Moscow at an event for the media and partners |
| 12:18:01 | 23 | the launch of the Moscow data center Servers.ru." |
| 12:18:06 | 24 | Is that accurate? |
| 12:18:09 | 25 | A.   There is one little mistake there. |

| | | |
|---|---|---|
| 12:18:13 | 1 | Q.   Tell me what the little mistake is. |
| 12:18:14 | 2 | A.   "Aleksej Gubarev, the managing director |
| 12:18:18 | 3 | of the company Servers.com." |
| 12:18:18 | 4 | You told the managing -- |
| 12:18:19 | 5 | Q.   Oh, "Servers.com."  Yeah. |
| 12:18:20 | 6 | A.   -- director of Servers.ru. |
| 12:18:23 | 7 | Q.   It's just kind of ironic that it's |
| 12:18:23 | 8 | the one word that was in English -- right? -- |
| 12:18:28 | 9 | in that whole sentence. |
| 12:18:30 | 10 | Were you at this event? |
| 12:18:32 | 11 | A.   Yes. |
| 12:18:34 | 12 | Q.   And who else was there? |
| 12:18:45 | 13 | A.   I don't remember everyone. |
| 12:18:48 | 14 | Q.   Tell us some examples of people you |
| 12:18:51 | 15 | do remember. |
| 12:18:55 | 16 | A.   Aleksej Gubarev. |
| 12:18:55 | 17 | Q.   Uh-huh. |
| 12:18:55 | 18 | A.   Konstantin Bezruchenko.  I don't remember |
| 12:19:12 | 19 | much actually. |
| 12:19:13 | 20 | Q.   You don't remember. |
| 12:19:14 | 21 | Do you know how were members of the |
| 12:19:17 | 22 | media and partners -- were members of the media |
| 12:19:19 | 23 | and partners invited to this event? |
| 12:19:22 | 24 | A.   Yes. |
| 12:19:22 | 25 | Q.   And who -- how were they invited?  Do |

| 12:19:26 | 1 | you know? |
| 12:19:29 | 2 | A.   I don't know how. |
| 12:19:32 | 3 | Q.   Was that something that employees in |
| 12:19:35 | 4 | the marketing department were responsible for? |
| 12:19:38 | 5 | A.   Yes. |
| 12:19:40 | 6 | Q.   And were there members of the media |
| 12:19:43 | 7 | there, to your knowledge? |
| 12:19:46 | 8 | A.   To my knowledge, yes. |
| 12:19:48 | 9 | Q.   Just curious.  But can you give us |
| 12:19:51 | 10 | a rough estimate of how many? |
| 12:19:55 | 11 | A.   No. |
| 12:19:55 | 12 | Q.   More than five? |
| 12:19:56 | 13 | A.   No, I cannot give any estimate. |
| 12:19:58 | 14 | Q.   You can't estimate at all? |
| 12:20:00 | 15 | A.   No. |
| 12:20:00 | 16 | Q.   Five? |
| 12:20:00 | 17 | A.   I can't -- |
| 12:20:00 | 18 | Q.   Ten?  Fifteen? |
| 12:20:00 | 19 | A.   I cannot estimate at all. |
| 12:20:03 | 20 | Q.   Okay.  What happened at that event? |
| 12:20:14 | 21 | A.   There was a small concert and brief |
| 12:20:27 | 22 | speeches and then just socializing. |
| 12:20:33 | 23 | Q.   Who spoke? |
| 12:20:35 | 24 | A.   I don't remember everyone. |
| 12:20:37 | 25 | Q.   Tell me who you remember. |

| | | |
|---|---|---|
| 12:20:39 | 1 | A.   I remember two persons speaking. |
| 12:20:44 | 2 | I remember Aleksej Gubarev speaking. |
| 12:20:46 | 3 | Q.   Okay. |
| 12:20:47 | 4 | A.   And I remember a lady representative |
| 12:20:52 | 5 | of Dell Russia speaking.  I don't remember her |
| 12:20:57 | 6 | name. |
| 12:21:00 | 7 | Q.   All right.  Were there any representatives |
| 12:21:03 | 8 | of the Russian government there? |
| 12:21:08 | 9 | A.   I don't know. |
| 12:21:09 | 10 | Q.   You don't know? |
| 12:21:10 | 11 | A.   I don't know. |
| 12:21:15 | 12 | Q.   Did you speak? |
| 12:21:16 | 13 | A.   No. |
| 12:21:18 | 14 | Q.   Why was Mr. Gubarev -- why did he speak |
| 12:21:22 | 15 | as the representative of the company? |
| 12:21:24 | 16 | A.   I don't know the exact reason. |
| 12:21:26 | 17 | Q.   Okay.  If you look at the bottom of -- |
| 12:21:32 | 18 | of page 119, you'll see there's a -- on the |
| 12:21:37 | 19 | website, there's an insert for a slide show? |
| 12:21:40 | 20 | A.   Yes. |
| 12:21:40 | 21 | MR. SIEGEL:  Okay.  I'm going to hand |
| 12:21:43 | 22 | you Exhibit 30. |
| 12:21:52 | 23 | (Exhibit 30 marked.) |
| 12:21:58 | 24 | THE WITNESS:  What?  Aah, the next |
| 12:22:03 | 25 | exhibit. |

| | | |
|---|---|---|
| 12:22:16 | 1 | Q.  BY MR. SIEGEL:  And, again, these |
| 12:22:17 | 2 | are -- these -- these pages are not numbered. |
| 12:22:26 | 3 | A.  (Examining.)  Actually, they are |
| 12:22:27 | 4 | numbered.  They're -- they're -- |
| 12:22:29 | 5 | Q.  Oh, yes.  I see that. |
| 12:22:30 | 6 | A.  They're numbered. |
| 12:22:30 | 7 | Q.  I -- I apologize.  Yes, they are. |
| 12:22:32 | 8 | They have very small numbers, don't they? |
| 12:22:41 | 9 | MR. SIEGEL:  I think something got |
| 12:22:41 | 10 | left off of it.  Can we go off the record for |
| 12:22:45 | 11 | one sec? |
| 12:22:46 | 12 | THE VIDEOGRAPHER:  Going off the record |
| 12:22:47 | 13 | at 12:22. |
| 12:22:51 | 14 | (Brief discussion held off the record.) |
| 12:23:12 | 15 | THE VIDEOGRAPHER:  Back on the record |
| 12:23:12 | 16 | at 12:22. |
| 12:23:14 | 17 | Q.  BY MR. SIEGEL:  Can you turn to the |
| 12:23:18 | 18 | page F 30? |
| 12:23:20 | 19 | A.  Okay. |
| 12:23:27 | 20 | Q.  If you look at the first -- there's |
| 12:23:34 | 21 | a chart there -- right? -- that has red markings. |
| 12:23:39 | 22 | Do you see that? |
| 12:23:40 | 23 | A.  Yes. |
| 12:23:41 | 24 | Q.  And those provide numbers for things |
| 12:23:45 | 25 | like speed, connection, traffic; is that right? |

| | | |
|---|---|---|
| 12:23:48 | 1 | A.   No. |
| 12:23:49 | 2 | Q.   No, they don't? |
| 12:23:50 | 3 | What -- what is that a chart of? |
| 12:23:52 | 4 | A.   Which -- which line you're referring |
| 12:23:54 | 5 | to? |
| 12:23:54 | 6 | Q.   You see where it says SSE [sic] 16? |
| 12:23:58 | 7 | A.   Yes. |
| 12:23:59 | 8 | Q.   What is that? |
| 12:24:00 | 9 | A.   It's a certification standard. |
| 12:24:04 | 10 | Q.   All right.  Let's go to page 33. |
| 12:24:13 | 11 | That's the -- is that the one that |
| 12:24:15 | 12 | indicates maximum speed connection?  Is that |
| 12:24:19 | 13 | accurate? |
| 12:24:21 | 14 | A.   That's correct. |
| 12:24:22 | 15 | Q.   Okay.  The headline on the top of the |
| 12:24:26 | 16 | page, does that -- is that headline translated |
| 12:24:33 | 17 | as "The Fastest Network in Russia"? |
| 12:24:35 | 18 | A.   That's correct. |
| 12:24:36 | 19 | Q.   Is that an accurate statement?  In |
| 12:24:39 | 20 | other words, was the network being offered by |
| 12:24:44 | 21 | Servers.ru the fastest network in Russia? |
| 12:24:48 | 22 | A.   I don't know. |
| 12:24:48 | 23 | Q.   Do you have any reason to believe that |
| 12:24:50 | 24 | it was inaccurate? |
| 12:24:52 | 25 | A.   I don't have any reason. |

| 12:24:53 | 1 | Q. Okay. Who -- who was the -- do you |
| 12:24:57 | 2 | know who this presentation was for, other than |
| 12:25:02 | 3 | obviously it was on a website? |
| 12:25:04 | 4 | Was this -- was this a slide show or |
| 12:25:09 | 5 | something of that nature that was presented? |
| 12:25:12 | 6 | A. I don't know. |
| 12:25:12 | 7 | Q. Okay. Do you see at the bottom of |
| 12:25:16 | 8 | page 33 -- |
| 12:25:23 | 9 | A. Yes. |
| 12:25:25 | 10 | Q. I'm sorry. Look at page 32. |
| 12:25:27 | 11 | A. Sure. |
| 12:25:27 | 12 | Q. Do you see the headline above the |
| 12:25:34 | 13 | sentence that contains the word "Dell 13"? |
| 12:25:37 | 14 | A. Yes. |
| 12:25:37 | 15 | Q. The one word that I can read. |
| 12:25:40 | 16 | A. Yes. |
| 12:25:41 | 17 | Q. Are those words -- do those words mean |
| 12:25:44 | 18 | "the largest capacity in Russia"? |
| 12:25:47 | 19 | A. No. |
| 12:25:48 | 20 | Q. What do they mean? |
| 12:25:49 | 21 | A. "The most powerful hardware in Russia." |
| 12:25:52 | 22 | Q. Okay. And is -- do you believe that |
| 12:26:01 | 23 | to have been an accurate statement at the time? |
| 12:26:04 | 24 | A. I don't know. |
| 12:26:05 | 25 | Q. Do you have any reason to believe that |

| | | |
|---|---|---|
| 12:26:06 | 1 | it was inaccurate? |
| 12:26:07 | 2 | A.   No. |
| 12:26:07 | 3 | Q.   Okay.  Was this a part of the presentation |
| 12:26:18 | 4 | at the event that we talked about? |
| 12:26:20 | 5 | A.   I don't remember. |
| 12:26:20 | 6 | MR. SIEGEL:  Okay.  Mark this as |
| 12:26:39 | 7 | Exhibit 31.  Hand it to the witness. |
| 12:26:43 | 8 | (Exhibit 31 marked.) |
| 12:26:52 | 9 | THE WITNESS:  (Examining.)  Okay. |
| 12:26:52 | 10 | Here we go. |
| 12:26:57 | 11 | Q.   BY MR. SIEGEL:  I've handed you |
| 12:26:59 | 12 | Exhibit 31.  Is that -- which indicates that |
| 12:27:02 | 13 | it's a letter from you. |
| 12:27:03 | 14 | Do you recognize this? |
| 12:27:04 | 15 | A.   I recognize that. |
| 12:27:06 | 16 | Q.   And -- and to whom was this letter |
| 12:27:10 | 17 | sent? |
| 12:27:16 | 18 | A.   I sent it to Olga Galkina. |
| 12:27:22 | 19 | Q.   You sent it to Olga Galkina? |
| 12:27:25 | 20 | A.   Yes. |
| 12:27:25 | 21 | Q.   And why did you send it to Olga Galkina? |
| 12:27:28 | 22 | Am I pronouncing that right?  I don't think I am. |
| 12:27:31 | 23 | "Galkina"? |
| 12:27:32 | 24 | A.   "Galkina."  Yes. |
| 12:27:33 | 25 | Q.   Why did you send it to Olga Galkina? |

| | | |
|---|---|---|
| 12:27:37 | 1 | A.   She asked me to do that. |
| 12:27:39 | 2 | Q.   Okay.  And did she explain to you why |
| 12:27:42 | 3 | she wanted such a letter? |
| 12:27:49 | 4 | A.   I don't remember. |
| 12:27:49 | 5 | Q.   Okay.  What was the purpose of the |
| 12:27:53 | 6 | letter? |
| 12:27:58 | 7 | A.   I don't know for sure. |
| 12:27:59 | 8 | Q.   Okay.  It appears that this was a |
| 12:28:05 | 9 | letter that was sent to a PR agency to indicate |
| 12:28:12 | 10 | what Servers.com was looking for? |
| 12:28:20 | 11 | A.   What's your question?  What's your |
| 12:28:24 | 12 | question? |
| 12:28:25 | 13 | Q.   Well, it looks -- let's just go read |
| 12:28:28 | 14 | the bottom of the letter.  Okay? |
| 12:28:29 | 15 | A.   Uh-huh. |
| 12:28:29 | 16 | Q.   So the last sentence says: |
| 12:28:30 | 17 | "We would appreciate if you could |
| 12:28:33 | 18 | present your proposals with a different price |
| 12:28:35 | 19 | structure and activities" -- and activity |
| 12:28:36 | 20 | "intensity to our public relations officer |
| 12:28:40 | 21 | Olga Galkina."  (As read.) |
| 12:28:41 | 22 | Right? |
| 12:28:42 | 23 | A.   Yes. |
| 12:28:42 | 24 | Q.   So to whom were you asking to present |
| 12:28:46 | 25 | proposals? |

| | | |
|---|---|---|
| 12:28:47 | 1 | A.   To whom? |
| 12:28:48 | 2 | Q.   Yes. |
| 12:28:48 | 3 | A.   To Olga. |
| 12:28:49 | 4 | Q.   You were asking Olga? |
| 12:28:50 | 5 | A.   No.  I was -- whom I was asking? |
| 12:28:52 | 6 | Q.   Yes. |
| 12:28:54 | 7 | A.   No one in particular. |
| 12:28:55 | 8 | Q.   Okay.  But was it fair to say that this |
| 12:28:58 | 9 | was intended to go to public relation companies |
| 12:29:03 | 10 | to solicit proposals? |
| 12:29:07 | 11 | A.   That's what Olga told me. |
| 12:29:10 | 12 | Q.   Okay.  And you -- the letter says -- |
| 12:29:15 | 13 | the last paragraph -- right? -- at the top: |
| 12:29:19 | 14 |      "The main point for us now is to |
| 12:29:21 | 15 | reach permanent presence in media sources." |
| 12:29:25 | 16 | A.   Let me find it. |
| 12:29:26 | 17 | Q.   Do you see that? |
| 12:29:29 | 18 | A.   Yes.  I see that. |
| 12:29:30 | 19 | Q.   Okay.  Why was that a main point |
| 12:29:33 | 20 | for you at that time? |
| 12:29:45 | 21 | A.   It was not. |
| 12:29:46 | 22 | Q.   It was not? |
| 12:29:47 | 23 | A.   It was not. |
| 12:29:49 | 24 | Q.   So why did you write it? |
| 12:29:50 | 25 | A.   I don't remember. |

| | | |
|---|---|---|
| 12:29:52 | 1 | Q.   So you remember that it wasn't.  But |
| 12:29:55 | 2 | you can't remember why you wrote it? |
| 12:29:57 | 3 | A.   No, I don't remember why I wrote it. |
| 12:29:59 | 4 | But it was not the main point for us in general. |
| 12:30:04 | 5 | Q.   What was the main point? |
| 12:30:05 | 6 | A.   To grow our revenue. |
| 12:30:08 | 7 | Q.   Okay.  Well, would it be fair to say |
| 12:30:11 | 8 | that you were looking to reach permanent presence |
| 12:30:16 | 9 | in media sources in order to grow your revenue? |
| 12:30:19 | 10 | A.   That's correct. |
| 12:30:23 | 11 | Q.   And I gather that public relations |
| 12:30:28 | 12 | agencies -- right? -- can't help you grow your |
| 12:30:31 | 13 | revenue in all ways? |
| 12:30:32 | 14 | Right? |
| 12:30:32 | 15 | A.   I don't know what they can. |
| 12:30:35 | 16 | Q.   Well, it would be fair to say that |
| 12:30:37 | 17 | reaching a permanent presence in media sources |
| 12:30:39 | 18 | is one possible way that a -- a public relations |
| 12:30:42 | 19 | agency specifically might be able to help you |
| 12:30:45 | 20 | grow your revenue; right? |
| 12:30:46 | 21 | A.   Yes. |
| 12:30:47 | 22 | Q.   Okay. |
| 12:30:48 | 23 | A.   We thought that it is. |
| 12:30:50 | 24 | Q.   Okay.  And you say: |
| 12:30:52 | 25 | "Our target is to maintain persistent |

| | | |
|---|---|---|
| 12:30:55 | 1 | citation level across business media with company |
| 12:30:58 | 2 | news or experts' comments." |
| 12:31:01 | 3 | Right?  Anything inaccurate about that? |
| 12:31:04 | 4 | A.   I don't remember.  I don't remember. |
| 12:31:09 | 5 | Q.   Do you have any reason to believe that |
| 12:31:11 | 6 | that was not a target for you? |
| 12:31:14 | 7 | A.   No.  I don't have any reason to believe |
| 12:31:17 | 8 | that. |
| 12:31:20 | 9 | Q.   Okay.  Eventually, you hired the firm |
| 12:31:25 | 10 | KGlobal; correct? |
| 12:31:27 | 11 | A.   That's correct. |
| 12:31:30 | 12 | Q.   How -- how did that come to be?  How |
| 12:31:32 | 13 | did you get connected with KGlobal? |
| 12:31:36 | 14 | A.   Olga advised to do that. |
| 12:31:37 | 15 | Q.   Okay.  Did Olga explain to you how |
| 12:31:44 | 16 | she came to learn of KGlobal or solicit KGlobal? |
| 12:32:07 | 17 | A.   Sorry.  It takes time to just freshen |
| 12:32:12 | 18 | up my memories.  No, I don't remember. |
| 12:32:17 | 19 | Q.   I think you testified before that |
| 12:32:21 | 20 | Ms. Galkina is no longer employed by Servers |
| 12:32:24 | 21 | or any other subsidiary of XBT? |
| 12:32:27 | 22 | A.   That's correct. |
| 12:32:28 | 23 | Q.   Why did she leave? |
| 12:32:34 | 24 | A.   Because she resigned. |
| 12:32:40 | 25 | Q.   Okay.  Was she asked to resign? |

| | | |
|---|---|---|
| 12:32:45 | 1 | A.   I don't know that. |
| 12:32:49 | 2 | Q.   Were you satisfied with her performance |
| 12:32:51 | 3 | while she was an employee? |
| 12:32:58 | 4 | A.   I didn't evaluate it. |
| 12:33:00 | 5 | Q.   I'm sorry? |
| 12:33:00 | 6 | A.   I didn't evaluate her performance. |
| 12:33:02 | 7 | Q.   Okay.  Who -- who did? |
| 12:33:07 | 8 | A.   Alexey Trankov. |
| 12:33:09 | 9 | Q.   Okay.  To your knowledge, was |
| 12:33:11 | 10 | Mr. Trankov satisfied with her performance? |
| 12:33:13 | 11 | A.   He told he wasn't. |
| 12:33:13 | 12 | (Court reporter clarification.) |
| 12:33:13 | 13 | THE WITNESS:  He told he wasn't. |
| 12:33:19 | 14 | Q.   BY MR. SIEGEL:  He told you he was not? |
| 12:33:21 | 15 | A.   Yes. |
| 12:33:21 | 16 | Q.   And -- and why is that? |
| 12:33:22 | 17 | A.   I never asked. |
| 12:33:26 | 18 | Q.   Okay.  Did Mr. Trankov ask Ms. Galkina |
| 12:33:31 | 19 | to leave -- |
| 12:33:31 | 20 | A.   I don't know that. |
| 12:33:32 | 21 | Q.   -- to your knowledge? |
| 12:33:33 | 22 | MR. SIEGEL:  Okay.  I'll show you |
| 12:33:46 | 23 | Exhibit 32.  And I'll also give you Exhibit 33. |
| 12:33:56 | 24 | (Exhibit 32 and Exhibit 33 marked.) |
| 12:33:57 | 25 | THE WITNESS:  (Examining.)  Okay. |

| | | |
|---|---|---|
| 12:34:02 | 1 | Here it comes.  Here it comes again. |
| 12:34:19 | 2 | Q.   BY MR. SIEGEL:  So Exhibit 32 is an |
| 12:34:23 | 3 | e-mail from Ms. Galkina to Mr. Dolan.  She says |
| 12:34:28 | 4 | in the e-mail: |
| 12:34:29 | 5 | "... when I had just arrived, I had |
| 12:34:31 | 6 | to organize our partnership here." |
| 12:34:33 | 7 | And she provides a link to something |
| 12:34:36 | 8 | called a Russian Internet Forum.  And I'll |
| 12:34:40 | 9 | represent to you that 30 -- Exhibit 33 is |
| 12:34:40 | 10 | the printout of that link. |
| 12:34:45 | 11 | She says: |
| 12:34:46 | 12 | "It is the biggest Russian internet |
| 12:34:48 | 13 | event." |
| 12:34:49 | 14 | Is that a forum that you're familiar |
| 12:34:52 | 15 | with? |
| 12:34:53 | 16 | A.   Yes. |
| 12:34:53 | 17 | Q.   Have you ever been there? |
| 12:34:55 | 18 | A.   Yes. |
| 12:34:55 | 19 | Q.   And what is its purpose? |
| 12:34:57 | 20 | A.   I don't know what is its purpose. |
| 12:34:59 | 21 | Q.   How often have you been there? |
| 12:35:02 | 22 | A.   I've been there once. |
| 12:35:03 | 23 | Q.   Was it in 2016? |
| 12:35:05 | 24 | A.   Yes. |
| 12:35:05 | 25 | Q.   And why did you attend in 2016? |

| | | |
|---|---|---|
| 12:35:10 | 1 | A.   Because Servers.ru was sponsoring |
| 12:35:15 | 2 | this event. |
| 12:35:15 | 3 | Q.   Okay.  Was it a sole sponsor or one |
| 12:35:18 | 4 | of the sponsors? |
| 12:35:19 | 5 | A.   One. |
| 12:35:19 | 6 | Q.   And why did Servers.ru sponsor it? |
| 12:35:25 | 7 | A.   That was the decision by the marketing |
| 12:35:27 | 8 | team. |
| 12:35:27 | 9 | Q.   Okay.  Is there a distinction between -- |
| 12:35:33 | 10 | strike that. |
| 12:35:34 | 11 | Did Servers.ru in 2016 have a CEO? |
| 12:35:44 | 12 | A.   No. |
| 12:35:45 | 13 | Q.   Did it have a project manager? |
| 12:35:47 | 14 | A.   No. |
| 12:35:50 | 15 | Q.   Who was responsible for the operations |
| 12:35:54 | 16 | of Servers.ru? |
| 12:36:00 | 17 | A.   No one was. |
| 12:36:01 | 18 | Q.   No one at all? |
| 12:36:01 | 19 | A.   Yes. |
| 12:36:04 | 20 | Q.   Did you -- did your work involve |
| 12:36:08 | 21 | Servers.ru? |
| 12:36:09 | 22 | A.   Yes. |
| 12:36:09 | 23 | Q.   In what way? |
| 12:36:13 | 24 | A.   Servers.ru was a brand we were using |
| 12:36:16 | 25 | for Russian market. |

| | | |
|---|---|---|
| 12:36:17 | 1 | Q.   Okay.  So it was -- it was one of the |
| 12:36:19 | 2 | brands, would it be fair to say, that Servers.com |
| 12:36:22 | 3 | used for purposes of the Russian market? |
| 12:36:26 | 4 | A.   Yes. |
| 12:36:26 | 5 | Q.   Okay.  Can -- on Exhibit 33, can you |
| 12:36:36 | 6 | point out to me where Mr. Gubarev's name appears? |
| 12:36:43 | 7 | A.   It's the last page. |
| 12:36:44 | 8 | Q.   The last -- |
| 12:36:45 | 9 | A.   The last -- it's the last, the last |
| 12:36:48 | 10 | name. |
| 12:36:49 | 11 | Q.   The last name.  Right. |
| 12:36:51 | 12 | So Mr. Gubarev spoke at the Russian |
| 12:36:53 | 13 | Internet Forum? |
| 12:37:00 | 14 | A.   Yes. |
| 12:37:00 | 15 | Q.   And what did he talk about? |
| 12:37:02 | 16 | A.   I don't remember. |
| 12:37:02 | 17 | Q.   Okay.  Is an accurate translation |
| 12:37:12 | 18 | of the subject of his talk "trends in the |
| 12:37:17 | 19 | infrastructure of the global and Russian |
| 12:37:19 | 20 | Internet"? |
| 12:37:19 | 21 | A.   Yes.  That's a fair translation. |
| 12:37:23 | 22 | Q.   Does that refresh your recollection |
| 12:37:25 | 23 | as to what he talked about? |
| 12:37:27 | 24 | A.   No. |
| 12:37:35 | 25 | Q.   Okay.  I take it from your answer you |

| | | |
|---|---|---|
| 12:37:37 | 1 | haven't been back to the Russian Internet Forum |
| 12:37:43 | 2 | since? |
| 12:37:45 | 3 | A.   No. |
| 12:37:45 | 4 | Q.   Were there members of the media in |
| 12:37:47 | 5 | the audience of the Russian Internet Forum? |
| 12:37:57 | 6 | A.   I don't remember. |
| 12:37:59 | 7 | Q.   You don't remember.  Okay. |
| 12:38:07 | 8 | MR. SIEGEL:  Here is Exhibit 34. |
| 12:38:13 | 9 | (Exhibit 34 marked.) |
| 12:38:23 | 10 | Q.   BY MR. SIEGEL:  Exhibit 34, another |
| 12:38:23 | 11 | e-mail by Ms. Galkina, refers to an event called |
| 12:38:26 | 12 | the St. Petersburg International Economic Forum. |
| 12:38:29 | 13 | Have you ever gone to that event? |
| 12:38:32 | 14 | A.   (Examining.)  No. |
| 12:38:34 | 15 | Q.   To your knowledge, has Mr. Gubarev |
| 12:38:36 | 16 | ever gone to that event? |
| 12:38:37 | 17 | A.   Yes. |
| 12:38:37 | 18 | Q.   When did he go? |
| 12:38:40 | 19 | A.   2016. |
| 12:38:43 | 20 | Q.   And did he -- to your knowledge, did |
| 12:38:45 | 21 | he speak there? |
| 12:38:47 | 22 | A.   I don't know. |
| 12:38:47 | 23 | Q.   You don't. |
| 12:38:48 | 24 | Did he ever discuss with you speaking |
| 12:38:50 | 25 | there? |

| | | |
|---|---|---|
| 12:38:51 | 1 | A.   No. |
| 12:38:51 | 2 | Q.   Okay. |
| 12:38:54 | 3 | A.   I -- I don't recollect a discussion. |
| 12:38:56 | 4 | Q.   Okay. |
| 12:38:57 | 5 | A.   It's not -- |
| 12:38:58 | 6 | Q.   You don't know one way or another? |
| 12:39:01 | 7 | A.   Yes. |
| 12:39:01 | 8 | Q.   Okay.  This indicates that he was |
| 12:39:03 | 9 | approved to participate in a panel that's about |
| 12:39:06 | 10 | cyber-security. |
| 12:39:07 | 11 | Does that refresh your recollection |
| 12:39:09 | 12 | as to whether he spoke about that topic? |
| 12:39:12 | 13 | A.   No. |
| 12:39:12 | 14 | Q.   Okay.  The -- Ms. Galkina's e-mail |
| 12:39:19 | 15 | goes on to say: |
| 12:39:20 | 16 | "The question is that his name is |
| 12:39:20 | 17 | still not on the website.  Mr. Klimenko told |
| 12:39:24 | 18 | that he anyway will give Mr. Gubarev a possibility |
| 12:39:27 | 19 | to speak." |
| 12:39:28 | 20 | Do you know who Mr. Klimenko is that's |
| 12:39:31 | 21 | being referred to? |
| 12:39:32 | 22 | A.   Yes. |
| 12:39:33 | 23 | Q.   Who is that? |
| 12:39:34 | 24 | A.   This is German Klimenko. |
| 12:39:39 | 25 | Q.   Okay.  Who is German Klimenko? |

```
12:39:47   1        A.   He's an advisor to the president
12:39:50   2   of the Russian Federation.
12:39:52   3        Q.   Okay.  To President Putin; right?
12:39:54   4        A.   Yes.
12:39:55   5        Q.   Have you ever interacted with
12:39:56   6   Mr. Klimenko?
12:39:57   7        A.   Yes.
12:39:58   8        Q.   Tell me about that.
12:40:02   9        A.   I spoke to him -- I don't even remember
12:40:07  10   the year.  It was pretty long ago.  I was -- in
12:40:18  11   my capacity as a journalist, I was interviewing
12:40:24  12   him for the media I was working for.
12:40:28  13        Q.   And which media was that?
12:40:29  14        A.   It was Ruformator.  R-u, formator.
12:40:37  15        Q.   How long were you a journalist for?
12:40:40  16        A.   A couple of years.
12:40:41  17        Q.   Is that after you left the university?
12:40:43  18        A.   It was while I was in the university.
12:40:45  19        Q.   Okay.  Since then, have you ever
12:40:48  20   communicated with Mr. Klimenko at all?
12:40:51  21        A.   Yes.
12:40:53  22        Q.   Tell me when.
12:41:03  23        A.   I don't remember when.
12:41:05  24        Q.   When was the last time you communicated
12:41:07  25   with Mr. Klimenko approximately?
```

| | | |
|---|---|---|
| 12:41:14 | 1 | A.   Whenever he had his birthday. |
| 12:41:17 | 2 | Q.   Whenever he had his birthday? |
| 12:41:19 | 3 | A.   Yes. |
| 12:41:19 | 4 | Q.   Okay.  You said "happy birthday"? |
| 12:41:23 | 5 | A.   That's right. |
| 12:41:23 | 6 | Q.   Okay.  Is there any other context in |
| 12:41:27 | 7 | which you have communicated with Mr. Klimenko |
| 12:41:30 | 8 | other than wishing him happy birthday and |
| 12:41:34 | 9 | interviewing him as a journalist? |
| 12:41:37 | 10 | A.   Yes. |
| 12:41:38 | 11 | Q.   Tell me about that. |
| 12:41:41 | 12 | A.   I don't remember their content. |
| 12:41:44 | 13 | Q.   Was it a -- was it in connection with |
| 12:41:46 | 14 | your work? |
| 12:41:48 | 15 | A.   No. |
| 12:41:49 | 16 | Q.   Not at all? |
| 12:41:52 | 17 | A.   It was not in the connection with -- |
| 12:41:54 | 18 | with my work now. |
| 12:41:56 | 19 | Q.   So what was it in connection with? |
| 12:41:58 | 20 | A.   It was in connection with my work |
| 12:42:01 | 21 | as a journalist, yes.  As a journalist, yes. |
| 12:42:05 | 22 | Q.   As a journalist? |
| 12:42:07 | 23 | A.   Yes. |
| 12:42:07 | 24 | Q.   Okay.  So other than -- I asked you |
| 12:42:08 | 25 | about that. |

```
12:42:08    1              So other than your work as a journalist
12:42:11    2    or wishing him happy birthday, have you communicated
12:42:14    3    with Mr. Klimenko in any other context?
12:42:17    4         A.   I don't remember any.
12:42:18    5         Q.   Okay.  Have you ever communicated --
12:42:24    6    other than wishing him happy birthday, in the
12:42:28    7    course of working for any subsidiary of XBT,
12:42:31    8    have you ever communicated with Mr. Klimenko?
12:42:34    9         A.   Yes.
12:42:35   10         Q.   Tell me about that.
12:42:36   11         A.   I invited him for the launch of --
12:42:42   12    for the party we discussed before, connected
12:42:52   13    with the launch of the point of presence of
12:42:53   14    Servers.com.
12:42:54   15         Q.   Okay.  Did he come?
12:42:55   16         A.   No.
12:42:56   17         Q.   Did any other representative of the
12:42:59   18    Russian government come?
12:43:00   19         A.   I don't know.
12:43:00   20         Q.   You don't know.
12:43:02   21              Do you know if Mr. -- anyone who works
12:43:06   22    with Mr. Klimenko came?
12:43:09   23         A.   I don't know.
12:43:14   24         Q.   Okay.  Other than inviting Mr. Klimenko
12:43:17   25    to the launch in 2016, have you communicated with
```

| | | |
|---|---|---|
| 12:43:21 | 1 | Mr. Klimenko in the course of your work for XBT? |
| 12:43:57 | 2 | A.   Let me try to recollect that.  No, |
| 12:44:15 | 3 | I don't remember. |
| 12:44:17 | 4 | Q.   The e-mail indicates that Ms. Galkina |
| 12:44:22 | 5 | had some communication with Mr. Klimenko about |
| 12:44:28 | 6 | Mr. Gubarev possibly speaking. |
| 12:44:33 | 7 | Did you have any knowledge about |
| 12:44:34 | 8 | that at the time? |
| 12:44:37 | 9 | A.   No. |
| 12:44:37 | 10 | Q.   Okay.  Do you know if she knew |
| 12:44:43 | 11 | Mr. Klimenko in any capacity? |
| 12:44:46 | 12 | A.   I didn't know. |
| 12:44:47 | 13 | Q.   Do you know if Mr. Gubarev has |
| 12:44:50 | 14 | communicated with Mr. Klimenko? |
| 12:44:56 | 15 | A.   Yes. |
| 12:44:56 | 16 | Q.   Okay.  Tell me about that. |
| 12:45:00 | 17 | A.   I saw them communicate once. |
| 12:45:03 | 18 | Q.   Tell -- and in what -- in what context? |
| 12:45:06 | 19 | A.   In the context of the Russian Internet |
| 12:45:11 | 20 | Forum. |
| 12:45:11 | 21 | Q.   I'm sorry? |
| 12:45:12 | 22 | A.   Of the -- in the context of the Russian |
| 12:45:14 | 23 | Internet Forum, the forum we were discussing just |
| 12:45:17 | 24 | before. |
| 12:45:17 | 25 | Q.   Okay.  And how did they communicate? |

```
12:45:20    1          A.   They talked to each other.

12:45:23    2          Q.   So was that at the forum?

12:45:26    3          A.   Yes.

12:45:27    4          Q.   I thought you said -- oh, I'm sorry.

12:45:29    5   At the forum --

12:45:30    6          A.   Yeah.

12:45:30    7          Q.   -- not the launch.

12:45:31    8          A.   Yeah.

12:45:32    9          Q.   So Mr. Klimenko attended --

12:45:35   10          A.   Yes.

12:45:35   11          Q.   -- the forum?

12:45:35   12          A.   It was at the forum.  Yes.

12:45:39   13          Q.   Have you ever met President Putin?

12:45:43   14          A.   No.

12:45:48   15          Q.   Other than Mr. Klimenko, were there

12:45:51   16   any other representatives of the Russian

12:45:53   17   government at the Internet Forum?

12:45:55   18          A.   Yes.

12:45:55   19          Q.   Who?

12:45:55   20          A.   Nikolay Nikiforov.

12:46:02   21          Q.   Okay.  Do you know what his job is?

12:46:05   22          A.   His job was -- he was the head of

12:46:10   23   department for communications for -- yeah,

12:46:15   24   something like that.  I don't --

12:46:17   25          Q.   Okay.
```

| | | |
|---|---|---|
| 12:46:18 | 1 | A.   I don't remember the exact title. |
| 12:46:20 | 2 | Q.   Who else? |
| 12:46:20 | 3 | A.   I don't know. |
| 12:46:21 | 4 | Q.   Other than Mr. Klimenko, have you |
| 12:46:27 | 5 | ever communicated with any other representative |
| 12:46:27 | 6 | of the -- or official of the Russian government |
| 12:46:30 | 7 | in the context of working at XBT? |
| 12:46:32 | 8 | A.   Yes. |
| 12:46:33 | 9 | Q.   Who? |
| 12:46:33 | 10 | A.   Vadim Subbotin. |
| 12:46:39 | 11 | Q.   Okay.  Who is he? |
| 12:46:42 | 12 | A.   He is an interim deputy of the agency |
| 12:46:53 | 13 | for control on communications in the Russian |
| 12:47:02 | 14 | government. |
| 12:47:02 | 15 | Q.   Okay.  And what was the subject of |
| 12:47:05 | 16 | your communications with him? |
| 12:47:10 | 17 | A.   One network used by Servers.com |
| 12:47:20 | 18 | appeared in their registry of resources, |
| 12:47:24 | 19 | access to which is prohibited in the Russian |
| 12:47:31 | 20 | Federation.  And I wrote a letter to him stating |
| 12:47:39 | 21 | that -- stating that this inclusion was wrongful. |
| 12:47:45 | 22 | Q.   And did that letter result in any action? |
| 12:47:48 | 23 | Or was -- did that ever change? |
| 12:47:51 | 24 | A.   Excuse me? |
| 12:47:52 | 25 | Q.   Did -- let me just understand what you |

| | | |
|---|---|---|
| 12:47:54 | 1 | were saying. |
| 12:47:54 | 2 | One of the servers that Servers.ru was |
| 12:48:01 | 3 | operating; right? |
| 12:48:01 | 4 | A.   No. |
| 12:48:02 | 5 | Q.   Or that a customer of Servers.ru? |
| 12:48:04 | 6 | A.   No.  No, no, no. |
| 12:48:05 | 7 | Q.   Okay.  So explain it again. |
| 12:48:06 | 8 | A.   One of the networks -- |
| 12:48:07 | 9 | Q.   Of the networks.  Okay. |
| 12:48:08 | 10 | A.   -- that Servers.com was using to |
| 12:48:15 | 11 | distribute their IPs from this network -- |
| 12:48:20 | 12 | Q.   Okay. |
| 12:48:20 | 13 | A.   -- to different customers -- |
| 12:48:21 | 14 | Q.   To customers.  Right. |
| 12:48:22 | 15 | A.   -- was included in the registry of |
| 12:48:25 | 16 | Internet resources, access to which is prohibited |
| 12:48:29 | 17 | in Russia. |
| 12:48:30 | 18 | Q.   Okay.  And do you know why it was on |
| 12:48:32 | 19 | that pro -- prohibited list? |
| 12:48:34 | 20 | A.   I don't know why. |
| 12:48:40 | 21 | Q.   Was there a -- was there a reason given |
| 12:48:41 | 22 | to you why it was? |
| 12:48:44 | 23 | A.   The reason was given. |
| 12:48:46 | 24 | Q.   And what was the reason? |
| 12:48:48 | 25 | A.   The reason was that one of the IPs |

12:48:53   1   on this network provided an access to Telegram

12:48:56   2   Messenger, which was -- as per the -- I don't

12:49:09   3   know exactly why -- which was prohibited to be

12:49:13   4   used in Russia.

12:49:14   5        Q.   And do you -- Telegram Messenger, is

12:49:18   6   that a form of messaging service?

12:49:20   7        A.   It is a messaging app.  Yes.

12:49:23   8        Q.   Okay.  Do you know why that app is --

12:49:25   9   was there an explanation for why that app was

12:49:28   10  prohibited in Russia at the time?

12:49:29   11       A.   I don't know.

12:49:30   12       Q.   Did -- was that network ever removed

12:49:35   13  from the prohibited list?

12:49:36   14       A.   Yes.

12:49:40   15       Q.   But other than writing a letter, did

12:49:42   16  you have any other communication with this official

12:49:44   17  about that?

12:49:45   18       A.   No.

12:49:48   19       Q.   Was it removed after you wrote the letter?

12:49:50   20       A.   Yes.

12:49:51   21       Q.   Did Mr. Gubarev, to your knowledge, have

12:49:53   22  any communication with him?

12:49:55   23       A.   I don't know.

12:50:00   24       Q.   Did Ms. -- did -- did Mr. Bezruchenko,

12:50:03   25  to your knowledge, have any communication with

| | | |
|---|---|---|
| 12:50:07 | 1 | him? |
| 12:50:07 | 2 | A.   I don't know. |
| 12:50:10 | 3 | Q.   Okay.  Other than the official whose |
| 12:50:13 | 4 | first name is Vadim -- right? -- that you just |
| 12:50:16 | 5 | described, are there other members of the Russian |
| 12:50:19 | 6 | government that you had communicated with in the |
| 12:50:21 | 7 | context of working at XBT? |
| 12:50:24 | 8 | A.   I don't recollect anyone else. |
| 12:50:25 | 9 | Q.   Okay.  When you -- when Servers.com has -- |
| 12:50:34 | 10 | or United Networks has opened points of presence |
| 12:50:39 | 11 | in Russia, is there any communication with |
| 12:50:45 | 12 | the Russian -- or any officials in the Russian |
| 12:50:48 | 13 | government that was undertaken in order to do |
| 12:50:51 | 14 | that? |
| 12:50:53 | 15 | A.   I don't know that. |
| 12:50:54 | 16 | Q.   Or as part of doing that in any way? |
| 12:50:57 | 17 | A.   I don't know that.  I don't know that. |
| 12:50:58 | 18 | MR. SIEGEL:  Okay.  Here I'll just show |
| 12:51:25 | 19 | him Exhibit 35.  Exhibit 35. |
| 12:51:30 | 20 | (Exhibit 35 marked.) |
| 12:51:41 | 21 | Q.   BY MR. SIEGEL:  Why did the company |
| 12:51:43 | 22 | decide to hire KGlobal? |
| 12:51:47 | 23 | A.   (Examining.)  We were advised by our |
| 12:51:50 | 24 | marketing team to do that. |
| 12:51:52 | 25 | Q.   Okay.  And -- and what advice did they |

| | | |
|---|---|---|
| 12:51:54 | 1 | give you?  In other words, what -- what did they |
| 12:51:57 | 2 | say? |
| 12:51:57 | 3 | A.   "Hire KGlobal." |
| 12:51:59 | 4 | Q.   For -- and -- and why?  Why them? |
| 12:52:02 | 5 | A.   We didn't ask. |
| 12:52:04 | 6 | Q.   You didn't ask? |
| 12:52:05 | 7 | A.   No. |
| 12:52:05 | 8 | Q.   Okay.  Did you meet Mr. Dolan? |
| 12:52:16 | 9 | A.   Yes. |
| 12:52:16 | 10 | Q.   Okay.  And by "Mr. Dolan," I'm talking |
| 12:52:20 | 11 | about Charles Dolan -- right? -- who is -- |
| 12:52:22 | 12 | A.   That's correct. |
| 12:52:22 | 13 | Q.   -- with KGlobal? |
| 12:52:24 | 14 | A.   Yes. |
| 12:52:24 | 15 | Q.   Okay.  Did you meet Mr. Dolan before |
| 12:52:28 | 16 | a final decision was made to hire them? |
| 12:52:31 | 17 | A.   Yes. |
| 12:52:31 | 18 | Q.   Okay.  Tell me about that meeting. |
| 12:52:39 | 19 | A.   He came to Cyprus. |
| 12:52:41 | 20 | Q.   He came to Cyprus? |
| 12:52:44 | 21 | A.   We met. |
| 12:52:44 | 22 | Q.   Okay.  And -- and what did you discuss? |
| 12:52:47 | 23 | A.   I don't remember. |
| 12:52:48 | 24 | Q.   You don't remember anything about it? |
| 12:52:52 | 25 | A.   Nothing. |

| | | |
|---|---|---|
| 12:52:52 | 1 | Q.  Okay. |
| 12:52:53 | 2 | A.  Nothing. |
| 12:52:56 | 3 | Q.  Why did he come to Cyprus? |
| 12:52:58 | 4 | A.  I don't know. |
| 12:53:00 | 5 | Q.  You don't know? |
| 12:53:01 | 6 | A.  I don't know. |
| 12:53:02 | 7 | Q.  Just walked into a room one day, and |
| 12:53:06 | 8 | Mr. Dolan was sitting there? |
| 12:53:08 | 9 | A.  No. |
| 12:53:08 | 10 | Q.  Okay.  So how did you come to meet him? |
| 12:53:13 | 11 | A.  Someone from the marketing team told |
| 12:53:16 | 12 | me that Mr. Dolan is about to come to Cyprus. |
| 12:53:19 | 13 | Q.  Uh-huh. |
| 12:53:19 | 14 | A.  Here are the dates.  Would you meet |
| 12:53:24 | 15 | him? |
| 12:53:24 | 16 | Q.  Okay.  And you met with him. |
| 12:53:27 | 17 | Did Mr. Gubarev meet with him too? |
| 12:53:31 | 18 | A.  Yes. |
| 12:53:32 | 19 | Q.  What was your impression? |
| 12:53:36 | 20 | A.  I think he's very smart. |
| 12:53:38 | 21 | Q.  Okay.  Any other impressions? |
| 12:53:46 | 22 | A.  I don't remember anything else. |
| 12:53:47 | 23 | Q.  Were you more impressed with him than |
| 12:53:50 | 24 | with members of the Cutler team? |
| 12:53:55 | 25 | A.  I don't know. |

```
12:53:56    1        Q.   Okay.  The -- the first time you met
12:54:03    2   him, was it just Mr. Dolan?  Was he alone?
12:54:07    3             And by "alone," I mean was there anyone
12:54:11    4   else with his company that came with him?
12:54:18    5        A.   No.  He was alone.
12:54:21    6             MR. SIEGEL:  Let's go off the record
12:54:40    7   one sec.
12:54:42    8             THE VIDEOGRAPHER:  Going off the record,
12:54:42    9   12:54.
12:54:45   10             (Brief discussion held off the record.)
12:55:09   11             THE VIDEOGRAPHER:  Back on the record,
12:55:09   12   12:54.
12:55:11   13             (Exhibit 37 marked.)
12:55:27   14             MR. SIEGEL:  And here, staple these
12:55:32   15   together.  Where's the stapler?
12:55:34   16             MS. SCHARY:  Yes.
12:55:42   17             MR. SIEGEL:  Exhibit 38.
12:55:45   18             (Exhibit 38 marked.)
12:55:45   19             MR. SIEGEL:  Also you can hand it to
12:55:49   20   him, Exhibit 38.
12:56:06   21             THE COURT REPORTER:  What is this?
12:56:07   22             MR. SIEGEL:  That's Exhibit 38 for Val.
12:56:12   23             MR. GURVITS:  Where's 37?  It's both?
12:56:12   24             MR. SIEGEL:  I'm giving you 37 and 38.
12:56:12   25             THE WITNESS:  37 is that one.
```

| | | |
|---|---|---|
| 12:56:13 | 1 | MR. SIEGEL:  Yeah.  So -- |
| 12:56:13 | 2 | MR. GURVITS:  This is 37? |
| 12:56:13 | 3 | THE WITNESS:  Yes. |
| 12:56:15 | 4 | MR. SIEGEL:  37 is a doc -- |
| 12:56:18 | 5 | THE WITNESS:  We skipped 36. |
| 12:56:21 | 6 | MR. GURVITS:  Huh? |
| 12:56:21 | 7 | THE WITNESS:  We skipped 36. |
| 12:56:21 | 8 | MR. GURVITS:  Oh, you skipped 36? |
| 12:56:21 | 9 | MR. SIEGEL:  Yeah. |
| 12:56:21 | 10 | MR. GURVITS:  Aah. |
| 12:56:22 | 11 | Q.   BY MR. SIEGEL:  37 is a document that |
| 12:56:24 | 12 | was produced by KGlobal in this case that says: |
| 12:56:28 | 13 | "Servers.com:  Proposal for Public |
| 12:56:31 | 14 | Relations Support." |
| 12:56:31 | 15 | A.   (Examining.)  Uh-huh. |
| 12:56:32 | 16 | Q.   Is that something that you reviewed? |
| 12:56:36 | 17 | A.   Yes. |
| 12:56:37 | 18 | Q.   You did review it?  Okay. |
| 12:56:41 | 19 | Did you like it? |
| 12:56:57 | 20 | A.   I don't remember. |
| 12:56:58 | 21 | Q.   You don't -- you don't remember? |
| 12:57:00 | 22 | A.   Yeah, I don't remember.  I don't remember. |
| 12:57:02 | 23 | Q.   You -- you hired them; right? |
| 12:57:03 | 24 | A.   Yes.  We hired them. |
| 12:57:05 | 25 | Q.   Okay.  And the -- the next, Exhibit 38, |

| | | |
|---|---|---|
| 12:57:10 | 1 | is an e-mail attaching the -- the consulting |
| 12:57:15 | 2 | agreement -- |
| 12:57:15 | 3 | A.   (Examining.)  Uh-huh. |
| 12:57:16 | 4 | Q.   -- and -- with Servers.com. |
| 12:57:18 | 5 | And that's your signature on the last |
| 12:57:20 | 6 | page -- |
| 12:57:20 | 7 | A.   Yes. |
| 12:57:20 | 8 | Q.   -- correct? |
| 12:57:23 | 9 | So it indicates that the price of this |
| 12:57:32 | 10 | consulting agreement was $25,000 a month for three |
| 12:57:35 | 11 | months? |
| 12:57:36 | 12 | A.   That's correct. |
| 12:57:38 | 13 | Q.   And that is considerably more than you |
| 12:57:41 | 14 | paid -- than the fee for the Cutler firm; right? |
| 12:57:45 | 15 | A.   Yes. |
| 12:57:46 | 16 | Q.   Why the increase in what you were willing |
| 12:57:51 | 17 | to pay? |
| 12:57:55 | 18 | A.   My marketing team told me that we should |
| 12:57:58 | 19 | expect more from KGlobal than we got -- what we |
| 12:58:02 | 20 | got from Cutler. |
| 12:58:03 | 21 | Q.   By "expecting more" you mean better |
| 12:58:06 | 22 | services? |
| 12:58:06 | 23 | A.   Yes. |
| 12:58:07 | 24 | Q.   Okay.  And that, in order to get better |
| 12:58:09 | 25 | services, you would need to pay a higher price? |

| | | |
|---|---|---|
| 12:58:13 | 1 | A.   That made sense to me at that time. |
| 12:58:16 | 2 | Q.   Okay.  Does it not make sense to you |
| 12:58:19 | 3 | now? |
| 12:58:23 | 4 | A.   That still makes sense. |
| 12:58:25 | 5 | MR. SIEGEL:  Okay.  Let's -- oh, let's |
| 12:58:43 | 6 | go off the record a sec. |
| 12:58:46 | 7 | THE VIDEOGRAPHER:  Going off the record |
| 12:58:47 | 8 | at 12:58. |
| 12:58:49 | 9 | (Brief discussion held off the record.) |
| 12:59:04 | 10 | THE VIDEOGRAPHER:  Back on the record, |
| 12:59:05 | 11 | 12:58. |
| 12:59:09 | 12 | Q.   BY MR. SIEGEL:  Okay.  You see under |
| 12:59:11 | 13 | where it says "Article I" sub-point 2: |
| 12:59:13 | 14 | "Scope of Services." |
| 12:59:15 | 15 | A.   Uh-huh. |
| 12:59:15 | 16 | Q.   And there's a list of them? |
| 12:59:17 | 17 | A.   Uh-huh. |
| 12:59:18 | 18 | Q.   Among the services, there's: |
| 12:59:19 | 19 | "Full-day media training for up to |
| 12:59:22 | 20 | five spokespeople." |
| 12:59:23 | 21 | A.   Yes. |
| 12:59:24 | 22 | Q.   Did that happen? |
| 12:59:25 | 23 | A.   Yes. |
| 12:59:25 | 24 | Q.   And -- and what did that consist of? |
| 12:59:27 | 25 | Media training for what? |

| | | |
|---|---|---|
| 12:59:32 | 1 | A.   I don't know for what. |
| 12:59:34 | 2 | Q.   Well, did you participate in the media |
| 12:59:36 | 3 | training? |
| 12:59:37 | 4 | A.   I did. |
| 12:59:38 | 5 | Q.   And who else did?  Mr. Gubarev? |
| 12:59:46 | 6 | A.   Mr. Gubarev did. |
| 12:59:48 | 7 | Q.   Did Mr. Bezruchenko? |
| 12:59:52 | 8 | A.   I don't remember that. |
| 12:59:52 | 9 | Q.   Okay.  Did Mr. Mishra? |
| 12:59:54 | 10 | A.   He did. |
| 12:59:54 | 11 | Q.   And what were you being trained for? |
| 13:00:03 | 12 | A.   How to talk to a journalist. |
| 13:00:05 | 13 | Q.   Okay.  Okay.  And when did that happen? |
| 13:00:18 | 14 | A.   I don't remember. |
| 13:00:20 | 15 | Q.   Was there a time that they came back |
| 13:00:22 | 16 | to Cyprus and -- |
| 13:00:24 | 17 | A.   I -- I don't remember. |
| 13:00:25 | 18 | Q.   Okay.  Did that occur -- did the media |
| 13:00:27 | 19 | training occur in Cyprus? |
| 13:00:29 | 20 | A.   Yes. |
| 13:00:46 | 21 | MR. SIEGEL:  Okay.  Here is Exhibit 39. |
| 13:00:52 | 22 | (Exhibit 39 marked.) |
| 13:01:05 | 23 | Q.   BY MR. SIEGEL:  Exhibit 39 is an e-mail |
| 13:01:07 | 24 | from Mr. Dolan to you.  And if you look at the |
| 13:01:11 | 25 | top -- I'm sorry.  The top is an e-mail from |

```
13:01:14    1    Mr. Dolan -- from Mr. Dolan to you.

13:01:15    2         A.   (Examining.)  Uh-huh.

13:01:16    3         Q.   And if you look at the top e-mail,

13:01:18    4    at the bottom of the first paragraph, he says:

13:01:20    5              "I know you guys have had ... some

13:01:22    6    media training in Moscow.  But the U.S. media

13:01:25    7    market is a bit different."  (As read.)

13:01:26    8              Is -- is that accurate, that you had --

13:01:28    9    or some -- somebody at Servers.com had some

13:01:31   10    media training in Moscow?

13:01:33   11         A.   I don't know.

13:01:34   12         Q.   Did you ever have any?

13:01:35   13         A.   No.

13:01:37   14         Q.   Do you know what he was referring to?

13:01:39   15         A.   I don't know.

13:01:39   16         Q.   Okay.  Is that something that you recall

13:01:42   17    ever discussing with him?

13:01:50   18         A.   I don't know.  I don't know.

13:01:51   19         Q.   Okay.  Was the media training that you

13:01:55   20    had primarily directed towards the U.S. media

13:01:59   21    market?

13:02:02   22         A.   I don't know.

13:02:03   23         Q.   Okay.  KGlobal is based in the United

13:02:07   24    States; right?

13:02:08   25         A.   That's correct.
```

| | | |
|---|---|---|
| 13:02:11 | 1 | Q. Why did you hire another American company? |
| 13:02:17 | 2 | A. Because we were advised by our marketing |
| 13:02:20 | 3 | team to hire KGlobal. |
| 13:02:21 | 4 | Q. Okay. In part because they were an |
| 13:02:24 | 5 | American company? |
| 13:02:25 | 6 | A. I don't remember the reasoning behind |
| 13:02:28 | 7 | that. |
| 13:02:34 | 8 | Q. Okay. I'm going to show you two more |
| 13:02:36 | 9 | exhibits quickly. And then why don't we go to |
| 13:02:40 | 10 | lunch. Okay? |
| 13:02:40 | 11 | A. Sure. I could do this all day. |
| 13:02:43 | 12 | MR. SIEGEL: This is 40. |
| 13:02:46 | 13 | (Exhibit 40 marked.) |
| 13:02:56 | 14 | Q. BY MR. SIEGEL: I -- I just want to -- |
| 13:02:58 | 15 | is it accurate that Exhibit 40 is a invoice for |
| 13:03:02 | 16 | the first month of services that KGlobal provided? |
| 13:03:06 | 17 | A. (Examining.) That's correct. |
| 13:03:07 | 18 | Q. Okay. |
| 13:03:08 | 19 | A. Yes. |
| 13:03:09 | 20 | Q. And as far as you know, those were paid? |
| 13:03:12 | 21 | A. Excuse me? |
| 13:03:13 | 22 | Q. As far as you know, those invoices were |
| 13:03:15 | 23 | paid? |
| 13:03:16 | 24 | A. As far as I know, yes. |
| 13:03:17 | 25 | Q. Yeah. |

```
13:03:17   1          MR. SIEGEL:  Okay.  And I will show
13:03:19   2    you Exhibit 41.
13:03:24   3          (Exhibit 41 marked.)
13:03:37   4      Q.   BY MR. SIEGEL:  Just look at the top
13:03:38   5    of exhibit -- the first one on page 711 --
13:03:43   6      A.   (Examining.)  Uh-huh.
13:03:43   7      Q.   -- of Exhibit 41.
13:03:43   8          Does that refresh your recollection
13:03:46   9    as to about when the KGlobal team came to Cyprus?
13:03:59  10      A.   A little.
13:04:04  11      Q.   Okay.  So it appears that they came --
13:04:04  12          THE COURT REPORTER:  Wait.  I didn't
13:04:04  13    hear what you said.
13:04:04  14          THE WITNESS:  "A little."
13:04:06  15      Q.   BY MR. SIEGEL:  And if you look at the
13:04:08  16    second page -- right? -- page 712, towards the
13:04:13  17    bottom of the page, there's a preliminary schedule
13:04:15  18    for meetings on July 13th and 14th in Limassol.
13:04:19  19          Right?
13:04:25  20      A.   What was the question?  Excuse me.
13:04:27  21      Q.   Does this -- does this refresh your
13:04:29  22    recollection that, in roughly July 2016, Mr. Dolan
13:04:34  23    and a couple of other people came to Cyprus?
13:04:36  24      A.   Yes.  That's --
13:04:37  25      Q.   And --
```

| | | |
|---|---|---|
| 13:04:37 | 1 | A.   That's fair. |
| 13:04:38 | 2 | Q.   And that's when they did the media |
| 13:04:40 | 3 | training? |
| 13:04:40 | 4 | A.   Yes. |
| 13:04:41 | 5 | Q.   And when you say "we approve a business |
| 13:04:48 | 6 | class travel," does that mean that Servers.com |
| 13:04:53 | 7 | or XBT, that a -- that a subsidiary of XBT was |
| 13:04:58 | 8 | going to pay for them -- |
| 13:04:59 | 9 | A.   Yes. |
| 13:04:59 | 10 | Q.   -- to travel? |
| 13:05:00 | 11 | Okay.  And I take it they did pay for |
| 13:05:04 | 12 | them? |
| 13:05:04 | 13 | A.   Yes. |
| 13:05:05 | 14 | Q.   Other than the travel to Cyprus and the |
| 13:05:11 | 15 | $25,000 monthly fee, were there other monies that |
| 13:05:19 | 16 | were paid to KGlobal? |
| 13:05:20 | 17 | A.   Yes. |
| 13:05:21 | 18 | Q.   What? |
| 13:05:25 | 19 | A.   I -- there were some -- there was some |
| 13:05:34 | 20 | invoice that was for an expense for press release |
| 13:05:46 | 21 | distribution. |
| 13:05:46 | 22 | Q.   Okay. |
| 13:05:46 | 23 | (Court reporter clarification.) |
| 13:05:46 | 24 | THE WITNESS:  For press release |
| 13:05:46 | 25 | distribution. |

| | | |
|---|---|---|
| 13:05:46 | 1 | Q.   BY MR. SIEGEL:  All right.  Which |
| 13:05:47 | 2 | was one of the services they provided; right? |
| 13:05:50 | 3 | A.   Yes. |
| 13:05:51 | 4 | MR. SIEGEL:  Okay.  You want to take |
| 13:05:53 | 5 | a lunch break? |
| 13:05:54 | 6 | MR. GURVITS:  Sure. |
| 13:05:54 | 7 | THE WITNESS:  Okay. |
| 13:05:59 | 8 | THE VIDEOGRAPHER:  Going off the record |
| 13:06:00 | 9 | at 1:05. |
| 13:06:04 | 10 | (Recess from 1:05 p.m. to 1:51 p.m.) |
| 13:51:25 | 11 | THE VIDEOGRAPHER:  Back on the record |
| 13:51:27 | 12 | at 1:51. |
| 13:51:27 | 13 | (Exhibit 42 marked.) |
| 13:51:31 | 14 | Q.   BY MR. SIEGEL:  Okay.  Good afternoon, |
| 13:51:31 | 15 | Mr. Dvas. |
| 13:51:32 | 16 | Did I -- we handed you Exhibit 42. |
| 13:51:37 | 17 | And I'm also going to hand you Exhibit 43. |
| 13:51:44 | 18 | (Exhibit 43 marked.) |
| 13:52:09 | 19 | Q.   BY MR. SIEGEL:  A general question |
| 13:52:10 | 20 | I want to ask -- and it links to -- to both 42 |
| 13:52:14 | 21 | and 43 -- is:  Most of the communication back |
| 13:52:16 | 22 | and forth with Mr. Dolan appears to have been |
| 13:52:21 | 23 | with you and/or Mr. Gubarev, at least at this |
| 13:52:25 | 24 | period in time? |
| 13:52:27 | 25 | A.   (Examining.)  I don't know that. |

13:52:28   1        Q.   You don't believe that to be true?

13:52:30   2        A.   I don't know that.

13:52:32   3        Q.   Why were you in regular contact with

13:52:38   4   Mr. Dolan?  Meaning you, Nick Dvas?

13:52:43   5             MR. GURVITS:  Objection.

13:52:45   6             THE WITNESS:  I don't know the reason.

13:52:46   7        Q.   BY MR. SIEGEL:  You don't know the

13:52:47   8   reason why you communicate with Mr. Dolan?

13:52:58   9        A.   No, I don't know the reason.

13:52:59  10        Q.   Okay.  Did Mr. Gubarev ever ask you to

13:53:04  11   become involved in public relations, overseeing

13:53:12  12   public relations?

13:53:12  13        A.   No.

13:53:12  14        Q.   Okay.

13:53:15  15        A.   I do not recollect that.

13:53:17  16        Q.   Okay.  Was it just something that you

13:53:21  17   undertook to do yourself?

13:53:35  18        A.   I -- can you please rephrase it a little

13:53:37  19   bit?

13:53:37  20        Q.   Well, why is it that you were regularly

13:53:40  21   involved in communicating and meeting with

13:53:46  22   Mr. Dolan?

13:53:50  23        A.   Because I chose to.

13:53:53  24        Q.   Okay.  And why did you choose to?

13:53:56  25        A.   I don't know.

```
13:53:58   1        Q.   You have no idea?

13:54:00   2        A.   No, I -- I don't know.

13:54:06   3        Q.   Look at Exhibit 43.

13:54:09   4        A.   (Examining.)  Yeah.

13:54:10   5        Q.   That's a e-mail from Mr. Dolan to you

13:54:14   6   and Mr. Gubarev and Ms. Galkina, which contains

13:54:17   7   a CV of a fellow named Kevin Kellems, a media

13:54:24   8   trainer.

13:54:24   9             Was that the person who did your media

13:54:27  10   training?

13:54:35  11        A.   I don't remember.

13:54:35  12             MR. SIEGEL:  Okay.  I'll show you

13:54:43  13   Exhibit 4 -- 44.

13:54:49  14             (Exhibit 44 marked.)

13:55:04  15        Q.   BY MR. SIEGEL:  Okay.  Exhibit 44 is

13:55:08  16   e-mails back and forth with Mr. Dolan with the

13:55:11  17   subject:

13:55:11  18             "Bloomberg update."

13:55:15  19             Mr. Dolan writes:

13:55:15  20             "The reporter would like to do the

13:55:18  21   interview with Alex from 9 - noon Eastern time."

13:55:22  22             Mr. Gubarev responds:

13:55:22  23             "Ok, better connect to my mobile.

13:55:24  24   I will be in Greece on my yacht."

13:55:25  25             Was this the kind of activity that
```

| | | |
|---|---|---|
| 13:55:30 | 1 | you were hoping Mr. Dolan would -- or services |
| 13:55:33 | 2 | that you were hoping Mr. Dolan would provide? |
| 13:55:38 | 3 | MR. GURVITS:  Objection. |
| 13:55:38 | 4 | THE WITNESS:  Can you please rephrase |
| 13:55:39 | 5 | your question? |
| 13:55:40 | 6 | Q.   BY MR. SIEGEL:  Well, Mr. Dolan here |
| 13:55:41 | 7 | indicates that he set up an interview with a |
| 13:55:45 | 8 | reporter; right? |
| 13:55:48 | 9 | MR. GURVITS:  Objection. |
| 13:55:50 | 10 | THE WITNESS:  (Examining.)  No. |
| 13:55:55 | 11 | Q.   BY MR. SIEGEL:  This doesn't indicate |
| 13:55:55 | 12 | to you that Mr. Dolan is telling Mr. Gubarev |
| 13:55:58 | 13 | that there is a reporter who would like to do |
| 13:56:01 | 14 | an interview with him? |
| 13:56:02 | 15 | A.   That's correct. |
| 13:56:03 | 16 | Q.   Okay.  So what -- what to my last |
| 13:56:07 | 17 | question did you think was wrong? |
| 13:56:09 | 18 | A.   You said that this indicates that |
| 13:56:12 | 19 | Mr. Dolan set up the interview. |
| 13:56:14 | 20 | Q.   Right. |
| 13:56:14 | 21 | A.   There is no indication for that. |
| 13:56:16 | 22 | Q.   Well, Mr. Dolan is communicating that |
| 13:56:19 | 23 | the reporter would like to do the interview; |
| 13:56:22 | 24 | right? |
| 13:56:22 | 25 | A.   That's correct. |

```
13:56:23   1        Q.   Okay.  Do you have any reason to believe

13:56:27   2   that -- so what is it about the word "set up" that

13:56:33   3   you think was incorrect?

13:56:41   4        A.   I don't know whether it was or was not

13:56:46   5   an intentional act by Mr. Dolan to solicit for

13:56:51   6   this interview.

13:56:51   7        Q.   Okay.  And to answer that question,

13:56:55   8   Mr. Dolan would know; right?  Or Mr. Dolan's

13:57:00   9   e-mails would know?

13:57:01  10        A.   Mr. Dolan --

13:57:01  11        Q.   Okay.

13:57:02  12        A.   -- might know.  I don't know for sure.

13:57:04  13             MR. SIEGEL:  Okay.  Let's go to

13:57:16  14   Exhibit 45.

13:57:19  15             (Exhibit 45 marked.)

13:57:30  16        Q.   BY MR. SIEGEL:  Okay.  Mr. Dolan

13:57:31  17   indicates that:

13:57:31  18             "We had a very good call with Bloomberg

13:57:36  19   yesterday, 40" minutes.  (As read.)

13:57:37  20             Right?  This:

13:57:41  21             "Was conducted in Russian and the

13:57:43  22   reporter is going to send Alexey his notes

13:57:45  23   to make sure he got everything correct."

13:57:49  24             Then he says:

13:57:50  25             "I can't remember when Nick said
```

| | | |
|--|--|--|
| 13:57:52 | 1 | he was going on vacation." |
| 13:57:53 | 2 | "Do you want to schedule a call |
| 13:57:53 | 3 | for Friday morning?" |
| 13:57:53 | 4 | So, first of all, this indicates, |
| 13:57:56 | 5 | does it not, that on or around the -- the |
| 13:58:01 | 6 | very early part of August, Mr. Gubarev did |
| 13:58:06 | 7 | an interview with a Bloomberg reporter? |
| 13:58:07 | 8 | A.   (Examining.)  I don't know that. |
| 13:58:09 | 9 | Q.   You don't know whether he did or |
| 13:58:11 | 10 | he didn't? |
| 13:58:12 | 11 | A.   I don't know. |
| 13:58:12 | 12 | Q.   Okay.  You respond to this by saying: |
| 13:58:16 | 13 | "It is both this and next week, but |
| 13:58:17 | 14 | our calls will remain on schedule." |
| 13:58:21 | 15 | What calls were you talking about? |
| 13:58:24 | 16 | A.   We had calls with KGlobal. |
| 13:58:28 | 17 | Q.   About what? |
| 13:58:31 | 18 | A.   About activities they are making. |
| 13:58:36 | 19 | Q.   Okay.  And how -- roughly how often |
| 13:58:44 | 20 | were those calls? |
| 13:58:48 | 21 | A.   Bi-weekly. |
| 13:58:49 | 22 | Q.   Bi-weekly. |
| 13:59:00 | 23 | Were you pleased that Mr. Gubarev |
| 13:59:05 | 24 | had apparently been interviewed by Bloomberg -- |
| 13:59:07 | 25 | by a Bloomberg reporter? |

| | | |
|---|---|---|
| 13:59:10 | 1 | MR. GURVITS:  Objection. |
| 13:59:11 | 2 | THE WITNESS:  I didn't even know |
| 13:59:14 | 3 | if he was.  At least I cannot recollect that |
| 13:59:18 | 4 | I knew that he was. |
| 13:59:23 | 5 | Q.   BY MR. SIEGEL:  Okay.  Even though |
| 13:59:24 | 6 | you were on all these e-mails talking about |
| 13:59:26 | 7 | a Bloomberg interview? |
| 13:59:28 | 8 | A.   I still cannot recollect that. |
| 13:59:30 | 9 | Q.   Okay.  Are you -- are you familiar |
| 13:59:37 | 10 | with Bloomberg?  You know what it is? |
| 13:59:41 | 11 | A.   Yes. |
| 13:59:41 | 12 | Q.   What is it? |
| 13:59:43 | 13 | A.   It is a media. |
| 13:59:50 | 14 | (Court reporter clarification.) |
| 13:59:50 | 15 | THE WITNESS:  "Media." |
| 13:59:51 | 16 | Q.   BY MR. SIEGEL:  What kind of media |
| 13:59:52 | 17 | was it? |
| 13:59:53 | 18 | A.   Something for financial people. |
| 13:59:55 | 19 | MR. SIEGEL:  Let's go to 46. |
| 14:00:00 | 20 | (Exhibit 46 marked.) |
| 14:00:10 | 21 | Q.   BY MR. SIEGEL:  46 refers to -- |
| 14:00:10 | 22 | Mr. Dolan says I: |
| 14:00:23 | 23 | "Just heard from Alex Heath from |
| 14:00:25 | 24 | Tech Insider and he is available and ... will |
| 14:00:29 | 25 | send a call-in number in the next 15" minutes. |

| | | |
|---|---|---|
| 14:00:32 | 1 | (As read.) |
| 14:00:32 | 2 | Do you know what Tech Insider is? |
| 14:00:34 | 3 | A.   (Examining.)  No. |
| 14:00:36 | 4 | Q.   You have no idea what Tech Insider |
| 14:00:38 | 5 | is? |
| 14:00:39 | 6 | A.   No.  I have no idea what Tech -- |
| 14:00:41 | 7 | Q.   Okay. |
| 14:00:41 | 8 | A.   -- Insider is. |
| 14:00:49 | 9 | Q.   It's fair to say, isn't it, that |
| 14:00:52 | 10 | at this point in time when these e-mails were |
| 14:00:54 | 11 | being written, it indicates that Mr. -- you |
| 14:00:55 | 12 | understood that Mr. Dolan was communicating |
| 14:00:57 | 13 | with reporters related to the possibility |
| 14:01:00 | 14 | of their interviewing Mr. Gubarev? |
| 14:01:03 | 15 | A.   Yeah.  I knew that. |
| 14:01:04 | 16 | Q.   Okay.  And is that something that |
| 14:01:05 | 17 | you wanted him to be doing? |
| 14:01:09 | 18 | A.   No. |
| 14:01:10 | 19 | Q.   No?  You didn't want him to be doing |
| 14:01:14 | 20 | that? |
| 14:01:15 | 21 | A.   No. |
| 14:01:16 | 22 | Q.   "No" what? |
| 14:01:20 | 23 | A.   I didn't "didn't want."  I -- |
| 14:01:24 | 24 | Q.   So why was he doing it? |
| 14:01:27 | 25 | A.   Because he thought it was right. |

```
14:01:28    1        Q.   Okay.  So why didn't you tell him
14:01:33    2   to stop?
14:01:34    3        A.   Because I didn't want to -- I --
14:01:43    4   I didn't -- I neither wanted that nor didn't
14:01:49    5   want that.
14:01:50    6        Q.   Okay.  So I think you said this in
14:01:57    7   the -- with Cutler before.
14:01:59    8             Would it be fair to say that you
14:02:01    9   deferred to Mr. Dolan's advice about what
14:02:05   10   the most effective public relations strategy
14:02:08   11   would be?
14:02:09   12        A.   That's correct.
14:02:09   13        Q.   Okay.  So Mr. Dolan was doing this
14:02:13   14   because he thought it was the most effective
14:02:16   15   strategy and that's what he advised you?
14:02:19   16             MR. GURVITS:  Objection.
14:02:20   17             THE WITNESS:  I don't know.
14:02:21   18        Q.   BY MR. SIEGEL:  Well, okay.  I'm --
14:02:22   19   I understand you can't testify to what Mr. Dolan
14:02:25   20   thought.  Okay.
14:02:26   21             But the advice that you received --
14:02:27   22   right? -- was that this was one of the activities
14:02:31   23   that should be pursued -- right? -- trying to
14:02:35   24   set up interviews with Mr. Gubarev?
14:02:39   25        A.   I don't remember such advice.
```

| | | |
|---|---|---|
| 14:02:40 | 1 | Q.   At all? |
| 14:02:41 | 2 | A.   At all. |
| 14:02:41 | 3 | Q.   Okay.  Well, but you said before that |
| 14:02:47 | 4 | you understood that Mr. Dolan was doing that; |
| 14:02:49 | 5 | right? |
| 14:02:49 | 6 | A.   That's correct. |
| 14:02:50 | 7 | Q.   That you understood that he was doing |
| 14:02:52 | 8 | that as part of the services that he was providing |
| 14:02:56 | 9 | your company; right? |
| 14:02:57 | 10 | A.   That's correct. |
| 14:02:58 | 11 | MR. SIEGEL:  Okay.  Let's go to |
| 14:03:14 | 12 | Exhibit 47.  And, actually, we'll do at the |
| 14:03:28 | 13 | same time Exhibit 48. |
| 14:03:30 | 14 | (Exhibit 47 and Exhibit 48 marked.) |
| 14:03:35 | 15 | THE WITNESS:  Aah.  Aah, and 48.  Okay. |
| 14:03:42 | 16 | MR. GURVITS:  This is 48? |
| 14:03:43 | 17 | THE WITNESS:  This is 48. |
| 14:03:45 | 18 | Q.   BY MR. SIEGEL:  So on the bottom of |
| 14:03:49 | 19 | page 1436 -- I'm probably not going to pronounce |
| 14:03:58 | 20 | this right.  But Modupeh Jahamaliah who it |
| 14:04:03 | 21 | indicates was one of the people who worked |
| 14:04:05 | 22 | at KGlobal -- do you know how to pronounce |
| 14:04:08 | 23 | that? |
| 14:04:08 | 24 | A.   (Examining.)  I don't know -- |
| 14:04:10 | 25 | Q.   You don't know? |

```
14:04:10   1        A.    -- how to pronounce that.

14:04:12   2        Q.    Fair enough.

14:04:12   3              I think she went by the name "Mo" --

14:04:15   4        A.    That's correct.

14:04:15   5        Q.    -- is that right?  Okay.

14:04:15   6              It indicates that there are some

14:04:18   7   comments from an interview with Mr. Gubarev

14:04:21   8   that was published in Business Insider; right?

14:04:25   9        A.    That's what the letter says.

14:04:27  10        Q.    And Exhibit 48 is Business Insider --

14:04:31  11   the Business Insider article, which, if you flip

14:04:35  12   through it, you will see includes some comments

14:04:37  13   from Mr. Gubarev.

14:04:41  14              Were you familiar with Business Insider?

14:04:44  15        A.    (Examining.)  I knew that such thing

14:04:48  16   exists.

14:04:50  17        Q.    Okay.  Do you have any reason to think

14:04:53  18   that it wasn't an influential blog read by over

14:04:56  19   27.4 million users per month, as Mo indicated?

14:05:00  20        A.    No, I didn't have any reason.

14:05:01  21        Q.    Okay.  Were you pleased about this

14:05:14  22   news or this information?

14:05:19  23        A.    No.

14:05:20  24        Q.    Were you displeased?

14:05:21  25        A.    No.
```

| | | |
|---|---|---|
| 14:05:23 | 1 | Q.   No reaction one way or the other? |
| 14:05:25 | 2 | A.   Yes. |
| 14:05:26 | 3 | Q.   Did you feel like you -- you testified |
| 14:05:28 | 4 | before that one of the reasons you were dissatisfied |
| 14:05:31 | 5 | with the Cutler firm was that you felt they were |
| 14:05:36 | 6 | not getting articles placed in popular media; |
| 14:05:39 | 7 | right? |
| 14:05:39 | 8 | A.   Right. |
| 14:05:41 | 9 | Q.   Did you feel like at least at this |
| 14:05:44 | 10 | point -- right? -- KGlobal was doing a better |
| 14:05:49 | 11 | job of getting material related to the company |
| 14:05:55 | 12 | placed in media that's more popular? |
| 14:05:59 | 13 | A.   I didn't evaluate their job at this |
| 14:06:01 | 14 | point. |
| 14:06:02 | 15 | Q.   Okay.  Did there ever come a time when |
| 14:06:05 | 16 | you did? |
| 14:06:08 | 17 | A.   When there was a time to either extend |
| 14:06:13 | 18 | or not extend our contract. |
| 14:06:15 | 19 | Q.   Okay.  I'm -- I'm going to ask you |
| 14:06:17 | 20 | about that in a little bit.  Okay? |
| 14:06:19 | 21 | Did -- let me ask you this. |
| 14:06:25 | 22 | You -- you had terminated KGlobal; |
| 14:06:29 | 23 | right? |
| 14:06:29 | 24 | A.   Yeah. |
| 14:06:32 | 25 | Q.   I'm sorry.  You terminated -- you had |

| | | |
|---|---|---|
| 14:06:33 | 1 | terminated Cutler in -- earlier in 2016. |
| 14:06:36 | 2 | A.   Yes. |
| 14:06:37 | 3 | Q.   You hired KGlobal and you paid them |
| 14:06:41 | 4 | 25,000 a month instead of 7,500 a month; right? |
| 14:06:45 | 5 | A.   Right. |
| 14:06:46 | 6 | Q.   That's a fairly -- |
| 14:06:47 | 7 | A.   Actually, I don't remember if we were |
| 14:06:49 | 8 | paying 7,500 to -- |
| 14:06:51 | 9 | Q.   Okay.  But you paid them -- you knew |
| 14:06:54 | 10 | you were paying them more.  We've already talked |
| 14:06:56 | 11 | about that. |
| 14:06:57 | 12 | A.   I knew we were paying them more. |
| 14:07:00 | 13 | Q.   Right.  So did you -- you're now -- |
| 14:07:01 | 14 | you know, you're roughly into a month with the |
| 14:07:04 | 15 | relationship with them. |
| 14:07:05 | 16 | Did you -- you must have had some |
| 14:07:12 | 17 | thinking about, hey, are we actually getting |
| 14:07:15 | 18 | more for our money?  Are we not getting more |
| 14:07:16 | 19 | for our money?  Did you have any thought process |
| 14:07:19 | 20 | like that at all at the time? |
| 14:07:21 | 21 | A.   I don't recollect having such thought |
| 14:07:23 | 22 | process. |
| 14:07:23 | 23 | Q.   One way or the other? |
| 14:07:25 | 24 | A.   I don't recollect. |
| 14:07:26 | 25 | MR. SIEGEL:  Okay.  Let's mark this |

```
14:07:45   1    Exhibit 49.  Let's hand him Exhibit 49.
14:07:48   2              (Exhibit 49 marked.)
14:08:06   3          Q.   BY MR. SIEGEL:  So Exhibit 49 is
14:08:09   4    an e-mail with some -- what appears to be
14:08:11   5    some comments by Mr. Gubarev about possible
14:08:15   6    op-ed topics.  And the op-ed topics that he
14:08:20   7    lists you as a possible person who could speak
14:08:25   8    to are business development and Dallas business.
14:08:28   9              Right?  Do you see that?
14:08:31  10          A.   (Examining.)  That's -- that's what
14:08:31  11    he mentions.
14:08:35  12          Q.   Right.
14:08:35  13              Why business development for you?
14:08:39  14          A.   I don't know.
14:08:39  15          Q.   And why Dallas business?
14:08:41  16          A.   I don't know.
14:08:42  17          Q.   You have no idea one way or the other?
14:08:45  18          A.   I have no idea.
14:08:53  19          Q.   Okay.  Did you agree with that?
14:09:02  20          A.   I don't remember.
14:09:02  21              MR. SIEGEL:  Okay.  Let's -- Exhibit 50.
14:09:11  22              (Exhibit 50 marked.)
14:09:24  23          Q.   BY MR. SIEGEL:  Exhibit 50 are some
14:09:25  24    e-mails back and forth with a couple of e-mails
14:09:29  25    with Mr. Dolan.  And towards the bottom of the
```

```
14:09:34   1    e-mail --
14:09:35   2         A.   (Examining.)  Uh-huh.
14:09:35   3         Q.   -- he says:
14:09:36   4              "Our media team provided the following
14:09:39   5    pitch to generate interest by the 'Wall Street
14:09:44   6    Journal' journalist."
14:09:45   7         A.   Excuse me.  Where?  Aah, yes.
14:09:46   8         Q.   You see that?
14:09:46   9         A.   I found it.  Yes.
14:09:47   10        Q.   Okay.  Are you familiar with the Wall
14:09:50   11   Street Journal?
14:09:51   12        A.   I know that such thing exists.
14:09:54   13        Q.   Have you ever read it?
14:09:56   14        A.   I don't recollect reading it.
14:09:59   15        Q.   Okay.  And he's describing or he's
14:10:02   16   quoting to you, I guess, a pitch that he says
14:10:05   17   that he gave.  And the pitch includes the words:
14:10:10   18              "We want to introduce a successful
14:10:13   19   young Russian entrepreneur who's [sic] global
14:10:14   20   company is based in the European Union."
14:10:19   21              And then at the -- in the last part
14:10:22   22   of that paragraph that has the italicized writing
14:10:23   23   in it, that's in quotes.
14:10:25   24        A.   Uh-huh.
14:10:25   25        Q.   (Reading.)
```

| | | |
|---|---|---|
| 14:10:25 | 1 | "He is also a great resource for stories |
| 14:10:27 | 2 | about the Russian tech, startup, business, and |
| 14:10:30 | 3 | entrepreneur scene." |
| 14:10:37 | 4 | Why is Mr. Gubarev a good resource for |
| 14:10:39 | 5 | stories about those topics? |
| 14:10:45 | 6 | A.   I don't know if he is a great resource |
| 14:10:48 | 7 | for such stories. |
| 14:10:52 | 8 | Q.   Okay.  Well, why at this -- why is |
| 14:10:57 | 9 | KGlobal pitching a Wall Street journalist that |
| 14:11:05 | 10 | Mr. Gubarev is a great resource to talk about |
| 14:11:08 | 11 | those topics? |
| 14:11:09 | 12 | A.   I don't know why. |
| 14:11:11 | 13 | Q.   You have no idea? |
| 14:11:13 | 14 | A.   I have no idea why. |
| 14:11:14 | 15 | Q.   I've shown you now a series of |
| 14:11:17 | 16 | communications with Mr. Dolan -- right? -- |
| 14:11:19 | 17 | all of which involve actual or possible |
| 14:11:26 | 18 | interviews with reporters and Mr. Gubarev. |
| 14:11:28 | 19 | Right? |
| 14:11:28 | 20 | I've showed you -- we've showed you |
| 14:11:33 | 21 | one about Bloomberg.  We showed you one about |
| 14:11:34 | 22 | the Wall Street Journal.  I showed you some |
| 14:11:36 | 23 | comments from Business Insider. |
| 14:11:38 | 24 | Right? |
| 14:11:38 | 25 | A.   Right. |

| | | |
|---|---|---|
| 14:11:39 | 1 | Q.   So why Mr. Gubarev?  Why is Mr. Gubarev |
| 14:11:43 | 2 | the focus of all of those communications about |
| 14:11:48 | 3 | possible media interviews? |
| 14:11:50 | 4 | MR. GURVITS:  Objection. |
| 14:11:51 | 5 | Q.   BY MR. SIEGEL:  Or why was he?  I'm |
| 14:11:53 | 6 | sorry. |
| 14:11:57 | 7 | A.   Well, can you please rephrase -- |
| 14:11:58 | 8 | Q.   Sure. |
| 14:11:58 | 9 | A.   -- the question? |
| 14:11:59 | 10 | Q.   Why was KGlobal trying to facilitate |
| 14:12:10 | 11 | media interviews with Mr. Gubarev? |
| 14:12:14 | 12 | A.   I don't know that. |
| 14:12:15 | 13 | Q.   You have no idea why? |
| 14:12:17 | 14 | A.   I have no idea. |
| 14:12:19 | 15 | Q.   You really do, don't you? |
| 14:12:21 | 16 | MR. GURVITS:  Objection. |
| 14:12:21 | 17 | THE WITNESS:  No, I really don't. |
| 14:12:22 | 18 | Q.   BY MR. SIEGEL:  Yeah, you -- weren't |
| 14:12:23 | 19 | they doing it because that was part of their |
| 14:12:26 | 20 | public relations strategy?  Right? |
| 14:12:27 | 21 | They thought that would be an effective |
| 14:12:29 | 22 | marketing tool or they thought that would be an |
| 14:12:32 | 23 | effective way to market -- |
| 14:12:34 | 24 | A.   I don't know what they thought. |
| 14:12:35 | 25 | Q.   Really?  They never told you?  It |

14:12:38   1   never came up?

14:12:40   2        A.   I don't remember if they told me.

14:12:42   3        Q.   You don't remember if they told you

14:12:44   4   or not?

14:12:45   5        A.   Yeah, I don't remember if they told

14:12:46   6   me.

14:12:46   7        Q.   Okay.  I take it you never told them

14:12:49   8   stop doing that, stop trying to set up interviews

14:12:52   9   with Mr. Gubarev?

14:12:53   10       A.   No, I never -- I never -- I never did

14:12:55   11   that.

14:12:56   12       Q.   And to your knowledge, did anybody else

14:12:59   13   ever tell them that?

14:13:01   14       A.   I don't know about any such communi --

14:13:03   15   communication of such kind.

14:13:19   16            MR. SIEGEL:  Okay.  Where is that

14:13:20   17   stapler?  Go off the record a second.

14:13:28   18            THE VIDEOGRAPHER:  Going off the record,

14:13:31   19   12:13 [sic].

14:14:40   20            (Brief discussion held off the record.)

14:14:49   21            THE VIDEOGRAPHER:  Back on the record

14:14:50   22   at 2:14.

14:14:50   23            (Exhibit 51 marked.)

14:14:58   24       Q.   BY MR. SIEGEL:  I'm going to show you

14:15:04   25   what's been marked as Exhibit 51.  And the first

```
14:15:17   1   page, 1456, indicates that Mo says:

14:15:23   2            "Hello All.  Please find the media

14:15:25   3   activity report for our phone call this morning."

14:15:27   4            Right?

14:15:27   5       A.   (Examining.)  Uh-huh.

14:15:29   6       Q.   And then there is an attachment to

14:15:31   7   that e-mail.

14:15:31   8            Did you read the attachment?

14:15:43   9       A.   Yes.

14:15:44  10       Q.   At the time you read it?

14:15:45  11       A.   Yes.

14:15:45  12       Q.   So paragraph 2 of the attachment says:

14:15:48  13            "Pitching Alex as a thought leader

14:15:51  14   means longevity."

14:15:52  15            Right?

14:15:52  16            "If an editor and reporter is not

14:15:56  17   interested right now, immediately, that does

14:15:58  18   not mean they will not be interested in a week

14:15:58  19   or a month.  It is about timing.  But introducing

14:16:02  20   Alex is very important and crucial in building

14:16:04  21   rapport with editors, bringing awareness to

14:16:06  22   Servers.com and establishing Alex as a credible

14:16:10  23   and a great resource that can be called upon

14:16:11  24   for his expertise."

14:16:12  25            Does that refresh your recollection
```

```
14:16:14    1    as to why KGlobal was -- tried to facilitate

14:16:20    2    interviews with Mr. Gubarev?

14:16:21    3         A.   It does.

14:16:22    4         Q.   Okay.  And, again, you didn't tell

14:16:25    5    them, stop, don't do this?

14:16:28    6         A.   I didn't tell them stop.

14:16:29    7         Q.   Okay.  Did you agree with this strategy?

14:16:42    8              MR. GURVITS:  Objection.

14:16:43    9         Q.   BY MR. SIEGEL:  The -- with the strategy

14:16:45   10    that they outlined in this report, which they

14:16:50   11    characterize as pitching Alex as a thought leader.

14:16:53   12              MR. GURVITS:  Objection.

14:17:02   13              THE WITNESS:  Can you please be more

14:17:04   14    specific?

14:17:04   15         Q.   BY MR. SIEGEL:  Well, did you agree

14:17:14   16    that -- did you personally agree that KGlobal --

14:17:17   17    it was a good idea for KGlobal to be pitching

14:17:21   18    Alex as a thought leader as they describe it

14:17:23   19    here?

14:17:28   20         A.   I had no opinion about it.

14:17:30   21         Q.   One way or the other?

14:17:31   22         A.   One way or the other.

14:17:32   23         Q.   Okay.  Did you simply defer to their

14:17:35   24    advice?

14:17:36   25         A.   That's correct.
```

| | | |
|---|---|---|
| 14:17:48 | 1 | MR. SIEGEL:  Okay.  Let's show -- give |
| 14:17:52 | 2 | him Exhibit 52.  And why don't we give Exhibit 53 |
| 14:18:19 | 3 | at the same time?  You can look at them together. |
| 14:18:21 | 4 | (Exhibit 52 and Exhibit 53 marked.) |
| 14:18:48 | 5 | Q.   BY MR. SIEGEL:  This refers to an |
| 14:18:50 | 6 | interview that Mo says KGlobal organized with |
| 14:18:57 | 7 | a podcast called "AppMasters," [sic] in which, |
| 14:19:02 | 8 | again, she says: |
| 14:19:03 | 9 | "Our current PR plan is to present you |
| 14:19:05 | 10 | as a thought leader, expert and businessman to |
| 14:19:05 | 11 | the U.S." -- |
| 14:19:05 | 12 | (Court reporter clarification.) |
| 14:19:05 | 13 | MR. SIEGEL:  I'm sorry. |
| 14:19:05 | 14 | Q.   BY MR. SIEGEL:  (Reading.) |
| 14:19:05 | 15 | "Our current PR plan is to present you" -- |
| 14:19:10 | 16 | Meaning Alex. |
| 14:19:12 | 17 | -- "as a thought leader, expert and |
| 14:19:14 | 18 | businessman to the U.S. market." |
| 14:19:20 | 19 | Did you listen to that? |
| 14:19:21 | 20 | And Exhibit 53 I'll represent to you |
| 14:19:24 | 21 | is the e-mail in which she includes a link. |
| 14:19:26 | 22 | Did you listen to the interview? |
| 14:19:28 | 23 | A.   (Examining.)  No. |
| 14:19:29 | 24 | Q.   You didn't? |
| 14:19:30 | 25 | A.   I didn't. |

| | | |
|---|---|---|
| 14:19:30 | 1 | Q.   Ever? |
| 14:19:31 | 2 | A.   Ever. |
| 14:19:31 | 3 | Q.   Okay.  Did you ever discuss that |
| 14:19:34 | 4 | interview with Mr. Gubarev? |
| 14:19:35 | 5 | A.   No. |
| 14:19:39 | 6 | Q.   Okay.  What is My Emoji or what |
| 14:19:48 | 7 | was it? |
| 14:19:52 | 8 | A.   It is a company.  Actually, it is |
| 14:19:57 | 9 | an app.  It is a mobile app. |
| 14:20:02 | 10 | Q.   And what was it designed to do? |
| 14:20:10 | 11 | A.   It was designed to turn photos into |
| 14:20:23 | 12 | stickers. |
| 14:20:23 | 13 | Q.   Sorry? |
| 14:20:23 | 14 | (Court reporter clarification.) |
| 14:20:23 | 15 | THE WITNESS:  You make it -- it was |
| 14:20:23 | 16 | designed to turn photos of a person into stickers. |
| 14:20:24 | 17 | Q.   BY MR. SIEGEL:  Into -- into emoji-like |
| 14:20:27 | 18 | stickers? |
| 14:20:27 | 19 | A.   Yes. |
| 14:20:27 | 20 | Q.   Okay.  So you could do an emoji with |
| 14:20:30 | 21 | your own face, essentially?  Or based on your |
| 14:20:31 | 22 | own face?  Is that fair? |
| 14:20:33 | 23 | A.   That's what it was designed to do. |
| 14:20:33 | 24 | Yes. |
| 14:20:37 | 25 | Q.   Is that -- is that something that |

| | | |
|---|---|---|
| 14:20:38 | 1 | Servers.com still does? |
| 14:20:42 | 2 | A.    Servers.com never did it. |
| 14:20:44 | 3 | Q.    Servers.com never did it?  Okay. |
| 14:20:45 | 4 | Or Prisma Cloud did it?  Is that -- |
| 14:20:48 | 5 | A.    Prisma -- Prisma Cloud never did it. |
| 14:20:53 | 6 | MR. SIEGEL:  Okay.  Well, let's look |
| 14:20:55 | 7 | at Exhibit 54. |
| 14:20:58 | 8 | (Exhibit 54 marked.) |
| 14:21:11 | 9 | Q.    BY MR. SIEGEL:  So Exhibit 54 is |
| 14:21:13 | 10 | a press release attached to an e-mail from |
| 14:21:17 | 11 | Mo to you and Mr. Gubarev, which talks about |
| 14:21:19 | 12 | Servers.com/Prisma Cloud announces My Emoji. |
| 14:21:23 | 13 | And the headline is: |
| 14:21:23 | 14 | "Servers.com Launches Prisma Cloud |
| 14:21:26 | 15 | and First New Client, My Emoji." |
| 14:21:29 | 16 | Did that happen? |
| 14:21:30 | 17 | A.    (Examining.)  What exactly? |
| 14:21:33 | 18 | Q.    Did Servers.com launch Prisma Cloud? |
| 14:21:36 | 19 | A.    That is correct. |
| 14:21:37 | 20 | Q.    And announce My Emoji? |
| 14:21:52 | 21 | A.    I never understood this sentence. |
| 14:21:56 | 22 | Q.    Meaning you didn't understand what |
| 14:21:57 | 23 | that sentence meant? |
| 14:21:59 | 24 | A.    Yes. |
| 14:21:59 | 25 | Q.    Okay.  Well, the end of the paragraph |

```
14:22:03    1    says:
14:22:03    2              "My Emoji is the first client for
14:22:05    3    Prisma Cloud, a new service offering by
14:22:05    4    Servers.com."
14:22:06    5              Do you understand what that means?
14:22:09    6         A.   Yes.
14:22:09    7         Q.   Okay.  And what do you understand that
14:22:13    8    to mean?  What is -- when it says that they're
14:22:17    9    the first client, what does that mean?
14:22:19   10         A.   That it was the first customer to use
14:22:24   11    a service named Prisma Cloud.
14:22:27   12         Q.   Okay.  So My Emoji was a customer,
14:22:31   13    in essence, that negotiated to use Prisma Cloud?
14:22:37   14              Is that fair?
14:22:42   15         A.   My Emoji was a customer.
14:22:43   16         Q.   Okay.  Is it still a customer?
14:22:47   17         A.   I don't know.
14:22:47   18         Q.   Okay.  And this an -- this is an example,
14:22:56   19    is it not, of a press release that KGlobal was
14:23:02   20    involved in drafting?
14:23:02   21         A.   Yes.
14:23:03   22         Q.   Okay.  And you indicated before that
14:23:05   23    you paid them to disseminate that press release --
14:23:09   24         A.   Yeah.
14:23:09   25         Q.   -- or press releases; right?
```

```
14:23:11   1          A.    Yes.  We paid them separately for --

14:23:14   2          Q.    Right.

14:23:14   3          A.    -- press release dissemination.

14:23:17   4          Q.    Okay.  Do you believe the cost of that

14:23:20   5    was less than their monthly retainer or more than

14:23:21   6    their monthly retainer?

14:23:22   7          A.    Less.

14:23:27   8          Q.    Less.

14:23:27   9          MR. SIEGEL:  Okay.  I'll show you

14:23:29  10    Exhibit 55.  We're moving quickly here.

14:23:33  11          (Exhibit 55 marked.)

14:23:46  12          Q.    BY MR. SIEGEL:  Exhibit 55 is an

14:23:48  13    e-mail from Mo to you and Mr. Gubarev, containing

14:23:51  14    what she says is information about Alex Konrad,

14:23:54  15    a Forbes reporter, for an interview with

14:23:58  16    Mr. Gubarev.

14:23:58  17          So earlier you -- you testified that,

14:24:04  18    you know, when -- when Cutler raised Forbes,

14:24:06  19    that you thought that was the kind of publication

14:24:09  20    that would be good for the company.

14:24:19  21          Were you pleased that KGlobal appeared

14:24:23  22    to be facilitating an interview with Forbes?

14:24:28  23          MR. GURVITS:  Objection.

14:24:28  24          THE WITNESS:  (Examining.)  I testified

14:24:29  25    that the publication in Forbes on -- and inclusion
```

| | | |
|---|---|---|
| 14:24:34 | 1 | in the Forbes list of European startups to watch |
| 14:24:39 | 2 | was a good -- I believed that that was a good |
| 14:24:47 | 3 | publication. |
| 14:24:47 | 4 | Q.   BY MR. SIEGEL:  Okay. |
| 14:24:47 | 5 | A.   That's what I testified, not what you -- |
| 14:24:47 | 6 | Q.   And do you -- |
| 14:24:47 | 7 | THE COURT REPORTER:  Wait, wait.  Let |
| 14:24:47 | 8 | him finish. |
| 14:24:47 | 9 | MR. SIEGEL:  Sure. |
| 14:24:47 | 10 | THE WITNESS:  -- not -- not -- that's |
| 14:24:52 | 11 | what I testified, not what you said. |
| 14:24:57 | 12 | Q.   BY MR. SIEGEL:  And do you have any -- |
| 14:24:57 | 13 | is your opinion about an interview by a Forbes |
| 14:25:01 | 14 | reporter with Mr. Gubarev any different than |
| 14:25:03 | 15 | your opinion about a startup article? |
| 14:25:22 | 16 | A.   I don't have much of an opinion about |
| 14:25:28 | 17 | this interview. |
| 14:25:28 | 18 | Q.   One way or the other? |
| 14:25:30 | 19 | (Court reporter clarification.) |
| 14:25:30 | 20 | THE WITNESS:  I don't have -- I don't |
| 14:25:30 | 21 | have an opinion about this interview one way |
| 14:25:30 | 22 | or the other. |
| 14:25:44 | 23 | MR. SIEGEL:  So Exhibit 56. |
| 14:25:46 | 24 | (Exhibit 56 marked.) |
| 14:25:53 | 25 | Q.   BY MR. SIEGEL:  Exhibit 56 refers |

```
14:25:55   1    to particulars for an interview with Patience
14:26:00   2    Haggin of the Wall Street Journal.
14:26:03   3            Do you know if that interview ever
14:26:05   4    took place?
14:26:06   5        A.   (Examining.)  I don't know.
14:26:06   6        Q.   You don't know?
14:26:07   7        A.   I don't know.
14:26:10   8            MR. SIEGEL:  Okay.  Let me show you 57.
14:26:13   9            (Exhibit 57 marked.)
14:26:18  10        Q.   BY MR. SIEGEL:  57 is an e-mail from
14:26:27  11    Mo to Mr. Gubarev, copying you.  And the bottom
14:26:32  12    chain on the first page -- the bottom of that
14:26:35  13    chain on the first pages says, among other
14:26:37  14    things, number 1:
14:26:38  15            "Alex Konrad from Forbes would like
14:26:41  16    an update about the launch so that he may publish
14:26:46  17    the article from the interview you had with him."
14:26:48  18            Does that indicate to you that -- or
14:26:53  19    refresh your recollection that -- I'm sorry --
14:26:54  20    that Mr. Gubarev, in fact, talked to a Forbes
14:26:59  21    reporter?
14:26:59  22        A.   (Examining.)  That doesn't say [sic]
14:27:06  23    me anything.
14:27:09  24        Q.   What's that?
14:27:09  25        A.   That doesn't say [sic] me anything
```

| | | |
|---|---|---|
| 14:27:09 | 1 | along these lines. |
| 14:27:09 | 2 |      Q.   I can't hear you. |
| 14:27:11 | 3 |      A.   I -- this doesn't help me recollect |
| 14:27:17 | 4 | if Alex -- |
| 14:27:17 | 5 |      Q.   You just don't remember yourself -- |
| 14:27:17 | 6 |      A.   Yes. |
| 14:27:17 | 7 |      Q.   -- whether that happened? |
| 14:27:17 | 8 |      A.   I just don't remember it. |
| 14:27:17 | 9 |      MR. SIEGEL:  Okay. |
| 14:27:17 | 10 |      THE COURT REPORTER:  You guys are |
| 14:27:17 | 11 | talking at the same time. |
| 14:27:17 | 12 |      MR. SIEGEL:  Okay.  Okay. |
| 14:27:17 | 13 |      Q.   BY MR. SIEGEL:  Well, let me ask you |
| 14:27:30 | 14 | this, then. |
| 14:27:30 | 15 |      Do you have any reason to believe that |
| 14:27:32 | 16 | what Mo is saying here is inaccurate, in other |
| 14:27:36 | 17 | words, that it wasn't an interview with Alex |
| 14:27:39 | 18 | Konrad from Forbes? |
| 14:27:42 | 19 |      A.   I don't have any reason to believe |
| 14:27:43 | 20 | that whatever Mo said was inaccurate. |
| 14:27:57 | 21 |      MR. SIEGEL:  Okay.  We'll do Exhibit 58. |
| 14:27:59 | 22 |      (Exhibit 58 marked.) |
| 14:28:09 | 23 |      Q.   BY MR. SIEGEL:  All right.  Just two |
| 14:28:11 | 24 | questions about this. |
| 14:28:11 | 25 |      The top of Exhibit 58 is an e-mail |

| | | |
|---|---|---|
| 14:28:17 | 1 | from Mo to Darya. |
| 14:28:18 | 2 | How do you pronounce her name? |
| 14:28:21 | 3 | A.   (Examining.)  Darya Tkachenko. |
| 14:28:24 | 4 | Q.   And who is she? |
| 14:28:26 | 5 | A.   She's a former employee for Servers.com. |
| 14:28:30 | 6 | Q.   And what did she do? |
| 14:28:33 | 7 | A.   She was doing some work in marketing. |
| 14:28:38 | 8 | Q.   Okay.  At this time -- we're talking |
| 14:28:41 | 9 | about the latter part of 2016 -- how many |
| 14:28:47 | 10 | employees were working on marketing approximately? |
| 14:29:11 | 11 | A.   Four. |
| 14:29:12 | 12 | Q.   Four?  Okay. |
| 14:29:14 | 13 | A.   That's what I can recall. |
| 14:29:15 | 14 | Q.   And the -- the -- |
| 14:29:17 | 15 | A.   At least four. |
| 14:29:18 | 16 | Q.   The bottom of the -- this e-mail chain |
| 14:29:22 | 17 | on 2336 refers to something called Cloud Expo |
| 14:29:28 | 18 | Asia. |
| 14:29:28 | 19 | What is that? |
| 14:29:32 | 20 | A.   That -- that is an expo. |
| 14:29:36 | 21 | Q.   And about what? |
| 14:29:39 | 22 | A.   I don't know. |
| 14:29:41 | 23 | Q.   You have no -- you have no idea what |
| 14:29:43 | 24 | it's about? |
| 14:29:44 | 25 | A.   I don't know what it's about. |

| | | |
|---|---|---|
| 14:29:45 | 1 | Q.   Have you ever been to it? |
| 14:29:47 | 2 | A.   No. |
| 14:29:47 | 3 | Q.   Okay. |
| 14:29:54 | 4 | MR. SIEGEL:  Okay.  Let's mark this |
| 14:30:07 | 5 | as 59. |
| 14:30:08 | 6 | (Exhibit 59 marked.) |
| 14:30:30 | 7 | Q.   BY MR. SIEGEL:  You testified before |
| 14:30:31 | 8 | that one of the services that KGlobal provided |
| 14:30:33 | 9 | was sending out press releases.  This appears |
| 14:30:38 | 10 | to be a report about a press release that they |
| 14:30:41 | 11 | sent out? |
| 14:30:41 | 12 | A.   (Examining.)  Yes. |
| 14:30:42 | 13 | Q.   Is that right? |
| 14:30:45 | 14 | Did you think they were doing a good |
| 14:30:48 | 15 | job in the way they distributed press releases? |
| 14:30:50 | 16 | In other words, were you pleased with the |
| 14:30:53 | 17 | results? |
| 14:30:53 | 18 | A.   No. |
| 14:30:54 | 19 | Q.   Not at all? |
| 14:30:55 | 20 | A.   Not at all. |
| 14:30:56 | 21 | Q.   Why? |
| 14:30:58 | 22 | A.   Because I believe that press releases |
| 14:31:03 | 23 | don't work. |
| 14:31:04 | 24 | Q.   Okay.  Why do you think they don't |
| 14:31:08 | 25 | work? |

| 14:31:08 | 1 | A.   Because I have been working as a |
| 14:31:12 | 2 | journalist before. |
| 14:31:12 | 3 | Q.   Okay. |
| 14:31:13 | 4 | A.   And all press releases went straight |
| 14:31:17 | 5 | to my trash bin in my inbox. |
| 14:31:17 | 6 | (Court reporter clarification.) |
| 14:31:17 | 7 | THE WITNESS:  To the -- to the trash |
| 14:31:20 | 8 | folder in my inbox. |
| 14:31:22 | 9 | Q.   BY MR. SIEGEL:  Were there other people |
| 14:31:23 | 10 | in the company who did not agree with -- who did |
| 14:31:26 | 11 | not share your opinion? |
| 14:31:28 | 12 | A.   Who did not share? |
| 14:31:29 | 13 | Q.   Your opinion about press releases. |
| 14:31:32 | 14 | A.   I don't know. |
| 14:31:32 | 15 | Q.   Okay.  Well, then why was the company |
| 14:31:35 | 16 | issuing press releases? |
| 14:31:38 | 17 | A.   Because that's what was advised by |
| 14:31:41 | 18 | KGlobal. |
| 14:31:41 | 19 | Q.   Okay.  And is this an example of where -- |
| 14:31:43 | 20 | and you had been -- the company had been issuing |
| 14:31:46 | 21 | press releases before it hired KGlobal; right? |
| 14:31:49 | 22 | A.   Yes. |
| 14:31:50 | 23 | Q.   And even before it hired Cutler PR; |
| 14:31:52 | 24 | right? |
| 14:31:52 | 25 | A.   No. |

```
14:31:57   1        Q.   You really don't think so?

14:32:02   2        A.   I really think no.

14:32:04   3        Q.   Okay.  Are you denying that Servers.com,

14:32:10   4    Webzilla, or XBT issued press releases before

14:32:15   5    they hired Cutler?

14:32:16   6        A.   No.

14:32:18   7        Q.   You're not denying that?

14:32:20   8        A.   I'm not denying that.

14:32:21   9        Q.   Okay.  Do you believe that that happened?

14:32:23  10        A.   That happened.

14:32:24  11        Q.   Okay.  So why had -- why did the company

14:32:29  12    have a practice of issuing press releases if, at

14:32:37  13    least in your opinion, it wasn't worthwhile?

14:32:46  14        A.   Because my --

14:32:48  15        Q.   Wasn't effective, I guess?

14:32:49  16        A.   I didn't share my opinion with my

14:32:51  17    colleagues.

14:32:52  18        Q.   Okay.  So that's simply your personal

14:32:54  19    view?

14:32:55  20        A.   That's my personal opinion based on

14:32:57  21    anecdotal evidence.

14:32:59  22        Q.   Okay.  And when they reported in --

14:33:02  23    on page 2522 that -- the first page there of

14:33:06  24    the e-mail at the bottom that -- or I'm sorry,

14:33:08  25    in the middle.  Mo reports that:
```

| | | |
|---|---|---|
| 14:33:11 | 1 | "Yahoo Finance, Business Review, |
| 14:33:13 | 2 | Market Watch, Chicago Business Journal, and |
| 14:33:16 | 3 | 245 other outlets picked up the release." |
| 14:33:21 | 4 | Did that influence your view at all |
| 14:33:24 | 5 | as to whether press releases are effective? |
| 14:33:27 | 6 | A.   No. |
| 14:33:28 | 7 | Q.   Why not? |
| 14:33:29 | 8 | A.   Because I knew that there is such |
| 14:33:33 | 9 | practice of having a special place on a website |
| 14:33:38 | 10 | for media where they put all the press releases. |
| 14:33:43 | 11 | Q.   Okay.  Did there come a time when |
| 14:34:01 | 12 | a decision was made not to continue retaining |
| 14:34:05 | 13 | KGlobal? |
| 14:34:06 | 14 | A.   Yes. |
| 14:34:07 | 15 | Q.   Who made that decision? |
| 14:34:13 | 16 | A.   I don't remember. |
| 14:34:15 | 17 | Q.   Did you discuss that -- were you |
| 14:34:17 | 18 | involved in any discussions about that decision? |
| 14:34:19 | 19 | A.   Yes, I was. |
| 14:34:20 | 20 | Q.   With who? |
| 14:34:21 | 21 | A.   With Aleksej. |
| 14:34:23 | 22 | Q.   Okay.  And anyone else? |
| 14:34:26 | 23 | A.   I don't remember if anyone else was |
| 14:34:28 | 24 | involved. |
| 14:34:29 | 25 | Q.   Okay.  And what views did you -- did |

| | | |
|---|---|---|
| 14:34:33 | 1 | you express to Aleksej what your opinion was as |
| 14:34:37 | 2 | to whether the company should continue to retain |
| 14:34:40 | 3 | KGlobal? |
| 14:34:41 | 4 | A.   Yes. |
| 14:34:42 | 5 | Q.   And what was it? |
| 14:34:43 | 6 | A.   That we should terminate them. |
| 14:34:49 | 7 | Q.   And what, if any, views did Mr. Gubarev |
| 14:34:53 | 8 | express? |
| 14:35:00 | 9 | A.   That he trusts my judgment. |
| 14:35:05 | 10 | Q.   Okay.  Why did you think that the |
| 14:35:12 | 11 | relationship should be terminated? |
| 14:35:16 | 12 | A.   I thought it was inefficient. |
| 14:35:20 | 13 | Q.   Inefficient? |
| 14:35:20 | 14 | A.   Yes. |
| 14:35:20 | 15 | Q.   What -- |
| 14:35:20 | 16 | A.   I -- I thought that it was not worth |
| 14:35:25 | 17 | the money we were paying and not useful for |
| 14:35:30 | 18 | Servers.com, not useful for Servers.com enough. |
| 14:35:38 | 19 | Q.   Okay.  And what -- what about it did |
| 14:35:39 | 20 | you think was not sufficiently useful to warrant |
| 14:35:44 | 21 | the expense? |
| 14:35:50 | 22 | A.   I was not convinced otherwise by KGlobal. |
| 14:35:54 | 23 | Q.   Did it -- would it be fair to say that |
| 14:35:57 | 24 | whatever publicity KGlobal may have succeeded in |
| 14:36:04 | 25 | getting -- |

| | | |
|---|---|---|
| 14:36:04 | 1 | A.   Uh-huh. |
| 14:36:04 | 2 | Q.   -- you did not think made enough of |
| 14:36:09 | 3 | a difference -- strike that.  I'm going to go -- |
| 14:36:13 | 4 | I'm going to try to phrase that again.  Okay? |
| 14:36:15 | 5 | A.   Uh-huh. |
| 14:36:15 | 6 | Q.   Would it be fair to say that you |
| 14:36:17 | 7 | thought that whatever publicity KGlobal |
| 14:36:21 | 8 | succeeded in getting -- |
| 14:36:23 | 9 | A.   Uh-huh. |
| 14:36:23 | 10 | Q.   -- did not, in your opinion, translate |
| 14:36:24 | 11 | into actual sales or sufficiently translate into |
| 14:36:29 | 12 | actual sales to be worth the money you were paying? |
| 14:36:59 | 13 | A.   Now I need this question to be repeated. |
| 14:37:00 | 14 | Q.   All right.  I'm going to put it another |
| 14:37:02 | 15 | way. |
| 14:37:02 | 16 | Did you -- did you think -- in your |
| 14:37:03 | 17 | view, was KGlobal not succeeding in getting as |
| 14:37:08 | 18 | much publicity as you would have liked them to |
| 14:37:11 | 19 | have -- |
| 14:37:12 | 20 | A.   Yes. |
| 14:37:12 | 21 | Q.   -- facilitated?  Okay. |
| 14:37:14 | 22 | A.   Yes. |
| 14:37:14 | 23 | Q.   And was that a principal reason why |
| 14:37:18 | 24 | you decided to terminate the relationship? |
| 14:37:21 | 25 | A.   Yes. |

```
14:37:22    1              MR. SIEGEL:  Okay.  Let's mark this
14:37:23    2    as Exhibit 60.
14:37:25    3              (Exhibit 60 marked.)
14:37:48    4        Q.   BY MR. SIEGEL:  This is an e-mail from
14:37:49    5    Mr. Gubarev to Mr. Dolan, copying you, you know,
14:37:56    6    indicating that the relationship is going to be
14:37:58    7    terminated.
14:38:03    8              This, I take it, expresses Mr. Gubarev's
14:38:06    9    view as to why he thought the relationship should
14:38:11   10    be terminated?
14:38:12   11        A.   (Examining.)  I don't know if it expresses
14:38:14   12    his views or not.
14:38:15   13        Q.   Okay.  But at least it is -- it is the --
14:38:18   14    it is the view that is communicated by him to
14:38:20   15    KGlobal; right?
14:38:21   16        A.   It is what he wrote.
14:38:23   17        Q.   Do you have any reason to believe that
14:38:24   18    he didn't believe what he said here to Mr. Dolan?
14:38:30   19        A.   No.
14:38:34   20        Q.   Okay.  Mr. Gubarev at the beginning --
14:38:34   21    I'm sorry -- in the first sentence references --
14:38:35   22    says:
14:38:39   23              "Major interviews" don't "happen and"
14:38:41   24    wasn't published "yet.  Even I am personally
14:38:44   25    trying to convince them (Forbes/" Wall Street
```

```
14:38:46    1   Journal).  (As read.)
14:38:46    2            Do you know what he was referring to
14:38:49    3   when he said "I'm personally trying to convince
14:38:52    4   them"?
14:38:52    5        A.   No.  I don't know.
14:38:52    6        Q.   No idea at all?
14:38:56    7        A.   No idea.
14:38:57    8            MR. SIEGEL:  Okay.  Why don't we take
14:39:00    9   a break and -- because I'll mark a bunch more
14:39:04   10   exhibits.
14:39:20   11            THE VIDEOGRAPHER:  Going off the record
14:39:22   12   at 2:38.
14:39:24   13            (Recess from 2:38 p.m. to 2:53 p.m.)
14:53:53   14            THE VIDEOGRAPHER:  This is the
14:53:54   15   beginning of DVD No. 3.  Back on the record
14:53:56   16   at 2:53.
14:53:59   17        Q.   BY MR. SIEGEL:  Mr. Dvas, are you
14:54:00   18   familiar with the word "methbot"?
14:54:03   19        A.   Yes, I am.
14:54:05   20        Q.   What is it?  What is -- or what was
14:54:08   21   it?  What was methbot?
14:54:11   22        A.   It is a name suggested by a White Ops
14:54:23   23   company.
14:54:23   24            (Court reporter clarification.)
14:54:23   25            THE WITNESS:  It is the name suggested
```

| | | |
|---|---|---|
| 14:54:23 | 1 | by White Ops company for the alleged fraud. |
| 14:54:30 | 2 | Q.   BY MR. SIEGEL:  Okay.  And what did you |
| 14:54:32 | 3 | understand the -- the fraud to be that White Ops |
| 14:54:37 | 4 | was alleging had occurred? |
| 14:54:43 | 5 | A.   I don't -- I don't know. |
| 14:54:46 | 6 | Q.   You don't know what it was?  You -- |
| 14:54:47 | 7 | I'm sorry. |
| 14:54:48 | 8 | You don't know the nature of the |
| 14:54:51 | 9 | fraud that White Ops alleged happened? |
| 14:54:56 | 10 | A.   I don't remember. |
| 14:54:57 | 11 | Q.   You don't remember? |
| 14:54:58 | 12 | A.   That I don't remember. |
| 14:55:02 | 13 | Q.   Do you believe that you ever knew? |
| 14:55:06 | 14 | A.   I read the report. |
| 14:55:09 | 15 | Q.   You read the report.  Okay. |
| 14:55:12 | 16 | So -- and what was the connection |
| 14:55:18 | 17 | between the -- we'll call it the methbot report |
| 14:55:21 | 18 | that White Ops did and XBT or any subsidiary |
| 14:55:26 | 19 | of XBT? |
| 14:55:29 | 20 | A.   This report included IP addresses |
| 14:55:33 | 21 | announced from the networks of Webzilla and |
| 14:55:38 | 22 | Servers.com. |
| 14:55:38 | 23 | Q.   Okay.  And what did the report say -- |
| 14:55:43 | 24 | indicate occurred on those networks? |
| 14:55:54 | 25 | A.   Can you please rephrase that? |

| | | |
|---|---|---|
| 14:55:55 | 1 | Q.   Well, what did the report say happened |
| 14:55:57 | 2 | on those networks? |
| 14:55:59 | 3 | A.   On these networks? |
| 14:56:00 | 4 | Q.   Yes.  The ones owned by Webzilla and |
| 14:56:05 | 5 | Servers. |
| 14:56:11 | 6 | A.   They were not owned by Webzilla and |
| 14:56:13 | 7 | Servers. |
| 14:56:14 | 8 | Q.   Leased?  Is that fair? |
| 14:56:15 | 9 | A.   They were not leased by Webzilla and |
| 14:56:16 | 10 | Servers. |
| 14:56:17 | 11 | Q.   What firm would -- what phrase would |
| 14:56:18 | 12 | you use? |
| 14:56:21 | 13 | A.   Hmm? |
| 14:56:22 | 14 | Q.   What phrase -- what word would you use? |
| 14:56:26 | 15 | A.   They were announced from Webzilla and |
| 14:56:27 | 16 | Servers.com networks. |
| 14:56:30 | 17 | Q.   Did you say -- |
| 14:56:30 | 18 | A.   They were announced. |
| 14:56:32 | 19 | Q.   "Announced." |
| 14:56:33 | 20 | Do you mean the IP addresses were |
| 14:56:35 | 21 | announced? |
| 14:56:36 | 22 | A.   The networks. |
| 14:56:37 | 23 | Q.   The networks were announced? |
| 14:56:38 | 24 | A.   That's correct. |
| 14:56:39 | 25 | Q.   Is there a way that you could describe |

| 14:56:41 | 1 | that in layperson's terms?  What does it mean |
| 14:56:45 | 2 | for a network to be announced? |
| 14:56:54 | 3 | A.   It means that other networks sent |
| 14:57:04 | 4 | traffic destined to the IPs from this network |
| 14:57:10 | 5 | to the network that is announcing them. |
| 14:57:15 | 6 | Q.   Okay.  Did you come to believe |
| 14:57:20 | 7 | that the -- the person or a person involved |
| 14:57:25 | 8 | in perpetuating this alleged fraud was a |
| 14:57:29 | 9 | customer of Webzilla and Servers? |
| 14:57:37 | 10 | A.   It's a bit complicated question. |
| 14:57:39 | 11 | Wait for a moment.  Just repeat it once more. |
| 14:57:41 | 12 | Okay?  There is no need to rephrase.  Just |
| 14:57:44 | 13 | repeat it. |
| 14:57:50 | 14 | Q.   Did you come to believe that a person |
| 14:57:53 | 15 | who was alleged to have been involved in this |
| 14:57:58 | 16 | fraud was a customer of Webzilla and Servers? |
| 14:58:04 | 17 | A.   I don't remember if a person was -- |
| 14:58:06 | 18 | if any person was alleged to be involved in |
| 14:58:12 | 19 | this fraud. |
| 14:58:12 | 20 | Q.   Okay.  Well, would it be fair to say |
| 14:58:14 | 21 | that -- did you come to believe that there was |
| 14:58:17 | 22 | a customer of Webzilla that was leasing servers -- |
| 14:58:21 | 23 | right? -- and the activity connected with that |
| 14:58:29 | 24 | customer was alleged to have been involved in |
| 14:58:31 | 25 | the fraud? |

```
14:58:40    1        A.   Yes.

14:58:40    2        Q.   Okay.  And how did you find that out?

14:58:47    3        A.   I was shown the report.

14:58:49    4        Q.   The White Ops report?

14:58:51    5        A.   The White Ops report.

14:58:53    6        Q.   Okay.  So -- but the White Ops report

14:58:56    7   didn't contain the name of any customer; right?

14:58:57    8   It didn't even contain the name of Webzilla or

14:59:00    9   Servers; right?

14:59:01   10        A.   No.

14:59:02   11        Q.   Okay.  So how did you determine who

14:59:08   12   the customer was that appeared to be connected

14:59:13   13   to the information in the report?

14:59:21   14        A.   We checked to which servers were the

14:59:27   15   IPs from these networks attached.  I may be

14:59:36   16   incorrect with this term.

14:59:36   17             (Court reporter clarification.)

14:59:36   18             THE WITNESS:  I may be incorrect in

14:59:36   19   this term -- in the term "attached."  But we

14:59:36   20   checked to which servers these IPs were attached.

14:59:41   21   And then we knew which customer was leasing these

14:59:49   22   servers from Webzilla.

14:59:52   23        Q.   BY MR. SIEGEL:  And which customer was

14:59:53   24   it?  What was the name of the customer?

14:59:55   25        A.   His name was Alexander Zhukov.
```

| | | |
|---|---|---|
| 15:00:00 | 1 | Q.   And who checked that?  Who checked that |
| 15:00:03 | 2 | information? |
| 15:00:10 | 3 | A.   I did. |
| 15:00:10 | 4 | Q.   You did? |
| 15:00:11 | 5 | A.   I did. |
| 15:00:11 | 6 | Q.   Yourself? |
| 15:00:11 | 7 | A.   I did it myself. |
| 15:00:14 | 8 | Q.   And was anyone else involved in checking |
| 15:00:17 | 9 | it? |
| 15:00:20 | 10 | A.   I don't know. |
| 15:00:22 | 11 | Q.   And did you communicate your findings |
| 15:00:24 | 12 | to anybody else in the company? |
| 15:00:28 | 13 | A.   Yes. |
| 15:00:29 | 14 | Q.   To who? |
| 15:00:30 | 15 | A.   To Aleksej Gubarev. |
| 15:00:31 | 16 | Q.   And how did you communicate those |
| 15:00:33 | 17 | findings? |
| 15:00:36 | 18 | A.   Orally. |
| 15:00:36 | 19 | Q.   Orally? |
| 15:00:36 | 20 |      And to anyone else in the company? |
| 15:00:42 | 21 | A.   I don't remember that. |
| 15:00:46 | 22 | Q.   What did you check?  In other words, |
| 15:00:47 | 23 | what record system did you check to make that |
| 15:00:51 | 24 | determination? |
| 15:00:53 | 25 | A.   I checked the system that contains |

| | | |
|---|---|---|
| 15:00:58 | 1 | the information about allocation of IP addresses |
| 15:01:04 | 2 | to servers. |
| 15:01:06 | 3 | Q.   And did you know Mr. Zhukov? |
| 15:01:13 | 4 | A.   I met him. |
| 15:01:14 | 5 | Q.   When did you meet him? |
| 15:01:17 | 6 | A.   Fall 2016.  Or maybe it was not fall. |
| 15:01:20 | 7 | 2016 for sure. |
| 15:01:23 | 8 | Q.   And where? |
| 15:01:24 | 9 | A.   Maybe it was summer.  I -- I really -- |
| 15:01:26 | 10 | I'm not very good at remembering dates. |
| 15:01:30 | 11 | Q.   And where did you meet him? |
| 15:01:31 | 12 | A.   In Cyprus. |
| 15:01:33 | 13 | Q.   And what was the purpose of your meeting |
| 15:01:38 | 14 | him? |
| 15:01:47 | 15 | A.   I don't know the purpose. |
| 15:01:48 | 16 | Q.   Well, did he come to Cyprus to meet with |
| 15:01:51 | 17 | you or others at XBT? |
| 15:01:55 | 18 | A.   The meeting was -- I learned about this |
| 15:02:03 | 19 | meeting from Aleksej Gubarev. |
| 15:02:04 | 20 | Q.   Okay. |
| 15:02:04 | 21 | A.   He was -- he was the one who told me |
| 15:02:08 | 22 | about the meeting. |
| 15:02:08 | 23 | Q.   And what did you talk about with |
| 15:02:11 | 24 | Mr. Zhukov when you met him? |
| 15:02:19 | 25 | A.   We talked about lots of stuff. |

| | | |
|---|---|---|
| 15:02:31 | 1 | Q.   Tell me some of the things that you |
| 15:02:33 | 2 | talked about. |
| 15:02:42 | 3 | A.   We talked about the music. |
| 15:02:43 | 4 | (Court reporter clarification.) |
| 15:02:43 | 5 | THE WITNESS:  We talked about the |
| 15:02:48 | 6 | music, about climate in Cyprus. |
| 15:02:57 | 7 | (Court reporter clarification.) |
| 15:02:57 | 8 | THE WITNESS:  About climate in Cyprus. |
| 15:02:57 | 9 | And we talked about the nature of his business. |
| 15:03:03 | 10 | Q.   BY MR. SIEGEL:  And tell me what he |
| 15:03:05 | 11 | said about the nature of his business. |
| 15:03:08 | 12 | A.   He said that he's doing some video |
| 15:03:14 | 13 | ad analytics. |
| 15:03:21 | 14 | Q.   Okay.  Did you ever -- did you do |
| 15:03:26 | 15 | anything to verify whether that was true? |
| 15:03:29 | 16 | A.   Did -- when you say "you" -- |
| 15:03:41 | 17 | Q.   Well, you testified that he told |
| 15:03:42 | 18 | you -- |
| 15:03:42 | 19 | A.   Yes. |
| 15:03:42 | 20 | Q.   -- that his business involved video -- |
| 15:03:44 | 21 | A.   Yes. |
| 15:03:44 | 22 | Q.   -- analytics; right? |
| 15:03:46 | 23 | A.   Yes. |
| 15:03:47 | 24 | Q.   And my question was:  Did you do |
| 15:03:48 | 25 | anything to verify whether that, in fact, |

| | | |
|---|---|---|
| 15:03:50 | 1 | was the business that he was conducting? |
| 15:04:12 | 2 | A.   Yes. |
| 15:04:12 | 3 | Q.   What did you do? |
| 15:04:15 | 4 | A.   I asked him why, for this purpose, |
| 15:04:19 | 5 | he requires the type of servers he was using. |
| 15:04:31 | 6 | Q.   And what type is that? |
| 15:04:34 | 7 | A.   That was the -- to a large extent, |
| 15:04:39 | 8 | that was the single CPU, high CPU frequency |
| 15:04:49 | 9 | server. |
| 15:04:51 | 10 | Q.   In non-technical layperson's terms, |
| 15:04:54 | 11 | was that one of the more powerful types of |
| 15:04:59 | 12 | servers that you offered? |
| 15:05:01 | 13 | A.   No. |
| 15:05:02 | 14 | Q.   No? |
| 15:05:02 | 15 | So what was it about that server that -- |
| 15:05:04 | 16 | that caused you to ask him why he needed it for |
| 15:05:09 | 17 | a video analytics business? |
| 15:05:13 | 18 | A.   I just wanted to understand. |
| 15:05:14 | 19 | When you talk about CPUs in the server, |
| 15:05:19 | 20 | there are two characteristics, amount of cores |
| 15:05:28 | 21 | and CPU frequency.  This type of server has low |
| 15:05:37 | 22 | amount -- low amount of cores.  It doesn't have |
| 15:05:40 | 23 | much cores but high frequency, which means -- |
| 15:05:45 | 24 | which is like -- yeah, which -- which means |
| 15:05:52 | 25 | what it means -- which means that it has less |

```
15:05:55   1   cores, each of them more powerful compared

15:06:00   2   to an individual core --

15:06:03   3        Q.   Okay.

15:06:04   4        A.   -- in a different server.

15:06:04   5        Q.   And what answer did Mr. Zhukov give

15:06:06   6   you?

15:06:09   7        A.   He told that -- that the analytics

15:06:14   8   requires heavy computation load and that, for --

15:06:20   9   for this purpose, such servers were better.

15:06:24  10        Q.   What did you understand that he was --

15:06:26  11   his business was analyzing?

15:06:30  12        A.   Video ad performance, video ads.

15:06:34  13        Q.   The performance of video ads?

15:06:36  14        A.   Yes.

15:06:37  15        Q.   What does that mean?  Performance

15:06:39  16   in what sense?

15:06:40  17        A.   I didn't fully realize that.

15:06:42  18        Q.   Okay.  Other than talking to Mr. Zhukov,

15:06:44  19   did you do anything else to verify whether he,

15:06:49  20   in fact, was conducting the business that he

15:06:50  21   described?

15:06:51  22        A.   I did not do anything else.

15:06:52  23        Q.   Are you aware of anyone else connected

15:06:53  24   with XBT that did anything?

15:06:57  25        A.   I don't know.
```

| | | |
|---|---|---|
| 15:06:57 | 1 | Q.   Meaning you are not aware -- |
| 15:06:59 | 2 | A.   I'm not -- |
| 15:07:00 | 3 | Q.   -- sitting here today? |
| 15:07:05 | 4 | A.   I'm not aware.  I'm not aware. |
| 15:07:05 | 5 | Q.   Okay.  Was it your understanding that |
| 15:07:08 | 6 | Mr. Gubarev invited Mr. Zhukov to come to Cyprus? |
| 15:07:11 | 7 | A.   No, I don't know. |
| 15:07:14 | 8 | Q.   Do you know if XBT or any of its |
| 15:07:21 | 9 | subsidiaries paid for Mr. Zhukov to come to |
| 15:07:24 | 10 | Cyprus? |
| 15:07:24 | 11 | A.   I don't know that. |
| 15:07:26 | 12 | Q.   You don't know one way or the other? |
| 15:07:29 | 13 | A.   I don't know one way or the other. |
| 15:07:30 | 14 | Q.   Do you have any understanding as |
| 15:07:32 | 15 | to whether the company paid for him to come? |
| 15:07:36 | 16 | A.   I don't have any understanding. |
| 15:07:47 | 17 | Q.   Did you have an understanding of |
| 15:07:49 | 18 | whether Mr. Zhukov was coming -- the main |
| 15:07:52 | 19 | reason for Mr. Zhukov coming to Cyprus was |
| 15:07:54 | 20 | to meet with Mr. Gubarev and whoever else he |
| 15:07:58 | 21 | invited to come? |
| 15:07:59 | 22 | A.   I don't know what was his main reason. |
| 15:08:01 | 23 | Q.   Okay.  The -- the number of servers |
| 15:08:09 | 24 | that Mr. Zhukov was leasing was ultimately a |
| 15:08:18 | 25 | thousand or more; right? |

15:08:19   1        A.   Right.

15:08:28   2        Q.   Was there any customer at the time

15:08:30   3   who was leasing more servers than he was?

15:08:34   4        A.   I don't know.

15:08:36   5        Q.   Well, can you think of any customer

15:08:40   6   at the time who you believed to be leasing more

15:08:43   7   servers than he was?

15:08:46   8        A.   I cannot.

15:08:48   9        Q.   Was there any customer at the time

15:08:50   10   who was -- at least, let's say, November/December

15:08:54   11   2016 -- was paying more money to any subsidiary

15:09:02   12   of XBT than Mr. Zhukov?

15:09:05   13        A.   Yes.

15:09:06   14        Q.   Who?

15:09:07   15        A.   I don't know.

15:09:08   16        Q.   You don't know?

15:09:09   17        A.   I don't know.

15:09:11   18        Q.   Well, then why do you say "yes"?

15:09:13   19        A.   Because Aleksej Gubarev told me that

15:09:18   20   there was such customer.

15:09:19   21        Q.   And what did he tell you?

15:09:22   22        A.   That Mr. Zhukov is not the largest

15:09:27   23   customer.

15:09:27   24        Q.   Okay.  Who did he tell you was the

15:09:31   25   largest customer?

15:09:32  1        A.   I didn't ask.

15:09:33  2        Q.   Okay.  I mean, you're the CEO of

15:09:37  3   Servers.com; right?

15:09:38  4        A.   Yes.

15:09:38  5        Q.   If there was somebody who was renting

15:09:41  6   a thousand servers or more, aren't you likely

15:09:43  7   to know who that customer is?

15:09:47  8        A.   From Servers.com, yes, I would know

15:09:49  9   that.

15:09:49  10       Q.   Okay.  Were -- was it likely that you

15:09:50  11  would know from any other part of the company?

15:09:53  12       A.   It's pretty unlikely that I would know.

15:09:56  13       Q.   Okay.  I'm curious.

15:10:01  14            In what -- how did -- how did -- in --

15:10:03  15  how did it come to be that Mr. Gubarev told you

15:10:07  16  that there was a larger customer?  What was the

15:10:09  17  context of that conversation?

15:10:19  18       A.   I asked him specifically.

15:10:20  19       Q.   If he was the largest customer?

15:10:22  20       A.   Yes.

15:10:22  21       Q.   And simply the answer was "no"?

15:10:25  22       A.   Yes.

15:10:26  23       Q.   Do you -- did you ask, well, is it

15:10:29  24  one more that's larger?  Or two more?

15:10:33  25       A.   I didn't ask that.

| | | |
|---|---|---|
| 15:10:34 | 1 | Q.   Okay.  Did there come a time in |
| 15:10:41 | 2 | connection -- or after you read the White Ops |
| 15:10:45 | 3 | report that you reached out to Mr. Dolan? |
| 15:10:49 | 4 | A.   Yes. |
| 15:10:49 | 5 | Q.   And why did you do that? |
| 15:10:54 | 6 | A.   Because we wanted to minimize the bad |
| 15:11:09 | 7 | publicity we could get from having this customer. |
| 15:11:19 | 8 | Q.   Okay.  And you had just, you know, |
| 15:11:27 | 9 | within a week or so of that -- right? -- made |
| 15:11:29 | 10 | a decision to terminate Mr. Dolan? |
| 15:11:31 | 11 | Right? |
| 15:11:31 | 12 | A.   That's correct. |
| 15:11:33 | 13 | Q.   So why did you hire him back a week |
| 15:11:36 | 14 | later for this purpose? |
| 15:11:38 | 15 | A.   Because he was one -- it was -- KGlobal, |
| 15:11:40 | 16 | one of two PR agencies I knew.  And I wanted to |
| 15:11:53 | 17 | act fast, so not to get to know any other new |
| 15:12:02 | 18 | agency who go through like this on-boarding |
| 15:12:07 | 19 | process. |
| 15:12:08 | 20 | Q.   Okay.  Why did you want to act fast? |
| 15:12:11 | 21 | A.   Because bad publicity could possibly |
| 15:12:16 | 22 | come at any moment. |
| 15:12:18 | 23 | Q.   Okay.  And how did you think Mr. Dolan |
| 15:12:26 | 24 | might be able to influence whether there would |
| 15:12:30 | 25 | be bad publicity or -- |

15:12:34   1        A.   I didn't know how.

15:12:35   2        Q.   You didn't know how?

15:12:35   3             Is it fair to say that you would defer

15:12:38   4   to him as to the best way to use their influence

15:12:42   5   to limit publicity?

15:12:44   6        A.   That's correct.

15:12:44   7             MR. SIEGEL:  Okay.  Let's show you

15:12:46   8   what's been marked as Exhibit 61.

15:12:50   9             (Exhibit 61 marked.)

15:13:03  10        Q.   BY MR. SIEGEL:  Go to the second and

15:13:06  11   third pages of the exhibit that's marked 1527

15:13:10  12   and 1528.  Fifteen -- at the bottom of 1527

15:13:15  13   starts an e-mail from you to Mr. Dolan saying:

15:13:18  14             "Hello, Chuck.  We might need some

15:13:18  15   of your services."

15:13:20  16             You refer to a number of news articles

15:13:24  17   that are about the White Ops report -- right? --

15:13:26  18   about the information that was released in the

15:13:29  19   White Ops report?

15:13:32  20        A.   (Examining.)  What -- what's the

15:13:33  21   question?

15:13:34  22        Q.   Well, it looks like you -- you linked

15:13:37  23   to a number of news articles --

15:13:39  24        A.   Yes.

15:13:40  25        Q.   -- right? -- that had reported

| | | |
|---|---|---|
| 15:13:42 | 1 | information that was discussed in the White |
| 15:13:43 | 2 | Ops report? |
| 15:13:45 | 3 | A.   Yes. |
| 15:13:48 | 4 | Q.   It says: |
| 15:13:48 | 5 | "It turned out ... this network was |
| 15:13:49 | 6 | using our servers.  We were completely unaware |
| 15:13:52 | 7 | of the nature of their business ... performed |
| 15:13:54 | 8 | our actions in a very transparent and legal |
| 15:13:58 | 9 | manner." (As read.) |
| 15:13:58 | 10 | Which actions did you perform in |
| 15:14:00 | 11 | a very transparent and legal manner? |
| 15:14:04 | 12 | A.   We perform every our action in a |
| 15:14:09 | 13 | very transparent and legal manner. |
| 15:14:10 | 14 | Q.   Okay.  Then you say: |
| 15:14:16 | 15 | "We need your help to establish control |
| 15:14:19 | 16 | on the media field in this aspect and" not our |
| 15:14:20 | 17 | let -- "not ... let our name be stained." (As |
| 15:14:24 | 18 | read.) |
| 15:14:24 | 19 | Right? |
| 15:14:28 | 20 | A.   Yes.  That's what -- |
| 15:14:28 | 21 | Q.   Okay.  Correct? |
| 15:14:28 | 22 | A.   -- the mail says.  Yes. |
| 15:14:28 | 23 | Q.   Okay.  And if you turn to the front |
| 15:14:36 | 24 | of the e-mail -- |
| 15:14:38 | 25 | A.   Uh-huh. |

```
15:14:38   1        Q.   -- 1526, it indicates that you agreed
15:14:45   2   that he would charge 20,000 for what he called
15:14:49   3   these crisis communication services; right?
15:14:52   4        A.   Yes.
15:14:52   5             MR. SIEGEL:  Okay.  Let's just mark
15:15:04   6   this Exhibit 62.  Show it to him.
15:15:11   7             (Exhibit 62 marked.)
15:15:25   8        Q.   BY MR. SIEGEL:  And I'll represent
15:15:26   9   to you -- it doesn't contain all the attachments
15:15:29  10   with IP addresses, et cetera.
15:15:31  11             But Exhibit 62 looks like the White
15:15:34  12   Ops report?
15:15:34  13        A.   (Examining.)  Uh-huh.
15:15:35  14        Q.   Were you familiar with White Ops?
15:15:38  15        A.   No.
15:15:38  16        Q.   You never heard of them before?
15:15:40  17        A.   No.
15:15:41  18        Q.   Okay.  So let's -- you can put that
15:15:46  19   aside.
15:15:50  20        A.   Okay.
15:15:52  21             MR. SIEGEL:  Let's go to Exhibit 63.
15:15:54  22             (Exhibit 63 marked.)
15:16:32  23        Q.   BY MR. SIEGEL:  Exhibit 63 at the
15:16:33  24   top is an e-mail from Mr. Gubarev to Mr. Dolan,
15:16:37  25   copying you.  Mr. Gubarev said:
```

15:16:40   1          "We had zero abuses about this client
15:16:44   2   from anybody from day one" until "yesterday."
15:16:47   3   (As read.)
15:16:49   4          To your knowledge, is that true?
15:16:50   5      A.   (Examining.)  Yes.
15:16:54   6      Q.   And where did that information come
15:16:55   7   from?
15:16:56   8      A.   From Konstantin Bezruchenko.
15:17:00   9      Q.   Okay.  And who asked Konstantin
15:17:02  10   Bezruchenko -- or how did Konstantin Bezruchenko
15:17:05  11   come to learn that information?
15:17:13  12      A.   He checked it.
15:17:14  13      Q.   And did you ask him to check?
15:17:17  14      A.   I don't remember.
15:17:20  15      Q.   And how was that information communicated
15:17:23  16   to you and Mr. Gubarev?
15:17:26  17      A.   I don't remember.
15:17:30  18      Q.   Did you exchange any e-mails internally
15:17:33  19   about this subject?
15:17:36  20      A.   I don't remember any e-mails.
15:17:37  21      Q.   Okay.  Mr. Gubarev also says -- never
15:17:51  22   mind.  We:
15:17:54  23          "Never know exactly what he is doing."
15:17:59  24          Is that an accurate statement as to
15:18:03  25   you, that you never knew exactly what he was

```
15:18:06   1   doing?
15:18:08   2        A.   That is an accurate statement.
15:18:09   3        Q.   Okay.  And why is that?  Why didn't
15:18:17   4   you know what he was doing?
15:18:26   5        A.   We don't have a way to know exactly
15:18:31   6   with 100 percent certainty what a customer is
15:18:38   7   doing.
15:18:39   8        Q.   So did you -- when it says we never
15:18:39   9   knew exactly what he was doing, did you have
15:18:43  10   some idea of what he was doing?
15:18:45  11        A.   Yes.
15:18:46  12        Q.   And what was that?
15:18:48  13        A.   Video ad analytics.
15:18:51  14        Q.   Okay.  Because that's what he told
15:18:53  15   you?
15:18:54  16        A.   Yes.
15:19:10  17             MR. SIEGEL:  Okay.  Let's show
15:19:13  18   Mr. Dvas Exhibit 64.
15:19:16  19             (Exhibit 64 marked.)
15:19:37  20        Q.   BY MR. SIEGEL:  Okay.  Exhibit 64 is
15:19:40  21   also an e-mail from Mr. Gubarev to Mr. Dolan,
15:19:43  22   copying you.  If you look at Question 3 on the
15:19:48  23   first page, Mr. Gubarev says:
15:19:51  24             "We know him personally many years.
15:19:54  25   He come to Cyprus several times."
```

| | | |
|---|---|---|
| 15:19:56 | 1 | Were you aware that he had come to |
| 15:19:58 | 2 | Cyprus several times? |
| 15:20:00 | 3 | A.  (Examining.)  No.  I was aware that |
| 15:20:01 | 4 | he came to Cyprus one time. |
| 15:20:03 | 5 | Q.  One time?  Okay. |
| 15:20:04 | 6 | A.  At least. |
| 15:20:04 | 7 | Q.  You're just personally not aware of |
| 15:20:08 | 8 | other times he may have come? |
| 15:20:10 | 9 | A.  I was not aware. |
| 15:20:11 | 10 | Q.  Okay. |
| 15:20:11 | 11 | "We would not be able to sell such |
| 15:20:19 | 12 | amounts of servers without knowing him personally." |
| 15:20:21 | 13 | Why is that? |
| 15:20:27 | 14 | A.  I don't know even if this hypothesizing |
| 15:20:29 | 15 | is true or not. |
| 15:20:34 | 16 | Q.  Okay.  Other people have testified that |
| 15:20:38 | 17 | in toto, if you counted all of the servers leased |
| 15:20:44 | 18 | by all of the -- owned or leased by all of the |
| 15:20:46 | 19 | XBT subsidiaries at the time, it would be around |
| 15:20:49 | 20 | 20- to 25,000. |
| 15:20:50 | 21 | Is that -- do you believe that's accurate? |
| 15:20:53 | 22 | MR. GURVITS:  Objection. |
| 15:20:56 | 23 | THE WITNESS:  I don't know. |
| 15:20:56 | 24 | Q.  BY MR. SIEGEL:  Okay.  You've already |
| 15:21:04 | 25 | testified that it's probably over a thousand |

| | | |
|---|---|---|
| 15:21:07 | 1 | servers.  Turn over to the second page.  So |
| 15:21:18 | 2 | at the top of the second page, he asked:  How |
| 15:21:23 | 3 | much did the customer pay you? |
| 15:21:24 | 4 | Mr. Gubarev says: |
| 15:21:26 | 5 | "Over" a million dollars, "but we |
| 15:21:26 | 6 | have" a "lease on all servers.  And, actually, |
| 15:21:28 | 7 | right now in terms of financial we will start" |
| 15:21:32 | 8 | losing "over $200,000 a month."  (As read.) |
| 15:21:34 | 9 | Right? |
| 15:21:34 | 10 | A.   Uh-huh. |
| 15:21:36 | 11 | Q.   What was the 200,000?  Where did that |
| 15:21:40 | 12 | figure come from? |
| 15:21:42 | 13 | A.   I don't know.  I think it was Aleksej |
| 15:21:47 | 14 | who -- who wrote this. |
| 15:21:49 | 15 | Q.   Well, do you believe that that's accurate, |
| 15:21:52 | 16 | that it's an -- did you ever look into how much |
| 15:21:55 | 17 | money the company stood to lose as a result of |
| 15:21:57 | 18 | this? |
| 15:21:58 | 19 | A.   No. |
| 15:22:00 | 20 | Q.   Do you -- are you aware of anybody |
| 15:22:02 | 21 | who did? |
| 15:22:05 | 22 | A.   No. |
| 15:22:06 | 23 | Q.   Okay.  No. 7 says -- the question is: |
| 15:22:16 | 24 | "Can this be prevented ... from happening |
| 15:22:19 | 25 | again?"  (As read.) |

```
15:22:19   1              And the answer is:

15:22:19   2              "Yes.  We will make new policy not to

15:22:22   3    announce external or customer IP blocks in our

15:22:24   4    network without deep KYC business of the client."

15:22:28   5              What -- what does "KYC" stand for?

15:22:32   6        A.    "Know your client."

15:22:33   7        Q.    Okay.  And it says:

15:22:34   8              We'll "make" a "new policy not to

15:22:36   9    announce external or customer IP blocks in

15:22:38  10    our network."  (As read.)

15:22:38  11              Did that policy, in fact, come into

15:22:42  12    place after that?

15:22:43  13        A.    Yes.

15:22:43  14        Q.    What does that mean, "not to announce

15:22:46  15    external or customer IP blocks"?

15:22:53  16        A.    Not to let -- not to let a customer

15:22:56  17    who procured IP addresses elsewhere bring them

15:23:01  18    to our networks.

15:23:03  19        Q.    Okay.  So since December 2016 when

15:23:10  20    this happened, is that something that -- is

15:23:12  21    that a policy that has been enforced?

15:23:15  22        A.    That's correct.

15:23:16  23        Q.    And is that true for all Webzilla --

15:23:18  24    I'm sorry -- all subsidiaries of XBT?

15:23:22  25        A.    I don't know that.
```

| | | |
|---|---|---|
| 15:23:22 | 1 | Q.   You don't know that? |
| 15:23:23 | 2 | So you don't know -- it's true for |
| 15:23:28 | 3 | Servers.com? |
| 15:23:29 | 4 | A.   That's true for Servers.com. |
| 15:23:30 | 5 | Q.   Is it true for Webzilla? |
| 15:23:32 | 6 | A.   It is true for Webzilla. |
| 15:23:35 | 7 | Q.   Is it true for Fozzy.com? |
| 15:23:47 | 8 | A.   Fozzy.com does not announce external |
| 15:23:54 | 9 | or customer IP blocks at all. |
| 15:23:59 | 10 | Q.   So is the answer to my question "yes"? |
| 15:24:02 | 11 | A.   What -- |
| 15:24:02 | 12 | Q.   You mean -- |
| 15:24:03 | 13 | A.   Sorry.  Can you rephrase your full |
| 15:24:05 | 14 | question? |
| 15:24:05 | 15 | Q.   Is it -- are you -- are you saying |
| 15:24:06 | 16 | that Fozzy.com never did that in the first place? |
| 15:24:09 | 17 | A.   Fozzy.com does not do this announcing |
| 15:24:12 | 18 | at all. |
| 15:24:15 | 19 | Q.   Does Webzilla do it at all? |
| 15:24:17 | 20 | A.   I don't know. |
| 15:24:19 | 21 | Q.   I thought you just said that there |
| 15:24:21 | 22 | was a policy not to do it. |
| 15:24:25 | 23 | A.   I said that there was a policy not |
| 15:24:28 | 24 | to announce external customer IP blocks without |
| 15:24:34 | 25 | deep "know your client." |

| | | |
|---|---|---|
| 15:24:37 | 1 | Q.   Okay. |
| 15:24:38 | 2 | A.   That's correct. |
| 15:24:38 | 3 | Q.   And what deep KY -- KYC -- what activity |
| 15:24:46 | 4 | is undertaken now to conduct deep KYC business |
| 15:24:52 | 5 | of the client? |
| 15:25:07 | 6 | A.   I don't know all the activities. |
| 15:25:09 | 7 | Q.   Do you know any of them? |
| 15:25:10 | 8 | A.   Yes, I do. |
| 15:25:12 | 9 | Q.   What? |
| 15:25:14 | 10 | A.   We didn't do that without a meeting |
| 15:25:18 | 11 | or a call with the customer when he's explaining |
| 15:25:23 | 12 | why he requires to have these IPs. |
| 15:25:30 | 13 | Q.   Do you do anything else? |
| 15:25:32 | 14 | A.   Yes. |
| 15:25:32 | 15 | Q.   What? |
| 15:25:33 | 16 | A.   We ask for a signed letter -- letter |
| 15:25:39 | 17 | of authorization from the owner of these IPs. |
| 15:25:44 | 18 | Q.   Okay.  Anything else? |
| 15:25:49 | 19 | A.   Yes. |
| 15:25:49 | 20 | Q.   What? |
| 15:25:50 | 21 | A.   I don't remember. |
| 15:25:51 | 22 | Q.   Okay.  Didn't Mr. Zhukov provide |
| 15:26:02 | 23 | letters of authorization? |
| 15:26:03 | 24 | (Court reporter clarification.) |
| 15:26:03 | 25 | Q.   BY MR. SIEGEL:  Didn't Mr. Zhukov -- |

| | | |
|---|---|---|
| 15:26:03 | 1 | it's Z-h-u-k-o-v -- provide letters of |
| 15:26:03 | 2 | authorization? |
| 15:26:03 | 3 |      A.   He did. |
| 15:26:05 | 4 |      Q.   And you also met with him? |
| 15:26:07 | 5 |      A.   We did. |
| 15:26:07 | 6 |      Q.   Okay.  So can you think of anything |
| 15:26:11 | 7 | that you do, as part of this new policy, that |
| 15:26:13 | 8 | is different from what you did with Mr. Zhukov? |
| 15:26:17 | 9 |      A.   Yes. |
| 15:26:17 | 10 |      Q.   What? |
| 15:26:22 | 11 |      A.   We didn't ask him why he needs these |
| 15:26:28 | 12 | IPs every time he brought these IPs. |
| 15:26:33 | 13 |      Q.   Okay.  So you're saying that every |
| 15:26:38 | 14 | time he what? |
| 15:26:40 | 15 |      A.   Every time he brought these IPs, we |
| 15:26:42 | 16 | didn't ask that every time. |
| 15:26:45 | 17 |      Q.   Okay.  So now you ask every time? |
| 15:26:48 | 18 |      A.   Now we ask every time. |
| 15:26:49 | 19 |      Q.   Okay.  And with Mr. Zhukov, you simply |
| 15:26:52 | 20 | asked sometimes? |
| 15:26:54 | 21 |      A.   We asked -- yes. |
| 15:26:56 | 22 |      Q.   Anything else? |
| 15:26:59 | 23 |      A.   Yes.  We have added something else |
| 15:27:02 | 24 | in the policy. |
| 15:27:03 | 25 |      Q.   And what is that? |

| 15:27:03 | 1 | A. I don't remember. |
| 15:27:07 | 2 | Q. And you're telling us -- you're the |
| 15:27:08 | 3 | CEO of XBT, and you don't remember? |
| 15:27:11 | 4 | A. Yes. |
| 15:27:13 | 5 | Q. And I just want to make sure again. |
| 15:27:16 | 6 | Is there -- are there any subsidiaries |
| 15:27:18 | 7 | of XBT that still announce external or customer |
| 15:27:24 | 8 | IP blocks without conducting the KYC actions |
| 15:27:31 | 9 | that you just described? |
| 15:27:37 | 10 | A. No. |
| 15:27:38 | 11 | Q. No, there are not? |
| 15:27:40 | 12 | A. No. |
| 15:27:40 | 13 | Q. Okay. Question No. 8: |
| 15:27:45 | 14 | "Has anyone contacted anyone in the |
| 15:27:49 | 15 | C-Suite?" |
| 15:27:53 | 16 | What is the C-Suite? |
| 15:27:54 | 17 | A. I don't know what exactly -- |
| 15:27:56 | 18 | Q. Uh-huh. |
| 15:27:56 | 19 | A. -- Mr. Dolan meant here. |
| 15:28:04 | 20 | Q. So you don't understand what the word |
| 15:28:06 | 21 | "C-Suite" is referring to here? |
| 15:28:09 | 22 | A. I know the meaning of this word. |
| 15:28:11 | 23 | Q. What is it? I'm asking you what is it? |
| 15:28:13 | 24 | What does it -- what does it mean to you? |
| 15:28:16 | 25 | A. It is a set of executives at the company, |

| | | |
|---|---|---|
| 15:28:26 | 1 | chief officers of the company. |
| 15:28:31 | 2 | Q.   The executives of the company; right? |
| 15:28:33 | 3 | A.   Yes. |
| 15:28:33 | 4 | Q.   Okay.  Turn to page 1538. |
| 15:28:39 | 5 | A.   Yes. |
| 15:28:46 | 6 | Q.   The -- the response from Mr. Gubarev |
| 15:28:49 | 7 | continues.  And towards the end of the last |
| 15:28:54 | 8 | sentence, he says: |
| 15:28:54 | 9 | As "a result, we come to a situation |
| 15:28:56 | 10 | where we will lose few" million "dollars till |
| 15:28:59 | 11 | time we ... found clients on" these "servers |
| 15:29:00 | 12 | and" a "data center space."  (As read.) |
| 15:29:03 | 13 | Do you know how much money the company |
| 15:29:09 | 14 | lost as a result of terminating Mr. Zhukov? |
| 15:29:14 | 15 | A.   No, I don't know. |
| 15:29:16 | 16 | Q.   Do you have any idea how much money? |
| 15:29:18 | 17 | A.   I don't know. |
| 15:29:21 | 18 | Q.   Do you have any idea how much Servers.com |
| 15:29:26 | 19 | lost? |
| 15:29:27 | 20 | A.   I don't know. |
| 15:29:27 | 21 | Q.   Do you know whether it was a few million |
| 15:29:29 | 22 | dollars? |
| 15:29:29 | 23 | A.   I don't know. |
| 15:29:31 | 24 | Q.   It could be? |
| 15:29:32 | 25 | A.   I don't know. |

| | | |
|---|---|---|
| 15:29:33 | 1 | MR. SIEGEL:  Okay.  Let's show you |
| 15:29:48 | 2 | Exhibit 65. |
| 15:29:50 | 3 | (Exhibit 65 marked.) |
| 15:30:12 | 4 | Q.   BY MR. SIEGEL:  So Exhibit 65 is an |
| 15:30:14 | 5 | e-mail from you to Mr. Dolan.  And in the second |
| 15:30:18 | 6 | paragraph, you say: |
| 15:30:19 | 7 | "We've decided to let out the information |
| 15:30:21 | 8 | about Webzilla being a hosting provider for this |
| 15:30:24 | 9 | customer.  We believe we should not disseminate |
| 15:30:28 | 10 | this information widely.  It should go" only |
| 15:30:31 | 11 | "from you ... to:"  (As read.) |
| 15:30:31 | 12 | "White Ops themselves." |
| 15:30:31 | 13 | And: |
| 15:30:31 | 14 | "Brian Krebs." |
| 15:30:33 | 15 | Right? |
| 15:30:33 | 16 | A.   (Examining.)  That's what the e-mail |
| 15:30:37 | 17 | says. |
| 15:30:37 | 18 | Q.   And why did you decide that that is |
| 15:30:40 | 19 | what Mr. Dolan should do? |
| 15:30:51 | 20 | A.   I don't remember my line of reasoning. |
| 15:30:53 | 21 | Q.   Really?  You don't? |
| 15:30:55 | 22 | A.   Maybe when I read to the end of this |
| 15:30:55 | 23 | I may be able.  Now I don't. |
| 15:30:56 | 24 | (Court reporter clarification.) |
| 15:30:56 | 25 | THE WITNESS:  Once I read to the end |

| | | |
|---|---|---|
| 15:31:01 | 1 | of this e-mail, maybe I'll -- |
| 15:31:04 | 2 | Q.   BY MR. SIEGEL:  All right.  Go ahead. |
| 15:31:06 | 3 | Take a moment to read the end -- to the end of |
| 15:31:08 | 4 | the e-mail. |
| 15:31:09 | 5 | A.   (Examining.)  All right.  So now can |
| 15:31:12 | 6 | you please repeat your question? |
| 15:31:15 | 7 | Q.   Okay.  Why did you make the decision |
| 15:31:18 | 8 | that this information should be disseminated |
| 15:31:20 | 9 | to White Ops and to Brian Krebs? |
| 15:31:29 | 10 | A.   Because we wanted the researchers |
| 15:31:41 | 11 | who discovered this information to know that |
| 15:31:46 | 12 | we are open for communications.  And the same |
| 15:31:54 | 13 | goes for Mr. Krebs, the journalist. |
| 15:31:58 | 14 | Q.   And who is Brian Krebs? |
| 15:32:01 | 15 | A.   He's a journalist. |
| 15:32:03 | 16 | Q.   And were you familiar with Brian Krebs |
| 15:32:06 | 17 | before you wrote this e-mail? |
| 15:32:08 | 18 | A.   I read something he wrote. |
| 15:32:09 | 19 | Q.   What does Mr. Krebs write about?  What |
| 15:32:13 | 20 | subject does he write about? |
| 15:32:15 | 21 | A.   Cyber-security. |
| 15:32:16 | 22 | Q.   Okay.  And so why, in particular, |
| 15:32:19 | 23 | Mr. Krebs did you decide to disseminate this |
| 15:32:24 | 24 | information to? |
| 15:32:36 | 25 | A.   Because I vaguely remembered that |

| | | |
|---|---|---|
| 15:32:46 | 1 | he wrote something about Russian cyber-criminals. |
| 15:32:51 | 2 | And Aleksej, Konstantin, and me being Russian |
| 15:32:59 | 3 | speakers, we wanted to avoid faulty associations |
| 15:33:08 | 4 | with the subjects of previous Mr. Krebs' |
| 15:33:12 | 5 | publications. |
| 15:33:20 | 6 | Q.   And -- and why did you decide to |
| 15:33:26 | 7 | affirmatively release this information to |
| 15:33:28 | 8 | him? |
| 15:33:29 | 9 | Do you understand my question? |
| 15:33:31 | 10 | A.   We decided that after a call with |
| 15:33:33 | 11 | Mr. Dolan. |
| 15:33:37 | 12 | Q.   After what? |
| 15:33:38 | 13 | A.   After a call with Mr. Dolan. |
| 15:33:40 | 14 | Q.   Okay.  And -- and so why?  Why did you |
| 15:33:43 | 15 | decide to affirmatively release this information |
| 15:33:45 | 16 | to a journalist and to White Ops? |
| 15:33:51 | 17 | A.   Because Mr. Dolan told that it will be |
| 15:33:59 | 18 | easier for us to make ourselves heard if we act |
| 15:34:09 | 19 | proactively. |
| 15:34:11 | 20 | Q.   Okay.  Going to the second paragraph -- |
| 15:34:16 | 21 | I'm sorry -- the third paragraph of that e-mail, |
| 15:34:18 | 22 | the one after "Brian Krebs," in the middle of |
| 15:34:27 | 23 | the paragraph, it says: |
| 15:34:27 | 24 | "Webzilla had some ambivalent episodes |
| 15:34:31 | 25 | in its history and has had some customers with |

```
15:34:35   1    doubtful reputation."
15:34:37   2             What ambivalent episodes in Webzilla's
15:34:39   3    history did it have?
15:34:40   4         A.   In my mind, I was referring to a single
15:34:43   5    episode.
15:34:44   6         Q.   What was that?
15:34:45   7         A.   Hotfile.
15:34:46   8         Q.   Okay.  And tell me about that.
15:34:51   9         A.   I read somewhere in the Internet that
15:35:00  10    Webzilla used to provide some services to Hotfile,
15:35:05  11    which was later sued in the U.S. and lost the
15:35:14  12    court case.
15:35:17  13         Q.   Hotfile lost the court case?
15:35:19  14         A.   Yes.
15:35:19  15         Q.   Right.
15:35:19  16             And why did you think that was an
15:35:22  17    ambivalent episode?
15:35:25  18         A.   Because we were mentioned in the media
15:35:28  19    together with Hotfile.  Because Webzilla was
15:35:37  20    mentioned in the media together with Hotfile.
15:35:40  21         Q.   Okay.  Did you think Webzilla had acted
15:35:46  22    in any way that it was -- that was ambivalent
15:35:52  23    in connection with Hotfile?
15:35:54  24         A.   No.
15:35:54  25         Q.   And you also said it had some customers
```

| | | |
|---|---|---|
| 15:35:58 | 1 | with doubtful reputation. |
| 15:36:00 | 2 | Which customers were you referring to? |
| 15:36:03 | 3 | A.   Hotfile. |
| 15:36:03 | 4 | Q.   So any other customers? |
| 15:36:05 | 5 | A.   No. |
| 15:36:07 | 6 | Q.   So although you used the plural in the |
| 15:36:09 | 7 | sentence, your testimony, as far as I understand |
| 15:36:13 | 8 | it, is that you were actually only referring to |
| 15:36:16 | 9 | one customer -- |
| 15:36:18 | 10 | A.   That's correct. |
| 15:36:18 | 11 | Q.   -- and one episode? |
| 15:36:19 | 12 | A.   That's correct. |
| 15:36:20 | 13 | Q.   Have you ever heard of Megaupload? |
| 15:36:24 | 14 | A.   I've heard about Megaupload. |
| 15:36:28 | 15 | Q.   What do you know about Megaupload? |
| 15:36:31 | 16 | A.   That it was a file-sharing service. |
| 15:36:33 | 17 | Q.   And was Megaupload or anything connected |
| 15:36:36 | 18 | to Megaupload a customer of Webzilla at any point? |
| 15:36:42 | 19 | A.   Not to my knowledge. |
| 15:36:43 | 20 | Q.   Not to your knowledge. |
| 15:36:45 | 21 | Would you -- I'll just represent to you |
| 15:36:48 | 22 | Megaupload was shut down in January 2012. |
| 15:36:50 | 23 | Right? |
| 15:36:50 | 24 | And that was before you came to the |
| 15:36:53 | 25 | company; right? |

| | | |
|---|---|---|
| 15:36:54 | 1 | A.    (Witness nods head in the affirmative.) |
| 15:36:54 | 2 | Q.    Have you heard anything one way or |
| 15:36:57 | 3 | the other about Megaupload since you came to |
| 15:37:00 | 4 | the company? |
| 15:37:01 | 5 | A.    No. |
| 15:37:01 | 6 | Q.    Okay.  You go on to say: |
| 15:37:02 | 7 | "However, many of them are now performing |
| 15:37:05 | 8 | legal and legitimate" businesses.  (As read.) |
| 15:37:07 | 9 | Who -- many of whom are now performing? |
| 15:37:11 | 10 | A.    I was referring to the person named |
| 15:37:15 | 11 | in the lawsuit for Hotfile, Anton Titov, who |
| 15:37:22 | 12 | is now performing -- who -- who is now running |
| 15:37:27 | 13 | a different company. |
| 15:37:29 | 14 | Q.    And what company was Mr. Titov running? |
| 15:37:33 | 15 | A.    He's running pCloud. |
| 15:37:36 | 16 | Q.    PCloud? |
| 15:37:36 | 17 | A.    PCloud.  It's letter "p" and then "Cloud." |
| 15:37:39 | 18 | Q.    So was Mr. Titov, at the time that you |
| 15:37:43 | 19 | wrote this e-mail, a customer? |
| 15:37:45 | 20 | A.    No. |
| 15:37:49 | 21 | Q.    Okay.  So when you said he's performing |
| 15:37:52 | 22 | legal and legitimate business, is that a business |
| 15:37:54 | 23 | that had any connection to Webzilla or Servers? |
| 15:37:57 | 24 | A.    Yes. |
| 15:37:58 | 25 | Q.    How so? |

| | | |
|---|---|---|
| 15:37:59 | 1 | A.   PCloud was a customer. |
| 15:38:01 | 2 | Q.   PCloud was a customer.  Okay. |
| 15:38:02 | 3 | Why did you continue to allow Mr. Titov |
| 15:38:09 | 4 | to be a customer given his prior experience with |
| 15:38:13 | 5 | Hotfile? |
| 15:38:14 | 6 | MR. GURVITS:  Object. |
| 15:38:20 | 7 | MR. SIEGEL:  I'll rephrase. |
| 15:38:24 | 8 | Q.   BY MR. SIEGEL:  Why did you permit |
| 15:38:25 | 9 | pCloud to be a customer, given Mr. Titov's |
| 15:38:29 | 10 | prior experience with Hotfile? |
| 15:38:40 | 11 | A.   Because pCloud is -- has nothing to |
| 15:38:46 | 12 | do with any prior history of its CTO, Mr. Titov. |
| 15:38:56 | 13 | Q.   And why -- and why do you -- what -- |
| 15:38:57 | 14 | what -- what causes you to say that? |
| 15:39:04 | 15 | A.   It's a new company.  It's a new product. |
| 15:39:06 | 16 | It's nothing -- it doesn't have any connection. |
| 15:39:14 | 17 | Q.   And the fact that Mr. Titov was previously |
| 15:39:17 | 18 | involved in allegedly infringing activities doesn't |
| 15:39:22 | 19 | make any difference to you? |
| 15:40:07 | 20 | A.   In fact, I don't know. |
| 15:40:08 | 21 | Q.   You don't know whether it makes any |
| 15:40:10 | 22 | difference to you? |
| 15:40:12 | 23 | A.   Now?  Now -- now -- you're asking about |
| 15:40:16 | 24 | right now?  Doesn't make any difference to me |
| 15:40:22 | 25 | right now. |

```
15:40:23   1       Q.   Why?

15:40:26   2       A.   What is your --

15:40:26   3       Q.   Well --

15:40:26   4       A.   Like to be more -- what's your exact

15:40:27   5   question?

15:40:27   6       Q.   Is pCloud a customer of Webzilla or

15:40:30   7   Servers today?

15:40:32   8       A.   Yes.

15:40:32   9       Q.   Which company --

15:40:32  10       A.   It is a customer of Servers.com.

15:40:40  11       Q.   -- is it a customer of?

15:40:40  12            (Court reporter clarification.)

15:40:40  13       Q.   BY MR. SIEGEL:  Of Servers.com?

15:40:40  14       A.   Yes.  It is a customer of Servers.com.

15:40:40  15       Q.   Okay.  And why -- that's okay.  I'm

15:40:40  16   going to ask it now.

15:40:40  17            Why does it make no difference to

15:40:49  18   you that Mr. pCloud -- Mr. Titov was previously

15:40:55  19   involved in the allegedly infringing activity

15:40:58  20   of Hotfile?

15:40:59  21            MR. GURVITS:  Objection.

15:41:06  22            THE WITNESS:  I never said that it

15:41:07  23   doesn't make any difference.

15:41:08  24       Q.   BY MR. SIEGEL:  Okay.  So why do you

15:41:10  25   allow -- permit him to be a -- pCloud to be a
```

```
15:41:14    1   customer?

15:41:21    2        A.   It fully conforms to acceptable use

15:41:26    3   policy for Servers.com.  There is -- it's in

15:41:32    4   full compliance with our acceptable use policy.

15:41:40    5        Q.   How do you know?

15:41:41    6        A.   Because, if he would not fully conform,

15:41:47    7   he would be terminated as a customer.

15:41:50    8        Q.   Well, what is your acceptable use policy?

15:41:52    9   What is it explicitly?

15:41:54   10        A.   It is a document.

15:41:55   11        Q.   It's a large document; right?

15:41:56   12        A.   Yes.

15:41:57   13        Q.   How do you -- you don't -- do you verify

15:42:02   14   whether your customers are actually complying with

15:42:04   15   all the limits of your acceptable use policy?

15:42:13   16        A.   We perform passive and active checks

15:42:21   17   for that.

15:42:21   18             (Court reporter clarification.)

15:42:21   19             THE WITNESS:  We perform passive and

15:42:21   20   active checks for that.

15:42:22   21        Q.   BY MR. SIEGEL:  And did you do that

15:42:23   22   in 2016?

15:42:26   23        A.   I don't remember.  And, actually,

15:42:29   24   I don't think I knew in 2016.

15:42:29   25        Q.   What's that?
```

| | | |
|---|---|---|
| 15:42:31 | 1 | A.   I -- I didn't think I knew it. |
| 15:42:33 | 2 | Q.   So do you have any idea whether those |
| 15:42:36 | 3 | passive or active checks that you perform today |
| 15:42:38 | 4 | are any different than were performed in 2016? |
| 15:42:40 | 5 | A.   They are different. |
| 15:42:42 | 6 | Q.   How are they different? |
| 15:42:44 | 7 | A.   We added some more checks. |
| 15:42:46 | 8 | Q.   And what were those? |
| 15:42:48 | 9 | A.   We added a check for anonymous proxies. |
| 15:42:56 | 10 | Q.   For what? |
| 15:42:56 | 11 | A.   For anonymous proxy servers. |
| 15:42:59 | 12 | Q.   Okay.  Anything else? |
| 15:43:06 | 13 | A.   Yes. |
| 15:43:07 | 14 | Q.   What? |
| 15:43:09 | 15 | A.   We added a check for some vulnerabilities |
| 15:43:23 | 16 | that can make our customers' servers be infected |
| 15:43:31 | 17 | with something that will make them participate |
| 15:43:35 | 18 | unknowingly and unwillingly in a DDOS attack. |
| 15:43:44 | 19 | (Court reporter clarification.) |
| 15:43:44 | 20 | THE WITNESS:  "DDOS attack." |
| 15:43:45 | 21 | Q.   BY MR. SIEGEL:  DDOS, I think D-D-O-S. |
| 15:43:48 | 22 | A.   Yes. |
| 15:43:52 | 23 | Q.   Have you -- other than Mr. Zhukov, |
| 15:43:54 | 24 | have you ever terminated a client for violating |
| 15:43:58 | 25 | your policy? |

| | | |
|---|---|---|
| 15:43:58 | 1 | A.   Yes. |
| 15:43:59 | 2 | Q.   Who? |
| 15:44:05 | 3 | A.   The -- there were some -- some -- |
| 15:44:07 | 4 | sometimes.  I can name some, not all. |
| 15:44:10 | 5 | Q.   Okay.  Just name some. |
| 15:44:13 | 6 | A.   London Trust Media. |
| 15:44:15 | 7 | Q.   What did they do? |
| 15:44:17 | 8 | A.   They provide VPN. |
| 15:44:21 | 9 | Q.   What did they -- what policy did they |
| 15:44:23 | 10 | violate? |
| 15:44:25 | 11 | A.   DMC.  They didn't handle DMC requirements |
| 15:44:33 | 12 | the way we want them handled. |
| 15:44:37 | 13 | Q.   Okay.  DMC involves copyright take-down |
| 15:44:39 | 14 | notices; right? |
| 15:44:40 | 15 | A.   Right. |
| 15:44:42 | 16 | Q.   What other customer? |
| 15:44:47 | 17 | A.   SurfEasy. |
| 15:44:48 | 18 | Q.   Okay.  What policy did SurfEasy violate? |
| 15:44:53 | 19 | A.   I don't even know. |
| 15:44:53 | 20 | Q.   You don't know? |
| 15:44:53 | 21 | A.   I don't know. |
| 15:44:54 | 22 | Q.   Any others? |
| 15:44:55 | 23 | A.   Yes. |
| 15:44:56 | 24 | Q.   And what's that? |
| 15:45:17 | 25 | A.   I don't remember their names.  But |

```
15:45:20   1    there were more.
15:45:21   2         Q.   Okay.  Now, at the time you were --
15:45:30   3    before the White Ops report came out, you were
15:45:33   4    sure that Mr. Zhukov's business was legitimate;
15:45:37   5    right?
15:45:37   6         A.   Right.
15:45:39   7         Q.   So what makes you any more sure that
15:45:43   8    Mr. Titov's business is legitimate today?
15:45:47   9         A.   We are sure that his business is
15:45:50  10    legitimate today.
15:45:57  11         Q.   Towards the bottom of this e-mail on
15:46:00  12    page 1532 you say, a couple lines from the bottom,
15:46:08  13    a couple sentences from the bottom:
15:46:09  14              "So once customer needed one more
15:46:11  15    batch of servers, Webzilla recommended him to
15:46:13  16    order them from Servers.com since Servers.com
15:46:16  17    had more capacity."
15:46:17  18              Who at Webzilla recommended that?
15:46:48  19         A.   I don't know for sure.
15:46:49  20         Q.   How did you find out all those facts?
15:46:54  21         A.   This fact was told to me by Konstantin
15:46:57  22    Bezruchenko.
15:47:01  23         Q.   Okay.  Turn the page over.
15:47:02  24         A.   This part -- I -- I was speaking about --
15:47:02  25    your question was different.  Sorry.
```

```
15:47:02   1              (Court reporter clarification.)

15:47:02   2              THE WITNESS:  I answered a different

15:47:08   3    question.

15:47:08   4         Q.   BY MR. SIEGEL:  Okay.

15:47:08   5         A.   You're asking about all three facts;

15:47:10   6    yes?

15:47:10   7         Q.   Yes.

15:47:10   8         A.   The first fact, I just knew it.

15:47:16   9         Q.   You -- okay.

15:47:16   10        A.   I just knew that we -- that the

15:47:19   11   holding decided to invest heavily in Servers.com

15:47:19   12   infrastructure.

15:47:19   13             (Court reporter clarification.)

15:47:19   14             THE WITNESS:  The first fact is that

15:47:26   15   I just knew it myself that holding management

15:47:31   16   decided to invest heavily in Servers.com

15:47:31   17   infrastructure.  Second fact was told to me

15:47:38   18   by Konstantin Bezruchenko.  The third fact

15:47:40   19   was told to me by Konstantin Bezruchenko.

15:47:43   20        Q.   BY MR. SIEGEL:  Okay.  Turn the page

15:47:45   21   over to 1533.  The last sentence you write is:

15:47:49   22             "Please don't be proactive with

15:47:51   23   Servers.com mentioning.  We want the damage

15:47:54   24   to be limited to Webzilla."

15:47:56   25             Why?
```

| | | |
|---|---|---|
| 15:47:59 | 1 | A.   Because Servers.com was a new brand |
| 15:48:03 | 2 | at that time. |
| 15:48:03 | 3 | Q.   Okay.  So if I understand what you |
| 15:48:08 | 4 | were directing Mr. Dolan to do was to only |
| 15:48:11 | 5 | discuss Webzilla's connection to the methbot |
| 15:48:18 | 6 | fraud? |
| 15:48:19 | 7 | A.   No. |
| 15:48:23 | 8 | Q.   Well, strike that. |
| 15:48:23 | 9 | It was not to proactively -- right? -- |
| 15:48:29 | 10 | the -- the -- the instruction to Mr. Dolan |
| 15:48:31 | 11 | was to only proactively discuss -- right? -- |
| 15:48:35 | 12 | Webzilla's connection to the methbot fraud? |
| 15:48:40 | 13 | A.   Yes. |
| 15:48:40 | 14 | Q.   Okay.  So he was not to mention |
| 15:48:44 | 15 | Servers.com unless he was asked? |
| 15:48:45 | 16 | Is that a -- fair? |
| 15:48:46 | 17 | A.   Yes. |
| 15:48:46 | 18 | Q.   Okay. |
| 15:48:46 | 19 | And that was -- and that was because |
| 15:48:51 | 20 | you hoped to influence any publicity about this |
| 15:48:56 | 21 | to focus only on Webzilla? |
| 15:49:00 | 22 | A.   It was because we hoped not to get any |
| 15:49:02 | 23 | publicity for Servers.com. |
| 15:49:03 | 24 | Q.   Okay.  And just so I understand again, |
| 15:49:09 | 25 | why was it -- in your mind, if there was going |

| | | |
|---|---|---|
| 15:49:12 | 1 | to be damage, why it was better for the damage |
| 15:49:15 | 2 | to be limited to Webzilla? |
| 15:49:20 | 3 | A.   I was a manager for Servers.com at |
| 15:49:27 | 4 | that moment. |
| 15:49:28 | 5 | (Court reporter clarification.) |
| 15:49:28 | 6 | THE WITNESS:  I was a manager for |
| 15:49:28 | 7 | Servers.com only at that moment.  I cared more |
| 15:49:32 | 8 | about Servers.com because it was my project |
| 15:49:37 | 9 | I was responsible for. |
| 15:49:38 | 10 | Q.   BY MR. SIEGEL:  Okay.  And did you |
| 15:49:39 | 11 | understand that Mr. -- Mr. Gubarev to agree |
| 15:49:43 | 12 | with that directive? |
| 15:49:46 | 13 | A.   I never asked him. |
| 15:49:48 | 14 | MR. SIEGEL:  Okay.  I'll show you |
| 15:49:58 | 15 | Exhibit 66. |
| 15:50:00 | 16 | (Exhibit 66 marked.) |
| 15:50:15 | 17 | Q.   BY MR. SIEGEL:  Okay.  And 66, at the |
| 15:50:17 | 18 | top, is an e-mail from you to Mr. Dolan in which |
| 15:50:22 | 19 | the last line of your e-mail says: |
| 15:50:24 | 20 | "Remember once more, our idea is to |
| 15:50:26 | 21 | sacrifice Webzilla in favor of Servers.com here |
| 15:50:29 | 22 | as long as we're not nailed down to talk about |
| 15:50:33 | 23 | Servers.com specifically." |
| 15:50:33 | 24 | Right?  And that reflects what you |
| 15:50:35 | 25 | just testified about; right? |

15:50:38   1        A.   (Examining.)  That reflects what is

15:50:40   2   written here.

15:50:41   3        Q.   Okay.

15:50:44   4        A.   Nothing --

15:50:44   5        Q.   But is it --

15:50:44   6        A.   -- nothing -- not more, not --

15:50:44   7        Q.   It's -- it's the same -- is it fair

15:50:44   8   to say that it is the same directive not -- to

15:50:51   9   only talk about Webzilla proactively and not

15:50:54   10  Servers.com?

15:50:57   11       A.   It is not a directive at all.

15:50:59   12       Q.   Okay.  Well, does -- it reflects the --

15:51:01   13  the idea that, if there was going to be damage,

15:51:04   14  that you hoped that the damage would be limited

15:51:06   15  to Webzilla?

15:51:07   16            MR. GURVITS:  Object -- objection.

15:51:09   17       Q.   BY MR. SIEGEL:  Is that fair?

15:51:11   18       A.   Can you please repeat once more?

15:51:12   19       Q.   Well, that, in other words, our idea

15:51:12   20  to sacrifice -- sacrifice in what way?

15:51:15   21            MR. GURVITS:  Objection.

15:51:20   22            THE WITNESS:  To be pro -- proactive

15:51:22   23  on mentioning Webzilla.

15:51:23   24       Q.   BY MR. SIEGEL:  Okay.  And it says:

15:51:25   25            "Our idea."

```
15:51:25   1              Who does the -- who does the "our"
15:51:28   2    refer to?
15:51:29   3         A.   It was me.
15:51:30   4         Q.   The royal "we"?
15:51:32   5         A.   Yes.  It was the royal.  Yes.
15:51:35   6         Q.   Not Mr. Gubarev?
15:51:36   7         A.   I never asked him.
15:51:38   8         Q.   Okay.  You never discussed with
15:51:46   9    Mr. Gubarev -- wasn't Mr. Gubarev on a call
15:51:48  10    with Mr. Dolan to discuss what to do?
15:51:54  11         A.   I don't recollect.  But not -- probably
15:51:58  12    not.
15:51:58  13         Q.   Probably not?
15:51:59  14         A.   I don't recollect his voice in this
15:52:02  15    call whatever -- whatsoever.
15:52:04  16              MR. SIEGEL:  Okay.  Okay.  I'll show
15:52:12  17    you Exhibit 67.
15:52:14  18              (Exhibit 67 marked.)
15:52:17  19              MR. GURVITS:  At some point, can we
15:52:19  20    take a quick break whenever you're --
15:52:21  21              MR. SIEGEL:  All right.
15:52:21  22              MR. GURVITS:  Thanks.
15:52:30  23         Q.   BY MR. SIEGEL:  So 67, at the top again
15:52:33  24    is an e-mail from you to Mr. Dolan, copying a number
15:52:38  25    of other people.  And the -- the second sentence
```

| | | |
|---|---|---|
| 15:52:43 | 1 | in the e-mail says: |
| 15:52:43 | 2 | "These IPs were not ours.  They were |
| 15:52:45 | 3 | brought by customer from IP sellers/brokers |
| 15:52:48 | 4 | with letters of authorization in place." |
| 15:52:50 | 5 | Right? |
| 15:52:50 | 6 | So in -- in Mr. Zhukov's case, he did |
| 15:52:54 | 7 | deliver letters of authorization to you; right? |
| 15:52:56 | 8 | A.   (Examining.)  He did. |
| 15:52:59 | 9 | MR. SIEGEL:  Okay.  Okay.  Exhibit 68. |
| 15:53:24 | 10 | (Exhibit 68 marked.) |
| 15:53:24 | 11 | THE WITNESS:  Can it be the last |
| 15:53:32 | 12 | exhibit before the break? |
| 15:53:34 | 13 | MR. SIEGEL:  Sure. |
| 15:53:43 | 14 | Q.   BY MR. SIEGEL:  This is an e-mail |
| 15:53:44 | 15 | exchange with you and Mr. Dolan.  If you look |
| 15:53:47 | 16 | sort of towards the bottom of the page of 1547, |
| 15:53:50 | 17 | the last line, it says: |
| 15:53:52 | 18 | "Answer." |
| 15:53:52 | 19 | And Mr. Dolan appears to be proposing |
| 15:53:55 | 20 | an answer that says: |
| 15:53:55 | 21 | "Our servers do not spoof IP addresses. |
| 15:53:59 | 22 | The spoofed IP addresses using Servers.com |
| 15:54:02 | 23 | hardware were completely unknown to us." |
| 15:54:04 | 24 | And you say: |
| 15:54:04 | 25 | "The response might be misleading |

| 15:54:06 | 1 | a bit.  Please avoid the word 'spoof.'  It |
| 15:54:08 | 2 | has a very different meaning in this context." |
| 15:54:12 | 3 | What -- what -- what is the different |
| 15:54:13 | 4 | meaning that "spoofed" has? |
| 15:54:16 | 5 | A.   (Examining.)  I don't know. |
| 15:54:17 | 6 | Q.   You don't know? |
| 15:54:18 | 7 | A.   I don't know. |
| 15:54:18 | 8 | Q.   Well, when you said "avoid the word |
| 15:54:19 | 9 | 'spoof,' it has a very different meaning in |
| 15:54:21 | 10 | this context," what did you mean? |
| 15:54:28 | 11 | A.   I meant it -- it was -- it is a -- |
| 15:54:30 | 12 | it means something different. |
| 15:54:32 | 13 | Q.   And what does -- what did it mean? |
| 15:54:34 | 14 | A.   I don't know. |
| 15:54:37 | 15 | Q.   How did you know that it meant something |
| 15:54:39 | 16 | different? |
| 15:54:40 | 17 | A.   Konstantin Bezruchenko told me. |
| 15:54:43 | 18 | Q.   Okay.  But he didn't tell you what it |
| 15:54:45 | 19 | meant? |
| 15:54:46 | 20 | A.   I didn't ask. |
| 15:54:47 | 21 | Q.   How did Konstantin Bezruchenko -- in |
| 15:54:50 | 22 | what context did Mr. Bezruchenko tell you that? |
| 15:54:56 | 23 | A.   I asked him -- |
| 15:55:00 | 24 | Q.   Okay. |
| 15:55:01 | 25 | A.   -- about this word specifically. |

| | | |
|---|---|---|
| 15:55:03 | 1 | Q.   Okay.  And that's what he told you? |
| 15:55:05 | 2 | A.   Yes. |
| 15:55:06 | 3 | Q.   Did you e-mail with him about it? |
| 15:55:11 | 4 | A.   No. |
| 15:55:13 | 5 | Q.   You think you spoke to him about it? |
| 15:55:16 | 6 | A.   I spoke with him -- |
| 15:55:18 | 7 | Q.   Okay. |
| 15:55:19 | 8 | A.   -- either personally or on the phone. |
| 15:55:22 | 9 | I don't remember. |
| 15:55:23 | 10 | Q.   So if I understand what you're saying, |
| 15:55:23 | 11 | you're relying on what Mr. Bezruchenko said. |
| 15:55:25 | 12 | You didn't completely understand it yourself? |
| 15:55:27 | 13 | A.   Yes. |
| 15:55:28 | 14 | MR. SIEGEL:  Okay.  Okay.  Let's take |
| 15:55:33 | 15 | a break. |
| 15:55:33 | 16 | THE WITNESS:  Let's take a break. |
| 15:55:34 | 17 | THE VIDEOGRAPHER:  Going off the record, |
| 15:55:35 | 18 | 3:55. |
| 15:55:37 | 19 | (Recess from 3:55 p.m. to 4:06 p.m.) |
| 16:06:54 | 20 | THE VIDEOGRAPHER:  Back on the record |
| 16:06:55 | 21 | at 4:06. |
| 16:07:02 | 22 | MR. SIEGEL:  I'm going to hand Mr. Dvas |
| 16:07:05 | 23 | Exhibit 69. |
| 16:07:06 | 24 | (Exhibit 69 marked.) |
| 16:07:19 | 25 | Q.   BY MR. SIEGEL:  So Exhibit 69 is an |

| | | |
|---|---|---|
| 16:07:21 | 1 | e-mail from Mr. Dolan to you where he says: |
| 16:07:22 | 2 | "I spoke with Krebs today and he was |
| 16:07:24 | 3 | fine.  The main question he had was when the |
| 16:07:29 | 4 | contract started.  I provided that information |
| 16:07:31 | 5 | to him after a follow-up call to Nick." |
| 16:07:40 | 6 | Did you have such a call with him? |
| 16:07:41 | 7 | A.  (Examining.)  With whom? |
| 16:07:44 | 8 | Q.  With Mr. Dolan.  Mr. Dolan indicates |
| 16:07:45 | 9 | here that there was a follow-up call to you to |
| 16:07:50 | 10 | ask some information. |
| 16:07:52 | 11 | A.  I don't remember the call. |
| 16:07:52 | 12 | Q.  Okay.  Do you have any reason to believe |
| 16:07:54 | 13 | you did not? |
| 16:07:55 | 14 | A.  No, there is no such reason. |
| 16:07:57 | 15 | Q.  Okay.  Were you pleased with Mr. Dolan's |
| 16:08:01 | 16 | response to your instructions? |
| 16:08:05 | 17 | A.  I don't remember. |
| 16:08:05 | 18 | Q.  Okay.  Did you believe that the company |
| 16:08:17 | 19 | had effectively mitigated potential publicity |
| 16:08:22 | 20 | damage? |
| 16:08:22 | 21 | A.  No. |
| 16:08:23 | 22 | Q.  You didn't think so? |
| 16:08:24 | 23 | A.  No. |
| 16:08:25 | 24 | Q.  Why? |
| 16:08:28 | 25 | A.  Because there always can be something |

| | | |
|---|---|---|
| 16:08:31 | 1 | else. |
| 16:08:31 | 2 | Q.   Okay.  Well, I mean specifically in |
| 16:08:35 | 3 | connection with the methbot matter. |
| 16:08:37 | 4 | A.   No. |
| 16:08:37 | 5 | Q.   And by "something else," you mean |
| 16:08:40 | 6 | somebody else could come along at any time and |
| 16:08:43 | 7 | write about it later?  Is that what you mean? |
| 16:08:45 | 8 | A.   Yes. |
| 16:08:45 | 9 | MR. SIEGEL:  Okay.  I'll show you |
| 16:08:51 | 10 | Exhibit 70. |
| 16:08:53 | 11 | (Exhibit 70 marked.) |
| 16:09:13 | 12 | Q.   BY MR. SIEGEL:  Webzilla appears to -- |
| 16:09:13 | 13 | I'm sorry.  Exhibit 70 appears to be an e-mail |
| 16:09:17 | 14 | from Mr. Dolan to you where he's simply including |
| 16:09:21 | 15 | some suggested answers to questions. |
| 16:09:27 | 16 | Right? |
| 16:09:27 | 17 | A.   (Examining.)  Uh-huh. |
| 16:09:33 | 18 | Q.   Mr. -- the first one, if you look on |
| 16:09:35 | 19 | page 825 -- |
| 16:09:37 | 20 | A.   Uh-huh. |
| 16:09:37 | 21 | Q.   -- my name -- it says: |
| 16:09:40 | 22 | "My name is Chuck Dolan and I'm a |
| 16:09:43 | 23 | spokesperson for Webzilla." |
| 16:09:44 | 24 | A.   Uh-huh. |
| 16:09:44 | 25 | Q.   Was Mr. Dolan a spokesperson for Webzilla? |

| | | |
|---|---|---|
| 16:10:00 | 1 | A.   No. |
| 16:10:00 | 2 | Q.   Well, at least here it was fair to say |
| 16:10:03 | 3 | that he was -- that is what he was supposed to |
| 16:10:05 | 4 | relay to the press; right? |
| 16:10:08 | 5 | A.   For this subject. |
| 16:10:10 | 6 | Q.   Okay.  The -- towards the bottom of |
| 16:10:23 | 7 | the page, the second bullet point from the bottom, |
| 16:10:25 | 8 | it says: |
| 16:10:26 | 9 | "Webzilla is now working to create new |
| 16:10:28 | 10 | company guidelines including:  Ceasing to announce |
| 16:10:32 | 11 | external or customer IP blocks within our network |
| 16:10:35 | 12 | without deep KYC business of the client." |
| 16:10:38 | 13 | A.   Uh-huh. |
| 16:10:39 | 14 | Q.   But that's the same policy that we |
| 16:10:40 | 15 | talked about before; right? |
| 16:10:41 | 16 | A.   That's that policy. |
| 16:10:43 | 17 | Q.   Okay. |
| 16:10:43 | 18 | A.   Yes. |
| 16:10:43 | 19 | MR. SIEGEL:  Okay.  I'll show you |
| 16:10:57 | 20 | Exhibit 71. |
| 16:10:58 | 21 | (Exhibit 71 marked.) |
| 16:11:09 | 22 | Q.   BY MR. SIEGEL:  This is another e-mail |
| 16:11:10 | 23 | exchange with Mr. Dolan where Mr. Dolan asked |
| 16:11:16 | 24 | you: |
| 16:11:21 | 25 | "Alex gave me the reason for not naming |

| | | |
|---|---|---|
| 16:11:23 | 1 | the individual ... I want to be absolutely |
| 16:11:25 | 2 | accurate." (As read.) |
| 16:11:25 | 3 | And your response was: |
| 16:11:26 | 4 | "The exact answer from the lawyer |
| 16:11:27 | 5 | is 'for privacy reasons, we cannot divulge |
| 16:11:30 | 6 | such information without a court order.'" |
| 16:11:34 | 7 | Right?  Is that -- is that -- |
| 16:11:35 | 8 | A.   (Examining.)  That's what the e-mail |
| 16:11:36 | 9 | says. |
| 16:11:37 | 10 | Q.   Is that information that was provided |
| 16:11:38 | 11 | to you? |
| 16:11:47 | 12 | A.   This is the information that is in the |
| 16:11:48 | 13 | e-mail.  Yes. |
| 16:11:49 | 14 | Q.   And -- and that information was provided |
| 16:11:52 | 15 | to you from a lawyer? |
| 16:11:54 | 16 | A.   It was provided to us by a lawyer. |
| 16:11:59 | 17 | Q.   Do you believe that that is true, that |
| 16:12:01 | 18 | that is accurate, that it is an accurate statement |
| 16:12:06 | 19 | of the law? |
| 16:12:07 | 20 | A.   That's what the lawyer advised. |
| 16:12:08 | 21 | Q.   Okay.  And my question to you is:  Do |
| 16:12:09 | 22 | you believe that that is an accurate statement |
| 16:12:11 | 23 | of the law, that the lawyer's advice was accurate? |
| 16:12:14 | 24 | A.   Yes.  I believe my lawyer -- the lawyer's |
| 16:12:20 | 25 | advices [sic] are accurate. |

| | | |
|---|---|---|
| 16:12:33 | 1 | MR. SIEGEL:  Okay.  I'll just quickly |
| 16:12:35 | 2 | show you 72. |
| 16:12:37 | 3 | (Exhibit 72 marked.) |
| 16:12:52 | 4 | Q.   BY MR. SIEGEL:  If you look at page 2 |
| 16:12:54 | 5 | of 72, which I think is part of an e-mail to |
| 16:12:59 | 6 | Mr. Gubarev, copying you, Mr. Dolan asked the |
| 16:13:04 | 7 | question: |
| 16:13:04 | 8 | "Who are those companies you are paying |
| 16:13:06 | 9 | the $200,000 to?  For how long will you be paying?" |
| 16:13:11 | 10 | Right? |
| 16:13:11 | 11 | And the answer was: |
| 16:13:13 | 12 | "Leasing companies who give us servers" |
| 16:13:15 | 13 | ... we have a financial lease on a 36-month data |
| 16:13:19 | 14 | centers.  "TierPoint, for example, we have commit |
| 16:13:19 | 15 | for 24-36 month for power and space."  (As read.) |
| 16:13:25 | 16 | Do you know whether Webzilla or Servers |
| 16:13:27 | 17 | or both eventually released the servers that were |
| 16:13:32 | 18 | being used by Mr. Zhukov to other customers? |
| 16:13:36 | 19 | A.   (Examining.)  What is your question? |
| 16:13:45 | 20 | Q.   Okay.  My understanding of what -- tell |
| 16:13:48 | 21 | me if this is accurate -- |
| 16:13:50 | 22 | A.   Yes. |
| 16:13:50 | 23 | Q.   -- right? |
| 16:13:51 | 24 | Was that Mr. Gubarev leased over a |
| 16:13:53 | 25 | thousand servers from you -- right? -- from |

| | | |
|---|---|---|
| 16:13:56 | 1 | Webzilla or Servers. |
| 16:13:57 | 2 | A. I guess you -- |
| 16:13:58 | 3 | MR. GURVITS: Objection. |
| 16:13:58 | 4 | THE WITNESS: I -- I guess you -- |
| 16:13:59 | 5 | you are wrong. |
| 16:14:02 | 6 | Q. BY MR. SIEGEL: I'm wrong? |
| 16:14:02 | 7 | A. Yes. |
| 16:14:03 | 8 | Q. How am I wrong? |
| 16:14:04 | 9 | A. Can you please repeat the question once -- |
| 16:14:06 | 10 | Q. Okay. |
| 16:14:06 | 11 | A. -- again and -- |
| 16:14:10 | 12 | Q. Mr. -- Mr. Zhukov was a customer -- |
| 16:14:12 | 13 | right? -- of Webzilla and of Servers? |
| 16:14:16 | 14 | Correct? |
| 16:14:16 | 15 | A. Correct. |
| 16:14:17 | 16 | Q. And he was a customer that retained |
| 16:14:24 | 17 | the services of over a thousand servers; correct? |
| 16:14:27 | 18 | A. Correct. |
| 16:14:27 | 19 | Q. Okay. And Webzilla and Servers -- |
| 16:14:29 | 20 | right? -- had to lease those servers for some -- |
| 16:14:34 | 21 | from somewhere; right? |
| 16:14:37 | 22 | A. That's correct. |
| 16:14:38 | 23 | Q. In order to provide those services |
| 16:14:41 | 24 | to Mr. Zhukov; right? |
| 16:14:42 | 25 | A. That is correct. |

| | | |
|---|---|---|
| 16:14:43 | 1 | Q.   Okay.  So when Mr. Zhukov was |
| 16:14:46 | 2 | terminated -- right? -- Webzilla and Servers |
| 16:14:50 | 3 | had lease obligations -- right? -- that continued |
| 16:14:54 | 4 | even though Mr. -- to -- to the companies that |
| 16:14:59 | 5 | Webzilla and Server [sic] were leasing those |
| 16:15:03 | 6 | servers from; right? |
| 16:15:04 | 7 | Those obligations continued even |
| 16:15:06 | 8 | though Mr. Zhukov had been terminated; correct? |
| 16:15:10 | 9 | A.   That's correct. |
| 16:15:10 | 10 | Q.   Okay.  And my question is:  Do you know |
| 16:15:16 | 11 | what happened to those lease -- to the servers |
| 16:15:21 | 12 | that Webzilla and Servers continued to have to |
| 16:15:25 | 13 | lease even though Mr. Zhukov had been terminated? |
| 16:15:30 | 14 | Were they released -- were they leased |
| 16:15:32 | 15 | to other customers that replaced Mr. Zhukov?  Were |
| 16:15:37 | 16 | those leases terminated?  Or none of the above? |
| 16:15:40 | 17 | Do you have any idea? |
| 16:15:41 | 18 | A.   Some of them were leased to other |
| 16:15:43 | 19 | customers. |
| 16:15:45 | 20 | Q.   Okay. |
| 16:15:45 | 21 | A.   Some of them not. |
| 16:15:46 | 22 | Q.   Some of them were never -- do you -- |
| 16:15:47 | 23 | can you give a rough estimate of the percentage |
| 16:15:51 | 24 | that were not leased to other customers? |
| 16:15:55 | 25 | A.   I don't have such estimate. |

```
16:15:56   1        Q.   Do you think it is more than 50 percent?
16:16:02   2        A.   I don't have such estimate.
16:16:05   3             (Court reporter clarification.)
16:16:05   4        Q.   BY MR. SIEGEL:  You don't have an
16:16:05   5   estimate?
16:16:05   6        A.   I don't have such estimate.
16:16:05   7        Q.   Okay.  Do you know about how long
16:16:08   8   it took for any servers to be leased to other
16:16:12   9   customers?
16:16:16  10        A.   I didn't follow specifically.  No,
16:16:22  11   I don't know.
16:16:22  12             (Court reporter clarification.)
16:16:22  13             THE WITNESS:  I don't know.  I didn't
16:16:22  14   follow specifically.  I don't know.
16:16:23  15        Q.   BY MR. SIEGEL:  Okay.  So this methbot
16:16:26  16   issue, how Mr. Zhukov was terminated, little less
16:16:26  17   than two and a half years ago; right?
16:16:26  18             I'm sorry.  A little less than a year
16:16:26  19   and a half ago; correct?
16:16:32  20        A.   It was less than a year and a half ago.
16:16:35  21        Q.   Okay.  Are there still servers that
16:16:37  22   Webzilla or Servers is leasing that had been
16:16:41  23   used by Mr. Zhukov?
16:16:43  24        A.   Yes.
16:16:44  25        Q.   Yes.  Okay.
```

```
16:16:46   1            Do you know approximately how many?

16:16:48   2       A.   I don't know.

16:16:49   3       Q.   Is it more than a hundred?

16:16:54   4       A.   I don't know.

16:16:57   5       Q.   Okay.  If you look at the bottom of

16:17:09   6   page 2, the question:

16:17:11   7            "How much will you lose on this project?"

16:17:13   8            "As per our expectation ... from" two

16:17:19   9   to two and a half million, "if we will not sell

16:17:25  10   this servers to somebody else."  (As read.)

16:17:27  11            Do you know where that number came from?

16:17:30  12       A.   This number came from Aleksej Gubarev.

16:17:34  13       Q.   And did you have any involvement in

16:17:40  14   calculating that number or estimating that number?

16:17:43  15       A.   I didn't.

16:17:43  16       Q.   Okay.  I think you [sic] asked you this

16:17:46  17   before.  But sitting here today, do you have any

16:17:49  18   idea how much, in fact, was lost as a result of

16:17:55  19   terminating Mr. Zhukov?

16:17:57  20       A.   I don't know.

16:17:59  21       Q.   Do you think it was -- okay.  Never mind.

16:18:00  22   Okay.  I'm going to show you a few exhibits quickly

16:18:11  23   just to ask you to explain what they are.

16:18:13  24       A.   Okay.

16:18:14  25            (Exhibit 73 marked.)
```

| | | |
|---|---|---|
| 16:18:21 | 1 | Q.   BY MR. SIEGEL:  This is 73 and this -- |
| 16:18:25 | 2 | these -- I'll tell you these all appear to me |
| 16:18:29 | 3 | to be communications that relate to Mr. Zhukov |
| 16:18:33 | 4 | at this time in some respect. |
| 16:18:34 | 5 | But what is Exhibit 73? |
| 16:18:37 | 6 | A.   (Examining.)  It is a printout from |
| 16:18:39 | 7 | a ticket system used by Servers.com. |
| 16:18:45 | 8 | Q.   Okay.  And what does the printout |
| 16:18:51 | 9 | reflect?  What is being communicated here? |
| 16:18:55 | 10 | A.   It is a pretty large printout.  Which |
| 16:18:59 | 11 | part of it are you referring to specifically? |
| 16:19:01 | 12 | Q.   Well, for example, it says -- under |
| 16:19:03 | 13 | "People," it says: |
| 16:19:04 | 14 | "Requestors." |
| 16:19:05 | 15 | "dvas@servers.com." |
| 16:19:05 | 16 | "i-betters@yandex.ru." |
| 16:19:05 | 17 | "ibetters2@gmail.com." |
| 16:19:12 | 18 | What does that mean? |
| 16:19:24 | 19 | A.   I'm not really sure about -- about that. |
| 16:19:26 | 20 | Q.   Okay.  Look at the bottom under: |
| 16:19:31 | 21 | "History." |
| 16:19:31 | 22 | It says: |
| 16:19:32 | 23 | "Subject:  Service suspension due to |
| 16:19:34 | 24 | allegedly suspicious activity." |
| 16:19:35 | 25 | "From:  Dvas@servers.com." |

| 16:19:37 | 1 | "To:  Abuse@servers.com." |

16:19:37    1          "To:  Abuse@servers.com."

16:19:40    2          And then it has a number of lines.

16:19:42    3     A.   Yes.

16:19:43    4     Q.   Do you understand what that means?

16:19:44    5     A.   Yes.

16:19:44    6     Q.   What does it mean?

16:19:46    7     A.   Basically from here and then one, two,

16:19:49    8  three, four -- four lines was creating a ticket

16:19:58    9  that would go to the customer with the subject:

16:20:02   10          "Service suspension due to allegedly" --

16:20:05   11     Q.   Right.

16:20:05   12     A.   (Reading.)

16:20:05   13          -- "suspicious activity."

16:20:07   14     Q.   Okay.  And is this -- is this the

16:20:09   15  notification to the customer that their services

16:20:11   16  are being suspended immediately, as it indicates

16:20:14   17  on the next page?

16:20:15   18          Is that what this is?

16:20:17   19     A.   Can you please repeat the question?

16:20:19   20     Q.    Is this a notification that went to

16:20:20   21  the customer?

16:20:22   22     A.    This is a notification that went to

16:20:23   23  the customer.

16:20:24   24          MR. SIEGEL:  Okay.  Show you 74.

16:20:38   25          (Exhibit 74 marked.)

```
16:20:47   1        Q.   BY MR. SIEGEL:  So if you look at the
16:20:48   2   first page of Exhibit 74 where it says:
16:20:51   3             "History."
16:20:52   4        A.   (Examining.)  Uh-huh.  "History."
16:20:55   5   "History."
16:20:56   6             Yeah, I see it.
16:20:57   7        Q.   Yes.
16:20:58   8        A.   Yes.
16:20:58   9        Q.   And, again, it's -- obviously, it's
16:20:58  10   in Russian.
16:20:59  11        A.   It's in Russian.
16:21:00  12        Q.   What does this reflect?
16:21:04  13        A.   It is a request to on-site engineers --
16:21:09  14        Q.   Uh-huh.
16:21:09  15        A.   -- to remove the drives from the server
16:21:16  16   and to store them securely, not to ever use them
16:21:26  17   in any other servers and not to destroy them in
16:21:33  18   any way.
16:21:33  19        Q.   Okay.  And why is it written in Russian?
16:21:42  20        A.   Because I wrote it in Russian.  I wrote
16:21:46  21   it in Russian because I wrote it to the on-site
16:21:50  22   team in Amsterdam, which at that moment was Russian
16:21:58  23   speaking --
16:22:02  24        Q.   Okay.
16:22:02  25        A.   -- 100 percent.
```

16:22:03  1        Q.   And were the -- and so the servers are

16:22:07  2   in -- you wrote it to -- were there also servers

16:22:12  3   in Dallas?

16:22:13  4        A.   Yes, there were.

16:22:14  5        Q.   Would the same communication go to the

16:22:17  6   servers in Dallas?

16:22:19  7        A.   In English.

16:22:19  8        Q.   In English.  Okay.

16:22:23  9             MR. SIEGEL:  I'll show you quickly

16:22:25 10   Exhibit 75.

16:22:32 11             (Exhibit 75 marked.)

16:22:38 12        Q.   BY MR. SIEGEL:  And what is 75?

16:22:45 13        A.   (Examining.)  It --

16:22:46 14        Q.   Other than I've learned that the last

16:22:48 15   word means "thank you."

16:22:50 16        A.   That's correct.

16:22:54 17             It is an e-mail generated by the ticket

16:22:58 18   system to my corporate e-mail address.

16:23:03 19        Q.   And what does it say?

16:23:05 20        A.   It says that the drives -- the drives

16:23:09 21   have been removed, marked, and stored.

16:23:11 22        Q.   Okay.  So this is, essentially,

16:23:13 23   confirming that the instructions that you

16:23:15 24   gave have been carried out?

16:23:20 25        A.   Yes.

| | | |
|---|---|---|
| 16:23:20 | 1 | MR. SIEGEL:  Okay.  We'll go to 76. |
| 16:23:26 | 2 | (Exhibit 76 marked.) |
| 16:23:40 | 3 | Q.   BY MR. SIEGEL:  Okay.  Now, unit [sic] |
| 16:23:41 | 4 | 76 has -- is, again, a printout of some sort. |
| 16:23:44 | 5 | It has the name Alexander Zhukov at the top. |
| 16:23:49 | 6 | Do you understand what this printout |
| 16:23:51 | 7 | reflects? |
| 16:23:51 | 8 | A.   (Examining.)  Yes. |
| 16:23:52 | 9 | Q.   What is it? |
| 16:23:53 | 10 | A.   It is part of a customer information |
| 16:24:04 | 11 | in an internal system of Servers.com used for |
| 16:24:10 | 12 | tracking customers. |
| 16:24:11 | 13 | Q.   Okay.  Where it says "Fraud check |
| 16:24:14 | 14 | status:  Legitimate," what does that mean? |
| 16:24:18 | 15 | A.   It means that the credit card for the |
| 16:24:25 | 16 | customer has not -- that we did not assume that |
| 16:24:34 | 17 | the credit card used for the customer was stolen |
| 16:24:41 | 18 | or something like that. |
| 16:24:42 | 19 | Q.   And "Fraud validation request," what |
| 16:24:47 | 20 | does that refer to? |
| 16:24:48 | 21 | A.   It means that we did not request the |
| 16:24:52 | 22 | information in order to prove that this credit |
| 16:24:59 | 23 | card is not stolen. |
| 16:25:01 | 24 | Q.   And where it says "Tolerance threshold," |
| 16:25:04 | 25 | a thousand dollars, what does that mean? |

```
16:25:06   1        A.   It means nothing.

16:25:08   2        Q.   It's nothing.  Okay.  It doesn't --

16:25:09   3   has no significance?

16:25:11   4        A.   It has zero significance.

16:25:13   5        Q.   Okay.  "Billing traffic method:  Per

16:25:18   6   server," what does that mean?

16:25:23   7        A.    It means that the customer is charged

16:25:34   8   for bandwidth consumed for each server individually.

16:25:41   9        Q.   Okay.  And so does the -- does the payment

16:25:46  10   depend on the amount of bandwidth that's actually

16:25:49  11   consumed?

16:25:50  12        A.   Yes.

16:25:50  13        Q.   Okay.  So it's not a fixed payment for

16:25:56  14   each server?

16:25:56  15        A.   It's not a fixed payment.

16:25:58  16        Q.   And last question is:  Under "Billing

16:26:00  17   address" and "Shipping address," there's an

16:26:02  18   address listed in the Seychelles.

16:26:06  19             Based on your having met Mr. Zhukov,

16:26:08  20   where did you understand that he was from?  Or

16:26:10  21   where he resided?

16:26:15  22        A.   I -- I didn't ask.

16:26:20  23        Q.   Do you have any understanding that

16:26:21  24   he had any connection to the Seychelles?

16:26:24  25        A.   He had some.
```

| | | |
|---|---|---|
| 16:26:26 | 1 | Q.   What was that? |
| 16:26:30 | 2 | A.   The company that was paying the invoices |
| 16:26:35 | 3 | was from the Seychelles. |
| 16:26:44 | 4 | Q.   Did you -- do -- do you know whether |
| 16:26:46 | 5 | Mr. Zhukov lived in the Seychelles? |
| 16:26:48 | 6 | A.   I don't know that. |
| 16:26:51 | 7 | Q.   Do you have any idea why that company |
| 16:26:53 | 8 | was located in the Seychelles? |
| 16:26:57 | 9 | A.   I don't know that. |
| 16:26:58 | 10 | Q.   Did you ever ask? |
| 16:26:59 | 11 | A.   No. |
| 16:27:06 | 12 | MR. SIEGEL:  Last exhibit in this group. |
| 16:27:10 | 13 | (Exhibit 77 marked.) |
| 16:27:23 | 14 | Q.   BY MR. SIEGEL:  And, again, this is |
| 16:27:24 | 15 | a printout.  The first page 1770 -- I'm sorry -- |
| 16:27:28 | 16 | 1776 contains some names. |
| 16:27:31 | 17 | Do you know what this printout reflects? |
| 16:27:34 | 18 | A.   (Examining.)  Yes. |
| 16:27:34 | 19 | Q.   What does it reflect? |
| 16:27:36 | 20 | A.   It is a list of users -- |
| 16:27:41 | 21 | Q.   Uh-huh. |
| 16:27:41 | 22 | A.   -- that are allowed to -- no.  It is |
| 16:27:43 | 23 | a list of contacts that the customer provided |
| 16:27:48 | 24 | for his account. |
| 16:27:51 | 25 | Q.   Mr. Zhukov provided? |

| | | |
|---|---|---|
| 16:27:53 | 1 | A.   I don't know that. |
| 16:27:55 | 2 | Q.   Oh, okay.  Well, in your -- |
| 16:27:58 | 3 | A.   Some customer. |
| 16:27:59 | 4 | Q.   Some customer? |
| 16:28:00 | 5 | A.   Some customer. |
| 16:28:01 | 6 | Q.   And what -- contacts about -- contacts |
| 16:28:03 | 7 | in what respect?  Contacts for what purpose? |
| 16:28:09 | 8 | A.   For any communication Servers.com might |
| 16:28:21 | 9 | want to address to the customer in a written form. |
| 16:28:26 | 10 | Q.   And so are -- so this is a list of |
| 16:28:30 | 11 | people that some customer directed Servers.com |
| 16:28:34 | 12 | to communicate with? |
| 16:28:36 | 13 | A.   The first -- yes, the first page is |
| 16:28:37 | 14 | the list of people.  Yes. |
| 16:28:39 | 15 | Q.   And what is the second page? |
| 16:28:41 | 16 | A.   The second page is the list of user |
| 16:28:44 | 17 | log-ins together with their names and statuses. |
| 16:28:50 | 18 | Last IP that was used to log in to the system. |
| 16:29:00 | 19 | Q.   Okay.  And what does "Status:  Disabled" |
| 16:29:03 | 20 | mean? |
| 16:29:04 | 21 | A.   Hmm? |
| 16:29:04 | 22 | Q.   What does "Status:  Disabled" mean? |
| 16:29:07 | 23 | A.   "Status:  Disabled" means that this |
| 16:29:09 | 24 | user cannot log in. |
| 16:29:11 | 25 | Q.   Because -- because the company has |

| 16:29:14 | 1 | prevented future log-ins? |
| 16:29:16 | 2 | A. Because Servers.com has prevented |
| 16:29:16 | 3 | future log-ins. |
| 16:29:19 | 4 | Q. Okay. Does this -- I mean, I'll |
| 16:29:23 | 5 | represent to you that I believe this was |
| 16:29:24 | 6 | produced to us in connection with a request |
| 16:29:28 | 7 | for any documents related to methbot. |
| 16:29:34 | 8 | Does this appear to you to be related |
| 16:29:37 | 9 | to the methbot matter? |
| 16:29:49 | 10 | A. Yes. |
| 16:29:49 | 11 | Q. And why do you say that? |
| 16:29:51 | 12 | A. This appears to be the e-mail -- |
| 16:29:53 | 13 | the first log-in e-mail "ibetters2@gmail.com." |
| 16:29:59 | 14 | (Court reporter clarification.) |
| 16:29:59 | 15 | THE WITNESS: The first e-mail |
| 16:29:59 | 16 | "ibetters2@gmail.com" -- |
| 16:29:59 | 17 | Q. BY MR. SIEGEL: Okay. |
| 16:30:03 | 18 | A. -- is the e-mail that customer used |
| 16:30:12 | 19 | as -- that Alexander Zhukov used as a log-in |
| 16:30:19 | 20 | for Servers.com -- |
| 16:30:21 | 21 | Q. Okay. |
| 16:30:21 | 22 | A. -- portal. |
| 16:30:23 | 23 | Q. Do you have any idea who Alexander |
| 16:30:25 | 24 | Batrakov is? |
| 16:30:28 | 25 | A. I have no idea about that. |

| | | |
|---|---|---|
| 16:30:29 | 1 | Q.   Do you have any idea who Dennis -- or |
| 16:30:32 | 2 | Denis Avdeev -- Avdeev is, which is -- this is |
| 16:30:36 | 3 | on the second page? |
| 16:30:39 | 4 | A.   Yes, I do. |
| 16:30:40 | 5 | Q.   Who is Denis Avdeev? |
| 16:30:45 | 6 | A.   It is a system administrator. |
| 16:30:48 | 7 | Q.   And where? |
| 16:30:51 | 8 | A.   I don't know where he is now. |
| 16:30:53 | 9 | Q.   Was he with Servers.com at the time? |
| 16:30:56 | 10 | A.   No.  He was not with Servers.com. |
| 16:30:58 | 11 | Q.   So how do you know him? |
| 16:31:04 | 12 | A.   He was allowed log-ins to Servers.com |
| 16:31:08 | 13 | self-service portal as well. |
| 16:31:11 | 14 | Q.   And how does he relate to Mr. Zhukov? |
| 16:31:15 | 15 | A.   I don't know the nature of their |
| 16:31:16 | 16 | relationship. |
| 16:31:17 | 17 | Q.   No, but in other words, how does this |
| 16:31:19 | 18 | in any way connect to the methbot matter with |
| 16:31:25 | 19 | respect to Mr. -- with Denis Avdeev? |
| 16:31:29 | 20 | A.   Mr. Denis Avdeev was -- I don't know |
| 16:31:40 | 21 | who Mr. Denis Avdeev is.  But someone using the |
| 16:31:44 | 22 | e-mail "aviapost08@gmail.com" -- |
| 16:31:49 | 23 | Q.   Uh-huh. |
| 16:31:49 | 24 | A.   -- and presenting himself as Denis |
| 16:31:52 | 25 | Avdeev was performing some technical actions |

| | | |
|---|---|---|
| 16:32:01 | 1 | like re-booting the servers or re-installing |
| 16:32:05 | 2 | the servers. |
| 16:32:06 | 3 | Q.   Okay.  Did you ever communicate |
| 16:32:07 | 4 | with whoever it was holding themselves [sic] |
| 16:32:09 | 5 | out as Denis Avdeev? |
| 16:32:12 | 6 | A.   I did. |
| 16:32:13 | 7 | Q.   When? |
| 16:32:16 | 8 | A.   Late summer, early spring. |
| 16:32:19 | 9 | Q.   Of 2016? |
| 16:32:21 | 10 | A.   Yes. |
| 16:32:21 | 11 | Q.   And in what context did you -- what |
| 16:32:23 | 12 | were those communications about? |
| 16:32:33 | 13 | A.   It was him asking how to re-boot and -- |
| 16:32:43 | 14 | how to re-boot many servers at once, many servers |
| 16:32:53 | 15 | belonging to one account at once. |
| 16:32:55 | 16 | Q.   And did you provide that information? |
| 16:33:00 | 17 | A.   Yes, I did. |
| 16:33:01 | 18 | Q.   Any other communication with whoever |
| 16:33:03 | 19 | this was holding themself out as Denis Avdeev? |
| 16:33:07 | 20 | A.   I don't remember anything else. |
| 16:33:08 | 21 | Q.   In -- on page 1767, it indicates that |
| 16:33:13 | 22 | his last log-on was October 24th, 2016, and that |
| 16:33:18 | 23 | his log-in was disabled. |
| 16:33:21 | 24 | Does that indicate that it was disabled |
| 16:33:24 | 25 | in October 2016? |

| | | |
|---|---|---|
| 16:33:26 | 1 | A.   No. |
| 16:33:26 | 2 | Q.   It says -- do you know what date it |
| 16:33:29 | 3 | was disabled just from reading this? |
| 16:33:31 | 4 | A.   No. |
| 16:33:31 | 5 | Q.   Okay.  Have you or anyone else, to your |
| 16:33:35 | 6 | knowledge, ever tried to contact this person Denis |
| 16:33:38 | 7 | Avdeev? |
| 16:33:41 | 8 | A.   No. |
| 16:33:45 | 9 | Q.   On the first page, do you know who the |
| 16:33:48 | 10 | second name is, Deny McGrey?  Do you know that -- |
| 16:33:52 | 11 | do you know that name? |
| 16:33:52 | 12 | A.   No. |
| 16:33:54 | 13 | Q.   So you never communicated with anybody |
| 16:33:56 | 14 | purporting to be Deny? |
| 16:33:58 | 15 | A.   No. |
| 16:33:58 | 16 | Q.   And last, Renat Litvinov, same question? |
| 16:34:03 | 17 | A.   No to both answer -- to both -- |
| 16:34:10 | 18 | Q.   Okay. |
| 16:34:10 | 19 | A.   -- questions. |
| 16:34:11 | 20 | MR. SIEGEL:  Okay.  I'm going to show |
| 16:34:15 | 21 | you Exhibit 78. |
| 16:34:17 | 22 | (Exhibit 78 marked.) |
| 16:34:20 | 23 | THE WITNESS:  (Examining.)  Okay. |
| 16:34:32 | 24 | Q.   BY MR. SIEGEL:  Okay.  And I'll represent |
| 16:34:34 | 25 | to you that Exhibit 78 is a series of text messages |

| | | |
|---|---|---|
| 16:34:38 | 1 | that was produced to us by KGlobal. |
| 16:34:42 | 2 | A.   Uh-huh. |
| 16:34:43 | 3 | Q.   If you look at the first two pages, 3870 |
| 16:34:49 | 4 | and 3871, those appear to be texts between you and |
| 16:34:54 | 5 | Mr. Dolan. |
| 16:34:55 | 6 | Is that correct? |
| 16:34:55 | 7 | A.   Yes. |
| 16:35:00 | 8 | Q.   And they extend from -- if you go to the |
| 16:35:04 | 9 | bottom of the chain -- July 10th, 2016, and to -- |
| 16:35:08 | 10 | they -- until January 30th, 2017? |
| 16:35:21 | 11 | A.   July 30 -- January 30th, 2017. |
| 16:35:25 | 12 | Q.   Yes. |
| 16:35:26 | 13 | A.   Yes.  That's -- that's it. |
| 16:35:27 | 14 | Q.   So does this -- reflected between July |
| 16:35:30 | 15 | 2016 and January 2017, you sometimes communicated |
| 16:35:33 | 16 | with Mr. Dolan by text? |
| 16:35:35 | 17 | A.   Yes, I have. |
| 16:35:35 | 18 | Q.   What service did you use? |
| 16:35:49 | 19 | What messaging service?  Just straight |
| 16:35:54 | 20 | text off your phone? |
| 16:35:55 | 21 | A.   No.  I don't -- I don't -- I don't |
| 16:35:58 | 22 | remember. |
| 16:36:01 | 23 | Q.   Have you ever searched texts -- why -- |
| 16:36:03 | 24 | have you ever provided these texts in this case |
| 16:36:09 | 25 | to anybody? |

16:36:10   1        A.   No.  I haven't provided these texts.

16:36:13   2        Q.   Why not?

16:36:14   3        A.   I don't know where to find it.

16:36:17   4        Q.   Okay.  Did you use your phone to send

16:36:22   5   these texts?

16:36:25   6        A.   Most probably I used my phone to send

16:36:29   7   these texts.

16:36:30   8        Q.   Okay.  Have you ever searched your

16:36:32   9   phone --

16:36:32  10        A.   Yes, I have.

16:36:32  11        Q.   -- to look for texts in connection

16:36:34  12   with this case?

16:36:36  13        A.   Yes, I have.

16:36:36  14        Q.   When?

16:36:37  15        A.   When requested.  I -- I don't remember

16:36:39  16   when it was.

16:36:40  17        Q.   Okay.  Roughly how long after the dossier

16:36:44  18   was published do you think that you searched your

16:36:46  19   phone?

16:36:49  20        A.   A fair amount of time.  I don't remember.

16:36:54  21        Q.   More than three weeks afterwards?

16:36:56  22        A.   More than three weeks.

16:36:57  23        Q.   And what did you search for?  What

16:37:03  24   were you looking for?

16:37:04  25        A.   I searched for -- I opened my

| | | |
|---|---|---|
| 16:37:14 | 1 | communications with Mr. Dolan and Mr. Malunda. |
| 16:37:24 | 2 | Q.   You looked for communications with |
| 16:37:26 | 3 | Mr. Dolan and -- |
| 16:37:27 | 4 | A.   Mr. Malunda.  Yes. |
| 16:37:33 | 5 | Q.   Who is somebody else at -- |
| 16:37:33 | 6 | THE COURT REPORTER:  I'm sorry.  What's |
| 16:37:33 | 7 | the second one? |
| 16:37:33 | 8 | THE WITNESS:  Mr. Malunda. |
| 16:37:33 | 9 | Q.   BY MR. SIEGEL:  Who was also at KGlobal -- |
| 16:37:36 | 10 | A.   Yes. |
| 16:37:36 | 11 | Q.   -- right? |
| 16:37:36 | 12 | And what did you find? |
| 16:37:44 | 13 | A.   Nothing. |
| 16:37:45 | 14 | Q.   You didn't find any? |
| 16:37:48 | 15 | A.   Yeah. |
| 16:37:49 | 16 | Q.   Was your phone ever imaged? |
| 16:37:51 | 17 | A.   No. |
| 16:37:55 | 18 | Q.   Is it possible that these texts are |
| 16:37:58 | 19 | on your phone now? |
| 16:38:07 | 20 | A.   I don't know. |
| 16:38:07 | 21 | Q.   Okay.  When did you last get a new |
| 16:38:12 | 22 | phone? |
| 16:38:15 | 23 | A.   December. |
| 16:38:16 | 24 | Q.   Of 2017? |
| 16:38:17 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 16:38:18 | 1 | Q.   When you got a new phone, did texts |
| 16:38:24 | 2 | you sent from your old phone transfer over? |
| 16:38:32 | 3 | A.   Not all of them. |
| 16:38:34 | 4 | Q.   What happened to your old phone? |
| 16:38:36 | 5 | A.   I still have it. |
| 16:38:37 | 6 | Q.   What's that? |
| 16:38:39 | 7 | A.   I still have it. |
| 16:38:40 | 8 | Q.   You still have it. |
| 16:38:41 | 9 | Did you have that phone for all of |
| 16:38:43 | 10 | 2017, in other words, the last phone you had? |
| 16:38:48 | 11 | A.   No. |
| 16:38:48 | 12 | Q.   Okay.  When did you change phones |
| 16:38:53 | 13 | previously of 2017? |
| 16:38:55 | 14 | A.   In summer. |
| 16:38:55 | 15 | Q.   In the summer? |
| 16:38:56 | 16 | A.   Yes. |
| 16:38:57 | 17 | Q.   Okay.  Do you still have the phone |
| 16:39:00 | 18 | that you changed to -- I'm sorry. |
| 16:39:04 | 19 | The phone that you stopped using in |
| 16:39:06 | 20 | the summer of 2017, do you still have that? |
| 16:39:08 | 21 | A.   I still have that. |
| 16:39:10 | 22 | Q.   And I take it none of those phones |
| 16:39:12 | 23 | have ever been imaged? |
| 16:39:15 | 24 | A.   None of them. |
| 16:39:16 | 25 | Q.   When you asked to do a search, did |

```
16:39:18   1   you search that old phone?  [sic]

16:39:22   2        A.   I searched the one before the last.

16:39:25   3        Q.   Okay.  Why didn't you search the other

16:39:29   4   one, the one that you had switched in the summer?

16:39:32   5        A.   Because, when I switched between them,

16:39:34   6   all the content was migrated.

16:39:39   7        Q.   Okay.  I think you just testified that --

16:39:41   8   that they weren't all migrated.

16:39:42   9        A.   No.  I just testified that when I

16:39:43  10   performed the last --

16:39:44  11        Q.   Okay.

16:39:45  12        A.   -- switchover, I didn't migrate all

16:39:48  13   the content.

16:39:48  14        Q.   Okay.

16:39:48  15        A.   But the --

16:39:49  16        Q.   Well --

16:39:49  17        A.   -- previous switchover, I did.

16:39:51  18        Q.   The contacts were all migrated --

16:39:51  19        A.   The content, all the --

16:39:51  20        Q.   -- right?

16:39:51  21        A.   -- content, everything.

16:39:53  22        Q.   But do you have any idea whether

16:39:56  23   all communications anywhere on the phone

16:39:58  24   were migrated?

16:39:59  25        A.   Excuse me?
```

| | | |
|---|---|---|
| 16:40:00 | 1 | Q.   Do you have any idea whether all |
| 16:40:03 | 2 | communications that might reside and data |
| 16:40:05 | 3 | anywhere on the phone were migrated to the |
| 16:40:08 | 4 | new one in the summer of 2017? |
| 16:40:10 | 5 | A.   All communications, I don't know. |
| 16:40:13 | 6 | Q.   Okay.  Are -- is it your testimony |
| 16:40:16 | 7 | today that you do not know how you texted in |
| 16:40:19 | 8 | January 2017? |
| 16:40:26 | 9 | A.   I have more than one idea about that. |
| 16:40:30 | 10 | Q.   Okay.  And what is your idea? |
| 16:40:33 | 11 | A.   It is either Facebook Messenger or Skype. |
| 16:40:38 | 12 | Q.   And in the case of -- okay.  And -- well, |
| 16:40:40 | 13 | we talked about Skype before. |
| 16:40:43 | 14 | So with Skype -- and you testified before, |
| 16:40:46 | 15 | I believe, that you did not exchange text messages |
| 16:40:50 | 16 | on Skype. |
| 16:40:50 | 17 | Do you believe that that testimony was -- |
| 16:40:51 | 18 | A.   No, I didn't testify that. |
| 16:40:52 | 19 | Q.   Well, I think you did. |
| 16:40:54 | 20 | A.   I testified that I did not exchange |
| 16:40:56 | 21 | text messages with Marilyn Gerber in Skype. |
| 16:40:58 | 22 | Q.   Okay.  What about Mr. Dolan? |
| 16:41:03 | 23 | A.   I guess I did exchange some messages |
| 16:41:07 | 24 | on Skype with him. |
| 16:41:08 | 25 | Q.   Okay.  Can you tell whether these |

16:41:10   1   are by Skype?

16:41:13   2        A.   Hmm?

16:41:13   3        Q.   Can you tell whether these messages

16:41:13   4   were exchanged by Skype?

16:41:13   5        A.   I cannot tell.

16:41:15   6        Q.   And does your phone retain Skype

16:41:18   7   messages?

16:41:21   8        A.   It does.

16:41:22   9        Q.   It does.  Okay.

16:41:24   10            So why did you -- we never receive

16:41:31   11   these texts?

16:41:32   12       A.   For Skype specifically, at some point,

16:41:36   13   I lost all the history of my Skype.

16:41:39   14       Q.   At what point was that?

16:41:41   15       A.   I -- I -- I don't know when.  But it

16:41:43   16   was, you know, maybe summer or something like

16:41:48   17   that.

16:41:48   18       Q.   Summer of 2017?

16:41:50   19       A.   Yes.  It -- it is for Skype specifically.

16:41:54   20       Q.   Okay.  And how did you come to lose that?

16:41:56   21       A.   I have no idea.  I am clueless about that.

16:42:00   22       Q.   And I take it that, when you checked your

16:42:03   23   phone for purposes of this case, it was after you

16:42:04   24   had lost all of the Skype messages?

16:42:09   25       A.   I guess so.

16:42:14   1        Q.   Other than communications with Mr. Dolan,

16:42:16   2   were you looking for anything else when you searched

16:42:20   3   your phone?

16:42:23   4        A.   With Mr. Cutler and Ms. Gerber.

16:42:28   5        Q.   Okay.  Did you search for anything other

16:42:30   6   than communications with public relations person --

16:42:33   7   people?

16:42:35   8        A.   I searched for communications related

16:42:38   9   to methbot.

16:42:40   10       Q.   Okay.  Anything else?

16:42:42   11       A.   With -- and I searched for communications

16:42:47   12   relating to the dossier that was published on

16:42:55   13   Buzzfeed and to the lawsuit that followed this

16:43:00   14   dossier.

16:43:01   15       Q.   Well, and -- and when you say "relating

16:43:04   16   to the lawsuit," what does that mean to you?  What

16:43:08   17   relates to the lawsuit?

16:43:11   18       A.   What -- what -- whatever relates to the

16:43:14   19   lawsuit.

16:43:14   20       Q.   Who made -- who made the determination

16:43:16   21   as to what relates to the lawsuit?

16:43:20   22       A.   I made this determination.

16:43:23   23       Q.   And I'll represent to you that we haven't

16:43:25   24   received any text from you.  So --

16:43:27   25       A.   That's -- that is correct.

| | | |
|---|---|---|
| 16:43:28 | 1 | Q.   So is it your testimony that you found |
| 16:43:30 | 2 | no texts that fell into any of those categories? |
| 16:43:33 | 3 | A.   I found no text. |
| 16:43:35 | 4 | Q.   Okay. |
| 16:43:36 | 5 | A.   And -- |
| 16:43:36 | 6 | Q.   Did you search -- go ahead. |
| 16:43:38 | 7 | A.   Okay.  Sorry.  Go ahead. |
| 16:43:39 | 8 | Q.   Did you search Facebook Messenger? |
| 16:43:41 | 9 | A.   I searched Facebook Messenger. |
| 16:43:43 | 10 | Q.   And how long back have your Facebook |
| 16:43:45 | 11 | Messenger texts been retained or messages been |
| 16:43:48 | 12 | retained? |
| 16:43:49 | 13 | A.   I don't know.  Probably forever. |
| 16:43:50 | 14 | Q.   Okay.  Do you use personal e-mail |
| 16:43:59 | 15 | addresses in -- in addition to your work e-mail -- |
| 16:44:02 | 16 | A.   I do. |
| 16:44:02 | 17 | Q.   -- addresses? |
| 16:44:03 | 18 | A.   I do. |
| 16:44:05 | 19 | Q.   Okay.  And did you search any personal |
| 16:44:07 | 20 | e-mail accounts? |
| 16:44:08 | 21 | A.   All of them. |
| 16:44:11 | 22 | Q.   And I -- did you find anything? |
| 16:44:13 | 23 | A.   Nothing. |
| 16:44:13 | 24 | Q.   And, again, who -- you performed that |
| 16:44:16 | 25 | search? |

| 16:44:17 | 1 | A.   I performed that search. |
| 16:44:18 | 2 | Q.   Okay.  Which e-mail service do you |
| 16:44:45 | 3 | use personally? |
| 16:44:47 | 4 | A.   Personally I use Gmail, FastMail, |
| 16:44:51 | 5 | and Yandex Mail. |
| 16:44:54 | 6 | Q.   Are those all web-based, or are some |
| 16:44:56 | 7 | of them -- do you use Outlook or some other -- |
| 16:44:59 | 8 | A.   They are all web-based. |
| 16:45:02 | 9 | Q.   And do you know how long those are |
| 16:45:04 | 10 | retained? |
| 16:45:07 | 11 | A.   Yes. |
| 16:45:08 | 12 | Q.   And what is the answer? |
| 16:45:17 | 13 | A.   They have -- they retain all the |
| 16:45:19 | 14 | e-mails. |
| 16:45:19 | 15 | Q.   Forever? |
| 16:45:20 | 16 | A.   Forever. |
| 16:45:20 | 17 | Q.   Okay.  Does Servers.com or Webzilla, |
| 16:45:24 | 18 | to your knowledge, have any -- the -- the company |
| 16:45:29 | 19 | e-mail system -- |
| 16:45:30 | 20 | A.   Uh-huh. |
| 16:45:30 | 21 | Q.   -- does it have any auto-delete function? |
| 16:45:35 | 22 | In other words, do your -- do e-mails disappear |
| 16:45:39 | 23 | after a certain amount of time unless you take |
| 16:45:41 | 24 | some action to save them? |
| 16:45:45 | 25 | A.   They don't disappear for at least five |

| | | |
|---|---|---|
| 16:45:48 | 1 | years. |
| 16:45:48 | 2 | Q.   For at least five years.  Okay. |
| 16:45:51 | 3 | A.   That I know. |
| 16:45:51 | 4 | Q.   And is that -- we're -- we're using |
| 16:45:51 | 5 | the "disappear." |
| 16:45:54 | 6 | Do they disappear from your desktop? |
| 16:45:57 | 7 | A.   They -- I don't know if they disappear |
| 16:46:01 | 8 | at all. |
| 16:46:02 | 9 | Q.   Okay.  Well, just -- |
| 16:46:03 | 10 | A.   I can confirm you that they don't |
| 16:46:06 | 11 | disappear for at least five years.  Because |
| 16:46:07 | 12 | that's how long I have this corporate e-mail |
| 16:46:10 | 13 | addresses.  And -- |
| 16:46:11 | 14 | Q.   Okay. |
| 16:46:11 | 15 | A.   -- nothing has disappeared so far to |
| 16:46:15 | 16 | my knowledge. |
| 16:46:16 | 17 | MR. SIEGEL:  Let's show you Exhibit 79. |
| 16:46:18 | 18 | (Exhibit 79 marked.) |
| 16:46:36 | 19 | Q.   BY MR. SIEGEL:  Do you recognize what |
| 16:46:37 | 20 | you're discussing with Mr. Dolan in Exhibit 79? |
| 16:46:41 | 21 | A.   (Examining.)  I'm not discussing anything |
| 16:46:47 | 22 | here. |
| 16:46:48 | 23 | Q.   Okay.  Or -- or -- sorry -- what the |
| 16:46:50 | 24 | subject of the communication is? |
| 16:46:52 | 25 | And I'll go ahead and give you Exhibit 80 |

| | | |
|---|---|---|
| 16:46:56 | 1 | as well because they're both about the same thing. |
| 16:46:59 | 2 | (Exhibit 80 marked.) |
| 16:47:02 | 3 | THE WITNESS: (Examining.) I recognize |
| 16:47:03 | 4 | the subject of this e-mail. |
| 16:47:10 | 5 | Q. BY MR. SIEGEL: And what -- what is the |
| 16:47:13 | 6 | subject of that e-mail? |
| 16:47:16 | 7 | A. The subject of this e-mail is that -- |
| 16:47:20 | 8 | is Charles Dolan trying to understand the line |
| 16:47:39 | 9 | of work performed by one Alan Cullison. |
| 16:47:44 | 10 | Q. And -- and is it fair to say that |
| 16:47:46 | 11 | somebody noticed that Mr. Cullin had -- Cullison -- |
| 16:47:49 | 12 | I'm sorry -- had apparently visited a LinkedIn |
| 16:47:54 | 13 | account? |
| 16:47:54 | 14 | A. Yes. |
| 16:47:55 | 15 | Q. And Mr. Bezruchenko evidently noticed |
| 16:47:59 | 16 | that? |
| 16:48:00 | 17 | A. He told me. |
| 16:48:01 | 18 | Q. And did you notice it? |
| 16:48:07 | 19 | A. No. |
| 16:48:09 | 20 | Q. Oh, I'm sorry. |
| 16:48:10 | 21 | The e-mail indicates that Mr. Gubarev |
| 16:48:12 | 22 | noticed it. |
| 16:48:17 | 23 | I think Exhibit 80 is from Mr. Gubarev. |
| 16:48:21 | 24 | Right? |
| 16:48:26 | 25 | Did you have any suspicion as to why |

```
16:48:31    1   a national security for the -- reporter for the

16:48:34    2   Wall Street Journal appeared to have visited,

16:48:36    3   you know, at least a couple of LinkedIn accounts

16:48:40    4   connected with company executives?

16:48:41    5        A.   We had.

16:48:41    6        Q.   And what was that?

16:48:43    7        A.   We believed that he was investigating

16:48:47    8   methbot.

16:48:49    9        Q.   And did you ever have -- did you have

16:48:51   10   any discussion with Mr. Dolan about whether you

16:48:55   11   should do anything about that?

16:48:57   12        A.   We had like that.

16:49:00   13        Q.   And tell me about that.

16:49:04   14        A.   I don't remember most of the conversation.

16:49:07   15        Q.   Okay.

16:49:09   16        A.   I remember -- no, I don't remember any

16:49:15   17   of the conversations.

16:49:15   18        Q.   Well, do you -- do you know if any --

16:49:17   19   did --

16:49:20   20        A.   I -- I don't -- I don't even remember

16:49:20   21   if I was part of the conversation.

16:49:23   22        Q.   Okay.  Do you know if anybody did

16:49:25   23   anything about it?  In other words, was --

16:49:26   24   did anybody reach out to Mr. Cullison?

16:49:31   25        A.   To Mr. Cullison?
```

```
16:49:32   1        Q.   Yes.

16:49:33   2        A.   I don't know.

16:49:33   3        Q.   Or to anybody else out -- in other

16:49:35   4   words, outside of the company, as a result

16:49:37   5   of learning the information?

16:49:39   6        A.   I don't know if anyone reached out

16:49:41   7   to anyone else.

16:49:42   8        Q.   Do you know of any -- any response

16:49:44   9   of any kind or any action of any kind that

16:49:48  10   anyone connected with the company took as

16:49:51  11   a result of learning that Mr. Cullison had

16:49:53  12   visited these LinkedIn accounts?

16:49:56  13        A.   Charles Dolan reported to have taken

16:49:59  14   some actions.

16:50:01  15        Q.   And -- and what actions were those?

16:50:03  16        A.   I don't know.

16:50:03  17        Q.   You don't remember what they were?

16:50:05  18        A.   I believe I didn't know what they were

16:50:09  19   at that time.

16:50:09  20        Q.   Okay.  So my understanding is you're

16:50:13  21   saying just -- you had some idea that Mr. Dolan

16:50:15  22   did something, but you didn't know what it was?

16:50:17  23        A.   That -- that he would figure out.

16:50:18  24        Q.   Okay.  Did there come a time when you

16:50:25  25   learned that Buzzfeed had published what is now
```

```
16:50:32    1    referred to as the dossier?

16:50:34    2         A.    Yes.

16:50:35    3         Q.    How did you learn that?

16:50:38    4         A.    Aleksej Gubarev showed me.

16:50:41    5         Q.    In your office?

16:50:42    6         A.    Yes.

16:50:42    7         Q.    In the company's offices?

16:50:43    8         A.    In the office.

16:50:45    9         Q.    And tell me about that conversation.

16:50:49   10         A.    He showed me.

16:50:52   11         Q.    And what did you say?

16:50:55   12         A.    Well, what did I say?

16:50:57   13         Q.    Yeah.

16:51:02   14         A.    Am I allowed to use any words?

16:51:04   15         Q.    You are allowed to use any words.

16:51:07   16         A.    I said:  Oh, fuck.

16:51:10   17         Q.    Okay.  And why did you say that?

16:51:12   18         A.    Because I didn't like that.

16:51:15   19         Q.    You didn't what?

16:51:16   20         A.    I didn't like that.

16:51:17   21         Q.    What you didn't like?

16:51:18   22         A.    I didn't like that Webzilla, XBT,

16:51:20   23    and Aleksej Gubarev appeared --

16:51:23   24         Q.    Okay.

16:51:24   25         A.    -- in the dossier.
```

16:51:25  1       Q.   So out of pure curiosity, are you

16:51:29  2   translating what you said to Mr. Gubarev, or

16:51:30  3   is that --

16:51:31  4       A.   I'm translating.

16:51:33  5            MS. BOLGER:  What is it?

16:51:35  6            THE WITNESS:  All right.  If -- if --

16:51:36  7   if translated more correctly, it would be Russian

16:51:43  8   equivalent of -- translated precisely, it will

16:51:47  9   be a Russian saying that translates precisely as:

16:51:51  10  "To fuck, to dick."  But that's a little bit hard

16:51:57  11  to explain to a non-Russian-speaking person.

16:52:01  12      Q.   BY MR. SIEGEL:  And what did Mr. Gubarev

16:52:02  13  say?

16:52:03  14      A.   When he was showing me that, he said:

16:52:05  15  Look at this weird bullshit.

16:52:10  16      Q.   Okay.  And did you ask:  Is it true?

16:52:18  17      A.   No.

16:52:20  18      Q.   Why not?

16:52:23  19      A.   I was sure it is not -- it was not.

16:52:28  20      Q.   And why were you sure?

16:52:29  21      A.   I -- I was sure.

16:52:32  22      Q.   Just --

16:52:33  23      A.   I -- I was sure.

16:52:34  24      Q.   Okay.  Did you ever undertake any

16:52:40  25  actions to investigate whether the allegations

| | | |
|---|---|---|
| 16:52:46 | 1 | in the dossier were true? |
| 16:52:47 | 2 | A.   When you say "you," you refer to? |
| 16:52:53 | 3 | Q.   What's that? |
| 16:52:54 | 4 | A.   Whom do you refer to when you say -- |
| 16:52:55 | 5 | Q.   I'm first referring to you, Nick Dvas. |
| 16:53:00 | 6 | A.   I -- I did not take any actions. |
| 16:53:00 | 7 | Q.   Okay.  Are you aware of anything that |
| 16:53:02 | 8 | anybody else did? |
| 16:53:03 | 9 | A.   Konstantin Bezruchenko took some actions. |
| 16:53:06 | 10 | Q.   And what did you understand those actions |
| 16:53:08 | 11 | to be? |
| 16:53:09 | 12 | A.   I didn't know the specifics.  I don't |
| 16:53:12 | 13 | know the specifics. |
| 16:53:13 | 14 | Q.   Okay.  And were those ever reported to |
| 16:53:18 | 15 | you in any way? |
| 16:53:20 | 16 | A.   It was communicated orally. |
| 16:53:24 | 17 | Q.   And what was communicated? |
| 16:53:27 | 18 | A.   That there is no sign that can confirm |
| 16:53:41 | 19 | that any of our servers has some help in use for -- |
| 16:53:47 | 20 | for that purpose. |
| 16:53:48 | 21 | Q.   And when you use the -- the term "our |
| 16:53:50 | 22 | servers," who is the "our"? |
| 16:53:53 | 23 | A.   That was more or less the exact words. |
| 16:53:57 | 24 | Q.   Okay.  And do you have -- did you -- |
| 16:54:00 | 25 | do you have an understanding of who the "our" |

| | | |
|---|---|---|
| 16:54:04 | 1 | was? |
| 16:54:05 | 2 | A.   I -- I never asked. |
| 16:54:07 | 3 | Q.   You never asked? |
| 16:54:08 | 4 | A.   (Witness shakes head in the negative.) |
| 16:54:10 | 5 | Q.   So do you know whether Mr. Bezruchenko, |
| 16:54:10 | 6 | in saying "our servers," was referring to "ours, |
| 16:54:16 | 7 | corporate servers," in other words, the corporate |
| 16:54:19 | 8 | ones that are used by XBT and Webzilla employees? |
| 16:54:22 | 9 | Or "ours" in the sense of every single server |
| 16:54:26 | 10 | that's used by a customer? |
| 16:54:27 | 11 | A.   I don't know what he was referring to. |
| 16:54:30 | 12 | Q.   You don't. |
| 16:54:31 | 13 | Did you ask? |
| 16:54:32 | 14 | A.   I didn't. |
| 16:54:43 | 15 | Q.   Is that in any -- was that a question |
| 16:54:44 | 16 | that you were interested in finding the answer |
| 16:54:47 | 17 | to at the time? |
| 16:54:49 | 18 | A.   No. |
| 16:54:51 | 19 | Q.   Why not? |
| 16:54:52 | 20 | A.   Because I was sure we had nothing to |
| 16:54:56 | 21 | do with that. |
| 16:54:57 | 22 | Q.   Well, when you say "we had nothing |
| 16:54:59 | 23 | to do with it," were you sure that any of your |
| 16:55:02 | 24 | customers had nothing to do with it? |
| 16:55:06 | 25 | A.   I was sure.  Yes. |

| | | |
|---|---|---|
| 16:55:08 | 1 | Q.   How? |
| 16:55:09 | 2 | A.   I was just sure. |
| 16:55:11 | 3 | Q.   Just a gut feeling? |
| 16:55:12 | 4 | A.   Yes.  It was just a strong gut feeling. |
| 16:55:15 | 5 | Q.   And you had that strong gut feeling even |
| 16:55:18 | 6 | though just three weeks -- less than three weeks |
| 16:55:21 | 7 | earlier you had learned that almost 5 percent of |
| 16:55:23 | 8 | your servers were being used as part of a massive |
| 16:55:28 | 9 | fraud? |
| 16:55:28 | 10 | A.   I -- |
| 16:55:28 | 11 | Q.   Or might have been used as part of -- |
| 16:55:28 | 12 | A.   I don't -- |
| 16:55:28 | 13 | MR. GURVITS:  Objection. |
| 16:55:28 | 14 | THE WITNESS:  -- know if there have been |
| 16:55:34 | 15 | almost 5 percent of our servers used by any single |
| 16:55:39 | 16 | customer. |
| 16:55:42 | 17 | Q.   BY MR. SIEGEL:  You had just learned |
| 16:55:43 | 18 | three weeks earlier -- right? -- that White Ops |
| 16:55:46 | 19 | alleged that over a thousand of your servers |
| 16:55:48 | 20 | were being used in connection with a massive |
| 16:55:51 | 21 | fraud; correct? |
| 16:55:52 | 22 | MR. GURVITS:  Objection. |
| 16:55:53 | 23 | THE WITNESS:  Incorrect. |
| 16:55:54 | 24 | Q.   BY MR. SIEGEL:  Not correct? |
| 16:55:54 | 25 | A.   Not correct. |

```
16:55:56   1        Q.   Why -- what's not correct about that?
16:56:00   2        A.   White Ops did not allege anything about
16:56:03   3   our servers or their amount.
16:56:06   4        Q.   Well, you understood that there were
16:56:09   5   IP addresses -- right --
16:56:10   6        A.   Yes.
16:56:10   7        Q.   -- that White Ops -- had been identified
16:56:12   8   that were connected to a customer who was a customer
16:56:16   9   of over a thousand servers; correct?
16:56:19  10             MR. GURVITS:  Objection.
16:56:19  11             THE WITNESS:  That's correct.
16:56:19  12        Q.   BY MR. SIEGEL:  Okay.  And having
16:56:21  13   just learned that three weeks earlier, you had
16:56:26  14   no question in your mind that, jeez, maybe there's
16:56:30  15   another customer who is doing this activity that
16:56:33  16   is discussed in the dossier?
16:56:35  17             MR. GURVITS:  Objection.
16:56:35  18             THE WITNESS:  Repeat the question,
16:56:42  19   please.
16:56:42  20        Q.   BY MR. SIEGEL:  Well, three weeks
16:56:43  21   earlier -- less than three weeks earlier, you
16:56:45  22   hire a public relations firm.  You terminate the
16:56:50  23   account of one of your largest customers because
16:56:53  24   somebody reveals -- right? -- that there may have
16:56:56  25   been or alleges a massive fraud being conducted
```

| | | |
|---|---|---|
| 16:57:04 | 1 | by a customer -- by a very big customer of yours. |
| 16:57:07 | 2 | Right? |
| 16:57:09 | 3 | Three weeks after that -- less than |
| 16:57:11 | 4 | three weeks after that -- |
| 16:57:12 | 5 | A.   I -- I didn't agree -- |
| 16:57:13 | 6 | MR. GURVITS:  You need to -- you need |
| 16:57:13 | 7 | to let him finish the question -- |
| 16:57:16 | 8 | THE WITNESS:  Okay. |
| 16:57:16 | 9 | MR. GURVITS:  -- and wait for me |
| 16:57:17 | 10 | to object -- |
| 16:57:17 | 11 | MR. SIEGEL:  You know what?  I'll -- |
| 16:57:18 | 12 | THE WITNESS:  Okay. |
| 16:57:18 | 13 | MR. GURVITS:  -- and then ask. |
| 16:57:18 | 14 | THE WITNESS:  When you are -- when you |
| 16:57:19 | 15 | are asking "right" -- |
| 16:57:20 | 16 | MR. GURVITS:  No, no, wait.  Wait. |
| 16:57:20 | 17 | THE WITNESS:  -- it is not a question; |
| 16:57:21 | 18 | yes? |
| 16:57:21 | 19 | MR. SIEGEL:  Okay. |
| 16:57:21 | 20 | MR. GURVITS:  I just need you to stop |
| 16:57:22 | 21 | talking.  Listen to the question and answer. |
| 16:57:25 | 22 | THE WITNESS:  Yes. |
| 16:57:25 | 23 | MR. GURVITS:  Thank you. |
| 16:57:25 | 24 | THE WITNESS:  My question is:  When |
| 16:57:25 | 25 | you -- |

| | | |
|---|---|---|
| 16:57:26 | 1 | MR. GURVITS:  Don't ask questions. |
| 16:57:27 | 2 | THE WITNESS:  Okay. |
| 16:57:28 | 3 | Q.   BY MR. SIEGEL:  It never -- you did |
| 16:57:28 | 4 | not think that three weeks after the methbot |
| 16:57:31 | 5 | episode that it might be that there was another |
| 16:57:40 | 6 | example of illegal activity going on on -- by |
| 16:57:44 | 7 | one of your customers -- |
| 16:57:46 | 8 | MR. GURVITS:  Objection. |
| 16:57:46 | 9 | Q.   BY MR. SIEGEL:  -- as described in |
| 16:57:47 | 10 | the dossier?  That never occurred to you? |
| 16:57:50 | 11 | MR. GURVITS:  Objection. |
| 16:57:57 | 12 | THE WITNESS:  No. |
| 16:58:02 | 13 | Now I have a very technical question. |
| 16:58:04 | 14 | When you're asking "right," I'm not supposed |
| 16:58:07 | 15 | to answer that; yes? |
| 16:58:08 | 16 | Q.   BY MR. SIEGEL:  Well, sometimes you |
| 16:58:09 | 17 | are.  But forget about my question before. |
| 16:58:12 | 18 | A.   Okay. |
| 16:58:12 | 19 | Q.   I just asked you another question; |
| 16:58:12 | 20 | right? |
| 16:58:12 | 21 | A.   Because -- because -- |
| 16:58:12 | 22 | Q.   And you understood the question I |
| 16:58:14 | 23 | just asked you; right? |
| 16:58:16 | 24 | MR. GURVITS:  Objection. |
| 16:58:18 | 25 | THE WITNESS:  No. |

| | | |
|---|---|---|
| 16:58:19 | 1 | Q.   BY MR. SIEGEL:  Well, okay.  I'll ask |
| 16:58:20 | 2 | it again. |
| 16:58:22 | 3 | Three weeks after the methbot incident |
| 16:58:26 | 4 | or the news about the methbot incident, it never |
| 16:58:32 | 5 | occurred to you that there might be another customer |
| 16:58:37 | 6 | that was conducting illegal activity as alleged in |
| 16:58:42 | 7 | the dossier? |
| 16:58:43 | 8 | MR. GURVITS:  Objection. |
| 16:58:49 | 9 | THE WITNESS:  I didn't think about that. |
| 16:58:58 | 10 | MR. SIEGEL:  Let's go to Exhibit 81. |
| 16:59:17 | 11 | THE WITNESS:  (Examining.)  None of it |
| 16:59:17 | 12 | is marked. |
| 16:59:18 | 13 | MR. SIEGEL:  Yeah, we may need to start |
| 16:59:21 | 14 | marking them again.  I thought these were marked. |
| 16:59:23 | 15 | No, I guess not.  So let's start marking again. |
| 16:59:28 | 16 | So let's mark it as Exhibit 81. |
| 16:59:32 | 17 | THE WITNESS:  Should I return that? |
| 16:59:34 | 18 | MR. SIEGEL:  Yeah. |
| 16:59:51 | 19 | (Exhibit 81 marked.) |
| 16:59:56 | 20 | Q.   BY MR. SIEGEL:  So Exhibit 81 indicates |
| 17:00:00 | 21 | that -- I'm sorry.  Yes.  Exhibit 81 indicates |
| 17:00:03 | 22 | that Mr. Gubarev reached out to Mr. Dolan, copying |
| 17:00:08 | 23 | you; right? |
| 17:00:09 | 24 | And did you retain Mr. Dolan to provide |
| 17:00:15 | 25 | services in connection with the dossier? |

| | | |
|---|---|---|
| 17:00:18 | 1 | A.   No. |
| 17:00:19 | 2 | Q.   You didn't?  You didn't retain him to |
| 17:00:22 | 3 | provide services in connection with the publicity |
| 17:00:26 | 4 | relating to the dossier? |
| 17:00:27 | 5 | A.   No. |
| 17:00:29 | 6 | Q.   What did you retain him for? |
| 17:00:31 | 7 | A.   We retained him for crisis communications. |
| 17:00:43 | 8 | Q.   Right. |
| 17:00:43 | 9 | (Court reporter clarification.) |
| 17:00:31 | 10 | THE WITNESS:  We retained him for crisis |
| 17:00:43 | 11 | communications. |
| 17:00:43 | 12 | MS. BOLGER:  "Crisis." |
| 17:00:43 | 13 | THE WITNESS:  "Crisis communications." |
| 17:00:43 | 14 | I'm sorry for my English. |
| 17:00:48 | 15 | Q.   BY MR. SIEGEL:  Okay.  And so did you -- |
| 17:00:50 | 16 | in your mind, was this part of the services you |
| 17:00:53 | 17 | had already retained him for? |
| 17:00:59 | 18 | A.   Yes. |
| 17:01:00 | 19 | Q.   Okay.  So you reached out to him right |
| 17:01:04 | 20 | away; right?  Or Mr. Gubarev reached out to him |
| 17:01:07 | 21 | right away? |
| 17:01:11 | 22 | A.   I don't know when Mr. Gubarev reached -- |
| 17:01:13 | 23 | Q.   Well, the e-mail's -- |
| 17:01:13 | 24 | A.   -- out to him. |
| 17:01:13 | 25 | Q.   -- dated January 11th at 12:50 a.m.; |

| 17:01:16 | 1 | right? |
| 17:01:18 | 2 | A.   Right. |
| 17:01:18 | 3 | Q.   And the dossier was published -- I can |
| 17:01:22 | 4 | represent to you -- in U.S. time on January 10th |
| 17:01:25 | 5 | around 5:20, roughly, in the p.m. |
| 17:01:30 | 6 | Right? |
| 17:01:30 | 7 | A.   Uh-huh. |
| 17:01:31 | 8 | Q.   So this, in fact, is January 11, 2017, |
| 17:01:34 | 9 | Cyprus time at 12:50 a.m.  That's within about |
| 17:01:38 | 10 | a half an hour of the dossier being published. |
| 17:01:42 | 11 | A.   Okay. |
| 17:01:42 | 12 | Q.   And Mr. Gubarev reaches out right away |
| 17:01:46 | 13 | to Mr. Dolan; right? |
| 17:01:47 | 14 | A.   Yes. |
| 17:01:48 | 15 | Q.   Just as you did when you learned about |
| 17:01:50 | 16 | the White Ops report; right? |
| 17:01:52 | 17 | MR. GURVITS:  Objection. |
| 17:01:52 | 18 | THE WITNESS:  No. |
| 17:01:53 | 19 | Q.   BY MR. SIEGEL:  No? |
| 17:01:56 | 20 | What's wrong about -- what is not |
| 17:01:58 | 21 | correct about that question? |
| 17:02:01 | 22 | A.   I -- it is -- we didn't do the same |
| 17:02:06 | 23 | thing. |
| 17:02:07 | 24 | Q.   What was different? |
| 17:02:11 | 25 | A.   The timing and the content of the e-mail. |

| | | |
|---|---|---|
| 17:02:15 | 1 | Q.   Okay.  So the timing was even a little |
| 17:02:18 | 2 | quicker with the dossier; right? |
| 17:02:19 | 3 | A.   I don't remember the timing for -- |
| 17:02:26 | 4 | Q.   Well, how can you say the timing was |
| 17:02:29 | 5 | different? |
| 17:02:31 | 6 | A.   Well, actually, yes, probably the |
| 17:02:33 | 7 | dossier was quicker. |
| 17:02:35 | 8 | Q.   The dossier was quicker.  Okay. |
| 17:02:37 | 9 |      Is it fair to say that you're reaching |
| 17:02:41 | 10 | out for the same reasons?  You wanted assistance |
| 17:02:42 | 11 | with crisis communications? |
| 17:02:44 | 12 | A.   I -- I don't know which reason Aleksej |
| 17:02:47 | 13 | pursued. |
| 17:02:48 | 14 | Q.   You really don't?  Okay. |
| 17:02:49 | 15 |      Do you have a belief that he was doing it |
| 17:02:51 | 16 | because he was interested in crisis communications |
| 17:02:56 | 17 | assistance? |
| 17:02:59 | 18 | A.   No. |
| 17:02:59 | 19 | Q.   No? |
| 17:03:00 | 20 | A.   No. |
| 17:03:00 | 21 | Q.   So what do you -- why do you think he |
| 17:03:03 | 22 | was doing it, reached out to Mr. Dolan? |
| 17:03:07 | 23 | A.   I believe he was asking here -- as it |
| 17:03:11 | 24 | says, he was asking for an advice. |
| 17:03:16 | 25 | Q.   Okay.  About how to handle a possible |

| | | |
|---|---|---|
| 17:03:20 | 1 | public relations crisis? |
| 17:03:24 | 2 | A.   He was asking for an advice. |
| 17:03:26 | 3 | Q.   Okay.  And -- |
| 17:03:26 | 4 | A.   I don't want to imply what he meant. |
| 17:03:33 | 5 | MR. SIEGEL:  Okay.  Let me show you -- |
| 17:03:33 | 6 | let's mark this as Exhibit 82. |
| 17:03:35 | 7 | (Exhibit 82 marked.) |
| 17:03:50 | 8 | THE WITNESS:  (Examining.)  Aah, no, |
| 17:03:50 | 9 | it's not marked. |
| 17:03:50 | 10 | Q.   BY MR. SIEGEL:  Yes, it's just one. |
| 17:03:51 | 11 | I'm sorry.  I'm giving you -- it's one marked -- |
| 17:03:52 | 12 | the top one 82.  And then hand the second copy |
| 17:03:57 | 13 | to Val. |
| 17:03:58 | 14 | A.   Okay.  So I just passed one copy. |
| 17:04:20 | 15 | Q.   So Exhibit 82 is an e-mail from Mr. Dolan |
| 17:04:23 | 16 | to Mr. Gubarev, copying you; right? |
| 17:04:25 | 17 | And Mr. Dolan says: |
| 17:04:28 | 18 | "Please be absolutely certain that none |
| 17:04:30 | 19 | of your servers were in any way involved - even |
| 17:04:35 | 20 | innocently." |
| 17:04:37 | 21 | Did you undertake any efforts to make |
| 17:04:39 | 22 | absolutely certain that none of your servers |
| 17:04:41 | 23 | were in any way involved even innocently? |
| 17:04:56 | 24 | A.   I did. |
| 17:04:57 | 25 | Q.   What did you do? |

```
17:05:01   1        A.   I told Konstantin about this request.

17:05:04   2             (Court reporter clarification.)

17:05:04   3             THE WITNESS:  I told Konstantin

17:05:04   4    Bezruchenko about this request.

17:05:08   5        Q.   BY MR. SIEGEL:  And did Mr. Bezruchenko

17:05:12   6    do anything in response to it?

17:05:20   7        A.   He -- he did something.

17:05:22   8        Q.   What did he do?

17:05:23   9        A.   I don't know.

17:05:26  10        Q.   How do you know that he did something?

17:05:29  11        A.   He told me he -- he will do something.

17:05:32  12        Q.   And what did he tell you?

17:05:34  13        A.   He told me something along the lines:

17:05:37  14    Okay, I will handle that.

17:05:40  15        Q.   And did he ever report back to you what

17:05:43  16    the results of that were?

17:05:45  17        A.   No.

17:05:45  18        Q.   No?  You never asked him?

17:05:47  19        A.   No.  I never asked him.

17:05:49  20        Q.   Why not?

17:05:52  21        A.   I wasn't interested in that.

17:06:01  22        Q.   To this day, are you absolutely certain

17:06:06  23    that no server connected to any subsidiary of XBT

17:06:14  24    was ever used in any attempt to hack Democrats

17:06:20  25    in the United States?
```

| 17:06:29 | 1 | A. | I'm certain. |

17:06:29   1        A.   I'm certain.

17:06:30   2        Q.   And on what basis are you certain?

17:06:33   3        A.   Just I'm -- I'm positive.  That's it.

17:06:39   4        Q.   And how -- why are you positive?

17:06:46   5        A.   Just I -- I'm sure.  That's it.

17:06:52   6        Q.   Do you know who John Podesta is?

17:06:57   7        A.   Who?

17:06:57   8        Q.   John Podesta.

17:07:01   9             Have you ever heard that name?

17:07:03  10        A.   No.

17:07:03  11        Q.   Okay.  Do you believe that the Russian

17:07:04  12   government was involved in efforts to hack the

17:07:08  13   Democratic National Committee --

17:07:11  14        A.   I don't know.

17:07:11  15        Q.   -- in 2016?

17:07:13  16        A.   I don't know.

17:07:13  17        Q.   I didn't ask you if you knew.

17:07:15  18             I asked you:  Do you believe that the

17:07:17  19   Russian government was involved in efforts to

17:07:20  20   hack the Democratic National Committee in 2016?

17:07:24  21        A.   I have no opinion on that.

17:07:26  22        Q.   None whatsoever?

17:07:28  23        A.   None whatsoever.

17:07:29  24        Q.   You're the CEO of an Internet hosting

17:07:31  25   company, and you have no opinion whatsoever as

| 17:07:33 | 1  | to whether the Russian government was involved |
| 17:07:39 | 2  | in hacking the DNC or other Democrats in the |
| 17:07:43 | 3  | United States? |
| 17:07:44 | 4  | A.   Yes. |
| 17:07:44 | 5  | Q.   Okay.  Who do you think was responsible |
| 17:07:48 | 6  | for hacking the DNC? |
| 17:07:51 | 7  | A.   I don't know. |
| 17:07:51 | 8  | Q.   Do you believe that the Russian |
| 17:07:52 | 9  | government had any involvement in any |
| 17:07:55 | 10 | cyber-activity intended to interfere with |
| 17:07:59 | 11 | the American presidential election in 2016? |
| 17:08:04 | 12 | A.   I have no opinion on that. |
| 17:08:05 | 13 | Q.   Are you giving me that answer because |
| 17:08:07 | 14 | you're afraid of some reprisal from the Russian |
| 17:08:11 | 15 | government if you tell the truth? |
| 17:08:13 | 16 | A.   No. |
| 17:08:17 | 17 | Q.   So how is it that you have absolutely |
| 17:08:20 | 18 | no opinion about a matter that has been at the |
| 17:08:23 | 19 | center of discussion around the world that is |
| 17:08:28 | 20 | directed to Internet-related activity? |
| 17:08:31 | 21 | MR. GURVITS:  Objection. |
| 17:08:36 | 22 | THE WITNESS:  I don't know if it is |
| 17:08:37 | 23 | a center of any discussion. |
| 17:08:57 | 24 | MR. SIEGEL:  Let's mark this Exhibit 83. |
| 17:09:00 | 25 | (Exhibit 83 marked.) |

| | | |
|---|---|---|
| 17:09:28 | 1 | Q.  BY MR. SIEGEL:  Exhibit 83 is, again, |
| 17:09:30 | 2 | e-mails in which there was a draft of a statement |
| 17:09:32 | 3 | for a website for XBT.  If you go down to the |
| 17:09:37 | 4 | second paragraph in that e-mail, it says: |
| 17:09:42 | 5 | "There has been absolutely no involvement |
| 17:09:45 | 6 | by XBT or any of its subsidiaries with the people |
| 17:09:48 | 7 | or alleged activities in this unsubstantiated |
| 17:09:52 | 8 | report." |
| 17:09:53 | 9 | Is that true? |
| 17:09:53 | 10 | A.  (Examining.)  That's what's in the |
| 17:09:56 | 11 | e-mail. |
| 17:09:56 | 12 | Q.  I know it's in the e-mail. |
| 17:09:57 | 13 | But is it true? |
| 17:09:58 | 14 | A.  What? |
| 17:10:00 | 15 | Q.  That there has been absolutely no |
| 17:10:04 | 16 | involvement by XBT or any of its subsidiaries |
| 17:10:04 | 17 | with the people or alleged activities in this |
| 17:10:07 | 18 | unsubstantiated report? |
| 17:10:21 | 19 | A.  It's true. |
| 17:10:22 | 20 | Q.  Okay.  How do you know it's true? |
| 17:10:26 | 21 | A.  I -- I know it's true. |
| 17:10:27 | 22 | Q.  You just do? |
| 17:10:29 | 23 | A.  Yeah.  I -- I just know it's true. |
| 17:10:37 | 24 | Q.  Do -- do you understand that sentence |
| 17:10:42 | 25 | to mean that there has been absolutely no |

| | | |
|---|---|---|
| 17:10:48 | 1 | involvement by any customer of XBT using any |
| 17:10:51 | 2 | XBT server with the people or alleged activities |
| 17:10:55 | 3 | in this unsubstantiated report? |
| 17:10:58 | 4 | MR. GURVITS:  Objection. |
| 17:10:59 | 5 | THE WITNESS:  I believe that sentence |
| 17:11:00 | 6 | means exactly what is in this sentence, nothing |
| 17:11:05 | 7 | more, nothing less. |
| 17:11:06 | 8 | Q.   BY MR. SIEGEL:  Well, all sentences |
| 17:11:07 | 9 | mean exactly what's in the sentence; right? |
| 17:11:09 | 10 | A.   Yes. |
| 17:11:10 | 11 | Q.   Okay.  But do you understand this |
| 17:11:12 | 12 | sentence to be referring only to involvement |
| 17:11:16 | 13 | by XBT or its employees?  Or do you understand |
| 17:11:23 | 14 | it to be referring to involvement by any customer |
| 17:11:27 | 15 | of XBT or any of its subsidiaries in connection |
| 17:11:30 | 16 | with a server owned or leased by XBT? |
| 17:11:40 | 17 | MR. GURVITS:  Objection. |
| 17:11:41 | 18 | THE WITNESS:  Neither of that. |
| 17:11:42 | 19 | Q.   BY MR. SIEGEL:  Neither?  Okay. |
| 17:11:43 | 20 | So how do you understand it? |
| 17:11:45 | 21 | A.   I understand that this sentence |
| 17:11:49 | 22 | says that there was no involvement by XBT or |
| 17:11:55 | 23 | its subsidiaries with the people or alleged |
| 17:12:02 | 24 | activities -- |
| 17:12:03 | 25 | Q.   Okay. |

```
17:12:03   1        A.   -- in the report.
17:12:04   2        Q.   If it turned out that there was a
17:12:06   3   customer of XBT that was involved --
17:12:07   4            (Brief technical interruption.)
17:12:11   5            THE VIDEOGRAPHER:  I have to go off
17:12:13   6   the record.
17:12:13   7            MR. SIEGEL:  Okay.
17:12:13   8            THE VIDEOGRAPHER:  Sorry about that.
17:21:11   9            (Recess from 5:12 p.m. to 5:21 p.m.)
17:21:15  10            THE VIDEOGRAPHER:  This is the beginning
17:21:16  11   of DVD No. 4.  Back on the record at 5:21.
17:21:20  12        Q.   BY MR. SIEGEL:  Okay.  So, again,
17:21:24  13   with Exhibit 83, the line that we've just been
17:21:28  14   discussing, starting with:
17:21:29  15            "There has been absolutely no involvement
17:21:32  16   by XBT."
17:21:33  17        A.   Uh-huh.
17:21:33  18        Q.   If it were to turn out that there was
17:21:35  19   a customer of XBT using a server leased from
17:21:39  20   XBT that was involved in any attempt to hack
17:21:43  21   the Democrats in the United States, would this
17:21:48  22   statement be inaccurate?
17:21:52  23            MR. GURVITS:  Objection.
17:21:53  24            THE WITNESS:  I don't hypothesize.
17:21:56  25        Q.   BY MR. SIEGEL:  So you're telling me
```

17:21:58   1   you're refusing to answer that statement -- that

17:22:00   2   question?

17:22:02   3        A.   I refuse to answer that question.

17:22:04   4        Q.   Okay.  The statement goes on to say:

17:22:09   5             "XBT ... management believes that the

17:22:11   6   information presented in the report, as well

17:22:13   7   as the media that distribute this information,

17:22:16   8   cannot be accounted as credible."  (As read.)

17:22:20   9             Does XBT management believe that

17:22:25  10   Mr. Steele's dossier is not credible?

17:22:29  11        A.   I don't know.

17:22:30  12        Q.   You don't know?

17:22:31  13        A.   I don't know.

17:22:31  14        Q.   Well, you're part of XBT management,

17:22:33  15   aren't you?

17:22:35  16        A.   I am a part.

17:22:36  17        Q.   Do you believe that Mr. deal --

17:22:36  18   Steele's dossier is not credible?

17:22:39  19        A.   I don't know anything about that.

17:22:43  20        Q.   Do you know anyone in XBT management

17:22:45  21   who does?

17:22:52  22        A.   I don't know.

17:22:52  23        Q.   So what is the basis of the statement

17:22:53  24   that XBT Holding management believes the information

17:22:56  25   presented in the report cannot be accounted as

| | | |
|---|---|---|
| 17:22:59 | 1 | credible? |
| 17:23:00 | 2 | A.   I don't know. |
| 17:23:00 | 3 | Q.   You don't know? |
| 17:23:01 | 4 | A.   I don't know. |
| 17:23:01 | 5 | Q.   It says that: |
| 17:23:09 | 6 | "Our management condemns these |
| 17:23:11 | 7 | activities and has offered to fully cooperate |
| 17:23:13 | 8 | with law enforcement officials investigating |
| 17:23:17 | 9 | this matter." |
| 17:23:18 | 10 | Did XBT or any of its subsidiaries |
| 17:23:19 | 11 | offer to fully cooperate with law enforcement |
| 17:23:22 | 12 | officials? |
| 17:23:24 | 13 | A.   I don't know. |
| 17:23:24 | 14 | Q.   You don't know?  So you don't know |
| 17:23:24 | 15 | whether that statement is true either? |
| 17:23:27 | 16 | A.   I don't know. |
| 17:23:28 | 17 | MR. GURVITS:  Objection. |
| 17:23:33 | 18 | MR. SIEGEL:  Let's make this Exhibit 84. |
| 17:23:35 | 19 | (Exhibit 84 marked.) |
| 17:23:56 | 20 | Q.   BY MR. SIEGEL:  Exhibit 84 is an e-mail |
| 17:23:57 | 21 | from you to Mr. Dolan -- right? -- forwarding |
| 17:24:00 | 22 | a message from a Maria Tumar at Russia Today |
| 17:24:05 | 23 | channel; right? |
| 17:24:09 | 24 | Is that correct? |
| 17:24:09 | 25 | A.   (Examining.)  It is an e-mail from me |

| | | |
|---|---|---|
| 17:24:13 | 1 | to Mr. Dolan.  Correct. |
| 17:24:15 | 2 | Q.  Right.  And what is the -- the website |
| 17:24:16 | 3 | [sic] "pr@webzilla.com," what is that, that |
| 17:24:20 | 4 | Ms. Tumar's e-mail appears to? |
| 17:24:21 | 5 | A.  It is an e-mail address. |
| 17:24:23 | 6 | Q.  And who has access to it? |
| 17:24:26 | 7 | A.  I don't know. |
| 17:24:27 | 8 | Q.  Did you have access to it? |
| 17:24:30 | 9 | A.  I did. |
| 17:24:32 | 10 | Q.  And is it -- does "pr" stand for "public |
| 17:24:37 | 11 | relations"? |
| 17:24:39 | 12 | A.  I had an access to this e-mail. |
| 17:24:42 | 13 | Q.  What's that? |
| 17:24:42 | 14 | A.  I had an access to this e-mail.  I -- |
| 17:24:47 | 15 | Q.  How did you have access to it? |
| 17:24:49 | 16 | A.  I asked Konstantin to provide me that |
| 17:24:54 | 17 | access. |
| 17:24:54 | 18 | Q.  Okay.  So that was a website -- that |
| 17:24:57 | 19 | website existed before January 10? |
| 17:25:00 | 20 | I'm -- I'm sorry. |
| 17:25:01 | 21 | Did that e-mail address exist before |
| 17:25:03 | 22 | January 10th? |
| 17:25:05 | 23 | A.  I don't know. |
| 17:25:05 | 24 | Q.  Okay.  And you forwarded it to Mr. Dolan. |
| 17:25:08 | 25 | And you say: |

| | | |
|---|---|---|
| 17:25:11 | 1 | "FYI again, Alex was already contacted |
| 17:25:13 | 2 | directly, but this won't make any harm.  They're |
| 17:25:18 | 3 | on our side here." |
| 17:25:18 | 4 | Right? |
| 17:25:19 | 5 | A.   Right. |
| 17:25:19 | 6 | Q.   Why did you write that Russia Today |
| 17:25:20 | 7 | international news was on your side here? |
| 17:25:30 | 8 | A.   Because I was told by Aleksej that, |
| 17:25:37 | 9 | just as us, their reporter told him that, just |
| 17:25:44 | 10 | as us, they didn't believe that XBT, Webzilla, |
| 17:25:50 | 11 | or Aleksej Gubarev were involved in the activities |
| 17:25:57 | 12 | mentioned in the report published. |
| 17:25:59 | 13 | MR. SIEGEL:  Okay.  Let's make this |
| 17:26:19 | 14 | Exhibit 85. |
| 17:26:20 | 15 | (Exhibit 85 marked.) |
| 17:26:43 | 16 | Q.   BY MR. SIEGEL:  Okay.  Exhibit 85 is |
| 17:26:52 | 17 | a series of e-mails back and forth, involving |
| 17:26:55 | 18 | you, Mr. Dolan, and some others. |
| 17:27:00 | 19 | Do you see, in the middle of the first |
| 17:27:03 | 20 | page, page 48, there's an e-mail from you on |
| 17:27:07 | 21 | January 12th, 2017, at 6:06; right?  And you |
| 17:27:12 | 22 | write: |
| 17:27:12 | 23 | "One more question.  Should we mention |
| 17:27:14 | 24 | lawsuit in the official statement?  Wouldn't it |
| 17:27:17 | 25 | make media willing to follow this topic instead |

| | | |
|---|---|---|
| 17:27:20 | 1 | of dropping it?" |
| 17:27:21 | 2 | What was the -- and Aleksej Gubarev |
| 17:27:24 | 3 | responds: |
| 17:27:25 | 4 | "Ok, remove." |
| 17:27:26 | 5 | What -- what was the concern that you |
| 17:27:28 | 6 | had about mentioning the lawsuit in the official |
| 17:27:31 | 7 | statement? |
| 17:27:31 | 8 | A.   (Examining.)  I wanted the fact that |
| 17:27:54 | 9 | XBT, Webzilla were mentioned in the dossier to |
| 17:28:01 | 10 | have as little attention as possible. |
| 17:28:05 | 11 | Q.   And you were concerned that mentioning |
| 17:28:06 | 12 | in a lawsuit would bring more attention to that, |
| 17:28:09 | 13 | more press attention to that? |
| 17:28:11 | 14 | A.   That's correct. |
| 17:28:13 | 15 | Q.   Do you still share that -- do you still |
| 17:28:13 | 16 | have that concern today? |
| 17:28:18 | 17 | A.   I don't know. |
| 17:28:23 | 18 | MR. SIEGEL:  Let's go to Exhibit 86. |
| 17:28:27 | 19 | (Exhibit 86 marked.) |
| 17:28:53 | 20 | Q.   BY MR. SIEGEL:  Okay.  In the -- again, |
| 17:28:56 | 21 | these are e-mails about the statement for the |
| 17:28:59 | 22 | website.  In the middle of page 1 of -- of this |
| 17:29:04 | 23 | chain, you write to Mr. Dolan on January 12th |
| 17:29:09 | 24 | at 10:32 a.m.  You say: |
| 17:29:09 | 25 | "... Chuck, that looks fine.  But |

| | | |
|---|---|---|
| 17:29:14 | 1 | there is one question."  (As read.) |
| 17:29:16 | 2 | You go on to say: |
| 17:29:17 | 3 | "I am asking because we want to protect |
| 17:29:20 | 4 | not only XBT/Webzilla brands, but personal brand |
| 17:29:24 | 5 | of Alex, which happens to be our most valuable |
| 17:29:30 | 6 | asset in terms of branding right now." |
| 17:29:32 | 7 | What did you mean by that? |
| 17:29:34 | 8 | A.   (Examining.)  I meant that I, as a |
| 17:29:42 | 9 | manager for Servers.com, cared about the image |
| 17:29:49 | 10 | of Aleksej Gubarev. |
| 17:29:53 | 11 | Q.   And why do you care about the image |
| 17:29:56 | 12 | of Aleksej Gubarev? |
| 17:29:58 | 13 | A.   Because he was the CEO of the company. |
| 17:30:00 | 14 | Q.   Okay.  And did you also believe that the |
| 17:30:16 | 15 | same concern existed with respect to XBT/Webzilla |
| 17:30:20 | 16 | brands, which is what you wrote in the e-mail? |
| 17:30:30 | 17 | A.   I didn't think much about that. |
| 17:30:34 | 18 | (Court reporter clarification.) |
| 17:30:34 | 19 | THE WITNESS:  I didn't think about that. |
| 17:30:35 | 20 | Q.   BY MR. SIEGEL:  Okay.  The top of the -- |
| 17:30:41 | 21 | Mr. Dolan responds by saying: |
| 17:30:45 | 22 | "Nick - yes, I agree.  And in terms of |
| 17:30:45 | 23 | branding - please get logo and Amsterdam address |
| 17:30:48 | 24 | signature for all e-mails ASAP." |
| 17:30:53 | 25 | And then you responded: |

```
17:30:54   1              "... that's agreed, can you please
17:30:55   2    send the final version."  (As read.)
17:30:57   3              Why use the logo and the Amsterdam
17:31:00   4    address?
17:31:00   5        A.   I don't know.
17:31:00   6        Q.   You don't know?
17:31:00   7        A.   I don't know.
17:31:00   8              (Court reporter clarification.)
17:31:00   9              MR. SIEGEL:  I'll show you -- which
17:31:00  10    exhibit number are we on?
17:31:00  11              MR. GURVITS:  86.
17:31:00  12              MR. SIEGEL:  86.
17:31:00  13              MR. GURVITS:  So that's 87.
17:31:00  14              MR. SIEGEL:  Right.  Mark this 87.
17:31:00  15              (Exhibit 87 marked.)
17:31:00  16        Q.   BY MR. SIEGEL:  Exhibit 87 appears
17:31:00  17    to be an invoice for $5,000 from KB -- KGlobal
17:32:13  18    on January 12, 2017, for:
17:32:17  19              "Russian Media."
17:32:18  20              Do you know what that was about or
17:32:20  21    for what services that was for?
17:32:21  22        A.   (Examining.)  I know.
17:32:22  23        Q.   What?
17:32:27  24        A.   KGlobal hired a sub-contractor,
17:32:31  25    a Russian-speaking one, who was helping
```

| | | |
|---|---|---|
| 17:32:38 | 1 | them to communicate with the media with -- |
| 17:32:48 | 2 | who was hired to help them communicate with |
| 17:32:52 | 3 | the Russian-speaking media on the subject of |
| 17:32:55 | 4 | inclusion of XBT and Webzilla in the dossier. |
| 17:32:59 | 5 | MR. SIEGEL:  Okay.  Let's mark this |
| 17:33:17 | 6 | as Exhibit 88. |
| 17:33:18 | 7 | (Exhibit 88 marked.) |
| 17:33:49 | 8 | Q.   BY MR. SIEGEL:  Okay.  Exhibit 88 is |
| 17:33:52 | 9 | a e-mail from you to Mr. Dolan, the top one. |
| 17:33:57 | 10 | And this appears to be in connection with the |
| 17:34:01 | 11 | logo.  He writes to you: |
| 17:34:04 | 12 | "We suggest using the Luxembourg address." |
| 17:34:06 | 13 | And you say: |
| 17:34:06 | 14 | "Just to clarify, we do not want me or |
| 17:34:10 | 15 | anyone other than Alex himself to be associated |
| 17:34:12 | 16 | with XBT." |
| 17:34:17 | 17 | Why? |
| 17:34:19 | 18 | A.   (Examining.)  I didn't want to be |
| 17:35:01 | 19 | associated with XBT because I was a manager |
| 17:35:07 | 20 | for Servers.com.  And I was afraid that damage |
| 17:35:16 | 21 | done to XBT with the publication of the dossier |
| 17:35:24 | 22 | would affect Servers.com. |
| 17:35:28 | 23 | Q.   Okay.  And as a result, you didn't |
| 17:35:34 | 24 | want anything connected with Servers.com -- |
| 17:35:36 | 25 | right? -- to be associated with XBT for any |

| | | |
|---|---|---|
| 17:35:43 | 1 | statement about the dossier? |
| 17:35:45 | 2 | A.   I didn't want that. |
| 17:35:46 | 3 | MR. SIEGEL:  Okay.  Let's mark this |
| 17:36:02 | 4 | Exhibit 89. |
| 17:36:20 | 5 | (Exhibit 89 marked.) |
| 17:36:26 | 6 | Q.   BY MR. SIEGEL:  You write to Mr. Dolan |
| 17:36:28 | 7 | saying: |
| 17:36:29 | 8 | "Alex had an idea (and I generally |
| 17:36:31 | 9 | support it) to bomb the market with press |
| 17:36:33 | 10 | releases from Webzilla." |
| 17:36:36 | 11 | Right?  And you offer some ideas. |
| 17:36:39 | 12 | "Webzilla ends 2016 with 27 percent" |
| 17:36:41 | 13 | year-over-year "growth."  (As read.) |
| 17:36:42 | 14 | And another one.  Did you -- did you |
| 17:36:55 | 15 | end up doing that?  Did Webzilla end up doing |
| 17:36:59 | 16 | that, bombing the market with press releases? |
| 17:37:05 | 17 | A.   (Examining.)  I don't know. |
| 17:37:05 | 18 | Q.   You don't know? |
| 17:37:08 | 19 | Whatever came of this idea? |
| 17:37:14 | 20 | A.   At least one press release did. |
| 17:37:19 | 21 | Q.   Was released? |
| 17:37:19 | 22 | A.   At least one press release did. |
| 17:37:19 | 23 | Q.   Okay.  At the bottom of the e-mail, |
| 17:37:22 | 24 | you say: |
| 17:37:24 | 25 | "BK will be your point of contact for |

| | | |
|---|---|---|
| 17:37:27 | 1 | all Webzilla-related, but no names should be |
| 17:37:29 | 2 | mentioned in Webzilla PR." |
| 17:37:31 | 3 | Why? |
| 17:37:37 | 4 | A.   I don't understand the question. |
| 17:37:38 | 5 | Q.   Why did you say that no names should |
| 17:37:40 | 6 | be mentioned?  I gather you mean names of people |
| 17:37:41 | 7 | should be mentioned in Webzilla PR? |
| 17:37:41 | 8 | A.   I meant names of people.  I do not |
| 17:37:41 | 9 | recollect why. |
| 17:37:41 | 10 | Q.   Okay. |
| 17:37:41 | 11 | (Court reporter clarification.) |
| 17:37:54 | 12 | MR. SIEGEL:  Okay.  We just -- we have |
| 17:37:54 | 13 | to leave at 6:00.  So -- |
| 17:38:02 | 14 | THE VIDEOGRAPHER:  Going off the record, |
| 17:38:02 | 15 | 5:37. |
| 17:38:02 | 16 | (Brief discussion held off the record.) |
| 17:38:42 | 17 | THE VIDEOGRAPHER:  Back on the record |
| 17:38:43 | 18 | at 5:38. |
| 17:38:46 | 19 | MR. SIEGEL:  We're on Exhibit 90. |
| 17:38:50 | 20 | THE WITNESS:  89.  It was 89. |
| 17:38:50 | 21 | MR. SIEGEL:  This is 90.  Right. |
| 17:38:53 | 22 | Mark this as 90. |
| 17:38:59 | 23 | (Exhibit 90 marked.) |
| 17:38:59 | 24 | Q.   BY MR. SIEGEL:  So you -- you're the |
| 17:39:00 | 25 | CEO of XBT now; right? |

```
17:39:01    1        A.    That's correct.

17:39:03    2        Q.    Do you know how much money the

17:39:07    3   consolidated companies of XBT made in two

17:39:09    4   thousand -- well, how much revenue they

17:39:11    5   earned in 2017?

17:39:15    6        A.    I don't know the exact number.

17:39:16    7        Q.    What do you understand the number

17:39:17    8   to be approximately?

17:39:30    9        A.    Somewhere between 60 and 70 million.

17:39:34   10        Q.    Somewhere between 60 and 70?

17:39:36   11        A.    Yes.

17:39:37   12        Q.    Okay.  I'm going to show you what's

17:39:38   13   been -- let's mark this as Exhibit 90.

17:39:45   14            And -- and what's the basis of that

17:39:47   15   estimate?

17:39:49   16        A.    Just -- I don't know.  That's the --

17:39:52   17   the -- the numbers I had in my head.

17:40:08   18        Q.    Mr. Dvas, this is a chart that was just

17:40:11   19   produced to us a few days ago.  And -- and I can

17:40:13   20   tell you there are actually a couple versions of

17:40:17   21   the chart that were produced to us in the last

17:40:17   22   few days, which appear to reflect revenue service --

17:40:21   23   revenue numbers for 2014 to 2017.

17:40:25   24            If you turn to the last page --

17:40:27   25        A.    (Examining.)  Uh-huh.
```

| | | |
|---|---|---|
| 17:40:28 | 1 | Q.   -- it seems to reflect total revenues |
| 17:40:32 | 2 | for whatever this chart is referring to of 58.277 |
| 17:40:37 | 3 | million.  An earlier document was produced to us |
| 17:40:42 | 4 | with a number that was 60 million or 60 million |
| 17:40:43 | 5 | and a little bit. |
| 17:40:45 | 6 | Do you know if this is the total revenue |
| 17:40:47 | 7 | of -- this number is the total revenue of XBT in |
| 17:40:50 | 8 | 2017? |
| 17:40:59 | 9 | A.   I cannot confirm that. |
| 17:41:01 | 10 | Q.   You -- |
| 17:41:01 | 11 | A.   I don't know -- I don't know that. |
| 17:41:02 | 12 | Q.   Okay.  Have the -- has the consolidated |
| 17:41:08 | 13 | annual report for XBT been completed? |
| 17:41:16 | 14 | A.   No. |
| 17:41:17 | 15 | Q.   No, it hasn't been? |
| 17:41:19 | 16 | A.   It -- we don't have an audited report |
| 17:41:23 | 17 | for this year -- or for the previous year so far. |
| 17:41:26 | 18 | Q.   Okay.  Meaning it just hasn't been |
| 17:41:28 | 19 | finished yet? |
| 17:41:29 | 20 | A.   Meaning there is -- there are no |
| 17:41:32 | 21 | figures approved by a independent audit. |
| 17:41:36 | 22 | Q.   By KPMG? |
| 17:41:39 | 23 | A.   Or anyone else. |
| 17:41:39 | 24 | Q.   Okay. |
| 17:41:39 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 17:41:40 | 1 | Q.   Have there been any figures approved |
| 17:41:43 | 2 | internally or submitted to KPMG? |
| 17:41:47 | 3 | A.   I don't know. |
| 17:41:50 | 4 | Q.   The page 3 of this -- of this document |
| 17:41:53 | 5 | indicates that total revenue for XBT in 2016 was |
| 17:41:58 | 6 | 49.727 million. |
| 17:42:01 | 7 | A.   Uh-huh. |
| 17:42:02 | 8 | Q.   And then whether the final number |
| 17:42:05 | 9 | in 2017 is 58, 60, or something else, why do |
| 17:42:15 | 10 | you believe that revenue increased by roughly |
| 17:42:19 | 11 | $10 million or perhaps more in 2017? |
| 17:42:25 | 12 | A.   Because we provide the best services |
| 17:42:27 | 13 | on the market. |
| 17:42:29 | 14 | Q.   Okay.  Do you know -- do you have any |
| 17:42:38 | 15 | estimate of what the company's consolidated net |
| 17:42:41 | 16 | profit was in 2017? |
| 17:42:44 | 17 | A.   No. |
| 17:42:45 | 18 | Q.   No idea? |
| 17:42:46 | 19 | A.   No idea. |
| 17:42:47 | 20 | (Brief interruption in the proceedings.) |
| 17:42:47 | 21 | Q.   BY MR. SIEGEL:  Did XBT or Webzilla |
| 17:43:05 | 22 | lose any customers as a result of the publication |
| 17:43:08 | 23 | of the dossier? |
| 17:43:12 | 24 | A.   Yes. |
| 17:43:12 | 25 | Q.   Which -- why do you say "yes"?  What -- |

| | | |
|---|---|---|
| 17:43:13 | 1 | what's the basis of that answer? |
| 17:43:20 | 2 | A.   Because I was told by our CFO that the |
| 17:43:26 | 3 | growth is less than expected. |
| 17:43:30 | 4 | Q.   Okay.  Can you identify expected by whom? |
| 17:43:34 | 5 | By him? |
| 17:43:37 | 6 | A.   Yes. |
| 17:43:37 | 7 | Q.   Can you identify any customers that were |
| 17:43:41 | 8 | lost due to the publication of the dossier? |
| 17:43:46 | 9 | A.   I cannot. |
| 17:43:59 | 10 | Q.   Do you know who -- can you identify any |
| 17:44:03 | 11 | customers that you did not obtain as new customers |
| 17:44:08 | 12 | as a result of the publication of the dossier? |
| 17:44:11 | 13 | A.   The question is? |
| 17:44:11 | 14 | Q.   Well, are there any customers that you |
| 17:44:14 | 15 | did not -- who did not become new customers after |
| 17:44:19 | 16 | January 10th, 2017, as a result of the publication |
| 17:44:22 | 17 | of the dossier? |
| 17:44:23 | 18 | A.   There are. |
| 17:44:26 | 19 | Q.   And what is the basis of that statement? |
| 17:44:29 | 20 | A.   Because our growth has been slower than |
| 17:44:35 | 21 | expected. |
| 17:44:37 | 22 | Q.   Are you aware that the company grew more |
| 17:44:40 | 23 | in 2017 than any of the previous six years save |
| 17:44:48 | 24 | one? |
| 17:44:48 | 25 | A.   I'm not aware of that. |

| 17:44:51 | 1 | Q. Did -- can you identify a single potential |
| 17:45:01 | 2 | customer who you believe did not become a customer |
| 17:45:05 | 3 | due to publication of the dossier? |
| 17:45:07 | 4 | A. I cannot. |
| 17:45:09 | 5 | Q. Do you know who Vladimir Fomenko is? |
| 17:45:16 | 6 | A. No. |
| 17:45:20 | 7 | Q. Why did you become the CEO of the company? |
| 17:45:23 | 8 | A. Because I was offered to. |
| 17:45:25 | 9 | Q. Who offered it? |
| 17:45:27 | 10 | A. Aleksej. |
| 17:45:30 | 11 | Q. Did you -- were you offered an increase |
| 17:45:32 | 12 | in salary? |
| 17:45:33 | 13 | A. Yes. |
| 17:45:35 | 14 | Q. How much? |
| 17:45:43 | 15 | A. 80,000 euro a year increase. |
| 17:45:46 | 16 | Q. And what were you making in 2016 before |
| 17:45:50 | 17 | you became CEO? |
| 17:45:57 | 18 | A. 100,000 a year. |
| 17:46:01 | 19 | Q. And how much was Mr. Gubarev making |
| 17:46:04 | 20 | in 2016? |
| 17:46:05 | 21 | A. I don't know. |
| 17:46:06 | 22 | Q. You don't know? |
| 17:46:07 | 23 | A. I don't know. |
| 17:46:08 | 24 | Q. How much is he making in 2017? |
| 17:46:11 | 25 | A. I don't know. |

| | | |
|---|---|---|
| 17:46:12 | 1 | Q.   Is he making a salary in 2017?  Is he |
| 17:46:18 | 2 | being paid by XBT or any of its subsidiaries? |
| 17:46:21 | 3 | A.   No. |
| 17:46:22 | 4 | Q.   No?  Are you saying "no," or you don't |
| 17:46:26 | 5 | know? |
| 17:46:27 | 6 | A.   He's not getting a salary from XBT or |
| 17:46:29 | 7 | any of its subsidiaries. |
| 17:46:31 | 8 | Q.   Is he getting any money of any kind, any |
| 17:46:32 | 9 | compensation from XBT or any of its subsidiaries? |
| 17:46:48 | 10 | A.   I don't remember him getting any money |
| 17:46:51 | 11 | in 2017 from XBT or from any of its subsidiaries. |
| 17:46:58 | 12 | Q.   Okay.  But I'm -- I'm a little -- why |
| 17:46:59 | 13 | does that seem to be a difficult question for |
| 17:47:01 | 14 | you to answer? |
| 17:47:03 | 15 | MR. GURVITS:  Objection. |
| 17:47:06 | 16 | THE WITNESS:  I don't know why.  I |
| 17:47:08 | 17 | might have to -- I don't remember every single |
| 17:47:16 | 18 | transaction made from XBT and its subsidiary |
| 17:47:19 | 19 | companies for sure. |
| 17:47:20 | 20 | Q.   BY MR. SIEGEL:  Okay.  Why -- do you |
| 17:47:26 | 21 | have an understanding of why Mr. Gubarev is no |
| 17:47:31 | 22 | longer the CEO? |
| 17:47:33 | 23 | A.   Because I am. |
| 17:47:35 | 24 | Q.   Well, yes.  But why? |
| 17:47:37 | 25 | Is there any other reason, other than |

| | | |
|---|---|---|
| 17:47:38 | 1 | the mere fact that you are, that he is no longer |
| 17:47:41 | 2 | the CEO? |
| 17:47:49 | 3 | A.   I don't know anything about any other |
| 17:47:51 | 4 | reason. |
| 17:47:55 | 5 | Q.   So is it just that either he or the -- |
| 17:47:57 | 6 | the board felt that it was time for a younger |
| 17:48:02 | 7 | man to move up? |
| 17:48:09 | 8 | A.   I don't know their -- his line of |
| 17:48:12 | 9 | reasoning. |
| 17:48:13 | 10 | Q.   So nobody ever told you a reason why |
| 17:48:17 | 11 | Mr. Gubarev was electing to step down as the CEO? |
| 17:48:24 | 12 | Actually, I don't want to -- strike that. |
| 17:48:26 | 13 | Nobody -- did anybody ever give you any |
| 17:48:28 | 14 | reason why Mr. Gubarev was leaving the position |
| 17:48:33 | 15 | of CEO? |
| 17:48:40 | 16 | A.   No. |
| 17:48:42 | 17 | Q.   Do you have any understanding of why |
| 17:48:43 | 18 | he left the position of CEO? |
| 17:48:48 | 19 | A.   I know only what he told me. |
| 17:48:50 | 20 | Q.   What did he tell you? |
| 17:48:53 | 21 | A.   That I'm a very good fit and he believes |
| 17:48:57 | 22 | I will grow the company. |
| 17:49:00 | 23 | Q.   Okay.  And he didn't tell you anything |
| 17:49:02 | 24 | more? |
| 17:49:03 | 25 | A.   No. |

17:49:05  1        Q.   And neither did any other member of the

17:49:08  2    board?

17:49:08  3        A.   No.

17:49:10  4        Q.   Was there a board meeting in which you

17:49:12  5    were -- there was a vote on your becoming CEO?

17:49:15  6        A.   I don't know.

17:49:15  7        Q.   Okay.  Does Mr. Gubarev continue to

17:49:20  8    have any position with XBT or any other subsidiary

17:49:25  9    today?

17:49:25  10       A.   No.

17:49:27  11       Q.   Does he work at the office?

17:49:42  12       A.   I don't know.

17:49:43  13       Q.   You don't know whether he works in the

17:49:45  14   office?

17:49:46  15            When was the last time you saw him in

17:49:48  16   the office?

17:49:52  17       A.   Beginning of this week.

17:49:53  18       Q.   This week you saw him?

17:49:55  19       A.   Yes.

17:49:55  20       Q.   Okay.  Did you see him last week?

17:49:59  21       A.   No.

17:50:00  22       Q.   Before -- were you in the office last

17:50:02  23   week?

17:50:03  24       A.   Yes.

17:50:03  25       Q.   Okay.  Before this week, when was the

```
17:50:05   1   last time you saw him in the office?
17:50:07   2        A.   A couple of -- like, two, three weeks
17:50:11   3   ago, something like that.
17:50:12   4        Q.   Okay.  Does he perform any services for
17:50:15   5   XBT or any of its subsidiaries?
17:50:17   6        A.   No.
17:50:18   7        Q.   Do you know who Nikita Kuzmin is?
17:50:18   8   Nikita Kuzmin?
17:50:24   9        A.   Yes.
17:50:24  10        Q.   Who is he?
17:50:27  11        A.   I met him.  That's how I know him,
17:50:30  12   I -- I don't who's him.
17:50:33  13        Q.   When did you meet him?
17:50:37  14        A.   Summer two -- 2017.
17:50:40  15        Q.   Okay.  And in what context did you meet
17:50:45  16   him?
17:50:45  17        A.   I met him at the party.
17:50:52  18             (Court reporter clarification.)
17:50:52  19             THE WITNESS:  "Party."
17:50:52  20        Q.   BY MR. SIEGEL:  What party?
17:50:53  21        A.   It was a corporate anniversary for
17:51:00  22   a customer.
17:51:01  23        Q.   For any customer?
17:51:03  24        A.   For a customer.  For a customer of --
17:51:04  25   of -- for one customer of Webzilla.
```

| | | |
|---|---|---|
| 17:51:07 | 1 | Q.   Where was the party? |
| 17:51:08 | 2 | A.   In Jurmala. |
| 17:51:11 | 3 | Q.   Which is where? |
| 17:51:13 | 4 | A.   Latvia. |
| 17:51:13 | 5 | Q.   Oh, in Latvia. |
| 17:51:16 | 6 |      And who was the customer that the |
| 17:51:17 | 7 | party was for? |
| 17:51:19 | 8 | A.   Ecommpay. |
| 17:51:24 | 9 | Q.   Is that a name of a company or -- |
| 17:51:25 | 10 | A.   Yes. |
| 17:51:25 | 11 | Q.   -- a person? |
| 17:51:25 | 12 | A.   It's a name of a company. |
| 17:51:26 | 13 | Q.   And is -- was the company based in |
| 17:51:27 | 14 | Latvia? |
| 17:51:29 | 15 | A.   Yes. |
| 17:51:29 | 16 | Q.   Who is the owner of that company? |
| 17:51:38 | 17 | A.   I don't know. |
| 17:51:39 | 18 | Q.   Is there an individual who owns that |
| 17:51:41 | 19 | company? |
| 17:51:41 | 20 | A.   I don't know who owns the company. |
| 17:51:49 | 21 | Q.   And were you involved in the purchase |
| 17:51:50 | 22 | of a company called ServerClub for Mr. Kuzmin? |
| 17:51:55 | 23 | A.   I was not.  I didn't -- I don't even |
| 17:51:59 | 24 | know the fact that any company was purchased. |
| 17:52:02 | 25 | Q.   Okay.  Have -- you've exchanged -- |

```
17:52:06    1   I mean, we -- I can show them to you.  But we --
17:52:06    2   you have e-mails exchanged in Russian between
17:52:09    3   you and Nikita K.
17:52:11    4            Does that ring a bell, in connection
17:52:15    5   with this company called ServerClub?
17:52:18    6       A.   Yes.  We had -- we might have had such
17:52:22    7   communications.
17:52:22    8       Q.   Okay.  And why?  What was the purpose
17:52:28    9   of communicating with him?
17:52:30   10       A.   The purpose was to -- to facilitate
17:52:44   11   the execution of the agreement for purchase of
17:52:55   12   assets from ServerClub.
17:52:58   13       Q.   Okay.  And are you -- do you have any
17:53:04   14   understanding as to whether Mr. Kuzmin ever
17:53:09   15   served time in jail in the United States?
17:53:11   16       A.   I don't know that.
17:53:13   17       Q.   Have you ever heard that?
17:53:14   18       A.   No.
17:53:15   19       Q.   Before today, have you ever heard that?
17:53:19   20       A.   No.
17:53:21   21       Q.   In connection with purchasing assets
17:53:23   22   of Mr. Kuzmin's company, did you ever undertake
17:53:27   23   any efforts to check his background?
17:53:34   24       A.   I didn't take any efforts.
17:53:36   25       Q.   Do you know if anybody else did?
```

| | | |
|---|---|---|
| 17:53:39 | 1 | A.   I don't know. |
| 17:53:46 | 2 | Q.   Do you know -- are you familiar with |
| 17:53:48 | 3 | a company called LeaseWeb in Holland? |
| 17:53:51 | 4 | A.   Yes.  I am familiar with that company. |
| 17:53:53 | 5 | Q.   And in the past, was there a relationship |
| 17:53:59 | 6 | between Webzilla and LeaseWeb? |
| 17:54:03 | 7 | A.   I don't know about such relationship. |
| 17:54:06 | 8 | Q.   Did Webzilla rent -- lease servers |
| 17:54:12 | 9 | from LeaseWeb? |
| 17:54:14 | 10 | A.   I don't know about that. |
| 17:54:15 | 11 | Q.   You don't know one way or the other? |
| 17:54:19 | 12 | A.   I don't -- don't know one way or the |
| 17:54:21 | 13 | other. |
| 17:54:21 | 14 | Q.   Well, you were the project manager |
| 17:54:24 | 15 | of Webzilla for a year and a half; right? |
| 17:54:26 | 16 | A.   That's correct. |
| 17:54:27 | 17 | Q.   So are -- do you have any knowledge |
| 17:54:28 | 18 | of any dealings with LeaseWeb that Webzilla had |
| 17:54:35 | 19 | in the time that you were the project manager? |
| 17:54:40 | 20 | A.   No. |
| 17:54:40 | 21 | Q.   No?  Not at all? |
| 17:54:42 | 22 | A.   No. |
| 17:54:42 | 23 | Q.   You just don't know one way or the |
| 17:54:43 | 24 | other? |
| 17:54:43 | 25 | A.   No.  I don't know. |

| | | |
|---|---|---|
| 17:54:44 | 1 | Q.   You don't know whether any of the |
| 17:54:45 | 2 | servers that Webzilla offers to customers came |
| 17:54:50 | 3 | from LeaseWeb or were leased from LeaseWeb? |
| 17:54:53 | 4 | A.   I don't know what happened. |
| 17:54:56 | 5 | Q.   I am going to show you a printout of |
| 17:54:59 | 6 | the policy from a website, the -- of Servers.com, |
| 17:55:04 | 7 | its policies. |
| 17:55:05 | 8 | MR. SIEGEL:  Why don't we mark this |
| 17:55:07 | 9 | as Exhibit 91. |
| 17:55:26 | 10 | (Exhibit 91 marked.) |
| 17:55:29 | 11 | Q.   BY MR. SIEGEL:  If you look at page 2 -- |
| 17:55:35 | 12 | A.   Two.  (Examining.) |
| 17:55:35 | 13 | Q.   -- and 3 -- or 2 of those policies; right? |
| 17:55:38 | 14 | A.   Uh-huh. |
| 17:55:38 | 15 | Q.   If you look at the bottom of page 2, |
| 17:55:39 | 16 | Section 5.1 says: |
| 17:55:43 | 17 | "Use and Misuse" of Servers -- "of the |
| 17:55:45 | 18 | Services."  (As read.) |
| 17:55:45 | 19 | Do you see that? |
| 17:55:46 | 20 | A.   Which one? |
| 17:55:47 | 21 | Q.   5.1.  Paragraph 5.1. |
| 17:55:49 | 22 | A.   Yes.  5.1, yes. |
| 17:55:49 | 23 | Q.   (Reading.) |
| 17:55:50 | 24 | "Use and Misuse of the Services." |
| 17:55:52 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 17:55:52 | 1 | Q.   And it continues down for, oh, about |
| 17:55:55 | 2 | two and a half pages. |
| 17:55:57 | 3 | A.   Uh-huh. |
| 17:56:05 | 4 | Q.   Can you point to anywhere in these |
| 17:56:08 | 5 | policies that prohibits any adult content on |
| 17:56:15 | 6 | Servers.com? |
| 17:56:16 | 7 | A.   I'll have to spend time on that. |
| 17:56:18 | 8 | Q.   Okay. |
| 17:56:18 | 9 | MR. SIEGEL:  Why don't you break for |
| 17:56:18 | 10 | a few minutes. |
| 17:56:34 | 11 | THE VIDEOGRAPHER:  Going off the record |
| 17:56:34 | 12 | at 5:56. |
| 17:56:34 | 13 | (Recess from 5:56 p.m. to 5:58 p.m.) |
| 17:58:24 | 14 | THE VIDEOGRAPHER:  Back on the record |
| 17:58:25 | 15 | at 5:58. |
| 17:58:25 | 16 | THE WITNESS:  No, I cannot show it here. |
| 17:58:54 | 17 | Q.   BY MR. SIEGEL:  What's that? |
| 17:58:54 | 18 | A.   I cannot show that here. |
| 17:58:56 | 19 | Q.   So what leads you to say that such |
| 17:58:59 | 20 | a policy exists? |
| 17:59:02 | 21 | A.   I'm positive that there is a place |
| 17:59:04 | 22 | on the website where it is stated that such |
| 17:59:10 | 23 | content is not allowed. |
| 17:59:12 | 24 | Q.   Okay.  And how is such content defined? |
| 17:59:24 | 25 | What's the content that is not allowed? |

| | | |
|---|---|---|
| 17:59:28 | 1 | A.   Adult content. |
| 17:59:29 | 2 | Q.   What does that mean? |
| 17:59:35 | 3 | A.   I don't know the definition. |
| 17:59:39 | 4 | Q.   And how is it defined on the website? |
| 17:59:47 | 5 | A.   I don't know. |
| 17:59:48 | 6 | Q.   What do you think it means? |
| 17:59:49 | 7 | A.   Hmm? |
| 17:59:49 | 8 | Q.   What do you think it means? |
| 17:59:54 | 9 | A.   I -- I don't have a -- I don't have |
| 17:59:56 | 10 | a definition for that. |
| 17:59:58 | 11 | Q.   Say that again. |
| 17:59:59 | 12 | A.   I don't have a definition for that. |
| 18:00:01 | 13 | Q.   So how is a customer -- if you can't |
| 18:00:04 | 14 | define what the -- adult content that you contend |
| 18:00:08 | 15 | is not permitted even means, how is any customer |
| 18:00:11 | 16 | supposed to know? |
| 18:00:21 | 17 | A.   If an adult -- the customer will know -- |
| 18:00:31 | 18 | actually, I don't know because -- I don't know. |
| 18:00:42 | 19 | Q.   If there were a policy against allowing |
| 18:00:45 | 20 | what you call adult content, why is it not anywhere |
| 18:00:52 | 21 | in the Servers policies about use and misuse of |
| 18:00:56 | 22 | the services? |
| 18:00:58 | 23 | A.   I don't know. |
| 18:01:15 | 24 | Q.   Okay.  If -- look at page 2, 3, 4, 5 -- |
| 18:01:20 | 25 | page 6. |

```
18:01:26    1         A.   Uh-huh.

18:01:28    2         Q.   You go down, about the third paragraph

18:01:30    3    from the bottom, it says:

18:01:31    4              "Material that constitutes, fosters,

18:01:32    5    or promotes child pornography."

18:01:37    6              That is not permitted; right?

18:01:38    7         A.   Uh-huh.

18:01:39    8         Q.   Okay.  And the bottom says:

18:01:43    9              "The posting or display of any image

18:01:44   10    or wording depicting or" relating "to bestiality."

18:01:47   11    (As read.)

18:01:48   12              Right?  Is not permitted.

18:01:51   13              And my question is -- so child pornography

18:01:56   14    is not permitted.

18:01:59   15              What about adult pornography?

18:02:02   16         A.   What about?

18:02:03   17         Q.   Adult pornography?

18:02:05   18         A.   It is not permitted.

18:02:07   19         Q.   And where does it say that?

18:02:11   20         A.   It does somewhere else.

18:02:13   21         Q.   Somewhere else?

18:02:14   22         A.   (Witness nods head in the affirmative.)

18:02:15   23         Q.   But you can't tell us where or what

18:02:17   24    it says?

18:02:18   25         A.   Not in this document.
```

| | | |
|---|---|---|
| 18:02:20 | 1 | Q.   Well -- |
| 18:02:21 | 2 | A.   Not in this document. |
| 18:02:23 | 3 | Q.   And you can't tell us what exactly it |
| 18:02:26 | 4 | says is not permitted? |
| 18:02:28 | 5 | A.   It says:  Adult content is not permitted. |
| 18:02:31 | 6 | Q.   That's exactly the words that it uses? |
| 18:02:33 | 7 | A.   That is exactly the words. |
| 18:02:36 | 8 | Q.   If adult content is not permitted, then |
| 18:02:40 | 9 | why would you need to have a prohibition on child |
| 18:02:44 | 10 | pornography? |
| 18:02:45 | 11 | That is an example of adult content, |
| 18:02:47 | 12 | is it not? |
| 18:02:52 | 13 | A.   I don't know the reason. |
| 18:02:55 | 14 | Q.   Is there a document that contains |
| 18:02:57 | 15 | those words that you're referring to? |
| 18:03:00 | 16 | A.   Which words? |
| 18:03:01 | 17 | Q.   "Adult content is not permitted." |
| 18:03:03 | 18 | A.   There is a page from Servers.com website |
| 18:03:05 | 19 | that contains those words. |
| 18:03:08 | 20 | Q.   Okay.  Have you ever -- do you know what |
| 18:03:11 | 21 | the FSB is in Russia? |
| 18:03:15 | 22 | A.   I do. |
| 18:03:15 | 23 | Q.   What is it? |
| 18:03:18 | 24 | A.   It is some kind of security agency. |
| 18:03:23 | 25 | Q.   Have you ever had any contact with |

```
18:03:27    1   any official of the FSB?

18:03:31    2        A.   I don't know.

18:03:32    3        Q.   Why do you say you don't know?

18:03:34    4        A.   Because you never know who's an

18:03:38    5   official in a security agency.

18:03:40    6        Q.   Okay.  To your knowledge -- well, to

18:03:43    7   your knowledge, has -- well, have you ever had

18:03:47    8   any contact with anyone who you understood to

18:03:50    9   be an official of the FSB?

18:04:01   10        A.   No.

18:04:04   11        Q.   Are you aware of any contact that

18:04:06   12   Mr. Gubarev has had with anyone whom you

18:04:09   13   understood to be an official of the FSB?

18:04:12   14        A.   No.

18:04:13   15        Q.   And what about anyone -- any

18:04:19   16   representative of XBT or any of its subsidiaries,

18:04:23   17   are you aware of anyone who's ever -- ever had

18:04:25   18   any contact with anyone you understood to be

18:04:28   19   an official of the FSB?

18:04:30   20        A.   No.  I'm not aware of that.

18:04:32   21        Q.   Or who worked for the FSB?

18:04:34   22        A.   I'm not aware of that.

18:04:36   23        Q.   How did you learn the name of the

18:04:38   24   official whose first name was Vadim that you

18:04:41   25   said you wrote a letter to?  How did you know
```

| | | |
|---|---|---|
| 18:04:43 | 1 | to direct that letter to him about the server |
| 18:04:45 | 2 | in Moscow -- or the network -- I'm sorry -- |
| 18:04:49 | 3 | in Russia? |
| 18:05:21 | 4 | A.   I was advised by an employee from |
| 18:05:27 | 5 | Russia to do that. |
| 18:05:30 | 6 | Q.   And how did the employee tell you -- |
| 18:05:32 | 7 | why did the employee tell you that was the best |
| 18:05:37 | 8 | action to take? |
| 18:05:37 | 9 | A.   I don't know. |
| 18:05:38 | 10 | Q.   I'll try to rephrase that. |
| 18:05:40 | 11 | Did the employee tell you why that |
| 18:05:42 | 12 | employee believed that was the best action to |
| 18:05:46 | 13 | take? |
| 18:05:57 | 14 | A.   No. |
| 18:05:57 | 15 | Q.   In order to open in -- when -- I think |
| 18:06:01 | 16 | you said it was United Networks in Russia opened |
| 18:06:06 | 17 | any points of presence in Russia, did that require |
| 18:06:12 | 18 | any sort of approval from the government -- |
| 18:06:17 | 19 | A.   I don't know about that. |
| 18:06:18 | 20 | Q.   -- of Russia? |
| 18:06:19 | 21 | A.   I don't know about that. |
| 18:06:20 | 22 | Q.   You don't know one way or the other? |
| 18:06:22 | 23 | A.   I don't know one way or the other. |
| 18:06:23 | 24 | Q.   Who would know the answer to that |
| 18:06:25 | 25 | question? |

| | | |
|---|---|---|
| 18:06:26 | 1 | A.   The general manager of the United |
| 18:06:29 | 2 | Network. |
| 18:06:30 | 3 | Q.   And where is the general manager of |
| 18:06:33 | 4 | United Network? |
| 18:06:34 | 5 | A.   In Moscow. |
| 18:06:35 | 6 | Q.   What's his or her name? |
| 18:06:38 | 7 | A.   Sergey Krysenko. |
| 18:06:40 | 8 | Q.   And is United Networks, to your |
| 18:06:46 | 9 | knowledge, the only subsidiary that has any |
| 18:06:50 | 10 | points of presence in Russia, the only XBT |
| 18:06:52 | 11 | subsidiary? |
| 18:07:03 | 12 | A.   No. |
| 18:07:04 | 13 | Q.   Which other subsidiaries have points |
| 18:07:07 | 14 | of presence? |
| 18:07:08 | 15 | A.   No, the points of presence, yes.  Yes. |
| 18:07:13 | 16 | Q.   Okay. |
| 18:07:13 | 17 | A.   Yes. |
| 18:07:13 | 18 | Q.   Which others -- do other subsidiaries |
| 18:07:15 | 19 | have any data centers in Russia? |
| 18:07:18 | 20 | A.   No. |
| 18:07:18 | 21 | Q.   Do any subsidiaries have any other |
| 18:07:22 | 22 | assets or interests in Russia? |
| 18:07:24 | 23 | A.   Yes. |
| 18:07:25 | 24 | Q.   What? |
| 18:07:26 | 25 | A.   There is a Webzilla Apps subsidiary. |

| | | |
|---|---|---|
| 18:07:31 | 1 | And it outsources some software development |
| 18:07:39 | 2 | to Russia. |
| 18:07:40 | 3 | Q.   Okay.  So some of its software |
| 18:07:45 | 4 | development functions are outsourced to |
| 18:07:47 | 5 | Russian companies? |
| 18:07:48 | 6 | A.   Yes. |
| 18:07:51 | 7 | Q.   Does Webzilla Apps have any presence |
| 18:07:54 | 8 | in Russia, either physically or through any |
| 18:07:58 | 9 | employees? |
| 18:08:00 | 10 | A.   Via outsource only. |
| 18:08:02 | 11 | Q.   Okay.  And -- and does that mean -- |
| 18:08:03 | 12 | by outsourcing remotely, in other words, they |
| 18:08:07 | 13 | have a contract with a company in Russia? |
| 18:08:10 | 14 | A.   I don't know the details. |
| 18:08:11 | 15 | Q.   You don't know the details of it?  Okay. |
| 18:08:14 | 16 | What kind of software? |
| 18:08:17 | 17 | A.   They are developing VPN software. |
| 18:08:27 | 18 | Q.   And now you're way above my pay grade. |
| 18:08:27 | 19 | So what is PPN [sic] software? |
| 18:08:28 | 20 | A.   VPN. |
| 18:08:30 | 21 | Q.   Oh, VPN software. |
| 18:08:30 | 22 | A.   VPN.  VPN. |
| 18:08:31 | 23 | Q.   I'm sorry. |
| 18:08:31 | 24 | A.   VPN software. |
| 18:08:33 | 25 | Q.   In connection with opening any point |

```
18:08:37    1   of presence in Russia, did United Networks or

18:08:43    2   any subsidiary of XBT or Webzilla have to submit

18:08:47    3   any paperwork to the Russian government?

18:08:52    4       A.   I don't know.

18:08:52    5       Q.   And I'll ask you the same question in

18:08:53    6   connection with maintaining a point of presence.

18:08:56    7            Is there any paperwork that needs to

18:08:58    8   be submitted to the Russian government?

18:09:06    9       A.   Yes.

18:09:06   10       Q.   And I'm -- I'm --

18:09:06   11       A.   Yes.

18:09:06   12       Q.   And what is that?

18:09:09   13       A.   Tax filings.

18:09:12   14       Q.   All right.  I was going to say I'm

18:09:12   15   going to exclude tax filings.

18:09:13   16            Other than tax filings, are you aware

18:09:15   17   of any paperwork that needs to be submitted

18:09:18   18   to the Russian government in connection with

18:09:21   19   maintaining any of those points of presence?

18:09:26   20       A.   No.

18:09:28   21       Q.   Okay.

18:09:28   22       A.   I'm not aware of that.

18:09:30   23            MR. SIEGEL:  Let's go off the record.

18:09:31   24   I'll just -- I think that may be it.  But we'll

18:09:34   25   just take a little break.
```

```
18:09:40    1              THE VIDEOGRAPHER:  Going off the record,

18:09:41    2    6:09.

18:10:17    3              (Brief discussion held off the record.)

18:10:24    4              THE VIDEOGRAPHER:  Back on the record

18:10:25    5    at 6:10.

18:10:28    6              MR. SIEGEL:  We've concluded.  No further

18:10:31    7    questions.

18:10:32    8              THE VIDEOGRAPHER:  This is the end of

18:10:32    9    the video deposition of Nikolay Dvas.  Going off

18:10:40   10    the record at 6:10.

           11              (The deposition concluded at 6:10 p.m.)

           12

           13

           14

           15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25
```

```
1              CERTIFICATE OF WITNESS

2

3          I, NIKOLAY DVAS, witness herein,

4    do hereby certify and declare the within and

5    foregoing transcription to be my examination

6    under oath in said action taken on May 17,

7    2018, with the exception of the changes

8    listed on the errata sheet, if any;

9             That I have read, corrected, and

10   do hereby affix my signature under penalty

11   of perjury to said examination under oath.

12

13

14

15

16   _____  _____
         NIKOLAY DVAS, Witness              Date
17

18

19

20

21

22

23

24

25
```

```
1                  CERTIFICATE OF REPORTER

2

3            I, BRENDA MATZOV, CA CSR 9243, do hereby

4    certify:

5            That, prior to being examined, the witness

6    named in the foregoing deposition was duly sworn

7    by me to testify the truth, the whole truth, and

8    nothing but the truth;

9            That the foregoing deposition was taken

10   before me at the time and place herein set forth,

11   at which time the aforesaid proceedings were

12   stenographically recorded by me and thereafter

13   transcribed by me;

14           That the foregoing transcript, as

15   typed, is a true record of the said proceedings;

16           And I further certify that I am not

17   interested in the action.

18

19           Dated this 17th day of May, 2018.

20

21      _____

22      BRENDA MATZOV, CA CSR 9243

23

24

25
```

```
1                        ERRATA SHEET

2   Case:      ALEKSEJ GUBAREV, ET AL. vs. BUZZFEED,

3              INC., ET AL.

4   Date:      MAY 17, 2018

5   Witness:  NIKOLAY DVAS

6

7   Page _____ Line _____ Change _____

8   Reason _____

9   Page _____ Line _____ Change _____

10  Reason _____

11  Page _____ Line _____ Change _____

12  Reason _____

13  Page _____ Line _____ Change _____

14  Reason _____

15  Page _____ Line _____ Change _____

16  Reason _____

17  Page _____ Line _____ Change _____

18  Reason _____

19  Page _____ Line _____ Change _____

20  Reason _____

21  Page _____ Line _____ Change _____

22  Reason _____

23

24  _____   _____

25              NIKOLAY DVAS, Witness                 Date
```