# Exhibit 42

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** RE: Good news - Forbes
**From:** "Marilyn R. Gerber" <marilyn@cutlerpr.co>
**Date:** 12/17/2015 7:14 AM
**To:** "'Nick Dvas'" <dvas@servers.com>, "Zach Cutler" <zach@cutlerpr.co>

Hey, Nick. Ugh! Sorry to hear you're sick, but I appreciate your confirming that you got my email. Whenever you can get back to me is fine. Hope you feel better very soon! Meantime, I'll certainly keep you posted on updates as soon as we hear anything.

```
-----Original Message-----
From: Nick Dvas [mailto:dvas@servers.com]
Sent: Thursday, December 17, 2015 10:10 AM
To: Zach Cutler
Cc: Marilyn R. Gerber
Subject: Re: Good news - Forbes

Hi Zach!
That's what I call really good news!

Marilyn, I've received your mail. Unfortunately, I'm a bit sick, but I'll do my best to
reply today.

> On Dec 17, 2015, at 5:01 PM, zach@cutlerpr.co wrote:
>
> Hi Nick,
>
> We have good news - received confirmation from a Forbes writer we pitched that Servers
will be featured in an upcoming roundup list in Forbes about great startups to watch in
2016!
>
> Congratulations - we will keep our eyes open for it and send over the link once it
publishes.
>
> Zach
>
```



P-P001098