# Exhibit 45

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Good news
**From:** Zach Cutler <zach@cutlerpr.co>
**Date:** 3/31/2016 7:45 AM
**To:** Nick Dvas <dvas@servers.com>

Hi Nick, the article published today: http://www.inc.com/ilya-pozin/18-tech-companies-to-get-excited-about.html



Zach Cutler   |   Founder & CEO
T 212.220.2534   M 310.228.7939
zach@cutlerpr.co   www.cutlerpr.co



On Wed, Mar 30, 2016 at 11:52 AM, Zach Cutler <zach@cutlerpr.co> wrote:
> Hi Nick,
>
> I have some good news -- one of the round of lists for which we pitched Servers for inclusion (Inc. Magazine), will be publishing and will be including Servers!
>
> The writer let me know it should go up this week so we will keep our eyes peeled and will send you the link once it's live.
>
> Best,
> Zach



Zach Cutler   |   Founder & CEO
T 212.220.2534   M 310.228.7939
zach@cutlerpr.co   www.cutlerpr.co





EXHIBIT 27
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001243