# Exhibit 47

Home / About XBT / Newsroom

## Servers.com Is Expanding to Russia

Published on: **September 25, 2015**



**Dallas, TX, September 25, 2015** - XBT Holding S.A., the parent company of the hosting provider Servers.com, announced the acquisition of the company Edinaya Set', in order to launch the regional versions of its services.

The move enables XBT to deploy its solutions to the local market in observance of the legal standards of the Russian Federation. As a result, customers of the company from Russia and abroad will be able to allocate servers in the Russian Federation, in full compliance with and according to the Federal Law in regards to the use and storage of Personal Data. This in turn will bring unparalleled performance and the low latency network of Servers.com to customers in Russia. XBT's unique global private network which connects all server infrastructure maintained by the holding's subsidiaries, is a significant reason behind the decision for Russia to be the next destination. The partnership hints at a deeper integration of services which is to follow.

"We have been looking for a local player which meets our development requirements," said Aleksej Gubarev, CEO of XBT Holding. "Edinaya Set' will become the base of our international operations in the region by guaranteeing better and more diversified services. This successful move will provide our customers with new opportunities, and will allow us to launch our project, Servers.com, in Russia under the brand Servers.ru before the end of 2015."

Edinaya Set's Managing Director, Sergey Krysenko agrees, "We have, so far, been developing our portfolio linearly. It has certainly worked but our newly-formed partnership allows us to improve. The experience we have accumulated, together with XBT's resources, will ensure that our IT infrastructure will receive a needed optimization."

The global hosting environment has motivated XBT Holding's management to continue the strategic expansion. The emerging markets in Asia have shown the importance of a transcontinental connection. Customers from East and West seek to broaden their portfolios with additional redundancy and better reach. Servers.com now allows for a complete line of services to be utilized, from the US to Europe and Asia.

The deal has been closed on August 25th, and all achieved agreements are now in effect.

DEFENDANT'S EXHIBIT R-5   4-30-18 ST