# Exhibit 48



P-F000122



инвесторов, включая имена, даты рождения и адреса, а также данные об операциях с криптовалютами

Созданный российскими разработчиками поисковик на базе блокчейна собрал $25,5 млн ▪ 1



BitClave противопоставляет себя глобальным компаниям вроде Google, которые собирают данные пользователей не спрашивая их согласия

Мартынов (Ethereum): 60% разработчиков блокчейна — русскоязычные, склонные к моментальной смене стран проживания



Как только ключевые девелоперы чувствуют малейшую шаткость позиций в стране, сразу же отправляются в страну, где криптоэкономику воспринимают на ура

«Новые облачные технологии» получили в акционеры знакомого Путина



Ранее миноритарные пакеты в компании купили бывший вице-президент «Роснефти» Томас Хендель и бывший топ-менеджер «Ростеха» Василий Цуприк

Все новости ✉ Подсказать ссылку

## Прямой эфир 🔊

**23:48** Valeratal No — Филипп Кулин (DiPHOST): фильтрация Рунета Роскомнадзором используется для выяснения отношений и конкурентной борьбы ▪ 6

**22:53** stroginovxx@mail.ru — Глава РКН пообещал не запускать цензуру как в Китае: «У них премодерация, у нас постмодерация» ▪ 12

**20:53** stroginovxx@mail.ru — Сервисы Mail.ru Group заняли три места в рейтинге самых скачиваемых приложений для Android ▪ 2

**23:48** Crio — «Авторы кода» Facebook братья Уинклвоссы снова слишком опередили время и заработали на биткоине лишь $1 миллиард ▪ 7

**22:50** Глеб Суворов, https://telegram.me/itsocial — Антицензурный VPN в Opera перестал работать для россиян? (+ не совсем перестал) ▪ 38

**15:50** Herbonit — Налоговые льготы для ИТ-компаний, 5 методов экономии ▪ 9

**23:39** stroginovxx@mail.ru — МВД пресекло деятельность незаконного сотового оператора, работавшего несколько лет ▪ 7

**22:43** stroginovxx@mail.ru — У «Сбербанка» снова рухнули платежи по картам, в 2017 банк падает регулярно ▪ 6

**15:29** Rulims, rulims.ru — Источники «Трушерина»: «Яндекс» запустит гибрид «каршеринг-такси» в декабре ▪ 1

## Лучшее за неделю

**26:11** Российский оператор компании BlaBlaCar попытается снять запрет на публикации сервиса ▪ 1

**27:31** Совбез попросил идентифицировать «танкистов», других онлайн-игроков и обитателей соцсетей ▪ 13

**3:17** Берёзкин приготовился продать госорганам и корпорациям боливийские смартфоны на Sailfish OS RUS ▪ 1

© ООО «Роем», 2007 – 2017.

Roem.ru в социальных сетях: 🐦 f 📷 ▶ 🔗

Увидели опечатку? Выделите ее в тексте и нажмите Ctrl+Enter.

Материалы сайта предназначены для лиц старше 18 лет.

Купить рекламу
Стать звездой Factus
Условия использования сайта
Правила общения
Инфопартнёрство

Хостинг - servers.com
Защита от DDOS - Qrator
Разработка сайта - Dudes
Поддержка сайта - Broccoli
Блог редакции, Обратная связь
Мобильная версия, RSS

**Alexey Gubarev has acquired the Russian hoster "Unified network" (Exepto)**
August 26th, 2015 at 4:01pm
Reader Roem.ru

Developments: Alexey Gubarev has launched the hosting Servers.ru in Russia | January 28, 2016

The hosting provider Servers.com announced the acquisition of the company "Unified Network" in order to launch local versions of XBT.com services with the observance of the legislative norms of the Russian Federation. The deal value amounted to $800,000 according to CNews in XBT Holding S.A.

It is expected that this step will reduce the network expenses when working with the resource Servers.com and will completely eliminate the geopolitical factor.

"We have been looking for a local player who could fully meet the set goals for a long time. The LCC "Unified network" will become the foundation for the development of international potential in the Russian market," said **Alexey Gubarev**, CEO of XBT.com. "This is a successful transaction that will provide our customers with new opportunities and will allow us to launch our product Servers.com in Russia under the brand Servers.ru till the end of 2015".

| | |
|---|---|
| LOGO | Servers.com has acquired "Unified network" for $800,000. The international holding XBT Holding S.A., represented by the hosting provider Servers.com, announced the acquisition of the company "Unified Network" to launch local versions of XBT.com services in compliance with the laws of the Russian Federation. The deal value amounted to |

The link was prompted by the user. Add your links.

Quick search: Ехерто, Servers, Alexey Gubarev, Data Centers, Unified Network, Hardware, Purchase ⁄ Sale, Hosting.

Share                                                                                       Discuss



Trusted
Translations®

September 21, 2018

## CERTIFICATE OF ACCURACY

To whom it may concern:

The document Webpage codes P-F000122 – P-F000123 was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from **Russian** into **English** to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Office Manager

Project ID: 168070



66 West Flagler St. Suite 1200.
Miami, FL 33130
www.trustedtranslations.com

Phone: (877) 255-0717
Fax: (888) 883-6408
sales@trustedtranslations.com