# Exhibit 49

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF FLORIDA
 2    -----------------------------x
      ALEKSEJ GUBAREV, XBT HOLDING
 3    S.A., AND WEBZILLA, INC.,

 4                   Plaintiffs,

 5         vs.      Case No. 1:17-cv-60426-UU

 6    BUZZFEED, INC. AND BEN SMITH,

 7                   Defendants.
      -----------------------------x
 8

 9

10                 ALEKSEJ GUBAREV

11              New York, New York

12            Thursday, June 28, 2018

13

14

15

16

17

18

19

20

21

22    Reported by:  Steven Neil Cohen, RPR

23    Job No. 237459

24

25
```

```
 1                    June 28, 2018

 2                      9:39 a.m.

 3

 4             Videotaped Deposition of ALEKSEJ

 5        GUBAREV, taken by Defendants, pursuant to

 6        notice, at the offices of Davis Wright

 7        Tremaine LLP, 1251 Avenue of the Americas,

 8        New York, New York,  before Steven Neil

 9        Cohen, a Registered Professional Reporter

10        and Notary Public of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                       APPEARANCES

 2

 3      BOSTON LAW GROUP, PC

 4      825 Beacon Street

 5      Suite 20

 6      Newton Center, Massachusetts 02459

 7                  Attorneys for Plaintiffs

 8      BY:   VAL GURVITS, ESQ.

 9

10      DAVIS WRIGHT TREMAINE LLP

11      1251 Avenue of the Americas

12      New York, New York 10020

13                  Attorneys for Defendants

14      BY:   KATHERINE M. BOLGER, ESQ.

15            NATHAN SIEGEL, ESQ.

16            ADAM LAZIER, ESQ.

17

18

19      ALSO PRESENT:

20            Elana Pick, Interpreter

21            Kevin Marth, Videographer

22

23

24

25
```

Alexei Gubarev - PTSD
June 28, 2018

```
 1              IT IS HEREBY STIPULATED AND

 2       AGREED, by and between counsel for the

 3       respective parties hereto, that the sealing

 4       and filing of the within deposition be

 5       waived; that such deposition may be signed

 6       and sworn to before any officer authorized

 7       to administer an oath; that all objections,

 8       except as to form are reserved to the time

 9       of trial.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Aleksej Gubarev
June 28, 2018                                           5

```
 1              THE VIDEOGRAPHER:  Good morning.

 2       This marks the start of media number 1

 3       of the videotaped deposition of

 4       Mr. Aleksej Gubarev in the matter of

 5       Aleksej Gubarev, et al., versus

 6       Buzzfeed, Inc., et al., in the United

 7       States District Court for the Southern

 8       District of Florida, case number

 9       117-CV-60426.

10              The deposition today is being

11       held in the offices of Davis Wright

12       Tremaine, LLP on June 28, 2018.

13              My name is Kevin Marth.  I am

14       the legal videographer today from U.S.

15       Legal Support.

16              Our court reporter today is

17       Mr. Steven Cohen also representing

18       U.S. Legal Support.

19              We are going on the record at

20       9:39 a.m.

21              At this time would counsel

22       please state their appearances for the

23       record?

24              MR. GURVITS:  Val Gurvits for

25       plaintiffs and the deponent.
```

```
 1              MS. BOLGER:  Kate Bolger from
 2         Davis Wright Tremaine.
 3              With me is Nathan Siegel both of
 4         Davis Wright Tremaine on behalf of the
 5         defendants.
 6              THE VIDEOGRAPHER:  At this time
 7         will the court reporter please swear
 8         in the witness and the interpreter and
 9         you may proceed?
10              (Interpreter sworn)
11     ALEKSEJ GUBAREV, called as a witness by
12        the Defendants, having been duly sworn,
13        testified as follows:
14     EXAMINATION
15   BY MS. BOLGER:
16         Q.   So, Mr. Gubarev, I know you have
17     been through this drill before although I
18     haven't been the one asking the questions.
19     Today is a little different.  You are here
20     as the designated 30(b)(6) witness for the
21     company which means you are here to talk
22     about the knowledge of XBT and Webzilla, is
23     that -- just XBT, sorry, the knowledge of
24     XBT.
25              Is that your understanding too?
```

```
 1          A.    Yes.

 2          Q.    Great.

 3                I am going to ask Steve to hand

 4     you a document that was produced by y'all in

 5     this litigation as PT4.

 6                (Spreadsheet was marked Exhibit 1

 7     for identification)

 8   BY MS. BOLGER:

 9          Q.    Mr. Gubarev, I asked both

10     Mr. Bezruchenko and Mr. Geoderich about this

11     exhibit and they couldn't tell me much about

12     it so I am hoping you can tell me.

13                Do you know what this document is?

14          A.    This document was created to

15     investigate IP which was mentioned in one

16     report -- in one report.

17          Q.    Is that the Grizzly Steppe report,

18     the American FBI and Department of Justice

19     report about the hacks, Russian attacks on

20     the dem -- sorry, on the American electoral

21     system?

22                MR. GURVITS:  Objection.

23                You may answer if you can.

24                THE WITNESS:  I don't know if it

25          is true what they publish -- I don't
```

```
 1          know what this mean FBI.  I know this

 2          IP, it was just related to our

 3          company.

 4                MS. BOLGER:  Evaluating his

 5          company.

 6                MR. GURVITS:  "Related."

 7                THE WITNESS:  Related to my

 8          company.

 9                MS. BOLGER:  Sorry.

10   BY MS. BOLGER:

11          Q.    Right.  But these are the 13 IP

12      addresses that were related to XBT

13      affiliates that were identified on the

14      American government report, correct?

15                MR. GURVITS:  Objection.

16                THE WITNESS:  I don't know.

17   BY MS. BOLGER:

18          Q.    What do you think the -- why do

19      you think y'all looked into these 13 IP

20      addresses?

21          A.    I don't believe there are 13.

22          Q.    Yes.

23          A.    Could you repeat your question?  I

24      don't understand.  Sorry.

25          Q.    Why were these -- why did y'all
```

1      investigate these specific IP addresses?

2           A.    Because it was in my report and we

3      checked what is happening with them.

4           Q.    Okay.  I am trying to figure out

5      what report that was to see if there is a

6      report I don't know about.

7                 Is it the report that the American

8      government put out with IP addresses

9      affiliated in some way with Russian cyber

10     attacks?

11          A.    I would like to make it clear.

12          Q.    Okay.

13          A.    I don't know what FBI mentioned to

14     each IP.  It was just mentioned list of IP.

15     But you don't know what IP was done for

16     what.  Is now no details for that available.

17          Q.    Sure.  I think you are a step

18     ahead of me.

19                I understand that the report

20     listed IP addresses and there were no

21     details available which is I think what you

22     just said, is that right?

23          A.    Right.

24          Q.    But I want to know what the report

25     is that those IP addresses was attached to.

```
 1                  The report is the report of the

 2       American government about Russian hacking,

 3       correct?

 4            A.    I don't know details.  I tell you

 5       again.  There was no details in this report,

 6       how each IP was connected to what.  It was a

 7       general report.  Very general.

 8            Q.    What was the general topic of the

 9       report?

10            A.    About some attacks.  I don't know

11       like full details of that because it was

12       very general report.

13            Q.    What kind of attacks?

14            A.    Different ones.

15            Q.    What kinds of different attacks?

16            A.    I don't know because report is not

17       specific on everything.

18            Q.    Was the report about shark attacks

19       on a beach in Miami or was the report about

20       cyber attacks?

21            A.    Some kind of attacks.

22            Q.    What kind of attacks, cyber

23       attacks?

24            A.    I don't know exact details because

25       as I told you not me who had this report.
```

```
 1        How I can know what they think in their mind

 2        about these IPs.

 3            Q.    You know what the subject of the

 4        report was.  You said the subject of the

 5        report was attacks.  I have asked you what

 6        kind of attacks.  I have asked you if they

 7        were shark attacks or cyber attacks.

 8                 Are you telling me you can't tell

 9        me whether that report was about shark

10        attacks or cyber attacks?

11            A.    No.  It was related to computers,

12        100 percent.

13            Q.    It was related to cyber attacks,

14        correct?

15            A.    Computers, attack.

16            Q.    Computer attacks?

17            A.    Yes.

18            Q.    The report was released by the

19        American government, right?

20            A.    Yes.

21            Q.    Okay.  And it was actually about

22        Russian computer attacks, right?

23            A.    I don't know this.

24            Q.    You don't know that the report was

25        about Russian computer attacks?
```

```
 1          A.      There is no details about that.

 2          Q.      Okay.  We will just get the

 3     report.

 4                  Okay.  Who generated this

 5     document?

 6          A.      It was abuse team of the company

 7     and then later reviewed by Konstantine

 8     Bezruchenko.

 9          Q.      When you say it was created by the

10     "abuse team of the company," who is the head

11     of the abuse team?

12          A.      Well --

13          Q.      Who was the head of the abuse team

14     at the time this was created?

15          A.      Konstantine Bezruchenko.  He is

16     the head of this operation and all report to

17     him.

18          Q.      Okay.  Who is Ksenia?

19          A.      Ksenia is one of the employee.

20          Q.      What is Ksenia's full name?

21          A.      Ksenia.

22          Q.      Full name.  Last name?

23          A.      I don't remember.  I am not good

24     on names.  I told you about that before.

25          Q.      I know, Mr. Gubarev.  Today is
```

```
 1      different though.  Remember you are the

 2      person who is supposed to have the knowledge

 3      of XBT, right?  It is not just you.

 4                  MR. GURVITS:  Objection.

 5   BY MS. BOLGER:

 6          Q.    It is the knowledge of XBT.  That

 7      is why you are here today.

 8                  MR. GURVITS:  Objection.

 9                  THE WITNESS:  Ask you, do I have

10          to remember 420 employees' names and

11          surnames today?

12   BY MS. BOLGER:

13          Q.    No.  I asked you to be prepared to

14      testify about this document though.

15          A.    Complicated question for me.

16          Q.    So I am going to leave a blank in

17      the transcript and ask you to fill in

18      Ksenia's last name.

19                  TO BE FURNISHED:_____.

20   BY MS. BOLGER:

21          Q.    Did Ksenia create this report?

22          A.    Yes, he -- it was not one person.

23      It was Ksenia and then Konstantine

24      Bezruchenko reviewed and those -- let you

25      speak with Mark.
```

```
 1          Q.    I understood but would you mind

 2     repeating it?  I understood you but let's

 3     make sure Steve does.

 4          A.    It was Ksenia, reviewed by

 5     Konstantine but also ask some question Mark

 6     who is CEO of this company as you know.

 7          Q.    Okay.  So what you are saying is

 8     it was created by Ksenia, reviewed by

 9     Mr. Bezruchenko and Mr. Bezruchenko

10     solicited input from Mark -- is that -- Mark

11     Geoderich, is that right?

12          A.    He called him, yes, 100 percent.

13          Q.    You said "he called him"?

14          A.    Yes.

15          Q.    Okay.  So created by Ksenia,

16     reviewed by Mr. Bezruchenko who called

17     Mr. Goederich, is that right?

18          A.    Yes.

19          Q.    Okay.  What was the purpose of

20     creating this document?

21          A.    To find out what is happening with

22     these IPs.

23          Q.    To find out what happened with

24     these IPs?

25          A.    Four years, I think four years,
```

 1      yes.

 2          Q.    I am sorry.  Why do you think it

 3      is four years?

 4          A.    I think is four because the start

 5      dates for some IP, 2013 as you can see and I

 6      believe this was four years.

 7          Q.    Not every line has a four-year

 8      amount of time, correct?

 9          A.    Yes, because some of them was not

10      used before.

11          Q.    Okay.  I would like to go through

12      the columns if you wouldn't mind so you can

13      just tell me what each column means.  Okay?

14          A.    Yes.

15          Q.    So the first column says "IP,"

16      correct?

17          A.    Yes.

18          Q.    What is that?

19          A.    IP address which belonged to our

20      company which giving to rent to the clients.

21          Q.    The next thing says "Owner,"

22      correct, the next column says "Owner"?

23          A.    Yes.  This is actually you print

24      longly if you see there is a number there.

25      It should be where the owner is a number.

```
 1      You see this number.

 2           Q.   Can we just one second.  Actually

 3      they all say "no owner."

 4           A.   No.  You print longly.  Owner is a

 5      number which you see just a little bit on

 6      the right.  Just you make this spreadsheet

 7      and we agreed that --

 8           Q.   No, y'all made this spreadsheet,

 9      Mr. Gubarev.  We did not create this

10      document.  Y'all created this document.

11           A.   Yes but you printed in the wrong

12      way.

13           Q.   No, no.  This is literally -- this

14      is what you gave us.  We didn't print this.

15      This is what you gave us.  So that is why I

16      am trying to understand it.  We didn't

17      generate this document.

18           A.   I know that you -- but I told you

19      again you don't print in proper way.

20           Q.   We didn't print the document.

21      This is what the document looked like.  This

22      is a screen shot of the document, this is a

23      picture of the document.  This is an image

24      of the document.

25           A.   This I don't know.  But as I told
```

Alexei Gubarev
June 28, 2018                                    17

```
 1      you for owner is this number which is

 2      related on the right.

 3          Q.    "Related on the right." So

 4      let's --

 5          A.    A little bit on the right you see

 6      it.

 7          Q.    I understand.  So let's look at

 8      the first example.  It says

 9      IP212.117.180.130.  Right?  You with me?

10          A.    Yes.

11          Q.    Okay.  Then there is -- it says

12      "Owner," there is a kind of a blank space

13      there and it says 11941V41 --

14          A.    Stop.  Stop.  Stop.

15                111411941.  Stop here.  Okay?

16          Q.    Yes.

17          A.    This is owner.

18          Q.    That is the owner.  Okay.  Why

19      does it then say "no owner" underneath it?

20          A.    This is the system.  Maybe in this

21      moment there is no owner of this account,

22      like from reviewed of 2016, if you check the

23      line please go one line below.  From 2016 --

24          Q.    Just so we are -- just so the

25      record is clear.  Let's actually stick with
```

```
 1    the line we have because I think I have got

 2    you.

 3         A.    You understand, yes?

 4         Q.    I think I do.  So let me go

 5    through it.

 6               So for the IP address

 7    212.117.180.130 the owner was 11941 for the

 8    period from 2017-01-25 to the present?

 9         A.    Correct.

10         Q.    But there was no owner from the

11    period 2016-12-28 to 2017-01-25; is that

12    correct?

13         A.    Yes.  This is what I mentioned to

14    you.

15         Q.    Okay.  Thank you.

16               I want to talk about there being

17    no owner.  So that is about a month,

18    correct, 12/28/2016 through 1/25/2017, it is

19    like 28 days, right?

20         A.    Yes.

21         Q.    Okay.  What does it mean that

22    there was no owner during that time period?

23         A.    This means this IP address was not

24    allocated to any customer.

25         Q.    Does that mean it was not being
```

```
 1    used or does that mean you didn't know the

 2    owner's name?

 3        A.    It was not in use.

 4        Q.    Okay.  Thank you.

 5              Then the next column to the right

 6    is "Server" and you will see in our first

 7    line which is what we were talking about it

 8    says "V 4163."

 9              Do you see that?

10        A.    That's correct.

11        Q.    And that server V 4163, what does

12    that number indicate?

13        A.    Physical virtual server located in

14    Luxembourg.

15        Q.    How do you know it -- if it is V

16    4163 how do you know it was located in

17    Luxembourg?

18        A.    Because this all request about

19    Luxembourg company.

20        Q.    Okay.  Are all servers used by

21    Root SA located in Luxembourg?

22        A.    Most of them, yes.

23        Q.    That wasn't my question.  I said

24    "all."

25        A.    99 percent.
```

1        Q.    If you looked -- and the reason I

2    am asking if you look down to the third IP

3    address that begins 94.242.195.186, are you

4    with me?

5        A.    Yes.

6        Q.    That server has a prefix LU added.

7              Do you see that?

8        A.    "LU" is Luxembourg.

9        Q.    Right.  I agree.

10             But the first server we talked

11   about V 4163 doesn't have an LU.  Does that

12   mean it is not in Luxembourg?

13       A.    Well, actually -- actually you

14   have some servers in Singapore, the last

15   ones.  Luxembourg or Singapore.

16       Q.    Singapore.

17       A.    If checked here, it is a different

18   number so it is a different server.  We have

19   three zones of the servers in Luxembourg.

20   One is tier 2 zone, one is tier 4 zone and

21   we also have virtual machines.  We have

22   different numbers for the different type of

23   products.  This is how it works.

24       Q.    I understand, you have different

25   numbers for different types of products.  I

```
 1      want to know why you think this server was

 2      in Luxembourg?

 3          A.    It was very easy to check.  Where

 4      this belongs.  The server, like this IP, you

 5      can make it who can see where it is located.

 6      You can make a -- who is request.

 7          Q.    Right.  Right.  But this doesn't

 8      say Luxembourg on it.  I know -- I know how

 9      you look up a server -- an IP address.  That

10      is not my question.

11              This server number V 4163, how do

12      you know where that is located just by

13      looking at the server number?

14          A.    Just by looking at server number?

15          Q.    Yes.

16          A.    If I don't have nothing else in

17      front of me.  And I mean you just give me

18      this number out of your head.

19          Q.    Not off the top of my head, off

20      the document but yes.

21          A.    I mean you cannot found anything

22      with that because I can tell you any random

23      number and you cannot found anything.

24          Q.    Okay.  So this is essentially the

25      number on the bare metal box, is that a good
```

```
 1      way of putting it?

 2           A.    We are not putting -- I think, no.

 3      We are not putting -- is a different number

 4      for the physical machines.

 5           Q.    Okay.  So then tell me again what

 6      is this a number of?

 7           A.    Is the number of the machine which

 8      was created for him, for server.  When you

 9      set up server you create allocation of the

10      name and you see like even the same IP,

11      several name is changing.

12           Q.    Okay.

13           A.    Why it is changing because new

14      customer get it and 100 percent verification

15      of customer, you have a different server

16      name to each customer to make it --

17      choose -- to make sure you describe them

18      properly.

19               MR. GURVITS:  Identify.

20    BY MS. BOLGER:

21           Q.    Okay.  So "Period" I understand is

22      the period of ownership for any given owner,

23      correct?

24           A.    Yes.

25           Q.    "Traffic in gigabytes."  What does
```

Aleksej Gubarev
June 28, 2018

23

```
 1     traffic in gigabytes reflect?

 2          A.    Is -- in Luxembourg we have three

 3     different packages of the products.  One is

 4     unlimited traffic so when you have connected

 5     line and we don't count how much traffic you

 6     use on this line, bandwidth.

 7               THE INTERPRETER:  On this

 8          bandwidth.

 9  BY MS. BOLGER:

10          Q.    Okay.

11          A.    You have packages where you pay

12     for the traffic for actual usage and you

13     have prepaid packages for where you use some

14     amount of gigabyte is included.

15          Q.    Okay.  So just -- I appreciate

16     that.  It was helpful.  Talking about what

17     this says.  "Traffic in gigabytes."  I am

18     assuming that this column is a reflection of

19     whatever information XBT had about traffic

20     into that server during that time period, is

21     that right?

22          A.    No.

23          Q.    What is it?

24          A.    I told you just traffic, package

25     which they use.
```

```
 1        Q.    Okay.

 2        A.    I should explain to you.

 3        Q.    Yes.  I do want you to -- I

 4   understand that you have three different

 5   packages but I don't understand how that

 6   means --

 7        A.    One is -- one is not mentioned

 8   that means we don't count how much traffic

 9   is used.

10        Q.    Okay.  I understand that and that

11   was going to be my next question but I just

12   want you to tell me what the words mean at

13   the moment at the top of the column which

14   are "traffic in gigabytes."

15        A.    Yes.

16        Q.    That would be where if you had

17   measured traffic for this IP address during

18   that period of time you would have written

19   down the amount of traffic recorded on that

20   server coming into that server, correct?

21        A.    If it is unlimited package I don't

22   have to count.

23        Q.    I understand that.  But I am

24   telling you if you had a measure of traffic

25   you would have put it right there, correct?
```

```
 1        If you had to measure.

 2            A.    It is not a good question.

 3            Q.    Not if it is unlimited.  I

 4     understand you can buy an unlimited plan and

 5     if you buy an unlimited plan you guys

 6     wouldn't measure the traffic.

 7            A.    Yes.

 8            Q.    So there would be nothing in that

 9     column.

10            A.    Yes.

11            Q.    What I am saying is that if the

12     person had to pay per usage that was your

13     second plan you described --

14            A.    Yes.

15            Q.    -- the usage would be reflected in

16     that column?

17            A.    Yes.

18            Q.    Correct.  And in the first column

19     you would reflect the usage of traffic into

20     the server, correct?

21            A.    Correct.

22            Q.    And in the second column you would

23     reflect traffic out of the server?

24            A.    Correct.

25            Q.    But the absence of data in these
```

Aleksij Gubarev
June 28, 2018                                26

```
 1      columns means that these people had

 2      unlimited data plans; is that correct?

 3          A.    Yes.

 4          Q.    Okay.  The next is "Customer

 5      Name."

 6                Do you see that?

 7          A.    Yes.

 8          Q.    Okay.  Those are the individuals

 9      who rented the IP addresses during

10      particular time periods, correct?

11          A.    As they entered one of the product

12      of the company which included the IP

13      address.  You cannot rent just IP address.

14                You have to have physical server

15      or virtual server which connected.

16          Q.    Okay.  And then the e-mail address

17      is there, correct?

18          A.    Yes.

19          Q.    And the e-mail address is provided

20      by the customer and y'all don't provide that

21      address or authenticate that address,

22      correct, they just provide that information

23      to you, correct?

24          A.    Yes.  They provide us customer

25      name and e-mail.
```

```
 1         Q.    Then it says "Managed Tickets."

 2               Do you see that?

 3         A.    Yes.

 4         Q.    What is a "managed ticket"?

 5         A.    When they need some work, for

 6    example, in server, you have broken hard

 7    disk, for example you need to upgrade the

 8    memory in the server or you need to change

 9    your plan.

10         Q.    Okay.  You have both managed and

11    unmanaged servers, correct?

12         A.    No.

13         Q.    At Root do you only have unmanaged

14    servers?

15         A.    Yes.

16         Q.    So given that they were unmanaged

17    servers why would there be management --

18    managed tickets?

19         A.    Because is a request to do

20    something physical with the server.  You

21    have to manage hard wiring because it is

22    management --

23         Q.    So I understand.

24               So what you are talking about

25    really like essential maintenance of the
```

```
 1      hardware you provide rather than for example

 2      maintenance of the network?

 3          A.    You provide him physical server or

 4      virtual server, you provide him a network,

 5      IP addresses, connectivity.  It is all

 6      product altogether.  And this is like you

 7      still have to manage your infrastructure.

 8      That is why it is managed ticket.

 9          Q.    Okay.  I understand.

10            "RT Tickets."  What are RT

11      tickets?

12          A.    Tickets also which created by the

13      customers, which is abuse tickets which

14      coming in to the customer.

15          Q.    Okay. So RT tickets are abuse

16      tickets that come in for the customer?

17          A.    Not only.  I told you it is --

18          Q.    What are -- what are the other

19      kinds of tickets it could be?

20          A.    As a request from the customer

21      which does not require management.  A server

22      can go down.

23          Q.    Server what?

24            MR. GURVITS:  Server goes down.

25            THE WITNESS:  Server goes down.
```

Alexei Gubarev
June 28, 2018                                    29

```
 1    BY MS. BOLGER:

 2          Q.    That is not a managed ticket?

 3          A.    No.  You just reboot it.  I mean

 4    it is required any work because people don't

 5    have to go physically to the server.  They

 6    just hit the button and it is booted

 7    remotely.

 8          Q.    What is the process for

 9    generating -- if I am the customer, I am

10    saying in this case I am Valeriya Kancara

11    what is the process by which Valeriya

12    Kancara generates a managed ticket?

13          A.    She sent an e-mail to

14    support@server.LU or use any other

15    electronic mail --

16          Q.    Servers.LU?

17          A.    No.  Without s.

18          Q.    Server.LU.

19          A.    Or use any other way of

20    communication including phone calls.

21          Q.    What is the process for generating

22    an RT ticket?

23          A.    The same.

24          Q.    Same address?

25          A.    Is different like -- could you
```

```
 1     make more specific question?

 2          Q.    Sure.

 3                When Mr. Goederich was here --

 4     Mr. Gubarev, as you know by now, you can

 5     take a break any time.

 6          A.    Just a water.

 7          Q.    That's fine.

 8                When Mr. Goederich and

 9     Mr. Bezruchenko and I talked to they told me

10     that the RT system was the abuse ticket

11     management system and that the abuse tickets

12     were generated in a couple different ways

13     but that the e-mail address used to generate

14     them was abuse@server.LU?

15          A.    Is both e-mails.  You can send to

16     support and also create a ticket.

17                You can send to abuse, is also

18     create a ticket.

19          Q.    Do both the managed tickets and

20     the RT tickets go through the RT system?

21          A.    For most -- yes, I think so.

22          Q.    Yes?

23          A.    Yes.  Yes.

24          Q.    Okay.  So then the next column

25     says "Cancellation."
```

```
 1              What do you understand that column

 2    to be about?

 3        A.    Is reason of cancellation which we

 4    find out or if we don't find out there is

 5    nothing.

 6        Q.    Okay.  So in the case of Valeriya

 7    there was no cancellation because she was

 8    still a customer, correct?

 9        A.    Yes.  She is still customer.  At

10    the time when this document was created.

11        Q.    Great.  Okay.

12              Then the comment as "VPN as a

13    service."

14              Do you see that?

15        A.    Yes.

16        Q.    First of all, what is the

17    cancellation -- I am sorry.

18              What is the column -- I am sorry.

19              What is the "Comment" column

20    about, what information does that include?

21        A.    The comment column is when we do

22    this investigation we have to find out what

23    the customer activity related to this IP,

24    what he is doing as a business, if it is

25    possible and we put the comments here to
```

Alexei Gubarev
June 28, 2018                                              32

```
 1        understand what is actually doing.

 2            Q.    Okay.  What does "VPN as a

 3        service" mean?

 4            A.    VPN is a service as very popular

 5        product in the world and a lot of big

 6        companies go to that, even Google, Amazon

 7        provide VPN services.  This idea is -- if

 8        you -- I give you like -- if you want to

 9        watch some -- you move from UK and to United

10        States but some TV channels don't allow you

11        to watch UK TV stations.  The people buy VPN

12        to show they are located in United Kingdom,

13        they buy subscription in United Kingdom and

14        they watch these things.  It is one of the

15        things for which VPN is used and is one of

16        the most popular.

17            Q.    Okay.  What does "VPN" stand for?

18            A.    Sorry?

19            Q.    What does "VPN" stand for?

20            A.    Virtual Private Network.

21            Q.    Right.  Is a virtual private

22        network encrypted?

23            A.    Yes.

24            Q.    Who has the capacity to break that

25        encryption?
```

```
 1        A.    I don't know.

 2              First of all, it is not by

 3     servers.  You asked me something about by

 4     server.  I don't know what your capacity to

 5     break the server.  Breaks the service.

 6        Q.    I am not asking about this

 7     specific server so much or your individual

 8     capacity but the point is a VPN is an

 9     encrypted network, correct, that the user

10     has or the owner has access to but is

11     otherwise not accessible by third parties,

12     correct?

13        A.    Depends how you configure it

14     because a lot of big companies like

15     Microsoft and everybody they also provide

16     VPN service to their employees and they are

17     able to see what their employees are doing,

18     they see what they are doing.

19        Q.    Right.  People who have access to

20     the VPN have access to the VPN but other

21     people do not, correct?

22        A.    I mean "other people," could you

23     be a little more specific?

24        Q.    Sure.  There is a VPN here at my

25     office.
```

```
 1        A.    Yes.

 2        Q.    I understand that.  When I log

 3   into my computer from home I log into the

 4   VPN of the law firm of Davis Wright

 5   Tremaine, correct?

 6        A.    Yes.

 7        Q.    But you cannot log into the

 8   network, correct?

 9        A.    No.

10        Q.    Because you do not have access to

11   the VPN, correct?

12        A.    Correct.

13        Q.    Okay.  So nobody who doesn't have

14   access to the VPN can get access to the VPN?

15        A.    Is different things.  VPN and

16   connection to the -- to your company.  I

17   mean VPN is one service and connection to

18   your company is different service.  It

19   depends how your network is configured.

20        Q.    I didn't ask about my company.  I

21   said nobody -- the person who sets up a VPN

22   gives -- the person who sets up a VPN

23   authorizes certain people to have access to

24   that VPN, correct?

25        A.    You can authorize or you can just
```

```
 1     buy subscription to have access.

 2          Q.    Even that subscription has to be

 3     authorized by the owner the VPN?

 4          A.    Usually automatically.

 5          Q.    If the person who set up the VPN

 6     gives you access you can't get permission --

 7     sorry.  You can't get access to a VPN

 8     without permission, correct?

 9          A.    You have to have authorization.

10     Some kind of authorization.

11          Q.    Okay.

12          A.    But just to be -- a lot of free

13     VPN services.  You know about that.

14          Q.    Yes.  Sure, but that is not my

15     question.

16                Okay.  So I want you to skip down

17     if you would on the sheet to, it is the

18     second customer name which is Tim Semejin?

19          A.    Yes.

20          Q.    Are you with me?

21          A.    Yes.

22          Q.    Okay.  Has managed tickets and

23     there are numbers there.  Do you see them,

24     42993.  What are those?

25          A.    This -- his request which he has
```

```
 1    to do for his server.
 2         Q.    Okay.  But that request, the
 3    number for example 42993, that request is a
 4    description of a particular -- it is not the
 5    number on the ticket, it is a description of
 6    the service requested, correct?
 7         A.    No.  It is the number of the
 8    ticket.  As you see each of them has
 9    individual number.  I mean they don't --
10    they never actually cross.
11         Q.    Actually they do.  If you go to
12    the next listing of numbers there is the
13    same number 42993.  That is part of the
14    reason I am kind of asking the question.
15         A.    Where?  Could you show me please?
16         Q.    Sure.
17               It is actually in the next IP
18    address down.
19         A.    The same owner.
20         Q.    Different IP though.
21         A.    Yes.  Maybe he asked question
22    about to service which he have.  You see he
23    was owned during this time two IP different
24    ones and he has to work on --
25         Q.    So it doesn't describe a task, it
```

```
 1    is actually the number on the ticket?

 2         A.    Yes.

 3         Q.    You see the RT ticket is 59, do

 4    you see that?

 5         A.    Yes.

 6         Q.    That is the number of RT tickets

 7    received, correct?

 8         A.    Correct.

 9         Q.    Then if you read on that same line

10    so we are sticking with Tim, and move over

11    to "comment" which is presumably a tor exit

12    node (Babylon network).

13              Are you with me?

14         A.    Yes.

15         Q.    What is a "tor exit node"?

16         A.    It is very popular service.  If

17    you want to surf in internet anonymously.

18         Q.    I am going try to characterize

19    what a tor exit node is and then you can

20    correct me if I am wrong.

21              So tor exit node -- tor is an

22    anonymous way to browse the internet,

23    correct?

24         A.    Correct.

25         Q.    And one of the anonymizing aspects
```

 1     of tor is that it moves the tor user from

 2     node to node to node to node so that their

 3     trail is difficult to trace, correct?

 4          A.    Not always.  Usually it is just

 5     one node.

 6          Q.    Okay.  But the exit node is

 7     different from the entrance node, correct?

 8          A.    Not always.

 9          Q.    What is an exit node specifically?

10          A.    Exit node -- any node is an exit

11     node.  Because you can -- traffic can go

12     out.  You can connect and your traffic can

13     go out from there.  It is not means like if

14     you have an internal it is only for incoming

15     traffic.  Each --

16          Q.    What is "Babylon network"?

17          A.    Babylon network product which they

18     give for free.

19          Q.    I don't understand.  Who is "they"

20     that have a product --

21          A.    This guy, Tim, they have a product

22     which is a tor product they give to people.

23          Q.    What is the product?

24          A.    To connect to tor network.

25          Q.    I don't understand.  So why do you

```
 1        need a product, I don't quite understand

 2        what their product does.  What does Babylon

 3        network do?

 4            A.    I don't have specific details

 5        about Babylon network what they are doing

 6        because it is not my product, it is not my

 7        business.  I am here to answer what the

 8        business of XBT, not here to answer about

 9        customers.

10            Q.    You are here to tell me what this

11        document is so I am asking what you know

12        about Babylon document.

13                  The answer is you don't understand

14        or you don't know that is the answer to the

15        question but that is the answer to the

16        question?

17            A.    The answer of this question, I

18        don't know exactly what exactly Babylon

19        network do.  It is not my company.

20            Q.    Okay.  But you are telling me that

21        that is Tim's company?

22            A.    Yes.

23            Q.    Okay.

24            A.    I am telling you that this IP

25        during this period of time was rented by
```

```
 1      this guy.  I don't know if Babylon network

 2      belong to him.  It is not to my knowledge.

 3          Q.    Babylon network was the business

 4      that was being run on that IP at that time?

 5          A.    This is what we believe but we

 6      don't know.  We are not sure.

 7          Q.    That is fine.  Okay.

 8                If you look down at the next

 9      comments it says, "MSPP admin. Limited (info

10      about company)" and then there is an URL and

11      closed parentheses.  Are you with me?

12          A.    Yes.

13          Q.    Okay.  And is U.S. MSPP admin. the

14      company that was affiliated with that IP

15      address?

16          A.    Yes.

17          Q.    If you -- you can skip over Tim

18      again and move on to -- I am going to really

19      blow the pronunciation on this, forgive me,

20      Dimex Optikvertrieb GmbH.

21                Do you see that?

22          A.    Yes.

23          Q.    That is the company that was using

24      that IP address during these time periods,

25      correct?
```

```
 1        A.    Right.  This what we find out.

 2   You have to understand this is not customer

 3   provide us.  This is what our investigation

 4   done and what we find out ourself.

 5        Q.    I understand that.

 6        A.    Okay.

 7        Q.    All I can ask you is what XBT

 8   knows.

 9              Then the next comment is

10   "Reseller."  What is a reseller?

11        A.    A reseller is a customer who is

12   buying product from us to sell it to other

13   customers.

14        Q.    So, in other words, Vladmin rented

15   your IP address at X dollars?

16        A.    Not IP address.

17        Q.    Sorry.  You are right.  I

18   apologize, Mr. Gubarev.  I do listen to you

19   I promise.

20              Rented a product that included

21   this IP address from y'all and then resold

22   it to a third-party, correct?

23        A.    Or used for himself.  I don't

24   know.

25        Q.    It says "reseller"?
```

```
 1          A.    Yes.  But he can use it for
 2    himself as well.
 3          Q.    Okay.  At the same time as the
 4    third-party?
 5          A.    I don't know.
 6          Q.    Is that possible?
 7          A.    If you have virtual server and you
 8    have actually -- and I can use it for you
 9    but if you give access to somebody else only
10    he can use it.
11          Q.    Okay.  But if he is a reseller if
12    y'all wrote down -- if XBT wrote down he is
13    a reseller doesn't that mean you think he is
14    a reseller?
15          A.    No.  I know that he is a seller
16    because this is how he register.  But at the
17    same moment I don't know if he -- again,
18    this is for somebody else or he used it for
19    himself.
20          Q.    Okay.  So the point is XBT doesn't
21    actually know whether he resold that IP
22    address?
23          A.    No.  We don't know.
24          Q.    He could have done so?
25          A.    He can sell, of course.
```

```
 1        Q.    Yes, and you wouldn't know?

 2        A.    I don't know.

 3        Q.    There is no requirement that

 4   customers tell you whether they are

 5   reselling their products?

 6        A.    No.

 7        Q.    So if you go down two from that

 8   you will find the customer's name Joe

 9   Landers?

10        A.    Joe Landers?

11        Q.    Joe Landers.

12        A.    Yes.

13        Q.    Are you with me?

14        A.    Yes.

15        Q.    Okay.  And it says that he has

16   32RT tickets, correct?

17        A.    Yes.

18        Q.    And he is canceled because he

19   hadn't paid, correct?

20        A.    Correct.

21        Q.    And he was presumably a tor exit

22   node, correct?

23        A.    Correct .

24        Q.    Okay.  I want you to scroll down

25   and you will see that there is -- I just
```

Alexei Gubarev
June 28, 2018                                    44

```
 1      want to make sure I understand what all of

 2      the comments mean.

 3              So there is a comment for adult

 4      models, presumably that XBT did some

 5      investigation and concluded that IP -- that

 6      customer was using the XBT package for some

 7      kind of business that related to adult

 8      models, is that right?

 9      A.    This is what people find out.

10      Q.    That is what I just said so I am

11      correct?

12      A.    Yes.

13      Q.    Okay.  Then the next comment down

14      is about an IP address that belonged to

15      someone called Marco Rondini.

16              Do you see that?

17      A.    Yes.

18      Q.    It says it is canceled due to the

19      complaint from "ITSMVIES/Web team."

20              Do you know what ITSMVIES/Web team

21      is?

22      A.    I don't know.

23      Q.    Is that an internal XBT team?

24      A.    No.  It is external request and,

25      canceled because we couldn't get request
```

```
 1     from this company.

 2          Q.    What is TS-WAYSRI?

 3          A.    I don't know.  It is not my

 4     company.

 5          Q.    Is it the name of a company?

 6          A.    This what we find out.

 7          Q.    Right.  You found out this was the

 8     name of his company?

 9          A.    Potentially this is the name of

10     the customer.  This is what we find out.

11               You have to understand, it is not

12     customer who provide this information.  We

13     try our best to find out what is possible

14     but if it is 100 percent accurate I don't

15     know but this is what we believe.

16          Q.    Mr. Gubarev, I will get to that.

17     I am just trying to figure out what the

18     words mean.

19               What I am saying is the words are

20     this is the name of the company you think

21     that this guy -- that your investigation led

22     you to believe was using this package,

23     correct?

24          A.    Yes.

25          Q.    Okay.  Then I think I understand
```

```
 1    all of the other words.

 2              Do you know what secretsline.org

 3    is?

 4         A.    Sorry?

 5         Q.    Do you know what secretsline.org

 6    is?

 7         A.    This is company who is selling VPN

 8    as a service.

 9         Q.    Right.  Other than what you can

10    read do you know anything about

11    secretsline.org?

12         A.    No.  Nothing.

13         Q.    Did you know Vitaly Tikov?

14         A.    No.  Never meet him.

15         Q.    Does XBT know any of the people on

16    this customer list?

17         A.    Did we meet them personally or

18    what?  What do you mean by "know"?

19         Q.    Okay.  Let's start with "meet."

20         A.    I don't believe we meet anybody.

21         Q.    When XBT was doing the

22    investigation that led to the creation of

23    this sheet did anybody at XBT reach out to

24    these people to talk to them?

25         A.    No.
```

```
 1        Q.    Or e-mail them?

 2        A.    No.

 3        Q.    When was this investigation done?

 4        A.    It was approximately since August,

 5   September 2017.

 6        Q.    August or September of 2017 you

 7   said?

 8        A.    Yes.

 9        Q.    So it was not done at the time

10   that Mr. Goederich was contacted by the

11   Luxembourg authorities.  It was done in the

12   course of this litigation, correct?

13        A.    You know about that.  He already

14   answered during the deposition.

15        Q.    Actually no, Mr. Gubarev, he

16   didn't know anything about this document.

17   That is why I am asking you these questions.

18             So this was not created at the

19   time that Mr. Goederich was contacted by the

20   Luxembourg police?

21        A.    No.  I am telling you now that

22   this was not created.  I tell you exactly

23   when this was created.

24        Q.    Okay.  So it was created as part

25   of this litigation?
```

```
 1        A.    Yes.

 2        Q.    What did y'all do with this

 3   document?

 4        A.    What do you mean?

 5        Q.    Once you gathered this information

 6   and put it in the document Mr. Bezruchenko

 7   reviewed it, what did you all do with it?

 8        A.    First we sent to our lawyers to

 9   provide it to you and, second, we analyze

10   all these activities which was done and we

11   make a decision that we don't accept tor

12   customers who provide the tor services

13   anymore.

14        Q.    Why not?

15        A.    We believe it is risky.

16        Q.    Why is it risky?

17        A.    Because we cannot control this.

18        Q.    Why would it be important for you

19   to control them?

20        A.    Well, this is just for us, we

21   believe, this is risky business to continue

22   keep in the company.  We make the decision

23   don't accept this business anymore.

24        Q.    I am just trying to figure out why

25   you think it is risky.  Why you think it is
```

```
 1     risky.

 2          A.    We don't know who is using these

 3     tor node.

 4          Q.    Why is that risky?

 5          A.    Anybody can use it for anything

 6     because it is publicly available.

 7          Q.    Okay.  You made that decision

 8     after this spreadsheet was created?

 9          A.    Yes.

10          Q.    What about -- so a couple of these

11     are tor nodes but most of these are actually

12     VPN services, right?

13          A.    Correct.

14          Q.    Okay.  Did y'all make the decision

15     not to use VPN services anymore?

16          A.    No.

17          Q.    Why are they less risky to you as

18     a business than tor nodes are?

19          A.    Because in VPN you can always

20     identify who the customer.  I mean not us,

21     if I rent a server to VPN company they can

22     always identify who is the customer of them.

23          Q.    Okay.  If you look at the -- on

24     the page there is a grouping of comments VPN

25     as a service and there is secretsline.org.
```

```
 1     Do you see those?  There is a group of

 2     those.

 3          A.   Yes.

 4          Q.   The very top line of that is a IP

 5     address 94.242.239.162.  Are you with me?

 6          A.   Yes.

 7          Q.   At the time this report was

 8     generated that customer was still a

 9     customer, correct?

10          A.   Yes.

11          Q.   Okay.  They had used in that time

12     period 56,555 gigabytes.

13               Do you see that?

14               MR. GURVITS:  Objection.

15               THE WITNESS:  Is not correct.

16     BY MS. BOLGER:

17          Q.   Correct it.

18          A.   It is a package.

19          Q.   Ah, okay.  Their package was the

20     56,555 gigabyte package?

21          A.   Yes.  Which they used.

22          Q.   Is that a standard number 56,000,

23     is that the highest amount in the package?

24          A.   I mean it can be any packages.  We

25     have 100,000 gigabyte package.
```

```
 1          Q.    That makes sense to me,

 2     Mr. Gubarev.  I guess I like numbers.

 3               It makes sense to me that you

 4     would have a package that is 100,000

 5     gigabytes.  It seems odd to have a package

 6     that is 56,555 gigabytes.  Do you understand

 7     it is an unusual number.  Is that in fact

 8     the full number?

 9          A.    Could you give me calculator and I

10     will explain how it is come.

11          Q.    I am sorry?

12          A.    Could you give me calculator.  I

13     will explain how it is come.

14          Q.    A calculator?  You don't have to

15     give me a calculator.  You just have to tell

16     me it is standard.  Is it the standard --

17          A.    I explain to you how it become

18     standard.  Could you give me a calculator?

19          Q.    No, I don't have a calculator.

20     So --

21               MR. GURVITS:  Just explain it.

22     BY MS. BOLGER:

23          Q.    Just -- I don't -- I just don't

24     under -- if it is standard --

25               THE WITNESS:  Could somebody
```

```
 1           please --

 2    BY MS. BOLGER:

 3           Q.    -- just tell me it is standard.

 4                 THE INTERPRETER:  Do you have a

 5           phone?

 6                 MS. BOLGER:  No.  No.  No.  We

 7           are not going to have calculators or a

 8           phone.

 9                 THE WITNESS:  No, no, I just

10           explain you how its come.

11    BY MS. BOLGER:

12           Q.    I just want to know --

13                 MR. GURVITS:  Just answer the

14           question.  Is it standard or not?

15    BY MS. BOLGER:

16           Q.    I don't need to know how to do it.

17      I just want to know if it is standard.

18           A.    Is a standard for this package.

19      For him is a standard.

20           Q.    It is a personal -- you can -- so

21      in other words your customer can say to you

22      I need 56,555 gigabytes?

23           A.    Yes.  He can ask you --

24           Q.    That is all I want to know.

25                 It is an odd number.  Really, you
```

1    are not going to give me that that is an odd

2    number, 56,555 is an odd number?

3         A.   Odd, what --

4         Q.   Unusual.

5         A.   No.  I tell you give me calculator

6    I explain.  You don't want to give me --

7         Q.   No, I don't.  It is a waste of

8    your --

9              MR. GURVITS:  Just answer the

10        question.

11   BY MS. BOLGER:

12        Q.   It is a waste of your time.

13             Okay.  And his traffic out is

14   53,896, correct?

15        A.   Yes.

16        Q.   Among your customers, among XBT's

17   customers is that a large gigabyte package,

18   is that an expensive package for a customer

19   or is that pretty standard?

20        A.   Pretty standard.  Actually it is

21   low.

22        Q.   It is low?

23        A.   For example if you get 1,000

24   gigabyte, 1,000-megabyte line to the server

25   you can use 300,000 gigabytes per server.

```
 1        Q.    Sure.  I just want to know if most
 2   of your customers buy very big amounts of
 3   gigabytes or lower amounts of gigabytes.
 4        A.    It is very different.  You cannot
 5   say this.
 6        Q.    Okay.  So it is hard for you to
 7   put him on a continuum?
 8        A.    Yes, but it doesn't look big.
 9        Q.    "It doesn't look big."  Compared
10   to your other customers?
11        A.    Yes.
12        Q.    Okay.  And then you will see it
13   had 470 RT tickets, correct?
14        A.    Yes.
15        Q.    It hasn't been canceled, right?
16        A.    No.
17        Q.    Why not if you have 470 abuse
18   alerts?
19        A.    Very simple.  If you are a company
20   who provide VPN services and your customer
21   did something wrong it doesn't mean that you
22   as a company did something wrong.  You get
23   the abuse.  You forward it to the company.
24   They block the user.  It is very standard
25   for us to do for any VPN services.
```

```
 1                  Microsoft does the same.  Google

 2        does the same.  Amazon does the same.  You

 3        ask me something which is standard in the

 4        industry.

 5             Q.    Says you.

 6             A.    Is standard in the hosting

 7        industry.

 8             Q.    470 is a lot of abuse alerts.

 9             A.    If you check Google they have

10        millions.

11             Q.    All of Google servers of course

12        have millions, correct, I understand that.

13             A.    VPN service.

14             Q.    This is one guy who only uses

15        56,555 gigabytes in and 53,896 gigabytes out

16        and he got 470 abuse alerts.

17                  MR. GURVITS:  Objection.

18        BY MS. BOLGER:

19             Q.    Right?  It is a lot.

20             A.    No.  You want I explain you?

21             Q.    No.  I just want to know if you

22        think it is a lot.

23             A.    No.

24             Q.    Nothing about that when you guys

25        looked at this and created the report you
```

 1    didn't think, huh, that is a lot of abuse

 2    alerts?

 3         A.   It is thousands of clients after

 4    this customer.  When you entered the server

 5    and put VPN usually you have 1,500 to 2,000

 6    customers connected to the server.  This

 7    mean he have around 10,000 customers which

 8    use his service.  During this eight years

 9    continuously.

10         Q.   It is not eight years.  It was

11    four.  When we began this discussion it was

12    four.

13         A.   Yes, I mean but he is still

14    continuing, I spoke -- he is still

15    customer --

16         Q.   Well, no.  This document was

17    created a year ago.  You don't know anything

18    about what is happening now.

19         A.   Okay.  He was customer for four

20    years.  He have 10,000 customers

21    approximately.

22         Q.   How do you know?

23         A.   Well, it is typical for VPN

24    service.  Because when you are doing VPN

25    service for your mobile you use very limited

```
 1      amount of fabric.

 2          Q.    How do you know Vitaly Tikov had

 3      tens of thousands of customers in the last

 4      four years?

 5              MR. GURVITS:  Objection.

 6              THE WITNESS:  This is my

 7          personal belief.

 8    BY MS. BOLGER:

 9          Q.    Based on what?

10          A.    Based on my experience about VPN.

11          Q.    What is your experience with

12      Mr. Tikov?

13          A.    Not Mr. Tikov.  Mr. --

14          Q.    I am asking about Mr. Tikov.  So

15      how many customers does Mr. Tikov have?

16          A.    I don't know exactly.

17          Q.    Right.  Have you met him?

18          A.    No.

19          Q.    Have you ever talked to him?

20          A.    No.

21          Q.    Have you ever e-mailed him?

22          A.    No.

23          Q.    Okay.  And by "you" I mean XBT.

24          A.    XBT 100 percent e-mail team.

25          Q.    How do you know?
```

```
 1        A.    Well, because he is answering,

 2   call up these tickets is standard form or

 3   maybe tickets -- any other managed tickets

 4   he requires them.

 5        Q.    How do you know?

 6        A.    Because this is the system, right.

 7        Q.    But where does it say that?

 8        A.    What do you mean?

 9        Q.    Where does -- how -- what --

10   looking at this document how do I know you

11   ever had -- "you" XBT ever had contact from

12   Mr. Tikov from Mr. Tikov?

13        A.    This ticket means that he was

14   100 percent was contacted by us and

15   anything -- and also if you see here he have

16   managed ticket as well.

17        Q.    That means he contacted you to ask

18   for infrastructure.  I understand that.

19              But I am asking you how you know

20   that XBT reached out to him about the abuse

21   alerts?

22        A.    Is a standard policy of the

23   company for the abuse e-mails to the

24   customers.

25        Q.    I understand, that the standard
```

 1     policy is to forward an abuse alert from the

 2     customer.

 3         A.    And you forward it.

 4         Q.    And you forward him.

 5         A.    Yes.

 6         Q.    I understand.  How do you know he

 7     responded?

 8         A.    He responded.

 9         Q.    How do you know?

10         A.    He is in the system, you can see

11     everything.

12         Q.    Have you personally preparing for

13     today looked to see if he responded to all

14     470 abuse alerts?

15         A.    No.

16         Q.    So you don't know if he responded

17     to all 470?

18         A.    Is standard policy with the

19     company to forward each abuse alert and to

20     make sure it gets answered.

21         Q.    Okay.  Do you know he answered

22     those?

23         A.    I don't look -- I didn't look at

24     the 470 tickets.

25         Q.    Do you know what they were?

 1      A.    Hmm?

 2      Q.    What the abuses were?

 3      A.    No.

 4      Q.    When Mr. -- when Ksenia,

 5   Mr. Bezruchenko and Mr. Goederich were

 6   putting this together do you know if they

 7   checked with those abuse alerts?

 8      A.    Of course.  Ksenia 100 percent

 9   check each ticket.

10      Q.    Did you ever have a conversation

11   with Ksenia about this document?

12      A.    I spoke with Konstantine

13   Bezruchenko.  He explained this document.

14      Q.    So Mr. Bezruchenko didn't remember

15   this document when I deposed Mr.

16   Bezruchenko.

17            What was your conversation with

18   Mr. Bezruchenko about this document?

19      A.    I sit with him before I come to

20   here for the deposition.  I sit here, I sit

21   with him before I come to the deposition.

22   We opened this document and asked him what

23   do you need to do to create this document.

24      Q.    What do you need to do.  What did

25   he say?

```
 1        A.     Eh?

 2        Q.     What did he say?

 3        A.     He say like we have two panels, or

 4     three panels like in total, like one is --

 5     all tickets were created.

 6        Q.     Okay.

 7        A.     Second is the managed panel where

 8     you can find customers and said panel is the

 9     IP history panel where you can check which

10     IP belongs to each client given the reach

11     field of the time.  This was enough to

12     create this document.  I personally opened

13     this panel.  I see them.  I make a test on

14     one of the customer and I see how to find

15     out this information.

16        Q.     Okay.  What else did

17     Mr. Bezruchenko tell you about this

18     document?

19        A.     Nothing.

20        Q.     In the conversation you had with

21     Mr. Bezruchenko before you came to this

22     deposition what did -- else did you talk

23     about about this document?

24        A.     He request was about how -- I mean

25     in deposition how this document was created
```

```
 1      and I do know how to create it.

 2           Q.    Mr. Gubarev, you are being

 3      defensive.  You don't need to be defensive.

 4      I just want to know what you talked about

 5      Mr. Bezruchenko about.

 6           A.    How to create the document.

 7           Q.    That is it?

 8           A.    Yes.

 9           Q.    When y'all saw this document did

10      you have a reaction to it?

11                 MR. GURVITS:  Objection.

12      BY MS. BOLGER:

13           Q.    When it was created in August or

14      September of 2017.

15           A.    What do you mean by action?

16           Q.    I mean a reaction.  When XBT

17      created this document in 2017 did y'all have

18      a reaction to the information contained in

19      the document?

20           A.    Only one which I told you before.

21      We decided don't accept tor clients -- don't

22      accept clients who provide tor services.

23           Q.    What did you do to make sure you

24      no longer accept clients who provide tor

25      services?
```

Alexandr Grichenko
June 28, 2018                                                    63

```
 1        A.    Two ways, one, we make a check of

 2    the network.  If it is any IP of our network

 3    used in the tor services we wire the

 4    cancellation notice to all customers, stop

 5    using our network and we do check up from

 6    one -- from time to time of the tor network

 7    because it is publicly available information

 8    which IP is there.

 9        Q.    How often do you check?

10        A.    I think we check every week.

11        Q.    Who does that check?

12        A.    Is automatically.

13        Q.    Have you canceled customers

14    because they are tor exit nodes?

15        A.    Yes.  But it was very limited

16    amount of the customers.

17        Q.    As the months have gone on since

18    September of 2017 have you continued to

19    cancel customers because they were tor

20    nodes?

21        A.    As I told you it is so small, like

22    I want to say provide very cheap services,

23    the typical customer of Root is below 100

24    euro.

25              And like even if you cancel ten
```

```
 1      services it is about 690 euros a month of

 2      the losses.

 3          Q.    Even if you canceled ten services

 4      around 690 euros a month?

 5          A.    Yes, it is not like -- it is not

 6      the big numbers.

 7          Q.    But you are talking about the

 8      cash.  I am talking about the number of

 9      people so have you cancel -- I am just

10      wondering if you canceled people --

11          A.    Yes.

12          Q.    -- since September 2017 because

13      they were tor nodes?

14          A.    If we find out we ask them to

15      leave.

16          Q.    Right.  Have you found out and

17      asked them to leave?

18          A.    Yes.  If we find out we have a

19      policy now in abuse team if they use our

20      service for providing tor services we ask

21      them to leave and if we found we ask them to

22      cancel.

23          Q.    Mr. Gubarev, I get that.  I am

24      asking you if you have ever actually done

25      it?
```

Aleksej Gubarev
June 28, 2018                                    65

```
 1         A.    Of course.

 2         Q.    Okay.  How often do you do it?

 3         A.    I don't know this.

 4         Q.    Once a month, once every two

 5   months?

 6         A.    As soon as we find out.

 7         Q.    Right.  Has that happened once a

 8   month, more than once a month, less than

 9   once a month?

10         A.    I tell you again, as soon as we

11   find out I -- how I can answer a question

12   which I don't have any answer.

13         Q.    The answer could be I don't know.

14   That would be a valid answer to that

15   question.

16               My question was how often do you

17   do it.  That is not a hypothetical.  That is

18   a question.

19         A.    As soon as we find out.

20         Q.    That is a hypothetical answer.  I

21   am asking you to answer the question I am

22   asking you.

23               How often do you do it?  If the

24   answer is I don't know that is fine.  I will

25   move on.
```

```
 1        A.    I don't know.

 2        Q.    Okay.  Other than this review of

 3   these IP addresses done for this litigation

 4   did you all do any investigation after the

 5   publication of the Grizzly Steppe reports?

 6        A.    We make this investigation and we

 7   check all other IP which was in this report

 8   to find out if any of -- we check -- in this

 9   investigation we check all IP which was in

10   this report and to make sure that it is not

11   our IP included.  If it was included we make

12   an investigation to find out what happened

13   But as -- if they are legitimate customers.

14        Q.    Okay.

15        A.    For some of them it is nothing to

16   worry.

17        Q.    Were there people on this list

18   that you think -- you just said for some of

19   them there was nothing to worry about.  Were

20   there people on this list who you thought

21   there were things to worry about?

22        A.    It was not worry about.  Like as I

23   told you like tor service -- I mean even the

24   people who provide the tor service they

25   cannot 100 percent tell who is their
```

1        customer.  That is the reason why we decided

2        to not accept these type of customers.

3             Q.    There was not -- nobody else on

4        this list who was of concern to you then?

5             A.    Well, it was normal -- right, it

6        was normal customers.  I mean like you can

7        go to any other hosting company, like you

8        can go today to Google and buy a tor

9        service.

10            Q.    Right.  Mr. Gubarev, I am not

11       asking that.  I am asking you a very

12       specific question.

13                  Were there other customers other

14       than the tor exit nodes on this list that

15       made you all concerned?

16            A.    No.

17            Q.    Also why is something presumably a

18       tor exit node if as you say you can look it

19       up.  Why presumably.  Why is it presumed,

20       why isn't it known?

21            A.    Well, you don't know 100 percent

22       as I told you.  Right.  It is our belief

23       that when we find out.

24            Q.    Yes, I understand you told me that

25       about a lot of the other companies and

```
 1    things like that.  And like two minutes ago

 2    you told me you can look up whether a

 3    network is -- whether or not an IP address

 4    is being used on the tor network, right?

 5        A.   Yes, correct.

 6        Q.   So I don't understand why it is

 7    presumably a tor exit node.  Presumably

 8    seems to suggest that there is some doubt as

 9    to whether it is a tor exit node.

10        A.   It can be active and passive

11    network.  This can be like the IP is listed

12    but you cannot connect to you.  It is still

13    part of the exit tor node but you cannot

14    actually use it.

15        Q.   Okay.  So that has to do with that

16    aspect of it.  It is not that it wasn't on

17    the publicly available list of IP addresses

18    used on the tor network?

19        A.   Yes.

20             MS. BOLGER:  I am going to just

21        take a two-minute break to get myself

22        some more coffee.  We can put this one

23        aside.

24             THE VIDEOGRAPHER:  Going off the

25        record at 10:40 a.m.
```

```
 1            (Recess)

 2            THE VIDEOGRAPHER:  This marks

 3       the start of media number 2.

 4            We are back on the record at

 5       10:48 a.m.

 6  BY MS. BOLGER:

 7       Q.   Mr. Gubarev, we have been

 8  listening to y'all and so -- when you talk

 9  about your business and so I am going to ask

10  the next few questions very specifically

11  meaning -- using words that I mean to use so

12  just answer them yes or no because it will

13  be helpful.

14            Does XBT own a data center in

15  Russia?

16       A.   No.

17       Q.   Does XBT lease a data center in

18  Russia?

19       A.   Yes.

20       Q.   Does XBT lease the whole data

21  center or a point of presence?

22       A.   Point of presence.

23       Q.   What is the difference?

24       A.   If you rent the whole data center

25  you are only one customer there.
```

```
 1                  If you rent the point of presence

 2        it can be any other customer within data

 3        center all within the same room.

 4                  Data center has many rooms.

 5        Q.    Right.  How big is the -- how many

 6        points of presence does XBT own in data

 7        centers in Russia?

 8        A.    Don't own.

 9        Q.    I am sorry.  Mr. Gubarev, I really

10        am trying.

11                  How many points of presence does

12        XBT lease in data centers in Russia?

13        A.    Four.

14        Q.    Are those four points of presence

15        in four different data centers?

16        A.    Correct.

17        Q.    Where is the first point of

18        presence?

19        A.    M9 Data Center.

20        Q.    "M9 Data Center."  Okay.  Where is

21        the M9 Data Center?

22        A.    You mean exact address?  I don't

23        know.

24        Q.    I don't need -- I don't need the

25        exact address but --
```

```
1          A.    Moscow.

2          Q.    "Moscow." That's fine.  Thank you.

3          A.    All of them in Moscow.

4          Q.    They are all in Moscow.  Okay.

5          A.    Yes.

6          Q.    Is the M9 Data Center in Moscow a

7     private facility or is it -- what kind of

8     facility is the data center?

9          A.    M9 Data Center, we have only one

10    rack for communication services.

11         Q.    Okay.  You have one rack for

12    communication services at the M9 Data

13    Center?

14         A.    Yes.

15         Q.    Is the M9 Data Center on a regular

16    public street or is it somewhere also?

17         A.    It is a private company.

18         Q.    M9 Data Center is a private

19    company?

20         A.    Yes.

21         Q.    What is the name of the company?

22         A.    M9 Data Center.

23         Q.    What is the company that owns M9

24    Data Center?

25         A.    M9 Data Center.
```

```
 1        Q.    Okay, I thought M9 was the name of

 2    the data center?

 3        A.    Yes.  But usually it is the same

 4    like MA.

 5        Q.    Okay.  When Mr. Dvas testified he

 6    mentioned that there was a company called

 7    Data Pro that owned the data centers.

 8              Do you -- are you familiar with

 9    the name Data Pro?

10        A.    Yes.  Another point --

11        Q.    It is a different point of

12    presence?

13        A.    Yes.

14        Q.    Okay.  So at the M9 Data Center in

15    Moscow you have one rack which you use for

16    communications?

17        A.    Yes.

18        Q.    That one rack that you use for

19    communications, do you also have a staff

20    member or an XBT employee at the M9 Data

21    Center?

22        A.    Permanent?

23        Q.    It doesn't have to be a permanent

24    employee but someone who works -- is there

25    someone for XBT who works for XBT who works
```

1    at the M9 Data Center?

2         A.    No.

3         Q.    Is there someone who gains access

4    to that data center to check them?

5         A.    Of course.

6         Q.    Okay.  And how many XBT employees

7    have access to the M9 data center?

8         A.    Well, actually any of them can get

9    access if they get a request for that.  I

10   think we have three permanent cart for

11   access and actually any employee of the XBT

12   group you make a request and you get access.

13        Q.    Okay.  Do they get their own

14   access card or they just use one of your

15   three access cards?

16        A.    Usually they get on arrival access

17   card which they have to return after they

18   leaving the data center.

19        Q.    Okay.  When did you first lease a

20   point of presence at the M9 Data Center in

21   Moscow?

22        A.    I don't really -- in August 2015 I

23   bought the company in Russia which was

24   already have this point of presence.

25        Q.    Okay.  And is that Edinaya Set?

```
 1        A.    Yes.

 2        Q.    You said you had four.  That is

 3   one.

 4        A.    You want I just tell you all of

 5   them?

 6        Q.    Let's go one by one so I can ask

 7   lots of annoying questions about each one in

 8   turn.

 9              So what is the second data center

10   in Moscow?

11        A.    Safe Data.

12        Q.    Safe Data?

13        A.    Yes.

14        Q.    Where is Safe Data located?

15        A.    In Moscow.

16        Q.    Where in Moscow?

17        A.    Safe Data have two data centers.

18   The one which is located where we have a

19   rack is next to Kurchatov Street.  I don't

20   know exact --

21        Q.    You don't know the address?

22        A.    I don't know exact address, if you

23   want we can provide you.

24        Q.    Okay.  Is -- how many racks do you

25   have at Safe Data?
```

```
 1        A.    Now, one.

 2        Q.    Did you used to have more?

 3        A.    Yes.  But we migrate them to Data

 4   Pro.

 5        Q.    Safe Data is the company that owns

 6   that?

 7        A.    Yes.

 8        Q.    Okay.  And how many -- do you have

 9   any employees at that location?

10        A.    No.

11        Q.    How many servers are on one rack?

12        A.    Depends how four full servers and

13   it depends how four fulls the rack.  It can

14   be one server and it can be 40.

15        Q.    Can you tell me how many customers

16   use the rack for example at Safe Data

17   Center?

18        A.    One customer.

19        Q.    One customer?

20        A.    Yes.  But we are moving this as

21   well now.  I mean --

22        Q.    Is it one customer which is a lot

23   of business for you?

24        A.    Well, depends what you rent.  I

25   give you some --
```

```
 1          Q.    No, I mean this specific -- I want
 2     to talk about this specific data center.
 3     What is the name of the customer?
 4          A.    I don't know.
 5          Q.    Okay.  You know there is only one
 6     customer?
 7          A.    This I remember it was one
 8     customer.  Somebody told me about that.
 9          Q.    What did they tell you about it?
10          A.    Just told me there is one customer
11     which we need to move.
12          Q.    Okay.  When did you open the point
13     of presence at Safe Data, was that also
14     purchased with Edinaya Set?
15          A.    Yes.
16          Q.    Were all of your points of
17     presence in Russia acquired through the
18     acquisition of Edinaya?
19          A.    No.
20          Q.    Let's talk about your third -- by
21     the way how long is your lease at M9?  How
22     long does one -- how long did you lease that
23     point of presence at the M9 Data Center?
24          A.    We started before me.  I don't
25     know the date.
```

```
 1        Q.    How much longer on the lease?

 2        A.    I think -- I don't know details of

 3   that.

 4        Q.    Do they go month to month, year to

 5   year, is it a term of years.  It is your

 6   business to lease servers and servers space.

 7   I wonder how long is the standard agreement?

 8        A.    Standard agreements is depends on

 9   the contract and company.  Usually you --

10   for example for one year, three years and

11   after that it goes month to months.

12        Q.    Like an apartment in New York

13   City?

14        A.    This I don't know.  This is my

15   first time in New York.

16        Q.    It was a joke.

17              Do you know the leases of the

18   point of presence at the M9 Data Center

19   year-long agreements or are they now month

20   to month?

21        A.    I don't know the details.

22        Q.    How about Safe Data?

23        A.    Safe Data is month to month.

24        Q.    Okay.  You are planning to close

25   the point of presence at Safe Data that has
```

1      the one customer, correct?

2          A.    Yes.

3          Q.    Let's talk about the third point

4      of presence.  Where is that?

5          A.    Is in Kurchatov.  I don't know how

6      to explain this.  Data center is next to

7      Safe Data actually, is just 500 meters from

8      there.  Maybe 700 maximum.

9          Q.    Okay.  What is the name of that

10     point of presence?

11         A.    Internally we know Kurchatov

12     Street data center.

13         Q.    What is its official name?

14         A.    The name of the company, I don't

15     remember the name of the company which

16     was -- if you want I can provide it.  It is

17     not -- I -- it is easy to get the

18     information.

19         Q.    I would like that information,

20     that was one of the questions bringing you

21     here today.

22         A.    No problem.

23         Q.    Okay.  How much -- how big is the

24     point of presence, I think I am saying this

25     wrong, Kurchatov?

```
 1        A.    Kurchatov Data Center.

 2        Q.    How big is that point of presence?

 3        A.    Over hundred racks.

 4        Q.    Over 100 racks.  Is that a whole

 5   room in the data center?

 6        A.    No.  But I think it is one-third

 7   of the room.

 8        Q.    How many customers there?

 9        A.    Hundreds.

10        Q.    Did you say "hundreds"?

11        A.    Yes.

12        Q.    Okay.  How long have you had that

13   point of presence?

14        A.    Before -- we bought the company

15   that already had this.

16        Q.    Is it part of the Edinaya Set

17   acquisition?

18        A.    Yes.

19        Q.    Is there -- because there is a lot

20   of racks there is there a staff member

21   there?

22        A.    Yes.  Six.

23        Q.    Six staff members?

24        A.    Yes.

25        Q.    Didn't hear you.
```

```
 1              Who is there?

 2         A.    Technical people who is doing

 3    maintenance of the servers.

 4         Q.    And that they are all Muscovites?

 5         A.    Is in Moscow.

 6         Q.    Right.  And they are all local

 7    people?

 8         A.    Of course.

 9         Q.    They are not Cypriots, for

10    example, or people from Texas, they are all

11    people from Moscow?

12         A.    Yes.

13         Q.    Okay.  And do you -- is there an

14    office there that they work in?

15         A.    Yes.

16         Q.    And it is just the six of them

17    that work there?

18         A.    Yes.  On the shift -- on the shift

19    you work usually one person at night and two

20    person during the daytime and they just

21    rotate.

22         Q.    Okay.  And you said you got that

23    in 2015.  How long is that lease?

24         A.    Well, it is the one contract we --

25    one of -- like, first of all, a contract but
```

Aleksej Gubarev
June 28, 2018                                                     81

1      we are one of the biggest customer of this

2      data center and I think we have some racks

3      yearly contracts, some racks is

4      month-to-month.  I don't know exact details

5      how many racks but this is.

6           Q.    Do you know who the other clients

7      of that data center are?

8           A.    No.  It was private information.

9           Q.    Okay.  You said you were one of

10     the bigger.  How do you know you are one of

11     the bigger clients?

12          A.    Because I know what the

13     approximately capacity of the data center

14     and this -- I can't count how much I

15     occupied.

16          Q.    What is the name of your contact

17     at the Kurchatov Data Center, who is the

18     person at that the company that you talk to?

19          A.    This I don't know.  Because I am

20     not managing Moscow office.  And -- but --

21          Q.    Who does manage your Moscow

22     office?

23          A.    We have local CEO.

24          Q.    Who is that?

25          A.    Sergey Krysenko.

Alexei Gubarev
June 28, 2018                                                 82

```
 1        Q.    Okay.  How long has Sergey

 2   Krysenko worked for you?

 3        A.    When I bought Edinaya Set.  He

 4   already work there.

 5        Q.    E-D-I-N-A-Y-A.

 6              He was the CEO of Edinaya Set?

 7        A.    Yes.

 8        Q.    Is that right, it is pronounced

 9   Edinaya?

10        A.    Yedinaya.

11        Q.    "Yedinaya."  Okay, so I just add

12   the "Y" to the beginning.  Yedinaya.

13              Okay.  Then there is a fourth

14   point of presence in Moscow?

15        A.    Right.

16        Q.    What is that fourth point of

17   presence?

18        A.    Data Pro.

19        Q.    "Data Pro."  Okay.  And Data

20   Pro --

21        A.    We open ourself when we acquired

22   Yedinaya Set.

23        Q.    Okay.  You opened it yourself

24   after the acquisition of Yedinaya Set?

25        A.    Yes.
```

```
 1          Q.    When did you open Data Pro?

 2          A.    It was end of 2016 and official

 3    launch January the 4th of -- I will start

 4    again.

 5                End of 2015 and official launch

 6    January of 2016.

 7          Q.    Okay.  Where is the Data Pro Data

 8    Center?

 9          A.    This I think, Aviamorornaya '69.

10          Q.    We can spell off the record.

11                Is that a street address?

12          A.    Yes.  Aviamorornaya.

13          Q.    Okay.  And that is in Moscow?

14          A.    Yes.

15          Q.    Okay.  And how much -- how many

16    racks do you have at Data Pro?

17          A.    74 at this moment.

18          Q.    Is that more or less than you used

19    to have?

20          A.    Sorry?

21          Q.    Is that more or less that you had

22    when you opened or the same?

23          A.    When I opened it was -- we opened

24    with 20.

25          Q.    So there is more?
```

Alexander Gubarev
June 28, 2018                                                    84

```
 1            A.    Now is 74.

 2            Q.    Okay.  Do you have staff at Data

 3      Pro?

 4            A.    Yes.  Six people.

 5            Q.    Six people at Data Pro.  Same

 6      idea, three?

 7            A.    No.  Two is daytime and one is at

 8      nighttime.

 9            Q.    And they rotate shifts?

10            A.    Yes.

11            Q.    Who is the -- is there a manager

12      of that team, a head of that team?

13            A.    Sergey Krysenko, he manages -- he

14      is the technical -- and also CEO.

15            Q.    Okay.  Mr. Krysenko, does he work

16      in either of the -- either at Kurchaya or

17      Data Pro?

18            A.    He is going there regularly.

19            Q.    Right.  Is that where his main

20      office is?

21            A.    No.  We have another office where

22      the accountant, sales, some support people,

23      I mean like managers of the clients.

24            Q.    When Mr. Bezruchenko testified he

25      testified that one of the data centers owned
```

```
 1     by XBT is on -- and this was a little

 2     unclear to me -- either a decommissioned

 3     military base or a current military base.

 4     Is that correct?

 5          A.   Both is not correct.  It is

 6     institute.

 7          Q.   Okay.  What is the institute?

 8          A.   University.

 9          Q.   Right.  I am sorry.  It was a bad

10     question.

11               What is the name of the institute?

12          A.   Kurchatov University.

13          Q.   Okay.  What is Kurchatov

14     University?

15          A.   Is a university where they doing a

16     lot of different things.  Many, many, many

17     different laboratories.  One of them is

18     the -- they have also small nuclear reactor

19     there and that is the reason why it is a

20     little bit stronger security within the

21     perimeter.

22          Q.   Is that a state-owned university?

23          A.   Yes.  But this data center which

24     we own is not owned by the state.  It is a

25     private company who owns the building and
```

```
 1    who owns the data.

 2         Q.    The private company leases space

 3    on this land at the university owned by the

 4    state, correct?

 5         A.    Yes.

 6         Q.    Their landlord is Russia?

 7         A.    Yes.

 8         Q.    So that is both --

 9         A.    I don't know if they lease or

10    bought.  I am sorry.  I don't know these

11    details.  But I know this is a private

12    company.

13         Q.    To get to the data center you have

14    to walk onto the grounds of Kurchatov

15    University, correct?

16         A.    Yes.

17         Q.    Okay.  And that is both the Safe

18    Data rack and the Kurchatov where you have

19    the hundred racks, right -- sorry, hundred

20    servers, right -- no.  Hundred racks?

21         A.    Hundred racks.

22         Q.    Okay.  And both of those data

23    centers are in that university --

24         A.    No.  Safe Data is outside.

25         Q.    Safe Data is outside but Kurchatov
```

```
 1      is inside?

 2           A.    Yes.

 3           Q.    Okay.  Gotcha.

 4                 Mr. Bezruchenko testified that to

 5      get to that -- to one of your points of

 6      presence you had to be a Russian national.

 7      Is that the Kurchatov Data Center?

 8           A.    Yes.  To able to go not Russian

 9      nationality, you have to get special

10      permission.

11           Q.    Mr. Bezruchenko was pretty clear

12      he could not go because he was not Russian.

13           A.    You can get a special permission

14      to go but you have to apply before and when

15      we was doing inspection of data center

16      during acquisition of the company I walk in

17      because I am Russian citizen as well and

18      another -- somebody else, I don't remember,

19      I walk in to make inspection of data center

20      to check the services there and he cannot

21      enter because to get this permission you

22      need to apply before I think two weeks.

23           Q.    Okay.  Did you all have to get

24      permission from the Russian government to

25      lease the space at Kurchatov?
```

```
 1        A.    No.  It is a private company.

 2        Q.    Why did you guys buy -- what was

 3    the reason behind the decision to buy

 4    Yedinaya Set?

 5        A.    We want to open this market for

 6    us.

 7        Q.    The Russian market, correct?

 8        A.    Correct.

 9        Q.    Why at that time in 2015?

10        A.    We get a lot of request from our

11    customers to have a point of presence, have

12    some service in Russia because they apply a

13    new law about where the citizen data should

14    be stored.

15        Q.    What was that law?

16        A.    It was a law that some data about

17    Russian citizen should store on the

18    territory of Russia.

19        Q.    I am just going to ask Steve to

20    mark as Exhibit 2 this S -- I am sorry, XBT

21    press release.

22              (XBT press release was marked

23    Exhibit 2 for identification)

24    BY MS. BOLGER:

25        Q.    Mr. Gubarev, I will represent the
```

```
 1        document on the XBT web site that I printed

 2        out and you will see that the name of this

 3        particular press release is "Servers.com is

 4        Expanding to Russia."

 5                 Are you with me?

 6            A.    Yes.

 7            Q.    Okay.  I wanted you to just look

 8        at the second graph which starts out, "The

 9        move enables XBT to deploy its solutions to

10        the local market in observance of the legal

11        standards of the Russian Federation.  As a

12        result customers of the company from Russia

13        and abroad will be able to allocate servers

14        in the Russian Federation in full compliance

15        with and according to the federal law in

16        regards to the use and storage of personal

17        data."

18                 Do you see that?

19            A.    Yes.

20            Q.    Okay.  That is what we just talked

21        about, correct?

22            A.    That is what I told you.

23            Q.    Okay.  Is -- are XBT's points of

24        presence in Russia in full compliance with

25        the federal law in regards to the use and
```

```
 1      storage of personal data?

 2           A.    Is no regulation for that.

 3           Q.    I am sorry.  Say that again?

 4           A.    I believe there is no regulation

 5      for that.  They just have to be located

 6      within Russia, that is it.

 7           Q.    Do you what the words -- have you

 8      ever heard of SORM?

 9           A.    Yes.

10           Q.    What is SORM?

11           A.    SORM is a -- which telecom company

12      have to put in their facilities to give

13      access to federal authorities in Russia.

14           Q.    Okay.  And as you understand SORM

15      are you all required to do that?

16           A.    No.

17           Q.    Why not?

18           A.    Because hosting provider is not

19      obliged to do this by law.

20           Q.    Is that the case even though you

21      are providing internet networks?

22           A.    No.  Any company providing

23      internet who do web hosting.

24           Q.    Right.  But so what in -- what

25      kind of companies are required to comply
```

```
 1      with SORM?

 2           A.    Telecom companies.

 3           Q.    Isn't it the case that the

 4      Russians banned Facebook, the Russian

 5      government banned Facebook from operating in

 6      Russia for a period of time because they

 7      were not compliant with SORM?

 8           A.    This I don't know.

 9           Q.    What is a telecommunication

10      company to you?

11           A.    Big companies, like AT&T, or the

12      one who provide -- AT&T is a good example.

13           Q.    I am looking for you -- that is an

14      example, thank you.

15                 What is the definition of a

16      telecommunication company, what does it

17      mean?

18           A.    So many different

19      telecommunication companies.  It can be one

20      telecom company that can provide satellite

21      connection -- mobile connection.

22                 It can be a company who provide

23      the fibers.

24                 It can be company who provide just

25      internet access like level 3 communication.
```

```
 1              So different I cannot actually

 2      tell what exactly telecom company because it

 3      is so broad topic.

 4          Q.    But you don't consider yourself

 5      within that?

 6          A.    No.  We are hosting company.

 7          Q.    Are there regulations regarding

 8      governmental access to web hosting companies

 9      in Russia?

10          A.    I don't understand the question.

11          Q.    Well, we have things like the FCC

12      that monitor communications in the United

13      States of America.

14              I am asking if there is a Russian

15      federal system that regulates in any way the

16      type of company you are, a web hosting

17      company?

18          A.    Our company don't -- web hosting

19      company by law don't require any license.

20          Q.    Are there any regulations that

21      apply to them, to a web hosting company?

22          A.    It is a standard law.  It is a

23      law.  It is a law which is saying that.  It

24      is not regulation, it is a law.

25          Q.    Okay.  What are the laws?
```

Alexei Gubarev
June 28, 2018                                                      93

```
1         A.    The law is that -- I don't know

2    exactly for these specific companies.  Like

3    in hosting you are not required to get any

4    telecommunications devices.  This is

5    official information. It is publicly

6    available.

7         Q.    Okay.  But I am asking a sightly

8    different question which is, so are there

9    for example reporting regulations, are you

10   required to provide certain information to

11   the government at regular intervals?

12        A.    No.

13        Q.    Sorry?

14        A.    No.

15        Q.    Okay?

16        A.    Just for nothing, why.

17        Q.    So what is -- I am reading XBT's

18   press release.  It says, "In full compliance

19   with and according to the federal law in

20   regards to the use and storage of personal

21   data."

22              What is the federal law in regards

23   to the use and storage of personal data that

24   XBT is complying with?

25        A.    The law was that the information
```

1    about Russian citizen should be located

2    within the Russia.  That is it.

3        Q.    That is -- so in this press

4    release you, XBT, are holding yourselves out

5    as complying with exactly that one rule,

6    that is the only rule you are complying

7    with?

8        A.    I don't understand your question.

9        Q.    It says that your -- your

10   customers who buy your products "will be in

11   full compliance with and according to the

12   federal law in regards to the use and

13   storage of personal data."

14              My question is, is the only

15   federal law you are referencing in that

16   paragraph the law that requires the data of

17   Russian citizens to be stored in Russia?

18       A.    This is what it says here that

19   we -- what it says here that you are

20   complying with the federal law in regards to

21   use of storage with -- stored data.

22       Q.    Right.  I am asking you what that

23   means, what law is that referring to?

24       A.    You can download from internet and

25   just check it.  It is publicly available

```
 1    information.

 2         Q.   I can -- sure, I can do that but

 3    that is not sworn testimony by you.

 4              I want to know what law that is

 5    that you say you are complying with.

 6              MR. GURVITS:  Objection.

 7              THE WITNESS:  This explain you

 8         here.

 9  BY MS. BOLGER:

10         Q.   No, that doesn't explain me.  It

11    doesn't explain it to me.

12         A.   Then how I can help you?

13         Q.   Because y'all wrote it.  XBT wrote

14    this document.  I want to know what it

15    meant.  What did --

16         A.   This is what is mentioned here.

17    For me is --

18              MR. GURVITS:  Can I point out

19         that it says "customers will be in

20         full compliance."

21              MS. BOLGER:  Yes.

22              MR. GURVITS:  It doesn't say XBT

23         is in full compliance.

24              MS. BOLGER:  Well, that is fine.

25         I --
```

```
 1              MR. GURVITS:  Because you are

 2         telling him that that is what --

 3              MS. BOLGER:  No, I am asking

 4         what law it is that you are

 5         representing to your client that will

 6         be in full compliance with.

 7              THE WITNESS:  It is saying here.

 8         How I can help you.  It is saying here

 9         exactly.  If you want to --

10    BY MS. BOLGER:

11         Q.   What is the federal law that your

12    customers will be in compliance with?

13         A.   You can download from internet and

14    translate it and read if you want.

15         Q.   But --

16         A.   It is a public information

17    available.

18         Q.   Right.  You are holding yourselves

19    out to your clients in a way that says that

20    they will be compliant with Russian federal

21    law.  I just want to know what law it is

22    they will be complying with.

23         A.   This is saying here.  Federal law

24    about storage is -- of personal data.  How I

25    can help you?
```

```
 1        Q.    What it means is that you are

 2   representing to your customers that your

 3   racks in these points of presence in Moscow

 4   are in full compliance with the federal law

 5   of Russia and you are perfectly happy to let

 6   me define what that is?

 7             MR. GURVITS:  Objection.

 8             THE WITNESS:  I don't understand

 9        your question.  You are messing up

10        everything.  This is --

11   BY MS. BOLGER:

12        Q.    Correct me.

13        A.    Here it is -- federal law in

14   regards to the use of storage of personal

15   data.  This is federal law about that.  This

16   is customer will get compliance if they

17   store their data within Russia.  That is it.

18             It is no any special regulation

19   requirements how you store the data.  You

20   just have to store it.

21        Q.    Mr. Gubarev, that is actually the

22   question I asked you about five minutes ago

23   before you started to fight with me.

24             What I was saying is the -- I am

25   asking you specifically in this press
```

Aleksej Gubarev
June 28, 2018                              98

1        release are you saying that the rule that

2        your customers will be complying with is the

3        rule regarding the storage of personal data

4        in Russia?

5             A.    I don't understand your question

6        because you phrase it completely strange for

7        me.

8             Q.    Answer the question.  Answer the

9        question I just asked you.

10            A.    Could you repeat the question?

11            Q.    Sure.

12                  In this press release are you

13       saying that the federal law that your

14       customers will be complying with is the law

15       regarding the storage of personal data in

16       Russia?

17            A.    Yes.

18            Q.    That is the only law you are

19       talking about here, question mark.

20            A.    Yes.

21            Q.    Okay.

22            A.    This is actually saying here.

23            Q.    No.  It doesn't say that.

24            A.    It is saying federal law --

25                  MR. GURVITS:  Just answer the

```
 1            questions and don't fight with the

 2            examiner.

 3                    THE WITNESS:  I don't fight.

 4                    MR. GURVITS:  Just answer the

 5            questions.

 6     BY MS. BOLGER:

 7            Q.    Have you ever spoken to German

 8      Klimenko?

 9            A.    German Klimenko?

10            Q.    Yes.

11            A.    Yes, I spoke to him.

12            Q.    When did you speak with him?

13            A.    Last time?

14            Q.    Well, how -- have you spoken to

15      him more than once?

16            A.    I meet him on conference two or

17      three times.

18            Q.    Okay.  Who is he by the way?

19            A.    He is internet entrepreneur.  He

20      owns several internet companies.

21            Q.    He was also President Putin's

22      internet adviser until very recently,

23      correct?

24            A.    Yes.

25            Q.    Actually this month, right, he was
```

```
 1    terminated?

 2        A.    Yes.

 3        Q.    You met him at a bunch of

 4    conferences you said?

 5        A.    Two, three times I told you.

 6        Q.    Okay.  And you have had personal

 7    conversations with him?

 8        A.    Yes.

 9        Q.    What kind of conversations?

10        A.    About business in general.

11        Q.    Okay.  What have you talked about?

12        A.    About his project Media Metrics

13    for example.

14        Q.    What conferences have you met him

15    at?

16        A.    One was -- what is the name?  I

17    don't remember like name of the conferences,

18    approximately every year but I don't

19    remember exact name of the conference, but

20    very big one.  RIF.

21        Q.    Spell that.

22        A.    R-I-F.

23        Q.    R-F-E -- R-E-F?

24        A.    Yes.  A thousand people there.

25        Q.    "A thousand people there."  Is
```

```
 1    that the conference in St. Petersburg?

 2         A.    Eh?

 3         Q.    Is that the conference that is in

 4    St. Petersburg?

 5         A.    No.  Moscow.

 6         Q.    It is in Moscow.  Okay.  You met

 7    him there.  Were -- and how many times --

 8    you said you met him two or three times.

 9    When, like what years?

10         A.    I don't remember exact.

11         Q.    In the last five years?

12         A.    Oh, yes.

13         Q.    So between say 2013 and the

14    present?

15         A.    I think I actually -- yes,

16    something like that.

17         Q.    Maybe more recently than that?

18         A.    More recently, you mean?

19         Q.    From 2015 to the present.

20         A.    It is hard to remember where I met

21    him.  I think it was last time I was on RIF

22    when I met him, 2015 or 2016.

23         Q.    The last time you met him was in

24    2015 or 2016?

25         A.    Yes.
```

```
 1        Q.    Have y'all ever socialized outside

 2    of these conferences?

 3        A.    No.

 4        Q.    Have you ever met a gentleman

 5    named Nikoli, sorry, I am going to

 6    mispronounce this, Nikiforov?

 7        A.    Nikiforov is ex-minister of

 8    communication.

 9        Q.    I am not sure if he is the ex but,

10    yes, he was the minister of communications

11    at some point, so yes.

12        A.    I meet him once in conference, the

13    same RIF.

14        Q.    What year was that?

15        A.    '15 or '16.  I don't remember

16    exact date.  I think '16.

17        Q.    What types of conversations have

18    you had with Mr. Nikiforov?

19        A.    Nothing.

20        Q.    You have never spoken to him?

21        A.    We were sitting on one panel

22    together.  He was three chairs again after

23    me and that was it.

24        Q.    What was the panel?

25        A.    I don't remember.  I don't
```

1    remember.  I was speaking about servers.RU.

2         Q.    What were you saying about

3    servers.RU?

4         A.    We open location with a new way of

5    communication and data centers and

6    completely different product for Russian

7    market.

8         Q.    Have you ever met a gentleman by

9    the name of Vadim Subbotin?

10        A.    I don't know.  Who is this guy?

11        Q.    He is --

12        A.    It is better if you tell me who is

13   it because I don't remember.

14        Q.    I mean from what I can tell he

15   seems to be an internet entrepreneur who was

16   also the Moscow deputy general who Mr. Dvas

17   knows.  That is where I got the name

18   Mr. Dvas.

19        A.    Maybe Dvas know him.

20        Q.    But you don't?

21        A.    I don't remember.

22        Q.    We don't have to go off the record

23   but I have to answer a text from my brother.

24   One second.

25              (Discussion off the record)

```
 1              MS. BOLGER:  I will ask Steve to

 2         mark as Exhibit 3 a document that was

 3         actually produced to us last night

 4         which is ONS -- the only pronounceable

 5         word on this page to me, it says

 6         ONSEC.  It is a document that was

 7         produced in Russian.

 8              (Russian document translated by

 9    interpreter as "Web project servers.com

10    information security audit" of August,

11    September 2015 was marked Exhibit 3 for

12    identification)

13    BY MS. BOLGER:

14         Q.   Mr. Gubarev, what is this

15    document?

16         A.   I don't know.  I have just first

17    time see it.  I don't see it before.

18         Q.   Okay.  We are in this together

19    then, Mr. Gubarev, because I received this

20    document last night at about 10:00 at night

21    and so I have not seen it either.  So I was

22    hoping you might give me a little insight

23    into what it is.

24         A.   I can read it if you like.

25         Q.   I would like you to read it to me,
```

1      please.

2                  THE WITNESS:  Could you read it?

3      BY MS. BOLGER:

4            Q.    Here.  You can have your own copy.

5            A.    It is more proper if she can read

6      it.

7                  THE INTERPRETER:  You want me to

8            translate -- not to read it in Russian

9            but to --

10                 MS. BOLGER:  You can say it in

11           Russian if you want to but what I

12           really want know is what the document

13           says.

14                 THE INTERPRETER:  It is web

15           server --

16                 THE WITNESS:  No. No.

17                 THE INTERPRETER:  -- "Web

18           project servers.com information

19           security audit."

20                 MS. BOLGER:  The date at the

21           bottom?

22                 THE INTERPRETER:  The date at

23           the bottom is August, September 2015.

24                 MS. BOLGER:  Okay.

25                 THE INTERPRETER:  And that is a

```
1           report based on the audit results.

2           That is right under the title.

3    BY MS. BOLGER:

4           Q.    Mr. Gubarev, does that -- so this

5    appears to me to be some kind of security

6    audit done by ONSEC of servers.com in 2015.

7    Is that correct?

8           A.    Yes.

9           Q.    Do you know who asked for this to

10   be done?

11          A.    Konstantine Bezruchenko and

12   Nikolay Dvas asked us to do this audit on

13   behalf of servers.com.

14          Q.    Okay.  Asked who to do the audit?

15          A.    ONSEC.

16          Q.    What is ONSEC?

17          A.    A security company located in the

18   United States.

19          Q.    Okay.  I have actually done a bit

20   of research online since 10:00 last night

21   and I can't find ONSEC in the United States.

22   I think it is a Russian company; is that

23   correct?

24          A.    I don't know.  We always -- like

25   we use several companies for audit.
```

```
 1        Q.    You use several companies to

 2   audit, is that what you just said?

 3        A.    As I know.

 4        Q.    I am sorry.  Is that what you just

 5   said, you just said "We use several

 6   companies to audit," correct?

 7        A.    Yes.

 8        Q.    What companies do you use to

 9   audit?

10        A.    This wasn't a topic which I have

11   to prepare for today.

12        Q.    You produced the documents to me

13   last night and instead of having to call

14   back another witness to explain to me what

15   this is I thought I would give you a chance

16   to help me out.

17        A.    Is ONSEC and is another company in

18   the -- what is the name of the company?

19   WALLARM.  WALLARM.

20        Q.    Okay.  So there is WALLARM,

21   W-A-L-L-A-R-M.

22              There is WALLARM and ONSEC?

23        A.    Yes.

24        Q.    Okay.  You said "several" that is

25   only two.
```

 1        A.    Yes.

 2        Q.    So are there more than two

 3   companies you used to audit?

 4        A.    I think no.

 5        Q.    Okay.  How many times has XBT used

 6   ONSEC to audit?

 7        A.    Once.

 8        Q.    One time.  Okay.

 9              Do you know how it came to be that

10   Mr. Bezruchenko decided you needed to do an

11   audit of servers.com?

12        A.    When it was created the product we

13   need to external our opinion before we

14   launch product.

15        Q.    When you created the product you

16   needed an external opinion before you

17   launched, is that what you said?

18        A.    Yes.  A opinion about that

19   product.

20        Q.    Okay.  Why did you need that

21   opinion?

22        A.    To make sure that our internal

23   system is protected.

24        Q.    Okay.  Why did y'all choose ONSEC?

25        A.    They must have good reputation in

1    the market.

2         Q.    Okay.  Do you know that or are you

3    hypothesizing?

4         A.    I guess.

5         Q.    I don't want you to guess,

6    Mr. Gubarev.  I feel like we are close

7    enough now that I can tell you please don't

8    guess, Mr. Gubarev.

9         A.    Okay.

10        Q.    Okay.  I think you said you hadn't

11   seen this before, right?

12        A.    No.

13        Q.    Do you know what its conclusions

14   were even if you haven't seen the document

15   before?

16        A.    I can read it if you want.

17        Q.    I will get to that in a second but

18   I wanted to know before you turn the page do

19   you know what the conclusions were of this

20   report?

21        A.    No.  It was not my duty in the

22   company.

23        Q.    I just want to know if you know or

24   not, yes or no?

25        A.    No.

```
 1        Q.    Okay.  Can you turn to the third

 2     page of the document which I think is the

 3     "Overall Conclusions."

 4        A.    Yes.

 5        Q.    I will ask you, and, Madam

 6     Translator, please, to just read the top,

 7     not in Russian, but if you could translate

 8     the top line of page 3, not the line next to

 9     ONSEC but the line -- the top line in

10     regular text.

11             THE INTERPRETER:  "Conclusion on

12        the audit results."

13  BY MS. BOLGER:

14        Q.    Okay.  So I think this is the page

15     that represents the conclusions, is that

16     right, Mr. Gubarev?

17        A.    Could you please repeat it?

18             THE INTERPRETER:  "Conclusion on

19        the audit results."

20             THE WITNESS:  Yes.

21  BY MS. BOLGER:

22        Q.    So that I think is the conclusion

23     of the report, correct?

24        A.    Yes.

25        Q.    These are the conclusions of the
```

1     report?

2          A.    Yes.

3               MS. BOLGER:  So please take the

4          time to read it, please, Madam

5          Translator, take the time read it.  I

6          want to understand what the first

7          paragraph says in English and so if

8          you want to read it in Russian and

9          think about it that is fine but I am

10         just going to ask you Madam Translator

11         to explain to me what it says in

12         English once you had a chance to look

13         at it.

14              THE WITNESS:  Can she translate

15         it for you?

16              MS. BOLGER:  Yes, but I want you

17         to be comfortable with it.

18              THE INTERPRETER:  Okay.

19              "Based on the results of the

20         audit conducted general level of the

21         protection of the VEP.  That project

22         is evaluated as low.  Such an

23         evaluation is conditioned upon -- upon

24         critical weaknesses -- critical

25         weaknesses in the client part of the

```
 1        web application.  Such weaknesses have

 2        high risk -- high level of risk --

 3        high risk level but for the

 4        maintenance they require interaction

 5        with the attack -- interaction between

 6        the attacker with the group of -- with

 7        the group of users, target users."

 8             MR. GURVITS:  Hold on one

 9        second.

10             I would say "maintenance" is not

11        the right translation.  I would say

12        "operation."

13             THE INTERPRETER:  Operation,

14        okay, "But for its operation" --

15             THE WITNESS:  I will say

16        differently because she is not

17        correct.

18             THE INTERPRETER:  Okay.

19             THE WITNESS:  "But for operation

20        of this critical" --

21             MR. GURVITS:  Weakness.

22             THE WITNESS:  "For operation of

23        this critical weaknesses it is

24        required to be -- attacker be

25        connected with the group of -- of
```

```
 1            the -- group of the target users."

 2                 MS. BOLGER:  That is what Madam

 3            Translator said.

 4                 THE WITNESS:  Yes, but she used

 5            different word that is not correct.

 6                 MS. BOLGER:  No, she didn't but

 7            okay.  I am looking at this.

 8    BY MS. BOLGER:

 9            Q.   Okay.  So what -- the very first

10       paragraph and I think the first sentence

11       says is that "The general level of

12       protection for servers.com is evaluated as

13       low."  Correct?

14            A.   Yes.

15            Q.   Okay.  And then it says that is

16       because it has a critical weakness, correct?

17                 MR. GURVITS:  Objection.

18                 THE WITNESS:  Yes.  But --

19    BY MS. BOLGER:

20            Q.   Then it describes the critical

21       weakness as a coordinated attack between an

22       attacker and a group of target users,

23       correct?

24            A.   Yes.  But is not easy to make such

25       type of attacks.
```

```
 1        Q.    Okay.  You can tell me that in a

 2    second but I just want to make sure that I

 3    am understanding what this paragraph says,

 4    correct?

 5        A.    Okay.

 6        Q.    My understanding the way I just

 7    articulated to you is what that paragraph

 8    says, correct?

 9        A.    Yes.

10        Q.    Did y'all undertake any activity

11    at servers.com to fix this weakness?

12        A.    Of course.

13        Q.    What did you do?

14        A.    We give this report to our

15    programmers and manager of the project at

16    servers.com to make sure that this whole

17    critical things we do will be closed down --

18    critical findings will be closed down.

19        Q.    Who is the project manager who you

20    asked to make sure this whole critical

21    finding was closed down?

22        A.    Nick Dvas at this moment.

23        Q.    Nick Dvas?

24        A.    Yes, and he has some other

25    employees, correct, is in the company.
```

```
 1        Q.    And did Mr. Dvas close this

 2   finding down?

 3        A.    Of course.

 4        Q.    How do you know that?

 5        A.    His duty to this and I know

 6   100 percent he did this.

 7        Q.    How do you know other than the

 8   fact that you trust Mr. Dvas, do you have a

 9   reason --

10        A.    I know 100 percent that he did it.

11        Q.    Can I finish my question.

12              Other than the fact that you know

13   Mr. Dvas how do you know that he did it?

14        A.    I heard -- I remember that I heard

15   that there were some things that was like we

16   need to fix and they were fixed.  They told

17   me, Nick Dvas.

18        Q.    Mr. Dvas told you?

19        A.    Yes.

20        Q.    Okay.  And did y'all get a second

21   security audit after Mr. Dvas told you he

22   fixed these problems?

23        A.    I don't know which was the dates

24   of the audits was done.  Like I mean I think

25   this was the first and then it was -- I mean
```

```
 1      this was -- I think this was the first and
 2      after that was WALLARM report, it seemed
 3      like after we closed all holes we need
 4      WALLARM report to make sure that we are
 5      correct.
 6           Q.   Okay.  So why did you switch
 7      companies?
 8           A.   Is better to get different
 9      opinion.
10           Q.   Okay.  So you think that I will go
11      back and look at the WALLARM report and find
12      that it is after --
13           A.   I don't.
14           Q.   -- September of 2015?
15           A.   Sorry.
16                I see this just today.  This is
17      what I am thinking.
18           Q.   Mr. Gubarev, I got it last night.
19                You can either tell me about this
20      document or I can make you guys tell me more
21      about it another time.  I am trying to cut
22      to the chase here and figure out what is
23      going on this with document.
24           A.   I am doing it myself.
25           Q.   Okay. So --
```

```
 1        A.    Could you find WALLAM report?

 2        Q.    Not right this second, no.  So my

 3   point is do you think -- you think the

 4   WALLARM report was after this ONSEC report

 5   to assess whether the critical weakness was

 6   fixed?

 7        A.    This is what I think.

 8        Q.    Okay.

 9              MS. BOLGER:  So Mr. Siegel,

10        Nathan is going to take over and ask

11        the financial questions so let's just

12        take a quick break and change seats.

13              THE WITNESS:  You are done?

14              MS. BOLGER:  You are done with

15        me.

16              THE VIDEOGRAPHER:  Going off the

17        record at 11:34 a.m.

18              (Recess)

19              MR. SIEGEL:  Mark this as

20        Exhibit 4.

21              (Document Bates numbered PC-80 was

22   marked Exhibit 4 for identification)

23              THE VIDEOGRAPHER:  This marks

24        the start of media number 3.

25              We are back on the record at
```

```
 1            11:45 a.m.

 2    BY MR. SIEGEL:

 3        Q.    Good morning, Mr. Gubarev.

 4              So this part of the deposition

 5      will cover topics -- what were topics 6 and

 6      7 on the deposition notice which all relate

 7      to money.

 8              What did you do to prepare for

 9      this part of the deposition, for those

10      topics?

11        A.    I read your requirements.  I spoke

12      with my lawyers about that.

13              I spoke with Rajesh who is the CFO

14      of the company.

15              I spoke with Nikolay Dvas about

16      some numbers.

17        Q.    Okay.

18        A.    This is what I did.

19        Q.    And you are here to talk -- to

20      testify on behalf of XBT.

21              What is your relationship to XBT

22      right now?

23        A.    Right now I am major shareholder.

24        Q.    You are major shareholder, okay.

25      Are you the largest shareholder?
```

```
 1        A.    Over 50 percent largest as well,

 2   over 50 percent.

 3        Q.    I showed you the exhibit, what is

 4   the document that was produced by your

 5   counsel as Bates number PC-80.

 6        A.    Yes.

 7        Q.    Could you turn to the third page

 8   of this which has the numbers for 2016?

 9        A.    I did already.

10        Q.    Fair enough.

11              So the first thing I am going to

12   ask you to do is to explain what each of the

13   categories of revenues on the left mean in

14   what we would say layman's terms I guess.

15              So starting with "managed servers

16   revenue," I take it that that is revenue is

17   that -- from what is it, from the leasing of

18   managed servers?

19        A.    It is from the leasing of the

20   servers.

21        Q.    Okay.  So that is money paid by

22   customers who lease servers to the company?

23        A.    No.  They lease servers from the

24   company --

25        Q.    Right.
```

```
 1         A.     -- and they pay to us.

 2         Q.     Yes.  Okay.

 3                And so would servers that are not

 4     managed would they not be in this category?

 5         A.     Well, this category for all

 6     servers which not belongs to the client

 7     which owned by us.

 8         Q.     I see.  Okay.

 9                So does that mean that there could

10     be servers that are owned by you but are not

11     managed by you?

12         A.     Yes.

13         Q.     So is there a different category

14     for servers that are not owned by the

15     company?

16         A.     Co-location.

17         Q.     Could you explain what

18     "co-location" means in this context?

19         A.     Co-location it means that in data

20     center you can take one unit or one rack or

21     multiple racks or multiple racks within

22     different data centers, put your servers and

23     we provide you space -- space in the rack,

24     we provide you electricity, we provide you

25     cooling, we provide you also internet
```

```
 1        connection and also standard security of the

 2        data center.

 3            Q.    Okay.  And the next category is

 4        "Bandwidth."  I understand what bandwidth

 5        means but how is it that -- how does the

 6        companies get revenue from bandwidth.  What

 7        does that mean as a source of revenue for

 8        you?

 9            A.    As I explained to previous, like

10        when you buy a server you have some package

11        with the server of the internet which is

12        included but actually depends if the

13        agreement of the customer.  Whatever expat

14        internet requirements for you you pay extra

15        for.

16            Q.    Okay.  So if I understand what you

17        are saying let's just say hypothetically I

18        am a customer and I have a package for

19        100,000 gigabytes, okay.  So if I use more

20        than that, let's say I use 110,000 does that

21        mean I pay some overage amount?

22            A.    No.  It means you pay extra for

23        bandwidth.  But, again, it depends on the

24        customer.  You have to see each specific

25        customer.
```

 1        Q.    Okay.

 2        A.    But this is what is up.

 3        Q.    So essentially if I am a customer

 4   I can lease a server and I can purchase a

 5   certain quantity of bandwidth, right?

 6        A.    Yes.

 7        Q.    Okay.  Do I -- to try to simplify

 8   that as much as possible, for example,

 9   usually if I have -- if people had data

10   plans on their cell phones, right?

11        A.    It is exactly.

12        Q.    The same thing.  Okay.

13              And usually if you have a limited

14   data plan on your cell phone and then you

15   use more data you can use more data but you

16   pay some overage amount?

17        A.    Yes, this is correct.

18        Q.    Okay.  The next category is

19   "Shared/VPS."  What does that mean?

20        A.    This is virtual service.  It means

21   on the one physical machine you can put

22   multiple customers, depends of the product

23   or shared can be 500 customers on one

24   machine.  On the VPS maybe 100, depends on

25   the type of VPS they use.  This is the type

 1      of things where it says people don't own

 2      server but again lease part of it.

 3           Q.   Okay.  What does "VPS" stand for?

 4           A.   The same, virtual servers, Virtual

 5      Private Servers.

 6           Q.   "Virtual Private Servers"?

 7           A.   Yes.

 8           Q.   Okay.  Just to try to understand

 9      the structures of your company's -- of XBT a

10      little bit better or the subsidiaries of

11      XBT, is shared VPS something that is offered

12      by servers.com, would that fall under that

13      umbrella?

14           A.   No.  It was a company Fozzy.

15           Q.   "Fozzy."  Okay.

16           A.   Yes.

17                And partly I see company Root.

18      They have some virtual hosting.

19           Q.   Okay.  The next category is "Sale

20      of Equipment."  Does that mean anything

21      different than what it seems to say, sale of

22      equipment?

23           A.   No.

24           Q.   So I guess -- what kind of

25      equipment is sold?

Aleksej Gubarev
June 28, 2018                                                          124

1        A.    Usually servers or routers or hard

2   disk.  Typical thing which people buying for

3   hosting.

4        Q.    Are these -- is this new equipment

5   that people are buying or are you reselling

6   used equipment that --

7        A.    Depends.  I mean, it can be that

8   people use already our equipment for some

9   time and then ask them to buy it or own it

10  with discount or they can own brand new

11  equipment for them.  It is two.  It can be

12  both.

13       Q.    Do you have -- looking now -- if

14  you look down at the numbers for reach month

15  under that category "Sale Equipment," you

16  see for example typically the numbers are

17  fairly low and then in July there is almost

18  $186,000.

19            Do you know how that can come to

20  be?  Also for example if you flip over to

21  the fourth page which is 2017 you will see

22  that the numbers range from 0 to 50,000 for

23  the first ten months of the year and then

24  the last 10 months of the year they are very

25  large, 450,000, 240,000.

```
 1                Why is there -- why is there a

 2      month or months where all of a sudden there

 3      is a large amount of equipment?

 4           A.    You close a deal.

 5           Q.    Okay.  All right.

 6                So does that -- is that more

 7      likely to reflect a large deal with a large

 8      customer?

 9           A.    Yes.

10           Q.    Okay.  Next category is "Cloud

11      Servers."  What is a cloud server?

12           A.    Is similar to the shared VPS but

13      different architecture.

14           Q.    Okay.  Just so I understood, what

15      is the relationship between that and the

16      "cloud" as people commonly refer to it?

17           A.    It is a cloud.  Like shared

18      hosting and VPS is like old type of the

19      products and cloud is like now a fancy new

20      product which people really like and want to

21      use.

22           Q.    Do you know which companies offer

23      cloud servers?

24           A.    In the world?

25           Q.    No.  No.  No.  Within XBT.
```

```
 1         A.    Servers.com.

 2         Q.    "Servers.com."  Okay.

 3               Servers.com also offers managed

 4    servers?

 5         A.    No.

 6         Q.    Okay.  That is -- so -- but you

 7    said that managed servers --

 8         A.    It can be managed and unmanaged.

 9         Q.    So some revenue for servers.com

10    could be included within the first category

11    within the managed servers?

12         A.    Of course.

13         Q.    Okay.  Next category is "Content

14    Delivery Network."  What does that mean?

15         A.    Is-- you know company Akamai?

16         Q.    I have heard of it.

17         A.    It is the same, the same type of

18    product.

19         Q.    I am not sure what Akamai does.

20         A.    Then to save time.  For example

21    you have some content which is popular, for

22    example YouTube.  I will explain to you You

23    Tube.

24               YouTube has made many popular

25    videos, but can be video for like popular
```

1        like in United States and in Europe.  To

2        make sure that each user can get fast access

3        to this video what it is doing, they make a

4        copy of this video in another location, if

5        video is in United States they make copy in

6        Europe if it become popular and people start

7        to download from Europe to make a faster

8        speed.

9            Q.    Okay.

10           A.    This is the same product.

11           Q.    So how does -- how does XBT

12       provide that for a customer?

13           A.    Within our multiple data centers

14       we put a special rack, we put a storage

15       service where it is located and we provide

16       them soft wire like where they upload their

17       content and it does give you --

18           Q.    Okay.  So essentially -- and is

19       that something that if I were a customer

20       that I would pay separately for, is that why

21       it is a separate revenue line --

22           A.    Yes.  You pay separate, there is a

23       premium service, extra service.

24           Q.    Okay.  "Web and application

25       development" we can probably skip because it

```
 1     doesn't appear to be a big --

 2          A.    It is not our business.

 3          Q.    A big money order for you.

 4                "Dedicated servers".  Explain to

 5     me the difference between dedicated servers

 6     and the other categories of servers.

 7          A.    Well, it is similar.  I don't know

 8     why they split it but is very similar.  I

 9     believe we split it because of the

10     companies.

11          Q.    So what companies would fall under

12     "dedicated servers"?

13          A.    I believe Root is here.  Yes.  It

14     looks like they put Hong Kong here and

15     Singapore.  That is what I think.  I am not

16     sure but this is what I believe.

17          Q.    Okay. "Other income" I take it can

18     mean anything, interest, whatever it may be.

19                "Domains."  What -- what does that

20     mean in the context of your company?

21          A.    Domains, we -- at that time we was

22     owned two companies.  One is pananames.com

23     and the second one is brandnames.com.

24          Q.    What did they do?

25          A.    You can buy domain name like
```

Aleksej Gubarev
June 28, 2018                                    129

```
 1     already.

 2          Q.    It is like a GoDaddy, is it?

 3          A.    GoDaddy also offer hosting but we

 4     offer just domain name.

 5          Q.    Okay.  Now looking at the third

 6     page, the 2016 numbers, between August and

 7     September 16th there was an increase of

 8     about a million dollars which appears to be

 9     largely or almost entirely in the managed

10     servers category.

11               Do you know what was the cause of

12     that increase?

13          A.    I mean it was several customers

14     who sign up for services and there also was

15     one big deal we sold some services also.

16          Q.    So can you be more specific?

17          A.    Some customers you mean?

18          Q.    Yes.

19          A.    Well, I mean in general it is very

20     hard to tell about all customers because we

21     have tens of thousands of them.  I mean we

22     cannot remember them.  It is impossible for

23     anybody.

24               But some customer like in this

25     period of the time from August to December,
```

```
 1      I will tell about this one if it is okay for

 2      you.

 3           Q.    From August to December?

 4           A.    Yes.  Just because it is more for

 5      me like because people sign up in August and

 6      continue using during this month.

 7           Q.    Okay.

 8           A.    Like Exness take services from us

 9      at that time.

10                 Another one who take services, IQ

11      Options.

12                 It was also Go Travel.

13           Q.    Go Travel?

14           A.    Yes.  Go Travel USA I think is the

15      name of the company.

16                 Let me remember some.  MQL5.

17           Q.    MQL5?

18           A.    They also take -- bunch of others.

19      It is hard to remember.  Really thousands of

20      them.  But these are some of the big ones.

21           Q.    Okay.  Do you have an estimate of

22      how much monthly revenue came from each of

23      these four starting with Exness?

24           A.    Exness I think they bring over

25      60,000 a month.
```

```
 1       Q.    Okay.  What about IQ Options?

 2       A.    Over 50 or 60 also.

 3       Q.    Go Travel?

 4       A.    Over 25 I think.

 5       Q.    Okay.

 6       A.    And almost 20 is the MQL5.

 7       Q.    That roughly would be 150,000 plus

 8  a month or something.

 9            Other than those do you have any

10  other information about the jump of a

11  million dollars in managed servers revenue

12  between August and September of 2016?

13       A.    As I told you it is really

14  thousands of customers.  You have to -- each

15  customer's goal one month, maybe he cancels

16  some service.  Nobody can remember them.  It

17  is just impossible.

18       Q.    Okay.  Is Excess still a customer

19  today?

20       A.    Yes.

21       Q.    What about IQ Options?

22       A.    Yes.

23       Q.    What about Go Travel USA?

24       A.    Yes.

25       Q.    What about MQL5?
```

          1        A.    Yes.

          2        Q.    Do they still -- is the level of

          3   service that they use similar, has it gone

          4   up?

          5        A.    2017, Exness go a little bit; IQ

          6   Option go a little bit more; Go Travel, I am

          7   not sure, and MQL is something like 12 or

          8   $15,000.

          9        Q.    Okay.  Let's turn over to the

         10   fourth page, the 2017 numbers.

         11             So the -- just looking at January

         12   and February, so the managed servers number

         13   is reduced.  Do you have -- what is the

         14   source of the reduction in that revenue?

         15        A.    Again, there are thousands of

         16   customers.  I cannot control them.

         17             This was a reduction because

         18   people just don't use the services or

         19   cancels them or use this month much less.

         20        Q.    Okay.  Is there -- are there any

         21   particular customers that you can attribute

         22   that reduction to?

         23        A.    It is really hard I told you,

         24   there are tens of thousands of customers.

         25        Q.    Okay.  When you say people use it

```
 1        less isn't the typical contract for one,

 2        two, three years?

 3            A.    No.

 4            Q.    What is the typical contract for?

 5            A.    Most of the customers is month to

 6        month.  Is a standard in the industry

 7        like -- you don't ask me.

 8            Q.    Okay.  So then looking on as the

 9        year moves on May, June, July, the managed

10        servers revenue is increasing.  Is there --

11        can you identify what the source of that

12        increase was?

13            A.    From which month you start, from

14        March?

15            Q.    Even starting from February --

16        February to March -- I will back up a

17        second.

18                  Would you agree with me that

19        starting from February to March, right,

20        there is a -- there is an increase that

21        continues, sometimes it is gradual,

22        sometimes it is more throughout the rest of

23        the year.

24            A.    Yes.  We work very hard after this

25        publication to try to get the business back
```

```
 1      and to get new customers or to ask a --

 2      existing customer to go back again.  And was

 3      really hard work for the company to do this.

 4      You have real problems with financials.

 5          Q.   You have real problems?

 6          A.   With credit line facilities.

 7          Q.   Okay.  That is not my -- my

 8      question is, other than generally getting --

 9      either getting any more business from old

10      customers or getting new customers is there

11      anything else specific that you can point to

12      that was the source of your managed servers'

13      revenue increasing from February to March

14      and then for example again from May to June

15      by about 600,000 and then from June to July

16      about $600,000.  Is there anything

17      particular you can point to to explain the

18      source of any of those increases?

19          A.   Well, I think in March we sign new

20      customer 101XP and we get big deal with

21      another company, Multiply.  This because

22      101XP is like, if I remember, is almost

23      100,000 a month.

24          Q.   Okay.

25          A.   And Multiply I think around 60 and
```

```
 1        some other customers.  I think Depositphotos

 2        also take some services, at least one.

 3            Q.    Looking at the numbers for January

 4        and February are there any particular

 5        customers that you can attribute the

 6        difference in the numbers in those months

 7        from November to December 2016?

 8            A.    Well, is very hard to because

 9        there were really thousands, tens of

10        thousands.  I mean only Depositphotos have

11        over 30,000 customers, 25,000 customers.  It

12        is very hard to really allocate somebody.

13            Q.    Okay.  So the answer is you can't?

14            A.    Very hard.

15            Q.    If I ask you the same question

16        for, for example -- for example the

17        bandwidth category, right?

18            A.    Yes.

19            Q.    Is $544,000 in November '16?

20            A.    Bandwidth category which ones?

21            Q.    Go to the third page first.  So if

22        you look at November '16 bandwidth is about

23        $545,000, then December it is about

24        $482,000, then if you flip back over to --

25            A.    It is very logical actually.
```

```
 1        Q.    Why is that very logical?

 2        A.    Because in December so many

 3   vacations and people just visit sites less.

 4        Q.    Okay.  And then if you turn to

 5   2017 the number is 392 for January, same

 6   thing for February.

 7             I take it you would give me the

 8   same answer to the extent that that

 9   reflects -- the difference between those

10   numbers and the numbers of November in

11   2000 -- I am going to re-- strike that and

12   reframe it.

13             In January and February 2017 the

14   bandwidth revenue was about 392,000, right,

15   in November and December '16 the bandwidth

16   revenue was 545 and 482.

17             Is there anything particular that

18   you can identify as the source of the

19   reduction in that revenue?

20        A.    It is very hard to allocate each

21   customer because -- but to explain you --

22   usually customer they don't have one

23   facility.  Say, for example, have one data

24   center, they have another one for backup.

25   You can be lucky that they have a data
```

1    center within your company or it can be

2    outside.  Because is a backup for them it is

3    very easy to switch the traffic to another

4    location to feel safe.  This means you can

5    do it within minutes.  And this -- nothing

6    we can do and they just can do it any

7    moment.

8        Q.    Okay.  I understand you are

9    telling me that that is what a customer can

10   do.  But do you have any specific examples

11   of a customer that did that?

12       A.    Well, maybe it looks a big

13   reduction but if you cost for thousands of

14   customers you cannot tell very specifically

15   who was actually liable for that.  Because

16   as I told you this is extra product

17   bandwidth which each individually just can

18   use one month more, one month less and to

19   find out exactly which one is really

20   problematic because I mean there are

21   thousands of customers.

22       Q.    Would it be fair to say that you

23   don't actually know whether any customers

24   are switching their bandwidth, right, you

25   just know how much money you are getting?

Aleksej Gubarev
June 28, 2018                                              138

```
 1        A.    No.  You know that you charge them

 2    less.

 3        Q.    Right.

 4        A.    They use less this month and that

 5    is it.  This is what we know.

 6        Q.    But you don't actually know why

 7    they are using less?

 8        A.    No.

 9        Q.    Okay.

10        A.    But it is strange reduction.

11        Q.    So that we don't prolong this

12    would it be fair to say that, you know, for

13    any of the categories in which revenue may

14    have gone -- may have been less in early

15    2017 than in 2016 you can't identify a

16    specific source of that reduction, right?

17        A.    It is very hard.  For example,

18    Shagar VPS is a big reduction, 38,000, yes.

19        Q.    Okay.

20        A.    But how you going to -- like if

21    you reduce revenue around 28,000 users.  Why

22    is start using less or more is very hard.

23            Do we finish with this one?  I am

24    sorry.

25        Q.    Almost.
```

```
 1                  So your counsel produced to us a

 2        few days ago a bunch of invoices related

 3        to -- what we understand to be related to

 4        Alexander Zhukov although I am asking you

 5        about that but the-- actually, I am going

 6        to -- let's go ahead and mark this.

 7                  MR. SIEGEL:  This is Exhibit 5.

 8                  (Invoice from servers.com to

 9        customer ibetters2@gmail.com. was marked

10        Exhibit 5 for identification)

11   BY MR. SIEGEL:

12        Q.    So just for the record, this

13        appears to be an invoice from servers.com to

14        the customer ibetters2@gmail.com.  Is that

15        right?

16        A.    Yes.

17        Q.    Turn to the last page.

18        A.    Completely last page?

19        Q.    The completely last page, yes.

20                  So it indicates that the total for

21        the invoice is $151,169.33, right.  That is

22        what this customer is being billed in

23        October 2016, right?

24        A.    This looks correct, yes.

25        Q.    Okay.  And just so I understand
```

Alexander Zhukov
June 28, 2018

```
 1      how to read these, it then says, closing

 2      balance negative $115,000 and change.

 3              Does that mean that is how much he

 4      actually owes -- the customer actually owes

 5      at the point of this invoice?

 6          A.    Yes.  Most probably he has some

 7      positive balance.

 8          Q.    Okay.  Meaning from prior months?

 9          A.    Yes.

10          Q.    Why was this customer billed at

11      ibetters2@gmail.com in St. Petersburg?

12          A.    This is what he give us

13      information.  He was -- as I know he born in

14      St. Petersburg.

15          Q.    You knew that he was born in

16      St. Petersburg?

17          A.    Yes.

18              MR. SIEGEL:  Exhibit 6.

19              (Invoice from Webzilla to

20      Alexander Zhukov was marked Exhibit 6 for

21      identification)

22              THE WITNESS:  Are we finish with

23      this one?

24   BY MR. SIEGEL:

25          Q.    Probably, yes.
```

```
 1              Exhibit 6 appears to be an invoice

 2       from Webzilla to Alexander Zhukov.

 3              Do you know why Webzilla billed

 4       him as Alexander Zhukov and the other

 5       servers.com billed him as

 6       ibetters2@gmail.com at St. Petersburg?

 7       A.    We knew him also because both

 8       accounts was opened for him, he provide his

 9       passport, he stated that and both accounts

10       belong to him.

11       Q.    Okay.  It appears to me that on

12       these invoices that people are billed

13       essentially in advance, in other words, you

14       are billing them on the first of the month

15       for services to be used that month, right?

16       A.    Yes.  They have 30 days to pay.

17       Q.    "30 days to pay."  Okay.

18              Then in general it looked to me

19       like if somebody goes over their bandwidth

20       you would then bill them the next month for

21       the overage?

22       A.    Yes.

23       Q.    Okay.  Do you know if this

24       Webzilla invoice went to the same

25       ibetters2@gmail.com address?
```

```
 1           A.    I don't know but I believe it is

 2      the same because it was only e-mail which he

 3      was used for communication.

 4                 MR. SIEGEL:  Let's mark this as

 5           Exhibit 7.

 6                 (Invoice for November 2016 with

 7      total of $379,483.72 was marked Exhibit 7

 8      for identification)

 9   BY MR. SIEGEL:

10           Q.    This is -- was produced to us as

11      an invoice for November 2016 and according

12      to page 171 the total was for November

13      $379,483.72?

14           A.    Where I have to look?

15           Q.    Look at the next to last page

16      actually.

17           A.    Next to last.  Okay.  Just a

18      second.

19                 Yes.

20           Q.    Okay.  How is it determined how

21      much to bill somebody for the next month?

22           A.    Depends on the services which he

23      has from the first of the month which he

24      don't cancel before.

25           Q.    Just for example in this case
```

```
 1      there was roughly 151, $152,000 billed on

 2      October 1st and then there is roughly

 3      $380,000 billed on November 1st?

 4          A.    Yes.  If you check it it was

 5      partially -- for example, if you did get the

 6      service in the middle of the month we bill

 7      it the next month.

 8          Q.    Okay.  I see.

 9          A.    If you check right here you will

10      find out this.

11          Q.    I see.

12                So some of the entries indicate

13      they were servers that were started to be

14      used in October?

15          A.    Yes.

16          Q.    I understand.

17                If you look at the first page

18      again it says this is prepared for the

19      Mintek Group in the Seychelles?

20          A.    Yes.

21          Q.    Why?  Why did this now get billed

22      to the Mintek Group in the Seychelles?

23          A.    He asked us to issue invoice of

24      this company, just he -- this is his

25      operation company.  He asked us to invoice
```

```
 1        under this company name.

 2            Q.    When did he ask you to do that?

 3            A.    If it was in November invoice 2016

 4        this means he asked us to change in October

 5        because the invoice is issued automatically.

 6            Q.    Do you know who he asked?

 7            A.    This I don't know.

 8            Q.    Do you know if -- did he provide a

 9        reason for asking you now to bill him at

10        some group in the Seychelles as opposed to

11        St. Petersburg?

12            A.    Well, I don't understand, like

13        which he -- for example, if you have a

14        company which you operate and you want to

15        switch operations of this company from

16        here -- actually, for me it was strange that

17        he -- originally because he like have to use

18        a company but it was still his account and

19        we know about that.  We still have his

20        passport and we know it was his company.

21            Q.    How do you know that the Mintek

22        Group was his company?

23            A.    That is what he told us.

24            Q.    Did he give you an explanation for

25        why he previously had wanted to be billed at
```

```
 1      his personal e-mail address or a personal

 2      e-mail address?

 3               MR. GURVITS:  Objection.

 4               THE WITNESS:  I don't know, that

 5          is how he registered.

 6      BY MR. SIEGEL:

 7          Q.    Okay.

 8               MR. SIEGEL:  Exhibit 8.

 9               (Invoice dated October 18, 2016

10      was marked Exhibit 8 for identification)

11      BY MR. SIEGEL:

12          Q.    I will just represent to you that

13      this is an invoice that is dated October 18,

14      2016 but there are similar ones for other

15      months.

16               The description is "Transfer of

17      balance to account 1772 Alexander Zhukov,

18      Webzilla, Inc."

19               Can you explain what that means?

20          A.    He have some money on account and

21      he asked us to pay his bill of Webzilla.

22          Q.    Let's do the next one.

23               MR. SIEGEL:  Exhibit 9.

24               (Invoice dated December 1, 2016

25      was marked Exhibit 9 for identification)
```

```
 1    BY MR. SIEGEL:

 2         Q.    So Exhibit 9 is an invoice dated

 3    December 1st, 2016.  Also to the Mintek

 4    Group in the Seychelles and if you look at

 5    the last page it indicates that the bill for

 6    September -- from servers.com, is 292,352.

 7              It -- again without showing you

 8    document after document it appears that this

 9    customer generally each month paid 19,400 to

10    Webzilla and then paid a different amount to

11    servers.com depending I gather on how much

12    he used.

13         A.    This I don't know.  I don't see

14    all documents.

15         Q.    What I will ask you though is we

16    just saw that from servers.com in November

17    the bill was about 380,000.

18              We also saw a bill from Webzilla

19    for 19,400.

20              In December the bill from

21    servers --

22         A.    Sorry, but bill from Webzilla?

23         Q.    Right.

24         A.    Yes.  19,000.

25         Q.    Okay.  Bill from December for
```

 1    servers.com is 292,000 and change.

 2              I can represent to you there is

 3    another bill from Webzilla for 19.4.

 4              The information that you had

 5    previously produced to us indicated that as

 6    is reflected in these invoices the total

 7    amount billed to this customer in November

 8    was about 398,000, I think the total amount

 9    in December was about 311,000, I gather that

10    includes both Webzilla and servers.com.

11              My question is when the white ops

12    report was released, right, you know what I

13    am talking about?

14        A.    Yes.

15        Q.    You estimated that the amount of

16    revenue that you were going to lose by --

17    that this customer was generating was

18    $200,000 a month, do you remember that?

19        A.    No.

20        Q.    You don't remember that?

21        A.    Could you remind me please?

22        Q.    Okay.  Maybe we will take a break

23    and I will get you the e-mails.

24              But there were e-mails in which

25    there is an estimate of 200,000 -- about

```
 1        $200,000 a month that the company was going

 2        to lose by terminating this customer.

 3            A.    What is the question?

 4            Q.    My question is, isn't -- wasn't

 5        that estimate in fact low?  In other words,

 6        in November you were -- you had billed the

 7        customer almost 400,000, in December it was

 8        somewhat over 300,000.  The amount of money

 9        that the company stood to lose at that point

10        was in fact greater than $200,000 a month,

11        right?

12            A.    But I explain you why November was

13        higher because actually he used some of the

14        service in October.

15            Q.    Okay.

16            A.    It is not relevant that this was

17        typical invoice for November.

18            Q.    Okay.  But in December in which

19        appears -- is reflected just December, the

20        total is around or a little over 300,000

21        between the two companies.  So would it

22        still be fair to say that the --

23            A.    If I say 200 and he is 300 it is

24        accurate to say that my estimation was not

25        correct?
```

```
 1        Q.    Fair enough.

 2              MR. SIEGEL:  This is Exhibit 10.

 3              (Bill to ibetters2@gmail.com dated

 4        January 1, 2017 was marked Exhibit 10 for

 5        identification)

 6    BY MR. SIEGEL:

 7        Q.    Exhibit 10 was produced to us as a

 8        bill to ibetters2@gmail.com dated January 1,

 9        2017 and according to the last page the

10        total sum is $261,078.

11              Why was a bill sent in

12        January 2017?

13        A.    System bills automatically and

14        then we just create credit --

15        Q.    Finish your answer.

16        A.    The system create invoice

17        automatically and because there was no

18        customer anymore we just issued credit on

19        the account and is actually zero.

20        Q.    Okay.  Do you know why was it sent

21        to ibetters2@gmail.com in the Seychelles?

22        A.    Sorry, again?

23        Q.    Well, I showed you an invoice

24        previously, right, where it was billed at

25        ibetters2@gmail.com in St. Petersburg,
```

```
 1      right?

 2           A.    Yes.

 3           Q.    There were a couple of months

 4      where it was billed as the Mintek Group in

 5      the Seychelles.

 6           A.    Yes.

 7           Q.    Now this is billed at

 8      ibetters2@gmail.com in the Seychelles.  Do

 9      you know why the system would have done

10      this?

11           A.    This I don't know but it is the

12      same person.

13                 MR. SIEGEL:  This is Exhibit 11.

14                 (Three Webzilla invoices was

15      marked Exhibit 11 for identification)

16   BY MR. SIEGEL:

17           Q.    So Exhibit 11 are three Webzilla

18      invoices, first one from January 2017, the

19      second from February 3 indicates pro forma

20      for March.

21                 Why were these invoices generated

22      for Mr. Zhukov?

23           A.    It is generated automatically.  We

24      just issue for this amount.  You cut the

25      statements.  You can see that this was
```

```
 1        completely refunded.

 2            Q.    When you say "the statements,"

 3        what do you mean?

 4            A.    Well, I mean you see -- I believe

 5        you have this refund notices that we owe

 6        this money.  I don't know, I am not so good

 7        on English.

 8                  Balance was zero of this invoice.

 9            Q.    Okay.  So are you saying the

10        customer did not actually -- did the

11        customer actually pay any money in 2017?

12            A.    No.  Zero.

13            Q.    Do you know how much revenue the

14        company actually lost as a result of the

15        termination of Mr. Zhukov?

16            A.    The months?

17            Q.    In total.

18                  I will back up a second.

19                  Mr. Zhukov was paying you a

20        certain amount of money, about $300,000 a

21        month at that point, right?

22            A.    Yes.

23            Q.    You were paying for servers that

24        he was using, right?

25            A.    Yes.
```

```
 1          Q.    So do you have -- did you ever do
 2     a calculation of how much it actually cost
 3     the company to terminate Mr. Zhukov?
 4          A.    I told you -- I remember that I
 5     told you in my deposition that -- if it be
 6     like normal situation, like we don't have
 7     any bad publicity during that period.  For
 8     me it would take three to four months to
 9     sell it.  For this period of time it took
10     eight to nine months to sell the servers.
11          Q.    It took eight or nine months to
12     sell the servers?
13          A.    Much longer as usually happening.
14          Q.    Okay.  At Mr. Dvas' deposition he
15     told us that there were still servers that
16     were not resold at the point of that
17     deposition.  Do you have any reason to think
18     that is not accurate?
19          A.    This is accurate because you
20     always have a flow of the service.  One
21     month the customer can cancel service, one
22     month they take it 100 percent.  Most of
23     them were sold, I mean a big percentage,
24     80 percent, 100 percent, that was sold.
25                But each month is some level of
```

```
 1        the usage.  For example, clients like

 2        Multiply using games, one game become less

 3        popular this month they use -- the next

 4        month they take it more.  It is just -- it

 5        all depends on how the project is going.

 6            Q.    Okay.  So that if I understand

 7        that that is an explanation for what

 8        Mr. Dvas said, right.  What he said was

 9        correct?

10            A.    Most of them were sold.  Some

11        maybe not and he is correct.

12            Q.    You used the term "80 percent."

13            Do you actually know the

14        percentage of servers that were resold and

15        when they were resold or is that a guess?

16            A.    A guess but is a usual number.

17            Q.    I am sorry.  I am not sure that I

18        heard.  What was the answer to my question

19        is it a guess?

20            A.    It is a guess but if I have

21        servers in stock for me there is no reason

22        for me to buy new ones.  Half the time I

23        sell them.  Only if it is specific ones.

24        If -- and I know that they are buying

25        servers means actually that we sold most of
```

 1      them and that we need to buy more.

 2           Q.    Okay.

 3                MR. SIEGEL:  Let's go off the

 4      record.

 5                THE VIDEOGRAPHER:  Going off the

 6      record at 12:39 p.m.

 7                (Recess)

 8                THE VIDEOGRAPHER:  We are back

 9      on the record at 12:42 p.m.

10                MR. SIEGEL:  Okay.  That is all

11      the questions I have.

12                MR. GURVITS:  Nothing from us.

13                THE VIDEOGRAPHER:  This

14      concludes the deposition.

15                We are going off the record at

16      12:43 p.m.

17                (Time noted: 12:43 p.m.)

18

    _____
19      ALEKSEJ GUBAREV

20

            Subscribed and sworn to
21          before me this    day
            of         2018.

22

23          _____

24

25

```
 1                      CERTIFICATE

 2     STATE OF NEW YORK )
                        : ss
 3     COUNTY OF NEW YORK)

 4              I, Steven Neil Cohen, a Registered

 5     Professional Reporter and Notary Public

 6     within and for the State of New York, do

 7     hereby certify:  That ALEKSEJ GUBAREV, the

 8     witness whose deposition is herein before

 9     set forth, was duly sworn by me and that

10     such deposition is a true record of the

11     testimony given by such witness.

12              I further certify that I am not

13     related to any of the parties to this action

14     by blood or marriage and that I am in no way

15     interested in the outcome of this matter.

16              I further certify that neither the

17     deponent nor a party requested a review of

18     the transcript pursuant to Federal Rule of

19     Civil Procedure 30(e) before the deposition

20     was completed.

21              In witness whereof, I have

22     hereunto set my hand this 2nd day of July

23     2018.

24              _Steven Neil Cohen_
                STEVEN NEIL COHEN, RPR

25
```

```
1                   INDEX OF EXAMINATION

2      WITNESS                        PAGE

3      ALEKSEJ GUBAREV                 6

4      By Ms. Bolger                   6

5

6                        EXHIBITS

7      EXHIBIT NO.                    MARKED

8       1    Spreadsheet               7

9

10      2    XBT press release        88

11

12      3    Russian document        104

13           translated by

14           interpreter as "Web

15           project servers.com

16           information security

17           audit" of August,

18           September 2015

19

20      4    Document Bates numbered  117

21           PC-80

22

23      5    Invoice from            139

24           servers.com to

25           customer
```

```
 1          ibetters2@gmail.com.

 2

 3      6   Invoice from Webzilla    140

 4          to Alexander Zhukov

 5

 6      7   Invoice for November     142

 7          2016 with total of

 8          $379,483.72

 9

10      8   Invoice dated October    145

11          18, 2016

12

13      9   Invoice dated December   145

14          1, 2016

15

16     10   Bill to                  149

17          ibetters2@gmail.com

18          dated January 1, 2017

19

20     11   Three Webzilla invoices  150

21

22

23

24

25
```

```
 1              DEPOSITION ERRATA SHEET

 2      Assignment No.  J237459

 3      Case Caption:   Gubarev vs. Buzzfeed, Inc.

 4        DECLARATION UNDER PENALTY OF PERJURY

 5         I declare under PENALTY OF PERJURY

 6      that I have read the entire transcript of

 7      my Deposition taken in the captioned

 8      matter or the same has been read to me,

 9      and the same is true and accurate, save if

10      any, as indicated by me on the DEPOSITION

11      ERRATA SHEET hereof, with the

12      understanding that I offer these changes

13      as if still under oath.

14      _____

15              ALEKSEJ GUBAREV

16      Subscribed and sworn to on the _____ day
        of _____, 2018 before me,
17

18      _____

19      Notary Public,
        in and for the State of _____.
20

21

22

23

24

25
```

```
 1              DEPOSITION ERRATA SHEET

 2     Page No. _____Line No. _____Change to:_____

 3     _____

 4     Reason for change:_____

 5     Page No. _____Line No. _____Change to:_____

 6     _____

 7     Reason for change:_____

 8     Page No. _____Line No. _____Change to:_____

 9     _____

10     Reason for change:_____

11     Page No. _____Line No. _____Change to:_____

12     _____

13     Reason for change:_____

14     Page No. _____Line No. _____Change to:_____

15     _____

16     Reason for change:_____

17     Page No. _____Line No. _____Change to:_____

18     _____

19     Reason for change:_____

20     Page No. _____Line No. _____Change to:_____

21     _____

22     Reason for change:_____

23     SIGNATURE:_____DATE:_____

24          ALEKSEJ GUBAREV

25
```

```
 1              DEPOSITION ERRATA SHEET

 2      Page No. _____Line No. _____Change to:_____

 3      _____

 4      Reason for change:_____

 5      Page No. _____Line No. _____Change to:_____

 6      _____

 7      Reason for change:_____

 8      Page No. _____Line No. _____Change to:_____

 9      _____

10      Reason for change:_____

11      Page No. _____Line No. _____Change to:_____

12      _____

13      Reason for change:_____

14      Page No. _____Line No. _____Change to:_____

15      _____

16      Reason for change:_____

17      Page No. _____Line No. _____Change to:_____

18      _____

19      Reason for change:_____

20      Page No. _____Line No. _____Change to:_____

21      _____

22      Reason for change:_____

23      SIGNATURE:_____DATE:_____

24              ALEKSEJ GUBAREV

25
```

Case 0:17-cv-60426-UU   Document 212-1 Entered on FLSD Docket 09/21/2018   Page 162 of 180

Aleksej Gubarev, et al.
June 28, 2018                                                                    1

## Exhibits

EX 0001 Aleksej Gubare
v 062818   7:6 156:8
EX 0002 Aleksej Gubare
v 062818   88:20,23
 156:10
EX 0003 Aleksej Gubare
v 062818   104:2,11
 156:12
EX 0004 Aleksej Gubare
v 062818   117:20,22
 156:20
EX 0005 Aleksej Gubare
v 062818   139:7,10
 156:23
EX 0006 Aleksej Gubare
v 062818   140:18,20
 141:1 157:3
EX 0007 Aleksej Gubare
v 062818   142:5,7
 157:6
EX 0008 Aleksej Gubare
v 062818   145:8,10
 157:10
EX 0009 Aleksej Gubare
v 062818   145:23,25
 146:2 157:13
EX 0010 Aleksej Gubare
v 062818   149:2,4,7
 157:16
EX 0011 Aleksej Gubare
v 062818   150:13,15,17
 157:20

## $

$115,000   140:2
$15,000   132:8
$151,169.33   139:21
$152,000   143:1
$186,000   124:18
$200,000   147:18
 148:1,10
$261,078   149:10
$300,000   151:20
$379,483.72   142:7,13
$380,000   143:3
$482,000   135:24
$544,000   135:19
$545,000   135:23
$600,000   134:16

## 0

0   124:22

## 1

1   5:2 7:6 145:24
 149:4,8
1,000   53:23
1,000-megabyte   53:24
1,500   56:5
1/25/2017   18:18
10   124:24 149:2,4,7
10,000   56:7,20
100   11:12 14:12 22:14
 45:14 57:24 58:14
 60:8 63:23 66:25
 67:21 79:4 115:6,10
 122:24 152:22,24
100,000   50:25 51:4
 121:19 134:23
101XP   134:20,22
10:00   104:20 106:20
10:40   68:25
10:48   69:5
11   150:13,15,17
110,000   121:20
111411941   17:15
117-CV-60426   5:9
11941   18:7
11941V41   17:13
11:34   117:17
11:45   118:1
12   132:7
12/28/2016   18:18
12:39   154:6
12:42   154:9
12:43   154:16,17
13   8:11,19,21
15   102:15
150,000   131:7
151   143:1
16   102:15,16 135:19,
 22 136:15

16th   129:7
171   142:12
1772   145:17
18   145:9,13
19,000   146:24
19,400   146:9,19
19.4   147:3
1st   143:2,3 146:3

## 2

2   20:20 69:3 88:20,23
2,000   56:5
20   83:24 131:6
200   148:23
200,000   147:25
2000   136:11
2013   15:5 101:13
2015   73:22 80:23 83:5
 88:9 101:19,22,24
 104:11 105:23 106:6
 116:14
2016   17:22,23 83:2,6
 101:22,24 119:8
 129:6 131:12 135:7
 138:15 139:23 142:6,
 11 144:3 145:9,14,24
 146:3
2016-12-28   18:11
2017   47:5,6 62:14,17
 63:18 64:12 124:21
 132:5,10 136:5,13
 138:15 149:4,9,12
 150:18 151:11
2017-01-25   18:8,11
2018   5:12 154:21
212.117.180.130   18:7
240,000   124:25
25   131:4
25,000   135:11
28   5:12 18:19
28,000   138:21
292,000   147:1
292,352   146:6

## 3

3   91:25 104:2,11
 110:8 117:24 150:19

**30**  141:16,17
**30(b)(6)**  6:20
**30,000**  135:11
**300**  148:23
**300,000**  53:25 148:8, 20
**311,000**  147:9
**32RT**  43:16
**38,000**  138:18
**380,000**  146:17
**392**  136:5
**392,000**  136:14
**398,000**  147:8

**4**

**4**  20:20 117:20,22
**40**  75:14
**400,000**  148:7
**4163**  19:8,11,16 20:11 21:11
**420**  13:10
**42993**  35:24 36:3,13
**450,000**  124:25
**470**  54:13,17 55:8,16 59:14,17,24
**482**  136:16
**4th**  83:3

**5**

**5**  139:7,10
**50**  119:1,2 131:2
**50,000**  124:22
**500**  78:7 122:23
**53,896**  53:14 55:15
**545**  136:16
**56,000**  50:22
**56,555**  50:12,20 51:6 52:22 53:2 55:15
**59**  37:3

**6**

**6**  118:5 140:18,20 141:1
**60**  131:2 134:25
**60,000**  130:25

**600,000**  134:15
**69**  83:9
**690**  64:1,4

**7**

**7**  118:6 142:5,7
**700**  78:8
**74**  83:17 84:1

**8**

**8**  145:8,10
**80**  152:24 153:12

**9**

**9**  145:23,25 146:2
**94.242.195.186**  20:3
**94.242.239.162**  50:5
**99**  19:25
**9:39**  5:20

**A**

**a.m.**  5:20 68:25 69:5 117:17 118:1
**abroad**  89:13
**absence**  25:25
**abuse**  12:6,10,11,13 28:13,15 30:10,11,17 54:17,23 55:8,16 56:1 58:20,23 59:1, 14,19 60:7 64:19
**abuse@server.lu**  30:14
**abuses**  60:2
**accept**  48:11,23 62:21,22,24 67:2
**access**  33:10,19,20 34:10,14,23 35:1,6,7 42:9 73:3,7,9,11,12, 14,15,16 90:13 91:25 92:8 127:2
**accessible**  33:11
**account**  17:21 144:18 145:17,20 149:19
**accountant**  84:22
**accounts**  141:8,9
**accurate**  45:14 148:24 152:18,19

**acquired**  76:17 82:21
**acquisition**  76:18 79:17 82:24 87:16
**action**  62:15
**active**  68:10
**activities**  48:10
**activity**  31:23 114:10
**actual**  23:12
**add**  82:11
**added**  20:6
**address**  15:19 18:6,23 20:3 21:9 24:17 26:13,16,19,21 29:24 30:13 36:18 40:15,24 41:15,16,21 42:22 44:14 50:5 68:3 70:22,25 74:21,22 83:11 141:25 145:1,2
**addresses**  8:12,20 9:1,8,20,25 26:9 28:5 66:3 68:17
**admin**  40:9,13
**adult**  44:3,7
**advance**  141:13
**adviser**  99:22
**affiliated**  9:9 40:14
**affiliates**  8:13
**agree**  20:9 133:18
**agreed**  16:7
**agreement**  77:7 121:13
**agreements**  77:8,19
**ahead**  9:18 139:6
**Akamai**  126:15,19
**Aleksej**  5:4,5 6:11 154:19
**alert**  59:1,19
**alerts**  54:18 55:8,16 56:2 58:21 59:14 60:7
**Alexander**  139:4 140:20 141:2,4 145:17
**allocate**  89:13 135:12 136:20
**allocated**  18:24
**allocation**  22:9
**altogether**  28:6
**Amazon**  32:6 55:2
**America**  92:13

American 7:18,20 8:14
9:7 10:2 11:19
amount 15:8 23:14
24:19 50:23 57:1
63:16 121:21 122:16
125:3 146:10 147:7,
8,15 148:8 150:24
151:20
amounts 54:2,3
analyze 48:9
annoying 74:7
anonymizing 37:25
anonymous 37:22
anonymously 37:17
answering 58:1
anymore 48:13,23
49:15 149:18
apartment 77:12
apologize 41:18
appearances 5:22
appears 106:5 129:8
139:13 141:1,11
146:8 148:19
application 112:1
127:24
apply 87:14,22 88:12
92:21
approximately 47:4
56:21 81:13 100:18
architecture 125:13
arrival 73:16
articulated 114:7
aspect 68:16
aspects 37:25
assess 117:5
assuming 23:18
AT&T 91:11,12
attached 9:25
attack 11:15 112:5
113:21
attacker 112:6,24
113:22
attacks 7:19 9:10
10:10,13,15,18,20,
21,22,23 11:5,6,7,
10,13,16,22,25
113:25
attribute 132:21
135:5
audit 104:10 105:19

106:1,6,12,14,25
107:2,6,9 108:3,6,11
110:12,19 111:20
115:21
audits 115:24
August 47:4,6 62:13
73:22 104:10 105:23
129:6,25 130:3,5
131:12
authenticate 26:21
authorities 47:11
90:13
authorization 35:9,10
authorize 34:25
authorized 35:3
authorizes 34:23
automatically 35:4
63:12 144:5 149:13,
17 150:23
Aviamorornaya 83:9,12

---

**B**

babylon 37:12 38:16,
17 39:2,5,12,18
40:1,3
back 69:4 107:14
116:11 117:25
133:16,25 134:2
135:24 151:18 154:8
backup 136:24 137:2
bad 85:9 152:7
balance 140:2,7
145:17 151:8
bandwidth 23:6,8
121:4,6,23 122:5
135:17,20,22 136:14,
15 137:17,24 141:19
banned 91:4,5
bare 21:25
base 85:3
based 57:9,10 106:1
111:19
Bates 117:21 119:5
beach 10:19
began 56:11
beginning 82:12
begins 20:3
behalf 6:4 106:13
118:20

belief 57:7 67:22
belong 40:2 141:10
belonged 15:19 44:14
belongs 21:4 61:10
120:6
Bezruchenko 7:10
12:8,15 13:24 14:9,
16 30:9 48:6 60:5,
13,14,16,18 61:17,21
62:5 84:24 87:4,11
106:11 108:10
big 32:5 33:14 54:2,
8,9 64:6 70:5 78:23
79:2 91:11 100:20
128:1,3 129:15
130:20 134:20 137:12
138:18 152:23
bigger 81:10,11
biggest 81:1
bill 141:20 142:21
143:6 144:9 145:21
146:5,17,18,20,22,25
147:3 149:3,8,11
billed 139:22 140:10
141:3,5,12 143:1,3,
21 144:25 147:7
148:6 149:24 150:4,7
billing 141:14
bills 149:13
bit 16:5 17:5 85:20
106:19 123:10 132:5,
6
blank 13:16 17:12
block 54:24
blow 40:19
Bolger 6:1,15 7:8
8:4,9,10,17 13:5,12,
20 22:20 23:9 29:1
50:16 51:22 52:2,6,
11,15 53:11 55:18
57:8 62:12 68:20
69:6 88:24 95:9,21,
24 96:3,10 97:11
99:6 104:1,13 105:3,
10,20,24 106:3
110:13,21 111:3,16
113:2,6,8,19 117:9,
14
booted 29:6
born 140:13,15
bottom 105:21,23

bought  73:23 79:14
  82:3 86:10
box  21:25
brand  124:10
brandnames.com.
  128:23
break  30:5 32:24 33:5
  68:21 117:12 147:22
Breaks  33:5
bring  130:24
bringing  78:20
broad  92:3
broken  27:6
brother  103:23
browse  37:22
building  85:25
bunch  100:3 130:18
  139:2
business  31:24 39:7,8
  40:3 44:7 48:21,23
  49:18 69:9 75:23
  77:6 100:10 128:2
  133:25 134:9
button  29:6
buy  25:4,5 32:11,13
  35:1 54:2 67:8 88:2,
  3 94:10 121:10 124:9
  128:25 153:22 154:1
buying  41:12 124:2,5
  153:24
Buzzfeed  5:6

-------

C

calculation  152:2
calculator  51:9,12,
  14,15,18,19 53:5
calculators  52:7
call  58:2 107:13
called  6:11 14:12,13,
  16 44:15 72:6
calls  29:20
cancel  63:19,25 64:9,
  22 142:24 152:21
canceled  43:18 44:18,
  25 54:15 63:13 64:3,
  10
cancellation  30:25
  31:3,7,17 63:4

cancels  131:15 132:19
capacity  32:24 33:4,8
  81:13
card  73:14,17
cards  73:15
cart  73:10
case  5:8 29:10 31:6
  90:20 91:3 142:25
cash  64:8
categories  119:13
  128:6 138:13
category  120:4,5,13
  121:3 122:18 123:19
  124:15 125:10
  126:10,13 129:10
  135:17,20
cell  122:10,14
center  69:14,17,21,24
  70:3,4,19,20,21
  71:6,8,9,13,15,18,
  22,24,25 72:2,14,21
  73:1,4,7,18,20 74:9
  75:17 76:2,23 77:18
  78:6,12 79:1,5 81:2,
  7,13,17 83:8 85:23
  86:13 87:7,15,19
  120:20 121:2 136:24
  137:1
centers  70:7,12,15
  72:7 74:17 84:25
  86:23 103:5 120:22
  127:13
CEO  14:6 81:23 82:6
  84:14
CFO  118:13
chairs  102:22
chance  107:15 111:12
change  27:8 117:12
  140:2 144:4 147:1
changing  22:11,13
channels  32:10
characterize  37:18
charge  138:1
chase  116:22
cheap  63:22
check  17:22 21:3 55:9
  60:9 61:9 63:1,5,9,
  10,11 66:7,8,9 73:4
  87:20 94:25 143:4,9
checked  9:3 20:17
  60:7

choose  22:17 108:24
citizen  87:17 88:13,
  17 94:1
citizens  94:17
City  77:13
clear  9:11 17:25
  87:11
client  61:10 96:5
  111:25 120:6
clients  15:20 56:3
  62:21,22,24 81:6,11
  84:23 96:19 153:1
close  77:24 109:6
  115:1 125:4
closed  40:11 114:17,
  18,21 116:3
closing  140:1
cloud  125:10,11,16,
  17,19,23
co-location  120:16,
  18,19
coffee  68:22
Cohen  5:17
column  15:13,15,22
  19:5 23:18 24:13
  25:9,16,18,22 30:24
  31:1,18,19,21
columns  15:12 26:1
comfortable  111:17
comment  31:12,19,21
  37:11 41:9 44:3,13
comments  31:25 40:9
  44:2 49:24
commonly  125:16
communication  29:20
  71:10,12 91:25 102:8
  103:5 142:3
communications  72:16,
  19 92:12 102:10
companies  32:6 33:14
  67:25 90:25 91:2,11,
  19 92:8 93:2 99:20
  106:25 107:1,6,8
  108:3 116:7 121:6
  125:22 128:10,11,22
  148:21
company  6:21 8:3,5,8
  12:6,10 14:6 15:20
  19:19 26:12 34:16,
  18,20 39:19,21
  40:10,14,23 45:1,4,

5,8,20 46:7 48:22
49:21 54:19,22,23
58:23 59:19 67:7
71:17,19,21,23 72:6
73:23 75:5 77:9
78:14,15 79:14 81:18
85:25 86:2,12 87:16
88:1 89:12 90:11,22
91:10,16,20,22,24
92:2,6,16,17,18,19,
21 106:17,22 107:17,
18 109:22 114:25
118:14 119:22,24
120:15 123:14,17
126:15 128:20 130:15
134:3,21 137:1
143:24,25 144:1,14,
15,18,20,22 148:1,9
151:14 152:3

**company's** 123:9

**Compared** 54:9

**complaint** 44:19

**completely** 98:6 103:6
139:18,19 151:1

**compliance** 89:14,24
93:18 94:11 95:20,23
96:6,12 97:4,16

**compliant** 91:7 96:20

**Complicated** 13:15

**comply** 90:25

**complying** 93:24 94:5,
6,20 95:5 96:22
98:2,14

**computer** 11:16,22,25
34:3

**computers** 11:11,15

**concern** 67:4

**concerned** 67:15

**concluded** 44:5

**concludes** 154:14

**conclusion** 110:11,18,
22

**conclusions** 109:13,19
110:3,15,25

**conditioned** 111:23

**conducted** 111:20

**conference** 99:16
100:19 101:1,3
102:12

**conferences** 100:4,14,
17 102:2

**configure** 33:13

**configured** 34:19

**connect** 38:12,24
68:12

**connected** 10:6 23:4
26:15 56:6 112:25

**connection** 34:16,17
91:21 121:1

**connectivity** 28:5

**contact** 58:11 81:16

**contacted** 47:10,19
58:14,17

**contained** 62:18

**content** 126:13,21
127:17

**context** 120:18 128:20

**continue** 48:21 130:6

**continued** 63:18

**continues** 133:21

**continuing** 56:14

**continuously** 56:9

**continuum** 54:7

**contract** 77:9 80:24,
25 133:1,4

**contracts** 81:3

**control** 48:17,19
132:16

**conversation** 60:10,17
61:20

**conversations** 100:7,9
102:17

**cooling** 120:25

**coordinated** 113:21

**copy** 105:4 127:4,5

**correct** 8:14 10:3
11:14 15:8,16,22
18:9,12,18 19:10
22:23 24:20,25
25:18,20,21,24 26:2,
10,17,22,23 27:11
31:8 33:9,12,21
34:5,8,11,12,24 35:8
36:6 37:7,8,20,23,24
38:3,7 40:25 41:22
43:16,19,20,22,23
44:11 45:23 47:12
49:13 50:9,15,17
53:14 54:13 55:12
68:5 70:16 78:1
85:4,5 86:4,15 88:7,
8 89:21 97:12 99:23

106:7,23 107:6
110:23 112:17 113:5,
13,16,23 114:4,8,25
116:5 122:17 139:24
148:25 153:9,11

**cost** 137:13 152:2

**counsel** 5:21 119:5
139:1

**count** 23:5 24:8,22
81:14

**couple** 30:12 49:10
150:3

**court** 5:7,16 6:7

**cover** 118:5

**create** 13:21 16:9
22:9 30:16,18 60:23
61:12 62:1,6 149:14,
16

**created** 7:14 12:9,14
14:8,15 16:10 22:8
28:12 31:10 47:18,
22,23,24 49:8 55:25
56:17 61:5,25 62:13,
17 108:12,15

**creating** 14:20

**creation** 46:22

**credit** 134:6 149:14,
18

**critical** 111:24
112:20,23 113:16,20
114:17,18,20 117:5

**cross** 36:10

**current** 85:3

**customer** 18:24 22:14,
15,16 26:4,20,24
28:14,16,20 29:9
31:8,9,23 35:18
41:2,11 44:6 45:10,
12 46:16 49:20,22
50:8,9 52:21 53:18
54:20 56:4,15,19
59:2 61:14 63:23
67:1 69:25 70:2
75:18,19,22 76:3,6,
8,10 78:1 81:1 97:16
121:13,18,24,25
122:3 125:8 127:12,
19 129:24 131:18
134:2,20 136:21,22
137:9,11 139:9,14,22
140:4,10 146:9
147:7,17 148:2,7

149:18 151:10,11
152:21
**customer's**  43:8
131:15
**customers**  28:13 39:9
41:13 43:4 48:12
53:16,17 54:2,10
56:6,7,20 57:3,15
58:24 61:8 63:4,13,
16,19 66:13 67:2,6,
13 75:15 79:8 88:11
89:12 94:10 95:19
96:12 97:2 98:2,14
119:22 122:22,23
129:13,17,20 131:14
132:16,21,24 133:5
134:1,10 135:1,5,11
137:14,21,23
**cut**  116:21 150:24
**cyber**  9:9 10:20,22
11:7,10,13
**Cypriots**  80:9

**D**

**data**  25:25 26:2
69:14,17,20,24 70:2,
4,6,12,15,19,20,21
71:6,8,9,12,15,18,
22,24,25 72:2,7,9,
14,20 73:1,4,7,18,20
74:9,11,12,14,17,25
75:3,5,16 76:2,13,23
77:18,22,23,25 78:6,
7,12 79:1,5 81:2,7,
13,17 82:18,19 83:1,
7,16 84:2,5,17,25
85:23 86:1,13,18,22,
24,25 87:7,15,19
88:13,16 89:17 90:1
93:21,23 94:13,16,21
96:24 97:15,17,19
98:3,15 103:5
120:19,22 121:2
122:9,14,15 127:13
136:23,25
**date**  76:25 102:16
105:20,22
**dated**  145:9,13,24
146:2 149:3,8
**dates**  15:5 115:23

**Davis**  5:11 6:2,4 34:4
**day**  154:21
**days**  18:19 139:2
141:16,17
**daytime**  80:20 84:7
**deal**  125:4,7 129:15
134:20
**December**  129:25 130:3
135:7,23 136:2,15
145:24 146:3,20,25
147:9 148:7,18,19
**decided**  62:21 67:1
108:10
**decision**  48:11,22
49:7,14 88:3
**decommissioned**  85:2
**dedicated**  128:4,5,12
**defendants**  6:5,12
**defensive**  62:3
**define**  97:6
**definition**  91:15
**Delivery**  126:14
**dem**  7:20
**Department**  7:18
**depending**  146:11
**depends**  33:13 34:19
75:12,13,24 77:8
121:12,23 122:22,24
124:7 142:22 153:5
**deploy**  89:9
**deponent**  5:25
**deposed**  60:15
**deposition**  5:3,10
47:14 60:20,21
61:22,25 118:4,6,9
152:5,14,17 154:14
**Depositphotos**  135:1,
10
**deputy**  103:16
**describe**  22:17 36:25
**describes**  113:20
**description**  36:4,5
145:16
**designated**  6:20
**details**  9:16,21 10:4,
5,11,24 12:1 39:4
77:2,21 81:4 86:11
**determined**  142:20
**development**  127:25

**devices**  93:4
**difference**  69:23
128:5 135:6 136:9
**differently**  112:16
**difficult**  38:3
**Dimex**  40:20
**discount**  124:10
**discussion**  56:11
103:25
**disk**  27:7 124:2
**District**  5:7,8
**document**  7:4,13,14
12:5 13:14 14:20
16:10,17,20,21,22,
23,24 21:20 31:10
39:11,12 47:16 48:3,
6 56:16 58:10 60:11,
13,15,18,22,23
61:12,18,23,25 62:6,
9,17,19 89:1 95:14
104:2,6,8,15,20
105:12 109:14 110:2
116:20,23 117:21
119:4 146:8
**documents**  107:12
146:14
**dollars**  41:15 129:8
131:11
**domain**  128:25 129:4
**Domains**  128:19,21
**doubt**  68:8
**download**  94:24 96:13
127:7
**drill**  6:17
**due**  44:18
**duly**  6:12
**duty**  109:21 115:5
**Dvas**  72:5 103:16,18,
19 106:12 114:22,23
115:1,8,13,17,18,21
118:15 153:8
**Dvas'**  152:14

**E**

**E-D-I-N-A-Y-A**  82:5
**e-mail**  26:16,19,25
29:13 30:13 47:1
57:24 142:2 145:1,2
**e-mailed**  57:21

e-mails 30:15 58:23
  147:23,24
early 138:14
easy 21:3 78:17
  113:24 137:3
Edinaya 73:25 76:14,
  18 79:16 82:3,6,9
electoral 7:20
electricity 120:24
electronic 29:15
employee 12:19 72:20,
  24 73:11
employees 33:16,17
  73:6 75:9 114:25
employees' 13:10
enables 89:9
encrypted 32:22 33:9
encryption 32:25
end 83:2,5
English 111:7,12
  151:7
enter 87:21
entered 26:11 56:4
entrance 38:7
entrepreneur 99:19
  103:15
entries 143:12
equipment 123:20,22,
  25 124:4,6,8,11,15
  125:3
essential 27:25
essentially 21:24
  122:3 127:18 141:13
estimate 130:21
  147:25 148:5
estimated 147:15
estimation 148:24
et al 5:5,6
euro 63:24
Europe 127:1,6,7
euros 64:1,4
evaluated 111:22
  113:12
Evaluating 8:4
evaluation 111:23
ex-minister 102:7
exact 10:24 70:22,25
  74:20,22 81:4 100:19
  101:10 102:16

EXAMINATION 6:14
examiner 99:2
examples 137:10
Excess 131:18
exhibit 7:6,11 88:20,
  23 104:2,11 117:20,
  22 119:3 139:7,10
  140:18,20 141:1
  142:5,7 145:8,10,23,
  25 146:2 149:2,4,7
  150:13,15,17
existing 134:2
exit 37:11,15,19,21
  38:6,9,10 43:21
  63:14 67:14,18 68:7,
  9,13
Exness 130:8,23,24
  132:5
Expanding 89:4
expat 121:13
expensive 53:18
experience 57:10,11
explain 24:2 51:10,
  13,17,21 52:10 53:6
  55:20 78:6 95:7,10,
  11 107:14 111:11
  119:12 120:17 126:22
  128:4 134:17 136:21
  145:19 148:12
explained 60:13 121:9
explanation 144:24
  153:7
extent 136:8
external 44:24
  108:13,16
extra 121:14,22
  127:23 137:16

---

## F

fabric 57:1
Facebook 91:4,5
facilities 90:12
  134:6
facility 71:7,8
  136:23
fact 51:7 115:8,12
  148:5,10
fair 119:10 137:22
  138:12 148:22 149:1

fairly 124:17
fall 123:12 128:11
familiar 72:8
fancy 125:19
fast 127:2
faster 127:7
FBI 7:18 8:1 9:13
FCC 92:11
February 132:12
  133:15,16,19 134:13
  135:4 136:6,13
  150:19
federal 89:15,25
  90:13 92:15 93:19,22
  94:12,15,20 96:11,
  20,23 97:4,13,15
  98:13,24
Federation 89:11,14
feel 109:6 137:4
fibers 91:23
field 61:11
fight 97:23 99:1,3
figure 9:4 45:17
  48:24 116:22
fill 13:17
financial 117:11
financials 134:4
find 14:21,23 31:4,22
  41:1,4 43:8 44:9
  45:6,10,13 61:8,14
  64:14,18 65:6,11,19
  66:8,12 67:23 106:21
  116:11 117:1 137:19
  143:10
finding 114:21 115:2
findings 114:18
fine 30:7 40:7 65:24
  71:2 95:24 111:9
finish 115:11 138:23
  140:22 149:15
firm 34:4
fix 114:11 115:16
fixed 115:16,22 117:6
flip 124:20 135:24
Florida 5:8
flow 152:20
forgive 40:19
form 58:2
forma 150:19

Case 0:17-cv-60426-UU   Document 212-5 Entered on FLSD Docket 09/21/2018   Page 169 of
180
Aleksej Gubarev, et al.
June 20, 2018                                                                                8

| | | |
|---|---|---|
| forward 54:23 59:1,3, 4,19 | giving 15:20 | **H** |
| found 21:21,23 45:7 64:16,21 | Gmbh 40:20 | hacking 10:2 |
| four-year 15:7 | goal 131:15 | hacks 7:19 |
| fourth 82:13,16 124:21 132:10 | Godaddy 129:2,3 | Half 153:22 |
| Fozzy 123:14,15 | Goederich 14:17 30:3, 8 47:10,19 60:5 | hand 7:3 |
| free 35:12 38:18 | good 5:1 12:23 21:25 25:2 91:12 108:25 118:3 151:6 | happened 14:23 65:7 66:12 |
| front 21:17 | Google 32:6 55:1,9,11 67:8 | happening 9:3 14:21 56:18 152:13 |
| full 10:11 12:20,22 51:8 75:12 89:14,24 93:18 94:11 95:20,23 96:6 97:4 | Gotcha 87:3 | happy 97:5 |
| fulls 75:13 | government 8:14 9:8 10:2 11:19 87:24 91:5 93:11 | hard 27:6,21 54:6 101:20 124:1 129:20 130:19 132:23 133:24 134:3 135:8,12,14 136:20 138:17,22 |
| FURNISHED 13:19 | governmental 92:8 | hardware 28:1 |
| | gradual 133:21 | head 12:10,13,16 21:18,19 84:12 |
| **G** | graph 89:8 | hear 79:25 |
| | Great 7:2 31:11 | heard 90:8 115:14 126:16 153:18 |
| gains 73:3 | greater 148:10 | held 5:11 |
| game 153:2 | Grizzly 7:17 66:5 | helpful 23:16 69:13 |
| games 153:2 | grounds 86:14 | high 112:2,3 |
| gather 146:11 147:9 | group 50:1 73:12 112:6,7,25 113:1,22 143:19,22 144:10,22 146:4 150:4 | higher 148:13 |
| gathered 48:5 | grouping 49:24 | highest 50:23 |
| gave 16:14,15 | Gubarev 5:4,5 6:11,16 7:9 12:25 16:9 30:4 41:18 45:16 47:15 51:2 62:2 64:23 67:10 69:7 70:9 88:25 97:21 104:14, 19 106:4 109:6,8 110:16 116:18 118:3 154:19 | history 61:9 |
| general 10:7,8,12 100:10 103:16 111:20 113:11 129:19 141:18 | | hit 29:6 |
| generally 134:8 146:9 | | Hmm 60:1 |
| generate 16:17 30:13 | | Hold 112:8 |
| generated 12:4 30:12 50:8 150:21,23 | | holding 94:4 96:18 |
| generates 29:12 | guess 51:2 109:4,5,8 119:14 123:24 153:15,16,19,20 | holes 116:3 |
| generating 29:9,21 147:17 | Gurvits 5:24 7:22 8:6,15 13:4,8 22:19 28:24 50:14 51:21 52:13 53:9 55:17 57:5 62:11 95:6,18, 22 96:1 97:7 98:25 99:4 112:8,21 113:17 145:3 154:12 | home 34:3 |
| gentleman 102:4 103:8 | | Hong 128:14 |
| Geoderich 7:10 14:11 | | hoping 7:12 104:22 |
| German 99:7,9 | | hosting 55:6 67:7 90:18,23 92:6,8,16, 18,21 93:3 123:18 124:3 125:18 129:3 |
| gigabyte 23:14 50:20, 25 53:17,24 | | hundred 79:3 86:19, 20,21 |
| gigabytes 22:25 23:1, 17 24:14 50:12 51:5, 6 52:22 53:25 54:3 55:15 121:19 | guy 38:21 40:1 45:21 55:14 103:10 | hundreds 79:9,10 |
| give 21:17 32:8 38:18,22 42:9 51:9, 12,15,18 53:1,5,6 75:25 90:12 104:22 107:15 114:14 127:17 136:7 140:12 144:24 | guys 25:5 55:24 88:2 116:20 | hypothesizing 109:3 |
| | | hypothetical 65:17,20 |
| | | hypothetically 121:17 |

## I

**ibetters2@gmail.com**
  140:11 141:6,25
  149:3,8,21,25 150:8
**ibetters2@gmail.com.**
  139:9,14
**idea** 32:7 84:6
**identification** 7:7
  88:23 104:12 117:22
  139:10 140:21 142:8
  145:10,25 149:5
  150:15
**identified** 8:13
**identify** 22:19 49:20,
  22 133:11 136:18
  138:15
**image** 16:23
**important** 48:18
**impossible** 129:22
  131:17
**include** 31:20
**included** 23:14 26:12
  41:20 66:11 121:12
  126:10
**includes** 147:10
**including** 29:20
**income** 128:17
**incoming** 38:14
**increase** 129:7,12
  133:12,20
**increases** 134:18
**increasing** 133:10
  134:13
**individual** 33:7 36:9
**individually** 137:17
**individuals** 26:8
**industry** 55:4,7 133:6
**info** 40:9
**information** 23:19
  26:22 31:20 45:12
  48:5 61:15 62:18
  63:7 78:18,19 81:8
  93:5,10,25 95:1
  96:16 104:10 105:18
  131:10 140:13 147:4
**infrastructure** 28:7
  58:18
**input** 14:10

**inside** 87:1
**insight** 104:22
**inspection** 87:15,19
**institute** 85:6,7,11
**interaction** 112:4,5
**interest** 128:18
**internal** 38:14 44:23
  108:22
**Internally** 78:11
**internet** 37:17,22
  90:21,23 91:25 94:24
  96:13 99:19,20,22
  103:15 120:25
  121:11,14
**interpreter** 6:8,10
  23:7 52:4 104:9
  105:7,14,17,22,25
  110:11,18 111:18
  112:13,18
**intervals** 93:11
**investigate** 7:15 9:1
**investigation** 31:22
  41:3 44:5 45:21
  46:22 47:3 66:4,6,9,
  12
**invoice** 139:8,13,21
  140:5,19 141:1,24
  142:6,11 143:23,25
  144:3,5 145:9,13,24
  146:2 148:17 149:16,
  23 151:8
**invoices** 139:2 141:12
  147:6 150:14,18,21
**IP** 7:15 8:2,11,19
  9:1,8,14,15,20,25
  10:6 15:5,15,19
  18:6,23 20:2 21:4,9
  22:10 24:17 26:9,12,
  13 28:5 31:23 36:17,
  20,23 39:24 40:4,14,
  24 41:15,16,21 42:21
  44:5,14 50:4 61:9,10
  63:2,8 66:3,7,9,11
  68:3,11,17
**IP212.117.180.130.**
  17:9
**IPS** 11:2 14:22,24
**IQ** 130:10 131:1,21
  132:5
**Is--** 126:15
**issue** 143:23 150:24

**issued** 144:5 149:18
**ITSMVIES/WEB** 44:19,20

## J

**January** 83:3,6 132:11
  135:3 136:5,13
  149:4,8,12 150:18
**Joe** 43:8,10,11
**joke** 77:16
**July** 124:17 133:9
  134:15
**jump** 131:10
**June** 5:12 133:9
  134:14,15
**Justice** 7:18

## K

**Kancara** 29:10,12
**Kate** 6:1
**Kevin** 5:13
**kind** 10:13,21,22 11:6
  17:12 35:10 36:14
  44:7 71:7 90:25
  100:9 106:5 123:24
**kinds** 10:15 28:19
**Kingdom** 32:12,13
**Klimenko** 99:8,9
**knew** 140:15 141:7
**knowledge** 6:22,23
  13:2,6 40:2
**Kong** 128:14
**Konstantine** 12:7,15
  13:23 14:5 60:12
  106:11
**Krysenko** 81:25 82:2
  84:13,15
**Ksenia** 12:18,19,21
  13:21,23 14:4,8,15
  60:4,8,11
**Ksenia's** 12:20 13:18
**Kurchatov** 74:19 78:5,
  11,25 79:1 81:17
  85:12,13 86:14,18,25
  87:7,25
**Kurchaya** 84:16

Case 0:17-cv-60426-UU   Document 212-5   Entered on FLSD Docket 09/21/2018   Page 171 of
Aleksej Gubarev, et al.
180
June 26, 2018                                                                    10

**L**

laboratories  85:17
land  86:3
Landers  43:9,10,11
landlord  86:6
large  53:17 124:25
  125:3,7
largely  129:9
largest  118:25 119:1
launch  83:3,5 108:14
launched  108:17
law  34:4 88:13,15,16
  89:15,25 90:19
  92:19,22,23,24 93:1,
  19,22,25 94:12,15,
  16,20,23 95:4 96:4,
  11,21,23 97:4,13,15
  98:13,14,18,24
laws  92:25
lawyers  48:8 118:12
layman's  119:14
lease  69:17,20 70:12
  73:19 76:21,22 77:1,
  6 80:23 86:9 87:25
  119:22,23 122:4
  123:2
leases  77:17 86:2
leasing  119:17,19
leave  13:16 64:15,17,
  21
leaving  73:18
led  45:21 46:22
left  119:13
legal  5:14,15,18
  89:10
legitimate  66:13
level  91:25 111:20
  112:2,3 113:11 132:2
  152:25
liable  137:15
license  92:19
limited  40:9 56:25
  63:15 122:13
list  9:14 46:16
  66:17,20 67:4,14
  68:17
listed  9:20 68:11

listen  41:18
listening  69:8
listing  36:12
literally  16:13
litigation  7:5 47:12,
  25 66:3
LLP  5:12
local  80:6 81:23
  89:10
located  19:13,16,21
  21:5,12 32:12 74:14,
  18 90:5 94:1 106:17
  127:15
location  75:9 103:4
  127:4 137:4
log  34:2,3,7
logical  135:25 136:1
long  76:21,22 77:7
  79:12 80:23 82:1
longer  62:24 77:1
  152:13
longly  15:24 16:4
looked  8:19 16:21
  20:1 55:25 59:13
  141:18
lose  147:16 148:2,9
losses  64:2
lost  151:14
lot  32:5 33:14 35:12
  55:8,19,22 56:1
  67:25 75:22 79:19
  85:16 88:10
lots  74:7
low  53:21,22 111:22
  113:13 124:17 148:5
lower  54:3
LU  20:6,8,11
lucky  136:25
Luxembourg  19:14,17,
  19,21 20:8,12,15,19
  21:2,8 23:2 47:11,20

**M**

M9  70:19,20,21 71:6,
  9,12,15,18,22,23,25
  72:1,14,20 73:1,7,20
  76:21,23 77:18
MA  72:4
machine  22:7 122:21,

24
machines  20:21 22:4
Madam  110:5 111:4,10
  113:2
made  16:8 49:7 67:15
  126:24
mail  29:15
main  84:19
maintenance  27:25
  28:2 80:3 112:4,10
major  118:23,24
make  9:11 14:3 16:6
  21:5,6 22:16,17 30:1
  44:1 48:11,22 49:14
  59:20 61:13 62:23
  63:1 66:6,10,11
  73:12 87:19 108:22
  113:24 114:2,16,20
  116:4,20 127:2,3,5,7
makes  51:1,3
manage  27:21 28:7
  81:21
managed  27:1,4,10,18
  28:8 29:2,12 30:19
  35:22 58:3,16 61:7
  119:15,18 120:4,11
  126:3,7,8,11 129:9
  131:11 132:12 133:9
  134:12
management  27:17,22
  28:21 30:11
manager  84:11 114:15,
  19
managers  84:23
manages  84:13
managing  81:20
March  133:14,16,19
  134:13,19 150:20
Marco  44:15
mark  13:25 14:5,10
  88:20 98:19 104:2
  117:19 139:6 142:4
marked  7:6 88:22
  104:11 117:22 139:9
  140:20 142:7 145:10,
  25 149:4 150:15
market  88:5,7 89:10
  103:7 109:1
marks  5:2 69:2 117:23
Marth  5:13

matter   5:4
maximum   78:8
meaning   69:11 140:8
means   6:21 15:13
   18:23 24:6,8 26:1
   38:13 58:13,17 94:23
   97:1 120:18,19
   121:5,22 122:20
   137:4 144:4 145:19
   153:25
meant   95:15
measure   24:24 25:1,6
measured   24:17
media   5:2 69:3 100:12
   117:24
meet   46:14,17,19,20
   99:16 102:12
member   72:20 79:20
members   79:23
memory   27:8
mentioned   7:15 9:13,
   14 18:13 24:7 72:6
   95:16
messing   97:9
met   57:17 100:3,14
   101:6,8,20,22,23
   102:4 103:8
metal   21:25
meters   78:7
Metrics   100:12
Miami   10:19
Microsoft   33:15 55:1
middle   143:6
migrate   75:3
military   85:3
million   129:8 131:11
millions   55:10,12
mind   11:1 14:1 15:12
minister   102:10
Mintek   143:19,22
   144:21 146:3 150:4
minutes   68:1 97:22
   137:5
mispronounce   102:6
mobile   56:25 91:21
models   44:4,8
moment   17:21 24:13
   42:17 83:17 114:22
   137:7

money   118:7 119:21
   128:3 137:25 145:20
   148:8 151:6,11,20
monitor   92:12
month   18:17 64:1,4
   65:4,8,9 77:4,11,19,
   20,23 99:25 124:14
   125:2 130:6,25
   131:8,15 132:19
   133:5,6,13 134:23
   137:18 138:4 141:14,
   15,20 142:21,23
   143:6,7 146:9 147:18
   148:1,10 151:21
   152:21,22,25 153:3,4
month-to-month   81:4
monthly   130:22
months   63:17 65:5
   77:11 124:23,24
   125:2 135:6 140:8
   145:15 150:3 151:16
   152:8,10,11
morning   5:1 118:3
Moscow   71:1,2,3,4,6
   72:15 73:21 74:10,
   15,16 80:5,11 81:20,
   21 82:14 83:13 97:3
   101:5,6 103:16
move   32:9 37:10 40:18
   65:25 76:11 89:9
moves   38:1 133:9
moving   75:20
MQL   132:7
MQL5   130:16,17 131:6,
   25
MSPP   40:9,13
multiple   120:21
   122:22 127:13
Multiply   134:21,25
   153:2
Muscovites   80:4

───────────────

N

named   102:5
names   12:24 13:10
Nathan   6:3 117:10
national   87:6
nationality   87:9
needed   108:10,16

negative   140:2
network   28:2,4 32:20,
   22 33:9 34:8,19
   37:12 38:16,17,24
   39:3,5,19 40:1,3
   63:2,5,6 68:3,4,11,
   18 126:14
networks   90:21
Nick   114:22,23 115:17
night   80:19 104:3,20
   106:20 107:13 116:18
nighttime   84:8
Nikiforov   102:6,7,18
Nikolay   106:12 118:15
Nikoli   102:5
node   37:12,15,19,21
   38:2,5,6,7,9,10,11
   43:22 49:3 67:18
   68:7,9,13
nodes   49:11,18 63:14,
   20 64:13 67:14
normal   67:5,6 152:6
noted   154:17
notice   63:4 118:6
notices   151:5
November   135:7,19,22
   136:10,15 142:6,11,
   12 143:3 144:3
   146:16 147:7 148:6,
   12,17
nuclear   85:18
number   5:2,8 15:24,25
   16:1,5 17:1 19:12
   20:18 21:11,13,14,
   18,23,25 22:3,6,7
   36:3,5,7,9,13 37:1,6
   50:22 51:7,8 52:25
   53:2 64:8 69:3
   117:24 119:5 132:12
   136:5 153:16
numbered   117:21
numbers   20:22,25
   35:23 36:12 51:2
   64:6 118:16 119:8
   124:14,16,22 129:6
   132:10 135:3,6
   136:10

───────────────

O

Objection   7:22 8:15

Case 0:17-cv-60426-UU   Document 212-56 Entered on FLSD Docket 09/21/2018   Page 173 of
180
Aleksej Gubarev, et al.
June 26, 2018                                                                    12

**obliged**  90:19
**observance**  89:10
**occupied**  81:15
**October**  139:23 143:2,
  14 144:4 145:9,13
  148:14
**odd**  51:5 52:25 53:1,
  2,3
**offer**  125:22 129:3,4
**offered**  123:11
**offers**  126:3
**office**  33:25 80:14
  81:20,22 84:20,21
**offices**  5:11
**official**  78:13 83:2,5
  93:5
**one-third**  79:6
**online**  106:20
**ONS**  104:4
**ONSEC**  104:6 106:6,15,
  16,21 107:17,22
  108:6,24 110:9 117:4
**open**  76:12 82:21 83:1
  88:5 103:4
**opened**  60:22 61:12
  82:23 83:22,23 141:8
**operate**  144:14
**operating**  91:5
**operation**  12:16
  112:12,13,14,19,22
  143:25
**operations**  144:15
**opinion**  108:13,16,18,
  21 116:9
**opposed**  144:10
**ops**  147:11
**Optikvertrieb**  40:20
**Option**  132:6
**Options**  130:11 131:1,
  21
**order**  128:3
**originally**  144:17
**ourself**  41:4 82:21
**overage**  121:21 122:16
  141:21
**owe**  151:5

**owes**  140:4
**owned**  36:23 72:7
  84:25 85:24 86:3
  120:7,10,14 128:22
**owner**  15:21,22,25
  16:3,4 17:1,12,17,
  18,19,21 18:7,10,17,
  22 22:22 33:10 35:3
  36:19
**owner's**  19:2
**ownership**  22:22
**owns**  71:23 75:5 85:25
  86:1 99:20

---

**P**

**p.m.**  154:6,9,16,17
**package**  23:24 24:21
  44:6 45:22 50:18,19,
  20,23,25 51:4,5
  52:18 53:17,18
  121:10,18
**packages**  23:3,11,13
  24:5 50:24
**paid**  43:19 119:21
  146:9,10
**pananames.com**  128:22
**panel**  61:7,8,9,13
  102:21,24
**panels**  61:3,4
**paragraph**  94:16 111:7
  113:10 114:3,7
**parentheses**  40:11
**part**  36:13 47:24
  68:13 79:16 111:25
  118:4,9 123:2
**partially**  143:5
**parties**  33:11
**partly**  123:17
**passive**  68:10
**passport**  141:9 144:20
**pay**  23:11 25:12 120:1
  121:14,21,22 122:16
  127:20,22 141:16,17
  145:21 151:11
**paying**  151:19,23
**PC-80**  117:21 119:5
**people**  26:1 29:4
  32:11 33:19,21,22
  34:23 38:22 44:9
  46:15,24 64:9,10

66:17,20,24 80:2,7,
  10,11 84:4,5,22
  100:24,25 122:9
  123:1 124:2,5,8
  125:16,20 127:6
  130:5 132:18,25
  136:3 141:12
**percent**  11:12 14:12
  19:25 22:14 45:14
  57:24 58:14 60:8
  66:25 67:21 115:6,10
  119:1,2 152:22,24
  153:12
**percentage**  152:23
  153:14
**perfectly**  97:5
**perimeter**  85:21
**period**  18:8,11,22
  22:21,22 23:20 24:18
  39:25 50:12 91:6
  129:25 152:7,9
**periods**  26:10 40:24
**permanent**  72:22,23
  73:10
**permission**  35:6,8
  87:10,13,21,24
**person**  13:2,22 25:12
  34:21,22 35:5 80:19,
  20 81:18 150:12
**personal**  52:20 57:7
  89:16 90:1 93:20,23
  94:13 96:24 97:14
  98:3,15 100:6 145:1
**personally**  46:17
  59:12 61:12
**Petersburg**  101:1,4
  140:11,14,16 141:6
  144:11 149:25
**phone**  29:20 52:5,8
  122:14
**phones**  122:10
**phrase**  98:6
**physical**  19:13 22:4
  26:14 27:20 28:3
  122:21
**physically**  29:5
**picture**  16:23
**plaintiffs**  5:25
**plan**  25:4,5,13 27:9
  122:14
**planning**  77:24

Case 0:17-cv-60426-UU   Document 212-1 Entered on FLSD Docket 09/21/2018   Page 174 of
180
Aleksej Gubarev, et al.
June 20, 2018
13

plans   26:2 122:10
point   33:8 42:20
  69:21,22 70:1,17
  72:10,11 73:20,24
  76:12,23 77:18,25
  78:3,10,24 79:2,13
  82:14,16 88:11 95:18
  102:11 117:3 134:11,
  17 140:5 148:9
  151:21 152:16
points   70:6,11,14
  76:16 87:5 89:23
  97:3
police   47:20
policy   58:22 59:1,18
  64:19
popular   32:4,16 37:16
  126:21,24,25 127:6
  153:3
positive   140:7
Potentially   45:9
prefix   20:6
premium   127:23
prepaid   23:13
prepare   107:11 118:8
prepared   13:13 143:18
preparing   59:12
presence   69:21,22
  70:1,6,11,14,18
  72:12 73:20,24
  76:13,17,23 77:18,25
  78:4,10,24 79:2,13
  82:14,17 87:6 88:11
  89:24 97:3
present   18:8 101:14,
  19
President   99:21
press   88:21,22 89:3
  93:18 94:3 97:25
  98:12
presumed   67:19
pretty   53:19,20 87:11
previous   121:9
previously   144:25
  147:5 149:24
print   15:23 16:4,14,
  19,20
printed   16:11 89:1
prior   140:8
private   32:20,21
  71:7,17,18 81:8

85:25 86:2,11 88:1
  123:5,6
pro   72:7,9 75:4
  82:18,19,20 83:1,7,
  16 84:3,5,17 150:19
problem   78:22
problematic   137:20
problems   115:22
  134:4,5
proceed   6:9
process   29:8,11,21
produced   7:4 104:3,7
  107:12 119:4 139:1
  142:10 147:5 149:7
product   26:11 28:6
  32:5 38:17,20,21,22,
  23 39:1,2,6 41:12,20
  103:6 108:12,14,15,
  19 122:22 125:20
  126:18 127:10 137:16
products   20:23,25
  23:3 43:5 94:10
  125:19
programmers   114:15
project   100:12 104:9
  105:18 111:21
  114:15,19 153:5
prolong   138:11
promise   41:19
pronounceable   104:4
pronounced   82:8
pronunciation   40:19
proper   16:19 105:5
properly   22:18
protected   108:23
protection   111:21
  113:12
provide   26:20,22,24
  28:1,3,4 32:7 33:15
  41:3 45:12 48:9,12
  54:20 62:22,24 63:22
  66:24 74:23 78:16
  91:12,20,22,24 93:10
  120:23,24,25 127:12,
  15 141:8 144:8
provided   26:19
provider   90:18
providing   64:20
  90:21,22
PT4   7:5

public   71:16 96:16
publication   66:5
  133:25
publicity   152:7
publicly   49:6 63:7
  68:17 93:5 94:25
publish   7:25
purchase   122:4
purchased   76:14
purpose   14:19
put   9:8 24:25 31:25
  48:6 54:7 56:5 68:22
  90:12 120:22 122:21
  127:14 128:14
Putin's   99:21
putting   22:1,2,3 60:6

Q

quantity   122:5
question   8:23 13:15
  14:5 19:23 21:10
  24:11 25:2 30:1
  35:15 36:14,21
  39:15,16,17 52:14
  53:10 65:11,15,16,
  18,21 67:12 85:10
  92:10 93:8 94:8,14
  97:9,22 98:5,8,9,10,
  19 115:11 134:8
  135:15 147:11 148:3,
  4 153:18
questions   6:18 47:17
  69:10 74:7 78:20
  99:1,5 117:11 154:11
quick   117:12

R

R-E-F   100:23
R-F-E   100:23
R-I-F   100:22
rack   71:10,11 72:15,
  18 74:19 75:11,13,16
  86:18 120:20,23
  127:14
racks   74:24 79:3,4,20
  81:2,3,5 83:16
  86:19,20,21 97:3
  120:21

Rajesh  118:13
random  21:22
range  124:22
re--  136:11
reach  46:23 61:10
  124:14
reached  58:20
reaction  62:10,16,18
reactor  85:18
read  37:9 46:10 96:14
  104:24,25 105:2,5,8
  109:16 110:6 111:4,
  5,8 118:11 140:1
reading  93:17
real  134:4,5
reason  20:1 31:3
  36:14 67:1 85:19
  88:3 115:9 144:9
  152:17 153:21
reboot  29:3
received  37:7 104:19
recently  99:22
  101:17,18
Recess  69:1 117:18
  154:7
record  5:19,23 17:25
  68:25 69:4 83:10
  103:22,25 117:17,25
  139:12 154:4,6,9,15
recorded  24:19
reduce  138:21
reduced  132:13
reduction  132:14,17,
  22 136:19 137:13
  138:10,16,18
refer  125:16
referencing  94:15
referring  94:23
reflect  23:1 25:19,23
  125:7
reflected  25:15 147:6
  148:19
reflection  23:18
reflects  136:9
reframe  136:12
refund  151:5
refunded  151:1
register  42:16
registered  145:5

regular  71:15 93:11
  110:10
regularly  84:18
regulates  92:15
regulation  90:2,4
  92:24 97:18
regulations  92:7,20
  93:9
relate  118:6
related  8:2,6,7,12
  11:11,13 17:2,3
  31:23 44:7 139:2,3
relationship  118:21
  125:15
release  88:21,22 89:3
  93:18 94:4 98:1,12
released  11:18 147:12
relevant  148:16
remember  12:23 13:1,
  10 60:14 76:7 78:15
  87:18 100:17,19
  101:10,20 102:15,25
  103:1,13,21 115:14
  129:22 130:16,19
  131:16 134:22
  147:18,20 152:4
remind  147:21
remotely  29:7
rent  15:20 26:13
  49:21 69:24 70:1
  75:24
rented  26:9 39:25
  41:14,20
repeat  8:23 98:10
  110:17
repeating  14:2
report  7:16,17,19
  8:14 9:2,5,6,7,19,24
  10:1,5,7,9,12,16,18,
  19,25 11:4,5,9,18,24
  12:3,16 13:21 50:7
  55:25 66:7,10 106:1
  109:20 110:23 111:1
  114:14 116:2,4,11
  117:1,4 147:12
reporter  5:16 6:7
reporting  93:9
reports  66:5
represent  88:25
  145:12 147:2

representing  5:17
  96:5 97:2
represents  110:15
reputation  108:25
request  19:18 21:6
  27:19 28:20 35:25
  36:2,3 44:24,25
  61:24 73:9,12 88:10
requested  36:6
require  28:21 92:19
  112:4
required  29:4 90:15,
  25 93:3,10 112:24
requirement  43:3
requirements  97:19
  118:11 121:14
requires  58:4 94:16
research  106:20
reseller  41:10,11,25
  42:11,13,14
reselling  43:5 124:5
resold  41:21 42:21
  152:16 153:14,15
responded  59:7,8,13,
  16
rest  133:22
result  89:12 151:14
results  106:1 110:12,
  19 111:19
return  73:17
revenue  119:16 121:6,
  7 126:9 127:21
  130:22 131:11 132:14
  133:10 134:13
  136:14,16,19 138:13,
  21 147:16 151:13
revenues  119:13
review  66:2
reviewed  12:7 13:24
  14:4,8,16 17:22 48:7
RIF  100:20 101:21
  102:13
risk  112:2,3
risky  48:15,16,21,25
  49:1,4,17
Rondini  44:15
room  70:3 79:5,7
rooms  70:4
Root  19:21 27:13
  63:23 123:17 128:13

rotate  80:21 84:9
roughly  131:7 143:1,2
routers  124:1
RT  28:10,15 29:22
  30:10,20 37:3,6
  54:13
rule  94:5,6 98:1,3
run  40:4
Russia  69:15,18 70:7,
  12 73:23 76:17 86:6
  88:12,18 89:4,12,24
  90:6,13 91:6 92:9
  94:2,17 97:5,17
  98:4,16
russian  7:19 9:9 10:2
  11:22,25 87:6,8,12,
  17,24 88:7,17 89:11,
  14 91:4 92:14 94:1,
  17 96:20 103:6
  104:7,8 105:8,11
  106:22 110:7 111:8
Russians  91:4

S

SA  19:21
safe  74:11,12,14,17,
  25 75:5,16 76:13
  77:22,23,25 78:7
  86:17,24,25 137:4
sale  123:19,21 124:15
sales  84:22
satellite  91:20
save  126:20
screen  16:22
scroll  43:24
seats  117:12
secretsline.org  46:2,
  5,11
secretsline.org.
  49:25
security  85:20 104:10
  105:19 106:5,17
  115:21 121:1
sell  41:12 42:25
  152:9,10,12 153:23
seller  42:15
selling  46:7
Semejin  35:18
send  30:15,17

sense  51:1,3
sentence  113:10
separate  127:21,22
separately  127:20
September  47:5,6
  62:14 63:18 64:12
  104:11 105:23 116:14
  129:7 131:12 146:6
Sergey  81:25 82:1
  84:13
server  19:6,11,13
  20:6,10,18 21:1,4,9,
  11,13,14 22:8,9,15
  23:20 24:20 25:20,23
  26:14,15 27:6,8,20
  28:3,4,21,23,24,25
  29:5 33:4,5,7 36:1
  42:7 49:21 53:24,25
  56:4,6 75:14 105:15
  121:10,11 122:4
  123:2 125:11
Server.lu.  29:18
servers  19:20 20:14,
  19 27:11,14,17 33:3
  55:11 75:11,12 77:6
  80:3 86:20 89:13
  119:15,18,20,22,23
  120:3,6,10,14,22
  123:4,5,6 124:1
  125:11,23 126:4,7,11
  128:4,5,6,12 129:10
  131:11 132:12 133:10
  143:13 146:21 151:23
  152:10,12,15 153:14,
  21,25
servers'  134:12
servers.com  89:3
  104:9 105:18 106:6
  108:11 113:12
  114:11,16 123:12
  126:3,9 139:8,13
  141:5 146:6,11,16
  147:1
servers.com.  106:13
  126:1,2 147:10
Servers.lu  29:16
servers.ru  103:3
servers.ru.  103:1
service  31:13 32:3,4
  33:5,16 34:17,18
  36:6,22 37:16 46:8
  49:25 55:13 56:8,24,

  25 64:20 66:23,24
  67:9 88:12 122:20
  127:15,23 131:16
  132:3 143:6 148:14
  152:20,21
services  32:7 35:13
  48:12 49:12,15
  54:20,25 62:22,25
  63:3,22 64:1,3,20
  71:10,12 87:20
  129:14,15 130:8,10
  132:18 135:2 141:15
  142:22
set  22:9 35:5 73:25
  76:14 79:16 82:3,6,
  22,24 88:4
sets  34:21,22
Seychelles  143:19,22
  144:10 146:4 149:21
  150:5,8
Shagar  138:18
shared  122:23 123:11
  125:12,17
Shared/vps  122:19
shareholder  118:23,
  24,25
shark  10:18 11:7,9
sheet  35:17 46:23
shift  80:18
shifts  84:9
shot  16:22
show  32:12 36:15
showed  119:3 149:23
showing  146:7
Siegel  6:3 117:9,19
  118:2 139:7,11
  140:18,24 142:4,9
  145:6,8,11,23 146:1
  149:2,6 150:13,16
  154:3,10
sightly  93:7
sign  129:14 130:5
  134:19
similar  125:12 128:7,
  8 132:3 145:14
simple  54:19
simplify  122:7
Singapore  20:14,15,16
  128:15
sit  60:19,20

site  89:1
sites  136:3
sitting  102:21
situation  152:6
skip  35:16 40:17
  127:25
small  63:21 85:18
socialized  102:1
soft  127:16
sold  123:25 129:15
  152:23,24 153:10,25
solicited  14:10
solutions  89:9
SORM  90:8,10,11,14
  91:1,7
source  121:7 132:14
  133:11 134:12,18
  136:18 138:16
Southern  5:7
space  17:12 77:6 86:2
  87:25 120:23
speak  13:25 99:12
speaking  103:1
special  87:9,13 97:18
  127:14
specific  9:1 10:17
  30:1 33:7,23 39:4
  67:12 76:1,2 93:2
  121:24 129:16 134:11
  137:10 138:16 153:23
specifically  38:9
  69:10 97:25 137:14
speed  127:8
spell  83:10 100:21
split  128:8,9
spoke  56:14 60:12
  99:11 118:11,13,15
spoken  99:7,14 102:20
spreadsheet  7:6 16:6,
  8 49:8
St  101:1,4 140:11,14,
  16 141:6 144:11
  149:25
staff  72:19 79:20,23
  84:2
stand  32:17,19 123:3
standard  50:22 51:16,
  18,24 52:3,14,17,18,
  19 53:19,20 54:24
  55:3,6 58:2,22,25
  59:18 77:7,8 92:22

121:1 133:6
standards  89:11
start  5:2 15:4 46:19
  69:3 83:3 117:24
  127:6 133:13 138:22
started  76:24 97:23
  143:13
starting  119:15
  130:23 133:15,19
starts  89:8
state  5:22 85:24 86:4
state-owned  85:22
stated  141:9
statements  150:25
  151:2
States  5:7 32:10
  92:13 106:18,21
  127:1,5
stations  32:11
step  9:17
Steppe  7:17 66:5
Steve  7:3 14:3 88:19
  104:1
Steven  5:17
stick  17:25
sticking  37:10
stock  153:21
stood  148:9
stop  17:14,15 63:4
storage  89:16 90:1
  93:20,23 94:13,21
  96:24 97:14 98:3,15
  127:14
store  88:17 97:17,19,
  20
stored  88:14 94:17,21
strange  98:6 138:10
  144:16
street  71:16 74:19
  78:12 83:11
strike  136:11
stronger  85:20
structures  123:9
Subbotin  103:9
subject  11:3,4
Subscribed  154:20
subscription  32:13
  35:1,2
subsidiaries  123:10

sudden  125:2
suggest  68:8
sum  149:10
support  5:15,18 30:16
  84:22
support@server.lu
  29:14
supposed  13:2
surf  37:17
surnames  13:11
swear  6:7
switch  116:6 137:3
  144:15
switching  137:24
sworn  6:10,12 95:3
  154:20
system  7:21 17:20
  30:10,11,20 58:6
  59:10 92:15 108:23
  149:13,16 150:9


                T

talk  6:21 18:16 46:24
  61:22 69:8 76:2,20
  78:3 81:18 118:19
talked  20:10 30:9
  57:19 62:4 89:20
  100:11
talking  19:7 23:16
  27:24 64:7,8 98:19
  147:13
target  112:7 113:1,22
task  36:25
team  12:6,10,11,13
  44:19,20,23 57:24
  64:19 84:12
technical  80:2 84:14
telecom  90:11 91:2,20
  92:2
telecommunication
  91:9,16,19
telecommunications
  93:4
telling  11:8 24:24
  39:20,24 47:21 96:2
  137:9
ten  63:25 64:3 124:23
tens  57:3 129:21
  132:24 135:9

term  77:5 153:12
terminate  152:3
terminated  100:1
terminating  148:2
termination  151:15
terms  119:14
territory  88:18
test  61:13
testified  6:13 72:5
  84:24,25 87:4
testify  13:14 118:20
testimony  95:3
Texas  80:10
text  103:23 110:10
the--  139:5
thing  15:21 119:11
  122:12 124:2 136:6
things  32:14,15 34:15
  66:21 68:1 85:16
  92:11 114:17 115:15
  123:1
thinking  116:17
third-party  41:22
  42:4
thought  66:20 72:1
  107:15
thousand  100:24,25
thousands  56:3 57:3
  129:21 130:19 131:14
  132:15,24 135:9,10
  137:13,21
ticket  27:4 28:8
  29:2,12,22 30:10,16,
  18 36:5,8 37:1,3
  58:13,16 60:9
tickets  27:1,18
  28:10,11,12,13,15,
  16,19 30:11,19,20
  35:22 37:6 43:16
  54:13 58:2,3 59:24
  61:5
tier  20:20
Tikov  46:13 57:2,12,
  13,14,15 58:12
Tim  35:18 37:10 38:21
  40:17
Tim's  39:21
time  5:21 6:6 12:14
  15:8 18:22 23:20
  24:18 26:10 30:5
  31:10 36:23 39:25

40:4,24 42:3 47:9,19
  50:7,11 53:12 61:11
  63:6 77:15 88:9 91:6
  99:13 101:21,23
  104:17 108:8 111:4,5
  116:21 124:9 126:20
  128:21 129:25 130:9
  152:9 153:22 154:17
times  99:17 100:5
  101:7,8 108:5
title  106:2
today  5:10,14,16 6:19
  12:25 13:7,11 59:13
  67:8 78:21 107:11
  116:16 131:19
told  10:25 12:24
  16:18,25 23:24 28:17
  30:9 62:20 63:21
  66:23 67:22,24 68:2
  76:8,10 89:22 100:5
  115:16,18,21 131:13
  132:23 137:16 144:23
  152:4,5,15
top  21:19 24:13 50:4
  110:6,8,9
topic  10:8 92:3
  107:10
topics  118:5,10
tor  37:11,15,19,21
  38:1,22,24 43:21
  48:11,12 49:3,11,18
  62:21,22,24 63:3,6,
  14,19 64:13,20
  66:23,24 67:8,14,18
  68:4,7,9,13,18
total  61:4 139:20
  142:7,12 147:6,8
  148:20 149:10 151:17
trace  38:3
traffic  22:25 23:1,4,
  5,12,17,19,24 24:8,
  14,17,19,24 25:6,19,
  23 38:11,12,15 53:13
  137:3
trail  38:3
transcript  13:17
Transfer  145:16
translate  96:14 105:8
  110:7 111:14
translated  104:8
translation  112:11

Translator  110:6
  111:5,10 113:3
Travel  130:12,13,14
  131:3,23 132:6
Tremaine  5:12 6:2,4
  34:5
true  7:25
trust  115:8
TS-WAYSRI  45:2
Tube  126:23
turn  74:8 109:18
  110:1 119:7 132:9
  136:4 139:17
TV  32:10,11
two-minute  68:21
type  20:22 67:2 92:16
  113:25 122:25 125:18
  126:17
types  20:25 102:17
typical  56:23 63:23
  124:2 133:1,4 148:17
typically  124:16

              U

U.S.  5:14,18 40:13
UK  32:9,11
umbrella  123:13
unclear  85:2
underneath  17:19
understand  8:24 9:19
  16:16 17:7 18:3
  20:24 22:21 24:4,5,
  10,23 25:4 27:23
  28:9 31:1 32:1 34:2
  38:19,25 39:1,13
  41:2,5 44:1 45:11,25
  51:6 55:12 58:18,25
  59:6 67:24 68:6
  90:14 92:10 94:8
  97:8 98:5 111:6
  121:4,16 123:8 137:8
  139:3,25 143:16
  144:12 153:6
understanding  6:25
  114:3,6
understood  14:1,2
  125:14
undertake  114:10
unit  120:20

**United**  5:6 32:9,12,13
  92:12 106:18,21
  127:1,5
**university**  85:8,12,
  14,15,22 86:3,15,23
**unlimited**  23:4 24:21
  25:3,4,5 26:2
**unmanaged**  27:11,13,16
  126:8
**unusual**  51:7 53:4
**upgrade**  27:7
**upload**  127:16
**URL**  40:10
**USA**  130:14 131:23
**usage**  23:12 25:12,15,
  19 153:1
**user**  33:9 38:1 54:24
  127:2
**users**  112:7 113:1,22
  138:21
**usual**  153:16

---

**V**

**vacations**  136:3
**Vadim**  103:9
**Val**  5:24
**Valeriya**  29:10,11
  31:6
**valid**  65:14
**VEP**  111:21
**verification**  22:14
**versus**  5:5
**video**  126:25 127:3,4,
  5
**videos**  126:25
**virtual**  19:13 20:21
  26:15 28:4 32:20,21
  42:7 122:20 123:4,6,
  18
**visit**  136:3
**Vitaly**  46:13 57:2
**Vladmin**  41:14
**VPN**  31:12 32:2,4,7,
  11,15,17,19 33:8,16,
  20,24 34:4,11,14,15,
  17,21,22,24 35:3,5,
  7,13 46:7 49:12,15,
  19,21,24 54:20,25
  55:13 56:5,23,24

57:10
**VPS**  122:24,25 123:3,
  11 125:12,18 138:18

---

**W**

**W-A-L-L-A-R-M**  107:21
**walk**  86:14 87:16,19
**WALLAM**  117:1
**WALLARM**  107:19,20,22
  116:2,4,11 117:4
**wanted**  89:7 109:18
  144:25
**waste**  53:7,12
**watch**  32:9,11,14
**water**  30:6
**ways**  30:12 63:1
**weakness**  112:21
  113:16,21 114:11
  117:5
**weaknesses**  111:24,25
  112:1,23
**web**  89:1 90:23 92:8,
  16,18,21 104:9
  105:14,17 112:1
  127:24
**Webzilla**  6:22 140:19
  141:2,3,24 145:18,21
  146:10,18,22 147:3,
  10 150:14,17
**week**  63:10
**weeks**  87:22
**white**  147:11
**wire**  63:3 127:16
**wiring**  27:21
**wondering**  64:10
**word**  104:5 113:5
**words**  24:12 41:14
  45:18,19 46:1 52:21
  69:11 90:7 141:13
  148:5
**work**  27:5 29:4 36:24
  80:14,17,19 82:4
  84:15 133:24 134:3
**worked**  82:2
**works**  20:23 72:24,25
**world**  32:5 125:24
**worry**  66:16,19,21,22
**Wright**  5:11 6:2,4
  34:4

**written**  24:18
**wrong**  16:11 37:20
  54:21,22 78:25
**wrote**  42:12 95:13

---

**X**

**XBT**  6:22,23,24 8:12
  13:3,6 23:19 39:8
  41:7 42:12,20 44:4,
  6,23 46:15,21,23
  57:23,24 58:11,20
  62:16 69:14,17,20
  70:6,12 72:20,25
  73:6,11 85:1 88:20,
  22 89:1,9 93:24 94:4
  95:13,22 108:5
  118:20,21 123:9,11
  125:25 127:11
**XBT's**  53:16 89:23
  93:17

---

**Y**

**y'all**  7:4 8:19,25
  16:8,10 26:20 41:21
  42:12 48:2 49:14
  62:9,17 69:8 95:13
  102:1 108:24 114:10
  115:20
**year**  56:17 77:4,5,10
  100:18 102:14
  124:23,24 133:9,23
**year-long**  77:19
**yearly**  81:3
**years**  14:25 15:3,6
  56:8,10,20 57:4
  77:5,10 101:9,11
  133:2
**Yedinaya**  82:10,11,12,
  22,24 88:4
**York**  77:12,15
**Youtube**  126:22,24

---

**Z**

**Zhukov**  139:4 140:20
  141:2,4 145:17
  150:22 151:15,19
  152:3

**zone**  20:20
**zones**  20:19