# Exhibit 52

DEFENDANT'S
EXHIBIT
R-7
4-30-18 ST

Servers.com



February 01, 2016 13:35 ET

## Servers.com Extends Global Presence With New Data Center in Moscow

**Gateway to Russia**

**DALLAS, TEXAS--(Marketwired - Feb. 1, 2016)** - Servers.com, a global hosting platform, has announced the opening of their first data center in Moscow, Russia under the Servers.ru brand. This data center joins Servers.com's existing interconnected locations in Dallas, Amsterdam, and Luxembourg.

"Servers.com is excited to provide a gateway to Russia for our global customers," stated Aleksej Gubarev, CEO and co-founder of Servers.com. "And we are the only provider offering 40 Gbps connection to each server and international standards of quality and support in Russia. Most importantly, all our data centers are united in global private network. This provides numerous opportunities to performance-hungry businesses."

Gubarev went on to state that one of Servers.com's continuing goals is to bring its data centers closer to its customers, for improved access and to meet any data sovereignty requirements. "Servers.com provides the platform for businesses who maintain presence in Russia, as such entities are legally required to store personal data within Russia's physical borders."
The initial infrastructure investment in Servers.ru was $1.5 million. In the coming months, Servers.com is looking to make similar commitments to their global SMB customers by opening data centers in Hyderabad and Singapore.

All of Servers.com's locations meet the same high standards of hardware and service. In addition to their global private network and 40 Gbps connection to each server, every data center is equipped with state-of-the-art Dell servers, Juniper and Brocade network equipment, and ultra-reliable power subsystems to support 99.997% availability. This hardware allows customers to quickly build reliable hybrid infrastructures: deploying bare metal is as easy as cloud, with 40-minute zero-touch bare metal provisioning.

"We designed our global private network to meet the needs of the financial industry, which requires low latency, a high-capacity connection, and 24x7 customer support," Gubarev said, "and then made it available to all our customers."

**About Servers.com**

Servers.com is a global hosting platform that provides an automated data center infrastructure to small and midsize businesses (SMBs). The platform offers customers a diversity of bare metal and cloud computing service formats and business tools in one package. The company currently has four ISO 27001-, ISO 9001-, and PCI DSS-certified data centers in Moscow, Dallas, Amsterdam, and Luxembourg, and is expanding its business in Europe and Asia.

## Contact Information

- PR contact:
  Olga Galkina
  PR manager
  galkina@servers.com

  Investor Relations:
  Rajesh Kumar Mishra
  CFO
  finance@xbt.com