Exhibit 53



АЛЕКСЕЙ ГУБАРЕВ, CEO SERVERS.RU



**ИНТЕРНЕТ**
В СЕТЯХ

### КАКИМ БЫ ВЫ ОПИСАЛИ ТЕКУЩЕЕ СОСТОЯНИЕ РОССИЙСКОГО РЫНКА ХОСТИНГА И ОБЛАКОВ?

Российский рынок насыщен грамотными людьми, хорошими специалистами. Однако, в силу ряда обстоятельств, рынок в основном нацелен на локального клиента. Почти невозможно заметить кого-то, кто бы думал об экспансии в другие страны.

### КАКИЕ СОБЫТИЯ, ПРОИЗОШЕДШИЕ НА РЫНКЕ ЗА ПОСЛЕДНИЙ ГОД, НА ВАШ ВЗГЛЯД, ЯВЛЯЮТСЯ КЛЮЧЕВЫМИ? КАКОВЫ ТЕНДЕНЦИИ РАЗВИТИЯ ЭТОГО РЫНКА В РОССИИ И МИРЕ?

В предыдущем вопросе хостинг и облака разделены, но на самом деле на данный момент происходит процесс размытия границ между разными видами хостинга, продукты становятся всё сложнее и требуют комбинированной инфраструктуры. Поэтому главная тенденция сейчас — это гибридный клауд и GPU-серверы (серверы, работающие на графических ускорителях в качестве основных вычислительных мощностей, — прим. редакции). Главные события года — наш приход на российский рынок, а также запуск и невероятный успех нашего партнера Prizma.AI

### НАСКОЛЬКО ПОВЛИЯЛИ НА РАЗВИТИЕ РЫНКА ВНЕШНИЕ ФАКТОРЫ (РЕГУЛИРОВАНИЕ, МАКРОЭКОНОМИЧЕСКАЯ ОБСТАНОВКА)? ПОШЕЛ ЛИ НА ПОЛЬЗУ РЫНКУ ЗАКОН О ПЕРСОНАЛЬНЫХ ДАННЫХ?

Такие факторы всегда влияют на рынок. Стоит заметить, что закон о персональных данных в России не уникален, такие положения существуют и в других государствах. Этот закон, конечно, видоизменил некоторые взаимодействия на рынке, но давать ему оценку пока преждевременно.

### КАК ВЛИЯЕТ НА РЫНОК СФЕРА КИБЕРБЕЗОПАСНОСТИ? С КАКИМИ УГРОЗАМИ СТАЛКИВАЕТЕСЬ ВЫ И ВАШИ КЛИЕНТЫ?

Как правило, это обычные угрозы: доступность конфиденциальных бизнес-данных и ботнеты. Интересно, что если раньше ботнеты заражали домашние компьютеры, то теперь то же самое все чаще происходит с облачными серверами. По нашим данным, более чем в половине случаев контроль и безопасность — это ключевые факторы при принятии решений о выборе хостинга.

### В РОССИИ И ВО МНОГИХ ДРУГИХ СТРАНАХ МИРА ОБСУЖДАЮТ КОНЦЕПЦИИ ИНТЕРНЕТ+, КОГДА ИНТЕРНЕТ-ТЕХНОЛОГИИ ПРОНИКАЮТ В ДРУГИЕ ОТРАСЛИ ЭКОНОМИКИ И ОБЩЕСТВЕННОЙ ЖИЗНИ (СЕЛЬСКОЕ ХОЗЯЙСТВО, МЕДИЦИНА, ПРОМЫШЛЕННОСТЬ И Т.Д.). КАКИЕ ВЫЗОВЫ ЭТО НЕСЕТ ДЛЯ ВАШЕГО БИЗНЕСА И ВСЕГО РЫНКА?

Большие данные требуют новых подходов к распределению мощностей, а также новых алгоритмов для их анализа. Главный вызов — успеть найти и разработать верное решение. Я думаю, что будущее за искусственным интеллектом и мощными вычислительными системами.

### КАКИЕ ТЕХНОЛОГИИ, НА ВАШ ВЗГЛЯД, БОЛЬШЕ ВСЕГО ПОВЛИЯЮТ НА МИРОВОЙ РЫНОК В СЛЕДУЮЩИЕ 5 ЛЕТ – КАК С ТОЧКИ ЗРЕНИЯ СПРОСА НА ХРАНЕНИЕ, ТАК И С ТОЧКИ ЗРЕНИЯ ПРЕДЛОЖЕНИЯ?

На спрос будут влиять те технологии, которые сейчас находятся на взлете. Я бы выделил из них три: Интернет Вещей, Big Data и, как уже было замечено, искусственный интеллект с нейронными сетями. Все эти направления объединяет высокий спрос на инфраструктуру. Интернету Вещей необходимо постоянно обмениваться данными сенсоров с дата-центром. Большие данные требуют не только больших хранилищ, но и серьезных процессорных мощностей. Искусственный интеллект использует для работы вычислительные системы на основе графических процессоров, которые позволяют решать задачи нейронных сетей наиболее эффективно, однако потребляют при этом большое количество электричества.

Предложение же будет меняться благодаря software-defined (программно-управляемым) технологиям. Эти технологии позволяют рассматривать дата-центр — его вычислительные мощности, сеть и хранилище — как единое целое, из которого выделяются ресурсы тому или иному потребителю или приложению. Одно из применений таких технологий — это гиперконвергентные решения, стремительный рост популярности которых мы видим уже сегодня. Активное развитие гиперконвергентных инфраструктур позволяет нам предположить, что через 5 лет они смогут заметно повлиять на рынок хранения данных.

P-F000087

Target

PG01

"THE MAIN EVENT OF THE YEAR IS OUR MARKET ENTRY"

"THE MAIN EVENT OF THE YEAR IS

OUR MARKET ENTRY"

ALEXEY GUBAREV

CEO OF SERVERS.RU

WWW. IN-NUMBERS.RU/SEPTEMBER – OCTOBER 2016

P-F000086

PG02

ALEXEY GUBAREV, CEO OF SERVER S.RU

HOW WOULD YOU DESCRIBE THE CURRENT STATUS OF THE RUSSIAN MARKET OF HOSTING AND CLOUDS?

The Russian market is full of literate people, good specialists. However, due to a number of circumstances, the market is mainly aimed at local clients. It is almost impossible to notice someone who would have thought of expanding into other countries.

WHAT EVENTS HAPPENED IN THE MARKET DURING THE LAST YEAR THAT ARE KEY ONES ACCORDING TO YOUR OPINION? WHAT ARE THE DEVELOPING TRENDS OF THIS MARKET IN RUSSIA AND THE WORLD?

In the previous question hosting and clouds are separate, but in fact, right now there is a process of blurring the boundaries between different types of hosting, the products are becoming more complex and require combining infrastructures. Therefore, the main trend now is a hybrid Cloud and GPU-servers (servers that run on graphics accelerators as their main computing power - editor's note). The main events of the year are our entry into the Russian market, as well as the launch and incredible success of our partner Prizma.AI

WHAT WAS THE INFLUENCE OF EXTERNAL FACTORS (REGULATION, MACROECONOMIC SITUATION) ON MARKET DEVELOPMENT? DID THE LAW ON PERSONAL DATA BENEFIT THE MARKET?

Such factors always influence the market. It is worth noting that the law on personal data in Russia is not unique, such provisions exist in other countries. This law, of course, has changed some of the interactions on the market, but it is premature to assess it.

HOW DOES CYBER SECURITY IMPACT THE MARKET? WHAT THREATS DO YOU AND YOUR CLIENTS DEAL WITH?

Typically, these are common threats: the availability of confidential business data and botnets. It is interesting, if earlier botnets infected home computers, now the same thing happens more often with

cloud servers. According to our data, in more than half the cases, control and security are key factors in making decisions on choosing a host.

IN RUSSIA AND MANY OTHER COUNTRIES AROUND THE WORLD THE CONCEPTS OF INTERNET+ ARE DISCUSSED WHEN INTERNET TECHNOLOGIES ENTER OTHER SECTORS OF FINANCIAL AND PUBLIC LIFE (AGRICULTURE, MEDICINE, INDUSTRY, etc.). WHAT CHALLENGES DO THEY POSE FOR YOUR BUSINESS AND THE ENTIRE MARKET?

Large data require new approaches for the distribution of capacities, as well as new algorithms for analyzing them. The main challenge is to find and develop the right solutions. I think that the future belongs to artificial intelligence and powerful computing systems.

WHAT TECHNOLOGIES DO YOU THINK WILL HAVE THE GREATEST INFLUENCE ON THE WORLD MARKET IN THE NEXT 5 YEARS – BOTH IN TERMS OF STORAGE DEMAND AND OFFER?

The demand will be affected by those technologies that are now taking off. I can name three of them: Internet of things, Big Data and, as already noted, artificial intelligence with neural networks. All these directions are similar because they have a high demand for infrastructure. Internet of things needs to constantly exchange sensor data with a data center. Large data requires not only large storage facilities, but also serious processor capacities. Artificial intelligence uses for working computer systems based on graphics processors, which allow you to solve the problems of neural networks most efficiently, but consume a great amount of power. The offer will change due to software-defined (software-driven) technologies. These technologies allow to consider the data center - its computing power, network and storage - as a single unit from which resources are allocated to a particular consumer or application. One of the applications of such technologies is hyper-convergence solutions, which are rapidly growing as we can see today. Active development of hyper-convergence infrastructures allows us to assume that in 5 years they will be able to significantly affect the data storage market.

P-F000087



Trusted
Translations®

September 20, 2018

### CERTIFICATE OF ACCURACY

To whom it may concern:

The document Article codes P-F000086 - P-F000087 was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from **Russian** into **English** to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Account Manager

Project ID: 167969



66 West Flagler St. Suite 1200.
Miami, FL 33130
www.trustedtranslations.com

Phone: (877) 255-0717
Fax: (888) 883-6408
sales@trustedtranslations.com