# Exhibit 55

12/4/2017   Чья Prisma :: Технологии и медиа :: Газета РБК

Пожалуйста, отключите AdBlock!

AdBlock мешает корректной работе нашего сайта.

Выключите его для полного доступа ко всем материалам РБК

Газета

Чья Prisma

Газета № 107 (2363) (2106) Технологии и медиа, 20 июн, 2016 17:01

214 777

Чья Prisma

Приложение для стилизации фотографий растет быстрее, чем Instagram и MSQRD

Приложение Prisma, позволяющее стилизовать фотографии под картины известных художников, за девять дней установили свыше 650 тыс. раз. Это быстрее чем росли Instagram и MSQRD, в разное время приобретенные Facebook





Фото: Ingimage/Vostock-Photo

### В стиле Кандинского

Приложение Prisma, созданное выходцами из «Яндекса» и Mail.Ru Group, появилось в AppStore 11 июня: за прошедшие дни сервис стал одним из самых скачиваемых в App Store в десяти странах (Россия, Белоруссия, Молдавия, Эстония, Киргизия, Латвия, Казахстан, Узбекистан, Украина и Армения), следует из данных аналитического портала App Annie. Приложение Prisma запущено 11 июня, уже 15 июня вышло в топ App Store в России. Пока приложение доступно только для iPhone (операционная система Apple iOS), версия для Android должна появиться в начале июля.

За девять дней число скачиваний только в России достигло 650 тыс., рассказал газете «Ведомости» создатель приложения Алексей Моисеенков. Источник, знакомый с создателем сервиса, уточнил, что число установок уже превысило 750 тыс., а к 21 июня достигнет уже 1 млн. До сих пор в продвижение Prisma не вкладывали денег, сообщил источник РБК, близкий к основателю сервиса, рост был органическим. Собеседник РБК уверяет: это «самый быстрый рост приложения в России за все время».

Для сравнения: другое популярное фотоприложение — MSQRD (сервис в марте 2016 года приобрел Facebook) — достигло отметки в 500 тыс. скачиваний за четыре недели с момента запуска, с 17 декабря 2015-го по 14 января 2016 года. У самого популярного в мире фотомессенджера Instagram, также принадлежащего Facebook, полмиллиона загрузок появились тоже примерно через месяц работы, писал портал Business Insider: сервис дебютировал в App Store 6 октября 2010 года, а об аудитории в полмиллиона человек отчитался 1 ноября того же года. Представитель App Store пока не ответил на запрос РБК.

Prisma предлагает пользователю 20 фильтров для обработки фотографий в стиле известных произведений искусства (например, в стиле картин Марка Шагала или Ван Гога) или просто популярных художественных стилей. В отличие от сервисов-конкурентов, использующих фотофильтры, Prisma использует технологию нейросетей: приложение не накладывает фильтр на изображение, а по сути «перерисовывает» фотографию в заданном пользователем стиле. Из-за того что изображение заново создается, а обработка фотографии происходит в облаке, процесс занимает несколько секунд.

Приложение бесплатно для пользователей. Число поклонников Prisma 19 июня достигло 450 тыс., люди «на пике» загружают по 10–12 тыс. фотографий в секунду, за день — «десятки миллионов» изображений, рассказывает источник РБК, знакомый с Моисеенковым. В комментариях под одним из постов в Facebook Моисеенков отметил, что «на пике» пользователи Prisma загружают в приложение 5 тыс. фотографий для обработки. Два собеседника РБК утверждают, что в данный момент компания специально сдерживает рост, поскольку имеющиеся технические мощности не справляются с потоком.

Серверы приложению изначально предоставляли Servers.com, отметил Моисеенков. Гендиректор и совладелец Servers.com Алексей Губарев подтвердил «Ведомостям», что сотрудничает с компанией, и отметил, что спустя 20 дней после запуска объем задействованных мощностей увеличится в 20 раз от первичных. В разговоре с РБК Губарев отметил, что новые сервера для Prisma ставят каждый день, сейчас их уже более сотни. Комментировать, получил ли он долю в проекте за предоставленное оборудование, Губарев отказался, отметив, что не может говорить об этом «на данном этапе».

Prisma — это «настоящий прорыв», считает управляющий партнер фонда GVA Vestor.in Павел Черкашин. «Команда смогла уместить огромную сложную техническую задачу в простое мобильное приложение. Потребитель, когда обрабатывает в нем фотографию, даже не осознает, какая огромная вычислительная работа стоит за этим действием, а результат выглядит настоящим чудом», — говорит Черкашин. Он уверяет, что «за этим будущее»: искусственный интеллект впервые массово применяется для решения творческих задач.

Разработка Prisma могла обойтись разработчикам в менее чем $100 тыс., оценивает Черкашин. Однако «железо», необходимое для поддержания и развития проекта, будет стоить еще сотни тысяч долларов — до $1 млн в год, на зарплаты потребуется еще около $2-3 млн в год, уточняет он. Черкашин считает, что Prisma может стать лидером нового рынка и достичь оценки в сотни миллионов долларов, поскольку в Кремниевой долине до сих пор были только технологические прототипы, которые «не смогли предложить быструю и бесплатную обработку с таким качеством».

**Кто прав**

Алексей Моисеенков, основатель проекта Prisma, работает менеджером по продукту в My.com, дочерней структуре Mail.Ru Group. В беседе с изданием «Ведомости» Моисеенков сообщил, что принял решение покинуть интернет-компанию. Представитель Mail.Ru Group сообщил РБК, что Моисеенков до сих пор является сотрудником холдинга. В интервью TJournal Моисеенков настаивал, что Prisma никак не связано с его профессиональной деятельностью и работой в Mail.Ru Group.

Источник, знакомый с Моисеенковым, утверждает, что Mail.Ru Group юридически не будет претендовать на Prisma. Другой источник, знакомый с основателем сервиса и акционерами Mail.Ru Group, говорит, что в интернет-холдинге пока нет решения, претендовать ли на долю в проекте. Теоретически Mail.Ru Group могла бы заявить о своих правах на приложение, поскольку в момент создания сервиса Моисеенков был сотрудником Mail.Ru Group, а само приложение в App Store оформлено на него же. В Mail.Ru Group верят в технологии нейросетей и планируют использовать их внутри других продуктов холдинга: например, ICQ и соцсетях «ВКонтакте» и «Одноклассники», уточнил источник РБК. При этом будет ли это продукт Моисеенкова или какие-то другие разработки в этой области, пока не ясно, отмечает собеседник РБК.

Представитель Mail.Ru Group отказался комментировать потенциальное сотрудничество с Prisma. На официальной странице холдинга в Facebook 19 июня появилась запись: «Уже неделю социальные сети и сторы взрывает приложение Prisma, созданное нашим сотрудником Алексеем Моисеенковым. Мы верим в колоссальные возможности нейросетей, успех Prisma открывает перед Mail.Ru Group новые горизонты. Мы поздравляем Алексея и других наших коллег, кто помогал ему с идеями».

Созданное приложение [Prisma] можно квалифицировать как «служебное произведение» и тогда по умолчанию оно принадлежит работодателю [Mail.Ru Group], считает советник адвокатского бюро «Егоров, Пугинский, Афанасьев и партнеры» Павел Садовский. Однако он оговаривается: в судах часто принимается во внимание трудовой договор сотрудника: входит ли в него разработка схожего по функционалу мобильного приложения, есть ли пересечения между созданным продуктом и служебными обязанностями и др.

С Садовским соглашается и старший юрист адвокатского бюро А2 Екатерина Ильина. По ее словам, если приложение было создано Моисеенковым не в рамках выполнения задания работодателя и не было связано с выполнением служебных обязанностей, то шансы перехода прав к Mail.ru Group невысоки. «Mail.ru Group придется доказывать, что при разработке приложения был использован программный код, являющийся собственностью компании. Для этого необходимо проведение экспертизы, результаты которой автор сможет оспорить через суд», — объясняет Ильина.

Фотомессенджеры сейчас на пике популярности. Сервис Snapchat, как стало известно в мае 2016 года, привлек $1,8 млрд в ходе нового раунда финансирования по предварительной оценке в $17,5 млрд, писал Techcrunch. Среди инвесторов — фонды Sequoia Capital, General Atlantic и др. Всего с момента основания Snapchat привлек более $2,6 млрд: сервис входит в топ-10 самых дорогих стартапов мира. В марте 2016 года соцсеть Facebook приобрела белорусскую компанию Masquerade, которая разработала приложение MSQRD, позволяющее накладывать фильтры на фотографии, в частности — лица известных людей. Сумма сделки не раскрывалась. Сейчас у приложения более 15 млн скачиваний.

Авторы: Алена Сухаревская, Полина Русяева.
Теги: Facebook , Instagram , мессенджер , фотографии , Mail.Ru Group , "Яндекс" , MSQRD , Techcrunch ...

P-F000145

12/4/2017          Чья Prisma :: Технологии и медиа :: Газета РБК

**Читайте также**



За что могут выгнать из-за стола в грузинской компании Стиль

P-F000146


10 стран с самой дешевой ипотекой Недвижимость


Секрет датского счастья прост — хюгге РБК и Philips


Бизнес с иностранцами: как разобраться в международном законодательстве РБК и Thomson Reuters

Яндекс. Директ


**Etvnet – Русское Телевидение 18**
etvnet.co
в США и Канаде. Широкий выбор каналов и большой архив. Быстрое подключение.


**Майами - Отели**
booking
Большой выбор. Удобный поиск. Бронируй отели в **Майами**


**Все для хорошего отдыха в Майами**
mymiam
Экскурсии в **Майами**, Туры по Флорид Отели, Круизы, Билеты на мероприятия.

Материалы по теме

Facebook после покупки белорусского MSQRD потребовала удалить маску Обамы Бизнес

Минский экспресс: зачем Facebook купил совсем молодой сервис MSQRD Технологии и медиа

Ди Каприо помог белорусскому приложению MSQRD войти в топ-5 App Store Технологии и медиа

Target

PG01

NEWSPAPER NO. 107 (2363) (2106)

TECHNOLOGIES AND MEDIA, JUNE 20, 2016, 17:01 214 964

Who owns Prisma

The photo editor app grows faster than Instagram and MSQRD

The Prisma application allows users to make photos look like the paintings of famous artists and has been installed over 650 thousand times during nine days. This is faster than the growth of Instagram and MSQRD acquired at different times by Facebook

Photo: Ingimage / Vostock-Photo

Kandinsky style

The Prisma application, created by Yandex and Mail.Ru Group team, appeared on the AppStore on June 11th: over the past days the service has become one of the most downloaded in the App Store in ten countries (Russia, Belarus, Moldova, Estonia, Kyrgyzstan, Latvia, Kazakhstan , Uzbekistan, Ukraine and Armenia), according to the data of App Annie analytical portal. The Prisma application was launched on June 11th, and by June 15th it was the top App in Russia. For now the application is only available for iPhone (Apple iOS operating system), the Android version should appear early in July.

For nine days the number of downloads in Russia alone reached 650,000, the creator of the application, Alexey Moiseenkov told the Vedomosti Newspaper. A source familiar with the app creator specified thatthe number of installations has already exceeded 750 thousand, and by June 21st it will reach 1 million. Until now, no money has been invested promoting Prisma; an RBC source close to the app creator said that the growth was spontaneous. The RBC spokesperson says that this is: "the fastest growth of an app in Russia, ever".

As a comparison: here's another popular photo app MSQRD (service was acquired by Facebook on March 2016) reached 500 thousand downloads for four weeks after it was launched, from December 17, 2015 until January 14, 2016. The world most popular photo messenger, Instagram, also owned by

Facebook also reached half a million downloads a month after launching , the Business Insider portal wrote: the service debuted in the App Store on October 6, 2010, and reported an audience of half a million people on November 1 of the same year. The representative of App Store has not yet responded to RBC'S request.

Prisma offers users 20 filters for processing photos in famous artwork style (e.g. like paintings of Marc Chagall or Van Gogh) or simply popular art styles. Unlike competitor services that use photo filters, Prisma uses technology of neural networks: the application does not apply filters to an image, but actually "redraws" the photo in a user-defined style. Because the image is recreated, and the photo is processed in the cloud, the process takes just a few seconds.

The app is free for users. On June 19 the number of Prisma fans reached 450 thousand, at peak load people uploaded 10-12 thousand photos per second, in a day "tens of millions" of images were uploaded, and RBC source familiar withMoiseenkov says. Moiseenkov noted in one of his Facebook posts that "at peak load", Prisma users uploaded 5,000 photos to the app for processing. Two RBC spokespersons claim that at the moment, the company is intentionally restricting its growth since the available capacities cannot cope with the load.

Servers for the app were originally provided by Servers.com, Moiseenkov noted. Alexey Gubarev, General Director and co-owner of Servers.com, confirmed to Vedomosti that he is cooperating with the company, and noted that 20 days after the launch, the volume of capacities involved will increase 20 times compared to the initial ones. In a conversation with RBC, Gubarev noted that new servers for Prisma are installed every day and right now, they exceed 100. Gubarev refused to comment on whether he received a share in the project for the equipment provided, noting that he could not talk about it "at this stage".

Pavel Cherkashin, the managing partner of GVA Vestor believes that Prisma is a "real breakthrough". "The team was able to fit a huge complex technical challenge into a simple mobile application. When a consumer processes a photo with it, he does not even realize what a huge amount of computing work supports this action, and the results look like a real miracle," Cherkashin said. He assures that "this is the future": artificial intelligence is used for the first time massively to solve creative problems.

The development of Prisma could cost less than $100 thousand for developers, Cherkashin estimates. However, the "hardware" needed to maintain and develop the project will cost hundreds of thousands of dollars more - up to $ 1 million a year; salaries will require another $ 2-3 million per year, he says. Cherkashin believes that Prisma may become the leader of the new market and reach an estimated hundreds of millions of dollars, since for now Silicon Valley only has technological prototypes that "could not offer fast and free processing with such quality".

Who is right

Alexey Moiseenkov, the founder of the Prisma project, works as My.com's product manager, a subsidiary of Mail.Ru Group. In a conversation with Vedomosti Moiseenkov, he said that he had decided to leave the Internet company. The representative of Mail.Ru Group informed RBC that Moiseenkov is still an employee of the holding company. In an interview with TJournal, Moiseenkov insisted that Prisma had nothing to do with his professional activities and his work at Mail.Ru Group.

A source familiar with Moiseenkov assures that Mail.Ru Group will not claim Prisma legally. Another source, which is familiar with the founder of the service and shareholders of Mail.Ru Group, says that the Internet holding company has not yet decided whether to claim shares in the project or not. Theoretically, Mail.Ru Group could claim the rights to the app, because at the time of its creation Moiseenkov was an employee of the Mail.Ru Group, and the app itself in the App Store was registered by him. At Mail.Ru Group they believe in the technology of neural networks and plan to use them in other products of the holding company: e.g. ICQ and social networks "VKontakte" and "Odnoklassniki", the RBC source specified. Whether this will be Moiseenkov's product or some other developments in this area it is not yet clear, the RBC'S spokesperson notes.

The representative of Mail.Ru Group declined to comment on a potential cooperation with Prisma. On the official Facebook page of the holding company there was an post on June 19th: "Already for a week, social networks and sites have been blown away by the Prisma app created by our employee Alexey Moiseenkov. We believe in the huge capabilities of neural networks, the success of Prisma opens up new horizons for Mail.Ru Group. We congratulate Alexey and our other colleagues who helped him with the ideas".

The newly created app [Prisma] can be called a "work of art" and then, by default, it belongs to the employer [Mail.Ru Group], says Pavel Sadovsky, counselor of the law firm "Egorov, Puginsky, Afanasiev & Partners". However he adds: the courts often take into account the employee's labor contract: whether it includes the development of a mobile app similar in functionality, are there any relationships between the created product and service duties etc.

The senior lawyer of A2 law firm Ekaterina Ilyina also agrees with Sadovsky. According to her, if the app was created by Moiseenkov on his own and not as part of his employment duties and was not connected with his performance of official duties, the probability of transferring rights to the Mail.ru Group is low. "Mail.ru Group will have to prove that when the app was being developed a software code was used, which is owned by the company. This will require an investigation whose results the author will be able to contest in the courts," Ilyina explains.

Photo messengers are now at the height of popularity. Snapchat service, as it became known in May 2016, attracted $ 1.8 billion in a new round of financing according to preliminary estimate of $ 17.5 billion, Techcrunch wrote. Sequoia Capital, General Atlantic, etc., are among the investors. Since its launch Snapchat has attracted over $ 2.6 billion: the service is among the top 10 most expensive start-ups in the world. In March 2016, the social network Facebook acquired the Belarusian company Masquerade, which developed the application MSQRD which allows adding filters to photos, in particular, the faces of famous people. The amount of the transaction was not disclosed. At this time, the app has been downloaded over 15 million times.

Authors: Alena Sukharevskaya, Polina Rusyayeva.

Tags: photos, messenger, Mail.Ru Group, Instagram, MSQRD, Facebook, Yandex ...

Read more at RBC:

https://www.rbc.ru/newspaper/2016/06/21/5767e5949a794743cad139ce

**Trusted Translations®**

September 20, 2018

## CERTIFICATE OF ACCURACY

To whom it may concern:

The document Excerpt from webpage url https://www.rbc.ru/newspaper/2016/06/21/5767e5949a794743cad139ce was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from **Russian** into **English** to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Account Manager

Project ID: 167969



66 West Flagler St. Suite 1200.
Miami, FL 33130
www.trustedtranslations.com

Phone: (877) 255-0717
Fax: (888) 883-6408
sales@trustedtranslations.com