# Exhibit 64

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Nick's article featured in Cloud Strategy magazine
**From:** Nick Dvas <dvas@servers.com>
**Date:** 2/25/2016 3:34 PM
**To:** Zach Cutler <zach@cutlerpr.co>
**BCC:** Michael Fomichev <fomichev@servers.com>, Olga Galkina <galkina@servers.com>

Zach,
I don't mean to be rude, but.

- 2k montly visits
- With an enormous share of SEO traffic
- referred by no one
- followed by 151!!! person on twitter
- even mother company http://www.bnpsolutions.com/bnp-brands/ is ashamed of it and does not list this brand

Can you please explain me how on earth second placement in this 'outlet' "will reach an influential audience". How it was worth my time spent on it?
I can only suggest you one thing. Fix this thing please. Do something to make me feel less ripped off. We're not signing any contract until I get some clear idea of how we can get something better than this. I might have not enough time to control day-to-day operations of you guys, but may I kindly ask you to treat me as an equal partner?

On 25 Feb 2016, at 20:53, Marilyn R. Gerber <marilyn@cutlerpr.co> wrote:

Hi, All... We're pleased to share that Nick's contributed piece about the "next big thing in cloud hosting" has posted in Cloud Strategy magazine. The placement looks terrific and will reach an Influential audience for Servers.com. Thanks very much for all the time and effort you put into this, Nick. Congrats! Best... Marilyn





EXHIBIT 24
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001214

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER





P-P001215

2/20/2018 5:04 PM