# Exhibit 68

**From:** Dolan, Charles
**Sent:** Wednesday, September 14, 2016 3:20 PM
**To:** Nick Dvas
**Subject:** FW: Interview with AppMaster/MyEmoji.com

Nick – FYI in case Alex asks you. This interview was set yp to focus on Alex and Servers.com. We are drafting up a strategic PR plan for MeEmoji which will also include the role of servers.com.

Chuck

charles h. dolan, jr
senior vice-president

kglobal
connecting issues + brands to passionate advocates

202-445-0422
http://kglobal.com/charles-dolan

**From:** "Jahamaliah, Modupeh" <modupeh.jahamaliah@kglobal.com>
**Date:** Wednesday, September 14, 2016 at 10:43 AM
**To:** Alexey Gubarev <alex@myemoji.com>
**Cc:** Charles Dolan <charles.dolan@kglobal.com>, "Malunda, Joe" <joe.malunda@kglobal.com>
**Subject:** Re: Interview with AppMaster/MyEmoji.com

Hi Alex—

I wanted to shoot you and let you know that we organized this interview based off of you as a thought leader. Our current pr plan is to present you as a thought leader, expert and businessman to the US market. You are an established businessman with a company that is continuing to grow. Although, MyEmoji would be great to discuss, this interview isn't centered around that. Once the interview occurs you are more than welcome to discuss MyEmoji and all other current work Servers.com is working on.

We currently have a media plan we are building for MyEmoji that we will send this afternoon. Since you will be on the plane do you want to schedule the interview for September 29th? Are you available then?

Please let me know if you have any questions.

Thanks,
Mo

**modupeh jahamaliah**
account executive

kglobal
public affairs · public relations

phone: 202.538.5875



1

CONFIDENTIAL

KGlobal 001163

Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

**From:** Alexey Gubarev <alex@myemoji.com>
**Date:** Wednesday, September 14, 2016 at 4:07 AM
**To:** "dmitry@myemoji.com" <dmitry@myemoji.com>
**Cc:** Modupeh Jahamaliah <modupeh.jahamaliah@kglobal.com>, Chuck Coursey <chuck@courseyco.com>, "Malunda, Joe" <joe.malunda@kglobal.com>
**Subject:** Interview with AppMaster/MyEmoji.com

Hello Dmitry,

I will be on the plane, but we can have spot then to present MyEmoji.com.

I copy our US team to arrange.

===========

2.   We have another window of opportunity that can take place this week, Thursday, September 15th. It is called App Master. App Master is the #1 mobile app podcast The interview would take place 4pm EST/10pm Cyprus time. Are you available then? The only other available time he has is September 29th.  Please let us know as soon as possible if you are available the 15th.

Alex.

2

CONFIDENTIAL

KGlobal 001164