# Exhibit 69

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: [BULK] Wall Street Journal
**From:** Alexey Gubarev <alex@xbt.com>
**Date:** 8/31/2016 5:57 PM
**To:** "Dolan, Charles" <charles.dolan@kglobal.com>
**CC:** Nick Dvas <dvas@servers.com>, Aleksei Trankov <trankov@servers.com>, "Malunda, Joe" <joe.malunda@kglobal.com>, "Jahamaliah, Modupeh" <modupeh.jahamaliah@kglobal.com>

Next one will be internal photo feed and then video.

> On Aug 31, 2016, at 7:15 PM, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>
> Any updates on Prisma video release? Bloomberg was asking.
>
> Sent from my iPhone



EXHIBIT 50
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

>> On Aug 31, 2016, at 8:54 AM, Alexey Gubarev <alex@xbt.com> wrote:
>>
>> Virool, we do not have major investments. Just I am LP in one of fund, which invest there.
>>
>>> On Aug 31, 2016, at 12:35 PM, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>>>
>>> Gentlemen:
>>>
>>> We have additional positive reaction to our outreach to targeted media outlets.
>>>
>>> Cat Zakrzewski a well known Technology reporter, who covers Venture Capital, with a specific focus on Cybersecurity, Artificial Intelligence, Consumer Technology and Virtual Reality for the prestigious "Wall Street Journal" is interested in interviewing Alex.
>>>
>>> Our media team provided the following pitch to generate interest by the "Wall Street Journal" journalist.
>>>
>>> *"We want to introduce a successful young Russian entrepreneur who's global company is based in the European Union. Aleksej Gubarev, CEO of XBT Holding, and CEO of the unique company servers.com. A company aimed at providing tailored solutions to startups Servers.com is a major investor of the wildly popular app Prisma and Virool,. Aleksej is available to talk about Prisma, Virool and the leadership role servers.com played in helping Prisma hit*

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

*the ground running ( initial buy in and servers at a low price). He is also a great resource for stories about the Russian tech, startup, business and entrepreneur scene."*

What are good days and times to organize an interview? Please note that she is based on the West Coast of U.S so we will be dealing with Pacific Time.

Best

Chuck, Joe and Mo

--

charles h. dolan, jr
senior vice-president

**kglobal**
connecting issues + brands to passionate advocates

202-445-0422
http://kglobal.com/charles-dolan

P-P001453