# Exhibit 71

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Tuesday, October 4, 2016 12:23 AM |
| **To:** | kara@recode.net |
| **Subject:** | Startup/Tech Industry Thought Leader |

Hi Kara—

I know you cover an array of topics within tech, but I noticed a few articles that you have written are about individuals within the tech industry. I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview. If you're not the right person to contact, please let me know as well.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

CONFIDENTIAL

KGlobal 002561

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Tuesday, October 4, 2016 12:14 AM |
| **To:** | michael@coindesk.com |
| **Subject:** | Startup/Tech Industry Thought Leader |

Hi Michael—

I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

KGlobal 002571

**From:** Jahamaliah, Modupeh
**Sent:** Tuesday, October 4, 2016 12:04 AM
**To:** akonrad@forbes.com
**Subject:** Startup/Tech Industry Thought Leader

Hi Alex—

I saw that you cover startups, venture capitalism and enterprises, and I thought you may be interested in speaking with
Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and
founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene,
stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and
Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

CONFIDENTIAL

KGlobal 002582

**From:**      Jahamaliah, Modupeh
**Sent:**      Tuesday, October 4, 2016 12:01 AM
**To:**        charlotte_jee@idg.co.uk
**Subject:**   Startup/Tech Industry Thought Leader

Hi Charlotte—

I know you typically cover digital reform in government, but I noticed a few articles that you have written are about individuals within the tech industry. I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview. If you're not the right person to contact, please let me know as well.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

KGlobal 002589

**From:**      Jahamaliah, Modupeh
**Sent:**      Monday, October 3, 2016 11:54 PM
**To:**        george@taborcommunications.com
**Subject:**   Startup/Tech Industry Thought Leader

Hi George—

I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com. I read your article in September about a Japanese bare metal cloud startup, and thought Aleksej and Servers.com may interest you.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

CONFIDENTIAL

KGlobal 002592

**From:**        Jahamaliah, Modupeh
**Sent:**        Monday, October 3, 2016 11:41 PM
**To:**          support@bizcommunity.com
**Subject:**     Startup/Tech Industry Thought Leader

Hi Endri—

I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com. I read your article in May about servers being reliable in order for startups to prosper.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

CONFIDENTIAL

KGlobal 002601

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Monday, October 17, 2016 7:02 PM |
| **To:** | roettgers@gmail.com |
| **Subject:** | Startup/Tech Industry Thought Leader |

Hi Janko—

I saw that you covered Oracle's cloud service last month, and I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com. He has been featured in Business Insider and Venture Beat with other pieces in Bloomberg, Forbes and Wall Street Journal pending.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

The news is **Russian entrepreneurs**. As you may know, Russian entrepreneurs like Alex and his team have developed many of this year's top apps. They are utilizing the gaming and tech platform as an opportunity to infiltrate the U.S. market using simple as apps that attract Millennials.

The real goal isn't to develop new flashy apps, but it's the bigger picture—the servers that these gamers, startups and small entrepreneurs need for data storage and to grow their businesses.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space? Alex is available to chat more about this, and I am more than happy to schedule an interview. Please contact me right away and I'll set it up.**



Thanks,

1

KGlobal 002326

Modupeh

**modupeh jahamaliah**
phone: 202.538.5875

CONFIDENTIAL

KGlobal 002327

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Monday, October 17, 2016 7:01 PM |
| **To:** | ahandy@bzmedia.com |
| **Subject:** | Startup/Tech Industry Thought Leader |

Hi Alex—

I saw that you covered Oracle's cloud service last month, and I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com. He has been featured in Business Insider and Venture Beat with other pieces in Bloomberg, Forbes and Wall Street Journal pending.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

The news is **Russian entrepreneurs**. As you may know, Russian entrepreneurs like Alex and his team have developed many of this year's top apps. They are utilizing the gaming and tech platform as an opportunity to infiltrate the U.S. market using simple as apps that attract Millennials.

The real goal isn't to develop new flashy apps, but it's the bigger picture—the servers that these gamers, startups and small entrepreneurs need for data storage and to grow their businesses.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space? Alex is available to chat more about this, and I am more than happy to schedule an interview. Please contact me right away and I'll set it up.**



Thanks,

1

CONFIDENTIAL

KGlobal 002339

Modupeh

**modupeh jahamaliah**
phone: 202.538.5875

CONFIDENTIAL

KGlobal 002340

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Monday, October 17, 2016 6:58 PM |
| **To:** | michael_muchmore@pcmag.com |
| **Subject:** | Startup/Tech Industry Thought Leader |

Hi Michael—

I saw that you covered PicsArt last month, and I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com. He has been featured in Business Insider and Venture Beat with other pieces in Bloomberg, Forbes and Wall Street Journal pending.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

The news is **Russian entrepreneurs**. As you may know, Russian entrepreneurs like Alex and his team have developed many of this year's top apps. They are utilizing the gaming and tech platform as an opportunity to infiltrate the U.S. market using simple as apps that attract Millennials.

The real goal isn't to develop new flashy apps, but it's the bigger picture—the servers that these gamers, startups and small entrepreneurs need for data storage and to grow their businesses.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space? Alex is available to chat more about this, and I am more than happy to schedule an interview. Please contact me right away and I'll set it up.**



Thanks,

1

CONFIDENTIAL

KGlobal 002347

Modupeh

**modupeh jahamaliah**
phone: 202.538.5875

CONFIDENTIAL

KGlobal 002348

**From:** Jahamaliah, Modupeh
**Sent:** Monday, October 17, 2016 6:51 PM
**To:** natasha@techcrunch.com
**Subject:** Startup/Tech Industry Thought Leader

Hi Natasha—

I saw that you covered Prisma earlier this month, and I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com. He has been featured in Business Insider and Venture Beat with other pieces in Bloomberg, Forbes and Wall Street Journal pending.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

The news is **Russian entrepreneurs**. As you may know, Russian entrepreneurs like Alex and his team have developed many of this year's top apps. They are utilizing the gaming and tech platform as an opportunity to infiltrate the U.S. market using simple as apps that attract Millennials.

The real goal isn't to develop new flashy apps, but it's the bigger picture—the servers that these gamers, startups and small entrepreneurs need for data storage and to grow their businesses.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space? Alex is available to chat more about this, and I am more than happy to schedule an interview. Please contact me right away and I'll set it up.**



Thanks,

1

CONFIDENTIAL

KGlobal 002352

Modupeh

**modupeh jahamaliah**
phone: 202.538.5875

CONFIDENTIAL

KGlobal 002353

**From:**       Jahamaliah, Modupeh
**Sent:**       Monday, October 3, 2016 10:41 PM
**To:**         barry@saltzmaneg.com
**Subject:**    Startup/Tech Industry Thought Leader

Hi Barry,

I recently read an article you wrote, and thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

**From:**       Jahamaliah, Modupeh
**Sent:**       Monday, October 3, 2016 10:40 PM
**To:**         lbelanger@entrepreneur.com
**Subject:**    Startup/Tech Industry Thought Leader

Hi Lydia,

I recently read an article you wrote, and thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

CONFIDENTIAL                                                    KGlobal 002050

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Tuesday, October 4, 2016 5:19 PM |
| **To:** | Bhatnagar, Parija |
| **Subject:** | Re: Startup/Tech Industry Thought Leader |

Hi Parija!

My colleague pitched to a couple of people at CNN Money, but had not heard back. I'll be sure to not pitch to anyone else.  Are you interested in speaking to Alex?

modupeh jahamaliah
phone: 202.538.5875

**From:** "Bhatnagar, Parija" <Parija.Bhatnagar@turner.com>
**Date:** Tuesday, October 4, 2016 at 12:07 PM
**To:** Modupeh Jahamaliah <modupeh.jahamaliah@kglobal.com>
**Subject:** RE: Startup/Tech Industry Thought Leader

Have you pitched him to others at cnnmoney?

Parija Kavilanz
**Senior Writer, CNNMoney**
**p:** (212).275.8029
**e:** parija.bhatnagar@turner.com
**t:**@parijakavilanz
1 Time Warner Center, 5th Floor,
NY, NY, 10019

**From:** Jahamaliah, Modupeh [mailto:modupeh.jahamaliah@kglobal.com]
**Sent:** Monday, October 03, 2016 6:56 PM
**To:** Bhatnagar, Parija <Parija.Bhatnagar@turner.com>
**Subject:** Startup/Tech Industry Thought Leader

Hi Parija—

I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**

1

KGlobal 002092



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

2

CONFIDENTIAL

KGlobal 002093

**From:**        Jahamaliah, Modupeh
**Sent:**        Monday, October 3, 2016 11:17 PM
**To:**          mark@recode.net
**Subject:**     Startup/Tech Industry Thought Leader

Hi Mark—

I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

KGlobal 001913

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Monday, October 3, 2016 10:56 PM |
| **To:** | martin.swant@adweek.com |
| **Subject:** | Startup/Tech Industry Thought Leader |

Hi Marty—

I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

KGlobal 001915

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Monday, October 3, 2016 10:56 PM |
| **To:** | parija.bhatnagar@turner.com |
| **Subject:** | Startup/Tech Industry Thought Leader |

Hi Parija—

I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

**From:** Jahamaliah, Modupeh
**Sent:** Monday, October 3, 2016 10:55 PM
**To:** ideas@upstartbusinessjournal.com
**Subject:** Startup/Tech Industry Thought Leader

Hi Teresa—

I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

CONFIDENTIAL

KGlobal 001919

**From:** Jahamaliah, Modupeh
**Sent:** Monday, October 3, 2016 10:54 PM
**To:** jason@inside.com
**Subject:** Startup/Tech Industry Thought Leader

Hi Jason—

I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

**From:**           Jahamaliah, Modupeh
**Sent:**           Monday, October 3, 2016 10:53 PM
**To:**             czinko@sfchronicle.com
**Subject:**        Startup/Tech Industry Thought Leader

Hi Carolyne—

I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

CONFIDENTIAL

KGlobal 001935

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Monday, October 3, 2016 10:52 PM |
| **To:** | kgallagher@journalsentinel.com |
| **Subject:** | Startup/Tech Industry Thought Leader |

Hi Kathleen—

I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

CONFIDENTIAL

KGlobal 001945

**From:** Jahamaliah, Modupeh
**Sent:** Wednesday, October 19, 2016 2:19 PM
**To:** vincent@slashgear.com
**Subject:** Startup/Tech Industry Thought Leader

Hi Ida—

I saw that you covered Prisma's video release this month, and I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com. He has been featured in Business Insider and Venture Beat with other pieces in Bloomberg, Forbes and Wall Street Journal pending.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

The news is **Russian entrepreneurs**. As you may know, Russian entrepreneurs like Alex and his team have developed many of this year's top apps. They are utilizing the gaming and tech platform as an opportunity to infiltrate the U.S. market using simple as apps that attract Millennials.

The real goal isn't to develop new flashy apps, but it's the bigger picture—the servers that these gamers, startups and small entrepreneurs need for data storage and to grow their businesses.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space? Alex is available to chat more about this, and I am more than happy to schedule an interview. Please contact me right away and I'll set it up.**



Thanks,

1

CONFIDENTIAL

KGlobal 001964

Modupeh

**modupeh jahamaliah**
phone: 202.538.5875

CONFIDENTIAL

KGlobal 001965

**From:** Jahamaliah, Modupeh
**Sent:** Monday, October 3, 2016 10:49 PM
**To:** aaron@relevance.com
**Subject:** Startup/Tech Industry Thought Leader

Hi Aaron—

I recently read an article you wrote and I noticed you focused on starting businesses and entrepreneurs. I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

CONFIDENTIAL

KGlobal 001967

**From:**          Jahamaliah, Modupeh
**Sent:**          Monday, October 3, 2016 10:43 PM
**To:**            lauren.covello@fortune.com
**Subject:**       Startup/Tech Industry Thought Leader

Hi Lauren—

I recently read an article you wrote and I noticed you focused on starting businesses and venture capitalism. I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

**From:**      Jahamaliah, Modupeh
**Sent:**      Monday, October 3, 2016 10:45 PM
**To:**        jacob@geekwire.com
**Subject:**   Startup/Tech Industry Thought Leader

Hi Jacob—

I recently read an article you wrote and I noticed you focused on starting businesses and entrepreneurs. I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1

| | |
|---|---|
| **From:** | Konrad, Alexander <AKonrad@forbes.com> |
| **Sent:** | Tuesday, October 4, 2016 2:39 AM |
| **To:** | Jahamaliah, Modupeh |
| **Subject:** | Re: Startup/Tech Industry Thought Leader |

Hi there, can you give me a sense of what this news coming up is?

Best,
Alex

Alex Konrad
Staff Writer
Forbes Magazine
(o): 212-367-4876
akonrad@forbes.com

---

**From:** Jahamaliah, Modupeh <modupeh.jahamaliah@kglobal.com>
**Sent:** Monday, October 3, 2016 5:03:36 PM
**To:** Konrad, Alexander
**Subject:** Startup/Tech Industry Thought Leader

Hi Alex—

I saw that you cover startups, venture capitalism and enterprises, and I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**

1

KGlobal 003100



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

2

KGlobal 003101