# Exhibit 72

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Next Conference call
**From:** Nick Dvas <dvas@servers.com>
**Date:** 8/2/2016 8:54 AM
**To:** "Dolan, Charles" <charles.dolan@kglobal.com>
**CC:** Aleksei Trankov <trankov@servers.com>, "Jahamaliah, Modupeh" <modupeh.jahamaliah@kglobal.com>, "Malunda, Joe" <joe.malunda@kglobal.com>

It is both this and next week, but our calls will remain on schedule :)

On 02 Aug 2016, at 17:28, Dolan, Charles <charles.dolan@kglobal.com> wrote:

> Hi – we had a very good call with Bloomberg yesterday. 40 Mins!
>
> alt was conducted in Russian and the reporter is going to send Alexey his notes rot make sure he got everything correct – always a good sign. He hopes to have the piece written by the end of the week.
>
> I can't remember when Nick said he was going on vacation. If it is next week - do you want to schedule a call for Friday morning out time?
>
> Best,
>
> Chuck
>
> --
>
> charles h. dolan, jr
> senior vice-president
>
> **kglobal**
> connecting issues + brands to passionate advocates
>
> 202-445-0422
> http://kglobal.com/charles-dolan

EXHIBIT 45
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001396