# Exhibit 74

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: ech Insider/not working
**From:** Alexey Gubarev <alex@xbt.com>
**Date:** 7/28/2016 9:12 AM
**To:** "Dolan, Charles" <charles.dolan@kglobal.com>
**CC:** Nick Dvas <dvas@servers.com>

trying to call, not working

## DIAL-IN INFORMATION:

Dial-in Number: 877-603-9176

Conference Code: 6045357165

> On Jul 28, 2016, at 6:01 PM, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>
> Gentlemen:
>
> Just heard from Alex Heath, from Tech Insider and he is available and we will send a call in number in the next 15 mins.
>
> Chuck
>
> --
>
> charles h. dolan, jr
> senior vice-president
>
> **kglobal**
> connecting issues + brands to passionate advocates
>
> 202-445-0422
> http://kglobal.com/charles-dolan



EXHIBIT 46
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243