# Exhibit 78

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Tuesday, October 11, 2016 1:33 PM |
| **To:** | Alexey Gubarev;Nick Dvas |
| **Cc:** | Dolan, Charles;Malunda, Joe |
| **Subject:** | Information on Forbes Reporter |

Hi Alex—

Please find information below about Alex Konrad, the Forbes reporter for your interview today at 12pm EST/7pm Cyprus time.
Refer to the calendar invitation for the conference number. If you have any questions, please be sure to reach out.

Thanks so much,
Mo

### Alex Konrad Bio:
I'm a staff writer covering venture capital, enterprise and NY startups. I make the Midas List and 30 Under 30 for VC. A short-lived but much-beloved former homepage editor at Forbes, I wrote for Fortune Magazine from 2010-2012 and was a proud WNYC intern before that.

### Relevant Articles:
Greylock Preaches Continuity As The Latest VC Firm To Raise Another $1 Billion Fund
Silicon Valley venture firm Greylock isn't alone in preaching continuity. But few tech investors can match Greylock's partnership in its execution.

With Greylock's fifteenth fund, announced early Tuesday morning, not much has changed. The firm will invest $1 billion in startups, just like its last fund. It will keep investing in those companies at their early stages, just as before. The partnership remains a flat one, without significant changes. The firm's cadence for backing companies? Also metronomic, at between 12 and 18 investments per year.

Partner James Slavet spoke to The New York Times and Business Insider. New partner Sarah Tavel chatted with Recode. Another partner, Josh Elman, got TechCrunch. The message, partner Asheem Chandna tells Forbes, is of "heavy continued focus." That means backing companies early and for large checks, adding them to the portfolio of more than 80 companies the firm works with at present and the more than 170 public companies it's backed in a 51 year history.

Metamorphic Ventures Rebrands As Compound, Raises $50 Million Fund To Back Startups On Both Coasts
For years, David Hirsch was Google's bridge to New York City, connecting it the media and finance markets. Then as an investor, he sought to do the same but in both directions, helping Silicon Valley and New York startups plug into the other market's networks and business partners.

Hirsch's firm Metamorphic Ventures found interest from fellow ex-Googlers and other operators who ran their own tech companies to support an early-stage fund that would "play offense" investing in companies that could benefit from that bridge, raising a $20 million fund in 2009 and then a $70 million fund in 2014. They bet on areas they knew well such as ad tech and digital marketplaces, backing companies such as Chango, Indiegogo, Tapad and Movable Ink. But when both of Hirsch's partners decided to move on from the firm, the startup helper faced his own founder's dilemma: shut down the business and move on to something new, or refresh the brand and look to keep its momentum under a new name and team.

1



EXHIBIT 55
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

CONFIDENTIAL                                    KGlobal 002476

[Cloud Startup Datadog's New App Monitoring Product Puts It On A Collision Course With New Relic](#)

One of cloud's fastest-growing startups and one if its recent IPO success stories are set on a collision course.

New Relic is a $2 billion public company and leader in application monitoring. Datadog is a fast-growing startup monitoring infrastructure at about a quarter of its size. Now as Datadog announces an application monitoring tool closer to New Relic's business on the heels of a similar challenge back at Datadog from the bigger player, both increasingly seem to believe that their futures are overlapped.

Since its 2010 launch, DataDog has emerged as one of New York City's brightest tech company stars, reaching more than 3,000 enterprise customers and swelling to 250 employees while raising nearly $150 million in funding that values the company at more than $600 million dollars, according to data from PitchBook. DataDog has grown to that size so quickly on the strength of its tools that monitor a company's infrastructure in the cloud. Whether they're using Amazon Web Services for computing or containers from startup unicorn Docker, DataDog provides customers with a big picture view of everything happening with their data and the servers they own or rent, allowing teams to work more efficiently and avoid unexpected surges in usage and cost. DataDog didn't continue to monitor performance and usage at the next level, the applications built and operated by those teams.

CONFIDENTIAL

KGlobal 002477