# Exhibit 79

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Wednesday, November 2, 2016 3:05 PM |
| **To:** | Alexey Gubarev;Nick Dvas |
| **Cc:** | Dolan, Charles;Malunda, Joe |
| **Subject:** | Information on WSJ |

Hi Alex—

Please find information below about Patience Haggin, the Wall Street Journal reporter for your interview Thursday, November 3 at 8:00am PT/11:00am ET/6:00pm Cyprus time.

Refer to the calendar invitation or below for the conference number. If you have any questions, please be sure to reach out.

Number: 877-603-9176 or 678-735-7092
Conference Code: 1569216323
Leader Pin (kglobal only): 5142

Thanks so much,
Mo

### Patience Haggin Bio:
I write for WSJ Pro Venture Capital, covering startups and investment in: media, gaming, ad tech, marketing tech, robotics, drones and connected devices.

### Recent Articles:
Coupa Software Soars in IPO as Market Cap Hits $1.5B
Shares of Coupa Software Inc. more than doubled in their stock market debut, lifting the company's market capitalization to more than $1.5 billion and marking the latest billion-dollar tech company to make a splash going public.

Last week data-center infrastructure company Nutanix Inc. also pulled off an IPO with a market cap twice as rich as investors made it in its last private valuation. Together, the Nutanix and Coupa deals gives late-stage investors confidence that high valuations can still be profitable if those gains hold.

Showing their faith in San Mateo, Calif.-based Coupa, which was valued at $1 billion in the private market, none of its main stockholders sold shares in the IPO.

Relayr Powers Up $23M Series B for Industrial IoT Sensors
Venture capitalists are placing more bets on the promise of the industrial Internet of Things.

If industrial companies that operate heavy machinery use sensors to monitor their equipment's performance and predict when their machines need maintenance, they can prevent a costly or dangerous breakdown—and do wonders for their insurer's bottom line.

That's why the corporate venture-capital arm of German reinsurance company Munich Re Group has made a $23 million strategic investment in relayr, a startup creating technologies for industrial customers to harness the Internet of Things.

1


EXHIBIT 56
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

CONFIDENTIAL
KGlobal 002427

Berlin-based relayr makes sensors that monitor industrial equipment to gather data or predict when machines will need maintenance, along with software and consulting services to help enterprise customers use them.

Rovio Veterans' Educational Games Startup Raises €2.8M Seed

Much of the team behind the hit mobile game "Angry Birds" has flocked to Lightneer, an educational games startup that has raised €2.8 million ($3.16 million) in seed funding.

GSV Acceleration led the round, providing €1.8 million ($2.03 million). IPR.VC provided €1 million ($1.13 million).

Peter Vesterbacka, the former brand ambassador for Angry Birds nicknamed "Mighty Eagle," joined Lightneer as its "brand breaker," or company evangelist.

"We will create learning games that are actually fun and don't use learning as an excuse for making not-so-fun games. Learning games have to be just as fun, just as good as an Angry Birds or a Pokémon Go," Mr. Vesterbacka wrote in an email. He invested in Lightneer's earlier seed round and has been a board member since its founding, but joined the company full-time in September.

CONFIDENTIAL

KGlobal 002428