# Exhibit 82

| | |
|---|---|
| From: | Alexey Gubarev <alex@myemoji.com> |
| Sent: | Wednesday, September 14, 2016 3:32 PM |
| To: | Jahamaliah, Modupeh |
| Cc: | Dolan, Charles;Malunda, Joe |
| Subject: | Re: Interview with AppMaster/MyEmoji.com |

> I wanted to shoot you and let you know that we organized this interview based off of you as a thought leader. Our current pr plan is to present you as a thought leader, expert and businessman to the US market. You are an established businessman with a company that is continuing to grow. Although, MyEmoji would be great to discuss, this interview isn't centered around that. Once the interview occurs you are more than welcome to discuss MyEmoji and all other current work Servers.com is working on.

I see, OK.

> We currently have a media plan we are building for MyEmoji that we will send this afternoon. Since you will be on the plane do you want to schedule the interview for September 29th? Are you available then?

Yes, please move it then.

> Please let me know if you have any questions.

Could you send press release for My Emoji for review?

Alex.

> Thanks,
> Mo
>
> modupeh jahamaliah
> account executive
>
> kglobal
> public affairs + public relations
>
> phone: 202.538.5875
> Twitter: @modupehbella
> kglobal.com/modupeh-jahamaliah
>
> From: Alexey Gubarev <alex@myemoji.com>
> Date: Wednesday, September 14, 2016 at 4:07 AM
> To: "dmitry@myemoji.com" <dmitry@myemoji.com>
> Cc: Modupeh Jahamaliah <modupeh.jahamaliah@kglobal.com>, Chuck Coursey

1

CONFIDENTIAL                                                                                                    KGlobal 003135

<chuck@courseyco.com>, "Malunda, Joe" <joe.malunda@kglobal.com>
**Subject:** Interview with AppMaster/MyEmoji.com

Hello Dmitry,

I will be on the plane, but we can have spot then to present MyEmoji.com.

I copy our US team to arrange.

===========

2. We have another window of opportunity that can take place this week, Thursday, September 15th. It is called App Master. App Master is the #1 mobile app podcast The interview would take place 4pm EST/10pm Cyprus time. Are you available then? The only other available time he has is September 29th. Please let us know as soon as possible if you are available the 15th.

Alex.

2

CONFIDENTIAL
KGlobal 003136