# Exhibit 87

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

From: "Leonid Bershidsky (BLOOMBERG/ NEWSROOM:)" <lbershidsky@bloomberg.net>
To: alex@servers.com
Cc:
Bcc:
Date: Tue, 1 Nov 2016 10:09:12 -0000
Subject: Re: Вопрос

и все три выглядят не вполне законно, вы это имеете в виду?

---

Sent from Bloomberg Professional for Android

----- Original Message -----
From: Alexey Gubarev <alex@servers.com>
At: 01-Nov-2016 06:06:55

всего три варианта

There is at least three possibilities to get log of DNS queries:

1. access to the all traffic between "Trump" servers and Internet
2. access to the DNS resolvers for the "Trump" servers or to NS servers
3. access to the root DNS servers

**Vixie wrote central strands of the DNS code that makes the internet work. After studying the logs, he concluded, "The parties were communicating in a secretive fashion."**

Actually here is a nice whitepaper about DNS tunneling from the SANS.
https://www.sans.org/reading-room/whitepapers/dns/detecting-dns-tunneling-34152

I suppose "secretive" channel can be detected based on logs. But here is another question HOW "security experts" got logs, if they sniff all traffic or they had access to resolvers/DNS root. It will affect a fullness of communication log

Важное - если у них был доступ к logs прямо на сервере, насколько можно доверять логам вообще :)
их можно подделать, ну и симулировать DNS атаку мы уже написали очень просто, достаточно найти сервер хуево настроенный в альфабанке

On Nov 1, 2016, at 12:04 PM, Leonid Bershidsky (BLOOMBERG/ NEWSROOM:) <lbershidsky@bloomberg.net> wrote:

спасибо. то есть главный вопрос, если я верно понял, -- как они получили доступ к логам?

---

Sent from Bloomberg Professional for Android

----- Original Message -----
From: Alexey Gubarev <alex@servers.com>
At: 01-Nov-2016 05:58:27

Наша мнение, история притянута за уши просто пиздец

Some of the most trusted DNS specialists—an elite group of malware hunters, who work for private contractors—have access to nearly comprehensive logs of communication between servers. They work in close concert with internet service

EXHIBIT 3
WIT Alexsei Gubarev
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

P-H000076

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

providers, the networks through which most of us connect to the internet, and the ones that are most vulnerable to massive attacks. To extend the traffic metaphor, these scientists have cameras posted on the internet's stoplights and overpasses.

But what he saw was a bank in Moscow that kept irregularly pinging a server registered to the Trump Organization on Fifth Avenue. More data was needed, so he began carefully keeping logs of the Trump server's DNS activity. As he collected the logs, he would circulate them in periodic batches to colleagues in the cybersecurity world.

since they work for firms trusted by corporations and law enforcement to analyze sensitive data.

Is it means that somebody had full access to bypassing traffic to the "Trump" servers?

"I've never seen a server set up like that," says Christopher Davis, who runs the cybersecurity firm HYAS InfoSec Inc. and won a FBI Director Award for Excellence for his work tracking down the authors of one of the world's nastiest botnet attacks. "It looked weird, and it didn't pass the sniff test." But now this capacious server handled a strangely small load of traffic, such a small load that it would be hard for a company to justify the expense and trouble it would take to maintain it. "I get more mail in a day than the server handled," Davis says.

What was a sniff test?
How they derermine an amount of traffic passed through servers? Are they got unauthorized access again?

When the researchers pinged the server, they received error messages. They concluded that the server was set to accept only incoming communication from a very small handful of IP addresses.

There is again questions to the security experts, isn't there a common practice to run a firewall on each server instance?

Spectrum accounted for a relatively trivial portion of the traffic. Eighty-seven percent of the DNS lookups involved the two Alfa Bank servers.

How they got this numbers (87% from what lookups?) Show the logs what you speaking about to the community and community will proof or decline your conclusions

There is at least three possibilities to get log of DNS queries:

1. access to the all traffic between "Trump" servers and Internet
2. access to the DNS resolvers for the "Trump" servers or to NS servers
3. access to the root DNS servers

Vixie wrote central strands of the DNS code that makes the internet work. After studying the logs, he concluded, "The parties were communicating in a secretive fashion."

Actually here is a nice whitepaper about DNS tunneling from the SANS.
https://www.sans.org/reading-room/whitepapers/dns/detecting-dns-tunneling-34152

I suppose "secretive" channel can be detected based on logs. But here is another question HOW "security experts" got logs, if they sniff all traffic or they had access to resolvers/DNS root. It will affect a fullness of communication log

Moreover, IF logs is genuine, there is a two more possibilities:

P-H000077

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

1. Somebody run open DNS-resolver in "AlphaBank" network and accidentally this resolver was used for DNS resolving
2. Somebody run misconfigured DNS server in "AlphaBank" network and had been involved into DNS Amplification attack (https://www.us-cert.gov/ncas/alerts/TA13-088A). Most likely in this scenario ANYBODY can create ANY request to ANY server in Internet

On Nov 1, 2016, at 11:17 AM, Leonid Bershidsky (BLOOMBERG/ NEWSROOM:) <lbershidsky@bloomberg.net> wrote:

Спасибо!

---

Sent from Bloomberg Professional for Android

----- Original Message -----
From: Alexey Gubarev <alex@servers.com>
At: 01-Nov-2016 05:16:39

Нашел данные
пишу тебе экспертное заключение с моими сотрудниками

> On Nov 1, 2016, at 9:42 AM, Leonid Bershidsky (BLOOMBERG/ NEWSROOM:) <lbershidsky@bloomberg.net> wrote:
>
> Алексей, здравствуйте. У меня к вам вопрос как к специалисту. Не знаю, попадалась ли вам на глаза вот эта статья http://www.slate.com/articles/news_and_politics/cover_story/2016/10/was_a_server_registered_to_the_trump_organization_communicating_with_russia.html. Это большой скандал в рамках американской предвыборной кампании -- якобы сервер, зарегстрированный на компанию Дональда Трампа, был задействован в какой-то секретной коммуникации с серверами российского Альфа Банка. вы не могли бы помочь мне разобраться в технических деталях того, что здесь описано?
> Спасибо.
> С уважением,
> Леонид Бершидский,
> Bloomberg View

---

Sent from Bloomberg Professional for Android

P-H000078