# Exhibit 89

| | |
|---|---|
| **From:** | Alexey Gubarev <alex@servers.com> |
| **Sent:** | Thursday, December 15, 2016 7:05 AM |
| **To:** | Dolan, Charles |
| **Cc:** | Nick Dvas |
| **Subject:** | Re: Report on our efforts |
| **Attachments:** | Servers.com 3 Month Web Traffic Data.pdf |

Dear Dolan,

Thanks for report. Indeed we have some changes, but as you know major interviews do not happen and was not publish yet,
even I am personally trying to convince them (Forbes/WSJ).

We was expect much more publicity as you can imagine for 75,000 USD which we spend already.
At this moment, we see it is not working as was planned by you and it is too expensive to pay this amount for 1-2 major newspapers every three month.

Alex.

> On Dec 12, 2016, at 7:04 PM, Dolan, Charles <charles.dolan@kglobal.com> wrote:

## Gentlemen:

I hope all is well. I am attaching a report on the communications work we did for Servers.com. This does not include research, messaging and media training but represents the actual scheduling of media interviews. When we first met, I thought that blogs and social media would be useful to building your brand. However, when I returned with my team for the two-day session it became apparent that social media was not something that you and your team had much interest in. Therefore, after the benefit of two days of learning the details of your business we pivoted with a new strategy

1



EXHIBIT 60
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

CONFIDENTIAL

KGlobal 000586

and focused on pitching to targeted mainstream publications with a larger audience.

In order to accomplish this, we needed to develop interesting angles, such as Servers.com's role in the development of Prisma and Alex's role as a thought leader in the industry. We were successful with some very influential outlets, including *Business Insider*, *Forbes*, *Bloomberg*, *Venture Beat*, *Yahoo Finance* and *Wall Street Journal*, in getting coverage of Servers.com. While not always the main focus of the story, you are and Servers.com is mentioned and when people Google Servers.com, these stories appear. By being a part of a larger story and designated as an innovative company and thought leader, we have increased your visibility and credibility.

We have attached a chart with raw data from Compete, which provides evidence of significant growth of web traffic to Servers.com from August 2016 to October 2016. I believe that coverage of your role in the industry and other angles which included Servers.com in the story, had an impact on the increase in web traffic. This brief contract facilitated increasing the media coverage of Servers.com and contributed to building your credibility and brand.

By continuing working together to focus on your target audience we can accomplish the following:

CONFIDENTIAL                                                                                                           KGlobal 000587

- **Continue to Raise Brand Awareness** - Supplementing any direct marketing and advertising efforts, and help increase your website's rank in Google so people can more readily find your business.

- **Attract New Customers** - When your products or services receive press coverage, your brand gains credibility among customers. A positive news story about your business (even a mention as being part of powering an app) can influence customers to choose your brand's product or service over competitors.

- **Attract Investors** - A carefully planned public relations strategy can generate positive media coverage, giving you a better negotiating position with potential investors. Additionally, well-executed PR makes your business appear larger and more established, which can help secure partnerships and funding.

- **Attract Employees** – Public relations can help attract prospective employees. By marketing your business as an industry

3

leader, you appeal to qualified individuals who wish to be employed by a successful business. For example, more people want to work for Google because of its recognition and reputation as a credible and leader within the industry. Public relations marketing helps your business grow internally as well as externally.

I also believe that we can continue to generate this type of mainstream coverage aimed at your targeted audience of potential clients. Public relations can generate interest, but it must be sustained and built upon. I would welcome the opportunity to discuss how we might continue to work together to build upon the efforts of the last few months. I look forward to following up with you.

All the best,

Chuck

charles h. dolan, jr
senior vice-president

**kglobal**
connecting issues + brands to passionate advocates

202-445-0422

CONFIDENTIAL

http://kglobal.com/

5

CONFIDENTIAL

KGlobal 000590