# Exhibit 90

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Reputation management services
**From:** Nick Dvas <dvas@servers.com>
**Date:** 12/21/2016 8:00 AM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**CC:** Alexey Gubarev <alex@servers.com>

Alright,
please ask to send an invoice for $20k, and we hope, we're never using that, and will have some more pleasant activities to spend on instead.

> On Dec21 2016, at 17:57, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>
> Gentlemen:
>
> We performed crisis services for the famous German kim dot com – who was profiled on 60 Minutes for having a server from which online pirates stored stolen videos and other materials – as well the first significant print advertising fraud case in the U.S.
>
> I have met with the team and we believe that Servers.Com needs to get in front of the story and define your role as a victim of this fraud who has offered to fully cooperate with the authorities to help bring the perpetrators to justice. In order to do this, you need to act fast before an inaccurate report provides a negative version of Servers.com's role in this fraud.
>
> We can assist with drafting a statement, talking points and e-mail to your customers as well as providing an American Spokesperson to be your primary contact for interested journalist and to help brand the company as multinational. We will coordinate our messages and activities with your legal team.

EXHIBIT 61
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001526

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Given the recent controversy over Russian hacking in the U.S. election and the fact that this is the biggest digital ad fraud uncovered to date, we would expect additional stories and an eventual reference to Servers.com. That's why it is important to define your role as one of the victims of this fraud early on.

Our crisis services begin with a $35,000 initial non-refundable retainer, however given our work with you we will offer this service for $20,000.
Our rates are $350 an hour which are billed against that.

Our team is willing to work over the Holiday period which have already begun here.


I am available to organize a call today to discuss in more detail.

Best,


Chuck




**From:** Nick Dvas <dvas@servers.com>
**Date:** Wednesday, December 21, 2016 at 4:31 AM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**Cc:** Alexey Gubarev <alex@servers.com>
**Subject:** Reputation management services

Hello Chuck,
we might need some of your services.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Yesterday, a series of publications were made:

http://www.forbes.com/sites/thomasbrewster/2016/12/20/methbot-biggest-ad-fraud-busted/#76094984ca8c
http://fortune.com/2016/12/20/methbot-ad-fraud/
http://www.nytimes.com/2016/12/20/technology/forgers-use-fake-web-users-to-steal-real-ad-revenue.html?_r=0
http://money.cnn.com/2016/12/20/technology/ad-fraud-online-methbot/

It turned out that this network was using our servers. We were completely unaware of the nature of their business, and performed our actions in a very transparent and legal manner. We have shut down this customer immediately upon publication

It is possible that some curious journalist might eventually find out that the servers were ours, and our name might start appearing in this context. It is very obvious we would like to avoid that since regardless of the fact that there was no wrongdoing in our actions, the publication of such nature might make harm to our reputation.

We need your help to establish control on the media field in this aspect, and not to let our name be stained.

Can you please tell us,
- are you taking this kind of a job,
- if yes, what is the general course of action you're planning to execute
- and what will be the retainer for that.

Thank you.