# Exhibit 95

| US$ | ACTUAL Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Annual - 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER | | | | CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER | | | | CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER | | | | |
| **REVENUE** | | | | | | | | | | | | | |
| Managed Servers (MMR) - Revenue | $ 1,932,240.15 | $ 2,128,162.70 | $ 2,146,987.08 | $ 2,146,569.02 | $ 2,258,852.77 | $ 2,080,990.34 | $ 2,213,384.34 | $ 1,850,106.47 | $ 1,938,550.99 | $ 1,826,780.49 | $ 1,690,411.80 | $ 1,523,648.54 | $ 23,736,684.69 |
| Co-Location - Revenue | $ 80,850.66 | $ 87,847.82 | $ 70,773.03 | $ (19,680.21) | $ 31,625.05 | $ 39,372.11 | $ 35,921.72 | $ 55,923.34 | $ 55,283.52 | $ 75,837.71 | $ 240,246.99 | $ 271,633.89 | $ 1,025,634.63 |
| Bandwidth - Revenue | $ 672,831.50 | $ 691,786.56 | $ 782,204.85 | $ 853,216.66 | $ 647,900.25 | $ 730,041.39 | $ 661,436.62 | $ 1,037,289.95 | $ 855,498.00 | $ 856,287.19 | $ 840,188.00 | $ 743,990.71 | $ 9,373,671.68 |
| Shared / VPS / Cloud - Revenue | $ 96,490.23 | $ 117,943.31 | $ 101,334.16 | $ 93,424.73 | $ 109,571.52 | $ 116,706.01 | $ 107,218.43 | $ 105,174.36 | $ 127,201.11 | $ 110,265.61 | $ 93,397.16 | $ 93,397.16 | $ 1,283,429.96 |
| Sale of Equipments - Revenue | $ 51,036.20 | $ 53,000.00 | $ 53,000.00 | $ - | $ 100,000.00 | $ 58,674.27 | | $ 104,225.19 | $ 64,777.05 | $ 104,763.33 | $ 47,602.23 | $ 305,530.53 | $ 784,845.47 |
| Other Income | $ 2,397.05 | $ 2,080.31 | $ 3.35 | $ 1,152.22 | $ 35.14 | $ 44.36 | $ 4,184.10 | $ 207.27 | $ 314.47 | $ 978.02 | $ 0.01 | $ 6,843.27 | $ 18,239.56 |
| **TOTAL REVENUE** | **$ 2,835,845.79** | **$ 3,080,820.70** | **$ 3,101,302.47** | **$ 3,074,682.42** | **$ 3,147,984.73** | **$ 3,025,828.47** | **$ 3,022,145.21** | **$ 3,152,926.58** | **$ 3,041,625.13** | **$ 2,864,646.74** | **$ 2,928,653.64** | **$ 2,945,044.10** | **$ 36,221,506.00** |


DEFENDANT'S EXHIBIT
32
5/11/18
PENGAD 800-631-6989

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

| | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | Annual - 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ACTUAL | | | | | | | |
| **Revenue** | | | | | | | | | | | | | |
| Managed Servers (MMR) - Revenue | $ 1,630,903.22 | $ 1,495,022.38 | $ 1,704,117.48 | $ 1,585,752.58 | $ 1,508,978.24 | $ 1,460,418.95 | $ 1,558,935.10 | $ 1,517,627.69 | $ 1,466,593.39 | $ 1,534,783.82 | $ 1,662,872.11 | $ 1,691,579.18 | $ 18,817,584.14 |
| Co-Location - Revenue | $ 363,156.66 | $ 279,733.90 | $ 330,182.76 | $ 292,712.11 | $ 316,846.57 | $ 363,967.21 | $ 303,650.47 | $ 289,501.83 | $ 343,112.18 | $ 317,584.96 | $ 326,342.47 | $ 112,006.18 | $ 3,638,297.30 |
| Bandwidth - Revenue | $ 583,990.36 | $ 944,992.38 | $ 652,299.99 | $ 673,471.32 | $ 631,872.26 | $ 608,857.80 | $ 708,106.28 | $ 689,520.77 | $ 622,259.18 | $ 656,521.30 | $ 621,958.57 | $ 625,204.99 | $ 8,019,055.20 |
| Shared / VPS - Revenue | $ 84,957.77 | $ 133,857.37 | $ 68,937.89 | $ 80,504.77 | $ 71,562.02 | $ 67,029.01 | $ 74,734.15 | $ 74,671.19 | $ 58,030.08 | $ 84,853.52 | $ 104,662.17 | $ 67,655.20 | $ 971,455.14 |
| Sale of Equipment - Revenue | $ 200,416.59 | $ - | $ 241,574.27 | $ 25,878.83 | $ 0.01 | $ 292.33 | $ - | $ - | $ 59,337.42 | $ - | $ 7,737.38 | $ 1,958.23 | $ 539,195.06 |
| Cloud Servers - Revenue | $ 33,954.36 | $ 18,763.13 | $ 15,420.73 | $ 18,985.65 | $ 18,849.07 | $ 19,535.87 | $ 22,539.84 | $ 23,352.15 | $ 29,789.40 | $ 25,390.96 | $ 29,168.00 | $ 45,360.33 | $ 301,109.49 |
| Content Delivery Network - Revenue | $ - | $ - | $ - | $ - | $ - | $ 356.81 | $ - | $ - | $ - | $ - | $ 111,880.30 | $ - | $ 112,237.11 |
| Web & Application Development - Revenue | $ 5,530.18 | $ 2,653.43 | $ 12,833.24 | $ 2,568.60 | $ 10,672.74 | $ 7,197.22 | $ 2,095.49 | $ 2,401.16 | $ 4,381.01 | $ 1,885.37 | $ 1,845.24 | $ - | $ 54,063.68 |
| Dedicated Servers - Revenue | $ 32,325.76 | $ 35,147.34 | $ 14,001.03 | $ 12,839.96 | $ 12,028.35 | $ 15,838.36 | $ 15,900.49 | $ 14,141.13 | $ 17,273.34 | $ 15,648.49 | $ 16,620.60 | $ 292,510.60 | $ 494,275.45 |
| Other Income | $ 7,566.52 | $ 5,068.93 | $ 5,619.35 | $ 5,695.89 | $ 4,496.06 | $ 15,741.10 | $ 6,026.51 | $ 7,652.19 | $ 20,657.89 | $ 19,537.96 | $ 25,464.47 | $ 54,316.39 | $ 177,843.26 |
| Domains - Revenue | $ 33,841.37 | $ 1,935.91 | $ 22,139.99 | $ 3,868.38 | $ 7,110.63 | $ 18,049.53 | $ 3,491.29 | $ 5,541.83 | $ 18,004.49 | $ 3,575.14 | $ 6,831.25 | $ 22,958.91 | $ 147,348.72 |
| Discounts Allowed | $ - | $ 359.04 | $ 28.26 | $ 137.45 | $ - | $ 99.56 | $ 1.13 | $ - | $ 98.04 | $ 7.56 | $ 7.56 | $ 5,327.41 | $ 6,058.45 |
| **TOTAL REVENUE** | $ 2,976,642.79 | $ 2,917,533.81 | $ 3,069,154.99 | $ 2,702,415.54 | $ 2,582,415.95 | $ 2,577,383.75 | $ 2,695,480.75 | $ 2,624,409.94 | $ 2,639,536.42 | $ 2,659,781.52 | $ 2,915,390.12 | $ 2,918,877.42 | $ 33,279,023.00 |
| One time revenue | | | | | | | | | | | | $ 5,500,000.00 | $ 5,500,000.00 |
| **Grand Total** | | | | | | | | | | | | $ 8,418,877.42 | $ 38,779,023.00 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

| Revenue | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | 2016 Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Managed Servers (MMR) - Revenue | $ 2,125,690.35 | $ 2,257,118.68 | $ 2,262,562.66 | $ 2,352,909.60 | $ 2,126,659.31 | $ 2,172,798.29 | $ 2,216,607.15 | $ 2,384,115.09 | $ 3,499,830.74 | $ 3,589,569.90 | $ 3,645,644.88 | $ 3,800,667.18 | $ 32,434,173.83 |
| Co-Location - Revenue | $ 90,692.84 | $ 88,826.32 | $ 101,044.97 | $ 109,344.30 | $ 101,614.54 | $ 104,227.81 | $ 101,648.18 | $ 105,068.58 | $ 107,499.59 | $ 108,533.59 | $ 101,464.07 | $ 107,487.95 | $ 1,227,452.75 |
| Bandwidth - Revenue | $ 336,192.36 | $ 288,777.33 | $ 400,639.91 | $ 525,752.24 | $ 596,081.67 | $ 617,840.72 | $ 591,451.17 | $ 529,257.68 | $ 544,647.52 | $ 567,647.85 | $ 544,699.95 | $ 481,510.20 | $ 6,024,498.60 |
| Shared / VPS - Revenue | $ 90,534.78 | $ 96,588.81 | $ 82,412.97 | $ 82,930.34 | $ 80,532.39 | $ 69,191.58 | $ 79,160.69 | $ 72,053.97 | $ 68,765.62 | $ 99,374.67 | $ 101,503.31 | $ 193,265.36 | $ 1,116,414.49 |
| Sale of Equipment - Revenue | $ | $ 2,288.24 | $ 757.98 | $ 1,870.39 | $ | $ 5,106.45 | $ 385,700.42 | $ | $ 7,204.84 | $ 32,602.75 | $ 6,427.24 | $ | $ 241,958.31 |
| Cloud Servers - Revenue | $ 69,043.59 | $ 59,156.03 | $ 93,888.88 | $ 89,507.45 | $ 74,170.69 | $ 80,552.79 | $ 60,746.36 | $ 87,943.52 | $ 111,786.31 | $ 92,655.46 | $ 63,694.53 | $ 76,489.88 | $ 959,634.49 |
| Content Delivery Network - Revenue | $ 128,883.20 | $ 68,996.29 | $ 127,766.50 | $ 344,520.99 | $ 429,826.03 | $ 399,545.43 | $ 617,204.59 | $ 658,902.11 | $ 462,192.10 | $ 472,038.71 | $ 477,725.23 | $ 492,749.41 | $ 4,680,350.59 |
| Web & Application Development - Revenue | $ 1,836.00 | $ 224.84 | $ 676.12 | $ 329.69 | $ 6,542.91 | $ | $ | $ | $ | $ | $ | $ | $ 9,609.56 |
| Dedicated Servers - Revenue | $ 53,286.83 | $ 51,361.98 | $ 89,867.47 | $ 83,046.46 | $ 214,525.40 | $ 243,670.84 | $ 165,335.69 | $ 256,989.33 | $ 229,056.47 | $ 212,304.51 | $ 228,736.03 | $ 225,340.38 | $ 2,053,521.39 |
| Other Income | $ 45,169.92 | $ 21,590.47 | $ 11,879.47 | $ 61,748.27 | $ 55,109.69 | $ 53,913.42 | $ 71,900.01 | $ 59,930.23 | $ 58,987.53 | $ 72,915.59 | $ 86,401.99 | $ 59,076.40 | $ 658,622.99 |
| Domains - Revenue | $ 12,517.43 | $ 12,928.40 | $ 29,895.41 | $ 22,303.37 | $ 22,726.70 | $ 38,104.35 | $ 19,181.39 | $ 42,925.63 | $ 22,619.96 | $ 20,292.31 | $ 46,749.33 | $ 30,889.72 | $ 321,134.00 |
| Discounts Allowed | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | |
| **TOTAL REVENUE** | $ 2,953,847.30 | $ 2,947,857.39 | $ 3,201,392.34 | $ 3,674,263.10 | $ 3,707,789.33 | $ 3,784,951.68 | $ 4,108,934.65 | $ 4,197,186.14 | $ 5,112,590.68 | $ 5,267,935.34 | $ 5,303,046.56 | $ 5,467,576.49 | $ 49,727,371.00 |

| | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER | | | | | CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER | | | | | CONFIDENTIAL INFORMATION PURSUANT TO PROTEC | | |
| **Revenue** | | | | | | | | | | | | | |
| Managed Servers (MMR) - Revenue | $3,251,254.03 | $2,338,969.66 | $2,920,031.27 | $2,988,139.49 | $3,051,219.26 | $3,654,873.73 | $4,258,445.38 | $4,299,133.11 | $4,399,133.11 | $4,258,445.38 | $4,299,133.11 | $4,399,133.11 | $44,117,910.64 |
| Co-Location - Revenue | 109,763.74 | 114,203.12 | 116,400.87 | 118,215.67 | 121,096.17 | 119,640.90 | 117,478.15 | 128,255.95 | 138,255.95 | 117,478.15 | 128,255.95 | 138,255.95 | 1,467,300.57 |
| Bandwidth - Revenue | 391,924.72 | 391,815.53 | 385,195.02 | 387,503.74 | 392,379.46 | 436,060.03 | 396,913.30 | 463,150.93 | 493,150.93 | 396,913.30 | 463,150.93 | 493,150.93 | 5,091,308.82 |
| Shared / VPS - Revenue | 103,547.83 | 64,060.50 | 73,847.58 | 68,211.97 | 57,564.82 | 53,026.20 | 31,779.70 | 69,024.52 | 69,024.52 | 31,779.70 | 69,024.52 | 69,024.52 | 759,916.38 |
| Sale of Equipment - Revenue | 48,562.89 | | 16,267.66 | 25,611.97 | 18,501.72 | 7,090.67 | 49,311.85 | 13,278.47 | 13,278.47 | 49,311.85 | 13,278.47 | 13,278.47 | 267,772.49 |
| Cloud Servers - Revenue | 71,190.90 | 77,770.37 | 86,807.42 | 73,231.27 | 69,470.74 | 70,686.80 | 81,673.97 | 80,067.97 | 80,067.97 | 81,673.97 | 80,067.97 | 80,067.97 | 933,577.12 |
| Content Delivery Network - Revenue | 62,075.53 | 206,639.78 | 172,737.50 | 147,138.48 | 127,190.57 | 125,555.11 | 114,373.87 | 124,303.46 | 126,303.46 | 114,373.87 | 124,303.46 | 126,303.46 | 1,571,294.55 |
| Web & Application Development - Revenue | 6,302.85 | | | | | 7,367.50 | 9,400.80 | 1,900.00 | 1,900.00 | 9,400.80 | 1,900.00 | 1,900.00 | 40,071.95 |
| Dedicated Servers - Revenue | 188,010.46 | 118,532.48 | 21,098.04 | 118,366.76 | 214,479.89 | 102,644.99 | 189,399.76 | 140,025.83 | 152,025.83 | 189,399.76 | 140,025.83 | 152,025.83 | 1,726,035.46 |
| Other Income | 56,619.86 | 49,798.39 | 57,817.14 | 62,751.32 | 116,256.19 | 101,297.08 | 78,034.22 | 96,711.03 | 99,711.03 | 78,034.22 | 96,711.03 | 99,711.03 | 993,452.54 |
| Domains - Revenue | 33,796.46 | 48,984.37 | 57,850.32 | 28,570.64 | 33,655.99 | 49,226.39 | 29,200.92 | 30,235.24 | 32,275.24 | 29,200.92 | 30,235.24 | 32,275.24 | 435,506.97 |
| Discounts Allowed | - | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **TOTAL REVENUE** | $4,321,849.27 | $3,410,774.20 | $3,908,052.82 | $4,017,741.31 | $4,201,814.81 | $4,727,465.40 | $5,356,011.92 | $5,446,086.51 | $5,605,126.51 | $5,356,011.92 | $5,446,086.51 | $5,605,126.51 | $57,404,147.69 |



TIVE ORDER