# Exhibit 96

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

| Month | Revenue |
|---|---|
| 15-Oct | $ 17,153.90 |
| 15-Nov | $ 32,564.98 |
| 15-Dec | $ 45,334.60 |
| 16-Jan | $ 65,553.58 |
| 16-Feb | $ 76,004.11 |
| 16-Mar | $ 131,223.34 |
| 16-Apr | $ 190,194.50 |
| 16-May | $ 170,335.63 |
| 16-Jun | $ 170,379.19 |
| 16-Jul | $ 169,760.98 |
| 16-Aug | $ 170,633.81 |
| 16-Sep | $ 170,220.72 |
| 16-Oct | $ 170,569.33 |
| 16-Nov | $ 398,883.72 |
| 16-Dec | $ 311,752.17 |
| Total | $ 2,290,564.56 |



Anderson
EXHIBIT NO. 1
fmw 5-31-18