# Exhibit 97

Anderson EXHIBIT NO. 6 jms 5-31-18

| US$ | CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER ACTUAL Jan-14 | Feb-14 | Mar-14 | Apr-14 | CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER May-14 | Jun-14 | Jul-14 | Aug-14 | CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER Sep-14 | Oct-14 | Nov-14 | Dec-14 | Annual 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUE | | | | | | | | | | | | | |
| Managed Servers (MMR) - Revenue | $ 1,932,240.15 | $ 2,128,162.70 | $ 2,146,987.08 | $ 2,146,569.02 | $ 2,258,852.77 | $ 2,080,990.34 | $ 2,213,384.34 | $ 1,850,106.47 | $ 1,938,550.99 | $ 1,826,780.49 | $ 1,690,411.80 | $ 1,523,648.54 | $ 23,736,684.69 |
| Co-Location - Revenue | $ 80,850.66 | $ 87,847.82 | $ 70,773.03 | $ (19,680.21) | $ 31,625.05 | $ 39,372.11 | $ 35,921.72 | $ 55,923.34 | $ 55,283.52 | $ 75,837.71 | $ 240,245.99 | $ 271,633.89 | $ 1,025,634.63 |
| Bandwidth - Revenue | $ 672,831.50 | $ 691,786.56 | $ 782,204.85 | $ 853,216.66 | $ 647,900.25 | $ 730,041.39 | $ 661,436.62 | $ 1,037,289.95 | $ 855,498.00 | $ 856,287.19 | $ 840,188.00 | $ 743,990.71 | $ 9,372,671.68 |
| Shared / VPS / Cloud - Revenue | $ 96,490.23 | $ 117,943.31 | $ 101,334.16 | $ 93,424.73 | $ 109,571.52 | $ 116,706.01 | $ 107,218.43 | $ 105,174.36 | $ 127,201.11 | $ 104,763.33 | $ 110,205.61 | $ 93,397.16 | $ 1,283,429.96 |
| Sale of Equipments - Revenue | $ 51,036.20 | $ 53,000.00 | $ — | $ — | $ 100,000.00 | $ 58,674.27 | $ 104,225.19 | $ 104,225.19 | $ 64,777.05 | $ — | $ 47,602.23 | $ 305,530.53 | $ 784,845.47 |
| Other Income | $ 2,397.05 | $ 2,080.31 | $ 3.35 | $ 1,152.22 | $ 35.14 | $ 44.36 | $ 4,184.10 | $ 207.27 | $ — | $ 314.47 | $ 978.02 | $ 0.01 | $ 6,843.27 |
| | | | | | | | | | | | | | $ 18,239.56 |
| TOTAL REVENUE | $ 2,835,845.79 | $ 3,080,820.70 | $ 3,101,302.47 | $ 3,074,682.42 | $ 3,147,984.73 | $ 3,025,828.47 | $ 3,022,145.21 | $ 3,152,926.58 | $ 3,041,625.13 | $ 2,864,646.74 | $ 2,928,653.64 | $ 2,945,044.10 | $ 36,221,506.00 |



CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

| Revenue | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | Annual - 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Managed Servers (MMR) - Revenue | $1,630,903.22 | $1,495,022.38 | $1,704,117.48 | $1,585,752,258 | $1,508,978.24 | $1,460,418.95 | $1,558,935.10 | $1,517,627.69 | $1,466,593.39 | $1,534,783.82 | $1,662,872.11 | $1,691,579.18 | $18,817,584.14 |
| Co-Location - Revenue | 363,156.66 | 279,733.90 | 330,182.76 | 292,712.11 | 316,846.57 | 363,967.21 | 303,650.47 | 289,501.83 | 343,112.18 | 317,584.96 | 326,342.47 | 112,006.18 | 3,638,797.30 |
| Bandwidth - Revenue | 583,990.36 | 944,992.38 | 652,299.99 | 673,471.32 | 631,872.26 | 608,857.80 | 708,106.28 | 689,520.77 | 622,259.18 | 656,521.30 | 621,958.57 | 625,204.99 | 8,019,055.20 |
| Shared / VPS - Revenue | 84,957.77 | 133,857.37 | 68,937.89 | 80,504.77 | 71,562.02 | 67,029.01 | 74,734.15 | 74,671.19 | 58,030.08 | 84,853.52 | 104,662.17 | 67,655.20 | 971,455.14 |
| Sale of Equipment - Revenue | 200,416.59 | | 243,574.27 | 25,878.83 | 0.01 | 292.33 | | | 59,337.42 | | 7,737.38 | 1,958.23 | 539,195.06 |
| Cloud Servers - Revenue | 33,954.36 | 18,763.13 | 15,420.73 | 18,985.65 | 18,849.07 | 19,535.87 | 22,539.84 | 23,352.15 | 29,789.40 | 25,390.96 | 29,168.00 | 45,360.33 | 301,109.49 |
| Content Delivery Network - Revenue | | | | | | 356.81 | | | | | 111,880.30 | | 112,237.11 |
| Web & Application Development - Revenue | 5,530.18 | 2,653.43 | 12,833.24 | 2,568.60 | 10,672.74 | 7,197.22 | 2,095.49 | 2,401.16 | 4,381.01 | 1,885.37 | 1,845.24 | | 54,063.68 |
| Dedicated Servers - Revenue | 32,325.76 | 35,147.34 | 14,001.03 | 12,839.96 | 12,028.35 | 15,838.36 | 15,900.49 | 14,141.13 | 17,273.34 | 15,648.49 | 16,620.60 | 292,510.60 | 494,275.45 |
| Other Income | 7,566.52 | 5,068.93 | 5,619.35 | 5,695.89 | 4,496.06 | 15,741.10 | 6,026.51 | 7,652.19 | 20,657.89 | 19,537.96 | 25,464.47 | 54,316.39 | 177,843.26 |
| Domains - Revenue | 33,841.37 | 1,935.91 | 22,139.99 | 3,868.38 | 7,110.63 | 18,049.53 | 3,491.29 | 5,541.83 | 18,004.49 | 3,575.14 | 6,831.25 | 22,958.91 | 147,348.72 |
| Discounts Allowed | | 359.04 | 28.26 | 137.45 | | 99.56 | 1.13 | | 98.04 | | 7.56 | 5,327.41 | 6,058.45 |
| TOTAL REVENUE | $2,976,642.79 | $2,917,533.81 | $3,069,154.99 | $2,702,415.54 | $2,582,415.95 | $2,577,383.75 | $2,695,480.75 | $2,624,409.94 | $2,639,536.42 | $2,659,781.52 | $2,915,390.12 | $2,918,877.42 | $33,279,023.00 |
| One time revenue | | | | | | | | | | | | $5,500,000.00 | 5,500,000.00 |
| Grand Total | | | | | | | | | | | | $8,418,877.42 | 38,779,023.00 |

| | CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER | | | CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER | | | | CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | 2016 Annual |
| **Revenue** | | | | | | | | | | | | | |
| Managed Servers (MMR) - Revenue | $ 2,125,690.35 | $ 2,257,118.68 | $ 2,262,562.66 | $ 2,352,909.60 | $ 2,126,659.31 | $ 2,172,798.29 | $ 2,216,607.15 | $ 2,384,115.09 | $ 3,499,830.74 | $ 3,589,569.90 | $ 3,645,644.88 | $ 3,800,667.18 | $ 32,434,173.83 |
| Co-Location - Revenue | 90,692.84 | 88,826.32 | 101,044.97 | 109,344.30 | 101,614.54 | 104,227.81 | 101,648.18 | 105,068.58 | 107,499.59 | 108,533.59 | 101,464.07 | 107,487.96 | $ 1,227,452.75 |
| Bandwidth - Revenue | 336,192.36 | 288,777.33 | 400,639.91 | 525,752.24 | 596,081.67 | 617,840.72 | 591,451.17 | 529,257.68 | 544,647.52 | 567,647.85 | 544,699.95 | 481,510.20 | $ 6,024,498.60 |
| Shared / VPS - Revenue | 90,534.78 | 96,588.81 | 82,412.97 | 82,930.34 | 80,532.39 | 69,191.58 | 79,160.69 | 72,053.97 | 68,765.62 | 99,374.67 | 101,503.31 | 193,365.36 | $ 1,116,414.49 |
| Sale of Equipment - Revenue | | 2,288.24 | 757.98 | 1,870.39 | 5,106.45 | | 185,700.42 | | 7,204.84 | 32,602.75 | 6,427.24 | | $ 241,958.31 |
| Cloud Servers - Revenue | 69,043.59 | 59,156.03 | 93,888.88 | 89,507.45 | 74,170.69 | 80,552.79 | 60,745.36 | 87,943.52 | 111,786.31 | 92,655.46 | 63,694.53 | 76,489.88 | $ 959,634.49 |
| Content Delivery Network - Revenue | 128,883.20 | 68,996.29 | 127,766.50 | 344,520.99 | 429,826.03 | 399,545.43 | 617,204.59 | 658,902.11 | 462,192.10 | 472,038.71 | 477,725.23 | 492,749.41 | $ 4,680,350.59 |
| Web & Application Development - Revenue | 1,836.00 | 224.84 | 676.12 | 329.69 | 6,542.91 | | | | | | | | $ 9,609.56 |
| Dedicated Servers - Revenue | 53,286.83 | 51,361.98 | 89,867.47 | 83,046.46 | 214,525.40 | 243,670.84 | 165,335.69 | 256,989.33 | 229,056.47 | 212,304.51 | 228,736.03 | 225,340.38 | $ 2,053,521.39 |
| Other Income | 45,169.92 | 21,590.47 | 11,879.47 | 61,748.27 | 55,109.69 | 53,913.42 | 71,900.01 | 59,930.23 | 58,987.53 | 72,915.59 | 86,401.99 | 59,076.40 | $ 658,622.99 |
| Domains - Revenue | 12,517.43 | 12,928.40 | 29,895.41 | 22,303.37 | 22,726.70 | 38,104.35 | 19,181.39 | 42,925.63 | 22,619.96 | 20,292.31 | 46,749.33 | 30,889.72 | $ 321,134.00 |
| Discounts Allowed | | | | | | | | | | | | | |
| **TOTAL REVENUE** | $ 2,953,847.30 | $ 2,947,857.39 | $ 3,201,392.34 | $ 3,674,263.10 | $ 3,707,789.33 | $ 3,784,951.68 | $ 4,108,934.65 | $ 4,197,186.14 | $ 5,112,590.68 | $ 5,267,935.34 | $ 5,303,046.56 | $ 5,467,576.49 | $ 49,727,371.00 |

| Revenue | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Managed Servers (MMR) - Revenue | $ 3,251,254.03 | $ 2,338,969.66 | $ 2,920,031.27 | $ 2,988,139.49 | $ 3,051,219.26 | $ 3,654,873.73 | $ 4,258,445.38 | $ 4,299,133.11 | $ 4,399,133.11 | $ 4,258,445.38 | $ 4,299,133.11 | $ 4,399,133.11 | $ 44,117,910.64 |
| Co-Location - Revenue | 109,763.74 | 114,203.12 | 116,400.87 | 118,215.67 | 121,096.17 | 119,640.90 | 117,478.15 | 128,255.95 | 138,255.95 | 117,478.15 | 128,255.95 | 138,255.95 | 1,467,300.57 |
| Bandwidth - Revenue | 391,924.72 | 391,815.53 | 385,195.02 | 387,503.74 | 392,379.46 | 436,060.03 | 396,913.30 | 463,150.93 | 493,150.93 | 396,913.30 | 463,150.93 | 493,150.93 | 5,091,308.82 |
| Shared / VPS - Revenue | 103,547.83 | 64,060.50 | 73,847.58 | 68,211.97 | 57,564.82 | 53,026.20 | 31,779.70 | 69,024.52 | 69,024.52 | 31,779.70 | 69,024.52 | 69,024.52 | 759,916.38 |
| Sale of Equipment - Revenue | 48,562.89 | | 16,267.66 | 25,611.97 | 18,501.72 | 7,090.67 | 49,311.85 | 13,278.47 | 13,278.47 | 49,311.85 | 13,278.47 | 13,278.47 | 267,772.49 |
| Cloud Servers - Revenue | 71,990.90 | 77,770.37 | 86,807.42 | 73,231.27 | 69,470.74 | 70,686.80 | 81,673.97 | 80,067.97 | 80,067.97 | 81,673.97 | 80,067.97 | 80,067.97 | 933,577.32 |
| Content Delivery Network - Revenue | 62,075.53 | 206,639.78 | 172,737.50 | 147,138.48 | 127,190.57 | 125,551.11 | 114,373.87 | 126,303.46 | 126,303.46 | 114,373.87 | 124,303.46 | 126,303.46 | 1,571,294.55 |
| Web & Application Development - Revenue | 6,302.85 | | | | | 7,367.50 | 9,400.80 | 1,900.00 | 1,900.00 | 9,400.80 | 1,900.00 | 1,900.00 | 40,071.95 |
| Dedicated Servers - Revenue | 188,010.46 | 118,532.48 | 21,098.04 | 118,366.76 | 214,479.89 | 102,644.99 | 189,399.76 | 140,025.83 | 152,025.83 | 189,399.76 | 140,025.83 | 152,025.83 | 1,726,035.46 |
| Other Income | 56,619.86 | 49,798.39 | 57,817.14 | 62,751.32 | 116,256.19 | 101,297.08 | 78,034.22 | 96,711.03 | 99,711.03 | 78,034.22 | 96,711.03 | 99,711.03 | 993,452.54 |
| Domains - Revenue | 33,796.46 | 48,984.37 | 57,850.32 | 28,570.64 | 33,655.99 | 49,226.39 | 29,200.92 | 30,235.24 | 32,275.24 | 29,200.92 | 30,235.24 | 32,275.24 | 435,506.97 |
| Discounts Allowed | | | | | | | | | | | | | |
| TOTAL REVENUE | $ 4,323,849.27 | $ 3,410,774.20 | $ 3,908,052.82 | $ 4,017,741.31 | $ 4,201,814.81 | $ 4,727,465.40 | $ 5,356,011.92 | $ 5,446,086.51 | $ 5,605,126.51 | $ 5,356,011.92 | $ 5,446,086.51 | $ 5,605,126.51 | $ 57,404,147.69 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

TIVE ORDER