# Exhibit 99

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Draft - Servers.com Statement and Q&A
**From:** Nick Dvas <dvas@servers.com>
**Date:** 12/23/2016 6:07 AM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**CC:** Alexey Gubarev <alex@servers.com>

Hi Chuck,
The guidelines are just fine.

But please, update us on the line you're going to pursue when contacting WhiteOps and Krebs.

And remember once more, our idea is to sacrifice Webzilla in favour of Servers.com here as long as we're not nailed down to talk about Servers.com specifically.

> On Dec23 2016, at 15:20, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>
> If you are ok with the messages no need to tie you up with a call. Just let me know and we will draft q&a for your review.
>
> Sent from my iPhone
>
> On Dec 23, 2016, at 5:20 AM, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>
>> Gentlemen:
>>
>> Please let us know on the 10:00 am Call if these messages work and we will incorporate them into Q&A format.
>>
>> One other question and you should probably consult with your attorney – are you able and willing to offer the name and other information about the individual in question to the authorities?
>>
>> Best,
>>
>> Chuck
>>
>> **From:** Charles Dolan <charles.dolan@kglobal.com>
>> **Date:** Thursday, December 22, 2016 at 6:41 PM
>> **To:** Nick Dvas <dvas@servers.com>
>> **Cc:** Alexey Gubarev <alex@servers.com>
>> **Subject:** Draft - Servers.com Statement and Q&A
>>
>> Gentlemen:
>>
>> Let's discuss this first draft tomorrow.

EXHIBIT 66
WIT: Nikolay Dvas
DATE: May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001540

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Please feel free to send me any reaction ahead of the call.

Best,

Chuck

P-P001541