# Exhibit 100

**From:** Dolan, Charles
**Sent:** Wednesday, December 28, 2016 12:55 AM
**To:** Nick Dvas;Alexey Gubarev
**Cc:** Jahamaliah, Modupeh;Malunda, Joe;Petropoulos, Stefanie
**Subject:** White ops and Krebs

I spoke with Krebs today and he was fine. The main question he had was when the contract started. I provided that information to him after a follow-up call to Nick.

He said he was still trying to determine whether it is worth a follow up story, but did not seem overly interested in Webzilla's role, once he learned that you were a victim and financially liable for contractual agreements related to the account even after you suspended the account. He also seemed to appreciate the call.

I have a call and an e-mail into White Ops. Will try them again tomorrow.

In terms of the Russian media, I have a very capable woman that I have worked with in Moscow. She is a native Russian speaker and I recently worked with her on a trip for 50 international CEO's to Moscow.

I'll follow up with White ops and you tomorrow.

Best,

Chuck



EXHIBIT 69
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

1

CONFIDENTIAL                                                                                                    KGlobal 003443