# Exhibit 102

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Most funny staff in my life :)
**From:** Alexey Gubarev <alex@xbt.com> boundary="Apple-Mail=_9D2173F4-2871-4984-82DC-2B6A87555C3F"
**Date:** 1/11/2017 12:50 AM
**To:** "Dolan, Charles" <charles.dolan@kglobal.com>
**CC:** Nick Dvas <dvas@servers.com>

Hello,

One friend send me this report. Looks like due to my comment in Bloomberg, they use this connection and try to put my name there.

I decide to start a legal case again this company btw., need to found out who is make this stupid report.

Let me know what we can do on that.

Alex.

https://assets.documentcloud.org/documents/3259984/Trump-Intelligence-Allegations.pdf

---- Screen Shot 2017-01-11 at 10.39.31 AM.png ----

> 3. ▮▮▮▮▮▮▮▮▮▮ reported that over the period March-September 2016 a company called XBT/Webzilla and its affiliates had been using botnets and porn traffic to transmit viruses, plant bugs, steal data and conduct "altering operations" against the Democratic Party leadership. Entities linked to one Aleksei GUBAROV were involved and he and another hacking expert, both recruited under duress by the FSB, Seva KAPSUGOVICH, were significant players in this operation. In Prague, COHEN agreed contingency plans for various scenarios to protect the operation, but in particular what was to be done in the event that Hillary CLINTON won the presidency. It was important in this event that all cash payments owed were made quickly and discreetly and that cyber and other operators were stood down/able to go effectively to ground to cover their traces. (We reported earlier that the involvement of political operatives Paul MANAFORT and Carter PAGE in the secret TRUMP-Kremlin liaison had been exposed in the media in the run-up to Prague and that damage limitation of these also was discussed by COHEN with the Kremlin representatives).



EXHIBIT 81
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P000001

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Most fu... 

Attachments:

| | |
|---|---|
| Trump-Intelligence-Allegations.pdf | 18.7 MB |
| Screen Shot 2017-01-11 at 10.39.31 AM.png | 330 KB |