# Exhibit 103

**From:**           Nick Dvas <dvas@servers.com>
**Sent:**           Thursday, January 12, 2017 3:43 PM
**To:**           Dolan, Charles
**Cc:**           Alexey Gubarev;Daria Pritvorova (Donchenko);Grabowski, Gene
**Subject:**           Re: Corrected  Statement

If that's agreed, can you please send the final version

> On Jan12 2017, at 17:35, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>
> Nick – yes I agree. And in terms of branding – please get logo and Amsterdam address signature for all e-mails ASAP.
>
> Thx
>
> Chuck
>
> **From:** Nick Dvas <dvas@servers.com>
> **Date:** Thursday, January 12, 2017 at 10:32 AM
> **To:** Charles Dolan <charles.dolan@kglobal.com>
> **Cc:** Alexey Gubarev <alex@xbt.com>, "Daria Pritvorova (Donchenko)" <pritvorovad@gmail.com>, "Grabowski, Gene" <gene.grabowski@kglobal.com>
> **Subject:** Re: Corrected Statement
>
> Hi Chuck,
>
> that looks fine. But, there is one question. Should not we substitute "XBT Holding was connected to the emails leaked" with "XBT Holding and its officials were connected to the emails leaked"? I am asking because we want to protect not only XBT/Webzilla brands, but personal brand of Alex, which happens to be our most valuable asset in terms of branding right now.
>
>> On Jan12 2017, at 17:22, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>>
>>
>> Statement for Website
>>
>> Online publication Buzzfeed published an unsubstantiated report on Tuesday, January 10, that alleged XBT Holding was connected to the emails leaked from the Democratic Party in the United States. XBT Holding absolutely denies having had any connection with this activity and is taking legal action against the parties responsible for creating the report.



EXHIBIT 86
WIT Nikolay Dvas
DATE May 17 2018
BRENDA MATZOV CA CSR 9243

1

CONFIDENTIAL

KGlobal 000122

There has been absolutely no involvement by XBT or any of its subsidiaries with the people or alleged activities in this unsubstantiated report. In fact, XBT companies provide online server capacity for their customers and wouldn't be involved in the kind of activity alleged in the account published by Buzzfeed.

XBT Holding management believes that the information presented in the report, as well as the media that distribute this information cannot be accounted as credible. Our management condemns these activities and has offered to fully cooperate with law enforcement officials investigating this matter.

XBT Holding is filing a lawsuit for libel against Christopher Steele, who reportedly compiled the report. The court will take place in the United Kingdom.

2

CONFIDENTIAL

KGlobal 000123