# Exhibit 104

De Volkskrant investeert elk jaar 25 miljoen euro in topjournalistiek    ABONNEREN

# deVolkskrant

# Nederlands bedrijf duikt op in 'geheime' Trump-memo's

Rus staat aan roer Nederlands webbedrijf

Webzilla, een Nederlands bedrijf dat webdiensten aanbiedt, een zogeheten hostingprovider, dook deze week op in het rapport dat in de nacht van dinsdag op woensdag uitlekte met compromitterende informatie over Donald Trump. Het bedrijf wordt in het rapport een 'faciliterende rol' toegedicht, zonder dat hier overigens bewijs voor wordt geleverd.

**Huib Modderkolk en Tom Kreling** 11 januari 2017, 19:28

Foto epa

Directeur van XBT Holding is de 36-jarige Rus Aleksej Gubarev. Wie de eigenaren van XBT zijn, is onbekend. In het rapport dat in de nacht van dinsdag op woensdag uitlekte wordt op de laatste pagina de 'faciliterende' rol van Gubarev en zijn Webzilla beschreven. Hij zou door de Russische geheime dienst FSB zijn gerekruteerd samen met een andere hacking-expert. Het bedrijf zou volgens het rapport geholpen hebben bij het verspreiden van virussen en het stelen van data en andere operaties tegen de Democraten.

Experts, onder meer van het Nederlandse beveiligingsbedrijf Fox-IT, hebben echter grote twijfels bij de vermeende rol van XBT/Webzilla bij de Russische hackoperaties. Het correspondeert namelijk niet met de reeds bekende handelswijze van aan Rusland gelieerde hackers. Die doen er juist alles aan om via kleine, vage bedrijfjes serverruimte


EXHIBIT 6A
WIT Jochem Steman
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

miljoenenbedrijf een faciliterende rol laten spelen oogt in dat opzicht als veel te risicovol. De kans dat die betrokkenheid uitlekt, is groot.

Het bedrijf zelf laat weten dat het op geen enkele wijze betrokken is bij 'eventuele hacks' en dat er niet wordt samengewerkt met Russische veiligheidsdiensten.



LEES OOK:

Kremlin: Amerikaanse beschuldigingen over hacks doen denken aan heksenjacht.

Inlichtingendiensten VS: 'Poetin gaf opdracht om verkiezing te beïnvloeden'.

Eerder was er al sprake dat een priveserver van een Nederlandse onderzoeker mogelijk gebruikt zou zijn bij Russische hacks.

Vlak voor Kerst schreef Bert Lanting: Nieuw bewijs: Russische inlichtingendienst achter hack Democraten.

## Aantrekkelijk

Webzilla bv is in 2007 opgericht en is lang een klein, marginaal bedrijfje met een eigen vermogen van ongeveer 2,5 ton euro. Tot het in de zomer van 2011 werd overgenomen door XBT, van Gubarev en zijn zakenpartners. Daarna groeide het bedrijf hard in Nederland, zo blijkt uit jaarrekeningen van de Kamer van Koophandel. Webzilla leende miljoenen om uit te breiden, waarmee het een serieuze speler werd in Nederland. Onbekend is wie deze leningen verstrekte. In 2015 had Webzilla een omzet van ruim 10 miljoen dollar ( 9,5 miljoen euro) en behaalde het een winst van ruim 4 ton.

Het bedrijf biedt dataservers aan en beheert ook data van grote bedrijven. Omdat Webzilla in Nederland nog geen eigen datacentrum heeft, huurt het bedrijf zelf weer capaciteit in bij onder meer Leaseweb. Webzilla is inmiddels begonnen met de bouw van een eigen datacentrum in Amsterdam-Zuidoost. Het moederbedrijf, XBT, is in de laatste jaren sterk gegroeid en inmiddels actief op vier continenten, waaronder in de Verenigde Staten.

   

angst voor repercussies, dat het aantrekkelijk zou kunnen zijn voor bijvoorbeeld de Russische geheime dienst om een bedrijf als Webzilla te kunnen gebruiken, omdat ze 'een goede, globale infrastructuur hebben' en ze met mensen kunnen werken die loyaal zijn.

## Wall Street Journal

De Volkskrant kreeg op 24 december kennis van het rapport. Een journalist van The Wall Street Journal kwam een dag voor Kerst naar Nederland met een kopie van het rapport. Hij had in het rapport de link met het Nederlandse bedrijf gelezen en vloog hierheen om te kijken of hij informatie bevestigd kon krijgen.

De Amerikaanse journalist vroeg hierbij hulp van de Volkskrant. Met hem is geprobeerd verschillende onderdelen te verifiëren. Dat is ingewikkeld omdat de informatie in het rapport met name gebaseerd lijkt te zijn op gesproken bronnen, die informatie hebben gedeeld. Omdat het nog niet gelukt is beweringen hard te maken, besloten we tot op heden om geen informatie uit het rapport te publiceren.

**MEER OVER** WEBZILLA ECONOMIE, BUSINESS EN FINANCIËN
MISDAAD, RECHT EN JUSTITIE ECONOMISCHE SECTOR POLITIEK MISDAAD
COMPUTERCRIMINALITEIT BEDRIJFSINFORMATIE

Cultuur & Media

**INTERVIEW**

De nieuwe

 Start
 Best gelezen
 Net binnen
 Krant
o o o Meer

# Witte de With weet nu al dat ze kritiek gaat krijgen



**KUNST** PRENT, MEME EN EMOJI

## De golf van Hokusai. Ook wie hem niet kent, kent hem

   





MEDIA NETFLIXSERIE

In het post-apocalyptische *The Rain* slaat de natuur terug

**TV-RECENSIE**
HARO KRAAK

## Hoe het oorlogsverleden van een ouder een generatie later nog zijn schaduw werpt





**RECENSIE** BENEATHA'S PLACE (***)

## Een hoopvol 'zwart toneelstuk' over racisme toen en nu



**NIEUWS** #METOO

# Schrijver Junot Díaz beticht van seksueel grensoverschrijdend gedrag



**SIGMUND** PETER DE WIT





**MEER CULTUUR & MEDIA**










The Volkskrant invests **25 million euros** each year in top journalism    SUBSCRIBE

<          the Volkskrant

# Dutch company appears in 'secret' Trump memos

Russia at the wheel of Dutch web company

Webzilla, a Dutch company offering web services, a so-called hosting provider, appeared in a report with compromising information about Donald Trump which leaked early Wednesday morning. The report attributed a 'facilitating role' to the company, without offering any proof of this.

**Huib Modderkolk and Tom Kreling** January 11, 2017, 7:28 pm

Photo EPA

The Director of XBT Holding is 36-year-old, Russian Aleksej Gubarev, while the owner of XBT is unknown. In the report that leaked early Wednesday morning, the 'facilitating' role of Gubarev and Webzilla are described on the last page. He was allegedly recruited by the Russian secret service, FSB, together with another hacking expert. According to the report, the company supposedly helped spread viruses, steal data, and other operations against the Democrats.

However, experts, including the Dutch security company Fox-IT, have serious reservations about the alleged role of XBT/Webzilla in the Russian hacking operations. In particular, it doesn't correspond with the well-known procedures of hackers affiliated with Russia, who do everything to rent server space from small, vague companies. They pay for these servers with the digital currency Bitcoin; then, they shield their IP address to remain anonymous.

| V | ↗ | ⏱ | 📰 | ○○○ |
|---|---|---|---|---|
| Start | Best-read | Just in | Newspaper | More |

EXHIBIT 6B
WIT Jochem Stelman
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

With that angle, having a multimillion dollar company play a facilitating role is much too risky. The chance for leakage of their involvement is high.

The company itself communicated that they weren't involved in "potential hacks" in any manner, and that they are not working with Russian security services.


ALSO READ:

**Kremlin: American accusations about hacks are** reminders of witch hunt

**US intelligence service:** "Putin gave orders to influence election"

**There was previous talk of a private server of a Dutch researcher possibly** being used during Russian hacks

**Just before Christmas, Bert Lanting wrote: New evidence:** Russian intelligence service behind Democrat hack

## Attractive

Webzilla BV was formed in 2007, and has long been a small, marginal company with an equity of approximately 250,000 euros- until it was taken over in the summer of 2011 by XBT, Gubarev and his business partners. Afterwards, the company grew fast in The Netherlands, as shown by annual statements from the Chamber of Commerce. Webzilla borrowed millions to expand, which made them a serious player in The Netherlands. It is not known who issued this loan. Webzilla had revenue of around 10 million dollars (9.5 million euros) in 2015, and made a profit of approximately 400,000 euros.

The company offers data servers, as well as managing data for large companies. Because Webzilla doesn't yet have their own data center in The Netherlands, the company leases capacity from Leaseweb, among others. Webzilla has started building its own data center in Amsterdam-Southeast in the meantime. The mother company, XBT, has grown considerably in recent years, and is now active on four continents, including the United States. In spite of the lack of evidence and the doubts from experts, someone who has worked with Webzilla and wishes to remain anonymous due to fear of repercussions said that it could be attractive for the Russian secret service (for example) to use a company like Webzilla, because they have "a good global infrastructure," and they can work with people who are loyal.

**Wall Street Journal**

The Volkskrant received knowledge of the report on December 24. A journalist from the Wall Street Journal came to The Netherlands a day before Christmas with a copy of the report. He'd read the link with the Dutch company in the report, and flew here to see if he could get the information confirmed.

The American journalist requested the Volkskrant's help with this. They attempted to verify various components. That is difficult, because the information in the report seems to be particularly based on spoken sources who shared information. As it did not work to firm up the allegations, we have decided not to publish information from the report at this time.

**MORE ABOUT** WEBZILLA ECONOMY, BUSINESS, AND FINANCES CRIME, LAW, AND JUSTICE ECONOMIC SECTOR POLITICAL CRIME COMPUTER CRIME BUSINESS INFORMATION

## Culture & Media

**INTERVIEW**

# The new

[TN: Text cut off]

| V | ↗ | 🔍 | 📰 | ○○○ |
|---|---|---|---|---|
| Start | Best-read | Just in | Newspaper | More |

# Witte de With already knows she's going to get criticism



KUNST     ART PRINT, MEME, AND EMOJI

Hokusai's wave- Even those who aren't aware of him know him

Your feedback

| V Start | ↗ Best-read | 🕒 Just in | 📰 Newspaper | ○○○ More |





MEDIA    NETFLIX SERIES

In the post-Apocalyptic *The Rain*, nature strikes back

V Start    Best-read    Just in    Newspaper    More

## TV REVIEW

### HARO KRAAK

How a parent's war history casts its shadow a generation later





**REVIEW**  BENEATHA'S PLACE (***)

A hopeful "black play" about racism, then and now



**NEWS**    #METOO

# Writer Junot Díaz accused of sexual boundary-crossing behavior

**SIGMUND** PETER DE WIT

 

[TN: "Doctor Sigmund, I'm looking forward to life again!" "How is that possible?"]

["Yesterday you were at wit's end! I laughed at you, and made fun of you!]

[Cut off]

## MORE CULTURE AND MEDIA

V      ↗      🔍      📰      ○○○
Start    Best-read    Just in    Newspaper    More

Your feedback

| V | ↗ | ⊙ | 📰 | ○○○ |
|---|---|---|---|---|
| Start | Best-read | Just in | Newspaper | More |



# CERTIFICATION

Schreiber Translations, Inc.
51 Monroe Street
Suite 101
Rockville, MD 20850

P: 301.424.7737
F: 301.424.2336

This is to certify that the attached English language document, identified as <u>Nederlands bedrijf duikt op in 'geheime' Trump-memo's _ De Volkskrant_ENG</u> is a true and accurate translation of the original Dutch language document to the best of our knowledge and belief.

Executed this 11th day
of May, 2018

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com
www.schreibernet.com