# Exhibit 105

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF FLORIDA

 3    _____
                                              )
 4    ALEKSEJ GUBAREV, XBT HOLDING S.A.,      )
      and WEBZILLA, INC.,                     )
 5                                            )
                      Plaintiffs,             )
 6    vs.                                     ) Case No.:
                                              ) 17-CV-60426-UU
 7    BUZZFEED, INC., and BEN SMITH,          )
                                              )
 8                      Defendants.           )
      _____)
 9

10

11

12

13              VIDEOTAPED DEPOSITION OF

14                   JOCHEM STEMAN

15                 LIMASSOL, CYPRUS

16               WEDNESDAY, MAY 16, 2018

17                    1:22 P.M.

18

19

20

21

22

23

24

25    REPORTED BY:  BRENDA MATZOV, CA CSR 9243
```

```
 1              Videotaped deposition of JOCHEM STEMAN,

 2    taken in the above-entitled cause pending in the

 3    United States District Court, Southern District of

 4    Florida, pursuant to notice, before BRENDA MATZOV,

 5    CA CSR 9243, at Elias Neocleous & Co., Neocleous

 6    House, 195 Makarious III Avenue, Floor -1, Limassol,

 7    Cyprus, on Wednesday, the 16th day of May, 2018,

 8    at 1:22 p.m.

 9

10

11    APPEARANCES:

12    FOR PLAINTIFFS:

13              BOSTON LAW GROUP, PC
                By:  VAL GURVITS, ESQ.
14              825 Beacon Street
                Suite 20
15              Newton Centre, Massachusetts 02459
                (617) 928-1800 / Fax (617) 928-1802
16              vgurvits@bostonlawgroup.com

17

18    FOR DEFENDANT BUZZFEED, INC.:

19              DAVIS WRIGHT TREMAINE, LLP
                By:  ALISON SCHARY, ESQ.
20                   NATHAN SIEGEL, ESQ.
                1919 Pennsylvania Avenue NW
21              Suite 800
                Washington, DC 20006-3401
22              (202) 973-4200 / Fax (202) 973-4499
                alisonschary@dwt.com
23              nathansiegel@dwt.com

24

25
```

OPTIMA JURIS:  Empowering Global Depositions
www.optimajuris.com              tel: +1-855-678-4268

```
 1   APPEARANCES (Continued):

 2   FOR DEFENDANT BUZZFEED, INC.:

 3           DAVIS WRIGHT TREMAINE, LLP
             By:  KATHERINE M. BOLGER, ESQ. (partial)
 4           1251 Avenue of the Americas
             21st Floor
 5           New York, New York 10020-1104
             (212) 489-8230 / Fax (212) 489-8340
 6           katebolger@dwt.com

 7

 8   ALSO PRESENT:

 9           ALON MATZOV, Videographer

10           ALEKSEJ GUBAREV

11           NIKOLAY DVAS

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2  WITNESS

 3  Jochem Steman

 4

 5  EXAMINATION                            PAGE

 6  By Ms. Schary                          11

 7

 8

 9                  E X H I B I T S

10  NUMBER          DESCRIPTION           MARKED

11  Exhibit 1       LinkedIn Profile of Jochem
                    Steman
12                  (No Bates Number)        17

13  Exhibit 2       E-mail from Jochem Steman
                    to Regina Biktimirova, Dated
14                  January 12, 2017, Subject:
                    "Fwd:  Re:  Advies" [sic]
15                  and Related E-mail Chain
                    (Bates P-P000612 to P-P000613)   50
16
    Exhibit 3       Invoice Number 360105585 from
17                  Hill & Knowlton Strategies
                    to Webzilla Limited, Dated
18                  January 31, 2017
                    (Bates P-C000076)        55
19
    Exhibit 4       E-mail from Jochem Steman
20                  to Jack de Vries and Others,
                    Dated January 12, 2017, Subject:
21                  "Re:  Press Statement, English"
                    and Related E-mail Chain
22                  (Bates P-P000619 to P-P000620)   61

23  Exhibit 5A      Dutch E-mail from Jack de Vries
                    to Jochem Steman and Anthony
24                  Hellegers, Dated January 12,
                    2017, Subject:  "Coverage"
25                  (Bates P-P000617)        64
```

```
 1                    E X H I B I T S

 2    NUMBER           DESCRIPTION                    MARKED

 3    Exhibit 5B       English Translation of
                       Exhibit 5A
 4                     (Bates P-P000617)                 64

 5    Exhibit 6A       Dutch Website Article from
                       "beta.volkskrant.nl" Dated
 6                     January 11, 2017
                       (No Bates Number)                 67
 7
      Exhibit 6B       English Translation of
 8                     Exhibit 6A
                       (No Bates Number)                 67
 9
      Exhibit 7A       E-mail from Jochem Steman
10                     to Aleksey Gubarev, Dated
                       January 11, 2017, Subject:
11                     "Fwd:  (Dutch)" and Related
                       English and Dutch E-mail Chain
12                     (Bates P-H000047 to P-H000049)    71

13    Exhibit 7B       English Translation of the
                       Dutch Portions of Exhibit 7A
14                     (Bates P-H000047 to P-H000049)    71

15    Exhibit 8A       Dutch E-mail from Jochem Steman
                       to "h.modderkolk@volkskrant.nl,"
16                     Dated January 13, 2017, Subject:
                       "Interview (Dutch)"
17                     (Bates P-P000618)                 75

18    Exhibit 8B       English Translation of
                       Exhibit 8A
19                     (Bates P-P000618)                 75

20    Exhibit 9A       Dutch and English E-mail
                       from Huib Modderkolk to
21                     Jochem Steman and Alexey
                       Gubarev, Dated January 14,
22                     2017, Subject:  "Re:  Interview"
                       and Related English and Dutch
23                     E-mail Chain
                       (Bates P-H000043 to P-H000045)    75
24

25
```

```
 1                    E X H I B I T S

 2   NUMBER          DESCRIPTION                    MARKED

 3   Exhibit 9B      English Translation of the
                     Dutch Portions of Exhibit 9A
 4                   (Bates P-H000043 to P-H000045)     75

 5   Exhibit 10      E-mail from Jack de Vries
                     to Jochem Steman and Anthony
 6                   Hellegers, Dated January 13,
                     2017, Subject:  "InterviewPrep"
 7                   (Bates P-P000668 to P-P000670)     79

 8   Exhibit 11      E-mail from Jochem Steman
                     to Jack de Vries and Others,
 9                   Dated January 17, 2017, Subject:
                     "Fwd:  (Dutch)" and Related Dutch
10                   E-mail Chain and Attachment
                     (Bates PL_H_000017 to PL_H_000018) 85
11
     Exhibit 12      E-mail from Jack de Vries
12                   to Jochem Steman and Others,
                     Dated January 17, 2017, Subject:
13                   "RE:  (Dutch)" and Related
                     E-mail Chain and Attachment
14                   (Bates PL_H_000011 to PL_H_000012) 85

15   Exhibit 13      E-mail from Jochem Steman
                     to Jack de Vries and Others,
16                   Dated January 17, 2017, Subject:
                     "Re:  (Dutch)" and Related Dutch
17                   E-mail Chain and Attachment
                     (Bates PL_H_000009, Attachment
18                   No Bates Number)                    85

19   Exhibit 14A     Dutch E-mail from Jochem Steman
                     to Jack de Vries and Anthony
20                   Hellegers, Dated January 17,
                     2017, Subject:  "Re:  (Dutch)"
21                   and Related English and Dutch
                     E-mail Chain
22                   (Bates P-P000576 to P-P000578)     85

23

24

25
```

```
 1                     E X H I B I T S

 2      NUMBER              DESCRIPTION                   MARKED

 3      Exhibit 14B         English Translation of the
                            Dutch Portions of Exhibit 14A
 4                          (Bates P-P000576 to P-P000578)     85

 5      Exhibit 15          Dutch Document
                            (Bates P-P000576-a30 to 576-a36)   85
 6
        Exhibit 16          English Translation of
 7                          Exhibit 15
                            (Bates P-P000576-a01 to 576-a06)   85
 8
        Exhibit 17A         Dutch Document
 9                          (Bates P-P000576-a07 to 576-a13)   85

10      Exhibit 17B         English Translation of
                            Exhibit 17A
11                          (Bates P-P000576-a07 to 576-a13)   85

12      Exhibit 18A         Dutch Document
                            (Bates P-P000576-a14 to 576-a21)   85
13
        Exhibit 18B         English Translation of
14                          Exhibit 18A
                            (Bates P-P000576-a14 to 576-a21)   85
15
        Exhibit 19A         Dutch Document
16                          (Bates P-P000576-a22 to 576-a29)   85

17      Exhibit 19B         English Translation of
                            Exhibit 19A
18                          (Bates P-P000576-a22 to 576-a29)   85

19      Exhibit 20A         Dutch E-mail from Jack de Vries
                            to Jochem Steman and Anthony
20                          Hellegers, Dated January 18,
                            2017, Subject:  "Re:  Feedback
21                          (Dutch)" and Related E-mail
                            Chain
22                          (Bates P-P000473 to P-P000475)    100

23      Exhibit 20B         English Translation of
                            Exhibit 20A
24                          (Bates P-P000473 to P-P000475)    100

25
```

```
 1                      E X H I B I T S

 2   NUMBER             DESCRIPTION                    MARKED

 3   Exhibit 21A        E-mail from Jochem Steman
                        to Jack de Vries and Others,
 4                      Dated January 18, 2017, Subject:
                        "Fwd:  RE:  Feedback (Dutch)"
 5                      and Related Dutch E-mail Chain
                        (Bates P-P000562 to P-P000564)   102
 6
     Exhibit 21B        English Translation of the
 7                      Dutch Portions of Exhibit 21A
                        (Bates P-P000562 to P-P000564)   102
 8
     Exhibit 22A        E-mail from Jochem Steman
 9                      to Jack de Vries and Others,
                        Dated January 18, 2017, Subject:
10                      "Fwd:  RE:  Feedback (Dutch)"
                        and Related Dutch E-mail Chain
11                      (Bates P-P000545 to P-P000547)   102

12   Exhibit 22B        English Translation of the
                        Dutch Portions of Exhibit 22A
13                      (Bates P-P000545 to P-P000547)   102

14   Exhibit 23A        Dutch E-mail from Jack de Vries
                        to Jochem Steman and Anthony
15                      Hellegers, Dated January 18,
                        2017, Subject:  "RE:  (Dutch)"
16                      and Related E-mail Chain
                        (Bates P-P000595 to P-P000596)   108
17
     Exhibit 23B        English Translation of
18                      Exhibit 23A
                        (Bates P-P000595 to P-P000596)   108
19
     Exhibit 24A        Dutch Website Article from
20                      "beta.volkskrant.nl," Dated
                        January 19, 2017
21                      (No Bates Number)                110

22   Exhibit 24B        English Translation of
                        Exhibit 24A
23                      (No Bates Number)                110

24

25
```

```
 1                    E X H I B I T S

 2   NUMBER           DESCRIPTION                    MARKED

 3   Exhibit 25A      Dutch E-mail from Jack de Vries
                      to Jochem Steman and "alex@xbt.com,"
 4                    Dated January 20 2017, Subject:
                      "RE:  RE:  Feedback (Dutch)"
 5                    and Related E-mail Chain
                      (Bates PL-H_000042)               111
 6
     Exhibit 25B      English Translation of
 7                    Exhibit 25A
                      (Bates PL-H_000042)               111
 8
     Exhibit 26       E-mail from Jochem Steman to
 9                    Aleksey Gubarev and Jack de Vries,
                      Dated January 18 2017, Subject:
10                    "Volkskrant"
                      (Bates P-P000640)                 115
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          |  1 | LIMASSOL, CYPRUS; WEDNESDAY, MAY 16, 2018                |
|          |  2 | 1:22 P.M.                                                |
|          |  3 |                                                          |
| 13:22:41 |  4 | THE VIDEOGRAPHER:  This is the beginning                 |
| 13:22:41 |  5 | of DVD No. 1 in the videotape deposition of Jochem       |
| 13:22:49 |  6 | Steman, being taken on May 16th, 2018, at 1:22 p.m.,     |
| 13:22:57 |  7 | at Elias Neocleous & Co., Limassol, Cyprus, in the       |
| 13:23:03 |  8 | matter of Aleksej Gubarev, et al. versus Buzzfeed,       |
| 13:23:07 |  9 | Inc., et al., being heard before the United States       |
| 13:23:12 | 10 | District Court, Southern District of Florida,            |
| 13:23:16 | 11 | case number 17-CV-60426-UU.                              |
| 13:23:24 | 12 | I am Alon Matzov.  And the court                         |
| 13:23:26 | 13 | reporter is Brenda Matzov.                               |
| 13:23:30 | 14 | Would counsel please state their                         |
| 13:23:31 | 15 | appearances.                                             |
| 13:23:32 | 16 | MS. SCHARY:  Alison Schary, of Davis                     |
| 13:23:33 | 17 | Wright Tremaine, for the defendants.  And with           |
| 13:23:36 | 18 | me is my colleague Nathan Siegel, also of Davis          |
| 13:23:39 | 19 | Wright Tremaine, for the defendants.                     |
| 13:23:40 | 20 | MR. GURVITS:  Val Gurvits, for the                       |
| 13:23:41 | 21 | plaintiffs and for the deponent.                         |
| 13:23:42 | 22 | MS. SCHARY:  Good afternoon, Mr. Steman.                 |
| 13:23:46 | 23 | THE VIDEOGRAPHER:  One moment.                           |
| 13:23:47 | 24 | Would the court reporter please swear                    |
| 13:23:50 | 25 | in or affirm the witness.                                |

| | | |
|---|---|---|
| 13:23:52 | 1 | JOCHEM STEMAN, |
| 13:23:52 | 2 | called as a witness, being first duly sworn, |
| 13:23:52 | 3 | was examined and testified as hereinafter |
| 13:23:52 | 4 | set forth. |
| 13:23:52 | 5 | |
| 13:24:03 | 6 | EXAMINATION |
| 13:24:03 | 7 | BY MS. SCHARY: |
| 13:24:03 | 8 | Q.   Good afternoon, Mr. Steman.  My name |
| 13:24:07 | 9 | is Alison Schary.  I'll be taking your deposition |
| 13:24:09 | 10 | this afternoon. |
| 13:24:10 | 11 | Have you ever been deposed before? |
| 13:24:12 | 12 | A.   No. |
| 13:24:13 | 13 | Q.   Okay.  So I just want to go over a |
| 13:24:16 | 14 | couple ground rules.  To my right is a court |
| 13:24:17 | 15 | reporter.  She'll be taking down everything |
| 13:24:20 | 16 | that we say.  It's a little -- it's not a normal |
| 13:24:24 | 17 | conversation because she has to take down both |
| 13:24:26 | 18 | of -- my questions and your responses.  Even |
| 13:24:29 | 19 | if you know -- think you know what question I'm |
| 13:24:32 | 20 | asking and what the answer will be, I'd ask you |
| 13:24:34 | 21 | to just wait until I finish my question.  And |
| 13:24:38 | 22 | I will wait until you finish your answer.  And |
| 13:24:40 | 23 | that way we don't drive the court reporter crazy. |
| 13:24:44 | 24 | Is that okay? |
| 13:24:45 | 25 | A.   Yeah. |

| | | |
|---|---|---|
| 13:24:45 | 1 | Q.   Okay.  Great. |
| 13:24:45 | 2 | And that brings me to my second point, |
| 13:24:46 | 3 | which is because, again, we have a court reporter |
| 13:24:48 | 4 | here, you need to answer verbally and not shake |
| 13:24:51 | 5 | your head, nod your head, say "yes," "no" answers |
| 13:24:55 | 6 | that the court reporter can record.  Okay? |
| 13:24:58 | 7 | A.   Okay. |
| 13:25:00 | 8 | Q.   I'm going to ask a series of questions. |
| 13:25:03 | 9 | If at any point you don't understand the question, |
| 13:25:05 | 10 | please ask me to rephrase it.  Otherwise, I will |
| 13:25:08 | 11 | assume that you do understand the question. |
| 13:25:10 | 12 | Is that okay? |
| 13:25:11 | 13 | A.   Okay. |
| 13:25:12 | 14 | Q.   Okay.  Is there any reason that you |
| 13:25:14 | 15 | can't testify fully and truthfully today? |
| 13:25:18 | 16 | A.   No. |
| 13:25:18 | 17 | Q.   Okay.  And you said you've never been |
| 13:25:18 | 18 | deposed before. |
| 13:25:19 | 19 | Have you ever been a witness in any |
| 13:25:22 | 20 | civil or criminal case? |
| 13:25:23 | 21 | A.   No. |
| 13:25:24 | 22 | Q.   Have you ever been a party to any |
| 13:25:27 | 23 | civil or criminal case? |
| 13:25:28 | 24 | A.   No.  No.  Yeah -- no.  We had to -- |
| 13:25:31 | 25 | I -- I -- my office -- my -- my -- the company |

| | | |
|---|---|---|
| 13:25:35 | 1 | before that came bankrupt, so that was before |
| 13:25:39 | 2 | court because we had to disclose the business -- |
| 13:25:42 | 3 | or close the business.  That's the only thing |
| 13:25:45 | 4 | that -- way that I was ever been in court.  So ... |
| 13:25:47 | 5 | Q.   So -- so just to clarify, you -- you |
| 13:25:51 | 6 | had a business before that was in bankruptcy? |
| 13:25:54 | 7 | A.   Yeah. |
| 13:25:54 | 8 | Q.   And then you had to testify as part |
| 13:25:57 | 9 | of that process; is that correct? |
| 13:26:00 | 10 | A.   Not testify.  Only for -- the reason |
| 13:26:02 | 11 | why I was there was because we had to close the |
| 13:26:04 | 12 | business.  So that was the only -- this -- only |
| 13:26:07 | 13 | one time that I was even in court was that time. |
| 13:26:10 | 14 | Q.   I see.  So you were in court -- |
| 13:26:13 | 15 | A.   Yeah. |
| 13:26:13 | 16 | Q.   -- related to the closing -- |
| 13:26:14 | 17 | A.   Yeah. |
| 13:26:14 | 18 | Q.   -- of a business? |
| 13:26:15 | 19 | A.   Yeah. |
| 13:26:16 | 20 | Q.   And -- and what business was that? |
| 13:26:19 | 21 | A.   Consultancy own business. |
| 13:26:22 | 22 | (Court reporter clarification.) |
| 13:26:22 | 23 | THE WITNESS:  Consultancy with -- |
| 13:26:22 | 24 | consultancy for storage companies.  So that |
| 13:26:22 | 25 | was a long time ago. |

```
13:26:23   1       Q.   BY MS. SCHARY:  Okay.  When was this?
13:26:25   2       A.   Two thousand -- I don't know exactly.
13:26:32   3   But around 2010.
13:26:35   4       Q.   Around 2010.
13:26:36   5            And I'm sorry.  Can you repeat the
13:26:38   6   name of the business?
13:26:38   7       A.   DataLogix.
13:26:40   8       Q.   DataLogix.  Okay.
13:26:40   9            And that's DataLogix with an "X" at
13:26:43   10  the end?
13:26:44   11      A.   Yeah.
13:26:45   12      Q.   Okay.  So, Mr. Steman, what is your
13:26:47   13  current position?
13:26:48   14      A.   I am acting as CEO of Datacenter.com.
13:26:52   15      Q.   CEO of Datacenter.com?
13:26:55   16      A.   Yes.
13:26:55   17      Q.   And how long have you been the CEO
13:26:57   18  of Datacenter.com?
13:27:01   19      A.   I don't it know precisely.  But around
13:27:04   20  eighteen months.
13:27:09   21      Q.   Eighteen months.
13:27:10   22            And where is Datacenter.com located?
13:27:13   23      A.   Globally.
13:27:14   24      Q.   Does it have offices -- where does
13:27:15   25  it have offices?
```

| | | |
|---|---|---|
| 13:27:17 | 1 | A.    Now we opened Amsterdam.  So Amsterdam |
| 13:27:20 | 2 | has an office. |
| 13:27:21 | 3 | Q.    Just in Amsterdam?  Or are there other |
| 13:27:22 | 4 | offices? |
| 13:27:23 | 5 | A.    Offices are in Amsterdam and in Cyprus. |
| 13:27:26 | 6 | Q.    Amsterdam and Cyprus. |
| 13:27:27 | 7 | And where are -- where do you -- where |
| 13:27:28 | 8 | are you based? |
| 13:27:30 | 9 | A.    Where I have to be.  So in Amsterdam |
| 13:27:32 | 10 | and Cyprus. |
| 13:27:32 | 11 | Q.    Okay.  Do you reside in Amsterdam or |
| 13:27:34 | 12 | Cyprus? |
| 13:27:35 | 13 | A.    Cyprus. |
| 13:27:36 | 14 | Q.    Cyprus.  Okay. |
| 13:27:38 | 15 | And what does Datacenter.com do? |
| 13:27:46 | 16 | A.    We provide space, power, cooling, and |
| 13:27:49 | 17 | security for hosting providers, club providers, |
| 13:27:52 | 18 | or enterprises.  So we only do the -- the building. |
| 13:27:56 | 19 | So we don't do anything with the equipment itself. |
| 13:28:00 | 20 | We are only providing space for other companies |
| 13:28:03 | 21 | to do -- employ their business. |
| 13:28:03 | 22 | Q.    Okay.  And do you own the buildings |
| 13:28:05 | 23 | that -- where you provide space to other companies? |
| 13:28:08 | 24 | A.    No.  We rent them. |
| 13:28:10 | 25 | Q.    So you rent space from other companies. |

| | | |
|---|---|---|
| 13:28:12 | 1 | And then you sub-lease or you -- |
| 13:28:16 | 2 | A.   Yeah. |
| 13:28:16 | 3 | Q.   -- lease that space to other companies |
| 13:28:18 | 4 | who engage with Datacenter.com? |
| 13:28:21 | 5 | Is that correct? |
| 13:28:21 | 6 | A.   That's correct. |
| 13:28:23 | 7 | Q.   Okay.  And where do you have facilities |
| 13:28:27 | 8 | for Datacenter.com that you rent out to other |
| 13:28:30 | 9 | companies? |
| 13:28:31 | 10 | A.   At this moment active, Amsterdam.  That's |
| 13:28:35 | 11 | active where we now went out at this moment.  And |
| 13:28:40 | 12 | we are announcing soon others.  But we don't have |
| 13:28:42 | 13 | business at this moment over there. |
| 13:28:42 | 14 | Q.   I'm sorry.  What was the second phrase? |
| 13:28:45 | 15 | A.   Amsterdam is open at this moment. |
| 13:28:55 | 16 | (Court reporter clarification.) |
| 13:28:55 | 17 | Q.   BY MS. SCHARY:  Yeah, I couldn't hear -- |
| 13:28:55 | 18 | A.   Oh, sorry. |
| 13:28:55 | 19 | Q.   -- what you were saying. |
| 13:28:55 | 20 | A.   At this moment, we're running the |
| 13:28:56 | 21 | operation only in Amsterdam. |
| 13:28:57 | 22 | Q.   Okay.  And you said you're launching |
| 13:29:00 | 23 | soon in? |
| 13:29:01 | 24 | A.   Other countries. |
| 13:29:02 | 25 | Q.   Other countries.  Okay. |

| | | |
|---|---|---|
| 13:29:02 | 1 | What other countries? |
| 13:29:03 | 2 | A. Dallas, U.S. |
| 13:29:04 | 3 | Q. Dallas. Okay. |
| 13:29:06 | 4 | Anywhere else besides -- so you are |
| 13:29:09 | 5 | currently in Amsterdam. You'll be launching |
| 13:29:11 | 6 | soon in Dallas. |
| 13:29:13 | 7 | Is there anywhere else on the horizon? |
| 13:29:17 | 8 | A. Not specific. We -- we -- we try to |
| 13:29:20 | 9 | sell space from another data center in Singapore. |
| 13:29:26 | 10 | Q. Okay. |
| 13:29:26 | 11 | A. But we don't have other -- other plans |
| 13:29:27 | 12 | at this moment on short notice. So no. |
| 13:29:28 | 13 | Q. Okay. And does -- Datacenter.com |
| 13:29:32 | 14 | operates, would you say, data center as a |
| 13:29:36 | 15 | service? |
| 13:29:37 | 16 | Is that something that makes sense |
| 13:29:38 | 17 | to you? |
| 13:29:40 | 18 | A. If you define "data center as a service" |
| 13:29:42 | 19 | for me, then I can say "yes" or "no." I mean, |
| 13:29:44 | 20 | it's -- it's very vague. |
| 13:29:47 | 21 | MS. SCHARY: Okay. Well, I'm going |
| 13:29:49 | 22 | to mark as Exhibit 1 -- have the court reporter |
| 13:29:54 | 23 | mark Exhibit 1. |
| 13:29:55 | 24 | (Exhibit 1 marked.) |
| 13:29:55 | 25 | MS. SCHARY: Can you give this to him? |

```
13:29:55   1              THE COURT REPORTER:  (Court reporter
13:29:55   2   complies.)
13:30:15   3         Q.   BY MS. SCHARY:  The court reporter
13:30:17   4   is handing you what's been marked as Exhibit 1,
13:30:18   5   which is a printout from LinkedIn.com of what
13:30:22   6   I believe is your LinkedIn profile.
13:30:27   7              Can you confirm that's correct?
13:30:29   8         A.   My picture's not on it, but yes.  My --
13:30:29   9         Q.   Okay.
13:30:29  10         A.   -- name is on it.
13:30:29  11         Q.   Okay.  Does -- does the information
13:30:31  12   reflect what you understand to be your LinkedIn
13:30:34  13   profile?
13:30:35  14         A.   Yes.
13:30:36  15         Q.   Yes.  Okay.  If you go to the second
13:30:38  16   page, under CEO of Datacenter.com, in the second
13:30:41  17   paragraph, the first line, it says:
13:30:44  18              "With Datacenter.com we will challenge
13:30:46  19   the status quo.  We're re-defining data center
13:30:49  20   as a service (DCaaS)."
13:30:52  21              And then it goes on from there.
13:30:55  22              So can you explain to me what you
13:30:57  23   understand "data center as a service" to mean?
13:30:58  24         A.   What I -- what I described before.
13:30:59  25   We deliver square meters, power, cooling, and
```

| | | |
|---|---|---|
| 13:31:02 | 1 | security for our -- for the customers inside |
| 13:31:04 | 2 | the data center.  That's -- this -- this is |
| 13:31:05 | 3 | our description of "data center as a service." |
| 13:31:06 | 4 | (Court reporter clarification.) |
| 13:31:06 | 5 | THE WITNESS:  The square meters, power, |
| 13:31:11 | 6 | cooling, and the security of the data center, |
| 13:31:15 | 7 | that's our definition of the service. |
| 13:31:17 | 8 | Q.   BY MS. SCHARY:  So is it kind of like |
| 13:31:17 | 9 | an off-the-shelf data center?  You need a data |
| 13:31:19 | 10 | center.  You have all the tools.  Someone can -- |
| 13:31:21 | 11 | A.   It's like a hotel without the beds. |
| 13:31:24 | 12 | But we only provide the space for -- for other |
| 13:31:27 | 13 | companies.  Yes. |
| 13:31:27 | 14 | Q.   Okay.  And prior to being the CEO of |
| 13:31:32 | 15 | Datacenter.com -- oh, first of all, it says that |
| 13:31:35 | 16 | you started with Datacenter.com in September of |
| 13:31:36 | 17 | 2016. |
| 13:31:39 | 18 | Is -- is that accurate? |
| 13:31:44 | 19 | A.   Yes.  Yes.  We started in September. |
| 13:31:50 | 20 | Yes. |
| 13:31:51 | 21 | Q.   Okay.  And what -- what was your |
| 13:31:56 | 22 | position or -- or job prior to being CEO of |
| 13:32:01 | 23 | Datacenter.com? |
| 13:32:02 | 24 | A.   I worked for an American company |
| 13:32:04 | 25 | Brocade -- |

```
13:32:05   1        Q.   Okay.

13:32:05   2        A.   -- as -- as their global account

13:32:08   3   responsible person for all service providers

13:32:11   4   or large service providers in Europe and outside

13:32:15   5   of Europe.  So I didn't actually report to --

13:32:15   6   to the U.S.

13:32:17   7        Q.   Okay.  And what does Brocade do?

13:32:20   8        A.   Provide network equipment or storage

13:32:21   9   networking equipment to various of -- group of

13:32:25  10   customers from U.S. government to other small

13:32:28  11   companies.  So ...

13:32:29  12        Q.   And did you have a particular -- an

13:32:32  13   area?  It says you're a "Territory Manager."

13:32:34  14             What was your area?

13:32:36  15        A.   Officially, EMEA.  But I had some

13:32:38  16   global customers.

13:32:38  17        Q.   Sorry?  Official --

13:32:39  18        A.   Officially, it was Europe.

13:32:41  19        Q.   Oh, EMEA.

13:32:43  20        A.   EMEA.  Sorry.

13:32:43  21        Q.   Okay.

13:32:43  22        A.   And -- but I had some global customers.

13:32:45  23        Q.   Okay.  And would you say that you were

13:32:47  24   in kind of a sales position?

13:32:50  25        A.   Officially, by their contract, this
```

| | | |
|---|---|---|
| 13:32:52 | 1 | is sales position.  Because everything is -- |
| 13:32:54 | 2 | with all respect, is -- is a sales position |
| 13:32:58 | 3 | because I was responsible for the revenue. |
| 13:32:59 | 4 | So yes, it was a sales position. |
| 13:33:03 | 5 | Q.  Yes, it was a sales position.  Okay. |
| 13:33:05 | 6 | And I'm looking at your LinkedIn page. |
| 13:33:07 | 7 | And between the Datacenter.com and the Brocade |
| 13:33:11 | 8 | entry, you have "Entrepreneur" at "private hold |
| 13:33:12 | 9 | company" from 2010 to the present. |
| 13:33:16 | 10 | Can you explain what -- what is the |
| 13:33:19 | 11 | "private hold company" that you're referring |
| 13:33:21 | 12 | to? |
| 13:33:22 | 13 | A.  I'm also available for freelance jobs, |
| 13:33:23 | 14 | if needed.  So it's still a company on my name. |
| 13:33:29 | 15 | Q.  Okay. |
| 13:33:29 | 16 | A.  Not acting at this moment.  But it's |
| 13:33:29 | 17 | still there. |
| 13:33:30 | 18 | Q.  Okay.  And what's the name of the |
| 13:33:31 | 19 | company? |
| 13:33:31 | 20 | A.  Stedumaco, S-t-e-d-u-m-a-c-o, BV. |
| 13:33:39 | 21 | Dutch company. |
| 13:33:40 | 22 | Q.  Okay. |
| 13:33:40 | 23 | A.  I -- I can write. |
| 13:33:41 | 24 | Q.  Okay.  And so that's the company by |
| 13:33:44 | 25 | which you offer freelance services? |

| | | |
|---|---|---|
| 13:33:47 | 1 | A.     Yeah. |
| 13:33:47 | 2 | Q.     And what types of services do you offer |
| 13:33:49 | 3 | as a freelancer? |
| 13:33:51 | 4 | A.     Management services. |
| 13:33:52 | 5 | Q.     Management services.  Okay. |
| 13:33:54 | 6 | And prior to working with Brocade, what |
| 13:33:59 | 7 | was your position? |
| 13:34:03 | 8 | A.     In the period of -- before, that was |
| 13:34:05 | 9 | the company that was -- came bankrupt.  So I was |
| 13:34:07 | 10 | the founder of DataLogix. |
| 13:34:10 | 11 | Q.     Okay.  And what did DataLogix do? |
| 13:34:11 | 12 | A.     We sell storage solutions and consultancy |
| 13:34:14 | 13 | to various Dutch companies. |
| 13:34:16 | 14 | Q.     Okay.  And prior to founding DataLogix, |
| 13:34:18 | 15 | did you have another position? |
| 13:34:22 | 16 | A.     It's not on the list, so -- yes.  Oh, |
| 13:34:26 | 17 | it says "show more," but it does not show more |
| 13:34:29 | 18 | here. |
| 13:34:30 | 19 | But before, I worked for another -- |
| 13:34:30 | 20 | another company, building a managed services |
| 13:34:39 | 21 | department for them. |
| 13:34:40 | 22 | (Court reporter clarification.) |
| 13:34:40 | 23 | THE WITNESS:  A manged services |
| 13:34:40 | 24 | department.  So a new -- it was a company who |
| 13:34:41 | 25 | will start -- started with managed services. |

```
13:34:43    1   And I created that department -- department
13:34:45    2   for them.  So that was my --
13:34:52    3       Q.   BY MS. SCHARY:  You create -- sorry.
13:34:52    4           (Court reporter clarification.)
13:34:52    5           THE WITNESS:  Okay.  Before my time
13:34:53    6   with Brocade, before -- I'm sorry.  Before my
13:34:55    7   time of DataLogix, I worked for another company.
13:34:59    8   And for that company, I created a new department,
13:35:02    9   so a new -- new -- new set -- a piece of the
13:35:04   10   company that was performing managed services
13:35:08   11   to other companies.
13:35:09   12       Q.   BY MS. SCHARY:  So kind of like
13:35:11   13   consulting?
13:35:12   14       A.   Consulting and remote support.  Yeah.
13:35:25   15       Q.   And -- sorry -- what?
13:35:30   16       A.   Remote support.
13:35:30   17       Q.   Renaud?  [sic]
13:35:30   18       A.   "Remote support."  So we supported
13:35:30   19   customers from a distance.
13:35:30   20       Q.   "Remote support"?
13:35:30   21           MR. SIEGEL:  "Remote."
13:35:30   22           THE WITNESS:  "Remote support."
13:35:30   23       Q.   BY MS. SCHARY:  Remote support.  Got
13:35:30   24   it.  Okay.
13:35:30   25           And -- sorry.  We're going back to
```

| | | |
|---|---|---|
| 13:35:31 | 1 | the CEO at Datacenter.com. |
| 13:35:36 | 2 | What's the relationship between |
| 13:35:37 | 3 | Datacenter.com and XBT? |
| 13:35:42 | 4 | A.   We -- we have the same shareholders. |
| 13:35:45 | 5 | Q.   Okay.  Does XBT -- is XBT an owner |
| 13:35:49 | 6 | of Datacenter.com? |
| 13:35:51 | 7 | A.   Not that I'm aware of. |
| 13:35:53 | 8 | Q.   Are you an employee of XBT? |
| 13:35:55 | 9 | A.   No. |
| 13:35:55 | 10 | Q.   You're not.  Okay. |
| 13:36:01 | 11 | Is -- is Datacenter.com a subsidiary |
| 13:36:04 | 12 | of XBT? |
| 13:36:07 | 13 | A.   Not that I'm aware of. |
| 13:36:08 | 14 | Q.   So it is just a company created by |
| 13:36:12 | 15 | the same people as XBT? |
| 13:36:18 | 16 | A.   As far as I know.  But -- I think so. |
| 13:36:27 | 17 | I don't know to be honest.  I don't know the |
| 13:36:30 | 18 | whole ways behind each company.  So I don't |
| 13:36:36 | 19 | know.  I can't give you an answer on that. |
| 13:36:37 | 20 | Q.   Okay.  Have you ever held any positions |
| 13:36:39 | 21 | with XBT? |
| 13:36:41 | 22 | A.   I have done for two months a twin job. |
| 13:36:45 | 23 | So from just -- I wasn't working for XBT.  Again, |
| 13:36:50 | 24 | I was hired for XBT as CCO, commercial -- commercial |
| 13:36:55 | 25 | officer of XBT. |

| | | |
|---|---|---|
| 13:36:57 | 1 | Q.   And when was that? |
| 13:36:58 | 2 | A.   It was in the first three months, |
| 13:37:00 | 3 | I guess, when I was in Cyprus.  So that was -- |
| 13:37:03 | 4 | Q.   Which was? |
| 13:37:04 | 5 | A.   That was -- it was in parallel job |
| 13:37:06 | 6 | between CEO, so it stating in your forms.  It |
| 13:37:11 | 7 | was at the same time.  So Septem -- September |
| 13:37:15 | 8 | 2016 and then three or four months afterwards. |
| 13:37:20 | 9 | I don't know exactly. |
| 13:37:22 | 10 | Q.   Do you -- and -- and I understand that |
| 13:37:22 | 11 | that's -- you know, we have an exhibit.  But I'm |
| 13:37:24 | 12 | asking you for your recollection.  And, presumably, |
| 13:37:27 | 13 | this reflects something that you put together in |
| 13:37:30 | 14 | the first instance. |
| 13:37:32 | 15 | So I don't want you to rely on your |
| 13:37:32 | 16 | LinkedIn page.  But if you can tell me -- so |
| 13:37:34 | 17 | you started as chief commercial officer with |
| 13:37:37 | 18 | XBT approximately September 2016. |
| 13:37:40 | 19 | And when did you cease acting as |
| 13:37:44 | 20 | chief commercial officer with XBT? |
| 13:37:46 | 21 | A.   I don't know at this moment.  I -- |
| 13:37:50 | 22 | Q.   Was it before the end of 2016? |
| 13:37:57 | 23 | A.   When I start acting as CCO of XBT? |
| 13:37:58 | 24 | Before the end of 2016?  Yes. |
| 13:38:02 | 25 | Q.   You stopped being C -- |

```
13:38:03   1        A.   Oh, stopped?  Oh, stopped?

13:38:04   2        Q.   Yeah.  When did --

13:38:04   3        A.   Sorry.

13:38:04   4        Q.   When did you stop?

13:38:04   5        A.   I -- I understood "start."  So --

13:38:06   6        Q.   I'm -- I'm sorry.  To -- to -- for the

13:38:06   7   record --

13:38:07   8        A.   To be -- to be -- I don't know.

13:38:09   9        Q.   Okay.  So for the record, you began

13:38:12  10   as CCO, chief commercial officer, at XBT sometime

13:38:19  11   around the fall of 2016.

13:38:21  12             And you stopped being chief commercial

13:38:25  13   officer at XBT approximately when?  I don't need

13:38:34  14   an exact date.

13:38:35  15        A.   I don't know the date.  I don't know.

13:38:36  16        Q.   Okay.  Are there documents that would

13:38:39  17   help you refresh your memory as to when you ceased

13:38:42  18   being chief commercial officer?

13:38:44  19        A.   I don't know.

13:38:44  20        Q.   Okay.  Do you -- when you're -- I assume

13:38:47  21   you receive a paycheck for your -- in your position

13:38:51  22   as CEO of Datacenter.com --

13:38:54  23        A.   No.

13:38:54  24        Q.   -- correct?

13:38:55  25             You do not?
```

| | | |
|---|---|---|
| 13:38:56 | 1 | A.   I do not. |
| 13:38:56 | 2 | Q.   How are you compensated for your position? |
| 13:39:00 | 3 | A.   I'm -- I'm hired by the company who |
| 13:39:01 | 4 | is putting me in this position.  So I am just |
| 13:39:03 | 5 | an external.  I'm -- I'm not working for whole |
| 13:39:06 | 6 | XBT/Datacenter.com.  I'm an interim -- |
| 13:39:09 | 7 | Q.   You're an -- |
| 13:39:09 | 8 | A.   -- position. |
| 13:39:09 | 9 | Q.   -- interim CEO -- |
| 13:39:11 | 10 | A.   Yes. |
| 13:39:11 | 11 | Q.   -- at Datacenter.com? |
| 13:39:12 | 12 | A.   Yes. |
| 13:39:12 | 13 | Q.   Okay.  So are they paying you for your -- |
| 13:39:14 | 14 | as an interim CEO? |
| 13:39:17 | 15 | A.   No.  They pay the company where I work |
| 13:39:19 | 16 | for. |
| 13:39:20 | 17 | Q.   I see.  And what is the company that |
| 13:39:21 | 18 | you work for? |
| 13:39:22 | 19 | A.   Etelo. |
| 13:39:24 | 20 | Q.   Excuse me? |
| 13:39:24 | 21 | A.   E-t-e-l-o.  [sic] |
| 13:39:27 | 22 | Q.   E-t-e-l-o. |
| 13:39:29 | 23 | And what is your position with Etelo? |
| 13:39:30 | 24 | Is that correct? |
| 13:39:34 | 25 | A.   Yeah.  Employee. |

| | | |
|---|---|---|
| 13:39:35 | 1 | Q.   And you're an employee? |
| 13:39:35 | 2 | And what does Etelo do? |
| 13:39:38 | 3 | A.   Putting people -- I would say management |
| 13:39:41 | 4 | services.  So I'm just rented.  I -- I mean, I'm |
| 13:39:45 | 5 | just -- I don't know the right English words.  So |
| 13:39:48 | 6 | it's quite -- quite hard to -- to explain.  But |
| 13:39:49 | 7 | they hire me.  So they hired me to, in this case, |
| 13:39:52 | 8 | Datacenter.com. |
| 13:39:54 | 9 | Q.   Okay.  Is -- was it your understanding |
| 13:39:56 | 10 | that you're being hired on a temporary or interim |
| 13:40:00 | 11 | basis? |
| 13:40:00 | 12 | A.   Yeah. |
| 13:40:00 | 13 | Q.   Okay.  Is it your understanding that |
| 13:40:03 | 14 | this position will turn into a permanent position? |
| 13:40:07 | 15 | A.   Not that I'm aware of. |
| 13:40:09 | 16 | Q.   Okay.  And how long have you been working |
| 13:40:11 | 17 | with Etelo? |
| 13:40:13 | 18 | A.   When I came to Cyprus.  So almost one |
| 13:40:16 | 19 | year and nine, ten months. |
| 13:40:18 | 20 | Q.   Okay.  So you've been in Cyprus for |
| 13:40:21 | 21 | almost one year and ten months? |
| 13:40:22 | 22 | A.   Yeah. |
| 13:40:23 | 23 | Q.   And why did you move to Cyprus? |
| 13:40:25 | 24 | A.   Because it was an interesting job.  So |
| 13:40:27 | 25 | I -- interesting other role.  So I -- I decided |

| | | |
|---|---|---|
| 13:40:30 | 1 | to move. |
| 13:40:32 | 2 | Q.   The job being the -- the position with |
| 13:40:35 | 3 | Datacenter.com and XBT? |
| 13:40:37 | 4 | A.   Yeah.  Yeah. |
| 13:40:38 | 5 | Q.   That's the reason you moved to Cyprus? |
| 13:40:40 | 6 | A.   Yes. |
| 13:40:40 | 7 | Q.   And why were you moving to Cyprus and |
| 13:40:42 | 8 | not Amsterdam? |
| 13:40:46 | 9 | A.   Because the business was at that moment |
| 13:40:48 | 10 | over here and not in Amsterdam. |
| 13:40:50 | 11 | Q.   Okay.  And do you work with Webzilla |
| 13:40:53 | 12 | at all? |
| 13:40:54 | 13 | A.   Webzilla is one of our -- the -- one |
| 13:40:56 | 14 | of the customers of Datacenter.com. |
| 13:40:58 | 15 | Q.   Webzilla is a customer of Datacenter.com? |
| 13:41:01 | 16 | A.   Yes. |
| 13:41:01 | 17 | Q.   And -- so does Webzilla rent -- use |
| 13:41:06 | 18 | Datacenter.com to rent data centers? |
| 13:41:13 | 19 | A.   They rent space from us to put their |
| 13:41:16 | 20 | services in.  So that's the only -- that's the |
| 13:41:18 | 21 | relationship as a customer.  I mean -- |
| 13:41:25 | 22 | Q.   Okay.  And -- and who -- when -- if |
| 13:41:26 | 23 | Webzilla is a customer of Datacenter, who are |
| 13:41:29 | 24 | you making deals with on the other side of the |
| 13:41:32 | 25 | table? |

```
13:41:40   1        A.   Particular people behind Webzilla.
13:41:44   2   I mean, their board.
13:41:48   3        Q.   Okay.  Are there other employees of
13:41:49   4   Datacenter.com?
13:41:52   5        A.   I'm not an employee.  So yes, there
13:41:54   6   are employees on Datacenter.com.
13:41:56   7        Q.   And as CEO, are you involved in making
13:42:01   8   the deals or -- or the contracts with customers
13:42:04   9   of Datacenter.com?
13:42:09  10        A.   Yes.
13:42:10  11        Q.   And who at Webzilla -- if Webzilla is
13:42:14  12   a customer, who's the representative for Webzilla
13:42:17  13   that Datacenter.com deals with in order to make
13:42:20  14   a contract for space?
13:42:22  15        A.   Their director of The Netherlands.
13:42:23  16        Q.   Their what?
13:42:25  17        A.   Director -- managing director of the --
13:42:26  18   The Netherlands.
13:42:31  19        Q.   Of the?  I'm sorry.  The last one?
13:42:31  20        A.   So their -- their managing director
13:42:31  21   of Webzilla Netherlands, in -- in The Netherlands,
13:42:34  22   in Holland.
13:42:34  23        Q.   Okay.  And -- and who is that?
13:42:38  24        A.   Mr. Mishra.
13:42:42  25        Q.   Mr. Mishra?
```

| | | |
|---|---|---|
| 13:42:44 | 1 | A.    (Witness nods head in the affirmative.) |
| 13:42:44 | 2 | Q.    Okay.  And how did you come to learn |
| 13:42:49 | 3 | of the job with XBT and Datacenter.com? |
| 13:42:55 | 4 | A.    I don't understand the question. |
| 13:42:57 | 5 | Q.    You said it was a good opportunity and |
| 13:42:59 | 6 | that's why you moved to Cyprus. |
| 13:43:01 | 7 | How did you first learn of this position |
| 13:43:03 | 8 | and this offer? |
| 13:43:06 | 9 | A.    I'm doing my whole life building or |
| 13:43:11 | 10 | departments or companies.  So this was building |
| 13:43:13 | 11 | something new.  So I'm always open for something |
| 13:43:16 | 12 | new. |
| 13:43:17 | 13 | Q.    Did somebody at XBT or Webzilla contact |
| 13:43:19 | 14 | you directly and ask you to join the company as |
| 13:43:24 | 15 | interim CEO? |
| 13:43:29 | 16 | A.    I'm not sure if it is one person in |
| 13:43:31 | 17 | specific.  But we had contact -- Mr. Gubarev |
| 13:43:34 | 18 | we had contact -- I had contact with.  But also |
| 13:43:37 | 19 | in my former -- no.  Yeah, Mr. Gubarev contacted |
| 13:43:45 | 20 | me -- or not contacted me.  We -- we came to |
| 13:43:47 | 21 | speak.  So it is not really -- it was like a |
| 13:43:50 | 22 | natural process.  So it was not a "we have a |
| 13:43:51 | 23 | job" and -- so yeah.  I don't know how to explain |
| 13:43:57 | 24 | it in a -- in a right way, to translate it for |
| 13:43:59 | 25 | myself. |

```
13:44:13    1            I came in contact with the people
13:44:16    2   within this -- in this case, XBT or the people
13:44:19    3   behind Datacenter.com.  And they asked me.  So
13:44:22    4   yes, for that reason I joined.
13:44:24    5         Q.   Okay.  And to -- to kind of back up
13:44:26    6   a little, when did you first meet Mr. Gubarev?
13:44:31    7         A.   I don't know exactly.
13:44:33    8         Q.   Was it five years ago?
13:44:35    9         A.   Could be.
13:44:35   10         Q.   Was it more than five years ago?
13:44:37   11         A.   I don't know.
13:44:37   12         Q.   And how did you -- well, what was the
13:44:38   13   circumstances of you first meeting Mr. Gubarev?
13:44:41   14         A.   As a customer.
13:44:42   15         Q.   As a customer of what company?
13:44:44   16         A.   Brocade.
13:44:45   17         Q.   Of Brocade.  So Mr. Gubarev was
13:44:48   18   a customer of Brocade.
13:44:49   19              And was he one of your customers
13:44:53   20   in your position?
13:44:54   21         A.   Yes.
13:44:54   22         Q.   Okay.  And were -- did you have
13:44:57   23   a professional relationship?  Did you become
13:45:00   24   friends?
13:45:03   25         A.   It was a professional relationship.
```

13:45:06   1        Q.   Professional relationship.

13:45:09   2             And at what -- how long was Mr. Gubarev

13:45:11   3   a client of Brocade?

13:45:14   4        A.   I don't know precisely.

13:45:16   5        Q.   And when did he first start speaking

13:45:18   6   to you about the potential of joining his company?

13:45:21   7        A.   I don't know anymore.  I don't know.

13:45:25   8        Q.   Was -- did you have conversations by

13:45:29   9   e-mail or by phone?

13:45:41  10        A.   I cannot -- I think both.  But to be

13:45:50  11   honest -- no, not -- no, let me think.  I think

13:45:58  12   both e-mail and phone.  But I don't know exactly

13:46:02  13   anymore.

13:46:03  14        Q.   And how did Mr. Gubarev describe the

13:46:06  15   position that he wanted you to take with the

13:46:09  16   companies when he first asked you?

13:46:13  17        A.   Building the company scratch -- from

13:46:16  18   scratch, a new company.  So it was nothing when

13:46:19  19   I started.

13:46:20  20        Q.   And the new company was Datacenter.com?

13:46:22  21        A.   Yeah.

13:46:23  22        Q.   Okay.  And did XBT already own the

13:46:27  23   domain name at that point?

13:46:31  24        A.   Yes.

13:46:33  25        Q.   And what is your -- what are your

```
13:46:36   1   day-to-day responsibilities as CEO?

13:46:38   2       A.   Building the company from scratch.

13:46:49   3   I mean hiring people, finding new customers,

13:46:54   4   arranging, yeah, everything in and around

13:46:57   5   Datacenter.com.  That's my responsibility

13:47:03   6   and day-to-day job.  So if -- if something

13:47:05   7   happens, then I -- I know.

13:47:09   8       Q.   Well, the company started -- you came

13:47:10   9   on in -- in early September.

13:47:15   10           So how many employees do you have at

13:47:16   11   this point?

13:47:19   12       A.   I don't have employees.  Datacenter.com

13:47:21   13   has employees.

13:47:22   14       Q.   How many -- approximately how many

13:47:24   15   employees does Datacenter.com have?

13:47:28   16       A.   Four.

13:47:30   17       Q.   Four employees.

13:47:30   18           And approximately how many customers

13:47:33   19   does Datacenter.com have?

13:47:35   20       A.   I don't know exactly.

13:47:36   21       Q.   And you said that you are paid by

13:47:39   22   Datacenter.com to your -- your agency or your

13:47:43   23   company Etelo?

13:47:45   24       A.   No, I didn't say that it was my company.

13:47:49   25       Q.   You are employed by the company Etelo;
```

| | | |
|---|---|---|
| 13:47:51 | 1 | is that correct? |
| 13:47:51 | 2 | A.    Yes. |
| 13:47:52 | 3 | Q.    And you are compensated directly by -- |
| 13:47:56 | 4 | Etelo?  It pays your paycheck; is that correct? |
| 13:47:58 | 5 | A.    That's correct. |
| 13:48:00 | 6 | Q.    And does Datacenter.com pay Etelo for |
| 13:48:02 | 7 | them to pay you? |
| 13:48:04 | 8 | A.    Yes. |
| 13:48:09 | 9 | Q.    Okay.  Do you know how much Datacenter.com |
| 13:48:11 | 10 | pays Etelo for your services? |
| 13:48:15 | 11 | A.    Yes. |
| 13:48:16 | 12 | Q.    And how much is that? |
| 13:48:18 | 13 | A.    Around 12,000 euros. |
| 13:48:22 | 14 | Q.    Per month?  Per year? |
| 13:48:24 | 15 | A.    A month. |
| 13:48:24 | 16 | Q.    Per month.  Okay. |
| 13:48:25 | 17 | And is that how much you are compensated |
| 13:48:28 | 18 | by Etelo? |
| 13:48:29 | 19 | A.    No. |
| 13:48:29 | 20 | Q.    And how much are you paid? |
| 13:48:36 | 21 | A.    Around four. |
| 13:48:38 | 22 | Q.    And that's -- 4,000 euros per month is -- |
| 13:48:41 | 23 | is your compensation? |
| 13:48:44 | 24 | A.    (Witness nods head in the affirmative.) |
| 13:48:45 | 25 | Q.    Okay.  Mr. Steman, are you represented |

| | | |
|---|---|---|
| 13:48:55 | 1 | by counsel here today? |
| 13:48:56 | 2 | A.   Yes, I am. |
| 13:48:57 | 3 | Q.   And is your counsel Mr. Gurvits? |
| 13:48:59 | 4 | A.   Yes. |
| 13:48:59 | 5 | Q.   And what did you do to prepare for |
| 13:49:01 | 6 | this deposition today? |
| 13:49:04 | 7 | A.   We had a small talk before. |
| 13:49:06 | 8 | Q.   Today? |
| 13:49:07 | 9 | A.   Yesterday. |
| 13:49:08 | 10 | Q.   Yesterday. |
| 13:49:08 | 11 | And approximately how long did you speak? |
| 13:49:12 | 12 | A.   Thirty minutes -- an hour. |
| 13:49:15 | 13 | Q.   Did you look at any documents? |
| 13:49:20 | 14 | A.   No, not -- no -- yes, I looked at one |
| 13:49:22 | 15 | document because -- and it was my own document, |
| 13:49:24 | 16 | by the way.  It was an e-mail. |
| 13:49:26 | 17 | Q.   I'm sorry?  Can you -- |
| 13:49:27 | 18 | A.   I -- I -- yeah, I checked one document. |
| 13:49:28 | 19 | Q.   And what document was that? |
| 13:49:30 | 20 | A.   My e-mail to HK Strategies. |
| 13:49:37 | 21 | Q.   HK Strategies? |
| 13:49:38 | 22 | A.   Yeah. |
| 13:49:39 | 23 | Q.   What was the subject of that e-mail? |
| 13:49:41 | 24 | A.   I don't know really.  Because it was |
| 13:49:42 | 25 | a Dutch e-mail and was two questions about what |

```
13:49:43   1    is standing over here.  So --

13:49:46   2              (Court reporter clarification.)

13:49:46   3              THE WITNESS:  It was more about --

13:49:47   4    there were five sentences on it.  And I don't

13:49:51   5    know precisely anymore what's -- what's in there.

13:49:53   6    So it's quite hard to ...

13:49:59   7         Q.   BY MS. SCHARY:  Okay.  Datacenter.com's

13:50:03   8    customers, what types of -- what types of industries

13:50:07   9    are they in?

13:50:10  10         A.   All.  I mean finance, gaming, enterprises,

13:50:14  11    providers, carriers, various.

13:50:19  12         Q.   And are they all companies as opposed

13:50:20  13    to individuals?

13:50:22  14         A.   We don't support private persons.

13:50:25  15         Q.   Okay.  So it's all B2B?

13:50:29  16         A.   All B2B.

13:50:29  17         Q.   Okay.  And are these large companies?

13:50:31  18    Small companies?  Medium size?

13:50:34  19         A.   From -- various sizes.  So we support

13:50:37  20    from small to -- to big.

13:50:39  21         Q.   And when a new customer comes in, do

13:50:42  22    you -- do you learn about their business?

13:50:43  23         A.   Sometimes.

13:50:45  24         Q.   Is there -- is there a procedure that

13:50:50  25    you follow for every customer?  Or is each one
```

| | | |
|---|---|---|
| 13:50:53 | 1 | different? |
| 13:50:53 | 2 | A.   No.  There is a procedure. |
| 13:50:57 | 3 | Q.   There is a procedure? |
| 13:50:57 | 4 | A.   Of course. |
| 13:50:57 | 5 | Q.   Okay.  Can you describe the procedure |
| 13:50:59 | 6 | for a new customer? |
| 13:51:00 | 7 | A.   I don't have the -- I -- I don't know. |
| 13:51:00 | 8 | Because my team is taking care of on-boarding |
| 13:51:04 | 9 | customers.  So no, I can't. |
| 13:51:06 | 10 | Q.   Okay.  Are there written procedures? |
| 13:51:10 | 11 | A.   I don't know.  But -- I don't know. |
| 13:51:13 | 12 | Q.   And are those procedures specific to |
| 13:51:17 | 13 | Datacenter.com?  Or are these procedures that |
| 13:51:19 | 14 | are used by other businesses that were created |
| 13:51:25 | 15 | by the XBT founders? |
| 13:51:27 | 16 | A.   Specifically Datacenter.com, specific |
| 13:51:30 | 17 | business. |
| 13:51:38 | 18 | Q.   Mr. Steman, what -- what devices do |
| 13:51:42 | 19 | you use for business communications? |
| 13:51:45 | 20 | A.   E-mail.  Phone. |
| 13:51:46 | 21 | Q.   E-mail and phone? |
| 13:51:47 | 22 | A.   Yes. |
| 13:51:47 | 23 | Q.   And for your e-mail, do you have -- |
| 13:51:49 | 24 | what e-mail -- what work e-mail addresses do |
| 13:51:52 | 25 | you have? |

13:51:54   1          A.   Datacenter.com.

13:51:55   2          Q.   Okay.

13:51:56   3          A.   My time as CCO, I also had Servers.com

13:52:03   4     and XBT.com.

13:52:04   5          Q.   What was the first one?

13:52:07   6          A.   Datacenter.com.

13:52:08   7          Q.   Sure.

13:52:08   8          A.   That's the first one.  And Servers.com

13:52:09   9     and XBT.com.

13:52:13   10         Q.   Okay.  And the XBT.com and Servers.com,

13:52:15   11    was that only while you served as CCO?

13:52:22   12         A.   I don't know if they still exist.  I

13:52:23   13    don't know.

13:52:23   14         Q.   Do you -- have you used them recently?

13:52:27   15         A.   Not that I'm aware of.  So I don't

13:52:28   16    know.

13:52:29   17         Q.   Do you still have access to them?

13:52:33   18         A.   I don't know.  I don't know.

13:52:37   19         Q.   Did you ever have a separation agreement

13:52:39   20    with XBT or Servers when you ceased being CCO?

13:52:46   21         A.   Not that I'm aware of.

13:52:48   22         Q.   Was your compensation different when

13:52:49   23    you moved from being CCO of Servers and XBT to

13:52:54   24    becoming CEO of Datacenter.com?

13:53:02   25         A.   To who?  I mean, how --

| | | |
|---|---|---|
| 13:53:03 | 1 | Q.    Comp -- your compensation? |
| 13:53:04 | 2 | A.    My compensation? |
| 13:53:05 | 3 | Q.    Yes. |
| 13:53:06 | 4 | A.    No.  It didn't change.  No. |
| 13:53:08 | 5 | Q.    Okay.  Do you know if the amount paid |
| 13:53:11 | 6 | to your company was different? |
| 13:53:12 | 7 | And by -- sorry.  I apologize. |
| 13:53:14 | 8 | Do you know if the amount paid to Etelo |
| 13:53:17 | 9 | is different? |
| 13:53:18 | 10 | A.    I don't know.  I don't -- I don't know. |
| 13:53:22 | 11 | Q.    And beyond your e-mail and phone, do |
| 13:53:24 | 12 | you ever communicate for business via text message? |
| 13:53:31 | 13 | A.    Yes.  We use -- yes. |
| 13:53:34 | 14 | Q.    Okay.  What about Facebook? |
| 13:53:36 | 15 | A.    We all use -- all kind of communication |
| 13:53:40 | 16 | channels are used nowadays.  So yes. |
| 13:53:43 | 17 | Q.    Okay.  And when I say communicate |
| 13:53:43 | 18 | for business, I'm not -- I'm not talking about |
| 13:53:46 | 19 | Facebook posts, you know, publicly. |
| 13:53:48 | 20 | Do you use Facebook messaging to |
| 13:53:50 | 21 | communicate with other -- either with customers |
| 13:53:52 | 22 | or with colleagues? |
| 13:53:58 | 23 | A.    Yes. |
| 13:53:58 | 24 | Q.    Okay.  What about WhatsApp? |
| 13:54:01 | 25 | A.    Yes. |

| | | |
|---|---|---|
| 13:54:02 | 1 | Q.   What about Jabber? |
| 13:54:06 | 2 | A.   Not that I'm aware of. |
| 13:54:08 | 3 | Q.   What about Telegram? |
| 13:54:09 | 4 | A.   Not that I'm aware of. |
| 13:54:11 | 5 | Q.   Is there any messaging service that |
| 13:54:12 | 6 | I have not listed that you use? |
| 13:54:14 | 7 | A.   Oh, for sure.  I don't know -- for |
| 13:54:16 | 8 | sure, but I don't know which one.  I mean, we |
| 13:54:19 | 9 | are using that many social media channel to -- |
| 13:54:22 | 10 | to talk with potential customers that I cannot |
| 13:54:25 | 11 | name them all at this moment.  I don't know. |
| 13:54:26 | 12 | Q.   What -- what's your go-to messaging |
| 13:54:26 | 13 | system? |
| 13:54:27 | 14 | A.   WhatsApp. |
| 13:54:30 | 15 | Q.   WhatsApp.  Okay. |
| 13:54:31 | 16 | Shifting gears a bit, tell me a little |
| 13:54:35 | 17 | bit about your duties during the time that you |
| 13:54:38 | 18 | served as chief commercial officer for XBT. |
| 13:54:43 | 19 | A.   It was the first month.  And in the |
| 13:54:46 | 20 | first month, my -- my primary objective was to -- |
| 13:54:47 | 21 | to know the company.  I mean, it's quite hard |
| 13:54:50 | 22 | to get in a company and act like a role without |
| 13:54:54 | 23 | knowing the -- know -- knowing the company very |
| 13:54:56 | 24 | well.  So that was my first period of time. |
| 13:55:00 | 25 | But at the same time, I was also |

| | | |
|---|---|---|
| 13:55:02 | 1 | preparing for the whole Datacenter.com.  And -- |
| 13:55:02 | 2 | and those two together was -- was no option.  So |
| 13:55:07 | 3 | I had to split.  It was impossible to be "and/and." |
| 13:55:10 | 4 | I mean, they are both full -- more than full-time |
| 13:55:15 | 5 | jobs.  So you cannot combine them. |
| 13:55:20 | 6 | Q.   So let me -- let me just try to understand |
| 13:55:21 | 7 | here. |
| 13:55:22 | 8 | So you're -- the offer and the reason |
| 13:55:23 | 9 | you moved to Cyprus was this opportunity with |
| 13:55:27 | 10 | Datacenter.com; correct? |
| 13:55:27 | 11 | A.   Yeah. |
| 13:55:28 | 12 | Q.   And when you first came on, though, |
| 13:55:31 | 13 | you came on not only as CEO of Datacenter.com |
| 13:55:35 | 14 | but also as chief commercial officer of XBT |
| 13:55:39 | 15 | and -- and of other companies in addition to |
| 13:55:41 | 16 | XBT? |
| 13:55:42 | 17 | Did you say Servers as well? |
| 13:55:45 | 18 | A.   No.  I came for XBT. |
| 13:55:46 | 19 | Q.   So you were both the CCO of XBT and |
| 13:55:48 | 20 | the CEO of Datacenter.com at the same time? |
| 13:55:51 | 21 | A.   Yes. |
| 13:55:51 | 22 | Q.   Okay.  And you said your first month |
| 13:55:57 | 23 | at -- you were just learning the company. |
| 13:55:59 | 24 | And -- and what company was that?  Is |
| 13:56:01 | 25 | that XBT specifically? |

| | | |
|---|---|---|
| 13:56:03 | 1 | A.   Yes.   The -- the line of business I |
| 13:56:04 | 2 | came from -- from networking, I mean, you need |
| 13:56:08 | 3 | to know where we are talking about before we |
| 13:56:11 | 4 | even can start selling it.   So the first period |
| 13:56:14 | 5 | was -- was one -- was to know -- to know the |
| 13:56:17 | 6 | business. |
| 13:56:17 | 7 | And the other one was preparing the |
| 13:56:19 | 8 | whole Datacenter.com company to -- how to set |
| 13:56:25 | 9 | up.   So, I mean, that was my day-to-day job |
| 13:56:28 | 10 | at that moment. |
| 13:56:29 | 11 | Q.   So Datacenter.com had not launched |
| 13:56:31 | 12 | yet; correct? |
| 13:56:33 | 13 | A.   How do you mean "launched"? |
| 13:56:37 | 14 | Q.   Was it a -- what is -- was it a company |
| 13:56:39 | 15 | that had customers? |
| 13:56:40 | 16 | A.   No. |
| 13:56:41 | 17 | Q.   Okay.   And when did it become a company |
| 13:56:46 | 18 | with customers? |
| 13:56:48 | 19 | A.   I don't know precisely. |
| 13:56:49 | 20 | Q.   Okay.   Was there a press release when |
| 13:56:56 | 21 | it was launched? |
| 13:57:01 | 22 | A.   The facility in Amsterdam?   Of -- how -- |
| 13:57:02 | 23 | how do you mean this question? |
| 13:57:04 | 24 | Q.   Well, you said you set up a new company |
| 13:57:06 | 25 | and you built it from scratch. |

| | | |
|---|---|---|
| 13:57:07 | 1 | And so I'm trying to understand when did |
| 13:57:08 | 2 | that company become a going concern, operational, |
| 13:57:12 | 3 | open for business? |
| 13:57:18 | 4 | A.   I still don't get it.  Because open for |
| 13:57:21 | 5 | business and, for instance, building a company are |
| 13:57:24 | 6 | two separate things.  I mean, building -- before |
| 13:57:26 | 7 | a building is open, if you're going to build a |
| 13:57:28 | 8 | building, it takes months.  And during that process |
| 13:57:30 | 9 | of building, you need -- there is a lot of work to |
| 13:57:33 | 10 | do. |
| 13:57:34 | 11 | So, again, what specifically the question? |
| 13:57:38 | 12 | Is it when did you open the data center?  Or is the |
| 13:57:41 | 13 | question:  When did you start building the company? |
| 13:57:43 | 14 | Q.   Why don't we take those one at a time. |
| 13:57:44 | 15 | When did you start building the company? |
| 13:57:45 | 16 | A.   When I joined the company. |
| 13:57:46 | 17 | Q.   So in September of 2016? |
| 13:57:48 | 18 | A.   Yes. |
| 13:57:48 | 19 | Q.   When did you open the data center? |
| 13:57:50 | 20 | A.   End of this -- end of last year, end |
| 13:57:53 | 21 | of 2017. |
| 13:57:54 | 22 | Q.   End of 2017. |
| 13:57:56 | 23 | When did you -- so did Datacenter.com |
| 13:58:00 | 24 | acquire customers prior to the -- the facility |
| 13:58:03 | 25 | being opened? |

```
13:58:04    1        A.   Of course.

13:58:05    2        Q.   Because you were renting space in other

13:58:07    3    facilities; is that right?

13:58:08    4        A.   We sold already pre -- we already sold

13:58:13    5    space before we even get opened.  So yes.

13:58:16    6        Q.   So you were selling the space in the

13:58:18    7    new data center that was not yet opened?

13:58:20    8        A.   Yes.

13:58:21    9        Q.   But you were not yet providing the

13:58:23   10    space as a -- as an operational facility?

13:58:25   11        A.   Yes.

13:58:26   12        Q.   Okay.  And the -- when you said you

13:58:28   13    were opening a data center, I think you had told

13:58:31   14    me previously that you didn't own a data center?

13:58:34   15        A.   Uh-huh.

13:58:34   16        Q.   So do you not own the data center that

13:58:35   17    you were opening?

13:58:35   18        A.   No, it's not our -- not our data center.

13:58:38   19    But in a way of speaking, we opening -- we --

13:58:40   20    we -- we're providing the service to our customers.

13:58:45   21    So we are telling the market or -- that we are

13:58:48   22    providing data center service to our customers.

13:58:50   23    So we opened a data center facility.  I didn't

13:58:54   24    say that it was our facility.  We are renting

13:58:56   25    the facility.
```

| | | |
|---|---|---|
| 13:58:57 | 1 | Q.   I see.  So, like, if you open your |
| 13:58:59 | 2 | offices but you don't own the building?  Okay. |
| 13:59:01 | 3 | A.   Yes. |
| 13:59:01 | 4 | Q.   And how big is this facility? |
| 13:59:06 | 5 | A.   10,000 square meters. |
| 13:59:07 | 6 | Q.   And are there any other companies that |
| 13:59:10 | 7 | use the same facility as their data center? |
| 13:59:12 | 8 | A.   No. |
| 13:59:13 | 9 | Q.   So it's exclusively for Datacenter.com? |
| 13:59:15 | 10 | A.   Yes. |
| 13:59:15 | 11 | Q.   Okay.  And you said you -- you weren't |
| 13:59:21 | 12 | sure how many customers. |
| 13:59:22 | 13 | But, you know, as CEO, what is your |
| 13:59:24 | 14 | general ballpark understanding?  We're talking |
| 13:59:26 | 15 | 10 customers?  10,000 customers? |
| 13:59:29 | 16 | A.   I don't know. |
| 13:59:30 | 17 | Q.   Is it somewhere more than 10 customers? |
| 13:59:33 | 18 | A.   I don't want to guess.  I don't know. |
| 13:59:34 | 19 | Q.   So as CEO, you have no idea how many |
| 13:59:38 | 20 | customers your company has? |
| 13:59:40 | 21 | A.   Exactly?  No. |
| 13:59:41 | 22 | Q.   You do not? |
| 13:59:42 | 23 | A.   No. |
| 13:59:42 | 24 | Q.   Okay.  And, again, going back to your |
| 13:59:46 | 25 | time as chief commercial officer, what were your |

| | | |
|---|---|---|
| 13:59:51 | 1 | duties as chief commercial officer at XBT? |
| 13:59:56 | 2 | A.   To see where we could expand businesses. |
| 14:00:01 | 3 | I mean, I came from -- from a big American company |
| 14:00:04 | 4 | with an American way of doing business.  So I just |
| 14:00:06 | 5 | see if that model also could work and -- and if |
| 14:00:08 | 6 | it also could work with the same kind of customers |
| 14:00:12 | 7 | as XBT, so more enterprise focused. |
| 14:00:15 | 8 | Q.   So were you looking at expanding the |
| 14:00:19 | 9 | public profile of XBT? |
| 14:00:21 | 10 | A.   No.  Because I didn't -- no. |
| 14:00:23 | 11 | Q.   Were you working on trying to understand |
| 14:00:27 | 12 | new areas of development of business for XBT? |
| 14:00:33 | 13 | A.   Yes. |
| 14:00:36 | 14 | Q.   Was there someone who held the position |
| 14:00:39 | 15 | of chief commercial officer before you arrived? |
| 14:00:39 | 16 | A.   Not that I'm aware of. |
| 14:00:39 | 17 | Q.   So the position was created for you? |
| 14:00:43 | 18 | A.   Yes. |
| 14:00:44 | 19 | Q.   To your understanding, does somebody |
| 14:00:46 | 20 | hold that position now that you are no longer |
| 14:00:51 | 21 | chief commercial officer? |
| 14:00:52 | 22 | A.   Not that I'm aware of. |
| 14:00:55 | 23 | Q.   Mr. Steman, did there come a time when |
| 14:00:57 | 24 | you retained -- or XBT or Webzilla retained Hill & |
| 14:01:01 | 25 | Knowlton, HK Strategies? |

```
14:01:07   1         A.   Sorry.  I don't understand the question.

14:01:09   2         Q.   You mentioned before that you had looked

14:01:11   3    at a document, an e-mail with HK Strategies?

14:01:14   4         A.   Yes.

14:01:15   5         Q.   So you understand that there came

14:01:17   6    a time when you were interacting with people

14:01:19   7    from HK Strategies?

14:01:21   8         A.   Yes.

14:01:22   9         Q.   Were you the one who made the decision

14:01:24   10   to hire HK Strategies?

14:01:27   11        A.   I didn't make the decision.  No.

14:01:29   12        Q.   Did you make the decision to initially

14:01:31   13   reach out to HK Strategies?

14:01:33   14        A.   Yes, I did.

14:01:34   15        Q.   And how did you decide to reach out

14:01:37   16   to HK Strategies?

14:01:39   17        A.   How?  Google.

14:01:41   18        Q.   Why did you decide to reach out to

14:01:43   19   HK Strategies?

14:01:44   20        A.   Because I received a phone call on

14:01:46   21   Thursday night by my brother that the company

14:01:49   22   linked it to XBT.  And XBT were in Dutch news

14:01:50   23   on the television.

14:01:53   24             So I received calls from The Netherlands

14:01:55   25   where our name was publicly named on the -- by --
```

| | | |
|---|---|---|
| 14:02:01 | 1 | by journalists.  And at that point -- that's the |
| 14:02:04 | 2 | commercial part of my role -- we didn't had any |
| 14:02:09 | 3 | PR or that kind of -- of knowledge in -- in-house. |
| 14:02:11 | 4 | So the first thing what I did was looking for |
| 14:02:15 | 5 | someone who could advise us.  So that is the |
| 14:02:18 | 6 | reason why we came to HK. |
| 14:02:20 | 7 | Q.   And your brother lives in The Netherlands? |
| 14:02:23 | 8 | A.   Yeah, he did. |
| 14:02:23 | 9 | Q.   Okay.  So your brother called and said |
| 14:02:24 | 10 | that he had seen -- |
| 14:02:24 | 11 | A.   You have to -- you have to watch |
| 14:02:26 | 12 | television.  Oh, sorry. |
| 14:02:27 | 13 | Q.   I'm sorry.  Let me -- let me just finish |
| 14:02:29 | 14 | my question first for the -- for the record. |
| 14:02:30 | 15 | So you received a call from your brother |
| 14:02:33 | 16 | that there was coverage in the Dutch press about |
| 14:02:36 | 17 | XBT and -- is that what you were telling me? |
| 14:02:40 | 18 | A.   Yeah. |
| 14:02:40 | 19 | Q.   Okay.  And as a result of that call, |
| 14:02:42 | 20 | you did a Google search.  And you came up with -- |
| 14:02:46 | 21 | with -- with HK Strategies, and you contacted |
| 14:02:49 | 22 | them. |
| 14:02:50 | 23 | Is that correct? |
| 14:02:50 | 24 | A.   Yes. |
| 14:02:50 | 25 | Q.   Okay.  And you said that you did not |

| | | |
|---|---|---|
| 14:02:54 | 1 | have any PR in-house at the time? |
| 14:02:58 | 2 | A.   No. |
| 14:02:59 | 3 | Q.   Okay.  And HK Strategies was -- |
| 14:03:00 | 4 | specifically had expertise in -- in The |
| 14:03:05 | 5 | Netherlands; correct? |
| 14:03:05 | 6 | A.   I -- in this case, yes.  But I -- yes. |
| 14:03:10 | 7 | MS. SCHARY:  Okay.  I'm going to mark |
| 14:03:15 | 8 | as Exhibit 2 -- I'm going to mark as Exhibit 2 |
| 14:03:30 | 9 | a document that has the Bates stamp P-P000612. |
| 14:03:34 | 10 | I'll ask the court reporter to mark that and |
| 14:03:38 | 11 | hand it to the witness. |
| 14:03:39 | 12 | (Exhibit 2 marked.) |
| 14:03:47 | 13 | MR. GURVITS:  Can we take a quick |
| 14:03:49 | 14 | bathroom break? |
| 14:03:53 | 15 | MS. SCHARY:  Sure.  Yes. |
| 14:03:56 | 16 | THE VIDEOGRAPHER:  Going off the record |
| 14:03:58 | 17 | at 2:03. |
| 14:04:01 | 18 | (Recess from 2:03 p.m. to 2:11 p.m.) |
| 14:11:45 | 19 | THE VIDEOGRAPHER:  Back on the record |
| 14:11:46 | 20 | at 2:11. |
| 14:11:50 | 21 | Q.   BY MS. SCHARY:  Mr. Steman, you said |
| 14:11:52 | 22 | that you -- we talked before about how you were -- |
| 14:11:55 | 23 | you're employed by Etelo and you were working |
| 14:11:59 | 24 | with Datacenter.com through Etelo. |
| 14:12:00 | 25 | Are you an officer in any other companies |

| | | |
|---|---|---|
| 14:12:04 | 1 | other than Datacenter.com currently? |
| 14:12:08 | 2 | A.   I held some companies still in my name, |
| 14:12:11 | 3 | Dutch companies.  Yes. |
| 14:12:13 | 4 | Q.   Okay.  And what companies are those? |
| 14:12:16 | 5 | A.   I named you before, Stedumaco. |
| 14:12:19 | 6 | Q.   Uh-huh. |
| 14:12:19 | 7 | A.   Dutch Founders. |
| 14:12:24 | 8 | Q.   Dutch Farmish? |
| 14:12:24 | 9 | A.   "Founders." |
| 14:12:24 | 10 | Q.   "Founders." |
| 14:12:24 | 11 | A.   And DataLogix Group. |
| 14:12:30 | 12 | Q.   And DataLogix Group. |
| 14:12:30 | 13 | And that's the one that went through |
| 14:12:32 | 14 | the bankruptcy? |
| 14:12:33 | 15 | A.   No.  That was DataLogix. |
| 14:12:34 | 16 | Q.   Was this a successor to DataLogix? |
| 14:12:38 | 17 | A.   No.  We -- because we started that |
| 14:12:40 | 18 | company -- we were trying to -- to make an -- |
| 14:12:43 | 19 | a re-start with the same company.  So we already |
| 14:12:46 | 20 | started the company.  So it's all -- it's an |
| 14:12:48 | 21 | empty shell. |
| 14:12:50 | 22 | Q.   And is your work with those companies |
| 14:12:53 | 23 | through Etelo -- |
| 14:12:54 | 24 | A.   No.  No. |
| 14:12:54 | 25 | Q.   -- or direct? |

14:12:55  1        A.   I'm -- I'm only the shareholder of

14:12:58  2   those companies.  So there's no any activities

14:13:00  3   within those companies.

14:13:01  4        Q.   Okay.  Are you the officer in any

14:13:05  5   other companies besides Datacenter.com through

14:13:08  6   your relationship with Etelo?

14:13:11  7        A.   No.

14:13:13  8        Q.   And how long have you been working

14:13:14  9   with Etelo?

14:13:16  10        A.   Almost -- I don't know exactly.  I

14:13:21  11   don't know exactly.

14:13:22  12        Q.   Were you the officer in any company

14:13:25  13   through Etelo prior to working with XBT?

14:13:29  14        A.   No.

14:13:30  15        Q.   And did you join Etelo at approximately

14:13:34  16   the same time as you became the CCO of XBT?

14:13:43  17        A.   When I was hired to XBT?  Yes.

14:13:46  18        Q.   Okay.  And where is Etelo based?

14:13:48  19        A.   Cyprus.

14:13:49  20        Q.   In Cyprus.

14:13:52  21             So you moved to Cyprus -- when you

14:13:56  22   moved to Cyprus, were you already an employee

14:13:59  23   of Etelo?

14:14:05  24        A.   I don't know exactly.  I don't know.

14:14:08  25        Q.   Did you become an employee of Etelo

| | | |
|---|---|---|
| 14:14:11 | 1 | specifically to take the job with XBT and |
| 14:14:14 | 2 | Datacenter.com? |
| 14:14:16 | 3 | A.   Yes. |
| 14:14:18 | 4 | Q.   Did Mr. Gubarev ask you to work with |
| 14:14:23 | 5 | Etelo? |
| 14:14:23 | 6 | A.   No. |
| 14:14:24 | 7 | Q.   How did you decide to work with Etelo? |
| 14:14:31 | 8 | A.   Feeling.  I don't know.  So I don't |
| 14:14:37 | 9 | really understand the question:  "How did you |
| 14:14:40 | 10 | decide to work with Etelo?"  I mean, I needed |
| 14:14:43 | 11 | a management company who could do -- so just -- |
| 14:14:46 | 12 | just available.  I don't know.  I mean, I don't |
| 14:14:50 | 13 | know that feeling at -- at that moment.  I don't |
| 14:14:53 | 14 | know why I made that decision to this move.  So |
| 14:14:57 | 15 | I don't know. |
| 14:14:57 | 16 | Q.   Why do you work with Etelo rather than |
| 14:15:01 | 17 | working directly for XBT or Datacenter.com? |
| 14:15:06 | 18 | A.   Because this was the construction we |
| 14:15:10 | 19 | agreed to. |
| 14:15:12 | 20 | Q.   Who's "we"? |
| 14:15:13 | 21 | A.   I with Etelo versus XBT at that moment. |
| 14:15:18 | 22 | Because that was a temporary job.  It's a contract |
| 14:15:22 | 23 | for a fixed period. |
| 14:15:24 | 24 | Q.   So you had a contract for a temporary |
| 14:15:26 | 25 | job.  And you knew of that temporary job before |

| | | |
|---|---|---|
| 14:15:31 | 1 | joining Etelo? |
| 14:15:32 | 2 | A.  It -- I don't know exactly. |
| 14:15:35 | 3 | Q.  I'm just trying to figure out -- it -- |
| 14:15:38 | 4 | it sounds to me -- what you've told me is that |
| 14:15:39 | 5 | you were approached for this job by Mr. Gubarev, |
| 14:15:43 | 6 | who was a client of yours at Brocade.  And you |
| 14:15:46 | 7 | had this great opportunity to come to Cyprus. |
| 14:15:49 | 8 | A.  Uh-huh. |
| 14:15:49 | 9 | Q.  And you moved to Cyprus to take this |
| 14:15:51 | 10 | job with XBT.  But at the same time, you joined |
| 14:15:54 | 11 | this agency that now is taking a significant |
| 14:15:58 | 12 | portion of what you're paid. |
| 14:16:01 | 13 | So I'm trying to understand why Etelo |
| 14:16:04 | 14 | is part of this relationship? |
| 14:16:05 | 15 | A.  Because it is a temporary job.  It is |
| 14:16:09 | 16 | not -- this is just -- just the construction how |
| 14:16:12 | 17 | it works with a lot of companies.  So this is how |
| 14:16:15 | 18 | we work.  So there is no specific reason why it |
| 14:16:18 | 19 | is this way. |
| 14:16:20 | 20 | Q.  So you needed to join Etelo in order |
| 14:16:23 | 21 | to take a temporary job with XBT? |
| 14:16:26 | 22 | A.  I don't say that.  I mean, I joined |
| 14:16:39 | 23 | Etelo to work for XBT. |
| 14:16:43 | 24 | Q.  To your knowledge, are there other |
| 14:16:46 | 25 | people working with XBT or Datacenter.com or |

| | | |
|---|---|---|
| 14:16:50 | 1 | Webzilla who also work with Etelo? |
| 14:16:53 | 2 | A.   I don't know. |
| 14:16:53 | 3 | MS. SCHARY:  Okay.  We're going to look |
| 14:16:56 | 4 | at Exhibit 2, which I believe is in front of you, |
| 14:17:00 | 5 | and Exhibit 3.  Exhibit 3 is -- it bears the Bates |
| 14:17:04 | 6 | stamp P-C, four zeros, 76.  And Exhibit 2 is the |
| 14:17:12 | 7 | one that ends in 612. |
| 14:17:14 | 8 | (Exhibit 3 marked.) |
| 14:17:14 | 9 | Q.   BY MS. SCHARY:  Do you have those both |
| 14:17:15 | 10 | in front of you, Mr. Steman? |
| 14:17:40 | 11 | A.   (Examining.)  I have only one document. |
| 14:17:43 | 12 | Q.   You only have 2.  This is 3.  The court |
| 14:17:43 | 13 | reporter -- |
| 14:17:43 | 14 | MR. GURVITS:  Which one has 612? |
| 14:17:43 | 15 | MS. SCHARY:  612 is Exhibit 2 and -- |
| 14:17:43 | 16 | (Court reporter clarification.) |
| 14:17:43 | 17 | MR. GURVITS:  Just pass it over to him |
| 14:17:43 | 18 | and he'll hand it to me.  This way -- |
| 14:17:43 | 19 | MS. SCHARY:  Okay. |
| 14:17:43 | 20 | MR. GURVITS:  -- Nathan won't have to |
| 14:17:43 | 21 | run back and forth. |
| 14:17:43 | 22 | MS. SCHARY:  Even better.  I should |
| 14:17:44 | 23 | have figured that out at the last deposition. |
| 14:17:47 | 24 | MR. GURVITS:  Thanks.  It's a copy |
| 14:17:47 | 25 | of what you have. |

| | | |
|---|---|---|
| 14:17:47 | 1 | THE WITNESS:  Yeah.  Oh, okay. |
| 14:17:47 | 2 | Q.   BY MS. SCHARY:  Okay.  So first, I'm |
| 14:17:48 | 3 | going to direct your attention to Exhibit 2. |
| 14:17:51 | 4 | A.   Yes. |
| 14:17:52 | 5 | Q.   And you'll see the bottom e-mail is |
| 14:17:54 | 6 | from an Ingo -- I'm going to butcher the name -- |
| 14:17:58 | 7 | H-e-i-j-n-e-n at HK -- "hkstrategies.com"? |
| 14:18:01 | 8 | A.   Yes. |
| 14:18:03 | 9 | Q.   And this is in response to your request |
| 14:18:06 | 10 | to HK Strategies; is that correct? |
| 14:18:07 | 11 | A.   (Examining.)  This is original, the |
| 14:19:02 | 12 | e-mail? |
| 14:19:03 | 13 | Q.   I'm -- I'm just asking if the bottom |
| 14:19:05 | 14 | e-mail -- it says: |
| 14:19:06 | 15 | "Dear Jochem.  Thank you for the call |
| 14:19:10 | 16 | just now."  (As read.) |
| 14:19:11 | 17 | A.   Yeah. |
| 14:19:11 | 18 | Q.   Is that correct that you initially |
| 14:19:12 | 19 | reached out to HK Strategies?  This is a -- |
| 14:19:14 | 20 | A.   Yes. |
| 14:19:15 | 21 | Q.   -- an e-mail in response to that |
| 14:19:18 | 22 | request? |
| 14:19:18 | 23 | A.   Yes. |
| 14:19:19 | 24 | Q.   Okay.  If you'll -- so it says: |
| 14:19:21 | 25 | "Thank you for the call" right now -- |

| | | |
|---|---|---|
| 14:19:22 | 1 | "just now." |
| 14:19:23 | 2 | Do you recall having a call with Ingo? |
| 14:19:27 | 3 | A.   I had a call with Ingo. |
| 14:19:28 | 4 | Q.   You had a call with Ingo. |
| 14:19:29 | 5 | Who was on that call? |
| 14:19:31 | 6 | A.   Me. |
| 14:19:32 | 7 | Q.   Just the two of you? |
| 14:19:32 | 8 | A.   Just the two of us. |
| 14:19:33 | 9 | Q.   And the first bullet point under "As |
| 14:19:36 | 10 | discussed, what needs to be done," Ingo is asking |
| 14:19:39 | 11 | for: |
| 14:19:40 | 12 | "An analysis of the publications to |
| 14:19:42 | 13 | date, including earlier coverage about Alexei |
| 14:19:43 | 14 | [sic] in relation to the hacks.  He apparently |
| 14:19:46 | 15 | stated that the hacks did not happen or so media |
| 14:19:49 | 16 | wrote earlier.  This is something to be taken |
| 14:19:51 | 17 | into account." |
| 14:19:52 | 18 | Do you see that? |
| 14:19:53 | 19 | A.   I see that. |
| 14:19:54 | 20 | Q.   What did you discuss on the call in |
| 14:19:56 | 21 | relation to that bullet point? |
| 14:19:58 | 22 | A.   I don't know anymore. |
| 14:20:00 | 23 | Q.   You don't recall? |
| 14:20:01 | 24 | A.   I don't know.  No, I don't know. |
| 14:20:03 | 25 | Q.   Did you -- did you prepare the request |

| | | |
|---|---|---|
| 14:20:06 | 1 | and analysis? |
| 14:20:14 | 2 | A.   I don't know. |
| 14:20:14 | 3 | Q.   Did you ask anyone else to prepare the |
| 14:20:18 | 4 | request and analysis? |
| 14:20:21 | 5 | A.   I -- |
| 14:20:21 | 6 | MR. GURVITS:  Objection. |
| 14:20:22 | 7 | You can -- you can answer. |
| 14:20:25 | 8 | THE WITNESS:  I don't know. |
| 14:20:26 | 9 | Q.   BY MS. SCHARY:  You don't know? |
| 14:20:27 | 10 | A.   No. |
| 14:20:29 | 11 | Q.   Would there be any documents you could |
| 14:20:31 | 12 | consult to refresh your recollection? |
| 14:20:33 | 13 | A.   I don't know.  Maybe.  I don't know. |
| 14:20:39 | 14 | Q.   Do you recall any further discussion |
| 14:20:41 | 15 | about the requested analysis beyond this e-mail? |
| 14:20:46 | 16 | MR. GURVITS:  Objection. |
| 14:20:47 | 17 | Q.   BY MS. SCHARY:  You have to answer |
| 14:20:48 | 18 | verbally for the court reporter. |
| 14:20:54 | 19 | A.   What was your question? |
| 14:20:56 | 20 | Q.   I asked whether you recall having any |
| 14:21:00 | 21 | further discussion, beyond this e-mail request, |
| 14:21:02 | 22 | regarding the analysis of publications to date |
| 14:21:05 | 23 | that was requested by Ingo at HK Strategies? |
| 14:21:08 | 24 | MR. GURVITS:  Objection. |
| 14:21:12 | 25 | THE WITNESS:  I don't know. |

14:21:13  1        Q.   BY MS. SCHARY:  You don't know?

14:21:13  2        A.   (Witness shakes head in the negative.)

14:21:17  3        Q.   Was there somebody else that you worked

14:21:19  4   with at XBT who was tasked with working with the

14:21:25  5   folks at HK Strategies?

14:21:45  6        A.   Alex.  But I -- I don't know all -- no,

14:21:49  7   I don't know.  I know that Alex was involved.  And

14:21:54  8   the rest, I -- to be honest, I don't know who was

14:21:56  9   involved.  It was, at that moment, crazy.  I mean,

14:21:58  10   we -- we -- it was a big bomb explode.  So I don't

14:22:03  11   know it.  I'm sorry.  I don't know.

14:22:03  12        Q.   Would -- would it be fair to say that

14:22:06  13   you were the point person at XBT dealing with

14:22:08  14   HK Strategies?

14:22:08  15        A.   For HK, yes.

14:22:11  16        Q.   Okay.  And in looking at this e-mail,

14:22:12  17   it looks like your e-mail address here is

14:22:12  18   "jochem@xbt.com."

14:22:15  19             Do you see that?

14:22:16  20        A.   Yes.

14:22:16  21        Q.   So is it fair to say that at this

14:22:19  22   time, January 12, 2017, you were still the

14:22:22  23   chief commercial officer at XBT?

14:22:24  24        A.   Yes.

14:22:27  25        Q.   Looking through the e-mail chain

| | | |
|---|---|---|
| 14:22:30 | 1 | in Exhibit 2, I see that you -- you forwarded |
| 14:22:34 | 2 | this communication to Mr. Gubarev. |
| 14:22:38 | 3 | Is that correct? |
| 14:22:38 | 4 | A.   Which page? |
| 14:22:41 | 5 | Q.   It's -- I'm looking at the second |
| 14:22:42 | 6 | e-mail in particular. |
| 14:22:43 | 7 | A.   Yes. |
| 14:22:43 | 8 | Q.   Okay.  And Mr. Gubarev said to send |
| 14:22:48 | 9 | HK Strategies an invoice to Webzilla Limited |
| 14:22:51 | 10 | Cyprus; correct?  [sic] |
| 14:22:52 | 11 | A.   Yes. |
| 14:22:53 | 12 | Q.   Okay.  And then you -- and who -- who |
| 14:22:55 | 13 | is Regina, who you're asking for the details, |
| 14:22:59 | 14 | including VAT for Webzilla Limited Cyprus? |
| 14:23:02 | 15 | A.   Regina is -- officially, I don't know |
| 14:23:07 | 16 | her role to be honest.  So she works at office. |
| 14:23:12 | 17 | (Court reporter clarification.) |
| 14:23:12 | 18 | MS. SCHARY:  She works -- |
| 14:23:12 | 19 | THE WITNESS:  She works at our -- our |
| 14:23:13 | 20 | office. |
| 14:23:13 | 21 | Q.   BY MS. SCHARY:  And turning now to |
| 14:23:17 | 22 | Exhibit 3. |
| 14:23:20 | 23 | A.   Yeah.  (Examining.) |
| 14:23:21 | 24 | Q.   Is this the invoice for January 2017 |
| 14:23:23 | 25 | communication services from Hill & Knowlton |

| | | |
|---|---|---|
| 14:23:33 | 1 | Strategies? |
| 14:23:37 | 2 | A.   It said so on this.  Yes. |
| 14:23:38 | 3 | Q.   Yes? |
| 14:23:39 | 4 | Do you recognize this as an invoice |
| 14:23:41 | 5 | for those services? |
| 14:23:51 | 6 | A.   Yes. |
| 14:24:05 | 7 | MS. SCHARY:  I'm going to mark as |
| 14:24:06 | 8 | Exhibit 4 a document with the Bates number |
| 14:24:11 | 9 | P-P000619. |
| 14:24:28 | 10 | (Exhibit 4 marked.) |
| 14:24:30 | 11 | THE WITNESS:  Thank you. |
| 14:24:34 | 12 | MR. GURVITS:  This is 4? |
| 14:24:35 | 13 | MS. SCHARY:  This is Exhibit 4.  Yes. |
| 14:24:46 | 14 | Q.   BY MS. SCHARY:  And, Mr. Steman, you'll |
| 14:24:48 | 15 | see that the -- at least based on the subject line |
| 14:24:51 | 16 | in the first -- looks like three e-mails or so is -- |
| 14:24:55 | 17 | is: |
| 14:24:56 | 18 | "Press statement, English." |
| 14:24:57 | 19 | Do you see that? |
| 14:24:57 | 20 | A.   (Examining.)  Uh-huh. |
| 14:24:58 | 21 | Q.   And was that press statement -- what |
| 14:25:02 | 22 | was that press statement, if you recall? |
| 14:25:12 | 23 | A.   I don't know. |
| 14:25:12 | 24 | Q.   Was it a Word document? |
| 14:25:22 | 25 | A.   I don't know. |

```
14:25:24    1        Q.   Was it long?

14:25:25    2        A.   I don't know.

14:25:26    3        Q.   Do you have any recollection of the --

14:25:27    4        A.   No.

14:25:28    5        Q.   -- content of the press statement?

14:25:30    6        A.   I don't know.

14:25:30    7        Q.   Okay.  I'm going to direct you to the

14:25:34    8   third e-mail from the top.  There's an e-mail

14:25:41    9   from Jack de Vries.

14:25:43   10             And is Jack -- Jack de Vries is your

14:25:45   11   contact at -- at Hill & Knowlton Strategies?

14:25:47   12        A.   Yes.

14:25:48   13        Q.   Mr. de Vries says:

14:25:51   14             We --

14:25:51   15             "We now also added something about

14:25:54   16   the company and an internal check on hacks."

14:25:57   17             Do you see that?

14:25:58   18             And he asks:

14:25:59   19             "Can this be stated?"

14:26:03   20        A.   I see that.

14:26:04   21        Q.   Did you ever respond to this e-mail?

14:26:06   22        A.   Not that I'm aware of.

14:26:07   23        Q.   Did you ever respond to the request

14:26:09   24   about whether it can be stated -- whether something

14:26:13   25   can be stated about the company and an internal
```

| | | |
|---|---|---|
| 14:26:15 | 1 | check on hacks, even if not by e-mail? |
| 14:26:18 | 2 | A.   I don't know. |
| 14:26:19 | 3 | Q.   Was there an attachment to this e-mail? |
| 14:26:23 | 4 | A.   Not that I'm aware of.  So I don't know. |
| 14:26:26 | 5 | It's ... |
| 14:26:32 | 6 | Q.   Would it be fair to say that, as part |
| 14:26:34 | 7 | of their duties, HK Strategies were monitoring |
| 14:26:39 | 8 | the press relating to the dossier story? |
| 14:26:46 | 9 | A.   They were monitoring the press.  Yes. |
| 14:26:49 | 10 | Q.   And where were they monitoring the press? |
| 14:26:52 | 11 | A.   I don't know. |
| 14:26:52 | 12 | Q.   Were they monitoring the press in Europe? |
| 14:27:00 | 13 | A.   I don't know. |
| 14:27:00 | 14 | Q.   Were they monitoring the press in just |
| 14:27:03 | 15 | The Netherlands? |
| 14:27:05 | 16 | A.   I don't know. |
| 14:27:06 | 17 | Q.   Did you give them any instruction about |
| 14:27:08 | 18 | what their duties were? |
| 14:27:10 | 19 | A.   To -- to provide consultancy service -- |
| 14:27:14 | 20 | services or knowledge how to handle with this |
| 14:27:16 | 21 | kind of -- what's the right word, a nice word |
| 14:27:25 | 22 | for it? -- all the things that came -- came to |
| 14:27:28 | 23 | us.  I mean, that was their job.  Their job was |
| 14:27:29 | 24 | to support us where possible. |
| 14:27:32 | 25 | Q.   As part of that support, did they -- |

```
14:27:33   1   and you said that they monitored press coverage
14:27:37   2   as part of that support?
14:27:39   3        A.   Uh-huh.
14:27:39   4        Q.   Did they send you regular reports
14:27:42   5   regarding press coverage?
14:27:44   6        A.   They sent some links when they found
14:27:47   7   something.  Yes.
14:27:48   8        Q.   And were they monitoring the press
14:27:50   9   in Russia?
14:27:51  10        A.   I don't know.
14:27:52  11        Q.   Did you ever discuss with them where
14:27:54  12   and what areas to monitor press in?
14:27:57  13        A.   No.  Primarily we hired them for The
14:28:01  14   Netherlands.  So no, we didn't discuss it.
14:28:04  15             MS. SCHARY:  Okay.  Please.
14:28:11  16             We're going to mark as Exhibit 5 a
14:28:13  17   document with the Bates stamp P-P000617.  And
14:28:20  18   because this was in Dutch, we're going to have
14:28:23  19   a -- a 5A, which is the Dutch version, and 5B,
14:28:28  20   which is the English translation.
14:29:24  21             (Exhibit 5A and Exhibit 5B marked.)
14:29:36  22        Q.   BY MS. SCHARY:  And, Mr. Steman,
14:29:37  23   because I am not fluent in Dutch, I'm going
14:29:41  24   to refer to the English version.  But you
14:29:43  25   should please let me know if there's anything
```

| | | |
|---|---|---|
| 14:29:46 | 1 | incorrect in the translation that needs to be |
| 14:29:48 | 2 | corrected.  It's quite short. |
| 14:29:49 | 3 | A.   I'm not a native English person.  So |
| 14:29:53 | 4 | it will be -- |
| 14:29:55 | 5 | Q.   Do you speak any languages other than |
| 14:29:57 | 6 | Dutch and English? |
| 14:29:59 | 7 | A.   Not good enough.  So no. |
| 14:30:04 | 8 | Q.   Okay.  So looking at -- at P-P000617, |
| 14:30:07 | 9 | referring -- I'm referring here to the English |
| 14:30:11 | 10 | version, which is Exhibit 5B, Mr. de Vries writes -- |
| 14:30:15 | 11 | this is -- this is an e-mail that you received |
| 14:30:17 | 12 | from Mr. de Vries on January 12th, 2017, at |
| 14:30:21 | 13 | 11:22 p.m. |
| 14:30:23 | 14 | Is that correct? |
| 14:30:23 | 15 | A.   (Examining.)  It's stated there. |
| 14:30:25 | 16 | Q.   Do you have any reason to doubt that? |
| 14:30:28 | 17 | A.   No. |
| 14:30:29 | 18 | Q.   And Mr. de Vries writes you an e-mail |
| 14:30:33 | 19 | on January 12th at 11:22 p.m., saying: |
| 14:30:36 | 20 | "The first storm seems to have subsided. |
| 14:30:39 | 21 | No follow-up stories, other than one regional. |
| 14:30:42 | 22 | So that's good." |
| 14:30:44 | 23 | Do you see that? |
| 14:30:45 | 24 | A.   I see that. |
| 14:30:46 | 25 | Q.   And do you recall that being the case, |

| | | |
|---|---|---|
| 14:30:49 | 1 | that the first storm seemed to have subsided |
| 14:30:53 | 2 | at that point? |
| 14:30:55 | 3 |     A.   I don't know.  It was early in the |
| 14:30:56 | 4 | morning.  So I don't know. |
| 14:31:07 | 5 |     Q.   What did you understand him to mean |
| 14:31:12 | 6 | by "the first storm seems to have subsided"? |
| 14:31:17 | 7 |     A.   You ask me what I think about the |
| 14:31:19 | 8 | sentence?  Or what -- what is your question? |
| 14:31:19 | 9 |     Q.   Do you -- do you recall having an |
| 14:31:21 | 10 | understanding of what Mr. de Vries was referring |
| 14:31:23 | 11 | to when he said "the first storm seems to have |
| 14:31:26 | 12 | subsided"? |
| 14:31:35 | 13 |     A.   The -- the prob -- the problem is |
| 14:31:36 | 14 | I don't know exactly where this e-mail is over. |
| 14:31:39 | 15 | So this is not in a chain.  So I cannot answer |
| 14:31:43 | 16 | that because I don't know the perspective. |
| 14:31:54 | 17 |     Q.   Had you hired HK Strategies for any |
| 14:31:56 | 18 | purpose other than relating to the Buzzfeed |
| 14:31:59 | 19 | dossier? |
| 14:32:00 | 20 |     A.   We only hired them for this dossier. |
| 14:32:06 | 21 |     Q.   Okay. |
| 14:32:08 | 22 |          (Court reporter clarification.) |
| 14:32:08 | 23 |          THE WITNESS:  The -- the Buzzfeed dossier. |
| 14:32:09 | 24 | Yes. |
| 14:32:10 | 25 |          MS. SCHARY:  Okay.  I'm going to mark |

| | | |
|---|---|---|
| 14:32:11 | 1 | as Exhibit 6A and B, again, because of translation. |
| 14:32:16 | 2 | This is an article from de Volkskrant, dated |
| 14:32:25 | 3 | January 11, 2017.  6A is the Dutch version, |
| 14:32:30 | 4 | and 6B is the English translation. |
| 14:32:56 | 5 | (Exhibit 6A and Exhibit 6B marked.) |
| 14:32:56 | 6 | THE WITNESS:  Thank you. |
| 14:32:58 | 7 | Q.   BY MS. SCHARY:  Do you recognize this |
| 14:33:13 | 8 | article from de Volkskrant? |
| 14:33:17 | 9 | A.   No.  I want to read it first. |
| 14:33:19 | 10 | Q.   Sure. |
| 14:33:19 | 11 | A.   (Examining.)  This is not complete, |
| 14:34:00 | 12 | this sentence. |
| 14:34:03 | 13 | Q.   What is incomplete? |
| 14:34:05 | 14 | A.   The last -- the -- the sentence over |
| 14:34:07 | 15 | here.  The Dutch one. |
| 14:34:09 | 16 | Q.   Uh-huh. |
| 14:34:10 | 17 | A.   There is miss -- you are missing a part. |
| 14:34:16 | 18 | Q.   Oh, I see what you mean.  Coming into |
| 14:34:18 | 19 | the next -- |
| 14:34:19 | 20 | A.   No.  It's not on the next page. |
| 14:34:20 | 21 | Q.   I -- I think it may be a -- a function |
| 14:34:25 | 22 | of printing this from the Internet.  But -- but |
| 14:34:29 | 23 | thank you.  We can -- we can correct the record |
| 14:34:32 | 24 | with a differently printed exhibit later. |
| 14:34:35 | 25 | But other than the line missing, do |

```
14:34:38    1    you recall this article being published by

14:34:42    2    de Volkskrant?

14:34:44    3         A.   It's the same that the translation

14:34:46    4    is also not complete.

14:34:57    5         Q.   Sorry?  You said the English translation

14:34:57    6    was not complete?

14:34:57    7         A.   No.  The same sentence stops --

14:35:00    8         Q.   The same sentence --

14:35:00    9         A.   -- stops at the -- so I don't know

14:35:00   10    if there's any more -- any more to come.

14:35:02   11         Q.   Okay.  And I'm -- I'm -- I'm not going

14:35:04   12    to ask you to go through the whole -- the content

14:35:07   13    of it line by line.  But -- but thank you for

14:35:10   14    that.

14:35:10   15              Do you recall de Volkskrant writing

14:35:13   16    an article on -- on or about January 11th

14:35:17   17    regarding the Buzzfeed dossier?

14:35:20   18         A.   They published an article.  Yes.

14:35:23   19         Q.   I'm sorry?

14:35:23   20         A.   They published an article.  Yes.

14:35:25   21         Q.   Okay.  Is this -- do you recognize

14:35:26   22    this as the article?

14:35:28   23         A.   No, because I'm missing a piece.  So ...

14:35:35   24         Q.   Do you recognize the headline?

14:35:41   25         A.   Not specifically.  So I know that there
```

| | | |
|---|---|---|
| 14:35:43 | 1 | is an article.  But I don't know the headlines -- |
| 14:35:46 | 2 | Q.   Okay. |
| 14:35:46 | 3 | A.   -- on my mind.  So -- |
| 14:35:46 | 4 | Q.   Okay.  That's fine. |
| 14:35:49 | 5 | I'm going to direct you to -- it's the |
| 14:35:59 | 6 | second page of the article in both the English |
| 14:36:04 | 7 | and the Dutch.  And the second paragraph under |
| 14:36:12 | 8 | what in English says "Attractive" -- and I cannot -- |
| 14:36:15 | 9 | under the -- the heading on the second page, the |
| 14:36:18 | 10 | second paragraph, second sentence in English: |
| 14:36:23 | 11 | "Because Webzilla doesn't yet have |
| 14:36:25 | 12 | their own data center in The Netherlands, the |
| 14:36:28 | 13 | company leases capacity from LeaseWeb, among |
| 14:36:31 | 14 | others.  Webzilla has started building its |
| 14:36:34 | 15 | own data center in Amsterdam southeast in the |
| 14:36:37 | 16 | meantime." |
| 14:36:38 | 17 | Do you see that? |
| 14:36:39 | 18 | A.   The second? |
| 14:36:41 | 19 | Q.   The second sentence of the second |
| 14:36:42 | 20 | paragraph under the heading. |
| 14:36:51 | 21 | A.   Yes.  I see that. |
| 14:36:52 | 22 | Q.   You see that? |
| 14:36:53 | 23 | A.   Uh-huh. |
| 14:36:53 | 24 | Q.   Okay.  The data center in Amsterdam |
| 14:36:57 | 25 | southeast, is -- is that specifically the facility |

| | | |
|---|---|---|
| 14:37:00 | 1 | from Datacenter.com that we were talking about |
| 14:37:02 | 2 | earlier? |
| 14:37:03 | 3 | A.   I don't know.  This -- this -- this |
| 14:37:05 | 4 | what they are mentioning, I don't know. |
| 14:37:08 | 5 | Q.   You don't know what data center they're |
| 14:37:10 | 6 | referring to in Amsterdam southeast? |
| 14:37:12 | 7 | A.   No. |
| 14:37:12 | 8 | Q.   Okay.  To your knowledge, did Webzilla |
| 14:37:17 | 9 | lease capacity from LeaseWeb in The Netherlands |
| 14:37:21 | 10 | at that time, which would be 2016, 2017? |
| 14:37:28 | 11 | A.   I'm not sure if they rented it from |
| 14:37:30 | 12 | LeaseWeb.  But -- |
| 14:37:31 | 13 | Q.   Do you have a reason to believe they |
| 14:37:33 | 14 | did not rent from LeaseWeb? |
| 14:37:38 | 15 | A.   Yes.  Because LeaseWeb is a competitor. |
| 14:37:39 | 16 | I think that you are mentioning -- and then I'll |
| 14:37:40 | 17 | give you additional information -- from -- that |
| 14:37:43 | 18 | I leased space from a sister company of LeaseWeb. |
| 14:37:49 | 19 | Q.   A sister company of?  I'm sorry? |
| 14:37:49 | 20 | A.   Of LeaseWeb. |
| 14:37:55 | 21 | Q.   And what is the sister company of |
| 14:37:55 | 22 | LeaseWeb that they -- |
| 14:37:55 | 23 | A.   EvoSwitch. |
| 14:37:55 | 24 | Q.   EvoSwitch? |
| 14:37:55 | 25 | A.   Yeah. |

| | | |
|---|---|---|
| 14:37:55 | 1 | Q.   So is it your understanding that there |
| 14:37:57 | 2 | was never a commercial relationship where Webzilla |
| 14:38:01 | 3 | was renting space from LeaseWeb? |
| 14:38:04 | 4 | A.   I don't know. |
| 14:38:04 | 5 | Q.   You don't know.  Okay. |
| 14:38:11 | 6 | And following the publication of this |
| 14:38:14 | 7 | article, did you reach out to the reporter at |
| 14:38:17 | 8 | de Volkskrant about arranging an interview with |
| 14:38:21 | 9 | Mr. Gubarev? |
| 14:38:22 | 10 | A.   We had contact with -- with journalists. |
| 14:38:24 | 11 | Yes. |
| 14:38:25 | 12 | Q.   And did you initiate that contact? |
| 14:38:30 | 13 | A.   I don't know anymore.  I don't know. |
| 14:38:39 | 14 | (Ms. Bolger joined the proceedings.) |
| 14:38:43 | 15 | MS. SCHARY:  Okay.  I'm going to mark |
| 14:38:46 | 16 | as Exhibit 7A and B a document with the Bates |
| 14:38:57 | 17 | stamp P-H000047.  "A" is the Dutch version, and |
| 14:39:05 | 18 | "B" will be the English translation.  This is "A." |
| 14:39:08 | 19 | This is "B."  And to avoid confusion, I will say |
| 14:39:44 | 20 | that most of this is in English in both versions. |
| 14:39:44 | 21 | It's really just a couple e-mails in Dutch.  So ... |
| 14:39:59 | 22 | (Exhibit 7A and Exhibit 7B marked.) |
| 14:39:59 | 23 | THE WITNESS:  Oh, those two? |
| 14:39:59 | 24 | MR. GURVITS:  The ones with the stickers |
| 14:39:59 | 25 | are -- are yours. |

```
14:40:00    1            THE WITNESS:  Aah.

14:40:00    2            MS. SCHARY:  You always have the ones

14:40:00    3   with the stickers.

14:40:00    4            THE WITNESS:  You didn't tell me.

14:40:01    5       Q.   BY MS. SCHARY:  Mr. Steman, I'm just

14:40:14    6   going to direct you quickly to the -- the very --

14:40:15    7   the e-mail at the very bottom of the chain,

14:40:17    8   which is at P-H 48.  It's an e-mail from you

14:40:23    9   to Mr. Modderkolk, who I believe is the reporter

14:40:28   10   at de Volkskrant.

14:40:30   11       A.   (Examining.)  Uh-huh.

14:40:31   12       Q.   Do you see that?

14:40:32   13       A.   No.

14:40:32   14       Q.   Does this refresh your recollection

14:40:34   15   that you reached out --

14:40:34   16       A.   Which -- which document?  I have --

14:40:35   17   I have two times 47.  So this is not okay.

14:40:36   18            MR. GURVITS:  You gave me one maybe?

14:40:36   19   No.

14:40:40   20            MS. SCHARY:  You have a 7 --

14:40:40   21            MR. GURVITS:  Yeah.  One's a -- one

14:40:42   22   is a -- one's a translation.

14:40:42   23            THE WITNESS:  Oh, oh, oh.

14:40:43   24       Q.   BY MS. SCHARY:  7A is the original

14:40:45   25   Dutch.  7B is the --
```

14:40:48   1        A.   Okay.  Thank you.

14:40:48   2        Q.   -- English translation.

14:40:49   3        A.   Okay.  Thank you.

14:40:49   4        Q.   So you can look at whichever one you

14:40:51   5   would like.  But look -- please look at the last

14:40:53   6   e-mail in the chain, which is on January 11, 2017,

14:40:56   7   at 21:04.

14:40:59   8             And my question is:  Does this refresh

14:41:04   9   your recollection that you reached out to the

14:41:06  10   reporter from de Volkskrant, offering Mr. Gubarev

14:41:11  11   for an interview?

14:41:12  12        A.   (Examining.)  Yes.

14:41:37  13             And your question is?

14:41:39  14        Q.   My question -- you -- you said --

14:41:41  15   previously you testified that you didn't

14:41:43  16   recall how you -- how Mr. Gubarev's interview

14:41:46  17   was arranged.  And I showed you this document.

14:41:49  18             And I'm now asking whether this

14:41:51  19   refreshes your recollection that you reached

14:41:53  20   out to the reporter to set up an interview?

14:42:06  21        A.   What I say is that I didn't know how

14:42:09  22   the first contact was.  But I -- I reached out --

14:42:09  23             THE COURT REPORTER:  Start again.  No,

14:42:09  24   I need to hear you here.  (Indicating.)

14:42:09  25             THE WITNESS:  Oh, sorry.

| | | |
|---|---|---|
| 14:42:09 | 1 | So what I say was that I didn't know |
| 14:42:09 | 2 | what the first contact was.  That is what I say. |
| 14:42:10 | 3 | But yes, I sent an e-mail. |
| 14:42:13 | 4 | Q.   BY MS. SCHARY:  Okay.  That was my |
| 14:42:14 | 5 | question. |
| 14:42:15 | 6 | A.   Okay. |
| 14:42:16 | 7 | Q.   Great. |
| 14:42:18 | 8 | And when you first arranged this |
| 14:42:21 | 9 | interview, did -- did Mr. Gubarev ask you |
| 14:42:24 | 10 | to do that? |
| 14:42:31 | 11 | A.   I don't know.  I don't know.  I don't |
| 14:42:36 | 12 | know. |
| 14:42:37 | 13 | Q.   Would you have reached out to a reporter, |
| 14:42:39 | 14 | asking Mr. Gubarev -- offering Mr. Gubarev for |
| 14:42:41 | 15 | an interview without speaking with him first? |
| 14:42:48 | 16 | A.   Normally I won't.  But I don't know at |
| 14:42:51 | 17 | that moment how it was -- for that moment, I don't |
| 14:42:53 | 18 | know to be honest. |
| 14:43:03 | 19 | Q.   And at some point prior to the interview |
| 14:43:09 | 20 | with de Volkskrant -- |
| 14:43:11 | 21 | A.   Yeah. |
| 14:43:11 | 22 | Q.   -- you went back and put some |
| 14:43:13 | 23 | pre-conditions on that interview; is that correct? |
| 14:43:16 | 24 | A.   Such as? |
| 14:43:22 | 25 | Q.   Well, why don't you tell me what you |

| | | |
|---|---|---|
| 14:43:24 | 1 | recall the -- you -- did you -- do you recall |
| 14:43:27 | 2 | asking for any pre-conditions on the interview |
| 14:43:29 | 3 | prior to it happening? |
| 14:44:05 | 4 | A.  I don't know exactly.  I don't know |
| 14:44:29 | 5 | exactly.  I mean no.  I think that the only thing |
| 14:44:36 | 6 | that we discussed at that moment was that we should |
| 14:44:42 | 7 | read the story to be sure that -- that the names |
| 14:44:45 | 8 | were okay.  But I don't know it to be -- I don't |
| 14:44:46 | 9 | know it exactly anymore. |
| 14:44:48 | 10 | MS. SCHARY:  Okay.  I'm going to mark |
| 14:44:51 | 11 | 8A and B, which is a document with the Bates |
| 14:44:54 | 12 | stamp P-P 618.  8A is the original Dutch.  8B is |
| 14:45:00 | 13 | the English translation.  And marking as Exhibit 9 |
| 14:45:03 | 14 | P-H000043.  9A will be the original Dutch.  9B |
| 14:45:10 | 15 | will be the translation. |
| 14:46:15 | 16 | (Exhibit 8A, Exhibit 8B, Exhibit 9A, |
| 14:46:15 | 17 | and Exhibit 9B marked.) |
| 14:46:24 | 18 | Q.  BY MS. SCHARY:  And I'm going to start |
| 14:46:25 | 19 | first with -- with 8A, which is a January 13th |
| 14:46:28 | 20 | e-mail from you to Mr. Modderkolk at de Volkskrant. |
| 14:46:38 | 21 | Do you recognize this e-mail? |
| 14:46:40 | 22 | A.  (Examining.)  Yes. |
| 14:46:41 | 23 | Q.  Does this refresh your recollection |
| 14:46:42 | 24 | that you asked Mr. Modderkolk that you -- you -- |
| 14:46:48 | 25 | strike that. |

| | | |
|---|---|---|
| 14:46:48 | 1 | Does that refresh your recollection |
| 14:46:50 | 2 | that you told Mr. Modderkolk that you were |
| 14:46:54 | 3 | required to consent to publication before the |
| 14:46:58 | 4 | article was published? |
| 14:47:00 | 5 | A.   I asked that we could read it to check |
| 14:47:02 | 6 | the facts.  Yes. |
| 14:47:03 | 7 | Q.   And in addition to reading it in advance |
| 14:47:07 | 8 | to check for facts, you also asked to assess the |
| 14:47:09 | 9 | context and the tenor before consenting; is that |
| 14:47:14 | 10 | correct? |
| 14:47:14 | 11 | A.   Sorry.  Can you clarify the question? |
| 14:47:17 | 12 | Q.   I'm -- and I'm -- again, as not being |
| 14:47:21 | 13 | fluent in Dutch, I am looking at the third |
| 14:47:25 | 14 | paragraph -- the second sentence of the third |
| 14:47:27 | 15 | paragraph. |
| 14:47:27 | 16 | Based on the English translation, |
| 14:47:29 | 17 | my understanding is the first line says that |
| 14:47:33 | 18 | you wanted to go further than reading the |
| 14:47:37 | 19 | interview in advance and checking for factual |
| 14:47:40 | 20 | inaccuracies. |
| 14:47:42 | 21 | "We will also assess the context and |
| 14:47:42 | 22 | the tenor in order to consent to the publication." |
| 14:47:46 | 23 | A.   That's there.  Yes.  That's standing |
| 14:47:51 | 24 | there. |
| 14:47:51 | 25 | Q.   Excuse me? |

| | | |
|---|---|---|
| 14:47:51 | 1 | A.   That is standing there.  Yes. |
| 14:47:51 | 2 | Q.   That's what it says there? |
| 14:47:53 | 3 | A.   Yeah, what it says.  Yes. |
| 14:47:53 | 4 | Q.   Okay.  And do you recall making that |
| 14:47:55 | 5 | request? |
| 14:47:58 | 6 | A.   No.  Because it says here -- no. |
| 14:48:01 | 7 | Q.   Do you have any reason to doubt that |
| 14:48:03 | 8 | you made that request by e-mail? |
| 14:48:05 | 9 | A.   No. |
| 14:48:11 | 10 | Q.   And looking at 9A and B, this is a -- |
| 14:48:14 | 11 | it looks like a continuation of that conversation. |
| 14:48:21 | 12 | A.   Oh. |
| 14:48:21 | 13 | Q.   Starting from the bottom, the e-mail |
| 14:48:26 | 14 | on January 13th at 6:57 p.m., there's a reference |
| 14:48:34 | 15 | to a call this evening that you had with |
| 14:48:37 | 16 | Mr. Modderkolk. |
| 14:48:37 | 17 | Do you recall having a call with |
| 14:48:40 | 18 | Mr. Modderkolk about the parameters for the |
| 14:48:43 | 19 | interview? |
| 14:48:44 | 20 | I'm looking at the very last e-mail. |
| 14:48:46 | 21 | A.   The last e-mail? |
| 14:48:47 | 22 | Q.   Yes. |
| 14:48:57 | 23 | A.   So what's your question? |
| 14:48:59 | 24 | Q.   The e-mail refers to a call that you |
| 14:49:01 | 25 | had with Mr. Modderkolk. |

| | | |
|---|---|---|
| 14:49:03 | 1 | Do you recall that -- the substance |
| 14:49:05 | 2 | of that call? |
| 14:49:10 | 3 | A.   If the question is if I know if we |
| 14:49:12 | 4 | were in this call, then my answer was no.  But |
| 14:49:14 | 5 | I know that there was a call. |
| 14:49:15 | 6 | Q.   You know there was a call? |
| 14:49:16 | 7 | A.   Yeah. |
| 14:49:18 | 8 | Q.   Do you recall in sum and substance what |
| 14:49:20 | 9 | you talked about, even if not every word? |
| 14:49:20 | 10 | A.   The location. |
| 14:49:21 | 11 | Q.   Okay. |
| 14:49:23 | 12 | A.   Where the -- the -- the interview |
| 14:49:23 | 13 | should place -- took place -- where organized. |
| 14:49:28 | 14 | And they confirmed that they first would let |
| 14:49:37 | 15 | us read the article.  That was during that |
| 14:49:38 | 16 | call.  That's the things what I know.  But ... |
| 14:49:41 | 17 | Q.   And did you eventually agree that, |
| 14:49:46 | 18 | as long as you could read the article, that |
| 14:49:49 | 19 | would be sufficient? |
| 14:49:58 | 20 | A.   I don't know that precisely to be |
| 14:50:02 | 21 | honest.  So I don't know.  I don't know. |
| 14:50:11 | 22 | Q.   Do you recall what the final agreement |
| 14:50:13 | 23 | was with de Volkskrant? |
| 14:50:14 | 24 | A.   The agreement was that we should discuss |
| 14:50:18 | 25 | part of this during the interview.  So I don't |

```
14:50:22   1   know -- I don't have it on top of mind.  So I

14:50:24   2   don't know.  I know that they agreed with us

14:50:27   3   to share the article.  But I -- all other --

14:50:29   4   if there were other agreements, I don't know.

14:50:33   5         I mean, it's also stating over here

14:50:36   6   somewhere, I think in the e-mail, that says,

14:50:37   7   hey, okay, let's discuss it during or prior

14:50:40   8   to.  So it's -- I don't know.

14:50:43   9         MS. SCHARY:  Okay.  I'm going to

14:51:00   10  show you a document that I'm going to mark

14:51:03   11  as Exhibit 10.  It's Bates stamp P-P000668.

14:51:27   12         (Exhibit 10 marked.)

14:51:44   13     Q.   BY MS. SCHARY:  Do you recognize

14:51:45   14  this as an e-mail on January 13, 2017, from

14:51:50   15  Jack de Vries at HK Strategies called:

14:51:52   16         "InterviewPrep."

14:51:55   17     A.   (Examining.)  Yes.

14:52:00   18     Q.   And did you communicate the substance

14:52:02   19  of this e-mail to Mr. Gubarev?

14:52:15   20     A.   I don't know.  It's not in the copy.

14:52:32   21  So I don't know.

14:52:35   22     Q.   Did you forward this to Mr. Gubarev?

14:52:39   23     A.   It's not top of mind.  So I don't know.

14:52:42   24     Q.   I'm going to direct you to the second

14:52:45   25  page under:
```

```
14:52:46   1           "Stick to the following key messages."
14:52:47   2      A.   Yes.
14:52:49   3      Q.   The seventh bullet point down starts:
14:52:55   4           "Our own internal investigation" --
14:52:57   5           And there's some brackets.  "[Rules out]"
14:52:59   6    is one option.  And "[produced no indication]" is
14:53:02   7    the other option.
14:53:03   8           -- "of a hack or abuse."
14:53:04   9           Do you see that?
14:53:05  10      A.   I see that.  Yes.
14:53:06  11      Q.   Were you aware of an internal
14:53:09  12    investigation at Webzilla and/or XBT in response
14:53:13  13    to the Buzzfeed dossier?
14:53:22  14      A.   I don't know.  I don't know.  This is
14:53:26  15    technical department.  I don't know.
14:53:27  16      Q.   Well, you were the person who engaged
14:53:30  17    the -- the outside PR agency; right?
14:53:31  18      A.   I was just the man in the middle who
14:53:33  19    arranging it.  So yes, I arranged the -- the --
14:53:35  20    the interview.  But I don't know all the internal --
14:53:39  21      Q.   Did they ever ask whether the allegations
14:53:42  22    were true?
14:53:45  23           MR. GURVITS:  Objection.
14:54:03  24           THE WITNESS:  I don't know.
14:54:06  25      Q.   BY MS. SCHARY:  You don't know whether
```

| | | |
|---|---|---|
| 14:54:08 | 1 | HK Strategies ever asked if the allegations in |
| 14:54:10 | 2 | the Buzzfeed dossier were true? |
| 14:54:14 | 3 | MR. GURVITS:  Objection. |
| 14:54:14 | 4 | THE WITNESS:  No, I don't know. |
| 14:54:17 | 5 | Q.   BY MS. SCHARY:  Did you have any |
| 14:54:17 | 6 | conversations with Mr. Gubarev about whether |
| 14:54:20 | 7 | the allegations in the Buzzfeed dossier were |
| 14:54:21 | 8 | true? |
| 14:54:22 | 9 | A.   Yes. |
| 14:54:28 | 10 | Q.   And what were those con -- how many |
| 14:54:31 | 11 | conversations did you have approximately? |
| 14:54:34 | 12 | A.   I don't know.  I don't know. |
| 14:54:38 | 13 | Q.   What did Mr. Gubarev tell you? |
| 14:54:43 | 14 | A.   That's not true. |
| 14:54:44 | 15 | (Court reporter clarification.) |
| 14:54:44 | 16 | THE WITNESS:  That it is not true. |
| 14:54:44 | 17 | Q.   BY MS. SCHARY:  Did you ask Mr. Gubarev |
| 14:54:45 | 18 | how he knows it's not true? |
| 14:54:47 | 19 | A.   Yes, I did. |
| 14:55:08 | 20 | Q.   And what did he say? |
| 14:55:09 | 21 | A.   That it was not true. |
| 14:55:11 | 22 | Q.   Did he -- other than telling you that |
| 14:55:14 | 23 | it was not true -- |
| 14:55:15 | 24 | A.   No. |
| 14:55:15 | 25 | Q.   -- did he provide any explanation as |

| | | |
|---|---|---|
| 14:55:17 | 1 | to how he knows it was not true? |
| 14:55:19 | 2 | A.   No, because this not true.  So no. |
| 14:55:22 | 3 | Q.   I'm sorry.  Can you repeat that? |
| 14:55:23 | 4 | A.   I said no, because it's not true. |
| 14:55:25 | 5 | So no, there is no ... |
| 14:55:27 | 6 | Q.   Okay.  And were you aware of an |
| 14:55:32 | 7 | internal investigation being performed at |
| 14:55:35 | 8 | Webzilla or XBT regarding the allegations? |
| 14:55:43 | 9 | A.   As I already stated, I don't know. |
| 14:55:48 | 10 | Q.   So you didn't advise HK Strategies |
| 14:55:51 | 11 | which of these two options in Exhibit 10 were -- |
| 14:55:55 | 12 | were correct? |
| 14:55:56 | 13 | A.   Not that I'm aware of.  No. |
| 14:56:00 | 14 | Q.   I'm sorry? |
| 14:56:01 | 15 | A.   Not that I'm aware of.  So ... |
| 14:56:04 | 16 | Q.   Sitting here today, do you believe |
| 14:56:10 | 17 | the allegations are true? |
| 14:56:11 | 18 | A.   No. |
| 14:56:12 | 19 | Q.   How do you know? |
| 14:56:13 | 20 | A.   Because I know. |
| 14:56:19 | 21 | Q.   I'm going to look at the third page |
| 14:56:21 | 22 | now of this exhibit, the first bullet point. |
| 14:56:24 | 23 | It says: |
| 14:56:26 | 24 | "Tell me how you protect your" -- |
| 14:56:27 | 25 | And my -- just to back up here, my |

| | | |
|---|---|---|
| 14:56:30 | 1 | understanding of this document -- tell me if |
| 14:56:32 | 2 | you agree -- is a list of potential questions |
| 14:56:36 | 3 | that might come up in the interview. |
| 14:56:39 | 4 | Is that your understanding as well? |
| 14:56:40 | 5 | A.   Yes.  It's also named as "InterviewPrep." |
| 14:56:43 | 6 | So it's a preparation. |
| 14:56:43 | 7 | Q.   Right. |
| 14:56:43 | 8 | A.   Yes. |
| 14:56:43 | 9 | Q.   Judging from context; correct? |
| 14:56:46 | 10 | And you see, on the third page of the |
| 14:56:48 | 11 | exhibit, the first bullet point is: |
| 14:56:51 | 12 | "Tell me how you protect your servers |
| 14:56:53 | 13 | from abuse.  How can you be sure you have not |
| 14:56:57 | 14 | been hacked/abused?" |
| 14:56:58 | 15 | Do you see that? |
| 14:56:59 | 16 | A.   Yes. |
| 14:57:01 | 17 | Q.   Do you -- did you know the answer -- |
| 14:57:02 | 18 | do you know the answer to that question? |
| 14:57:05 | 19 | A.   No. |
| 14:57:08 | 20 | Q.   Did you ever make any effort to find |
| 14:57:11 | 21 | the answer to that question? |
| 14:57:12 | 22 | A.   No. |
| 14:57:13 | 23 | Q.   Did you have any prep with Mr. Gubarev |
| 14:57:15 | 24 | for the interview in which you discussed that |
| 14:57:18 | 25 | question? |

| | | |
|---|---|---|
| 14:57:22 | 1 | A.   Not that I'm aware of. |
| 14:57:24 | 2 | Q.   Not that you're aware of? |
| 14:57:25 | 3 | A.   No. |
| 14:57:29 | 4 | Q.   Okay.  I'm going to -- before we |
| 14:57:41 | 5 | switch gears here. |
| 14:57:45 | 6 | Given your experience in -- in this |
| 14:57:48 | 7 | space, what do you think is the answer to that |
| 14:57:51 | 8 | question? |
| 14:57:54 | 9 | A.   Which question? |
| 14:57:55 | 10 | Q.   The question of how Webzilla and XBT |
| 14:58:03 | 11 | protects their servers from abuse and how they |
| 14:58:05 | 12 | can be sure that they haven't been hacked or |
| 14:58:09 | 13 | abused? |
| 14:58:10 | 14 | A.   I don't know.  It's not my -- my -- |
| 14:58:11 | 15 | my knowledge field.  So I cannot judge about |
| 14:58:13 | 16 | it.  So I don't know. |
| 14:58:15 | 17 | Q.   So in your position as chief commercial |
| 14:58:17 | 18 | officer at XBT, you had no idea how XBT protects |
| 14:58:24 | 19 | its servers from abuse? |
| 14:58:26 | 20 | A.   No. |
| 14:58:26 | 21 | MR. GURVITS:  Objection. |
| 14:58:27 | 22 | Q.   BY MS. SCHARY:  That's not a question |
| 14:58:28 | 23 | that ever came up? |
| 14:58:29 | 24 | A.   No. |
| 14:58:29 | 25 | MS. SCHARY:  Okay.  Okay.  Now I'm going |

| | | |
|---|---|---|
| 14:58:35 | 1 | to hand you a series of documents.  So, actually, |
| 14:58:40 | 2 | why don't we go off the record so I can mark things |
| 14:58:43 | 3 | for the court reporter. |
| 14:58:45 | 4 | THE VIDEOGRAPHER:  Going off the record |
| 14:58:45 | 5 | at 2:58. |
| 14:58:48 | 6 | (Recess from 2:58 p.m. to 3:10 p.m.) |
| 14:58:48 | 7 | (Exhibit 11, Exhibit 12, Exhibit 13, |
| 14:58:48 | 8 | Exhibit 14A, Exhibit 14B, Exhibit 15, |
| 14:58:48 | 9 | Exhibit 16, Exhibit 17A, Exhibit 17B, |
| 14:58:48 | 10 | Exhibit 18A, Exhibit 18B, Exhibit 19A, |
| 14:58:48 | 11 | and Exhibit 19B marked.) |
| 15:10:52 | 12 | THE VIDEOGRAPHER:  This is the beginning |
| 15:10:53 | 13 | of DVD No. 2.  Back on the record at 3:10. |
| 15:10:57 | 14 | Q.   BY MS. SCHARY:  Mr. Steman, I'm going |
| 15:10:58 | 15 | to hand you a series of exhibits that are marked |
| 15:11:02 | 16 | 11 through 19.  And Exhibits 14, 17, 18, and 19 |
| 15:11:07 | 17 | have an "A" and a "B" because they have a Dutch |
| 15:11:10 | 18 | and English translation.  The "A" is the Dutch |
| 15:11:13 | 19 | original, and the "B" is the English translation. |
| 15:11:14 | 20 | Here you go. |
| 15:11:20 | 21 | A.   Yeah. |
| 15:11:23 | 22 | Q.   I want you to keep these all -- you'll |
| 15:11:26 | 23 | see why we're putting these all together.  So I'm |
| 15:11:27 | 24 | going to ask you to help me sort a few things out |
| 15:11:32 | 25 | here. |

```
15:11:32    1              So starting with Exhibit 11, it has a
15:11:35    2    number in the bottom, which is actually an internal
15:11:38    3    tracking number for us, because this is a document
15:11:42    4    that was produced as a native document.  And so
15:11:45    5    there's an e-mail dated January 17th at the top,
15:11:49    6    saying -- in which you say:
15:11:53    7              "Attached" is "the document from
15:11:55    8    Volkskrant."  (As read.)
15:11:56    9              And then behind it is a Word document
15:12:00   10    that I will represent to you is the document
15:12:02   11    referenced as:
15:12:03   12              "Artikel Gubarev.docx."
15:12:08   13              And I just want to ask you:  Is -- is
15:12:10   14    this the initial draft of the Volkskrant article
15:12:13   15    that you received from the reporters?
15:12:25   16         A.   (Examining.)  So your question is if
15:12:41   17    this is the initial document?
15:12:42   18         Q.   Is this the initial draft --
15:12:44   19         A.   Draft?
15:12:44   20         Q.   Do you recognize this as the initial --
15:12:46   21    original -- initial draft of the article provided
15:12:47   22    to you by Mr. Modderkolk at Volkskrant?
15:13:08   23         A.   Yes.
15:13:08   24         Q.   Yes.  Okay.
15:13:09   25              And turning to Exhibit 12 is a document
```

| | | |
|---|---|---|
| 15:13:19 | 1 | that also has an internal tracking number PL_H_ 11 |
| 15:13:24 | 2 | in the bottom right corner, because this also was |
| 15:13:27 | 3 | a native document.  There's an e -- a series of |
| 15:13:30 | 4 | e-mails.  The top one says: |
| 15:13:32 | 5 | "Hereby I send you the English translation |
| 15:13:34 | 6 | of the article." |
| 15:13:35 | 7 | And this is from Jack de Vries at HK |
| 15:13:39 | 8 | Strategies.  And there's an attachment: |
| 15:13:40 | 9 | "Artikel Gubarev English.docx." |
| 15:13:43 | 10 | I'll represent to you that the Word |
| 15:13:44 | 11 | document following that is the attachment. |
| 15:13:46 | 12 | And so my question to you is:  Do -- |
| 15:13:48 | 13 | do you recognize this as the English translation |
| 15:13:51 | 14 | that Jack from HK Strategies sent to you? |
| 15:13:54 | 15 | A.   (Examining.)  Yes. |
| 15:14:18 | 16 | Q.   Okay.  Now we're going to look at |
| 15:14:27 | 17 | Exhibit 13 -- |
| 15:14:29 | 18 | A.   Uh-huh. |
| 15:14:29 | 19 | Q.   -- which was also produced as a |
| 15:14:32 | 20 | native document.  And this is an e-mail from |
| 15:14:37 | 21 | you to Jack and to Alex and another individual |
| 15:14:42 | 22 | at HK Strategies, with an attachment: |
| 15:14:45 | 23 | "Artikel Gubarev Met Correcties-1.docx." |
| 15:14:49 | 24 | Saying in the body of the e-mail: |
| 15:14:51 | 25 | "My notes in Dutch." |

| | | |
|---|---|---|
| 15:14:53 | 1 | And I will represent to you that the |
| 15:14:56 | 2 | Word document, which has some red-lining in it, |
| 15:14:59 | 3 | is the -- the document referenced as the attachment. |
| 15:15:05 | 4 | Do you recognize this as your red-line |
| 15:15:08 | 5 | of the article? |
| 15:15:14 | 6 | A.   I have to read it. |
| 15:15:15 | 7 | Q.   Okay. |
| 15:15:17 | 8 | A.   (Examining.)  So your question is: |
| 15:16:05 | 9 | Is all this content is written by me, this |
| 15:16:09 | 10 | document? |
| 15:16:09 | 11 | Q.   Well, yes, actually.  Is -- are -- |
| 15:16:13 | 12 | are all of these red lines yours? |
| 15:16:18 | 13 | A.   The red lines? |
| 15:16:19 | 14 | Q.   The -- the edits? |
| 15:16:23 | 15 | A.   Yeah.  But there are also purple and |
| 15:16:26 | 16 | green ones.  So ... |
| 15:16:27 | 17 | Q.   Sorry.  There's -- there's red, there's |
| 15:16:28 | 18 | blue, and there's purple? |
| 15:16:30 | 19 | A.   Yeah.  So which one you referring to? |
| 15:16:32 | 20 | The red ones? |
| 15:16:32 | 21 | Q.   No.  I'm asking which of these track |
| 15:16:35 | 22 | changes are your edits? |
| 15:16:38 | 23 | A.   If you have the original document, you |
| 15:16:39 | 24 | can see it.  I -- let's see. |
| 15:16:41 | 25 | Q.   Are all of these track changes your |

15:16:43   1   edits?

15:16:44   2        A.   No.

15:16:46   3        Q.   Which of these track changes are your

15:16:49   4   edits?

15:16:50   5        A.   I'm trying to figure it out.  I don't

15:16:52   6   know.

15:16:52   7        Q.   Okay.

15:17:33   8        A.   Only the red marks are mine.

15:17:35   9        Q.   Okay.  Do you know who made the blue

15:17:39   10  marks?

15:17:39   11       A.   No.

15:17:40   12       Q.   Do you know who made the purple marks?

15:17:42   13       A.   No.

15:18:04   14       Q.   So keep 13 -- keep 13 in front of you.

15:18:07   15  We're going to go back to it, the one we were

15:18:11   16  just looking at.

15:18:14   17       A.   This one?

15:18:15   18       Q.   Yeah.  It's -- and if you want a clip

15:18:19   19  to keep them together, you have one there.

15:18:21   20       A.   Oh.  Thank you.

15:18:30   21       Q.   Can we look at Exhibit 14, which is

15:18:41   22  the Bate -- bears the Bates stamp P-P 576.

15:18:51   23       A.   Uh-huh.  (Examining.)

15:18:52   24       Q.   And we received four PDFs of -- I'm

15:18:57   25  sorry -- five PDFs that are represented as

| | | |
|---|---|---|
| 15:19:01 | 1 | attachments to this document.  And you'll have |
| 15:19:04 | 2 | them at Exhibits 15, 16, 17, 18, and 19.  These |
| 15:19:10 | 3 | are marked, as you see in the bottom, P-P 576. |
| 15:19:13 | 4 | There's an "a1," "a7," "a14," "a22," and "a30." |
| 15:19:20 | 5 | And what I'm trying to figure out here |
| 15:19:23 | 6 | with you is which -- whose edits are in various |
| 15:19:30 | 7 | documents. |
| 15:19:32 | 8 | A.   Okay. |
| 15:19:32 | 9 | Q.   So let's start with Exhibit 15.  Would |
| 15:19:34 | 10 | you agree with me that Exhibit 15, which is a -- |
| 15:19:37 | 11 | appears to be a Dutch -- the -- the original draft |
| 15:19:43 | 12 | of the article in Dutch, would you agree with me |
| 15:19:46 | 13 | that this is the same document that was attached |
| 15:19:48 | 14 | in Exhibit 11? |
| 15:19:49 | 15 | A.   I don't know.  We have to check. |
| 15:19:59 | 16 | (Examining.)  It looks like.  Yes. |
| 15:20:23 | 17 | Q.   Okay.  And Exhibit 16, which appears |
| 15:20:25 | 18 | to be an English translation, would you agree |
| 15:20:28 | 19 | that that's the same as Exhibit 12? |
| 15:21:16 | 20 | A.   Exhibit 12, you said? |
| 15:21:17 | 21 | Q.   Yes.  The exhibit -- |
| 15:21:23 | 22 | A.   Oh, it might be -- |
| 15:21:23 | 23 | Q.   The attachment to Exhibit 12, which |
| 15:21:25 | 24 | is an English translation of the document, |
| 15:21:27 | 25 | would you agree that's the same document as |

| | | |
|---|---|---|
| 15:21:30 | 1 | Exhibit 16? |
| 15:21:31 | 2 | A.   I don't have 12.  Aah, here's 12. |
| 15:21:58 | 3 | Okay.  Document 12, let's see.  (Examining.) |
| 15:22:05 | 4 | Q.   I'm specifically asking about the |
| 15:22:08 | 5 | attachment to 12, the -- the Word document. |
| 15:22:16 | 6 | A.   So can you rephrase your -- your |
| 15:22:18 | 7 | question?  It was if this document is the |
| 15:22:20 | 8 | same as is in No. 17? |
| 15:22:22 | 9 | Q.   Sixteen. |
| 15:22:23 | 10 | A.   Sixteen.  It looks like.  Yes. |
| 15:22:50 | 11 | Q.   Okay.  And let's look at -- you can |
| 15:22:53 | 12 | put those aside.  You're not going to need |
| 15:22:56 | 13 | those anymore. |
| 15:22:57 | 14 | A.   (Witness complies.) |
| 15:22:57 | 15 | Q.   Looking at Exhibit 17 -- |
| 15:23:00 | 16 | A.   Yes. |
| 15:23:00 | 17 | Q.   -- which is a -- is P-P 576-a07, |
| 15:23:08 | 18 | these are -- this is a red-lined copy of the |
| 15:23:13 | 19 | draft article. |
| 15:23:15 | 20 | Are these edits made by HK Strategies? |
| 15:23:33 | 21 | A.   I don't -- let's see if there's another |
| 15:23:35 | 22 | one, because I don't know.  There's only one |
| 15:23:39 | 23 | purple or all marks? |
| 15:23:41 | 24 | Q.   Excuse me? |
| 15:23:42 | 25 | A.   Do you talk about all marks in the |

```
15:23:45   1    document?
15:23:46   2         Q.   Yeah.  Or if you -- if -- if you think
15:23:47   3    that only some of them are, I would take that
15:23:51   4    answer as well.  I'm trying to determine whose
15:23:54   5    edits these are since we don't have any indication.
15:23:57   6         A.   (Examining.)  I don't know who makes
15:25:06   7    the changes to be honest.  So I -- to me -- I
15:25:09   8    mean, I don't --
15:25:11   9         Q.   If you don't know, that's fine.
15:25:14   10        MS. SCHARY:  I'm just going to say,
15:25:15   11   for the record, that these were produced to us.
15:25:18   12   They don't appear to be attachments to P-P 576,
15:25:21   13   at least not all five of them.
15:25:24   14        And if the witness doesn't recall
15:25:27   15   whose edits are whose, we'd be happy to take
15:25:31   16   the original e-mails to which these documents
15:25:33   17   were attached or a stipulation as to who the
15:25:37   18   authors were since this was produced without
15:25:40   19   metadata and we do not have any native versions
15:25:43   20   of e-mails attaching -- specifically attaching
15:25:48   21   17 and 19.  So --
15:25:52   22        MR. GURVITS:  So we'll respond to
15:25:53   23   any written requests for this.
15:25:56   24        MS. SCHARY:  Okay.  Thank you.
15:25:57   25        Q.   BY MS. SCHARY.  Okay.  Looking at 18 --
```

| | | |
|---|---|---|
| 15:25:58 | 1 | and I -- I believe -- and you should correct me |
| 15:26:01 | 2 | if I'm wrong. |
| 15:26:02 | 3 | But I believe that 18 is the same as |
| 15:26:06 | 4 | the attachment to 13, meaning that these -- this |
| 15:26:08 | 5 | is the one that reflects your notes in red. |
| 15:26:14 | 6 | A.  (Examining.)  The red notes are mine. |
| 15:26:15 | 7 | Yes. |
| 15:26:16 | 8 | Q.  You said the red notes are yours; |
| 15:26:19 | 9 | correct? |
| 15:26:19 | 10 | A.  Yes. |
| 15:26:19 | 11 | Q.  Okay.  And I'm going to look at the |
| 15:26:26 | 12 | notes on the page that's marked "a15" of Exhibit |
| 15:26:30 | 13 | 18.  And I am looking at the English version, |
| 15:26:34 | 14 | which is 18B. |
| 15:26:40 | 15 | A.  All right. |
| 15:26:40 | 16 | Q.  Okay.  In the -- the second comment |
| 15:26:53 | 17 | by you, it says: |
| 15:26:55 | 18 | "6 percent of Webzilla's revenue is |
| 15:26:57 | 19 | content." |
| 15:26:58 | 20 | Do you mean -- does that -- is that |
| 15:26:59 | 21 | supposed to be "adult content"? |
| 15:27:01 | 22 | A.  Yes. |
| 15:27:01 | 23 | Q.  Okay.  And then you say: |
| 15:27:04 | 24 | "Within other brands such as |
| 15:27:06 | 25 | Servers.com, hosting" adult "content" -- |

| | | |
|---|---|---|
| 15:27:07 | 1 | (As read.) |
| 15:27:08 | 2 | I assume. |
| 15:27:08 | 3 | -- "is forbidden." |
| 15:27:10 | 4 | Which -- which brands forbid hosting |
| 15:27:13 | 5 | adult content? |
| 15:27:18 | 6 | A.   Servers.com. |
| 15:27:20 | 7 | Q.   Just Servers.com? |
| 15:27:20 | 8 | A.   As far as I know -- as far as I know, |
| 15:27:21 | 9 | yes. |
| 15:27:22 | 10 | Q.   And is that in a written policy? |
| 15:27:24 | 11 | A.   I don't know. |
| 15:27:25 | 12 | Q.   Okay.  When did that become a policy |
| 15:27:31 | 13 | of Servers.com not to host adult content? |
| 15:27:35 | 14 | A.   I don't know. |
| 15:27:37 | 15 | Q.   How do you know whether customers |
| 15:27:39 | 16 | of Servers.com are hosting adult content? |
| 15:27:44 | 17 | A.   I don't know. |
| 15:27:47 | 18 | Q.   What happens if you learn that |
| 15:27:52 | 19 | a customer of Servers.com is hosting adult |
| 15:27:55 | 20 | content? |
| 15:27:58 | 21 | A.   I don't know. |
| 15:27:59 | 22 | Q.   You don't know what happens? |
| 15:28:01 | 23 | A.   No. |
| 15:28:10 | 24 | Q.   Why is that the policy? |
| 15:28:12 | 25 | MR. GURVITS:  Objection. |

| | | |
|---|---|---|
| 15:28:14 | 1 | THE WITNESS:  I don't know. |
| 15:28:15 | 2 | Q.   BY MS. SCHARY:  But you knew it was |
| 15:28:16 | 3 | the policy because you wrote that in the comment; |
| 15:28:18 | 4 | correct? |
| 15:28:18 | 5 | A.   I -- I know that it is not [sic] a policy. |
| 15:28:22 | 6 | But I don't know why the policy is there. |
| 15:28:24 | 7 | Q.   Did somebody tell you that was the policy? |
| 15:28:26 | 8 | A.   Someone should be, because I also didn't |
| 15:28:26 | 9 | know.  So yes, someone told me.  But I don't know |
| 15:28:30 | 10 | who.  But someone told me. |
| 15:28:32 | 11 | Q.   Well, how did you know to make this |
| 15:28:34 | 12 | comment here in the -- in the draft article? |
| 15:28:43 | 13 | A.   The 6 percent, you mean? |
| 15:28:45 | 14 | Q.   How did you know that 6 percent of |
| 15:28:47 | 15 | Webzilla's revenue is adult content? |
| 15:28:49 | 16 | A.   As far as I know, it's even part of |
| 15:28:49 | 17 | our KPMG.  So -- so we -- that -- that's -- |
| 15:28:55 | 18 | that's the reason.  And the other one, because |
| 15:28:58 | 19 | I know.  And how I know, probably someone told |
| 15:29:02 | 20 | me.  But I don't know who.  So ... |
| 15:29:04 | 21 | Q.   Did you consult with Mr. Gubarev in |
| 15:29:07 | 22 | creating -- in -- in providing comments to this -- |
| 15:29:09 | 23 | to this draft? |
| 15:29:16 | 24 | A.   Not in each.  But -- so I don't know |
| 15:29:19 | 25 | if we discussed this.  But this is policy.  So |

| | | |
|---|---|---|
| 15:29:24 | 1 | this is the reason why I can answer this question. |
| 15:29:27 | 2 | Q.   Well, it's a policy at Servers.com. |
| 15:29:27 | 3 |      But you didn't -- |
| 15:29:28 | 4 | A.   Yeah. |
| 15:29:28 | 5 | Q.   -- work for Servers.com; correct? |
| 15:29:29 | 6 | A.   No.  Servers.com is part of XBT. |
| 15:29:32 | 7 | Q.   Okay.  So as a chief commercial officer |
| 15:29:34 | 8 | of XBT, you were aware that Servers.com did not |
| 15:29:37 | 9 | allow hosting of adult content? |
| 15:29:40 | 10 |      MR. GURVITS:  Objection. |
| 15:29:50 | 11 |      THE WITNESS:  That was too fast.  What |
| 15:29:51 | 12 | did you ask? |
| 15:29:52 | 13 | Q.   BY MS. SCHARY:  As the chief commercial |
| 15:29:53 | 14 | officer of XBT.com -- |
| 15:29:56 | 15 | A.   Uh-huh. |
| 15:29:57 | 16 | Q.   Or strike that. |
| 15:29:57 | 17 |      As the chief commercial officer of |
| 15:30:00 | 18 | XBT, you were aware that Servers.com had a |
| 15:30:05 | 19 | policy of not allowing the hosting of adult |
| 15:30:09 | 20 | content; correct? |
| 15:30:11 | 21 |      MR. GURVITS:  Objection. |
| 15:30:26 | 22 |      THE WITNESS:  Yes. |
| 15:30:31 | 23 | Q.   BY MS. SCHARY:  And you know that |
| 15:30:33 | 24 | only Servers.com had that policy and not other |
| 15:30:38 | 25 | businesses within XBT; correct? |

15:30:44   1        A.   No, I don't know.

15:30:46   2        Q.   Are there other brands, other than

15:30:49   3   Servers.com, that forbid the hosting of adult

15:30:53   4   content within XBT?

15:30:55   5        A.   I don't know.

15:30:57   6        Q.   And you do not know why that is the

15:30:59   7   policy at Servers.com?

15:31:02   8        A.   No.

15:31:10   9        Q.   Okay.  If you turn to -- two pages

15:31:12  10   further on "a17," you have a comment here:

15:31:29  11             "Webzilla is not building a data

15:31:31  12   center, that's in regard to Datacenter.com,

15:31:33  13   a completely different entity which has

15:31:37  14   nothing to do with Webzilla or the other

15:31:39  15   brands, other than the same investor XBT."

15:31:41  16             Do you see that?

15:31:42  17        A.   Uh-huh.  I see it.

15:31:44  18        Q.   And that's in response to a line in

15:31:46  19   the article saying that Webzilla is currently

15:31:48  20   building their own data center in Amsterdam

15:31:52  21   southeast; correct?

15:31:53  22        A.   Yes.

15:31:57  23        Q.   So the data center in Amsterdam

15:31:59  24   southeast is the Datacenter.com facility;

15:32:02  25   correct?

| | | |
|---|---|---|
| 15:32:02 | 1 | A.   I don't know if they mentioned our |
| 15:32:14 | 2 | data center.  So I don't know.  There are |
| 15:32:19 | 3 | multiple data centers out there.  So I don't |
| 15:32:23 | 4 | know. |
| 15:32:23 | 5 | THE COURT REPORTER:  "Multiple"? |
| 15:32:24 | 6 | THE WITNESS:  Data centers in the |
| 15:32:24 | 7 | same -- |
| 15:32:24 | 8 | Q.   BY MS. SCHARY:  Were you -- was |
| 15:32:26 | 9 | Datacenter.com opening -- building a facility |
| 15:32:29 | 10 | in Amsterdam southeast? |
| 15:32:34 | 11 | A.   We were building a data center in |
| 15:32:36 | 12 | Amsterdam southeast.  Yes. |
| 15:32:38 | 13 | Q.   Okay.  If you go down to 576-a19, |
| 15:32:55 | 14 | there's a comment from you -- attributed to |
| 15:33:01 | 15 | you: |
| 15:33:02 | 16 | "Why is everyone looking at Webzilla? |
| 15:33:04 | 17 | Take a look at Serverius in The Netherlands. |
| 15:33:07 | 18 | They only have Russian clients." |
| 15:33:11 | 19 | Can you explain why you made that |
| 15:33:14 | 20 | comment? |
| 15:33:16 | 21 | A.   I don't know the question anymore |
| 15:33:20 | 22 | based on that comment.  So no, I cannot answer |
| 15:33:23 | 23 | that. |
| 15:33:33 | 24 | Q.   Going down two paragraphs, you have |
| 15:33:36 | 25 | a comment responding to a question of whether |

| | | |
|---|---|---|
| 15:33:38 | 1 | it was true that Bezruchenko was in Prague for |
| 15:33:42 | 2 | two weeks.  You say: |
| 15:33:43 | 3 | "That's true!  At Hitachi event." |
| 15:33:48 | 4 | What was the Hitachi event that you |
| 15:33:48 | 5 | were referring to? |
| 15:33:51 | 6 | A.   Hitachi's a vendor that -- let's see. |
| 15:33:53 | 7 | Before answer -- Hitachi is vendor of hard drives. |
| 15:34:01 | 8 | Q.   Is a -- is a vendor? |
| 15:34:01 | 9 | A.   A vendor and a manufacturer of hard |
| 15:34:03 | 10 | drives. |
| 15:34:03 | 11 | Q.   Of? |
| 15:34:03 | 12 | A.   Hard disks. |
| 15:34:05 | 13 | Q.   Of hard drives and hard disks? |
| 15:34:07 | 14 | A.   Hard drives. |
| 15:34:08 | 15 | Q.   Okay.  Got it. |
| 15:34:10 | 16 | Okay.  And if you look at Exhibit 19, |
| 15:34:28 | 17 | I just want to ask if it's your understanding |
| 15:34:45 | 18 | that this is what was sent to de Volkskrant? |
| 15:34:52 | 19 | A.   (Examining.)  If this version is -- |
| 15:35:20 | 20 | your question is if this version is sent to |
| 15:35:23 | 21 | de Volkskrant? |
| 15:35:23 | 22 | Q.   Yeah.  Do you recognize that as what |
| 15:35:25 | 23 | was sent to de Volkskrant? |
| 15:35:28 | 24 | A.   I don't know. |
| 15:35:28 | 25 | Q.   Okay.  Okay.  You can put those aside. |

```
15:35:38   1        A.   Okay.  (Witness complies.)
15:35:58   2             MS. SCHARY:  I'm going to mark Exhibit
15:36:00   3   20A and B, which is a document with the Bates
15:36:06   4   number P-P 473.
15:36:58   5             (Exhibit 20A and Exhibit 20B marked.)
15:36:58   6        Q.   BY MS. SCHARY:  I'm going to direct
15:36:59   7   your attention to the e-mail on January 18th,
15:37:00   8   11:47 a.m., which is the e-mail at the bottom
15:37:06   9   of the chain.
15:37:16  10        A.   (Examining.)  Yes.
15:37:17  11        Q.   Do you recall receiving a revised
15:37:20  12   article from -- I'm sorry.  Strike that.
15:37:23  13             Do you recall sending edits to
15:37:26  14   Mr. Modderkolk in -- edits to the draft
15:37:30  15   article?
15:37:46  16        A.   Your question is if we sent revised
15:37:50  17   documents?  Yes, we did.
15:37:51  18             MS. SCHARY:  Okay.  We do not have
15:37:51  19   those documents.  We'd like to request that
15:37:52  20   this be produced, the -- the e-mail below --
15:37:55  21   the e-mail at 11:47 a.m. with the attachment.
15:38:00  22   It's the bottom e-mail.
15:38:09  23             MR. GURVITS:  You're looking for
15:38:09  24   the native format e-mail?
15:38:12  25             MS. SCHARY:  I would prefer that you
```

15:38:14  1   produce it Bates stamped with the attachment

15:38:17  2   also Bates stamped directly after it.

15:38:24  3        Q.   BY MS. SCHARY:  And, Mr. Steman,

15:38:25  4   if you go to one e-mail above that, there's

15:38:28  5   an e-mail on January 18th at 11:21.  And

15:38:32  6   the e-mail you are forwarding -- oh, sorry.

15:38:42  7             Strike that.

15:38:52  8             The -- the second e-mail from the

15:38:53  9   bottom is an e-mail from Mr. Modderkolk to

15:38:56 10   you, saying:

15:38:57 11             "See attached the edited" argue --

15:38:58 12   "article.  As you can see, we processed all

15:39:02 13   comments."  (As read.)

15:39:02 14             Do you recall receiving a revised

15:39:05 15   article from de Volkskrant in response to your

15:39:09 16   comments?

15:39:26 17        A.   It's standing here.  So probably we

15:39:28 18   received -- probably I received the document.

15:39:30 19        Q.   I'm sorry.  Can you repeat that?

15:39:32 20        A.   In the e-mail is standing that there

15:39:34 21   was an attachment.  So probably there is an

15:39:36 22   attachment.

15:39:36 23             MS. SCHARY:  Okay.  And we'd like --

15:39:37 24   same request for this e-mail.  We'd like to

15:39:40 25   have the e-mail and its attachments.

```
15:39:43   1              MR. GURVITS:  Which is the second
15:39:44   2    e-mail?
15:39:45   3              MS. SCHARY:  It's the e-mail from
15:39:46   4    Mr. Modderkolk to Jochem on --
15:39:50   5              MR. GURVITS:  Attaching the --
15:39:50   6    showing their --
15:39:51   7              MS. SCHARY:  (Reading.)
15:39:52   8              "See attached the edited article."
15:39:54   9              Correct.
15:39:54  10              MR. GURVITS:  I see it.
15:39:56  11              MS. SCHARY:  Correct.  Okay.
15:40:28  12              I'm going to mark as Exhibit 21 and 22.
15:40:39  13    21 is P-P 562.  22 is P-P 545.  And there's an "A"
15:41:11  14    and a "B" for each of those.  This is 21.  This
15:41:13  15    is 22.
15:42:14  16              (Exhibit 21A, Exhibit 21B, Exhibit 22A,
15:42:14  17          and Exhibit 22B marked.)
15:42:15  18         Q.   BY MS. SCHARY:  I'm going to start with
15:42:17  19    22.
15:42:36  20              Do you recognize this as a continuation
15:42:38  21    of the prior e-mail after Mr. Modderkolk sent
15:42:44  22    you a revised version of the article?
15:43:02  23         A.   To which e-mail are you pointing?
15:43:05  24         Q.   I'm looking at the one that is second
15:43:07  25    from the bottom.
```

15:43:09   1              "See attached the edited article.

15:43:11   2      As you can see, we processed all comments."

15:43:15   3              From Mr. Modderkolk to you.

15:43:18   4          A.   (Examining.)  Okay.  And your question

15:43:19   5      is if -- if --

15:43:20   6          Q.   I was just asking if is it your

15:43:23   7      understanding that this is all part of the

15:43:26   8      same discussion of the edited article?

15:43:27   9          A.   Yes.

15:43:28  10              MS. SCHARY:  Okay.  And I'm going

15:43:29  11      to add to my requests on the record for the --

15:43:31  12      the e-mail just above that, January 18th at

15:43:35  13      1:28 p.m.  Mr. Steman says:

15:43:38  14              "See document attached.  Turned on

15:43:39  15      track changes."

15:43:41  16              We'd like to have that document with

15:43:42  17      its attachment produced.

15:43:45  18              MR. GURVITS:  What's the Bates number

15:43:46  19      of the document?

15:43:46  20              MS. SCHARY:  It's at 540 -- it's --

15:43:47  21      the document begins at 545.  But it's on page

15:43:50  22      546.

15:44:08  23              MR. GURVITS:  I see it.

15:44:13  24          Q.   BY MS. SCHARY:  And do you recall

15:44:13  25      a dispute with de Volkskrant regarding whether

| | | |
|---|---|---|
| 15:44:18 | 1 | Dutch banks had withdrawn financing from |
| 15:44:23 | 2 | Webzilla following the article? |
| 15:44:27 | 3 | A.   Can you clarify that question?  How |
| 15:44:30 | 4 | do you mean "dispute"? |
| 15:44:31 | 5 | Q.   I'm going to direct you to the second |
| 15:44:33 | 6 | e-mail in this chain. |
| 15:44:35 | 7 | A.   Yeah. |
| 15:44:35 | 8 | Q.   This is an e-mail from de Volskrant |
| 15:44:41 | 9 | in which they say in the -- it looks like the |
| 15:44:43 | 10 | third paragraph -- or fourth paragraph: |
| 15:44:46 | 11 | "And closer examination reveals that |
| 15:44:47 | 12 | the two Dutch banks haven't withdrawn, as was |
| 15:44:51 | 13 | asserted during the interview." |
| 15:45:20 | 14 | A.   The second e-mail you're talking about? |
| 15:45:22 | 15 | Q.   Yes.  I'm referring to the e-mail from |
| 15:45:24 | 16 | Mr. Modderkolk.  If you look at the bottom of |
| 15:45:27 | 17 | 545, the last line there, it says: |
| 15:45:30 | 18 | "And closer examination reveals that |
| 15:45:32 | 19 | the two Dutch banks haven't withdrawn, as was |
| 15:45:35 | 20 | asserted during the interview." |
| 15:45:37 | 21 | And I'm specifically referring to the |
| 15:45:39 | 22 | English translation. |
| 15:45:40 | 23 | A.   And your question is? |
| 15:45:42 | 24 | Q.   My -- I was -- my question is whether |
| 15:45:43 | 25 | this document refreshes your recollection that |

| | | |
|---|---|---|
| 15:45:45 | 1 | there was back-and-forth regarding whether two |
| 15:45:49 | 2 | Dutch banks had withdrawn financing from Webzilla |
| 15:45:54 | 3 | following publication of the Buzzfeed article? |
| 15:46:06 | 4 | A.   Just so that I understand it, so you |
| 15:46:09 | 5 | ask me if this is a discussion (unintelligible) |
| 15:46:12 | 6 | if it is true "yes" or "no"? |
| 15:46:14 | 7 | Is that the question or -- |
| 15:46:14 | 8 | Q.   I'm sorry.  I didn't -- |
| 15:46:14 | 9 | THE COURT REPORTER:  Yeah.  I didn't |
| 15:46:14 | 10 | get that either. |
| 15:46:17 | 11 | THE WITNESS:  No.  Oh, sorry. |
| 15:46:17 | 12 | What is the question?  Is the question |
| 15:46:19 | 13 | did we argue with de Volkskrant about that part |
| 15:46:22 | 14 | that I -- I mean, I'm lost. |
| 15:46:25 | 15 | Q.   BY MS. SCHARY:  I'm just trying -- I'm |
| 15:46:26 | 16 | just trying to set some context here since you |
| 15:46:30 | 17 | hadn't recalled some of our conversations.  But |
| 15:46:31 | 18 | let me get at this a different way. |
| 15:46:33 | 19 | If you go to the top e-mail -- |
| 15:46:36 | 20 | A.   Yeah. |
| 15:46:36 | 21 | Q.   -- it refers to you having reviewed |
| 15:46:39 | 22 | a tape of the interview. |
| 15:46:40 | 23 | Do you recall reviewing an audio tape |
| 15:46:43 | 24 | of the interview with Mr. Gubarev? |
| 15:46:45 | 25 | A.   Yeah, we had -- there is a tape. |

| | | |
|---|---|---|
| 15:46:47 | 1 | That's for sure.  Yes. |
| 15:46:48 | 2 | Q.   Do you recall reviewing that tape? |
| 15:46:51 | 3 | A.   Reviewing? |
| 15:46:51 | 4 | Q.   Listening to it. |
| 15:46:53 | 5 | A.   Oh.  We reviewed that tape. |
| 15:46:55 | 6 | Q.   Okay.  Did you -- do you recall listening |
| 15:46:57 | 7 | to that tape to determine whether Mr. Gubarev had |
| 15:47:03 | 8 | said that two banks withdrew financing? |
| 15:47:21 | 9 | A.   So the question is if was that told |
| 15:47:23 | 10 | during the interview "yes" or "no"; right?  I |
| 15:47:26 | 11 | mean, it's -- |
| 15:47:30 | 12 | Q.   Do you have an independent recollection -- |
| 15:47:31 | 13 | not looking at the document. |
| 15:47:33 | 14 | Do you have an independent recollection |
| 15:47:35 | 15 | of listening to Mr. Gubarev's interview to determine |
| 15:47:39 | 16 | whether he said that two banks -- two Dutch banks |
| 15:47:45 | 17 | withdrew financing from him? |
| 15:47:49 | 18 | A.   That was told during the interview. |
| 15:47:52 | 19 | Q.   That was said during the interview? |
| 15:47:54 | 20 | A.   Yeah. |
| 15:47:54 | 21 | Q.   Okay.  I'm going to look -- I'm directing |
| 15:47:57 | 22 | you to this e-mail. |
| 15:47:58 | 23 | A.   Yeah. |
| 15:47:59 | 24 | Q.   Do you see that, in this e-mail, you tell |
| 15:48:01 | 25 | Mr. de Vries, Mr. Hellegers, and Mr. Gubarev that |

| | | |
|---|---|---|
| 15:48:04 | 1 | you just replayed the interview in response to the |
| 15:48:09 | 2 | e-mail from de Volkskrant? |
| 15:48:12 | 3 | It's the top e-mail here. |
| 15:48:14 | 4 | A.   Oh, sorry.  So yes.  What's -- |
| 15:48:22 | 5 | Q.   Okay.  And do you see that you transcribed |
| 15:48:27 | 6 | the -- what was said on -- in the interview? |
| 15:48:30 | 7 | A.   Uh-huh.  Yes. |
| 15:48:32 | 8 | Q.   And you concluded that what Mr. Gubarev |
| 15:48:35 | 9 | said to the reporter equated to the banks putting |
| 15:48:44 | 10 | his loans on hold and not canceling them; correct? |
| 15:48:51 | 11 | A.   Let me read it again.  (Examining.) |
| 15:48:53 | 12 | Yes.  That's standing there.  Yes. |
| 15:49:03 | 13 | Q.   Okay.  So it's your understanding that |
| 15:49:05 | 14 | Mr. Gubarev told the reporters that his loans |
| 15:49:09 | 15 | were on hold, not that they were canceled? |
| 15:49:14 | 16 | MR. GURVITS:  Objection. |
| 15:49:18 | 17 | THE WITNESS:  Based on this e-mail, |
| 15:49:19 | 18 | yes. |
| 15:49:19 | 19 | Q.   BY MS. SCHARY:  Okay.  And just look |
| 15:49:34 | 20 | at -- quickly at Exhibit 21. |
| 15:49:38 | 21 | A.   Yes.  (Examining.) |
| 15:49:38 | 22 | Q.   And I'm only going to ask you about the |
| 15:49:41 | 23 | English portion.  You say: |
| 15:49:49 | 24 | "About the banks:  It's how you interpret |
| 15:49:51 | 25 | things in my eyes.  We will not provide them |

| | | |
|---|---|---|
| 15:49:53 | 1 | additional information about this." |
| 15:49:56 | 2 | Do you see that? |
| 15:49:56 | 3 | A.  I see that. |
| 15:49:57 | 4 | Q.  Okay.  What did you mean by: |
| 15:49:59 | 5 | "It's how you interpret things in my |
| 15:50:01 | 6 | eyes." |
| 15:50:02 | 7 | A.  Then I have to read the whole story |
| 15:50:04 | 8 | again. |
| 15:50:05 | 9 | Q.  Okay. |
| 15:50:06 | 10 | A.  And also the article referring to this, |
| 15:50:10 | 11 | because I don't know.  (Examining.) |
| 15:50:11 | 12 | So what was the question? |
| 15:51:55 | 13 | Q.  The question was what you meant by -- |
| 15:51:57 | 14 | when you said it's: |
| 15:51:57 | 15 | "About the banks:  It's how you interpret |
| 15:51:59 | 16 | things in my eyes." |
| 15:52:00 | 17 | A.  The -- I don't know.  No, I don't know. |
| 15:52:14 | 18 | No, I don't know. |
| 15:52:14 | 19 | MS. SCHARY:  Okay.  I'm going to mark |
| 15:52:24 | 20 | Exhibit 23, which is Bates stamp P-P 595.  And |
| 15:52:37 | 21 | this is also a 23A and B. |
| 15:53:04 | 22 | (Exhibit 23A and Exhibit 23B marked.) |
| 15:53:08 | 23 | Q.  BY MS. SCHARY:  I'm going to direct |
| 15:53:11 | 24 | your attention to the bottom e-mail, which is |
| 15:53:13 | 25 | from you to Jack de Vries. |

| | | |
|---|---|---|
| 15:53:19 | 1 | A.   (Examining.)  Oh, sorry.  Yes. |
| 15:53:20 | 2 | Q.   And you say: |
| 15:53:21 | 3 | "Attached" -- |
| 15:53:21 | 4 | And I'm referring to the English |
| 15:53:23 | 5 | translation.  You're attaching an article |
| 15:53:25 | 6 | that was amended.  And you just say: |
| 15:53:27 | 7 | "We just received feedback from |
| 15:53:29 | 8 | the journalist with the Wall Street Journal |
| 15:53:31 | 9 | who was also at the meeting." |
| 15:53:32 | 10 | A.   Uh-huh. |
| 15:53:32 | 11 | Q.   Do you recall receiving feedback |
| 15:53:34 | 12 | from a Wall Street Journal reporter regarding |
| 15:53:35 | 13 | the interview? |
| 15:54:14 | 14 | A.   I -- they are stating that we received |
| 15:54:14 | 15 | feedback.  But I'm not sure if I received the |
| 15:54:18 | 16 | feedback. |
| 15:54:19 | 17 | Q.   Do you recall reviewing any feedback |
| 15:54:23 | 18 | from a Wall Street Journal reporter? |
| 15:54:31 | 19 | A.   I'm stating that we don't have any -- |
| 15:54:33 | 20 | that I just wrote the facts. |
| 15:54:40 | 21 | Q.   I understand what the e-mail says. |
| 15:54:42 | 22 | I'm asking you if you have any |
| 15:54:44 | 23 | recollection of reviewing feedback from a |
| 15:54:44 | 24 | Wall Street Journal reporter regarding the |
| 15:54:48 | 25 | interview with Mr. Gubarev? |

| | | |
|---|---|---|
| 15:54:49 | 1 | A.  Not that I'm -- I don't know. |
| 15:54:51 | 2 | MS. SCHARY:  Okay.  We do not have |
| 15:54:52 | 3 | this -- any e-mail transmitting feedback from |
| 15:54:54 | 4 | a Wall Street Journal reporter.  So we'd like |
| 15:54:58 | 5 | to call for that to be searched for and produced, |
| 15:55:01 | 6 | as well as the bottom e-mail here which refers |
| 15:55:05 | 7 | to an amended article attached. |
| 15:55:13 | 8 | Okay.  I'm going to mark as Exhibit |
| 15:55:14 | 9 | 24 -- 24A and B -- this is a news article from |
| 15:55:30 | 10 | de Volkskrant that was published as a date of |
| 15:55:33 | 11 | January 19, 2017. |
| 15:55:37 | 12 | (Exhibit 24A and Exhibit 24B marked.) |
| 15:56:11 | 13 | Q.  BY MS. SCHARY:  Mr. Steman, do you |
| 15:56:12 | 14 | recall seeing this interview -- sorry -- receiving |
| 15:56:14 | 15 | this article when it was published? |
| 15:56:20 | 16 | A.  (Examining.)  Sorry.  I missed your |
| 15:56:23 | 17 | question.  Did I see this article when it was |
| 15:56:26 | 18 | published? |
| 15:56:26 | 19 | Q.  Yes. |
| 15:56:27 | 20 | A.  Yes. |
| 15:56:27 | 21 | Q.  "Yes"? |
| 15:56:29 | 22 | A.  Yes.  Let's see. |
| 15:56:47 | 23 | Q.  Did you receive a draft version of |
| 15:56:49 | 24 | this article before it was published? |
| 15:56:56 | 25 | A.  No. |

| | | |
|---|---|---|
| 15:57:05 | 1 | Q.   I'm going to have you hold on to that. |
| 15:57:09 | 2 | A.   Okay. |
| 15:57:19 | 3 | MS. SCHARY:   Okay.   And I'm going to |
| 15:57:20 | 4 | mark as Exhibit 25 a document that was actually |
| 15:57:30 | 5 | produced in native form.   So it does not have |
| 15:57:36 | 6 | an actual Bates number but an internal tracking |
| 15:57:39 | 7 | number.   This is going to be Exhibit 25A and B. |
| 15:57:42 | 8 | It has an internal tracking number of PL_H_000042. |
| 15:58:27 | 9 | (Exhibit 25A and Exhibit 25B marked.) |
| 15:58:32 | 10 | Q.   BY MS. SCHARY:   Now, I'm going to direct |
| 15:58:34 | 11 | you to the e-mail -- it's on the one, two, three -- |
| 15:58:38 | 12 | begins on the third page, goes on to the fourth |
| 15:58:42 | 13 | page, January 20th at 6:33 a.m. |
| 15:58:59 | 14 | A.   (Examining.)   Oh, yeah. |
| 15:58:59 | 15 | Q.   Do you see that you told Mr. Modderkolk |
| 15:59:02 | 16 | that you believe there is inaccuracy in that the |
| 15:59:07 | 17 | article wrote that Michael Dell got in touch with |
| 15:59:12 | 18 | Webzilla over the -- because of the dossier? |
| 15:59:16 | 19 | A.   Uh-huh. |
| 15:59:17 | 20 | Q.   Do you recall having this conversation |
| 15:59:18 | 21 | with Mr. Modderkolk? |
| 15:59:19 | 22 | A.   No.   I shared this with maybe de |
| 15:59:23 | 23 | Volkskrant. |
| 15:59:24 | 24 | Q.   Okay.   And looking back at Exhibit 24 -- |
| 15:59:28 | 25 | A.   Yeah. |

```
15:59:29   1        Q.   -- on the second page under -- and I'm
15:59:30   2    looking in the English translation -- under:
15:59:34   3             "Damage."
15:59:34   4        A.   Yeah.
15:59:35   5        Q.   Is that the line that you're referring
15:59:38   6    to, the second sentence there:
15:59:39   7             "For example, he states that Michael
15:59:41   8    Dell, from computer colossus Dell is demanding
15:59:44   9    a personal conversation to learn more about
15:59:46  10    Webzilla's role."
16:00:07  11        A.   So my reply was on that e-mail, yes --
16:00:09  12    on this article, yes.
16:00:11  13        Q.   Is it -- is it regarding that article --
16:00:13  14        A.   Yes.
16:00:13  15        Q.   -- my question is?  Okay.
16:00:16  16             And to be clear, you -- it's your
16:00:19  17    understanding that Michael Dell did not contact
16:00:22  18    Webzilla about the dossier but about congratulations
16:00:26  19    on a 10-year anniversary?
16:00:29  20        A.   At that moment, yes.
16:00:29  21        Q.   Is there another moment that might --
16:00:30  22        A.   I don't know.  So I can only speak
16:00:31  23    of that moment.
16:00:32  24        Q.   Okay.  So you're only understanding
16:00:35  25    of the communication from Michael Dell is
```

| | | |
|---|---|---|
| 16:00:37 | 1 | regarding the 10-year anniversary? |
| 16:00:40 | 2 |     A.   Yes. |
| 16:00:44 | 3 |     Q.   Going to the top of Exhibit 25, |
| 16:00:45 | 4 | the second e-mail which is from you to Jack -- |
| 16:00:55 | 5 |     A.   Uh-huh. |
| 16:00:55 | 6 |     Q.   -- and cc'ing Alex, in the second |
| 16:00:58 | 7 | paragraph, you say: |
| 16:01:00 | 8 |        "Understand that the Volkskrant |
| 16:01:03 | 9 | now wants to publish another story concerning |
| 16:01:04 | 10 | Webzilla:  The incident with LeaseWeb.  They've |
| 16:01:07 | 11 | requested an interview with an ex-employee of" |
| 16:01:11 | 12 | lease -- "LeaseWeb.  We have advised him not |
| 16:01:13 | 13 | to get mixed up in the Webzilla case."  (As |
| 16:01:16 | 14 | read.) |
| 16:01:16 | 15 |        What did you mean by the "incident |
| 16:01:18 | 16 | with LeaseWeb"? |
| 16:01:21 | 17 |     A.   There was an -- what I understood -- |
| 16:01:23 | 18 | because I don't know the case, I don't know |
| 16:01:26 | 19 | the details of the case.  But there was an |
| 16:01:28 | 20 | arguing between the two -- the two companies. |
| 16:01:29 | 21 | So -- and more information I don't have about |
| 16:01:33 | 22 | that case.  So I don't know. |
| 16:01:34 | 23 |     Q.   And what was the nature of the argument |
| 16:01:36 | 24 | between the two companies? |
| 16:01:37 | 25 |     A.   I don't know. |

| | | |
|---|---|---|
| 16:01:41 | 1 | Q.  How did you know that de Volkskrant |
| 16:01:44 | 2 | had requested an interview with an ex-employee |
| 16:01:48 | 3 | of LeaseWeb? |
| 16:01:59 | 4 | A.  I don't know.  I don't know.  No, |
| 16:02:09 | 5 | I don't know.  I don't know. |
| 16:02:10 | 6 | Q.  Do you know who that ex-employee |
| 16:02:13 | 7 | was? |
| 16:02:13 | 8 | A.  No. |
| 16:02:14 | 9 | Q.  And were you involved -- did you |
| 16:02:15 | 10 | advise that ex-employee not to get mixed up |
| 16:02:20 | 11 | in the Webzilla case? |
| 16:02:24 | 12 | A.  No, because I don't know the person. |
| 16:02:25 | 13 | So no, I didn't advise anyone. |
| 16:02:29 | 14 | Q.  Well, you told Jack de Vries in this |
| 16:02:29 | 15 | e-mail -- you said: |
| 16:02:30 | 16 | "We have advised him not to get" mixed |
| 16:02:33 | 17 | up -- "mixed up in the Webzilla case."  (As read.) |
| 16:02:34 | 18 | So what was your basis for making that |
| 16:02:36 | 19 | statement to Jack? |
| 16:02:37 | 20 | A.  Basic -- prob -- probably only internal |
| 16:02:39 | 21 | information.  But I don't know from who.  So for |
| 16:02:41 | 22 | that reason, I cannot also -- also not answer |
| 16:02:44 | 23 | the earlier question.  So I don't know. |
| 16:02:52 | 24 | MS. SCHARY:  I'm going to mark as |
| 16:02:53 | 25 | Exhibit 26 a document Bates stamp P-P 640. |

| | | |
|---|---|---|
| 16:03:25 | 1 | (Exhibit 26 marked.) |
| 16:03:25 | 2 | THE WITNESS:  Thank you. |
| 16:03:30 | 3 | Q.  BY MS. SCHARY:  This is an e-mail from |
| 16:03:31 | 4 | you to Mr. Gubarev on January 18th in which you |
| 16:03:38 | 5 | link to an article that I will represent is the -- |
| 16:03:40 | 6 | the doc -- the article we were just looking at |
| 16:03:43 | 7 | at Exhibit 24 -- |
| 16:03:45 | 8 | A.  (Examining.)  Okay. |
| 16:03:46 | 9 | Q.  -- just based on the -- on the headline. |
| 16:03:48 | 10 | And you say that: |
| 16:03:49 | 11 | "They changed the story." |
| 16:03:50 | 12 | A.  Uh-huh. |
| 16:03:51 | 13 | Q.  Do you recall sending this e-mail? |
| 16:03:53 | 14 | A.  No, I sent this e-mail. |
| 16:03:55 | 15 | Q.  Okay.  Do you -- do you recall what |
| 16:03:57 | 16 | the change made to the story was? |
| 16:03:59 | 17 | A.  There is another story on the website. |
| 16:04:02 | 18 | Yes. |
| 16:04:03 | 19 | Q.  There was another story on the website |
| 16:04:03 | 20 | besides -- |
| 16:04:03 | 21 | A.  Before -- yes, there -- there's another |
| 16:04:06 | 22 | story.  This -- there is another story. |
| 16:04:09 | 23 | Q.  A totally separate story?  Or there |
| 16:04:12 | 24 | was a different version of the story that is |
| 16:04:14 | 25 | in Exhibit 24? |

| | | |
|---|---|---|
| 16:04:19 | 1 | A.   Now, this is probably the link. |
| 16:04:20 | 2 | I don't know if it is the same document. |
| 16:04:31 | 3 | Q.   Well, if we just look at the headline -- |
| 16:04:33 | 4 | see the headline in Exhibit 24? |
| 16:04:37 | 5 | A.   Yeah.  But if I check, the URL is |
| 16:04:40 | 6 | different.  So I don't -- I cannot confirm |
| 16:04:42 | 7 | that this -- that this -- these two are the |
| 16:04:42 | 8 | same document. |
| 16:04:44 | 9 | Q.   Okay.  Do you have any recollection |
| 16:04:48 | 10 | of what changes were made to the article that |
| 16:04:52 | 11 | you were advising Mr. Gubarev of? |
| 16:04:57 | 12 | A.   Based on this, no. |
| 16:04:58 | 13 | Q.   Okay. |
| 16:04:58 | 14 | (Court reporter clarification.) |
| 16:04:58 | 15 | THE WITNESS:  Based on this information, |
| 16:04:58 | 16 | no. |
| 16:04:59 | 17 | MS. SCHARY:  Okay.  Let's take a short |
| 16:05:01 | 18 | break. |
| 16:05:02 | 19 | THE WITNESS:  Okay. |
| 16:05:02 | 20 | THE VIDEOGRAPHER:  Going off the record |
| 16:05:03 | 21 | at 4:04. |
| 16:05:06 | 22 | (Recess from 4:04 p.m. to 4:13 p.m.) |
| 16:13:34 | 23 | THE VIDEOGRAPHER:  Back on the record |
| 16:13:35 | 24 | at 4:13. |
| 16:13:37 | 25 | MS. SCHARY:  Thank you, Mr. Steman. |

| | | |
|---|---|---|
| 16:13:38 | 1 | I have no further questions. |
| 16:13:41 | 2 | MR. GURVITS:  Objection. |
| 16:13:41 | 3 | THE WITNESS:  Thank you. |
| 16:13:42 | 4 | MR. GURVITS:  And he drops the mike. |
| 16:13:47 | 5 | THE VIDEOGRAPHER:  Going off -- this |
| 16:13:47 | 6 | is the end of -- this is the end of the video |
| 16:13:56 | 7 | deposition of Jochem Steman.  Going off the |
| 16:13:59 | 8 | record at 4:13. |
| | 9 | (The deposition concluded at 4:13 p.m.) |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
1                    CERTIFICATE OF WITNESS

2

3            I, JOCHEM STEMAN, witness herein,

4    do hereby certify and declare the within and

5    foregoing transcription to be my examination

6    under oath in said action taken on May 16,

7    2018, with the exception of the changes

8    listed on the errata sheet, if any;

9            That I have read, corrected, and

10   do hereby affix my signature under penalty

11   of perjury to said examination under oath.

12

13

14

15

16   _____  _____
                JOCHEM STEMAN, Witness         Date
17

18

19

20

21

22

23

24

25
```

1                  CERTIFICATE OF REPORTER

2

3              I, BRENDA MATZOV, CA CSR 9243, do hereby

4    certify:

5              That, prior to being examined, the witness

6    named in the foregoing deposition was duly sworn

7    by me to testify the truth, the whole truth, and

8    nothing but the truth;

9              That the foregoing deposition was taken

10   before me at the time and place herein set forth,

11   at which time the aforesaid proceedings were

12   stenographically recorded by me and thereafter

13   transcribed by me;

14             That the foregoing transcript, as

15   typed, is a true record of the said proceedings;

16             And I further certify that I am not

17   interested in the action.

18

19             Dated this 16th day of May, 2018.

20

21        _____

          BRENDA MATZOV, CA CSR 9243
22

23

24

25

```
 1                        ERRATA SHEET

 2   Case:       ALEKSEJ GUBAREV, ET AL. vs. BUZZFEED,

 3               INC., ET AL.

 4   Date:       MAY 16, 2018

 5   Witness:  JOCHEM STEMAN

 6

 7   Page _____ Line _____ Change _____

 8   Reason _____

 9   Page _____ Line _____ Change _____

10   Reason _____

11   Page _____ Line _____ Change _____

12   Reason _____

13   Page _____ Line _____ Change _____

14   Reason _____

15   Page _____ Line _____ Change _____

16   Reason _____

17   Page _____ Line _____ Change _____

18   Reason _____

19   Page _____ Line _____ Change _____

20   Reason _____

21   Page _____ Line _____ Change _____

22   Reason _____

23

24   _____  _____
           JOCHEM STEMAN, Witness            Date
25
```