# Exhibit 106

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

# HILL+KNOWLTON
### STRATEGIES

Webzilla Limited
53-55 Agios Athanasios Street
Michael Angelo House
4102  Limassol
CYPRUS

| | | | |
|---|---|---|---|
| Invoice number: | 360105585 | Invoice date: | 31-01-2017 |
| | | Due Date: | 02-03-2017 |

| | |
|---|---:|
| Crisis communications advice January 2017 | 12.500,00 |
| Invoice already paid by bank transfer | |
| Total invoice      EUR | 12.500,00 |



EXHIBIT 3
WIT Jochem Steman
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

Your VAT Number:   CY 10163643F (Reverse VAT charges apply)

Hill+Knowlton Strategies adheres to a code of Professional Conduct. For the complete code, see www.hkstrategies.nl

Hill+Knowlton Strategies B.V.  •  Weerdestein 20, 1083 GA Amsterdam  •  Postbus 87360, 1080 JJ Amsterdam  •  T + 31 (0) 20 404 47 07  •  F + 31 (0) 20 644 97 35  •  www.hkstrategies.nl
Handelsregister Amsterdam 33172528  •  BTW-nummer NL001701390B01  •  IBAN-nummer NL33BNPA0227813172  •  BIC-code BNPANL2A

P-C000076