# Exhibit 107

From: **Dolan, Charles** charles.dolan@kglobal.com
Subject: Servers.com media scan
Date: 12 January 2017 at 6:06 PM
To: Alexey Gubarev alex@xbt.com, Nick Dvas dvas@servers.com
Cc: Daria Pritvorova ypomoscow@gmail.com



Gentlemen – below are links to stories

### Sputnik News
Russian tech expert mentioned in Trump report denies allegations of intel ties
January 1, 2017
Author unnamed

### Raw Story
Beyond 'golden showers': Here are 9 explosive claims from intel memo on Trump-Russia collusion
January 11, 2017
Travis Gettys

### Newsmax
Tech expert in Trump documents: accusations are false
January 11, 2017
Cathy Burke

### McClatchyDC
Russian tech expert named in Trump report says US intelligence never contacted him
January 11, 2017
Kevin Hall and Tim Johnson

### Volkskrant
Dutch company shows up in "secret" Trump memos [translated]
January 11, 2017
Tom Kreling and Huib Modderkolk

### Data News
A Dutch firm may have played a role in the pirates of the Democratic Party [translated]
January 1, 2017
Author unnamed

## ABOUT THE LEAK IN GENERAL

### National Review
Why you should doubt that salacious Trump espionage memo
January 11, 2017
Jim Geraghty

### NBC
Former British spy Christopher Steele prepared explosive Trump memo
January 12, 2017
Han Nichols and Ken Dilanian

### Wall Street Journal
Christopher Steele, ex British intelligence officer, said to have prepared dossier on Trump
January 11, 2017

Bradley Hope, Michael Rothfeld and Alan Cullison

**Wall Street Journal**
[National Intelligence Director James Clapper says agencies didn't leak Trump dossier](#)
January 12, 2017
Shane Harris

**NBC**
[Donald Trump wasn't told about unverified Russia memo, official says](#)
January 11, 2017
William Arkin, Cynthia Mcfadden, Alexey Eremenko and Alexander Smith

**Slate**
[Buzzfeed's Bombshell](#)
January 11, 2017
Will Oremus

**New York Times**
[How a sensational, unverified dossier became a crisis for Donald Trump](#)
January 11, 2017
Scott Shane, Nicholas Confessore and Matthew Rosenberg

**The Daily Beast**
[Despite weak stream of proof, 4chan claims it invented the Trump golden showers story](#)
January 10, 2017
Gideon Resnick and Ben Collins

**Bustle**
[Did 4chan invent "golden shower" Donald Trump documents? This claim could be explosive](#)
January 11, 2017
By Cate Carrejo

**Washington Post**
[Decision to brief Trump on allegations brought a secret and unsubstantiated dossier into the public domain](#)
January 11, 2017
Greg Miller, Ellen Nakashima and Karen DeYoung

--
**Elliot Carter**
Account Associate

**kglobal**
public affairs **+** public relations

skype: EliotCarter212
twitter: @ElliotCarter10

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

P-H000055