# Exhibit 112

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**From:** Jochem Steman jochem@xbt.com
**Subject:** Fwd: Nederlands bedrijf speelde mogelijk rol in Russische hacks Democratische partij
**Date:** 11 January 2017 at 11:34 PM
**To:** Aleksey Gubarev alex@xbt.com

I will come to the office. Good to have a Dutch Guy with Dutch People. It's your interview ;)

Met vriendelijke groet,
Best regards,


Jochem Steman • +357 99 919186

Begin forwarded message:

> **From:** Huib Modderkolk <H.Modderkolk@volkskrant.nl>
> **Date:** 11 January 2017 at 22:20:59 GMT+2
> **To:** Alexey Gubarev <alex@xbt.com>
> **Cc:** Jochem Steman <jochem@xbt.com>
> **Subject: Re: Nederlands bedrijf speelde mogelijk rol in Russische hacks Democratische partij**
>
> Great!
>
> We will be there on Saturday January 14, 11 AM.
>
> Best,
> Huib
>
> Huib Modderkolk
> Verslaggever De Volkskrant
> +31 6 466 22 368
> @huibmodderkolk
>
> Op 11 jan. 2017 om 21:17 heeft Alexey Gubarev <alex@xbt.com> het volgende geschreven:
>
>> Dear Huib,
>>
>> That's fine. What time suits you? And where do we meet?
>>
>> Any time is ok on this date. We will meet in our HQ in Cyprus.
>>
>> address is
>> XBT Holding
>>
>> 53-55, Agiou Athanasiou Street Agios Athanasios, Michaelangelo House Limassol
>> Limassol 4102
>>
>> my mobile is +357 99274777
>>
>> Alex
>>
>>> Best,
>>> Huib
>>>
>>> Huib Modderkolk
>>> Verslaggever De Volkskrant
>>> +31 6 466 22 368
>>> @huibmodderkolk
>>>
>>> Op 11 jan. 2017 om 20:53 heeft Alexey Gubarev <alex@xbt.com> het volgende geschreven:
>>>
>>>> Hello,
>>>>
>>>> I prefer Saturday any time, Sunday is a birthday of my son.
>>>>
>>>> Thanks.
>>>>
>>>>> On Jan 11, 2017, at 9:50 PM, Huib Modderkolk <H.Modderkolk@volkskrant.nl> wrote:

EXHIBIT 7A
WIT Jochem Steman
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

P-H000047

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Dear Mr. Stegeman,

Thank you very much. We can visit you on Saturday and Sunday on Cyprus any time. Please let me know.

Kind regards.

Huib Modderkolk
Verslaggever De Volkskrant
+31 6 466 22 368
@huibmodderkolk

Op 11 jan. 2017 om 20:28 heeft Jochem Steman <jochem@xbt.com> het volgende geschreven:

> Mr. Modderkolk,
>
> As discussed hereby I confirm that Mr. Gubarev is open to give an interview to the Volkskrant and that you are welcome to visit us.
> Please let us know when you like to visit Cyprus.
>
> Best regards,
> XBT
>
>
> Jochem Steman
>
>
> On 11/01/17 21:04, Jochem Steman wrote:
>> Geache heer Modderkolk,
>>
>> Met grote interesse heb ik zojuist uw persbericht gelezen waarin u aangeeft dat onze dochter, Webzilla, wellicht betrokken is bij Russische hacks. U kunt zich natuurlijk voorstellen dat we graag anders in het nieuws komen, mede daar wij geen enkele betrokkenheid hebben met eventuele hacks dan wel enige samenwerking hebben met de Russische veiligheidsdiensten.
>>
>> Wij vinden het jammer dat de Volkskrant niet de moeite heeft genomen contact met ons op te nemen voor een toelichten (wat uw Amerikaanse collega's op dit moment wel doen). Mr. Gubarev staat open voor een interview, indien gewenst.
>>
>> Mocht u verder nog informatie willen dan kunt u altijd contact met mij opnemen.
>>
>> Een prettige dag.
>> Met vriendelijke groet,
>> XBT Holding
>>
>> Jochem Steman
>> *Chief Commercial Officer*
>>
>> Mobile: +357-99919186
>> jochem@xbt.com

P-H000048

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

P-H000049

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

From: **Jochem Steman** jochem@xbt.com
Subject: Fwd: Dutch company played possible role in Russian hacks of Democratic party
Date: 11 January 2017 at 11:34 PM
To: Aleksey Gubarev alex@xbt.com

I will come to the office. Good to have a Dutch Guy with Dutch People. It's your interview ;)

Met vriendelijke groet,
Best regards,

Jochem Steman • +357 99 919186

Begin forwarded message:

From: Huib Modderkolk <H.Modderkolk@volkskrant.nl>
Date: 11 January 2017 at 10:20:59 pm
To: Alexey Gubarev <alex@xbt.com>
Cc: Jochem Steman <jochem@xbt.com>
Subject: Re: Dutch company played possible role in Russian hacks of Democratic party

Great!

We will be there on Saturday January 14, 11 AM.

Best,
Huib

Huib Modderkolk
Reporter    De Volkskrant
+31 6 466 22 368
@huibmodderkolk

On January 11, 2017 at 9:17 pm, Alexey Gubarev alex@xbt.com wrote the following:

Dear Huib,

That's fine. What time suits you? And where do we meet?

Any time is ok on this date. We will meet in our HQ in Cyprus.

address is
XBT Holding

53-55, Agiou Athanasiou Street Agios Athanasios, Michaelangelo House Limassol
Limassol 4102

my mobile is +357 99274777

Alex



EXHIBIT 7B
WIT Jochem Steman
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

P-H000047

Best,
Huib

Huib Modderkolk
Reporter De Volkskrant
368
@huibmodderkolk

On January 11, 2017 at 8:53 pm, Alexey Gubarev alex@xbt.com wrote the following:

Hello,

I prefer Saturday any time, Sunday is a birthday of my son.

Thanks.

On Jan 11, 2017, at 9:50 PM, Huib Modderkolk <H.Modderkolk@volkskrant.nl> wrote:

Dear Mr. Stegeman,

Thank you very much. We can visit you on Saturday and Sunday on Cyprus any time. Please let me know.

Kind regards,

Huib Modderkolk
Reporter De Volkskrant
+31 6 400 22 368
@huibmodderkolk

On January 11, 2017 at 8:28 pm, Jochem Steman jochem@xbt.com wrote the following:

Mr. Modderkolk,

As discussed hereby I confirm that Mr. Gubarev is open to give an interview to the Volkskrant and that you are welcome to visit us.
Please let us know when you like to visit Cyprus.

Best regards,
XBT

Jochem Steman

On 11/01/17 21:04, Jochem Steman wrote:

Dear Mr. Modderkolk,

I just read your news report wherein you indicate that our daughter company, Webzilla, may be involved with Russian hacks with great interest. Naturally, you can imagine that we'd prefer to appear in the news in a different manner, partially as we have absolutely no involvement in potential hacks, nor any cooperation with the Russian security services.

We find it regrettable that the Volkskrant didn't make the effort to contact us for an explanation (as your American colleagues are currently doing). Mr. Gubarev is open to an interview, if desired.

You can always contact me if you'd like more information.

Good day,
Warm regards,

XBT Holding

Jochem Steman
*Chief Commercial Officer*

Mobile: +357-99919186
jochem@xbt.com

P-H000048

P-H000049



# CERTIFICATION

Schreiber Translations, Inc.
51 Monroe Street
Suite 101
Rockville, MD 20850

P: 301.424.7737
F: 301.424.2336

This is to certify that the attached English language document, identified as P-H000047_ENG is a true and accurate translation of the original Dutch language document to the best of our knowledge and belief.

Executed this 11th day
of May, 2018

_____
Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com
www.schreibernet.com