# Exhibit 114

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**From:** Jochem Steman <jochem@xbt.com>
**Sent:** Friday, January 13, 2017 4:02 AM
**To:** h.modderkolk@volkskrant.nl
**Cc:** Jochem Steman
**Subject:** Interview zaterdag 14 januari

Geachte heer Modderkolk,

Voor morgen 11:00 hebben we onze afspraak staan voor jullie gesprek met Aleksej Gubarev. Het lijkt me goed vooraf nog wat zaken af te spreken.

Vanwege de enorme impact van dit verhaal en de mogelijke schadelijke effecten van de onjuiste beweringen in het vermeende intelligence rapport op onze busines willen wij graag de harde afspraak maken – en dat ook vastleggen – dat er geen publikatie kan zijn dan na onze instemming.

Dat gaat dus nadrukkelijk verder dan dat we het interview van tevoren kunnen lezen en checken op feitelijke onjuistheden.
Wij zullen ook de context en de teneur beoordelen om een akkoord op publicatie te kunnen geven.

Gegeven deze bijzondere situatie, juridische implicaties en wereldwijde uitstraling is dit een harde voorwaarde.

Ook is de afspraak dat het een interview tot doel heeft de onjuistheid van de beweringen in het rapport te kunnen benadrukken en het hoe en wat van ons bedrijf nader toe te kunnen lichten. Als bedrijf hebben we verder geen mening over de rest van het rapport en de discussie daarover in de VS. Daar zullen we ons dan ook niet over uitlaten.

Graag hoor ik per ommegaande of bovenstaande akkoord is, zodat we een en ander officieel kunnen vastleggen.

Met vriendelijke groet,
XBT Holding

Jochem Steman
*Chief Commercial Officer*



EXHIBIT 8A
WIT Jochem Steman
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

| | |
|---|---|
| From: | Jochem Steman <jochem@xbt.com> |
| Sent: | Friday, January 13, 2017 4:02 AM |
| To: | h.modderkolk@volkskrant.nl |
| Cc: | Jochem Steman |
| Subject: | Interview   Saturday, January 14 |

Dear Mr. Modderkolk,

We have an appointment set for tomorrow, 11 am, for your discussion with Aleksej Gubarev.
I think it's a good idea to agree upon certain issues in advance.

Due to the enormous impact of this story and the possible damaging effects of the inaccurate claims in the alleged intelligence report on our business, we would like to make the firm agreements – and also document these – that there can be no publication until after we consent.

That therefore goes explicitly further than allowing us to read the interview in advance and check for factual inaccuracies.
We will also assess the context and the tenor in order to consent to the publication.

Given this particular situation, legal implications, and worldwide appearance, this is a firm condition.

The agreement is also that the objective of an interview is to emphasize the inaccuracy of the allegations in the report, and the ability to further clarify the 'how' and 'what' of our company. As a company, we have no further opinion concerning the rest of the report and the discussion thereof in the US, nor will we express ourselves regarding such.

I'd like to hear immediately whether the aforementioned is agreed upon, so that we can officially document all this.

With warm regards,
XBT Holding

Jochem Steman
*Chief Commercial Officer*



EXHIBIT 8B
WIT Jochem Steman
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

1

P-P000618



# CERTIFICATION

Schreiber Translations, Inc.
51 Monroe Street
Suite 101
Rockville, MD 20850

P: 301.424.7737
F: 301.424.2336

This is to certify that the attached English language document, identified as P-P000618_ENG is a true and accurate translation of the original Dutch language document to the best of our knowledge and belief.

Executed this 11th day of May, 2018

_____
Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com
www.schreibernet.com