# Exhibit 115

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

From: **Huib Modderkolk** H.Modderkolk@volkskrant.nl
Subject: Re: Interview
Date: 14 January 2017 at 11:04 AM
To: Jochem Steman jochem@xbt.com
Cc: Alexey Gubarev alex@xbt.com

Dear Jochem and Alexey,

We will see each other in less than an hour. Let's talk about this. Cancelling this meeting right now is not good for either of us.

Best.
Huib

Huib Modderkolk
Verslaggever De Volkskrant
+31 6 466 22 368
@huibmodderkolk

> Op 14 jan. 2017 om 09:01 heeft Huib Modderkolk <H.Modderkolk@volkskrant.nl> het volgende geschreven:
>
> Dear Jochem and Alexey,
>
> Huib Modderkolk
> Verslaggever De Volkskrant
> +31 6 466 22 368
> @huibmodderkolk
>
>> Op 14 jan. 2017 om 08:15 heeft Jochem Steman <jochem@xbt.com> het volgende geschreven:
>>
>> Huib,
>>
>> Thanks for your email. Since we are now in a legal process we have to follow certain requirements from our lawyers. This has nothing to do with openness of our company.
>>
>> About your statement I guess that you mean: mr Gubarev and his companies.
>>
>> Thanks.
>>
>> Met vriendelijke groet,
>> Best regards,
>>
>> Jochem Steman · +357 99 919186
>>
>>> On 14 Jan 2017, at 09:01, Huib Modderkolk <H.Modderkolk@volkskrant.nl> wrote:
>>>
>>> Dag Jochem,
>>>
>>> Een volledig instemmingsrecht over alles wat wij publiceren is hetzelfde als dat wij zouden eisen dat wij mogen bepalen waar jullie volgende datacentrum komt. Dat is net zo belachelijk als het klinkt. En dat kan juridisch ook niet: kranten zijn de eigenaren van de gepubliceerde artikelen.
>>>
>>> Waar we jullie tegemoet kunnen komen is dat we best willen opnemen dat het interview met Gubarev zonder zijn instemming niet geplaatst wordt. Is dat werkbaar?
>>>
>>> Overigens is dit een verregaande toezegging voor ons en begrijp ik ook niet hoe zich dat verhoudt met de volledige openheid die jullie ons woensdag toezegden.
>>>
>>> Denk dat we er wel uitkomen. We zien elkaar om 11.00 uur.
>>>
>>> Met vriendelijke groet,
>>>
>>> Huib Modderkolk
>>> Verslaggever De Volkskrant
>>> +31 6 466 22 368
>>> @huibmodderkolk
>>>
>>>> Op 13 jan. 2017 om 22:21 heeft Jochem Steman <jochem@xbt.com> het volgende geschreven:
>>>>
>>>> Huib,
>>>>
>>>> Bedankt voor je schrijven, ik mis echter wel het instemmingsrecht voor publicatie. Dit geldt trouwens voor zowel de Volkskrant als wsj.



EXHIBIT 9A
WIT Jochem Steman
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Deze eis komt vanuit onze juristen die nu bezig zijn met de voorbereiding van een gerechtelijke procedure.

Indien wij niet tot een overeenkomst kunnen komen zullen wij ons tot onze uitgestuurde statement moeten houden.

Met vriendelijke groet,
Best regards,

Jochem Steman • +357 99 919186

On 13 Jan 2017, at 22:19, Huib Modderkolk <H.Modderkolk@volkskrant.nl> wrote:

Met bijlage.

<image1.jpeg>

Huib Modderkolk
Verslaggever De Volkskrant
+31 6 466 22 368
@huibmodderkolk

Op 13 jan. 2017 om 21:13 heeft Huib Modderkolk <H.Modderkolk@volkskrant.nl> het volgende geschreven:

Dag Jochem,

Zie bijgaand een voorbeeld van een overeenkomst die wij eerder hebben getekend met geïnterviewden.

Bij het gesprek morgen zullen verder mijn collega Tom Kreling en journalist van de WSJ Alan Cullison zijn.

Tot morgen 11 uur.

Met vriendelijke groeten.

Huib Modderkolk

Verslaggever De Volkskrant
+31 6 466 22 368
@huibmodderkolk

Op 13 jan. 2017 om 18:57 heeft Jochem Steman <jochem@xbt.com> het volgende geschreven:

Hi Huib,

As discussed during our call this evening we can continue the interview tomorrow if the Volkskrant and/or WSJ or the attending journalists nothing communicate without our approval.

You told me that you have created agreements before. We like to receive an agreement before we will start our interview.

Can you please provide us the information requested.

Can you please also share all names who will attending the interview. Thanks

Met vriendelijke groet,
Best regards,

Jochem Steman • +357 99 919186

P-H000044

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

P-H000045