# Exhibit 116

Message

**From:** Jack de Vries [Jack.DeVries@hkstrategies.com]
**Sent:** 1/17/2017 5:29:48 PM
**To:** Jochem Steman [jochem@xbt.com]
**CC:** alex@xbt.com; Anthony Hellegers [Anthony.Hellegers@hkstrategies.com]
**Subject:** RE: Artikel Volkskrant
**Attachments:** Artikel Gubarev ENGLISH.docx

Jochem,

Hereby I send you the English translation of the article.
We already send you our suggested trackchanges.
You can call me this evening after Aleksej had a chance to read it.

Best regards,

Jack

**From:** Jochem Steman [mailto:jochem@xbt.com]
**Sent:** dinsdag 17 januari 2017 14:11
**To:** Jack de Vries <Jack.DeVries@hkstrategies.com>
**Cc:** alex@xbt.com
**Subject:** Fwd: Artikel Volkskrant

Hi Jack,

Attached the document from the Volkskrant.
Personally I think this is a story for a tabloid magazine. I expected a higher level of the journalists of the newspaper. But that's my opinion.

Phrases like: "He hung back in his office talking about his international internet company - top 20 - in the world while his arms leaning on his beginning belly under his white shirt".

Come one...

I don't have time to read this document now. You are in copy of my e-mail to the Volkskrant that we need this release in English since I think that Alex needs to chance to check this text.

You opinion counts, so feedback is welcome (per e-mail please (English)).

Thanks.
Best regards,

Jochem

-------- Forwarded Message --------
**Subject:** Artikel Volkskrant
**Date:** Tue, 17 Jan 2017 12:43:18 +0000
**From:** Huib Modderkolk <H.Modderkolk@volkskrant.nl>

EXHIBIT 12
WIT Jochem Steman
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

**To:** jochem@xbt.com <jochem@xbt.com>
**CC:** Tom Kreling <T.Kreling@volkskrant.nl>

Beste Jochem,

Zoals toegezegd, sturen wij hierbij het artikel vooraf naar jullie toe voor een check op feitelijke onjuistheden. Vanwege onze deadline, horen we graag vóór 17.00 uur Nederlandse tijd of er dingen in staan die feitelijk niet correct zijn.

Groeten,
Huib

Met vriendelijke groet,

Huib Modderkolk

Verslaggever De Volkskrant
+31 6 466 22 368
twitter.com/huibmodderkolk

De informatie verzonden met dit e-mailbericht is vertrouwelijk en uitsluitend bestemd voor de geadresseerde. Indien u als niet-geadresseerde dit bericht ontvangt, wordt u verzocht direct de afzender hierover te informeren en het bericht te vernietigen. Met uitzondering van informatie die specifiek ontwikkeld is voor openbare bekendmaking (zoals persmaterialen), is gebruik van informatie door onbevoegden, openbaarmaking of vermenigvuldiging is verboden en kan leiden tot aansprakelijkheid. De afzender is niet aansprakelijk wanneer informatie in deze e-mail niet correct, onvolledig of niet tijdig overkomt. The information contained in this email message is confidential and exclusively intended for the addressee. If you have received this message without being the addressee, you are requested to inform the sender immediately and to destroy the message. With the exception of materials specifically designed for the purpose of public distribution, use of the information by unauthorized persons or disclosure or reproduction of such information is prohibited and may lead to liability. The sender will not be held liable if information in this email is transmitted incorrectly or incompletely or if it is not transmitted on time. Hill+Knowlton Strategies B.V. is registered in Amsterdam with company number 33172526

Tom Kreling, Huib Modderkolk

Limassol.

36-year old Aleksej Gubarev managed to stay calm for 20 minutes. He leaned back in his office chair talking about his international internet company – ' top 20 world-wide', while his arms rested on his developing belly under his white shirt.

Suddenly, the young Russian jumps up and beats with his left first on his 6-m long conference table. "I have zero, zero contact with Russian intelligence services. I don't talk to anybody. Never." For a moment, he looks angry and then falls back into his chair.

All of a sudden, Aleksej Gubarev was world-news last week. He was said to be a spy, recruited by Russian intelligence services FSB. His name, and that of his Dutch company Webzilla were noted on page 35 of the explosive report about the President elect Donald Trump. Gubarev and another "hacking expert" were said to key figures in the Russian hack during the US elections. They were said to have conspired along with Trump's campaigners against the Democrats. And his company, Webzilla was said to have facilitated this.

A Dutch link in an international scandal. Spectacular news, but sofar lacking any evidence. Just like the other claims that were made in the report/

This has infuriated Gubarev. "My reputation is ruined. And now I have to spend so much time on this 'bullshit". Occasionally, he laughs during the conversation but his dark eyes never light up. He does have some idea as to why his name suddenly appeared in the report. 'Somebody is trying to screw me over. Play a trick'. He will explain this later.

At first glance, it seems illogical to enlist the help of a director of an internet provider for digital attacks. Hackers affiliated with the Russian government work in a completely opposite manner: they rent servers at obscure companies, pay by means of Bitcoin and disappear again. It couldn't be anymore anonymous. This makes it extremely difficult to identify the offenders as hackers hardly leave any trace. Only the chosen route, the time of day of the hack and the method give away clues about the origin. So why would the Russian secret services enlist Webzilla to hack the Democrats? It seems unlikely.

At the same time, there are some peculiar issues surrounding the company. Because why has Webzilla been registered on the Dutch house addresses of unknowing locals in Amersfoort for years?

Why does a considerable share of the company's clients offer "adult content"? How is it possible that Gubarev's company has experienced an enormous growth, quickly turning the young Russian into a millionaire? The company operates no different than its competitors around the globe: Offering web space in which clients can store and can pass through their data.

Why did Gubarev go to Cyprus at the age of 22 while he had not yet finished his studies at the technical university of Siberia? And why did he pick Cyprus as location for the headquarters of parent company XBT, an island just off the coast of Lebanon with excellent facilities for creative fiscal constructions.

Before Gubarev addresses these questions, he proudly shows off his office, located on chaotic, busy road in the Cypriotic coastal town of Limassol. In front of the office is a wooden dragon that stands meters tall. 'Webzilla's logo is a dragon. I picked this one in Indonesia myself and had it shipped back'. Gubarev is wearing a blue linen suit, with blue suede loafers. He quickly steps through the office building, one hand in his pocket.

On the ground floor of the office is a colorful recreational room with a play game computers, a football game. Some lounging pillows placed on the floor and there is a table tennis table in the corner surrounded by a type of audience tribune shaped like an amphitheater. "I kind of wanted to resemble the Google-culture. I think we are the only office with an amphitheater'. This is also the place where I can speak to all the employees, says Gubarev.

Dragons reappear in every corner of the office. In his own room, Gubarev has hung a framed golden dragon. It had been a present of a corporate relation. In the middle of his room, there is a weightlifting-bench. Next to it is a record player with, on the left a stack of Michael Jackson albums. 'I own all of his work'.

Gubarev takes place in the conference room to talk about his company. He has asked Jochem Steman to join in the conversation – A Dutch guy who has been made responsible for the construction of a new Webzilla data center in the

South east of Amsterdam. Before the interview, Steman has tried to impose some considerable demands, like being able to veto the entire text and to forbid writing about anything but the company.

Gubarev was born in the Siberian town of Oest-Ilimsk, where his father was an engineer and managed a company in the export of wood. A serious business, he called it. 'He chopped around 5000 meters a month. A large volume.' The output was sold mostly to China and Japan. After high school. Gubarev enrolled at the prestigious University of Novosibirsk, at which he studied Mathematics. He did not finish the study because his wife had become pregnant and he became father at 20.

In order to maintain his family, he became consultant in the 'internet business'. 'That is how I earned my first paycheck'. Two years later he started his own company on Cyprus. Why there? 'Because I couldn't afford Moscow.' Once in Cyprus, he realized it wasn't at all a bad place to live. 'I got a loan at merely 6%, bought a house and moved my family over here.' It was that simple.

The way he built his company, grew it big and became rich was just as simple, according to him. His growth has a simple explanation: He offers a better service than his competitors at lower prices. 'I started renting ten servers in the Netherlands from Leaseweb'. After that, he flew around the world and was on the phone day in day out to lease out the server space. Last year, had $50 million in revenues.

As a hosting provider he rents out space for internet traffic by means of his servers. Technically, this does not always work out perfectly and Gubarev commits himself to solving any issue instantly, 24 hours per day. Using an analogy of a highway: Webzilla not only offers perfect tarmac but excellent roadside assistance as well. Because the company has its own technicians working from the large datacenters, it can guarantee any outage to be solved within 15 minutes. 'Clients don't have to pay extra for this service, like they do at other companies'. He is able to be cheaper because he employees relatively cheap labor for technical support, for instance from Ukraine.

The Netherlands is very important to my company, says Gubarev, as a junction in the world wide web. A high number of important internet cables come together in the Netherlands and Google and Microsoft have also have big data centers there. This is why Webzilla is building its own data center in Amsterdam south-east.

However, the postal addresses that Webzilla has had in the Netherlands for the past few years do not match this description. One of them being a run-down house on the Recreational park Country Club Midland Parc in the forests of Amersfoort, with the owner being an elderly lady from Emmen. Also, another run-down and closed off residence nearby a deprived area in Amersfoort. Or the address of an employee of a packaging company for gardening, who has never heard of Webzilla.

I don't know anything about this, says Gubarev bluntly. 'Do you really think I check all of this? I enlist a trust company for this. They take care of it'. Besides this, he has his books audited annually by accounting firm KPMG. 'I am completely transparent. I can explain everything.'

He finds it absurd that people are all of a sudden questioning him. A young Russian who has built a million dollar company in a decade's time offering a relatively simple product?

What is so remarkable about that, Gubarev asks infuriated. 'I have built this company myself from scratch. My competitors are just not good enough. I know a lot of people. They trust me, but now I am damaged.' No, there is no other Russian money backing this, he says. 'It is the three of us who started this company; Konstantin Bezruchenko, me and Alexander Borodin, a friend of mine. I am the major shareholder.'

But none of this answers the question as to why he suddenly appeared in the explosive report on Trump.

Gubarev sighs. He has been wanting to know for days. He can only think of one thing: One time in his life, in November of last year, he became politically engaged. He was asked by press office Bloomberg to give a statement about a technical matter with political implications. A story appeared that the organization surrounding Trump was communicating through servers of the Russian Alfa Bank. Files of this servers were said to be able to prove that Trump had ties with the Russians. Gubarev told Bloomberg that these files about the data traffic could have never been obtained legally. In other words: servers of Alfa Bank had been hacked in order to view these files.

This was the statement that got him into trouble, Gubarev thinks. He got involved in the political force field of Hillary Clinton, Donald Trump and

Vladimir Putin. In return, someone is trying to retaliate by putting his name in a report.

The aftermath has already happened. On the evening of Tuesday January 10th, the report was published on the American website Buzzfeed. The next morning, Gubarev saw it and got flooded with phone calls and worried queries by relatives. It had been this exact week that Gubarev had been planning to announce that he would be opening another two locations but that was put 'on hold'. 'The publications have caused two Dutch banks to pull out instantly. I am already suffering huge damages.'

Jochem Steman is also shaking his head vigorously. 'Why is everybody looking at Webzilla? Look, for instance at Serverius in the Netherlands, they only have Russian clients.'

But has Gubarev been in Prague last year, like the report suggests, to discuss with Trumps team? 'I am normally in Prague every year because friends of mine live here. But last year I was only there for one hour with my wife and daughter. On the 21st of July. We had a stopover on route to Riga.'

Was his partner Bezruchenko then maybe in Prague? He could also have been involved in secret deals. 'Bezruchenko was in Prague for two weeks in October, not in August or September as the report states.

Is it true that he maintains all contacts with his clients, an impressive amount by now, himself? 'People trust me.'

Would it have been possible that the hacks took place through his servers without him knowing about it? Ridiculous, says Gubarev without hesitation. 'With us, payments go by credit or debit card. We do not accept bitcoins. Never. For this reason, every transaction with every client is documented.'

But has he recently checked if maybe any unaccounted data traffic has passed through his servers? No, he says. 'This is not even allowed. I have 37.000 servers by now globally, but by law, we cannot access them.'

So could it be possible that his hacks passed through his servers in the Netherlands? In the list of nearly 900 IP-addresses that Russian hackers used in attacks against the Democratic party, 70 addresses appeared to be in the Netherlands. That doesn't necessarily mean anything. Just like the Dutch

Ministry of Infrastructure and Environment cannot identify who is passing when on their roads, hosting providers do not know which data are passing on their servers. Gubarev answers briefly: 'There were no IP-addresses of mine involved'.

Gubarev just wants to do business, earn money and spend time doing his hobbies. In the meantime he owns an impressive collection of cars, including a white Rolls Royce Phanton. In the morning, before leaving to go to work, he likes to wakeboard behind his 25-meter yacht 'Just4Us'. Create beautiful waves by tapping on the gas. 'Three meters high. That will make you jump!' Gubarev will never comment on politics again. 'They don't have to call me for comments'.

Insert:

How difficult it is to find out who are involved in a hack, is shown by an example of last summer. From June to August 2016 the voting computers in the American States Arizona and Illinois were attacked by hackers. In a report the FBI said that the Russian Government was behind the hacks and published the eight IP-addresses that were used for this attack. An American security company subsequently analyzed that six of the eight were owned by a 26 year old Russian. From his apartment he had set up an hosting company ni The Netherlands: King Servers in Dronten. In his own words with thousand customers, of whom between 20 and 30 percent offered porn. Dutch Authorities, he told the New York Times, had warned him more than once that malware and child porn had passed his servers. In all cases he had terminated the contract with these lessees. If the FBI would come to Russia he would immediately hand over all data about its customers so they could start looking for those who committed the hacks of the voting computers. Was this a case of deliberate intent? Of bluff or a friendly offer? Was the 26 hyear old owner involved in the hackes or were his servers involuntarily abused? There will probably never be an answer. The FBI did not go to Russia to collect the data. And so it has become unlikely that there will ever be more clarity about the exact role of King Servers in the hack.