# Exhibit 117

Re: Most funny staff in my life :)
Case 0:17-cv-60426-UU   Document 212-119   Entered on FLSD Docket 09/21/2018   Page 2 of 4
CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Most funny staff in my life :)
**From:** Alexey Gubarev <alex@xbt.com> boundary="Apple-Mail=_B7ADE160-8EE4-4409-9C71-2D34EC7E61FB"
**Date:** 1/11/2017 2:45 AM
**To:** "Dolan, Charles" <charles.dolan@kglobal.com>

Yes, I am ready for law court agains person who is write this stupid fake report.

It is 100% because I made report for Bloomberg about fake news that Trump servers have connecӨons to Alfa bank servers.

> On Jan 11, 2017, at 12:42 PM, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>
> I'm hoping that this is exposed as fake news. I may be wrong but I have doubts about the authenӨcity.
>
> ---
>
> **From:** Alexey Gubarev <alex@xbt.com>
> **Date:** Wednesday, January 11, 2017 at 5:40 AM
> **To:** Charles Dolan <charles.dolan@kglobal.com>
> **Cc:** Nick Dvas <dvas@servers.com>
> **Subject:** Re: Most funny staff in my life :)
>
> Hope they will not put us me in sanctions list, which they are working now based on fake report.
>
>> On Jan 11, 2017, at 12:37 PM, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>>
>> This is one of those Өmes where I try to keep you out of the news ;-)
>>
>> ---
>>
>> **From:** Alexey Gubarev <alex@xbt.com>
>> **Date:** Wednesday, January 11, 2017 at 5:36 AM
>> **To:** Charles Dolan <charles.dolan@kglobal.com>
>> **Cc:** Nick Dvas <dvas@servers.com>
>> **Subject:** Re: Most funny staff in my life :)
>>
>> Dolan,
>>
>> I urgently need to a cap with sign to support Trump and photo with him :)))
>> It will be looks amazing on my facebook and in future posts :) (joking)
>>
>> Alex.
>>
>>> On Jan 11, 2017, at 12:36 PM, Dolan, Charles <charles.dolan@kglobal.com>

Re: Most funny staff in my life :)

Case 0:17-cv-60426-UU   Document 212-119   Entered on FLSD Docket 09/21/2018   Page 3 of 4
CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

wrote:

Yeah – and it will have some legs with the sex allegaӨons. I wIl check with some folks in the intel world to see if they know who produced this.

---

**From:** Nick Dvas <dvas@servers.com>
**Date:** Wednesday, January 11, 2017 at 5:33 AM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**Cc:** Alexey Gubarev <alex@xbt.com>
**Subject:** Re: Most funny staff in my life :)

It is.
But it has over 2 million views at Buzzfeed
https://www.buzzfeed.com/kenbensinger/these-reports-allege-trump-has-deep-ties-to-russia?utm_term=.tmOqloQWY#.gmR0gJNMK

> On Jan11 2017, at 12:32, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>
> Let me check to see where this report comes from. It looks like fake news.
>
> ---
>
> **From:** Alexey Gubarev <alex@xbt.com>
> **Date:** Wednesday, January 11, 2017 at 3:50 AM
> **To:** Charles Dolan <charles.dolan@kglobal.com>
> **Cc:** Nick Dvas <dvas@servers.com>
> **Subject:** Most funny staff in my life :)
>
> Hello,
>
> One friend send me this report. Looks like due to my comment in Bloomberg, they use this connection and try to put my name there.
>
> I decide to start a legal case again this company btw., need to found out who is make this stupid report.
>
> Let me know what we can do on that.
>
> Alex.
>
> https://assets.documentcloud.org/documents/3259984/Trump-Intelligence-Allegations.pdf
>
> <image001.png>

P-P000022

Re: Most funny staff in my life :)

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

P-P000023