# Exhibit 120

De Volkskrant investeert elk jaar **25 miljoen euro** in topjournalistiek ABONNEREN

# Russische eigenaar Webzilla woedend over beschuldigingen in 'Trump-rapport'

deVolkskrant

dat vorige week werd genoemd in het belastende inlichtingenrapport over Donald Trump, is woedend over beschuldigingen dat hij Russische hacks faciliteert. Aleksej Gubarev denkt dat hij wordt zwartgemaakt. Hij heeft 'nog nooit' contact gehad met Russische geheime diensten, zegt hij op het hoofdkantoor van moederbedrijf XBT op Cyprus tegen de Volkskrant.

**Huib Modderkolk en Tom Kreling** 19 januari 2017, 2:00

**Donald Trump in januari tijdens een persconferentie in zijn Trump Tower in New York.** Foto ap

Een week na de publicatie van het explosieve rapport is er nauwelijks meer duidelijkheid over alle beschuldigingen. Er is geen bevestiging voor de ontmoeting tussen Trump-getrouwen en Russen in Praag, er




Ook de CIA en FBI hebben niets bevestigd. De Russische president Vladimir Poetin noemde alle beschuldigingen 'duidelijk nep' en een voorbeeld van de 'afkalving van politieke elites in de Verenigde Staten'.

Volgens Gubarev is hij het slachtoffer van een beschadigingscampagne. Hij wil een rechtszaak beginnen tegen de voormalig Britse spion Christopher Steele, die het rapport schreef, om hem te dwingen zijn bronnen te openbaren.

## Schade

Gubarev zegt forse schade te hebben geleden. Als voorbeeld noemt hij dat Michael Dell, van computergigant Dell, een persoonlijk onderhoud eiste om meer te weten over de rol van Webzilla. Twee Nederlandse banken zouden zich meteen hebben teruggetrokken als kredietverstrekker.

Na doorvragen blijken deze claims wat minder hard. De banken hebben zich niet teruggetrokken, maar hun financiering 'opgeschort'. Ze wilden eerst duidelijkheid over de betrokkenheid van Webzilla.

En voor het starten van een rechtszaak, waarvan Gubarev zegt dat hij die 'honderd procent zeker' zal beginnen en waarvoor al een advocatenkantoor ingeschakeld zou zijn, kan niemand van Webzilla enige vorm van bewijs leveren.



**De Rus Aleksej Gubarev wordt genoemd in het explosieve rapport over Donald Trump. Met medewerkers van Trump zou hij tegen Hillary Clinton hebben samengespannen. De Volkskrant spreekt hem op Cyprus. 'Dit is bullshit.' Lees het interview hier.**

**Aleksej Gubarev.**

## Bewijs

Gubarev denkt dat hij in het rapport is gekomen omdat hij zich in politieke zaken heeft gemengd. In november werd hij door persbureau Bloomberg als expert gevraagd naar het verhaal dat de organisatie rond Trump contact zou hebben met de Russische Alfa Bank. Het bewijs daarvoor waren logbestanden van verschillende servers. Onder anderen presidentskandidaat Hillary Clinton nam die beschuldiging over.

Gubarev zei tegen Bloomberg dat die bestanden over het dataverkeer nooit op 'legale wijze' verkregen konden zijn. Met andere woorden: er zouden servers gehackt zijn om het bewijs te leveren. Die opmerking heeft hem in de problemen gebracht, denkt hij nu. Daarmee voegde hij zich in het politieke krachtenveld van Hillary Clinton, Donald Trump en Vladimir Poetin. Gubarev: 'Ik laat me nooit meer over politieke zaken uit.'

TRUMP-TAPES

**Een week voor Trumps inhuldiging ontstond grote ophef over mogelijk 'belastend materiaal' over de nieuwe president van de VS. Het zou onder meer gaan om opnamen 'van seksuele aard'. Deze zouden in handen zijn van de Russen, waarmee de nieuwe president chantabel zou zijn. De informatie was afkomstig van Christopher Steele, een oudgediende van de Britse geheime**



**Trump, en was bekend bij congresleden en journalisten. Onze correspondent legt hier uit waarom het niet eerder naar buiten kwam.**

- **Lees vier vragen en antwoorden over deze zaak terug.**

- **Het Kremlin ontkende direct, lees dat hier.**

- **Volgens de BBC zijn er zelfs meerdere seksvideo's rond Trump in omloop.**

**MEER OVER** DONALD TRUMP POLITIEK VERKIEZINGEN ALEKSEJ GUBAREV NATIONALE VERKIEZINGEN HILLARY CLINTON WEBZILLA

## Wetenschap

**INTERVIEW** ANNEMIE PLOEGER

# Kun je het gedrag van kinderen verklaren **vanuit evolutie?**

    

5/7/2018 Russische eigenaar Webzilla woedend over beschuldigingen in 'Trump-rapport' | De Volkskrant

Start

Best gelezen

Net binnen

Krant
Meer

INTERVIEW MANUS VISSER

# Op zoek naar de bron van **zwaartekracht**: 'Binnen veertig jaar moet het lukken'

COLUMN
IONICA ZAG EEN GETAL

https://beta.volkskrant.nl/wetenschap/russische-eigenaar-webzilla-woedend-over-beschuldigingen-in-trump-rapport-~b9d40785/ 5/7



 Start

Best gelezen

Net binnen
Krant
Meer

**DIE ENE PATIËNT**
KINDERARTS ANNE MARIE ALDERS
'De **beademing werd stopgezet**, maar Puck bleef ademen'

**NIEUWS** WETENSCHAP
## Wetenschappers met een vluchtelingenstatus kunnen aan de slag bij Nederlandse onderzoeksgroep

MEER WETENSCHAP

Start Best gelezen Net binnen Krant Meer

5/7/2018 Russian Webzilla owner furious over accusations in Trump report | The Volkskrant

The Volkskrant invests **25 million euro** each year in top journalism SUBSCRIBE

# Russian Webzilla owner furious over accusations in Trump report

< the Volkskrant

The Russian owner of the Dutch company Webzilla, who was named last week in the incriminating intelligence report about Donald Trump, is furious over accusations that he facilitated Russian hacks. Aleksej Gubarev thinks that he's being slandered. He has "never" had contact with Russian secret services, he states to the Volkskrant while at the headquarters of mother company XBT on Cyprus.

**Huib Modderkolk and Tom Kreling** January 19, 2017, 2:00 pm

**Donald Trump in January, during a press conference in his Trump Tower in New York** Photo AP

A week after the publication of the explosive report, there is scant added clarity concerning all allegations. There is no verification of the meeting between Trump confidants and Russians in Prague, no sources who can verify anything have come forward, and the author of the report has offered no further details.

https://beta.volkskrant.nl/wetenschap/russische-eigenaar-webzilla-woedend-over-beschuldigingen-in-trump-rapport--b9d40785/ 1/7

Start Best-read Just in Newspaper More

EXHIBIT 24B
WIT Jochem Steman
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

Nor have the CIA or FBI confirmed anything. The Russian president Vladimir Putin called all accusations "Clearly fake," and an example of the "caving in of political elites in the United States."

According to Gubarev, he's a victim of a campaign to damage him. He wants to file a lawsuit against the former British spy who wrote the report, Christopher Steele, to force him to reveal his sources.

**Damage**

Gubarev claims to have suffered significant damage. For example, he states that Michael Dell, from computer colossus Dell, is demanding a personal conversation to learn more about Webzilla's role. Two Dutch banks supposedly withdrew their credit offers immediately.

After questioning, these claims appear to be less than firm. The banks haven't withdrawn, but "postponed" their financing; first, they need clarity regarding Webzilla's involvement.

And as for filing a lawsuit, something Gubarev says he's "one hundred percent certain" will commence and for which an attorney's office has supposedly been involved, no one from Webzilla can offer any form of evidence.

**The Russian Aleksej Gubarev is named in the explosive report about Donald Trump. He's said to have conspired with Trump associates against Hillary Clinton. The Volkskrant spoke to him on Cyprus. "This is bullshit." Read the interview here.**

V Start | Best-read | Just in | Newspaper | More

**Aleksej Gubarev.**

**Proof**

Gubarev thinks that he appears in the report because he got involved in political affairs. In November, he was questioned as an expert by Bloomberg media bureau about the story that the Trump organization allegedly had contact with the Russian Alfa Bank. The proof thereof was log files from various servers. Among others, presidential candidate Hillary Clinton took up the accusation.

Gubarev told Bloomberg that the files concerning the data traffic could never have been obtained in a "legal fashion." In other words: servers were hacked to supply the evidence. He now believes this comment brought him trouble, inserting him into the fields of influence of Hillary Clinton, Donald Trump, and Vladimir Putin. Gubarev: "I'll never talk about politics again."



TRUMP TAPES

**One week before Trump's inauguration there was much ado about possible "incriminating material" concerning the new president of the US. It supposedly included tapes of a "sexual nature." These were said to be in the hands of the Russians, making the new president vulnerable to blackmail. The information originated from Christopher Steele, a veteran of the British secret service.**

**- The "report" has already been circulating around Washington for months, spread by Trump's enemies, and was known to congress members and journalists. Our correspondent explains why it didn't come out sooner.**

**- Read four questions and answers regarding this issue.**

**- The Kremlin immediately denies, read that here.**

**- According to the BBC, there are even more of Trump's sex videos in circulation.**

**MORE ABOUT** DONALD TRUMP POLITICS ELECTIONS ALEKSEJ GUBAREV NATIONAL ELECTIONS HILLARY CLINTON WEBZILLA

## Science

**INTERVIEW** ANNEMIE PLOEGER

Can children's behavior be explained from an **evolutionary standpoint**?







5/7/2018 Russian Webzilla owner furious over accusations in Trump report | The Volkskrant

V
Start

Best-read

Just in

Newspaper

More

**INTERVIEW** MANUS VISSER

Seeking the source of gravity: "It has to happen within forty years"

**COLUMN**
IONICA ZAG EEN GETAL

https://beta.volkskrant.nl/wetenschap/russische-eigenaar-webzilla-woedend-over-beschuldigingen-in-trump-rapport-~b9d40785/ 5/7

[TN: IONICA SAW A NUMBER]





V
Start
Best-read
Just in
Newspaper
More

**THAT ONE PATIENT**
PEDIATRICIAN ANNE MARIE ALDERS
"The **artificial respiration was stopped**, but Puck kept breathing"

**NEWS** SCIENCE
## Scientists with refugee status can get down to work with Dutch research group

MORE SCIENCE

5/7/2018 Russian Webzilla owner furious over accusations in Trump report | The Volkskrant

Start Best-read Just in Newspaper More



Schreiber Translations, Inc.
51 Monroe Street
Suite 101
Rockville, MD 20850

P: 301.424.7737
F: 301.424.2336

# CERTIFICATION

This is to certify that the attached English language document, identified as Russische eigenaar Webzilla woedend over beschuldigingen in 'Trump-rapport' _ De Volkskrant_ENG is a true and accurate translation of the original Dutch language document to the best of our knowledge and belief.

Executed this 14th day
of May, 2018

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com
www.schreibernet.com

Case 0:17-cv-60426-UU   Document 212-122   Entered on FLSD Docket 09/21/2018   Page 19 of 19