# Exhibit 122

22 essential Linux security commands | Efficient container use in data centers | 10 competitors Cisco just can't kill off | Compare cloud-storage migration appliances | Best VPN routers for SMBs



INSIDER Sign In | Register



Home > Networking > Wi-Fi

# Trojan attacks up, phishing attacks down this year, IBM finds

IBM security report finds 55% of new malware is Trojans, an increase of 9% over last year

    



By **Ellen Messmer**
Senior Editor, Network World, Network World | AUG 26, 2009 1:00 AM PT



Spam-based phishing attacks declined noticeably during the first half of the year, but cyber-criminals may simply be shifting to other technologies found to be more effective in stealing personal data, according to IBM in its semi-annual security threat report.

Spam-based phishing _attacks_ declined noticeably during the first half of the year, but cyber-criminals may simply be shifting to other technologies found to be more _effective_ in stealing personal data, according to _IBM_ in its semi-annual _security threat report_.

"The decline in _phishing_ and increases in other areas (such as banking Trojans) indicate the attackers may be moving their resources to other methods to obtain the gains that phishing once achieved," is the explanation offered in the "IBM Internet Security Systems 2009 Mid-Year Trend & Risk Report." It says Russia is the top country of origin for phishing e-mails, with 7.2% share, while China is the top hosting country for spam URLs.

[ **Don't miss** customer reviews of top remote access tools and see the most powerful IoT companies. | Get daily insights by signing up for Network World newsletters. ]

**10 of the Worst Moments in Network Security History**



ADVERTISING

**11 security companies to watch**

IBM's semi-annual security report presents a broad view of _trends_ based on its own analysis of volumes of sensor data, Web crawling technologies and other resources used to gather information through its Internet Security Systems division.

In the first half of 2009, 55% of the new malware seen was Trojans, an increase of 9% over last year, the report says. Trojan malware, which includes components called downloaders and info-stealers, are mainly being used in the form of "public-available toolkits" that are "easy to use" by criminals, the report points out.

[ **Prepare to become a Certified Information Security Systems Professional** with this comprehensive online course from PluralSight. Now offering a 10-day free trial! ]

Phishing attacks may be down because criminals "are likely getting better

**RELATED**

The Internet is now like the Wild West: IBM consultant

Domain-name abuse proliferates; rogue registrars turn a blind eye

Unpatched Applications Are Top Cyber Security Risk

 VIDEO
How have network firewalls evolved?







Phishing attacks may be down because criminals "are likely getting better results with Trojans," says Dan Holden, X-Force product manager at IBM's ISS division. "It's a return on investment issue for them."



The big picture is that the Web is a "dangerous place," Holden notes. Criminals are exploiting software vulnerabilities to compromise sites with malicious code or simply taking advantage of the openness of public social-networking forums to place malicious code to go after victims.

In a look at the Internet's Web sites in general, IBM believes that currently that about 8% of the Internet can be classified as "unwanted content, such as pornographic or criminal Web sites," which includes those for hacking, illegal drugs, malware, or selling counterfeit goods and the like.

The number of malicious Web links used to trick users into downloading malware or visiting dangerous sites has increased, up 508% in the first half of 2009 in comparison to the number discovered in the first half of 2008, says the report. The U.S. is the top country where such malicious Web links can be found, accounting for 36% of known malicious links, with China holding the second spot.

Malicious Web links are often embedded in Web sites which are trusted by users as attackers take advantage of Web site vulnerabilities or simply placing malicious code in public Web pages and forums they are allowed to use like anyone else.





"Attackers are focusing more and more on using the good name of trusted Web sites to lessen the guard of end users," IBM noted.

These Web sites, whether for social networking, news, search engines or Web catalogs, will end up hosting at least one link which will typically point back to a known malicious site. Gambling and pornography sites sometimes seem to have malicious links placed systematically throughout them, leading IBM to comment that there may ties to profit-sharing with criminals.

When it comes to spam, the bulk of it today is still classified as URL spam in which a person clicks to view the spam content and China accounts for 41.4% of all spam URLs, according to the report.

One disturbing trend is that the amount of spam using "well-known and trusted domain names has continued to increase" as legitimate Web sites are exploited by those posting links from forums and other public comment areas associated with them. "Trusted domain names are often used as decoys," says Holden.

Research by IBM shows a sharp upturn in this kind of URL spam exploit taking advantage of popular and trusted domain names, with the top targets that include Yahoo.com, Ask.com, About.com (owned by the New York Times Company), akamaitech.net (owned by Akamai Technologies); CNN.com (official site of Cable News Network); Go.com (owned by Walt Disney Internet Group); Googlegroups.com (Google's free service for discussions); plus health-information sites WebMD.com, HealthCentral.com and menshealth.com (published by Rodale).

Also particularly impacted was Rodale.com , MSN.com (a joint venture between NBC Universal and Microsoft for news).; Mansellgroup.net (the site for Mansell Group marketing services and interia.pl, a large Polish Web portal.

In the report, IBM also drew attention to growth in the "anonymous proxy," defined as Web proxies that "allow users to enter a URL on a Web form instead of directly visiting the target Web site." IBM warns that if a Web filter is not set up to monitor or block anonymous proxies then the activity that might otherwise be stopped will bypass the filter and allow the user to visit the disallowed Web page. Today, there are more than twice as many anonymous proxies online there were 18 months ago, IBM says. More than 80% of the newly-registered anonymous proxies are hosted in the U.S.

When it comes to software vulnerabilities and patching them, there's been an 8% decrease over the first half of 2008, with 3,240 reported vulnerabilities disclosed in the first half of the year by vendors and open-source communities managing a code base.

In ranking by numbers of vulnerabilities that have remained unpatched, open-source Joomla! earned the worst marks with 80% of its 40 vulnerability disclosures unpatched, according to IBM.

Joomla! was followed by Apple with 18% of 122 disclosed vulnerabilities unpatched. Microsoft came in at 17% of 100 disclosed vulnerabilities unpatched, open-source Drupal with 14% of 65 disclosures unpatched and Mozilla with 14% of 59 vulnerabilities unpatched.

Cisco, Novell, HP and Sun logged 14% or less in the percentage of reported disclosures left unpatched, according to the IBM report.

**Learn more about this topic**

The IBM 2009 security report

2008 was the year of the SQL injection attack: IBM

Anonymous proxy servers: help or menace?

Join the Network World communities on **Facebook** and **LinkedIn** to comment on topics that are top of mind.

**Related:** Wi-Fi · Security · Data Center · Software · Malware · IBM · Botnets

> **Now read:** Getting grounded in IoT








