# Exhibit 125

 

45    CONGRESS    SUPREME COURT    2018    KEY RACES    PRIMARY RESULTS

Be the most well-informed person you know with the

# 5 THINGS NEWSLETTER

SENT DAILY BY OUR SENIOR EDITORIAL STAFF

Email address    **SEND ME WHAT MATTERS**

## Sources: State Dept. hack the 'worst ever'

By Evan Perez and Shimon Prokupecz, CNN
Updated 7:49 PM ET, Tue March 10, 2015



Hillary on email: 'I opted for convenience' 05:53

**(CNN)** — Overlooked in the controversy over Hillary Clinton's use of a private email server, is the fact that suspected Russian hackers have bedeviled State Department's email system for much of the past year and continue to pose problems for technicians trying to eradicate the intrusion.

Federal law enforcement, intelligence and congressional officials briefed on the investigation say the hack of the State email system is the "worst ever" cyberattack intrusion against a federal agency. The attackers who breached State are also believed to be behind hacks on the White House's email system, and against several other federal agencies, the officials say.



**READ:** Clinton State Department one of the least transparent

The issue is relevant because one criticism of the Clinton private email use is that it was likely less secure than emailing within the State Department's system. But the hack shows that State's system has major security issues. The State system, investigators believe, was compromised in the past year, likely after Clinton left the State Department.

**Related Video:** Clinton: 'Would've been better' to use official email 02:31



Content by SHRM
Closing the skills gap by investing in people
Developing the skills needed for the next generation workforce won't be easy. But it can be done. Here's how.

MORE FROM CNN

With Kavanaugh, McConnell's throne is on the line

Kavanaugh's accuser says he was drunk at the time. What studies...

 icims.com/Recruiting/Tips



**19 Recruiting Tips For 2019 - Free eBook**

Discover The Top 19 Tips To Hire The Best People In 2019. Free eBook!

Visit Site

NEWS & BUZZ

 Maduro slammed for dining on pricey 'Salt Bae' steaks as...

 Soon-Yi Previn breaks silence to defend Woody Allen

Last November, the State Department shut down its email system over a weekend to try to improve security and block the intruders.



**Receive Fareed Zakaria's Global Analysis**
including insights and must-reads of world news

Email address    **Activate Fareed's Briefing**

By subscribing you agree to our privacy policy.

At the time, the agency tried to send a re-assuring message that "activity of concern" by possible hackers only affected its unclassified email system.

But officials say that even a breach of the unclassified system poses major security risks, because sensitive information of value to foreign intelligence agencies is routinely shared in non-classified emails.

Russian hackers, likely working for the Russian government, are suspected in the State Department hack.

The FBI has been investigating the hacking activity.

In part because of the Russian attack on State, U.S. intelligence officials have increased their warnings about Russian hacking activity in the U.S.

SEE ALSO: Civil liberties groups file lawsuit against NSA

James Clapper, director of National Intelligence, told a Senate hearing last month the "Russian cyber threat is more severe than we have previously assessed."

Clapper's comments were in part prompted by the intrusion at State and other federal agencies, according to one official briefed on the matter.

Former Secretary of State Hillary Clinton said Tuesday that her use of a private email server didn't include any classified information. She said the computer server hosting her emails was in a private building protected by the U.S. Secret Service.

Officials say that doesn't necessarily protect against hackers who don't need physical access to the server. In a statement released by Clinton's office after the press conference Tuesday, a spokesman said there was "no evidence" the server was ever hacked.



**PHOTOS:** Hillary Clinton's life in the spotlight

Hillary Clinton accepts the Democratic Party's nomination for president at the Democratic National Convention in Philadelphia on July 28. The former first lady, U.S. senator and secretary of state was the first woman to lead the presidential ticket of a major political party.

1 of 43     Hide Caption

             

Follow @CNNpolitics

**PAID CONTENT**    SmartFeed



**2018 Emmy Awards: The Most Daring Dresses**
Sponsored: Livingly



**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
Sponsored: NerdWallet





**Brave Stars Who Finally Came Out Of The Closet**
Sponsored: @TopixStars

**The ultimate Linux workstation: The Dell 5720 AIO**
Sponsored: Dell on ZDNet

**Sleep Like a Baby With These Incredible New Adjustable Beds!**
Sponsored: Faqeo

**PAID CONTENT**    by Outbrain

**These Eerie Photos Of Abandoned Remnants Of The Soviet Union Are Chilling**
Jetlaggin

**[Gallery] Most Disturbingly Controversial Photos That Were Recently Declassified**
Herald Weekly

**Her Dress Is Definitely The Most Emmy-Worthy [Photos]**
StyleBistro

**MORE FROM CNN**

**China says Sweden violated tourists' human rights**

**Six affordable gym tools that will transform your at-home workout**

**Kavanaugh's yearbook raises eyebrows**

**Ryan Phillippe and Reese Witherspoon's kids are their doubles**

**CONTENT BY POPDUST FOR HELLOFRESH**

We Tried HelloFresh: Here's What Happened

Before You Join A Meal Kit Delivery Service, Read This

I Gave HelloFresh A Taste: Here's Why I'm Never Going Back

Final Decision: Will I Order HelloFresh Again?

A Chef's Honest Review Of HelloFresh

**FROM OUR PARTNERS**

*Banyan Hill*
The Stock of the Century. Buy this stock RIGHT NOW!

*Nugenix*
Shocking Read: How Men 45 and Over Are Getting a Shocking Boost...

*LendingTree*
Forget your 401k if you own a home (Do This)

*CompareCards*
"Game Changer" for Americans in debt: 0% intro APR until 2020

*Using Your Home's Equity*
Need cash? How to access your home's equity





Politics
Why Dianne Feinstein waited to take the Brett Kavanaugh...



CNN
US Open umpire Carlos Ramos 'thrown under bus' in Serena...



Politics
Stormy Daniels shares XXX-rated details of her alleged affair with Trump in new book



Entertainment
Baby on the way for Richard Gere and wife Alejandra



Underscored
Bad posture: Why you should care and how you can fix it



Enter A Name, Wait 13 Seconds, Brace Yourself
Sponsored: www.peoplewhiz.com

District Of Columbia: Say Goodbye To Your Mortgage If You Have No...
Sponsored: The Mortgage Savers



I Gave HelloFresh A Taste. Here's Why I'm Never Going Back.
Sponsored: Popdust



Every MLB Team's Ace From Worst to Best
Sponsored: New Arena



District Of Columbia: Gov't Will Pay Up To $355/Month Off Your Mortgage If You Have No Missed...
Sponsored: The Mortgage Savers



Opinion
In 'Crazytown,' Brett Kavanaugh's sanity and intellect stand out



Politics
Kavanaugh accuser's friend says she has told him she needs...



Underscored
20 of the most interesting products on Amazon right now



Politics
Women hold the key to Kavanaugh -- and maybe control of Congress



U.S.
A city-by-city look at Florence's rain and flooding



Drivers who switch to Progressive save an average of $668
Sponsored: Progressive



Locate Anyone by Entering Their Name Now
Sponsored: TruthFinder


Iconic Movie and TV Scenes That Stars Actually Regret Filming
Sponsored: Entertainment | Wall St. Cheat Sheet


68 Unedited Vintage Photos: Photos You Didn't Know Existed
Sponsored: groovyhistory.com


Search For Any High School Yearbook
Sponsored: Classmates


Opinion
This is one essential truth about the Dallas shooting


Politics
Kavanaugh's accuser made her move -- now Republicans have...


Politics
Emmy attendee shows up with 'Stop Kavanaugh' written on her arm


Underscored
Everything you need to know about buying Himalayan salt lamps


Entertainment
Lil Xan defends Mac Miller-inspired face tattoo


Glasses-Wearers Are Going Crazy Over This Website
Sponsored: GlassesUSA


15 Discounts Seniors Get Only If They Know
Sponsored: Improve Budget


District Of Columbia Approves No Cost Solar Program
Sponsored: Solar Savings News


The House Voted Against A Bill That Would Have Defunded SNAP
Sponsored: AARP


[Photos] JFK's Grandson Admits What Was Long Suspected
Sponsored: Scribol


Opinion
How dare a senior Trump official arrogantly subvert an elected...


Politics
Joe Biden reacts to Kavanaugh allegation, reviving memories of...


Underscored
Genius morning habits, as told by five of the world's most successful people


Politics
Kavanaugh joked in 2015 lecture: What happens at Georgetown Prep stays at Georgetown Prep


Entertainment
'Black-ish' star Jenifer Lewis wore Nike on the red carpet to support Colin Kaepernick























Sports
Roaring Lion claims victory at

Politics
This is the single most important

Entertainment
Nicki Minaj plans on donating