# Exhibit 129

# Karin Spaink

### I write, therefore I am

« Home

Zoek op deze site:

[        ]  [Vind]

« KINDERPORNO: NIET
BESTRIJDEN, MAAR VERSTOPPEN

KAMERVRAGEN SP OVER
KINDERPORNOFILTER »

## Child pornography: fight it or hide it?

[translation of my column for Het Parool:
Kinderporno: niet bestrijden maar verstoppen of
February 19, 2008.]

Last year October, Dutch Parliament demanded
that the Department of Justice would legally
bind ISPs to implement a filter that would block
sites containing child pornography. 'Providers
can no longer look the other way; they should be forced to take their social
responsibility. It is an outrage that they don't comply voluntarily,' member of
Parliament Van der Staaij said during the debate. (Webwereld, October 4, 2007).

Most child porn sites, the argument holds, are hosted in countries that fail to take
action against child pornography; Eastern Europe and Russia are often cited as
the culprits. Thus, the only way for 'proper' European countries to get rid of such
sites is by filtering them.

In the Netherlands, UPC is the only provider who has implemented a child porn
filter. UPC subscribers who try to access a filtered site are presented with an
ominous warning on their screen: *STOP. Your browser tried to access a page that
is being used to distribute files that depict the sexual abuse of children. This is
illegal under article 240b of the Dutch Criminal Law.*

UPC uses a blacklist that has been compiled by the National Police Forces (KLPD).
All other providers have refused, arguing that the list has not been reviewed and
that the criteria whereby a site gets blacklisted are unclear and not open to any
kind of public scrutiny. There is no method to check whether nasty but legal sites
are blacklisted as well, or to check that it is *only* child porn that is being filtered.
Furthermore, filtering doesn't solve the problem; blacklisting merely hides child
porn sites, while the objective should be to shut them down and to arrest the
people maintaining them. Only when there is a solid procedure to establish which
sites should be blacklisted and there really is no other method of intervention –
for instance, when such a site resides outside of Europe and the US – will they
consider implementing a child porn filter.

Dutch Parliament called this stance 'reprehensible'. Child pornography is the
ultimate crime; thus, it merits strong measures. The KLPD is just as impatient
with the ISPs as Parliament is. As their spokesman Kraszweski stated: 'The ISPs
have the power to do something against child porn sites, but they keep coming
up with arguments why they shouldn't. But we're taking about child pornography,
it's almost a moral obligation to comply.' (Webwereld, November 7, 2007).

ISPs in other European countries have implemented a child porn filter too. In
Finland, for instance. And in Finland it's also completely unclear what is being
filtered. Matti Nikki tried to find out. He clicked his way through an endless series
of sites and was thus able to compile a list of more than one thousand blocked
sites, and published it.

His list contains 138 Dutch web sites. Uhm, *Dutch* sites? But isn't the Netherlands
part of Europe? Can't – no, shouldn't – Finland do more than just block them?
Why don't they report these sites to the proper Dutch authorities, so that they
can take the appropriate measures, close them down and bring their owners and
maintainers to court? Or does Finland perhaps maintain a much stricter definition
of what establishes child pornography?

This weekend, I examined the first 40 Dutch sites on the Finnish blacklist. There
was a lot of nasty stuff. Sometimes, their legal status was difficult to assess:
Dutch law states that it is illegal to distribute pictures of children under eighteen
engaged in sexual acts or posing in a sexual way; but age is not always easy to
ascertain. However, I encountered numerous pictures of children aged ten or
twelve in lurid poses, or fucking or sucking. Obviously child porn, obviously
illegal, also under Dutch law. Almost all the sites involved are openly hosted at
two Dutch providers, Leaseweb and Webazilla; companies that are easy to find
and whom you can serve with a legal notice to shut down a site and to hand over
information about the site's owner.

Then, I checked the same sites via a UPC connection. Part of the sites that
Finland labels as child porn sites are accessible via UPC, which means that they
are not on the Dutch blacklist. `Evidently, the Fins and the Dutch authorities
disagree spectacularly on what qualifies as child pornography, which, in turn, is
another reason for ISPs to demand to know on the basis of which criteria the lists
are compiled. If specialised police squads can't figure out which sites should and
which sites shouldn't be blocked, how can a provider make a responsible choice?

Using UPC, I ran into ten blocked sites. One of them did no longer exist, one of
them is hosted in the UK, four of them are in the US, and four are hosted in the
Netherlands: two at Leaseweb, and two at Webazilla. And again, there was this
quaint randomness: I could access plenty of sites that did not differ
fundamentally from those that are being blocked. This child porn filter is a weird
and unfathomable hodgepodge.

England, the US, and the Netherlands. Again: what was the reason to filter these
sites? 'These sites usually cannot be shut down by the police, because they are
often hosted in countries that we have no legal liaisons with.' (Webwereld, March
23, 2007) Since when are Haarlem and Utrecht located in Russia and out of
Dutch jurisdiction?

Critics of child porn filters have said it before: the authorities should not focus on
blocking such sites, but on shutting them down. Filtering them away is window
dressing, mere show. Blacklisting them does not equal doing something about
them, and it sure as hell doesn't stop the abuse of children. It just prevents us
from acknowledging it and from understanding that it is still happening.

The actual reality turns out to be even worse. The Dutch child porn filter contains
Dutch child porn sites. To state it bluntly: the Dutch KLPD and the department of
Justice are clamouring for a law that will oblige ISPs to make their own
insufficiency invisible to the general audience.

According to the KLPD, Leaseweb and Webazilla host child pornography. In that
case, they had better do something about it and serve Leaseweb and Webazilla
with orders to shut down these sites. Surely, the KLPD and the Department of
Justice shouldn't expect ISPs to do their cleaning for them.

Gepubliceerd op:
19 February 2008, 17:55
Aantal reacties: 16
Aantal keer gelezen: 25,373

Waar verschenen:
Stuff in English

Gerubriceerd onder:
Internet
Politiek
Recht
Technologie

Deel dit artikel:

Reageer:
✉ Mail Spaink
✍ Schrijf een reactie
✎ Maak ping/trackback

Karin Spaink © 2018
Linken en citeren mag
altijd. Herpublicatie op
niet commerciële
websites mag alleen o.v.v. mijn naam
plus een link naar mijn website. Voor al
het overige is expliciete toestemming
vereist: mail karin@spaink.net.

≡ 19 February 2008 ≡ Verschenen in Stuff in English ≡
≡ Rubrieken: Internet, Politiek, Recht, Technologie ≡
≡ 🔳 🔳 🔳 🔳 🔳 ≡

Aanmelden nieuwsbrief Spaink.net:
(ontvang een e-mail zodra een nieuwe column op deze website verschijnt)

Naam:
[                    ]

E-mail:
[                    ]

[Aanmelden]

Aantal reacties: 7

1. Nadel ≡ 22 Feb 2008 ≡ 18:00

   Greets from Finland. Nice, you got real point and here in Finland we are quite
   (un)happy to see results. Me myself, I say that public knowledge is the way to
   get rid of CP and it stars here.

2. Victor Crebolder ≡ 23 Feb 2008 ≡ 18:00

   CP, an adult plague from which children suffer. Alas it's one notch more on our
   belt, the ironclad belt called the pornofication of our society. Yes, I am rather
   fond of P too; it is in our genes to peek and tom. In my novel "Don't show, don't
   tell" I try to pinpoint where exactly this booming industry drerives from. Nabokov
   and Darwin, Ruysch and Dawkins, Palahniuk and Blacklegde are ( scientific)
   authors whom I mention.

   But never ever this evidence is to be an alibi for perpetrating these acts of horror.
   Don't hide but show: do fight, do tell!

3. Zoraya ≡ 23 Feb 2008 ≡ 18:00

   In any case they can not block Usenet and they can not block IRC and they can
   not block Bit torrent, they can only block port 80!

   And then you change your ISP DNS for a free one like OpenDNS and the block on
   port 80 is gone.

4. Sohbet ≡ 05 Apr 2008 ≡ 18:01

   thanks

5. foobar ≡ 13 Apr 2009 ≡ 20:13

   When the Australian blacklist leaked on Wikileaks, it was visible that pages
   containing no (child) pornography at all (e.g. a dentist's page) where on the list,
   too and that servers hosting sites with child pornography on 'em can be found in
   Germany, France, Netherlands, … – countries, where it's already illegal to host
   this stuff. So why do they want to filter the internet, when they could supress the
   hosting of those sites directly? And why are they so eager, to hide those blacklists
   and their criteria from public viewing? Child pronography is ugly, but to me it
   seems, the actual debate is an excuse to censor the internet.

6. Andrew ≡ 23 Jul 2009 ≡ 13:57

   Here is more about the webazilla child porn hoster, found today – unbelievable:
   http://newsonthenet.newsvine.com/_news/2009/07/23/3052971-usnetherlands-
   child-porn-provider-webazilla-under-attack

7. Spaink ≡ 23 Jul 2009 ≡ 15:40

   Andrew linked:

   > WebaZilla is charging at least 549 EUR monthly per server as a
   > "special offer" the organization found out. This could be one of the
   > most expensive web hosts in the world. They will know why.

   Wow. Interesting, thanks!

## Trackbacks & Pingbacks 9

From Secret censorship in Netherlands-Joris van Hoboken « FACT - Freedom Against
Censorship Thailand on 22 Oct 2008 at 16:28 ¶
[…] and lays out four scenarios for the future. The report gives an excellent account of
the political discussion about child pornography filtering in the Netherlands over the last
years. I am not so sure about […]

From blog.unkreativ.net » Internet-Zensur in Deutschland on 22 Feb 2009 at 12:08 ¶
[…] Internet-Aktivistin Karin Spaink besorgte sich daraufhin die finnische Sperrliste und
fand auf ihr niederländische Firmen und insgesamt 40 Webseiten mit niederländischer
Kinderpornographie. Spaink klagte daraufhin die […]

From some about bald auf dem Index? at some about… on 24 Apr 2009 at 00:08 ¶
[…] Karin Spaink: Child Pornography: fight it or hide it (dasFunktionieren der Sperren
und die Arbeit der ermittelnden Behörden, gut, aber auf Englisch!) […]

From Hugelgupf » Blog Archive » Linksammlung: Kinderpornographie-Diskussion in
Deutschland [UPDATE 24.4.09] on 24 Apr 2009 at 21:27 ¶
[…] × – English: Karin Spaink – Child pornography: fight it or hide it? […]

From Der Wahnsinn hat Methode .. « MOGIS – Eine Stimme für Betroffene on 30 Oct
2009 at 00:37 ¶
[…] einfach nur Listen austauschen und eben auch Inhalte aus anderen
Mitgliedsländern sperren. In Holland werden sogar holländische Seiten gesperrt, anstatt
die Inhalte strafrechtlich zu […]

From Interpol will globale Kinderporno-Sperrliste : netzpolitik.org on 30 Oct 2009 at
16:07 ¶
[…] einfach nur Listen austauschen und eben auch Inhalte aus anderen
Mitgliedsländern sperren. In Holland werden sogar holländische Seiten gesperrt, anstatt
die Inhalte strafrechtlich zu verfolgen. abgelegt in: Digital Rights, Zensurgetaggt mit:
[…]

From Der Wahnsinn hat Methode .. on 09 Dec 2009 at 20:08 ¶
[…] einfach nur Listen austauschen und eben auch Inhalte aus anderen
Mitgliedsländern sperren. In Holland werden sogar holländische Seiten gesperrt, anstatt
die Inhalte strafrechtlich zu […]

From Pride and shame « The expat numbat: from AU to NL on 24 Jan 2010 at 14:04 ¶
[…] it appears that the government have not learned from the criticisms of other
systems, such as the Dutch system. It's creating more problems (e.g., who knows if
the criteria for the blacklist will expand […]

From UFFTA82 » Neues von der Internetzensur on 18 Jun 2011 at 10:52 ¶
[…] diesem Artikel fragt Karin Spaink, wie es sein sein kann, dass auf der finnischen
Sperrliste 138 Seiten aus […]

## Schrijf een reactie

E-mail adressen worden niet getoond noch aan derden doorgegeven.
Verplichte velden zijn gemarkeerd met een *

[                    ] * Naam

[                    ] * E-mail

Website

In uw reactie kunt u <em></em> (cursief) of <strong></strong> (vet) gebruiken. Url's
worden vanzelf omgezet in een link. Berichten met meer dan één url worden vastgehouden
totdat de moderator ze heeft goedgekeurd (vanwege de spam, sorry).

Verstuur

≡ blog.txt theme door Scott Allan Wallick ≡ zwaar aangepast door Spaink ≡