# Exhibit 130



# Het Parool

19 FEBRUARI 2008, 09:28

AMSTERDAM - Het Korps Landelijke Politiediensten (KLPD) heeft Nederlandse kinderpornosites ongemoeid gelaten, terwijl het van het bestaan ervan op de hoogte was. Dat blijkt uit onderzoek van Parool-columniste en publiciste Karin Spaink. Het KLPD heeft een zwarte lijst van kinderpornosites. Die lijst wordt gegeven aan internetproviders, die daarmee kunnen verhinderen dat hun klanten deze sites bezoeken. Twee providers gebruiken deze lijst.

Volgens woordvoerder Ed Kraszewski van het KLPD staan alleen buitenlandse kinderpornosites op de lijst. "Nederlandse sites kunnen we aanpakken."

Als een kinderpornosite bij een Nederlands bedrijf is ondergebracht, werken internetbedrijven mee om die zo snel mogelijk te verwijderen, aldus Kraszewski.

Hoewel de lijst geheim is, is Spaink er via een omweg achter gekomen dat op de lijst van het KLPD zeker vier Nederlandse sites staan. Deze sites zijn ondergebracht bij twee zogeheten hosting providers, bedrijven die websites toegankelijk maken. Het gaat om Webazilla uit Utrecht en Leaseweb uit Haarlem.

Op de sites zijn jonge meisjes en jongens te zien in allerlei poses, van Wehkampachtige foto's tot seksuele handelingen.

Het KLPD oordeelt dat het bij twee van deze sites zeker om kinderporno gaat. Bij de twee andere wordt dat onderzocht.

Volgens Kraszewski waren de sites bekend onder andere namen, waardoor onduidelijk bleef dat ze bij Nederlandse bedrijven onderdak hadden gevonden. "We beschikten over andere adresgegevens," aldus Kraszewski. "Dit soort sites duikt steeds onder andere namen op."

"We zijn een zeer grote hosting provider; dan ontkom je hier niet aan," zegt directielid Laurens Rosenthal van Leaseweb. "Maar deze mensen zijn in staat in vijf minuten een nieuwe site de wereld in te slingeren."

**GERELATEERD**

ChristenUnie bezorgd over schulden studenten
19 SEPTEMBER 2018

Toch sociaal plan voor beveiligers Schiphol
19 SEPTEMBER 2018

Studenten klagen over bereikbaarheid DUO
19 SEPTEMBER 2018

**MEEST GELEZEN**

1 ChristenUnie bezorgd over schulden studenten
2 VVD wil criminaliteit in probleemwijken harder bestraffen
3 FNV kondigt landelijke staking bij PostNL aan
4 Studenten klagen over bereikbaarheid DUO
5 Toch sociaal plan voor beveiligers Schiphol

BEKIJK HELE LIJST


— Advertentie —
30 seconden
ad by VMG

Volg en lees meer over:
☐ Nederland

ADVERTENTIE  LIGATUS





**Stop Sleeping With A fan**
Most People Aren't Aware What Happens To Your Body If You Sleep With A Fan On

**Eliminate Cable TV Bill**
This Device Allows You To Watch Virtually Anything For Free

**Texas:**
New Rule in Your City, TX Leaves Drivers Fuming



Archief
Digitale krant

Alle rechten voorbehouden
Lees de gebruiksvoorwaarden
© DE PERSGROEP 2018

MOBIELE APPS
—
iOS
Android
Digitale krant iOS
Digitale krant Android

HET PAROOL
—
Colofon
Auteursrecht
Cookiebeleid
Privacy
Gebruiksvoorwaarden
Vacature
Over deze website
RSS feeds

SERVICE EN CONTACT
—
Abonneren
Service
Veelgestelde vragen
Contactgegevens
Adverteren
Meer Parool

AMSTERDAM - The National Police Services Agency (KLPD) has left Dutch child pornography sites undisturbed, while it was aware of its existence. This is shown through research by Parool columnist and publicist Karin Spaink. The National Police Services Agency has a black list of child pornography sites. This list is given to internet providers, who can prevent their customers from visiting these sites. Two providers use this list.

According to spokesperson Ed Kraszewski of the National Police Services Agency, only foreign child pornography sites are on the list. ''We can tackle Dutch sites.''

If a child pornography site is hosted by a Dutch company, internet companies will cooperate in removing it as quickly as possible, according to Kraszewski.

Although the list is secret, Spaink found out via a detour that there are at least four Dutch sites on the National Police Services Agency list. These sites are hosted by two so-called hosting providers, companies that make websites accessible. It concerns Webazilla from Utrecht and Leaseweb from Haarlem.

On the sites young girls and boys can be seen in various poses, from Wehkamp-like photographs to sexual acts.

"The National Police Services Agency rules that two of these sites are definitely child pornography. The other two are being investigated.

According to Kraszewski, the sites were known by different names, so it remained unclear that they had found shelter with Dutch companies. "We had other address data," Kraszewski said. ''These kinds of sites always pop up under different names.''

''We are a very large hosting provider; then you can not escape it, ''says board member Laurens Rosenthal of Leaseweb. ''But these people are able to swing a new site into the world in five minutes.''



September 21, 2018

## CERTIFICATE OF ACCURACY

To whom it may concern:

The document Webpage url https://www.parool.nl/binnenland/politie-liet-kinderporno-lopen~a12093/ was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from **Dutch** into **English** to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Office Manager

Project ID: 168070



66 West Flagler St. Suite 1200.
Miami, FL 33130
www.trustedtranslations.com

Phone: (877) 255-0717
Fax: (888) 883-6408
sales@trustedtranslations.com