# Exhibit 131

   





Home / Overheid / Leaseweb verliest van Parool en Spaink over kinderporno

**Welkom op webwereld.nl!** Wist u dat u met een gratis insider-account altijd op de hoogte blijft over al het nieuws, achtergrondartikelen, opinies, interviews en events rondom IT? **Schrijf u nu gratis in »**



# Leaseweb verliest van Parool en Spaink over kinderporno

*De artikelen over het hosten van kinderporno door Leaseweb van het Parool en columniste Karin Spaink zijn niet onzorgvuldig geschreven.*

**De artikelen over het hosten van kinderporno door Leaseweb van het Parool en columniste Karin Spaink zijn niet onzorgvuldig geschreven.**

 Peter Olsthoorn    NIEUWS  2 december 2008

**DELEN**

     18 Reacties   Bewaren

Dat oordeelt de Raad voor de Journalistiek. De klacht van Leaseweb tegen de hoofdredacteur en een redacteur van Parool, alsmede tegen columniste Karin Spaink is ongegrond verklaard. Deze uitspraak heeft de Raad voor de Journalistiek maandag gepubliceerd.

Het ging om het nieuwsbericht Politie liet kinderporno lopen van Schulte van 19 februari 2008 op grond van onderzoek van Spaink, verwoord in een column in dezelfde krant.

### Kinderporno ondanks filter

Daaronder is wederhoor opgenomen van Leaseweb. Volgens de Raad van de Journalistiek is hiermee afdoende tegemoet gekomen aan de eis tot wederhoor die geldt in de journalistiek ingeval van publicatie van een beschuldiging. Eén van de klachten van Leaseweb voor de Raad voor de Journalistiek betrof namelijk gebrek aan wederhoor.

Het ging om de zwarte lijst van de KLPD voor internetproviders - in gebruik bij UPC - waarop vier Nederlandse sites stonden die volgens Spaink werden gehost door Webazilla en Leaseweb. "Het KLPD oordeelt dat het bij twee van deze sites zeker om kinderporno gaat. Bij twee andere wordt dat onderzocht."

In de media, onder meer in Nova, kreeg Leaseweb na de publicaties in Het Parool ervan langs daar ze zich te laks zou opstellen in het voorkomen van publicatie van kinderporno op sites die ze host.

### Ongegrond

Leaseweb vond de beschuldigingen in Het Parool, genoteerd door Schulte en Spaink, ongerechtvaardigd en ongegrond. De lezer kon uit de artikelen opmaken dat Leaseweb willens en wetens kinderporno toestaat, waartegen de politie niet optreedt. Dus ging het volgens Leaseweb om onjuiste, misleidende en tendentieuze berichtgeving.

Leaseweb riep de hulp in van de KLPD om te getuigen. Dat resulteerde in een brief waarin de KLPD onder meer schrijft dat het naar aanleiding van de publicatie in Parool een nieuwe controle had uitgevoerd. Eerder werden de gewraakte sites namelijk in het buitenlang gehost, maar nu bleken alle vier de sites bleken te worden gehost via Nederlandse webhosting-bedrijven, twee ervan via Leaseweb.

Maar "op het moment van controle bleken de twee door Leaseweb gehoste bedrijven geen kinderpornografische afbeeldingen meer te bevatten, de twee overige nog wel", verklaarde het KLPD.

Dus, zegt Leaseweb, was de beschuldiging in Het Parool onkies. Immers, de KLPD liet ook nog weten dat Leaseweb zich aan de wet houdt en dat 'één telefoontje' naar Leaseweb volstaat om









**GERELATEERDE VRAGEN**

Kan ik mijn NAS adapter op mijn Macbook aansluiten?                    2

Uw ervaringen met Software Freedom Day?

Kan je een schikkingsvoorstel/boete krijgen voor streamen via o.a. Kodi?    4












Leaseweb loses from Parool and Spaink regarding child pornography

The articles on the hosting of child pornography by Leaseweb from the Parool and columnist Karin Spaink are not written carelessly.

The articles on the hosting of child pornography by Leaseweb from the Parool and columnist Karin Spaink are not written carelessly.

That is the opinion of the Association of Journalists. Leaseweb's complaint against the editor-in-chief and an editor of Parool, as well as columnist Karin Spaink, has been declared unfounded. The Association of Journalists published this statement on Monday.

It was about the news item Police let child pornography go by Schulte on 19 February 2008 on the basis of research by Spaink, expressed in a column in the same newspaper.

Child porn despite filter

Below that are included arguments against this of Leaseweb. According to the Association of Journalists, this adequately met the demand for rebuttal that applies in journalism in the event of publication of an accusation. One of Leaseweb's complaints to the Association of Journalists was namely a lack of rebuttal.

It was the blacklist of the National Police Services Agency for internet providers - in use at UPC - which contained four Dutch sites that according to Spaink were hosted by Webazilla and Leaseweb. "The National Police Services Agency rules that two of these sites are definitely child pornography. This is being investigated with the other two. "

In the media, including in Nova, Leaseweb got beaten with the publications in Het Parool because they were too lax in preventing publication of child pornography on sites that they host.

Unfounded

LeaseWeb found the allegations in Het Parool, quoted by Schulte and Spaink, unjustified and unfounded. The reader could conclude from the articles that Leaseweb knowingly allows child pornography, against which the police does not take action. So according to Leaseweb it was about incorrect, misleading and tendentious reporting.

Leaseweb called on the National Police Services Agency's help to testify. This resulted in a letter in which the National Police Services Agency wrote, among other things, that it had carried out a new inspection following the publication in Parool. Previously, the offending sites were hosted abroad, but now all four sites appeared to be hosted via Dutch web hosting companies, two of them via Leaseweb.

But "at the time of the inspection, the two companies hosted by Leaseweb did not contain child pornography images anymore, the other two still did", the KLPD stated.

Therefore, states Leaseweb, the accusation in Het Parool was indelicate. After all, the National Police Services Agency also said that Leaseweb adheres to the law and that 'one phone call' to Leaseweb is sufficient to have child pornography removed.

Not careless

According to the three defendants of Het Parool it is not reported that Leaseweb knowingly cooperated in the publication of child pornography, but only that Leaseweb operated as a hoster. It was checked at the National Police Services Agency whether it were four sites with child pornography. Of two this was confirmed. That precisely those two were not at LeaseWeb, was not reported by the National Police Services Agency.

According to the Association of Journalists, Spaink carried out sufficient research on various websites, submitted screenshots and tested the National Police Services Agency filter via UPC. "The judgement of Spaink that it concerns child pornography is not careless. Moreover, as a columnist she has considerable freedom to determine how she reflects her personal opinion. "

Also, the Counsil states, that Leaseweb has confirmed at the hearing that it does not monitor the content of hosted websites, can not prevent it from making available space to websites with unauthorized content, and it is also not possible to keep track of what content is published by hosted websites over time.

National Police Services Agency filter deleted

Moreover it was about showing that childpornography filters do not work for Karin Spain. In that she was successful: Justice had to refrain from making filtering mandatory by providers.

LeaseWeb ultimately decided to start checking for possible manifestations of child pornography on hosted sites. An attempt by the police to come to a child pornography filter went wrong.

Leaseweb will not appeal against the ruling. "Of course we have a different opinion. But we will abide by the decision", said the spokesman to Webworld. Karin Spaink is delighted: "I am very happy.. It was thorough journalistic research and that has been confirmed. "

Case 0:17-cv-60426-UU   Document 212-133   Entered on FLSD Docket 09/21/2018   Page 10 of 11

September 21, 2018

## CERTIFICATE OF ACCURACY

To whom it may concern:

The Webpage url https://webwereld.nl/overheid/39597-leaseweb-verliest-van-parool-en-spaink-over-kinderporno was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from **Dutch** into **English** to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Office Manager

Project ID: 168070



66 West Flagler St. Suite 1200.
Miami, FL 33130
www.trustedtranslations.com

Phone: (877) 255-0717
Fax: (888) 883-6408
sales@trustedtranslations.com