# Exhibit 132



| iReport 101 | We are Everywhere | Get Help | Tools |
|---|---|---|---|
| • Community Guidelines<br>• Terms of Use | • Facebook<br>• Twitter<br>• Tumblr<br>• Flickr | • Contact Us<br>• Advertising Contacts | • CNN Mobile apps |