# Exhibit 133

# In The Matter Of:

*ALEKSEJ GUBAREV, XBT HOLDING SA and WEBZILLA, INC v.*
*BUZZFEED, INC and BEN SMITH*

---

*Mr Christopher Steele*
*June 18, 2018*

---



*Original File C Steele Deposition.txt*
*Min-U-Script® with Word Index*

1

1            Mr Christopher Steele

2       CONFIDENTIAL - ATTORNEYS' EYES ONLY
        IN THE UNITED STATES DISTRICT COURT
3          SOUTHERN DISTRICT OF FLORIDA
   _____
4                                    :
   ALEKSEJ GUBAREV, XBT HOLDING  : Case No:
5  SA and WEBZILLA, INC          : 17-cv-60426-UU
                                 :
6               Plaintiffs       :
                                 :
7               -v-              :
                                 :
8  BUZZFEED, INC and BEN SMITH   :
                                 :
9               Defendants       :
   _____:

10

11            Videotaped deposition

12                   of

13            Mr Christopher Steele

14

15        On Monday, June 18th 2018

16

17        Commencing at 9.35 am

18

19               Taken at:

20              15 Old Bailey

21                London

22               EC4M 7EF

23             United Kingdom

24

25  Reported by: Miss Pamela Henley

47

1               Mr Christopher Steele

2          Q.     And what efforts did you make to

3    verify the allegations concerning Mr Gubarev?

4          A.     The same.

5          Q.     What did you learn about XBT?

6          A.     From the open source search?

7          Q.     If that is what you are willing to

8    tell us about.

9          A.     We did not find anything of

10   relevance on XBT from the open source search.

11         Q.     Did you find anything of relevance

12   concerning Webzilla?

13         A.     We did.

14         Q.     And what was that?

15         A.     It is an article I have got here,

16   which is -- was posted on 28 July 2009, on

17   something called CNN iReport, which is -- I can

18   circulate it if you like.

19         Q.     What do you understand iReports to

20   be on CNN?

21         A.     I do not have any particular

22   knowledge of that.

23         Q.     Do you understand that they have no

24   connection to any CNN reporters?

25         A.     I do not.