# Exhibit 137

"Someone is trying to pull a trick on me" – Abroad – For news, backgrounds and columns

Aleksej Gubarev

# "Someone is trying to pull a trick on me"

Russian from the Trump report speaks

ARTICLE Russian Aleksej Gubarev is mentioned in the explosive report about Donald Trump. He had conspired against Hillary Clinton with Trump employees. We speak with him in Cyprus. "This is bullshit."

By: Tom Kreling, Huib Modderkolk January 19, 2017, 02:00

    

**Want to stay informed**

every day at lunchtime with the most important news of the morning, the most beautiful pictures and the topic of the day? Sign up for our free newsletter.

yourname@email.nl                                                                                   OK

The 36-year old Aleksej Gubarev managed to stay calm for twenty minutes. Leaning back in his office chair talking about his international internet company – "Top 20 in the world" – while his arms rested on a belly growing underneath his white shirt.



https://www.volkskrant.nl/buitenland/-iemand-probeert-mij-een-kunstje-te-flikken~a4450173/

"Someone is trying to pull a trick on me" – Abroad – For news, backgrounds and columns

But now the Russian suddenly rises to his feet and hits the 20-foot long conference table with his left fist. "I have zero contact with Russian intelligence services. I do not talk to anyone. Never." He looks angry for a moment and then sinks back into his seat.



> I have zero contact with Russian intelligence services. I do not talk to anyone. Never
>
> — Aleksey Gubarev

Aleksej Gubarev was suddenly world news last week. He would be a spy, recruited by the Russian security service FSB. His name and that of his Dutch company Webzilla were on page 35 of the explosive report about the incoming American President Donald Trump. Gubarev and another "hack expert" would be important players in the Russian hacks during the US elections. With Trump's campaign staff, they would have conspired against the Democrats. And his company Webzilla would have "facilitated" that.

A Dutch link in an international scandal. Spectacular news, but to date without proof, as well as for other statements in the report.

And that is why Gubarev is angry. "My reputation is being ruined this way. And now I must spend time on this 'bullshit'.' Occasionally he laughs during the conversation, but his dark eyes never take part of it. He does have a suspicion about why his name suddenly appeared in the report. "Someone tries to screw me, pulling a trick on me." But he will explain that immediately.

**Riddles**



> Why was Webzilla registered for years at Dutch addresses of unsuspicious people in Amersfoort?

"Someone is trying to pull a trick on me" – Abroad – For news, backgrounds and columns

At first sight it does not seem logical to call in the director of a hosting company that offers web space for digital attacks. Hackers work just the opposite way: they rent servers at dubious businesses, pay with the digital currency bitcoin and then disappear. That makes naming the perpetrators, let alone clients, extremely difficult in these cases: hackers do not leave a signature. Only the chosen route, the time of the hack and the method can give away something about their origin. So, why would the Russian secret service use Webzilla to hack the Democrats? It seems unlikely.

Yet there are also a number of peculiar aspects. For, why was Webzilla registered for years at Dutch addresses of unsuspicious people in Amersfoort?

How is it possible that Gubarev's company experienced huge growth in a short period of time and the young Russian rapidly became a millionaire? The company does nothing more than what other so-called hosting providers do worldwide: offering web space where customers store or transfer their data.

Why did Gubarev go to Cyprus at the age of 22, while he had not completed his studies at the technical university in Siberia yet? And why did he choose Cyprus as the location for the head office of parent company XBT, an island off the coast of Turkey with excellent opportunities for inventive tax schemes?

**Dragons**



> I wanted to be connected to the culture. I think we are the only office with an amphitheater
>
> — Aleksey Gubarev

Before Gubarev addresses these questions, he proudly shows his office, located on a cluttered, busy road in the Cypriot coastal town of Limassol. A few feet long wooden dragon stands in front of the office. "The Webzilla logo is a dragon. I have selected these myself in Indonesia and had them shipped here." Gubarev wears a blue linen suit, with blue suede loafers underneath. Rapidly he walks through the building, a hand in his pocket.

"Someone is trying to pull a trick on me" – Abroad – For news, backgrounds and columns

Gubarev –a distant cousin of the Russian astronaut and folk hero who died in 2015– was born in the Siberian city of Oest-Ilimsk. There, his father, who was an engineer, had a business in exporting wood. A serious business venture, says Gubarev. "He cut about 16.5 thousand feet a month. A decent volume." He sold mainly to China and Japan.

After high school, Gubarev started at the famous university of Novosibirsk, where he studied mathematics. He did complete his studies because his wife got pregnant and he became a father at the age of 20.

To support his family, he became a consultant in the "Internet business". "That's how I earned my first money." Two years later he started his own company, in Cyprus. Why there? "Because I could not afford it in Moscow." Once he got there, he realized that the island was not a bad place to live at all. "I obtained a loan here at 6 percent, bought a house and moved my family here." It was that simple.



> He can easily explain his growth: He offers better service than his competitors and at lower rates.

Just like that, according to him, the way he subsequently built up his business at an extreme pace, expanded and became rich. He can easily explain his growth: He offers better service than his competitors and at lower rates. "I started renting ten servers in the Netherlands, from Leaseweb." And then he flew around the world and was on the phone day in and day out to rent the space on the servers. Last year he had a turnover of 50 million dollars.

As a hosting provider, he leases space for internet traffic via his servers. When technically something goes wrong, Gubarev promises to solve this immediately, 24 hours a day. In the analogy of a highway: Webzilla not only offers a perfect paved highway, but also a quick roadside assistance. Because the company lets its own technicians work at large data centers, it guarantees every customer that troubleshooting is completed within 15 minutes. "Customers do not have to pay extra for this, as with other companies." He can work cheaper because he hires relatively cheap labor for technical support, for example, from Ukraine.

https://www.volkskrant.nl/buitenland/-iemand-probeert-mij-een-kunstje-te-flikken~a4450173/

"Someone is trying to pull a trick on me" – Abroad – For news, backgrounds and columns



> Gubarev joined the political high rank of Clinton, Trump and Putin, and now someone is trying to put him in trouble by mentioning his name in a report

Gubarev then told Bloomberg that those files on data traffic could never be "legally" obtained. In other words, servers from, for example, the Alfa Bank were hacked to see the files.

That comment brought him trouble, Gubarev thinks. With that, he joined the political forces of Hillary Clinton, Donald Trump and Vladimir Putin. And now someone is trying to make trouble by mentioning his name in a report.

**Prague**

The consequences are already there. Tuesday evening, January 10, the report was on the American website Buzzfeed. The next morning Gubarev saw it and he was overwhelmed by phone calls from concerned relations. He wanted to announce this week that Webzilla would open two more locations, but that was put on hold.

But was Gubarev in Prague last year, as the report suggests? "I am normally in Prague every year because I have friends living there. But last year I only spent one hour there with my wife and daughter. On the July, 21st. We had a layover for a flight connection to Riga."

Was his partner Bezruchenko perhaps in Prague? He would also have been involved in secret deals. "Bezruchenko was in Prague for four days in October for a conference, neither in August nor in September as the report states."

Is it true that he himself keeps in touch with his customers, by all means an impressive number? "People trust me."

Could the hacks have taken place via his servers without him knowing? Nonsense, says Gubarev. "With us you pay by credit card or a bank transfer. We do not accept bitcoins. Never. This means that every transaction with every customer is kept on file."

But, has he recently looked into whether or not strange data traffic may have gone via his servers? No, he says. "It is not allowed. I have 37 thousand servers worldwide. We are not

https://www.volkskrant.nl/buitenland/-iemand-probeert-mij-een-kunstje-te-flikken~a4450173/

"Someone is trying to pull a trick on me" – Abroad – For news, backgrounds and columns

allowed to do that by law."

So, could it be that hacks have been perpetrated through his servers in The Netherlands?



> Gubarev will no longer comment on politics. "They never have to call me again for a comment."

On the list of almost nine hundred IP addresses that Russian hackers used in attacks on the Democratic Party, seventy addresses turned out to be in The Netherlands. That does not say anything in itself. Just as the Department of Waterways and Public Works does not know exactly who is driving their roads at any given time, hosting providers do not know which data passes through their servers. Gubarev *dixit*: "There were no IP addresses from me."

Gubarev just wants to do his business, make money and spend time on his hobbies. He has a big collection of cars, including a white Rolls Royce Ghost. And, in the morning during weekends, when the sea is calm, he likes to wakeboard behind his 82-foot LOA yacht Just4Us. Just give a good boost with the yacht from 1997 and then you get beautiful waves. "Up to three meters high. Then you can jump." Gubarev will no longer comment on politics. "They never have to call me again for a comment."

### Russian hack and the FBI

How difficult it is to find out who is involved in a hack is shown by an example from last summer. From June to August 2016, voting computers in the US states of Arizona and Illinois were attacked by hackers. The FBI stated in a report that the Russian government was behind the hacks and published the eight IP addresses that were used for this purpose. An American security company analyzed that six of those eight addresses belonged to an internet company owned by a 26-year-old Russian. He had set up a hosting company in The Netherlands from his apartment in Russia: King Servers in Dronten. According to their own words, with a thousand customers of whom between 20 and 30 percent offer porn. Dutch authorities, he told The New York Times, had warned him several times that

"Someone is trying to pull a trick on me" – Abroad – For news, backgrounds and columns

malware and child pornography were being offered through his servers. In all cases he had canceled the contract with those clients. If the FBI were to come to Russia, he would hand over all data about his customers so they could look for the perpetrators of the hacks. Was it offered as a gesture of good will, bluff or a friendly offer? Was the 26-year-old owner involved in the hacks or were his servers unintentionally misused? There will probably never be an answer. The FBI did not go to Russia to retrieve the data. The exact role of King Servers in the hacks at the polling stations therefore remains uncertain.

**This is an article from Volkskrant Plus.** Volkskrant Plus articles are exclusively for subscribers.

     

Follow and read more about:
- **ELECTIONS IN THE UNITED STATES**
- **DONALD TRUMP**
- **RUSSIA**
- **INTERNETCRIMINALITY**



**TOM KRELING**
- TO FOLLOW
- 0 MORE TOM KRELING



**HUIB MODDERKOLK**
- TO FOLLOW
- 0 MORE HUIB MODDERKOLK

**ELECTIONS IN THE USA**
2035 ARTICLES

https://www.volkskrant.nl/buitenland/-iemand-probeert-mij-een-kunstje-te-flikken~a4450173/



Telephone: +1(877)255-0717
Web: www.TrustedTranslations.com
Email: sales@TrustedTranslations.com

April 26, 2018

**CERTIFICATION**

To Whom It May Concern:

The Excerpt from the webpage ( https://www.volkskrant.nl/buitenland/-iemand-probeert-mij-een-kunstje-te-flikken~a4450173) was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from Dutch to English to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Office Manager

Miami Dade County
State of Florida

The foregoing instrument was acknowledged by Ana Whitby and signed before me on this 26th day of April 2018, by Ana Whitby.

BOBBIE JEAN D. RAPOZA
MY COMMISSION #FF171334
EXPIRES October 23, 2018
(407) 398-0153   FloridaNotaryService.com

Notary Public
My commission expires 10/23/18

GLOBAL LEADER IN TRANSLATION AND INTERPRETATION SERVICES
AN ISO 9001: 2008 QUALITY CERTIFIED COMPANY

Atlanta   Chicago   Dallas   Los Angeles   Miami   New York   Washington D.C.



Aleksej Gubarev ©

# 'Iemand probeert mij een kunstje te flikken'

## De Rus uit het Trump-rapport spreekt

ARTIKEL De Rus Aleksej Gubarev wordt genoemd in het explosieve rapport over Donald Trump. Met medewerkers van Trump zou hij tegen Hillary Clinton hebben samengespannen. We spreken hem op Cyprus. 'Dit is bullshit.'

Door: Tom Kreling, Huib Modderkolk 19 januari 2017, 02:00

     

### Blijf op de hoogte

Iedere dag rond lunchtijd het belangrijkste nieuws van de ochtend, de mooiste fotografie en het gesprek van de dag? Schrijf u in voor onze gratis nieuwsbrief.

| uwnaam@email.nl | OK |

Het is de 36-jarige Aleksej Gubarev twintig minuten gelukt om rustig te blijven. Achterover leunend in zijn bureaustoel pratend over zijn internationale internetbedrijf - 'Top-20 in de wereld' -, terwijl zijn armen rusten op de beginnende buik onder zijn witte overhemd.

Maar nu schiet de Rus ineens overeind en slaat hij met zijn linkervuist op de zes meter lange vergadertafel. 'Ik heb nul komma nul contact met Russische inlichtingendiensten. Ik praat met niemand. Nooit.' Hij kijkt nog even boos en zakt dan weer terug in zijn stoel.



## Ik heb nul komma nul contact met Russische inlichtingendiensten. Ik praat met niemand. Nooit

— Aleksej Gubarev

Aleksej Gubarev was vorige week ineens wereldnieuws. Hij zou een spion zijn, gerekruteerd door de Russische veiligheidsdienst FSB. Zijn naam en die van zijn Nederlandse bedrijf Webzilla stonden op pagina 35 van het explosieve rapport over de aankomende Amerikaanse president Donald Trump. Gubarev en een andere 'hackexpert' zouden belangrijke spelers zijn geweest bij de Russische hacks tijdens de Amerikaanse verkiezingen. Ze zouden, met campagnemedewerkers van Trump, hebben samengespannen tegen de Democraten. En zijn bedrijf Webzilla zou daarbij 'gefaciliteerd' hebben.

Een Nederlandse link in een internationaal schandaal. Spectaculair nieuws, maar tot op heden zonder bewijs, zoals ook geldt voor andere beweringen in het rapport.

En daarom is Gubarev kwaad. 'Mijn reputatie wordt op deze manier geruïneerd. En nu moet ik allemaal tijd besteden aan deze 'bullshit'.' Af en toe lacht hij tijdens het gesprek, maar zijn donkere ogen doen nooit mee. Hij heeft wel een vermoeden waarom zijn naam ineens opdook in het rapport. 'Iemand probeert me te naaien. Een kunstje te flikken.' Maar dat zal hij dadelijk uitleggen.

**Raadselen**



## Waarom stond Webzilla jarenlang geregistreerd op Nederlandse adressen van nietsvermoedende mensen in Amersfoort?

Op het eerste gezicht lijkt het niet logisch om de directeur van een hostingbedrijf, dat webruimte aanbiedt, in te schakelen voor digitale aanvallen. Hackers werken juist tegenovergesteld: ze huren servers bij vage bedrijfjes, betalen met de digitale munt bitcoin en verdwijnen daarna weer. Dat maakt het noemen van daders, laat staan opdrachtgevers, in dit soort zaken verschrikkelijk lastig: hackers laten geen handtekening achter. Alleen de gekozen route, het tijdstip van de hack en de methode kunnen iets verraden over hun afkomst. Dus waarom zou de Russische geheime dienst Webzilla inzetten om de Democraten te hacken? Het lijkt onwaarschijnlijk.

Toch is er ook een aantal eigenaardigheden. Want waarom stond Webzilla jarenlang geregistreerd op Nederlandse adressen van nietsvermoedende mensen in Amersfoort?

Hoe kan het dat het bedrijf van Gubarev in korte tijd een gigantische groei doormaakte en de jonge Rus razendsnel miljonair werd? Het bedrijf doet namelijk niets anders dan wat andere zogeheten hostingproviders wereldwijd doen: webruimte aanbieden waar klanten hun data opslaan of doorheen laten gaan.

Waarom ging Gubarev op 22-jarige leeftijd naar Cyprus, terwijl hij zijn opleiding aan de technische universiteit in Siberië nog niet had afgemaakt? En waarom koos hij Cyprus als locatie voor het hoofdkantoor van moederbedrijf XBT, een eiland voor de kust van Turkije met uitstekende mogelijkheden voor inventieve belastingconstructies?

**Draken**



Ik wilde een beetje aansluiten bij de cultuur. Ik denk dat wij het enige kantoor zijn met een amfitheater

— Aleksej Gubarev

Voor Gubarev op deze vragen wil ingaan, laat hij trots zijn kantoor zien, gelegen aan een rommelige, drukke weg in de Cypriotische kustplaats Limassol. Voor het kantoor staat een meterslange, houten draak. 'Het logo van Webzilla is een draak. Deze heb ik zelf in Indonesië uitgezocht en hierheen laten verschepen.' Gubarev heeft een blauw linnen pak aan, met daaronder blauwe suède instappers. In rap tempo loopt hij door het gebouw, een hand in zijn zak.

Op de begane grond van het kantoor is een kleurrijke recreatieruimte met spelcomputers en een voetbalspel. Her en der liggen zitzakken. In een hoek staat een tafeltennistafel, met eromheen een soort tribune, in de vorm van een amfitheater. 'Ik wilde een beetje aansluiten bij de cultuur. Ik denk dat wij het enige kantoor zijn met een amfitheater.'

Draken komen overal terug. In zijn werkkamer heeft hij een ingelijste gouden draak hangen. Cadeautje van een zakenrelatie. Midden in de kamer staat een fitnessbank, met wat gewichten. Daarnaast staat een platenspeler, met aan de zijkant een stapel lp's van Michael Jackson. 'Ik heb alles van hem.'



Aleksej Gubarev ©

Gubarev gaat in de vergaderkamer zitten. Hij heeft de Nederlander Jochem Steman gevraagd bij het gesprek aanwezig te zijn. Steman is verantwoordelijk voor de bouw van een nieuw datacentrum van Webzilla in Amsterdam Zuidoost. Steman heeft voorafgaand geprobeerd verregaande eisen aan het interview te stellen. Zo wilde Gubarev een veto over de gehele tekst en mocht er over niets anders worden geschreven dan over zijn bedrijf. Uiteindelijk liet hij die

eis varen.

Gubarev - verre neef van de gelijknamige, in 2015 overleden Russische astronaut en volksheld - werd geboren in de Siberische stad Oest-Ilimsk. Daar dreef zijn vader, ingenieur, een zaak in houtexport. Een serieuze onderneming, zegt Gubarev. 'Hij kapte zo'n vijfduizend meter per maand. Een behoorlijk volume.' De opbrengst verkocht hij vooral aan China en Japan.

Na zijn middelbare school begon Gubarev aan de beroemde universiteit van Novosibirsk, waar hij wiskunde studeerde. De studie maakte hij niet af, omdat z'n vrouw zwanger raakte en hij op z'n 20ste vader werd.

Om zijn gezin te onderhouden, werd hij consultant in de 'internet business'. 'Zo verdiende ik mijn eerste geld.' Twee jaar later begon hij zijn eigen bedrijf, op Cyprus. Waarom daar? 'Omdat ik het in Moskou niet kon betalen.' Toen hij er eenmaal was, bedacht hij dat het eiland helemaal geen slechte plaats was om te leven. 'Ik kreeg hier een lening tegen maar 6 procent, kocht een huis en verhuisde mijn gezin hierheen.' Zo simpel was het.



## Zijn groei kan hij simpel verklaren: hij biedt betere service dan z'n concurrenten en tegen lagere tarieven

Net zo eenvoudig is volgens hem de manier waarop hij vervolgens zijn bedrijf in razend tempo opbouwde, uitbouwde en rijk werd. Zijn groei kan hij simpel verklaren: hij biedt betere service dan z'n concurrenten en tegen lagere tarieven. 'Ik begon met het huren van tien servers in Nederland, van Leaseweb.' En daarna vloog hij de wereld over en zat hij dag in dag uit aan de telefoon om de ruimte op de servers te verhuren. Vorig jaar had hij een omzet van 50 miljoen dollar.

Als hostingprovider verhuurt hij via zijn servers ruimte voor internetverkeer. Daarbij gaat technisch weleens iets mis en Gubarev belooft dat direct op te lossen, 24 uur per dag. In de analogie van een snelweg: Webzilla biedt niet alleen perfect asfalt aan, maar ook een snelle wegenwacht. Doordat het bedrijf eigen technici laat werken bij grote datacentra, garandeert het elke klant dat storingen binnen 15 minuten verholpen zijn. 'Klanten hoeven daar niet extra

voor te betalen, zoals bij andere bedrijven.' Hij kan goedkoper werken omdat hij relatief goedkope arbeidskrachten inhuurt voor technische ondersteuning, bijvoorbeeld vanuit Oekraïne.

### Bejaarde dame

Nederland is voor mijn bedrijf erg belangrijk, zegt Gubarev, als een knooppunt in het wereldwijde web. Er komen talloze belangrijke internetkabels samen en ook bedrijven als Google en Microsoft hebben in Nederland grote datacentra.

Maar de postadressen die Webzilla de afgelopen jaren in Nederland had, passen niet echt bij de statuur van een miljoenenbedrijf. Zoals een afgeleefd huisje op recreatiepark Country Club Midland Parc in het Amersfoortse bos, waarvan de eigenaresse een bejaarde mevrouw uit Emmen is. En op een inmiddels dichtgetimmerde woning nabij een achterstandswijk in Amersfoort. Of op het adres van een medewerker van een verpakkingsbedrijf voor de tuinbouw, die nog nooit van Webzilla heeft gehoord.

Daar weet ik niets van, zegt Gubarev kortaf. 'Webzilla maakte eerst gebruik van een trustbedrijf, daardoor had ik hier zelf geen controle over. In 2012 is de relatie met dat bedrijf stopgezet.' Daarnaast laat hij zijn boeken elk jaar controleren door accountantskantoor KPMG. 'Ik ben volkomen transparant. Ik kan alles uitleggen.'

Hij vindt het absurd dat mensen nu aan hem twijfelen. Een jonge Rus die in tien jaar tijd een miljoenenbedrijf heeft opgebouwd, dat een relatief eenvoudig product levert? Wat is daar opmerkelijk aan?, vraagt Gubarev kwaad. 'Ik heb dit bedrijf zelf van de grond af opgebouwd. Mijn concurrenten zijn gewoon niet goed genoeg. Ik ken veel mensen. Ze vertrouwen me, maar nu ben ik beschadigd.' Nee, er zit geen ander Russisch geld achter, zegt hij. 'We zijn met z'n drieën dit bedrijf begonnen: Konstantin Bezruchenko, ik en Alexander Borodin, een vriend van me. Ik ben de grootste aandeelhouder.'

Maar waarom staat hij dan ineens in het explosieve rapport over Trump?

MEER

arev zucht. Dat vraagt hij zich al dagen af. Hij kan maar één ding bedenken. Eén keer in



VOORPAGINA                    de Volkskrant                                    ABONNEER

Buitenland

ers van de Russische Alfa Bank zou communiceren. Bestanden van deze servers zouden

FILM

NIJLAND ijzen dat Trump banden met de Russen had.

MUZIEK



REIZEN

Gubarev mengde zich in het politieke krachtenveld van Clinton, Trump Poetin. En nu probeert iemand hem stuk te maken door zijn naam in een rapport te stoppen

KOKEN & ETEN

THEATER

BOEKEN

Gubarev zei vervolgens tegen Bloomberg dat die bestanden over het dataverkeer nooit op

MAGAZINE 'eerlijke wijze' verkregen konden zijn. Met andere woorden: er waren servers van bijvoorbeeld Alfa Bank gehackt om bestanden in te zien.

Die opmerking heeft hem in de problemen gebracht, denkt Gubarev. Daarmee mengde hij zich in het politieke krachtenveld van Hillary Clinton, Donald Trump en Vladimir Poetin. En nu probeert iemand hem stuk te maken door zijn naam in een rapport te stoppen.

**Praag**

De gevolgen zijn er al. Dinsdagavond 10 januari stond het rapport op de Amerikaanse website Buzzfeed, de volgende ochtend zag Gubarev het en werd hij overspoeld door telefoontjes van bezorgde relaties. Hij wilde juist deze week bekendmaken dat Webzilla nóg eens twee locaties zou openen, maar dat is 'on hold' gezet.

Maar was Gubarev vorig jaar in Praag, zoals het rapport suggereert? 'Ik ben normaal elk jaar in Praag, omdat er vrienden wonen. Maar vorig jaar ben ik er maar één uur geweest, met mijn vrouw en dochter. Op 21 juli. We moesten overstappen voor een vlucht naar Riga.'

Was zijn partner Bezruchenko dan misschien in Praag? Hij zou ook betrokken zijn geweest bij geheime deals. 'Bezruchenko was in oktober vier dagen in Praag voor een congres, niet in augustus of september zoals het rapport stelt.'

Klopt het dat hij ál het contact met zijn klanten, een imposant aantal, zelf onderhoudt? 'Mensen vertrouwen mij.'

Zouden de hacks via zijn servers kunnen hebben plaatsgevonden, zonder dat hij het weet? Onzin, zegt Gubarev. 'Bij ons betaal je met creditcard of een bankoverschrijving. Wij accepteren geen bitcoins. Nooit. Daardoor staat elke transactie met elke klant op papier.'

Maar heeft hij recentelijk gekeken of er misschien toch vreemd dataverkeer via zijn servers is gegaan? Nee, zegt hij. 'Het mag niet eens. Ik heb 37 duizend servers wereldwijd. Wij mogen daar van de wet niet bij.'

En dus zou het kunnen dat hacks via zijn servers in Nederland zijn gelopen?



> Over politiek zal Gubarev zich niet meer uitlaten. 'Ze hoeven mij nooit meer te bellen voor commentaar.'

In de lijst met bijna negenhonderd ip-adressen die Russische hackers gebruikten bij aanvallen op de Democratische Partij, bleken zeventig adressen in Nederland te zijn. Dat zegt op zich niets. Zoals Rijkswaterstaat niet exact weet wie er op welk moment over hun wegen rijdt, zo weten hostingproviders niet welke data er over hun servers gaan. Gubarev: 'Er zaten geen ip-adressen van mij bij.'

Gubarev wil gewoon z'n zaken doen, geld verdienen en tijd aan z'n hobby's besteden. Hij heeft een flinke verzameling auto's, waaronder een witte Rolls Royce Ghost. En 's ochtends in het weekend, als de zee rustig is, mag hij graag even wakeboarden achter z'n 25-meter lange jacht Just4Us. Even flink gas geven met het jacht uit 1997 en dan krijgt-ie prachtige golven. 'Wel drie meter hoog. Dan kun je wel springen.' Over politiek zal Gubarev zich niet meer uitlaten. 'Ze hoeven mij nooit meer te bellen voor commentaar.'

### Russische hack en de FBI

Hoe lastig het is om te achterhalen wie betrokken zijn bij een hack, blijkt uit een voorbeeld van afgelopen zomer. Van juni tot augustus 2016 werden de stemcomputers in de Amerikaanse staten Arizona en Illinois aangevallen door hackers. De FBI stelde in een

rapport dat de Russische overheid achter de hacks zat en publiceerde de acht ip-adressen die hiervoor werden gebruikt. Een Amerikaans beveiligingsbedrijf analyseerde dat zes van die acht adressen van een internetbedrijf van een 26-jarige Rus waren. Die had vanuit zijn appartement in Rusland een hostingbedrijf opgezet in Nederland: King Servers in Dronten. Naar eigen zeggen met duizend klanten, van wie tussen de 20 en 30 procent porno aanbiedt. Nederlandse autoriteiten, zei hij tegen The New York Times, hadden hem al meermaals gewaarschuwd dat via zijn servers malware en kinderporno werden aangeboden. In alle gevallen had hij de overeenkomst met die huurders opgezegd. Als de FBI naar Rusland zou komen, zou hij alle gegevens over zijn klanten overhandigen zodat ze op zoek konden naar de daders van de hacks. Was hier sprake van opzet, bluf of van een vriendelijk aanbod? Was de 26-jarige eigenaar betrokken bij de hacks of werden zijn servers ongewild misbruikt? Er zal waarschijnlijk nooit antwoord op komen. De FBI is niet naar Rusland gegaan om de gegevens op te halen. Wat de exacte rol van King Servers bij de hacks op de stembureaus is, blijft dus ongewis.

**Dit is een artikel van Volkskrant Plus.** Volkskrant Plus artikelen zijn exclusief voor abonnees.

     

Volg en lees meer over:

 VERKIEZINGEN IN DE VERENIGDE STATEN |  DONALD TRUMP |  RUSLAND
 INTERNETCRIMINALITEIT

 **TOM KRELING**
 VOLGEN
◉ MEER TOM KRELING

 **HUIB MODDERKOLK**
 VOLGEN
◉ MEER HUIB MODDERKOLK

**VERKIEZINGEN IN DE VS**
2035 ARTIKELEN