# Exhibit 138

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Tom Kreling, Huib Modderkolk

Limassol.

Het is de 36-jarige Aleksej Gubarev twintig minuten gelukt om rustig te blijven. Hij hing achterover in zijn bureaustoel pratend over zijn internationale internetbedrijf – 'top-20 in de wereld'-, ~~terwijl zijn armen leunden op de beginnende buik onder zijn witte overhemd.~~ m

~~M~~aar nu schiet de jonge Rus ineens overeind en slaat hij met zijn linkervuist hard op de zes meter lange vergadertafel. 'Ik heb nul, nul contact met Russische inlichtingendiensten. Ik praat met niemand. Nooit.' Hij kijkt nog even ~~woest~~ boos en zakt dan weer terug in zijn stoel.

Aleksej Gubarev was vorige week ineens wereldnieuws. Hij zou een spion zijn, gerekruteerd door de Russische veiligheidsdienst FSB. Zijn naam en die van zijn Nederlandse bedrijf Webzilla stonden op pagina 35 van het explosieve rapport over de aankomende Amerikaanse president Donald Trump. Gubarev en een andere 'hackexpert' zouden belangrijke spelers zijn geweest bij de Russische hacks tijdens de Amerikaanse verkiezingen. Ze zouden, met campagnemedewerkers van Trump, hebben samengespannen tegen de Democraten. En zijn bedrijf Webzilla zou daarbij 'gefaciliteerd' hebben.

Een Nederlandse link in een internationaal schandaal. Spectaculair nieuws, maar tot op heden zonder bewijs, zoals ook geldt voor andere beweringen in het rapport.

En daarom is Gubarev kwaad. 'M'n reputatie ~~is~~ wordt op deze manier geruïneerd. En nu moet ik allemaal tijd besteden aan deze 'bullshit'.' Af en toe lacht hij tijdens het gesprek, maar zijn donkere ogen doen nooit mee. Hij heeft wel een vermoeden waarom zijn naam ineens opdook in het rapport. 'Iemand probeert me te naaien. Een kunstje te flikken.' Maar dat zal hij dadelijk uitleggen.

Op het eerste gezicht lijkt het niet logisch om de directeur van een internetbieder in te schakelen voor digitale aanvallen. Hackers gelieerd aan de Russische overheid werken juist tegenovergesteld: ze huren servers bij vage bedrijfjes, betalen met de digitale munt Bitcoin en verdwijnen daarna weer. Anoniemer kan niet. Dat maakt het noemen van daders, laat staan opdrachtgevers, in dit soort zaken verschrikkelijk lastig: hackers laten geen



P-P000576-a14

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

handtekening achter. Alleen de gekozen route, het tijdstip van de hack en de methode kunnen iets verraden over hun afkomst.
Dus waarom zou de Russische geheime dienst Webzilla inzetten om de Democraten te hacken? Het lijkt onwaarschijnlijk.

Toch is er ook een aantal eigenaardigheden rond het bedrijf. Want waarom staat Webzilla jarenlang geregistreerd op Nederlandse adressen van nietsvermoedende mensen in Amersfoort? OPMERKING: WE HEBBEN GEBRUIK GEMAAKT VAN EEN TRUST BEDRIJF EN HEBBEN DAARDOOR ZELF NOOIT CONTROLE GEHAD, IMMERS TRUST REGELT JE ZAKEN REMOTE. MET DE KOMST VAN ONZE CFO IS DEZE RELATIE DIRECT STOP GEZET. DIT IS IN 2012 of 2013 GEDAAN.

~~Waarom biedt een aanzienlijk deel van de klanten van het bedrijf 'adult content' aan?~~ (KLOPT DIT FEITELIJK? er wordt niet op teruggekomen behalve in de inzet waardoor een link met illegale content wordt gesuggereerd die er niet is)

6% Van de omzet van Webzilla is Content. Binnen andere merken zoals Servers.com is het verboden content te hosten. Dit hebben we ook aangegeven. We hebben de policy dit niet meer te hosten.

Hoe kan het dat het bedrijf van Gubarev in korte tijd een gigantische groei doormaakte en de jonge Rus razendsnel miljonair werd? Het bedrijf doet namelijk niets anders dan wat andere zogeheten hostingproviders wereldwijd doen: webruimte aanbieden waar klanten hun data opslaan of doorheen laten gaan.

Waarom ging Gubarev op 22-jarige leeftijd naar Cyprus, terwijl hij zijn opleiding aan de technische universiteit in Siberië nog niet af had gemaakt? En waarom koos hij Cyprus als locatie voor het hoofdkantoor van moederbedrijf XBT, een eiland voor de kust van Libanon met uitstekende mogelijkheden voor inventieve belastingconstructies?

Voor Gubarev op deze vragen wil ingaan, laat hij trots zijn kantoor zien, gelegen aan een rommelige, drukke weg in de Cypriotische kustplaats Limassol. Voor het kantoor staat een meterslange, houten draak. 'Het logo van Webzilla is een draak. Deze heb ik zelf in Indonesië uitgezocht en hierheen laten verschepen.' Gubarev heeft een blauw linnen pak aan, met daaronder blauwe suède instappers. In rap tempo loopt hij door het gebouw, een hand in zijn zak.

P-P000576-a15

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Op de begane grond van het kantoor is een kleurrijke recreatieruimte met spelcomputers, een voetbalspel. Her en der liggen zitzakken. In een hoek staat een tafeltennistafel, met er omheen een soort tribune, in de vorm van een amfitheater. 'Ik wilde een beetje aansluiten bij de Google-cultuur. Ik denk dat wij het enige kantoor zijn met een amfitheater.' Hier kan hij ook mooi zijn personeel toespreken, vertelt Gubarev.

Draken komen overal terug in het kantoor. In zijn eigen werkkamer heeft hij een ingelijste gouden draak hangen. Cadeautje van een zakenrelatie. Midden in de kamer staat een fitnessbank, met wat gewichten. Daarnaast staat een platenspeler, aan de linkerkant ligt een stapel met platen van Michael Jackson. 'Ik heb alles van hem.'

Gubarev gaat in de vergaderkamer zitten, om te vertellen over zijn bedrijf. Hij heeft Jochem Steman gevraagd bij het gesprek te zitten - een Nederlander - die verantwoordelijk is voor de bouw van een nieuw datacentrum van Webzilla in Amsterdam-Zuidoost. Steman heeft voorafgaand aan het interview nog geprobeerd verregaande eisen te stellen. Zo wilde Gubarev een veto over de gehele tekst en mocht er over niets anders worden geschreven dan zijn bedrijf. "Wij zijn opeens, ongewild en onterecht, in het middelpunt van de media-aandacht gekomen. Het is fakenews, maar wel schadelijk voor ons bedrijf. We willen graag openheid geven, maar ook waken voor onze reputatie. Vandaar de wens van de afspraken", aldus Gubarev

Gubarev werd geboren in de Siberische stad Oest-Ilimsk, waar zijn vader, ingenieur, een zaak in houtexport dreef. Een serieuze onderneming, zegt zegt hijzelf. 'Hij kapte zo'n 5000 meter per maand. Een behoorlijk volume.' De opbrengst verkocht hij vooral aan China en Japan.
Na zijn middelbare school begon Gubarev aan de beroemde universiteit van Novosibirsk, waar hij wiskunde studeerde. De studie maakte hij niet af, omdat z'n vrouw zwanger raakte en hij op z'n twintigste vader werd.

Om zijn gezin te onderhouden, werd hij consultant in de 'internet business'. 'Zo verdiende ik mijn eerste geld.' Twee jaar later begon hij zijn eigen bedrijf, op Cyprus. Waarom daar? 'Omdat ik het in Moskou niet kon betalen.' Toen hij er eenmaal was, bedacht hij dat het eiland helemaal geen slechte plaats was om te leven. 'Ik kreeg een lening tegen maar 6 procent hier, kocht een huis en verhuisde mijn gezin hierheen.' Zo simpel was het.

P-P000576-a16

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Net zou eenvoudig is volgens hem de manier waarop hij vervolgens zijn bedrijf in razend tempo opbouwde, uitbouwde en rijk werd. Zijn groei kan hij simpel verklaren: hij biedt betere service dan z'n concurrenten en tegen lagere tarieven. 'Ik begon met het huren van tien servers in Nederland, van Leaseweb.' En daarna vloog hij de wereld over en zat hij dag in dag uit aan de telefoon om de ruimte op de servers te verhuren. Vorig jaar had hij een omzet van 50 miljoen dollar.

Als hostingprovider verhuurt hij via zijn servers ruimte voor internetverkeer. Daar gaat technisch weleens iets bij mis en Gubarev belooft dan dat direct op te lossen, 24 uur per dag. In de analogie van een snelweg: Webzilla biedt niet alleen perfect asfalt aan, maar ook een snelle wegenwacht. Doordat het bedrijf eigen technici laat werken bij grote datacentra, garandeert het elke klant dat storingen binnen 15 minuten verholpen zijn. 'Klanten hoeven daar niet extra voor te betalen, zoals bij andere bedrijven.' Hij kan onder meer goedkoper werken, zegt hij, omdat hij relatief goedkope arbeidskrachten inhuurt voor technische ondersteuning, bijvoorbeeld vanuit Oekraïne.

Nederland is voor mijn bedrijf erg belangrijk, vertelt Gubarev, als een knooppunt in het wereldwijde web. Daar komen talloze belangrijke internetkabels samen en ook bedrijven als Google en Microsoft hebben er grote datacentra. Daarom bouwt Webzilla op dit moment een eigen datacentrum in Amsterdam-Zuidoost.

Webzilla is geen data center aan het bouwen, dit betreft Datacenter.com een compleet andere entiteit en heeft NIKS te maken met Webzilla of de andere brands, behalve dezelfde investeerder XBT.

Maar de postadressen die Webzilla de afgelopen jaren in Nederland had, passen hier niet echt bij. Zoals op een afgeleefd huisje op recreatiepark Country Club Midland Parc in het Amersfoortse bos, waarvan de eigenaresse een bejaarde mevrouw uit Emmen is. En op een inmiddels dichtgetimmerde woning nabij achterstandswijk in Amersfoort. Of op het adres van een medewerker van een verpakkingsbedrijf voor de tuinbouw, die nog nooit van Webzilla heeft gehoord.

Daar weet ik niets van, zegt Gubarev kortaf. 'Denk je echt dat ik dat allemaal check? Daar heb ik een trustbedrijf voor. Die regelen dat. Ik denk dat het te maken heeft met een trustkantoor waar we vroeger zaken meededen. Daar zijn we inmiddels bij vertrokken.' Daarnaast laat hij zijn boeken elk jaar controleren

P-P000576-a17

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

door accountantskantoor KPMG. 'Ik ben volkomen transparant. Ik kan alles uitleggen. We willen ook aan ieder onderzoek meewerken, maar zijn nog door geen enkele officiële instantie benaderd.'

Hij vindt het absurd dat mensen ineens aan hem twijfelen. Een jonge Rus die in tien jaar tijd een miljoenenbedrijf heeft opgebouwd, dat een relatief eenvoudig product levert?

Wat is daar opmerkelijk aan, vraagt Gubarev ~~kwaad~~. 'Ik heb dit zelf bedrijf vanaf de bodem opgebouwd.  Mijn concurrenten zijn gewoon niet goed genoeg. Ik ken veel mensen. Ze vertrouwen me, maar nu ben ik beschadigd.' Nee, er zit geen ander Russisch geld achter, zegt hij. 'We zijn met z'n drieën dit bedrijf begonnen; Konstantin Bezruchenko, ik en Alexander Borodin, een vriend van me. Ik ben de grootste aandeelhouder.'

Maar dat geeft allemaal nog steeds geen antwoord op de vraag waarom hij ineens in het explosieve rapport over Trump staat.

Gubarev zucht. Dat vraagt hij zich al dagen af. Hij kan eigenlijk maar één ding bedenken. Eén keer in zijn leven heeft hij zich bemoeid met politiek, in november vorig jaar. Toen werd hij door persbureau Bloomberg gevraagd om zijn mening over een technische kwestie met politieke implicaties.
Er was een verhaal verschenen dat de organisatie rondom Trump met servers van de Russische Alfa Bank zou communiceren. Bestanden van deze servers zouden bewijzen dat Trump banden met de Russen had.
Gubarev zei vervolgens tegen Bloomberg dat die bestanden over het dataverkeer nooit op 'legale wijze' verkregen konden zijn. Met andere woorden: er waren servers van bijvoorbeeld Alfa Bank gehackt om bestanden in te zien.

Die opmerking heeft hem in de problemen gebracht, denkt Gubarev. Daarmee mengde hij zich in het politieke krachtenveld van Hillary Clinton, Donald Trump en Vladimir Poetin. En nu probeert iemand hem stuk te maken door zijn naam in een rapport te stoppen.

De gevolgen zijn er al. Dinsdagavond 10 januari stond het rapport op de Amerikaanse website Buzzfeed, de volgende ochtend zag Gubarev het en werd hij overspoeld door telefoontjes van bezorgde relaties. Hij wilde juist deze week bekendmaken dat Webzilla nóg eens twee locaties zou openen, maar dat is 'on hold' gezet. 'Door de berichtgeving hebben twee Nederlandse banken

P-P000576-a18

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

~~zich per direct teruggetrokken~~vragen gesteld en het even on hold gezet. Ik ~~heb nu al enorme~~leidt dus schade door deze publiciteit. Waar mogelijk ga ik dan ook juridische stappen zetten.'

Ook Jochem Steman schudt hardnekkig zijn hoofd. 'Waarom kijkt iedereen naar Webzilla? Kijk bijvoorbeeld eens naar Serverius in Nederland, die hebben alleen maar Russische klanten.'

OPMERKING SEVERIUS IS GEEN HOSTING PROVIDER MAAR EEN DATA CENTER PROVIDER DUS VERGELIJKING MET WEBZILLA GAAT IN DEZE NIET OP.

Maar was Gubarev vorig jaar in Praag, zoals het rapport suggereert, om met medewerkers van Trump te overleggen? 'Ik ben normaal elk jaar in Praag, omdat er vrienden wonen. Maar vorig jaar ben ik er maar één uur geweest, met mijn vrouw en dochter. Op 21 juli. We moesten overstappen voor een vlucht naar Riga.'

Was zijn partner Bezruchenko dan misschien in Praag? Hij zou ook betrokken zijn geweest bij geheime deals. 'Bezruchenko was in oktober twee weken (KLOPT DIT FEITELIJK?) DIT KLOPT! OP HITACHI EVENT in Praag voor een congres, niet in augustus of september zoals het rapport stelt.'

Klopt het dat hij ál het contact met zijn klanten, een imposant aantal inmiddels, zelf onderhoudt? 'Mensen vertrouwen mij.'

Zouden de hacks via zijn servers kunnen hebben plaatsgevonden, zonder dat hij het weet? Onzin, zegt Gubarev stellig. 'Bij ons betaal je met creditcard of een bankoverschrijving. Wij accepteren geen bitcoins. Nooit. Daardoor staat elke transactie met elke klant op papier.'

Maar heeft hij recent gekeken of er misschien toch vreemd dataverkeer via zijn servers is gegaan? Nee, zegt hij. 'Het mag niet eens. Ik heb inmiddels 37.000 servers wereldwijd, maar wij mogen daar van de wet niet bij.'

En dus zou het kunnen dat hacks via zijn servers in Nederland zijn gelopen? In de lijst met bijna negenhonderd ip-adressen die Russische hackers gebruikten bij aanvallen op de Democratische Partij, bleken zeventig adressen in Nederland te zijn. Dat zegt op zich niets. Zoals Rijkswaterstaat niet exact weet wie er op welk moment over hun wegen rijdt, zo weten hostingproviders

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

niet welke data er over hun servers gaan. Hier kan Gubarev kort over zijn: 'Er zaten geen ip-adressen van mij bij.'

Gubarev wil gewoon z'n zaken doen, geld verdienen en tijd aan z'n hobby's besteden. Hij heeft inmiddels een flinke verzameling auto's (KLOPT DIT FEITELIJK?) WAT IS EEN FLINKE VERZAMELING? GEEN IDEE WAAR MEN NAAR TOE WILT GAAN, JA HIJ HEEFT EEN ROLLS (ALTHANS XBT HEEFT EEN ROLLS) DAARNAAST WAT OLDTIMERS EN SERVERS.COM HEEFT EEN RACE AUTO (CIRCUIT AUTO), waaronder een witte Rolls Royce Phantom. En 's ochtends voor hij aan het werk gaat, mag hij graag nog even wakeboarden achter z'n 25-meter lange jacht 'Just4Us'. (KLOPT DIT FEITELIJK?) NEE: ER IS AANGEGEVEN OMDAT EEN VAN DE VERSLAGGEVERS WAKEBOARDEN LEUK VINDT DAT HIJ DIT ACHTER ZIJN BOOT DOET MAAR DAT DIT ALLEEN 'S OCHTENDS KAN OMDAT HET WATER DAN RUSTIG IS. DIT IS NIMMER VOOR HET WERK GEDAAN! Even flink gas geven en dan krijgt-ie prachtige golven. 'Wel drie meter hoog. Dan kun je wel springen.' Over politiek zal Gubarev zich nooit meer uitlaten. 'Ze hoeven mij nooit meer te bellen voor commentaar.'

Inzet:

Hoe lastig het is om te achterhalen wie betrokken zijn bij een hack, blijkt een voorbeeld van afgelopen zomer. Van juni tot augustus 2016 werden de stemcomputers in de Amerikaanse staten Arizona en Illinois aangevallen door hackers. De FBI zei in rapport dat de Russische overheid achter de hacks zat en publiceerde de acht ip-adressen die hiervoor werden gebruikt. Een Amerikaans beveiligingsbedrijf analyseerde vervolgens dat zes van de acht van een internetbedrijf van een 26-jarige Rus waren. Die had vanuit zijn appartement in Rusland een hostingbedrijf opgezet in Nederland: King Servers in Dronten. Naar eigen zeggen met duizend klanten, van wie tussen de 20 en 30 procent porno aanbiedt. Nederlandse autoriteiten, zei hij tegen de New York Times, hadden hem al meermaals gewaarschuwd dat via zijn servers malware en kinderporno was gegaan. In alle gevallen had hij de overeenkomst met die huurders opgezegd. Als de FBI naar Rusland zou komen, zou hij direct alle gegevens over zijn klanten overhandigen zodat ze op zoek konden gaan naar de daders van de hacks van de stemcomputers.
Was hier sprake van opzet? Van bluf of van een vriendelijk aanbod? Was de 26-jarige eigenaar betrokken bij de hacks of werden zijn servers ongewild misbruikt? Er zal waarschijnlijk nooit antwoord komen. De FBI is niet naar Rusland gegaan om de gegevens op te halen. En zo is het onwaarschijnlijk

P-P000576-a20

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

geworden dat er ooit meer duidelijkheid komt over de exacte rol van King Servers bij de hack.

P-P000576-a21

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Tom Kreling, Huib Modderkolk

Limassol

36-year-old Aleksej Gubarev has managed to remain calm for twenty minutes. He leaned back in his desk chair, talking about his international internet company – "top 20 in the world,"- ~~while his arms rested on the nascent belly under his white shirt.~~b

~~B~~ut now, the young Russian shoots up and slams his left fist hard on the six meter long conference table. "I have zero, zero contact with Russian intelligence services. I talk to no one. Never." He appears ~~furious~~angry for a moment, and then sinks back into his chair.

Aleksej Gubarev was suddenly worldwide news last week. He was supposedly a spy, recruited by the Russian security service, FSB. His name and that of his Dutch company Webzilla were on page 35 of the explosive report about the incoming American president, Donald Trump. Gubarev and another 'hacking expert' were allegedly important players in the Russian hacks during the American elections. They were said to have colluded, with Trump's campaign staff, against the Democrats, and his company Webzilla allegedly 'facilitated' this.

A Dutch link in an international scandal; spectacular news, but as yet unproven- as is also the case for other claims in the report.

And that's why Gubarev is angry. "~~My reputation is ruined~~This will ruin my reputation. And now I have to spend all this time on this bullshit." He smiles now and then during the conversation, but it never reaches his dark eyes. He does suspect why his name suddenly arose in the report. "Someone's trying to screw me. Pull a fast one." But he'll account for that immediately.

At the first glance, it doesn't seem logical to connect the director of an internet provider to digital attacks. Hackers affiliated with the Russian government actually work the opposite: they rent servers from vague little companies, pay with the digital currency Bitcoin, and then disappear again. It can't get more anonymous. That makes naming perpetrators, let alone clients, in this sort of incident terribly difficult: hackers don't leave

P-P000576-a14


EXHIBIT 18B
WIT Jochem Steman
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

their signatures. Only the route chosen, the time of the hack, and the method can betray anything about their origin.
So why would the Russian secret service engage Webzilla to hack the Democrats? It seems unlikely.

Nevertheless, there are some idiosyncrasies around the company- like, why would Webzilla be registered at Dutch addresses of unsuspecting people in Amersfoort for years? COMMENT: WE USED A TRUST COMPANY, AND HAVE THEREFORE NEVER CHECKED OURSELVES. SURELY, TRUSTS MANAGE YOUR AFFAIRS REMOTELY. THIS RELATIONSHIP WAS IMMEDIATELY TERMINATED UPON THE ARRIVAL OF OUR CFO. THIS WAS DONE IN 2012 OR 2013.

~~Why do a substantial segment of the company's clients offer "adult content?"~~ (IS THIS TRUE? It wasn't revisited, other than in the outset through which a link with illegal content was suggested, that's not there)

6% of Webzilla's revenue is Content. Within other brands, such as Servers.com, hosting content is forbidden, which we pointed out. We have a policy of no longer hosting this.

How is it that Gubarev's company underwent gigantic growth in a short time, making the young Russian a millionaire rapidly? The company doesn't do anything different than what other so-called 'hosting providers' do worldwide: offer web space where clients can archive or go through their data.

Why did Gubarev go to Cyprus at age 22, while he had yet to complete his studies at the technical university in Siberia? And why did he choose Cyprus, an island off the coast of Lebanon with outstanding possibilities for inventive tax constructions, as location for the main office of mother company XBT?

Before Gubarev will comment on these questions, he proudly showcases his office, located on a messy, busy street in the Cypriot coastal city Limassol. A meters-long wooden dragon stands in front of the office. "The logo of Webzilla is a dragon. I found this myself in Indonesia, and had it shipped here." Gubarev is wearing a blue linen suit, with blue suede slip-ons underneath. He walks through the office in rapid tempo, one hand in his pocket.

P-P000576-a15

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

On the ground floor of the office is a colorful recreational space with consoles, a soccer game. Beanbags lie here and there. A table tennis table stands in a corner, with a sort of gallery around it in the form of an amphitheater. "I wanted to connect a bit with the Google culture. I think that we're the only office with an amphitheater." He can also address his personnel here nicely, Gubarev reports.

Dragons are a recurring theme in the office. He has a framed golden dragon hanging in his own office- gift from a business acquaintance. An exercise bench stands in the middle of the office, with some weights. There's also a record player; a stack of Michael Jackson records sits to the left. "I have everything he's done."

Gubarev goes to sit in the conference room to talk about his company. He's asked Jochem Steman, a Dutchman who's responsible for the construction of a new Webzilla data center in Amsterdam Southeast, to sit in on the conversation. Prior to the interview, Steman attempted to assert far-reaching demands; Gubarev wanted a veto over the entire text, and nothing other than his company could be written about.
"We are suddenly unintentionally and unjustly the focus of media attention. It is fake news, but still damaging to our business. We would like to offer openness, but also guard our reputation; that's why we wanted the agreements," according to Gubarev.

Gubarev was born in the Siberian city Ust-Ilimsk, where his father, an engineer, had a timber export business. A serious enterprise, he says. "He felled about 5000 meters per month; a respectable volume." He sold the yield primarily to China and Japan.
After high school, Gubarev started at the renowned university of Novosibirsk, where he studied mathematics. He didn't complete his education, because his wife got pregnant and he became a father at age twenty.

He became a consultant in the 'internet business' to support his family; "that's how I earned my first money." He started his own company two years later, in Cyprus. Why there? "Because I couldn't afford it in Moscow." Once he was there, he thought the island wasn't such a bad place at all to live. "I got a loan here for only 6 percent, bought a house, and moved my family here." It was that simple.

P-P000576-a16

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Just as simple, according to him, is the manner in which he then rapidly built his company, expanded, and became rich. He can explain his growth effortlessly: he offers better service than his competition, and for lower prices. "I started by renting ten servers in The Netherlands, from Leaseweb." Afterwards, he flew all over the world and was on the phone day in and day out to lease the space on the servers. His revenue last year was 50 million dollars.

As hosting provider, he leases space for internet traffic via his servers. Things do occasionally go wrong with this, and Gubarev promises immediate solutions, 24 hours per day. In the analogy of a freeway: Webzilla not only offers perfect asphalt, but also a rapid roadside assistance. Because the company allows their technicians to work in large data centers, it guarantees that every client is helped within 15 minutes of a malfunction. "Clients don't have to pay extra for this, as they do with other companies." He can work for less, he says, because he hires relatively cheap workers for technical support (from the Ukraine, for instance).

The Netherlands is very important to my company, states Gubarev, as a hub in the worldwide web. Countless important internet cables converge there, and companies such as Google and Microsoft have large data centers there. That's why Webzilla is currently building their own data center in Amsterdam-Southeast.

Webzilla is not building a data center, that's in regards to Datacenter.com, a completely different entity which has NOTHING to do with Webzilla or the other brands, other than the same investor, XBT.

But the mailing addresses Webzilla had in The Netherlands in years past really don't mesh with this. Such as at a decrepit little house at Country Club Midland Park recreation park in the Amersfoort forest, where the owner is an elderly woman from Emmen. And a residence that's since been boarded up, near a bad neighborhood in Amersfoort. Or at the address of an employee of a horticultural packaging company, who's never heard of Webzilla.

I don't know anything about that, says Gubarev ~~abruptly~~. "~~Do you really think that I check all that? That's why I have a trust company. They arrange that.~~" I think that has something to do with a trust company we used to do business with; we have since left them." In addition, he has his books checked annually

P-P000576-a17

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

by accounting office KPMG. "I am completely transparent. I can account for everything. We do want to cooperate with every investigation, but have yet to be approached by any official authority."

He thinks it's absurd that people suddenly doubt him. A young Russian who built a multi-million dollar company in ten years, which supplies a relatively simple product?

What's remarkable about that, asks Gubarev ~~angrily~~. "I built this business from the bottom up. My competition just isn't good enough. I know a lot of people. They trust me, but now I'm damaged." No, there's no other Russian financial backing, he says. "The three of us started the company; Konstantin Bezruchenko, me, and Alexander Borodin, a friend of mine. I'm the largest shareholder."

But that still doesn't answer the question of why he appears unexpectedly in the explosive report about Trump.

Gubarev sighs. He's been asking that for days. He can really only think of one thing. Once in his life he got involved in politics, in November last year, when the media company Bloomberg asked for his opinion regarding a technical question with political implications.
A story arose that the organization surrounding Trump allegedly communicated with servers from the Russian Alfa Bank. Files from these servers supposedly proved that Trump had ties to the Russians.
Gubarev told Bloomberg at that time that the files concerning the data traffic could never have been obtained in a "legal manner." In other words: servers from Alfa Bank, for instance, were hacked in order to seize files.

This comment got him into trouble, Gubarev thinks. It got him involved in the political force field of Hillary Clinton, Donald Trump, and Vladimir Putin. And now, someone's trying to damage him by sticking his name in a report.

There are already consequences. The report was on the American website Buzzfeed on Thursday evening, January 10; Gubarev saw it the following morning, and was deluged by phone calls from concerned contacts. He actually wanted to announce this week that Webzilla was going to open two locations, but that's been put 'on hold.' "The coverage caused two Dutch banks

P-P000576-a18

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

~~to withdraw immediately~~ to pose questions and put things on hold for now. So I'm suffering ~~I already have enormous~~ loss due to this publicity; I may take legal steps."

Jochem Steman also stubbornly shakes his head. "Why is everyone looking at Webzilla? Take a look at Serverius in The Netherlands, they only have Russian clients."

COMMENT: SEVERIUS IS NOT A HOSTING PROVIDER, BUT A DATA CENTER PROVIDER, SO COMPARISON WITH WEBZILLA DOES NOT APPLY IN THIS CASE.

But was Gubarev in Prague last year, as the report suggests, conferring with Trump's staff? "I normally go to Prague every year, because friends live there. But I was only there one hour last year with my wife and daughter on July 21. We had to transfer to a flight to Riga."

Maybe his partner Bezruchenko was in Prague, then? He was allegedly also involved in secret deals. "Bezruchenko was in Prague for two weeks (IS THIS TRUE?) THAT'S TRUE! AT HITACHI EVENT for a conference in October, not in August or September, as the report specified."

Is it true that he maintains all contact with his clients, a formidable number, himself? "People trust me."

Could the hacks have taken place via his servers without his knowledge? Nonsense, says Gubarev adamantly. "You pay us with a credit card or a bank transfer. We don't accept Bitcoins. Never. Every transaction with every client is therefore on paper."

But has he checked recently to see if there may be strange data traffic over his servers? No, he says. "It's not even allowed. I now have 37,000 servers worldwide, but the law doesn't allow us access."

So could it be that the hacks occurred via his servers in The Netherlands? In the list of almost nine hundred IP addresses that Russian hackers used in attacks on the Democratic Party, seventy addresses appear to be in The Netherlands; that doesn't necessarily say anything. Just as the Department of Waterways and Public Works doesn't know exactly who's driving their roads at any moment, so it is that hosting providers

P-P000576-a19

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

don't know which data is on their servers. Gubarev addresses this shortly: "None of my IP addresses are on the list."

Gubarev just wants to do his job, earn money, and spend time on his hobbies. He now has a considerable automobile collection (IS THIS TRUE?) WHAT IS A CONSIDERABLE COLLECTION? NO IDEA WHY PEOPLE WANT TO GO INTO THIS; YEAH, HE HAS A ROLLS (AT LEAST, XBT HAS A ROLLS), AND OLDTIMERS AND SERVERS.COM HAS A RACE CAR (CIRCUIT CAR), including a white Rolls Royce Phantom. And in the morning before he goes to work, he likes to wake board behind his 25 meter long yacht, "Just4Us." (IS THIS TRUE?) NO: THIS WAS MENTIONED BECAUSE ONE OF THE REPORTERS ENJOYS WAKE BOARDING, THINKS IT'S COOL THAT HE DOES THIS BEHIND HIS BOAT, BUT THIS CAN ONLY HAPPEN IN THE MORNING WHEN THE WATER IS CALM. THIS IS NEVER DONE BEFORE WORK! Just step on the gas and you'll have beautiful waves. "At least three meters high- then you can jump." Gubarev will never talk about politics again. "They never have to call me for commentary."


At stake:

The difficulty in uncovering who's involved in a hack can be seen in an example from last summer. The voting computers in the American states Arizona and Illinois were attacked by hackers from June until August 2016. The FBI stated in a report that the Russian government was behind the hacks, and published the eight IP addresses which were used. An American security company then analyzed that six of the eight were from a 26-year-old Russian's internet company. He had set up a hosting company in The Netherlands, King Servers in Dronten, from his apartment in Russia. He claims a thousand clients, of whom 20-30 percent offer porn. As he told the New York Times, Dutch authorities had warned him multiple times that malware and child pornography had travelled via his servers. In every case, he cancelled the contract with the users. If the FBI went to Russia, he would immediately hand over all information concerning his clients so that they could search for the perpetrators of the voting computer hacks.
Was there intention here? A bluff, or a friendly offer? Was the 26-year-old owner involved in the hacks, or were his servers unintentionally misused? There will likely

P-P000576-a20

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

never be an answer. The FBI didn't go to Russia to pick up the information. And so it is unlikely that there will ever be more clarity regarding the exact role of King Servers in the hack.

P-P000576-a21



# CERTIFICATION

Schreiber Translations, Inc.
51 Monroe Street
Suite 101
Rockville, MD 20850

P: 301.424.7737
F: 301.424.2336

This is to certify that the attached English language document, identified as P-P000576-a14_ENG is a true and accurate translation of the original Dutch language document to the best of our knowledge and belief.

Executed this 11th day of May, 2018

_____
Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com
www.schreibernet.com