# Exhibit 140



  background Menu

Archive  Archive

# Overseas Web Kid Porn Laws Loose

CHRIS BRUMMITT
Aug. 09, 2001



JAKARTA, Indonesia (AP) _ Police in Indonesia and Russia said Thursday that prosecuting suspects in their countries linked to a Texas-based online child pornography ring will be difficult, due to loose laws governing the Internet and pornography.

Federal officials in Washington said Wednesday that they have arrested 100 subscribers to child pornography Web sites, which they said had some 250,000 subscribers worldwide and grossed up to $1.4 million a month. Authorities called it the largest child-pornography business ever discovered in the United States.

The source of the bulk of the material came from Indonesia and Russia, where officials believe so-called Webmasters operated the sites.

Indonesia has no laws banning online pornography, and activists there say cybercrime flourishes with the help of lazy policing.

``Indonesia is a heaven for child pornography,″ Ade Armando, of Indonesia's Anti-Pornography Society, said Thursday. ``Sadly, it is completely unregulated here. You can do anything.″

National police spokesman Maj. Gen. Didi Widayadi said officers would try and find Aries Dharmann and Michael Yamim _ Indonesians who U.S. agents in the Texas case said helped operate the site. However, he said, without laws specifically banning child or other pornography on the Internet, prosecution would be difficult.

``We are still studying the legal aspects of the case,″ said Widayadi. ``We do not yet have regulations governing this matter.″

An Interior Ministry official in Moscow said that at least 10 Russian operators are being investigated in

the case, but that they are certain to get away with no more than two years in prison if convicted there.

Russian law does not distinguish between child pornography and pornography involving adults, and treats the production and distribution of either as a minor crime, said Dmitry Chepchugov, head of the Russian Interior Ministry's department for high technology crimes.

Russian police often complain about the legal chaos that has turned Russia into an international center of child pornography production.

``Unfortunately, Russia has turned into a world trash bin of child pornography,″ Chepchugov told reporters in Moscow.

Indonesia, the world's fourth-most populous Muslim country, has long banned non-Internet pornography, in line with traditions of modesty and religious conservatism. However, explicit videos are sold openly at street markets, and convictions of sellers are rare.

Things are even more lax when it comes to the regulation of the Internet.

``The law here is weak and kids are vulnerable to exploitation,″ said Seto Mulyadi, chairman of Indonesia's national commission for children's rights.

Armando said many Web sites based here depict children having sex. However, he said Indonesia appears to be a base for distribution, rather than production, and most of the sites show children who come from Vietnam, Thailand and China.

---

Women supporting Kavanaugh find themselves in storm's center

NEW YORK (AP) — It started as a series of phone calls among old high-school friends…

 Yesterday

## Ad Content

This Photo Is Not Edited. Look Closer

2 Savings Accounts Your Bank Doesn't W…

Promoted: MedicalMatters

Promoted: MyFinance Bank
Referrals

She Lost Weight
And Now Looks
Incredible!

Promoted: Miss Penny
Stocks

This Is How District
Of Columbia
Home…

Promoted: Dollarfreedom |
LendingTree Mortgage Quotes

## Grizzly's rare aggressive attack kills 1, puzzles officials

CHEYENNE, Wyo. (AP) — Grizzly bears aren't docile animals, but an especially aggressive…



4 days ago

## Lawsuit: New Mexico soccer player raped by team members

HOBBS, N.M. (AP) — Members of a southeastern New Mexico high school soccer…



3 days ago

# Ad Content

Man Buys New House.
Then His Gut Tells Him To
Dig In His Backyard
Promoted: IcePop

Sandra Bullock's Son Was a
Cute Kid, But He Looks
Totally Different Now
Promoted: Travelfuntu

60 Beautiful Abandoned
Places That Captured More
Than Expected
Promoted: History Daily

---

Relatives of Iowa man charged in golfer's
death 'devastated'

AMES, Iowa (AP) — Relatives of the 22-year-old
Iowa man charged in the stabbing death...

 Yesterday

---

Reality show doc, woman charged with
California drug rapes

LOS ANGELES (AP) — A California physician
who appeared in a reality TV dating show...

 3 days ago

### AP NEWS

About
Terms and Conditions
Privacy

### THE ASSOCIATED
PRESS

About Us
Products and Services
Media Center
Company
Contact Us
Careers

### MORE FROM AP

AP Images
AP Archives
AP Video Hub

### FOLLOW AP

   

All contents © copyright 2018 Associated Press. All rights reserved.