**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

                                            /

## DEFENDANTS' NOTICE OF SEALED FILING

Defendants BuzzFeed, Inc. and Ben Smith hereby provide notice pursuant to Southern District of Florida Local Rule 5.4(b)(1) and the Court's Order entered September 19, 2018, Dkt. 205 (the "September 19 Order"), of the filing of Defendants' Motion for Summary Judgment and Incorporated Memorandum of Law, and the supporting papers thereto.

Good cause exists for the sealing of these papers because they contain information and documents that were designated Confidential or Attorneys' Eyes only pursuant to the Court's Amended Protective Order, Dkt. 97, and information and documents disclosed by the U.S. Government under the terms of the Court's Protective Order entered August 24, 2018, Dkt. 194.

Pursuant to the September 19 Order, Defendants will file a public, redacted version of this Motion and its supporting papers within seven days.

Dated:  September 21, 2018

                                        Respectfully submitted,

                                        <u>/s/ Katherine M. Bolger</u>
                                        Katherine M.  Bolger
                                        Nathan Siegel
                                        Adam Lazier
                                        Alison Schary
                                        DAVIS WRIGHT TREMAINE LLP
                                        1251 Avenue of the Americas, 21st Floor
                                        New York, New York 10020
                                        katebolger@dwt.com
                                        nathansiegel@dwt.com
                                        adamlazier@dwt.com
                                        alisonschary@dwt.com

                                        <u>/s/ Roy Black</u>
                                        Roy Black
                                        Jared Lopez
                                        BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
                                        201 So.  Biscayne Boulevard
                                        Miami, Florida 33131
                                        rblack@royblack.com
                                        jlopez@royblack.com

                                        *Counsel for Defendants*