**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

## DECLARATION OF KATHERINE M. BOLGER

I, Katherine M. Bolger, declare as follows:

1. I am a partner at Davis Wright Tremaine LLP, counsel to Defendants, BuzzFeed, Inc. and Ben Smith, in this action.

2. I make this declaration in order to annex exhibits relied upon in Defendants' Motion for Summary Judgment.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of the Complaint in this action.

4. Annexed hereto as **Exhibit 2** is a true and correct copy of the Declaration of Ben Smith.

5. Annexed hereto as **Exhibit 3** is a true and correct copy of the Declaration of Ken Bensinger.

6. Annexed hereto as **Exhibit 4** is a true and correct copy of the Declaration of Mark Schoofs.

7. Annexed hereto as **Exhibit 5** is a true and correct copy of the Declaration of Miriam Elder.

8. Annexed hereto as **Exhibit 6** is a true and correct copy of the Declaration of Roy Cysner, previously filed in this action as Dkt. 15-4.

9. Annexed hereto as **Exhibit 7** is a true and correct copy of the Declaration of David Kramer.

10. Annexed hereto as **Exhibit 8** is a true and correct copy of the Declaration of E.W. Priestap.

11. Annexed hereto as **Exhibit 9** is a true and correct copy of the transcript of the April 30, 2018 deposition of Plaintiff Aleksej Gubarev.

12. Annexed hereto as **Exhibit 10** is a true and correct copy of the transcript of the deposition of Rajesh Kumar Mishra.

13. Annexed hereto as **Exhibit 11** is a true and correct copy of the transcript of the deposition of Kostyantyn Bezruchenko.

14. Annexed hereto as **Exhibit 12** is a true and correct copy of the transcript of the deposition of Constantin Luchian.

15. Annexed hereto as **Exhibit 13** is a true and correct copy of relevant excerpts of the deposition of David Kramer.

16. Annexed hereto as **Exhibit 14** is a true and correct copy of Exhibit 3 to the deposition of David Kramer.

17. Attached hereto as **Exhibit 15** is a true and correct copy of Exhibit 4 to the deposition of David Kramer.

18. Annexed hereto as **Exhibit 16** is a true and correct copy of relevant excerpts of the deposition of Christopher Steele.

19. Annexed hereto as **Exhibit 17** is a true and correct copy of relevant excerpts of the 30(b)(6) deposition of Fusion GPS.

20. Annexed hereto as **Exhibit 18** is a true and correct copy of the registration information for XBT Holding S.A. from the website of the Luxembourg Trade and Companies Register.

21. Annexed hereto as **Exhibit 19** is a true and correct copy of the 2016 Florida Profit Corporation Annual Report filed on February 23, 2016 with the Florida Secretary of State by Plaintiff Webzilla, Inc.

22. Annexed hereto as **Exhibit 20** is a true and correct copy of the 2017 Florida Profit Corporation Annual Report filed on April 30, 2017 with the Florida Secretary of State by Plaintiff Webzilla, Inc.

4822-1033-9955v.2 0100812-000009

23. Annexed hereto as **Exhibit 21** is a true and correct copy of document P-P000431.

24. Annexed hereto as **Exhibit 22** is a true and correct copy of document P-P000601, along with a certified English translation of it.

25. Attached hereto as **Exhibit 23** is a true and correct copy of Plaintiff Webzilla, Inc.'s Supplemental Responses to Defendants' First Set of Interrogatories.

26. Annexed hereto as **Exhibit 24** is a true and correct copy of document P-A000022.

27. Annexed hereto as **Exhibit 25** is a true and correct copy of document P-A000085.

28. Annexed hereto as **Exhibit 26** is a true and correct copy of document P-A000292.

29. Annexed hereto as **Exhibit 27** is a true and correct copy of a memorandum by the Majority Staff of the House Permanent Select Committee on Intelligence ("HPSCI") with the subject "Foreign Intelligence Surveillance Act Abuses at the Department of Justice and the Federal Bureau of Investigation," dated January 18, 2018, which is referred to in Defendants' Statement of Undisputed Material Facts as the "Nunes Memo."

30. Annexed hereto as **Exhibit 28** is a true and correct copy of the redacted public version of a memorandum from the HPSCI Minority Member with the subject "Correcting the Record – The Russia Investigations," dated January 29, 2018, which is referred to in Defendants' Statement of Undisputed Material Facts as the "Schiff Memo."

31. Annexed hereto as **Exhibit 29** is a true and correct copy of a transcript of testimony of Director James Comey and Admiral Michael Rogers before the HPSCI on March 20, 2017.

32. Annexed hereto as **Exhibit 30** is a true and correct copy of the redacted public version of an application for a FISA warrant relating to Carter Page, dated October 2016.

33. Annexed hereto as **Exhibit 31** is a true and correct copy of the redacted public version of an FBI Source Closing Communication, released by FBI as part of a group of documents entitled "Records Between the FBI and Christopher Steele." *See* https://vault.fbi.gov/records-between-fbi-and-christopher-steele/Records%20Between%20FBI%20and%20Christopher%20Steele%20Part%2001%20of%2002/view.

34. Annexed hereto as **Exhibit 32** is a true and correct copy of the redacted public version of an application for renewal of a FISA warrant relating to Carter Page, dated January 2017.

35. Annexed hereto as **Exhibit 33** is a true and correct copy of the redacted public version of the HSPCI report entitled "Report on Russian Active Measures," dated March 22, 2018, which is referred to in Defendants' Statement of Undisputed Material Facts as the "HSPCI Report".

36. Annexed hereto as **Exhibit 34** is a true and correct copy of a FOIA Request from the James Madison Project to the CIA dated January 11, 2017, filed in *James Madison Project v. Dep't of Justice*, No. 1:17-cv-00144-APM, Dkt. 8-2 (D.D.C.).

37. Annexed hereto as **Exhibit 35** is a true and correct copy of a FOIA Request from the James Madison Project to the Office of the Director of National Intelligence dated January 11, 2017, filed in *James Madison Project v. Dep't of Justice*, No. 1:17-cv-00144-APM, Dkt. 8-4 (D.D.C.).

38. Annexed hereto as **Exhibit 36** is a true and correct copy of the Declaration of Edward M. Gistaro, Deputy Director of National Intelligence for Intelligence Integration, Office of the Director of National Intelligence, filed in *James Madison Project v. Dep't of Justice*, No. 1:17-cv-00144-APM, Dkt. 14-4 (D.D.C.).

39. Annexed hereto as **Exhibit 37** is a true and correct copy of the public version of the Joint Intelligence Assessment titled *Assessing Russian Activities and Intentions in Recent U.S. Elections* dated January 6, 2017.

40. Annexed hereto as **Exhibit 38** is a true and correct copy of the Statement for the Record submitted to the Senate Select Committee on Intelligence by James Comey, dated June 8, 2017.

41. Annexed hereto as **Exhibit 39** is a true and correct copy of a letter from Senator Harry Reid to James Comey, dated October 30, 2016.

42. Annexed hereto as **Exhibit 40** is a true and correct copy of the initial version of the BuzzFeed article *The Reports Allege Trump Has Deep Ties to Russia*, published January 10, 2017 at approximately 6:20 pm.

43. Annexed hereto as **Exhibit 41** is a true and correct copy of Exhibit 4 to the deposition of Jeffrey Anderson.

44. Annexed hereto as **Exhibit 42** is a true and correct copy of a January 10, 2017 article by David Jackson and Kevin Johnson entitled *Intel Chiefs briefed Trump, Obama on*

4

*unverified, salacious allegations concerning Russia and President Elect* for USA Today, printed from the website at https://www.usatoday.com/story/news/politics/2017/01/10/russian-hacking-cnn-information-election-trump/96414062/.

45. Annexed hereto as **Exhibit 43** is a true and correct copy of a January 11, 2017 article by Scott Shane, Nicholas Confessore and Matthew Rosenberg entitled *How a Sensational, Unverified Dossier Became a Crisis for Donald Trump* for The New York Times, printed from the website at https://www.nytimes.com/2017/01/11/us/politics/donald-trump-russia-intelligence.html.

46. Annexed hereto as **Exhibit 44** is a true and correct copy of a January 11, 2017 article by Julian Borger entitled *John McCain passes Dossier alleging secret Trump-Russia contacts to FBI* for The Guardian, printed from the website at https://www.theguardian.com/us-news/2017/jan/10/fbi-chief-given-dossier-by-john-mccain-alleging-secret-trump-russia-contacts.

47. Annexed hereto as **Exhibit 45** is a true and correct copy of a January 11, 2017 article entitled *The Trump dossier: What we know, what we don't* for the Chicago Tribune, printed from the website at http://www.chicagotribune.com/news/opinion/editorials/ct-trump-putin-russia-dossier-edit-0112-md-20170111-story.html.

48. Annexed hereto as **Exhibit 46** is a true and correct copy of a January 11, 2017 article by Yochi Dreazen entitled *The bombshell report that Russia can blackmail trump, explained* for Vox, printed from the website at https://www.vox.com/policy-and-politics/2017/1/11/14233898/cnn-bombshell-report-russia-blackmail-trump-explained-videotape-sex-money.

49. Annexed hereto as **Exhibit 47** is a true and correct copy of a May 10, 2017 article by Luke Harding entitled *What do we know about alleged links between Trump and Russia?* for The Guardian, printed from the website at https://www.theguardian.com/us-news/2017/may/10/qa-what-we-know-about-alleged-links-between-trump-and-russia.

50. Annexed hereto as **Exhibit 48** is a true and correct copy of a July 12, 2017 article by Chuck Ross entitled *Does the Steele Dossier Describe What Happened in Trump Tower Meeting?* for Daily Caller, printed from the website at http://dailycaller.com/2017/07/12/does-the-steele-dossier-describe-what-happened-in-trump-tower-meeting/.

4822-1033-9955v.2 0100812-000009

51. Annexed hereto as **Exhibit49** is a true and correct copy of a September 6, 2017 article by John Sipher entitled *A Second Look at the Steele Dossier* for Just Security, printed from the website at https://www.justsecurity.org/44697/steele-dossier-knowing/.

52. Annexed hereto as **Exhibit 50** is a true and correct copy of a February 1, 2018 article by Shimon Prokupecz, *et al.*, entitled *FBI chief has 'grave concerns,' clashes with Trump over GOP memo* for CNN, printed from the website at https://www.cnn.com/2018/01/31/politics/nunes-memo-law-enforcement/index.html.

53. Annexed hereto as **Exhibit 51** is a true and correct copy of a February 3, 2018 article by Luke Harding entitled *Why Carter Page Was Worth Watching* for Politico, printed from the website at https://www.politico.com/magazine/story/2018/02/03/carter-page-nunes-memo-216934.

54. Annexed hereto as **Exhibit 52** is a true and correct coy of a March 12, 2018 article by Jane Mayer entitled *Christopher Steele, The Man Behind the Trump Dossier* for The New Yorker, printed from the website at https://www.newyorker.com/magazine/2018/03/12/christopher-steele-the-man-behind-the-trump-dossier.

55. Annexed hereto as **Exhibit 53** is a true and correct copy of an April 13, 2018 article by Peter Stone and Greg Gordon entitled *Sources: Mueller has evidence Cohen was Prague in 2016, confirming part of dossier* for McClatchy, printed from the website at https://www.mcclatchydc.com/news/politics-government/white-house/article208870264.html.

56. Annexed hereto as **Exhibit 54** is a true and correct copy of a May 10, 2018 article by Dom Callcchio entitled *'I would do it again,' McCain writes about release of Steele dossier to FBI* for Fox News, printed from the website at http://www.foxnews.com/politics/2018/05/10/would-do-it-again-mccain-writes-about-release-steele-dossier-to-fbi.html.

57. Annexed hereto as **Exhibit 55** is a true and correct copy of a May 26, 2018 article entitled *Clapper: 'More and more' of Steele dossier proving to be true* for The Hill, printed from the website at https://thehill.com/policy/national-security/389522-clapper-more-and-more-of-steele-dossier-proving-to-be-true.

58. Annexed hereto as **Exhibit 56** is a true and correct copy of an August 28, 2018 article entitled *Report: Devin Nunes flew to London to get info on ex-spy who wrote Donald*

*Trump dossier* for USA Today, printed from the website at https://www.usatoday.com/story/news/politics/2018/08/28/devin-nunes-british-spy-who-wrote-trump-dossier/1124384002/.

59. Annexed hereto as **Exhibit 57** is a true and correct copy of an August 30, 2018 article by Ellen Nakashima, *et al.*, entitled *Trump suggests Bruce Ohr, Justice official linked to Russia dossier, should be fired* for The Washington Post printed from the website at https://www.washingtonpost.com/world/national-security/trump-intensifies-attack-on-bruce-ohr-justice-official-linked-to-russia-dossier/2018/08/29/41960442-aae8-11e8-b1da-ff7faa680710_story.html?utm_term=.e908ff8321e8.

60. Annexed hereto as **Exhibit 58** is a true and correct copy of a September 19, 2018 article by Rowan Scarborough entitled *James Comey was chief anti-Trump dossier proponent within U.S. intelligence Community* for The Washington Times printed from the website at https://www.washingtontimes.com/news/2018/sep/19/james-comeys-fbi-pushed-anti-trump-dossier-officia/.

61. Annexed hereto as **Exhibit 59** is a true and correct copy of relevant excerpts of the deposition of Ben Smith.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 21, 2018 */s/ Katherine M. Bolger*
Katherine M. Bolger

7
4822-1033-9955v.2 0100812-000009