# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

## DECLARATION OF DAVID KRAMER

I, David Kramer, declare as follows:

1. I am currently a Senior Fellow in the Green School for International and Public Affairs in the Vaclev Havel Program for Human Rights and Diplomacy at Florida International University.

2. As I testified at a deposition in this case, I met with Ken Bensinger on December 29, 2016 in the office of the McCain Institute for International Leadership in Washington, D.C., where I worked at the time.

3. When I met with Mr. Bensinger I showed him a copy of the Dossier, and I thought that he took a physical copy of the document with him when he left our meeting. That was how I confidentially provided the Dossier to some other journalists, and I had no objection to Mr. Bensinger taking a physical copy of the Dossier with him. I understood that Mr. Bensinger, as with other journalists I met with, would need the document in order to investigate the allegations it contained.

1

4. As I stated in my deposition, I told Mr. Bensinger that the document needed to be verified – or refuted – before any of it could ever be used or published. I stressed that I was not in a position to corroborate or refute it myself. I never authorized or encouraged publication of the document; in fact, I discouraged any such step absent verification.

5. I was not aware that Mr. Bensinger had taken pictures of the document with his phone until Buzzfeed published the document on January 10, 2017. As I testified, when Mr. Bensinger asked me if he could take pictures of the document on his phone, I asked him not to because I was concerned about the security of the document if he took it with him in electronic format.

6. I am signing this declaration subject to my understanding that the declaration will be kept confidential in accordance with the sealed order dated February 23, 2018 (ECF No. 144), including that if at some point in the future course of this litigation this declaration is filed in the court record, it will be filed under seal along with the rest of my deposition.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2̲0̲, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　David Kramer