# Exhibit 12

```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                          MIAMI DIVISION

3                   CASE NO. 1:17-cv-60426-UU

4

5   ALEKSEJ GUBAREV, XBT HOLDING
    S.A., AND WEBZILLA, INC.,
6
          Plaintiff,
7
    -vs-
8

9   BUZZFEED, INC. AND BEN SMITH,

10        Defendant.
    _____/
11

12
                         VIDEOTAPED
13

14                       DEPOSITION

15                           OF

16                  CONSTANTIN LUCHIAN

17

18
                      May 2, 2018
19            10:05 a.m. - 1:25 p.m.
          201 S. Biscayne Boulevard, Suite 1300
20                 Miami, Florida 33131

21

22            Stenographically Reported By:
                 SHARON VELAZCO, RPR
23            Registered Professional Reporter

24

25
```

Constantin Luchian
May 02, 2018                                    2

```
 1                     APPEARANCES
    On Behalf of the Plaintiffs:
 2
       CIAMPA FRAY-WITZER, LLP
 3     20 Park Plaza, Suite 505
       Boston, Massachusetts 02116
 4     Telephone: 617-426-0000
       Facsimile: 617-423-4855
 5     Evan@CFWLegal.com
       BY: EVAN FRAY-WITZER, ESQUIRE (pro hac vice)
 6

 7     BOSTON LAW GROUP, PC
       825 Beacon Street, Suite 20
 8     Newton Centre, Massachusetts 02459
       Telephone: 617-928-1804
 9     BY: VALENTIN D. GURVITS, ESQUIRE (pro hac vice)

10  On Behalf of the Defendants:

11     BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
       201 S. Biscayne Boulevard, Suite 1300
12     Miami, Florida 33131
       Tel: (305) 371-6421
13     BY:  ROY BLACK, ESQUIRE

14
       DAVIS WRIGHT TREMAINE, LLP
15     1251 Avenue of the Americas, 21st Floor
       New York, New York 10020
16     Tel: (212) 489-8230
       Katebolger@dwt.com
17     adamlazier@dwt.com
       BY:  KATHERINE M. BOLGER, ESQUIRE
18     ADAM LAZIER, ESQUIRE

19
       NABIHA SYED, ESQUIRE
20     Vice President, Associate General Counsel, Buzzfeed

21  Also Present:     Roderick Pratt, Videographer

22                  INDEX OF PROCEEDINGS

23
    Deposition of CONSTANTIN LUCHIAN                Page
24  Direct Examination by Mr. Black                 5
    Certificate of Oath                             86
25  Certificate of Reporter                         87
```

                       DEFENDANT'S EXHIBITS

Number          Description                              Page

CF-3 Exhibit A, Declaration of Constantin Luchian      8

CF-4 Exhibit E, Supplemental Declaration of Constantin
Luchian                                                8

Mishra-2, "Legal Information, Terms and Conditions,
Webzilla                                              30

AG-13 Printout of article dated 11/15/2017, by Kevin G.
Hall, "Tech Firm in Trump Dossier was Target of Antipiracy
Advocates"                                            44

CF-1 Partial Opposition to Motion for Enlargement
Of Time                                               61

CF-2 Motion to Quash Subpoena                         61

IP-1 Complaint for Damages, Injunctive Relief and
Demand for Jury Trial                                 66

AMA-1 Webzilla, Inc., and WZ Communications Inc.'s
Answer to Complaint for Damages, Injunctive Relief
And Demand for Jury Trial                             72

WZC-1 Complaint for Damages, Injunctive Relief and Demand
for Jury Trial (Hydentra LP v. ERA Technologies)      73

HT-1 DOCUMENT FILED UNDER SEAL, First Amended Original
Complaint
(Liberty Media Holdings c. Hotfile.com, et al.)       74

DP-1 Defendant Webazilla LLC and Webzilla Inc.'s Answer
and Affirmative Defenses to Plaintiff's Second Amended
Complaint
(Depicto Commercial, Ltd. V. Webazilla, et al.)       76

HY-1 Complaint for Damages, Injunctive Relief and Demand
for Jury Trial (Hydentra HLP, Int,  Limited, d/b/a Metart
d/b/a Sexart v. Constantin Luchian, et al.)           77


                          _     _     _

Constantin Luchian
May 02, 2018                                              4

1       Videotaped Deposition taken before SHARON VELAZCO,

2   Registered Professional Reporter and Notary Public in and

3     for the State of Florida at Large, in the above cause.

4                          -------

5           THE VIDEOGRAPHER:  Good morning.  We're now on

6       the video record.  Today is Wednesday, the 2nd day of

7       May, 2018.  The time is approximately 10:05 A.M.

8           We are here at 201 South Biscayne Boulevard,

9       Suite 1300, Miami, Florida, for the purpose of taking

10      the video deposition of Constantin Luchian, taken by

11      the defendant in case number 117 CV60426 UU, in the

12      matter of Aleksej Gubarev versus Buzzfeed,

13      Incorporated, which is filed in the United States

14      District Court, Southern District of Florida, Miami

15      division.

16          The court reporter is Sharon Velazco of U.S.

17      Legal Support.  The videographer is Roderick Pratt of

18      U.S. Legal Support.

19          Would all counsel please state their appearance

20      for the record.

21          MR. BLACK:  Roy Black on behalf of Buzzfeed, all

22      by myself, defense.

23          MR. FRAY-WITZER:  Evan Fray-Witzer for the

24      plaintiffs.

25          MR. GURVITS:  Val Gurvits for plaintiff.

```
 1    Thereupon:

 2                         CONSTANTIN LUCHIAN

 3    was called as a witness and, having been duly sworn, was

 4    examined and testified as follows:

 5                         DIRECT EXAMINATION

 6    BY MR. BLACK:

 7         Q.   Mr. Luchian, could you tell us your full name,

 8    please.

 9         A.   Constantin Luchian.

10         Q.   And how are you employed?

11         A.   I'm employed.  I work for Webzilla, Inc., a group

12    of companies.

13         Q.   And let's start with this.  What is Webzilla?

14         A.   Webzilla, Inc., is a web-posting business.

15         Q.   Now, "Inc." is the United States division of

16    Webzilla?

17         A.   Webzilla, Inc., is present in United States and

18    operates here.

19         Q.   All right.  Is it -- is Webzilla, Inc., only a

20    United States entity, or does it do business outside the

21    borders of the United States?

22         A.   As far as I know, Webzilla, Inc., is a United

23    States entity --

24         Q.   Okay.  And what is your position with Webzilla,

25    Inc.?
```

Constantin Luchian
May 02, 2018                                                    6

1       A.    I'm a financial director.

2       Q.    Are there -- and where is your office located?

3       A.    In Fort Lauderdale, Florida.

4       Q.    And what is address?

5       A.    110 East Broward Boulevard, Suite 1700, Fort

6  Lauderdale, Florida 33301.

7       Q.    And what is that -- what -- could you describe

8  the offices for me.

9       A.    110 East Broward Boulevard, Suite 1700 is an

10 office space very similar to the one we are here, where

11 it's managed by Regus company, and they rent offices.

12      Q.    All right.  So Regus has an office-sharing type

13 of arrangement; is that correct?

14      A.    What do you mean by "office-sharing"?

15      Q.    All right.  Let me -- let me qualify it.

16            Do you have a specific suite or set of rooms at

17 Regus?

18      A.    No.

19      Q.    What do you have?

20      A.    We have a service called virtual address at this

21 location.

22      Q.    And what is that -- what does that "virtual

23 address" mean?

24      A.    The 110 East Broward Boulevard, Suite 1700, is

25 the written address for Webzilla, Inc., and it receives

1    all of the mail there, and anybody from the company can

2    use their location if they need to have a meeting, or work

3    from there, things like that.

4         Q.   All right.  Where do you work from?

5         A.   I work primarily from home in Jupiter, Florida,

6    and -- yes.

7         Q.   All right.  And how often do you go to the Regus

8    location?

9         A.   About once a week.  Maybe once every two weeks.

10   It depends.

11        Q.   Are there any other Florida employees of

12   Webzilla, Inc.?

13        A.   At this time, not as far as I know.

14        Q.   I assume you would know, right?

15        A.   Yes.  It's a big company, so --

16        Q.   Okay.  And does XBT have any employees except for

17   yourself in the state of Florida?

18        A.   As far as I know, no.

19        Q.   Now, is the Dallas -- excuse me.

20             Does -- is Webzilla also located in Dallas?

21        A.   Webzilla, Inc., has facilities in Dallas.

22        Q.   What kind of facilities does it have in Dallas?

23        A.   A data center.

24        Q.   All right.  Could you describe the data center

25   for me?

Constantin Luchian
May 02, 2018                                    8

1       A.    Data center is a facility where Webzilla, Inc.,

2  has its equipment that it rents to its clients.

3       Q.    All right.  And what equipment does Webzilla have

4  at the Dallas data center?

5       A.    As far as I know, servers.

6       Q.    So it actually owns servers in Dallas?

7       A.    Yes.  As far as I know, yes.

8       Q.    All right.  And when did it purchase these

9  servers?

10      A.    I don't know.  They've been purchased throughout

11  the years.

12      Q.    From the beginning?

13      A.    Most likely, yes.

14      Q.    All right.  Let me show you two documents, CF-3

15  and CF-4.

16      (Exhibit No. CF-3 was marked for Identification.)

17      (Exhibit No. CF-4 was marked for Identification.)

18  BY MR. BLACK:

19      Q.    Now, CF-3 appears to be a declaration that you

20  signed in a federal case here in the Southern District of

21  Florida, located in Fort Lauderdale.

22          Do you recall signing this declaration?

23      A.    It appears to be correct.

24      Q.    Well, is that your signature on Page 3?

25      A.    This appears to be my signature.

Constantin Luchian
May 02, 2018                                              9

1      Q.   Okay.  On Page 2 of the declaration, you state,

2   "Electronic files and data that are uploaded through

3   Hotfile reserve" -- excuse me, "reside on Hotfile servers,

4   not on Webazilla's."

5           Now, was that accurate?

6      A.   You read the statement correctly.

7      Q.   All right.  So Hotfile owned the servers, not

8   Webazilla?

9      A.   I do not recall in this particular instance, but

10  clients do own their own servers, and also Webzilla.

11     Q.   All right.  Now, Webazilla is the name of

12  Webzilla before it was changed, correct?

13     A.   Yes.  Before, it was Webazilla.

14     Q.   So did Hotfile purchase servers and have them at

15  the Dallas data center?

16          MR. FRAY-WITZER:  Objection.

17          You can answer.

18          THE WITNESS:  I don't know.  I do not remember.

19  BY MR. BLACK:

20     Q.   You don't remember?

21     A.   Well, I don't remember what Hotfile is

22  particularly --

23     Q.   Well, this is filed under oath, isn't it?

24     A.   Yes.

25     Q.   All right.  So at least as of this time in 2009,

1    Hotfile owned the servers, not Webazilla; is that correct?

2        A.   It appears to be so, yes.

3        Q.   All right.  Well, it more than appears to be so.

4    That's what it says.

5        A.   Yes, correct.

6        Q.   All right.  So when you said that Webzilla had

7    always owned the servers, is that a correct statement?

8            MR. FRAY-WITZER:  Objection.

9            You can answer.

10           THE WITNESS:  Webzilla owns servers that it rents

11       to its customers, and also allows customers to

12       provide their equipment, and allows them to use

13       Webzilla facilities for -- storaging and using their

14       equipment.

15   BY MR. BLACK:

16       Q.   And does -- what facilities does Webzilla have in

17   Dallas?

18       A.   Data center facilities.

19       Q.   It owns that?

20       A.   No.

21       Q.   What does it -- what does it have there?

22       A.   It rents space in a data center, and it provides

23   power services to its customers, so electricity.

24       Q.   It supplies electricity?

25       A.   Yes.

Constantin Luchian
May 02, 2018                                              11

```
 1       Q.   All right.  Does it own any servers in Dallas?

 2       A.   As far as I know, it does.

 3       Q.   Well, so you're the finance director, correct?

 4       A.   Yes.

 5       Q.   I assume you're the one who signs the check,

 6  right, the checks for the business?

 7            MR. FRAY-WITZER:  Objection.

 8            You can answer.

 9            THE WITNESS:  I do pay invoices.

10  BY MR. BLACK:

11       Q.   All right.  Good.

12            Did you pay invoices for servers that are located

13  in the Dallas data center?

14       A.   At one point, I did.

15       Q.   And how many?  How many -- how many servers are

16  there, there?

17       A.   I do not know.

18       Q.   Why not?

19       A.   It's not my duty to know how many servers are in

20  the -- in the facility.

21       Q.   Well, maybe I'm wrong, but isn't the finance

22  director in charge of finances?

23       A.   Yes.

24       Q.   Well, isn't it your duty to know what you've paid

25  for and what you own?
```

Constantin Luchian
May 02, 2018                                    12

```
 1              MR. FRAY-WITZER:  Objection.

 2              You can answer.

 3              THE WITNESS:  Yes, it is.

 4 BY MR. BLACK:

 5      Q.   All right.  Well, good.

 6              What do you own in Dallas?

 7      A.   I do not recall specifically how many servers

 8 Webzilla has in Dallas.  It's quite a few.  That's why I'm

 9 not sure.

10      Q.   Well, let's take a look at CF-4.  This is another

11 declaration that was signed in 2009.

12              If you look at Page 3, is that your signature?

13      A.   Yes, it appears to be my signature.

14      Q.   Okay.  In paragraph 6 of your declaration, you

15 say, "Webazilla does not own the facility where Hotfile

16 servers are maintained.  Rather, the facility is an

17 independent data center to whom Webazilla pays a service

18 or rental fee."

19              I think you've already explained that to us, but

20 is that accurate?

21      A.   Yes.

22      Q.   And how much rent does Webzilla pay to this

23 independent data center in Dallas?

24      A.   Roughly $120,000 a month.

25      Q.   So why is it that Hotfile would have its own
```

Constantin Luchian
May 02, 2018                                    13

1    servers rather than using a Webzilla or Webazilla server?

2           MR. FRAY-WITZER:  Objection.

3           You can answer.

4           THE WITNESS:  I can speculate it was client's

5       decision to do it.  We don't force the client one way

6       or the other.

7    BY MR. BLACK:

8       Q.   All right.  And what services did Webazilla or

9    Webzilla provide to Hotfile?

10      A.   It's called collocation services.

11      Q.   All right.  Could you please describe what

12   collocation services are.

13      A.   When the client provides its own equipment and

14   uses the company's platform to connect their equipment to

15   power and sometimes the Internet.

16      Q.   All right.  So all you did with Hotfile is

17   provide a connection to the Internet?

18      A.   As far as I remember, yes.

19      Q.   And power to their servers?

20      A.   Yes.

21      Q.   All right.  And how much was the monthly fee to

22   Hotfile for doing that?

23      A.   I do not recall this.

24      Q.   Well, for how long was Hotfile a client or

25   customer of Webazilla or Webzilla?

```
 1        A.   I do not recall specifically.  However, it could
 2   be a couple of years.
 3        Q.   All right.  So would they pay monthly?
 4        A.   I do not recall exactly.  Yes, but their invoices
 5   were issued monthly --
 6        Q.   All right.  And --
 7        A.   -- as far as I remember.
 8        Q.   And Hotfile is run by a person you know well,
 9   correct?
10             MR. FRAY-WITZER:  Objection.
11             You can answer.
12             THE WITNESS:  I have met the managers of the
13        company behind Hotfile.
14   BY MR. BLACK:
15        Q.   And who is that?
16        A.   Anton Titov.
17        Q.   And where did you meet Mr. Titov?
18        A.   In Florida.
19        Q.   Did he come personally to sign a contract?
20             MR. FRAY-WITZER:  Objection.
21             You can answer.
22             THE WITNESS:  I met him -- I met him in the
23        casual --
24   BY MR. BLACK:
25        Q.   Okay.
```

Constantin Luchian
May 02, 2018                                          15

```
 1        A.   -- scene.
 2        Q.   How does Webzilla determine how much to charge a
 3   particular client or customer?
 4        A.   I do not know this.
 5        Q.   Who is it who sets the fees?
 6        A.   I do not know.
 7        Q.   Does somebody tell you what the fee is?
 8        A.   Nobody tells me the fees.  It's set by the
 9   company.
10        Q.   All right.  Who sends out the invoices to the
11   client?
12             MR. FRAY-WITZER:  Objection.
13             You can answer.
14             THE WITNESS:  In Webzilla, Inc., automatic --
15   BY MR. BLACK:
16        Q.   Yes.
17        A.   -- system.
18        Q.   Who inputs the information in order to get the
19   automatic system to work?
20        A.   A team of people, including sales team.
21        Q.   All right.  Where is that team of people located?
22        A.   Majority located in Cyprus.
23        Q.   And who is on this team?
24        A.   Also part of the team is located in Dallas.
25        Q.   All right.  Cyprus and Dallas.
```

Constantin Luchian
May 02, 2018                                    16

1          Let's go first with Cyprus.  Who is on the team
2     in Cyprus?
3          A.   I do not know everybody, but I know one manager.
4     Her name is Alla Bychkova.
5          Q.   His name is, what?
6          A.   Her name is Alla Bychkova.
7          Q.   All right.  Do you know anybody else on the team?
8          A.   I'm not sure who else has a specific sales role
9     in the company.
10         Q.   All right.  And who is on the team in Dallas?
11         A.   I do not recall the first and last name.  There
12    is Sonya Watkins.  She is on the team.
13         Q.   Do you ever look at the invoices?
14         A.   Be more specific.
15         Q.   Do you ever look at the invoices?
16         A.   Sometimes, yes.
17         Q.   All right.  So you have some idea of what is
18    charged for your services, right?
19         A.   I -- no, I do not recall the specifics, but I do
20    look at the invoices.
21         Q.   All right.  So can you tell us the amount that
22    any customer of Webzilla, Inc., pays to you to have your
23    service?
24         A.   The amount can range from a few hundred dollars
25    to thousands of dollars.  I do not recall any specific

Constantin Luchian
May 02, 2018                                    17

```
 1   amount for a particular client.

 2       Q.   Can you give me the name of a single customer and

 3   tell me what the monthly amount is that they're paying?

 4       A.   No, I do not recall specifics.

 5       Q.   When is --

 6       A.   Sorry.

 7       Q.   I'm sorry.

 8       A.   Sorry.  Yes, my line of duty is more with the

 9   vendors than with the customers.

10       Q.   Okay.  And who are the vendors?

11       A.   One vendor is the data center from which the

12   facility is rented.

13       Q.   Okay.  I asked, who were the vendors?  That's all

14   you know?

15       A.   Oh, no.  I thought -- you need more?

16            We have Dell Services, who was a vendor, still a

17   vendor.  We have Insight.  We have Network Republic.  We

18   have well, at the point -- we have Atlantic

19   Communications, and several others.

20       Q.   And which others can you remember?

21       A.   CenturyLink Communications, former Level 3,

22   Equinox.

23       Q.   And are these paid from the Webzilla bank

24   account?

25       A.   Yes.
```

Constantin Luchian
May 02, 2018                                        18

```
 1        Q.    And where is that located?

 2        A.    In Florida.

 3        Q.    Where?  What bank?

 4        A.    Bank of America.

 5        Q.    And in Fort Lauderdale, or where?

 6        A.    In -- the bank account was opened in Florida, or

 7   a neighboring city.

 8        Q.    And how much is the office rent at Regus?

 9        A.    It's $120 a month.

10        Q.    Who owns Webzilla, Inc.?

11        A.    It's owned by a company called XBT Holdings.

12        Q.    And does Webzilla, Inc., claim to provide a

13   premium service?

14              MR. FRAY-WITZER:  Objection.

15              You can answer.

16              THE WITNESS:  Webzilla, Inc., provides web

17        hosting and collocation services, and tries to do the

18        best service to the customer it can.

19   BY MR. BLACK:

20        Q.    All right.  Well, I would -- heard other people

21   say that it provided a premium service, and that made it

22   different than the other brands.

23        A.    You can label it as premium service, of course.

24        Q.    Okay.  What is the premium?

25        A.    Premium can mean many things.  If I speculate, it
```

Constantin Luchian
May 02, 2018                                    19

1   would be the best customer service possible, and reaching

2   the customer goals in a timely manner.

3        Q.   Do your customers sign contracts with you?

4        A.   Yes.

5        Q.   Is it required to sign a contract to have -- to

6   use Webzilla's service?

7        A.   It is required to agree to terms and conditions,

8   and sign the contract as well.

9        Q.   And what is the length of the contracts?

10       A.   Depends on the clients.  It could be

11  month-to-month.  It could be a yearly contract.

12       Q.   How was it determined whether the contract should

13  be month-to-month or a year or more?

14       A.   It's per client specific, as far as I know.

15       Q.   So that is a negotiable issue?

16       A.   As far as I know, yes.

17       Q.   Are you the registered agent for WZ

18  Communications?

19       A.   Yes.

20       Q.   What is WZ Communications?

21       A.   It's part of XBT Holdings.

22       Q.   And what does it do?

23       A.   As far as I know, it's an IP holder.

24       Q.   And what does it mean to be an IP holder?

25       A.   It's the company that owns IP addresses, as far

Constantin Luchian
May 02, 2018                                    20

```
 1   as I know.
 2        Q.    And does it sell them or rent them?  What does it
 3   do with these IP addresses?
 4        A.    I'm not sure if it sells them or rents them or
 5   just holds them.
 6        Q.    And who are the officers of WZ Communications?
 7        A.    As far as I recall, it's Konstyantyn Bezruchenko.
 8        Q.    Are you also the registered agent for IP Transit,
 9   Inc.?
10        A.    Yes.
11        Q.    And what is IP Transit, Inc.?
12        A.    IP Transit, Inc., is a company owned by XBT
13   Holdings.
14        Q.    And what does it do?
15        A.    IP Transit, Inc., provides connectivity services
16   or Internet connection services, we call this.
17        Q.    And you -- do you also serve as the registered
18   agent for LinkShop?
19        A.    As far as I recall, LinkShop was a customer of
20   the corporate, where act as a registered agent.
21        Q.    All right.  And what is LinkShop?
22        A.    I do not recall what they do.
23        Q.    Is LinkShop owned by Mr. Gubarev?
24        A.    I don't know.
25        Q.    Well, as a registered agent, don't you need to
```

Constantin Luchian
May 02, 2018                                    21

1    know who to contact?

2        A.   I need to recall the file as part of the

3    question.

4        Q.   I know.  But in order to respond to the

5    questions, don't you need to talk to the principals of the

6    company?

7        A.   No, not to respond to the questions.  I need to

8    look at the records to make sure I'm giving you the

9    correct information.  I haven't dealt with LinkShop for

10   quite some time.  I don't remember the specifics.

11       Q.   Okay.  And you also operated a business called

12   Incorporate Now?

13       A.   Yes.

14       Q.   You incorporated businesses for Nikita Kuzmin,

15   did you not?

16       A.   Yes.

17            MR. FRAY-WITZER:  Objection.

18            You can answer.

19            THE WITNESS:  I have incorporated a business for

20       this fellow.

21   BY MR. BLACK:

22       Q.   All right.  He had a business, or you formed a

23   business for him called Fresh IT Solutions?

24       A.   As far as I remember, yes.

25       Q.   And do you know Mr. Kuzmin?

Constantin Luchian
May 02, 2018                                          22

```
 1      A.   I might have certainly met him a long time ago,
 2  once.
 3      Q.   And did you -- sorry.
 4           Go ahead.
 5      A.   No.
 6      Q.   Did you also incorporate a business known as UDo,
 7  Inc., for him?
 8      A.   As far as I remember, he incorporated the
 9  business UDo, Inc. I do not recall specific clients or who
10  was the director of business.
11      Q.   I'm sorry?
12      A.   I don't recall who was the director of the UDo,
13  Inc.
14      Q.   All right.  You don't recall that Mr. Kuzmin
15  asked you to do that?
16      A.   It could be him.  I'm not objecting.  I just do
17  not recall specifically.
18      Q.   All right.  Well, after that UDo, Inc., was
19  incorporated, are you aware whether Mr. Kuzmin was
20  arrested and indicted in New York?
21      A.   I wasn't aware of that.
22      Q.   And have you dealt with Mr. Kuzmin in the last
23  couple of years?
24      A.   Yes, I have.
25      Q.   In what position?
```

Constantin Luchian
May 02, 2018                                        23

```
 1        A.   He asked me to do some work in his company.

 2        Q.   And which company is that?

 3        A.   Server Club, Inc.

 4        Q.   I'm sorry?

 5        A.   Server Club, Inc., and I was providing services

 6   as far as under the Incorporate Now, Inc., Company.

 7        Q.   And what do you know about Servers Club, Inc.?

 8        A.   The only thing I know is the company provided web

 9   hosting services.

10        Q.   Was that company purchased by Mr. Gubarev?

11        A.   As far as I understand, the company was purchased

12   by XBT Group recently.

13        Q.   So it is now owned by XBT Group?

14        A.   As far as I understand, XBT bought the assets of

15   the company, on the company.

16        Q.   All right.  Well, are you aware that -- I don't

17   know if this is the same person that Nikita Kuzmin was

18   indicted in New York for creating what's called the Gozi,

19   G-O-Z-I, malware?

20        A.   No, I was not.

21        Q.   Have you ever heard of that?

22        A.   I might have heard rumors that somebody was --

23   had some troubles, but I don't know specifics.

24        Q.   Did you hear that Mr. Kuzmin had some troubles?

25        A.   During the -- preparation to this -- this case,
```

Constantin Luchian
May 02, 2018                                    24

```
 1   yes, I heard that it could be possibly him.

 2        Q.   Did you hear that he had served three years in

 3   prison for being -- having stole, among other things, $50

 4   million through the Gozi virus?

 5        A.   No. He discuss --

 6             THE COURT REPORTER:  I'm sorry sir.  I'm sorry.

 7             Could we go off the record one moment, please?

 8             COURT REPORTER WENT OFF RECORD.

 9             THE VIDEOGRAPHER:  Off the video record at 10:34

10        A.M.

11             THE COURT REPORTER:  Mr. Black, I am sorry.  I am

12        having difficulty hearing the witness.

13             MR. BLACK:  Maybe you could move over here.

14             THE COURT REPORTER:  Thank you, sir.

15             (Whereupon, the requested portion of the

16        transcript was read by the court reporter.)

17             THE VIDEOGRAPHER:  Back on the video record at

18        10:40 A.M.

19   BY MR. BLACK:

20        Q.   All right.  Did you answer the last question?

21             MR. FRAY-WITZER:  And I will now object and

22        instruct the witness, you are not to testify about

23        any conversations that you have had with your

24        counsel.

25             With that understanding, you can answer the
```

Constantin Luchian
May 02, 2018                                      25

```
 1     question.
 2          THE WITNESS:  Could you please repeat the
 3     question.
 4   BY MR. BLACK:
 5     Q.   Who is your counsel?
 6     A.   Val Gurvits and Evan Fray-Witzer.
 7     Q.   They're -- they represent you?
 8     A.   Yes.
 9     Q.   In this case?
10     A.   I'm not a defendant in the case.
11     Q.   Okay.  So tell me why we can't ask about your
12   communications with them?
13          MR. FRAY-WITZER:  Because we're representing this
14     witness.
15          MR. BLACK:  All right.
16   BY MR. BLACK:
17     Q.   I guess that's a surprise to you?
18          I'll withdraw that.
19          All right.  So before you do business with a
20   person, do you do any due diligence to find out who they
21   are or what they do?
22     A.   Yes.
23     Q.   With Mr. Kuzmin, was any due diligence done
24   regarding him?
25     A.   Yes.
```

Constantin Luchian
May 02, 2018                                     26

1       Q.    What due diligence?

2       A.    Online search, documentation.

3       Q.    And what did the online search tell you about

4   him?

5       A.    I do not recall specifically, but it showed me

6   his website, and everything looked okay.

7       Q.    So you looked at his website?

8       A.    Yes.

9       Q.    And when was this that you did this online search

10  and checked his website?

11      A.    At the time of providing services.

12      Q.    And when was that?

13      A.    About seven years ago.

14      Q.    What about since he has been released from

15  prison?  Have you had communications with him?

16      A.    I don't know if he was in prison or wasn't.

17      Q.    Why not?

18      A.    I had no reason to know.

19      Q.    You have no reason to know?  Wouldn't that

20  disturb you that you are doing business with somebody who

21  had been convicted of theft and being a cyber criminal?

22           MR. FRAY-WITZER:  Objection.

23           You can answer.

24           THE WITNESS:  Yes.

25  BY MR. BLACK:

Constantin Luchian
May 02, 2018                                    27

1    Q.    Then why did you tell us you had no interest or

2    no business in knowing?

3          MR. FRAY-WITZER:  Objection.

4          THE WITNESS:  At the time I provided services to

5      Mr. Kuzmin and his company for the first time,

6      everything was okay, as far as I could tell.

7    BY MR. BLACK:

8    Q.    But what about lately?

9    A.    Lately, I do not provide services to Mr. Kuzmin

10   and his company.

11   Q.    What contact have you had with Mr. Kuzmin in the

12   last two years?

13   A.    The only contact I had is to close his company in

14   Florida.

15   Q.    To do what?

16   A.    To close the company in Florida.

17   Q.    What about the sale of Server Club to XBT?

18         MR. FRAY-WITZER:  Objection.

19   BY MR. BLACK:

20   Q.    Did you have anything to do with that?

21   A.    Not as far as I can remember.

22   Q.    You're not sure?

23   A.    I was aware of the transaction, but I didn't do

24   the transaction.

25   Q.    All right.  Well, when you were aware of the

Constantin Luchian
May 02, 2018                                28

1  transaction, did you tell anybody that this man was a

2  convicted criminal?

3          MR. FRAY-WITZER:  Objection.

4          You can answer.

5          THE WITNESS:  I didn't discuss the transaction.

6      I didn't know if he was convicted or not.

7  BY MR. BLACK:

8      Q.   Wouldn't that seem to be something important to

9  know?

10     A.   Yes.  But I wasn't part of the transaction, so --

11     Q.   So you had no contact with Mr. Kuzmin in the last

12  two years; is that what you're telling us?

13     A.   I had contact with Mr. Kuzmin on behalf of

14  Incorporate Now, Inc., to close his company in Florida.

15     Q.   Which company?

16     A.   Server Club, Inc.

17     Q.   And why were you closing Server's Club, Inc., in

18  Florida?

19     A.   Mr. Kuzmin requested me to do so.

20     Q.   Is that because he had sold the company to XBT?

21     A.   I don't want to speculate to be that way, and as

22  far as I know, he sold assets, not the company.

23     Q.   Does that make any difference --

24          MR. FRAY-WITZER:  Objection.

25  BY MR. BLACK:

Constantin Luchian
May 02, 2018                                    29

1      Q.    -- that XBT because bought the assets instead of

2  the company?

3           MR. FRAY-WITZER:  Objection.

4           You can answer.

5           THE WITNESS:  Yes.

6  BY MR. BLACK:

7      Q.    What difference?

8      A.    XBT does not own Server Club and doesn't operate

9  it anymore --

10     Q.    What does it operate?

11          I'm sorry.  I didn't mean to step over you.

12     A.    Or, it never had operated it.  It operates its

13 business, and as far as I understand, clients from Server

14 Club were migrated to XBT company.

15     Q.    So all that XBT bought were the clients?

16          MR. FRAY-WITZER:  Objection.

17          You can answer.

18          THE WITNESS:  Most likely.  I don't know.  I

19     wasn't part of the transaction.

20 BY MR. BLACK:

21     Q.    Does XBT have any internal rules about dealing

22 with people who are cyber criminals?

23          MR. FRAY-WITZER:  Objection.

24          THE WITNESS:  As far as I know, yes.

25 BY MR. BLACK:

Constantin Luchian
May 02, 2018                                              30

1        Q.    What are they?

2        A.    Standard know your client procedures.  I'm not

3    aware of the specifics.

4        Q.    So was that done with Mr. Kuzmin when purchasing

5    these assets from him?

6        A.    I don't know.

7        Q.    Have any of your other clients been convicted of

8    crimes?

9        A.    I don't know.

10            Can you hear me okay?

11   BY MR. BLACK:

12       Q.    Let me now show you what was marked as Exhibit

13   No. 2 in the deposition of Mr. Mishra yesterday.

14       (Exhibit No. 2 was previously marked and referenced

15   in the deposition.)

16   BY MR. BLACK:

17       Q.    All right.  Are you familiar with this?

18       A.    It seems to be the legal information from

19   Webzilla.com.

20       Q.    This is the -- sort of your terms of -- terms of

21   service; is that correct?

22       A.    It appears to be terms of service from

23   Webzilla.com.

24       Q.    All right.  I wanted to ask you, on paragraph 3

25   of the first page, it says the following:  "Webzilla

Constantin Luchian
May 02, 2018                                          31

```
 1  maintains strict compliance with stringent laws and
 2  regulations governing the Internet."
 3          What are those?
 4      A.   I do not know for sure.  You -- it's not my due
 5  diligence for the company to be aware of those
 6  regulations.
 7      Q.   All right.  "By doing so, we ensure no illegal
 8  activity can undermine our operations as a hosting
 9  provider."
10          Is that what you do?
11      A.   You read it correctly.  And I'm sure that our
12  company does all it can to protect its clients.
13      Q.   How are you sure of that?
14      A.   I've been working for the company for many years.
15  I know that they do all they can to make sure to be
16  compliant with all of the legal regulation.
17      Q.   Like not dealing with cyber criminals?
18          MR. FRAY-WITZER:  Objection.
19          THE WITNESS:  I'm sure that Webzilla does
20      everything it can to make sure it complies with all
21      of the laws.
22  BY MR. BLACK:
23      Q.   All right.  And it says, the next line, "Webzilla
24  ensures that it is irreproachable in its operations by
25  maintaining a high level of transparency."
```

Constantin Luchian
May 02, 2018                                         32

```
 1          How does Webzilla maintain a high level of
 2    transparency?
 3        A.   I can speculate, which I don't want to do, but
 4    Webzilla is always open to work with any legal entities or
 5    with any courts of law in order to -- if there is any
 6    questions that they have to the company.
 7        Q.   Okay.  Will you allow us to take a look at the
 8    books and records of Webzilla, Inc.?
 9             MR. FRAY-WITZER:  Objection.  Any discovery
10         requests can come to counsel, not to the witness.
11    BY MR. BLACK:
12        Q.   I'm not talking about discovery in this case.
13    I'm talking about transparency.
14             Would you allow the transparent act of looking at
15    your books and records?
16             MR. FRAY-WITZER:  Objection.  Any discovery
17         requests will go through counsel.
18    BY MR. BLACK:
19        Q.   Could you turn to Page 4, please.
20             In paragraph 3.5 -- it's at the bottom of the
21    page.
22             It says "Customer acknowledges that Webzilla
23    exercises no control over and accepts no responsibility
24    for the content of information and communications in
25    whatever form transmitted by customer over the -- over
```

Constantin Luchian
May 02, 2018                                            33

1    Webzilla's network."

2            Now, is that the company policy?

3        A.   You read the statement correctly.

4        Q.   I know.

5            My question is:  Is that the Webzilla's policy?

6        A.   As far as I understand.  I do not know the

7    technical specifics of Webzilla communication networks.

8    However, this statement, you read correctly, it appears to

9    be from Webzilla.com.  Therefore --

10       Q.   Well, I'm just wondering why you would say on

11   Page 4, you take no responsibility for any of the content,

12   but on Page 1, you say you ensure there's no illegal

13   activity, and you have a high level of transparency?

14           MR. FRAY-WITZER:  Objection.

15   BY MR. BLACK:

16       Q.   How is it that you can say both those things?

17           MR. FRAY-WITZER:  Objection.

18           You can answer.

19           THE WITNESS:  I'm not a technical person.  I can

20       speculate, but if the client has Internet connection

21       that's provided by Webzilla, Webzilla does not

22       monitor that connection, as far as AT&T does not

23       monitor your Internet connection at the house.

24   BY MR. BLACK:

25       Q.   So you have no idea what people are doing on your

Constantin Luchian
May 02, 2018                                    34

1   servers and your connectivity that you supply?

2              MR. FRAY-WITZER:  Objection.

3              You can answer.

4              THE WITNESS:  I'm not a technical person.  I

5        don't know.  It's better to be requested from our

6        technical team.

7   BY MR. BLACK:

8        Q.   Well, I'm not asking you something technical.

9              I'm asking:  Do you monitor what your clients put

10  out there on the Internet?

11             MR. FRAY-WITZER:  Objection.

12             You can answer.

13             THE WITNESS:  I'm not sure what "monitor" means

14       in this particular case.  It could be monitoring of

15       the amount of Internet data used, or could be many

16       other things.  I do not know exactly what our

17       technical team is monitoring or not.

18  BY MR. BLACK:

19       Q.   Do you monitor the content that people put on

20  your network?

21             MR. FRAY-WITZER:  Objection.

22             You can answer.

23             THE WITNESS:  I do not know what's monitored

24       specifically on our network.

25  BY MR. BLACK:

Constantin Luchian
May 02, 2018                                           35

1       Q.   I'm sorry?

2       A.   I do not know what's monitored or not monitored

3  specifically on our network.

4       Q.   All right.  If you could please turn to Page 18,

5  and I wanted to ask you about paragraph 1.7.

6            It says that "The customer agrees to comply with

7  the Digital Millennium Copyright Act."

8            Now, you are familiar with that, correct?

9       A.   Yes, I'm familiar with Digital Copyright

10 Millennium Act to some extent.

11      Q.   And you act as an agent for receiving complaints

12 regarding the DMCA, correct?

13      A.   Incorporate Now, Inc., acts as a DMC agent to

14 various companies to receive complaints, yes.

15      Q.   Does it act for that on behalf of Webzilla?

16      A.   No.

17      Q.   Does it act for that on behalf of customers of

18 Webzilla?

19      A.   Incorporate Now doesn't know which customers are

20 Webzilla customers or not.

21      Q.   You don't?

22      A.   There could be some customers of Incorporate Now

23 that are customers of Webzilla, of course, but it's not

24 specifically -- and it could be anybody that can provide

25 services.  Incorporate Now can provide services, too.

Constantin Luchian
May 02, 2018                                        36

1      Q.   But which ones are you aware of that -- where you

2   are the DMCA agent and are hosted on Webzilla?

3      A.   I do not know that information of that off the

4   top of my head.

5      Q.   Weren't you sued in the Hotfile case?

6      A.   Incorporate Now doesn't provide services to

7   Hotfile anymore.

8      Q.   But weren't you sued in the Hotfile case?

9      A.   At the time of the Hotfile case, Incorporate Now

10  was a DMC agent for Hotfile, and as far as I understand,

11  Hotfile was a customer of Webzilla or its group of

12  companies.

13     Q.   Did you just forget about that?

14          MR. FRAY-WITZER:  Objection.

15          THE WITNESS:  No.  You just asked me on this

16     date.  I'm not sure if you wanted to go --

17  BY MR. BLACK:

18     Q.   Oh, you thought I was just talking about today?

19     A.   Yes, yes.

20     Q.   Okay.  I understand.

21          MR. FRAY-WITZER:  Objection.

22  BY MR. BLACK:

23     Q.   Then it says down here in that same paragraph,

24  "Webzilla has a policy of terminating account holders who

25  are repeat copyright infringers."

1          Do you see that?

2     A.   Yes.

3     Q.   Does Webzilla actually do that?

4     A.   As far as I know, yes.

5     Q.   And how many times has that been done?

6          MR. FRAY-WITZER:  Objection.

7          You can answer.

8          THE WITNESS:  I do not know.

9  BY MR. BLACK:

10    Q.   Has it ever been done?

11    A.   I do not know.  It's not my duty in the company

12 to handle this particular cases.

13    Q.   Could you please turn to Page 20.  And I'm going

14 to ask you about paragraph 5.1.

15         5.1 says that "All complaints of abuse,

16 violation, and misuse of the services, whether described

17 in this Section 5 or otherwise, shall be investigated

18 promptly."

19         Does Webzilla investigate promptly any abuse

20 notifications?

21         MR. FRAY-WITZER:  Objection.

22         You can answer.

23         THE WITNESS:  Yes.

24 BY MR. BLACK:

25    Q.   And it says here "That illegality includes, but

Constantin Luchian
May 02, 2018                                          38

1   is not limited to" -- and at the bottom of that list is

2   "trafficking in obscene materials" -- excuse me, "obscene

3   material."

4           Has Webzilla ever found that any of its customers

5   have trafficked in obscene material?

6           MR. FRAY-WITZER:  Objection.

7           THE WITNESS:  I do not know.

8   BY MR. BLACK:

9       Q.   And on the next page, it says "Sending a message

10  or displaying content that is obscene, lewd, lascivious,

11  filthy, or indecent with the intent to annoy, abuse,

12  threaten, or harass another person."

13          Has there ever been obscene, lewd, lascivious, or

14  filthy or indecent material on the servers and the

15  Internet connection of Webzilla, Inc.?

16          MR. FRAY-WITZER:  Objection.

17          You can answer.

18          THE WITNESS:  I do not know.

19  BY MR. BLACK:

20      Q.   Has there ever been an investigation into that?

21      A.   I do not know there was specific investigation

22  for this.

23      Q.   Have you ever heard of one?

24      A.   No, I do not recall.

25      Q.   And at the end, on Page 29, it says -- well, let

Constantin Luchian
May 02, 2018                              39

1   me give you a minute to get there.

2           About one-third of the way down the page, it

3   says, "If you wish to report abuse, please mail our abuse

4   department with specific details regarding the abuse,

5   including the IP address from which the abuse is

6   suspected, and the type of abuse you would like to

7   report."

8           As I understand it, there is an e-mail address

9   called abuse@Webzilla.com; is that correct?

10      A.   Yes.

11      Q.   And who answers the -- or who monitors the --

12  that abuse e-mail address?

13      A.   As far as I know, there is a team of people that

14  handles.

15      Q.   And who is that?

16      A.   I do not know.

17      Q.   Where is that done?

18      A.   I do not know.

19      Q.   Has there ever been any action ever taken by

20  Webzilla based on complaints made to abuse@Webzilla.com?

21          MR. FRAY-WITZER:  Objection.

22          You can answer.

23          THE WITNESS:  Action could mean also many things.

24      I'm sure there were actions done if there are --

25      complaints came in, but I do not know the specific.

Constantin Luchian
May 02, 2018                                          40

```
 1   BY MR. BLACK:

 2        Q.    Why are you sure that something was done?

 3        A.    Because I know that the team that operates our

 4   abuse department is doing a great job.

 5        Q.    How do you know that?

 6        A.    I know the team was instructed by our top

 7   management, and I'm pretty sure that they know what

 8   they're doing, and --

 9        Q.    How do -- how do know they're doing a great job?

10        A.    I know people who built the team.

11        Q.    Good.  Have they described to you their jobs?

12        A.    To an extent.  I know that all their complaints

13   that come into that address are processed in a timely

14   matter.

15        Q.    And what's done with them?

16        A.    As far as I know, there are several processes

17   that undergo -- but I don't know the specifics of the

18   process.

19        Q.    But it's great nevertheless, right?

20        A.    It's as good as it can be at this point in time.

21   Nothing is ideal.

22             MR. GURVITS:  Let's take a quick break.

23             MR. BLACK:  Yeah.

24             THE VIDEOGRAPHER:  Off the video record at

25        11:01 A.M.
```

Constantin Luchian
May 02, 2018                                        41

```
 1              (Whereupon, there was a recess, after which the

 2        following proceedings were had:)

 3              THE VIDEOGRAPHER:  Back on the video record at

 4        11:08 A.M.

 5   BY MR. BLACK:

 6        Q.   Mr. Luchian, if -- what is Webzilla, Inc.'s,

 7   phone number?

 8        A.   Webzilla, Inc.'s, phone number is (954) 237-3587.

 9        Q.   237 --

10        A.   3587.

11        Q.   And if I call that number, who answers?

12        A.   It will come to me.

13        Q.   At your home?

14        A.   At my computer, at my work phone.

15        Q.   And where is that work phone located?

16        A.   It is with me all the time.  It's a VOIP phone.

17        Q.   So it's a mobile phone or cell phone?

18              MR. FRAY-WITZER:  Objection.

19              THE WITNESS:  It is a software ran on my

20        computer.

21   BY MR. BLACK:

22        Q.   Okay.  There's no secretary or receptionist,

23   anyone who answers the phone?

24        A.   No.

25        Q.   And do you take a messages for XBT?
```

Constantin Luchian
May 02, 2018                                          42

```
 1        A.    Can you be more specific?

 2        Q.    Yes.  Does anybody call and say they want to talk

 3   to somebody at XBT SA, or holding company?

 4        A.    If I receive a call with a voicemail that's

 5   requiring communication with anybody on the team, I would

 6   forward that communication to the proper person.

 7        Q.    Okay.  Is it -- do you answer it live, or does it

 8   go to voicemail?

 9        A.    Goes to voicemail.

10        Q.    And then you pick up the voicemail and take

11   whatever action is necessary; is that correct?

12        A.    Yes, I would --

13        Q.    Have you ever --

14        A.    -- monitor every single voicemail that comes in.

15        Q.    Have you ever received any inquiries from

16   reporters?

17        A.    I do not remember.

18        Q.    If you received an inquiry from a reporter asking

19   for information about the operation of Webzilla, Inc.,

20   what would you do?

21        A.    I would forward it to the proper team.

22        Q.    And who would that be?

23        A.    First of all, I will probably copy our attorneys

24   and forward it to Rajesh, most likely.

25        Q.    To who?
```

Constantin Luchian
May 02, 2018                                43

```
1       A.   Rajesh.

2       Q.   Rogers?

3       A.   Rajesh.

4       Q.   Oh, okay.  Mr. Mishra.  Okay.  I'm sorry.

5            And if a reporter called up and asked to look at

6   your books and records, would you agree to that?

7            MR. FRAY-WITZER:  Objection.

8            THE WITNESS:  I would consult with our attorneys

9       with any requests from the reporter.

10  BY MR. BLACK:

11      Q.   If a reporter called up and asked to do an

12  investigation into the customers of Webzilla, Inc., what

13  would you do?

14           MR. FRAY-WITZER:  Objection.

15           You can answer.

16           THE WITNESS:  I would consult with our attorneys

17      in order to help, how to process to the request.

18  BY MR. BLACK:

19      Q.   All right.  Would you allow anybody to look at

20  the information about your customers?

21           MR. FRAY-WITZER:  Objection.

22           THE WITNESS:  I would consult with our attorneys

23      first, and then we will decide what to do with that

24      request.

25  BY MR. BLACK:
```

Constantin Luchian
May 02, 2018                                        44

```
1        Q.   All right.  Let me show you an exhibit marked
2   AG-13.
3        (Exhibit No. AG-13 was previously marked for
4   Identification.)
5   BY MR. BLACK:
6        Q.   If you want to, you can take a look at that.  I
7   was going to ask you about some specific paragraphs in it,
8   but you're free, of course, to take a look at it.
9             MR. FRAY-WITZER:  Actually, I'm not certain, but
10       it looks like there are a number of different
11       documents attached to this.  There is -- it starts
12       with a --
13            MR. BLACK:  Yes.  Those are documents that were
14       embedded in the article, so we printed them and put
15       them --
16            MR. FRAY-WITZER:  Okay.
17            MR. BLACK:  I know it is confusing.
18            MR. FRAY-WITZER:  That's fine.
19            MR. BLACK:  Better without it, but --
20            THE VIDEOGRAPHER:  Off the video record at
21       11:17 A.M.
22            (Discussion off the record.)
23            THE VIDEOGRAPHER:  Go back on?
24            MR. BLACK:  Yes.
25            THE VIDEOGRAPHER:  Back on the video record at
```

1        11:18 A.M.

2   BY MR. BLACK:

3        Q.   All right.  Could you turn to Page 2 of the

4   exhibit, please.

5             Yes.

6             And it says there in the middle of the page, "XBT

7   and web-hosting company Webzilla, while not well-known to

8   the American public, have long been targets of lawyers who

9   fight Internet piracy.  They have claimed in several

10  lawsuits and submissions to regulators that Webzilla looks

11  the other way while its customers flagrantly steal

12  copyrighted materials."

13            Is that statement accurate?

14            MR. FRAY-WITZER:  Objection.

15            You can answer.

16            THE WITNESS:  You read the statement correctly.

17  BY MR. BLACK:

18       Q.   No.  Is that a factual, accurate statement?  I

19  know I read it correctly, but is that true?

20       A.   I don't want to speculate.

21       Q.   I'm not asking you to speculate.

22            Is this true?

23       A.   I don't want to speculate.

24       Q.   Why would this be speculation?

25       A.   Webzilla has never done anything illegally.

Constantin Luchian
May 02, 2018                                        46

1   So --

2        Q.   So --

3        A.   The statement that you read is an opinion, and I

4   don't want to speculate on that opinion.

5        Q.   All right.  Well, it says here "They have claimed

6   in several lawsuits and submissions to regulators."

7             Is that accurate?

8             MR. FRAY-WITZER:  Objection.

9             You can answer.

10  BY MR. BLACK:

11       Q.   Have there been several lawsuits against

12  Webzilla --

13       A.   Yes.

14       Q.   -- for not -- for looking the other way, or

15  excuse me, allegedly looking the other way when clients

16  improperly used copyrighted material?

17            MR. FRAY-WITZER:  Objection.

18            You can answer.

19            THE WITNESS:  No, no.

20  BY MR. BLACK:

21       Q.   No?  That's not what those lawsuits were about?

22       A.   As far as I remember, the lawsuits were related

23  to copyright.

24       Q.   Were related to what?

25       A.   Copyright.

Constantin Luchian
May 02, 2018                                        47

```
 1      Q.   I don't understand that.

 2           I didn't hear the word.  What was it?

 3      A.   Copyright.

 4      Q.   Copyright.  Oh, I see.

 5           So in other words, it's about copyrighted

 6  material, correct?

 7      A.   Yes.

 8      Q.   And the claims were that Webzilla's clients that

 9  were hosted on Webzilla's system were improperly using

10  copyrighted materials; is that correct?

11      A.   I do not recall the exact claims of the law case.

12      Q.   You were actually sued in one of them personally,

13  weren't you?

14      A.   As far as I remember, yes.

15      Q.   You're not even sure if you remember that?

16      A.   I don't remember the specifics of the case.

17      Q.   Well, how many times have you been sued in

18  federal court?

19      A.   I don't recall if I was personally sued or sued

20  under a company.

21      Q.   You don't recall that you were personally named

22  in a lawsuit for looking the other way when clients of

23  Webzilla were using copyrighted materials improperly?

24           MR. FRAY-WITZER:  Objection.

25  BY MR. BLACK:
```

Constantin Luchian
May 02, 2018                                    48

1      Q.   You're telling us you have no recollection of

2  that?

3           MR. FRAY-WITZER:  Objection.

4           THE WITNESS:  I remember at least one lawsuit

5      where I was named a defendant.

6  BY MR. BLACK:

7      Q.   All right.  For doing what?

8           MR. FRAY-WITZER:  Objection.

9           THE WITNESS:  I did not do anything illegally.

10  BY MR. BLACK:

11     Q.   I didn't ask you that.

12          I said, for doing what?  What were you sued for

13  allegedly doing?

14     A.   As far as I remember, the lawsuit was related to

15  copyright infringement that happened with some third

16  party.

17     Q.   All right.  Wouldn't it be fair to say, as this

18  article says, that there were a number of lawsuits against

19  the Webzilla or Webzilla-related companies for having

20  clients using copyrighted materials improperly on their

21  websites?

22          MR. FRAY-WITZER:  Objection.

23          You can answer.

24          THE WITNESS:  It's fair to say that Webzilla was

25      a part of lawsuits involving its clients for

Constantin Luchian
May 02, 2018                                        49

```
1        copyright infringement.

2   BY MR. BLACK:

3        Q.   And these were all sites exhibiting pornography,

4   correct?

5             MR. FRAY-WITZER:  Objection.

6             THE WITNESS:  I do not know.

7   BY MR. BLACK:

8        Q.   You don't know?

9        A.   I don't recall all of the sites.

10       Q.   Well, let's talk about Hotfile.

11            Did Hotfile exhibit pornography?

12            MR. FRAY-WITZER:  Objection.

13            You can answer.

14            THE WITNESS:  As far as I know, no.

15  BY MR. BLACK:

16       Q.   No?

17            Well, what about Sun Social, did that exhibit

18  pornography on its website?

19            MR. FRAY-WITZER:  Objection.

20            You can answer.

21            THE WITNESS:  As far as I know, Sun Social -- if

22       you're referring to Sun Social Media, Inc., it runs

23       adult websites, yes.

24  BY MR. BLACK:

25       Q.   What is that -- is that pornography?
```

Constantin Luchian
May 02, 2018                                    50

```
 1              MR. FRAY-WITZER:  Objection.

 2              You can answer.

 3              THE WITNESS:  It is adult content.  I'm not sure

 4        if it was pornography or any other term.

 5   BY MR. BLACK:

 6        Q.   So you like the term "adult" instead of

 7   "pornography"?

 8        A.   I don't prefer any term over the other.

 9        Q.   Well, good.

10              So is it pornography?

11              MR. FRAY-WITZER:  Objection.

12              You can answer.

13              THE WITNESS:  It's adult content.  It could be

14        pornography as well.

15   BY MR. BLACK:

16        Q.   That's the best you can say, it could be?

17        A.   Adult content could be labeled as pornography and

18   it's -- it's present on Sun Social Media, Inc.'s, servers.

19        Q.   Who was a client of Webzilla or one of the

20   Webzilla companies, right?

21        A.   As far as I know, yes.

22        Q.   Did Hotfile improperly use copyrighted material?

23              MR. FRAY-WITZER:  Objection.

24              THE WITNESS:  I don't know, no.

25   BY MR. BLACK:
```

Constantin Luchian
May 02, 2018                                    51

```
 1        Q.    You don't know?

 2              What happened with the Hotfile case?

 3              MR. FRAY-WITZER:  Objection.

 4              THE WITNESS:  As far as I know, it is closed or

 5        stopped.  I don't know what happened specifically to

 6        Hotfile case.

 7   BY MR. BLACK:

 8        Q.    Well, is Hotfile still in operation?

 9        A.    As far as I know, no.

10        Q.    Did Hotfile stop hosting on your servers?

11        A.    As far as I know, Hotfile is not a customer of

12   Webzilla, Inc., anymore.

13        Q.    When did they stop?

14        A.    I do not recall the specific date.  Several years

15   ago.

16        Q.    That's because they were closed down by that

17   lawsuit, correct?

18              MR. FRAY-WITZER:  Objection.

19              You can answer.

20              THE WITNESS:  I do not know.

21   BY MR. BLACK:

22        Q.    You're not curious at all?

23              No, really, you don't care?

24              MR. FRAY-WITZER:  Objection.

25              You can answer.
```

Constantin Luchian
May 02, 2018                              52

```
1              THE WITNESS:  If I speculate, yes.  Hotfile

2         closed its operations due to the lawsuit.

3   BY MR. BLACK:

4         Q.   All right.  If you could turn to the next page,

5   Page 3.

6              Also in the middle of the page, it says "It's not

7   shocking that Webzilla was listed as a hub for

8   questionable activity.  Webzilla is on my radar weekly due

9   to its client base facilitating online piracy on a massive

10  scale, said Jason Tucker, president of Battleship Stance,

11  a company that manages and investigates copyright

12  infringement for film studios."

13             Now, is that a true statement?

14             MR. FRAY-WITZER:  Objection.

15             You can answer.

16             THE WITNESS:  No, I do not know.  You read the

17        statement correctly.

18  BY MR. BLACK:

19        Q.   No, I didn't ask you whether I read it correctly.

20             I said, is that a true statement?

21             MR. FRAY-WITZER:  Objection.

22             You can answer.

23             THE WITNESS:  I do not know.

24  BY MR. BLACK:

25        Q.   Why not?
```

Constantin Luchian
May 02, 2018                                    53

1        A.   I do not know.

2        Q.   Well, didn't we just read the terms of service of

3   Webzilla, that "The clients can't do anything illegal,"

4   and "It's all transparent," and "We're in charge," and

5   "We're going to shut you down if you do anything illegal"?

6             MR. FRAY-WITZER:  Objection.

7             Is there a question?

8   BY MR. BLACK:

9        Q.   Yes.  Didn't we just read -- go through that?

10            MR. FRAY-WITZER:  Objection.

11            You can answer.

12            THE WITNESS:  We have reviewed the exhibit you

13       presented with legal information from Webzilla.com.

14   BY MR. BLACK:

15       Q.   You want to review it again?  You don't remember

16   it the first time?

17            MR. FRAY-WITZER:  Objection.

18            THE WITNESS:  I do remember.  We reviewed the

19       document.

20   BY MR. BLACK:

21       Q.   Okay.  Well, do your clients facilitate online

22   piracy on a massive scale?  I'm not talking about you or

23   Webzilla.  I'm talking about your clients, your customers.

24            MR. FRAY-WITZER:  Objection.

25            THE WITNESS:  I do not know.

Constantin Luchian
May 02, 2018                                          54

1

2   BY MR. BLACK:

3        Q.   And the bottom of that page, it says, the

4   second-to-last paragraph, "Similarly, in joint comments to

5   the U.S. Copyright Office in 2015, 18 music industry

6   associations complained that Webzilla and an unrelated

7   company routinely failed to take down copyrighted content,

8   despite receiving thousands of notices of infringement."

9            Is that a true statement?

10           MR. FRAY-WITZER:  Objection.

11           You can answer.

12           THE WITNESS:  As far as I know, Webzilla does not

13       ignore corporate -- corporate claims.

14  BY MR. BLACK:

15       Q.   Have you ever closed down a website because you

16  received notices of infringement?

17           MR. FRAY-WITZER:  Objection.

18           You can answer.

19           THE WITNESS:  I do not know.  It's not my duties

20       in the company.

21  BY MR. BLACK:

22       Q.   Would it be fair to say that Webzilla has a

23  reputation in the tech community for ignoring infringement

24  abuses by its customers?

25           MR. FRAY-WITZER:  Objection.

Constantin Luchian
May 02, 2018                                          55

```
 1            THE WITNESS:  No.
 2   BY MR. BLACK:
 3        Q.   If you could turn to the second-to-last page, at
 4   the top of the page, it says:  "A search of domain names
 5   show many porn sites."
 6        A.   I'm sorry.
 7        Q.   It's the second-to-last page.  I may be wrong.
 8   It may be the third -- it's the third-to-last page.  I'm
 9   sorry.  They're not numbered, so it gets confusing.
10            It says at the top of the page, "A search of
11   domain names shows many porn sites are hosted by
12   Webzilla."
13            Is that true?
14            MR. FRAY-WITZER:  Objection.
15   BY MR. BLACK:
16        Q.   Are many porn sites hosted by Webzilla?
17        A.   I do not know.
18        Q.   Why not?
19        A.   It's not my duty to know.
20        Q.   The website O-suck.com is among the domains
21   hosted by Webzilla in Fort Lauderdale.  It self-describes
22   as "an amazing, arousing journey in the land of endless
23   lust."
24            Now, is that true, that that's hosted by Webzilla
25   out of Fort Lauderdale?
```

Constantin Luchian
May 02, 2018                                          56

1      A.   I do not know.

2      Q.   When did you first meet Aleksej Gubarev?

3      A.   I met Aleksej about five years ago.

4      Q.   And where was that?

5      A.   In Cyprus.

6      Q.   And you had no contact with him up until five

7  years ago, I guess, except for the e-mails or something, I

8  assume -- let me withdraw that.

9           I assume that you had contact with him through

10 e-mails or things like that, or no?

11     A.   Yes.

12     Q.   Before that.

13     A.   I communicated with Aleksej via e-mail.

14     Q.   Okay.  Are you familiar with the Methbot virus

15 fraud?

16     A.   No.

17     Q.   Did you have a customer by the name of Zhukov who

18 rented or leased server space in the Dallas data center?

19     A.   I do not know.

20     Q.   Does the name Zhukov mean anything to you?

21     A.   No.

22     Q.   Did you have a customer in the Dallas service

23 center whose service was terminated at the end of

24 December 2016?

25     A.   I do not know.

Constantin Luchian
May 02, 2018                                    57

```
 1      Q.    Why not?

 2      A.    It's not my duty to know in the company.  I

 3 handle different things.

 4      Q.    Who -- who receives the payments from the

 5 customers?

 6           MR. FRAY-WITZER:  Objection.

 7           You can answer.

 8           THE WITNESS:  Payments from customers come to

 9      bank account.

10 BY MR. BLACK:

11      Q.    And who's in charge -- who runs those bank

12 accounts?

13      A.    I run them, me.  Rajesh, as well.

14      Q.    All right.  So you -- do you see the bank account

15 information for the people who rent or lease services of

16 Webzilla in the Dallas service center?

17      A.    I have access to the incoming wire details of the

18 payments.

19      Q.    All right.  Have you -- and you've never heard of

20 a person by the name of Zhukov?

21      A.    No.

22      Q.    And are you aware -- and you're not aware of a

23 client abruptly being terminated at the end of December

24 2016?

25      A.    No.
```

Constantin Luchian
May 02, 2018                                    58

1      Q.    Are you -- are you aware of a client who was

2   supposedly paying $200,000 a month for service being

3   terminated?

4      A.    No.

5      Q.    That would be a significant event, would it not?

6            MR. FRAY-WITZER:  Objection.

7            You can answer.

8            THE WITNESS:  I don't want to speculate.

9   BY MR. BLACK:

10     Q.    Well, $200,000 is a lot of money, isn't it?

11           MR. FRAY-WITZER:  Objection.

12           You can answer.

13           THE WITNESS:  I don't want to speculate.

14  BY MR. BLACK:

15     Q.    You wouldn't want to speculate on that?

16     A.    No.

17     Q.    If you lost a client who was paying you $200,000

18  a month, is that something that would come to your

19  attention?

20     A.    No.

21     Q.    How much would it have to be before it comes to

22  your attention?

23           MR. FRAY-WITZER:  Objection.

24           You can answer.

25           THE WITNESS:  In this type of -- client actions

Constantin Luchian
May 02, 2018                                                    59

1        rarely come to my attention.

2    BY MR. BLACK:

3        Q.    Are you aware of any other viruses having been

4    transmitted on the Webzilla service infrastructure?

5        A.    I do not know.

6        Q.    You have never heard of any; is that correct?

7        A.    I don't know.

8        Q.    Have you ever heard of any internal investigation

9    by XBT and/or Webzilla into anybody illegally using the

10   servers or infrastructure of the company?

11       A.    No.

12       Q.    Has anybody talked to you as part of an

13   investigation into anybody illegally using your

14   infrastructure?

15       A.    No, I do not recall.

16       Q.    Was there ever a notice sent out to all of the

17   employees of XBT about -- or soliciting information about

18   viruses that were transmitted over the servers or

19   infrastructure of the company?

20            MR. FRAY-WITZER:  Objection.

21            You can answer.

22            THE WITNESS:  I do not recall receiving such

23       notice.

24   BY MR. BLACK:

25       Q.    In or around January of 2017, was any notice sent

Constantin Luchian
May 02, 2018                                             60

1   out by the company for people to preserve their electronic

2   information because a lawsuit was going to be filed?

3           MR. FRAY-WITZER:  Again, I instruct you that to

4        the extent you received communications from counsel,

5        those are omitted from your answer.  But to the

6        extent that you received communications from anyone

7        else, they are not.

8           THE WITNESS:  Can you repeat the question?

9   BY MR. BLACK:

10       Q.   Yes.

11          In or around January of 2017, were you ever

12  advised to preserve evidence, and particularly of

13  electronic evidence, because a lawsuit was going to be

14  filed?

15          MR. FRAY-WITZER:  Same instruction.

16          THE WITNESS:  I do not recall receiving.

17  BY MR. BLACK:

18       Q.   Do you recall a subpoena being issued to Webzilla

19  in or around 2009 by a company called Corbin Fisher,

20  asking for information about one of your customers?

21          MR. FRAY-WITZER:  Objection.

22          You can answer.

23          THE WITNESS:  I do not recall the specifics of

24       the e-mail.

25  BY MR. BLACK:

Constantin Luchian
May 02, 2018                                    61

 1        Q.    Excuse me while I stop stepping on my wire.

 2              All right.  Let me show you CF1 and CF2.

 3        (Exhibit CF-1 and CF-2, was marked for

 4   Identification.)

 5              THE VIDEOGRAPHER:  Can we go off the record?

 6              MR. BLACK:  No, we're not.

 7              THE VIDEOGRAPHER:  I need to go off the record.

 8              MR. BLACK:  Oh, okay.  Yes, of course.

 9              THE VIDEOGRAPHER:  Off the video record at

10        11:44 A.M.

11              (Whereupon, there was a recess, after which the

12        following proceedings were had:)

13              THE VIDEOGRAPHER:  Stand by.

14              Back on the video record at 11:46 A.M.

15   BY MR. BLACK:

16        Q.    All right.  Taking a look at those documents,

17   does that refresh your recollection that a subpoena had

18   been issued to Webzilla for information about Hotfile?

19              MR. FRAY-WITZER:  Objection.

20              You can answer.

21              THE WITNESS:  I'm still reviewing the -- the

22        CF-1.  But yes, apparently -- I mean, this is the --

23        you produced the exhibit that's titled "Partial

24        Opposition to Motion for Enlargement of Time."

25   BY MR. BLACK:

Constantin Luchian
May 02, 2018                                      62

1      Q.    Does that refresh your recollection that Corbin

2   Fisher had issued a subpoena to Webzilla for information

3   about Hotfile?

4            MR. FRAY-WITZER:  Objection.

5            You can answer.

6            THE WITNESS:  I don't recall the specifics of the

7       subpoena, if it was issued, but --

8   BY MR. BLACK:

9      Q.    All right.  Let me ask you to look at Page 2.

10           And the second sentence, it says "The initial

11   contact with Webazilla regarding this matter was on August

12   12, 2009, when the undersigned not only provided Webazilla

13   with a DMCA notice, but also the undersigned spoke with

14   Konstantin at Webazilla regarding the same."

15           Now, is that Konstantin they're talking about

16   you?

17      A.    I do not know.

18      Q.    How many Konstantins were there in 2009 at

19   Webazilla?

20      A.    Three.

21      Q.    I'm sorry?

22      A.    As far as I know, three.

23      Q.    Three?

24           And where were the other two located?

25      A.    Konstantin Bolotin was with me in Webzilla office

```
 1   in Florida.

 2        Q.   Okay.  And who else?

 3        A.   Konstyantyn Bezruchenko was visiting Florida

 4   frequently.

 5             THE COURT REPORTER:  Can you repeat that name,

 6        please.

 7             MR. BLACK:  Yes.  Spell it.

 8             THE WITNESS:  Okay.  K-O-N-S-T-Y-N-T-Y-N,

 9        B-E-Z-R-U-C-H-N-K-O.

10   BY MR. BLACK:

11        Q.   All right.  Let me ask you to turn to Page 3.

12             And this is a paragraph starting about halfway

13   down the page.  "A few days later, the undersigned spoke

14   to an individual who identified himself as Konstantin, who

15   asked why Corbin Fisher wanted this information.  And he

16   was informed that it was in preparation for a lawsuit

17   against Hotfile."

18             Now, do you recall anyone asking you about

19   information against -- excuse me, about Hotfile, so they

20   could file a lawsuit against them?

21        A.   No, I do not recall.

22        Q.   Who was the D -- DMCA agent for Hotfile?

23        A.   At one --

24             MR. FRAY-WITZER:  Objection.

25             You can answer.
```

Constantin Luchian
May 02, 2018                                        64

1          THE WITNESS:  At one point, Incorporate Now

2      provided DMCA agent services to Hotfile.

3  BY MR. BLACK:

4      Q.   And who was employed at Incorporate Now?

5      A.   I am.

6      Q.   So you were the DMCA agent, correct?

7          MR. FRAY-WITZER:  Objection.

8          You can answer.

9          THE WITNESS:  I acted as a DMC agent for Hotfile

10     on behalf of Incorporate Now.

11  BY MR. BLACK:

12     Q.   Does this -- do you recall having this

13  conversation?

14     A.   Which conversation?

15     Q.   All right.  "A few days later, the undersigned

16  spoke to an individual who identified himself as

17  Konstantin, who asked why Corbin Fisher wanted this

18  information.  And he was informed that it was in

19  preparation for a lawsuit against Hotfile."

20          Was that a conversation with you?

21     A.   I do not recall.

22     Q.   It goes on to say "Konstantin then said he was

23  concerned about this matter, since Hotfile was one of his

24  biggest customers, and he did not wish to lose his

25  customer."

Constantin Luchian
May 02, 2018                                    65

1          Does that refresh your recollection as to whether

2   or not this conversation was with you?

3          A.   No, it doesn't.

4          Q.   Was Hotfile one of Webazilla's largest customers?

5          A.   I don't know.

6          Q.   Why not?

7          A.   It wasn't my duty to know.

8          Q.   "The undersigned politely informed him that his

9   commercial relationship with the criminal was not relevant

10  to the subpoena.  Then Konstantin requested that the

11  subpoena be formally served and not merely delivered by

12  e-mail or fax."

13         Does that help refresh your recollection about

14  the conversation?

15         A.   No.

16         Q.   And I take it from what you're saying, this does

17  not refresh your recollection at all about this lawsuit --

18  excuse me, this subpoena by Corbin Fisher?

19         A.   I do not remember the specifics of the subpoena.

20         Q.   Do you remember the subpoena?

21         A.   The name Corbin Fisher sounds familiar.  Most

22  likely, I had received a subpoena from him.  I do not

23  remember specifically.

24         Q.   How often do you get subpoenas?

25         A.   I don't want to speculate.

Constantin Luchian
May 02, 2018                                        66

1      Q.   I didn't ask you to speculate.

2           I said, how often do you get subpoenas?

3      A.   I do not keep --

4      Q.   I'm sorry?

5      A.   I do not keep statistics of that nature.

6      Q.   Well, has it been more than once?

7      A.   Yes.

8      Q.   More than ten?

9      A.   I don't know.

10     Q.   More than 20?

11     A.   I don't know.

12     Q.   All right.  Let me show you a document we have

13   marked as IP-1.

14        (Exhibit IP-1 was marked for Identification.)

15   BY MR. BLACK:

16     Q.   And I ask you to take a look at this so I can ask

17   you some questions about it.

18           Are you ready?

19     A.   Yes.

20     Q.   Okay.  Good.

21           Now, one of the defendants in this lawsuit was IP

22   Transit, Inc., correct?

23     A.   Yes.

24     Q.   And what was your relationship with IP Transit,

25   Inc.?

Constantin Luchian
May 02, 2018                        67

1        A.    IP Transit, Inc., is a part of XBT Group, and the

2   defendant.   I was financial director for IP Transit, Inc.

3        Q.    All right.   And this lawsuit was brought in the

4   federal court here in the Southern District of Florida,

5   was it not?

6        A.    Yes.

7        Q.    Were you involved in this lawsuit?

8             MR. FRAY-WITZER:   Objection.

9             You can answer.

10  BY MR. BLACK:

11       Q.    Let me rephrase that.

12            Did you assist in any way in defending this

13  lawsuit?

14            MR. FRAY-WITZER:   Objection.

15            You can answer.

16            THE WITNESS:   I was involved in the lawsuit to an

17       extent.

18  BY MR. BLACK:

19       Q.    All right.   And you were the agent to receive

20  takedown notices on behalf of IP Transit; is that correct?

21       A.    At the time, yes.

22       Q.    And the allegation was that IP Transit did not

23  follow through with the takedown notices; is that correct?

24            MR. FRAY-WITZER:   Objection.

25            You can answer.

Constantin Luchian
May 02, 2018                                    68

```
 1            THE WITNESS:  That's what the plaintiff stated.
 2   BY MR. BLACK:
 3       Q.   All right.  Why wasn't the -- the sites taken
 4   down by IP Transit?
 5       A.   I don't know.
 6       Q.   Did you ask that IP Transit terminate the
 7   services of vPorn and these other websites?
 8       A.   It's not my duty.
 9       Q.   What was your duty?
10       A.   My duty is to deal with vendors, and occasionally
11   to deal with customers.  But primarily, I do some
12   bookkeeping and I deal with vendors.
13       Q.   All right.  Could you take a look at Page 5 of
14   the lawsuit.  I wanted to ask you about paragraph --
15   starting with paragraph 32.
16            Paragraph 32 says that "Defendants had appointed
17   Constantin Lucian as agent to receive copyright takedown
18   notices."
19       A.   I'm sorry --
20       Q.   That's accurate, correct, paragraph 32?
21            MR. FRAY-WITZER:  Not Page 5, Page 6.
22   BY MR. BLACK:
23       Q.   I'm sorry.  I can't read very well.  6.  Thank
24   you.
25       A.   So 32 --
```

Constantin Luchian
May 02, 2018                                          69

1       Q.    It says in paragraph 32 that IP Transit had

2   appointed you to receive the takedown notices.

3       A.    Yes.

4       Q.    All right.  And the next paragraph, it said,

5   "Defendants failed to honor takedown notices delivered to

6   Constantin Lucian."

7             Do you see that?

8       A.    Yes, I see that.

9       Q.    All right.  So is that true, that the defendants

10  failed to honor the notices you gave them?

11      A.    No.

12      Q.    What did they do?

13      A.    I'm sorry.  It's not true that we failed, or I

14  failed to process the notices properly.  I do not know

15  what the defendant did then with the notice.

16      Q.    Okay.  I'm not suggesting that you didn't pass it

17  on.  But your job was to receive the notices and give it

18  to the -- whoever you're acting as the agent for, correct?

19      A.    Yes.

20      Q.    And here, you were acting as agent for IP

21  Transit.

22      A.    Correct.

23      Q.    And you gave the notice to IP Transit.

24      A.    I received the notice on behalf of IP Transit,

25  most likely.

Constantin Luchian
May 02, 2018                                      70

```
1        Q.   Did you give that notice to IP Transit?

2        A.   I do not recall the specifics, but notice was

3   possessed according to the processes at the time.

4        Q.   So were these sites taken down by IP Transit,

5   these vPorn sites run by Anton Titov?

6            MR. FRAY-WITZER:  Objection.

7            You can answer.

8            THE WITNESS:  I do not know if they were taken

9        down at the time.

10  BY MR. BLACK:

11       Q.   Why not?

12       A.   It's not my duty in the company to know.

13       Q.   So would you just take the paperwork and pass it

14  on, and you don't care what happens thereafter?

15       A.   The details -- it is the corporate agent duty to

16  make sure the corporate paper is delivered and passed on

17  to the client.

18       Q.   All right.  And did you do anything to follow up

19  with it?

20       A.   It is not duty of corporate agent to follow up.

21       Q.   So I take it the answer is, no, you didn't follow

22  up, right?

23       A.   As far as I recall, no.

24       Q.   Did you -- it says here, "Defendants -- on

25  paragraph 34 -- "Defendants," excuse me, "failed to
```

Constantin Luchian
May 02, 2018                                    71

1   implement a reasonable repeat infringer policy."

2           What does that mean?  What's a repeat infringer

3   policy?

4       A.   As far as I know, each company has a policy with

5   how to deal with repeat infringers.

6       Q.   Has a policy to do what?

7       A.   To deal with repeat infringers.

8       Q.   And what is that policy?

9       A.   I don't know.  It is company-specific.

10      Q.   Who in the company would be responsible for these

11  takedown notices?  In IP Transit, who would be

12  responsible?

13      A.   The abuse department.

14      Q.   All right.  So you pass this on to the abuse

15  department, right?

16      A.   Yes.

17      Q.   So did they order that Mr. Titov's websites be

18  terminated?

19          MR. FRAY-WITZER:  Objection.

20          THE WITNESS:  I don't know.

21  BY MR. BLACK:

22      Q.   And this all dealt with adult content, correct?

23      A.   Excuse me?

24      Q.   This all dealt with adult content, all of Mr.

25  Titov's websites?

Constantin Luchian
May 02, 2018                                    72

```
 1        A.   As far as I know, vPorn.com deals with adult
 2   content.
 3        Q.   Let me show you AMA-1.
 4        (Exhibit AMA-1 was previously marked for
 5   Identification.)
 6   BY MR. BLACK:
 7        Q.   This is also a lawsuit brought here in federal
 8   court in Miami.
 9             And you see that Webzilla, Inc., and WZ
10   Communications, Inc., were two of the defendants.
11        A.   Yes, I see that.
12        Q.   And it dealt with a website called Drtuber.com.
13             Are you familiar with Drtuber.com?
14        A.   Yes, I am.
15        Q.   What is Drtuber.com?
16        A.   As far as I know, it's a website with
17   adult-oriented content.
18        Q.   Was that hosted by Webzilla or WZ Communications?
19        A.   I do not know.
20        Q.   Did you participate at all in this lawsuit?
21             MR. FRAY-WITZER:  Objection.
22             You can answer.
23             THE WITNESS:  From what I recall, I was a DMCA
24        agent on behalf of Incorporate Now for Drtuber.com.
25        I participated in the lawsuit.
```

Constantin Luchian
May 02, 2018                                    73

```
 1   BY MR. BLACK:
 2        Q.   Did you get takedown notices for Drtuber.com?
 3        A.   Yes, as far as I recall, there were notices.
 4        Q.   And what did you do with the notices?
 5        A.   When notices are received, I forwarded to the
 6   customer.
 7        Q.   Were those sites taken down?
 8        A.   I don't know.
 9        Q.   Let me show you WCZ-1.
10        (Exhibit WCZ-1 was previously marked for
11   Identification.)
12   BY MR. BLACK:
13        Q.   This is a lawsuit by Hydentra against a number of
14   defendants, including Webzilla and WZ Communications.
15             Are you familiar with this lawsuit?
16        A.   Yes, I recall this lawsuit.
17        Q.   All right.  You were also acting as the DMCA
18   agent for Webzilla and WZ Communications; is that correct?
19        A.   I'm looking at the date.
20        Q.   This is filed November 2015.  If you look at the
21   top of the first page --
22        A.   Oh, thank you.
23        Q.   -- it has the date there.  The court stamps the
24   date on it up there.
25        A.   Yes.  At the time, I was acting as DMCA agent for
```

Constantin Luchian
May 02, 2018                                74

```
 1   Webzilla, Inc.
 2       Q.   Okay.  This also dealt with websites that hosted
 3   or had adult content?
 4       A.   Yes, it appears to be the same website from the
 5   previous exhibit.
 6            THE WITNESS:  Can I have a short break?
 7            MR. BLACK:  Yeah, of course.  You want to do
 8       lunch?
 9            MR. FRAY-WITZER:  Do you want to do lunch now?
10            MR. BLACK:  Yeah, let's do that.  I don't really
11       have that much more left.  So let's have lunch and
12       then we'll wrap it up pretty quickly.
13            THE VIDEOGRAPHER:  Off the video record at
14       12:08 P.M.
15            (Whereupon, there was a recess, after which the
16       following proceedings were had:)
17            THE VIDEOGRAPHER:  Back on the video record at
18       1:07 P.M.
19   BY MR. BLACK:
20       Q.   All right.  Mr. Luchian, let me show you a
21   document marked HT-1.
22            I'll give you a moment to look at it, and I'll
23   ask you some questions about it.
24       (Exhibit No. HT-1 was previously marked for
25   Identification.)
```

Constantin Luchian
May 02, 2018                                          75

```
 1   BY MR. BLACK:
 2        Q.   Okay.  This is the lawsuit that was followed up
 3   after the Corbin Fisher subpoena and Webazilla, LLC, which
 4   I assume is the same as Webzilla, Inc., was named as a
 5   defendant.
 6             Did you participate in any way or have knowledge
 7   about this lawsuit?
 8             MR. FRAY-WITZER:  Objection.
 9             You can answer.
10             THE WITNESS:  I recall this lawsuit.
11   BY MR. BLACK:
12        Q.   All right.  Were you a witness in the lawsuit?
13        A.   I don't recall to be a witness.  I might have.
14        Q.   According to the lawsuit, the Hotfile website was
15   called a cyberlocker.  Do you know what a cyberlocker is?
16        A.   No.
17        Q.   What was your assistance in this particular case?
18        A.   As far as I recall, at the time, Incorporate Now
19   acted as a DMC agent for Hotfile.com.
20        Q.   Did you give a deposition in this case?
21        A.   I do not recall.
22        Q.   Did you file -- I thought you did file a
23   declaration, though, right?  Is that the one we saw
24   earlier?
25             Quite frankly, I can't remember what lawsuit --
```

Constantin Luchian
May 02, 2018                                    76

1    of the others, so I will withdraw that.

2            Was Hotfile Webazilla's largest client at the

3    time of this lawsuit?

4        A.   I don't know.

5        Q.   All right.  Let me show you a document marked

6    DP-1.

7        (Exhibit No. DP-1 was previously marked for

8    Identification.)

9    BY MR. BLACK:

10       Q.   Let me just ask you, and maybe this will explain

11   it.

12           In the heading there, it says, "Webazilla, LLC, a

13   Florida dissolved limited liability company," and then

14   Webzilla, Inc., is different.

15           Is that the difference between -- maybe I was

16   confused before -- the LLC was Webazilla, and Inc., is

17   Webzilla?

18       A.   That's correct.

19       Q.   Okay.  Go ahead.

20           Do you recall this, this Depicto versus Webzilla

21   lawsuit?

22       A.   No, I do not recall.

23       Q.   Did you have any participation in it?

24       A.   I don't remember.

25       Q.   Did you know somebody or know of somebody named

Constantin Luchian
May 02, 2018                                    77

1    Victor Lukashenko?

2         A.    No?

3         Q.    Did you ever try to make a repayment of a loan to

4    Depicto Commercial Limited?

5              MR. FRAY-WITZER:  Objection.

6              You can answer.

7              THE WITNESS:  No.

8    BY MR. BLACK:

9         Q.    Did you ever repay a loan to a Victor Lukashenko?

10             MR. FRAY-WITZER:  Objection.

11             You can answer.

12             THE WITNESS:  I don't remember if I sent funds to

13        this particular individual.

14   BY MR. BLACK:

15        Q.    All right.  Let me show you a document, HY-1.

16        (Exhibit No. HY-1 was previously marked for

17   Identification.)

18   BY MR. BLACK:

19        Q.    All right.  Do you recall this lawsuit?

20        A.    Yes, I do.

21        Q.    All right.  This is -- you were named personally

22   in this one?

23        A.    Yes, that's correct.

24        Q.    And this was by this Hydentra Company.  I think

25   we've seen other litigation by them, have we not?

Constantin Luchian
May 02, 2018                                    78

1        A.   Yes, same one.

2        Q.   And this -- also, as a defendant here was

3   Konstantin Bolotin?

4        A.   Correct.

5        Q.   Am I pronouncing that correct?

6        A.   Yes.

7        Q.   All right.  And Sun Social Media?

8        A.   Yes.

9        Q.   All right.  If you could turn to Page 2,

10  paragraph 2, it says "Defendant Luchian is a director at

11  Sun Social Media, Inc."

12           Is that correct?

13       A.   You read the statement correctly.  I was not a

14  director at Sun Social Media.

15       Q.   All right.  So that's a false -- that's not a

16  correct statement?

17       A.   Yes, that is not a correct statement.

18       Q.   And in paragraph 2, it says that "Bolotin is the

19  director of operations at Sun Social Media."

20           Do you know if that is correct?

21           MR. FRAY-WITZER:  Just for the record, it's

22       paragraph 3.

23           THE WITNESS:  Yes.  As far as I know, yes.

24  BY MR. BLACK:

25       Q.   All right.  And also in paragraph 3, "Sun Social

Constantin Luchian
May 02, 2018                              79

1   Media operates playvid.com, feevids.com, playvids.com and

2   peekvids.com."

3           Is that accurate?

4       A.   I do not know.

5       Q.   And did all these websites -- excuse me, or

6   these, I guess they're websites, from social media involve

7   adult content?

8           MR. FRAY-WITZER:  Objection.

9           You can answer.

10          THE WITNESS:  I do not know.

11  BY MR. BLACK:

12      Q.   Well, during the course of the litigation, did

13  you do any attempt to determine what Sun Social did?

14      A.   I know it operated adult-oriented websites.  I'm

15  not sure if all of them have adult-oriented content.

16      Q.   All right.  But you were a defendant in this

17  lawsuit, correct?  Were you concerned about it at all?

18      A.   About?

19      Q.   About being sued.

20      A.   Of course.

21      Q.   All right.  Well, did you look into the facts of

22  why there was this lawsuit?

23      A.   As far as I know, Sun Social Media, Inc., did not

24  break the law.

25      Q.   That wasn't my question, though.

1          My question was:  Did you look into this, rather

2   than just assume they didn't do anything wrong?

3          Did you do any investigation to find out what

4   happened?

5      A.   I did look into it to an extent.

6      Q.   And what was that extent?

7      A.   I spoke to Konstantin Bolotin.  I looked at the

8   websites.  Everything looked okay.

9      Q.   Did you ask him if he was hosting any copyright

10  -- copyrighted material on his website that he had not

11  paid for?

12         MR. FRAY-WITZER:  Objection.

13         You can answer.

14         THE WITNESS:  I don't remember asking him that

15     question.

16  BY MR. BLACK:

17     Q.   Well, that's what the lawsuit was about, right?

18     A.   I could have asked him if he did anything wrong,

19  it is a legitimate lawsuit, and he might have said no.

20     Q.   I'm not asking what he might have said.

21         Did you ask him, "Did you improperly post

22  copyrighted material on your websites?"

23     A.   I could have asked Konstantin if there was any

24  copyrighted material on his website, and he could have

25  said, no, or it's been taken care of.

Constantin Luchian
May 02, 2018                                   81

1      Q.   All right.  I'm not asking you hypothetically

2   what he could have done.

3           I'm asking you:  Did you check to see if, in

4   fact, he was illegally hosting copyrighted material on his

5   websites?

6           MR. FRAY-WITZER:  Objection.

7           You can answer.

8           THE WITNESS:  This happened about four years ago.

9       I don't recall specific conversations.  And there is

10      no way for me to not trust Konstantin, and no way for

11      me to check.

12   BY MR. BLACK:

13      Q.   Well, first of all, this lawsuit was filed in

14   June of 2015 --

15      A.   Yes.

16      Q.   -- do you see that?

17      A.   Yes.

18      Q.   That's less than three years ago?

19      A.   Three years.  I'm sorry.

20      Q.   You're going to tell me you don't remember what's

21   happened in the last three years?

22           MR. FRAY-WITZER:  Objection.

23           You can answer.

24           THE WITNESS:  I do remember.  I don't remember --

25           MR. BLACK:  Good.

Constantin Luchian
May 02, 2018                                                    82

```
 1   BY MR. BLACK:
 2       Q.   Well, tell me what investigation you did to
 3   determine if Bolotin and Sun Social Media had hosted
 4   copyrighted materials illegally on its websites?
 5            MR. FRAY-WITZER:  Objection.
 6            You can answer.
 7            THE WITNESS:  I did the investigation to my
 8       extent, searching online, looking up -- maybe there
 9       is something else that's speaking the case, and
10       speaking to Konstantin, himself.
11   BY MR. BLACK:
12       Q.   All right.  So you searched online.
13            What did you search for?
14       A.   Anything that could come up, news articles or any
15   other litigation, or anything else that might come up in
16   the public record.
17       Q.   Well, how would searching online tell you whether
18   or not the content on his websites was illegally used,
19   copyrighted material?
20       A.   That is as much as I can do in my capacity.  And
21   to my knowledge, I don't know how to do anything other
22   than that.  I have no means to.
23       Q.   If you take a look at Page 9, paragraph 61, the
24   claim is that "Playvid had 37 of the plaintiff's
25   copyrighted, registered works over 70 separate and
```

Constantin Luchian
May 02, 2018                                    83

1   distinct URLs."

2          Now, did you look to see if that was true or not?

3      A.   I don't have any knowledge of plaintiff's

4   content.

5      Q.   Now, Bolotin is a friend of yours; is that right?

6      A.   Yes.

7      Q.   He used to be employed at Webzilla?

8      A.   Yes.

9      Q.   And for how long was he employed at Webzilla?

10     A.   About four years.

11     Q.   Now, during the time he was employed at Webzilla,

12  he was also developing the Sun Social website, wasn't he?

13         MR. FRAY-WITZER:  Objection.

14         You can answer.

15         THE WITNESS:  As far as I know, Sun Social Media,

16      Inc., was created after he start -- stopped working

17      at Webzilla.

18  BY MR. BLACK:

19     Q.   You don't know that for a year, while he was

20  working for Webzilla, he was working and preparing the Sun

21  Social website?

22     A.   I know he was working on different projects.  I

23  didn't inquire any specifics.

24     Q.   Were the two of you working in the same office?

25     A.   Yes.

Constantin Luchian
May 02, 2018                                              84

1       Q.   Are you aware that he formed Sun Social Media in

2  the year 2010?

3       A.   I do not remember the exact year when Sun Social

4  Media was formed.

5       Q.   In 2010, he was still working for Webzilla,

6  wasn't he?

7       A.   Yes.

8       Q.   Sun Social Media has always operated on

9  Webzilla's infrastructure?

10          MR. FRAY-WITZER:  Objection.

11          You can answer.

12          THE WITNESS:  I don't know.

13  BY MR. BLACK:

14      Q.   Is it still there today?

15      A.   Sun Social Media, Inc., is a client of Webzilla,

16  yes.

17      Q.   How much do they pay per month?

18      A.   I don't know exact amount.  About $3,000.

19      Q.   Is there a difference in price for people who

20  host pornography than those who do not?

21      A.   I don't know.

22          MR. BLACK:  All right.  That's it.  Thank you

23      very much.  I appreciate your coming in today.

24          THE WITNESS:  Thank you.

25          THE VIDEOGRAPHER:  Off the video record at 1:25

Constantin Luchian
May 02, 2018                                           85

```
1       P.M.

2              THE COURT REPORTER:  Are you ordering at this

3       time, Mr. Black?

4              MR. BLACK:  Yes.

5              THE COURT REPORTER:  Copy?

6              MR. FRAY-WITZER:  Yes.

7              (The deposition was concluded at 1:25 p.m.)

8       (Reading and signing of the deposition was waived by

9    the witness and all parties.)

10

11

12

13                    _     _     _

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          CERTIFICATE OF OATH

2

3     STATE OF FLORIDA

4     COUNTY OF MIAMI-DADE

5

6            I, SHARON VELAZCO, Registered Professional

7     Reporter, Notary Public, State of Florida, certify that

8     CONSTANTIN LUCHIAN personally appeared before me on the

9     2ND day of May, 2018, and was duly sworn.

10           Signed this 15th day of May, 2018.

11

12

13           _____

14           SHARON VELAZCO, RPR
             Notary Public, State of Florida
             Commission No.: FF 146173
15           Commission Expires: August 19, 2018

16

17

18

19

20

21

22

23

24

25

```
1                    CERTIFICATE OF REPORTER

2

3     STATE OF FLORIDA

4     COUNTY OF MIAMI-DADE

5

6             I, SHARON VELAZCO, Registered Professional

7     Reporter, certify that I was authorized to and did

8     stenographically report the deposition of CONSTANTIN

9     LUCHIAN; that a review of the transcript was not

10    requested; and that the transcript is a true record of my

11    stenographic notes.

12            I further certify that I am not a relative,

13    employee, attorney, or counsel of any of the parties, nor

14    am I a relative or employee of any of the parties'

15    attorneys or counsel connected with the action, nor am I

16    financially interested in the action.

17

18            Dated this 15th day of May, 2018.

19

20            _____

              SHARON VELAZCO, RPR
21            Registered Professional Reporter

22

23

24

25
```

**$**

**$120**  18:9
**$120,000**
  12:24
**$200,000**
  58:2,10,17
**$3,000**  84:18
**$50**  24:3

**1**

**1**  33:12
**1.7**  35:5
**10:05**  4:7
**10:34**  24:9
**10:40**  24:18
**110**  6:5,9,24
**117**  4:11
**11:01**  40:25
**11:08**  41:4
**11:17**  44:21
**11:18**  45:1
**11:44**  61:10
**11:46**  61:14
**12**  62:12
**12:08**  74:14
**1300**  4:9
**1700**  6:5,9,24
**18**  35:4 54:5
**1:07**  74:18
**1:25**  84:25
  85:7

**2**

**2**  9:1 30:13,
  14 45:3 62:9
  78:9,10,18
**20**  37:13
  66:10
**2009**  9:25
  12:11 60:19
  62:12,18

**201**  4:8
**2010**  84:2,5
**2015**  54:5
  73:20 81:14
**2016**  56:24
  57:24
**2017**  59:25
  60:11
**2018**  4:7
**237**  41:9
**29**  38:25
**2nd**  4:6

**3**

**3**  8:24 12:12
  17:21 30:24
  52:5 63:11
  78:22,25
**3.5**  32:20
**32**  68:15,16,
  20,25 69:1
**33301**  6:6
**34**  70:25
**3587**  41:10
**37**  82:24

**4**

**4**  32:19 33:11

**5**

**5**  37:17
  68:13,21
**5.1**  37:14,15

**6**

**6**  12:14
  68:21,23
**61**  82:23

**7**

**70**  82:25

**9**

**9**  82:23
**954 237-3587**
  41:8

**A**

**A.M.**  4:7
  24:10,18
  40:25 41:4
  44:21 45:1
  61:10,14
**about**  7:9
  23:7 24:22
  25:11 26:3,
  13,14 27:8,17
  29:21 32:12,
  13 35:5
  36:13,18
  37:14 39:2
  42:19 43:20
  44:7 46:21
  47:5 49:10,17
  53:22,23 56:3
  59:17 60:20
  61:18 62:3,15
  63:12,18,19
  64:23 65:13,
  17 66:17
  68:14 74:23
  75:7 79:17,
  18,19 80:17
  81:8 83:10
  84:18
**above**  4:3
**abruptly**
  57:23
**abuse**  37:15,
  19 38:11
  39:3,4,5,6,12
  40:4 71:13,14

**abuse@
webzilla.com**
  39:9,20
**abuses**  54:24
**accepts**  32:23
**access**  57:17
**according**
  70:3 75:14
**account**  17:24
  18:6 36:24
  57:9,14
**accounts**
  57:12
**accurate**  9:5
  12:20 45:13,
  18 46:7 68:20
  79:3
**acknowledges**
  32:22
**act**  20:20
  32:14 35:7,
  10,11,15,17
**acted**  64:9
  75:19
**acting**  69:18,
  20 73:17,25
**action**  39:19,
  23 42:11
**actions**  39:24
  58:25
**activity**  31:8
  33:13 52:8
**acts**  35:13
**actually**  8:6
  37:3 44:9
  47:12
**address**  6:4,
  20,23,25
  39:5,8,12
  40:13
**addresses**
  19:25 20:3
**adult**  49:23
  50:3,6,13,17
  71:22,24 72:1
  74:3 79:7

adult-oriented
  72:17 79:14,
  15
advised  60:12
after  22:18
  41:1 61:11
  74:15 75:3
  83:16
AG-13  44:2,3
again  53:15
  60:3
against  46:11
  48:18 63:17,
  19,20 64:19
  73:13
agent  19:17
  20:8,18,20,25
  35:11,13
  36:2,10 63:22
  64:2,6,9
  67:19 68:17
  69:18,20
  70:15,20
  72:24 73:18,
  25 75:19
ago  22:1
  26:13 51:15
  56:3,7 81:8,
  18
agree  19:7
  43:6
agrees  35:6
ahead  22:4
  76:19
Aleksej  4:12
  56:2,3,13
all  4:19,21
  5:19 6:12,15
  7:1,4,7,24
  8:3,8,14 9:7,
  11,25 10:3,6
  11:1,11 12:5
  13:8,11,16,21
  14:3,6 15:10,
  21,25 16:7,
  10,17,21
  17:13 18:20
  20:21 21:22

22:14,18
23:16 24:20
25:15,19
27:25 29:15
30:17,24
31:7,12,15,
16,20,23 35:4
37:15 40:12
41:16 42:23
43:19 44:1
45:3 46:5
48:7,17 49:3,
9 51:22 52:4
53:4 57:14,19
59:16 61:2,16
62:9 63:11
64:15 65:17
66:12 67:3,19
68:3,13 69:4,
9 70:18
71:14,22,24
72:20 73:17
74:20 75:12
76:5 77:15,
19,21 78:7,9,
15,25 79:5,
15,16,17,21
81:1,13 82:12
84:22 85:9
Alla  16:4,6
allegation
  67:22
allegedly
  46:15 48:13
allow  32:7,14
  43:19
allows  10:11,
  12
already  12:19
also  7:20
  9:10 10:11
  15:24 20:8,17
  21:11 22:6
  39:23 52:6
  62:13 72:7
  73:17 74:2
  78:2,25 83:12
always  10:7
  32:4 84:8

am  24:11 64:5
  72:14 78:5
AMA-1  72:3,4
amazing  55:22
America  18:4
American  45:8
among  24:3
  55:20
amount  16:21,
  24 17:1,3
  34:15 84:18
and  4:2 5:3,
  4,10,13,17,24
  6:2,4,7,11,
  22,25 7:1,6,
  7,16 8:3,8,15
  9:2,10,14
  10:11,12,13,
  16,22 11:15,
  25 12:22
  13:8,13,15,
  19,21 14:6,8,
  15,17 15:23,
  25 16:10,11
  17:2,10,19,
  20,23 18:1,5,
  8,12,17,21
  19:1,7,8,9,
  22,24 20:2,6,
  11,14,17,21
  21:11,25
  22:3,20,22
  23:2,5,7
  24:21 25:6
  26:3,6,9,10,
  12,21 27:5,10
  28:17,21
  29:8,13 30:14
  31:1,11,23
  32:8,15,23,24
  33:13 34:1
  35:5,11,24
  36:2,10 37:5,
  13,16,25
  38:1,9,14,25
  39:6,11,15
  40:7,8,15
  41:11,15,25
  42:2,10,22,24

43:5,6,11,23
44:14 45:6,7,
10 46:3,6
47:8 49:3
50:17 52:11
53:4 54:3,6
56:4,6 57:11,
19,22 60:12
61:2,3 62:10,
24 63:2,12,15
64:4,18,24
65:11,16
66:16,24
67:1,3,19,22
68:7,10,12
69:4,17,20,23
70:13,14,16,
18 71:8,22
72:9,12 73:4,
14,18 74:11,
22 75:3
76:10,13,16
77:24 78:2,7,
18,25 79:1,5
80:6,19,24
81:9,10 82:3,
9,20,25 83:9,
20 85:8,9
and/or  59:9
annoy  38:11
another  12:10
  38:12
answer  9:17
  10:9 11:8
  12:2 13:3
  14:11,21
  15:13 18:15
  21:18 24:20,
  25 26:23 28:4
  29:4,17 33:18
  34:3,12,22
  37:7,22 38:17
  39:22 42:7
  43:15 45:15
  46:9,18 48:23
  49:13,20
  50:2,12
  51:19,25
  52:15,22

53:11 54:11,
18 57:7 58:7,
12,24 59:21
60:5,22 61:20
62:5 63:25
64:8 67:9,15,
25 70:7,21
72:22 75:9
77:6,11 79:9
80:13 81:7,23
82:6 83:14
84:11
**answers**  39:11
41:11,23
**Anton**  14:16
70:5
**any**  7:11,16
11:1 16:22,25
24:23 25:20,
23 28:23
29:21 30:7
32:4,5,9,16
33:11 37:19
38:4 39:19
42:15 43:9
50:4,8 59:3,
6,8,25 67:12
75:6 76:23
79:13 80:3,9,
23 82:14
83:3,23
**anybody**  7:1
16:7 28:1
35:24 42:2,5
43:19 59:9,
12,13
**anymore**  29:9
36:7 51:12
**anyone**  41:23
60:6 63:18
**anything**
27:20 45:25
48:9 53:3,5
56:20 70:18
80:2,18
82:14,15,21
**apparently**
61:22

**appearance**
4:19
**appears**  8:19,
23,25 10:2,3
12:13 30:22
33:8 74:4
**appointed**
68:16 69:2
**appreciate**
84:23
**approximately**
4:7
**are**  4:8 5:10
6:2,10 7:11
9:2 11:12,15,
19 12:16
13:12 17:10,
23 19:17
20:6,8 22:19
23:16 24:22
25:21 26:20
29:22 30:1,17
31:3,13 33:25
35:8,19,23
36:1,2,25
39:24 40:2,
13,16 44:10,
13 55:11,16
56:14 57:22
58:1 59:3
60:5,7 66:18
72:13 73:5,15
84:1 85:2
**around**  59:25
60:11,19
**arousing**
55:22
**arrangement**
6:13
**arrested**
22:20
**article**  44:14
48:18
**articles**
82:14
**as**  5:3,4,22
7:13,18 8:5,7
9:25 11:2

13:18 14:7
18:23 19:8,
14,16,23,25
20:1,7,17,19,
20,25 21:2,24
22:6,8 23:6,
11,14 27:6,21
28:21,22
29:13,24
30:12 31:8
33:6,22
35:11,13
36:10 37:4
39:8,13
40:16,20
46:22 47:14
48:14,17
49:14,21
50:14,17,21
51:4,9,11
52:7 54:12
55:22 57:13
59:12 62:22
63:14 64:9,16
65:1 66:13
68:17 69:18,
20 70:23 71:4
72:1,16 73:3,
17,25 75:4,
18,19 78:2,23
79:23 82:20
83:15
**ask**  25:11
30:24 35:5
37:14 44:7
48:11 52:19
62:9 63:11
66:1,16 68:6,
14 74:23
76:10 80:9,21
**asked**  17:13
22:15 23:1
36:15 43:5,11
63:15 64:17
80:18,23
**asking**  34:8,9
42:18 45:21
60:20 63:18
80:14,20

81:1,3
**assets**  23:14
28:22 29:1
30:5
**assist**  67:12
**assistance**
75:17
**associations**
54:6
**assume**  7:14
11:5 56:8,9
75:4 80:2
**at**  4:3,8
6:16,20 7:13
8:4 9:14,25
11:14 12:10,
12 16:13,15,
20 17:18 18:8
21:8 24:9,17
26:7,11 27:4
32:7,14,20
33:23 36:9
38:1,25
40:20,24
41:3,13,14
42:3 43:5,19
44:6,8,20,25
48:4 51:22
55:3,10 56:23
57:23 61:9,
14,16 62:9,
14,18 63:23
64:1,4 65:17
66:16 67:21
68:13 70:3,9
72:20 73:19,
20,25 74:13,
17,22 75:18
76:2 78:10,
14,19 79:17
80:7 82:23
83:7,9,11,17
84:25 85:2,7
**AT&T**  33:22
**Atlantic**
17:18
**attached**
44:11

attempt  79:13
attention
  58:19,22 59:1
attorneys
  42:23 43:8,
  16,22
August  62:11
automatic
  15:14,19
aware  22:19,
  21 23:16
  27:23,25 30:3
  31:5 36:1
  57:22 58:1
  59:3 84:1

---

**B**

---

B-E-Z-R-U-C-H-
N-K-O  63:9
back  24:17
  41:3 44:23,25
  61:14 74:17
bank  17:23
  18:3,4,6
  57:9,11,14
base  52:9
based  39:20
Battleship
  52:10
because  25:13
  28:20 29:1
  40:3 51:16
  54:15 60:2,13
been  5:3 8:10
  26:14,21 30:7
  31:14 37:5,10
  38:13,20
  39:19 45:8
  46:11 47:17
  59:3 61:18
  66:6 80:25
before  4:1
  9:12,13 25:19
  56:12 58:21
  76:16
beginning
  8:12

behalf  4:21
  28:13 35:15,
  17 64:10
  67:20 69:24
  72:24
behind  14:13
being  24:3
  26:21 57:23
  58:2 60:18
  79:19
best  18:18
  19:1 50:16
better  34:5
  44:19
between  76:15
Bezruchenko
  20:7 63:3
big  7:15
biggest  64:24
Biscayne  4:8
Black  4:21
  5:6 8:18 9:19
  10:15 11:10
  12:4 13:7
  14:14,24
  15:15 18:19
  21:21 24:11,
  13,19 25:4,
  15,16 26:25
  27:7,19 28:7,
  25 29:6,20,25
  30:11,16
  31:22 32:11,
  18 33:15,24
  34:7,18,25
  36:17,22
  37:9,24 38:8,
  19 40:1,23
  41:5,21
  43:10,18,25
  44:5,13,17,
  19,24 45:2,17
  46:10,20
  47:25 48:6,10
  49:2,7,15,24
  50:5,15,25
  51:7,21 52:3,
  18,24 53:8,

14,20 54:2,
  14,21 55:2,15
  57:10 58:9,14
  59:2,24 60:9,
  17,25 61:6,8,
  15,25 62:8
  63:7,10 64:3,
  11 66:15
  67:10,18
  68:2,22 70:10
  71:21 72:6
  73:1,12 74:7,
  10,19 75:1,11
  76:9 77:8,14,
  18 78:24
  79:11 80:16
  81:12,25
  82:1,11 83:18
  84:13,22
  85:3,4
Bolotin  62:25
  78:3,18 80:7
  82:3 83:5
bookkeeping
  68:12
books  32:8,15
  43:6
borders  5:21
both  33:16
bottom  32:20
  38:1 54:3
bought  23:14
  29:1,15
Boulevard  4:8
  6:5,9,24
brands  18:22
break  40:22
  74:6 79:24
brought  67:3
  72:7
Broward  6:5,
  9,24
built  40:10
business
  5:14,20 11:6
  21:11,19,22,
  23 22:6,9,10
  25:19 26:20

27:2 29:13
businesses
  21:14
but  9:9 11:21
  12:19 14:4
  16:3,19 21:4
  23:23 26:5
  27:8,23 28:10
  32:3 33:12,20
  35:23 36:1,8
  37:25 39:25
  40:17,19
  44:8,9,19
  45:19 60:5
  61:22 62:7,13
  68:11 69:17
  70:2 79:16
Buzzfeed
  4:12,21
by  4:10,22
  5:6 6:11,14
  8:18 9:19
  10:15 11:10
  12:4 13:7
  14:8,14,24
  15:8,15
  18:11,19
  20:12,23
  21:21 23:10,
  12,13 24:16,
  19 25:4,16
  26:25 27:7,19
  28:7,25 29:6,
  20,25 30:11,
  16 31:7,22,24
  32:11,18,25
  33:15,21,24
  34:7,18,25
  36:17,22
  37:9,24 38:8,
  19 39:19
  40:1,6 41:5,
  21 43:10,18,
  25 44:5 45:2,
  17 46:10,20
  47:25 48:6,10
  49:2,7,15,24
  50:5,15,25
  51:7,16,21

52:3,18,24
53:8,14,20
54:2,14,21,24
55:2,11,15,
16,21,24
56:17 57:10,
20 58:9,14
59:2,9,24
60:1,9,17,19,
25 61:13,15,
25 62:8 63:10
64:3,11
65:11,18
66:15 67:10,
18 68:2,4,22
70:4,5,10
71:21 72:6,18
73:1,12,13
74:19 75:1,11
76:9 77:8,14,
18,24,25
78:24 79:11
80:16 81:12
82:1,11 83:18
84:13 85:8
**Bychkova**
16:4,6

**C**

**call** 20:16
41:11 42:2,4
**called** 5:3
6:20 13:10
18:11 21:11,
23 23:18 39:9
43:5,11 60:19
72:12 75:15
**came** 39:25
**can** 7:1 9:17
10:9 11:8
12:2 13:3,4
14:11,21
15:13 16:21,
24 17:2,20
18:15,18,23,
25 21:18
24:25 26:23
27:21 28:4

29:4,17 30:10
31:8,12,15,20
32:3,10
33:16,18,19
34:3,12,22
35:24,25
37:7,22 38:17
39:22 40:20
42:1 43:15
44:6 45:15
46:9,18 48:23
49:13,20
50:2,12,16
51:19,25
52:15,22
53:11 54:11,
18 57:7 58:7,
12,24 59:21
60:8,22 61:5,
20 62:5 63:5,
25 64:8 66:16
67:9,15,25
70:7 72:22
74:6 75:9
77:6,11 79:9
80:13 81:7,23
82:6,20 83:14
84:11
**can't** 25:11
53:3 68:23
75:25
**capacity**
82:20
**care** 51:23
70:14 80:25
**case** 4:11
8:20 23:25
25:9,10 32:12
34:14 36:5,8,
9 47:11,16
51:2,6 75:17,
20 82:9
**cases** 37:12
**casual** 14:23
**cause** 4:3
**cell** 41:17
**center** 7:23,
24 8:1,4 9:15

10:18,22
11:13 12:17,
23 17:11
56:18,23
57:16
**Centurylink**
17:21
**certain** 44:9
**certainly**
22:1
**CF-1** 61:3,22
**CF-2** 61:3
**CF-3** 8:14,16,
19
**CF-4** 8:15,17
12:10
**CF1** 61:2
**CF2** 61:2
**changed** 9:12
**charge** 11:22
15:2 53:4
57:11
**charged** 16:18
**check** 11:5
81:3,11
**checked** 26:10
**checks** 11:6
**city** 18:7
**claim** 18:12
82:24
**claimed** 45:9
46:5
**claims** 47:8,
11 54:13
**client** 13:5,
13,24 15:3,11
17:1 19:14
30:2 33:20
50:19 52:9
57:23 58:1,
17,25 70:17
76:2 84:15
**client's** 13:4
**clients** 8:2
9:10 19:10
22:9 29:13,15
30:7 31:12

34:9 46:15
47:8,22
48:20,25
53:3,21,23
**close** 27:13,
16 28:14
**closed** 51:4,
16 52:2 54:15
**closing** 28:17
**Club** 23:3,5,7
27:17 28:16,
17 29:8,14
**collocation**
13:10,12
18:17
**come** 14:19
32:10 40:13
41:12 57:8
58:18 59:1
82:14,15
**comes** 42:14
58:21
**coming** 84:23
**comments** 54:4
**commercial**
65:9 77:4
**communicated**
56:13
**communication**
33:7 42:5,6
**communications**
17:19,21
19:18,20 20:6
25:12 26:15
32:24 60:4,6
72:10,18
73:14,18
**community**
54:23
**companies**
5:12 35:14
36:12 48:19
50:20
**company** 6:11
7:1,15 14:13
15:9 16:9
18:11 19:25
20:12 21:6

23:1,2,6,8,
10,11,15
27:5,10,13,16
28:14,15,20,
22 29:2,14
31:5,12,14
32:6 33:2
37:11 42:3
45:7 47:20
52:11 54:7,20
57:2 59:10,19
60:1,19 70:12
71:4,10 76:13
77:24

**company's**
13:14

**company-
specific** 71:9

**complained**
54:6

**complaints**
35:11,14
37:15 39:20,
25 40:12

**compliance**
31:1

**compliant**
31:16

**complies**
31:20

**comply** 35:6

**computer**
41:14,20

**concerned**
64:23 79:17

**concluded**
85:7

**conditions**
19:7

**confused**
76:16

**confusing**
44:17 55:9

**connect** 13:14

**connection**
13:17 20:16
33:20,22,23
38:15

**connectivity**
20:15 34:1

**Constantin**
4:10 5:2,9
68:17 69:6

**consult** 43:8,
16,22

**contact** 21:1
27:11,13
28:11,13
56:6,9 62:11

**content** 32:24
33:11 34:19
38:10 50:3,
13,17 54:7
71:22,24
72:2,17 74:3
79:7,15 82:18
83:4

**contract**
14:19 19:5,8,
11,12

**contracts**
19:3,9

**control** 32:23

**conversation**
64:13,14,20
65:2,14

**conversations**
24:23 81:9

**convicted**
26:21 28:2,6
30:7

**copy** 42:23
85:5

**copyright**
35:7,9 36:25
46:23,25
47:3,4 48:15
49:1 52:11
54:5 68:17
80:9

**copyrighted**
45:12 46:16
47:5,10,23
48:20 50:22
54:7 80:10,
22,24 81:4

82:4,19,25

**Corbin** 60:19
62:1 63:15
64:17 65:18,
21 75:3

**corporate**
20:20 54:13
70:15,16,20

**correct** 6:13
8:23 9:12
10:1,5,7 11:3
14:9 21:9
30:21 35:8,12
39:9 42:11
47:6,10 49:4
51:17 59:6
64:6 66:22
67:20,23
68:20 69:18,
22 71:22
73:18 76:18
77:23 78:4,5,
12,16,17,20
79:17

**correctly** 9:6
31:11 33:3,8
45:16,19
52:17,19
78:13

**could** 5:7 6:7
7:24 13:11
14:1 19:10,11
22:16 24:1,7,
13 25:2 27:6
32:19 34:14,
15 35:4,22,24
37:13 39:23
45:3 50:13,
16,17 52:4
55:3 63:20
68:13 78:9
80:18,23,24
81:2 82:14

**counsel** 4:19
24:24 25:5
32:10,17 60:4

**couple** 14:2
22:23

**course** 18:23
35:23 44:8
61:8 74:7
79:12,20

**court** 4:14,16
24:6,8,11,14,
16 47:18 63:5
67:4 72:8
73:23 85:2,5

**courts** 32:5

**created** 83:16

**creating**
23:18

**crimes** 30:8

**criminal**
26:21 28:2
65:9

**criminals**
29:22 31:17

**curious** 51:22

**customer**
13:25 15:3
16:22 17:2
18:18 19:1,2
20:19 32:22,
25 35:6 36:11
51:11 56:17,
22 64:25 73:6

**customers**
10:11,23 17:9
19:3 35:17,
19,20,22,23
38:4 43:12,20
45:11 53:23
54:24 57:5,8
60:20 64:24
65:4 68:11

**CV60426** 4:11

**cyber** 26:21
29:22 31:17

**cyberlocker**
75:15

**Cyprus** 15:22,
25 16:1,2
56:5

Christian Lambard

---

**D**

**Dallas** 7:19,
20,21,22 8:4,
6 9:15 10:17
11:1,13 12:6,
8,23 15:24,25
16:10 56:18,
22 57:16
**data** 7:23,24
8:1,4 9:2,15
10:18,22
11:13 12:17,
23 17:11
34:15 56:18
**date** 36:16
51:14 73:19,
23,24
**day** 4:6
**days** 63:13
64:15
**deal** 68:10,
11,12 71:5,7
**dealing** 29:21
31:17
**deals** 72:1
**dealt** 21:9
22:22 71:22,
24 72:12 74:2
**December**
56:24 57:23
**decide** 43:23
**decision** 13:5
**declaration**
8:19,22 9:1
12:11,14
75:23
**defendant**
4:11 25:10
48:5 67:2
69:15 75:5
78:2,10 79:16
**defendants**
66:21 68:16
69:5,9 70:24,
25 72:10
73:14

**defending**
67:12
**defense** 4:22
**delivered**
65:11 69:5
70:16
**Dell** 17:16
**department**
39:4 40:4
71:13,15
**depends** 7:10
19:10
**Depicto** 76:20
77:4
**deposition**
4:1,10 30:13,
15 75:20
85:7,8
**describe** 6:7
7:24 13:11
**described**
37:16 40:11
**despite** 54:8
**details** 39:4
57:17 70:15
**determine**
15:2 79:13
82:3
**determined**
19:12
**developing**
83:12
**did** 8:8 9:14
11:12,14
13:8,16
14:17,19
21:15 22:3,6
23:24 24:2,20
26:3,9 27:1,
20 28:1 36:13
48:9 49:11,17
50:22 51:10,
13 56:2,17,22
64:24 67:12,
22 68:6
69:12,15
70:1,18,24
71:17 72:20

73:2,4 75:6,
20,22 76:23,
25 77:3,9
79:5,12,13,
21,23 80:1,3,
5,9,18,21
81:3 82:2,7,
13 83:2
**didn't** 27:23
28:5,6 29:11
47:2 48:11
52:19 53:2,9
66:1 69:16
70:21 80:2
83:23
**difference**
28:23 29:7
76:15 84:19
**different**
18:22 44:10
57:3 76:14
83:22
**difficulty**
24:12
**Digital** 35:7,
9
**diligence**
25:20,23 26:1
31:5
**DIRECT** 5:5
**director** 6:1
11:3,22
22:10,12 67:2
78:10,14,19
**discovery**
32:9,12,16
**discuss** 24:5
28:5
**discussion**
44:22
**displaying**
38:10
**dissolved**
76:13
**distinct** 83:1
**District** 4:14
8:20 67:4

**disturb** 26:20
**division** 4:15
5:15
**DMC** 35:13
36:10 64:9
75:19
**DMCA** 35:12
36:2 62:13
63:22 64:2,6
72:23 73:17,
25
**do** 5:20 6:14,
16,19 7:4,7
8:22 9:9,10,
18 11:9,17
12:6,7 13:5,
23 14:1,4
15:4,6 16:3,
7,11,13,15,
19,25 17:4
18:17 19:3,22
20:3,14,17,22
21:25 22:9,
15,16 23:1,7
25:19,20,21
26:5 27:9,15,
20,23 28:19
31:4,10,15
32:3 33:6
34:9,16,19,23
35:2 36:3
37:1,3,8,11
38:7,18,21,24
39:16,18,25
40:5,9 41:25
42:7,17,20
43:11,13,23
47:11 48:9
49:6 51:14,20
52:16,23
53:1,3,5,18,
21,25 54:19
55:17 56:1,
19,25 57:14
59:5,15,22
60:16,18,23
62:17 63:18,
21 64:12,21
65:19,20,22,

24 66:2,3,5
68:11 69:7,
12,14 70:2,8,
18 71:6 72:19
73:4 74:7,9,
10 75:15,21
76:20,22
77:19,20
78:20 79:4,
10,13 80:2,3
81:16,24
82:20,21
84:3,17,20
**document**
53:19 66:12
74:21 76:5
77:15
**documentation**
26:2
**documents**
8:14 44:11,13
61:16
**does** 5:20
6:22 7:16,20,
22 8:3 10:16,
21 11:1,2
12:15,22
15:2,7 18:12
19:22,24
20:2,14 28:23
29:8,10,21
31:12,19 32:1
33:21,22
35:15,17
37:3,19 42:2,
7 54:12 56:20
61:17 62:1
64:12 65:1,
13,16 71:2
**doesn't** 29:8
35:19 36:6
65:3
**doing** 13:22
26:20 31:7
33:25 40:4,8,
9 48:7,12,13
**dollars**
16:24,25

**domain** 55:4,
11
**domains** 55:20
**don't** 8:10
9:18,20,21
13:5 20:24,25
21:5,10
22:12,14
23:16,23
26:16 28:21
29:18 30:6,9
32:3 34:5
35:21 40:17
45:20,23 46:4
47:1,16,19,21
49:8,9 50:8,
24 51:1,5,23
53:15 58:8,13
59:7 62:6
65:5,25 66:9,
11 68:5 70:14
71:9,20 73:8
74:10 75:13
76:4,24 77:12
80:14 81:9,
20,24 82:21
83:3,19
84:12,18,21
**done** 25:23
30:4 37:5,10
39:17,24
40:2,15 45:25
81:2
**down** 36:23
39:2 51:16
53:5 54:7,15
63:13 68:4
70:4,9 73:7
**DP-1** 76:6,7
**Drtuber.com**
72:13,15 73:2
**Drtuber.com.**
72:12,24
**due** 25:20,23
26:1 31:4
52:2,8
**duly** 5:3

**during** 23:25
79:12 83:11
**duties** 54:19
**duty** 11:19,24
17:8 37:11
55:19 57:2
65:7 68:8,9,
10 70:12,15,
20

---

### E

**e-mail** 39:8,
12 56:13
60:24 65:12
**e-mails** 56:7,
10
**each** 71:4
**earlier** 75:24
**East** 6:5,9,24
**electricity**
10:23,24
**electronic**
9:2 60:1,13
**else** 16:7,8
60:7 63:2
82:9,15
**embedded**
44:14
**employed**
5:10,11 64:4
83:7,9,11
**employees**
7:11,16 59:17
**end** 38:25
56:23 57:23
**endless** 55:22
**Enlargement**
61:24
**ensure** 31:7
33:12
**ensures** 31:24
**entities** 32:4
**entity** 5:20,
23
**Equinox** 17:22

**equipment**
8:2,3 10:12,
14 13:13,14
**Evan** 4:23
25:6
**even** 47:15
**event** 58:5
**ever** 16:13,15
23:21 37:10
38:4,13,20,23
39:19 42:13,
15 54:15
59:8,16 60:11
77:3,9
**every** 7:9
42:14
**everybody**
16:3
**everything**
26:6 27:6
31:20 80:8
**evidence**
60:12,13
**exact** 47:11
84:3,18
**exactly** 14:4
34:16
**EXAMINATION**
5:5
**examined** 5:4
**except** 7:16
56:7
**excuse** 7:19
9:3 38:2
46:15 61:1
63:19 65:18
70:25 71:23
79:5
**exercises**
32:23
**exhibit** 8:16,
17 30:12,14
44:1,3 45:4
49:11,17
53:12 61:3,23
66:14 72:4
73:10 74:5,24
76:7 77:16

exhibiting
   49:3
explain  76:10
explained
   12:19
extent  35:10
   40:12 60:4,6
   67:17 80:5,6
   82:8


          F

facilitate
   53:21
facilitating
   52:9
facilities
   7:21,22
   10:13,16,18
facility  8:1
   11:20 12:15,
   16 17:12
fact  81:4
facts  79:21
factual  45:18
failed  54:7
   69:5,10,13,14
   70:25
fair  48:17,24
   54:22
false  78:15
familiar
   30:17 35:8,9
   56:14 65:21
   72:13 73:15
far  5:22
   7:13,18 8:5,7
   11:2 13:18
   14:7 19:14,
   16,23,25
   20:7,19 21:24
   22:8 23:6,11,
   14 27:6,21
   28:22 29:13,
   24 33:6,22
   36:10 37:4
   39:13 40:16
   46:22 47:14

48:14 49:14,
   21 50:21
   51:4,9,11
   54:12 62:22
   70:23 71:4
   72:1,16 73:3
   75:18 78:23
   79:23 83:15
fax  65:12
federal  8:20
   47:18 67:4
   72:7
fee  12:18
   13:21 15:7
fees  15:5,8
feevids.com
   79:1
fellow  21:20
few  12:8
   16:24 63:13
   64:15
fight  45:9
file  21:2
   63:20 75:22
filed  4:13
   9:23 60:2,14
   73:20 81:13
files  9:2
film  52:12
filthy  38:11,
   14
finance  11:3,
   21
finances
   11:22
financial  6:1
   67:2
find  25:20
   80:3
fine  44:18
first  16:1,11
   27:5 30:25
   42:23 43:23
   53:16 56:2
   73:21 81:13
Fisher  60:19
   62:2 63:15

64:17 65:18,
   21 75:3
five  56:3,6
flagrantly
   45:11
Florida  4:3,
   9,14 6:3,6
   7:5,11,17
   8:21 14:18
   18:2,6 27:14,
   16 28:14,18
   63:1,3 67:4
   76:13
follow  67:23
   70:18,20,21
followed  75:2
following
   30:25 41:2
   61:12 74:16
follows  5:4
for  4:3,9,20,
   23,25 5:11
   6:8,25 7:16,
   25 8:16,17
   10:13 11:6,
   12,25 13:22,
   24 16:18 17:1
   19:17 20:8,18
   21:9,14,19,23
   22:7 23:18
   24:3 27:5
   31:4,5,14
   32:24 33:11
   35:11,15,17
   36:10 38:22
   41:25 42:19
   44:3 46:14
   47:22 48:7,
   12,19,25
   52:7,12 54:23
   56:7 57:15
   58:2 60:1,20
   61:3,18,24
   62:2 63:16,22
   64:9,19 66:14
   67:2 69:18,20
   71:10 72:4,24
   73:2,10,18,25
   74:24 75:19

76:7 77:16
   78:21 80:11
   81:10 82:13
   83:9,19,20
   84:5,19
force  13:5
forget  36:13
form  32:25
formally
   65:11
formed  21:22
   84:1,4
former  17:21
Fort  6:3,5
   8:21 18:5
   55:21,25
forward  42:6,
   21,24
forwarded
   73:5
found  38:4
four  81:8
   83:10
frankly  75:25
fraud  56:15
Fray-witzer
   4:23 9:16
   10:8 11:7
   12:1 13:2
   14:10,20
   15:12 18:14
   21:17 24:21
   25:6,13 26:22
   27:3,18 28:3,
   24 29:3,16,23
   31:18 32:9,16
   33:14,17
   34:2,11,21
   36:14,21
   37:6,21 38:6,
   16 39:21
   41:18 43:7,
   14,21 44:9,
   16,18 45:14
   46:8,17 47:24
   48:3,8,22
   49:5,12,19
   50:1,11,23

51:3,18,24
52:14,21
53:6,10,17,24
54:10,17,25
55:14 57:6
58:6,11,23
59:20 60:3,
15,21 61:19
62:4 63:24
64:7 67:8,14,
24 68:21 70:6
71:19 72:21
74:9 75:8
77:5,10 78:21
79:8 80:12
81:6,22 82:5
83:13 84:10
85:6
**free** 44:8
**frequently**
63:4
**Fresh** 21:23
**friend** 83:5
**from** 7:1,3,4,
5 8:12 16:24
17:11,23
26:14 29:13
30:5,18,22
33:9 34:5
39:5 42:15,18
43:9 53:13
57:4,8 60:4,
5,6 65:16,22
72:23 74:4
79:6
**full** 5:7
**funds** 77:12

---

### G

**G-O-Z-I** 23:19
**gave** 69:10,23
**get** 15:18
39:1 65:24
66:2 73:2
**gets** 55:9
**give** 17:2
39:1 69:17

70:1 74:22
75:20
**giving** 21:8
**go** 7:7 16:1
22:4 24:7
32:17 36:16
42:8 44:23
53:9 61:5,7
76:19
**goals** 19:2
**goes** 42:9
64:22
**going** 37:13
44:7 53:5
60:2,13 81:20
**good** 4:5
11:11 12:5
40:11,20 50:9
66:20 81:25
**governing**
31:2
**Gozi** 23:18
24:4
**great** 40:4,9,
19
**group** 5:11
23:12,13
36:11 67:1
**Gubarev** 4:12
20:23 23:10
56:2
**guess** 25:17
56:7 79:6
**Gurvits** 4:25
25:6 40:22

---

### H

**had** 10:6
21:22 23:23,
24 24:2,23
26:15,18,21
27:1,11,13
28:11,13,20
29:12 41:2
56:6,9 61:12,
17 62:2 65:22
68:16 69:1

74:3,16 80:10
82:3,24
**halfway** 63:12
**handle** 37:12
57:3
**handles** 39:14
**happened**
48:15 51:2,5
80:4 81:8,21
**happens** 70:14
**harass** 38:12
**has** 6:12 7:21
8:2 12:8 16:8
26:14 33:20
36:24 37:5,10
38:4,13,20
39:19 45:25
54:22 59:12
66:6 71:4,6
73:23 84:8
**have** 6:16,19,
20 7:2,16,22
8:3 9:14
10:16,21
12:25 14:12
16:17,22
17:16,17,18
19:5 21:19
22:1,22,24
23:21,22
24:23 26:15,
19 27:11,20
29:21 30:7
32:6 33:13,25
38:5,23 40:11
42:13,15
45:8,9 46:5,
11 47:17 48:1
53:12 54:15
56:17,22
57:17,19
58:21 59:6,8
66:12 74:6,11
75:6,13 76:23
77:25 79:15
80:18,19,20,
23,24 81:2
82:22 83:3

**haven't** 21:9
**having** 5:3
24:3,12 48:19
59:3 64:12
**he** 14:19
21:22 22:8
23:1 24:2,5
26:14,16
28:6,20,22
63:15 64:18,
22,24 80:9,
10,18,19,20,
24 81:2,4
83:7,9,11,12,
16,19,20,22
84:1,5,6
**head** 36:4
**heading** 76:12
**hear** 23:24
24:2 30:10
47:2
**heard** 18:20
23:21,22 24:1
38:23 57:19
59:6,8
**hearing** 24:12
**help** 43:17
65:13
**Her** 16:4,6
**here** 4:8 5:18
6:10 8:20
24:13 36:23
37:25 46:5
67:4 69:20
70:24 72:7
78:2
**high** 31:25
32:1 33:13
**him** 14:22
21:23 22:1,7,
16 24:1 25:24
26:4,15 30:5
56:6,9 65:8,
22 80:9,14,
18,21
**himself** 63:14
64:16 82:10

---

Classfied information
May 02, 2018

**his** 16:5 23:1
26:6,7,10
27:5,10,13
28:14 64:23,
24 65:8
80:10,24 81:4
82:18
**holder** 19:23,
24
**holders** 36:24
**holding** 42:3
**Holdings**
18:11 19:21
20:13
**holds** 20:5
**home** 7:5
41:13
**honor** 69:5,10
**host** 84:20
**hosted** 36:2
47:9 55:11,
16,21,24
72:18 74:2
82:3
**hosting** 18:17
23:9 31:8
51:10 80:9
81:4
**Hotfile** 9:3,
7,14,21 10:1
12:15,25
13:9,16,22,24
14:8,13 36:5,
7,8,9,10,11
49:10,11
50:22 51:2,6,
8,10,11 52:1
61:18 62:3
63:17,19,22
64:2,9,19,23
65:4 75:14
76:2
**Hotfile.com.**
75:19
**house** 33:23
**how** 5:10 7:7
11:15,19
12:7,22

13:21,24 15:2
18:8 19:12
31:13 32:1
33:16 37:5
40:5,9 43:17
47:17 58:21
62:18 65:24
66:2 71:5
82:17,21 83:9
84:17
**However** 14:1
33:8
**HT-1** 74:21,24
**hub** 52:7
**hundred** 16:24
**HY-1** 77:15,16
**Hydentra**
73:13 77:24
**hypothetically**
81:1

---

**I**

**I'LL** 25:18
74:22
**I'M** 5:11 6:1
11:21 12:8
16:8 17:7
20:4 21:8
22:11,16 23:4
24:6 25:10
29:11 30:2
31:11,19
32:12,13
33:10,19
34:4,8,9,13
35:1,9 36:16
37:13 39:24
40:7 43:4
44:9 45:21
50:3 53:22,23
55:6,8 61:21
62:21 66:4
68:19,23
69:13,16
73:19 79:14
80:20 81:1,3,
19

**I'VE** 31:14
**idea** 16:17
33:25
**ideal** 40:21
**Identification**
8:16,17 44:4
61:4 66:14
72:5 73:11
74:25 76:8
77:17
**identified**
63:14 64:16
**if** 7:2 12:12
18:25 20:4
23:17 26:16
28:6 32:5
33:20 35:4
36:16 39:3,24
41:6,11 42:4,
18 43:5,11
44:6 47:15,19
49:21 50:4
52:1,4 53:5
55:3 58:17
62:7 70:8
73:20 77:12
78:9,20 79:15
80:9,18,23
81:3 82:3,23
83:2
**ignore** 54:13
**ignoring**
54:23
**illegal** 31:7
33:12 53:3,5
**illegality**
37:25
**illegally**
45:25 48:9
59:9,13 81:4
82:4,18
**implement**
71:1
**important**
28:8
**improperly**
46:16 47:9,23
48:20 50:22

80:21
**in** 4:2,3,11,
13 5:17 6:3
7:5,17,20,21,
22 8:6,20,21
9:9,25 10:16,
22 11:1,13,
19,20,22
12:6,8,11,14,
23 14:18,22
15:14,18,22,
24 16:2,9,10
18:2,5,6 19:2
21:4 22:20,
22,25 23:1,18
24:2 25:9,10
26:16 27:2,
11,13,16
28:11,14,17
30:13,15
31:24 32:5,
12,20,24
34:14 36:5,8,
23 37:11,17
38:2,5 39:25
40:13,20
42:14 43:17
44:7,14 45:6,
9 46:6 47:5,
12,17,22 51:8
52:6 53:4
54:4,5,20,23
55:21,22
56:5,18,22
57:2,11,16
58:25 59:25
60:11,19
62:18,25
63:1,16 64:18
66:21 67:3,4,
7,12,16 69:1
70:12 71:10,
11 72:7,8,20,
25 75:6,12,
17,20 76:12,
23 77:22
78:18,25
79:16 81:3,
13,21 82:15,

Constantine Liris

May 02, 2018                                                                    12

```
20  83:24              77:13                20:16 31:2           14:8,15 15:5,
84:1,5,19,23      industry   54:5          33:20,23             7,21,23,24
Inc   5:11,14,    information               34:10,15             16:1,4,5,6,
15,17,19,22,        15:18 21:9             38:15 45:9            10,12,17
25 6:25 7:12,       30:18 32:24          into   38:20            17:3,5,8,11,
21 8:1 15:14        36:3 42:19             40:13 43:12           12 18:1,8,24
16:22 18:10,        43:20 53:13            59:9,13 79:21         19:5,7,9,15,
12,16 20:9,         57:15 59:17            80:1,5                20 20:11,12,
11,12,15            60:2,20 61:18       investigate              21,23 23:2,8,
22:7,9,13,18        62:2 63:15,19          37:19                 13,17 25:5
23:3,5,6,7          64:18               investigated             27:13 28:12,
28:14,16,17       informed                 37:17                 20 30:20,21
32:8 35:13          63:16 64:18        investigates             31:10,24
38:15 42:19         65:8                   52:11                 32:4,5 33:2,
43:12 49:22       infrastructure       investigation            5,16 34:17
51:12 66:22,        59:4,10,14,19         38:20,21              38:1,10 39:5,
25 67:1,2           84:9                   43:12 59:8,13         8,9,13,15,17
72:9,10 74:1      infringement             80:3 82:2,7          40:4,21 41:6,
75:4 76:14,16       48:15 49:1         invoices                 8,15,16,19
78:11 79:23         52:12 54:8,          11:9,12 14:4           42:7,11
83:16 84:15         16,23                15:10 16:13,           44:11,17
Inc.'s   41:6,8   infringer               15,20                 45:13,18,19,
50:18               71:1,2              involve   79:6          22 46:3,7
includes          infringers           involved                 47:10 49:25
37:25               36:25 71:5,7          67:7,16               50:3,10 51:4,
including         initial   62:10      involving                8,11 52:8,13,
15:20 39:5        inputs   15:18          48:25                 20 53:7 54:9
73:14             inquire   83:23      IP   19:23,24,           55:13,20,24
incoming          inquiries               25 20:3,8,11,         58:10,18 59:6
57:17               42:15                12,15 39:5            61:22 62:15
incorporate       inquiry   42:18        66:21,24              63:12 67:1,
21:12 22:6        Insight   17:17         67:1,2,20,22         20,23 68:10
23:6 28:14        instance   9:9          68:4,6 69:1,         69:9 70:15,
35:13,19,22,      instead   29:1          20,23,24             16,20,21
25 36:6,9           50:6                   70:1,4 71:11         71:8,9 72:7,
64:1,4,10         instruct              IP-1   66:13,14         15 73:13,18,
72:24 75:18         24:22 60:3         irreproachable          20 75:2,4,15,
incorporated      instructed              31:24                23 76:14,15,
4:13 21:14,19       40:6               is   4:6,7,13,           16 77:21
22:8,19           instruction             16,17 5:13,          78:10,12,17,
indecent            60:15                14,15,17,19,          18,20 79:3
38:11,14          intent   38:11          22,24 6:2,4,         80:19 81:9
independent       interest   27:1         7,9,13,22,24         82:9,20,24
12:17,23          internal                7:19,20 8:1,         83:5 84:14,
indicted            29:21 59:8            24 9:11,21,23        15,19
22:20 23:18       Internet                10:1,7 12:3,        isn't   9:23
individual          13:15,17             10,12,16,20,          11:21,24
63:14 64:16                               25 13:16             58:10
```

**issue**  19:15
**issued**  14:5
  60:18 61:18
  62:2,7
**it**  5:19,20
  6:15,25 7:10,
  22 8:2,6,8,23
  9:12,13,23
  10:2,3,4,10,
  19,21,22,24
  11:1,2,24
  12:3,13,25
  13:4,5 14:1
  15:5 18:18,
  21,23,25
  19:5,7,10,11,
  12,22,24
  20:2,4,14
  21:23 22:16
  23:13 24:1
  26:5 29:9,10,
  12 30:18,22,
  25 31:11,12,
  20,23,24
  32:22 33:8,16
  34:14 35:6,
  15,17,24
  36:23 37:10,
  25 38:9,25
  39:2,8 40:20
  41:12,16,19
  42:7,21,24
  44:7,8,10,11,
  17,19 45:6,19
  46:5 47:2
  48:17 49:22
  50:3,4,10,13,
  16 51:4 52:6,
  19 53:15,16
  54:3,22 55:4,
  8,9,10,21
  58:5,10,21
  62:7,10 63:7,
  16 64:18,22
  65:3,7,16
  66:6,17 67:5
  69:1,4,16,17
  70:13,15,19,
  20,21,24 71:9

**72**:12 73:23,
  24 74:4,12,
  22,23 76:11,
  12,23 78:10,
  18 79:14,17
  80:5,19
  84:14,22
**it's**  6:11
  7:15 11:19
  12:8 13:10
  15:8 18:9,11
  19:14,21,23,
  25 20:7 31:4
  32:20 34:5
  35:23 37:11
  40:19,20
  41:16,17 47:5
  48:24 50:13,
  18 52:6 53:4
  54:19 55:7,8,
  19 57:2 68:8
  69:13 70:12
  72:16 78:21
  80:25
**its**  8:2
  10:11,23
  12:25 13:13
  29:12 31:12,
  24 36:11 38:4
  45:11 48:25
  49:18 52:2,9
  54:24 82:4

---

### J

**January**  59:25
  60:11
**Jason**  52:10
**job**  40:4,9
  69:17
**jobs**  40:11
**joint**  54:4
**journey**  55:22
**June**  81:14
**Jupiter**  7:5
**just**  20:5
  22:16 33:10
  36:13,15,18

**53**:2,9 70:13
  76:10 78:21
  80:2

---

### K

**K-O-N-S-T-Y-N-
  T-Y-N**  63:8
**keep**  66:3,5
**kind**  7:22
**know**  5:22
  7:13,14,18
  8:5,7,10 9:18
  11:2,17,19,24
  14:8 15:4,6
  16:3,7 17:14
  19:14,16,23
  20:1,24 21:1,
  4,25 23:7,8,
  17,23 26:16,
  18,19 28:6,9,
  22 29:18,24
  30:2,6,9
  31:4,15 33:4,
  6 34:5,16,23
  35:2,19 36:3
  37:4,8,11
  38:7,18,21
  39:13,16,18,
  25 40:3,5,6,
  7,9,10,12,16,
  17 44:17
  45:19 49:6,8,
  14,21 50:21,
  24 51:1,4,5,
  9,11,20
  52:16,23
  53:1,25
  54:12,19
  55:17,19
  56:1,19,25
  57:2 59:5,7
  62:17,22
  65:5,7 66:9,
  11 68:5 69:14
  70:8,12 71:4,
  9,20 72:1,16,
  19 73:8 75:15
  76:4,25

**78**:20,23
  79:4,10,14,23
  82:21 83:15,
  19,22 84:12,
  18,21
**knowing**  27:2
**knowledge**
  75:6 82:21
  83:3
**known**  22:6
**Konstantin**
  62:14,15,25
  63:14 64:17,
  22 65:10 78:3
  80:7,23 81:10
  82:10
**Konstantins**
  62:18
**Konstyantyn**
  20:7 63:3
**Kuzmin**  21:14,
  25 22:14,19,
  22 23:17,24
  25:23 27:5,9,
  11 28:11,13,
  19 30:4

---

### L

**label**  18:23
**labeled**  50:17
**land**  55:22
**Large**  4:3
**largest**  65:4
  76:2
**lascivious**
  38:10,13
**last**  16:11
  22:22 24:20
  27:12 28:11
  81:21
**lately**  27:8,9
**later**  63:13
  64:15
**Lauderdale**
  6:3,6 8:21
  18:5 55:21,25

Case 0:17-cv-60426-UU   Document 214-15 Entered on FLSD Docket 09/21/2018   Page 102 of
116
Constantin, et al. v. RISP

May 02, 2018
14

law  32:5
47:11 79:24
laws  31:1,21
lawsuit  47:22
48:4,14 51:17
52:2 60:2,13
63:16,20
64:19 65:17
66:21 67:3,7,
13,16 68:14
72:7,20,25
73:13,15,16
75:2,7,10,12,
14,25 76:3,21
77:19 79:17,
22 80:17,19
81:13
lawsuits
45:10 46:6,
11,21,22
48:18,25
lawyers  45:8
lease  57:15
leased  56:18
least  9:25
48:4
left  74:11
legal  4:17,18
30:18 31:16
32:4 53:13
legitimate
80:19
length  19:9
less  81:18
let  6:15 8:14
30:12 38:25
44:1 56:8
61:2 62:9
63:11 66:12
67:11 72:3
73:9 74:20
76:5,10 77:15
let's  5:13
12:10 16:1
40:22 49:10
74:10,11
level  17:21
31:25 32:1

33:13
lewd  38:10,13
liability
76:13
like  7:3
31:17 39:6
44:10 50:6
56:10
likely  8:13
29:18 42:24
65:22 69:25
limited  38:1
76:13 77:4
line  17:8
31:23
Linkshop
20:18,19,21,
23 21:9
list  38:1
listed  52:7
litigation
77:25 79:12
82:15
live  42:7
LLC  75:3
76:12,16
loan  77:3,9
located  6:2
7:20 8:21
11:12 15:21,
22,24 18:1
41:15 62:24
location  6:21
7:2,8
long  13:24
22:1 45:8
83:9
look  12:10,12
16:13,15,20
21:8 32:7
43:5,19 44:6,
8 61:16 62:9
66:16 68:13
73:20 74:22
79:21 80:1,5
82:23 83:2
looked  26:6,7

80:7,8
looking  32:14
46:14,15
47:22 73:19
82:8
looks  44:10
45:10
lose  64:24
lost  58:17
lot  58:10
Luchian  4:10
5:2,7,9 41:6
74:20 78:10
Lucian  68:17
69:6
Lukashenko
77:1,9
lunch  74:8,9,
11
lust  55:23


**M**

made  18:21
39:20
mail  7:1 39:3
maintain  32:1
maintained
12:16
maintaining
31:25
maintains
31:1
Majority
15:22
make  21:8
28:23 31:15,
20 70:16 77:3
malware  23:19
man  28:1
managed  6:11
management
40:7
manager  16:3
managers
14:12

manages  52:11
manner  19:2
many  11:15,19
12:7 18:25
31:14 34:15
37:5 39:23
47:17 55:5,
11,16 62:18
marked  8:16,
17 30:12,14
44:1,3 61:3
66:13,14 72:4
73:10 74:21,
24 76:5,7
77:16
massive  52:9
53:22
material
38:3,5,14
46:16 47:6
50:22 80:10,
22,24 81:4
82:19
materials
38:2 45:12
47:10,23
48:20 82:4
matter  4:12
40:14 62:11
64:23
may  4:7 55:7,
8
maybe  7:9
11:21 24:13
76:10,15 82:8
me  6:8,15
7:19,25 8:14
9:3 15:8
17:2,3 23:1
25:11 26:5
28:19 30:10,
12 36:15 38:2
39:1 41:12,16
44:1 46:15
56:8 57:13
61:1,2 62:9,
25 63:11,19
65:18 66:12

67:11 70:25 71:23 72:3 73:9 74:20 76:5,10 77:15 79:5 81:10, 11,20 82:2

**mean** 6:14,23 18:25 19:24 29:11 39:23 56:20 61:22 71:2

**means** 34:13 82:22

**media** 49:22 50:18 78:7, 11,14,19 79:1,6,23 82:3 83:15 84:1,4,8,15

**meet** 14:17 56:2

**meeting** 7:2

**merely** 65:11

**message** 38:9

**messages** 41:25

**met** 14:12,22 22:1 56:3

**Methbot** 56:14

**Miami** 4:9,14 72:8

**middle** 45:6 52:6

**might** 22:1 23:22 75:13 80:19,20 82:15

**migrated** 29:14

**Millennium** 35:7,10

**million** 24:4

**minute** 39:1

**Mishra** 30:13 43:4

**misuse** 37:16

**mobile** 41:17

**moment** 24:7 74:22

**money** 58:10

**monitor** 33:22,23 34:9,13,19 42:14

**monitored** 34:23 35:2

**monitoring** 34:14,17

**monitors** 39:11

**month** 12:24 18:9 58:2,18 84:17

**month-to-month** 19:11,13

**monthly** 13:21 14:3,5 17:3

**more** 10:3 16:14 17:8,15 19:13 42:1 66:6,8,10 74:11

**morning** 4:5

**most** 8:13 29:18 42:24 65:21 69:25

**Motion** 61:24

**move** 24:13

**Mr** 4:21,23,25 5:6,7 8:18 9:16,19 10:8, 15 11:7,10 12:1,4 13:2,7 14:10,14,17, 20,24 15:12, 15 18:14,19 20:23 21:17, 21,25 22:14, 19,22 23:10, 24 24:11,13, 19,21 25:4, 13,15,16,23 26:22,25 27:3,5,7,9,

11,18,19 28:3,7,11,13, 19,24,25 29:3,6,16,20, 23,25 30:4, 11,13,16 31:18,22 32:9,11,16,18 33:14,15,17, 24 34:2,7,11, 18,21,25 36:14,17,21, 22 37:6,9,21, 24 38:6,8,16, 19 39:21 40:1,22,23 41:5,6,18,21 43:4,7,10,14, 18,21,25 44:5,9,13,16, 17,18,19,24 45:2,14,17 46:8,10,17,20 47:24,25 48:3,6,8,10, 22 49:2,5,7, 12,15,19,24 50:1,5,11,15, 23,25 51:3,7, 18,21,24 52:3,14,18, 21,24 53:6,8, 10,14,17,20, 24 54:2,10, 14,17,21,25 55:2,14,15 57:6,10 58:6, 9,11,14,23 59:2,20,24 60:3,9,15,17, 21,25 61:6,8, 15,19,25 62:4,8 63:7, 10,24 64:3,7, 11 66:15 67:8,10,14, 18,24 68:2, 21,22 70:6,10 71:17,19,21,

24 72:6,21 73:1,12 74:7, 9,10,19,20 75:1,8,11 76:9 77:5,8, 10,14,18 78:21,24 79:8,11 80:12,16 81:6,12,22,25 82:1,5,11 83:13,18 84:10,13,22 85:3,4,6

**much** 12:22 13:21 15:2 18:8 58:21 74:11 82:20 84:17,23

**music** 54:5

**my** 8:25 11:19 12:13 17:8 31:4 33:5 36:4 37:11 41:14,19 52:8 54:19 55:19 57:2 59:1 61:1 65:7 68:8,10 70:12 79:25 80:1 82:7,20,21

**myself** 4:22

**N**

**name** 5:7 9:11 16:4,5,6,11 17:2 56:17,20 57:20 63:5 65:21

**named** 47:21 48:5 75:4 76:25 77:21

**names** 55:4,11

**nature** 66:5

**necessary** 42:11

need  7:2
  17:15 20:25
  21:2,5,7 61:7
negotiable
  19:15
neighboring
  18:7
network  17:17
  33:1 34:20,24
  35:3
networks  33:7
never  29:12
  45:25 57:19
  59:6
nevertheless
  40:19
New  22:20
  23:18
news  82:14
next  31:23
  38:9 52:4
  69:4
Nikita  21:14
  23:17
no  6:18 7:18
  8:16,17 10:20
  16:19 17:4,15
  21:7 22:5
  23:20 24:5
  26:18,19
  27:1,2 28:11
  30:13,14 31:7
  32:23 33:11,
  12,25 35:16
  36:15 38:24
  41:22,24 44:3
  45:18 46:19,
  21 48:1
  49:14,16
  50:24 51:9,23
  52:16,19 55:1
  56:6,10,16,21
  57:21,25
  58:4,16,20
  59:11,15 61:6
  63:21 65:3,15
  69:11 70:21,
  23 74:24

75:16 76:7,22
  77:2,7,16
  80:19,25
  81:10 82:22
Nobody  15:8
not  7:13 9:4,
  7,9,18 10:1
  11:17,18,19
  12:7,9,15
  13:23 14:1,4
  15:4,6 16:3,
  8,11,19,25
  17:4 20:4,22
  21:7,15 22:9,
  16,17 23:20
  24:22 25:10
  26:5,17 27:9,
  21,22 28:6,22
  29:8 30:2
  31:4,17
  32:10,12
  33:6,19,21,22
  34:4,8,13,16,
  17,23 35:2,
  20,23 36:3,16
  37:8,11 38:1,
  7,18,21,24
  39:16,18,25
  42:17 44:9
  45:7,21
  46:14,21
  47:11,15 48:9
  49:6 50:3
  51:11,14,20,
  22 52:6,16,
  23,25 53:1,
  22,25 54:12,
  19 55:9,17,
  18,19 56:1,
  19,25 57:1,2,
  22 58:5 59:5,
  15,22 60:7,
  16,23 61:6
  62:12,17
  63:21 64:21,
  24 65:2,6,9,
  11,17,19,22
  66:3,5 67:5,
  22 68:8,21

69:13,14,16
  70:2,8,11,12,
  20 72:19
  75:21 76:22
  77:25 78:13,
  15,17 79:4,
  10,15,23
  80:10,20
  81:1,10 82:18
  83:2 84:3,20
Notary  4:2
Nothing  40:21
notice  59:16,
  23,25 62:13
  69:15,23,24
  70:1,2
notices  54:8,
  16 67:20,23
  68:18 69:2,5,
  10,14,17
  71:11 73:2,3,
  4,5
notifications
  37:20
November
  73:20
now  4:5 5:15
  7:19 8:19
  9:5,11 21:12
  23:6,13 24:21
  28:14 30:12
  33:2 35:8,13,
  19,22,25
  36:6,9 52:13
  55:24 62:15
  63:18 64:1,4,
  10 66:21
  72:24 74:9
  75:18 83:2,5,
  11
number  4:11
  41:7,8,11
  44:10 48:18
  73:13
numbered  55:9

O

O-SUCK.COM
  55:20
oath  9:23
object  24:21
objecting
  22:16
Objection
  9:16 10:8
  11:7 12:1
  13:2 14:10,20
  15:12 18:14
  21:17 26:22
  27:3,18 28:3,
  24 29:3,16,23
  31:18 32:9,16
  33:14,17
  34:2,11,21
  36:14,21
  37:6,21 38:6,
  16 39:21
  41:18 43:7,
  14,21 45:14
  46:8,17 47:24
  48:3,8,22
  49:5,12,19
  50:1,11,23
  51:3,18,24
  52:14,21
  53:6,10,17,24
  54:10,17,25
  55:14 57:6
  58:6,11,23
  59:20 60:21
  61:19 62:4
  63:24 64:7
  67:8,14,24
  70:6 71:19
  72:21 75:8
  77:5,10 79:8
  80:12 81:6,22
  82:5 83:13
  84:10
obscene  38:2,
  5,10,13
occasionally

68:10

**of** 4:3,6,9,
10,12,14,16,
17,21 5:12,
15,21 6:13,16
7:1,11,17,22
8:20 9:1,11,
25 11:22
12:14 13:25
14:2,12
15:20,21,24
16:17,22,25
17:2,8 18:4,
23 19:9,21
20:6,19 21:2,
5 22:10,12,
21,23 23:14,
21 24:15
26:11,21
27:17,23,25
28:10,13
29:1,19 30:3,
7,13,20,22,25
31:5,13,16,
21,25 32:1,5,
8,14,20,24
33:7,11,13
34:14,15
35:15,17,22,
23 36:1,3,4,
9,11,24
37:15,16
38:1,4,15,23
39:2,6,13
40:17 42:19,
23 43:12
44:8,10 45:3,
6,8 47:11,12,
16,22 48:1,
18,25 49:9
50:6,19 51:11
52:6,10 53:2
54:3,8,16
55:4,10,22,25
56:17,23
57:15,17,19,
20,22,23
58:1,10,25
59:3,6,8,10,

12,16,17,19,
25 60:11,12,
20,23 61:8,24
62:6 64:10,23
65:4,19 66:5,
21 67:1,4,20
68:7,13 69:24
70:20 71:24
72:10,24
73:13,21 74:7
76:1,3,25
77:3 78:19
79:12,15,20,
21 80:25
81:13,14
82:24 83:3,5,
24 84:15 85:8

**off** 24:7,8,9
36:3 40:24
44:20,22
61:5,7,9
74:13 84:25

**office** 6:2,10
18:8 54:5
62:25 83:24

**office-sharing**
6:12,14

**officers** 20:6

**offices** 6:8,
11

**often** 7:7
65:24 66:2

**Oh** 17:15
36:18 43:4
47:4 61:8
73:22

**okay** 5:24
7:16 9:1
12:14 14:25
17:10,13
18:24 21:11
25:11 26:6
27:6 30:10
32:7 36:20
41:22 42:7
43:4 44:16
53:21 56:14
61:8 63:2,8
66:20 69:16

74:2 75:2
76:19 80:8

**omitted** 60:5

**on** 4:5,21
8:24 9:1,3,4
15:23 16:1,7,
10,12 19:10
23:15 24:17
28:13 30:24
33:10,12,25
34:10,19,24
35:3,15,17
36:2,15 38:9,
14,25 39:20
41:3,19 42:5
44:23,25 46:4
47:9 48:20
49:18 50:18
51:10 52:8,9
53:22 58:15
59:4 61:1,14
62:11 64:10,
22 67:20
69:17,24
70:14,16,24
71:14 72:24
73:24 74:17
80:10,22,24
81:4 82:4,18
83:22 84:8

**once** 7:9 22:2
66:6

**one** 6:10
11:5,14 13:5
16:3 17:11
24:7 38:23
47:12 48:4
50:19 60:20
63:23 64:1,23
65:4 66:21
75:23 77:22
78:1

**one-third**
39:2

**ones** 36:1

**online** 26:2,
3,9 52:9
53:21 82:8,
12,17

**only** 5:19
23:8 27:13
62:12

**open** 32:4

**opened** 18:6

**operate** 29:8,
10

**operated**
21:11 29:12
79:14 84:8

**operates** 5:18
29:12 40:3
79:1

**operation**
42:19 51:8

**operations**
31:8,24 52:2
78:19

**opinion** 46:3,
4

**Opposition**
61:24

**or** 5:20 6:16
7:2 12:18
13:1,6,8,24,
25 15:3 18:5,
6 19:13 20:2,
4,16 21:22
22:9 25:21
26:16 27:1
28:6 29:12
32:4 34:15,17
35:2,20 36:11
37:17 38:10,
11,12,13,14
39:11 41:17,
22 42:3,7
46:14 47:19
48:19 50:4,19
51:4 53:22
56:7,10,18
57:15 59:10,
17,18,25
60:11,19
65:2,12 69:13
72:18 74:3
75:6 76:25
79:5 80:25

82:14,15,18
83:2
order  15:18
  21:4 32:5
  43:17 71:17
ordering  85:2
other  7:11
  13:6 18:20,22
  24:3 30:7
  34:16 45:11
  46:14,15
  47:5,22 50:4,
  8 59:3 62:24
  68:7 77:25
  82:15,21
others  17:19,
  20 76:1
otherwise
  37:17
our  31:8,11
  34:5,16,24
  35:3 39:3
  40:3,6 42:23
  43:8,16,22
out  15:10
  25:20 34:10
  55:25 59:16
  60:1 80:3
outside  5:20
over  24:13
  29:11 32:23,
  25 50:8 59:18
  82:25
own  9:10
  11:1,25 12:6,
  15,25 13:13
  29:8
owned  9:7
  10:1,7 18:11
  20:12,23
  23:13
owns  8:6
  10:10,19
  18:10 19:25

---

**P**

p.m.  74:14,18
  85:1,7
page  8:24 9:1
  12:12 30:25
  32:19,21
  33:11,12 35:4
  37:13 38:9,25
  39:2 45:3,6
  52:4,5,6 54:3
  55:3,4,7,8,10
  62:9 63:11,13
  68:13,21
  73:21 78:9
  82:23
paid  11:24
  17:23 80:11
paper  70:16
paperwork
  70:13
paragraph
  12:14 30:24
  32:20 35:5
  36:23 37:14
  54:4 63:12
  68:14,15,16,
  20 69:1,4
  70:25 78:10,
  18,22,25
  82:23
paragraphs
  44:7
part  15:24
  19:21 21:2
  28:10 29:19
  48:25 59:12
  67:1
Partial  61:23
participate
  72:10 75:6
participated
  72:25
participation
  76:23
particular
  9:9 15:3 17:1

34:14 37:12
  75:17 77:13
particularly
  9:22 60:12
parties  85:9
party  48:16
pass  69:16
  70:13 71:14
passed  70:16
pay  11:9,12
  12:22 14:3
  84:17
paying  17:3
  58:2,17
payments
  57:4,8,18
pays  12:17
  16:22
peekvids.com.
  79:2
people  15:20,
  21 18:20
  29:22 33:25
  34:19 39:13
  40:10 57:15
  60:1 84:19
per  19:14
  84:17
person  14:8
  23:17 25:20
  33:19 34:4
  38:12 42:6
  57:20
personally
  14:19 47:12,
  19,21 77:21
phone  41:7,8,
  14,15,16,17,
  23
pick  42:10
piracy  45:9
  52:9 53:22
plaintiff
  4:25 68:1
plaintiff's
  82:24 83:3

plaintiffs
  4:24
platform
  13:14
Playvid  82:24
playvid.com
  79:1
playvids.com
  79:1
please  4:19
  5:8 13:11
  24:7 25:2
  32:19 35:4
  37:13 39:3
  45:4 63:6
point  11:14
  17:18 40:20
  64:1
policy  33:2,5
  36:24 71:1,3,
  4,6,8
politely  65:8
porn  55:5,11,
  16
pornography
  49:3,11,18,25
  50:4,7,10,14,
  17 84:20
portion  24:15
position  5:24
  22:25
possessed
  70:3
possible  19:1
possibly  24:1
post  80:21
power  10:23
  13:15,19
Pratt  4:17
prefer  50:8
premium
  18:13,21,23,
  24,25
preparation
  23:25 63:16
  64:19

preparing
  83:20
present   5:17
  50:18
presented
  53:13
preserve
  60:1,12
president
  52:10
pretty   40:7
  74:12
previous   74:5
previously
  30:14 44:3
  72:4 73:10
  74:24 76:7
  77:16
price   84:19
primarily   7:5
  68:11
principals
  21:5
printed   44:14
prison   24:3
  26:15,16
probably
  42:23
procedures
  30:2
proceedings
  41:2 61:12
  74:16
process   40:18
  43:17 69:14
processed
  40:13
processes
  40:16 70:3
produced
  61:23
Professional
  4:2
projects
  83:22
promptly
  37:18,19

pronouncing
  78:5
proper   42:6,
  21
properly
  69:14
protect   31:12
provide   10:12
  13:9,17 18:12
  27:9 35:24,25
  36:6
provided
  18:21 23:8
  27:4 33:21
  62:12 64:2
provider   31:9
provides
  10:22 13:13
  18:16 20:15
providing
  23:5 26:11
public   4:2
  45:8 82:16
purchase   8:8
  9:14
purchased
  8:10 23:10,11
purchasing
  30:4
purpose   4:9
put   34:9,19
  44:14

**Q**

qualify   6:15
question   21:3
  24:20 25:1,3
  33:5 53:7
  60:8 79:25
  80:1,15
questionable
  52:8
questions
  21:5,7 32:6
  66:17 74:23

quick   40:22
quickly   74:12
quite   12:8
  21:10 75:25

**R**

radar   52:8
Rajesh   42:24
  43:1,3 57:13
ran   41:19
range   16:24
rarely   59:1
rather   12:16
  13:1 80:1
reaching   19:1
read   9:6
  24:16 31:11
  33:3,8 45:16,
  19 46:3
  52:16,19
  53:2,9 68:23
  78:13
reading   85:8
ready   66:18
really   51:23
  74:10
reason   26:18,
  19
reasonable
  71:1
recall   8:22
  9:9 12:7
  13:23 14:1,4
  16:11,19,25
  17:4 20:7,19,
  22 21:2 22:9,
  12,14,17 26:5
  38:24 47:11,
  19,21 49:9
  51:14 59:15,
  22 60:16,18,
  23 62:6
  63:18,21
  64:12,21
  70:2,23 72:23
  73:3,16

75:10,13,18,
  21 76:20,22
  77:19 81:9
receive   35:14
  42:4 67:19
  68:17 69:2,17
received
  42:15,18
  54:16 60:4,6
  65:22 69:24
  73:5
receives   6:25
  57:4
receiving
  35:11 54:8
  59:22 60:16
recently
  23:12
receptionist
  41:22
recess   41:1
  61:11 74:15
recollection
  48:1 61:17
  62:1 65:1,13,
  17
record   4:6,20
  24:7,8,9,17
  40:24 41:3
  44:20,22,25
  61:5,7,9,14
  74:13,17
  78:21 82:16
  84:25
records   21:8
  32:8,15 43:6
referenced
  30:14
referring
  49:22
refresh   61:17
  62:1 65:1,13,
  17
regarding
  25:24 35:12
  39:4 62:11,14
registered
  4:2 19:17

| | | | |
|---|---|---|---|
| 20:8,17,20,25 | rephrase | 11:1,6,11 | **S** |
| 82:25 | 67:11 | 12:5 13:8,11, | |
| **regulation** | **report** 39:3,7 | 16,21 14:3,6 | SA 42:3 |
| 31:16 | **reporter** 4:2, | 15:10,21,25 | **said** 10:6 |
| **regulations** | 16 24:6,8,11, | 16:7,10,17, | 48:12 52:10, |
| 31:2,6 | 14,16 42:18 | 18,21 18:20 | 20 64:22 66:2 |
| **regulators** | 43:5,9,11 | 20:21 21:22 | 69:4 80:19, |
| 45:10 46:6 | 63:5 85:2,5 | 22:14,18 | 20,25 |
| **Regus** 6:11, | **reporters** | 23:16 24:20 | **sale** 27:17 |
| 12,17 7:7 | 42:16 | 25:15,19 | **sales** 15:20 |
| 18:8 | **represent** | 27:25 30:17, | 16:8 |
| **related** | 25:7 | 24 31:7,23 | **same** 23:17 |
| 46:22,24 | **representing** | 35:4 40:19 | 36:23 60:15 |
| 48:14 | 25:13 | 43:19 44:1 | 62:14 74:4 |
| **relationship** | **Republic** | 45:3 46:5 | 75:4 78:1 |
| 65:9 66:24 | 17:17 | 48:7,17 50:20 | 83:24 |
| **released** | **reputation** | 52:4 57:14,19 | **saw** 75:23 |
| 26:14 | 54:23 | 61:2,16 62:9 | **say** 12:15 |
| **relevant** 65:9 | **request** | 63:11 64:15 | 18:21 33:10, |
| **remember** | 43:17,24 | 66:12 67:3,19 | 12,16 42:2 |
| 9:18,20,21 | **requested** | 68:3,13 69:4, | 48:17,24 |
| 13:18 14:7 | 24:15 28:19 | 9 70:18,22 | 50:16 54:22 |
| 17:20 21:10, | 34:5 65:10 | 71:14,15 | 64:22 |
| 24 22:8 27:21 | **requests** | 73:17 74:20 | **saying** 65:16 |
| 42:17 46:22 | 32:10,17 43:9 | 75:12,23 76:5 | **says** 10:4 |
| 47:14,15,16 | **required** | 77:15,19,21 | 30:25 31:23 |
| 48:4,14 | 19:5,7 | 78:7,9,15,25 | 32:22 35:6 |
| 53:15,18 | **requiring** | 79:16,21 | 36:23 37:15, |
| 65:19,20,23 | 42:5 | 80:17 81:1 | 25 38:9,25 |
| 75:25 76:24 | **reserve** 9:3 | 82:12 83:5 | 39:3 45:6 |
| 77:12 80:14 | **reside** 9:3 | 84:22 | 46:5 48:18 |
| 81:20,24 84:3 | **respond** 21:4, | **Roderick** 4:17 | 52:6 54:3 |
| **rent** 6:11 | 7 | **Rogers** 43:2 | 55:4,10 62:10 |
| 12:22 18:8 | **responsibility** | **role** 16:8 | 68:16 69:1 |
| 20:2 57:15 | 32:23 33:11 | **rooms** 6:16 | 70:24 76:12 |
| **rental** 12:18 | **responsible** | **Roughly** 12:24 | 78:10,18 |
| **rented** 17:12 | 71:10,12 | **routinely** | **scale** 52:10 |
| 56:18 | **review** 53:15 | 54:7 | 53:22 |
| **rents** 8:2 | **reviewed** | **Roy** 4:21 | **scene** 15:1 |
| 10:10,22 20:4 | 53:12,18 | **rules** 29:21 | **search** 26:2, |
| **repay** 77:9 | **reviewing** | **rumors** 23:22 | 3,9 55:4,10 |
| **repayment** | 61:21 | **run** 14:8 | 82:13 |
| 77:3 | **right** 5:19 | 57:13 70:5 | **searched** |
| **repeat** 25:2 | 6:12,15 7:4, | **runs** 49:22 | 82:12 |
| 36:25 60:8 | 7,14,24 8:3, | 57:11 | **searching** |
| 63:5 71:1,2, | 8,14 9:7,11, | | 82:8,17 |
| 5,7 | 25 10:3,6 | | |

| | | | |
|---|---|---|---|
| **second**  62:10 | 30:21,22 53:2 | **signs**  11:5 | **some**  16:17 |
| **second-to-last** | 56:22,23 | **similar**  6:10 | 21:10 23:1, |
| 54:4 55:3,7 | 57:16 58:2 | **Similarly** | 23,24 35:10, |
| **secretary** | 59:4 | 54:4 | 22 44:7 48:15 |
| 41:22 | **services** | **since**  26:14 | 66:17 68:11 |
| **Section**  37:17 | 10:23 13:8, | 64:23 | 74:23 |
| **see**  37:1 47:4 | 10,12 16:18 | **single**  17:2 | **somebody**  15:7 |
| 57:14 69:7,8 | 17:16 18:17 | 42:14 | 23:22 26:20 |
| 72:9,11 81:3, | 20:15,16 | **sir**  24:6,14 | 42:3 76:25 |
| 16 83:2 | 23:5,9 26:11 | **sites**  49:3,9 | **something** |
| **seem**  28:8 | 27:4,9 35:25 | 55:5,11,16 | 28:8 34:8 |
| **seems**  30:18 | 36:6 37:16 | 68:3 70:4,5 | 40:2 56:7 |
| **seen**  77:25 | 57:15 64:2 | 73:7 | 58:18 82:9 |
| **self-describes** | 68:7 | **so**  6:12 7:15 | **sometimes** |
| 55:21 | **set**  6:16 15:8 | 8:6 9:7,14,25 | 13:15 16:16 |
| **sell**  20:2 | **sets**  15:5 | 10:2,3,6,23 | **Sonya**  16:12 |
| **sells**  20:4 | **seven**  26:13 | 11:3 12:25 | **sorry**  17:6,7, |
| **Sending**  38:9 | **several**  17:19 | 13:16 14:3 | 8 22:3,11 |
| **sends**  15:10 | 40:16 45:9 | 16:17,21 | 23:4 24:6,11 |
| **sent**  59:16,25 | 46:6,11 51:14 | 19:15 23:13 | 29:11 35:1 |
| 77:12 | **shall**  37:17 | 25:11,19 26:7 | 43:4 55:6,9 |
| **sentence** | **Sharon**  4:1,16 | 28:10,11,19 | 62:21 66:4 |
| 62:10 | **She**  16:12 | 29:15 30:4 | 68:19,23 |
| **separate** | **shocking**  52:7 | 31:7 33:25 | 69:13 81:19 |
| 82:25 | **short**  74:6 | 41:17 44:14 | **sort**  30:20 |
| **serve**  20:17 | **should**  19:12 | 46:1,2 47:5 | **sounds**  65:21 |
| **served**  24:2 | **show**  8:14 | 50:6,10 55:9 | **South**  4:8 |
| 65:11 | 30:12 44:1 | 57:14 63:19 | **Southern**  4:14 |
| **server**  13:1 | 55:5 61:2 | 64:6 66:16 | 8:20 67:4 |
| 23:3,5 27:17 | 66:12 72:3 | 68:25 69:9 | **space**  6:10 |
| 28:16 29:8,13 | 73:9 74:20 | 70:4,13,21 | 10:22 56:18 |
| 56:18 | 76:5 77:15 | 71:14,17 | **speaking** |
| **Server's** | **showed**  26:5 | 74:11 76:1 | 82:9,10 |
| 28:17 | **shows**  55:11 | 78:15 82:12 | **specific**  6:16 |
| **servers**  8:5, | **shut**  53:5 | **social**  49:17, | 16:8,14,25 |
| 6,9 9:3,7,10, | **sign**  14:19 | 21,22 50:18 | 19:14 22:9 |
| 14 10:1,7,10 | 19:3,5,8 | 78:7,11,14, | 38:21 39:4,25 |
| 11:1,12,15,19 | **signature** | 19,25 79:6, | 42:1 44:7 |
| 12:7,16 13:1, | 8:24,25 | 13,23 82:3 | 51:14 81:9 |
| 19 23:7 34:1 | 12:12,13 | 83:12,15,21 | **specifically** |
| 38:14 50:18 | **signed**  8:20 | 84:1,3,8,15 | 12:7 14:1 |
| 51:10 59:10, | 12:11 | **software** | 22:17 26:5 |
| 18 | **significant** | 41:19 | 34:24 35:3,24 |
| **service**  6:20 | 58:5 | **sold**  28:20,22 | 51:5 65:23 |
| 12:17 16:23 | **signing**  8:22 | **soliciting** | **specifics** |
| 18:13,18,21, | 85:8 | 59:17 | 16:19 17:4 |
| 23 19:1,6 | | **Solutions** | 21:10 23:23 |
| | | 21:23 | 30:3 33:7 |

May 02, 2018

22

40:17 47:16
60:23 62:6
65:19 70:2
83:23
speculate
13:4 18:25
28:21 32:3
33:20 45:20,
21,23 46:4
52:1 58:8,13,
15 65:25 66:1
speculation
45:24
Spell 63:7
spoke 62:13
63:13 64:16
80:7
stamps 73:23
Stance 52:10
Stand 61:13
Standard 30:2
start 5:13
83:16
starting
63:12 68:15
starts 44:11
state 4:3,19
7:17 9:1
stated 68:1
statement 9:6
10:7 33:3,8
45:13,16,18
46:3 52:13,
17,20 54:9
78:13,16,17
States 4:13
5:15,17,20,
21,23
statistics
66:5
steal 45:11
step 29:11
stepping 61:1
still 17:16
51:8 61:21
84:5,14

stole 24:3
stop 51:10,13
61:1
stopped 51:5
83:16
storaging
10:13
strict 31:1
stringent
31:1
studios 52:12
submissions
45:10 46:6
subpoena
60:18 61:17
62:2,7 65:10,
11,18,19,20,
22 75:3
subpoenas
65:24 66:2
such 59:22
sued 36:5,8
47:12,17,19
48:12 79:19
suggesting
69:16
suite 4:9
6:5,9,16,24
Sun 49:17,21,
22 50:18
78:7,11,14,
19,25 79:13,
23 82:3
83:12,15,20
84:1,3,8,15
supplies
10:24
supply 34:1
Support 4:17,
18
supposedly
58:2
sure 12:9
16:8 20:4
21:8 27:22
31:4,11,13,
15,19,20

34:13 36:16
39:24 40:2,7
47:15 50:3
70:16 79:15
surprise
25:17
suspected
39:6
sworn 5:3
system 15:17,
19 47:9

T

take 12:10
32:7 33:11
40:22 41:25
42:10 44:6,8
54:7 65:16
66:16 68:13
70:13,21
82:23
takedown
67:20,23
68:17 69:2,5
71:11 73:2
taken 4:1,10
39:19 68:3
70:4,8 73:7
80:25
taking 4:9
61:16
talk 21:5
42:2 49:10
talked 59:12
talking
32:12,13
36:18 53:22,
23 62:15
targets 45:8
team 15:20,
21,23,24
16:1,7,10,12
34:6,17 39:13
40:3,6,10
42:5,21
tech 54:23

technical
33:7,19 34:4,
6,8,17
tell 5:7 15:7
16:21 17:3
25:11 26:3
27:1,6 28:1
81:20 82:2,17
telling 28:12
48:1
tells 15:8
ten 66:8
term 50:4,6,8
terminate
68:6
terminated
56:23 57:23
58:3 71:18
terminating
36:24
terms 19:7
30:20,22 53:2
testified 5:4
testify 24:22
than 10:3
13:1 17:9
18:22 66:6,8,
10 80:2 81:18
82:22 84:20
thank 24:14
68:23 73:22
84:22,24
that 6:7,13,
22 7:3 8:2,
19,24 9:2,5
10:1,6,7,10,
19 11:12
12:11,12,19,
20,25 13:22
14:15 15:21
16:21 17:3
18:1,21
19:15,25
22:14,15,18,
21 23:2,10,
16,17,21,22,
24 24:1,2,23,
25 25:18

26:9,12,19,20
27:20 28:1,8,
12,20,21,23
29:1,15 30:4,
21 31:10,11,
13,15,19,24
32:6,22 33:2,
5,16,22 34:1,
19 35:6,8,15,
17,23,24
36:1,3,13,23
37:1,3,5,15,
25 38:1,4,10,
20 39:9,12,
13,15,17
40:2,3,5,7,
12,13,17
41:11,15
42:6,11,14,22
43:6,23 44:6,
13 45:10,13,
18,19 46:3,4,
7 47:1,8,10,
15,21 48:2,
11,15,18,24
49:17,25
51:16 52:7,
11,13,20
53:3,9 54:3,
6,9,22 55:13,
24 56:4,8,9,
10,12 58:5,
15,18 59:6,18
60:3,6 61:17
62:1,15 63:5,
16 64:18,20
65:1,8,10,13
66:5 67:11,
20,22,23
68:6,16 69:1,
7,8,9,13,16
70:1 71:2,8,
17 72:9,11,18
73:18 74:2,
10,11 75:2,23
76:1,15 78:5,
12,17,18,20
79:3,25 80:6,
10,14 81:16

82:14,15,20,
22,24 83:2,5,
19 84:1
**that's**  10:4
12:8 17:13
25:17 33:21
42:4 44:18
46:21 50:16
51:16 55:24
61:23 68:1,20
76:18 77:23
78:15 80:17
81:18 82:9
84:22
**theft**  26:21
**their**  4:19
7:2 9:10
10:12,13
13:14,19 14:4
40:11,12
48:20 60:1
**them**  9:14
10:12 20:2,4,
5 25:12 40:15
44:14,15
47:12 57:13
63:20 69:10
77:25 79:15
**then**  27:1
36:23 42:10
43:23 64:22
65:10 69:15
74:12 76:13
**there**  6:2
7:1,3,11
10:21 11:16
16:11 32:5
34:10 35:22
38:13,20,21
39:1,8,13,19,
24 40:16 41:1
44:10,11 45:6
46:11 48:18
53:7 59:16
61:11 62:18
73:3,23,24
74:15 76:12
79:22 80:23
81:9 82:8

84:14,19
**there's**  33:12
41:22
**thereafter**
70:14
**Therefore**
33:9
**Thereupon**  5:1
**these**  8:8
17:23 20:3
30:5 49:3
68:7 70:4,5
71:10 79:5,6
**they**  6:11 7:2
14:3 20:22
25:7,20,21
30:1 31:15
32:6 40:7,11
42:2 45:9
46:5 51:13,16
60:7 63:19
69:12 70:8
71:17 80:2
84:17
**they're**  17:3
25:7 40:8,9
55:9 62:15
79:6
**They've**  8:10
**thing**  23:8
**things**  7:3
18:25 24:3
33:16 34:16
39:23 56:10
57:3
**think**  12:19
77:24
**third**  48:15
55:8
**third-to-last**
55:8
**this**  5:13
6:20 7:13
8:22,25 9:9,
23,25 12:10,
22 13:23
15:4,23 20:16
21:20 23:17,

25 25:9,13
26:9 28:1
30:17,20
32:12 33:8
34:14 36:15
37:12,17
38:22 40:20
44:11 45:22,
24 48:17
58:25 61:22
62:11 63:12,
15 64:12,17,
23 65:2,16,
17,18 66:16,
21 67:3,7,12
71:14,22,24
72:7,20
73:13,15,16,
20 74:2 75:2,
7,10,17,20
76:3,10,20
77:13,19,21,
22,24 78:2
79:16,22 80:1
81:8,13 85:2
**those**  31:3,5
33:16 44:13
46:21 57:11
60:5 61:16
73:7 84:20
**though**  75:23
79:25
**thought**  17:15
36:18 75:22
**thousands**
16:25 54:8
**threaten**
38:12
**three**  24:2
62:20,22,23
81:18,19,21
**through**  9:2
24:4 32:17
53:9 56:9
67:23
**throughout**
8:10
**time**  4:7 7:13

```
         9:25 21:10      12 41:12         transaction       12,18
         22:1 26:11      42:2,3,6,8,9,      27:23,24       under  9:23
         27:4,5 36:9     21,24,25           28:1,5,10        23:6 47:20
         40:20 41:16     43:5,6,11,17,      29:19          undergo  40:17
         53:16 61:24     19,23 44:6,7,    transcript       undermine
         67:21 70:3,9    8,11 45:3,7,       24:16            31:8
         73:25 75:18     10,20,21,23      Transit  20:8,   undersigned
         76:3 83:11      46:4,6,23,24       11,12,15         62:12,13
         85:3            48:14,17,24        66:22,24         63:13 64:15
timely  19:2            49:22 51:5          67:1,2,20,22     65:8
         40:13          52:2,4,9            68:4,6 69:1,   understand
times  37:5            53:5,15 54:4,        21,23,24         23:11,14
         47:17          7,22 55:3,19        70:1,4 71:11     29:13 33:6
titled  61:23          56:20 57:2,8,     transmitted        36:10,20 39:8
Titov  14:16,          17 58:8,13,         32:25 59:4,18     47:1
         17 70:5        15,18,21         transparency     understanding
Titov's                59:1,12,16          31:25 32:2,13     24:25
         71:17,25       60:1,2,3,5,         33:13          United  4:13
to  6:10 7:2,7         12,13,18          transparent        5:15,17,20,
         8:2,19,23,25   61:7,18,24          32:14 53:4        21,22
         10:2,3,11,12,  62:2,9 63:11,    tries  18:17     unrelated
         23 11:19,24    14 64:2,16,      troubles           54:6
         12:13,17,19,   22,24 65:1,7,      23:23,24        until  56:6
         22 13:5,9,14,  10,25 66:1,16    true  45:19,22   up  42:10
         17,19,21       67:16,19           52:13,20 54:9     43:5,11 56:6
         14:19 15:2,    68:10,11,14,       55:13,24          70:18,20,22
         10,18,19       17 69:2,5,10,      69:9,13 83:2      73:24 74:12
         16:22,25       14,17,18,23      trust  81:10        75:2 82:8,14,
         18:12,17,18    70:1,3,12,15,    try  77:3           15
         19:5,7,24      17,18,20,25      Tucker  52:10    uploaded  9:2
         20:25 21:1,2,  71:5,6,7,14      turn  32:19      URLS  83:1
         4,5,7,8 22:15  73:5 74:4,7,       35:4 37:13     us  5:7 12:19
         23:1,25 24:22  9,22 75:13,14      45:3 52:4         16:21 27:1
         25:17,20       77:3,9,12          55:3 63:11        28:12 32:7
         26:18,19       78:9 79:13         78:9              48:1
         27:4,9,13,15,  80:3,5,7         two  7:9 8:14    use  7:2 10:12
         16,17,20       81:3,10,11,20       27:12 28:12      19:6 50:22
         28:8,14,19,    82:2,7,10,21,      62:24 72:10    used  34:15
         20,21 29:11,   22 83:2,7           83:24            46:16 82:18
         14 30:18,22,  today  4:6         type  6:12         83:7
         24 31:5,12,     36:18 84:14,       39:6 58:25     uses  13:14
         15,20 32:3,4,   23                              using  10:13
         5,6,7,10,19   too  35:25                           13:1 47:9,23
         33:8 34:5     top  36:4 40:6    _____      48:20 59:9,13
         35:4,5,6,10,    55:4,10 73:21                    UU  4:11
         13,14 36:6,16 trafficked            U
         37:12,13,14     38:5
         38:1,11 39:1, trafficking       _____
         3,6,20 40:11,   38:2
                                         U.S.  4:16,18
                                           54:5
                                         UDO  22:6,9,
```

---

**V**

---

**Val**  4:25 25:6
**various**  35:14
**Velazco**  4:1,
   16
**vendor**  17:11,
   16,17
**vendors**  17:9,
   10,13 68:10,
   12
**versus**  4:12
   76:20
**very**  6:10
   68:23 84:23
**via**  56:13
**Victor**  77:1,9
**video**  4:6,10
   24:9,17 40:24
   41:3 44:20,25
   61:9,14
   74:13,17
   84:25
**videographer**
   4:5,17 24:9,
   17 40:24 41:3
   44:20,23,25
   61:5,7,9,13
   74:13,17
   84:25
**Videotaped**
   4:1
**violation**
   37:16
**virtual**  6:20,
   22
**virus**  24:4
   56:14
**viruses**  59:3,
   18
**visiting**  63:3
**voicemail**
   42:4,8,9,10,
   14
**VOIP**  41:16

**vporn**  68:7
   70:5
**vporn.com**
   72:1

---

**W**

---

**waived**  85:8
**want**  28:21
   32:3 42:2
   44:6 45:20,23
   46:4 53:15
   58:8,13,15
   65:25 74:7,9
**wanted**  30:24
   35:5 36:16
   63:15 64:17
   68:14
**was**  5:3 8:16,
   17 9:5,12,13
   12:11 13:4,
   21,24 17:16
   18:6 19:12
   20:19 22:10,
   12,18,19
   23:5,10,11,
   17,20,22
   24:16 25:23
   26:9,12,16
   27:6,23 28:1,
   6 30:4,12,14
   36:10,11,18
   38:21 40:2,6
   41:1 44:3,7
   47:2,19 48:5,
   14,24 50:4,19
   52:7 56:4,23
   58:1,17
   59:16,25
   60:2,13 61:3,
   11 62:7,11,25
   63:3,16,22
   64:4,18,20,
   22,23 65:2,4,
   9 66:14,21,24
   67:2,3,5,16,
   22 68:9 69:17
   70:2 72:4,18,
   23 73:10,25

**74:15,24
   75:2,4,14,17
   76:2,7,15,16
   77:16,24
   78:2,13 79:22
   80:1,6,9,17,
   23 81:4,13
   82:18 83:2,9,
   11,12,16,19,
   20,22 84:4,5
   85:7,8**
**wasn't**  22:21
   26:16 28:10
   29:19 65:7
   68:3 79:25
   83:12 84:6
**Watkins**  16:12
**way**  13:5
   28:21 39:2
   45:11 46:14,
   15 47:22
   67:12 75:6
   81:10
**WCZ-1**  73:9,10
**we**  4:8 6:10,
   20 13:5
   17:16,17,18
   20:16 24:7
   25:11 31:7
   43:23 44:14
   53:2,9,12,18
   61:5 66:12
   69:13 75:23
   77:25
**we'll**  74:12
**we're**  4:5
   25:13 53:4,5
   61:6
**we've**  77:25
**web**  18:16
   23:8
**web-hosting**
   45:7
**web-posting**
   5:14
**Webazilla**
   9:8,11,13
   10:1 12:15,17

**13:1,8,25
   62:11,12,14,
   19 75:3
   76:12,16**
**Webazilla's**
   9:4 65:4 76:2
**website**  26:6,
   7,10 49:18
   54:15 55:20
   72:12,16 74:4
   75:14 80:10,
   24 83:12,21
**websites**
   48:21 49:23
   68:7 71:17,25
   74:2 79:5,6,
   14 80:8,22
   81:5 82:4,18
**Webzilla**
   5:11,13,14,
   16,17,19,22,
   24 6:25 7:12,
   20,21 8:1,3
   9:10,12 10:6,
   10,13,16
   12:8,22 13:1,
   9,25 15:2,14
   16:22 17:23
   18:10,12,16
   30:25 31:19,
   23 32:1,4,8,
   22 33:7,21
   35:15,18,20,
   23 36:2,11,24
   37:3,19 38:4,
   15 39:20
   41:6,8 42:19
   43:12 45:7,
   10,25 46:12
   47:23 48:19,
   24 50:19,20
   51:12 52:7,8
   53:3,23 54:6,
   12,22 55:12,
   16,21,24
   57:16 59:4,9
   60:18 61:18
   62:2,25 72:9,
   18 73:14,18

---

74:1 75:4
76:14,17,20
83:7,9,11,17,
20 84:5,15
**Webzilla's**
19:6 33:1,5
47:8,9 84:9
**Webzilla-**
**related** 48:19
**Webzilla.com.**
30:19,23 33:9
53:13
**Wednesday** 4:6
**week** 7:9
**weekly** 52:8
**weeks** 7:9
**well** 8:24
9:21,23 10:3
11:3,21,24
12:5,10 13:24
14:8 17:18
18:20 19:8
20:25 22:18
23:16 27:25
33:10 34:8
38:25 46:5
47:17 49:10,
17 50:9,14
51:8 53:2,21
57:13 58:10
66:6 68:23
79:12,21
80:17 81:13
82:2,17
**well-known**
45:7
**WENT** 24:8
**were** 14:5
17:13 27:25
28:17 29:14,
15 39:24 41:2
44:13 46:21,
22,24 47:8,9,
12,21,23
48:12,18 49:3
51:16 59:18
60:11 61:12
62:18,24 64:6

67:7,19 69:20
70:4,8 72:10
73:3,7,17
74:16 75:12
77:21 79:16,
17 83:24
**weren't** 36:5,
8 47:13
**what** 5:13,24
6:4,7,14,19,
22 7:22 8:3
9:21 10:4,16,
21 11:24,25
12:6 13:8,11
15:7 16:5,17
17:3 18:3,24
19:9,20,22,24
20:2,11,14,
21,22 22:25
23:7 25:21
26:1,3,14
27:8,11,15,17
28:12 29:7,10
30:1,12 31:3,
10 33:25
34:9,13,16
40:7 41:6
42:20 43:12,
23 46:21,24
47:2 48:7,12
49:17,25
51:2,5 65:16
66:24 68:1,9
69:12,15
70:14 71:2,6,
8 72:15,23
73:4 75:15,
17,25 79:13
80:3,6,17,20
81:2 82:2,13
**what's** 23:18
34:23 35:2
40:15 71:2
81:20
**whatever**
32:25 42:11
**when** 8:8 10:6
13:13 17:5
26:9,12 27:25

30:4 46:15
47:22 51:13
56:2 62:12
73:5 84:3
**where** 6:2,10
7:4 8:1 12:15
14:17 15:21
18:1,3,5
20:20 36:1
39:17 41:15
48:5 56:4
62:24
**whereupon**
24:15 41:1
61:11 74:15
**whether** 19:12
22:19 37:16
52:19 65:1
82:17
**which** 4:13
17:11,20 23:2
28:15 32:3
35:19 36:1
39:5 41:1
61:11 64:14
74:15 75:3
**while** 45:7,11
61:1 83:19
**who** 11:5
14:15 15:5,
10,18,23
16:1,8,10
17:10,13,16
18:10 20:6
21:1 22:9,12
25:5,20 26:20
29:22 36:24
39:11,15
40:10 41:11,
23 42:22,25
45:8 50:19
56:17 57:4,
11,15 58:1,17
63:2,14,22
64:4,16,17
71:10,11
84:19,20
**who's** 57:11

**whoever** 69:18
**whom** 12:17
**whose** 56:23
**why** 11:18
12:8,25 25:11
26:17 27:1
28:17 33:10
40:2 45:24
52:25 55:18
57:1 63:15
64:17 65:6
68:3 70:11
79:22
**will** 24:21
32:7,17 41:12
42:23 43:23
76:1,10
**wire** 57:17
61:1
**wish** 39:3
64:24
**with** 5:13,24
13:16 16:1
17:8,9 19:3
20:3 21:9
22:22 24:23,
25 25:12,19,
23 26:15,20
27:11,20
28:11,13
29:22 30:4,17
31:1,16,17,20
32:4,5 35:6,
8,9 38:11
39:4 40:15
41:16 42:4,5
43:8,9,16,22,
23 44:12
48:15 51:2
53:13 56:6,9,
13,14 62:11,
13,25 64:20
65:2,9 66:24
67:23 68:10,
11,12,15
69:15 70:19
71:4,5,7,22,
24 72:1,12,
13,16 73:4,15

74:2

**withdraw**
25:18 56:8
76:1

**without** 44:19

**witness** 5:3
9:18 10:10
11:9 12:3
13:4 14:12,22
15:14 18:16
21:19 24:12,
22 25:2,14
26:24 27:4
28:5 29:5,18,
24 31:19
32:10 33:19
34:4,13,23
36:15 37:8,23
38:7,18 39:23
41:19 43:8,
16,22 45:16
46:19 48:4,9,
24 49:6,14,21
50:3,13,24
51:4,20 52:1,
16,23 53:12,
18,25 54:12,
19 55:1 57:8
58:8,13,25
59:22 60:8,
16,23 61:21
62:6 63:8
64:1,9 67:16
68:1 70:8
71:20 72:23
74:6 75:10,
12,13 77:7,12
78:23 79:10
80:14 81:8,24
82:7 83:15
84:12,24 85:9

**wondering**
33:10

**word** 47:2

**words** 47:5

**work** 5:11
7:2,4,5 15:19
23:1 32:4
41:14,15

**working** 31:14
83:16,20,22,
24 84:5

**works** 82:25

**would** 4:19
7:14 12:25
14:3 18:20
19:1 32:14
33:10 39:6
42:5,12,20,
21,22 43:6,8,
13,16,19,22
45:24 54:22
58:5,18,21
70:13 71:20,
11 82:17

**wouldn't**
26:19 28:8
48:17 58:15

**wrap** 74:12

**written** 6:25

**wrong** 11:21
55:7 80:2,18

**WZ** 19:17,20
20:6 72:9,18
73:14,18

---

**X**

**XBT** 7:16
18:11 19:21
20:12 23:12,
13,14 27:17
28:20 29:1,8,
14,15,21
41:25 42:3
45:6 59:9,17
67:1

---

**Y**

**Yeah** 40:23
74:7,10

**year** 19:13
83:19 84:2,3

**yearly** 19:11

**years** 8:11
14:2 22:23

24:2 26:13
27:12 28:12
31:14 51:14
56:3,7 81:8,
18,19,21
83:10

**yes** 7:6,15
8:7,13 9:13,
24 10:2,5,25
11:4,23 12:3,
13,21 13:18,
20 14:4 15:16
16:16 17:8,25
19:4,16,19
20:10 21:13,
16,24 22:24
24:1 25:8,22,
25 26:8,24
28:10 29:5,24
35:9,14 36:19
37:2,4,23
39:10 42:2,12
44:13,24 45:5
46:13 47:7,14
49:23 50:21
52:1 53:9
56:11 60:10
61:8,22 63:7
66:7,19,23
67:6,21 69:3,
8,19 71:16
72:11,14
73:3,16,25
74:4 77:20,23
78:1,6,8,17,
23 81:15,17
83:6,8,25
84:7,16 85:4,
6

**yesterday**
30:13

**York** 22:20
23:18

**you** 5:7,10
6:7,14,16,19
7:4,7,14,24
8:14,19,22
9:1,6,17,20
10:6,9 11:8,

12,25 12:2,6,
12,14 13:3,
11,16 14:8,
11,17,21
15:7,13 16:7,
13,15,17,21,
22 17:2,14,
15,20 18:15,
23 19:3,17
20:8,17,25
21:5,8,11,14,
15,18,22,25
22:3,6,14,15,
19,22 23:7,
16,21,24
24:2,13,14,
20,22,23,25
25:2,7,17,19,
20 26:3,7,9,
15,19,20,23
27:1,11,20,25
28:1,4,11,17
29:4,11,17,
24 31:4,10,
11,13 32:7,
14,19 33:3,8,
10,11,12,13,
16,18,25
34:1,3,8,9,
12,19,22
35:4,5,8,11,
21 36:1,5,8,
13,15,16,18
37:1,7,13,14,
22 38:17,23
39:1,3,6,22
40:2,5,11
41:25 42:1,7,
10,13,15,18,
20 43:6,13,
15,19 44:1,6,
7 45:3,15,16,
21 46:3,9,18
47:12,13,15,
17,21 48:1,
11,12,23
49:8,13,20
50:2,6,12,16

51:1,19,23,25
52:4,15,16,
19,22 53:5,
11,12,15,22
54:11,15,18
55:3 56:2,6,
9,14,17,20,22
57:7,14,19,22
58:1,7,12,15,
17,24 59:3,6,
8,12,21 60:3,
4,6,8,11,18,
22 61:2,20,23
62:5,9,16
63:5,11,18,25
64:6,8,12,20
65:2,20,24
66:1,2,12,16,
17,18 67:7,9,
12,15,19,25
68:6,13,14,24
69:2,7,10,16,
20,23 70:1,7,
13,14,18,21,
24 71:14
72:3,9,13,20,
22 73:2,4,9,
15,17,20,22
74:7,9,20,22,
23 75:6,9,12,
15,20,22
76:5,10,20,
23,25 77:3,6,
9,11,15,19,21
78:9,13,20
79:9,13,16,
17,21 80:1,3,
9,13,21 81:1,
3,7,16,20,23
82:2,6,12,13,
17,23 83:2,
14,19,24
84:1,11,22,24
85:2
**you're**  11:3,5
27:22 28:12
44:8 47:15
48:1 49:22
51:22 57:22

65:16 69:18
81:20
**you've**  11:24
12:19 57:19
**your**  5:7,24
6:2 8:24
11:24 12:12,
14 16:18,22
19:3 24:23
25:5,11 30:2,
7,20 32:15
33:23,25
34:1,9,20
41:13 43:6,20
51:10 53:21,
23 58:18,22
59:13 60:5,20
61:17 62:1
65:1,13,17
66:24 68:9
69:17 75:17
80:22 84:23
**yours**  83:5
**yourself**  7:17

---

**Z**

**Zhukov**  56:17,
20 57:20