# Exhibit 19

**2016 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P09000064327

**Entity Name:** WEBZILLA INC.

**FILED**
**Feb 23, 2016**
**Secretary of State**
**CC6838461702**

**Current Principal  Place of Business:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS,  TX  75207

**Current Mailing Address:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS,  TX  75207  US

**FEI Number: NOT APPLICABLE**                                    **Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

INCORPORATE NOW
6750 N. ANDREWS AVE.
SUITE 200
FORT LAUDERDALE, FL  33309  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                                   Date

**Officer/Director Detail :**

| Title | D | | Title | D |
|-------|---|---|-------|---|
| Name | MISHARA, RAJESH KUMAR | | Name | BEZRUCHENKO, KOSTYANTYN |
| Address | 2777 STEMMONS FWY. SUITE 1655 | | Address | 2777 STEMMONS FWY. SUITE 1655 |
| City-State-Zip: | DALLAS TX 75207 | | City-State-Zip: | DALLAS TX 75207 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MISHARA , RAJESH KUMAR                                D                            02/23/2016

Electronic Signature of Signing Officer/Director Detail                                          Date