# Exhibit 20

**2017 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P09000064327

**Entity Name:** WEBZILLA INC.

**FILED**
**Apr 30, 2017**
**Secretary of State**
**CC9290772252**

**Current Principal  Place of Business:**

2777 N STEMMONS FWY.
 SUITE 1655
DALLAS,  TX  75207

**Current Mailing Address:**

110 E. BROWARD BLVD.
 SUITE 1700
FORT LAUDERDALE,  FL  33301  US

**FEI Number: NOT APPLICABLE**                          **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

INCORPORATE NOW INC
512 LUCERNE AVE
LAKE WORTH, FL  33460  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:    CONSTANTIN LUCHIAN                                                                04/30/2017

                 Electronic Signature of Registered Agent                                                                Date

**Officer/Director Detail :**

| Title | D | Title | D |
|---|---|---|---|
| Name | MISHARA, RAJESH KUMAR | Name | BEZRUCHENKO, KOSTYANTYN |
| Address | 2777 STEMMONS FWY. SUITE 1655 | Address | 2777 STEMMONS FWY. SUITE 1655 |
| City-State-Zip: | DALLAS TX 75207 | City-State-Zip: | DALLAS TX 75207 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RAJESH KUMAR MISHARA                          D                          04/30/2017

                 Electronic Signature of Signing Officer/Director Detail                                                                Date