# Exhibit 22

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**From:** Jochem Steman <jochem@xbt.com>
**Sent:** Thursday, January 12, 2017 6:05 AM
**To:** Jack de Vries
**Cc:** Anthony Hellegers; Arien Stuijt; Mischa Visser
**Subject:** Re: FW:

Jack,

Webzilla is opgericht in Cyprus.
Webzilla BV (Nederland) is onderdeel van Webzilla LTD (Cyprus).

Met betrekking tot de teksten: ik ga ze zo eens goed doorlezen, zag net een typefout staan (zowel bij Engelse als NLD versie). Met betrekking tot het verzenden, wij kunnen het bericht versturen.

Groet
Jochem


On 12/01/17 15:56, Jack de Vries wrote:

> Jochem,
>
> Hierbij de NLse versies.
> Is Webzilla idd opgericht en gevestigd in Nederland is? Ik lees ook dat ze in Dallas zitten. Dan zou NL maar een onderdeel zijn?
>
> Voor wat betreft verzending persstatements. Om eea te containen (niet te groot te maken) is het nu het beste om van jullie zelf uit te verzenden.
> Ik stuur een lijst met de mailadressen.
> Akkoord?
>
> Jack

De informatie verzonden met dit e-mailbericht is vertrouwelijk en uitsluitend bestemd voor de geadresseerde. Indien u als niet-geadresseerde dit bericht ontvangt, wordt u verzocht direct de afzender hierover te informeren en het bericht te vernietigen. Met uitzondering van informatie die specifiek ontwikkeld is voor openbare bekendmaking (zoals persmaterialen), is gebruik van informatie door onbevoegden, openbaarmaking of vermenigvuldiging is verboden en kan leiden tot aansprakelijkheid. De afzender is niet aansprakelijk wanneer informatie in deze e-mail niet correct, onvolledig of niet tijdig overkomt. The information contained in this email message is confidential and exclusively intended for the addressee. If you have received this message without being the addressee, you are requested to inform the sender immediately and to destroy the message. With the exception of materials specifically designed for the purpose of public distribution, use of the information by unauthorized persons or disclosure or reproduction of such information is prohibited and may lead to liability. The sender will not be held liable if information in this email is transmitted incorrectly or incompletely or if it is not transmitted on time. Hill+Knowlton Strategies B.V. is registered in Amsterdam with company number 33172526

P-P000601

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**From:** Jochem Steman <jochem@xbt.com>
**Sent:** Thursday, January 12, 2017 6:05 AM
**To:** Jack de Vries
**Cc:** Anthony Hellegers; Arien Stuijt; Mischa Visser
**Subject:** Re: FW:

Jack,

Webzilla is established in Cyprus.
Webzilla BV (The Netherlands) is part of Webzilla Ltd (Cyprus).

In regards to the texts: I'm going to read through them thoroughly, just saw a typo (in both English and Dutch version). In regards to sending, we can send the message.

Best
Jochem

On 01/12/17 3:56 pm, Jack de Vries wrote:

> Jochem,
>
> Here are the Dutch versions.
> Is Webzilla really established and headquartered in The Netherlands? I read that they're also in Dallas, which would make The Netherlands just a division?
>
> Concerning sending press statements- in order to contain all this (not make it bigger), it's best that you send it yourselves at this time.
> I'll send a list with the email addresses.
> Agreed?
>
> Jack

overkomt. The information contained in this email message is confidential and exclusively intended for the addressee. If you have received this message without being the addressee, you are requested to inform the sender immediately and to destroy the message. With the exception of materials specifically designed for the purpose of public distribution, use of the information by unauthorized persons or disclosure or reproduction of such information is prohibited and may lead to liability. The sender will not be held liable if information in this email is transmitted incorrectly or incompletely or if it is not transmitted on time. Hill+Knowlton Strategies B.V. is registered in Amsterdam with company number 33172526

1

P-P000601



# CERTIFICATION

Schreiber Translations, Inc.
51 Monroe Street
Suite 101
Rockville, MD 20850

P: 301.424.7737
F: 301.424.2336

This is to certify that the attached English language document, identified as <u>P-P000601_ENG</u> is a true and accurate translation of the original Dutch language document to the best of our knowledge and belief.

Executed this 11th day
of May, 2018

_[signature]_
_____
Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com
www.schreibernet.com