# Exhibit 23

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDING S.A., and WEBZILLA, INC. <br>    Plaintiffs, <br><br> v. <br><br> BUZZFEED, INC. and BEN SMITH <br>    Defendants. | Case No. <br><br> 0:17-cv-60426-UU |

**PLAINTIFF WEBZILLA, INC'S SUPPLEMENTAL RESPONSES
TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Webzilla, Inc. ("Plaintiff") hereby provides supplemental responses to Defendants' First Set of Interrogatories to Plaintiff Webzilla, Inc. (the "Interrogatories"). Plaintiff's failure to object to a particular Interrogatory or willingness to respond to an Interrogatory is not, and shall not be construed as an admission of the relevant or admissibility into evidence of any such response or that the purported factual premise for any Interrogatory is valid or accurate. The inadvertent production of any privileged information shall not be deemed to be a waiver of any applicable privilege with respect to such response or with respect to any other response.

**INTERROGATORY NO. 6:** Identify every bank or financial institution from which you have sought a loan or other financing since January 1, 2015, whether such financing was granted, and the dates of such application and decision.

**Objection:** Plaintiff objects to this Interrogatory to the extent that it is overly broad, unduly burdensome, and seeks information that is neither relevant nor likely to lead to the discovery of admissible evidence. Specifically, and without limiting the foregoing, Plaintiff objects to the extent that it calls for the production of information relating to any loan or other financing unaffected by the issues set forth in the Complaint. Subject to, and without waiving, these objections, Plaintiff responds as follows:

1

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Response:** Information responsive to this Interrogatory may be found in documents produced in Plaintiffs' discovery responses. Specifically, summary information about loans and financing received and contracts related thereto can be found in folder C and correspondence with banks and lenders (including correspondence indicating rejections of loans and financing) can be found in folders A and C. Copies of loan documents can be found in folder M.

**INTERROGATORY NO. 11:** For each element of damage that you claim in this action, including but not limited to the injuries claimed at paragraphs 48-50 of the Complaint, identify separately and with specificity the complete nature of your injury, the amount of damage and how you calculate it, and all facts relating to or supporting the allegation of injury.

**Objection:** Plaintiff objects to this Interrogatory to the extent that it calls for a conclusion of law. Plaintiff objects to this Interrogatory to the extent that the full extent of Plaintiff's damages are not yet fully known. Plaintiff objects to this Interrogatory as being premature. Subject to, and without waiving, these objections, Plaintiff responds as follows:

**Response:** Please refer to Plaintiff XBT Holding S.A.'s Supplemental Response to Interrogatory No. 10.

Plaintiff explicitly reserves the right to supplement its response to these Interrogatories as discovery progresses.

As to all objections:

/s/ Matthew Shayefar                         November 1, 2017
Matthew Shayefar, Esq.                       Date

## VERIFICATION

I, Rajesh Kumar Mishra, on behalf of Webzilla, Inc., being first duly sworn in accordance with law, do hereby depose and state that I have read the first supplemental responses to Defendants' First Set of Interrogatories to Plaintiff Webzilla, Inc. and that the responses are true and correct to the best of my knowledge and information.

_____
Rajesh Kumar Mishra
(Printed name)

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the email on all counsel or parties of record on the service list below on this 1st day of November, 2017.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Nathan Siegel
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com


Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com