# Exhibit 24

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

From: RAJESH KUMAR MISHRA <rajesh.v.mishra@gmail.com>
Subject: Fwd: Webzilla B.V. - Dell Financial Services - New Credit Facility
Date: January 30, 2017 at 11:25:35 PM GMT+2
To: Alexey Gubarev <alex@xbt.com>

good news on my birthday, finally after long call last few days.

Begin forwarded message:

From: <Robert.Smit@dell.com>
Subject: Webzilla B.V. - Dell Financial Services - New Credit Facility
Date: January 30, 2017 at 7:31:16 PM GMT+2
To: <rajesh@xbt.com>

Hi Rajesh,

## HAPPY BIRTHDAY!!!!!

Furthermore, I would like to advise you that Dell Bank's Credit Committee approved a new internal credit facility amounting to €2 million in the name of Webzilla B.V. today.

Enjoy the rest of the day / evening!

Kind regards,


Robert Smit
Credit Risk Sr. Manager Benelux
Dell EMC | Financial Services
Office +31 (0)20 674 4493
Mobile +31 (0) 6 53 216 409
Robert.Smit@Dell.com

P-A000022