# Exhibit 25

From: Martin Lassally <mlassally@cte.nl>
To: Rajesh KUMAR MISHRA <rajesh@webzilla.com>
Cc: alex@webzilla.com, marc.vandelaarschot@dllgroup.com
Bcc:
Date: Fri, 13 Jan 2017 16:31:03 +0100
Subject: FW: Webzilla B.V.

Van: marc.vandelaarschot@dllgroup.com [mailto:marc.vandelaarschot@dllgroup.com]
Verzonden: vrijdag 13 januari 2017 15:50
Aan: mlassally@cte.nl
Onderwerp: Webzilla B.V.

Dear Martin,

As discussed yesterday we are not allowed to activate any new business of our customer XBT/Webzilla until further notice resulting from internal procedures.
We want to ask you explicitly to forward this message to Webzilla, with DLL in CC, to make sure that they are aware of our position.

Hopefully this is not harming our relationship and we will keep you posted.

If you have any questions, don't hesitate to give me/us a call.


Best Regards,

Marc van de Laarschot
Account Manager Vendor Finance
M +31 6 50 28 85 71
E marc.vandelaarschot@dllgroup.com

DLL
Vestdijk 51
5611 CA Eindhoven
The Netherlands

www.dllgroup.com
Volg ons op LinkedIn
Denk aan het milieu voordat u deze e-mail print.

See what counts.

DLL is een handelsnaam van De Lage Landen Vendorlease B.V., statutair gevestigd in Eindhoven, Kamer van Koophandel 17071119.
DLL heeft vestigingen in meer dan 35 landen in Europa, Noord-Amerika, Zuid-Amerika, Australië en Azië.
De organisatie is een onderdeel van de Rabobank Groep.

==================================================
The information transmitted via this e-mail is intended only for the person or
entity to which it is addressed and may contain confidential and/or privileged
material.  Any review, retransmission, dissemination or other use of, or
taking of any action in reliance upon this information by persons or entities
other than the intended recipient is prohibited. If you received this in error,
please contact the sender and delete the material from any computer

P-A000085