# Exhibit 26

**From:** Rajesh KUMAR MISHRA <rajesh@webzilla.com>
**Sent:** Friday, February 24, 2017 6:56 AM
**To:** linh.phan-huynh@nl.abnamro.com
**Subject:** Re: Client Review
**Attachments:** tax certificate.pdf

On Feb 24, 2017, at 4:51 PM, Rajesh KUMAR MISHRA <rajesh@webzilla.com> wrote:

Hi ,
Same here, it was great meeting you last year, see my answer next to your questions:

> On Feb 23, 2017, at 2:10 PM, linh.phan-huynh@nl.abnamro.com wrote:
>
> Hello Rajesh,
>
> Last year we had our enjoyable meeting in Haarlem. I hope everything is going well.
>
> As you might be aware, we frequently have to review our clients. Due to the bad press recently regarding Webzilla, I have to acquire more and extensive information about your policy with regards to Cybercrime. Could you please provide us with the necessary information by answering the following questions?
>
> * what measures will be taken to prevent data abuse (hacks)?

For our own infrastructure we have multiple measures to prevent hacks, including Firewalls, WAF, SPAM/Virus protection solutions.
Also, since we're PCI DSS compliant, we do have quarterly network scans, plus early infrastructure security audit by 3rd party company (Sysnetgs).

However we, as a service provider, have no to very limited access to customer's infrastructure.
Due to this fact we can't be responsible for customer security (hacks).
At the same time, we closely monitor customer activity, to be sure that customer is not performing any illegal activities.

> * does Webzilla have a detection software that detects (potential) hackers?

The nature if hacking may be very complicated. Due to this, there is is no single software available to detect such activities.
We rely on multiple solutions, like Google Malware Dashboard, 3rd party reports from CERT/CSIRT, etc.

> * is Webzilla involved or connected to any initiatives and/or institutions to fight cybercrime? Please provide us with the name of the relevant initiative and/or institution and background information.

We are not actively involved, but from time to time we do participate in activities related to cybercrime fighting.

Last such activity happened in 2016, we participate in following study:
• [NL] Vissers, P. (2016). Vervuiling in Digitale Wijken: Een verkenning naar situational crime prevention op het Nederlandse internet.
http://cybercriminology.nl/files/vervuiling_in_digitale_wijken.pdf

> * is the structure of the group tax (fiscal) advised and can you provide us a copy of the ruling and/or tax advice?

Click to Download

KBT Holding S.A - Group Final FS - 2015.pdf
17.7 MB

Click to Download

1

P-A000292

Group Structure.xlsx
64 KB

Click to Download

Gubarev Alexey IR1 2015.pdf
384 KB

Click to Download

IR 1 - 2015.pdf
1.9 MB

\* what is the source of (financial) capital/equity of the ultimate beneficial owners?

attached tax returns of majority beneficial owners: they have business income and dividend

The answers to the above questions will help us with the review of Webzilla B.V., Webzilla ltd and XBT Holding ltd.

We need the information we are asking you for because we believe our clients must be able to fully rely on our advice and the services we offer.
At the same time, we want to give you a fast, effective service at all times. The more complete your client file, the better the service we can offer you.
Legislation and regulations governing banks and insurers are becoming increasingly stringent, requiring us to register ever more information.
Financial institutions are now obliged to carefully record their clients' details. Banks and insurance companies also have a duty of care,
and must act in the interests of the client. At ABN AMRO, we take this responsibility very seriously.

Thank you for your cooperation, which will enable us to complete and update your client file.

With kind regards,

Met vriendelijke groet,

**Linh Phan-Huynh** | Relatiemanager Commercial clients
Sectorteam Technologie, Media & Telecom | ABN AMRO
Foppingadreef 22 | 1102 BS Amsterdam | Interne code: AA 6213
Tel: 06 30 44 44 60
Afwezig . vrijdagmiddag.
Voor uw service gerelateerde vragen kunt u van maandag t/m vrijdag van 08.00 uur - 18.00 uur contact opnemen met Clientservices Support Noordwest.
Email: clientservices.support.noordwest@nl.abnamro.com
Tel.: +31 (0) 20-3831364
Volg ABN AMRO op: <Mail Attachment.gif>   <Mail Attachment.gif>   <Mail Attachment.gif>   <Mail Attachment.gif>   <Mail Attachment.jpeg>

Denk aan het milieu voordat u deze e-mail print.

Altijd op de hoogte van de laatste ontwikkelingen in de economie en in uw sector?
Maak dan gebruik van de Market Insights app van ABN AMRO:
https://www.abnamro.nl/nl/zakelijk/insights/market-insights.html

This message has been sent by ABN AMRO Bank N.V., which has its seat at Gustav Mahlerlaan 10 (1082 PP) Amsterdam, the Netherlands, and is registered in the Commercial Register of Amsterdam under number 34334259.
Dit bericht is verzonden door ABN AMRO Bank N.V., statutair gevestigd aan de Gustav Mahlerlaan 10 te (1082 PP) Amsterdam, ingeschreven in het Handelsregister Amsterdam onder nummer 34334259.

P-A000293