# Exhibit 40

# BuzzFeedNEWS

News  Videos  Quizzes  Tasty  DIY  More ▾    Get Our News App



# These Reports Allege Trump Has Deep Ties To Russia

A dossier, compiled by a person who has claimed to be a former British intelligence official, allege Russia has compromising information on Trump. The allegations are unverified, and the report contains errors.

posted on Jan. 10, 2017, at 6:20 p.m.

 **Ken Bensinger**
BuzzFeed News Reporter

 **Miriam Elder**
BuzzFeed News Reporter

 **Mark Schoofs**
BuzzFeed News Investigations Editor



A dossier making explosive — but unverified — allegations that the Russian government has been "cultivating, supporting and assisting" President-elect Donald Trump for years and gained compromising information about him has been circulating among elected officials, intelligence agents, and journalists for weeks.

The dossier, which is a collection of memos written over a period of months, includes specific, unverified, and potentially unverifiable allegations of contact between Trump aides and Russian operatives, and graphic claims of sexual acts documented by the Russians. CNN reported Tuesday that a two-page synopsis of the report was given to President Barack Obama and Trump.

Now BuzzFeed News is publishing the full document so that Americans can make up their own minds about allegations about the president-elect that have circulated at the highest levels of the US government.

The document was prepared for political opponents of Trump by a person who is understood to be a former British intelligence agent. It is not just unconfirmed: It includes some clear errors. The report misspells the name of one company, "Alpha Group," throughout. It is Alfa Group. The report says the settlement of Barvikha, outside Moscow, is "reserved for the residences of the top leadership and their close associates." It is not reserved for anyone, and is also populated by the very wealthy.

The documents have circulated for months, and acquired a kind of legendary status among journalists, lawmakers, and intelligence officials who have seen them. Mother Jones writer David Corn referred to the documents in a late October column. Harry Reid spokesman Adam Jentleson tweeted Tuesday that the outgoing Senate Democratic leader had seen the documents before writing a public letter to FBI director James Comey about Trump's ties to Russia. And CNN reported Tuesday that Arizona Republican John McCain a gave "full copy" of the memos to FBI Director

## BuzzFeedNEWS

### In The News Today

- A jury has sentenced white supremacist Dylann Roof to death for murdering 9 black Charleston church members in 2015.
- Donald Trump challenged accepted science by meeting with Robert F. Kennedy Jr., a notorious anti-vaccine advocate.
- Jeff Sessions, during his confirmation hearing to be Trump's attorney general, dismissed allegations of racism against him as an inaccurate "caricature."
- Obama out: The president is delivering his farewell speech Tuesday at 9 p.m. ET in Chicago. You can watch it here👇

Download the BuzzFeed News app

## BuzzFeedNEWS



### DNC: That Fight With FBI Over Hacked Servers Was All A Misunderstanding
by Ali Watkins

Connect With BuzzFeed USNews

f Like Us On Facebook
🐦 Follow Us On Twitter

James Comey on December 9, but that the FBI already had copies of many of the memos.

Ken Bensinger is an investigative reporter for BuzzFeed News and is based in Los Angeles. His secure PGP fingerprint is 97CC 6E32 10A2 23FE 4E84 98B4 9CFF 4214 9D26 8AA7
Contact Ken Bensinger at ken.bensinger@buzzfeed.com.

Miriam Elder is the world editor for BuzzFeed News and is based in New York. Her secure PGP fingerprint is 5B5F EC17 C20B C11F 226D 3EBE 6205 F92F AC14 DCB1
Contact Miriam Elder at miriam.elder@buzzfeed.com.

Pulitzer-prize winner Mark Schoofs is the investigations and projects editor for BuzzFeed News. While working at The Village Voice, Schoofs won the 2000 Pulitzer Prize for International Reporting for his series on AIDS in Africa.
Contact Mark Schoofs at mark.schoofs@buzzfeed.com.

| f | ✉ | P | 🐦 | t | **More** ▾ |
|---|---|---|---|---|---|

NEXT ON NEWS›

**"Inflatable Trump Roosters" Are Being Sold In China...**

Tagged: donald trump , russia

## Facebook Conversations



News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address    **Sign up**

## More News

### People Keep Getting Dragged Out Of Jeff Sessions' Confirmation Hearing

### Fox News Quietly Settled Sexual Harassment Allegations Against Bill O'Reilly

### Jeff Sessions Denies Racism Allegations

### US Ebola Czar Calls Trump "Badly Misguided" On Diseases



### Coretta Scott King's 1986 Letter Blasting Jeff Sessions Is Missing

Jeff Sessions Says He Would Not Ban
Muslim Immigrants Based On Religion

Conservative Lawyer Who Fought For
Marriage Equality Backs Jeff Sessions

Jeff Sessions Says Decision Allowing
Abortion Deserves Respect And Will Be
Followed

Here's How Big Pharma Plans To Clean
Up After Martin Shkreli

Trump's Tweets Are Freaking Out
America's Closest Allies

More News ›

## Now Buzzing

Can We Guess Your Age And Location
Based On Your Starbucks Drink Order?

Texas Man Set To Die For Killing Two After Being Tricked Into Buying Gravel Instead Of Cocaine

What's The Stupidest Thing You've Ever Heard From A Customer?

A Meteorologist Burned His Daughter Over Text And Now Other Weather Reporters Are Bonding Online

18 Women Sued USA Gymnastics Saying A Doctor Sexually Abused Them

We Need To Talk About Milo Ventimiglia

26 Times Noel Fielding Was A Cheeky Shit And We Loved Him For It



Which '00s Trend Must Go?

More Buzz >

The Hardest Game Of "Which Shoes Must Go" You'll Ever Play

We Know How Many Kids You're Going To Have Based On Your Zodiac Sign

Trump Moves To Challenge Vaccine Science

Advertise   Jobs   Mobile   Newsletter   Shop   🌐 US Edition ▼

About   Press   RSS   Privacy   User Terms   Ad Choices   Help   Contact

© 2017 BuzzFeed, Inc

