# Exhibit 54

Watch TV 

**POLITICS** · May 10th

# 'I would do it again,' McCain writes about release of Steele dossier to FBI

By **Dom Calicchio** | Fox News



U.S. Sen. John McCain, R-Ariz., receives the Liberty Medal from the National Constitution Center in Philadelphia, Oct. 16, 2017.  (Associated Press)

U.S. Sen. John McCain, R-Ariz., apparently has no regrets about his role in the release of the so-called Steele dossier, which is said to contain salacious allegations about then-candidate Donald Trump.

In excerpts of his forthcoming book, "The Restless Wave: Good Times, Just Causes, Great Fights, and Other Appreciations," the 81-year-old senator – who is recuperating at home following recent cancer treatment and surgery – acknowledges that he delivered the information to then-FBI Director James Comey.

"(A)nd I would do it again," McCain writes, according to excerpts published by the Guardian.

"Anyone who doesn't like it can go to hell," McCain adds, saying he did "what duty demanded I do."



The "disturbing" nature of the allegations against Trump prompted his action, McCain writes.

"I had no idea which if any were true," the senator writes. "I could not independently verify any of it, and so I did what any American who cares about our nation's security should have done."

> **"I could not independently verify any of it, and so I did what any American who cares about our nation's security should have done."**
>
> - U.S. Sen. John McCain, R-Ariz., writing in "The Restless Wave"

In December, Fox News reported that former British spy Christopher Steele instructed Sir Andrew Wood – a former British ambassador to Russia – to approach McCain about the existence of the dossier while Wood and McCain were both attending a security conference in Canada.

McCain later received hard copies of the dossier from Fusion GPS, and relayed a copy to the FBI, Fox News reported.





Also in the excerpts that appear in the Guardian:

McCain claims Republicans are on the "wrong side" of the immigration debate, arguing that it has been driven by "zealots" who fail to understand immigration's key role in "America exceptionalism."

The anti-immigration zealots "need to be confronted before their noxious views spread further and damage for generations the reputation of the Republican Party," McCain writes, according to the Guardian.

McCain also expresses regret for choosing Sarah Palin as his running mate in 2008, instead of his friend, former U.S. Sen. Joseph Lieberman, D-Conn.

"The Restless Wave" is set to be published May 22.

*Fox News' Catherine Herridge, Pamela K. Browne and Cyd Upson contributed to this report.*

## U.S.

Crime

Military

Education

Terror

Immigration

Economy

Personal Freedoms

Fox News Investigates

## World

U.N.

Conflicts

Terrorism

Disasters

Global Economy

Environment

Religion

Scandals

## Opinion

## Politics

Executive

Senate

House

Judiciary

Foreign policy

Polls

Elections

## Entertainment

Celebrity News

Movies

TV News

Music News

Style News

Entertainment Video

## Business

Markets

Politics

Technology

Features

Business Leaders

## Lifestyle

Food + Drink

Cars + Trucks

Travel + Outdoors

House + Home

Fitness + Well-being

Style + Beauty

Family

## Science

Archaeology

Air & Space

Planet Earth

Wild Nature

Natural Science

Dinosaurs

## Tech

Security
Innovation
Drones
Computers
Video Games
Military Tech

## Health

Healthy Living
Medical Research
Mental Health
Cancer
Heart Health
Children's Health

## TV

Shows
Personalities
Watch Live
Full Episodes
Show Clips
News Clips

## About

Careers
College Students
Fox Around the World
Advertise With Us
Ad Choices
Email Newsroom
Media Relations
Compliance

## Other

Fox News Insider
Fox News Radio
Fox Nation
Fox News Go
Newsletters
Alerts
Podcasts
Apps & Products

Terms of Use    Privacy Policy    Closed Captioning Policy    Help

This material may not be published, broadcast, rewritten, or redistributed. ©2018 FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes.