# Exhibit 59

# In the Matter Of:

## GUBAREV vs BUZZFEED

17-CV-60426-UU

# BENJAMIN SMITH

*February 08, 2018*

*Confidential*



ESQUIRE DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

```
 1                CONFIDENTIAL - Smith
 2        A.    No.
 3        Q.    Why not?
 4        A.    Well, the story we wrote on
 5   January 10th wasn't about Aleksej Gubarev.
 6   It was about the dossier, about a document
 7   that had been briefed to the president of the
 8   United States, the president-elect of the
 9   United States, by the top intelligence
10   officials in the country, and it was -- and
11   it was -- yeah.
12        Q.    Why not redact out the names of the
13   plaintiffs before you published the dossier?
14        A.    The details in the dossier were
15   important parts of an incredibly important
16   document.
17        Q.    Did you make any redactions to the
18   document?
19        A.    Yes.
20        Q.    What did you redact from the
21   document?
22        A.    We redacted the name of Michael
23   Cohen's father-in-law who was mentioned in
24   passing but was not the subject of -- was not
25   central to the dossier.
```



```
 1            CONFIDENTIAL - Smith
 2       A.   Yes.
 3       Q.   -- "of how much annotation.  We did
 4  point out that things that we really, were
 5  very, very confident were false, in part to
 6  say to the reader, caveat --"
 7            Again, why not redact out the names
 8  of individuals against whom allegations are
 9  made if you don't know that those allegations
10  are true?
11       A.   Well, this was an extraordinarily
12  important document that had been the subject
13  of an extraordinary briefing to two
14  presidents, that was the subject of intense
15  interest at the very highest levels of the
16  law enforcement and intelligence community,
17  and it's -- and there are circumstances in
18  which you use the word "alleged" and report
19  on allegations in journalism, and this was
20  one of them.
21       Q.   You said that BuzzFeed redacted out
22  the name of Michael Cohen's father-in-law,
23  correct?
24       A.   Yes.
25       Q.   Who made the decision to redact out
```



```
 1              CONFIDENTIAL - Smith
 2   that name?
 3        A.    It was my decision ultimately.
 4        Q.    Did you read the entire dossier and
 5   make conscious determinations as to what you
 6   would and would not redact?
 7        A.    The discussions about redactions
 8   were with our lawyer.
 9        Q.    And I don't want to know that,
10   so --
11              After the dossier was published,
12   did you believe that it was a mistake to have
13   included Alex Gubarev's name in it?
14        A.    No.
15        Q.    Was there discussion at BuzzFeed
16   that it was a mistake to have included his
17   name?
18        A.    I can't speak for all discussions
19   at BuzzFeed.
20        Q.    Were there discussions that you
21   were party to in which people said it was a
22   mistake to include his name?
23        A.    When Mr. Gubarev sued us, there
24   were many discussions with our lawyers.
25        Q.    Without lawyers, were there
```

