UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants' two motions for summary judgment (D.E. 212 & 214).

ORDERED AND ADJUDGED that Defendants' SHALL show good cause in writing no later than **Friday, September 28, 2018**, why they Court should not strike Defendants' motions for summary judgment and order Defendants to file a single consolidated motion.

DONE AND ORDERED in Chambers at Miami, Florida, this _24th_ day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf