IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO THE
## ORDER TO SHOW CAUSE DATED SEPTEMBER 24, 2018

    Defendants BuzzFeed, Inc. and Ben Smith ("Defendants") respectfully submit this response to this Court's order to show cause dated September 24, 2018 regarding the fact that Defendants submitted two motions for summary judgment in this action.

    Defendants respectfully submit that they did so pursuant to the discussion the parties had with the Court at the June 11, 2018 Status Conference during which this Court granted Defendants' request to file two motions, one relating to the public figure defense and the other related to other defenses. The relevant pages of the transcript, which is also available in full at Dkt. 184-1, are pages 21-26. Page 26, which contains this Court's order, is annexed hereto.

    For the reasons stated herein, Defendants respectfully request that this Court not strike Defendants' motions for summary judgment and/or require Defendants to file a single motion.

Dated:  September 24, 2018

Respectfully submitted,

/s/ Katherine M. Bolger
Katherine M. Bolger
Nathan Siegel
Adam Lazier
Alison Schary
Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
nathansiegel@dwt.com
adamlazier@dwt.com
alisonschary@dwt.com

/s/ Jared Lopez
Roy Black
Jared Lopez
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com
civilpleadings@royblack.com

*Attorneys for Defendants*

*Of Counsel*:

Nabiha Syed
BuzzFeed, Inc.
11 E. 18th Street, 13th Floor
New York, New York 10003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
    _____/

**CERTIFICATE OF SERVICE**

    I CERTIFY that on September 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        By: /s/ Jared Lopez
                              Jared Lopez, Esq.