1

```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
             Case No. 17-60426-Civ-UNGARO

ALEKSEJ GUBAREV, et al.,      )
                              )
         Plaintiffs,          )
                              )
      -v-                     )
                              )
BUZZFEED, INC., et al.,       )
                              ) Miami, Florida
         Defendants.          ) June 11, 2018
------------------------------) 3:05 p.m.


             TRANSCRIPT OF STATUS CONFERENCE

           BEFORE THE HONORABLE URSULA UNGARO

                   U.S. DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs       CIAMPA, FRAY-WITZER, LLP
                         BY:  EVAN FRAY-WITZER, ESQ.
                         20 Park Plaza - Suite 505
                         Boston, Massachusetts  02116

                         BOSTON LAW GROUP, PC
                         BY:  VALENTIN GURVITS, ESQ.
                         825 Beacon Street - Suite 20
                         Newton Centre, Massachusetts  02459

                         COBB EDDY, PLLC
                         BY:  DYLAN M. FULOP, ESQ.
                         642 Northeast 3rd Avenue
                         Fort Lauderdale, Florida  33304

(continued)

REPORTED BY:             WILLIAM G. ROMANISHIN, RMR, FCRR, CRR
(305) 523-5558           Official Court Reporter
                         400 North Miami Avenue
                         Miami, Florida  33128
```

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

Case 0:17-cv-60426-UU Document 218-1 Entered on FLSD Docket 09/24/2018 Page 2 of 2
Case 0:17-cv-60426-UU Document 184-1 Entered on FLSD Docket 07/03/2018 Page 26 of 31

26

1  well, no one can really know what's on Alpha Bank's servers
2  unless they examined Alpha Bank's servers.  That's it.
3         That is not the injecting yourself into you're
4  hacking the DNC to throw an election.  I don't doubt that
5  they'll have a volume of information.  It's just that none of
6  it is relevant other than the one Bloomberg article.
7         MS. BOLGER:  Your Honor, the test is the Sylvester
8  case in the Eleventh Circuit.  I'm sorry, I don't have the
9  cite.  But the Sylvester case in the Eleventh Circuit sets
10 forth the three prongs and says it's a matter of law.  So
11 that's where to look, Your Honor.  I'm sorry, I just don't
12 have that cite.
13        THE COURT:  That's all right.  That's fine.  We'll
14 look it up.
15        All right.  So I'll allow you a separate summary
16 judgment motion on public figure.  So there will be two
17 summary judgment motions -- that's it, though -- one on public
18 figure and the other on the rest of the case.
19        So I want to understand something here because I was
20 a little perplexed by this.  There's a lot of back and forth
21 in the Queen's Bench order and in the Fusion GPS motion to
22 quash about whether truth is an issue in this case or not.
23 This the way I understand it, so correct me if I'm wrong.
24        Because we have a public controversy here, the
25 plaintiffs have the burden of proof of proving falsity.