UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

## PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE NON-SUMMARY JUDGMENT DEADLINES

Plaintiffs Aleksej Gubarev, XBT Holding S.A., and Webzilla, Inc. (collectively, "Plaintiffs") respectfully move for this Court to continue all currently-scheduled non-Summary Judgment deadlines. In support of this Motion, Plaintiffs state as follows:

1. On September 11, 2018, the Court, *sua sponte*, continued the scheduled trial date from November 26, 2018 to January 22, 2019.

2. The Parties have now each filed Motions for Summary Judgment. Defendants' Opposition to Plaintiffs' Summary Judgment Motion is due on October 1, 2018; Plaintiffs' Oppositions to Defendants' two summary judgment motions are due on October 5, 2018; and Reply briefs are due on October 9, 2018 and October 12, 2018, respectively.

3. Under the current scheduling order, the Parties' *Daubert* motions are due on October 1, 2018, with oppositions due on October 15 and replies due on October 22, 2018.

4. Under the current scheduling order, the Parties' Jury Instructions and Pretrial Stipulations, including witness lists, exhibit designations (and objections), and deposition testimony designations and counter-designations are all due on October 9, 2018.

5. And, under the current scheduling order, the Parties' Motions in Limine are due on October 15, 2018, with oppositions due on October 29 and replies due on October 29, 2018.

6. The resolution of the parties' summary judgment motions will have significant impact on the breadth, scope, and necessity for various other motions including the *Daubert*

1

motions and motions in limine. Similarly, the resolution of the summary judgment motions will significantly impact the proposed jury instructions, selection of exhibits, designation of witnesses, and need for (or absence of need for) certain deposition testimony. As just one example, the resolution of the public/private figure question will determine if Plaintiffs need to prove that Defendants acted negligently or with actual malice which, in turn, will effect the jury instructions, necessary witnesses, necessary witness testimony, and necessary exhibits.

7. Continuing the non-summary judgment deadlines until after the summary judgment motions are decided will serve to conserve the resources of both the Parties and the Court (which, by granting this Motion, can avoid being presented with motions and documents that may ultimately be rendered moot or inapplicable).

8. Because the trial date has been continued, the original deadlines are no longer necessary to preserve the Court's ability to proceed with trial as originally scheduled in November.

9. No party will be prejudiced by the allowance of this motion and Defendants have indicated that they do not oppose the relief sought by this Motion.

Accordingly, Plaintiffs respectfully request that the Court continue all non-summary judgment deadlines and that the Court reset such deadlines following the Court's issuance of its rulings on the Parties' respective motions for summary judgment.

### Certificate of Compliance with Local Rule 7.1

The undersigned certify that Plaintiffs' counsel have conferred with counsel for Defendants in a good-faith effort to resolve this motion. Defendants' counsel indicated that they do not oppose this motion.

Dated: September 24, 2018

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below on September 24, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE
NON-SUMMARY JUDGMENT DEADLINES**

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion to Continue Non-Summary Judgment Deadlines. Based upon a review of the record as a whole and being fully advised thereon, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Unopposed Motion to Continue Non-Summary Judgment Deadlines is **GRANTED**.

2. All currently set motion deadlines other than oppositions and replies to motions for summary judgment (including, but not limited to *Daubert* motions, jury instructions, pretrial stipulations, and motions in limine) are hereby continued and shall be reset following the Court's issuance of its rulings of the Parties' respective motions for summary judgment.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ____ day of September, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE