UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>    Defendants. | Case No.<br><br>0:17-cv-60426-UU |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE**
**NON-SUMMARY JUDGMENT DEADLINES**

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion to Continue Non-Summary Judgment Deadlines. Based upon a review of the record as a whole and being fully advised thereon, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Unopposed Motion to Continue Non-Summary Judgment Deadlines is **GRANTED**.

2. All currently set motion deadlines other than oppositions and replies to motions for summary judgment (including, but not limited to *Daubert* motions, jury instructions, pretrial stipulations, and motions in limine) are hereby continued and shall be reset following the Court's issuance of its rulings of the Parties' respective motions for summary judgment.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ____ day of September, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE