UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion to Continue Non-Summary Judgment Deadlines (D.E. 219).

The Court is considering the motion, but before ruling on it, requires the parties to list and describe the motions in limine and *Daubert* motions they intend to file. And further, the parties shall explain how and whether a ruling on the summary judgment motions would render any of them unnecessary or moot.

ORDERED AND ADJUDGED that the parties SHALL file a joint response to this order no later than Friday**, September 28, 2018.**

DONE AND ORDERED in Chambers at Miami, Florida, this 25th_ day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf