UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion to Continue Non-Summary Judgment Deadlines (D.E. 219).

ORDERED AND ADJUDGED that the Motion (D.E. 219) is DENIED.  However, the Court will grant a two-week extension to the due-dates for *Daubert* motions and motions *in limine*.  Accordingly, *Daubert* motions are due on **Monday, October 15, 2018**, and motions *in limine* are due on **Monday, October 29, 2018.**

DONE AND ORDERED in Chambers at Miami, Florida, this 28th__ day of September, 2018.

                                                      _____
                                                       UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf