# Exhibit 1

| | |
|---|---|
| **From:** | Dolan, Charles |
| **Sent:** | Wednesday, December 21, 2016 10:35 AM |
| **To:** | Nick Dvas |
| **Cc:** | Alexey Gubarev |
| **Subject:** | Re: Reputation management services |

Dear Nick:

Yes - we do this type of work. It is called crisis communications. I will take a look at this and get with my team first thing this morning.

I am quite pleased that you have reached out again. I have been meaning and will send a reply to Alex's last note, but have been working practically 24/7 with a Russian bank.

The gist of that note will be that, while we had some challenges, I very much enjoyed working with all of you and hope we can find ways to work together again. (I may have a lead for you with a friend at Microsoft with something he calls "co-opetition") At any rate I will get on this and follow up with you later today.

Best,

Chuck

**From:** Nick Dvas <dvas@servers.com>
**Date:** Wednesday, December 21, 2016 at 4:31 AM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**Cc:** Alexey Gubarev <alex@servers.com>
**Subject:** Reputation management services

```
Hello Chuck,
we might need some of your services.
```

1

Yesterday, a series of publications were made:

http://www.forbes.com/sites/thomasbrewster/2016/12/20/methbot-biggest-ad-fraud-busted/#76094984ca8c
http://fortune.com/2016/12/20/methbot-ad-fraud/
http://www.nytimes.com/2016/12/20/technology/forgers-use-fake-web-users-to-steal-real-ad-revenue.html?_r=0
http://money.cnn.com/2016/12/20/technology/ad-fraud-online-methbot/

It turned out that this network was using our servers. We were completely unaware of the nature of their business, and performed our actions in a very transparent and legal manner. We have shut down this customer immediately upon publication

It is possible that some curious journalist might eventually find out that the servers were ours, and our name might start appearing in this context. It is very obvious we would like to avoid that since regardless of the fact that there was no wrongdoing in our actions, the publication of such nature might make harm to our reputation.

We need your help to establish control on the media field in this aspect, and not to let our name be stained.

Can you please tell us,
- are you taking this kind of a job,
- if yes, what is the general course of action you're planning to execute
- and what will be the retainer for that.

Thank you.

2

CONFIDENTIAL                                                                                        KGlobal 000941