# Exhibit 2

| | |
|---|---|
| **From:** | Siegel, Nathan <NathanSiegel@dwt.com> |
| **Sent:** | Friday, September 28, 2018 9:12 AM |
| **To:** | evan@cfwlegal.com; Bolger, Kate; Val Gurvits; Matthew Shayefar; bcobb@CobbEddy.com |
| **Cc:** | McClelland, Cary; Lazier, Adam; Schary, Alison |
| **Subject:** | RE: PF Brief |

Even – we have at least two more briefs to file with regard to the public figure motions alone (an opposition to yours, and a reply to your opposition to ours).  Plus, especially in light of the court's order just handed down, there are likely to be other motions touching on the same issues.  So we think our concern is well-founded.

Moreover, we have never indicated any intention to keep materials sealed that were not marked under the POs.  The Notice of Sealing we filed only references materials under the PO, as did your Notice you filed with your public figure motion.  Neither the Joint Motion regarding sealing, nor the Court's order in response to that motion suggests that any party can or might seek to seal additional materials not subject to any PO.

Nathan

**From:** evan@cfwlegal.com [mailto:evan@cfwlegal.com]
**Sent:** Friday, September 28, 2018 11:53 AM
**To:** Siegel, Nathan; Bolger, Kate; 'Val Gurvits'; 'Matthew Shayefar'; bcobb@CobbEddy.com
**Cc:** McClelland, Cary; Lazier, Adam; Schary, Alison
**Subject:** RE: PF Brief

Nathan –

The stated concern seems unfounded given that we've already told you that there isn't going to be a similar concern/issue with respect to the second motion/sumf/exhibits.

And, until Wednesday when Kate sent us the highlighted versions, we did not know what you intended to unseal.

We'll confer on this end and let you know momentarily.

Evan

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

**From:** Siegel, Nathan <NathanSiegel@dwt.com>
**Sent:** Friday, September 28, 2018 11:45 AM
**To:** evan@cfwlegal.com; Bolger, Kate <KateBolger@dwt.com>; 'Val Gurvits' <vgurvits@bostonlawgroup.com>; 'Matthew Shayefar' <matt@bostonlawgroup.com>; bcobb@CobbEddy.com
**Cc:** McClelland, Cary <CaryMcClelland@dwt.com>; Lazier, Adam <AdamLazier@dwt.com>; Schary, Alison

<AlisonSchary@dwt.com>
**Subject:** RE: PF Brief

Evan – We do not consent to that, and we do not believe that would be at consistent with what this process was supposed to (or should be) about.  Moreover, you have had our sealed filings for a week now.

If you want to try to contact the Court regarding an extension of that deadline, we can be available and as I noted would be open to discussing with the Court some reasonable delay.  We note, however, that we are concerned that you will repeat these kinds of requests with everything we file, which would result in us filing at least three versions of every set of papers (Sealed, "Preliminary" Public, and "Final" Public) and keeping materials effectively sealed for weeks when there is no legitimate basis for doing so.

Nathan

---

**From:** evan@cfwlegal.com [mailto:evan@cfwlegal.com]
**Sent:** Friday, September 28, 2018 11:31 AM
**To:** Siegel, Nathan; Bolger, Kate; 'Val Gurvits'; 'Matthew Shayefar'; bcobb@CobbEddy.com
**Cc:** McClelland, Cary; Lazier, Adam; Schary, Alison
**Subject:** RE: PF Brief
**Importance:** High

Nathan –

Here's what I would propose – if you file a "Preliminary" public version today that continues to redact the orange and red highlighted sections, you will be in compliance with the Court's directive to file a public version within seven days.

We will file our motion today to keep all of the redacted portions sealed so that there isn't any delay in resolving the issue.

I'm not sure that any more is needed, but if you thought something else was required, we could file a joint motion to allow Defendants to file a "Final" public version as soon as the Court rules on our motion.

Thoughts?

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

---

**From:** Siegel, Nathan <NathanSiegel@dwt.com>
**Sent:** Friday, September 28, 2018 11:25 AM
**To:** evan@cfwlegal.com; Bolger, Kate <KateBolger@dwt.com>; 'Val Gurvits' <vgurvits@bostonlawgroup.com>; 'Matthew Shayefar' <matt@bostonlawgroup.com>; bcobb@CobbEddy.com
**Cc:** McClelland, Cary <CaryMcClelland@dwt.com>; Lazier, Adam <AdamLazier@dwt.com>; Schary, Alison

2

<AlisonSchary@dwt.com>
**Subject:** RE: PF Brief

Evan,

The court's order requires us to file a public version within seven days of the original filing, Dkt. 210, which for the public figure motion means today. So we cannot agree not to file what the court has ordered us to file. We would not necessarily oppose a reasonable extension of that time period for purposes of waiting for a ruling on a motion, though we would need to know exactly what that would entail before we could formally consent. But that would have to come from the Court, not simply by agreement of the parties.

Nathan

**From:** evan@cfwlegal.com [mailto:evan@cfwlegal.com]
**Sent:** Friday, September 28, 2018 11:13 AM
**To:** Siegel, Nathan; Bolger, Kate; 'Val Gurvits'; 'Matthew Shayefar'; bcobb@CobbEddy.com
**Cc:** McClelland, Cary; Lazier, Adam; Schary, Alison
**Subject:** RE: PF Brief

Nathan –

Obviously, we disagree on this point.

We do intend to file the motion discussed. Again, we would ask that Defendants agree simply to wait until the Court has ruled on that motion to file a public version of its documents. (Actually, I think it will only be the public figure motion; public figure SUMF; and supporting exhibits. Matt will get you comments on the other documents shortly.)

Please let us know if you will agree to delay your filing of a public version pending the Court ruling on our motion.

Thanks.

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

**From:** Siegel, Nathan <NathanSiegel@dwt.com>
**Sent:** Friday, September 28, 2018 10:59 AM
**To:** evan@cfwlegal.com; Bolger, Kate <KateBolger@dwt.com>; 'Val Gurvits' <vgurvits@bostonlawgroup.com>; 'Matthew Shayefar' <matt@bostonlawgroup.com>; bcobb@CobbEddy.com
**Cc:** McClelland, Cary <CaryMcClelland@dwt.com>; Lazier, Adam <AdamLazier@dwt.com>; Schary, Alison <AlisonSchary@dwt.com>
**Subject:** RE: PF Brief

Evan,

3

We will unredact the portions of our papers you have marked in green.  However, we do not agree to redact additional portions of our papers marked in red.  Those requested redactions all relate to public information, even including news articles in which your client is interviewed.   So we cannot agree to file materials under seal that are not subject to any protective order and for which we strongly believe there is no legitimate basis to seal.   We disagree with your views about their "probative value", but that is beside the point because F.R.Ev. 403 is not the standard for sealing court records.  Moreover, when the parties jointly moved Judge Ungaro to allow us to filed public briefs a week after filing sealed ones, we expressly told the Court that the reason we requested that was so that the parties could confer about whether materials previously designated "confidential" could now be de-designated.  Now, however, you are attempting to use that process to demand that we redact additional material that was never designated confidential in the first place.  We do not believe that is consistent with Judge Ungaro's order.

We hope you will reconsider your position.  If you choose to engage in motion practice over this issue, Defendants reserve all their rights with respect to how materials from the parties in the court record should be treated.

Nathan

---

**From:** evan@cfwlegal.com [mailto:evan@cfwlegal.com]
**Sent:** Friday, September 28, 2018 12:21 AM
**To:** Bolger, Kate; 'Val Gurvits'; 'Matthew Shayefar'; bcobb@CobbEddy.com
**Cc:** Siegel, Nathan; McClelland, Cary; Lazier, Adam; Schary, Alison
**Subject:** RE: PF Brief

Kate –

Attached is the markup to your public figure motion.

Where we left your orange redactions orange, they should continue to be redacted.

Where we turned the orange to green, they can be un-redacted and un-designated.

Where we added red, those areas, too, should be redacted.

The corresponding portions of the statement of facts (and exhibits) should follow the same designations.  (Matt will send you those specifics.)

Please let us know your position when you've had a chance to review.

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Thursday, September 27, 2018 10:45 PM
**To:** evan@cfwlegal.com; 'Val Gurvits' <vgurvits@bostonlawgroup.com>; 'Matthew Shayefar' <matt@bostonlawgroup.com>; bcobb@CobbEddy.com
**Cc:** Siegel, Nathan <NathanSiegel@dwt.com>; McClelland, Cary <CaryMcClelland@dwt.com>; Lazier, Adam <AdamLazier@dwt.com>; Schary, Alison <AlisonSchary@dwt.com>
**Subject:** RE: PF Brief

Evan
What are the things in the brief that you would like us to redact other than what is in orange?
Kate

**Katherine Bolger** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 402-4068 | Fax: (212) 379-5201
Email: katebolger@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** evan@cfwlegal.com [mailto:evan@cfwlegal.com]
**Sent:** Thursday, September 27, 2018 9:19 PM
**To:** Bolger, Kate; 'Val Gurvits'; 'Matthew Shayefar'; bcobb@CobbEddy.com
**Cc:** Siegel, Nathan; McClelland, Cary; Lazier, Adam; Schary, Alison
**Subject:** RE: PF Brief

Kate –

We're in the process of going through the documents you sent earlier concerning redactions and will try to get specific responses to you as soon as possible.

From a big-picture perspective, though, we disagree that *anything* should be unsealed at this point in time that references pornography, adult content conferences, child pornography, Methbot, or the wrongdoing of persons who are not the plaintiffs (for example, "Redeye" and others).  Earlier today, you took the position that you would not keep confidential/sealed information related to those topics that, for example, came from your independent research.

We disagree that any of this information should be unsealed and we intend to make a motion to the court to that effect.  Specifically, we intend to say to the court that we do not believe there is any probative value to the discussions of pornography, adult content conferences, child pornography, Methbot, or the wrongdoing of persons who are not the plaintiffs; that those topics are being inserted solely to prejudice potential jurors against the plaintiffs; and that the portions of the motions discussing those topics should not be unsealed until after the court has ruled on motions in limine in connection with such topics.

Although we assume that you do not assent to the granting of such a motion, **we would request that you agree not to release an unredacted version of your documents until the Court has the opportunity to rule on our motion**.  Please let us know if you will agree to this so that we do not need to file the motion on an emergency basis (which we both know courts dislike).

Separately, we *do* plan to de-designate generic communications with the PR firms (or from the PR firms) that simply discuss efforts to obtain publicity for Plaintiffs' companies and their services.

Please let me know asap if you can agree that Defendants will not release an unredacted version of their documents until the Court has ruled on our motion.

Thank you.

5

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

---

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Thursday, September 27, 2018 3:18 PM
**To:** evan@cfwlegal.com; Val Gurvits <vgurvits@bostonlawgroup.com>; Matthew Shayefar <matt@bostonlawgroup.com>; bcobb@CobbEddy.com
**Cc:** Siegel, Nathan <NathanSiegel@dwt.com>; McClelland, Cary <CaryMcClelland@dwt.com>; Lazier, Adam <AdamLazier@dwt.com>; Schary, Alison <AlisonSchary@dwt.com>
**Subject:** FW: PF Brief


Evan and Val

Attached are the papers on our motion for summary judgment that have been highlighted to show what we will need to redact per the confidentiality designations.   The redactions are color coded – those in orange are redacted because they are either documents Plaintiffs produced, Plaintiffs' testimony and/or exhibits marked at Plaintiffs' deposition.  As you will see, it is a substantial amount of information and a large percentage of it is clearly not confidential – it includes, for example, articles quoting Plaintiffs.

The information that is underlined in blue is information that Defendants are redacting because of agreements with third parties – e.g., Kramer, Steele, Fusion.

Will you please review the orange redactions and let me know if there are any that we can lift?  It makes sense to review the main summary judgment motion first – there are far fewer there and, honestly, I think you could remove the designation easily, except, perhaps for the financial report.  I know that I am putting you on a short time line, but we would really need to know tonight or tomorrow morning at the latest.

As I told Evan, I think Judge Ungaro will not look too kindly on large amounts of information under seal, so I hope we can remove some of the designations.  We did so and will continue to do so with our materials.

On the upside, I see that this copy has the doodle I drew of myself when I sent these to my colleague, so at least there is a built in chuckle.


Thanks very much.
Kate Bolger



**Katherine Bolger** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 402-4068 | Fax: (212) 379-5201

Email: katebolger@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.