UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**ISSUED UNDER SEAL**

### ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO CONTINUE TO SEAL PORTIONS OF DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND STATEMENTS OF FACT

THIS CAUSE is before the Court upon Plaintiffs' Emergency Motion to Continue to Seal Portions of Defendants' Summary Judgment Motions and Statements of Fact. Based upon a review of the record as a whole and being fully advised thereon, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiffs' Motion to Continue to Seal Portions of Defendants' Summary Judgment Motions and Statements of Fact is **GRANTED**.

2. References to Plaintiffs in connection with pornography, child-pornography, adult-content conferences, the Methbot fraud, and the alleged wrongdoings of other persons other than Plaintiffs are irrelevant to the issue of whether Plaintiffs are public figures and their inclusion in Defendants' Motions for Summary Judgment are unwarranted. Such references in the public at this time also jeopardize the neutrality of potential jurors in this case and may lead to improper prejudice.

3. Accordingly, the portions of Defendants' Motions for Summary Judgment referencing pornography, child-pornography, adult-content conferences, the Methbot fraud, and the alleged wrongdoings of other persons other than Plaintiffs shall remain confidential and under seal pursuant to the Amended Protective Order entered into this case until such time as the Court orders otherwise.

1

2

      **DONE AND ORDERED** in Chambers, at Miami, Florida, this \_\_\_\_ day of September, 2018.

      _____

      UNITED STATES DISTRICT JUDGE

2