UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
    Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
    Defendants.

Case No.

0:17-cv-60426-UU

**ISSUED UNDER SEAL**

## ORDER ON EMERGENCY MOTION

THIS CAUSE is before the Court upon Plaintiffs' Emergency Motion to Continue to Seal Portions of Defendants' Summary Judgment Motions and Statements of Fact.

Solely in the interest of preserving the status quo while the undersigned takes the time to review the relevant record entries, it is hereby

ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion to Continue to Seal Portions of Defendants' Summary Judgment Motions and Statements of Fact (D.E. 223) is **GRANTED**.

2. References to Plaintiffs in connection with pornography, child-pornography, adult-content conferences, the Methbot fraud, and the alleged wrongdoings of other persons other than Plaintiffs shall remain confidential and under seal pursuant to the Amended Protective Order and shall be redacted in the publically filed copies of Defendant's briefs and supporting exhibits until such time as the Court orders otherwise.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this _28th_ day of September, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf

1