**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No: 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

Plaintiffs,

v.

BUZZFEED, INC., *et al*.,

Defendants.

_______________________________________/

**DECLARATION OF NATHAN SIEGEL IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF PLAINTIFFS' STATUS AS PUBLIC FIGURES**

I, Nathan Siegel, pursuant to 29 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, counsel for Plaintiffs BuzzFeed, Inc. and Ben Smith in the above-captioned proceeding.

2. I make this declaration in order to annex exhibits relied upon in Defendants' Memorandum of Points and Authorities in support of their Motion for Summary Judgment;

3. Annexed hereto as **Exhibit 1** is a true and correct copy of XBT's Response to Interrogatories dated July 19, 2017.

- ████ ██████████████████████████████████████████████████████████████
██████████████████████████████
- ████ ██████████████████████████████████████████████████████████████
██████████████████████████████
- ████ ██████████████████████████████████████████████████████████████
██████████████████████████████
- ████ ██████████████████████████████████████████████████████████████
██████████████████████████████
- ████ ██████████████████████████████████████████████████████████████
███████████████████████████████
- ████ ██████████████████████████████████████████████████████████████
██████████████████████████████
- ████ ██████████████████████████████████████████████████████████████
████████████████
- ████ ██████████████████████████████████████████████████████████████
█████████████
- ████ ██████████████████████████████████████████████████████████████
█████████████
- ████ ██████████████████████████████████████████████████████████████
██████████████████████████████████





32. Annexed hereto as **Exhibit 30** is a true and correct copy of a document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000247.

33. Annexed hereto as **Exhibit 31** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000266.

34. Annexed hereto as **Exhibit 32** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000231.

35. Annexed hereto as **Exhibit 33** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000258.

36. Annexed hereto as **Exhibit 34** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000256.

37. Annexed hereto as **Exhibit 35** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000013.

38. Annexed hereto as **Exhibit 36** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000018.

39. Annexed hereto as **Exhibit 37** is a true and correct copy of Exhibit 2 to the Deposition of Nikolay Dvas.

40. ███████████████████████████████████████████████

41. Annexed hereto as **Exhibit 39** is a true and correct copy of Exhibit 4 to the Deposition of Nikolay Dvas.

42. Annexed hereto as **Exhibit 40** is a true and correct copy of Exhibit 5 to the Deposition of Nikolay Dvas.

43. Annexed hereto as **Exhibit 41** is a true and correct copy of Exhibit 7 to the Deposition of Nikolay Dvas.

44. Annexed hereto as **Exhibit 42** is a true and correct copy of Exhibit 13 to the Deposition of Nikolay Dvas).

45. Annexed hereto as **Exhibit 43** is a true and correct copy of Exhibit 14 to the Deposition of Nikolay Dvas.

46. Annexed hereto as **Exhibit 44** is a true and correct copy of Exhibit 15 to the Deposition of Nikolay Dvas.

47. Annexed hereto as **Exhibit 45** is a true and correct copy of Exhibit 27 to the Deposition of Nikolay Dvas).

48. Annexed hereto as **Exhibit 46** is a true and correct copy of Exhibit 28 to the Deposition of Nikolay Dvas.

49. Annexed hereto as **Exhibit 47** is a true and correct copy of Exhibit R-5 from the April 30, 2018 Deposition of Aleksej Gubarev.

50. Annexed hereto as **Exhibit 48** is a true and correct copy of document P-F000122, and a certified translation thereof..

████████████████████████████████████████

52. Annexed hereto as **Exhibit 50** is a true and correct copy of a September 1, 2015 article by Shaun Walker for *The Guardian*, printed from the website available at https://www.theguardian.com/world/2015/sep/01/russia-internet-privacy-laws-control-web

53. Annexed hereto as **Exhibit 51** is a true and correct copy of a July 4, 2014 article by Alexei Anishchuk for *Reuters*, printed from the website at https://www.reuters.com/article/us-

russia-internet-bill-restrictions/russia-passes-law-to-force-websites-onto-russian-servers-idUSKBN0F91SG20140704

54. Annexed hereto as **Exhibit 52** is a true and correct copy of Exhibit R-7 from the April 30, 2018 Deposition of Aleksej Gubarev.

55. Annexed hereto as **Exhibit 53** is a true and correct copy of Exhibit PR-24 from the April 30, 2018 Deposition of Aleksej Gubarev, along with a certified translation of the document.

56. Annexed hereto as **Exhibit 54** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-F000270, along with a certified translation of the document.

57. Annexed hereto as **Exhibit 55** is a true and correct copy of Exhibit PR-39 from the April 30, 2018 Deposition of Aleksej Gubarev, along with a certified translation of the document.

58. Annexed hereto as **Exhibit 56** is a true and correct copy of Exhibit 16 to the Deposition of Nikolay Dvas.

59. Annexed hereto as **Exhibit 57** is a true and correct copy of Exhibit PR-38 from the April 30, 2018 Deposition of Aleksej Gubarev, along with a certified translation of the document.

60. Annexed hereto as **Exhibit 58** is a true and correct copy of a June 25, 2018 article by Adam Segal for the Council on Foreign Relations, printed from the website at https://www.cfr.org/blog/who-was-german-klimenko-and-what-does-his-dismissal-mean-russian-internet.

61. Annexed hereto as **Exhibit 59** is a true and correct copy of Exhibit 30 to the Deposition of Nikolay Dvas, along with a certified translation of the document.

62. Annexed hereto as **Exhibit 60** is a true and correct copy of Exhibit 33 to the Deposition of Nikolay Dvas, along with a certified translation of the document.

63. Annexed hereto as **Exhibit 61** is a true and correct copy of Exhibit 32 to the Deposition of Nikolay Dvas.

64. Annexed hereto as **Exhibit 62** is a true and correct copy of Exhibit 34 to the Deposition of Nikolay Dvas.

65. Annexed hereto as **Exhibit 63** is a true and correct copy of the page titled "About the Forum" on the publicly available website for the St. Petersburg International Economic Forum (SPIEF), printed from the website at https://forumspb.com/en/about/?lang=en.

66. Annexed hereto as **Exhibit 64** is a true and correct copy of Exhibit 24 to the Deposition of Nikolay Dvas.

67. Annexed hereto as **Exhibit 65** is a true and correct copy of Exhibit 31 to the Deposition of Nikolay Dvas.

██. ████████████████████████████████████████████████████
████████████████████

69. Annexed hereto as **Exhibit 67** is a true and correct copy of Exhibit 51 to the Deposition of Nikolay Dvas.

70. Annexed hereto as **Exhibit 68** is a true and correct copy of Exhibit 52 to the Deposition of Nikolay Dvas.

71. Annexed hereto as **Exhibit 69** is a true and correct copy of Exhibit 50 to the Deposition of Nikolay Dvas.

72. Annexed hereto as **Exhibit 70** is a true and correct copy of Exhibit PR 2 from the April 30, 2018 Deposition of Aleksej Gubarev.

73. Annexed hereto as **Exhibit 71** is a true and correct copy of Exhibit PR 1from the April 30, 2018 Deposition of Aleksej Gubarev.

74. Annexed hereto as **Exhibit 72** is a true and correct copy of Exhibit 45 to the Deposition of Nikolay Dvas.

75. Annexed hereto as **Exhibit 73** is a true and correct copy of Exhibit 47 to the Deposition of Nikolay Dvas.

76. Annexed hereto as **Exhibit 74** is a true and correct copy of Exhibit 46 to the Deposition of Nikolay Dvas.

77. Annexed hereto as **Exhibit 75** is a true and correct copy of Exhibit 48 to the Deposition of Nikolay Dvas).

78. Annexed hereto as **Exhibit 76** is a true and correct copy of Exhibit PR-83 from the April 30, 2018 Deposition of Aleksej Gubarev.

79. Annexed hereto as **Exhibit 77** is a true and correct copy of Exhibit 53 to the Deposition of Nikolay Dvas.

80. Annexed hereto as **Exhibit 78** is a true and correct copy of Exhibit 55 to the Deposition of Nikolay Dvas.

81. Annexed hereto as **Exhibit 79** is a true and correct copy of Exhibit 56 to the Deposition of Nikolay Dvas.

82. Annexed hereto as **Exhibit 80** is a true and correct copy of Exhibit 57 to the Deposition of Nikolay Dvas.

83. Annexed hereto as **Exhibit 81** is a true and correct copy of Exhibit PR-7 from the April 30, 2018 Deposition of Aleksej Gubarev.

84. Annexed hereto as **Exhibit 82** is a true and correct copy of an E-mail from Alexey Gubarev to Modupeh Jahamaliah dated September 14, 2016 re: Interview with AppMaster/MyEmoji.com.

85. Annexed hereto as **Exhibit 83** is a true and correct copy of the website page for the October 18, 2016 episode (Episode 485) of the AppMasters Podcast, titled "485: Biggest Lesson of Growing a Company with Aleksej Gubarev," printed from the website at https://appmasters.com/servers-aleksej-gubarev, along with a CD containing a true and correct copy of the podcast audio downloaded from the website.

86. Annexed hereto as **Exhibit 84** is a true and correct copy of the June 1, 2018 Declaration of James W. McDermott on behalf of KGlobal, LLC, certifying records produced by KGlobal in this litigation.

87. Annexed hereto as **Exhibit 85** is a true and correct copy of Exhibit 3 from the May 16, 2018 Deposition of Aleksej Gubarev.

88. [REDACTED]

89. Annexed hereto as **Exhibit 87** is a true and correct copy of Exhibit 3 from the May 16, 2018 Deposition of Aleksej Gubarev.

90. Annexed hereto as **Exhibit 88** is a true and correct copy of Shayefar Decl. Exhibit 44 with certificate of accuracy translation.

91. Annexed hereto as **Exhibit 89** is a true and correct copy of Exhibit 60 to the Deposition of Nikolay Dvas.

- ███████████████████████████████████████████████████

███████████████

- ███████████████████████████████████████████████████

███████████████

- ███████████████████████████████████████████████████

███████████████

- █████████████████████████████████████████████████████████

████████████████████████████████

- ███████████████████████████████████████████████████

████████████████

- ███████████████████████████████████████████████████

██████████████████

- ███████████████████████████████████████████████████

███████████████████

███████████████████████████████████████████████████████

████████████████

███████████████████████████████████████████████████████

████████████████

█████████████████████████████████████████████████████████████

████████████████



106. Annexed hereto as **Exhibit 104** is a true and correct copy of Exhibits 6A and 6B to the Deposition of Jochem Steman.



111. Annexed hereto as **Exhibit 109** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-P000150.

112. Annexed hereto as **Exhibit 110** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-P000191.

113. Annexed hereto as **Exhibit 111** is a true and correct copy of document produced by Plaintiffs in this litigation bearing the Bates stamp P-P000157.

█████████████████████████████████████

████████████████████████

████████████████████████████████████

████████████████████

116. Annexed hereto as **Exhibit 114** is a true and correct copy of Exhibits 8A and 8B from the Deposition of Jochem.

117. Annexed hereto as **Exhibit 115** is a true and correct copy of Exhibits 9A and 9B from the Deposition of Jochem Steman.

118. Annexed hereto as **Exhibit 116** is a true and correct copy of Exhibit 12 from the Deposition of Jochem Steman.

████████████████████████████████████

████████████████████████████

120. Annexed hereto as **Exhibit 118** is a true and correct copy of Exhibit 16 to the Deposition of Anthony Ferrante.

121. Annexed hereto as **Exhibit 119** is a true and correct copy of a February 14, 2017 article by Alan Cullison for the *Wall Street Journal*, printed from the website https://www.wsj.com/articles/russian-tech-entrepreneur-denies-link-to-donald-trump-hacking-report-1487096190.

122. Annexed hereto as **Exhibit 120** is a true and correct copy of Exhibits 24A and 24B from the Deposition of Jochem Steman.

123. Annexed hereto as **Exhibit 121** is a true and correct copy of an August 6, 2007 article by Michael Specter for the *New Yorker*, printed from the website https://www.newyorker.com/magazine/2007/08/06/damn-spam.

124. Annexed hereto as **Exhibit 122** is a true and correct copy of an August 26, 2009 article by Ellen Messmer for *Network World*, printed from the website https://www.networkworld.com/article/2247722/wireless/trojan-attacks-up--phishing-attacks-down-this-year--ibm-finds.html.

125. Annexed hereto as **Exhibit 123** is a true and correct copy of a June 20, 2017 article by Andy Greenberg for *Wired*, printed from the website https://www.wired.com/story/russian-hackers-attack-ukraine.

126. Annexed hereto as **Exhibit 124** is a true and correct copy of an April 8, 2015 article by Evan Perez and Shimon Prokupecz for CNN, printed from the website https://edition.cnn.com/2015/04/07/politics/how-russians-hacked-the-wh/index.html.

127. Annexed hereto as **Exhibit 125** is a true and correct copy of a March 10, 2015 article by Evan Perez and Shimon Prokupecz for CNN, printed from the website https://www.cnn.com/2015/03/10/politics/state-department-hack-worst-ever/index.html.

128. Annexed hereto as **Exhibit 126** is a true and correct copy of a June 14, 2016 article by Ellen Nakashima for the *Washington Post*, printed from the website https://www.washingtonpost.com/world/national-security/russian-government-hackers-penetrated-dnc-stole-opposition-research-on-trump/2016/06/14/cf006cb4-316e-11e6-8ff7-7b6c1998b7a0_story.html.

129. Annexed hereto as **Exhibit 127** is a true and correct copy of an October 7, 2016 Joint Statement from the Department of Homeland Security and Office of the Director of National Intelligence on Election Security, printed from the website https://www.dhs.gov/news/2016/10/07/joint-statement-department-homeland-security-and-office-director-national.

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████

████████████████████████

██████████████████████████

██████████████████████████████████████

███████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████

████████████████████████████

███████████████████████████████████

███████████████████████████████████████

135.  Annexed hereto as **Exhibit 133** is a true and correct copy of relevant excerpts from the June 18, 2018 Deposition of Christopher Steele.

███████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████

████████████

　　████████████████████████████████████████

████████████████████████

　　████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████

████████████████████████████

141.　Annexed hereto as **Exhibit 139** is a true and correct copy of document produced by KGlobal, LLC in this litigation bearing the Bates stamp KGlobal003786.

████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2018 in Washington, District of Columbia.

　　　　　　　　　　　　　　　　　　　　　　/s/ *Nathan Siegel*_____
　　　　　　　　　　　　　　　　　　　　　　Nathan Siegel