# Exhibits 2-28
**REDACTED**