# Exhibit 29

Français　　Media Partners　　About Us　　Blog

PRODUCTS　　SOLUTIONS　　NEWSROOM　　RESOURCES　　CONTAC

XBT Holding Ltd.



November 12, 2012 04:25 ET

## XBT Holding Ltd. Acquires 1-800 HOSTING, Inc.

XBT Holding expands global hosting services and network solutions portfolio by adding cloud computing offering of 1-800 HOSTING, Inc.

DALLAS, TEXAS--(Marketwire - Nov. 12, 2012) - XBT Holding Ltd., global hosting and network solutions provider, announced that it has acquired 1-800-HOSTING Inc., one of the U.S. leaders in cloud computing. The acquisition increases XBT's ability to offer cloud hosting solutions to businesses worldwide, and continues ongoing improvement of the company's global services portfolio.

1-800-HOSTING and its highly experienced team has provided web-hosting services in the United States for more than ten years. The company will continue to serve XBT customers from its headquarters in Dallas, Texas.

"Scalable cloud architecture is in great demand in today's market, because it guarantees the elasticity and agility so highly valued by fast growing enterprises," commented Konstantin Bezruchenko, chief technical officer of XBT Holding Ltd. "By acquiring 800HOSTING with existing staff members, we can provide enhanced local on-site support to our U.S.-based customers. We expect this to result in minimum response times, 24/7/365."

In addition to expanding the company's reach within the U.S., Konstantin Bezruchenko explained the new offering would help XBT achieve long-term corporate goals throughout the world. "Cloud computing allows us to more quickly achieve our goal of becoming a global one-stop-shop for in-

demand services, including hosting, storage, networking and security."

1-800 HOSTING's cloud offering comprises features such as web-based management of clients' virtual machines (VMs), SAN storage availability, and global load balancing between data centers. The entire portfolio of services will be accessible to all clients from office computers, as well as from any mobile devices anywhere in the world.

"1-800-HOSTING and XBT have long worked side-by-side, sharing the same colocation provider. This guarantees a very smooth integration. No migration is required, so customers can rest assured service quality will be high," said Rajesh Kumar Mishra, chief financial officer, XBT Holding Ltd. "1-800-HOSTING offers a solid portfolio of services including cloud computing which we were missing and this attracted us most of all when we were making the decision regarding the deal."

"This is an exciting time in our corporate evolution as we look forward to many new enhancements to our offerings by the other XBT Holding subsidiaries. And now with multiple data centers in Europe, Asia and the USA, soon we can scale our offerings to markets not previously available to our clients," said Jay Elison, Director of Sales, 1-800 HOSTING Inc.

XBT's acquisitions process includes targeting companies with complementary corporate cultures, which results in a natural operational synergy. XBT gives preference to companies that nurture similar core business values, such as cultural harmony, quality and innovation. The end goal is a unified international corporation with every subsidiary integrating seamlessly into overall XBT corporate structure. XBT believes this strategy will exponentially improve each company's success.

"XBT Holding Ltd. will continue the dynamic implementation of its acquisition strategy with two more transactions in the coming quarters: a U.S. domain registrar company with two million domains and an impressive customer base, and an India-based cloud and web applications development provider which offers and manages groundbreaking software solutions employing a range of technology platforms. The latter will ensure broadening of a gateway to the Asia Pacific for a large share of XBT's customers who are striving to expand their operations to this region," said Rajesh Kumar Mishra.

### About 1-800-HOSTING, Inc.

1-800-HOSTING, Inc. provides hosting solutions to small, medium, and enterprise level businesses. 1-800-HOSTING is an industry leader in dedicated, managed, and cloud hosting platforms through a highly secured environment. These services are backed by Total Support guarantee & delivered by a team of web hosting experts who manage some of the busiest sites on the Internet.

To learn more about the company, please visit: http://www.800hosting.com.

### About XBT Holding

XBT Holding Ltd. is a privately owned global hosting and network solutions provider. Enterprise customers in all data-intensive sectors rely on XBT's international expertise for a comprehensive portfolio of services, including managed hosting, dedicated servers, colocation, high performance network services, business continuity, storage and security. The company operates in five carrier-neutral data centers and 12 points-of-presence in the United States, Europe and Asia, with all facilities connected by a worldwide proprietary network. XBT manages more than 12,000 servers throughout its six subsidiary companies and partners with most of the major Tier 1 networks to ensure high-speed international connectivity up to 1,000 Gbps. Founded in 2005, XBT has operating offices in seven countries and is now one of the fastest-growing companies in the Internet infrastructure industry. Visit XBT online at http://www.xbt.com.

### Contact Information

### About Marketwired

- Marketwired News
- Community Builders
- Privacy
- Site Map
- Accessibility

### Products

- Marketwired Resonate
- Marketwired Influencers
- News Distribution
- IR/PR Newsroom (Impress)
- Media Database (Mediahub)

### Resources

- Brochures
- Case Studies
- E-Books / Tip Sheets
- Webinars / Videos

### Newsroom

- All News
- Headlines Only
- Advanced Search
- RSS Newsfeeds
- Hot Off the Wire
- Personal Beat
- CASL Compliance

### MARKETWIRED IS NOW PART OF WEST

Copyright ©2018 West Corporation. All rights reserved. Legal