# Exhibit 33



Français     Media Partners     About Us     Blog

Search    SITE   NEWS

PRODUCTS \ SOLUTIONS \ NEWSROOM \ RESOURCES \ CONTACT US    SIGN IN

SecureVPN Inc.



June 01, 2015 01:00 ET

## XBT Holding Launches SecureVPN.com

DALLAS, TEXAS--(Marketwired - June 1, 2015) - SecureVPN  Inc., a US-based VPN service provider has started to serve customers.

SecureVPN was established by XBT Holding with the idea of enabling Internet users to improve their privacy and security. One of the company's main strengths are the internally engineered Apps, for all popular mobile and PC platforms that provide an ability to enjoy all VPN features with one click. SecureVPN relies heavily on military grade 256-bit VPN data encryption . The technology is also used by banks and other high security-reliant organizations.

SecureVPN has an option to mask and displace IPs Hiding the IP address prevents tracking and identity recognition. It is widely used to protect users, who store sensitive financial and personal information, from being targeted by hackers. The service allows customers to connect to SecureVPN's servers abroad giving their IP the properties of the foreign server. In terms of service delivery, SecureVPN offers free basic accounts with an option to upgrade to a premium service.

Being founded by XBT, an international consolidator of hosting-related service providers, the VPN provider aims to open a variety of avenues for growth and further development. SecureVPN has been monitoring the Internet security issues for a while now. Ever since it gained popularity and became a household presence, the Internet has been elevating questions regarding the exposure of personal and business data. The creation of SecureVPN was to introduce a unique version of online safety and help with internet protection. The company focuses on safeguarding users who are conscious of their sensitive data and patterns online.

SecureVPN's options fit the holding's existing portfolio and will strengthen their packaging capabilities. XBT's CFO, Rajesh Kumar Mishra said "We stay on course towards our long-term goal to make the process of delivering quality services as intuitive as possible. Starting SecureVPN should not be a surprise as online safety is a natural extension of the holding's other services. We are certain that adding this new branch will be beneficial and will result in new levels of operational quality."

With the establishment of SecureVPN, XBT is looking to diversify their online service portfolio. The synergy between hardware, hosting solutions and added-value applications will surely improve the holding's offerings. A combination between core output, efficiency services and security seems to be way forward.

About SecureVPN

SecureVPN is an international online security procurement company, part of XBT Holding S.A. It was established in 2015 with headquarters in Dallas, Texas. SecureVPN's main services are a military-grade encrypted virtual private network and a reliable IP changer. The solutions are suitable for desktops, laptops, Ipads and Iphones, as well as all Android-based devices. SecureVPN supplies free apps and free accounts which can be easily upgraded to premium. To learn more about online safety and how you can protect yourself on the Internet, visit securevpn.com .

About XBT Holding

P-F000258

XBT Holding Ltd. is a privately-owned global hosting, network solutions and web development provider founded in 2005, with offices in eight countries. Worldwide enterprise and SMB customers rely on XBT's international expertise and comprehensive service portfolio, including managed dedicated hosting, colocation, shared and VPS hosting, high-performance network, cloud, web and application development services. The company operates a worldwide proprietary network through five carrier-neutral datacenters and 13 points of presence in the United States, Europe and Asia, with more than 18,000 servers throughout eight subsidiaries. XBT Holding partners with most major Tier 1 networks to ensure high-speed international connectivity up to 2 Tbps. XBT is now one of the fastest-growing companies in the Internet infrastructure industry. Visit XBT online at xbt.com.

## Contact Information

Natalia Katina
Marketing Manager
nkatina@xbt.com



View Full Site



P-F000259