Exhibit 34





February 07, 2014 01:00 ET

## XBT Acquires DDoS.com for $100.000!

FORT LAUDERDALE, FLORIDA--(Marketwired - Feb. 7, 2014) -   XBT Holding, the parent company of Webzilla and Servers.com, has made a significant acquisition in the purchase of the domain DDoS.com.

The relevance of this move is meaningful beyond the security community, as XBT is now planning to develop advanced solutions against distributed denial of service attacks on service providers and enterprise operations.

With its combined assets, XBT ranks in the top 10 of hosting and internet infrastructure providers. XBT's acquisition of DDoS.com ensures that a domain of this importance is in the hands of the IT security community. Going forward XBT will launch its own sophisticated toolset for neutralizing DDoS attacks, an arsenal that combines preventative measures with ongoing attack mitigation methods.

In the Worldwide Infrastructure Security Report of Arbor Networks released a few days ago, it is clear that regardless of whether respondents were in service provider or enterprise environments, DDoS attacks were the No. 1 operational threat to these organizations.

XBT Holding is proud to expand its portfolio and join the elite few companies with the operational expertise needed to support service provider and enterprise customers in securing against the most significant threat they face.

The security professionals of Webzilla, Servers.com and all their sibling companies are no strangers to mitigating DDoS attacks. Their decades of collective experience in combination with the substantial infrastructure assets at their disposal lend to the collective services soon to be offered at ddos.com.

The acquisition of DDoS.com combined with the expertise developed by all the companies under the XBT umbrella in dealing with threats to security, including DDoS attacks, guarantees a service that will make the online world a safer place.

About XBT Holding

XBT Holding Ltd. is a privately-owned global hosting, network solutions and web development provider founded in 2005, with offices in eight countries. Worldwide enterprise and SMB customers rely on XBT's international expertise and comprehensive service portfolio, including managed dedicated hosting, colocation, shared and VPS hosting, high-performance network, cloud, web and application development services. The company operates a worldwide proprietary network through five carrier-neutral data centers and 13 points of presence in the United States, Europe and Asia, with more than 16,000 servers throughout seven subsidiaries. XBT Holding partners with most major Tier 1 networks to ensure high-speed international connectivity with capacity up to 1.5 Tbps. XBT is now one of the fastest-growing companies in the Internet infrastructure industry. Visit XBT online at http://www.xbt.com  .

## Contact Information

P-F000256

PR contact:
Natalia Katina, Marketing Coordinator
nkatina@xbt.com

View Full Site

About Marketwired
Marketwired News
Community Builders
Privacy
Site Map
Accessibility

Products
Marketwired Resonate
Marketwired Influencers
News Distribution
IR/PR Newsroom (Impress)
Media Database (Mediahub)

Resources
Brochures
Case Studies
E-Books / Tip Sheets
Webinars / Videos

Newsroom
All News
Headlines Only
Advanced Search
RSS Newsfeeds
Hot Off the Wire
Personal Beat
CASL Compliance

Connect With Us

MARKETWIRED IS NOW PART OF NASDAQ

Copyright ©2016 Nasdaq, Inc. All rights reserved. Legal