# Exhibit 38
**REDACTED**