# Exhibit 39

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Cutler proposal, as requested
**From:** Zach Cutler <zach@cutlerpr.co>
**Date:** 10/2/2015 4:27 PM
**To:** Nick Dvas <dvas@servers.com>

Hi Nick,

Thanks for speaking with me the other day. I enjoyed learning more about Servers.com, and as promised, I have attached a proposal.

Per your request for links to successful campaigns we've done for clients, here are a couple examples:

StartApp – is the fastest growing private company in New York according to Inc. Magazine - here is the press we've secured for them: http://www.startapp.com/press/

Tipalti --here is the press we've secured for them: http://www.tipalti.com/media-center/

I believe that we can achieve your objectives and I look forward to hopefully having the opportunity to work together.

Best,
Zach



Zach Cutler   |   Founder & CEO
T 646.828.6009   M 310.228.7939
zach@cutlerpr.co   www.cutlerpr.co

—Attachments:—

Servers.com Proposal.pdf                                                                                                 9.8 MB



EXHIBIT 4
WIT Nikolay Dvas
DATE May 7, 2018
BRENDA MATZOV CA CSR 9243

P-P000962

Case 0:17-cv-60426-UU   Document 225-16   Entered on FLSD Docket 10/01/2018   Page 3 of 19



# OVERVIEW

Cutler will provide PR services to Servers.com in the form of Media Relations, Thought Leadership and Speaking & Award Opportunities. This includes story idea brainstorming; message development; writing press releases, pitches and op-eds; pitching stories to reporters; setting up interviews; following through to make sure stories publish; nominating for panels/keynotes; nominating for industry awards.

There will be a weekly phone catch-up with Servers.com to discuss progress on existing projects as well as new projects. Cutler furthermore will provide a weekly activity report and monthly performance summary.

# ABOUT US

Cutler PR is a tech PR agency offering PR services to startup and mid-size technology companies throughout the world.

Our bold PR campaigns help our clients attract users, investors, talent and other strategic partners – as well as build tremendous brand buzz and credibility.

# MEET YOUR TEAM



**Zach Cutler**
Strategist

Zach Cutler founded Cutler PR in September 2009 and serves as CEO. He has worked with over 60 clients ranging from education tech to advertising tech, and mobile to SaaS companies, leading the strategic, creative, media relations and executive aspects of accounts. He has broad expertise in launching and growing tech companies.



**Scott Rosenblum**
Account Lead

With over 10 years of experience, Scott Rosenblum is a seasoned PR professional who has been a member of Cutler PR since 2014. Scott brings a wide range of knowledge, depth and savvy to managing overall efforts of both client and media relations as Vice President.

# MEET YOUR TEAM CONTINUED



**Jennifer Fugel**
Account Executive

Jennifer Fugel has over 12 years of experience in public relations, working with a variety of clients in the technology, corporate, human capital, education and consumer industries. Jennifer has secured widespread media coverage and major conference and award opportunities for clients.



# SITUATION ASSESSMENT



- Servers.com is an automated and standardized hosting platform for SMBs. The platform offers great diversity of service formats in one package, which gives customers all the needed solutions and business tools under one roof.

- Servers.com is seeking a qualified PR firm to generate brand awareness, effectively message/position the consolidation of various companies into the holding company, and provide proof points through PR in order to get new customers.

- Cutler PR is a tech-focused PR firm. With our talented team of seasoned professionals and our results-oriented approach, we are confident this is a strong fit and that we will achieve Servers.com's objectives with much success.

# TARGET AUDIENCES

## Medium Companies

- 50-100 employees
- Across several sectors:
    Game developers
    Financial services
    Ad
    B2B



## Tech/Business

- VC community
- Tech community
- Business community

# CAMPAIGN ELEMENTS

**Media Relations**

Target publications include: hosting/server industry trade magazines, business publications, trade magazines for each vertical, tech publications

News announcements including:
new partnerships/clients
new products
new personnel
office openings/moves
funding

Other media stories:
Feature/profile stories, trend stories, roundup lists stories and case study stories to showcase client work.

Data stories -Research is the best way for a company to prove its worth to and gain credibility from the press. Competitors have gained exposure in the press through regular reports they issue. We will get coverage on data-based stories we'll pitch.

# CAMPAIGN ELEMENTS (cont.d)

**Industry commentary**

Once credibility is established, the press will seek commentary on timely topics from Servers.com. Cutler PR will also highlight specific opportunities for executives to comment on timely news related to the company and industry.

**Thought Leadership**

Raise key executives' profiles with bylined articles

**Speaking Opportunities**

Servers.com executives will be submitted to speak at select industry conferences.

**Award Opportunities**

Servers.com will be submitted for appropriate industry awards that will add credibility and help showcase the value of its products and services.

**Analyst Relations**

Cutler PR will craft pitches and reach out to analysts at Forrester, Gartner, IDC and other analyst firms in order to set up briefings to get increasingly on their radar.

# GOALS

## Servers.com

| 1 | Provide proof points through PR in order to help Servers.com get new customers. |
|---|---|
| 2 | Effectively message/position the consolidation of various companies into the holding company. |
| 3 | Generate brand awareness. Increase visibility vis-à-vis users/customers, VC/tech community and hosting industry as a whole. |

# TARGET MEDIA

## Business



## Tech



## Dev Tech



## Analysts

 



# SIX-MONTH TIMELINE BEGINNING OCT. 2015

Week 1  Roll out PR campaign; Conduct in-depth briefing/brainstorming session so Cutler can fully understand the product, the value propositions, the backstory, key business objectives and any other relevant information - as well as discuss key messages, news announcement pipeline and other ideas for press coverage.

Week 2  Cutler will begin drafting a pitch for the first news announcement, as well as pitches for other story ideas.

Week 3 Cutler will present draft to you and will await feedback and finalization. Simultaneously, Cutler will conduct in-depth research of which reporters and publications should be pitched. Cutler will research which speaking and award opportunities client is interested in, and will begin getting on analysts' radars.

Weeks 4-8  Cutler will pitch the first news announcement, and begin pitching reporters with other story ideas. Cutler will follow up with reporters and work hard to secure coverage for announcement and other story ideas. Cutler will pitch speaking and award opportunities, and pitch analysts for briefings.

Months 3-6 & beyond Cutler will pitch top list, feature, trend and op-ed stories. Cutler will develop new story ideas and assess which hits in the first two months were most impactful and focus efforts on obtaining similar hits. We will concentrate on the marketing messages that have created the most ROI. We will continue to secure news stories, feature stories, trend stories, roundup lists and op-eds, as well as speaking/award opportunities and analyst briefings.

# PRICING

| Proposed Activities – 3 month minimum | Estimated quantity per month | Hours per month |
|---|---|---|
| Planning / Consultancy / meetings / conf calls | ongoing | 6 |
| Press Releases | 2-3 | 6 |
| Bylined articles – to place and write articles | 2 | 6 |
| Pitching reporters | ongoing | 22 |
| Press office function (incl. developing issues based pitches, expert commentary efforts, interviews, speaking ops and awards, phone briefings with press,, etc) | ongoing | 9 |
| Reporting and clips tracking | ongoing | 2.75 |
| **Hours per month** | | 51.75 |

| | | |
|---|---|---|
| **Monthly retainer fee** (based on the output targets above) | $7,500 | $145/hour blended rate |
| **Estimated monthly expenses** (to be itemised in monthly billing and to be recharged at cost) | $0 - $500 | |



Case 0:17-cv-60426-UU   Document 225-16   Entered on FLSD Docket 10/01/2018   Page 19 of 19