# Exhibit 40

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Cutler proposal, as requested
**From:** Zach Cutler <zach@cutlerpr.co>
**Date:** 10/13/2015 9:50 PM
**To:** Nick Dvas <dvas@servers.com>

Hi Nick, sorry for the delay. Please see below the strategies and the example publications we plan to go after in a variety of verticals. Please let me know if you have any questions. I think we could do a great job for you and I look forward to hopefully having the opportunity to work together.

### Plan/Strategies

- Introduce Servers.com to key publications in these verticals & arrange demos and briefings with editors to begin building relationships to leverage over longer term:

1. Business (e.g. Forbes, Fortune, BusinessWeek, Bloomberg, Inc.)
2. Tech (e.g. Tech Crunch, Mashable, VentureBeat, TNW)
3. E-Commerce (e.g. Practical E-commerce, Multichannel Merchant, Internet Retailer, E-Commerce Times, Website Magazine),
4. Game Developer (e.g. Gamasutra, Develop, Gamesauce, ACM Queue),
5. Financial Tech (e.g. Dataconomy, AltFi, Journal of Disruptive Finance, Crain's, New York Business Journal)
6. General Dev (e.g. Dr. Dobbs, Network World, CIO, InformationWeek, Slashdot)

- Position Servers.com as a "company to watch", especially in light of the recent consolidation, that is taking the hosting industry by storm and set stage for predisposed interest in future offerings coming from the company.
- Educate media to secure coverage on platform's true value and functionality. Seek inclusion in positive 'round up' coverage that links the tech to 'best of' type lists.
- Build on customer success stories to published in the various trade magazines in the e-commerce, gaming, finance and dev verticals to strengthen Servers.com position as innovator in the servers/hosting space.
- Position CEO as an industry expert and influential thought leader in the space. Offer as a resource to comment on industry trends and news stories.
- Nominate CEO and other executives to speak on panels or keynotes and key industry conferences, to build visibility and thought leadership of brand.
- Nominate Servers.com for industry awards.
- Setup briefings with relevant industry analysts to get on their radar, for future inclusion in reports or articles.

EXHIBIT 5
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

On Fri, Oct 9, 2015 at 11:27 AM, Nick Dvas <dvas@servers.com> wrote:

P-P000977

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Can you please share any rough plan - what publications (even vague topics will work now) and where you're going to publish.

> On Oct 9, 2015, at 6:19 PM, Zach Cutler <zach@cutlerpr.co> wrote:
>
> Hi Nick, we can do an average of at least three publications at 7500/month. Would you like to proceed?
>
> Thanks,
> Zach
>
> On Fri, Oct 9, 2015 at 11:16 AM, Nick Dvas <dvas@servers.com> wrote:
>> Zach, a 7'500/mo retainer is for 2 publications/mo here?
>> we see industry offers an average of 2'500/publication. Can we have either 5'000/mo retainer or 3 publications @same price?
>>
>>> On Oct 9, 2015, at 5:23 AM, Zach Cutler <zach@cutlerpr.co> wrote:
>>>
>>> Okay, thank you.
>>>
>>> Zach
>>>
>>> On Thu, Oct 8, 2015 at 12:20 PM, Nick Dvas <dvas@servers.com> wrote:
>>>> Hi,
>>>> it is on internal review, and we'll get back next week.
>>>>
>>>>> On Oct 8, 2015, at 7:08 PM, Zach Cutler <zach@cutlerpr.co> wrote:
>>>>>
>>>>> Hi Nick, just wanted to circle back and see if you received the proposal below and if you had a chance to review. Would be happy to answer any questions and hop on a follow-up call.
>>>>>
>>>>> Best,
>>>>> Zach
>>>>>
>>>>> On Fri, Oct 2, 2015 at 7:27 PM, Zach Cutler <zach@cutlerpr.co> wrote:
>>>>>> Hi Nick,
>>>>>>
>>>>>> Thanks for speaking with me the other day. I enjoyed learning more about

P-P000978

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Servers.com, and as promised, I have attached a proposal.

Per your request for links to successful campaigns we've done for clients, here are a couple examples:

StartApp – is the fastest growing private company in New York according to Inc. Magazine - here is the press we've secured for them: http://www.startapp.com/press/

Tipalti --here is the press we've secured for them: http://www.tipalti.com/media-center/

I believe that we can achieve your objectives and I look forward to hopefully having the opportunity to work together.

Best,
Zach
<logo-horiz-lg.png>

Zach Cutler   |   Founder & CEO
T 646.828.6009   M 310.228.7939
zach@cutlerpr.co   www.cutlerpr.co

<twitter.png> <facebook.png>


--
<logo-horiz-lg.png>

Zach Cutler   |   Founder & CEO
T 646.828.6009   M 310.228.7939
zach@cutlerpr.co   www.cutlerpr.co

<twitter.png> <facebook.png>




--
<logo-horiz-lg.png>

Zach Cutler   |   Founder & CEO
T 646.828.6009   M 310.228.7939
zach@cutlerpr.co   www.cutlerpr.co

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

&lt;twitter.png&gt; &lt;facebook.png&gt;

--
&lt;logo-horiz-lg.png&gt;

Zach Cutler    |    Founder & CEO
T 646.828.6009    M 310.228.7939
zach@cutlerpr.co    www.cutlerpr.co

&lt;twitter.png&gt; &lt;facebook.png&gt;

--



Zach Cutler    |    Founder & CEO
T 646.828.6009    M 310.228.7939
zach@cutlerpr.co    www.cutlerpr.co

