# Exhibit 41

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** RE: Examples of bylined articles
**From:** "Marilyn R. Gerber" <marilyn@cutlerpr.co>
**Date:** 10/30/2015 9:17 AM
**To:** "'Nick Dvas'" <dvas@servers.com>

Hi, Nick. Good to hear from you. Sure, we can communicate via Skype. You mean Instant Messaging, right? My Skype ID is: marilyn.gerber18.

**From:** Nick Dvas [mailto:dvas@servers.com]
**Sent:** Friday, October 30, 2015 10:17 AM
**To:** Marilyn R. Gerber
**Subject:** Re: Examples of bylined articles

Hi Marilyn,
I have some ideas in mind I wish to discuss. Can we use Skype/Viber/... (basically any messenger) for faster communication?

> On Oct 29, 2015, at 5:21 AM, Marilyn R. Gerber <marilyn@cutlerpr.co> wrote:
>
> Hello, All... As we discussed, among the PR tactics we will employ to create visibility for Servers.com in the U.S. is the placement of bylined articles. These "contributed pieces" (as opposed to coverage that is staff-written) appear primarily in industry trade publications.
>
> These articles are not product-specific, and they are not generally profile stories of the company. Instead, they represent the company's views (as articulated through a senior executive) on a particular topic in the industry. The benefit of this type of "thought leadership" is that it positions Servers.com as an expert in the field, adding to your overall credibility.
>
> Below, as promised (in no particular order) are several examples of bylined articles that we have secured, for your reference. We look forward to working with you on a productive bylined article program, in addition to product announcements and other initiatives we discussed. If you have any questions, please let us know. Best... Marilyn
>
>
> Broadcasting & Cable
> Article by RR Media executive
>
> SatMagazine
> Article by RR Media executive
>
> The Huffington Post
> Article by Kaltura executive
>
> Broadcast Bridge
> Article by Kaltura executive
>
> Recruiting Trends
> Article by Andela executive


EXHIBIT 7
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

PerformanceIN
Article by StartApp executive

Publishing Executive
Article by Oomph executive

<image001.jpg>

Marilyn Gerber
M 917.225.2977

<image002.png> <image003.png>
www.cutlerpr.co

P-P001025