# Exhibit 42

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

**Subject:** RE: Good news - Forbes
**From:** "Marilyn R. Gerber" <marilyn@cutlerpr.co>
**Date:** 12/17/2015 7:14 AM
**To:** "'Nick Dvas'" <dvas@servers.com>, "'Zach Cutler'" <zach@cutlerpr.co>

Hey, Nick. Ugh! Sorry to hear you're sick, but I appreciate your confirming that you got my email. Whenever you can get back to me is fine. Hope you feel better very soon! Meantime, I'll certainly keep you posted on updates as soon as we hear anything.

```
-----Original Message-----
From: Nick Dvas [mailto:dvas@servers.com]
Sent: Thursday, December 17, 2015 10:10 AM
To: Zach Cutler
Cc: Marilyn R. Gerber
Subject: Re: Good news - Forbes

Hi Zach!
That's what I call really good news!

Marilyn, I've received your mail. Unfortunately, I'm a bit sick, but I'll do my best to reply today.

> On Dec 17, 2015, at 5:01 PM, zach@cutlerpr.co wrote:
>
> Hi Nick,
>
> We have good news - received confirmation from a Forbes writer we pitched that Servers will be featured in an upcoming roundup list in Forbes about great startups to watch in 2016!
>
> Congratulations - we will keep our eyes open for it and send over the link once it publishes.
>
> Zach
>
```

EXHIBIT 13
WIT: Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001098