# Exhibit 48

Подсказать новость | Купить рекламу на Roem.ru | Factus – каталог веб-студий | Регистрация | Вход

Tutmee Agency
UI/UX, юзабилити
Дизайн
Онлайн-маркетинг
Разработка

SBS Soft
Оптимизация
UI/UX, юзабилити
Сайт под ключ
Разработка

Медиа | Госвеб | Инвестиции | Кадры | Кейсы | Нам пишут | Советы | Текучка

## Алексей Губарев купил российского хостера «Единая сеть» (Exepto)

26 августа 2015 в 16:01
Читатель Roem.ru

**Развитие событий:** Алексей Губарев запустил хостинг Servers.ru в России *(28 января 2016)*

> ...хостинг-провайдер Servers.com, объявил о приобретении компании «Единая сеть» с целью запуска локальных версий сервисов XBT.com с соблюдением законодательных норм РФ. Сумма сделки составила $800 тыс., сообщили CNews в XBT Holding S.A.
>
> Ожидается, что данный шаг позволит уменьшить сетевые задержки при работе с ресурсом Servers.com и полностью исключит геополитический фактор.
>
> «Мы долго выбирали локального игрока, который смог бы в полной мере соответствовать поставленным целям. ООО "Единая сеть" станет фундаментом развития международного потенциала на российском рынке, — заявил **Алексей Губарев**, генеральный директор XBT.com. — Это успешная сделка, которая обеспечит наших клиентов новыми возможностями и позволит запустить наш продукт Servers.com в России под брендом Servers.ru до конца 2015 года».

CNews — Servers.com купил «Единую сеть» за $800 тыс.
Международный холдинг XBT Holding S.A., в лице хостинг-провайдера Servers.com, объявил о приобретении компании «Единая сеть» с целью запуска локальных версий сервисов XBT.com с соблюдением законодательных норм РФ. Сумма сделки составила

Ссылку подсказал пользователь. Добавляйте свои ссылки.

**Быстрый поиск:** Exepto, Servers, Алексей Губарев, Дата-центры, Единая сеть, Железо, Покупка / Продажа, Хостинг.

Поделиться 4 5 1 | Обсудить

### Важное

17:38 У «Сбербанка» снова рухнули платежи по картам, в 2017 банк падает регулярно 6

3.12 Источники «Трушеринга»: «Яндекс» запустит гибрид «каршеринг-такси» в декабре 1

1.12 Сервисы Mail.ru Group заняли три места в рейтинге самых скачиваемых приложений для Android 2

1.12 Источники РБК: Экс-глава «Одноклассников» Илья Широков оказался основателем маркетплейса Joom 4

1.12 Яндекс.Такси застраховали всех российских пассажиров и водителя — на 2 млн. рублей каждого

### Обсуждаемое

29.11 Антицензурный VPN в Opera перестал работать для россиян? (+ не совсем перестал) 38

29.11 Кадры: В сервис рекомендаций игр RAWG.io перешли бывший топ-менеджер "Связного" и главный редактор "Роем!" 34

28.11 Сколько времени можно не пользоваться SIM-картой и её не отключат у МТС, Мегафона, Билайна, Tele2 и Yota? 16

14:52 Глава РКН пообещал не запускать цензуру как в Китае: «У них премодерация, у нас постмодерация» 12

30.11 Налоговые льготы для ИТ-компаний, 5 методов экономии 9

### Почитать

МВД пресекло деятельность незаконного сотового оператора, работавшего несколько лет 7

Spotify и Tencent обменяются 10% акций 1

Сыну депутата Госдумы Селезнева вынесли новый приговор за киберпреступление 2

Прошло 3 года и Мартынов признался, что Крым стал причиной проблем YotaPhone

Неназванный инвестор продает на рынке примерно 1,8% Mail.ru Group

Все ссылки | Подсказать ссылку

Материалы PRNews.io

1. SMOService презентовал услугу по выводу в топ YouTube
2. Paynet Easy: в РФ функционирует новый платежный сервис 2mycard
3. SIMEX стала участником акселерационной программы 2020Startups
4. Philips: вышла новая линейка Bluetooth-акустики EverPlay
5. Philips представил новую Bluetooth-колонку семейства ShoqBox

Все материалы

Реклама

### Рейтинг студий Factus 2016

| | | Оборот |
|---|---|---|
| 4. | Интернет для каждого | 136,1 млн руб. |
| 5. | qb | 133,37 млн руб. |
| 6. | Nimax | 69,14 млн руб. |
| 7. | Uplab | 63,47 млн руб. |
| 8. | Веб-студия ITSOFT | 57,85 млн руб. |

Как попасть в рейтинг?

### Инвестиции

«Авторы кода» Facebook братья Уинклвоссы снова слишком опередили время и заработали на биткоине лишь $1 миллиард 7

16:18 4 года назад в биткоин-проект они вложили $11 млн, но рассчитывали на более сложную схему заработка, чем сложилась в действительности

Криптобиржу Coinbase заставят раскрыть доходы инвесторов американской налоговой службе

30.11 По решению суда Налоговой службе США будут переданы персональные данные 14 6[illegible]

P-F000122

инвесторов, включая имена, даты рождения и адреса, а также данные об операциях с криптовалютами

Созданный российскими разработчиками поисковик на базе блокчейна собрал $25,5 млн 1

30.11 BitClave противопоставляет себя глобальным компаниям вроде Google, которые собирают данные пользователей не спрашивая их согласия

Мартынов (Ethereum): 60% разработчиков блокчейна — русскоязычные, склонные к моментальной смене стран проживания 4

28.11 Как только ключевые девелоперы чувствуют малейшую шаткость позиций блокчейна, сразу же отправляются в страну, где криптоэкономику воспринимают на ура

«Новые облачные технологии» получили в акционеры знакомого Путина

28.11 Ранее миноритарные пакеты в компании купили бывший вице-президент «Роснефти» Томас Хендель и бывший топ-менеджер «Ростеха» Василий Цуприк

Все новости | Подсказать ссылку

## Прямой эфир

23:48 Valeratal No — Филипп Кулин (DiPHOST): фильтрация Рунета Роскомнадзором используется для выяснения отношений и конкурентной борьбы 6

23:48 Crio — «Авторы кода» Facebook братья Уинклвоссы снова слишком опередили время и заработали на биткоине лишь $1 миллиард 7

23:29 stroginovxx@mail.ru — МВД пресекло деятельность незаконного сотового оператора, работавшего несколько лет 7

22:59 stroginovxx@mail.ru — Глава РКН пообещал не запускать цензуру как в Китае: «У них премодерация, у нас постмодерация» 12

22:50 Глеб Суворов, https://telegram.me/itsocial — Антицензурный VPN в Opera перестал работать для россиян? (+ не совсем перестал) 38

22:43 stroginovxx@mail.ru — У «Сбербанка» снова рухнули платежи по картам, в 2017 банк падает регулярно 6

20:53 stroginovxx@mail.ru — Сервисы Mail.ru Group заняли три места в рейтинге самых скачиваемых приложений для Android 2

15:50 Herbonit — Налоговые льготы для ИТ-компаний, 5 методов экономии 9

15:29 Rulims, rulims.ru — Источники «Трушеринга»: «Яндекс» запустит гибрид «каршеринг-такси» в декабре 1

## Лучшее за неделю

29.11 Российский оператор компании BlaBlaCar попытается снять запрет на публикации сервиса 1

27.11 Совфез попросил идентифицировать «танкистов», других онлайн-игроков и обитателей соцсетей 13

1.12 Берёзкин приготовился продать госорганам и корпорациям боливийские смартфоны на Sailfish OS RUS 1

© ООО «Роем», 2007 – 2017.

Roem.ru в социальных сетях:

Увидели опечатку? Выделите ее в тексте и нажмите Ctrl+Enter.

Материалы сайта предназначены для лиц старше 18 лет.

Купить рекламу
Стать звездой Factus
Условия использования сайта
Правила общения
Инфопартнёрство

Хостинг - servers.com
Защита от DDOS - Qrator
Разработка сайта - Dudes
Поддержка сайта - Broccoli
Блог редакции, Обратная связь
Мобильная версия, RSS

**Alexey Gubarev has acquired the Russian hoster "Unified network" (Exepto)**
August 26th, 2015 at 4:01pm
Reader Roem.ru

Developments: Alexey Gubarev has launched the hosting Servers.ru in Russia | January 28, 2016)

The hosting provider Servers.com announced the acquisition of the company "Unified Network" in order to launch local versions of XBT.com services with the observance of the legislative norms of the Russian Federation. The deal value amounted to $800,000 according to CNews in XBT Holding S.A.

It is expected that this step will reduce the network expenses when working with the resource Servers.com and will completely eliminate the geopolitical factor.

"We have been looking for a local player who could fully meet the set goals for a long time. The LCC "Unified network" will become the foundation for the development of international potential in the Russian market," said **Alexey Gubarev**, CEO of XBT.com. "This is a successful transaction that will provide our customers with new opportunities and will allow us to launch our product Servers.com in Russia under the brand Servers.ru till the end of 2015".

LOGO

Servers.com has acquired "Unified network" for $800,000.
The international holding XBT Holding S.A., represented by the hosting provider Servers.com, announced the acquisition of the company "Unified Network" to launch local versions of XBT.com services in compliance with the laws of the Russian Federation. The deal value amounted to

The link was prompted by the user. Add your links.

Quick search: Exepто, Servers, Alexey Gubarev, Data Centers, Unified Network, Hardware, Purchase / Sale, Hosting.

Share Discuss

Trusted Translations®

September 21, 2018

## CERTIFICATE OF ACCURACY

To whom it may concern:

The document Webpage codes P-F000122 – P-F000123 was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from **Russian** into **English** to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Office Manager

Project ID: 168070

66 West Flagler St. Suite 1200.
Miami, FL 33130
*www.trustedtranslations.com*

Phone: (877) 255-0717
Fax: (888) 883-6408
*sales@trustedtranslations.com*