# Exhibit 49
**REDACTED**