# Exhibit 54

ComNews Conferences | ComNews в  | | Стандарт | Кто есть кто | Цифровая трансформация. Лу



......................... Поиск
Подписка на новости | Реклама | Письмо в редакцию | О нас | About us

НОВОСТИ ЦИФРОВОЙ ТРАНСФОРМАЦИИ, ТЕЛЕКОММУНИКАЦИЙ, ВЕЩАНИЯ и ИТ

ЦБ РФ: USD 56.52 ↑ EUR 69.89 ↓    21 февраля 2018 года, Ср

| Новости | Редколонка | Точка зрения | В фокусе | Цитата дня | Конференции / выставки | Авторы |

ОПЕРАТОРЫ
СЕРВИСЫ
МЕДИА
ТЕХНОЛОГИИ
IoT
РЕГУЛИРОВАНИЕ
ФИНАНСЫ
РИТЕЙЛ
РЕГИОНЫ / СНГ
КАДРЫ
ИКТ В ТЭК



COMNEWS | НОВОСТИ | 2016 | ФЕВРАЛЬ
РУБРИКИ: Оборудование • Экспансия • Дата-центры • Cloud, виртуализация • В мире

## XBT Holding укоренился в Москве

Елизавета Титаренко
© ComNews
09.02.2016

Подпишись на новости ComNews!
главные новости ИКТ в твоей почте                    ОК

[0👎, -0👎, +1👍]

Хостинг-провайдер Servers.ru, дочерняя компания международного XBT Holding, открыла первый центр обработки данных (ЦОД) на территории России. Servers.ru предлагает клиентам мощности выделенных серверов, сервисы облачной обработки и хранения данных. Игроки отрасли положительно оценивают появление новой компании на рынке. Это увеличит информированность потенциальных клиентов о преимуществах услуг коммерческих дата-центров, к которым часть компаний пока относятся с недоверием.

Напомним, в августе 2015 г. XBT Holding S.A., в лице хостинг-провайдера Servers.com, приобрел ООО "Единая сеть" (бренд Exepto), чтобы запустить локальные версии сервисов XBT с соблюдением законодательных норм России. Сумма сделки составила $800 тыс. "Exepto станет фундаментом развития международного потенциала на российском рынке, - говорил тогда генеральный директор XBT Holding Алексей Губарев. - Эта сделка позволит запустить наш продукт Servers.com в России под брендом Servers.ru", - отмечал он. ООО "Единая сеть" предоставляет услуги связи, а также услуги дата-центра (см. новость ComNews от 31 августа 2015 г.).

В Москве компания запустила проект под брендом Servers.ru. Дата-центр включает 20 стоек и 500 серверов фирмы Dell. "Мы сотрудничаем с DataPro и арендуем у них площадку для ЦОДа, так как они обеспечивают комплексную безопасность и отсутствие ограничений по мощности", - рассказал корреспонденту ComNews заместитель генерального директора Servers.ru Николай Двас. Первоначальные инвестиции в оборудование на запуск составили $1,5 млн. Выходить в другие регионы РФ компания пока не планирует.

Servers.com - создатель хостинг-платформы, основанной на высокоскоростных сетевых решениях. Servers.com предлагает услуги автоматизированного хостинга премиального уровня для малого и среднего бизнеса. "В данный момент мы работаем над мировой доступностью нашей платформы. При этом мы не просто делаем ее ближе к конечному потребителю, но и размещаем в стратегически важных правовых зонах - в США, Нидерландах, Люксембурге, России и через несколько месяцев - в Сингапуре и Индии", - подчеркнул Алексей Губарев.

Серверы московского ЦОДа будут объединены в приватную сеть вместе с серверами, расположенными в Далласе, Амстердаме и Люксембурге. Скорость подключения каждого сервера к этой сети составляет до 20 Гбит/с, вместе с выделенными и облачными серверами. Причем российские потребители будут платить в рублях за пользование услугами мощностей, расположенных по всему миру и объединенных в единую нетарифицируемую сеть.

В числе услуг, которые оказывает провайдер, - мощности выделенных серверов, сервисы облачной обработки и хранения данных. Целевая аудитория Servers.ru - бизнес, связанный с Big data, технологиями в рекламе (AdTech), с компьютерными и мобильными играми, с финансовым сектором, а также с e-Commerce. "Наши клиенты - это глобальные компании, которые хотят быть ближе к клиентам в России, и российские компании, которых привлекают возможности партнерства с международным хостером. И те, и другие уже переносят мощности в российский дата-центр Servers.ru", - говорит Николай Двас. Он уточнил, что на момент запуска дата-центра его емкости были заполнены на 20%. "До конца года планируем вырасти в пять раз", - отметил он.

По словам Алексея Губарева, уникальность предложения Servers.ru для российского рынка заключается в том, что провайдер предоставляет подключения с полосой пропускания до 1 Гб бесплатно для каждого сервера без

### Редколонка



Ставка на хромую лошадь
Леонид Коник,
главный редактор группы компаний ComNews

В преддверии очередного Всемирного мобильного конгресса в Барселоне разработчики основных технологий Интернета вещей (IoT) отчитались об итогах 2017 года. Судя по динамике, альтернативные игроки пока опережают линейку IoT-технологий 3GPP, ранее создавшего стандарты 3G/UMTS и LTE. Однако Россия официально выступила на стороне 3GPP, на уровне ГКРЧ поддержав одну из его IoT-технологий - NB-IoT. ...

### Точка зрения



Connectivity как основа цифровой экономики
Елена Полякова, директор по развитию бизнеса в государственном сегменте и специальным проектам Северо-Западного филиала "МегаФона"

В ноябре 2017 года исполнилось пять лет B2G-сегменту бизнеса ПАО "МегаФон". В интервью главному редактору "Стандарта" Леониду Конику директор по развитию бизнеса в государственном сегменте и специальным проектам Северо-Западного филиала "МегаФона" Елена Полякова рассказала о том, как начиналась эта деятельность компании ...



P-F000270

ограничения трафика, а также дает совокупную скорость до 40 Гбит/с. "Мы не даем долгосрочных гарантий, но будем поддерживать это предложение для новых клиентов до тех пор, пока нам это позволяет экономическая конъюнктура", - пояснил Николай Двас.

Представители Servers.ru отмечают, что конкуренция на российском рынке услуг дата-центров высокая, но рынок еще очень далек от заполнения. "Мы планируем занять на нем заметное место", - отметил Николай Двас, подчеркнув, что закон о хранении персональных данных россиян на территории РФ поможет этому рынку развиваться.

Руководитель сети дата-центров компании КРОК Павел Колмычек говорит, что его компания приветствует появление на рынке новых игроков. "Это позволяет нам еще шире продвигать нашу экспертизу. Дело в том, что многие заказчики до сих пор с недоверием относятся к использованию внешних ресурсов по аутсорсинговой модели, предпочитая самостоятельно строить ЦОДы. Выход на рынок новых провайдеров, мы надеемся, увеличит информированность о преимуществах услуг коммерческих дата-центров. Тем легче можно будет преодолеть скепсис "традиционалистов", - рассуждает он.

По данным аналитического агентства "IDC Россия", в 2014 г. рынок коммерческих ЦОДов в России пережил незначительное падение выручки, которое продолжилось в 2015 г. Однако в 2016-2017 гг. выручка операторов начнет увеличиваться и до конца 2019 г. будет расти двузначными темпами. "Вопреки сложной экономической ситуации и сокращающим капиталовложений в стране, российский рынок центров обработки данных продолжает обладать большой инвестиционной привлекательностью и расти быстрыми темпами", - считает старший аналитик "IDC Россия" Михаил Попов. По его прогнозам, на рынок будут выходить новые участники, доступных площадей станет больше. "Появятся новые предложения, но спрос на услуги центров обработки данных останется неудовлетворенным", - резюмировал он.

Досье ComNews

Servers.com - дочернее предприятие XBT Holding S.A. - автоматизированная хостинговая платформа с широким спектром выделенных и облачных серверов. Компания Servers.com предоставляет услуги клиентам с мая 2015 г.

XBT Holding S.A. - международный холдинг, с 2005 г. комплексно оказывающий услуги для ИТ-инфраструктуры и разрабатывающий эффективные сетевые решения для клиентов во всем мире. XBT Holding S.A. обладает пятью дата-центрами, 13 точками присутствия, 20 тыс. серверов и является участником 14 систем обмена трафиком по всему миру.

Подпишись на новости ComNews!
главные новости ИКТ в твоей почте

OK

Версия для печати | Ñ Ñ Ñ Ñ Ñ Ñ Ñ | Ñ Ñ Ñ Ñ Ñ | G+ | Ñ Ñ Ñ Ñ | Like | +1

### СТАТЬИ ПО ТЕМЕ

31.08.2015 — XBT Holding S.A. приобрел российского оператора Exepto

Обсуждение [0 , -0 , +1 ] Добавить комментарий

Сейчас обсуждают

[ 4 ] Татьяна Гладюк займется персоналом МГТС

[ 271 ] На арест Владимира Сачков пожаловались в ЕСПЧ

[ 2 ] "Ростелеком" узнает в лицо и по голосу

[ 1 ] Воздушная дилемма

[ 2 ] Леонид Голованов возглав подразделение "Манго Телеком"

При использовании материалов ссылка на ComNews обязательна.
1999-2018 © ComNews.ru
info@comnews.ru
+7 495 933-5483
+7 812 670-2030

Свидетельство о регистрации СМИ от 8 декабря 2006 г.
Эл № ФС 77-26395

Реклама
Письмо в редакцию
О нас
About us

НОВОСТИ
Операторы
Беспроводная связь
Фиксированная связь
Вещание
Магистральный бизнес
Спутниковая связь
Почтовая связь
ШПД
Сервисы
Аутсорсинг
Дата-центры
Колл-центры
ВКС
Cloud, виртуализация
Электронная коммерция
Информационная безопасность
Интеграция
Электронные госуслуги
Медиа
ТВ-контент
Интернет-медиа
Мобильный контент

IoT
Технологии
Блокчейн
Оборудование
ПО
Технопарки
Венчурные проекты
Электроника
Отраслевые стандарты
Финансы
M&A
Криптовалюты
Фондовый рынок
Финансовые отчеты
Инвестиции
Конкурсы / тендеры

Регулирование
Нормативные акты
Суды
Конфликты
Госполитика
Ритейл
Федеральные сети
Региональные сети
Гаджеты
Регионы / СНГ
Экспансия
Регионы
Страны Балтии
СНГ
В мире
Кадры
Назначения, Отставки, Дни рождения
Компенсации и премии
ИКТ в ТЭК

РЕДКОЛОНКА
ТОЧКА ЗРЕНИЯ
В ФОКУСЕ
ЦИТАТА ДНЯ
ВОПРОС НЕДЕЛИ
КОНФЕРЕНЦИИ / ВЫСТАВКИ
ВИДЕОИНТЕРВЬЮ
АВТОРЫ
ОПРОВЕРЖЕНИЯ
WEEKEND
ФОРУМ
КУРСЫ ВАЛЮТ
MNP В РОССИИ
MVNE от МТТ
20 ЛЕТ НТВ-ПЛЮС

ЦИФРОВАЯ ЭКОНОМИКА
ComNews Conferences
ComNews Research
Стандарт
Цифровая трансформация. Кто есть кто
Цифровая трансформация. Лучшие практики
АРХИВ COMNEWS.RU
АРХИВ ПРОЕКТОВ
НОВОСТИ КОМПАНИЙ

P-F000271

Target

PG01

XBT Holding takes root in Moscow

Elizaveta Titarenko

© ComNews

02/09/2016

Hosting provider Servers.ru, a subsidiary of international XBT Holding, has opened the first data processing center (data center) in Russia. Servers.ru offers customers the power of dedicated servers, cloud processing and data storage services. Industry players view positively the emergence of a new company on the market. This will increase the awareness of potential customers on the benefits of commercial data center services, to which some companies are still distrustful.

It is worth mentioning that in August 2015, XBT Holding S,A,, under the name of hosting provider Servers.com, purchased Unified Network, LLC (Exepto brand) to launch local versions of XBT services in compliance with Russian legislation. The deal amounted to $800 thousand. "Exepto will become the foundation for the development of international potential on the Russian market," Alexey Gubarev, CEO of XBT Holding, said at the time. "This transaction will launch our Servers.com product in Russia under the Servers.ru brand," he noted. Unified Network, LLC renders communication services, as well as data center services (see news ComNews dated August 31, 2015).

In Moscow, the company launched the project under the Servers.ru brand. The data center includes 20 racks and 500 Dell servers. "We cooperate with DataPro and rent their site for our data center because they provide comprehensive security and do not have capacity limitations," Nikolai Dvas, Deputy Director General of Servers.ru, told ComNews. Initial investment in equipment for the launch amounted to $1.5 million. The company does not plan to enter other regions of the Russian Federation yet.

Servers.com is the creator of a hosting platform based on high-speed network solutions. Servers.com offers automated premium hosting services for small and medium-sized businesses. "At the moment we are working on the global availability of our platform. And also, we are not just making it more available to the final consumer, but we are also placing it in strategically important legal zones - in the USA, the Netherlands, Luxembourg, Russia and in a few months, in Singapore and India," Alexey Gubarev said.

The servers of the Moscow Data Center will be integrated into a private network together with servers located in Dallas, Amsterdam and Luxembourg. The speed of each server connection to this network is up to 20 Gb/s, along with dedicated and cloud servers. And Russian consumers will pay in rubles for using capacities located all over the world and which are unified in an uncharged network.

Among the services rendered by the provider are the capacities of dedicated servers, cloud processing and data storage services. The target audience of Servers.ru consist of businesses connected with Big data, advertising technologies (AdTech), computer and mobile games, the financial sector, as well as e-Commerce. "Our customers are global companies that want to be closer to customers in Russia, and Russian companies that are attracted by partnership opportunities with international hosting sites. Both of them already have transfer capacities to the Russian Data Center Servers.ru," Nikolai Dvas says. He

specified that at the time of the data center launch, its capacities were filled by 20%. "We plan to grow fivefold by the end of the year" he said.

According to Aleksei Gubarev, the uniqueness that Servers.ru's offer for the Russian market is that it provides connections with a bandwidth of up to 1 GB, free of charge for each server without traffic restrictions, and also an aggregate speed of up to 40 Gbit/ s. "We do not give long-term guarantees, but we will support this offer for new customers as long as the economic situation allows," Nikolai Dvas explained.

Representatives of Servers.ru note that the competition on the Russian market of data center services is high, but the market is still very far from being filled-up. "We plan to occupy a prominent place," Nikolai Dvas noted, stressing that the law on storing Russian citizen's personal data within the Russian Federation will help this market develop.

The head of the KROK company data centers, Pavel Kolmychek said that his company welcomes new players to the market. "This allows us to further promote our expertise. The fact is that many customers still distrust the use of external resources as an outsourcing model, preferring to build data centers independently. We hope that new providers entering the market will increase awareness of the advantages of commercial data center services. It will be easier to overcome the skepticism of "traditionalists" he argues.

According to the analytical agency IDC Russia, in 2014 the market for commercial data centers in Russia experienced a insignificant drop in revenues, which continued in 2015. However, in 2016-2017, the operator revenues will start to increase and by the end of 2019 it will grow at double-digit rates. "Contrary to the difficult economic situation and the reduction of investments in the country, the Russian data center market continues to have a great investment appeal and is growing at a fast pace," said Mikhail Popov, senior analyst at IDC Russia. According to his forecasts, new participants will enter the market, and there will be more available space. "There will be new proposals, but the demand for data center services will remain unsatisfied," he concluded.

ComNews dossier

Servers.com is a subsidiary of XBT Holding S.A., an automated hosting platform with a wide range of dedicated and cloud servers. Servers.com has been providing services to customers since May 2015.

XBT Holding S.A. is an international holding company that has been providing comprehensive services for IT infrastructures, developing effective network solutions for customers all over the world since 2005. XBT Holding S.A. has five data centers, 13 regional branches, 20 thousand servers and participates in 14 worldwide traffic exchange systems.

http://www.comnews.ru/node/99670

**Trusted Translations**

September 20, 2018

## CERTIFICATE OF ACCURACY

To whom it may concern:

The document Excerpt from webpage url http://www.comnews.ru/node/99670 was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from **Russian** into **English** to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Account Manager

Project ID: 167969



66 West Flagler St. Suite 1200.
Miami, FL 33130
www.trustedtranslations.com

Phone: (877) 255-0717
Fax: (888) 883-6408
sales@trustedtranslations.com