# Exhibit 56

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Servers.com/Cutler PR Call Recap - Jan. 6
**From:** "Marilyn R. Gerber" <marilyn@cutlerpr.co>
**Date:** 1/7/2016 7:32 AM
**To:** "Nick Dvas" <dvas@servers.com>
**CC:** "Olga Galkina" <galkina@servers.com>

Hi, Nick... Good catching up with you yesterday. Below is a list of action items that we discussed. If you have any questions, please let us know. Thanks and best... Marilyn

**Servers.com to:**

- Provide Cutler PR with any edits or changes to Monitoring Service/Intelligent Hosting press release
- Write first draft of bylined article, "Beyond the Cloud: What Does the Hosting Industry Have to Offer Apart from Cloud Hosting?"
- Provide Cutler PR with details of Servers.com/SUSE partnership
- Inquire about availability of press attendee list for Voxxed Days Berlin event. Send to Cutler PR
- Share press release or other info about opening of Russia office with Cutler PR
- Provide info to Cutler PR about Servers.com participation in the Game Developers Conference (March 14-18, San Francisco). Exhibiting? Speaking?

**Cutler PR to:**

- Conduct media outreach for coverage of Monitoring Service news upon receipt of final/approved version of press release
- Review/make suggestions for "Beyond the Cloud" bylined article and pursue placement
- After receiving info about SUSE partnership, draft press release to pursue coverage of news
- Pitch info about opening of Russia office to U.S. media who might be able to cover it
- Develop ideas for other bylined article topics



Marilyn Gerber
M +1 917.225.2977



EXHIBIT 16
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001158