# Exhibit 57



### Алексей Губарев запустил хостинг Servers.ru в России

Алексей Губарев, гендиректор компании Servers.com, 27-го января в Москве на мероприятии для прессы и партнёров объявил о запуске московского дата-центра Servers.ru класса Tier 3. В новый проект компании было проинвестировано $1,5 млн, для его быстрого осуществления Servers.com купила хостера «Единая сеть» в середине 2015-го года.



Цены на аренду выделенных серверов в Москве начинаются от 8900 рублей в месяц (около $115, конфигурация с Intel Xeon E3-1231v3, 32Гб памяти и 2-мя дисками SATA на 2Тб), на VPS в облаке от 500 рублей в месяц (около $6,5). Трафик не тарифицируется, подключение с полосой пропускания до гигабита не оплачивается. За дополнительную плату скорость может быть увеличена до 40Gbit. В своих ценах компания ориентируется на премиальный SMB сегмент рынка.

Серверы в разных ДЦ компании (сейчас кроме Москвы доступны Даллас, Амстердам и Люксембург) можно объединять в одну сеть, российские клиенты оплачивают услуги зарубежных ДЦ по курсу на первое число месяца. Русскоязычная техподдержка разрешает вопросы с хостингом на любой технической площадке.

По словам Алексея Губарева, первый московский дата-центр компании законтрактован «практически полностью», до конца 2016-го года планируется запуск площадок в Сингапуре и Индии.



#### Почитать

- МВД пресекло деятельность незаконного сотового оператора, работавшего несколько лет
- Spotify и Tencent обмениваются 10% акций
- Сыну депутата Госдумы Селезнёва вынесли новый приговор за киберпреступление
- Прошло 3 года и Мартынов признался, что Крым стал причиной проблем YotaPhone
- Неназванный инвестор продаёт на рынке примерно 1,8% Mail.ru Group

#### Материалы PRNews.io

1. SMOService презентовал услугу по выводу в топ YouTube
2. Paynet Easy: в РФ функционирует новый платёжный сервис 2pay.pro
3. SIMEX стала участником акселерационной программы 2020Startups
4. Philips выпустил новую линейку Bluetooth-акустики EverPlay
5. Philips представил новую Bluetooth-колонку семейства ShoqBox

#### Рейтинг студий Factus 2016

| | | Оборот |
|---|---|---|
| 2. | Element Group | 192,64 млн руб |
| 3. | MINISOL | 190,01 млн руб |
| 4. | Интернет для каждого | 136,5 млн руб |
| 5. | qb | 133,37 млн руб |
| 6. | Nimax | 69,14 млн руб |

Как попасть в рейтинг?

#### Инвестиции

«Авторы кода» Facebook братья Уинклвоссы снова слишком опередили время и заработали на биткоине лишь $1 миллиард


4 года назад в биткоин-проект они вложили $11 млн, но рассчитывали на более сложную схему заработка, чем сложилась в действительности

«Авторы кода» Facebook братья Уинклвоссы снова слишком опередили время и заработали на биткоине лишь $1 миллиард


4 года назад в биткоин-проект они вложили $11 млн, но рассчитывали на более сложную схему заработка, чем сложилась в действительности


DEFENDANT'S EXHIBIT PR-38 4-30-18

P-F000119

Быстрый опрос: Servers, Алексей Губарев, Дата-центры, Запуск, курс рубля, Россия, хостинг.

Поделиться 🐦 f 429 G+ 4 VK 2 ⓘ 1                                    3 комментария 🔊

### Выбор редакции

- Алексей Губарев купил российского хостера "Единая сеть" (Exepto) 💬

### 3 комментария                                                    Добавить


**Юрий Синодов** Основатель Roem.ru, sinodov.com                    29 января 2016 в 10:24

Мы тоже хостимся в Servers.ru (в Люксембурге, по-моему). На вопрос разрабу «А у нас даунтаймы были?» ответ «Не помню».

Даунтаймы с предыдущими хостерами помню. Даже я, не только разработчик.

Отзыв Калинова и других можно увидеть тут:
https://www.facebook.com/kosyan/posts/10208657896434359

**фрилансер**                                                       29 января 2016 в 15:21

чето ЗП там не слишком высокие:
http://www.linux.org.ru/forum/job/12251308

**Юрий Синодов** › **фрилансер** контекст                          31 января 2016 в 13:01

Насколько я понял, сейчас они повыше.
Точнее не скажу, ибо я не настоящий админ.

### Важное

- У «Сбербанка» снова рухнули платежи по картам, в 2017 банк падает регулярно 💬 6
- Источники «Трушеринга»: «Яндекс» запустит гибрид «каршеринг-такси» в декабре 💬 1
- Сервисы Mail.ru Group заняли три места в рейтинге самых скачиваемых приложений для Android 💬 2
- Источники РБК: Экс-глава «Одноклассников» Илья Широков оказался основателем маркетплейса Joom 💬 4
- Яндекс.Такси застраховали всех российских пассажиров и водителя — на 2 млн. рублей каждого

### Обсуждаемое

- Антицензурный VPN в Opera перестал работать для россиян? (+ не совсем перестал) 💬 38
- Кадры: В сервис рекомендаций игр RAWG.io перешли бывший топ-менеджер "Связного" и главный редактор "Роем!" 💬 34
- Сколько времени можно не пользоваться SIM-картой и её не отключат у МТС, Мегафона, Билайна, Tele2 и Yota? 💬 16
- Глава РКН пообещал не запускать цензуру как в Китае: «У них премодерация, у нас постмодерация» 💬 12
- Налоговые льготы для ИТ-компаний, 5 методов экономии 💬 9


Криптобиржу Coinbase заставят раскрыть доходы инвесторов американской налоговой службе

По решению суда налоговой службе США будут переданы персональные данные 14 000 инвесторов, включая имена, даты рождения и адреса, а также данные об операциях с криптовалютами


Созданный российскими разработчиками поисковик на базе блокчейна собрал $25,5 млн 💬 1

BitClave противопоставляет себя глобальным компаниям вроде Google, которые собирают данные пользователей не спрашивая их согласия


Мартынов (Ethereum): 60% разработчиков блокчейна — русскоязычные, склонные к моментальной смене стран проживания 💬 4

Как только ключевые девелоперы чувствуют малейшую шаткость позиций блокчейна, сразу же отправляются в страну, где криптоэкономику воспринимают на ура


«Новые облачные технологии» получили в акционеры знакомого Путина

Ранее миноритарные пакеты в компании купили бывший вице-президент «Роснефти» Томас Нидаль и бывший топ-менеджер «Ростеха» Василий Цупрак

Все новости    Подсказать ссылку

### Прямой эфир 🔊

- **Valeratal No** — Филипп Купин (DiPHOST): фильтрация Рунета Роскомнадзором используется для выяснения отношений и конкурентной борьбы 💬 6
- **stroginovxx@mail.ru** — Глава РКН пообещал не запускать цензуру как в Китае: «У них премодерация, у нас постмодерация» 💬 12
- **stroginovxx@mail.ru** — Сервисы Mail.ru Group заняли три места в рейтинге самых скачиваемых приложений для Android 💬 2

- **Crio** — «Авторы кода» Facebook братья Уинклвоссы снова слишком опередили время и заработали на биткоине лишь $1 миллиард 💬 7
- **Глеб Суворов**, https://telegram.me/itsocial — Антицензурный VPN в Opera перестал работать для россиян? (+ не совсем перестал) 💬 38
- **Herbonit** — Налоговые льготы для ИТ-компаний, 5 методов экономии 💬 9

- **stroginovxx@mail.ru** — МВД пресекло деятельность незаконного сотового оператора, работавшего несколько лет 💬 7
- **stroginovxx@mail.ru** — У «Сбербанка» снова рухнули платежи по картам, в 2017 банк падает регулярно 💬 6
- **Rulims**, rulims.ru — Источники «Трушеринга»: «Яндекс» запустит гибрид «каршеринг-такси» в декабре 💬 1

### Лучшее за неделю

- Российский оператор компании BlaBlaCar попытается снять запрет на публикации сервиса 💬 5
- Совбез попросил идентифицировать «танкистов», других онлайн-игроков и обитателей соцсетей 💬 12
- Березкин приготовился продать госорганам и корпоратам боливийские смартфоны на Sailfish OS RUS 💬 1

---

© ООО хРоем, 2007–2017.                Купить рекламу                Хостинг: servers.com
Роем.ru в социальных сетях: 🐦 f G+ VK 🔊    Сети, теорию в LifeTri    Защита от DDOS: Qrator



Target

PG01

Alexey Gubarev launches Servers.ru hosting in Russia

January 28, 2016 at 16:42

Servers.ru

Promo

The prices for renting dedicated servers in Moscow start from 8900 rubles per month (about $115, for the configuration with IntelXeon E3-1231v3, 32GB of memory and 2 disks 5ATA 2 Tb), VP5 in the cloud - to 500 rubles per month (about $ 6.50). Traffic connection with a bandwidth up to gigabit is free. For an additional fee, the speed can be increased up to 406 GB. In its prices, the company follows the costs of the premium 5MB market segment.

Servers in different company DCs (apart from Moscow, Dallas, Amsterdam and Luxembourg ) may be combined into one network, Russian customers pay for services of foreign DCs at an exchange rate as of the first day of the month. Russian-language technical support resolves hosting issues on any technical site.

According to Alexey Gubarev, the company's first Moscow data center is contracted "almost completely", and by the end of 2016 plans to launch sites in Singapore and India.

PG02

[Quick search; Servers, Alexey Gubarev, Data Centers, Launch, Ruble exchange rate, Russia, Hosting,

P-F000119



September 20, 2018

## CERTIFICATE OF ACCURACY

To whom it may concern:

The document Webpage codes P-F000119 - P-F000121 was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from **Russian** into **English** to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Account Manager

Project ID: 167969



66 West Flagler St. Suite 1200.
Miami, FL 33130
www.trustedtranslations.com

Phone: (877) 255-0717
Fax: (888) 883-6408
sales@trustedtranslations.com