# Exhibit 59



**Алексей Губарев**

CEO  

P-F000028



EXHIBIT _30_
WIT _Nikolay Dvas_
DATE _May 17, 2018_
BRENDA MATZOV CA CSR 9243

CEO 

## Кто мы?

**servers.ru** — первый между-
народный хостинг провайдер
с дата-центром на территории
России









servers.ru

# Дата-центры

Храните данные там,
где они должны быть

| Даллас | Люксембург | Амстердам | Москва | Сингапур |
|---|---|---|---|---|
| SSAE 16 сертификация | Tier IV сертификация | Tier III сертификация | Tier III сертификация | **Запуск в 2016 г.** |
| ISO 9001:2008 | ISO 9001:2008 | ISO 9001:2008 | ISO 9001:2008 | |
| ISO 27001:2013 | ISO 27001:2013 | ISO 27001:2013 | ISO 27001:2013 | Хайдерабад |
| PCI DSS | PCI DSS | PCI DSS | PCI DSS | **Запуск в 2016 г.** |

servers.ru

# Надежные инфраструктурные партнеры

Ведущие магистральные
интернет провайдеры
соединяют наши дата-

P-F000030

# Надёжные инфраструктурные партнёры

**Ведущие магистральные интернет провайдеры соединяют наши дата-центры с вашими клиентами в любой точке Земли**



  

📇 servers.ru

# Современное сетевое оборудование

BROCADE

Маршрутизаторы Brocade позволяют нам использовать передовые сетевые решения

▲ Программно управляемая сеть
▲ L3 IP фабрика



P-F000031

▲ L3 IP фабрика



 servers.ru

## Самое мощное
## железо в России

Серверы Dell 13 поколения
во всех дата-центрах

Надежные, мощные
и требующие минимум
обслуживания



servers.ru

## Самая быстрая сеть в России

| servers.ru | Обычный хостинг провайдер |
| --- | --- |

P-F000032

# Самая быстрая сеть в России

| | ≣ servers.ru | Обычный хостинг провайдер |
|---|---|---|
| ▲ Максимальная скорость | **40 Гбит/с** | 1 Гбит/с |
| ▲ Подключение | **Бесплатно на скорости 1 Гбит/с** | Скорость 100 Мбит/с |
| ▲ Трафик | **Безлимитный** | Ограничения трафика |

≣ servers.ru

# Нетарифицируемая приватная сеть

▲ Прямое соединение между Москвой, Далласом, Амстердамом и Хайдерабадом

▲ Изоляция внутреннего трафика на аппаратном уровне

▲ Возможность объединить выделенные и облачные серверы в гибридную платформу за 1 клик

P-F000033

трафика на аппаратном уровне

- ▲ Возможность объединить выделенные и облачные серверы в гибридную платформу за 1 клик

Singapore

servers.ru

# Дублирование всех критических узлов



Доступность
## 99,997%

servers.ru

# Безопасная инфраструктура

- ▲ Трафик изолирован на аппаратном



# Безопасная инфраструктура

- ▲ Трафик изолирован на аппаратном и программном уровне
- ▲ Двухфакторная аутентификация



# Развертывание за 40 минут

Никаких звонков – несколько кликов и ваш выделенный сервер готов к работе



P-F000035

кликов и ваш выделенный
сервер готов к работе





■ servers.ru

## Встроенные проверки работоспособности

- ▲ HTTP, TCP, ICMP
- ▲ E-mail и SMS уведомления
- ▲ Автоматическое переключение DNS

■ servers.ru

# Свободная от рутины служба поддержки

P-F000036

## Свободная от рутины служба поддержки

▲ Только обработка тикетов
▲ Русскоязычный саппорт во всех локациях



## Умные сервисы

Мы постоянно внедряем новые сервисы, чтобы сделать наши услуги лучше, а жизнь клиентов – проще

VNC-консоль прямо в браузере

Репликация данных между ДЦ в 1 клик

Отказо-устойчивый DNS

P-F000037

сделать наши услуги лучше, а жизнь клиентов — проще

браузере    дц в Гюлик

Отказо-устойчивый DNS

servers.ru

# Цены

### Выделенные серверы

▲ От 8900 ₽

▲ Бесплатный безлимитный 1Гбит/с

▲ Развертывание за 40 минут



### Облачные серверы

▲ Цены от 500 ₽

▲ Только SSD



Выделенные и облачные серверы в одной физической сети

servers.ru

# Оплата мощностей за границей

P-F000038

# Оплата мощностей за границей

A. Оплата в рублях по курсу
на день покупки

B. Цены за мощности в Европе
пересчитываются из Евро

C. Цены за мощности в Америке
считаются в долларах





P-F000039



P-F000040

P-F000041

P-F000042

P-F000043

P-F000044

P-F000045

Target

PG01

Servers.ru

Alexey Gubarev

P-F000028

PG02

CEO

Who are we?

Servers.ru is the first international hosting provider with a data center in Russia

P-F000029

PG03

Data centers

Storing data where it should be

Dallas

SSAE 15 certification

ISO

ISO 27001: 2013

PCI DSS

Saint Petersburg

Tier IV certification

ISO 9001: 2008

ISO 27001 2013

PCI DSS

Moscow

Tier III certification

ISO 9001: 2008

ISO 27001.2013

PCI DSS

Singapore

Launch in 201.

Hyderabad

Launch in 201.

P-F000030

PG04

Reliable infrastructure partners

Leading Internet providers connect our data centers to your customers anywhere in the world

Modern network equipment

Our routers allow us to use advanced network solutions

- [ ] Software-controlled network

- [ ] L3 IP factory

P-F000031

PG04

The most powerful hardware in Russia

13th generation Dell servers in all data centers

Reliable, powerful and requiring minimum maintenance

The fastest network in Russia

P-F000032

PG06

Conventional hosting provider

Maximum speed

Connectivity

Traffic

40 Gbit/s

Free at 1 Gb/s

Unlimited

1 Gbit/s

Speed 100 Mbit/s

Traffic restrictions

Uncharged private network

☐      Direct connection between Moscow, Dallas, Amsterdam and Hyderabad

☐      Isolation of internal traffic at the hardware level

☐      The ability to combine dedicated and cloud servers into a hybrid platform with 1 click

P-F000033

PG07

Redundancy of all critical nodes

Availability

99,997%

P-F000034

PG08

Secure infrastructure

☐      Traffic is isolated at the hardware and software level

☐      Two-factor authentication

Deployment in 40 minutes

No calls - a few clicks and your dedicated server is ready to go

P-F000035

PG09

Built-in performance checks

☐      HTTP, TCP, ICP

☐      E-mail and SMS notifications

☐      Automatic DNS switching

P-F000036

PG10

Support service free from routine operations

☐      Only ticket processing

☐      Russian support in all locations

Good afternoon! Can I get 10 IP in addition to 64 assigned? Server webs 844

Hello, Dibble № 10. Sincerely, yoursve.g.

Smart Services

We are constantly introducing new services to make our services better, and the lives of our customers - more comfortable

VIChS-console in  browser

Failover DNS

Data replication between DC with 1 click

P-F000037

PG11

Price list

Dedicated Servers

☐      Starting from 8900 RUBLES

☐      Free unlimited 1 Gb/s

☐      Deployment in 40 minutes

Cloud Servers

☐      Prices from 500 RUBLES

☐      Only 350

Other and Cloud servers in one physical network

P-F000038

PG12

Paying for foreign capacities

A.      Payment in rubles at the exchange rate on the day of purchase

B.      Prices for capacities in Europe are recalculated from Euros

C.      Prices for capacities in the US are calculated in dollars

P-F000039

PG13

Thank you!

Contacts

+7 (495) 748-79-57

sales@servers.ru

P-F000040



September 20, 2018

## CERTIFICATE OF ACCURACY

To whom it may concern:

The document Screenshots codes P-F000028 - P-F000045 was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from **Russian** into **English** to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Account Manager

Project ID: 167969



---

66 West Flagler St. Suite 1200.
Miami, FL 33130
*www.trustedtranslations.com*

Phone: (877) 255-0717
Fax: (888) 883-6408
*sales@trustedtranslations.com*