# Exhibit 60

**РИФ+КИБ 2016**

(/)

Функционирует при финансовой поддержке Федерального агентства по печати и массовым коммуникациям

# Открытие Форума

Начало: 13 Апреля в 10:00

📍 Зал 1

ANALYTICS

Главный аналитический доклад Форума, агрегирующий все знания о состоянии развития Рунета в 2016 году.

Аналитика и главные цифры. Выводы и прогнозы. Динамика развития Рунета.

Структура доклада "Рунет сегодня": ЛЮДИ, КОМПАНИИ, ГОСУДАРСТВО, ДЕНЬГИ, КРИЗИС, ИНФРАСТРУКТУРА, ТЕХНОЛОГИИ, ИНТЕРНЕТ+.

Традиционно открывающий доклад РИФа – задает тренды развития Рунета и его прогнозы его развития на ближайшее будущее.

## Организаторы и ведущие

**Сергей Плуготаренко (https://runet-id.com/337/)**

РАЭК

Открытие Форума

Презентация 📄 (/program/download.php?sectionId=3070&reportId=14353)

EXHIBIT 33
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

**Андрей Зотов (https://runet-id.com/3271/)**

ADJ Consulting

РИФу – 20 лет

## Докладчики

**Николай Никифоров (https://runet-id.com/120738/)**

Министерство связи и массовых коммуникаций Российской Федерации

Официальное приветствие участников и организаторов РИФ+КИБ 2016

**Леонид Левин (https://runet-id.com/192222/)**

Государственная Дума РФ

Приветствие и короткое выступление

**Наталья Сергунина (https://runet-id.com/469224/)**

Правительство Москвы

Развитие информационных технологий и инновационных проектов в Москве

### Герман Клименко (https://runet-id.com/7451/)

Администрация Президента РФ

ИРИ – Институт Развития Рунета: основные проекты и продукты 2015-2016. Приглашение к сотрудничеству и экспертизе

### Сергей Плуготаренко (https://runet-id.com/337/)

РАЭК

"20-летие РИФа – это круто!" или Главный аналитический доклад "Рунет сегодня: Цифры. События. Тренды"

Презентация (/program/download.php?sectionId=3070&reportId=14849)

### Руслан Тагиев (https://runet-id.com/7325/)

Mediascope

Аудитория интернета в России

Презентация (/program/download.php?sectionId=3070&reportId=14546)

### Павел Алёшин (https://runet-id.com/30196/)

ИП Алёшин

E-commerce: куда идут клиенты

Презентация (/program/download.php?sectionId=3070&reportId=14548)

### Кирилл Варламов (https://runet-id.com/169000/)

Фонд развития интернет-инициатив

Киберпреступность: потери российской экономики. Тренды. Перспективы. Рекомендации

### Сергей Негодяев (https://runet-id.com/96830/)

ФРИИ

Киберпреступность в России: влияние на экономику и инновации. Рекомендации по противостоянию современным угрозам

Презентация (/program/download.php?sectionId=3070&reportId=14853)

### Владимир Малюгин (https://runet-id.com/6229/)

PayU

Что, кроме нефти, мы продаём за рубеж, кому и в каких объёмах: данные PayPal

Презентация (/program/download.php?sectionId=3070&reportId=14549)

### Андрей Воробьев (https://runet-id.com/663/)

Координационный центр национального домена сети Интернет

22 года вместе с доменом RU

### Андрей Кузьмичев (https://runet-id.com/53502/)

RU-CENTER

Индустрия доменов: эволюция и революция

Алексей Губарев (https://runet-id.com/115895/)

servers.ru

Тренды в инфраструктуре глобального и российского интернета

Презентация (/program/download.php?sectionId=3070&reportId=14852)

⊞ ВЕРНУТЬСЯ К ПРОГРАММЕ (/PROGRAM)

Target

PG01

Opening the Forum

RIF + CIB 2016

Financed by the Federal Agency for the Press and Mass Communications

Opening the Forum

Began on: April 13 at 10:00

Hall 1

ANALYTICS

The main analytical report of the Forum collected all knowledge on the development of Runet in 2016.

Analytics and main figures. Conclusions and forecasts. Dynamics of the development of Runet.

"Runet Today" report structure: PEOPLE, COMPANIES, STATE, MONEY, CRISIS, INFRASTRUCTURE, TECHNOLOGY, INTERNET+.

Traditionally, the RIF'S opening report sets the trends for Runet development and forecasts its development in the near future.

Organizers and hosts

Sergei Plugotarenko (И«рз://гиnel- icI.coт/337/)

RAEC

Opening the Forum

Presentation (?) (/proдгат/ciovvпioaci.pЬp2 зесЛоп1с1=3070&рероrЛ 6=14353)

EXIBIT 33

WIT NIKOLAY DVAS

DATE MAY 17 2018

BRENDA MATZOV CA CSR 9243

http://2016.russianinternetforum.ru/program/3070

PG02

Opening the Forum

Andrey Zotov (https://runet-id.com/3271/)

ADJ Consulting

RIF is 20 years old

Speakers

Nikolay Nikiforov (https://runet-id.com/120738/)

Ministry of Communications and Mass Media of the Russian Federation

Official greeting of the 2016 RIF + CIB participants and organizers

Leonid Levin (https://runet-id.com/192222/)

State Duma of the Russian Federation, greeting and a short speech

Natalia Sergunina (https://runet-id.com/469224/)

The Government of Moscow

Development of Information Technologies and Innovative Projects in Moscow

http://2016.russianinternetforum.ru/program/3070

PG03

Opening the Forum

Herman Klimenko (https://runet-id.com/7451/)

Administration of the President of the Russian Federation

RDI - RuNet Development Institute: Main Projects and Products 2015-2016. Invitation to cooperate and provide expertise

Sergey Plugotarenko (https://runet-id.com/337/)

RAEC

"The 20th Anniversary of RIF is Cool!" or the main analytical report "Runet Today: People. Events. Trends"

Presentation 0 (/продгат/clovvпIoacI.рИр? зесIioпIcI=3070&repor1IcI = 14849)

Ruslan Tagiyev (https://runet-id.com/7325/)

Media Scope

Internet Audience in Russia

Presentation [?| (/продгат/сіоvvпіоасі.ріір? зес*іопІсі=3070&репогІІсІ=14546)


Pavel Alyoshin (https://runet-id.com/30196/)

IE Alyoshin

E-commerce: Where Customers Are Going

Presentation [?) (/продгат/сІоvvпІоасІ.рНр? зес1іопісі=3070&репог1:іс1 = 14548)


Kirill Varlamov (https://runet-id.com/169000/)

FUND for the Development of Internet Initiatives

http://2016.russianinternetforum.ru/program/3070

PG04

Opening the Forum

Cybercrime: Losses of the Russian Economy. Trends. Prospects. Recommendations


Sergey Negodyaev (https://runet-id.com/96830/)

FDII

Cybercrime in Russia: Impact on the Economy and Innovation. Recommendations for Addressing Modern Threats

Presentation 0 (/program/download.php? section I d=3070&reportld = 14853)


Vladimir Malyugin (https://runet-id.com/6229/)

RauI

WHAT Do We Sell Abroad Apart from Oil, To Whom and In What Amounts: PayPaI Data

Presentation [?)(/program/download.php? sectionld=3070&reportld = 14549)


Andrei Vorobyov (https://runet-id.com/663/)

Coordination Center of the Internet National Domain

22 Years Together with Pii Domain

Andrey Kuzmichov (https://runet-id.com/53502/)

RU-CENTER

Domain Industry: Evolution and Revolution

http://2016.russianinternetforum.ru/program/3070

PG05

Opening the Forum

Alexey Gubarev (https://runet-id.com/115895/)

servers.ru

Trends in the Infrastructure of the Global and Russian Internet

Presentation ® (/program/download.php? sectionld=3070&reportld=14852)

RETURN TO THE PROGRAM (/SESSIONS)

http://2016.russianinternetforum.ru/program/3070

September 20, 2018

## CERTIFICATE OF ACCURACY

To whom it may concern:

The document Excerpt from website url http://2016.russianinternetforum.ru/program/3070 was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from **Russian** into **English** to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Account Manager

Project ID: 167969



66 West Flagler St. Suite 1200.
Miami, FL 33130
www.trustedtranslations.com

Phone: (877) 255-0717
Fax: (888) 883-6408
sales@trustedtranslations.com