# Exhibit 61

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Checking in
**From:** Olga Galkina <galkina@servers.com>
**Date:** 4/11/2016 10:42 PM
**To:** "Dolan, Charles" <charles.dolan@kglobal.com>

Dear Charles,

With all my deepest respect please accept my apologies for this delay, it is really not about me to act like that, but when you get older, jet lug hits you real hard.
And, when I had just arrived, I had to organize our partnership here,
http://2016.russianinternetforum.ru/program/3070

It is the biggest Russian Internet-event, and please see the final line there)

And, the proposal is very nice, now our CEO and COO are checking it and will give me their comments today (now they are on the plane to Moscow), so I will send their comments ASAP.

And you are always very welcome in Limassol.

On the Moscow story I can write back a little bit later.

Really I was very impressed with the level of your professionalism and skills, for me it was like a 3rd grader from the math school to see the professor from MIT,

Best regards,
Olga

> 11 апр. 2016 г., в 16:55, Dolan, Charles <charles.dolan@kglobal.com> написал(а):
>
> Dear Olga:
>
> Just checking back to make sure you have received the plan and that it is not going into your junk mail file. Please let me know if you have any comments on the proposed plan. I look forward to hearing back from you.
>
> Best,
>
> Chuck



EXHIBIT 32
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001256

Case 0:17-cv-60426-UU   Document 225-38   Entered on FLSD Docket 10/01/2018   Page 3 of 3

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

charles h. dolan, jr
senior vice-president

**kglobal**
connecting issues + brands to passionate advocates

202-445-0422
http://kglobal.com/charles-dolan

P-P001257