# Exhibit 62

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Forum
**From:** Olga Galkina <galkina@servers.com>
**Date:** 6/12/2016 10:02 PM
**To:** "Dolan, Charles" <charles.dolan@kglobal.com>

Dear Charles,

as we spoke, Mr Gubarev has the approve to participate in this panel session during Saint-Petersburg International Economic Forum
http://www.forumspb.com/ru/2016/sections/62/materials/309/sessions/1380#!

This is about cybersecurity. The question is that his name is still not on the website. Mr Klimenko told, that he anyway will give Mr Gubarev a possibility to speak, but we'd like to have his name there on website, too.

The second thing is about media coverage. I need to be there and organize it all, we already have a possibility to make 8 min LIVE on one of federal channels, but again I need to be there to somehow conduct it all. So, I want to ask you about the possibility to have the badges for all days for 2 persons, I will provide the details when needed.

Thank you and best regards,
Olga



EXHIBIT 34
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001294