# Exhibit 63



# ABOUT THE FORUM

| | |
|---|---|
| **Russian (/en/about/?lang=ru)** | **English (/en/about/?lang=en)** |
| **Français (/en/about/?lang=fr)** | **Español (/en/about/?lang=sp)** |
| **Deutsch (/en/about/?lang=ger)** | **Português (/en/about/?lang=por)** |
| **Italiano (/en/about/?lang=it)** | **العربية (/en/about/?lang=arab)** |
| **中文 (/en/about/?lang=ch)** | **日本語 (/en/about/?lang=jap)** |
| **한국어 (/en/about/?lang=kor)** | **हिंदी (/en/about/?lang=hin)** |

**St. Petersburg International Economic Forum (SPIEF)**

About the Forum

The St. Petersburg International Economic Forum (SPIEF) is a unique event in the world of business and economics. SPIEF has been held since 1997, and since 2006, it has been held under the auspices of the President of the Russian Federation, who has also attended each event.

Over the last 20 years, the Forum has become a leading global platform for members of the business community to meet and discuss the key economic issues facing Russia, emerging markets, and the world as a whole.

## Forum venue

ExpoForum is a modern convention and exhibition centre that meets the standards of the Global Association of the Exhibition Industry (UFI).

For more information on the Forum venue, see the Forum venue (https://www.forumspb.com/en/about/forum-venue/) section of our website. For detailed information about the geography, history, and key landmarks of St. Petersburg, see the About St. Petersburg (https://www.forumspb.com/en/o-sankt-peterburge/) section of our website.

## Forum organizers

**Forum Organizing Committee**

For a full list of SPIEF 2018 Organizing Committee members, see the Organizing Committee (https://www.forumspb.com/en/organizatsionnyy-komitet/) section of our website.

**The Roscongress Foundation is a socially oriented non-financial development institution and a major organizer of international conventions, exhibitions, and public events.**

The Roscongress Foundation (http://roscongress.org/en/) was founded in 2007 with the aim of facilitating the development of Russia's economic potential and strengthening the country's image by organizing international conventions, exhibitions, and public events. The Foundation develops substantive content for such events, providing companies and organizations with advice, information, and expert guidance, and offering comprehensive evaluation, analysis, and coverage of the Russian and global economic agendas. It offers administrative services and promotional support for business projects and helps to attract investment, including in the form of public-private partnerships.

Today, its annual programme includes events held from Montevideo to Vladivostok, offering an opportunity to bring together global business leaders, experts, the media, and government officials in one place, creating favourable conditions for dialogue and the promotion of new ideas and projects, and assisting in the creation of social enterprise and charity projects.

You can find out about other Roscongress Foundation events here (http://roscongress.org/en#15112017).

## Unique opportunities at SPIEF

– **An effective platform for business communication:** meetings with colleagues, partners, experts, world business leaders, internationally recognized political figures, and leaders in science, culture, and the media. The Forum venue offers participants a range of special services, including a business networking platform, networking areas, foreign country lounges, the SPIEF Investment & Business Expo, themed lounge areas, and meeting rooms.

– **Conversations to make a difference:** meetings with high-ranking Russian and international leaders, government representatives, and members of foreign delegations, including from BRICS, SCO and CIS countries. The fundamental issues and trends affecting Russia, emerging economies, and the whole world are identified, analysed, and publicized.

– **Exchange of experience and expertise:** showcasing and fostering business opportunities, creating new trends through innovative approaches, and information on cutting-edge technologies.

– **Media promotion:** attendance of Russian and foreign media companies, television link-ups from leading global TV companies for the entire duration of the event, and the opportunity to organize a press conference at the Forum venue.

– **Extensive cultural programme:** additional events allowing more informal networking. Forum participants and guests have the chance to visit Russia's cultural capital in May, just before the unique White Nights season, see top theatrical productions from St. Petersburg's theatres (which have been specially timed to coincide with SPIEF), and attend charity events.

– **Sporting programme:** the chance to be a spectator and attend sports tournaments, corporate games, football and hockey matches, and to forge new contacts in an atmosphere of sporting camaraderie and informal networks.

– **Investment consulting and assistance with business projects:** this service has been specially designed by the Roscongress Foundation to provide foreign companies with advice on developing and supporting their business projects in Russia and the CIS. For more information

about the service, see Investment Promotion (https://www.forumspb.com/en/prodvizhenie-biznes-proektov/business/) section of our website.

## Participation packages

St. Petersburg International Economic Forum 2018 participants will be able to choose from two participation packages:

**Premium Package**

- access to all events on the SPIEF business programme (except invitation-only events)
- participation in the plenary session
- access to all events on the SPIEF cultural and sporting programmes (except invitation-only events)
- a set of SPIEF Premium Package handout materials

**Standard Package**

- participation in all events on the SPIEF business programme (excluding the plenary session and invitation-only events)
- no access to the plenary session
- participation in some SPIEF cultural and sporting programme events
- a set of SPIEF Standard Package handout materials

*You will find more detailed information on SPIEF 2018 participant packages and fees in the Participants* (https://www.forumspb.com/en/uchastniki/usloviya-uchastiya/) *section of the Forum website.*

## Become a SPIEF partner

Legal entities and individuals registered in the Russian Federation or abroad who have contributed to the organization and preparation of the St. Petersburg International Economic Forum are eligible to become SPIEF partners. This contribution may take the form of material, financial, technical, or

other support, by agreement with the Forum organizers and in accordance with the terms of a signed agreement.

If you are interested in becoming a partner of the St. Petersburg International Economic Forum, please send an email to partners@roscongress.org (mailto:partners@roscongress.org) or fill in an application form in the Become a partner (https://www.forumspb.com/en/partners/become-a-partner/) section of our website.

## SPIEF Investment & Business Expo

The St. Petersburg International Economic Forum will host the SPIEF Investment & Business Expo – a unique space for creating constructive dialogue, seeking solutions, joining forces, and sharing experience among Forum participants.

The exhibition will run throughout the Forum, and will be open to all participants.

*For more detailed information on the SPIEF Expo, see the Exhibition* (https://www.forumspb.com/en/vystavka-pmef/) *section of the website.*

## SPIEF events

Each year, a series of major regional events, business forums, and meetings between members of the business community is held as part of efforts to promote the St. Petersburg International Economic Forum.

The Roscongress Foundation holds a series of events in Russia and abroad, including *Russia's Regions: New Areas of Growth* (a joint project with the Russian Export Center and the Agency for Strategic Initiatives, with the support of EY and the Foreign Investment Advisory Council), and SPIEF off-site sessions aimed at supporting continuous cooperation between Russian and foreign officials, and the business and scientific communities. SPIEF off-site sessions have been held in Seoul (South Korea), Tokyo (Japan), New Deli (India), Montevideo (Uruguay), and in Stuttgart and at the Hanover Fair (Germany).

*For more detailed information about SPIEF off-site events, see the SPIEF Events* (https://www.forumspb.com/en/meropriyatiya-pmef/) *section.*

Alongside SPIEF off-site events, the Roscongress Foundation organizes a number of its own forums abroad. An up-to-date calendar of the Foundation's events in Russia and abroad is available on the official Roscongress website roscongress.org (http://roscongress.org/en/).

## Contact information

Should you have any questions regarding participation in SPIEF, or require additional information about partner packages and opportunities for participation in the Forum's events, please contact the Roscongress Foundation (http://roscongress.org/en#22012018).

12, Krasnopresnenskaya Naberezhnaya, Moscow, 123610, Russia
88A, Sredny Prospekt, V.O., St. Petersburg, 199106, Russia

Tel.: +7 (812) 680 0000
Fax: +7 (812) 680 0034
Email: info@forumspb.com (mailto:info@forumspb.com)

(https://www.facebook.com/SPIEF) (https://www.instagram.com/forumspbru/)
(https://twitter.com/SPIEF) (https://www.youtube.com/user/TheSpbForum)

(http://roscongress.org/en/#01062017)

+7 (812) 680 0000    +7 (812) 640 0050

info@forumspb.com (mailto:info@forumspb.com)

© 2007–2018
The Roscongress Foundation

Mass media registration certificate No. FS 77-62977, issued by the Federal Service for Supervision of Communications, Information Technology and Mass Media (Roskomnadzor) on 4 September 2015.

Person in charge: Reut Andrey

Case 0:17-cv-60426-UU Document 225-40 Entered on FLSD Docket 10/01/2018 Page 8 of 8

(HTTPS://ITUNES.APPLE.COM/RU/APP/SPIEF-2017/ID1117461334?L=EN&MT=8)



(HTTPS://PLAY.GOOGLE.COM/STORE/APPS/DETAILS?ID=COM.FORUMSPB.SPIEF2016&H|

  

(https://twitter.com/#!/SPIEF) (https://www.facebook.com/SPIEF) (https://instagram.com/spbforum) (https://www.youtube.com/user/TheSpbForum)