# Exhibit 65

**servers.com**

**Servers.com INC**
**Registered Address:**
2711 Centerville Rd, Ste 400,
Wilmington, New Castle,
Delaware 19808, USA

**Registration No:** 2589838
**Phone:** +1 888 339 56 05
**e-mail:** info@servers.com
**www.servers.com**



Ketchum, Inc.
1285 Avenue of the Americas
Fourth Floor
New York, NY 10019

To Whom it May Concern,

Servers.com is a global hosting Company, the part of XBT Holding established in 2005. XBT was founded to satisfy the growing demand for high-quality hosting solutions. The experience and expertise gathered over the years of cooperation with different industries helped us understand the way hosting is delivered. At this point we're growing in EMEA and emerging markets due to our good reputation in these regions. In the US, however, we require assistance in building such reputation.

Servers.com has presence on major industry events - the last one was Game Developers Conference (San-Francisco, USA) that attracted more than 26.000 attendees, during which we've established long-term partnership with famous American record producer Scott Storch. We onboard significant customers regurarly; we're capable of creating a content about technology and technological business; our speakers are always available for comments.

The main point for us now is to reach permanent presence in media sources. Our target is to maintain persistent citation level across business media with company news or experts' comments. We'd like to discuss with you our potential partnership and its details: terms, services, conditions and etc. We would appreciate if you could present your proposals with a different price structure and activities intensity to our public relations officer Olga Galkina.

Looking forward for our future collaboration,
Servers.com COO Nick Dvas



EXHIBIT 31
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

CONFIDENTIAL

KGlobal 000547