# Exhibit 66
**REDACTED**