# Exhibit 67

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

**Subject:** Re: Server.com Media Activity Report
**From:** Alexey Gubarev <alex@xbt.com>
**Date:** 9/6/2016 7:03 AM
**To:** "Jahamaliah, Modupeh" <modupeh.jahamaliah@kglobal.com>
**CC:** Nick Dvas <dvas@servers.com>, "Dolan, Charles" <charles.dolan@kglobal.com>, "Malunda, Joe" <joe.malunda@kglobal.com>

What time is a call?
I do not get invite

> On Sep 6, 2016, at 4:59 PM, Jahamaliah, Modupeh <modupeh.jahamaliah@kglobal.com> wrote:
>
> Hello All—
>
> Please find the media activity report for our phone call this morning.
>
> Thanks,
> Modupeh
>
> **modupeh jahamaliah**
> account executive
>
> **kglobal**
> public affairs + public relations
>
> phone: 202.538.5875
> Twitter: @modupehbella
> kglobal.com/modupeh-jahamaliah

—ATT00001.htm—

—Attachments:—

Media Activity Report 090616.docx        365 KB
ATT00001.htm                             323 bytes

EXHIBIT 51
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001456

1 of 1                                   2/20/2018 5:28 PM



# Servers.com Media Activity Report
September 6, 2016

We have reached out to the top technology and business publications and reporters that cover consumer technology, mobile apps, startups Russian startups and companies, entrepreneurs and Venture Capitalism/ investing.

Pitching Alex as a thought leader means longevity- if an editor and reporter is not interested right now, immediately, that does not mean they will not be interested in a week or a month. It is about timing. But, introducing Alex is very important and crucial in building rapport with editors, bringing awareness to Servers.com and establishing Alex as credible and a great resource that can be called upon for his expertise.

These are all critical steps to building the brand, Servers.com

## Media Hits:
Business Insider – 27,074,511 UVM (unique visitors monthly)

Yahoo! Finance - 14,364,622 UVM (unique visitors monthly)

## The Numbers:
- **Total Media Hits:** 2
- **Total Impressions:** 41,439,133

2001 L Street NW | 6th Floor | Washington, DC 20036
hello@kglobal.com | 202.349.7075 | kglobal.com



## In the Pipeline

### App Masters
- Steve Young, founder of App Masters is interested in scheduling a podcast with Aleks. Steve Young covers mobile app and writes for Tech.Co as well.

### Bloomberg
- Ilya Khrennikov conducted the interview and we are waiting on the video feature to be released so that the article can be published. Until the video feature is ready this article will continue to be placed on hold. In the first draft Servers.com is mentioned numerous times along with the technology that powers the servers.

### M.I.T Technology Review
- Tom Simonite expressed interest in learning more about Servers.com, Virool and Alex. We will follow-up to see if we can schedule an interview via phone or email. Tom Simonite is the San Francisco Bureau Chief, covering technology.

### Wall Street Journal:
- Cat Zakrzewski is interested in speaking to Alex. We are working with her to coordinate a time to speak this week. Cat Zakrzewski writes about technology for The Wall Street Journal and Dow Jones VentureWire in San Francisco.

- We also have interested from Laura Mills is the Moscow correspondent for The Wall Street Journal. She is interested in meeting with Alex. We will coordinate that next time he is in Moscow.

### VentureBeat
- Paul Sawers is interested in doing an interview with Alex by sending in questions via email. We are waiting on him to send the questions. Paul Sawers is a London-based technology journalist.

2