Exhibit 70

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Wednesday, July 27, 2016 6:05 PM |
| **To:** | carli.velocci@gizmodo.com |
| **Subject:** | Let's Talk Prisma: The Technology Behind Prisma |

Hey Carli!

I read your article about Now You Can Make Your Selfies More Interesting With Prisma On Android.

I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO of Prisma, Alexey Moiseenkov and the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!


Best,
Mo

**modupeh jahamaliah**
account executive

**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

CONFIDENTIAL

KGlobal 002813

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Wednesday, July 27, 2016 5:56 PM |
| **To:** | ikhrennikov@bloomberg.net |
| **Subject:** | Let's Talk Prisma: The Technology Behind Prisma |

Hey Ilya!

I read your article about Eastern Europe Spawns Another Viral Hit With Prisma Photo App.

I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO of Prisma, Alexey Moiseenkov and the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

**modupeh jahamaliah**
account executive

**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

CONFIDENTIAL                                                                                                          KGlobal 002814

**From:**     Jahamaliah, Modupeh
**Sent:**     Thursday, August 4, 2016 8:02 PM
**To:**       kit@kiteaton.com
**Subject:**  Let's Talk Prisma: The Technology Behind Prisma


Hey Kit!

I read your article about Prisma Adds an Artist's Touch to Photos.

I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO of Prisma, Alexey Moiseenkov and the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.


Let me know your thoughts, and I would love to chat more about this!


Best,
Mo

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

1

CONFIDENTIAL

KGlobal 002893

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Monday, July 25, 2016 10:22 PM |
| **To:** | angela@heavy.com |
| **Subject:** | Let's Talk Prisma: The Technology Behind The NEW Photo App |

Hey Angela!

I noticed you're an entertainment writer at Heavy, and you also cover new trends. I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

CONFIDENTIAL

KGlobal 002705

**From:**      Jahamaliah, Modupeh
**Sent:**      Friday, July 29, 2016 2:50 PM
**To:**        ipozin@gmail.com
**Subject:**   Re: Servers.com Creating More Buzz with Prisma and Other Ventures

Hi Ilya!

I wanted to follow up to gain your interest in speaking to CEO of Servers.com, prime investor in Prisma. Let me know your thoughts!

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

---

**From:** Modupeh Jahamaliah <modupeh.jahamaliah@kglobal.com>
**Date:** Wednesday, July 27, 2016 at 2:20 PM
**To:** "ipozin@gmail.com" <ipozin@gmail.com>
**Subject:** Servers.com Creating More Buzz with Prisma and Other Ventures

Hey Ilya!

I read your article about 18 Tech Companies to Get Excited About. I saw that you ranked Servers.com on that list, and mentioned their Dallas facility. Servers.com has other news I would love to chat with you about.

I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO of Prisma, Alexey Moiseenkov and the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

modupeh jahamaliah

1

account executive

**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

CONFIDENTIAL

KGlobal 002692

**From:** Jahamaliah, Modupeh
**Sent:** Wednesday, August 3, 2016 7:31 PM
**To:** btomaso@dallasnews.com
**Subject:** Global Tech Company Expands Operations in Dallas

Hi Bruce—

Servers.com is expanding their facility in Dallas. They currently provide 12 good-paying tech jobs and plan to increase that substantially this year. Servers.com has recently been recognized by Bloomberg and Tech Times for their investment in and technological support of Prisma, one of the top-rated apps worldwide.

Servers.com is a quality hosting solutions company with cloud servers and cloud storage. Servers.com satisfies the growing global demand for quality hosting solutions, and unlike other hosting solutions, Servers.com provides meaningful customer care that keeps consumers in control.

On **August 5, 2016**, servers.com CTO and co-founder Konstantin Bezruchenko and CFO Mishra Rajech will be available to discuss the tech job market in Dallas, the growth of tech companies in Dallas and Servers.com's growth in the United States. Rajech was previously a long time resident of the Dallas area and continues to have family here. Bezruchenko will be moving to the Dallas area to focus on the company's Texas operations.

Let me know if you are available and I will be more than happy to schedule an interview.

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

CONFIDENTIAL

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Monday, July 25, 2016 10:23 PM |
| **To:** | tmerevick@thrillist.com |
| **Subject:** | Let's Talk Prisma: The Technology Behind The NEW Photo App |

Hey Tony!

I noticed you're an entertainment writer at Heavy, and you also cover new trends. I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

CONFIDENTIAL

KGlobal 002689

**From:**      Jahamaliah, Modupeh
**Sent:**      Wednesday, August 3, 2016 7:35 PM
**To:**        wmcknight@mcknightcg.com
**Subject:**   Global Tech Company Expands Operations in Dallas

Hi William—

Servers.com is expanding their facility in Dallas. They currently provide 12 good-paying tech jobs and plan to increase that substantially this year. Servers.com has recently been recognized by Bloomberg and Tech Times for their investment in and technological support of Prisma, one of the top-rated apps worldwide.

Servers.com is a quality hosting solutions company with cloud servers and cloud storage. Servers.com satisfies the growing global demand for quality hosting solutions, and unlike other hosting solutions, Servers.com provides meaningful customer care that keeps consumers in control.

On **August 5, 2016**, servers.com CTO and co-founder Konstantin Bezruchenko and CFO Mishra Rajech will be available to discuss the tech job market in Dallas, the growth of tech companies in Dallas and Servers.com's growth in the United States. Rajech was previously a long time resident of the Dallas area and continues to have family here.  Bezruchenko will be moving to the Dallas area to focus on the company's Texas operations.

Let me know if you are available and I will be more than happy to schedule an interview.

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

1

CONFIDENTIAL

KGlobal 002671

**From:** Jahamaliah, Modupeh
**Sent:** Monday, July 25, 2016 10:33 PM
**To:** tkoman@hearst.com
**Subject:** Let's Talk Prisma: The Technology Behind The NEW Photo App

Hey Tess!

I noticed you're an associate editor at Cosmo, and you also cover new trends. I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

1

KGlobal 002652

**From:**         Jahamaliah, Modupeh
**Sent:**         Friday, July 29, 2016 3:17 PM
**To:**           nick@htcsource.com
**Subject:**      Servers.com Responds to Prisma Server Capacity Issues


Hey Nick!

I read your article about Prisma's server capacity issues.

I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO of Prisma, Alexey Moiseenkov and the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

1

KGlobal 002640

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Wednesday, July 20, 2016 2:52 PM |
| **To:** | frederic@techcrunch.com |
| **Subject:** | Servers.com Interview with CEO and More |

Hey Frederic!

I read your article about Servers.com Brings Its Bare-Metal Servers To The US! I represent Servers.com, and I wanted to offer up further information from the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

1

KGlobal 002630

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Wednesday, July 20, 2016 2:55 PM |
| **To:** | joshc@techcrunch.com |
| **Subject:** | Let's Talk Prisma: The Technology Behind Prisma |

Hey Josh!

I read your article about Will photo art phenom Prisma raise or get bought? I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

1

CONFIDENTIAL

KGlobal 002628

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Monday, July 25, 2016 10:35 PM |
| **To:** | bbailey@ap.org |
| **Subject:** | Let's Talk Prisma: The Technology Behind The NEW Photo App |

Hey Brandon!

I noticed you have written a number of articles on apps and Pokemon Go, and you specialize in tech business writing.

I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

1

CONFIDENTIAL

**From:**       Jahamaliah, Modupeh
**Sent:**       Friday, July 29, 2016 2:50 PM
**To:**         ikhrennikov@bloomberg.net
**Subject:**    Re: Let's Talk Prisma: The Technology Behind Prisma

Hi Ilya!

I wanted to follow up to gain your interest in speaking to CEO of Servers.com, prime investor in Prisma. Let me know your thoughts!

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

---

**From:** Modupeh Jahamaliah <modupeh.jahamaliah@kglobal.com>
**Date:** Wednesday, July 27, 2016 at 1:56 PM
**To:** "ikhrennikov@bloomberg.net" <ikhrennikov@bloomberg.net>
**Subject:** Let's Talk Prisma: The Technology Behind Prisma

Hey Ilya!
I read your article about Eastern Europe Spawns Another Viral Hit With Prisma Photo App.

I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO of Prisma, Alexey Moiseenkov and the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.
Let me know your thoughts, and I would love to chat more about this!
Best,
Mo

**modupeh jahamaliah**
account executive

**kglobal**
public affairs + public relations

phone: 202.538.5875

1

CONFIDENTIAL
KGlobal 002722

Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

CONFIDENTIAL

KGlobal 002723

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Wednesday, August 3, 2016 2:20 PM |
| **To:** | eschmall@ap.org |
| **Subject:** | Global Tech Company Expands Operations in Dallas |

Hello,

Servers.com is expanding their facility in Dallas. They currently provide 12 good-paying tech jobs and plan to increase that substantially this year. Servers.com has recently been recognized by Bloomberg and Tech Times for their investment in and technological support of Prisma, one of the top-rated apps worldwide.

Servers.com is a quality hosting solutions company with cloud servers and cloud storage. Servers.com satisfies the growing global demand for quality hosting solutions, and unlike other hosting solutions, Servers.com provides meaningful customer care that keeps consumers in control.

On **August 5, 2016**, servers.com CTO and co-founder Konstantin Bezruchenko and CFO Mishra Rajech will be available to discuss the tech job market in Dallas, the growth of tech companies in Dallas and Servers.com's growth in the United States. Rajech was previously a long time resident of the Dallas area and continues to have family here.  Bezruchenko will be moving to the Dallas area to focus on the company's Texas operations.

Let me know if you are available and I will be more than happy to schedule an interview.

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

1

CONFIDENTIAL

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Wednesday, August 3, 2016 2:18 PM |
| **To:** | aptexas@ap.org |
| **Subject:** | Global Tech Company Expands Operations in Dallas |

Hello,

Servers.com is expanding their facility in Dallas. They currently provide 12 good-paying tech jobs and plan to increase that substantially this year. Servers.com has recently been recognized by Bloomberg and Tech Times for their investment in and technological support of Prisma, one of the top-rated apps worldwide.

Servers.com is a quality hosting solutions company with cloud servers and cloud storage. Servers.com satisfies the growing global demand for quality hosting solutions, and unlike other hosting solutions, Servers.com provides meaningful customer care that keeps consumers in control.

On **August 5, 2016**, servers.com CTO and co-founder Konstantin Bezruchenko and CFO Mishra Rajech will be available to discuss the tech job market in Dallas, the growth of tech companies in Dallas and Servers.com's growth in the United States. Rajech was previously a long time resident of the Dallas area and continues to have family here.  Bezruchenko will be moving to the Dallas area to focus on the company's Texas operations.

Let me know if you are available and I will be more than happy to schedule an interview.

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

CONFIDENTIAL

KGlobal 002753

**From:**     Jahamaliah, Modupeh
**Sent:**     Wednesday, August 3, 2016 2:23 PM
**To:**       stephen.young@dallasobserver.com
**Subject:**  Global Tech Company Expands Operations in Dallas

Hey Stephen,

Servers.com is expanding their facility in Dallas. They currently provide 12 good-paying tech jobs and plan to increase that substantially this year. Servers.com has recently been recognized by Bloomberg and Tech Times for their investment in and technological support of Prisma, one of the top-rated apps worldwide.

Servers.com is a quality hosting solutions company with cloud servers and cloud storage. Servers.com satisfies the growing global demand for quality hosting solutions, and unlike other hosting solutions, Servers.com provides meaningful customer care that keeps consumers in control.

On **August 5, 2016**, servers.com CTO and co-founder Konstantin Bezruchenko and CFO Mishra Rajech will be available to discuss the tech job market in Dallas, the growth of tech companies in Dallas and Servers.com's growth in the United States. Rajech was previously a long time resident of the Dallas area and continues to have family here.  Bezruchenko will be moving to the Dallas area to focus on the company's Texas operations.

Let me know if you are available and I will be more than happy to schedule an interview.

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

1

CONFIDENTIAL                                                          KGlobal 002749

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Wednesday, August 3, 2016 7:08 PM |
| **To:** | zac.crain@dmagazine.com |
| **Subject:** | Global Tech Company Expands Operations in Dallas |

Hi Zac—

Servers.com is expanding their facility in Dallas. They currently provide 12 good-paying tech jobs and plan to increase that substantially this year. Servers.com has recently been recognized by Bloomberg and Tech Times for their investment in and technological support of Prisma, one of the top-rated apps worldwide.

Servers.com is a quality hosting solutions company with cloud servers and cloud storage. Servers.com satisfies the growing global demand for quality hosting solutions, and unlike other hosting solutions, Servers.com provides meaningful customer care that keeps consumers in control.

On **August 5, 2016**, servers.com CTO and co-founder Konstantin Bezruchenko and CFO Mishra Rajech will be available to discuss the tech job market in Dallas, the growth of tech companies in Dallas and Servers.com's growth in the United States. Rajech was previously a long time resident of the Dallas area and continues to have family here.  Bezruchenko will be moving to the Dallas area to focus on the company's Texas operations.

Let me know if you are available and I will be more than happy to schedule an interview.

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

1

KGlobal 002727

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Wednesday, August 3, 2016 7:09 PM |
| **To:** | relder@crain.com |
| **Subject:** | Global Tech Company Expands Operations in Dallas |

Hi Robert—

Servers.com is expanding their facility in Dallas. They currently provide 12 good-paying tech jobs and plan to increase that substantially this year. Servers.com has recently been recognized by Bloomberg and Tech Times for their investment in and technological support of Prisma, one of the top-rated apps worldwide.

Servers.com is a quality hosting solutions company with cloud servers and cloud storage. Servers.com satisfies the growing global demand for quality hosting solutions, and unlike other hosting solutions, Servers.com provides meaningful customer care that keeps consumers in control.

On **August 5, 2016**, servers.com CTO and co-founder Konstantin Bezruchenko and CFO Mishra Rajech will be available to discuss the tech job market in Dallas, the growth of tech companies in Dallas and Servers.com's growth in the United States. Rajech was previously a long time resident of the Dallas area and continues to have family here.  Bezruchenko will be moving to the Dallas area to focus on the company's Texas operations.

Let me know if you are available and I will be more than happy to schedule an interview.

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

1

KGlobal 002725