Exhibit 73

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Coverage Report: Business Insider
**From:** Alexey Gubarev <alex@xbt.com>
**Date:** "8/10/2016 8:55 PM
**To:** "Dolan, Charles" <charles.dolan@kglobal.com>
**CC:** "Jahamaliah, Modupeh" <modupeh.jahamaliah@kglobal.com>, Nick Dvas <dvas@servers.com>, Aleksei Trankov <trankov@servers.com>, "Rajesh Kumar Mishra" <rajesh.v.mishra@gmail.com>, Konstantin Bezruchenko <bk@xbt.com>, "Malunda, Joe" <joe.malunda@kglobal.com>, "Parman, George" <george.parman@kglobal.com>

Thanks All.

> On Aug 10, 2016, at 11:11 PM, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>
> Kglobal team – please be sure and include our colleagues  -  Alex Trankov, Raj and BK.
>
> Thanks!
>
> Chuck
>
> --
>
> charles h. dolan, jr
> senior vice-president
>
> **kglobal**
> connecting issues + brands to passionate advocates
>
> 202-445-0422
> http://kglobal.com/charles-dolan

EXHIBIT 47
WIT *Nikolay Dvas*
DATE *May 17, 2018*
BRENDA MATZOV CA CSR 9243

> **From:** "Jahamaliah, Modupeh" <modupeh.jahamaliah@kglobal.com>
> **Date:** Wednesday, August 10, 2016 at 3:14 PM
> **To:** Alexey Gubarev <alex@xbt.com>, Nick Dvas <dvas@servers.com>
> **Cc:** Charles Dolan <charles.dolan@kglobal.com>, "Malunda, Joe" <joe.malunda@kglobal.com>, "Parman, George" <george.parman@kglobal.com>
> **Subject:** Coverage Report: Business Insider
>
> Hello All—
>
> **Business Insider**, an influential blog read by over **27.4M** users per month, published a long and in-depth article after an interview with Aleksej Gubarev. The article includes comments from Aleksej and Prisma's CEO Alexey Moiseenkov.
>
> Here is the link to the article: The CEO of the summer's hottest photography app says trippy filters are 'just the beginning'. We'll be sure to keep you all updated on any and all progress we continue to make.
>
> Best,

P-P001436

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Mo

**modupeh jahamaliah**
account executive

**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

P-P001437

2/20/2018 5:29 PM