# Exhibit 77

**From:** Jahamaliah, Modupeh
**Sent:** Tuesday, October 18, 2016 1:06 PM
**To:** Alexey Gubarev;Nick Dvas
**Cc:** Darya Tkachenko;Dolan, Charles;Malunda, Joe
**Subject:** FW: App Masters episode is live!

Hello All—

Wanted to inform you that the App Masters episode is live. You may find the interview below. It's a phenomenal interview. Congrats, Alex!
Let me know if you have any questions!

http://www.appmasters.co/servers-aleksej-gubarev/

Best,
Mo

**modupeh jahamaliah**
account executive

kglobal
public affairs · public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah



EXHIBIT 53
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

1

CONFIDENTIAL                                                                                                   KGlobal 002151