# Exhibit 80

**From:** Jahamaliah, Modupeh
**Sent:** Wednesday, November 2, 2016 3:06 PM
**To:** Alexey Gubarev
**Cc:** Nick Dvas;Dolan, Charles;Malunda, Joe
**Subject:** Re: Upcoming Interviews

Hi Alex,

Following up on this. We have not seen the reporter post the article, and last we heard he was waiting on the launch.

Thanks!
Mo

**modupeh jahamaliah**
account executive

kglobal
public affairs • public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

**From:** Alexey Gubarev <alex@servers.com>
**Date:** Saturday, October 29, 2016 at 3:36 AM
**To:** Modupeh Jahamaliah <modupeh.jahamaliah@kglobal.com>
**Cc:** Nick Dvas <dvas@servers.com>, "Dolan, Charles" <charles.dolan@kglobal.com>, "Malunda, Joe" <joe.malunda@kglobal.com>
**Subject:** Re: Upcoming Interviews

Ok. I will send update Monday

> On Oct 28, 2016, at 10:10 PM, Jahamaliah, Modupeh <modupeh.jahamaliah@kglobal.com> wrote:
>
> Hi Alex—
>
> Joe let me know that you are with your wife at an event, so please no rush in responding to this email. Two quick things:
>
> 1. Alex Konrad from Forbes would like an update about the launch so that he may publish the article from the interview you had with him.
> 2. Patience from Wall Street Journal rescheduled the interview to November 3rd at 11am EST. She also would like to have a list of all of the companies you have invested in, in order to prepare for your interview.
>
> Thanks so much,
> Mo

EXHIBIT 57
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

1

CONFIDENTIAL

KGlobal 002409

**modupeh jahamaliah**
account executive

kglobal
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

CONFIDENTIAL

KGlobal 002410