# Exhibit 83

Downloaded to attached CD and referenced as
Episode 485 of the AppMasters Podcast,
titled "485:  Biggest Lesson of Growing a Company
with Aleksej Gubarev"



U   a


Shares





# 485: Biggest Lesson of Growing a Company with Aleksej Gubarev



by Mary Tan | Oct 18, 2016









Steve P. Young
485: Biggest Lesson of Growing a Company with A

Download More





## Sponsors

If you're looking for an affordable way to drive thousands of downloads using influencer marketing, then check out Trend Pie. They use social media to help your app to be on the trending list of the AppStore.

Go to trendpie.com to get started today.

B7DEV.com is the one-stop shop for all your app development needs. They can help you with design, development and even marketing. Plus, they are offering an exclusive 20% off just for the App Masters community.

## Subscribe to the Show

Subscribe via iTunes

Subscribe via Stitcher

Subscribe via RSS

## About the Episode

Today's guest runs or invests in 14 companies with hundreds of employees and he shares his advice on the biggest lesson of growing a company and evolving a product to the next level. Also, listen to the things his CFO put into place that turned his company from being starved for cash to tripling revenues.

Aleksej Gubarev is the CEO of Servers.com.

Show Notes

**Evolving a Product**

Think about the market and think about what they can't do or aren't doing yet, and then try to do it. Intriguing idea isn't it? Listen to the full podcast to find out how thinking out of the box can help you evolve a product and bring it to the next level and be the first one in the market to do it.

**The Biggest Lesson in Growing a Company**

Aleksej Gubarev is the CEO of Servers.com, a global dedicated server hosting and cloud storage solutions company. He also runs/invests in 14 companies with hundreds of employees. He believes that in order

for you to be able to grow your company, you have to start with reliable and people who want you to succeed as well. Learn more by listening to the podcast!

## Show Mentions

– My Emoji ( iTunes | Google play )

– SecureVPN ( iTunes | Google play )

– MSQRD ( iTunes | Google play )

– Prisma Cloud

**About**  **Latest Posts**



### Mary Tan
Podcast Producer at AppMasters.co

---

**0 Comments**    **App Masters**                                                            **Login**

**Recommend**    **Share**                                                            **Sort by Best**

Start the discussion…

Be the first to comment.

**Subscribe**    **Add Disqus to your site**    **Disqus' Privacy Policy**



**Search App Masters**

Search



## POPULAR POSTS

How to Generate 100K Downloads With An Apps Gone Free Campaign

How a Cold Email to Apple Led to an App Store Feature

5 Growth Hacking Strategies to Increase Your App Downloads

App Launch Timeline

How We 5X Downloads Using ASO

## Recent Posts

How App Store Reviews Impact Rankings

How to Spy on Your Competitor's Ads

Analyzing an App Making $2M a Month

How to Perform Market Research for an App



 How to Find a Mobile Games Publisher

## ABOUT US

We are not the biggest app marketing agency but we truly care about our clients. Our promise is to hustle for you as if we were one of the founders and provide 24/7 support.

## OUR CONTENT

Popular Blog Posts

Case Studies

Videos

Podcast

## WORK WITH US

App Masters Academy

Live Events

Hire Us

## SUBSCRIBE TO PODCAST

 on Apple Podcasts

 on Android

 via RSS