# Exhibit 84

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

## DECLARATION OF JAMES W. MCDERMOTT ON BEHALF OF KGLOBAL, LLC

I, James W. McDermott, declare as follows:

1. I am over the age of 18 and not a party to this action. I am the Chief Financial Officer of KGLOBAL, LLC ("KGLOBAL"), which has its place of business at 2001 L Street NW, Washington, DC 20036. I am a duly authorized custodian of records for KGLOBAL, and I have authority to certify records on its behalf.

2. Defendants BuzzFeed, Inc. and Ben Smith ("Defendants") served a subpoena in this action on KGLOBAL on or about February 7, 2018. KGLOBAL has produced records in response to that subpoena, which were consecutively bates numbered from KGLOBAL 000001 through KGLOBAL 003897 (collectively, the "Produced Records").

3. The Produced Records are true and correct copies of the original records.

4. The Produced Records were prepared by KGLOBAL employees or agents, in the ordinary course of KGLOBAL's business, at or near the time of the acts or events described or referred to therein. The employees or agents who created the records had personal knowledge of

the acts or events they record, or relied on information transmitted by people with personal knowledge of the acts or events recorded. It is the regular practice of KGLOBAL to make and keep such records and they are used in the ordinary course of its business.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2018

*[signature]*

James W. McDermott
Chief Financial Officer
KGlobal, LLC