# Exhibit 86
**REDACTED**