# Exhibits 90-103

**REDACTED**