# Exhibits 105-108
**REDACTED**