# Exhibit 109

Re: This is Jose at CNN

**Subject:** Re: This is Jose at CNN
**From:** "Dolan, Charles" <charles.dolan@kglobal.com>
**Date:** 1/14/2017 6:22 AM
**To:** Alexey Gubarev <alex@xbt.com>

Just called his other number and spoke with him.  He is taking care of his baby and will call back.

Sent from my iPhone

On Jan 14, 2017, at 9:50 AM, Alexey Gubarev <alex@xbt.com> wrote:

> Ask a guy? duriing a next hour?
> Call me btw, have a meeting today with WSJ and some jornalists
>
>> On Jan 14, 2017, at 4:49 PM, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>>
>> Will do.  What's a good time?
>>
>> Sent from my iPhone
>>
>> On Jan 14, 2017, at 9:47 AM, Alexey Gubarev <alex@xbt.com> wrote:
>>
>>> Hello
>>>
>>> You will arrange a call?
>>>
>>>> On Jan 14, 2017, at 2:26 PM, Pagliery, Jose <Jose.Pagliery@turner.com> wrote:
>>>>
>>>> I can talk later today. My cellphone is below.
>>>>
>>>> Jose Pagliery
>>>> Investigative reporter | business & cybersecurity
>>>> CNNMoney
>>>>
>>>> Signal: 917-656-1927
>>>> (You can text/call me via an encrypted channel with the Signal app.)
>>>>
>>>> Sent from a phone. Please excuse t7p0s.
>>>>
>>>> On Jan 14, 2017, at 12:45 AM, Alexey Gubarev <alex@xbt.com> wrote:
>>>>
>>>>> Hello Jose,

P-P000150

Case 0:17-cv-60426-UU   Document 225-70   Entered on FLSD Docket 10/01/2018   Page 3 of 4
CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

I am open for discussion. When you want to talk?
I will be in London on Monday to file libel lawsuit agains this expert in UK.

Alex.

> Aleksej,
>     I am CNN's cybersecurity reporter. Can we talk?
>     The situation right now is very strange. And I don't believe in coincidence.
>     A Bloomberg article criticized Hillary Clinton's baseless claims against Trump and Russia. You were included as an expert on the subject. Then, a month later, a private investigator hired to find dirt on Donald Trump mentions your name in a report.
>     This is very, very strange. Let's talk, please.
>
> Sincerely,
>
> **Jose Pagliery**
> Investigative reporter | business & cybersecurity
> 1 Time Warner Center | New York, NY 10019
> Office: (212) 275-7667
> Signal: (917) 656-1927
> PGP: 1FA9 C460 493B A73A 061F 1CFF 2629 D9A6 203A 8FA2
> Twitter: @Jose_Pagliery | Email: Jose.Pagliery@CNN.com | Web: money.cnn.com
>
> <image001.jpg>

—image001.jpg—



—image001.jpg—

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



Attachments:

| | |
|---|---|
| image001.jpg | 4.7 KB |
| image001.jpg | 4.7 KB |

P-P000152