# Exhibit 110

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: New Development on the MI6 Dossier on Trump
**From:** "Dolan, Charles" <charles.dolan@kglobal.com>
**Date:** 2/4/2017 10:28 AM
**To:** "Carlson, Tucker" <Tucker.Carlson@FOXNEWS.COM>

Tucker:

Please let me know when you would like to do something with the aΣorney. CNN wants the first "broadcast exclusive " and I am waiϴng unϴl I hear back from you before I respond.

For some reason the AΣorney is a big fan of yours ;-) and would like to go on with you. He saw your interview with Ben Smith and thought it was fabulous. He is based in Boston and could go to your local studio there.

Below you will find media coverage related to Mr. Gubarev's defamaϴon suits against BuzzFeed News/Ben Smith and Christopher Steele. The story was first broken by *CNNMoney*. I have also included several reprints at the boΣom of the clips summary.

If you want to move forward these arϴcle will be useful for your producers. The NYT and WP are also looking at wriϴng stories.

Best,

Chuck


**Russian tech exec sues Buzzfeed for publishing unverified Trump dossier**
**CNNMoney**
February 3, 2017
Jose Pagliery

**Russian Tech Execuϴve Files Lawsuit Against BuzzFeed Over Dossier**
**The Wall Street Journal**
February 3, 2017
Lukas Alpert

**BuzzFeed sued for publishing unredacted Trump dossier, sparking apology**
**Poliϴco**
February 3, 2017
Peter Sterne

**Russian Tech Execuϴve Files Defamaϴon Lawsuit Against BuzzFeed Over Dossier**
**BuzzFeed News**
February 3, 2017
Steven Perlberg

**BuzzFeed sued over its publicaϴon of uncorroborated Trump dossier**
**McClatchy**
February 3, 2017
Kevin Hall, David Goldstein and Greg Gordon

P-P000191

11/30/2017 4:59 PM

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**BuzzFeed sued over publicaɵon of Trump dossier, report says**
**Fox News**
February 4, 2017
Staff Writer

**BuzzFeed sued over unverified Trump dossier**
**The Hill**
February 4, 2017
Tristan LeJeune

**Report: Buzzfeed sued for story on unverified dossier**
**Washington Examiner**
February 4, 2017
Daniel ChaiӨn

**AӪer being sued, BuzzFeed has apologized to a Russian execuɵvenamed in the unverified Trump dossier**
**recode**
February 3, 2017
Peter KaṆa

**Russian Tech Exec Sues BuzzFeed**
**The Daily Beast**
February 3, 2017
Staff Writer (Briefly summarized the CNNMoney piece)

**Russian Tech Exec Sues BuzzFeed For Publishing His Name In Trump Dossier**
**The Daily Caller**
February 3, 2017
Chuck Ross

**Buzzfeed sued for publishing unsubstanɵated Trump dossier**
**The Blaze**
February 3, 2017
Carlos Garcia

**Russian Tech Exec Named in Controversial Trump Dossier Sues BuzzFeed**
**Newxmax**
February 3, 2017
Staff Writer

**Russian businessman sued the BuzzFeed due to dirt on Trump**
**Lenta (Russia)**
February 4, 2017
Staff Writer

**BuzzFeed included in the "dossier" on Trump Russian resident filed a lawsuit against the site**
**Tvoy Gorod Pskov (Russia)**
February 4, 2017
Stella Guslyakova

**Russian technical expert Aleksei Gubarev sued BuzzFeed portal for the menӨon of his name in the media to publish the report**
**NordPortal (Russia)**

P-P000192

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

February 4, 2017
Nikita Wisniewski

**Russian IT-specialist sued the US BuzzFeed resource for dirt on Trump**
**Vista News (Russia)**
February 4, 2017
Staff Writer

**Russia's sued the publicaꝋon BuzzFeed because of "compromising" on Trump**
**Gazeta (Russia)**
February 4, 2017
Staff Writer

**Entrepreneur of the Russian Federaꝋon sued the BuzzFeed because "dossiers of Trampe"**
**Gorlovka (Ukraine)**
February 4, 2017
**Nizamutdinov Semen IgnaꝋevIch**

**Russian businessman sued the Buzzfeed because dossier Trampe**
**News for Breakfast (Russia)**
February 4, 2017
Staff Writer

**Russian businessman sued the BuzzFeed due to dirt on Trump**
**Kras News (Russia)**
February 4, 2017
Staff Writer

**BuzzFeed Sued for Naming Tech CEO in Story About Trump's Alleged Russian Ties**
**The Hollywood Reporter**
February 3, 2017
Ashley Cullins

**BuzzFeed sued over Trump dossier**
**iMediaEthics**
February 3, 2017
Sydney Smith


Key reprints:

**AȮer being sued, BuzzFeed has apologized to a Russian execuꝋve named in the unverified Trump dossier**
**CNBC (reprinted recode's story)**
February 3, 2017
Peter Kaṇa

**BuzzFeed Sued for Naming Tech CEO in Story About Trump's Alleged Russian Ties**
**Yahoo! (reprinted The Hollywood Reporter's story)**
February 3, 2017
Ashley Cullins

**BuzzFeed sued over its publicaꝋon of uncorroborated Trump dossier**
**Miami Herald (reprinted McClatchy's story)**

P-P000193

11/30/2017 4:59 PM

Re: New Development on the MI6 Dossier on Trump
**Case 0:17-cv-60426-UU   Document 225-71   Entered on FLSD Docket 10/01/2018   Page 5 of 6**
CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

February 3, 2017
Kevin Hall, David Goldstein and Greg Gordon


**BuzzFeed sued over its publicaƟon of uncorroborated Trump dossier**
 **The Kansas City Star (reprinted McClatchy's story)**
February 3, 2017
Kevin Hall, David Goldstein and Greg Gordon

**BuzzFeed sued over its publicaƟon of uncorroborated Trump dossier**
**Lexington Herald-Leader (reprinted McClatchy's story)**
February 3, 2017
Kevin Hall, David Goldstein and Greg Gordon

**BuzzFeed sued over its publicaƟon of uncorroborated Trump dossier**
**The State (reprinted McClatchy's story)**
February 3, 2017
Kevin Hall, David Goldstein and Greg Gordon

---

**From:** Charles Dolan <charles.dolan@kglobal.com>
**Date:** Saturday, February 4, 2017 at 7:19 AM
**To:** "Carlson, Tucker" <Tucker.Carlson@FOXNEWS.COM>
**Subject:** Re: New Development on the MI6 Dossier on Trump

Tucker:

Let me know when Fox would like to do something and I will organize it with the aƩorney. I'm happy to provide background informaƟon on Gubarev and his company to you or a producer so you have adequate background.

Best,


Chuck

---

**From:** "Carlson, Tucker" <Tucker.Carlson@FOXNEWS.COM>
**Date:** Friday, February 3, 2017 at 10:57 PM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**Subject:** Re: New Development on the MI6 Dossier on Trump

Chuck!

I'm sorry for the late reply to this. Just got off the air. Yes, definitely. This is great. Let me know next steps. Thanks a lot.

Tucker

On Feb 3, 2017, at 10:39 AM, Dolan, Charles <charles.dolan@kglobal.com> wrote:

P-P000194

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Tucker – there is going to be a new development on the Dossier produced by former MI6 agent Christopher Steele which contained the salacious details about President Trump.

Please keep this embargoed until we speak and potentially arrange a time but would you or somebody else at Fox like to have the first interview with the Attorney filing a liable suit on behalf of the individual named in the suit as being responsible for hacking into the DNC and Hillary's campaign? I am working with this individual on litigation support and they will be filing in both the U.K. and the U.S.

I thought Fox might be interested in getting the first interview.

Let me know,

Best,


Chuck
202-445-0422

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

P-P000195

11/30/2017 4:59 PM