# Exhibit 111

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Alexsej Gubarev Photo
**From:** "Jahamaliah, Modupeh" <modupeh.jahamaliah@kglobal.com>
**Date:** 1/14/2017 10:41 AM
**To:** "Jose.Pagliery@turner.com" <Jose.Pagliery@turner.com>
**CC:** "Dolan, Charles" <charles.dolan@kglobal.com>

Hi Jose—

AΣached please find a photo to use for Alex. Also, the correct spelling of his name is **Aleksej Gubarev**.  Let me know if you need any further informaΘon!

Thanks,
Modupeh

**modupeh jahamaliah**
account executive

**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

—Alexsej Gubarev Official Photo.jpg—



Attachments:

Alexsej Gubarev Official Photo.jpg                                          14.1 MB

P-P000158