# Exhibits 112-113

## REDACTED