# Exhibit 117
**REDACTED**