# Exhibit 119

DOW JONES, A NEWS CORP COMPANY

DJIA 26654.19 0.94% ▲ | Nasdaq 8027.80 0.98% ▲ | U.S. 10 Yr -1/32 Yield 3.071% ▼ | Crude Oil 70.81 -0.44% ▼ | Euro 1.1770 0.84% ▲

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

https://www.wsj.com/articles/russian-tech-entrepreneur-denies-link-to-donald-trump-hacking-report-1487096190

POLITICS

# Russian Tech Entrepreneur Denies Link to Donald Trump Hacking Report

Aleksej Gubarev says he has no idea why his company appears in dossier that makes unsubstantiated allegations involving president



Aleksej Gubarev says banks have cut off credit to his internet company after its name appeared in a report about Russian hacking involving Donald Trump. He calls the report a fabrication. **PHOTO:** ALAN CULLISON/THE WALL STREET JOURNAL

*By Alan Cullison*

Feb. 14, 2017 1:16 p.m. ET

LIMASSOL, Cyprus—Working from an office atop his pastel-colored corporate headquarters in this resort town, Aleksej Gubarev boasts the trappings of a Russian internet tycoon: a collection of classic cars, an 80-foot yacht and a pole-dancing studio run by his wife that is popular with Russian tourists.

But one thing Mr. Gubarev lacks is credit. That vanished last month, he said, when a leaked report of unsubstantiated allegations related to Donald Trump identified Mr. Gubarev's company as a hacker that targeted the U.S. Democratic National Committee. The allegations were made public by the website BuzzFeed on Jan. 10 after U.S. intelligence officials had brought them to Mr. Trump's attention.

Reaction by Mr. Gubarev's bankers in Europe was swift, he said, and in the next two days credit lines he said are vital to his business were cut.

"I have no idea how to hack; I am a businessman for 15 years now," said Mr. Gubarev, who called the report a fabrication. He founded his website-hosting company, XBT, and a subsidiary, Webzilla, with two partners, one a fellow Russian and one Ukrainian.

The 35-page report alleges that Moscow engaged in a yearslong effort to woo Mr. Trump through financial enticements. It also claims Russia amassed embarrassing information about Mr. Trump's personal life that might be used to blackmail him. None of the allegations has been proven.

Mr. Gubarev, 36 years old, said he has frantically been trying to restore the credit lines. The banks, he said, "say I must prove that I am not involved."

Mr. Gubarev declined to disclose the names of the banks, saying he didn't want to spoil his relationship with them further. The Wall Street Journal couldn't independently confirm their identities or that they had cut off his credit.

The precise origin of information in the report is unclear, since it is attributed to anonymous sources.

The report's author was identified by people familiar with the matter as a retired officer in British intelligence agency MI-6 named Christopher Steele. In the past Mr. Steele has, through an intermediary, declined to comment.

Representatives of Mr. Steele and Orbis Business Intelligence Ltd., the London-based private security and investigations firm of which he is a director, didn't respond to questions for this article.

Orbis's other director, Christopher Burrows, said when news of the report broke that he wouldn't "confirm or deny" that his company had produced the report.

Mr. Steele was retained by Fusion GPS, a Washington, D.C., research company run by former Wall Street Journal reporters.

Fusion said in a statement: "Fusion GPS provides premium research and strategic analysis to corporations, law firms and investors world-wide. The firm does not discuss its clients. We are aware of rumors circulating about purported Fusion clients and that information is not accurate."

Mr. Trump has dismissed the report as "phony" while Russia has called it an "absolute fabrication."

Mr. Gubarev filed a defamation lawsuit Feb. 3 against BuzzFeed, calling the site's publication of the report "perhaps one of the most reckless and irresponsible moments in modern 'journalism.'"

The lawsuit, filed in state court in Broward County, Fla., also names the website's editor in chief, Ben Smith, as a defendant. A spokesman for BuzzFeed said the site has since "redacted Mr. Gubarev's name from the published dossier, and apologizes for including it."

A separate lawsuit, filed in London, accuses Mr. Steele and Orbis of tarnishing Mr. Gubarev's name and that of his company. Neither Orbis, Mr. Steele nor their representatives responded to requests for comment on the suit.

The report named Mr. Gubarev as a "hacking expert" whose company and affiliates targeted Democratic Party leadership.

One of the report's unproven claims is that Mr. Trump's longtime lawyer and confidant, Michael Cohen, met with Russian officials in Prague in late August or early September to discuss ongoing efforts to hack the computers of the Democratic National Committee.

Mr. Cohen has denied attending any meeting in Prague, as did two Russian officials who were identified in the report as having been at the purported meeting. Mr. Cohen said he had never been contacted by the Federal Bureau of Investigation or any other U.S. agency on these issues. The FBI has found no evidence that Mr. Cohen traveled to the Czech Republic, officials said.

Mr. Gubarev likewise denied attending any meeting, or knowing any of the people mentioned in the report. He said he visited Prague once, last July, during a one-hour layover at the airport as

he traveled with his family to a vacation in Europe. "I didn't talk to anybody—I was there with my wife and daughter," he said.

Mr. Gubarev said his name ended up in the report after he was quoted in a news report as an expert voicing doubt about allegations that surfaced during the 2016 presidential campaign that Mr. Trump maintained a secret server that may have been in communication with a Russian bank. Mr. Gubarev said he hasn't spoken to Mr. Steele, the report's author.

Carl Brooks, a cloud-computing analyst with 451 Research in Boston, said Mr. Gubarev's holding company, XBT, is "a legitimate business." While suspicious spamming and hacking activity have traveled through the company's servers at times, XBT has been quick to shut it down when authorities alerted the company about it, he said.

"They are, generally speaking, reputable members of the community," said Mr. Brooks.

The most favored way of hacking and email theft by Russians has been to send "phishing" emails to victims, and covering up the hackers' identities by sending the emails through a server that was rented with either cash or bitcoin, said Ronald Prins, co-founder of Fox-IT, a Dutch internet security firm that has helped the Dutch government investigate suspected Russian hacking incidents.

Mr. Prins said Mr. Gubarev and his enterprise web-hosting company, Webzilla, have a good reputation for preventing such behavior by responding quickly to reports of abuse on their servers.

He said the company doesn't offer customers the option of renting servers for cash or bitcoin, whose origins are difficult or impossible to trace. It is possible the company could do such a transaction off the radar, but Webzilla doesn't have a reputation for doing so, he said.

A native of Siberia, Mr. Gubarev said he has too much to lose to get involved in hacking. "If I am a hacker, would I be sitting here and giving interviews to people?" he said. "A better idea would be to run back to Russia."

**Write to** Alan Cullison at alan.cullison@wsj.com

Copyright &copy;2017 Dow Jones &amp; Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.