# Exhibit 125




## 5 THINGS NEWSLETTER
SENT DAILY BY OUR SENIOR EDITORIAL STAFF

# Sources: State Dept. hack the 'worst ever'

By Evan Perez and Shimon Prokupecz, CNN
Updated 7:49 PM ET, Tue March 10, 2015



Hillary on email: 'I opted for convenience' 05:53

**(CNN)** — Overlooked in the controversy over Hillary Clinton's use of a private email server, is the fact that suspected Russian hackers have bedeviled State Department's email system for much of the past year and continue to pose problems for technicians trying to eradicate the intrusion.

Federal law enforcement, intelligence and congressional officials briefed on the investigation say the hack of the State email system is the "worst ever" cyberattack intrusion against a federal agency. The attackers who breached State are also believed to be behind hacks on the White House's email system, and against several other federal agencies, the officials say.



READ: Clinton State Department one of the least transparent

**Related Video:** Clinton: 'Would've been better' to use official email 02:31

The issue is relevant because one criticism of the Clinton private email use is that it was likely less secure than emailing within the State Department's system. But the hack shows that State's system has major security issues. The State system, investigators believe, was compromised in the past year, likely after Clinton left the State Department.

Content by SHRM
Closing the skills gap by investing in people
Developing the skills needed for the next generation workforce won't be easy. But it can be done. Here's how.

Last November, the State Department shut down its email system over a weekend to try to improve security and block the intruders.



At the time, the agency tried to send a re-assuring message that "activity of concern" by possible hackers only affected its unclassified email system.

But officials say that even a breach of the unclassified system poses major security risks, because sensitive information of value to foreign intelligence agencies is routinely shared in non-classified emails.

Russian hackers, likely working for the Russian government, are suspected in the State Department hack.

The FBI has been investigating the hacking activity.

In part because of the Russian attack on State, U.S. intelligence officials have increased their warnings about Russian hacking activity in the U.S.

SEE ALSO: Civil liberties groups file lawsuit against NSA

James Clapper, director of National Intelligence, told a Senate hearing last month the "Russian cyber threat is more severe than we have previously assessed."

Clapper's comments were in part prompted by the intrusion at State and other federal agencies, according to one official briefed on the matter.

Former Secretary of State Hillary Clinton said Tuesday that her use of a private email server didn't include any classified information. She said the computer server hosting her emails was in a private building protected by the U.S. Secret Service.

Officials say that doesn't necessarily protect against hackers who don't need physical access to the server. In a statement released by Clinton's office after the press conference Tuesday, a spokesman said there was "no evidence" the server was ever hacked.



**PHOTOS:** Hillary Clinton's life in the spotlight

Hillary Clinton accepts the Democratic Party's nomination for president at the Democratic National Convention in Philadelphia on July 28. The former first lady, U.S. senator and secretary of state was the first woman to lead the presidential ticket of a major political party.

1 of 43                                   Hide Caption



 Follow @CNNpolitics

**PAID CONTENT**                                   SmartFeed




2018 Emmy Awards: The Most Daring Dresses
Sponsored: Livingly


6 Credit Cards You Should Not Ignore If You Have Excellent Credit
Sponsored: NerdWallet





Politics
**Why Dianne Feinstein waited to take the Brett Kavanaugh...**



CNN
**US Open umpire Carlos Ramos 'thrown under bus' in Serena...**



Politics
**Stormy Daniels shares XXX-rated details of her alleged affair with Trump in new book**



Entertainment
**Baby on the way for Richard Gere and wife Alejandra**



Underscored
**Bad posture: Why you should care and how you can fix it**



**Enter A Name, Wait 13 Seconds, Brace Yourself**
Sponsored: www.peoplewhiz.com



**District Of Columbia: Say Goodbye To Your Mortgage If You Have No...**
Sponsored: The Mortgage Savers



**I Gave HelloFresh A Taste. Here's Why I'm Never Going Back.**
Sponsored: Popdust



**Every MLB Team's Ace From Worst to Best**
Sponsored: New Arena



**District Of Columbia: Gov't Will Pay Up To $355/Month Off Your Mortgage If You Have No Missed...**
Sponsored: The Mortgage Savers



Opinion
**In 'Crazytown,' Brett Kavanaugh's sanity and intellect stand out**



Politics
**Kavanaugh accuser's friend says she has told him she needs...**



Underscored
**20 of the most interesting products on Amazon right now**



Politics
**Women hold the key to Kavanaugh -- and maybe control of Congress**



U.S.
**A city-by-city look at Florence's rain and flooding**



**Drivers who switch to Progressive save an average of $668**
Sponsored: Progressive



**Locate Anyone by Entering Their Name Now**
Sponsored: TruthFinder


Iconic Movie and TV Scenes That Stars Actually Regret Filming
Sponsored: Entertainment | Wall St. Cheat Sheet


68 Unedited Vintage Photos: Photos You Didn't Know Existed
Sponsored: groovyhistory.com


Search For Any High School Yearbook
Sponsored: Classmates


Opinion
This is one essential truth about the Dallas shooting


Politics
Kavanaugh's accuser made her move -- now Republicans have...


Politics
Emmy attendee shows up with 'Stop Kavanaugh' written on her arm


Underscored
Everything you need to know about buying Himalayan salt lamps


Entertainment
Lil Xan defends Mac Miller-inspired face tattoo


Glasses-Wearers Are Going Crazy Over This Website
Sponsored: GlassesUSA


15 Discounts Seniors Get Only If They Know
Sponsored: Improve Budget


District Of Columbia Approves No Cost Solar Program
Sponsored: Solar Savings News


The House Voted Against A Bill That Would Have Defunded SNAP
Sponsored: AARP


[Photos] JFK's Grandson Admits What Was Long Suspected
Sponsored: Scribol


Opinion
How dare a senior Trump official arrogantly subvert an elected...


Politics
Joe Biden reacts to Kavanaugh allegation, reviving memories of...


Underscored
Genius morning habits, as told by five of the world's most successful people


Politics
Kavanaugh joked in 2015 lecture: What happens at Georgetown Prep stays at Georgetown Prep


Entertainment
'Black-ish' star Jenifer Lewis wore Nike on the red carpet to support Colin Kaepernick























Sports
Roaring Lion claims victory at

Politics
This is the single most important

Entertainment
Nicki Minaj plans on donating