# Exhibits 128-132

## REDACTED