# Exhibits 134-138
**REDACTED**