# Exhibit 139

| | |
|---|---|
| From: | Alexey Gubarev <alex@xbt.com> |
| Sent: | Monday, July 25, 2016 8:38 AM |
| To: | Malunda, Joe |
| Cc: | dvas@servers.com;Parman, George;Dolan, Charles;Jahamaliah, Modupeh |
| Subject: | Re: Prisma CEO Quotes to Approve and Initial Servers.com Media List |
| Attachments: | 20160722.SERVERS Prisma CEO Quotes.pdf; ATT00001.htm |

Hello Joe,

I am fine wtih quotes. Please draft in some way that my name will be in publication as well. "Aleksej Gubarev and Servers.com is a prime investor for Prisma" for example :)

Alex.

> On Jul 25, 2016, at 4:32 AM, Malunda, Joe <joe.malunda@kglobal.com> wrote:

CONFIDENTIAL                                                    KGlobal 003786