# Exhibit 140
**REDACTED**