**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT**

DAVIS WRIGHT TREMAINE LLP
Katherine M. Bolger
Nathan Siegel
Adam Lazier
Alison Schary
1251 Avenue of the Americas, 21st Floor
New York, New York 10020

BLACK, SREBNICK, KORNSPAN &
STUMPF, P.A.
Roy Black
Jared Lopez
201 So. Biscayne Boulevard
Miami, Florida 33131

*Of Counsel*:
Nabiha Syed
BuzzFeed, Inc.
11 E. 18th Street, 13th Floor
New York, NY 10003

*Attorneys for Defendants*

Pursuant to Local Rule 56.1, Defendants submit the following statement of undisputed material facts in support of their motion for summary judgment:

1. Plaintiff Aleksej Gubarev lives in Cyprus, where he moved from Russia in 2002. Declaration of Katherine M. Bolger.[1] Ex. 1 [Compl.] ¶ 6; ▮

2. Plaintiff XBT Holding, S.A. ("XBT") is incorporated in Luxembourg with its principal place of business in Luxembourg. Ex. 18. ▮

3. When the article at issue was published, Webzilla, Inc. was incorporated in Florida and had its principal place of business in Texas. Exs. 19-20. Webzilla, Inc. has only one Florida employee, who divides his time between Webzilla and his own company, and a "virtual address" in Florida in a Regus building. Ex. 12 [Luchian Dep.] at 6:19-21, 7:7-15, 21:11-13.

4. "Webzilla" is a brand name, Ex. 10 [Mishra Dep.] at 28:2-29:6, which is used by six "Webzilla" companies incorporated around the world, including Plaintiff Webzilla, Inc. Ex. 41 at 24. Plaintiffs have publicly described Webzilla as a European company, including in their public relations responses to the Dossier. *See, e.g.*, Exs. 21, 22. Documents produced by Plaintiffs supposedly supporting their damage concern "Webzilla" entities in Europe. *See* Ex. 23 at Resp. 6, Exs. 24-26. Plaintiffs lease data centers throughout the world; none are in Florida. Ex. 11 [Bezruchenko Dep.] at 29:9-30:21.

5. BuzzFeed is a digital media and news company. Ex. 6 [Declaration of Roy Cysner] ¶ 2. It is incorporated in Delaware and headquartered in New York City. *Id.* ¶ 3. Defendant Smith is BuzzFeed's editor-in-chief. Ex. 1 [Compl.] ¶ 1.

6. 

7. 

---

[1] Unless otherwise noted, all exhibits are attached to the Declaration of Katherine M. Bolger filed herewith.

█████████████████████████████████████████████████████████████
███████████████████████████

8. Steele received information that Russia was interfering in the election to support Trump, and that Russia held compromising information on the candidate. Ex. 1 [Compl.] ████
██████████████████████████████████████

9. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████

10. Steele is "a longtime FBI source," with a "multi-year history of credible reporting on Russia and other matters, including information DOJ used in criminal proceedings." Ex. 27 [Nunes Memo] at 4; Ex. 28 [Schiff Memo] at 6.

11. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████

12. Steele was also an FBI source as he researched the Dossier, until at least the end of October 2016. Ex. 28 [Schiff Memo] at 3; ████████████████████████████████.

13. In July 2016, the FBI opened an investigation into alleged collusion between the Trump campaign and Russia, and that investigative team attempted to corroborate and assess the credibility of Steele's reports. Ex. 28 [Schiff Memo] at 2-3; Ex. 27 [Nunes Memo] at 4-6; Ex. 29 [March 20, 2017 Comey testimony] at 12.

14. Steele also shared his research with Associate Deputy Attorney General Bruce Ohr and the State Department. Ex. 27 [Nunes Memo] at 4-6; Ex. 28 [Schiff Memo] at 7.

15. In October 2016, the Justice Department ("DOJ") used information from Steele's reports to help obtain a FISA warrant to conduct surveillance on Carter Page, a Trump advisor. Ex. 27 [Nunes Memo] at 4; Ex. 30 at 15-17. In its FISA application, DOJ stated that previously Steele's "reporting has been corroborated and used in criminal proceedings and the FBI assesses

[Steele] to be reliable." Ex. 30 at 15 n.8.

16. ███████████████████████████████████████████████
███████████████████████████████████████

17.    Around November 1, 2016, the FBI "suspended" its relationship with Steele because Steele had spoken to journalists.  Ex. 31 at 1; Ex. 27 [Nunes Memo] at 4-5; Ex. 32 at 17 n.9.

18.    Steele shared information after the 2016 election with Mr. Ohr, including providing all 16 pre-election memoranda to him in late November.  Ex. 27 [Nunes Memo] at 5; ███████████████████████.

19. ███████████████████████████████████████████████
███████████████████████████

20. ███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████

21. ███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████

22. ███████████████████████████████████████████████
███████████████████████████████

23. ███████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████

24. ███████████████████████████████████████████████
███████████████████████████

25. ███████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████

26. ███████████████████████████████████████████████
███████████████████████████████████████████████

3

27. ███████████████████████████████████████
███████████████████████████████████████
████████████████████

28. ██████████████████████████████████
███████████████████████████████████████
█████████████████████████████████████

29. ██████████████████████████████████
███████████████████████████████████████
█████████████████████████████████

30. ██████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████████
████████████████

31. ██████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
█████████████████████████████████████
██████████████████████████████████████
█████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████

32. ██████████████████████████████████
██████████████████████████████████████
██████████████████████████████

33. ██████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████
████████████████████████████████

4

4820-1187-8515v.5 0100812-000009

34. 

35.

36.

37.

38.

39.

40.

41. On December 6, 2016 President Obama ordered an inter-agency assessment of Russian interference in the U.S. election, which included the CIA, FBI and NSA.  Ex. 36 [Gistaro Decl.] ¶¶ 8-10; Ex. 33 [HPSCI Report] at 38-39.

42. On January 5, 2017 a classified version of the Intelligence Community Assessment ("ICA") was shared with President Obama.  Ex. 36 [Gistaro Decl.] ¶ 10.  Attached was a two-page synopsis of "allegations derived from a 35 page Dossier".  *Id*. ¶¶ 11-14, 17; Ex. 33 [HPSCI Report] at 110 n.47.  A public version was released on January 6, 2017.  Ex. 37.

43. NSA Chief Michael Rogers also considered the two-page summary as "part of the overall ICA review/approval Process."  Ex. 33 [HSCPI Report] at 110 n.47.

44.

45. On January 6, Director Comey briefed President-Elect Trump on "a summary of the Steele Dossier", and provided him with the two-page synopsis.  Ex. 33 [HPSCI Report] at

5

54-55, 104; Ex. 27 [Nunes Memo] at 5-6; Ex. 36 [Gistaro Decl.] ¶¶ 11-14, 17; Ex. 38 [Comey Congressional Statement] at 1-2.

46. In early January 2017, the FBI applied to renew the FISA warrant regarding Carter Page and stated that it continued to find Steele reliable, "notwithstanding the suspension of its relationship" with him. Ex. 32 at 17 [FISA Warrant Renewal Application]; Ex. 28 [Schiff Memo] at 3.

47. In early December 2016, BuzzFeed reporter Ken Bensinger heard from sources about reports by Christopher Steele about President-elect Trump and Russia. Ex. 3 [Bensinger Decl.] ¶ 10. Bensinger was familiar with Steele and thought he was a source of highly credible information. *Id.* ¶ 11.

48.

49.

50.

51.



52. Bensinger then contacted Mark Schoofs, BuzzFeed's senior editor in charge of investigative reporting. Ex. 4 [Schoofs Decl.] ¶ 7. Schoofs concluded that BuzzFeed should investigate a few of the specific allegations in the Dossier that he thought might be possible to verify, including those about Michael Cohen's alleged trip to Prague and the allegations about pension payments to Russian emigres. *Id.* ¶¶ 9-10.

53. More than a half-dozen journalists were involved to varying degrees in the investigation, including one who traveled to Prague to try to see if any hotel might have a record

6

of Michael Cohen staying there.  *Id.* ¶ 10.

54.     At that time, BuzzFeed had no plans to publish the Dossier, in whole or in part, while it continued investigating.  Ex. 2 [Smith Decl.] ¶ 14.

55.     On January 10, 2017, CNN published a story reporting about the Dossier, the two-page synopsis, the Presidential briefings, and that the FBI investigated it.  *Id.* ¶ 15 & Ex. 1.

56.     After consulting with several BuzzFeed senior editors and Bensinger, Smith decided to publish the Dossier at that point after the CNN report was published, within the context of the article BuzzFeed published.  *Id.* ¶¶ 16-17.

57.     When they made that decision, none of the BuzzFeed journalists involved knew or had any degree of awareness – let alone a "high degree" – that the allegations about Plaintiffs on the Dossier's last page were false, or harbored "serious doubts" about that.  *Id.* ¶ 22; Ex. 3 [Bensinger Decl.] ¶ 27; Ex. 4 [Schoofs Decl.] ¶ 14; Ex. 5 [Elder Decl.] ¶ 9.

58.     The reasons they believed the allegations against Plaintiffs were credible included:

   a. Those allegations provided more details about a key allegation in the Dossier – that Russia was behind the hack of the Democratic Party leadership – which had been confirmed by credible public statements by the U.S. government, and which Steele had managed to learn about months before it became public.  Ex. 2 [Smith Decl.] ¶ 19; Ex. 3 [Bensinger Decl.] ¶¶ 22-24; Ex. 4 [Schoofs Decl.] ¶¶ 9, 13; Ex. 5 [Elder Decl.] ¶ 5.

   b. Donald Trump had spent months publicly praising Putin and the Russian government.  Ex. 4 [Schoofs Decl.] ¶ 13; Ex. 5 [Elder Decl.] ¶ 5; ▮

   c. The allegations against Plaintiffs related to Michael Cohen's alleged actions in the Dossier, including setting up payments for persons involved, which was consistent with the "fixer" role he had long performed for Donald Trump.  Ex. 2 [Smith Decl.] ¶ 22; Ex. 3 [Bensinger Decl.] ¶ 27; Ex. 4 [Schoofs Decl.] ¶ 14.

   d. The Dossier was written by Christopher Steele, a former British intelligence agent who they understood to have an excellent reputation and "the types of sources who could provide him with credible information" along with "the expertise to evaluate it."  Ex. 3 [Bensinger Decl.] ¶ 11; *see also* Ex. 2 [Smith Decl.] ¶ 19; Ex. 4 [Schoofs Decl.] ¶ 13.

7

e. ████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████

f. Senator McCain had taken the Dossier to Director Comey, which indicated he took the Dossier seriously as well. Ex. 2 [Smith Decl.] ¶ 19; Ex. 3 [Bensinger Decl.] ¶¶ 5, 21; Ex. 4 [Schoofs Decl.] ¶ 13.

g. The FBI was investigating the allegations in the Dossier. Ex. 3 [Bensinger Decl.] ¶ 21.

h. Senator Harry Reid was likely referring to the Dossier in an October 30, 2016 letter to Director Comey. Ex. 3 [Bensinger Decl.] ¶ 25; *see also* Ex. 39 [Reid letter].

i. The Russian intelligence services regularly engage in surveillance of prominent foreign visitors, as described in the Dossier, Ex. 5 [Elder Decl.] ¶ 5, and frequently collect compromising information, or *kompromat*, in order to gain leverage over potential sources, as described in the Dossier. *Id.* ¶ 5.

j. Sergei Invanov was replaced as head of the Russian Presidential Administration in the summer of 2016, shortly after the Dossier reported that he was "angry" about Russian interference in the U.S. election. Ex. 4 [Schoofs Decl.] ¶ 13; Ex. 5 [Elder Decl.] ¶ 5.

k. Mikhail Kalugin, a Russian diplomat who the Dossier claims was at risk of being exposed for participating in the election interference, was recalled to Russia. Ex. 4 [Schoofs Decl.] ¶ 13.

l. The Dossier's allegations about Trump advisor Carter Page were consistent with reports about his trip to Moscow. Ex. 2 [Smith Decl.] ¶ 19; Ex. 3 [Bensinger Decl.] ¶ 19; Ex. 4 [Schoofs Decl.] ¶¶ 9, 13; Ex. 5 [Elder Decl.] ¶ 5.

59. Notwithstanding his personal views as to the Dossier's truth, however, Smith recognized that those allegations of collusion and compromise were unproven, which could lead some readers to reasonably doubt their veracity. Ex. 2 [Smith Decl.] ¶¶ 20-21.

60. BuzzFeed published an article entitled *These Reports Allege Trump Has Deep Ties to Russia* (the "Article"), together with the embedded Dossier, at approximately 6:20 pm Eastern time on January 10. Ex. 1 [Compl.] Ex. 2-3; Ex. 40.

61. The Article stated that "CNN reported Tuesday that a two-page synopsis of the

8

report was given to President Obama and Trump" and included a hyperlink to the CNN story. It also stated that CNN reported that Senator McCain had given a copy of the memos to the FBI on December 9.  Ex. 1 [Compl.] Exs. 2-3; Ex. 40.

62. At approximately 9:09 p.m. Eastern time on January 10, BuzzFeed revised the Article by adding statements from President-elect Trump, Kellyanne Conway, and Michael Cohen denying the Dossier's claims.  Ex. 1 [Compl.] at Ex. 2.

63. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Shortly after publication, BuzzFeed redacted information pertaining to one source.  Ex. 4 [Schoofs Decl.] ¶ 16. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

64. Scores of other news organizations also immediately began to report on it. *See, e.g.*, Exs. 42-48. Many included hyperlinks to the entire document on BuzzFeed's website, *see, e.g.*, Exs. 44, 48, 52, 57, and new reports analyzing in depth various portions of the document continue to be published to this date. *See, e.g.*, Exs. 47-49, 41-43. Since January 10, 2017, the Dossier has also been the subject of extensive Congressional testimony, endless political debate, several published books, and remains central to the controversy over Russia and President Trump. *See, e.g.*, Exs. 27-29, 36, 42-58.

Dated: September 21, 2018                    Respectfully submitted,

*Of Counsel*:                                /s/ Katherine M. Bolger
Nabiha Syed                                  Katherine M. Bolger
BuzzFeed, Inc.                               Nathan Siegel
11 E. 18th Street, 13th Floor                Adam Lazier
New York, NY 10003                           Alison Schary
                                             DAVIS WRIGHT TREMAINE, LLP
                                             1251 Avenue of the Americas, 21st Floor
                                             New York, New York 10020

9

        katebolger@dwt.com
        nathansiegel@dwt.com
        adamlazier@dwt.com
        alisonschary@dwt.com

/s/ Roy Black
Roy Black
Jared Lopez
BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
201 So. Biscayne Boulevard
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Attorneys for Defendants*