# Exhibits 7-17
**REDACTED**