# Exhibit 18

 DISCONNECTION    PRINT    HELP                Français  Deutsch  English



LBR Portal > RCS > Search > **Details of the person**

# XBT HOLDING S.A.
## B191313

^ **Information**

**Trade name(s) or trading name(s)**
XBT HOLDING S.A.

**Registered office**
3, op der Poukewiss
L - 7795 Roost

**Registration date**
28/10/2014

**Legal form**
Société anonyme

### Available services
> Order a company profile
> Order a negative certification
> Monitor this person

## View record

**List of filings**   Publications

5 ▼ items per page        Presentation  Full list ▼
                                              **1** 2

| Filing Nr | Date | Type of filing | Details | Filing | Certified |
|---|---|---|---|---|---|
| L180002258 | 04/01/2018 | non-statutory modification of the agents (corrective) *Corrects the filing No. 180000010* | Administrator(s)/Manager(s) Daily Management delegate(s) | 📄 | ☐ |
| L180000010 | 02/01/2018 | non-statutory modification of the agents *Corrected by filing No. 180002258* | Administrator(s)/Manager(s) Daily Management delegate(s) | 📄 | ☐ |
| L160268744 | 03/01/2017 | Annual accounts (eCDF) | Exercise 2015 | 📄 | ☐ |
| L160124663 | 08/07/2016 | non-statutory modification of the agents | Daily Management delegate(s) | 📄 | ☐ |

### Learn more
> User guide : Detail of a person

### Prices excluding VAT
By certified filing : 5.00 €
By batch of certified archived files : 5.00 €

| Filing Nr | Date | Type of filing | Details | Filing | Certified |
|---|---|---|---|---|---|
| L160033854 | 24/02/2016 | Annual accounts (eCDF) | Exercise 2014 | 📄 | ☐ |

By certified publication : 5.00 €

**ADD TO CART**

**Cost of request**

**0.00 €**

Version : LBR_18.3_2
Copyright © LBR gie | Legal aspects