# Exhibit 19

# 2016 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P09000064327

**Entity Name:** WEBZILLA INC.

**Current Principal Place of Business:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS, TX 75207

**Current Mailing Address:**

2777 STEMMONS FWY.
 SUITE 1655
DALLAS, TX 75207 US

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

INCORPORATE NOW
6750 N. ANDREWS AVE.
SUITE 200
FORT LAUDERDALE, FL 33309 US

**FILED**
**Feb 23, 2016**
**Secretary of State**
**CC6838461702**

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                                           Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | D | | Title | D |
| Name | MISHARA, RAJESH KUMAR | | Name | BEZRUCHENKO, KOSTYANTYN |
| Address | 2777 STEMMONS FWY. SUITE 1655 | | Address | 2777 STEMMONS FWY. SUITE 1655 |
| City-State-Zip: | DALLAS TX 75207 | | City-State-Zip: | DALLAS TX 75207 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MISHARA , RAJESH KUMAR                    D                              02/23/2016

Electronic Signature of Signing Officer/Director Detail                                                                      Date