# Exhibit 21

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**From:** "Flatley, Carrie" <carrie.flatley@FOXNEWS.COM>
**Date:** Monday, February 6, 2017 at 4:11 PM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**Subject:** RE: Tucker

Chuck – we'd love to have Val on tomorrow night in the 9PM EST hour. Can he do this then? I will book the Boston studio, and happy to book him a car service to/from studio.

Thank you!
Carrie

**From:** Dolan, Charles [mailto:charles.dolan@kglobal.com]
**Sent:** Monday, February 06, 2017 2:38 PM
**To:** Flatley, Carrie
**Subject:** FW: Tucker

Carrie:

Here is the bio and pic of Alex Guberov. Do you have the complaints and clips that I sent to Justin?

https://www.dropbox.com/s/u9tjososx3kjsvd/BN1A1041.jpg?dl=0


Any update as to whether the attorney Val will be on tonight?


Thanks

Chuck

"Alex Gubarev was born on June 20th, 1980, in Ust-Ilimsk, a small town in Irkutsk Oblast, Russia. Aleksej and his wife have been together for 18 years. They reside in Cyprus, where they have been with their three children since 2002. He began as an entrepreneur at the age of 15.

'Webzilla Limited' was founded in 2005 in Cyprus and is a wholly owned subsidiary of XBT Holding.  Originally, the company was founded by three people. It took 12 years to build up the company from scratch. For the first two years, there were only five employees who worked around the clock. Aleksej was the only salesperson for the first 5 years and worked 16-17 hours a day.

XBT Holdings S.A., is the holding company located in Luxembourg. Aleksej Gubarev is the majority shareholder of XBT Holding S.A. The company has offices in 9 countries and over 300 staff. They operate around 40,000 servers worldwide. They are in the top 5 for web hosting companies in Europe.

XBT Holdings has over 4,000 B2B clients which use services worldwide in major locations, such as Dallas, Virginia, Amsterdam, Luxembourg, Singapore, Hong Kong, India, Russia. Over 6M users worldwide use the company's B2C products as well.  An example of this product is SecureVPN.COM

The United States accounts for 40% of the business, with 50% coming from Europe, and 10% from various other parts of the world. In 2016, the company grew by 27% and has reached over $50M revenue per year.

www.xbt.com."


**From:** "Flatley, Carrie" <carrie.flatley@FOXNEWS.COM>
**Date:** Monday, February 6, 2017 at 12:21 PM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**Subject:** RE: Tucker

To me is great, thank you!

**From:** Dolan, Charles [mailto:charles.dolan@kglobal.com]
**Sent:** Monday, February 06, 2017 12:14 PM
**To:** Flatley, Carrie
**Subject:** Re: Tucker

Hi Carrie:

Yes he will. He is located in Boston and will need to go to a local affiliate studio.

I have addition info – Bios and photos, should I send them to you or Justin?

Thanks,

Chuck

**From:** "Flatley, Carrie" <carrie.flatley@FOXNEWS.COM>
**Date:** Monday, February 6, 2017 at 11:59 AM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**Subject:** Tucker

Hi Chuck – Carrie here from Tucker's show at Fox News. Hope you had a nice weekend.

My sr. producer advised me to contact you regarding the development on the MI6 Dossier. We're still trying to figure out the show for tonight, so just touching base.

From my understanding, Val Gurvits from Boston Law Group would be available tonight? We'll have a better idea of what the show will be in a bit, so I can confirm then if we can include!

Thank you!
Carrie

**Carrie Flatley**
Associate Producer, Fox News Channel
*Tucker Carlson Tonight*
W: 212-301-5176

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

C: 917-753-6712

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

P-P000433