# Exhibits 23-26
**REDACTED**