# Exhibit 41
**REDACTED**