# Exhibit 59



```
 1              CONFIDENTIAL - Smith
 2       A.    No.
 3       Q.    Why not?
 4       A.    Well, the story we wrote on
 5  January 10th wasn't about Aleksej Gubarev.
 6  It was about the dossier, about a document
 7  that had been briefed to the president of the
 8  United States, the president-elect of the
 9  United States, by the top intelligence
10  officials in the country, and it was -- and
11  it was -- yeah.
12       Q.    Why not redact out the names of the
13  plaintiffs before you published the dossier?
14       A.    The details in the dossier were
15  important parts of an incredibly important
16  document.
17       Q.    Did you make any redactions to the
18  document?
19       A.    Yes.
20       Q.    What did you redact from the
21  document?
22       A.    We redacted the name of Michael
23  Cohen's father-in-law who was mentioned in
24  passing but was not the subject of -- was not
25  central to the dossier.
```



```
 1                    CONFIDENTIAL - Smith

 2        A.   Yes.

 3        Q.   -- "of how much annotation.  We did

 4   point out that things that we really, were

 5   very, very confident were false, in part to

 6   say to the reader, caveat --"

 7             Again, why not redact out the names

 8   of individuals against whom allegations are

 9   made if you don't know that those allegations

10   are true?

11        A.   Well, this was an extraordinarily

12   important document that had been the subject

13   of an extraordinary briefing to two

14   presidents, that was the subject of intense

15   interest at the very highest levels of the

16   law enforcement and intelligence community,

17   and it's -- and there are circumstances in

18   which you use the word "alleged" and report

19   on allegations in journalism, and this was

20   one of them.

21        Q.   You said that BuzzFeed redacted out

22   the name of Michael Cohen's father-in-law,

23   correct?

24        A.   Yes.

25        Q.   Who made the decision to redact out
```



```
 1                 CONFIDENTIAL - Smith
 2    that name?
 3         A.    It was my decision ultimately.
 4         Q.    Did you read the entire dossier and
 5    make conscious determinations as to what you
 6    would and would not redact?
 7         A.    The discussions about redactions
 8    were with our lawyer.
 9         Q.    And I don't want to know that,
10    so --
11              After the dossier was published,
12    did you believe that it was a mistake to have
13    included Alex Gubarev's name in it?
14         A.    No.
15         Q.    Was there discussion at BuzzFeed
16    that it was a mistake to have included his
17    name?
18         A.    I can't speak for all discussions
19    at BuzzFeed.
20         Q.    Were there discussions that you
21    were party to in which people said it was a
22    mistake to include his name?
23         A.    When Mr. Gubarev sued us, there
24    were many discussions with our lawyers.
25         Q.    Without lawyers, were there
```

