# Exhibit 31

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-14-2018 BY [ ] NSICG

UNCLASSIFIED//FOUO

| FD-1040a | **FEDERAL BUREAU OF INVESTIGATION** | b6 -1 |
| | SOURCE CLOSING COMMUNICATION | b7C -1 |
| | | b7D -1 |
| | | b7E -1,2 |

**HEADER**

**DETAILS**

CHS is being closed.

b7E -2

*Note:* Cause is defined as any grievous action by, or set of previously unknown facts/circumstances, that deem the individual not suitable for use as a CHS.

Closing for Cause is based on the facts and circumstances as determined on a case-by-case basis. Closing for Cause is a decision based on the seriousness of the violation. The following are possible reasons which may justify Closing for Cause: Unauthorized Criminal Activity, Serious control problems, Unreliable, and Violated instructions.

**General Reason for Closing:**     Confidentiality revealed

**Provide additional details:**
CHS confirmed to an outside third party that CHS has a confidential relationship with the FBI. CHS was used as a source for an online article. In the article, CHS revealed CHS' relationship with the FBI as well as information that CHS obtained and provided to FBI. On November 1, 2016, CHS confirmed all of this to the handling agent. At that time, handling agent advised CHS that the nature of the relationship between the FBI and CHS would change completely and that it was unlikely that the FBI would continue a relationship with the CHS. Additionally, handling agent advised that CHS was not to operate to obtain any intelligence whatsoever on behalf of the FBI.

| the CHS: | was notified of deactivation. | b6 -1 |
| **FBI SA:** | | b7C -1 |
| | | b7E -2,3 |
| **CHS Response:** | acknowledged receipt and understanding of the notice to close. | |

| FD-1040a | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |

1370340-1

UNCLASSIFIED//FOUO

UNCLASSIFIED//~~FOUO~~

| FD-1040a | **FEDERAL BUREAU OF INVESTIGATION**<br>SOURCE CLOSING COMMUNICATION |
|---|---|

*Ensure that all other necessary forms on this source site have been serialized before serializing this Source Closing Communication. After serializing this form,* ▬▬▬

b7A -1
b7E -2,3

**SIGNATURE**

Submitted By
First Level Approved By

| FD-1040a | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED//~~FOUO~~

1370340-2