# EXHIBIT 1

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Need photo of Nick - as soon s possible
**From:** "Marilyn R. Gerber" <marilyn@cutlerpr.co>
**Date:** 2/22/2016 8:23 AM
**To:** "Olga Galkina" <galkina@servers.com>
**CC:** "Nick Dvas" <dvas@servers.com>, "Michael Fomichev" <fomichev@servers.com>

Hi, Olga. The editor of Cloud Strategy magazine said she's pleased with Nick's article – thank you again, Nick! She's requesting a biography of Nick, which we have, as well as a "headshot" (photo). The attached is from his LinkedIn profile but the resolution isn't high enough. It should be 300 dpi. This one is only 96 dpi. Also, Nick might have a photos that he prefers instead of this one. (If this is all he has, we'll see if the editor can use it.) Or if you have another one, the sooner you can send it, the better. Thanks very much!



Marilyn Gerber
M 917.225.2977


www.cutlerpr.co

―Nick's LinkedIn pic.jpg―





P-P001193

2/20/2018 5:05 PM

Need photo of Nick - as soon s possible

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Attachments:

Nick's LinkedIn pic.jpg 27.2 KB

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

P-P001194