# **EXHIBIT 2**

## CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Need photo of Nick - as soon s possible
**From:** Nick Dvas <dvas@servers.com>
**Date:** 2/23/2016 2:43 PM
**To:** "Marilyn R. Gerber" <marilyn@cutlerpr.co>
**CC:** Olga Galkina <galkina@servers.com>, Michael Fomichev <fomichev@servers.com>

hi

bio looks good to me, and please, find photo attached



EXHIBIT 21
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001203

2/20/2018 5:05 PM

Re: Need photo of Nick - as soon s possible

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



P-P001204

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

On 23 Feb 2016, at 20:57, Marilyn R. Gerber <marilyn@cutlerpr.co> wrote:

Okay, that would be awesome! Also, are you all okay with the info below for your bio?

Nikolay (Nick) Dvas is a COO to Servers.com. He has been working in hosting industry since 2010, and joined XBT Holding, now the parent company for Servers.com, in 2013. At XBT Holding Nick was in charge of building a cloud platform. Currently, he is managing operations of Servers.com, XBT's latest venture, aimed at bringing enterprise-grade hosting to SMBs.

Nick received his MSc in Mechanics in the St. Petersburg Polytechnical University (Russia), and is a holder of a PMP (Project Management Professional) degree, and is a member of a Project Management Institute.

Nick started his career in IT while he was in college, when he joined Alpine Replay project as a researcher. That research yielded a U.S. patent.

Nick believes the hosting industry requires re-invention and a combination of an old-fashioned approach with the convenience brought by cloud players like Amazon and Digital Ocean. When he's not busy with hosting, Nick is cooking and travelling on culinary trips.

**From:** Nick Dvas [mailto:dvas@servers.com]
**Sent:** Tuesday, February 23, 2016 1:44 PM
**To:** Marilyn R. Gerber
**Cc:** Olga Galkina; Michael Fomichev
**Subject:** Re: Need photo of Nick - as soon s possible

will mail it within 2 hrs

On 23 Feb 2016, at 20:41, Marilyn R. Gerber <marilyn@cutlerpr.co> wrote:

Any chance we can still get a photo this evening? If not, we really need to have it tomorrow morning your time. Thanks!

**From:** Nick Dvas [mailto:dvas@servers.com]
**Sent:** Monday, February 22, 2016 11:49 AM
**To:** Marilyn R. Gerber
**Cc:** Olga Galkina; Michael Fomichev
**Subject:** Re: Need photo of Nick - as soon s possible

Hi
would it be late if we send it tomorrow?

On 22 Feb 2016, at 18:23, Marilyn R. Gerber <marilyn@cutlerpr.co> wrote:

Hi, Olga. The editor of Cloud Strategy magazine said she's pleased with Nick's article – thank you again, Nick! She's requesting a biography of Nick, which we have, as well as a "headshot" (photo). The attached is from his LinkedIn profile but the resolution isn't high enough. It should be 300 dpi. This one is only 96 dpi. Also, Nick might have a photos that he prefers instead of this one. (If this is all he has, we'll see if the editor can use it.) Or if you have another one, the sooner you can send it, the better. Thanks very much!

<image001.jpg>

Marilyn Gerber
917.225.2977

<image002.png> <image003.png>
www.cutlerpr.co

<Nick's LinkedIn pic.jpg>

P-P001205