# **EXHIBIT 3**

| Home | Mail | Tumblr | News | Sports | Finance | Entertainment | Lifestyle | Answers | Groups | Mobile | More |

**YAHOO! FINANCE**

Search for news, symbols or companies

Sign in

**Finance Home** | Watchlists | My Portfolio | My Screeners | Markets | Industries | Personal Finance | Tech | Videos

US Markets close in 5 hrs and 25 mins

| S&P 500 | Dow 30 | Nasdaq | Russell 2000 | Crude Oil | Gold |
|---|---|---|---|---|---|
| 2,934.46 | 26,714.18 | 8,096.16 | 1,697.34 | 73.80 | 1,190.50 |
| +20.48 (+0.70%) | +255.87 (+0.97%) | +49.81 (+0.62%) | +0.77 (+0.05%) | +0.55 (+0.75%) | -5.70 (-0.48%) |

# Servers.com Is Expanding to Russia


**Marketwired** September 25, 2015

DALLAS, TEXAS--(Marketwired - Sep 25, 2015) - XBT Holding S.A., the parent company of the hosting provider Servers.com, announced the acquisition of the company Edinaya Set', in order to launch the regional versions of its services.

The move enables XBT to deploy its solutions to the local market in observance of the legal standards of the Russian Federation. As a result, customers of the company from Russia and abroad will be able to allocate servers in the Russian Federation, in full compliance with and according to the Federal Law in regards to the use and storage of Personal Data. This in turn will bring unparalleled performance and the low latency network of Servers.com to customers in Russia. XBT's unique global private network which connects all server infrastructure maintained by the holding's subsidiaries, is a significant reason behind the decision for Russia to be the next destination. The partnership hints at a deeper integration of services which is to follow.

"We have been looking for a local player which meets our development requirements," said Aleksej Gubarev, CEO of XBT Holding. "Edinaya Set' will become the base of our international operations in the region by guaranteeing better and more diversified services. This successful move will provide our

Quote Lookup

Recently Viewed

Your list is empty.

What to Read Next



10/1/2018                                                          Servers.com Is Expanding to Russia

customers with new opportunities, and will allow us to launch our project, Servers.com, in Russia under the brand Servers.ru before the end of 2015."

Edinaya Set's Managing Director, Sergey Krysenko agrees, "We have, so far, been developing our portfolio linearly. It has certainly worked but our newly-formed partnership allows us to improve. The experience we have accumulated, together with XBT's resources, will ensure that our IT infrastructure will receive a needed optimization."

The global hosting environment has motivated XBT Holding's management to continue the strategic expansion. The emerging markets in Asia have shown the importance of a transcontinental connection. Customers from East and West seek to broaden their portfolios with additional redundancy and better reach. Servers.com now allows for a complete line of services to be utilized, from the US to Europe and Asia.

The deal has been closed on August 25th, and all achieved agreements are now in effect.

**About XBT Holding**

XBT Holding S.A. is a privately-owned global hosting, network solutions and web development provider founded in 2005, with offices in 8 countries. Worldwide enterprise and SMB customers rely on XBT's international expertise and comprehensive service portfolio, including managed dedicated hosting, colocation, shared and VPS hosting, high-performance network, cloud, web and application development services. The company operates a worldwide proprietary network through five carrier-neutral datacenters and 13 points of presence in the United States, Europe and Asia, with more than 16,000 servers throughout seven subsidiaries. XBT Holding partners with most major Tier 1 networks to ensure high-speed international connectivity up to 2 Tbps. XBT is now one of the fastest-growing companies in the Internet infrastructure industry. Visit XBT online at xbt.com.


**Syria rebel faction rejects Idlib deal**
AFP


**Florida Millionaire Predicts 'Cash Panic' In 2019**
Stansberry Research  Sponsored


**Oil Price Fundamental Weekly Forecast – Anticipated Shortfall Expected to Continue to Drive Prices Higher**
FX Empire

10/1/2018            Servers.com Is Expanding to Russia



**North Korea Foreign Minister Says Country Won't Disarm Without Trust**
Time

**Three years of Russia strikes on Syria kill 18,000: monitor**
AFP

**Start the conversation**

Sign in to post a message.

10/1/2018                                                                                  Servers.com Is Expanding to Russia