# **EXHIBIT 4**

# crunchbase

# Servers.com

| Overview | Unlock Charts | Acquisition Details | Related Hubs | Company Tech Stack by Siftery | Webs |

Virtual Offices — Everything your business needs, wherever you are. LEARN MORE · SERVCORP
AdChoices

## Overview

| Acquired by | XBT |

| CB Rank (Company) | 58,684 |



### Servers.com

Next generation Cloud and Dedicated hosting, bringing 40G network and ubiquitous global private network to each server

Dallas, Texas, United States

**Categories**
Cloud Computing, Cloud Infrastructure, Content Delivery Network, IaaS, Web Hosting

**Headquarters Regions**
Dallas/Fort Worth Metroplex, Southern US

**Founded Date**
1998

**Operating Status**
Active

**Funding Status**
M&A

**Number of Employees**
11-50

**IPO Status**
Private

**Company Type**
For Profit

Website
servers.com

Facebook
View on Facebook

LinkedIn
View on LinkedIn

Twitter
View on Twitter

Phone Number
+1 (888) 339-5605

Servers.com is an automated and standardized hosting platform for small to medium scale business customers (SMB).The platform offers great diversity of service formats in one package, which gives the customers all the needed solutions and business tools under one roof, including flexible targeting and service pricing based on user's action data...

Read More



Which funding rounds raised the most money?

UNLOCK CHARTS

## Acquisition Details

Transaction Name
Servers.com acquired by XBT

Acquired by
XBT

Announced Date
Dec 2, 2013

Price
$300K

Crunchbase Pro Templates for Sales Pros

Crunchbase Pro Templates for Sales Pros

Get a list of early-stage companies by category & location.

VIEW SAVED SEARCH ›

### Related Hubs

| Hub Name | Number of Organizations |
|---|---|
| Private Dallas/Fort Worth Metroplex Companies | 4,926 |
| United States Cloud Computing Companies | 2,086 |
| Acquired Dallas/Fort Worth Metroplex Companies | 986 |
| Acquired Texas Companies | 2,688 |
| Texas Acquired Companies | 2,660 |
| United States Cloud Computing Acquired Companies | 409 |
| Web Hosting Companies that Exited | 710 |
| Content Delivery Network Companies | 408 |
| Cloud Computing Acquired Companies | 584 |
| Companies That Exited in 2013 | 5,074 |

VIEW ALL ›

### Company Tech Stack by Siftery

Active Products

Servers.com uses 9 technology products and services including Google Analytics, Google Tag Manager, and nginx.

UNLOCK MORE TECHNOLOGIES DATA ›

### Website Tech Stack by BuiltWith

Active Technology

Servers.com is actively using 25 technologies for its website. These include Viewport Meta, IPhone / Mobile Compatible, and Google Analytics.

UNLOCK WEBSITE TECHNOLOGIES DATA ›

### Web Traffic by SimilarWeb

Traffic

Servers.com is ranked 337,618 among websites globally based on its 52,755 monthly web visitors.

UNLOCK MORE WEBSITE TRAFFIC DATA ›

Competitors & Revenue by Owler

Servers.com has $6.4M in revenue annually.

UNLOCK MORE COMPETITORS & REVENUE DATA ›

Current Team

Number of Current Team Members — 5

Servers.com has 5 current team members, including CEO Nick Dvas.

Nick Dvas
CEO

Konstantin Bezruchenko
CTO

Jay Ellisson
Customer Relationship Manager

Ilya Sokolov
Lead Developer

Siarhei Karatkevich
Presales Engineer

Past Team

Number of Past Team Members — 2



| Person Name | Title At Company | Start Date | End Date |
|---|---|---|---|
| Nick Dvas | COO | 2014 | 2017 |
| Roy Premchand | Sales Manager | — | — |

## Events

**Number of Events: 3**

**Latitude59 Conference 2017**
Sponsor
May 25, 2017

**Arctic15 2017**
Sponsor
May 3, 2017

**GameDev Days 2017**
Sponsor
Apr 7, 2017

## Recent News & Activity

Feb 2, 2017
Servers.com: Network Asia — Servers.com opens new data center in Hong Kong

Nov 1, 2016
Servers.com: Bloomberg — Clinton Plugs Another Weak Story About Trump's Ties to Putin

Jun 21, 2016
Servers.com: ACN Newsire Japanese — Servers.com Launches New Data Center in Singapore

Mar 21, 2016
Servers.com: ACN Newsire Japanese — Servers.com Established Partnership With a Record-Label of Famous Producer Scott Storch During the Participation in the World's Biggest Game Developers Conference (GDC)

Mar 18, 2016
Servers.com: Market Wired - Top — Servers.com Established Partnership With a Record-Label of Famous Producer Scott Storch During the Participation in the World's Biggest Game Developers Conference (GDC)

Feb 10, 2016
Servers.com: ACN Newsire Japanese — Servers.com Reveals Advanced Software-Defined Network for Cloud and Hosting

Feb 2, 2016
Servers.com: ACN Newsire Japanese — Servers.com Extends Global Presence With New Data Center in Moscow

Jul 28, 2015
Servers.com: TechCrunch — Servers.com Brings Its Bare-Metal Servers To The US

Dec 2, 2013
**XBT** acquired **Servers.com** for **$300,000**

### Twitter 

 **Servers.com**
@servers_com

For clients who need a dedicated rack space, we now provide private racks of up to 55U, with redundant power up to 11kW and high bandwidth uplinks up to 160 Gbps per leaf-switch.servers.com/private-racks



Sep 5, 2018

 **Servers.com**
@servers_com

Add some scalability and high availability to your applications using our brand-new HTTP load balancing service. The price starts at 5€ per month; additional options include SSL termination and GeoIP headers.servers.com/load-balancer

 **Load Balancing Service | Products & services | Servers.com**
Distribute incoming application traffic across multiple servers. Scale your application and increase its availability.
servers.com

Aug 16, 2018

 **Servers.com**
@servers_com

Are you a demand-side advertising platform fighting for lower RTTs? We offer servers in 7 data centers around the world,

providing low round-trip times to trading locations of prime SSPs. And we have a free global private network between our data centers!servers.com/solutions/adte…



**Reducing Network Latency for AdTech | Solutions | Servers.com**
Bare metal and cloud servers in seven data centers around the world with low round-trip times to biggest supply-side platforms.
servers.com

Jul 30, 2018

Servers.com Retweeted

**Steve Harrington**
@SHarrington1

With the help of @ExtremeNetworks, @servers_com implemented a network with powerful capabilities that remained simple to  manage #extr  soch.us/2NLNtgL



Jul 25, 2018

**Servers.com**
@servers_com

Pleased to get this congratulation board from our long-standing partners at Dell EMC on the opening of our new AMS1 data center. Thanks, @DellEMC!





Jul 20, 2018

**SERVERS.COM ON TWITTER** >



© 2018 Crunchbase Inc. All Rights Reserved.