# EXHIBIT 5

Kostyantyn Bezruchenko
May 03, 2018

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
                         MIAMI DIVISION
 3
                  CASE NO. 1:17-cv-60426-UU
 4

 5
     ALEKSEJ GUBAREV, XBT HOLDING
 6   S.A., AND WEBZILLA, INC.,

 7        Plaintiff,

 8   -vs-

 9
     BUZZFEED, INC. AND BEN SMITH,
10
          Defendant.
11   _____/

12

13                         VIDEOTAPED

14
                          DEPOSITION
15
                              OF
16
                   KOSTYANTYN BEZRUCHENKO
17

18

19                       May 3, 2018
                   10:06 a.m. - 5:28 p.m.
20         201 S. Biscayne Boulevard, Suite 1300
                    Miami, Florida 33131
21

22
               Stenographically Reported By:
23                  SHARON VELAZCO, RPR
               Registered Professional Reporter
24

25
```

U.S. LEGAL SUPPORT
www.uslegalsupport.com

Kostyantyn Bezruchenko
May 03, 2018                                    308

```
 1       A.    No. Evgeniy Bogachev -- I don't know him.
 2             Pavel Vrublevsky --
 3       Q.    We talked about him.
 4       A.    Yes.
 5             We talked about Vladimir Fomenko.  I don't know
 6  him.
 7             Vitaly Korchagin, I don't know him.
 8       Q.    Do you know of him?
 9       A.    Hmm?
10       Q.    Do you know of him?
11       A.    No, I don't know him.
12             Panagiotis Kouvatsos -- I know him.
13       Q.    And who is he?
14       A.    He was -- once he was employee of our company,
15  and was marketing.  And he was also doing some work for
16  Aleksej, as far as I remember, for AVM Open --
17             MR. FRAY-WITZER:  AWM.
18             THE WITNESS:  Yeah, AWM Open.  Yeah.
19             And he served -- he worked in our company as
20       marketing person.
21  BY MS. BOLGER:
22       Q.    Okay.
23       A.    I know this website.  FUBARWebmasters.
24       Q.    Yeah.  Do you know what that is?
25       A.    Yes.
```

```
 1        Q.   What is it?
 2        A.   That's the website of the guy who went from --
 3   probably some of the adult conferences and made the
 4   photos.  He was photographer.
 5        Q.   Do you know what FUBAR means?
 6        A.   No.
 7             What does it means?
 8        Q.   I'll tell you offline.
 9        A.   Okay.
10             I know the -- Nikolai McColo.
11        Q.   And who is that?
12        A.   He was -- he was owner of a hosting company named
13   the same way, McColo.
14        Q.   And have you all had any interactions with him?
15        A.   I believe I met him once on Cyprus, in the AW
16   Open conference in 2004, probably.
17             Konstantin Poltev or Kokach -- no, I don't know
18   this name or nickname.
19        Q.   Okay.
20        A.   Anton Titov, I know this person.
21        Q.   And who is that?
22        A.   He was our customer in -- he still is our
23   customer, sure.
24        Q.   What does he do?
25        A.   He has some -- some -- he is a customer for our
```

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

     I, SHARON VELAZCO, Registered Professional Reporter, certify that I was authorized to and did stenographically report the deposition of KOSTYANTYN BEZRUCHENKO; that a review of the transcript was not requested; and that the transcript is a true record of my stenographic notes.

     I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 8th day of May, 2018.

_____
SHARON VELAZCO, RPR
Registered Professional Reporter