# EXHIBIT 8

## In the Matter Of:

## ALEKSEJ GUBAREV -v- BUZZFEED INC.

0 18-mc-60528-UU, 0 17-cv-60426-UU

---

## FUSION  GPS

*August 30, 2018*

---

*30(b)(6), Attorneys Eyes Only*



800.211.DEPO (3376)
EsquireSolutions.com

FUSION  GPS  30(b)(6), Attorneys Eyes Only                     August 30, 2018
ALEKSEJ GUBAREV -v- BUZZFEED INC.                                        188

1          A.    No, he didn't.

2          Q.    Just so that I understand, prior to the Wall

3     Street Journal publishing that information, Fusion was

4     unaware that the Wall Street Journal intended to

5     publish that information.  Is that correct?

6          A.    That is correct.

7          Q.    Prior to the publication of the memos, did

8     Fusion undertake any efforts to verify the allegations

9     in the December memo concerning Alex Gubarev?

10              MR. LEVY:  Take your time to read through

11    it.

12              THE WITNESS:  Yes, we did.  We took

13    extensive steps to verify the information.

14    BY MR. FRAY-WITZER:

15         Q.    And specifically the information concerning

16    Alex Gubarev?

17         A.    Yes, that's right, we did.

18         Q.    What steps did Fusion take to verify the

19    allegations concerning Alex Gubarev?

20         A.    We took extensive steps to, as I believe I

21    testified, XBT, Webzilla and Mr. Gubarev were all new



1   names to us.  So we went to the public record to

2   determine who these people are and to determine

3   whether the information in Paragraph 3 of this memo

4   was credible.

5          What we found was an extensive record of a

6   company based in Luxemburg with no fewer than 51

7   subsidiary companies or shell companies, located in

8   places like the British Virgin Islands, Cypress,

9   Panama, India and Russia and the United States that

10  was constructed in such a way to obscure the

11  beneficial ownership of the company.

12         That's an important detail in our mind.

13         We undertook a litigation search of XBT and

14  Webzilla and a public record search with the internet.

15  We found extensive allegations, credible allegations.

16  Paragraph 3 talks about porn traffic.  We found a

17  number of websites hosted by Webzilla;

18  asianpissinggirls.com, japanesetoiler.com.  In Fort

19  Lauderdale, osuck.com.  They were hosted by Webzilla.

20         We found extensive allegations in the public

21  record from credible people like motion picture



1   associations in filings to the U.S. and comments to

2   the U.S. Copyright Office that Webzilla had ignored

3   repeated entreaties to take down pirated traffic

4   particularly in pornography.

5         We found that -- and this is a very telling

6   fact for us -- we found Mr. Gurvits's name on

7   extensive litigation in defense of alleged criminal

8   hackers and networks in the Ukraine and Russia.

9         And that -- we found that FireEye had

10  determined that --

11         (The reporter requested clarification.)

12         THE WITNESS:  FireEye, which is an internet

13  security firm had determined that Webzilla was hosting

14  a Propeller Ads -- a company called Propeller Ads

15  which involved various individuals, also tied to Mr.

16  Gubarev.

17         We understood there was a couple companies.

18  One was called Co-locate USA, which is a known

19  spamming network which is actually owned by Webzilla

20  is what we understand.

21         There was another company called Digital --



1    I can't remember it right now.  It was involved

2    allegedly in the Methbot attack which was --

3              (The reporter requested clarification.)

4              THE WITNESS:  Methbot, M-E-T-H-B-O-T, that

5    at its height was stealing somewhere between three and

6    $5 million a day from unsuspecting internet users.

7              So what we found was a pattern and a fact

8    set that corroborated and substantially raised the

9    credibility of the underlying reporting in this

10   memorandum.

11   BY MR. FRAY-WITZER:

12      Q.    I asked you what steps you took prior to the

13   publication.  Is it your testimony that you undertook

14   those steps prior to BuzzFeed's publication of the

15   dossier?

16             MR. LEVY:  Objection, asked and answered.

17             MR. FRAY-WITZER:  Except he's answering a

18   totally different question.

19             MR. LEVY:  No, he's not.

20             MR. FRAY-WITZER:  Okay.  Well, then let him

21   answer it.



FUSION GPS 30(b)(6), Attorneys Eyes Only      August 30, 2018
ALEKSEJ GUBAREV -v- BUZZFEED INC.      192

1          MR. SIEGEL:  That's testimony, Evan.

2   BY MR. FRAY-WITZER:

3      Q.   Did you --

4          MR. SIEGEL:  Ask your question.

5   BY MR. FRAY-WITZER:

6      Q.   Did you -- did Fusion undertake those

7   research efforts before BuzzFeed published the

8   dossier?

9      A.   Yes, we did.

10     Q.   Then let me ask you this.  You said it was

11  very relevant to you that Val Gurvits's name was on

12  the pleading.  Why was that relevant prior to the

13  publication of the dossier?

14         MR. LEVY:  Objection, lacks foundation.

15         THE WITNESS:  May I answer?

16  BY MR. FRAY-WITZER:

17     Q.   Please.

18     A.   Well, as an investigative matter, as a

19  research matter, who someone's lawyer is, whether it's

20  for the formation of a company or the defense of

21  allegations against them is entirely relevant in our



```
 1                  REPORTER'S CERTIFICATE

 2                  District of Columbia

 3                  County of Washington, to wit:

 4                       I, KENNETH NORRIS, a Notary Public of

 5        the District of Columbia, County of Washington, do

 6        hereby certify that the within named witness

 7        personally appeared before me at the time and place

 8        herein set out, and after having been duly sworn by

 9        me, according to law, was examined.

10                       I further certify that the examination

11        was recorded stenographically by me and this

12        transcript is a true record of the proceedings.

13                       I further certify that I am not of

14        counsel to any of the parties, nor in any way

15        interested in the outcome of this action.

16                       As witness my hand and notarial seal

17        this 30th day of August 2018.

18

19

20

21
```

