IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## JOINT MOTION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' PENDING EMERGENCY MOTION TO SEAL

The Parties jointly file this motion to establish a briefing schedule in connection with the pending Emergency Motion to Continue to Seal Portions of Defendants' Summary Judgment Motions and Statements of Fact ("the Emergency Motion") (Dkt. 223).

1. On September 28, 2018, Plaintiffs filed the Emergency Motion.

2. On September 28, 2018, this Court entered an Order with respect to the Emergency Motion ("the Order") (Dkt. 224).

3. The Parties strongly disagree about the merits of the Emergency Motion, and Defendants intend to file a memoranda of law in opposition to the Emergency Motion. However, the Parties agree that in its present posture the pending motion need no longer be treated as an emergency and that, if the Court agrees, further briefing may proceed according to the schedule for motions set forth in Local Rule 7.1(c)(1).

4. Therefore, the Parties jointly move for an Order providing that Defendants shall file their opposition to the Emergency Motion on or before October 12, 2018, and that Plaintiffs shall file any reply within seven (7) days of the date that Defendants file their opposition.

1

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1 OF THE SOUTHERN DISTRICT OF FLORIDA

Counsel for the Parties have conferred and each consents to the relief sought here.

Dated: October 3, 2018

Respectfully submitted,

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

/s/ Katherine M. Bolger
Katherine M. Bolger (*pro hac vice*)
Adam Lazier (*pro hac vice*)
Nathan Siegel (*pro hac vice*)
Alison Schary (*pro hac vice*)
Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com
alisonschary@dwt.com

/s/ Roy Black
Roy Black
Jared Lopez
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Attorneys for Defendants*

4815-1533-0930v.1 0100812-000009

**CERTIFICATE OF SERVICE**

      I CERTIFY that on October 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                By: /s/ Jared Lopez
                                                                      Jared Lopez, Esq.

4815-1533-0930v.1 0100812-000009