UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

### ORDER

THIS CAUSE comes before the Court upon the joint motion for a briefing schedule regarding Plaintiffs' emergency motion to seal (D.E. 229).

On September 28, 2019, Plaintiffs filed an emergency motion to keep portions of Defendants' summary judgment motion under seal. D.E. 223. The Court granted the motion and required Defendants to redact certain portions of their summary judgment motion. D.E. 224. Defendants would like to file an unredacted copy, and so have asked the Court to permit them to file an opposition to the motion to seal by October 12, with a reply due from Plaintiffs by October 19. The Court will grant the motion.

ORDERED AND ADJUDGED that the motion is GRANTED. Defendants SHALL respond to the motion by **October 12, 2018.** Plaintiffs SHALL reply by **October 19, 2018.**

DONE AND ORDERED in Chambers at Miami, Florida, this _4th_ day of October, 2018.

                                                    _____
                                                  UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf