**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.

_____/

## DEFENDANTS' NOTICE OF SEALED FILING

Defendants BuzzFeed, Inc. and Ben Smith hereby provide notice pursuant to Southern

District of Florida Local Rule 5.4(b)(1) and this Court's Order entered September 19, 2018,

Dkt. 205 (the "September 19 Order"), that Exhibit 133 to Defendants' Motion for Partial

Summary Judgment (Dkt. 225-89), which was originally electronically filed on Oct. 1, 2018,

has been temporarily sealed pursuant to the Amended Protective Order (Dkt. 97).  Defendants

request that Dkt. 225-89 be permanently removed from the docket pursuant to that Protective

Order.

Good cause exists for the sealing of this document because it contains information that

was designated Confidential or Attorneys' Eyes only pursuant to the Court's Amended

Protective Order, Dkt. 97.

Defendants are concurrently e-filing along with this notice a publicly available

redacted version of Exhibit 133.

Dated:  October 4, 2018

Respectfully submitted,

/s/ Katherine M. Bolger
Katherine M.  Bolger
Nathan Siegel
Adam Lazier
Alison Schary
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
nathansiegel@dwt.com
adamlazier@dwt.com
alisonschary@dwt.com


/s/ Roy Black
Roy Black
Jared Lopez
BLACK, SREBNICK, KORNSPAN & STUMPF,
P.A.
201 So.  Biscayne Boulevard
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Counsel for Defendants*