Exhibit 133
Redacted