UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Seal Docket Entry 225-89. (D.E. 232)

ORDERED AND ADJUDGED that the Motion (D.E. 232) is GRANTED. The Clerk SHALL seal Docket Entry 225-89.

DONE AND ORDERED in Chambers at Miami, Florida, this _5th_ day of October, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf