# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
    Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
    Defendants.

Case No.

0:17-cv-60426-UU

## DECLARATION OF MATTHEW SHAYEFAR
## IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Matthew Shayefar, do hereby declare as follows:

    1.    My name is Matthew Shayefar. I am over the age of 18 years. I am an attorney licensed in the State of Florida, the State of California and the Commonwealth of Massachusetts. I am counsel of record to Plaintiffs in the above captioned action. I am familiar with the facts herein and make this declaration from my own personal knowledge.

    2.    Attached hereto as Exhibit 60 is a true and correct copy of the Declaration of Constantin Luchian previously filed in this case.

    3.    Attached hereto as Exhibit 61 is a true and correct copy of a document produced by Defendants in this action Bates stamped BuzzFeed 007839.

    4.    Attached hereto as Exhibit 62 is a true and correct copy of a document produced by Defendants in this action Bates stamped BuzzFeed 007836-007838.

    5.    Attached hereto as Exhibit 63 is a true and correct copy of portions of Plaintiff Aleksej Gubarev's Objections and Responses to Defendants' First Set of Interrogatories served by Plaintiffs in this action.

    6.    Attached hereto as Exhibit 64 is a true and correct copy of a Declaration by Aleksej Gubarev.

    7.    Attached hereto as Exhibit 65 is a true and correct copy of an indictment that I obtained from the URL https://www.justice.gov/file/1080281/download.

8. Attached hereto as Exhibit 66 is a true and correct copy of portions of the transcript of the deposition of Christopher Steele.

9. Attached hereto as Exhibit 67 is a true and correct copy of the transcript at https://www.politico.com/story/2017/06/08/full-text-james-comey-trump-russia-testimony-239295, which states that it is "A transcript of former FBI Director James Comey's testimony before the Senate Intelligence Committee on June 8."

10. Attached hereto as Exhibit 68 is a true and correct printout I made on October 3, 2018 of the article at the URL www.realclearpolitics.com/video/2018/04/26/baier_to_comey_if_dossier_was_salacious_why_did_you_use_it_to_get_fisa_warrant.html.

11. Attached hereto as Exhibit 69 is a true and correct copy of portions of the eBook *A Higher Loyalty: Truth, Lies and Leadership* that I made.

12. Attached hereto as Exhibit 70 is a true and correct copy of portions of the eBook *Facts and Fears: Hard Truths From a Life in Intelligence* that I made.

13. Attached hereto as Exhibit 71 is a true and correct copy of portions of the transcript of the deposition of Ken Bensinger.

14. Attached hereto as Exhibit 72 is a true and correct copy of portions of the transcript of the deposition of David Kramer.

15. Attached hereto as Exhibit 73 is a true and correct copy of the Responses and Objections of Defendant Buzzfeed, Inc. to Plaintiffs' First Set of Interrogatories to Defendant Buzzfeed, Inc. served by Defendants in this case.

16. Attached hereto as Exhibit 74 is a true and correct copy of the Defendant Buzzfeed Inc.'s Responses and Objections to Plaintiffs' First Set of Requests for Admission served by Defendants in this case.

17. Attached hereto as Exhibit 75 is a copy of the article published by Buzzfeed originally on January 10, 2017 and apparently as printed on February 3, 2017 which was attached as Exhibit 2 to the Complaint in this matter, as admitted in Defendants' Amended Answer.

18. Attached hereto as Exhibit 76 is a true and correct copy of portions of the transcript of the deposition of Benjamin Smith.

19. Attached hereto as Exhibit 77 is a copy of the "dossier" as admitted in Defendants' Amended Answer published by BuzzFeed on January 10, 2017, which was attached as Exhibit 3 to the Complaint in this matter.

20. Attached hereto as Exhibit 78 is a true and correct copy of a document produced by Defendants in this action Bates stamped BuzzFeed_007905 through BuzzFeed_007906.

21. Attached hereto as Exhibit 79 and 80 are two different versions of Defendant Ben Smith's Response to Plaintiffs' First Set of Interrogatories that were served by Defendants in this action. The reason I attach both is because Exhibit 80 was served first, but did not include a verification. Defendants later served Exhibit 79, which includes a verification, but some of the responses appear to be incomplete as if Mr. Smith unintentionally signed an earlier draft of the responses (see, for instance, the empty spaces in response to Interrogatory No. 6).

22. Attached hereto as Exhibit 81 are true and correct copies of documents Plaintiffs' counsel received from Turner Broadcasting Systems, Inc. and Cable News Network, Inc. pursuant to a subpoena served by Plaintiffs in this case. As of October 5, 2018, Counsel for Turner Broadcasting Systems, Inc. and Cable News Network, Inc has represented in emails to counsel for Plaintiffs that they will be providing a declaration from their custodian of records regarding these documents, but that the certificate would not be ready in time for the filing of this document.

23. Attached hereto as Exhibit 82 is a true and correct printout from the article at the URL https://mic.com/articles/165050/michael-cohen-trump-s-lawyer-emphatically-denies-claims-about-trump-golden-shower#.FP4uyqtoi that I made on October 4, 2018.

24. Attached hereto as Exhibit 83 is a true and correct copy of portions of the Transcript of the Deposition of Anthony J. Ferrante.

25. Attached hereto as Exhibit 84 is a true and correct printout of the Website at the URL http://transcripts.cnn.com/TRANSCRIPTS/1701/15/rs.01.html that I made on October 4, 2018.

26. Attached hereto as Exhibit 85 is a true and correct copy of Exhibit 4 from the Deposition of Benjamin Smith.

27. Attached hereto as Exhibit 86 is a true and correct copy of portions of the Transcript of the Deposition of Anthony J. Ferrante.

28. Attached hereto as <u>Exhibit 87</u> is a true and correct copy of correspondence counsel from Plaintiffs received.

29. Attached hereto as <u>Exhibit 88</u> is a true and correct printout I made of the article at the URL https://thehill.com/hilltv/rising/396307-Did-FBI-get-bamboozled-by-multiple-versions-of-Trump-dossier%3F on October 5, 2018.

30. Attached hereto as <u>Exhibit 89</u> is a true and correct printout I made of the transcript at the URL http://transcripts.cnn.com/TRANSCRIPTS/1807/12/cnr.06.html.

31. Attached hereto as <u>Exhibit 90</u> is a true and correct copy of a transcript of Video Link obtained for the video available at the URL http://www.msnbc.com/mtp-daily/watch/chuck-todd-goes-one-on-one-with-buzzfeed-editor-852858947658?v=raila&.

Signed under the pains and penalties of perjury, this 5th day of October, 2018.

/s/ Matthew Shayefar
Matthew Shayefar, Esq.