UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>    Defendants. | Case No.<br><br>0:17-cv-60426-UU |

**DECLARATION OF MATTHEW SHAYEFAR
IN OPPOSITION TO DEFENDANTS' PARTIAL MOTION FOR SUMMARY
JUDGMENT ON THE ISSUE OF PLAINTIFFS' STATUS AS PUBLIC FIGURES**

I, Matthew Shayefar, do hereby declare as follows:

1.  My name is Matthew Shayefar.  I am over the age of 18 years.  I am an attorney licensed in the State of Florida, the State of California and the Commonwealth of Massachusetts. I am counsel of record to Plaintiffs in the above captioned action.  I am familiar with the facts herein and make this declaration from my own personal knowledge.

2.  Attached hereto as Exhibit 141 is a true and correct copy of a Declaration by Aleksej Gubarev.

3.  Attached hereto as Exhibit 142 is a true and correct copy of documents produced by KGlobal in connection with this litigation, Bates stamped KGlobal 000575-76.

4.  Attached hereto as Exhibit 143 is a true and correct copy of documents produced by KGlobal in connection with this litigation, Bates stamped KGlobal 000824-25.

5.  Attached hereto as Exhibit 144 is a true and correct screenshot of part of the webpage at the URL https://2018.rif.ru/ that I made on October 5, 2018 after I applied the auto-translate feature of Google Chrome.

6.  Attached hereto as Exhibit 145 is a true and correct screenshot of the webpage at the URL https://web.archive.org/web/20180608175253/http://ireport.cnn.com/about.jspa that I took on October 5, 2018.

1

7. Attached hereto as <u>Exhibit 146</u> is a true and correct copy of portions of the deposition of Christopher Steele.

Signed under the pains and penalties of perjury, this 5th day of October, 2018.

/s/ Matthew Shayefar<br>Matthew Shayefar, Esq.