Exhibit
141

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
    Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
    Defendants.

**Case No.**

**0:17-cv-60426-UU**

## DECLARATION OF ALEKSEJ GUBAREV

I, Aleksej Gubarev, do hereby declare as follows:

1.      My name is Aleksej Gubarev.  I am over the age of 18 years.  I am one of the Plaintiffs in the above captioned action.  I was also the former Chief Executive Officer and Chairman of Plaintiff XBT Holding S.A., which is the parent company of the parent company of Plaintiff Webzilla, Inc.  I am familiar with the facts herein and make this declaration from my own personal knowledge.

2.      Any significant connection that I had in the AWMOpen Conference stopped in 2012, when management of the conferenced was transferred to another company.  I have not received any income from AWMOpen since 2009.

3.      Although crutop.nu was listed as an informational sponsor for the AWMOpen Conference, the conference would never have received any money from crutop.nu for this.  As an informational sponsor, it meant only that crutop.nu made a post or similar promotion about the conference on its website.

4.      From 2004 through 2008, I did not know that Pavel Vrublesky or crutop.nu were involved in spam or cybercrimes.  As of this day, I still do not have any personal knowledge about any such allegations, though I did learn that Pavel Vrublesky did go to prison.

5.      While it is true that an XBT subsidiary acquired and owned the domain name DDoS.com, XBT did not end up using the domain name for any project and eventually sold the domain name on or about January 2, 2016.

6.      To be more specific, XBT never created a forum to educate people about online safety at DDoS.com or anywhere else.

7.      German Klimenko did not attend any of XBT or its subsidiaries' press events at any time.

8.      When I met German Klimenko in 2016 at the Russian Internet Forum, it was a very brief meeting, lasting less than two minutes where we only exchanged small talk about business in general because I understand that Mr. Klimenko is also a business person in the technology industry.

9.      When I spoke at the Russian Internet Forum in 2016, it was to a small room with approximately 100-150 people in it.

10.     I never gave a speech at the 2016 St. Petersburg International Economic Forum, whether in an official or unofficial capacity.  I was not invited to be a part of the open table.

11.     Neither myself nor any of XBT's subsidiaries have ever been contacted by or indicted by Special Counsel Robert Mueller, the FBI, the CIA or any other governmental entity investigating the hacking of the Democratic National Committee (with the exception of some communications from the House and Senate Committees arising from this litigation).

12.     Ultimately, I have no idea how or why I, XBT and Webzilla were referenced in the dossier.  I can think of a few theories, but I cannot prove any of them and I don't know which (if any) of them are more likely.  One theory is that someone was trying to get retribution against me for making a purely technical and non-political comment that was used in a news article that turned out to have political ramifications.  Another is that a potential competitor of me and XBT/Webzilla wanted to spread lies about us to damage our reputations and to gain an unfair advantage.  There have even been suggestions that Christopher Steele or Fusion GPS simply made up these allegations themselves, but, because they have not revealed the supposed source of the allegations, there is no way for me to know.

Signed under the pains and penalties of perjury this 5th day of October, 2018.

Aleksej Gubarev

# Exhibit
# 142

| | |
|---|---|
| **From:** | Nick Dvas <dvas@servers.com> |
| **Sent:** | Thursday, December 22, 2016 6:39 PM |
| **To:** | Dolan, Charles |
| **Cc:** | Alexey Gubarev |
| **Subject:** | Re: Additional Question |

Hi Chuck,

We've made our decision, and I'm already regretting that. However, we have a popular saying in Russia, that a terrible end is better than an endless terror.

We've decided to let out the information about Webzilla being a hosting provider for this customer. We believe, we should not disseminate this information widely. It should go from you only to:
- WhiteOps themselves
- Brian Krebs

Please, be very careful with Mr. Krebs. He has been performing lots of research in connection with cybercrime originating from Russia, and he might jump to some sort of unnecessary conclusions. We were 100% positive this customer is legitimate. Webzilla had some ambivalent episodes in its history, and has had some customers with doubtful reputation. However, many of them are now performing legal and legitimate business. Please, make sure, Krebs understands, we're victims, and we were sure customer's business is legitimate.

Also, if you can find some Russian-speaker who will be able to perform your services for us with connection to Russian media (we're far better known in Russian business community than in the US one), that'd be very beneficial. This story might catch some fire in Russia, and then someone in the US may pick it up from Russia in the developed stage. In fact, we would really like you to prepare to such development.

One more thing. Whiteops has published a full list of networks here: http://methbot.s3-website-us-east-1.amazonaws.com/IPs.txt. **this part is not for sharing** Of these 161 networks, just 21 originated from Servers.com. However, they're both in the top and in the bottom of the list - so, if a "researcher" is random, most probably he will meet Webzilla, not Servers. If he is not so random, he might pop into Servers. **end** Only, and only if anyone asks "What about Servers.com, we see their networks as well", you can communicate that,
- The holding management made a decision to invest heavier in Servers.com infrastructure, since it is way more modern and better built compared to Webzilla
- So, once customer needed one more batch of servers, Webzilla recommended him to order them from Servers.com since Servers.com had more capacity.
- We let the customer to Servers.com after he had been with Webzilla for several months with zero abuses towards him from anyone, and we had no reason to doubt his story about being a big data/analytics service

But please, don't be proactive with Servers.com mentioning. We want the damage to be limited to Webzilla.

> On Dec22 2016, at 19:32, Nick Dvas <dvas@servers.com> wrote:

> Nope, no contacts so far.
>> On Dec22 2016, at 18:37, Dolan, Charles <charles.dolan@kglobal.com> wrote:

1

KGlobal 000575

Any media or customers contacted you about the story?

FYI

We have been and will continue to monitor traditional and social media – we will provide you with a daily report.

CONFIDENTIAL

KGlobal 000576

# Exhibit
# 143

| | |
|---|---|
| **From:** | Dolan, Charles |
| **Sent:** | Friday, December 23, 2016 11:13 PM |
| **To:** | Nick Dvas |
| **Cc:** | Alexey Gubarev |
| **Subject:** | Servers.com Daily Monitoring (12/23/16) and CHD Talking points for approval |
| **Attachments:** | CHD - Webzilla.docx |

Gentlemen – let me know if the attached talking points are accurate.

Best,

Chuck

**Overview:**

Servers.com is not mentioned anywhere within the media, however, "methbot" continues to be a topic of conversation. The topic has driven away from top outlets and is now being focused on by niche outlets. I'll be sure to have another monitoring report prepared Tuesday, but I will continue to monitor daily in case a "Servers.com" mention arises.

Please find the major headlines below:


Exchanges Downplay Methbot's Impact, But The Fallout Will Extend Into 2017
December 23 – Ad Exchanger

Major Publishers Losing Up to $5M Daily to Russian Ad Fraud Botnet, White Ops Found
December 23 – CMSWire

Methbot 'BOT farm' makes $5 million a day through Ad Fraud
December 22 – TWCN Tech News

An ad fraud scam called 'Methbot' has allegedly been costing online advertisers up to $5 million a day
December 22 – Business Insider

CONFIDENTIAL                                                                       KGlobal 000824

*Privileged and Confidential*

**TAKING POINTS FOR CHD**

- My name is Chuck Dolan and I am a spokesperson for Webzilla, an enterprise hosting company, providing enterprise-class IT infrastructure solutions to businesses in the most data intensive industries.

- We saw your report on the fraudulent activities of Methbot and after some research discovered we unknowingly provided web services to this company. Webzilla does not tolerate violations of international law or of our terms of services.

- We immediately suspended all services to this user. As you know, this highly sophisticated operation was, as news reports put it: "carefully designed to evade the antifraud mechanisms the advertising industry has put in place in recent years."

- Again once we were made aware, we immediately suspended the user which is resulting in significant financial losses to us due to other contractual arrangements we entered into. (Nick can you provide me info on the nature of those contractual arrangements?)

- I wanted to contact you so that you have a full understanding of the fact that we unknowingly provided services and to stress the fact that Webzilla does not tolerate any violation of good business practices or international law.

- It is deeply troubling to the Webzilla team that someone misused our servers to commit digital advertising fraud.

- Webzilla was never aware of the specific business details regarding the client's operations. It had been described to us as "big data analytics system for video advertisement."

- Again I want to stress that our management took immediate action against this user and suspended all accounts connected with the fraudulent acts.

- We are now focused on working to ensure that an incident like this is never repeated.

- Webzilla is now working to create new company guidelines including: ceasing to announce external or customer IP blocks within our network without deep KYC business of the client.

- We will fully cooperate with the appropriate regulatory authorities.

# Exhibit
# 144



















# The main accents of 2018



**Exclusive reports of speakers from various industries tell about the future of the Internet, technology, communications, business, digital economy and the impact of the**



"numbers on offline".

The unique advantage of the RIF is the exhibition, which is located on the vast territory of the whole Moscow region boarding house. Creative communication with your partners and customers - there is no limit!

REEF. PaperLess. Try out the new features of chip participant badges - they will work on PaperLess by RUVENTS technology in special interactive zones and at the exhibition.

## 22nd RIF Forum:

| 10,000+ | 3 days | 100+ | % |
|---------|--------|------|---|
| CONFERENCE PARTICIPANTS | CONFERENCES AND EXHIBITIONS | PARALLEL SECTIONS | DISCOUNT TICKET CATEGORIES |



# Exhibition

**A large-scale exhibition "Internet 2018" will be organized on the territory of the boarding house during the RIF 2018 , where IT companies from Russia and abroad will present their products and achievements.**

The heart of the exhibition is in the lobby of the main building of the "Forest Dali" boarding house, where the main activity of the Forum participants is concentrated. Over 80 Russian and foreign companies participate in the exhibition.

Also at the exhibition there is a Press and Media Center, charging areas, recreation and entertainment.

There are a lot of RIF partners and everyone is trying to come up with unique options and opportunities to promote their services, thanks to which the RIF exhibition and partners' activities extend beyond the main building.

## New opportunities for festival partners

BECOME A PARTNER

# Organizers and partners

## Organizational partners

    

Organizer        Supported by        Supported by        Supported by        Supported by

## Special partners

KASPERSKY                                РБК        

Computer        General        Special        Official        Official        Official
Security        Internet        partner        Registrar        business        messenger
Partner        Partner                                partner

you → drive                —RUNET——ID—        

Official car        Registration        IT events        Official chip
sharing RIF        partner        calendar        maker RIF
2018

## Official partners

                                        

Yandex        OZON.ru        Interregional        Mediascope        1C-Bitrix        Gino
                        Transit
                        Telecom
                        (MTT)



In contact        Department        Competition        Unified        Microsoft
with        of Science,        Policy        Electronic
        Industrial        Department        Marketplace
        Policy and        of Moscow
        Entrepreneurship
        of Moscow

## Partners



| | | | | | |
|---|---|---|---|---|---|
| Alytics | Ruward | Admitad | Adlabs | Cognitive partner | Printing partner |
| Agency | agency | | High Technologies | group | content provider |
| Vimply | Partner of the musical program RIF 2018 | Partner of the musical program RIF 2018 | OFD.ru | Media Center Partner | Audio advertising network |
| Music partner | Fasttrack | Avantel | Delicious partner | | |

## General information partners

| | | | | | |
|---|---|---|---|---|---|
| General information partner | General information partner | Intelligent Weapons RIF | Official digital edition | Regional Information Partner | Official business publication |
| Official FAQ RIF 2018 | Official news aggregator | General Information Agency | General information partner | Official weather forecast | General information partner |
| General information partner | General Multimedia Partner | General information partner | General information partner | General Media Partner | General radio partner |
| International support | General information partner | General Internet Partner | General Radio | Regional Radio | General newspaper |



General
information
partner

International
radio partner

General
information
partner

## Information Partners

EG.RU

To lead

TV Show
Magazine

M24.ru

Utro.Ru

Roden media

DNI.RU

MEGOGO

Finmarket

FederalPress

The Cable Guy

PRonline

Ingria

MediaJOBS.RU

Lenta.ru

Gazeta.Ru

ICT2Go

ICT-Online

ComNews.ru

Infox

PR News

Evening
Moscow

East-West
Digital News

InNovgorod.ru

ppc.world

PRO
BUSINESS

RMA

BIS Journal

BIT

System
Administrator

Internet in
numbers

Open systems

Computerworld

RSpectr.com

iVengo Mobile

Kinomania

Lentach

Terra creativa

Strategy
Magazine

Arguments
and Facts

ZAYCEV.NET

University TV

Helpinver

Alpina
Publisher

MYTH

Publishing
House DMK

Guild of free
designers

Journal "X"



| | | | | | |
|---|---|---|---|---|---|
| SCAN | TV channel "LIVE!" | TV channel ZEE TV | Theories and Practices | a piece of chalk | SEOnews |
| Laykni | Smart country | Yagla | AllDataCenters | Media Grus | Data center community club |
| Data centers | TelecomBlogger.ru | Allcoinstat.com | nightparty.ru | Friday.com | Apple-iPhone.ru |
| ivi | DEITA.RU | Hacker | Lefotu | invest Forsyth | Sendsay |
| BOMBORA | UniSender | Medialogia | | | |



REGISTER / SIGN IN   BECOME A PARTNER   FAQ   CONTACTS

**RIF history**

1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017   **2018**

© Internet Media Holding
Design, website development and work with participants: RUVENTS

Exhibit
145



http://ireport.cnn.com/about.jspa                    Go    APR  JUN  JUL
1,121 captures                                              ◀  08  ▶
24 Jun 2010 - 12 Jun 2018                             2017  2018  2019
▼ About this capture

News    Video    TV    Opinions    More...

# CNN iReport

🏠 Main    🔍 Explore    ✓ Assignments

Choose a language:    English    En Español

## About CNN iReport

**About**    Community Guidelines    FAQ    Contact Us    Terms of Use

iReport is an invitation for you to be a part of CNN's coverage of the stories you care about and an opportunity to be a part of a global community of men and women who are as passionate about the news as you are. At CNN we believe that looking at the news from different angles gives us a deeper understanding of what's going on. We also know that the world is an amazing place filled with interesting people doing fascinating things that don't always make the news.

That's why iReport is full of tools to help you tell your stories and discuss the issues that are important to you. Since everyone's interests are different, we've also built new tools to help you customize your iReport experience â€" if you're into politics, travel and sports, you'll see different stories than fans of tech, health and food stories. We've also created groups so you can hang out and even collaborate with iReporters with similar interests.

Everything you see on iReport starts with someone in the CNN audience. The stories here are not edited fact-checked or screened before they post. CNN's producers will check out some of the most compelling, important and urgent iReports and, once they're cleared for CNN, make them a part of CNN's news coverage. (Look for the red "CNN iReport" stamp to see which stories have been verified for CNN.) More on how iReport works »

Together, CNN and iReport can paint a more complete picture of the news. We'd love for you to join us. Jump on in, tell your story and see how it connects with someone on the other side of the world. Here are some resources to get started:

Community guidelines »
Terms of use »
FAQ »
Contact us »
Meet Team iReport »

### iReport 101
- Community Guidelines
- Terms of Use

### We are Everywhere
- Facebook
- Twitter
- Tumblr
- Flickr

### Get Help
- Contact Us
- Advertising Contacts

### Tools
- CNN Mobile apps