# Exhibit 146

# Christopher Steele

# Vol. 1

06/18/2018

European Deposition Services

## Page 1

                    Mr Christopher Steele
         CONFIDENTIAL - ATTORNEYS' EYES ONLY
         IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
    _____
                                    :
    ALEKSEJ GUBAREV, XBT HOLDING    : Case No:
    SA and WEBZILLA, INC            : 17-cv-60426-UU
                                    :
                 Plaintiffs         :
                                    :
                   -v-              :
                                    :
    BUZZFEED, INC and BEN SMITH     :
                 Defendants         :
    _____:

              Videotaped deposition
                       of
              Mr Christopher Steele

             On Monday, June 18th 2018

                Commencing at 9.35 am

                    Taken at:
                   15 Old Bailey
                      London
                     EC4M 7EF
                  United Kingdom

    Reported by: Miss Pamela Henley

## Page 2

                    Mr Christopher Steele

                     A P P E A R A N C E S

    On behalf of the Plaintiffs:
         CIAMPA FRAY-WITZER, LLP
         20 Park Plaza
         Suite 505
         Boston, MA 02116
         Telephone: 617 426 0000
         Email: Evan@CRWLegal.Com
              BY:  MR EVAN FRAY-WITZER

         BOSTON LAW GROUP, PC
         825 Beacon Street
         Suite 20
         Newton Centre, MA 02459
         Telephone: 617 928 1800
         Email: vgurvits@bostonlawgroup.com
              BY:  MR VAL GURVITS

## Page 3

                    Mr Christopher Steele
         W LEGAL LIMITED
         47 Red Lion Street
         London WC1R 4PF
         United Kingdom
         Telephone: 020 7220 9139
         Email: steven.loble@wlegal.co.uk
              BY:  MR STEVEN LOBLE

         W LEGAL LIMITED
         47 Red Lion Street
         London WC1R 4PF
         United Kingdom
         Telephone: 020 7220 9136
         Email: sonalsachania@wlegal.co.uk
              BY:  MS SONAL SACHANIA

         ONE ESSEX COURT
         Temple
         London EC4Y 9AR
         Telephone:  020 7583 2000
         Email: hbrown@oeclaw.co.uk
              BY:  MS HANNAH BROWN QC

## Page 4

                    Mr Christopher Steele
    On behalf of the Defendants:
         DAVIS WRIGHT TREMAINE LLP
         1251 Avenue of the Americas
         New York, New York 10021
         Telephone:  212 402 4068
         Email: katebolger@dwt.com
              BY:  MS KATHERINE M BOLGER

         BLACK SREBNICK KORNSPAN STUMPF
         201 S Biscayne Boulevard
         Suite 1300
         Miami, Florida 33131
         Telephone:  305 371 6421
         Email: rblack@royblack.com
              BY:  MR ROY BLACK

         MATRIX CHAMBERS
         Griffin Building
         Gray's Inn
         London WC1R 5LN
         United Kingdom
         Telephone:  020 7404 3447
              BY:  MR ALEX BAILIN QC

### Page 45

```
 1              Mr Christopher Steele
 2       Q.    And, again, just for the record,
 3  prior to receiving this unsolicited raw
 4  information had you ever heard of Aleksej Gubarev?
 5              MR MILLAR:   Same objections.
 6       A.    Same answer.
 7  BY MR FRAY-WITZER:
 8       Q.    You have stated that you have
 9  considered that the unsolicited raw intelligence
10  needed to be further analyzed and verified, so
11  focussing your attention first on the time between
12  when you received this information and when you
13  included it in the December memo what steps did
14  you take to independently verify the allegations
15  concerning XBT?
16              MS EIKHOFF:   Object to form.
17       A.    Could you clarify what you mean by,
18  "independently verify"?
19              MR MILLAR:   I do not know what he
20  means.
21  BY MR FRAY-WITZER:
22       Q.    Did you take any steps to verify
23  the information concerning XBT?
24       A.    I did.
25       Q.    What steps were those?
```

### Page 46

```
 1              Mr Christopher Steele
 2       A.    I believe the only step I can
 3  describe within the bounds of the order is what we
 4  could call an open source search.
 5       Q.    What is an open source search?
 6       A.    It is where you go into the
 7  Internet and you access material that is available
 8  on the Internet that is of relevance or reference
 9  to the issue at hand or the person under
10  consideration.
11       Q.    So if I understand your testimony
12  the extent of your attempts to verify information
13  about XBT is that you did some Internet searches
14  as to who or what XBT was, is that accurate?
15       A.    It is not accurate.
16       Q.    Please tell how that is not
17  accurate.
18       A.    It is not accurate because other
19  efforts to verify relate to sources or sources
20  and, therefore, are not allowed under the terms of
21  the order.
22       Q.    What can you tell us about any
23  efforts that you made to verify allegations
24  concerning Webzilla?
25       A.    The same.  So open source searches.
```

### Page 47

```
 1              Mr Christopher Steele
 2       Q.    And what efforts did you make to
 3  verify the allegations concerning Mr Gubarev?
 4       A.    The same.
 5       Q.    What did you learn about XBT?
 6       A.    From the open source search?
 7       Q.    If that is what you are willing to
 8  tell us about.
 9       A.    We did not find anything of
10  relevance on XBT from the open source search.
11       Q.    Did you find anything of relevance
12  concerning Webzilla?
13       A.    We did.
14       Q.    And what was that?
15       A.    It is an article I have got here,
16  which is -- was posted on 28 July 2009, on
17  something called CNN iReport, which is -- I can
18  circulate it if you like.
19       Q.    What do you understand iReports to
20  be on CNN?
21       A.    I do not have any particular
22  knowledge of that.
23       Q.    Do you understand that they have no
24  connection to any CNN reporters?
25       A.    I do not.
```

### Page 48

```
 1              Mr Christopher Steele
 2       Q.    Do you understand that CNN iReports
 3  are or were nothing more than any random
 4  individuals' assertions on the Internet?
 5              MS EIKHOFF:   Object to form.
 6              MR MILLAR:   I do not -- it does not
 7  have anything to do with his efforts to verify the
 8  allegations.  He has explained what efforts he
 9  made, which included open sourcing this article.
10              His understanding as to the status
11  of the media outlet concerned is not part of his
12  efforts to verify.
13              THE EXAMINER:   US plaintiffs.
14              MR FRAY-WITZER:   It could not be
15  more relevant to this topic or this question.  It
16  is probing the witness's understanding of the
17  search that he says that he himself did, and the
18  efforts that he himself says he made, and the
19  things that he has told us that he has discovered.
20              THE EXAMINER:   US defendants?
21              MR BLACK:   We support the
22  relevance of the question by the plaintiff.
23              THE EXAMINER:   My opinion is this
24  far it is within the topic.  The witness can
25  choose whether to answer or not.
```

Page 49

```
 1                Mr Christopher Steele
 2       A.    What was the question again,
 3   please?
 4   BY MR FRAY-WITZER:
 5       Q.    Do you understand that CNN iReports
 6   are nothing more than any random person posting
 7   things on the Internet?
 8             MS EIKHOFF:  Objection.  Object to
 9   form.
10       A.    So I have got to answer?
11             MR FRAY-WITZER:  You may.
12       A.    No, I, obviously, presume that if
13   it is on a CNN site that it has some kind of CNN
14   status. Albeit that it may be an independent
15   person posting on the site.
16       Q.    Did you learn any information about
17   Mr Gubarev?
18       A.    From this?
19       Q.    No, I am separately asking if you
20   learned anything --
21       A.    Not from my open source search.
22       Q.    -- without telling us what the
23   information was, did you learn any information
24   about Mr Gubarev from any other source?
25       A.    We are talking about the period
```

Page 50

```
 1                Mr Christopher Steele
 2   between the receipt of the intelligence and the
 3   issuing of the report, are we?
 4       Q.    And the issuance of the December
 5   memo, correct.
 6       A.    Not in that period.
 7       Q.    In that period, without telling us
 8   what the information is, did you learn any other
 9   information about XBT?
10       A.    No.
11       Q.    And, again, within that same
12   period, and other than the iReport article that
13   you have identified, did you learn any other
14   information about Webzilla and, again, just "yes"
15   or "no", not the content of any information?
16       A.    Not in that period.
17       Q.    Between the time that you received
18   the unsolicited information and the time that you
19   included it in the December memo did you make any
20   attempts to contact anyone at XBT?
21       A.    No.
22       Q.    Did make any attempts to contact
23   anyone at Webzilla?
24       A.    No.
25       Q.    Did you make any attempts to
```

Page 51

```
 1                Mr Christopher Steele
 2   contact Aleksej Gubarev?
 3       A.    No. And can I just add to that,
 4   that that would not be standard practice in our
 5   industry.
 6       Q.    Why would it not be standard
 7   practice?
 8       A.    We are not journalists.  We are not
 9   seeking to publish information.  We are doing
10   research, which is confidential for a client, in
11   general.
12       Q.    Would you want that information to
13   be as accurate as possible?
14       A.    Of course.
15       Q.    And so why would you not contact
16   the subjects of the information you have been
17   given?
18       A.    It is not standard practice in our
19   sector because of the exposure of sources,
20   potentially.  And, indeed, the confidentiality of
21   enquiries made by clients.
22             Unlike in journalism, for example,
23   where I do believe it is standard practice to put
24   allegations to a subject.
25       Q.    In the same time period we have
```

Page 52

```
 1                Mr Christopher Steele
 2   been discussing did you conduct any research to
 3   determine whether there had been attempts by
 4   anyone to:
 5             "...use botnets and porn traffic to
 6   transit viruses, plant bugs, steal data and
 7   conduct 'altering operations' against the
 8   Democratic Party leadership."?
 9             MR MILLAR:  I object to that on the
10   basis that it is not one of the allegations
11   against the US plaintiffs pleaded in the American
12   proceedings.
13             The -- we went through this with
14   the original order the US plaintiffs sought to
15   have made, which was included more generally, the
16   steps Mr Steele took to obtain information for the
17   dossier beyond the specific factual allegations
18   about the US plaintiffs.  That was item 4 in the
19   original list of 9th November. That was struck
20   out.
21             And the purpose of the confining of
22   topic A to the allegations in paragraph 3 was to
23   confine questioning about efforts to verify to the
24   specific allegations about these US plaintiffs
25   that were at issue in the proceedings there in
```

Page 141

1              Mr Christopher Steele
2          MS EIKHOFF: I would say that we
3    would need probably 14 to 30 days.
4          MR GURVITS: Let us do 20 days.
5          THE WITNESS: There is a difference
6    between 20 days and 20 working days.
7          MR LOBLE: If we say 4 weeks, 28
8    days.
9          MS BOLGER: We have a scheduling
10   order in the American we have to respect, so we
11   would need a final copy of it such that we can
12   write a summary judgment brief if we needed to, to
13   include it, right. So today, can we get it by the
14   end of June? Sorry how about the end of the first
15   week in July. Which is the 6th July.
16         THE WITNESS: That is pushing it a
17   bit. First week in July.
18         MS EIKHOFF: What is the date that
19   you need it for your review?
20         MS BOLGER: Well, how about July,
21   can we agree on July 13th?
22         MS EIKHOFF: And that is assuming
23   that get our copy of the transcript within 7 days.
24         MS BOLGER: Yes. That is almost
25   the 30 days you asked.

Page 142

1              Mr Christopher Steele
2          THE WITNESS: That is fine.
3          MS EIKHOFF: That is okay.
4          THE EXAMINER: Thank you all very
5    much. Mr Steele can be released and can discuss
6    his evidence with anyone he likes.
7          THE VIDEOGRAPHER: This is the end
8    of the deposition of Christopher Steele. Going
9    off the record at 1.49.
10         THE COURT REPORTER: Could I get
11   the order on the record, I believe you would like
12   regular delivery?
13         MR FRAY-WITZER: Yes, please.
14         THE COURT REPORTER: And regular
15   delivery as well?
16         MS BOLGER: Yes.
17         MR BLAKE: Regular.
18         THE COURT REPORTER: Thank you.

Page 143

           CERTIFICATE OF WITNESS


         I, Christopher Steele, am the
witness in the foregoing deposition. I have read
the foregoing deposition and, having made such
changes and corrections as I desired, I certify
that the transcript is a true and accurate record
of my responses to the questions put to me on
Monday, June 18th 2018.


Signed_____
    Christopher Steele
Dated this _____ day of_____ 2018

Page 144

           CERTIFICATE OF COURT REPORTER


         I, Pamela E Henley, Court Reporter,
do hereby certify that I took the stenotype notes
of the foregoing deposition and that the
transcript thereof is a true and accurate record
transcribed to the best of my skill and ability
         I further certify that I am neither
counsel for, related to, nor employed by any of
the parties to the action in which this deposition
was taken, and that I am not a relative or
employee of any attorney or counsel employed by
the parties hereto, nor financially or otherwise
interested in the outcome of the action.




                    _____
                       Pamela E Henley

```
Page 145
 1
 2
 3                      ERRATA
 4    (Please make any amendments or corrections on the
 5     errata sheet and not on the original deposition)
 6   CORRECTION                                    PAGE
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23   _____        _____
24
25   Signature                  Date
```