UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:17-cv-60426-UU

ALEKSEJ GUBAREV, et al.,

    Plaintiffs,

v.

BUZZFEED, INC., et al.,

    Defendants.

_____/

### DECLARATION OF NATHAN SIEGEL IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Nathan Siegel, pursuant to 29 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, counsel for Defendants BuzzFeed, Inc. and Ben Smith in the above-captioned proceeding.

2. I make this declaration in order to annex exhibits relied upon in Defendants' Memorandum of Law in opposition to Plaintiff's Motion for Summary Judgment.

3. [REDACTED]

4. [REDACTED]

5. Annexed hereto as **Exhibit 3** is a true and correct copy of XBT's September 25, 2015 press release printed from the website at https://finance.yahoo.com/news/servers-com-expanding-russia-050000657.html.

6. Annexed hereto as **Exhibit 4** is a true and correct copy of the CrunchBase entry for Servers.com, printed from the website at https://www.crunchbase.com/organization/servers-com#section-recent-news-activity.

7. ███████████████████████████████████████
███████████████████████████

8. Attached hereto as **Exhibit 6** is a true and correct copy of a November 1, 2016 op-ed by Jennifer Rubin for the *Washinton Post*, printed from the website at https://www.washingtonpost.com/blogs/right-turn/wp/2016/11/01/trumps-putin-problem-returns-in-a-big-way.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a September 21, 2018 article by Kevin G. Hall for *McClatchy*, printed from the website at https://www.mcclatchydc.com/latest-news/article218740565.html.

10. ███████████████████████████████████████
███████████████████████████

11. Attached hereto as **Exhibit 9** is a true and correct copy of the complaint filed April 16, 2018 in the case of *Fridman et al. v. Orbis Business Intelligence Ltd. et ano.*, No. 2018 CA 002667 B (D.C. Super.).

12. Attached hereto as **Exhibit 10** is a true and correct copy of the complaint filed October 3, 2017 in the case of *Fridman et al. v Bean LLC a/k/a/ Fusion GPS et ano.*, No. 17-cv-02041 (D.D.C.).

13. Attached hereto as **Exhibit 11** is a true and correct copy of the complaint filed May 26, 2017 in the case of *Fridman et al. v. BuzzFeed, Inc. et al.*, Index No. 154895/2017 (Sup. Ct. N.Y. Cnty.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2018 in Washington, District of Columbia.

_____
Nathan Siegel