# EXHIBIT C
# Plaintiffs' Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:17-cv-60426-UU

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

**Exhibit "C"**

**PLAINTIFFS' TRIAL WITNESS LIST**

| **Presiding Judge**<br>Judge Ursula Ungaro | **Plaintiffs' Attorneys**<br>Evan Fray-Witzer<br>Valentin Gurvits<br>Matthew Shayefar<br>Brady J. Cobb<br>Dylan Fulop | **Defendants' Attorneys**<br>Katherine M. Bolger<br>Adam Lazier<br>Nathan Siegel<br>Alison Schary<br>Roy E. Black<br>Jared M. Lopez |
|---|---|---|
| **Trial Date(s)**<br>January 22, 2019 -<br>February 4, 2019 | | |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| 1 | | | | | | Aleksej Gubarev<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |
| 2 | | | | | | Anna Gubareva<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | | | | | | Konstantin Bezruchenko<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |
| 4 | | | | | | Rajesh Mishra<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |
| 5 | | | | | | Nick Dvas<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |
| 6 | | | | | | Marc Goederich<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |
| 7 | | | | | | Jochem Steman<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |
| 8 | | | | | | Ben Smith<br>c/o BuzzFeed<br>111 East 18th Street<br>13th Floor<br>New York, NY 10003 |
| 9 | | | | | | Ken Bensinger<br>c/o BuzzFeed<br>111 East 18th Street<br>13th Floor<br>New York, NY 10003 |
| 10 | | | | | | Christopher Steele (via deposition testimony)<br>c/o RPC<br>Tower Bridge House<br>St Katharine's Way<br>London<br>E1W 1AA |

3

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 11 |  |  |  |  |  | Fusion GPS (via deposition testimony)<br>c/o Zucherman Spaeder<br>1800 M Street, NW<br>Suite 1000<br>Washington, DC 20036 |
| 12 |  |  |  |  |  | David Kramer (via deposition testimony)<br>c/o Marcos D. Jimenez, P.A.<br>255 Alhambra Circle<br>Suite 800<br>Coral Gables, FL 33134 |
| 13 |  |  |  |  |  | Eric Cole (expert)<br>c/o Secure Anchor Consulting<br>20442 Northpark Drive<br>Ashburn, VA 20147 |
| 14 |  |  |  |  |  | Jeff Anderson (expert)<br>c/o CONSOR IP Consulting and Valuation<br>7342 Girard Ave., Suite 8<br>La Jolla, CA  92037-5159 |
|  |  |  |  |  |  | All witnesses listed on Defendants' witness list |