# EXHIBIT E
# Plaintiffs' Deposition Designations

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:17-cv-60426-UU

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

**Exhibit E**

**PLAINTIFFS' DEPOSITION DESIGNATIONS**[*]

| Witness Name | Designation Page:Line (Exhibit No.)[†] | Defendants' Objection[‡] | Defendants' Cross-Designation Page:Line (Exhibit No.) | Plaintiffs' Objection to Cross-Designation | Court's Ruling |
|---|---|---|---|---|---|
| Fusion GPS/Fritsch | 8:3-9:14 | No objection | | | |
| Fusion GPS/Fritsch | 23:10-29:17 | No objection | | | |
| Fusion GPS/Fritsch | 30:17-21 | T | | | |

---

[*] Plaintiffs have not designated the deposition testimony of any witness expected to appear at trial. Furthermore, Defendants have represented that Ben Smith and Ken Bensinger will be made available at trial and Plaintiffs reserve the right to designate their transcripts if Defendants fail to produce them at trial

[†] The parties are required to attach to the deposition any exhibits to which objections refer.

[‡] A – Authenticity (unexclusively including best evidence rule), Arg – Argumentative, Best Ev – Best evidence, C – Completeness, Daubert – Subject to *Daubert* challenge, Doc Speaks – Documents speaks for itself, F – Foundation, H – Hearsay, I – inadmissible matter (unexclusively including *Daubert* challenge), L – foreign language, Leg. – Calls for legal conclusion, N – No objection, M – Misstates testimony, P – Privileged, R – Relevance, S – Speculation, T – To form (unexclusively including, for instance, speculation, argumentative, misstates testimony, calls for legal conclusion), UP – Unfairly Prejudicial,

| | | | | | |
|---|---|---|---|---|---|
| Fusion GPS/Fritsch | 33:2-14 | No objection | | | |
| Fusion GPS/Fritsch | 34:12-37:5 | No objection | | | |
| Fusion GPS/Fritsch | 39:4-40:18 | No objection | | | |
| Fusion GPS/Fritsch | 41:19-42:6 | No objection | | | |
| Fusion GPS/Fritsch | 46:4-47:19 | No objection | | | |
| Fusion GPS/Fritsch | 48:14-19 | No objection | | | |
| Fusion GPS/Fritsch | 49:5-50:2 | No objection | | | |
| Fusion GPS/Fritsch | 51:20-52:5 | No objection | | | |
| Fusion GPS/Fritsch | 52:11-53:7 | T | | | |
| Fusion GPS/Fritsch | 54:7-59:9 | No objection to 54:7-54:20; No objection to 55:3-57:14; H (57:14-59:9) | | | |
| Fusion GPS/Fritsch | 71:19-73:21 | No objection | | | |
| Fusion GPS/Fritsch | 75:19-76:7 | No objection | 76:8-76:11 | H, S | |
| Fusion GPS/Fritsch | 77:21-79:7 | No objection | | | |
| Fusion GPS/Fritsch | 80:2-81:7 | No objection | | | |
| Fusion GPS/Fritsch | 85:5-87:10 | No objection | | | |
| Fusion GPS/Fritsch | 90:13-17 | No objection | 90:18-92:3 | C, R, S | |
| Fusion GPS/Fritsch | 93:4-15 | T | | | |

2

| | | | | | |
|---|---|---|---|---|---|
| Fusion GPS/Fritsch | 99:19-100:4 | No objection | | | |
| Fusion GPS/Fritsch | 102:17-103:10 | T | | | |
| Fusion GPS/Fritsch | 110:8-118:16 | R (110:8- 111:14); No objection to 111:15-20; R, H (111:20- 113:1) No objection to 113:2-118:16 | | | |
| Fusion GPS/Fritsch | 127:15-131:12 | No objection | | | |
| Fusion GPS/Fritsch | 132:10-25 | No objection | | | |
| Fusion GPS/Fritsch | 134:9-135:10 | OBJECTION- RELEVANCE | | | |
| Fusion GPS/Fritsch | 141:21-143:10 | OBJECTION HEARSAY | | | |
| Fusion GPS/Fritsch | 143:20-147:5 | No objection to 143:20-144:2 T (144:2-9); No objection 144:10-18 T (144:18-145:9); No objection to 145:10-14 147:5 | | | |
| Fusion GPS/Fritsch | 147:20-148:3 | No objection | | | |
| Fusion GPS/Fritsch | 151:21-152:4 | No objection | | | |
| Fusion GPS/Fritsch | 154:7-155:20 | No objection | | | |
| Fusion GPS/Fritsch | 156:8-167:11 | No objection to 156:8-157:17; T (157:18-158:4); No objection to 158:5-161:4; | | | |

3

|  |  | (161:5-163:11); T(163:16-164:20; 166:5-167:11) |  |  |  |
|---|---|---|---|---|---|
| Fusion GPS/Fritsch | 167:20-169:12 | R |  |  |  |
| Fusion GPS/Fritsch | 171:4-16 | T |  |  |  |
| Fusion GPS/Fritsch | 173:4-7 | R, T |  |  |  |
| Fusion GPS/Fritsch | 178:15-179:2 | No objection |  |  |  |
| Fusion GPS/Fritsch | 180:15-182:6 | No objection |  |  |  |
| Fusion GPS/Fritsch | 241:21-242:17 | No objection |  |  |  |
| Fusion GPS/Fritsch | Exhibit 6 | R, H |  |  |  |
| Fusion GPS/Fritsch | Exhibit 7 | No objection |  |  |  |
| Fusion GPS/Fritsch | Exhibit 8 | No objection |  |  |  |
| Fusion GPS/Fritsch | Exhibit 9 | R, H as set forth herein |  |  |  |
| Fusion GPS/Fritsch | Exhibit 11 | No objection |  |  |  |
| Fusion GPS/Fritsch | Exhibit 12 | R, J |  |  |  |
| Kramer, David | 4:1-5:4 | No objection |  |  |  |
| Kramer, David | 7:2-6 | R(7:6) |  |  |  |
| Kramer, David | 11:21-14:3 | No objection |  |  |  |
| Kramer, David | 14:11-19:12 | No objection |  |  |  |

4

| | | | | | |
|---|---|---|---|---|---|
| Kramer, David | 20:7-10 | No objection | | | |
| Kramer, David | 21:19-22 & 22:9 | No objection | | | |
| Kramer, David | 22:11-28:10 | No objection | | | |
| Kramer, David | 29:11-58:18 | No objection | | | |
| Kramer, David | 59:6-71:12 | R, H (59-64, 66-67, 68-69, 70)): T (63:25-64:9) | | | |
| Kramer, David | 72:16-22 | No objection | | | |
| Kramer, David | Exhibit No. 2 | No objection | | | |
| Kramer, David | Exhibit No. 3 | No objection | | | |
| Kramer, David | 73:3-23 | No objection | | | |
| Kramer, David | Exhibit No. 4 | No objection | | | |
| Kramer, David | 74:5-6 | No objection | | | |
| Kramer, David | 75:4-10 | No objection | | | |
| Kramer, David | 75:15-76:13 | No objection to 75:17-76:13 | | | |
| Kramer, David | 85:9-86:21 | No objection | | | |
| Kramer, David | 96:24-97:5 | No objection | | | |
| Kramer, David | 102:23-103:11 | No objection | | | |
| Kramer, David | 103:17-104:2 | No objection | | | |

5

| Kramer, David | 105:9-15 | No objection | | | |
|---|---|---|---|---|---|
| Kramer, David | 105:23-106:2 | No objection | | | |
| Kramer, David | 106:11-22 | No objection | | | |
| Kramer, David | 108:24-109:7 | No objection | | | |
| Kramer, David | 118:18-22 | No objection | | | |
| Kramer, David | 128:8-21 | No objection | | | |
| Kramer, David | 129:1-130:7 | No objection | | | |
| Kramer, David | Exhibit 5 | H | | | |
| Kramer, David | Exhibit 6 | H | | | |
| Steele, Christopher | 10:2-4 | No objection | | | |
| Steele, Christopher | 11:23-15:10 | No objection to 15:3-10 | | | |
| Steele, Christopher | 15:21-16:5 | No objection to 15:21-23 | | | |
| Steele, Christopher | 18:11-20:4 | No objection | | | |
| Steele, Christopher | 23:22-24:9 | No objection to 23:22 to 24:6 | | | |
| Steele, Christopher | 24:25-25:11 | No objection | | | |
| Steele, Christopher | 31:3-31:20 | No objection | | | |
| Steele, Christopher | 32:21-33:11 | No objection | | | |
| Steele, Christopher | 35:16-37:6 | No objection to 35:17 – 36:14; | | | |

6

| | | | | | |
|---|---|---|---|---|---|
| | | R (36:15-37:6) | | | |
| Steele, Christopher | 40:7-42:24 | No objection to 40:7– 42:21; R, UP (42:22-24) | | | |
| Steele, Christopher | 44:17-48:4 | R, UP (44:17-45:21) No objection to 45:22 – 48:4 | | | |
| Steele, Christopher | 49:2-52:8 | No objection | | | |
| Steele, Christopher | 54:4-55:15 | No objection | | | |
| Steele, Christopher | 56:6-11 | No objection | | | |
| Steele, Christopher | 58:7-11 | No objection to 58:9-11 | | | |
| Steele, Christopher | 63:11-20 | R | | | |
| Steele, Christopher | 65:8-16 & 65:24 | R, UP | | | |
| Steele, Christopher | 66:2-8 & 66:15 | R, UP | | | |
| Steele, Christopher | 66:17-67:6 | No objection to 66:17-21; R(66:21-67:6) | | | |
| Steele, Christopher | 68:16-21 & 69:15 | R, UP | | | |
| Steele, Christopher | 69:17-21 & 70:23-24 | R, UP | | | |
| Steele, Christopher | 71:2-9 & 72:8 | R, UP | | | |
| Steele, Christopher | 72:10-13 & 73:8 | R, UP | | | |

| | | | | | |
|---|---|---|---|---|---|
| Steele, Christopher | 83:2-24 | No objection | | | |
| Steele, Christopher | 84:7-15 | No objection | | | |
| Steele, Christopher | 85:3-86:11 | No objection | | | |
| Steele, Christopher | 87:23-88:6 | No objection | | | |
| Steele, Christopher | 91:17-92:11 | No objection | | | |
| Steele, Christopher | 93:9-12 & 98:12-99:15 | No objection | | | |
| Steele, Christopher | 101:5-104:3 | No objection | | | |
| Steele, Christopher | 107:16-108:4 | No objection | | | |
| Steele, Christopher | 109:18-110:14 | No objection | | | |
| Steele, Christopher | 114:24-115:4 | No objection | | | |
| Steele, Christopher | 116:17-25 | No objection | | | |
| Steele, Christopher | 117:7-13 | No objection | | | |
| Steele, Christopher | 121:5-6 & 122:10-124:20 | No objection | | | |
| Steele, Christopher | 125:17-126:15 | R, UP (125:17-126:14); No objection 126:9-15 | | | |
| Steele, Christopher | 139:2-5 | No objection | | | |
| Steele, Christopher | Exhibit 3 | H | | | |
| Steele, Christopher | Exhibit 4 | H | | | |

| Steele, Christopher | Exhibit 5 | R, H | | | |
|---|---|---|---|---|---|
| Steele, Christopher | Exhibit 6 | R, H | | | |
| Steele, Christopher | Exhibit 7 | R, H | | | |
| Steele, Christopher | Exhibit 8 | R, H | | | |
| Steele, Christopher | Exhibit 9 | R, H as set forth herein | | | |