# EXHIBIT J
# Defendants' Proposed Verdict Form

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

    Plaintiffs,
vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

**[DEFENDANTS' PROPOSED] VERDICT FORM**

    The statement involved here is from the Dossier that was embedded in the Article that was published online on January 10, 2017.  The Statement reads as follows:

    _____ reported that over the period March-September 2016 a company called XBT/Webzilla and its affiliates had been using botnets and porn traffic to transmit viruses, plant bugs, steal data and conduct "altering operations" against the Democratic Party leadership.  Entities linked to one Alexei GUBAROV were involved and he and another hacking expert, both recruited under duress by the FSB, Seva KAPSUGOVICH, were significant players in this operation. In Prague, COHEN agreed contingency plans for various scenarios to protect the operations, but in particular what was to be done in the event that Hillary CLINTON won the presidency. It was important in this event that all cash payments owed were made quickly and discreetly and that cyber and that cyber and other operators were stood down/able to go effectively to ground to cover their traces.

    When you see the term Statement in the questions that follow it refers to the language set forth above.

1

**QUESTIONS (IF PLAINTIFFS ARE PUBLIC FIGURES)**

1. Do you find that the Plaintiffs have proven that the Statement was a false statement of fact?

    Yes ____   No ____

*If you answered "No" to Question No. 1, then you should stop here. There is no need to answer any other questions on this form, but complete the Verification below.*

2. If you answered "Yes" to Question No. 1, do you find that the Plaintiffs have proven that the Statement was defamatory of Aleksej Gubarev, XBT Holdings S.A., or Webzilla, Inc.?

    Yes ____   No ____

If you answered "Yes" to this Question, indicate which Plaintiff or Plaintiffs the Statement is defamatory of:

_____

3. For the Plaintiff or Plaintiffs that you identified in your answer to Question No. 2, do you find that those Plaintiffs have proven by clear and convincing evidence that when the Statement was published on January 10, 2017, that the Defendant(s) knew that the Statement was false or had serious doubts as to its truth?

    Yes ____   No ____

*If you answered "No" to Question No. 3 then you should stop here. There is no need to answer any other questions on this form, but complete the Verification below.*

4. If you answered "Yes" to Question No. 3, please indicate which of the Defendants you find knew that the Statement was false or had serious doubts as to its truth, by checking the applicable box(es).

    *Buzzfeed* ____      *Ben Smith* ____

2

5. For the Plaintiff or Plaintiffs that you identified in your answer to Question No. 2, do you find that those Plaintiffs have proved that the Statement was a legal cause of actual damage to any of them?

Yes \_\_\_\_        No \_\_\_\_

*If you answered "No" to Question No. 5, then you should stop here. There is no need to answer any other questions on this form, but complete the Verification below.*

6. If you answered "Yes" to this Question, indicate which Plaintiff or Plaintiffs has proven actual damage:

_____

7. For each Plaintiff you identified in your answer to Question No. 6, what is the amount of compensatory damages you award to that Plaintiff?

_____

8. If you awarded compensatory damages to any of the Plaintiffs in Question No. 7, do you also find that the Defendants' primary purpose in publishing the Statement was to indulge ill will, hostility, and an intent to harm that Plaintiff(s)?

Yes \_\_\_\_        No \_\_\_\_

*If you answered "No" to Question No. 8, then you should stop here. There is no need to answer any other questions on this form, but complete the Verification below.*

9. If you answered "Yes" to Question No. 8, please indicate which of the Defendants primary purpose in publishing the Statement was to indulge ill will, hostility, and an intent to harm that Plaintiff(s)?

*Buzzfeed* \_\_\_        *Ben Smith* \_\_

3

10. If you identified any Defendants in your Answer to Question No. 9, do you choose to award punitive damages?

Yes \_\_\_\_  No \_\_\_\_

***If you answered "No" to Question No. 10, then you should stop here.  There is no need to answer any other questions on this form, but complete the Verification below.***

11. If you answered "Yes" to Question No. 10, please state the amount of punitive damages you choose to assess against that Defendant.

*Buzzfeed* _____  *Ben Smith* _____

### Verification

I verify that each of the answers indicated above was determined by the unanimous verdict of the jury in this case.

_____  _____
   Date       Foreperson

4

**QUESTIONS (IF PLAINTIFFS ARE PRIVATE FIGURES)**

1.  Do you find that the Plaintiffs have proven that the Statement was a false statement of fact?

    Yes ____        No ____

*If you answered "No" to Question No. 1, then you should stop here.  There is no need to answer any other questions on this form, but complete the Verification below.*

2.  If you answered "Yes" to Question No. 1, do you find that the Plaintiffs have proven that the Statement was defamatory of Aleksej Gubarev, XBT Holdings S.A., or Webzilla, Inc.?

    Yes ____        No ____

If you answered "Yes" to this Question, indicate which Plaintiff or Plaintiffs the Statement is defamatory of:

_____

*Please answer the next question for all Plaintiffs that you identified in your answer to Question No. 2.*

5

**IF NEW YORK LAW APPLIES TO THE ELEMENT OF FAULT:**

3.  For the Plaintiff or Plaintiffs you identified in your Answer to Question No. 2, do you find that Plaintiffs have proven that Defendants published the Statement in a grossly irresponsible manner?

    Yes ____    No ____

*If you answered "No" to Question No. 3 then you should stop here. There is no need to answer any other questions on this form, but complete the Verification below.*

4.  If you answered "Yes" to Question No. 3, please indicate which of the Defendants you find published the Statement in a grossly irresponsible manner:

    *Buzzfeed* ____    *Ben Smith* ____

**IF FLORIDA LAW APPLIES TO THE ELEMENT OF FAULT:**

3.  For the Plaintiff(s) you identified in your Answer to Question No. 2, do you find that Plaintiffs have proven that Defendants published the Statement negligently?

    Yes ____    No ____

*If you answered "No" to Question No. 3 then you should stop here. There is no need to answer any other questions on this form, but complete the Verification below.*

4.  If you answered "Yes" to Question No. 3, please indicate which of the Defendants you find published the Statement negligently:

    *Buzzfeed* ____    *Ben Smith* ____

5.  Do you find that the Plaintiffs have proved that the Statement was a legal cause of actual damage to any of the Plaintiffs you identified in your answer to Question No. 2?

6

Yes ____        No ____

***If you answered "No" to Question No. 5, then you should stop here. There is no need to answer any other questions on this form, but complete the Verification below.***

6. If you answered "Yes" to this Question, indicate which Plaintiff or Plaintiffs has proven actual damage:

_____

7. For each Plaintiff you identified in your answer to Question No. 6, what is the amount of compensatory damages you award to that Plaintiff?

_____

8. If you awarded compensatory damages to any of the Plaintiffs in Question No. 7, do you also find that the Defendants' primary purpose in publishing the Statement was to indulge ill will, hostility, and an intent to harm that Plaintiff(s)?

Yes ____        No ____

***If you answered "No" to Question No. 8, then you should stop here. There is no need to answer any other questions on this form, but complete the Verification below.***

9. If you answered "Yes" to Question No. 8, please indicate which of the Defendants you find whose primary purpose in publishing the Statement was to indulge ill will, hostility, and an intent to harm that Plaintiff(s)?

*Buzzfeed* ___        *Ben Smith* ___

10. If you identified any Defendants in your Answer to Question No. 9, do you choose to award punitive damages?

Yes ____        No ____

7

*If you answered "No" to Question No. 10, then you should stop here. There is no need to answer any other questions on this form, but complete the Verification below.*

      11.    If you answered "Yes" to Question No. 10, please state the amount of punitive damages you choose to assess against that Defendant.

    *Buzzfeed* _____        *Ben Smith* _____

## Verification

    I verify that each of the answers indicated above was determined by the unanimous verdict of the jury in this case.

_____                                _____
    Date                                                        Foreperson