UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, <br> XBT HOLDING S.A., and <br> WEBZILLA, INC. <br>     Plaintiffs, <br><br> v. <br><br> BUZZFEED, INC. and <br> BEN SMITH <br>     Defendants. | Case No. <br><br> 0:17-cv-60426-UU |

**REPLY DECLARATION OF MATTHEW SHAYEFAR
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Matthew Shayefar, do hereby declare as follows:

1. My name is Matthew Shayefar. I am over the age of 18 years. I am an attorney licensed in the State of Florida, the State of California and the Commonwealth of Massachusetts. I am counsel of record to Plaintiffs in the above captioned action. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. Attached hereto as Rep. Ex. 1 is a true and correct copy of portions of the transcript of the deposition of Anthony J. Ferrante.

3. Attached hereto as Rep. Ex. 2 is a true and correct copy of portions of the transcript of the deposition of David Kramer.

4. Attached hereto as Rep. Ex. 3 is a true and correct copy of portions of the a document titled "Executive Session Permanent Select Committee Intelligence, U.S. House of Representatives, Washington D.C. Interview of: Glenn Simpson."

5. Attached hereto as Rep. Ex. 4 is a true and correct copy of portions of the transcript of the deposition of Benjamin Smith.

6. Attached hereto as Rep. Ex. 5 is a true and correct copy of portions of the transcript of the deposition of Ken Bensinger.

7. Attached hereto as Rep. Ex. 6 is a true and correct copy of a document that I obtained from the URL https://www.itic.org/public-policy/SnapshotofDataLocalizationMeasures7-29-2016.pdf on October 9, 2018.

8. Attached hereto as Rep. Ex. 7 is a true and correct printout of an article that I obtained from the URL https://www.nytimes.com/2017/07/12/business/apple-china-data-center-cybersecurity.html on October 9, 2018.

9. Attached hereto as Rep. Ex. 8 is a true and correct printout of an article that I obtained from the URL https://www.reuters.com/article/us-india-payments-whatsapp/whatsapp-builds-system-to-comply-with-indias-payments-data-storage-norms-idUSKCN1MJ0IX on October 9, 2018.

10. Attached hereto as Rep. Ex. 9 is a true and correct printout of an article that I obtained from the URL https://www.livemint.com/Companies/xEAFZGZ9kOaMz6R4HIgwXK/Google-ready-to-comply-with-RBI-norms-for-payment-services.html on October 9, 2018.

11. Attached hereto as Rep. Ex. 10 is a true and correct printout of an article that I obtained from the URL https://themoscowtimes.com/articles/apple-to-store-users-personal-data-in-russia-report-49478 on October 9, 2018.

12. Attached hereto as Rep. Ex. 11 is a true and correct copy of documents produced by KGlobal in connection with this litigation, Bates stamped KGlobal_000575-76.

Signed under the pains and penalties of perjury, this 9th day of October, 2018.

/s/ Matthew Shayefar
Matthew Shayefar, Esq.