Rep. Ex. 1

```
1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2                   MIAMI DIVISION

3


4    ALEKSEJ GUBAREV, XBT    :
     HOLDING S.A., and       :
5    WEBZILLA, INC.,         :
                             :
6         Plaintiffs,        : Case No:
                             : 1:17-cv-60426-UU
7    v.                      :
                             :
8    BUZZFEED, INC., and     :
     BEN SMITH,              :
9                            :
          Defendants.        :
10

11

12            **CONFIDENTIAL**

13    DEPOSITION OF ANTHONY J. FERRANTE

14

15        Friday, July 27, 2018

16            10:20 a.m.

17


18        Davis Wright Tremaine
     1919 Pennsylvania Avenue, N.W.
19          Washington, D.C.

20


21    Terry L. Bradley, Court Reporter

22
```



```
 1              P R O C E E D I N G S
 2
 3              ANTHONY J. FERRANTE
 4    having been first duly sworn, testified as
 5    follows:
 6
 7                  EXAMINATION
 8   BY MR. FRAY-WITZER:
 9       Q.   Good morning.
10       A.   Good morning.
11       Q.   Would you please state your name for
12   the record.
13       A.   Anthony Ferrante.
14       Q.   And Mr. Ferrante, can you tell me,
15   have you ever been deposed before?
16       A.   I have not.
17       Q.   So the ground rules are pretty
18   simple, I think.  I'll try and ask you a series
19   of questions, you'll get a chance to answer.
20   If I ask you a question and you respond to it,
21   I will assume that you understood the question.
22   Is that fair?
```



1   you work on while at the FBI or National
2   Security Council?
3          MS. BOLGER:  I'm going to object as
4   vague.
5          But you can answer.
6          THE WITNESS:  So while I was on the
7   National Security Council, again I was the
8   Director For Cyber Security Response and I
9   choreographed U.S. Government response efforts
10  to significant cyber events affecting the
11  United States, domestic and abroad.  Leading
12  into the 2016 Presidential Election I worked on
13  the National Security Council and choreographed
14  the interagency response efforts to the
15  targeting of the 50 states, and I led the
16  preparedness and response efforts specific to
17  cyber security, significant cyber security
18  events that may or could take place leading up
19  to and on election day in 2016.
20  BY MR. FRAY-WITZER:
21      Q.   When you say "the targeting of the
22  50 states", what are you referring to?



```
 1            DEPOSITION ERRATA SHEET
 2   Our Assignment No. J2466840
 3   Case Caption:
 4   Aleksej Gubarov
 5   vs.
 6   BuzzFeed
 7
 8      DECLARATION UNDER PENALTY OF PERJURY
 9     I declare under penalty of perjury that I
10   have read the entire transcript of my
11   Deposition taken in the captioned matter or the
12   same has been read to me, and the same is true
13   and accurate, save and except for changes
14   and/or corrections, if any, as indicated by me
15   on the DEPOSITION ERRATA SHEET hereof, with the
16   understanding that I offer these changes as if
17   still under oath.
18
19   Signed on the_____day of _____, 2018.
20     _____
21     Anthony J. Ferrante
22
```



1                CERTIFICATE OF NOTARY PUBLIC

2            I, Terry L. Bradley, the officer before

3    whom the foregoing deposition was taken, do

4    hereby certify that the witness whose testimony

5    appears in the foregoing deposition was duly

6    sworn by me; that the testimony of said witness

7    was taken by me in shorthand and thereafter

8    reduced to computerized transcription under my

9    direction; that said deposition is a true

10   record of the testimony given by said witness;

11   that I am neither counsel for, related to, nor

12   employed by any of the parties to the action in

13   which this deposition was taken; and further,

14   that I am not a relative or employee of any

15   attorney or counsel employed by the parties

16   hereto, nor financially or otherwise interested

17   in the outcome of the action.

18   _____

19   Notary Public in and for
     the District of Columbia

20

     My Commission expires:  April 30, 2022

21

22

