# Rep. Ex. 2

DAVID KRAMER  Attorneys Eyes Only                          December 13, 2017
GUBAREV vs BUZZFEED                                                        1

```
 1            IN THE UNITED STATES DISTRICT   COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2
                      Civil Action No. 17-cv-60426-UU
 3

 4
     ALEKSEJ GUBAREV, et al.,
 5
              Plaintiffs,
 6
     vs.
 7

 8   BUZZFEED, INC., et al.,

 9            Defendants.
     _____X
10

11
                               44 West Flagler Street
12                             14th Floor
                               Miami, Florida
13

14                             Wednesday, December 13, 2017
                               9:59 a.m. - 1:32 p.m.
15

16
                       ATTORNEYS' EYES ONLY
17

18                  VIDEOTAPED DEPOSITION OF
                          DAVID KRAMER
19

20

21

22   ESQUIRE DEPOSITION SOLUTIONS
     800 211-DEPO
23   www.esquiresolutions.com

24   REPORTED BY:  JEROME E. HARRIS
     JOB NO: J0781312
25
```



```
 1            THE VIDEOGRAPHER:  We are now on the record.
 2       This begins Disk number 1 in the videotaped
 3       deposition of David Kramer, taken in the matter
 4       of Aleksej Gubarev, et al, versus Buzzfeed, Inc.,
 5       et al.
 6            This deposition is being held at Esquire
 7       Deposition Solutions, 44 West Flagler Street,
 8       14th Floor, Miami, Florida.  Today is
 9       December 13th, 2017, and the time is 9:59 a.m.
10            My name is David Griffin, I'm the
11       videographer, our court reporter is Jeri Harris,
12       both on behalf of Esquire.
13            Counsel please introduce themselves.
14            MR. FRAY-WITZER:  Good morning.  For the
15       Plaintiffs, I am Evan Fray-Witzer.
16            MS. BOLGER:  On behalf of the Defendants,
17       Katherine Bolger from Davis, Wright, Tremaine.
18            MR. JIMENEZ:  And Marcos Jimenez for
19       Mr. Kramer, the witness.
20            MR. SIEGEL:  And Nathan Siegel on behalf of
21       the Defendants.
22  THEREUPON,
23                 DAVID KRAMER
24  was called as a witness by the Plaintiffs, and having
25  first been duly sworn, testified as follows:
```



```
 1      A.   I became the Deputy Assistant Secretary in the
 2   State Department in the Europe, Eurasia Bureau
 3   responsibile for Russia, Ukraine, Belarus, Moldova, as
 4   well as Nonproliferation Affairs.
 5      Q.   And, again, how long did you hold that position?
 6      A.   From July 2005 until March 2008.
 7      Q.   And what was your next position after that?
 8      A.   I was nominated and confirmed to be the Assistant
 9   Secretary for Democracy, Human Rights and Labor at the
10   State Department.  And I held that job until
11   January 20th, 2009.
12      Q.   And after that position?
13      A.   After that, I took a few months to figure out
14   what to do, and was hired to be a Senior Transatlantic
15   Fellow at the German Marshall Fund in Washington.  It's
16   a research think tank organization.
17      Q.   Does the German Marshall Fund have any particular
18   political leaning in one direction or another?
19      A.   I would say at that time it was pretty centrist.
20      Q.   And how long did you stay in that position?
21      A.   I was there from April 2009 until October 2010.
22      Q.   And what was your next position after that?
23      A.   I was the President of Freedom House for four
24   years.
25      Q.   And what was Freedom House?
```



```
 1      Q.   People connected to the Russian Government are
 2   part of your expertise; is that correct?
 3      A.   Yes.
 4      Q.   And prior to receiving the December Memo, you had
 5   never heard of Gubarev, Webzilla or XBT; is that
 6   correct?
 7      A.   Correct.
 8           MR. FRAY-WITZER:  No further questions.
 9           MR. JIMENEZ:  So we are going to designate
10      the whole thing pursuant to the parties'
11      agreement as Attorneys' Eyes Only subject to
12      whatever rights people have to challenge and I
13      will receive notice of any such challenge.
14           MR. FRAY-WITZER:  I believe we are agreeing
15      to waive the time limitations on any party
16      challenging the designations.
17           Is that correct.
18           MS. BOLGER:  Yes, that's correct.
19           MR. FRAY-WITZER:  And is that okay with you?
20           MR. JIMENEZ:  It's fine with me.
21           As long as I get notice if there is such a
22      challenge, yes.
23           MS. BOLGER:  Yes, certainly.
24           MR. FRAY-WITZER:  Yes.  Thank you.
25           THE VIDEOGRAPHER:  This concludes the
```



```
 1                    CERTIFICATE OF OATH
 2
 3   STATE OF FLORIDA)
 4   COUNTY OF MIAMI-DADE)
 5
 6           I, JEROME E. HARRIS, the undersigned
 7   authority, hereby certify that the following-named
 8   deponent personally appeared before me and was
 9   thereupon duly sworn:
10
11                    DAVID KRAMER
12           WITNESS my hand and official seal this
13   13th day of December 2017.
14
15
16
17
18
19                   _____
20                   JEROME E. HARRIS
                  Notary Public - State of Florida
21                  Commission No. FF 139869
                    expires September 4, 2018
22
23
24
25
```



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1                REPORTER'S DEPOSITION CERTIFICATE

 2
     STATE OF FLORIDA)
 3
     COUNTY OF MIAMI-DADE)
 4

 5          I, the undersigned authority, certify that I

 6   was authorized to and did stenographically report the

 7   foregoing deposition; and that the transcript is a true

 8   record of the testimony given by the witness.

 9

10          That the witness requested reading and

11   signing.

12

13          I further certify that I am not of counsel,

14   Am not related to nor employed by any attorney to this

15   suit and am not financially interested in the outcome

16   thereof.

17

18

19          Dated this 13th day of December 2017

20

21

22

23   _____

24          JEROME E. HARRIS

25
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*