Rep. Ex. 3

UNCLASSIFIED, COMMITTEE SENSITIVE

1

EXECUTIVE SESSION

PERMANENT SELECT COMMITTEE ON INTELLIGENCE,

U.S. HOUSE OF REPRESENTATIVES,

WASHINGTON, D.C.

INTERVIEW OF: GLENN SIMPSON

Tuesday, November 14, 2017

Washington, D.C.

The interview in the above matter was held in Room HVC-304, the Capitol, commencing at 2:13 p.m.

Present: Representatives Conaway, King, Rooney, Ros-Lehtinen, Gowdy, Schiff, Himes, Speier, Quigley, Swalwell, Castro, and Heck.

UNCLASSIFIED, COMMITTEE SENSITIVE

Appearances:

For the PERMANENT SELECT COMMITTEE ON INTELLIGENCE:



For GLENN SIMPSON:

ROBERT F. MUSE, ESQ.

JOSHUA LEVY, ESQ.

RACHEL CLATTENBURG, ESQ.

by the client, or did you come up with those on your own?

MR. SIMPSON: Generally speaking, we seek and usually receive a lot of leeway to develop our lines of inquiry. And typically, when you're already familiar with the subject and the client isn't -- and that was obviously the case here -- you're running the investigation.

So we like to get -- we like to have a lot of freedom to pursue everything or the things that we think are important, because we have found from experience that clients, you know, generally they have something that they maybe are trying to do or have some preconceived notions about things, and we find that to be unhelpful. So I'd say, in general, we were the architects of the research and we made most of the decisions about what to look for and where to look.

MR. GOWDY: What was the budget for you to enjoy the freedom to pursue the lines of inquiry you wanted to pursue?

MR. SIMPSON: I don't remember being given a specific expenses budget. I think the fees were $50,000 a month.

MR. GOWDY: Flat fee, $50,000 a month?

MR. SIMPSON: That's right.

MR. GOWDY: Plus expenses, minus expenses?

MR. SIMPSON: Plus expenses, yes.

MR. GOWDY: How did you come to know Christopher Steele?

MR. SIMPSON: I met Chris in -- I left the Wall Street Journal in 2009. And in my last few years at the Wall Street Journal, I had been living in Belgium, in Brussels, and had developed a line of reporting around the former Soviet Union and crime and corruption in the former Soviet Union.

And I had written a series of articles about Vladimir Putin and a lot of

corruption and organized crime activities sort of making its way westward from Russia, and eventually started doing a lot of work on Ukraine, corruption in Ukraine and gas trade in Ukraine, and connections to the Russian mafia. That's when I first came across Paul Manafort.

And in any event, when I decided to leave the Journal in 2009, I had developed a lot of relationships with people who worked on organized crime issues, Russian organized crime issues, and had become known as someone who specialized in that. And a mutual acquaintance of ours suggested that -- Chris had just left the British Government, and a mutual acquaintance of ours suggested that we might be able to work together or at least, you know, had a lot in common.

And so I don't remember the details, but we were introduced. We met. And, you know, it turned out we did, in fact, have a, you know, kind of obsessive interest in a pretty obscure -- what was then a pretty obscure subject. And, you know, this is 2009, so we've just come off of 8 years of focus in the national security world on al-Qa'ida, Islamic terrorism. And I had spent several years specializing on that.

And so there were very few people at that time who were interested in this issue, and so the small number of us tended to meet at conferences and that sort of thing. So over time, Chris and I would have coffee together when I was in London or he was in Washington, and we would talk about various Russian corruption issues, organized crime, oligarchs.

MR. GOWDY: How did he come to work on this project?

MR. SIMPSON: As I said, I mean, we've done other things together. And over -- well, at the very beginning of this project, one of the very first things that I focused on was Donald Trump's relationship with a convicted racketeer named