Rep. Ex.
4

1

2        IN THE UNITED STATES DISTRICT COURT

3            SOUTHERN DISTRICT OF FLORIDA

4

5   ALEKSEJ GUBAREV, XBT HOLDING    )Case No.
    S.A., AND WEBZILLA, INC.,       )17-CV-60426-
6                                   )UU
                 Plaintiffs,        )
7                                   )
              vs.                   )
8                                   )
    BUZZFEED, INC. AND BEN          )
9   SMITH,                          )
                                    )
10               Defendants.        )
    -------------------------------)

11

12

13            DEPOSITION OF BENJAMIN SMITH

14                 New York, New York

15            Thursday, February 8, 2018

16

17

18

19

20

21

22

23

24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. J1400363



1

2  B E N J A M I N   S M I T H, called as a

3      witness, having been duly sworn by a

4      notary public, was examined and testified

5      as follows:

6                      EXAMINATION

7  BY MR. FRAY-WITZER:

8      Q.   Good morning.

9      A.   Good morning.

10     Q.   Let me start by asking you if you

11  have ever been deposed before.

12     A.   No, I haven't.

13     Q.   Okay.  So I'm going to lay out for

14  you some of the ground rules of a deposition.

15          The first thing is that I will ask

16  you a series of questions.  Hopefully you'll

17  give a series of answers.  All of your

18  answers need to be verbal so head nods,

19  um-hums, uh-uhs, can't be recorded accurately

20  by the transcriptionist, so I would ask that

21  if you're giving an answer -- yes-or-no

22  answer that you say "yes" or "no"; if it's a

23  longer answer, that you give your longer

24  answer but your answers be verbal.

25          Is that okay?



```
 1                    Smith
 2       A.    What do you mean by "continuing
 3   education"?
 4       Q.    Have you had taken any classes or
 5   courses?
 6       A.    I took language courses at one
 7   point.
 8       Q.    Where did you go after the
 9   Indianapolis Star?
10       A.    Do you mean professionally?
11       Q.    Yes.
12       A.    To work for The Baltic Times.
13       Q.    Where is The Baltic Times located?
14       A.    In Riga, Latvia.
15       Q.    How long were you at The Baltic
16   Times?
17       A.    Less than a year.
18       Q.    And what was your position with
19   The Baltic Times?
20       A.    I was a reporter.
21       Q.    Did you have any particular beat
22   with The Baltic Times?
23       A.    No.
24       Q.    Why did you choose to leave
25   The Baltic Times?
```



1                        Smith

2        A.   I was offered -- I was offered a

3   string for The Wall Street Journal.

4             I'm sorry, for The Wall Street

5   Journal Europe.

6        Q.   So to clarify, you were offered a

7   position as a stringer working for The Wall

8   Street Journal in Europe; is that correct?

9        A.   For The Wall Street Journal Europe.

10       Q.   And were you covering any

11  particular type of story while you were a

12  stringer for The Wall Street Journal Europe?

13       A.   Stories about Estonia, Latvia,

14  Lithuania and sometimes other countries in

15  the region.

16       Q.   How long did you do that?

17       A.   Between one year and two years.

18       Q.   And did you leave The Journal or

19  did you take another position with

20  The Journal?

21       A.   I took a job somewhere else.

22       Q.   Okay.  Why did you decide to leave

23  The Journal?

24       A.   It was right after 9/11 and I

25  wanted to go home.



1

2                    C E R T I F I C A T E

3   STATE OF NEW YORK      )

4                               : ss.

5   COUNTY OF NEW YORK      )

6

7            I, TAMI H. TAKAHASHI, a Notary

8       Public within and for the State of New

9       York, do hereby certify:

10           That BENJAMIN SMITH, the witness

11      whose deposition is hereinbefore set

12      forth, was duly sworn by me and that

13      such deposition is a true record of the

14      testimony given by the witness.

15           I further certify that I am not

16      related to any of the parties to this

17      action by blood or marriage, and that I

18      am in no way interested in the outcome

19      of this matter.

20           IN WITNESS WHEREOF, I have hereunto

21      set my hand this 13th day of February

22      2018.

23

24      _____

25              TAMI H. TAKAHASHI

