Rep. Ex. 5

```
        IN THE UNITED STATES DISTRICT COURT

           SOUTHERN DISTRICT OF FLORIDA


 ALEKSEJ GUBAREV, XBT HOLDING    )Case No.
 S.A., AND WEBZILLA, INC.,       )17-CV-60426-
                                 )UU
           Plaintiffs,           )
                                 )
         vs.                     )
                                 )
 BUZZFEED, INC. AND BEN          )
 SMITH,                          )
                                 )
           Defendants.           )
 --------------------------------)



           DEPOSITION OF KEN BENSINGER

              New York, New York

          Wednesday, February 7, 2018









 Reported by:
 TAMI H. TAKAHASHI, RPR, CSR
 JOB NO. J1400361
```



1

2  K E N   B E N S I N G E R,   called as a

3      witness, having been duly sworn by a

4      notary public, was examined and testified

5      as follows:

6                    EXAMINATION

7  BY MR. FRAY-WITZER:

8       Q.   Good morning.

9       A.   Good morning.

10      Q.   If you would first state your name
11  for the record.

12      A.   My name is Ken Bensinger.

13      Q.   And would you spell your last name,
14  please.

15      A.   B, as in boy, E-N-S-I-N-G-E-R.

16      Q.   Have you ever been deposed before?

17      A.   No, I have not.

18      Q.   So I'd like to explain to you
19  up-front sort of what the ground rules are
20  for a deposition because they can be a little
21  unusual.

22           I will ask questions and obviously
23  I'm going to hope that we get answers.  Is
24  that acceptable?

25      A.   Yes.



```
 1                    Bensinger
 2        A.    Two children.
 3        Q.    Can you tell me, please.  You
 4   attended Duke University; is that correct?
 5        A.    Yes.
 6        Q.    And what was your major at Duke?
 7        A.    I majored in political science and
 8   English.
 9        Q.    And when did you graduate from Duke
10   University?
11        A.    1997.
12        Q.    And following your graduation from
13   Duke University, if you could take us through
14   your employment history, where did you first
15   work after Duke?
16        A.    My first job after college was as
17   an intern at a magazine called Swing Magazine
18   based here in New York.
19        Q.    What were your responsibilities as
20   an intern for Swing Magazine?
21        A.    Clerical, filing, faxing, sending
22   and receiving packages and doing some brief
23   articles under 300 words, typically.
24        Q.    What kinds of articles did you
25   write for them?
```



```
 1                    Bensinger
 2        A.   For example, I wrote one about a
 3   new kind of arcade video game that allegedly
 4   would -- that would spray out smells while
 5   you played the game and they thought that was
 6   going to be the future of video games.  It
 7   turned out not to be true.
 8        Q.   Thankfully.
 9             How long were you at Swing
10   Magazine?
11        A.   I was there approximately six or
12   seven months.
13        Q.   And why did you leave Swing?
14        A.   I got an offer of employment from
15   The Wall Street Journal.
16        Q.   And what was your title at The Wall
17   Street Journal?
18        A.   My first title at The Wall Street
19   Journal was news assistant.
20        Q.   And what were your job duties as a
21   news assistant?
22        A.   News assistant was an entry-level
23   reporting-track job.  I was assisting more
24   senior reporters with their work and writing
25   brief articles.  My beat at that point was
```



```
 1                       Bensinger
 2    residential real estate.
 3          Q.   How did you come to be employed at
 4    The Wall Street Journal?
 5          A.   In 1997 The Wall Street Journal was
 6    planning to open a new section called the
 7    Weekend Section, Weekend, which was a
 8    once-a-week supplement that would run on
 9    Fridays, and as a result they needed to hire
10    a lot of people.  I heard about the
11    opportunity, applied and interviewed for the
12    job with the editor of that section, and for
13    whatever reason they elected to offer me the
14    job.
15          Q.   How long were you a news assistant
16    with The Wall Street Journal?
17          A.   Approximately a year.
18          Q.   And did you then have another
19    position at The Wall Street Journal?
20          A.   Yes.  I was promoted to reporting
21    assistant.
22          Q.   What were your job duties as a
23    reporting assistant?
24          A.   At that point I had a beat of
25    covering the commercial art market and as
```



```
1                    Bensinger
2    well as the nonprofit art space such as
3    museums and galleries, and I wrote a or
4    contributed to a weekly column on the art
5    market that ran in the Weekend section.  My
6    day-to-day duties were typically -- were
7    essentially the same as a full reporter.
8         Q.   And how long did you hold that
9    position?
10        A.   Approximately a year, a year and a
11   half.
12        Q.   And then were you promoted to
13   another position at The Wall Street Journal?
14        A.   Yes, I was.
15        Q.   And what was that?
16        A.   Staff reporter.
17        Q.   From the time that you started with
18   The Wall Street Journal and throughout your
19   time at the Journal, does the Journal provide
20   training for its reporter-track employees?
21        A.   At that time I don't recall
22   specific training programs.  It was more of
23   an on-the-job-type training, working with
24   other reporters and editors and being trained
25   in that fashion.
```



```
 1                    Bensinger
 2        Q.   Were there any kinds of seminars
 3   that were offered to the staff?
 4        A.   There were, as I recall it,
 5   informal seminars.  For example, I remember
 6   one brown bag luncheon, as they called it,
 7   called "The care and feeding of sources."
 8   But these were not required.  These were
 9   voluntarily offered programs where we would
10   learn from other reporters about reporting
11   and writing techniques.
12        Q.   Was that a seminar you attended?
13        A.   I did recall attending that one,
14   yes.
15        Q.   Did The Wall Street Journal provide
16   its reporters, you in particular, with any
17   guidelines concerning the sourcing of
18   stories?
19        A.   I don't recall.
20        Q.   Do you recall what The Wall Street
21   Journal's guidelines were about sourcing of
22   stories?
23        A.   I don't recall a codified document
24   that we reviewed in that regard.
25        Q.   To the best of your recollection,
```



```
 1                  Bensinger
 2   did The Wall Street Journal utilize a
 3   two-source rule?
 4        A.   I honestly don't recall what their
 5   rule was for sourcing of stories.  My
 6   recollection is that it depended on the
 7   story.
 8        Q.   Do you know what a two-source rule
 9   is?
10        A.   I'm not sure I do.
11        Q.   Have you worked for any
12   publications that require two sources to
13   verify pieces of information before a story
14   can be run?
15        A.   I have worked for publications that
16   have rules about or guidelines about
17   publication.  I don't recall ever being
18   informed about a specific two source rule.
19        Q.   Which publications did you work for
20   that you recall having rules, sourcing rules?
21        A.   The Los Angeles Times and BuzzFeed
22   both had written codes of -- journals of
23   codes and ethical guidelines for reporting
24   that we were asked to review every year.
25        Q.   So after your position as a staff
```



1                       Bensinger
2     reporter with the Journal, what was your next
3     position?
4          A.   In 2001, I moved to Mexico City.  I
5     quit The Wall Street Journal and took an
6     Inter-American Press Association fellowship
7     to report and study in Mexico City.
8          Q.   And was this a fellowship of some
9     specific duration?
10         A.   Eleven months.
11         Q.   And what did the fellowship entail?
12         A.   I received a stipend, as I recall
13    $13,000, and was asked to study some aspect
14    of Latin American history and culture and to
15    write freelance articles from Mexico.
16         Q.   Is there a specific reason you
17    decided to leave the Journal to take this
18    fellowship?
19         A.   Yes.
20         Q.   And what was that?
21         A.   I was 26 years old and very eager
22    to be a foreign correspondent.  I had --
23    after being promoted to full reporter I
24    approached the foreign editor at the time,
25    expressed to him my enthusiasm for being a



```
 1                    Bensinger
 2   reporter abroad.  He told me that while he
 3   welcomed my enthusiasm, I was too young, I
 4   needed six more years on my current beat
 5   before he would send me abroad.
 6             At that time that seemed an
 7   impossibly long time, and so I sought -- and
 8   I at that time was unhappy with the beat I
 9   was on, and so I sought alternative ways to
10   get to Latin America.
11        Q.   Once the fellowship concluded, what
12   was your next employment?
13        A.   I stayed on in Mexico beyond the
14   end of the fellowship and continued writing
15   freelance in Mexico.
16        Q.   And for how long did you do that?
17        A.   I was in Mexico, including the
18   fellowship period of time, just shy of four
19   years.
20        Q.   So was it 2005 when you left
21   Mexico?
22        A.   That's correct.
23        Q.   And what was your next position
24   after that?
25        A.   I was a staff writer at Smart Money
```



1                    Bensinger
2    magazine.
3        Q.   And what were your responsibilities
4    there?
5        A.   I researched and reported features
6    and long stories about banking and other
7    consumer finance issues.
8        Q.   Do you remember Smart Money
9    magazine having any codified rules about
10   sourcing of stories?
11       A.   I don't recall.
12       Q.   Do you remember any rules that they
13   had about sourcing of stories, whether or not
14   they were codified?
15            MS. BOLGER:   Object to the word
16       "codified."
17   BY MR. FRAY-WITZER:
18       Q.   Whether or not they were written.
19       A.   I don't recall ever being shown
20   rules or discussing rules about how to
21   publish an article or not.
22       Q.   How long were you at Smart Money
23   magazine?
24       A.   Just over two years.
25       Q.   And where did you go after that?



```
 1                     Bensinger
 2        A.    The Los Angeles Times.
 3        Q.    And how did you come to be employed
 4   at the L.A. Times?
 5        A.    I was informed there was an opening
 6   on the automotive beat, industry beat, and I
 7   applied for the job and was chosen to take
 8   it.
 9        Q.    How long did you remain at the
10   Los Angeles Times?
11        A.    Slightly longer than six years.
12        Q.    Did your title at the L.A. Times
13   change over those years?
14        A.    No, it did not.
15        Q.    Did your beat change over the
16   years?
17        A.    Yes.
18        Q.    Can you tell us, starting with the
19   automotive industry, what were your other
20   beats?
21        A.    Starting with automotive industry,
22   I then became an investigative business
23   reporter with no specific beat assignment,
24   and that was the job I maintained for the
25   rest of the time at the L.A. Times.
```



```
 1                    Bensinger
 2        Q.   And that brings us I think to 2013.
 3   Is that right?
 4        A.   2014.
 5        Q.   2014.  And where did you go in
 6   2014?
 7        A.   In February of 2014 I began working
 8   at BuzzFeed.
 9        Q.   How did you come to work at
10   BuzzFeed?
11        A.   I was contacted by Mark Schoofs,
12   who asked me if I would be interested in
13   interviewing for a job on the investigative
14   team.
15        Q.   And where had you known Mark
16   Schoofs from?
17        A.   I did not know him prior to that.
18        Q.   How did he come to reach out to you
19   to apply for the job?
20        A.   I don't exactly know.  I do know he
21   worked at ProPublica prior to BuzzFeed, and
22   at the same time I was also contacted by
23   ProPublica also inquiring if I would like to
24   work there.  There may be a connection, I
25   don't know.
```



```
 1              CONFIDENTIAL - Bensinger
 2   and less inclined to believe exists."
 3              What are you talking about there?
 4       A.   This falls within what we've been
 5   discussing, my attempts -- at that point
 6   thwarted or incomplete attempts -- to get a
 7   copy of the dossier or to stand up that
 8   information I had been given on December 1st.
 9              At that time I was doing research
10   about and reading about Russian intelligence
11   operations and as I recall, one of the things
12   I learned is that compromising material,
13   which I learned is sometimes called
14   "kompromat," is often held by Russian
15   intelligence and never released, meaning it's
16   virtually impossible to actually obtain.
17       Q.   So I want to just break that out
18   into two sections for a moment.
19              You weren't saying that you doubted
20   that the dossier itself existed, were you?
21       A.   No.
22       Q.   So if I understand what you were
23   saying is that you doubted that there would
24   be any documentary evidence of -- that could
25   support your reporting on the allegations
```



```
 1
 2              C E R T I F I C A T E
 3   STATE OF NEW YORK    )
 4                        : ss.
 5   COUNTY OF NEW YORK   )
 6
 7         I, TAMI H. TAKAHASHI, a Notary
 8   Public within and for the State of New
 9   York, do hereby certify:
10         That KEN BENSINGER, the witness
11   whose deposition is hereinbefore set
12   forth, was duly sworn by me and that
13   such deposition is a true record of the
14   testimony given by the witness.
15         I further certify that I am not
16   related to any of the parties to this
17   action by blood or marriage, and that I
18   am in no way interested in the outcome
19   of this matter.
20         IN WITNESS WHEREOF, I have hereunto
21   set my hand this 12th day of February
22   2018.
23
                        _____
24                         [signature]
25                      TAMI H. TAKAHASHI
```

