# Rep. Ex. 6



| Data Localization Snapshot | | Current as of July 29th, 2016 |
|---|---|---|

| Active Measures | | |
|---|---|---|
| Country | Measure | Details |
| Australia | Personally Controlled Electronic Health Record Provision | This regulation restricts the exportation of any personally identifiable health information. |
| Canada | Two provincial personal information laws: Nova Scotia and British Columbia | These two provincial laws restrict the exportation of any personal data collected by or for public bodies. |
| China | Notice to Urge Banking Financial Institutions to Protect Personal Information | This law prohibits the off-shore analyzing, processing, or storage of Chinese personal financial information. |
| China | Online Publishing Service Management Rules | This law requires that all servers used for online publishing in China be located within China. |
| China | Guidelines for Personal Information Protection within Public and Commercial Information Systems | This standard prohibits the overseas transfer of data without express user consent or government permission. |
| China | Administrative Regulation on the Credit Information Industry and Credit Reference Agencies | This law requires all credit information collected on Chinese citizens to be processed and stored within China and does not allow the transfer of that data outside of China's borders. |
| China | Population and Healthcare Information Management Measures | These measures prohibit the overseas transfer of health and medical information. |
| Germany | Telecommunications Act | Amendments to this act require telecommunications providers to store meta data for a specified period of time within the borders of Germany. |
| India | National Data Sharing and Accessibility Policy | This policy requires all data collected using public funds to be stored within the borders of India. |
| Indonesia | Regulation No. 82: Information and Electronic Transaction Law | This law mandates that any company which provides internet enabled services directly to the consumer must locate their data centers within Indonesia. |
| Kazakhstan | Amendments to Certain Legislative Acts on Informatization | These amendments require that all personal data collected within Kazakhstan be stored within the country. |
| Korea | Act on the Establishment and Management of Spatial information | This act, an update to a law which originated in the Korean War era, greatly restricts the cross-border transfer of mapping data. |
| Nigeria | Guidelines for Nigerian Content Development in ICT | These guidelines require that all consumer and subscriber data collected by companies in Nigeria be hosted within Nigeria. |



| Country | Measure | Details |
|---|---|---|
| Russia | Federal Law 242-FZ | This law requires that all data collected on Russia citizens be stored within Russia. |
| Russia | Blogger's Law | This law mandates that all bloggers (very loosely defined) with more than 3,000 followers store all internet related data within Russia for up to six months while providing access to law enforcement. |
| Turkey | E-Payment Law | This law requires companies that provide e-payment services to conduct all data processing within the borders of Turkey. |
| United States | DoD Interim Rule on Network Penetration Reporting and Contracting for Cloud Services | These rules require that all cloud computing service providers that work for the DOD to store DOD data within U.S. Territory. |
| Vietnam | Decree of Information Technology Services | This law mandates that all companies that provide a range of different internet enabled services maintain at least one server within the borders of Vietnam. |

### Potential Measures

| Country | Measure | Details |
|---|---|---|
| China | Draft Cyber-Security Law | This law contains broad requirements for local processing and storage of "important data" related to Chinese citizens and critical information infrastructure, with reference to unclear data export limitations or requirements. |
| China | Draft Supervision Rules on Insurance Institutions Adopting Digitized Operations | This law would require localization of data servers by any insurance institution processing the personal data of Chinese citizens. Additionally, there are vague requirements for data residency that are yet to be defined. |
| Indonesia | Draft Regulation Regarding the Provision of Application and/or Content Services Through the Internet | This law has a vague requirement that OTT service providers place part of their data centers within Indonesia. |
| Korea | Standards for Cloud Computing Services | These pre-announced standards would require that all cloud computing providers separate public and private data centers, mandating public servers to be located within the borders of Korea. |
| Vietnam | Draft OTT Circular | This draft law would require all OTT service providers to locate at least one server in Vietnam. |