# Rep. Ex. 10



Oct 09, 2018    21:52 GMT-4

BUSINESS                                              BY HOWARD AMOS

Sept. 10 2015 - 17:09

# Apple to Store Users' Personal Data in Russia – Report



Most major IT companies have announced their intention to comply with the law but some international giants, including Facebook, have yet to formally state their position.

U.S. tech giant Apple will store the personal data of its Russian users at a data center inside Russia to comply with a new law, the Kommersant newspaper reported Thursday, citing unidentified sources.

Apple has agreed a partnership with Moscow-based data center operator IXcellerate, which already has a contract with U.S. online hotel booking service Booking.com. As part of the Booking.com agreement, the passport details of the individual making the reservation will be stored, as well as the number of the bank card used to make the purchase, Kommersant reported.

The deal appears to achieve the localization of the personal data of Apple's Russian users and will bring the firm in line with a Russian law obliging all companies supplying Internet services in Russia, or targeting Russian users, to store such data inside the country by Sept. 1 this year.

Apple held a tender for the data center contract in July, according to Kommersant. Apple and IXcellerate declined to confirm the deal to Kommersant, and its value was also not revealed by the paper.

Most major IT companies have announced their intention to comply with the law but some international giants, including Facebook, have yet to formally state their position. Business daily Vedomosti reported last month that Facebook was reluctant to transfer its data to Russia.

There are more than 2.6 million companies subject to the law, officials at the state communications watchdog Roskomnadzor said last month.

But experts argue that even more are affected and that Roskomnadzor doesn't have the resources to monitor all of them — or even thoroughly check compliance with the new legislation.

Roskomnadzor has announced that there will be about 300 compliance inspections this year.

Under the new legislation, if companies refuse to transfer data to Russia, Roskomnadzor can restrict access to their websites. A registry of websites that violate the law will be created by Roskomnadzor, and as a last resort, the agency would have the power to block those listed websites.

The law was signed by President Vladimir Putin in December 2014.

   

**Latest news**





NEWS     Oct. 09 2018

## Espionage Scandals Show Russian Army's Growing Clout



MEANWHILE…     Oct. 09 2018

## Pilot Fined After Flying Helicopter Under St. Petersburg Bridge





NEWS      Oct. 09 2018

Tourism in Crimea at Post-Soviet High, Russian Official Says

**MT Ukrainian Men and Their Families Struggle With Kiev's Military Call-Up**

Marina's brother and a close family friend have both been killed on the front line in east Ukraine. Now she has had to say goodbye to her husband, called up to fight in Kiev's latest conscription drive.

**MT Russia Demands France Deliver Mistral Warships or Return Money**

Russia's Defense Ministry said on Wednesday that France must fulfill a contract to deliver two Mistral helicopter carriers or return Moscow's money as uncertainty over the 1.2 billion euro ($1.5 billion) deal st…

**MT Moscow Accuses U.S. of 73 Deaths at Biolab Near Southern Russia**

"We will take diplomatic and military measures," a senior Russian lawmaker warned.

**MT Belarus' Lukashenko: Russia's Behavior Arouses Suspicion**

Belarussian President Alexander Lukashenko has said that both the NATO alliance and domestic dissenters pose a threat to his country's security, while also pointing a finger in Russia's direction.

# Sign up for our weekly newsletter

Type your email here

SUBSCRIBE

| COMPANY | FOLLOW |
|---|---|
| About Us | Print Editions |
| Jobs at TMT | Facebook |
| Privacy Policy | Twitter |
| Where to find TMT | Instagram |
| | RSS |



© Copyright 1992-2018. The Moscow Times. All rights reserved. Электронное периодическое издание «The Moscow Times» зарегистрировано в Федеральной службе по надзору за соблюдением законодательства в сфере массовых коммуникаций и охране культурного наследия 16 ноября 2015 г. Свидетельство о регистрации ЭЛ № ФС77-62667. 16+