UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court *sua sponte*.

ORDERED AND ADJUDGED that the parties SHALL prepare binders containing their unredacted motions for summary judgment and supporting exhibits and shall deliver them to chambers by **Friday, October 26, 2018.**

DONE AND ORDERED in Chambers at Miami, Florida, this _11th_ day of October, 2018.

*/s/ Ursula Ungaro*
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf