UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
    Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
    Defendants.

Case No.

0:17-cv-60426-UU

**DECLARATION OF MATTHEW SHAYEFAR
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Matthew Shayefar, do hereby declare as follows:

1. My name is Matthew Shayefar. I am over the age of 18 years. I am an attorney licensed in the State of Florida, the State of California and the Commonwealth of Massachusetts. I am counsel of record to Plaintiffs in the above captioned action. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. Attached hereto as Exhibit 60 is a true and correct copy of the Declaration of Constantin Luchian previously filed in this case.

3. [REDACTED]

4. [REDACTED]

5. Attached hereto as Exhibit 63 is a true and correct copy of portions of Plaintiff Aleksej Gubarev's Objections and Responses to Defendants' First Set of Interrogatories served by Plaintiffs in this action.

6. [REDACTED]

7. Attached hereto as Exhibit 65 is a true and correct copy of an indictment that I obtained from the URL https://www.justice.gov/file/1080281/download.

1

8. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9. Attached hereto as Exhibit 67 is a true and correct copy of the transcript at https://www.politico.com/story/2017/06/08/full-text-james-comey-trump-russia-testimony-239295, which states that it is "A transcript of former FBI Director James Comey's testimony before the Senate Intelligence Committee on June 8."

10. Attached hereto as Exhibit 68 is a true and correct printout I made on October 3, 2018 of the article at the URL www.realclearpolitics.com/video/2018/04/26/baier_to_comey_if_dossier_was_salacious_why_did_you_use_it_to_get_fisa_warrant.html.

11. Attached hereto as Exhibit 69 is a true and correct copy of portions of the eBook *A Higher Loyalty: Truth, Lies and Leadership* that I made.

12. Attached hereto as Exhibit 70 is a true and correct copy of portions of the eBook *Facts and Fears: Hard Truths From a Life in Intelligence* that I made.

13. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17. Attached hereto as Exhibit 75 is a copy of the article published by Buzzfeed originally on January 10, 2017 and apparently as printed on February 3, 2017 which was attached as Exhibit 2 to the Complaint in this matter, as admitted in Defendants' Amended Answer.

18. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19. Attached hereto as <u>Exhibit 77</u> is a copy of the "dossier" as admitted in Defendants' Amended Answer published by BuzzFeed on January 10, 2017, which was attached as Exhibit 3 to the Complaint in this matter.

20. ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

21. ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

22. ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████

23. Attached hereto as <u>Exhibit 82</u> is a true and correct printout from the article at the URL https://mic.com/articles/165050/michael-cohen-trump-s-lawyer-emphatically-denies-claims-about-trump-golden-shower#.FP4uyqtoi that I made on October 4, 2018.

24. ████████████████████████████████████████████████████████████████
████████████████████████████████████

25. Attached hereto as <u>Exhibit 84</u> is a true and correct printout of the Website at the URL http://transcripts.cnn.com/TRANSCRIPTS/1701/15/rs.01.html that I made on October 4, 2018.

26. ████████████████████████████████████████████████████████████████
████████████████████████

27. ████████████████████████████████████████████████████████████████
████████████████████████

28. Attached hereto as <u>Exhibit 87</u> is a true and correct copy of correspondence counsel from Plaintiffs received.

29. Attached hereto as <u>Exhibit 88</u> is a true and correct printout I made of the article at the URL https://thehill.com/hilltv/rising/396307-Did-FBI-get-bamboozled-by-multiple-versions-of-Trump-dossier%3F on October 5, 2018.

30. Attached hereto as <u>Exhibit 89</u> is a true and correct printout I made of the transcript at the URL http://transcripts.cnn.com/TRANSCRIPTS/1807/12/cnr.06.html.

31. Attached hereto as <u>Exhibit 90</u> is a true and correct copy of a transcript of Video Link obtained for the video available at the URL http://www.msnbc.com/mtp-daily/watch/chuck-todd-goes-one-on-one-with-buzzfeed-editor-852858947658?v=raila&.

Signed under the pains and penalties of perjury, this 5th day of October, 2018.

/s/ Matthew Shayefar  
Matthew Shayefar, Esq.