UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**DECLARATION OF MATTHEW SHAYEFAR
IN OPPOSITION TO DEFENDANTS' PARTIAL MOTION FOR SUMMARY
JUDGMENT ON THE ISSUE OF PLAINTIFFS' STATUS AS PUBLIC FIGURES**

I, Matthew Shayefar, do hereby declare as follows:

1. My name is Matthew Shayefar. I am over the age of 18 years. I am an attorney licensed in the State of Florida, the State of California and the Commonwealth of Massachusetts. I am counsel of record to Plaintiffs in the above captioned action. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. [REDACTED]

3. [REDACTED]

4. [REDACTED]

5. Attached hereto as <u>Exhibit 144</u> is a true and correct screenshot of part of the webpage at the URL https://2018.rif.ru/ that I made on October 5, 2018 after I applied the auto-translate feature of Google Chrome.

6. [REDACTED]

1

7. ███████████████████████████████████████████████████
████████████████████████

Signed under the pains and penalties of perjury, this 5th day of October, 2018.

                                                     /s/ Matthew Shayefar
                                                    Matthew Shayefar, Esq.