Exhibit 141

[REDACTED]

Exhibit 142

[REDACTED]

# Exhibit 143

[REDACTED]

# Exhibit 144















## The main accents of 2018



Exclusive reports of speakers from various industries tell about the future of the Internet, technology, communications, business, digital economy and the impact of the



"numbers on offline".

The unique advantage of the RIF is the exhibition, which is located on the vast territory of the whole Moscow region boarding house. Creative communication with your partners and customers - there is no limit!

REEF. PaperLess. Try out the new features of chip participant badges - they will work on PaperLess by RUVENTS technology in special interactive zones and at the exhibition.

## 22nd RIF Forum:

**10,000+** CONFERENCE PARTICIPANTS

**3 days** CONFERENCES AND EXHIBITIONS

**100+** PARALLEL SECTIONS

**%** DISCOUNT TICKET CATEGORIES



## Exhibition

A large-scale exhibition "Internet 2018" will be organized on the territory of the boarding house during the RIF 2018, where IT companies from Russia and abroad will present their products and achievements.

The heart of the exhibition is in the lobby of the main building of the "Forest Dali" boarding house, where the main activity of the Forum participants is concentrated. Over 80 Russian and foreign companies participate in the exhibition.

Also at the exhibition there is a Press and Media Center, charging areas, recreation and entertainment.

There are a lot of RIF partners and everyone is trying to come up with unique options and opportunities to promote their services, thanks to which the RIF exhibition and partners' activities extend beyond the main building.

# New opportunities for festival partners

**BECOME A PARTNER**

## Organizers and partners

### Organizational partners

|  |  |  |  |  |
|---|---|---|---|---|
| Organizer | Supported by | Supported by | Supported by | Supported by |

### Special partners

|  |  |  |  | | |
|---|---|---|---|---|---|
| Computer Security Partner | General Internet Partner | Special partner | Official Registrar | Official business partner | Official messenger |

| | | | | | |
|---|---|---|---|---|---|
| Official car sharing RIF 2018 | Registration partner | IT events calendar | Official chip maker RIF | | |

### Official partners

|  |  |  |  |  | |
|---|---|---|---|---|---|
| Yandex | OZON.ru | Interregional Transit Telecom (MTT) | Mediascope | 1C-Bitrix | Gino |

|  |  | | | | |
|---|---|---|---|---|---|
| In contact with | Department of Science, Industrial Policy and Entrepreneurship of Moscow | Competition Policy Department of Moscow | Unified Electronic Marketplace | Microsoft | |








# Exhibit 145

[REDACTED]