Exhibit 146

[REDACTED]