# Exhibit 2

TECH   FINANCE   POLITICS   STRATEGY   LIFE   ALL


THE STATESMAN
The Only Goodyear Welted
Shoe Featuring Horween's
Famous Natural Chromexcel
Leather for Under $200
LEARN MORE

# REPORT: Trump briefed on unverified claims that Russian operatives have compromising information on him

Natasha Bertrand  Jan. 10, 2017, 5:20 PM



US President-elect Donald Trump.
REUTERS/Mike Segar

Classified briefing materials provided to President Barack Obama and President-elect Donald Trump by US intelligence officials last week indicated that Russian operatives claimed to have compromising personal and financial information on Trump, according to CNN.

US intelligence officials gleaned the information from a former British intelligence operative who provided the FBI with a series of memos in August 2016 detailing how Russia has tried to cultivate Trump for at least five years.

The Kremlin denied these allegations in a statement Wednesday morning.

The British spy's findings — which were apparently based on conversations he had had with Russian intelligence sources — were summarized in a two-page synopsis that was appended



American Standard™ Walk-In Bathtubs - Get a Free Walk-In Bathtub Price Quote Today.

American Standard Tubs          GET QUOTE

**VIDEOS YOU MAY LIKE**                    by Taboola

**Only daredevils can swim in these cascading pools that lead to a 700-foot waterfall**

**The science behind the viral videos of mounting tires with a controlled explosion**

The material was not corroborated by intelligence agencies and could not be immediately verified independently. CNN said it was working to confirm the details contained in the memos composed by the unidentified British operative, who is apparently considered trustworthy by US intelligence officials.

Only Obama, Trump, and top lawmakers received the version of the report with a summary of the British operative's memos.

Trump responded to the reports in a tweet Tuesday evening.

---

"FAKE NEWS — A TOTAL POLITICAL WITCH HUNT!" he wrote.

The operative collected the information from Russian intelligence sources while he was doing opposition research for a project financed by anti-Trump Republicans. The information the operative collected indicated that Russia had compromising information on both Trump and Clinton but chose to release information that was potentially damaging only to the Clinton campaign.

BuzzFeed, which reported that the memos have been circulating around Washington for months, published the full dossier on Tuesday night, it said, "so that Americans can make up their own minds about allegations about the president-elect that have circulated at the highest levels of the US government."

Here are a few of the unverified details contained in the 35-page dossier that BuzzFeed published:

• Russian officials allegedly fed Trump information about his political opponents including his Democratic presidential rival Hillary Clinton.

- Russian officials reportedly offered Trump the opportunity to partner in real-estate development deals, which he did not participate in.

- Trump hired sex workers, according to the report, to perform lewd acts referred to as "golden showers" in a Ritz Carlton presidential suite where President Obama once stayed.

- "Trump's unorthodox behavior in Russia over the years," as the dossier described, provided Russians with information that they could potentially use to blackmail him.

Mother Jones cited the dossier in a report on the alleged Trump-Russia connection in October. The author of that story, David Corn, said he chose not to publish the full dossier because he could not confirm the allegations.

## 'A regular flow of intelligence from the Kremlin'

The memos authored by the operative claim that the Trump campaign and the Kremlin had established an "exchange of information" of "mutual benefit," and that Trump's lawyer, Michael Cohen, met secretly with Kremlin officials in Prague in August 2016.

Cohen denied the assertions contained in the memo.

"I have never been to Prague in my life. #fakenews," he tweeted, accompanied by a photo of his passport.

The memo also said that month earlier, Trump's adviser on foreign affairs, Carter Page, held secret meetings in Moscow with the president of Russia's state-owned oil company and a senior Kremlin internal affairs official, according to the dossier.

"So far Trump has declined various sweetener real estate business deals offered him in Russia ... but he and his inner circle have accepted a

Carter Page, then adviser to Trump, speaking at the graduation ceremony for the New Economic School in Moscow on July 8.
Associated Press/Pavel Golovkin

regular flow of intelligence from the Kremlin, including on his Democratic and other political rivals," the memo says.

The operative claimed that Russian intelligence sources said they had "compromised" Trump during his visits to Moscow and could "blackmail him" with evidence of his conduct, which included "perverted sexual acts arranged and monitored" by the Russian federal security service (FSB).

But the Russians, the operative says in the dossier, "promised not to use the 'kompromat' they hold on Trump as leverage, given high levels of voluntary cooperation forthcoming from his team."

The memo asserts that the Kremlin has "been cultivating, supporting and assisting TRUMP for at least 5 years. Aim, endorsed by PUTIN, has been to encourage splits and divisions in western alliance."

In October, former Senate Minority Leader Harry Reid wrote an open letter to FBI Director James Comey calling on him to release the "explosive information" he possesses about the "close ties and coordination between Donald Trump, his top advisors, and the Russian government — a foreign interest openly hostile to the United States."

Reid's former spokesman, Adam Jentleson, said Tuesday that Reid had seen the documents before writing the letter.

When asked about reports that Trump's campaign had contact with Russia during the election, Comey told the Senate Select Committee on Intelligence on Tuesday that he could "not comment in an open forum" on whether his agency was pursuing an investigation into the alleged ties.

Carl Bernstein, who contributed reporting to CNN's story on the British spy's revelations, tweeted in December that it was "essential for citizens/Congress to know holdings and debts and partners in Russia (especially) of Donald Trump and his companies."

Trump said frequently during the campaign that he supported mending ties with Russia. Recently, he said the US intelligence community should "move on" from its focus on the hacks targeting the Democratic National Committee and Hillary Clinton's presidential campaign chairman, John Podesta.

*Chris Sanchez contributed to this report.*

More:   Trump   Russia

Taboola Feed

**Parents Who Got the Last Laugh**
Sponsored by FamilyMinded

**Reclusive Millionaire Warns: "Get Out Of Cash Now"**
Sponsored by Investing Outlook

**An Insane Credit Card**
**Charging 0% Interest Until Nearly 2020**
Sponsored by NextAdvisor

**Tom Brady's Son is 16 Today**
**& He's The Spitting Image Of His Father**

Sponsored by Trading Blvd

**Vultures Surround Pit Bull**
**Puppy, Then Neighbor Immediately Calls Animal Control**
Sponsored by IcePop

**Kevin Costner Gets Candid**
**On Finding Love Again " She's Helped Me Love Again"**
Sponsored by Drivepedia

**Old newspaper column from Brett Kavanaugh's high school** BI
**called Christine Blasey Ford's school ...**

**Conor McGregor has been suspended from fighting for a month**
**because of the beating he took from...**

**Christine Blasey Ford's lawyer resigned from his law firm**
**because partners objected to his decisi...**

**Doris Day Is 100 Years Old And Wants You To See Her**
Sponsored by Miss Penny Stocks

**How to Stop Dog Barking in Seconds?**
Sponsored by PetGentle

**7 Yoga Poses You Should Do First Thing In The Morning**
Sponsored by Work + Money

**A scientific study claims that your age affects how you see this** BI
**famous optical illusion — what do yo...**

**Rihanna zeroed in on Victoria's Secret's crown jewel with a**
**raunchy new lingerie show**

**These 3D-printed homes can be built for less than $4,000 in just**
**24 hours**

**The App Millennials Are**
**Using to Learn a Language in 3 Weeks**
Sponsored by Babbel

**The Controversial Scene That Took MASH Off Air**
Sponsored by Buzznet

**We Tried HelloFresh: Here's What Happened**
Sponsored by Popdust for HelloFresh

**A 2015 clip of Brett Kavanaugh joking about his days at an elite**
**high school has resurfaced and is goi...**

**Disappointing photos show what Iceland's famous Blue Lagoon**
**looks like in real life**

**I flew on Southwest Airlines to see how it compared to Delta and**
**United — here's the verdict**

**Worlds First Surviving**
**Septuplets. Look At Them 20 Years Later**
Sponsored by DailyChoices

**The Facial That Celebrities**
**Say Takes 10 Years Off Your Face**
Sponsored by Marie Claire | Hanacure

**No It's Not Photoshop, Look**
**Closer - Best Trail Cam Photos**
Sponsored by DomesticatedCompanion

**Melania Trump says she's blackballed by groups she wants to**
**work with because of her husband**

**A Google programmer just published a book of hilarious cartoons**
**that shows what it's really like to work at ...**

**The father of a 6-year-old autistic boy found dead after a 5-day**
**search speaks out: 'Today I found out I'...**

**The Number 1 Reason Banks**
**Don't Recommend Reverse Mortgages**

Sponsored by NewRetirement

**8 Reasons Why Everyone is Obsessed With These Socks**

Sponsored by Bombas

**Julia Roberts' Daughter Is All Grown Up & Looks Gorgeous**

Sponsored by Refinance Gold

**Blake Lively accidentally wore a see-through shirt on the red carpet — but pulled it off like a pro**

**Before-and-after photos show Hurricane Michael's catastrophic destruction in Florida**

**Rare photo shows an F-4 recklessly inverted over a Russian Tu-95 during an intercept**

**These Ridiculous Airport**
**Photos Will Make You Cry Laughing**

Sponsored by Noteabley

**Create Linux and Windows Virtual Machines in Seconds**

Sponsored by Microsoft Azure

**The Most Beautiful Historical**
**Photos Ever Captured That Will Make You Look Closer**

Sponsored by Activly.com

**3 Ways Your Dog Asks For Help**

Sponsored by Dr. Marty

**Motley Fool CEO Makes Bold "Double Down" Prediction**

Sponsored by The Motley Fool

**New York, New York: This**
**Unbelievable, Tiny Company Is Disrupting a $200 Billion Industry**
Sponsored by EverQuote Insurance Quotes

* Copyright © 2018 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service, Privacy Policy and Cookies Policy.

Sitemap I Disclaimer I Commerce Policy I Coupons I Made in NYC I Stock quotes by finanzen.net

International Editions:  U K  I D E  I A U S  I F R  I IN  I I T  I J P  I M Y  I N L  I S E  I P L  I S G  I Z A  I E S

BI