# Exhibit 7

# In the Matter Of:

## GUBAREV vs BUZZFEED

17-cv-60426-UU

# DAVID KRAMER

*December 13, 2017*

*Attorneys Eyes Only*



```
 1              IN THE UNITED STATES DISTRICT  COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2
                       Civil Action No. 17-cv-60426-UU
 3

 4
     ALEKSEJ GUBAREV, et al.,
 5
              Plaintiffs,
 6
     vs.
 7

 8   BUZZFEED, INC., et al.,

 9            Defendants.
     _____X
10

11
                              44 West Flagler Street
12                            14th Floor
                              Miami, Florida
13

14                            Wednesday, December 13, 2017
                              9:59 a.m. - 1:32 p.m.
15

16
                   ATTORNEYS' EYES ONLY
17

18              VIDEOTAPED DEPOSITION OF
                      DAVID KRAMER
19

20

21

22   ESQUIRE DEPOSITION SOLUTIONS
     800 211-DEPO
23   www.esquiresolutions.com

24   REPORTED BY:  JEROME E. HARRIS
     JOB NO: J0781312
25
```



```
 1   I had not spoken to Julian Borger before, I had not
 2   spoken to David Korn before, and the two of them met me
 3   together.  Korn was part of that meeting as well.
 4       Q.  Sorry, that's the meeting when the CNN broadcast
 5   came?
 6       A.  No, no, sorry.  So early December meeting, my
 7   meeting with Julian Borger and David Korn, and then
 8   January 10th, Julian Borger just coincidentally just
 9   happened to come see me when the news broke on CNN.
10       Q.  Were you talking about The Dossier at the time?
11       A.  Yes, we were talking to see if I had heard
12   anything more, and at that point I really hadn't.  But
13   then we all did.
14       Q.  During your conversation with Mr. Bensinger, did
15   you tell him that Senator McCain had given The Dossier
16   to the FBI?
17       A.  Yes.
18       Q.  Did you make a distinction between the last two
19   pages of the document and the rest of the document, or
20   did you tell him that The Dossier had been given by
21   McCain to the FBI?
22       A.  I did not distinguish between the last two pages
23   and the rest of it.
24       Q.  Did Mr. Bensinger know that already when you
25   talked to him?
```



```
 1      A.   Know what, I'm sorry?
 2      Q.   Know that Senator McCain had given the document
 3   to the FBI?
 4      A.   Yes.  Yes.  And I think -- I told him certainly
 5   and I think he knew possibly from Mr. Steele as well.
 6           I can't swear to that, but I think --
 7      Q.   What, if anything, did you tell Mr. Bensinger
 8   about the seriousness with which you took the
 9   allegations in The Dossier?
10      A.   I laid out the same three reasons to him as I
11   explained a little earlier, which is Mr. Steele's bona
12   fides, the behavior of the Russians, and the comments by
13   the Trump Campaign.  And I felt that it warranted a
14   serious investigation.
15      Q.   Did you believe that there was an investigation
16   going on at the time?
17      A.   The end of December did I believe there was
18   investigation going on?  I don't think I knew that there
19   was.
20      Q.   Did you think there was?
21      A.   I thought it was a possibility, but I was not --
22   since I had nobody I knew in the FBI, I had no contacts
23   there, I was not in a position to know for sure.
24      Q.   But you knew McCain had given it to the FBI?
25      A.   Correct.
```



```
 1                REPORTER'S DEPOSITION CERTIFICATE

 2
    STATE OF FLORIDA)
 3
    COUNTY OF MIAMI-DADE)
 4

 5           I, the undersigned authority, certify that I

 6  was authorized to and did stenographically report the

 7  foregoing deposition; and that the transcript is a true

 8  record of the testimony given by the witness.

 9

10           That the witness requested reading and

11  signing.

12

13           I further certify that I am not of counsel,

14  Am not related to nor employed by any attorney to this

15  suit and am not financially interested in the outcome

16  thereof.

17

18

19           Dated this 13th day of December 2017

20

21

22

23       _____

24                  JEROME E. HARRIS

25
```



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com