**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

## DEFENDANTS' NOTICE OF SEALED FILING

Defendants BuzzFeed, Inc. and Ben Smith hereby provide notice pursuant to Southern District of Florida Local Rule 5.4(b)(1) and the Court's Order entered September 19, 2018, Dkt. 205 (the "September 19 Order"), of the filing of Defendants' Reply in support of their Motion for Summary Judgment, and the supporting papers thereto.

Good cause exists for the sealing of these papers because they contain information and documents that were designated Confidential or Attorneys' Eyes only pursuant to the Court's Amended Protective Order, Dkt. 97, and information and documents disclosed by the U.S. Government under the terms of the Court's Protective Order entered August 24, 2018, Dkt. 194.

Pursuant to the September 19 Order, Defendants will file a public, redacted version of this Motion and its supporting papers within seven days.

Dated:  October 12, 2018

          Respectfully submitted,

          /s/ Katherine M. Bolger
          Katherine M.  Bolger
          Nathan Siegel
          Adam Lazier
          Alison Schary
         DAVIS WRIGHT TREMAINE LLP
          1251 Avenue of the Americas, 21st Floor
          New York, New York 10020
          katebolger@dwt.com
          nathansiegel@dwt.com
          adamlazier@dwt.com
          alisonschary@dwt.com

          /s/ Roy Black
          Roy Black
          Jared Lopez
          BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
          201 So.  Biscayne Boulevard
          Miami, Florida 33131
          rblack@royblack.com
          jlopez@royblack.com

          *Counsel for Defendants*