**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No: 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al*.,

    Defendants.

_____/

**REPLY DECLARATION OF NATHAN SIEGEL IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF PLAINTIFFS' STATUS AS PUBLIC FIGURES**

I, Nathan Siegel, pursuant to 29 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, counsel for Plaintiffs BuzzFeed, Inc. and Ben Smith in the above-captioned proceeding.

2. I make this declaration in order to annex exhibits relied upon in Defendants' Reply Memorandum of Law in further support of their Motion for Partial Summary Judgment.

3. Annexed hereto as **Exhibit 1** are true and correct copies of four photos of Plaintiff Gubarev at the 2007 AWMOpen conference, printed from the Internet at the following URLs:

- http://fubarwebmasters.com/picture.php?id=281939&page=&gid=542
- http://fubarwebmasters.com/picture.php?id=281965&page=&gid=542
- http://fubarwebmasters.com/picture.php?id=281091&page=&gid=547
- http://fubarwebmasters.com/picture.php?id=281096&page=&gid=547

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2018 in Washington, District of Columbia.

                                                  /s/ Nathan Siegel
                                                Nathan Siegel