# EXHIBIT 1

Viewing Picture From Epoch Presents the Cybersocket Webmaster Party - AOE Conference & Expo/WorldTelemedia/AWMOpen 2007



http://fubarwebmasters.com/picture.php?id=281939&page=&gid=542

Viewing Picture From Epoch Presents the Cybersocket Webmaster Party - AOE Conference & Expo/WorldTelemedia/AWMOpen 2007



http://fubarwebmasters.com/picture.php?id=281965&page=&gid=542

Viewing Picture From �A Taste of the Orient at Majestic� VIP Party - AOE Conference & Expo/WorldTelemedia/AWMOpen 2007



http://fubarwebmasters.com/picture.php?id=281091&page=&gid=547

Viewing Picture From �A Taste of the Orient at Majestic� VIP Party - AOE Conference & Expo/WorldTelemedia/AWMOpen 2007



http://fubarwebmasters.com/picture.php?id=281096&page=&gid=547