**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A., AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

**DEFENDANTS' NOTICE OF SEALED FILING**

Defendants BuzzFeed, Inc. and Ben Smith hereby provide notice pursuant to Southern District of Florida Local Rule 5.4(b)(1) and the Court's Order entered September 19, 2018, Dkt. 205 (the "September 19 Order"), of the filing of their Reply in Further Support of Defendants' Motion for Partial Summary Judgment on the Issue of Plaintiffs' Status as Public Figures, and the supporting papers thereto.

Good cause exists for the sealing of these papers because they contain information and documents that were designated Confidential or Attorneys' Eyes only pursuant to the Court's Amended Protective Order, Dkt. 97, and ordered to be filed under seal pursuant to the Court's Sealed Order dated September 28, 2018.

Pursuant to the September 19 Order, Defendants will file a public, redacted version of this Motion and its supporting papers within seven days.

Dated:  October 12, 2018

        Respectfully submitted,

        /s/ Katherine M. Bolger
        Katherine M.  Bolger
        Nathan Siegel
        Adam Lazier
        Alison Schary
        DAVIS WRIGHT TREMAINE LLP
        1251 Avenue of the Americas, 21st Floor
        New York, New York 10020
        katebolger@dwt.com
        nathansiegel@dwt.com
        adamlazier@dwt.com
        alisonschary@dwt.com

        /s/ Jared Lopez
        Jared Lopez
        Roy Black
        BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
        201 So.  Biscayne Boulevard
        Miami, Florida 33131
        rblack@royblack.com
        jlopez@royblack.com

        *Counsel for Defendants*