# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
    Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
    Defendants.

Case No.

**0:17-cv-60426-UU**

## DECLARATION ON BEHALF OF
## CABLE NEWS NETWORK, INC.

I, Seth Holladay, declare as follows:

    1.    I am over the age of 18 and not a party to this action.  I am the VP Digital Research & Analytics of Cable News Network, Inc. ("CNN"), which has its place of business at One CNN Center, Atlanta, Georgia.  I am a duly authorized custodian of records for CNN, and I have authority to certify records on its behalf.

    2.    Plaintiffs in the above captioned action served a subpoena in the above captioned action on CNN on or about June 8, 2018.  CNN has produced records in response to that subpoena, which were bates numbered CNN_000001 and CNN_000002 (collectively, the "Produced Records").

    3.    The Produced Records are true and correct copies of the original records.

    4.    The Produced Records were prepared by CNN employees or agents, in the ordinary course of CNN's business, and they accurately reflect information recorded at or near the time of the acts or events described or referred to therein.  The employees or agents who

1

created the records had personal knowledge of the acts or events they recorded or relied on information transmitted by people with personal knowledge of the facts or events recorded. It is the regular practice of CNN to make and keep such records and they are used in the ordinary course of its business.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2018

Name: Seth Holladay
Title: VP Digital Research & Analytics
On behalf of Cable News Network, Inc.

State of Georgia   County of Fulton
Subscribed and sworn to before me
this 10th day of October, 2018.

Katarzyna Biernacka
Notary Public

My Commission Expires June 8, 2020