# EXHIBIT 4

1
                    UNITED STATES DISTRICT COURT
2                   SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
3                    CASE NO. 1:17-cv-60426-UU
4

5
ALEKSEJ GUBAREV, XBT HOLDING
6  S.A., AND WEBZILLA, INC.,

7          Plaintiff,

8  -vs-

9
BUZZFEED, INC. AND BEN SMITH,
10
          Defendant.
11  _____/

12

13                          VIDEOTAPED

14
                            DEPOSITION
15
                               OF
16
                     KOSTYANTYN BEZRUCHENKO
17

18

19                        May 3, 2018
                     10:06 a.m. - 5:28 p.m.
20         201 S. Biscayne Boulevard, Suite 1300
                      Miami, Florida 33131
21

22
                   Stenographically Reported By:
23                     SHARON VELAZCO, RPR
                   Registered Professional Reporter
24

25

```
 1                    APPEARANCES

 2   On Behalf of the Plaintiffs:

 3       CIAMPA FRAY-WITZER, LLP
         20 Park Plaza, Suite 505
 4       Boston, Massachusetts 02116
         Telephone: 617-426-0000
 5       Facsimile: 617-423-4855
         Evan@CFWLegal.com
 6       BY: EVAN FRAY-WITZER, ESQUIRE (pro hac vice)

 7
         BOSTON LAW GROUP, PC
 8       825 Beacon Street, Suite 20
         Newton Centre, Massachusetts 02459
 9       Telephone: 617-928-1804
         BY: VALENTIN D. GURVITS, ESQUIRE (pro hac vice)
10

11   On Behalf of the Defendants:

12       BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
         201 S. Biscayne Boulevard, Suite 1300
13       Miami, Florida 33131
         Tel: (305) 371-6421
14       BY:  ROY BLACK, ESQUIRE

15
         DAVIS WRIGHT TREMAINE, LLP
16       1251 Avenue of the Americas, 21st Floor
         New York, New York 10020
17       Tel: (212) 489-8230
         Katebolger@dwt.com
18       adamlazier@dwt.com
         BY:  KATHERINE M. BOLGER, ESQUIRE
19       ADAM LAZIER, ESQUIRE

20
         NABIHA SYED, ESQUIRE
21       Vice President, Associate General Counsel
         Buzzfeed, Inc.
22

23
     Also Present:     Roderick Pratt, Videographer
24                     Mykola Tyshchenko, Interpreter

25
```

1                    INDEX OF PROCEEDINGS

2
Deposition of Kostyantyn Bezruchenko                  Page
3   Direct Examination by Ms. Bolger                 6
Certificate of Oath                                  321
4   Certificate of Reporter                          322

5
                    DEFENDANTS' EXHIBITS
6
Number          Description                          Page
7
1    LinkedIn Profile of Kostyantyn Bezruchenko      22
8
2    Printout of home page of XBT Website            43
9
3    Printout of XBT Website, Page entitled
10  "Overview"                                       51

11  4    Printout of XBT Website, listing
Subsidiaries                                         55
12
5    Website printout reflecting Services/
13  Features of Company                              62

14  6    Printout entitled Dedicated Servers         54

15  7    Printout with heading Cloud Storage         92

16  8    Printout with heading Managed Colocation,
Unmanaged Colocation                                 101
17
9    Printout, Managed Services including Managed
18  Backup and Storage/Webzilla                      108

19  10   Document, Fozzy Fast Linux VPS              112

20  11   Document with heading Root S.A. Hosting,
Dedicated Servers and Domain Names                   144
21
12   Document, Network Features and
22  Benefits/Webzilla                                173

23  13   "ATTORNEYS EYES ONLY" ticket, logged in by Kseniya,
created May 16, 2014                                 202
24

25

1                     DEFENDANTS' EXHIBITS (Cont'd)

2    No.       Description                                    Page

3    14   "ATTORNEYS EYES ONLY" Subject: Remove and Securely
     store drives, from Ctaylor dated 12/21/2016         220
4
     15   "ATTORNEYS EYES ONLY" Ticket created by
5    Boaz Ruimy Leadads, dated June 6, 2014 re:   IP
     Use for hacking                                     246
6
     16   Grizzly Steppe report on Russian Malicious
7    Cyber Activity                                      257

8    17   "ATTORNEYS EYES ONLY" Subject:  IP details from Marc
     Goederich dated 09/05/2017 to
9    Konstanin Bezruchenko                               260

10   18   "ATTORNEYS EYES ONLY" Subject:  IP details from Marc
     Goederich dated 09/06/2017 to Aleksej Gubarev       269
11
     19   Document with heading "Internal Investigation Report on
12   "Grizzly Steppe" document released on December 29, 2016,
     by Department of Homeland Security                  279
13
     20   Server Log, Traffic In, Traffic Out            290
14
     21   "ATTORNEYS EYES ONLY" Internal Investigation Report on
15   Buzzfeed publication from BK to XBT stakeholders    299

16   22   Memo from Konstantin Bezruchenko dated September 22,
     2016, to Jahamaliah, Modupeh re:  Questionnaire for
17   C-suite Execs                                       315

18   23   Memo from Alexey Gubarev dated July 26, 2016, to
     Konstantin Bezruchenko re:  Additional Questions for
19   Servers                                             318

20

21

22                      _      _      _

23

24

25

1  Videotaped Deposition taken before SHARON VELAZCO,

2  Registered Professional Reporter and Notary Public in and

3  for the State of Florida at Large, in the above cause.

4                        -------

5        THE VIDEOGRAPHER:  Good morning.  We are now on

6     the video record.  Today is Thursday the 3rd day of

7     May, 2018.  The time is approximately 10:06 A.M.  We

8     are at 201 South Biscayne Boulevard, Suite 1300,

9     Miami, Florida, for the purpose of taking the video

10    deposition of Kostyantyn Bezruchenko, taken by the

11    defendant in Case Number 117 CV 06426 UU in the

12    matter of Aleksej Gubarev versus Buzzfeed

13    Incorporated, which is filed in the United States

14    District Court, Southern District of Florida, Miami

15    Division.

16        The court reporter is Sharon Velazco of U.S.

17    Legal Support.  The videographer is Roderick Pratt of

18    U.S. Legal Support.

19        Would all counsel please state their appearance

20    for the record.

21        MS. BOLGER:  Katherine Bolger from Davis Wright

22    Tremaine on behalf of the defendant.  With me is my

23    colleague Adam Lazier, and Nabiha Syed of Buzzfeed.

24        MR. BLACK:  Roy Black, also for Buzzfeed.

25        MR. FRAY-WITZER:  Evan Fray-Witzer for

1         plaintiffs.

2              MR. GURVITS:  Val Gurvits for plaintiffs.

3              (Russian Interpreter Mykola Tyshchenko was duly

4         sworn.)

5    Thereupon:

6                        KONSTYANTYN BEZRUCHENKO

7    Was called as a witness and duly sworn, and testified as

8    follows:)

9                         DIRECT EXAMINATION

10   BY MS. BOLGER:

11        Q.   Good morning, Mr. Bezruchenko.

12        A.   Good morning.

13        Q.   How is my pronunciation?  Am I okay?

14        A.   Great, great.  You are trained properly.

15        Q.   Well, great.  Thank you for being here with us

16   today.  I know you were here on Monday, with Mr. Gubarev

17   for the whole deposition.  So you know the drill.

18             Have you ever been deposed before?

19        A.   No.

20        Q.   Mr. Bezruchenko, I speak very quickly.  If I

21   speak too quickly, please ask me to slow down and I will

22   be happy to do so.

23        A.   Thank you.

24        Q.   So Mr. Bezruchenko, how long have you known

25   Mr. Gubarev?

1     A.   Since 2003, I believe.

2     Q.   And where did you meet each other?

3     A.   Cyprus.

4     Q.   And under what circumstances?

5     A.   I don't remember.  That -- I don't remember.

6     Q.   Okay.  Is it fair to say you are both members of

7  the expat Russian community in Cyprus?

8     A.   No.

9     Q.   Okay.  What is wrong with that sentence?

10    A.   I'm not Russian.

11    Q.   Okay.  You are Ukrainian, right?

12    A.   Yes.

13    Q.   And is it fair to say that you are both members

14 of the expat Ukrainian --

15    A.   No.

16    Q.   Community -- okay.  Correct me.  What is wrong

17 with that sentence?

18    A.   To my knowledge, Aleksej Gubarev is not

19 Ukrainian.

20    Q.   Okay.  And did you meet each other in a social

21 setting or a professional setting?

22    A.   Social.

23    Q.   And how did it come to pass that you became

24 business associates?

25    A.   At the time, I was in a business of managing

1  servers, and I see that there is a lack of this service in

2  the hosting area, and I was proposed to Aleksej to create

3  a hosting company.

4       Q.   Okay.  You said you were in the business of

5  managing servers.

6       A.   Yes.

7       Q.   Where were you -- what company did you work for?

8       A.   At the time, I worked for ICOO Soft, I-C-O-O

9  Soft.

10      Q.   What did you do for ICOO Soft?

11      A.   Managing their infrastructure servers.

12      Q.   And do you mean managing the actual physical

13  hardware of their infrastructure?

14      A.   No, it was software like configuration, security,

15  and maintenance.

16      Q.   Okay.  And did ICOO Soft have servers in Cyprus

17  or elsewhere?

18      A.   Elsewhere.

19      Q.   Where were they?

20      A.   I don't remember.  Most likely, in the U.S.A.

21      Q.   Okay.  And so you -- how did you -- if the

22  servers were in the U.S.A, and you were in Cyprus, how did

23  you manage the server?

24      A.   Remotely.

25      Q.   Okay.  And what kinds of things did you perform?

 1   What kind of management services?

 2      A.   Application installation like Apache database,

 3   web servers, databases, firewalls, whatever they -- they

 4   needs to perform their activities.

 5      Q.   Okay.  In that -- in that capacity, were you

 6   responsible for security in the ICOO Soft -- on the ICOO

 7   Soft servers?

 8      A.   I was not designated.  There was no designated

 9   person to be responsible for security, but I performed

10   that duty, yes --

11      Q.   And what --

12      A.   -- voluntarily.

13      Q.   Okay.  And what was your -- what were those

14   duties?

15      A.   Like to be responsible that the servers stayed up

16   to date, and they have -- there is no -- not unauthorized

17   access, and all these things.

18      Q.   Okay.  And were you also responding to abuse

19   notifications on the ICOO Soft servers?

20      A.   No.

21      Q.   Whose responsibility was that?

22      A.   I don't remember.  I -- I -- I don't think if

23   there was any abuse notifications there.

24      Q.   Okay.  So you said you thought that there was a

25   lack -- isn't your word, so I apologize if I am using an

1   incorrect word, but you said that there was sort of an

2   absence of these kinds of businesses, or a lack of these

3   kinds of businesses, and you saw a business opportunity.

4   Is that right?

5        A.   That's correct.

6        Q.   Can you explain what that absence was?

7        A.   Yes.  Most of the hosting companies at that time,

8   they didn't offer management services, and overall,

9   experience of the average people who looking to do a

10  business in Internet was not that great to understand how

11  to set up everything to be online.  So I was able to set

12  up them -- application so they can do their online

13  business.

14       Q.   Okay.  And I think we are going to talk about

15  this a fair amount today, so why don't you and I get an

16  agreed baseline definition.  What is a managed server

17  versus an unmanaged server?

18       A.   The managed server is -- well, like, if it is

19  applicable to Webzilla, or in general?

20       Q.   Just as a baseline definition, as a general

21  matter.

22       A.   A managed server is if someone actually has

23  access to server and managed, like, installs the

24  software-configured server, and unmanaged server is the

25  server which is just a bare metal and no -- it is not

1  managed by -- not anyone but customer, not anyone but

2  customer.

3      Q.   Okay.  Working backwards, is there a difference

4  in -- well, say the terms as used by XBT and Webzilla,

5  between a bare metal server and unmanaged server?

6      A.   Bare metal server -- it's completely different

7  definition, managed and unmanaged, that is the right

8  definition.  Bare metal can be both managed and unmanaged.

9      Q.   Okay.  So just so we're not confused, give me a

10 definition then of bare metal server.

11     A.   There is -- virtual server, which is not the

12 physical device.  On one physical server, there can be

13 many virtual servers.  Bare metal server is the physical

14 server.

15     Q.   As I understand bare metal server, bare metal

16 servers are simply that; a physical box, with no operating

17 system or any other kind of software.  It is just the

18 physical box.  Is that right?

19     A.   Yes.

20     Q.   Okay.  So when we talk about bare metal server,

21 that's the way I will use the term.  Agreed?

22     A.   Yes.

23     Q.   Okay.  And when we talk about managed servers,

24 managed servers, as I understand what you just said, are

25 servers that your customer can rent, but that you, as the

1   managed server proprietor, have access to, to put on

2   operating systems and to service.  Correct?

3       A.   Managed server?

4       Q.   Yes?

5       A.   Yes.

6       Q.   And unmanaged servers are servers that your

7   customer uses that you all may put an operating system on,

8   but then you have no further management of; is that

9   correct?

10      A.   Yes, and don't have access to the server anymore,

11  after that point.

12      Q.   Okay.  Just to talk quick -- well, we will get to

13  that.  I am fine with that.  Let's move on a little bit.

14           Okay.  So you proposed to Mr. Gubarev, "Hey,

15  let's start a serving company."

16           He said, "Great idea."

17           And you went into business with a third person,

18  Mr. Boredin, is that right?

19      A.   No.

20      Q.   No?  Just the two of you?

21      A.   No. The last name is not correct.

22      Q.   Oh.

23      A.   It was "Boredin."

24      Q.   Okay.  And who was Mr. Boredin?

25      A.   He was just another person I met on Cyprus.

 1      Q.    Okay.  And when did the three of you go into

 2   business together?

 3      A.    I believe it was April, May, 2005.

 4      Q.    Okay.  And what was the business you guys formed

 5   together in 2005?

 6      A.    Webazilla was the name, W-E-B-A-Z-I-L-L-A.

 7      Q.    Incidentally, Mr. Bezruchenko, your colleagues

 8   call you BK; correct?

 9      A.    Only recent year, and it was invented by Rajesh.

10      Q.    By Rajesh -- what -- is there -- my initials are

11   also KB, Mr. Bezruchenko.  Why BK?

12      A.    Obviously, they have hard time to pronounce my

13   last and first name, especially Rajesh, and he went to

14   this, and everyone started calling me like that.

15      Q.    Okay.  Great.  Okay.  So in 2005, you founded

16   Webazilla.  Why did you all choose the name Webazilla?

17      A.    Actually, at that time, we wanted to choose

18   Webzilla, but it was already occupied.  So we just added

19   one letter and it became Webazilla.

20      Q.    Why did you choose the name Webzilla?

21      A.    No, because we were kind of related -- it is web

22   hosting, and there was Mozilla, and Gozilla, and like --

23   good name, Webzilla.

24      Q.    Okay.  And you started the business in 2005.  How

25   much of the business do you own?

 1      A.    At the time we opened the company, it was equal

 2   between three of us.

 3      Q.    Okay.  And over time, that has changed; correct?

 4      A.    Yes.

 5      Q.    Why has that changed?

 6      A.    Because business has grown, and it required some

 7   additional investments, and I was not able to put

 8   additional money, so yeah.

 9      Q.    Okay.  Now, you said at the beginning of the

10   deposition that you are Ukrainian; correct?

11      A.    Yes, correct.

12      Q.    And when did you move to Cyprus?

13      A.    In 2003, end of 2003, October of 2003.

14      Q.    Why the move to Cyprus?

15      A.    I get a job offer.

16      Q.    Okay.  And did you go to university in Ukraine?

17      A.    Twice, but it was unfinished in both cases.

18      Q.    Okay.  And what did you study at university?

19      A.    It was Robotics.

20      Q.    Robotics?

21      A.    Robotics, yes.

22      Q.    Did you ever study computer programming?

23      A.    Yes.  In college.

24      Q.    Okay.  What universities did you go to?

25      A.    It was East Ukrainian National University.

1      Q.    Both times?

2      A.    Yes.

3      Q.    Is East Ukraine the part of the country that --

4  part of Ukraine that is currently -- let's use the word

5  "occupied" by the Russians?

6      A.    That's right word, is "occupied."

7      Q.    And that's where the East Ukrainian University

8  is; correct?

9      A.    That's correct.

10     Q.    Where do you currently live?

11     A.    In Limassol, Cyprus and in Dallas, Texas.

12     Q.    And how often are you in Dallas, Texas?

13     A.    I didn't count, but quite often.  A few months a

14  year.

15     Q.    And why are you in Dallas, Texas?

16     A.    I am the -- I have business there.  I am employee

17  of the U.S. company.  I am the lawful --

18          THE COURT REPORTER:  I'm sorry --

19          THE WITNESS:  I have a business in Dallas.  I

20  have -- like I am the lawful permanent resident of the

21  United States.

22  BY MS. BOLGER:

23     Q.    Where did you learn your English, Mr.

24  Bezruchenko?

25     A.    On Cyprus.

 1      Q.    It is considerably better than my Russian, so

 2 thank you.

 3      A.    Thank you.

 4      Q.    Have you been to Prague?

 5      A.    Yes.

 6      Q.    How many times have you been to Prague?

 7      A.    Once.

 8      Q.    When was that?

 9      A.    October 2016.

10      Q.    What were you doing in Prague?

11      A.    I have been in the -- Hitache Customer

12 Conference.

13      Q.    What is the Hitache Customer Conference?

14      A.    Hitache is the company who produced the hard

15 drives and SSD drives, and we are obviously using their

16 products in quite considerable amounts, and we also was

17 invited to their conference.  That was the second

18 conference I went, in their --

19      Q.    And how long were you in Prague?

20      A.    I don't remember.  Maybe about a week.

21      Q.    And it was essentially what I would call -- are

22 you familiar with the American phrase, a boondoggle?

23      A.    Sorry?

24      Q.    Are you familiar with the American phrase, a

25 boondoggle?

1          MR. FRAY-WITZER:  Objection.

2          You can answer.

3          THE WITNESS:  Unfortunately, not.

4  BY MS. BOLGER:

5     Q.   No?  Apparently, there is no word for boondoggle

6  in Russian.  And now we have all learned something about

7  our respective cultures.  Okay.

8          You have been to the A -- American -- the AMW

9  Open; correct?

10    A.   Yes.

11    Q.   Sorry.  AWM Open?

12    A.   Yes.

13    Q.   And these are -- I am going to ask -- I am

14 handing you what was marked as Exhibits PX104, 70, 69,

15 68,67, 66, 65, 64, 63, 62, 60 and 61.

16         What is -- just for the record, the AWM Open?

17    A.   It was Adult Webmaster conference, Adult

18 Webmaster Open.

19    Q.   And what is an adult webmaster?

20    A.   It is a webmaster who is generally involved in

21 the adult entertainment business.

22    Q.   Okay.  And are you an -- were you an adult

23 webmaster?

24    A.   I was not -- never adult webmaster.

25    Q.   If you look at exhibit PX104, there is a

1  photograph of you holding what looks like an award.

2      A.   Yes.

3           MR. FRAY-WITZER:  Sorry.  Mine don't have any

4      numbers or stickers.

5           MS. BOLGER:  I am very sorry about that.

6           MR. FRAY-WITZER:  Can you just tell me which --

7           MS. BOLGER:  It is the one that looks like that.

8           MR. FRAY-WITZER:  Oh, thank you.

9           MS. BOLGER:  We will fix that for you.

10          Almost there.

11 BY MS. BOLGER:

12     Q.   Actually, there are two of you getting awards,

13 but I was looking at that one, Mr. Bezruchenko.

14          So that is you holding an award; correct?

15     A.   Yes.

16     Q.   Do you know when that was?

17     A.   Yes.

18     Q.   When was that?

19     A.   I don't remember a year, but it was in Pattaya in

20 Thailand.

21     Q.   Okay.  And what is the award you are winning?

22     A.   Like Best Hosting of the Year.

23     Q.   Okay.  Sorry.  I thought you just said you

24 weren't an adult webmaster.  So I am confused.  What is

25 Best Hosting of the Year award for?

1        A.    For the best hosting company.

2        Q.    Okay.  And what was the best hosting company?

3        A.    At that year, it was Webzilla.

4        Q.    All right.  So Webzilla won an award for best

5   hosting company at the Adult Webmaster Open?

6        A.    Yes.

7        Q.    Okay.  Can I ask you what the - if you look down

8   at the award, itself --

9        A.    Yes.

10       Q.    -- it says -- it is in Russian.  It is what I

11  would call Cyrillic.  My apologies.  What does it say?

12       A.    "Best Hosting."

13       Q.    And you were accepting that award on behalf of

14  Webzilla?

15       A.    Yes.

16       Q.    Okay.  And you will see there is another picture

17  of you getting another -- that's it.  Right there.  You

18  don't have to flip.  This one right here -- you are

19  wearing a different shirt.  I believe that is a different

20  year; is that correct?

21       A.    Yes.  Maybe won it more than once.

22       Q.    Okay.  And so you are saying that is the same

23  award?

24       A.    Yes.  It looks like, yes.

25       Q.    Okay.  So Webzilla won the same -- Webzilla won

1    the best hosting company at the American -- the Adult

2    Webmasters Open Conference more than one year; correct?

3        A.   Yes.   Two years in a row, '07 and '08.

4        Q.   Okay.   Have you -- has Webzilla won any other

5    awards at the Adult Webmasters Open?

6        A.   I don't -- I don't remember.   Maybe once more.

7    Not more than that.

8        Q.   Okay.   When was the last time you were at the

9    Adult Webmasters Open?

10       A.   I don't remember exact year, but it was in

11   Amsterdam, Netherlands.

12       Q.   How many years ago?

13       A.   Around ten, I believe.   I don't remember exactly.

14       Q.   Okay.   Let me make a representation to you that

15   we have records that show you were there as recently as

16   2015.   Does that jog your memory at all?

17           MR. FRAY-WITZER:   Objection.

18           You can answer.

19           THE WITNESS:   I don't know.   I don't remember

20       really.

21   BY MS. BOLGER:

22       Q.   Okay.   When was the last time -- we talked about

23   awards that -- other than the awards we talked about, has

24   Webzilla won any other awards at the Adult Webmaster Open?

25       A.   I don't remember.

1    Q.   Okay.  The same question for XBT or any of its

2    subsidiaries?

3    A.   No.

4    Q.   And other than the award you won, was Webzilla

5    nominated for any other awards?

6    A.   I don't remember.  Marketing was not my

7    responsibility.

8    Q.   Okay.  In those pictures, I will tell you that

9    there is one of you talking into a microphone.  Did you

10   give a speech?

11   A.   Some sort of thankful speech, yes.

12   Q.   Okay.  Who did you thank?

13   A.   People who was there, for choosing us.

14   Q.   Okay.  Okay.  So what is your current job?

15   A.   I am the CEO of XBT.

16   Q.   I am going to ask the court reporter -- or in

17   this case, Adam, to mark as Exhibit 1 -- while he does

18   that, Webzilla was a sponsor of the AWM Open for a long

19   time, right?

20   A.   I don't remember.  Like, it was not my

21   responsibility.

22   Q.   Okay.  Are you balking at my sentence, "a long

23   time?"  In other words, do you disagree that they were the

24   sponsors?  Were they sponsors?

25   A.   Most likely, but I really don't remember.

1      Q.    Okay.  Why were they -- why was Webzilla

2   interested in attending the Adult Webmasters Open?

3      A.    We had customers in that area of business.

4      Q.    Okay.  You had Adult Webmaster customers?

5      A.    Yes.

6      Q.    Did you know them all personally?

7      A.    Yes.

8      Q.    Do you know how much money you all spent

9   sponsoring the Adult Webmasters Open?

10      A.    No.  I have no idea.

11      Q.    Did you know the other sponsors?

12      A.    No. I have no idea.

13      Q.    Okay.  All right.  Can you take a look at what I

14   am calling Exhibit 1.

15      (Exhibit No. 1 was marked for Identification.)

16   BY MS. BOLGER:

17      Q.    This is your Linked-In profile; correct?

18      A.    Yes.

19      Q.    Okay.  You will see it says that you are

20   currently the CTO of Servers.com, and have been since

21   September 2014, and before that, were the CTO of

22   Webzilla.com.  Do you see that?

23      A.    Yes, that's correct.

24      Q.    Why the -- have your job responsibilities changed

25   since 2014?

1      A.    Yes.

2      Q.    Okay.  How have they changed?

3      A.    I have became -- I put my more attention to

4  Servers.com, and a little bit less attention to Webzilla.

5      Q.    And who took over from you at Webzilla?

6      A.    It was no reason to took over, the business was

7  more or less already formed, and it works themselves.  So

8  overseeing the business, not doing deep technical things

9  in there.

10     Q.    So does Webzilla currently have a CTO or any

11 other kind of technological officer?

12     A.    Yes, that is me.

13     Q.    So you are the CTO of both Servers.com and

14 Webzilla?

15     A.    Technically, I am the CTO of XBT and the CTO of

16 company, yes.

17     Q.    Okay.  Why the switch on your Linked-In account?

18 Why the emphasis on Servers.com?

19     A.    Yes, because it is our new project, and I start

20 work on the new project, and I switched only the Linked

21 account.

22     Q.    What is the difference -- I understand that there

23 is a name difference.  But what is the difference in the

24 business model between Webzilla.com and Servers.com?

25     A.    The Webzilla is like managed hosting,

1  semi-managed, there is a managed and unmanaged customers,

2  but we offer managed hosting, and Webzilla is not

3  automated hosting.  Our Servers.com is completely

4  unmanaged and automated.

5      Q.   Okay.  So -- sorry.  Just so I understand, you

6  are saying that Webzilla has -- has managed servers, and

7  Servers.com has automated servers that are managed by

8  automation?

9           MR. FRAY-WITZER:  Objection.

10          THE WITNESS:  No. I didn't say that.  I said that

11     Webzilla had managed and unmanaged customers, and the

12     processes around that was not automated.  And

13     Servers.com has only unmanaged customers and fully

14     automated structures.

15 BY MS. BOLGER:

16     Q.   Okay.  Why did you all decide to shift your focus

17 from the kind of servers you had in Webzilla to the kind

18 of servers you had with Servers?

19          MR. FRAY-WITZER:  Objection.

20          You can answer.

21          THE WITNESS:  The reason of that was because

22     already over the years, infrastructure became really,

23     really complicated, and there was no way to be in

24     line with modern requirements, technology

25     requirements.  And, we -- we decided to build a new

1        brand, and build it like for next ten years, to be on

2        track with it, the new technology requirements for

3        next ten years.

4   BY MS. BOLGER:

5        Q.   Okay.  Can you explain to me what the unreachable

6   technology requirements were?

7        A.   Yes, it is a level of automation, that network

8   infrastructures at Webzilla was not built like a snowball,

9   you know, starting from this to this, and we always tried

10  to adapt to current market station.  We never foreseen

11  future, and it was unable to, like, transform from the

12  current state to the future state.  So we decided to start

13  from scratch and build with at least ten years in mind

14  upfront.

15       Q.   Okay.  When you say that it was -- I think you

16  said "optimation" -- optimization, and I apologize --

17       A.   Automation.

18       Q.   Are you saying automation?

19       A.   Automation.

20       Q.   Okay.  Apologies.  All right.  So you are saying

21  -- when you talk then about the techno -- the

22  technological requirements that led you to move away from

23  the Webzilla model, you are talking about technology that

24  facilitated your customers' use of the servers and --

25  right?

 1      A.    Yes.  In the network and the services is

 2   facilitated the customer use, yes.

 3      Q.    Okay.

 4      A.    That is our business.

 5      Q.    And so the -- can you give me an example of what

 6   the -- I don't quite know -- this may not be the right way

 7   to put it, but you will correct me -- can you give me an

 8   example of the kind of technological inability that led

 9   you to move on to the Servers.com model?

10      A.    Absolutely.  In Webzilla, if the customer orders

11   server, the process looks like that, you have to take

12   server from the storage, put it into the rack, find a

13   place where to put it, put into the rack, cable, manually

14   configure, like, a remote access, set up operating system,

15   set up the network configuration.  It is all done

16   manually.  It takes enormous amount of time to do that.

17   In Servers.com, the -- all servers is already

18   preinstalled, precabled, preconfigured, all of the

19   configuration happens automatically with no involvement

20   from the human side.

21      Q.    Okay.  If currently, I were a customer, and I

22   went to the Webzilla website -- which there is still a

23   Webzilla website, right?

24      A.    Yes.

25      Q.    And I wanted to sign up for managed services --

1      A.   Yes.

2      Q.   -- is it still the manual process you described,

3  or do you use the automated servers?

4      A.   As I mentioned, no, it is manual.  It is manual.

5      Q.   Okay.  So if you sign up for a server through

6  Webzilla.com, you get the manual process, but Servers.com,

7  you get the automated process?

8      A.   That's correct.

9      Q.   What percentage of XBT's current business is

10  generated on the Servers.com model?

11      A.   I don't know the numbers.  That is maybe a good

12  question for CFO.  I don't know the number.

13      Q.   I'm not actually asking you necessarily for the

14  dollar amounts.  I am asking you for the actual percentage

15  of your business that you run through the company from

16  which you are the CTO, right?  So you have -- XBT has

17  Webzilla, it has lots of other subsidiaries.  What

18  percentage of the business of XBT comes from Servers.com?

19           MR. FRAY-WITZER:  Objection.

20           You can answer.

21           THE WITNESS:  Yes, the percentage is actually

22      dollar amounts, so I don't know.

23  BY MS. BOLGER:

24      Q.   Well, do you have more people who sign up to your

25  Webzilla system than your Server system, or vice versa?

1      A.   I don't know.  I don't track the people who sign

2  up for Webzilla or for Servers.com.  I don't count that.

3      Q.   Okay.  Well, who configures the servers?  So you

4  said that Servers.com -- sorry -- the servers for

5  Servers.com are preconfigured.  So who preconfigures them?

6      A.   Teams, like responsible for that on-site team in

7  the date center, and other teams like support team.

8      Q.   Okay.  And who manages those teams?

9      A.   I do.

10     Q.   Okay.  And are they employees of Servers.com?

11          MR. FRAY-WITZER:  Objection.

12          You can answer.

13          THE WITNESS:  Some of them.

14  BY MS. BOLGER:

15     Q.   Who else employs them?

16     A.   Webzilla, Datacenter.com.  DV, like my other

17  companies.

18     Q.   Companies that XBT controls, or --

19     A.   Yes.

20     Q.   Third-party companies?

21     A.   No third-party XBT companies.

22     Q.   Okay.  Wait.  Sorry.  Your answer confused me.

23  You said third-party XBT companies.

24     A.   No, not the third-party.

25     Q.   Not the third-party, XBT companies?

1       A.   Yes.

2       Q.   Okay.  So the teams that preconfigure the servers

3  for Servers.Com are made up of XBT employees, but not

4  necessarily of the subsidiary Servers.com?

5            MR. FRAY-WITZER:  Objection.

6            THE WITNESS:  There are some other like

7       Datacenter.com, yes.

8  BY MS. BOLGER:

9       Q.   What is Datacenter.com?

10      A.   It is company who provides the data center

11 services to XBT and other customers.

12      Q.   Okay.  So XBT owns some data centers; correct?

13      A.   No.

14      Q.   XBT leases data centers?

15      A.   Yes.

16      Q.   How many data centers does XBT lease?

17      A.   Nine.

18      Q.   Nine?

19      A.   Nine.

20      Q.   Does XBT have personnel in those nine data

21 centers?

22      A.   Not in all.

23      Q.   Not in all.  Okay.  And in how many data centers

24 does XBT have personnel?

25      A.   Six.

1      Q.    Where?

2      A.    Amsterdam -- two data centers in Amsterdam, one

3   in Luxembourg, one in Dallas, Texas, one in Moscow, and

4   one in Singapore.

5      Q.    Do you go to work at the one in Dallas?

6      A.    Yes.

7      Q.    Okay.  How many XBT employees are there in the

8   two data centers in Amsterdam?

9      A.    Around 30.

10     Q.    Is it 15 and 15, or 30 each?

11     A.    They are sharing responsibilities, so some days

12  they are here, and some days, they are there.  So it is 30

13  in total.

14     Q.    And how about Luxembourg?

15     A.    About ten.

16     Q.    Dallas?

17     A.    About 20.

18     Q.    Moscow?

19     A.    About 20.

20     Q.    And Singapore?

21     A.    Two.

22     Q.    Okay.  And of those XBT employees -- let's just

23  use Amsterdam as an example.  Are they all -- well, what

24  are their job -- do they all have the same job

25  responsibility?

 1      A.   No.

 2      Q.   Okay.  What kind of jobs do XBT employees do in

 3 these data centers?

 4      A.   There is on-site, which means they are

 5 responsible for physical parts of the job.  There is RMA,

 6 where they are responsible for receiving and exchanging

 7 the broken parts and --

 8      Q.   Did you say RMA?

 9      A.   Yeah.

10      Q.   What does RMA stand for?

11      A.   Returns something.  I don't remember exactly the

12 explanation.

13      Q.   Okay.

14      A.   And they are responsible for returning any broken

15 parts and receiving new shipments.  And there is support,

16 who was doing some support of the customers.

17      Q.   Okay.  And the support people aren't necessarily

18 doing support for just the hardware; correct?  They also

19 help with the software, right?

20      A.   Only in Dallas, Texas.

21      Q.   Are there support people in the other data

22 centers, or --

23      A.   No.

24      Q.   -- not?

25      A.   No.

1      Q.   Okay.  Okay.  XBT also owns a certain number of
2  servers; correct?

3      A.   We do own servers, correct.

4      Q.   How many servers do you own?

5      A.   I don't know how many we own.  I know how many we
6  have.

7      Q.   Okay.  How many do you have?

8      A.   There is around 20 -- 22,000 physical servers,
9  bare metal servers.

10     Q.   Okay.  And some percentage of them you own, and
11 some percentage of them you lease; correct?

12     A.   Yes.

13     Q.   Do you lease more than you own?

14     A.   I don't know.

15     Q.   Who would know that?

16     A.   Probably some -- Rajesh should know that.

17     Q.   Okay.

18     A.   Because he is dealing with leasing.

19     Q.   Okay.  Who -- I was about to ask that.  Who is
20 responsible for negotiating and entering into those lease
21 agreements?

22     A.   I do, and Nick Dvas, yes, okay.  Yes.

23     Q.   Okay.  Who is Nick Dvas?

24     A.   He is now CEO of XBT.

25     Q.   COO?

1      A.   CEO.

2      Q.   CEO.  Excellent.  Okay.  So you do, and Mr. Dvas

3 does.  And how does -- how do you go about doing that?  Do

4 you have a particular person you lease from, or how

5 does -- how does that happen?

6      A.   We have particular vendors to lease from.

7      Q.   And how often do you lease a new server?

8      A.   A few times a month.  That is servers, not

9 server.  Servers.

10      Q.   Sorry.  Say that again?

11      A.   Servers, is multiple servers, not "server."  We

12 are buying in batches.

13      Q.   I understand.  And what goes into your decision

14 to lease more batches of servers?

15      A.   Like business projections, immediate needs of the

16 customers.

17      Q.   Is it your business plan to migrate customers

18 away from 'zilla to Servers.com?

19      A.   We do want to migrate some customers from

20 Webzilla to Servers.com.

21      Q.   Do they know they are being migrated?

22      A.   Some of them.

23      Q.   Why would you tell some and not others?

24      A.   Yeah, we decide, ourself, which customers we want

25 to notify, when we are ready, and we notify them and then

1  migrate them.  It is based on the business decision.

2       Q.    What goes into that business decision?

3       A.    Financials.

4       Q.    Explain that, please.

5       A.    If the customer rents servers at Webzilla during

6  the migration, he may get discount, or like something --

7  he may ask for discount or something like that, so we

8  decide if it is worth to touch that or not.

9       Q.    I am sorry.  I am not sure I understand.  You are

10 saying if someone serves -- may sign up to Webzilla

11 because they are looking for a discount, is that what you

12 mean?  I just don't understand.

13      A.    No. There is a customers of Webzilla who we are

14 looking to migrate to Servers.com.  And some of them, not,

15 because obviously, if you are paying for service, and like

16 it is your normal business procedure, you don't think

17 about it -- like, cost a lot.  But if we come to offer

18 you, "Hey, here we are, let's do something," they start

19 thinking, "Oh, maybe I don't need these servers.  Maybe I

20 need to -- like, some other servers."  And at the end, it

21 can end up in the shrinking revenue, so we don't want

22 this.

23      Q.    Sorry.  I am not sure I understand.  Is it more

24 expensive to have a server through Servers.com or through

25 Webzilla?

1       A.    I don't know.  It's case by case -- case by case.

2       Q.    Okay.  So you are saying that there might be a

3  customer of Webzilla -- so my question is:  Are you all --

4  are you all making the decision to migrate customers from

5  Webzilla servers to Servers.com servers?

6       A.    Yeah, I do.

7       Q.    Okay.  What factors go into making that decision?

8       A.    I just -- looking for a customer, how old this

9  customer, like how much they pay, what the server

10 configuration they have, and how I can match the server

11 configuration in the Servers.com and to what that, in the

12 end, I can get out of that.

13      Q.    Are you all hoping in the end to phase out

14 Webzilla.com?

15      A.    No. Webzilla.com is our major business at this

16 moment.

17      Q.    Okay.  What is the benefit to XBT of migrating a

18 customer from Webzilla to Servers.com?

19      A.    To lower burden, maintenance burden, so we want

20 to be more automated and less manual job.

21      Q.    Okay.  And I asked you if you notified customers

22 that you were migrating them, and you said sometimes you

23 do, and sometimes you don't.  Why would you notify them?

24      A.    When we see there is no loss of revenue for us,

25 or even benefit or gaining their revenue, then we try to

 1  convince them to move.

 2      Q.   And you need to try to convince them because they

 3  are used to having managed services on Webzilla, and you

 4  need to convince them that moving to the automated

 5  Servers.com will get them the same amount of service.

 6           MR. FRAY-WITZER:  Objection.

 7           THE WITNESS:  No, no.

 8  BY MS. BOLGER:

 9      Q.   Can you -- what do you need to convince them of?

10      A.   To move.

11      Q.   Why would they not want to move?

12      A.   That is a great amount of job, and they -- they

13  have own business activities, and they don't want to spend

14  their -- obviously, money for the migration.

15      Q.   So as CTO of XBT, what are your specific job

16  obligations?

17      A.   I am responsible for technical, all of the

18  technical things; infrastructure, and -- all of the

19  technical things, like whatever requires to be technical,

20  that is my responsibility.

21      Q.   Okay.  Give me some examples.  What do you do all

22  day?

23      A.   I am doing the contracts with vendors, I am

24  doing -- like, I am doing the decisions on the vendors.  I

25  am doing the infrastructure planning.  I am doing the --

1    like, managing the different teams, like support on-site,

2    that's --

3         Q.    Okay.  Do you draft terms of service?

4         A.    I may be asked for the question, but no.

5         Q.    Who does that?

6         A.    Attorney.

7         Q.    Okay.  Who, at XBT, has responsibility for

8    drafting things like terms of service and acceptable use

9    policies?

10        A.    Either our in-house or outside attorney.

11        Q.    Who is your in-house attorney?

12        A.    Panos.

13        Q.    What?

14        A.    Panos Gorgeou, G-O-R-G-E-O-U.

15        Q.    And where is Mr. Gorgeou?

16        A.    Cyprus.  Marisol, Cyprus.

17        Q.    And who, on the business side, is responsible for

18   drafting terms of service accessible use policies and

19   things like that?

20             MR. FRAY-WITZER:  Objection.

21             You can answer.

22             THE WITNESS:  It is decision of Panos.  He may

23        ask some question to different people in the company.

24        I don't know.

25   BY MS. BOLGER:

 1      Q.    You have no involvement in that?

 2      A.    Sometimes he asks me questions.

 3      Q.    Okay.  Are you responsible for security policies?

 4      A.    Yes.

 5      Q.    And are you responsible for compliance policies?

 6      A.    To certain extent, the -- most of them is going

 7 from legal part.

 8      Q.    Do you -- are you sort of the architect of your

 9 ATIS system, your web systems.  You guys have certain

10 services where you provide networks, right?  Are you the

11 architect of those networks?

12      A.    You can be more specific, please.

13      Q.    Yes.  We will get to it.  I wondered if you are

14 responsible for sort of the strategic planning?

15      A.    Yes.  I am responsible for strategic planning,

16 yes.

17      Q.    So what is the strategy for the next ten years?

18            MR. FRAY-WITZER:  Objection.

19            You can answer.

20            THE WITNESS:  Automation.

21 BY MS. BOLGER:

22      Q.    So everything would be automated?

23      A.    Absolutely everything.

24      Q.    What percentage of security measures are

25 currently automated?

1         MR. FRAY-WITZER:  Objection.

2         You can answer.

3         THE WITNESS:  I don't know.  I never counted.

4  BY MS. BOLGER:

5     Q.   Well, it is -- it is your day-to-day life.  You

6  must have some experience with-it, right?  In your

7  experiences -- what -- are more of your procedures

8  automated, or are less of your procedures automated?

9     A.   For Webzilla, nothing is automated.  For

10  Servers.com, everybody is automated, so far.

11    Q.   Does that include reviewing abuse notifications?

12    A.   Abuse notifications, no.

13    Q.   They are not automated for either one?

14    A.   No. We don't want to -- this part to be

15  automated.

16    Q.   How about, for example, patching the operating

17  systems?  Is that automated?

18    A.   For managed servers, it is similar to unmanaged.

19  It can be automated.  We don't have access to customer

20  systems.

21    Q.   Okay.  You are also sort of the public face of

22  the company for new technology advancements, right?

23         MR. FRAY-WITZER:  Objection.

24         THE WITNESS:  Can you say again?

25  BY MS. BOLGER:

 1      Q.    Sure.  You are -- your name is associated -- you

 2   give quotes to the press, or you speak in your own press

 3   releases when you all have new technological innovations,

 4   right?

 5           MR. FRAY-WITZER:  Objection.

 6           THE WITNESS:  Sometimes.

 7   BY MS. BOLGER:

 8      Q.    Now, do you regularly send email as part of your

 9   job?

10      A.    Email?

11      Q.    Yes.

12      A.    Yes.

13      Q.    And what email address to you use?

14      A.    The bk@servers.com, bk@webzilla.com,

15   bk@xbtholdings.com, bk@iptransit.com, BK@UCDM.com,

16   BK@800hosting.com, BK@DFWnet, BK@servers.ru, R-U.

17      Q.    So Mr. Bezruchenko, I have two email addresses,

18   and I mess up all the time and send wrong emails from the

19   wrong email all the time.  How do you keep all those

20   straight?

21           MR. FRAY-WITZER:  Objection.

22           You can answer.

23           THE WITNESS:  Can you repeat the question?

24   BY MS. BOLGER:

25      Q.    Sure.  How do you keep your use of all those

1   emails straight?  How do you know when to use which email

2   address at what time?

3       A.   Based on from which company a question comes.  So

4   the people who wants to communicate me at certain

5   capacity, they send me the appropriate mail.  When I want

6   to make it, someone, I send them from appropriate email.

7       Q.   What is your default -- if you are going to send

8   an email, what do you use?

9       A.   Right now, I would say Servers.com.

10      Q.   Okay.  Has that changed over time?

11      A.   Default?

12      Q.   Yes.

13      A.   It may change when I re-install my laptop, so the

14   first account I set up became default.  It may change.

15      Q.   Okay.  Is it generally your practice to be

16   truthful in emails?

17          MR. FRAY-WITZER:  Objection.

18          You can answer.

19          THE WITNESS:  I try to be so.

20          MS. BOLGER:  What is your objection to that

21      question?

22          MR. FRAY-WITZER:  Is he truthful in every email?

23      To his family?

24          Are you asking about when he is talking to

25      friends?

 1          MS. BOLGER:  Yes, I am asking if he is truthful.

 2          It is not a hard question.

 3  BY MS. BOLGER:

 4      Q.   Are you truthful in emails?

 5          MR. FRAY-WITZER:  I am going to object to the

 6      form of the question.

 7          THE WITNESS:  I try my best.

 8  BY MS. BOLGER:

 9      Q.   Okay.  Well, sometimes are you untruthful?

10      A.   I don't know.

11      Q.   That seems pretty easy to know whether you tell

12  the truth or not it, right?  Are you truthful in emails?

13          MR. FRAY-WITZER:  I have told people that I am

14  not available for dinner though I am.  That is untruthful.

15          MS. BOLGER:  Also, you are not testifying.

16          THE WITNESS:  I try my best.

17  BY MS. BOLGER:

18      Q.   Okay.  Okay.  So what does XBT stand for?

19      A.   Can you elaborate that, the question?

20      Q.   Yes.  Does XBT stand for anything?  How did you

21  guys land on the name XBT?

22      A.   I don't remember.  Really, I don't remember.

23      Q.   Okay.  There is an exchange, the bit coin.  Bit

24  coin is sometimes referred to as XBT, right?

25      A.   Oh, yeah.

1        Q.    Were you all trying to kind of reference bit coin

2   in forming the name, or is it just a coincidence?

3        A.    It is coincidence, I believe.

4        Q.    So what does XBT Holdings do?  Just broadly,

5   answer that question.

6        A.    Technological stuff; hosting, mostly hosting.

7        Q.    Okay.  So it does hosting, right?

8        A.    Web hosting, yes.

9        Q.    Okay.  We are going to talk about a lot of

10  technical terms, so I am just going to ask you to define

11  them and then we will move.  What is IP Transit?

12       A.    In terms of in capacity of XBT, or in general

13  terms?

14       Q.    We will make, I will just show you what I am

15  talking about.  I am going to ask Adam to mark as Exhibit

16  D, the document that I printed off of -- from XBT's

17  website.

18            (Discussion off the record.)

19            MS. BOLGER:  Did I say D?

20            MR. FRAY-WITZER:  I thought you were trying to

21       throw me off.  We got from 1 to D.

22            MS. BOLGER:  I am having a brain aneurysm.

23       Sorry.  I apologize.  It is Exhibit 2.

24            (Exhibit No. 2 was marked for Identification.)

25  BY MS. BOLGER:

1      Q.    Just for the record, Mr. Bezruchenko, this is the

2   home page of XBT website, right?  More accurately, a

3   printout of the home page of the XBT website?

4      A.    It looks like, yes.

5      Q.    Okay.  If you flip to the second page of the

6   exhibit, you will see it says services.  Do you see that?

7      A.    Yes.

8      Q.    Okay.  And it has the bubbles, one of which says

9   IP Transit.  Do you see that?

10     A.    Yes.

11     Q.    What is that?

12     A.    IP Transit, it is a service for transporting data

13  through Internet.

14     Q.    Okay.  And then it has CDN.  What is that?

15     A.    It is a content delivery network.

16     Q.    What is that?

17     A.    It is a network of servers responsible for

18  delivering content.

19     Q.    Okay.  And then in the middle, it has dedicated

20  servers.  What is that?

21     A.    It's bare metal servers, dedicated servers.  It's

22  a physical -- boxes.

23     Q.    Okay.  And then there is colocation.  What is

24  that?

25     A.    Colocation is a renting of the place for

1  customer-owned physical servers.  So it is -- it's a place

2  in the data center where a customer can put his own device

3  and connected it to the power and the Internet.

4       Q.   So colocation is like an apartment building in

5  New York City.  Everybody has, you have your own little

6  space in a physical data center, right?  A physical space

7  in a physical data center?

8       A.   Yes.  Physical space, yes.  It's basically power

9  and cooling -- power and cooling.

10           THE INTERPRETER:  As in AC.

11           THE WITNESS:  AC, yes.

12  BY MS. BOLGER:

13       Q.   VPS hosting?

14       A.   It is virtual server.

15       Q.   Then in the background, you can see it back

16  there, it says, "managed services."  What are managed

17  services?

18       A.   It is typically managed dedicated server.

19       Q.   And there is "cloud" in the background.  Do you

20  see that?

21       A.   Yes.  It is typically cloud computing, which is

22  again virtual server or cloud storage.

23       Q.   Okay.  And then in the very back, you might not

24  be able to see, but it does say "application development."

25  Do you see that?

1          Sort of back to the left?

2     A.    Yes.  I see it, yes.

3     Q.    What is app development?

4     A.    It is developing the software.  We have -- yes.

5  Development of software.

6     Q.    Of these services, which is the -- which one

7  makes up the biggest portion of XBT's business?

8     A.    I don't know.  I can guess, but I don't want to.

9     Q.    Okay.  Well, I don't want you to guess, but you

10 are the chief technical officer.  You must know what most

11 of your -- what your business does all day.  So --

12    A.    Dedicated servers.

13    Q.    Okay.  All right.  Do you -- how many ASNs does

14 XBT and its affiliates control?

15    A.    I don't remember exact number, but it is

16 something between five and ten.

17    Q.    Where would one be able to get the exact number?

18 Who would know that?

19    A.    I do.

20    Q.    Okay.  I am going to ask you to -- I am going to

21 ask you to give me a precise answer to the question.  How

22 many ASNs do you control -- so I will follow up with Evan

23 after this deposition.

24          Other than the ones you control, do you manage

25 additional ASNs?

1      A.    No.

2      Q.    So what is your process for announcing and

3  withdrawing IP addresses?

4      A.    Which IP addresses?

5      Q.    I suppose IP addresses controlled by XBT.

6      A.    We do choose the IP -- free IP block, and then a

7  networking team creates appropriate root objects in

8  appropriate databases, and then we contact the carriers to

9  ask them to accept that network blocks, and then we

10  announce these IP space.

11      Q.    Okay.  And who is responsible for that?

12      A.    A networking team.

13      Q.    Who is on the networking team?

14      A.    There are about 12 people, ten, 12 people

15  working.

16      Q.    And where are they?

17      A.    Ukraine, and Cyprus, and Russia.

18      Q.    And are you part of the networking trio?

19      A.    I am the -- managing networking team.

20      Q.    And do you make the decisions about announcing

21  and withdrawing IP addresses?

22      A.    XBT-owned IP addresses?

23      Q.    Yes.

24      A.    I do -- I dedicate -- actually, I choose the free

25  IP address to announce it before the team can proceed, so

1    it is up to my decision.

2        Q.    Okay.  Are there specific policies and procedures

3    for governing your ASNs?

4        A.    I don't think so.  No.

5        Q.    That's because you make the decisions about it,

6    right?

7        A.    Yes.

8        Q.    And what -- when you are -- you, yourself, as the

9    decisionmaker, are making decisions relevant to the ASNs

10   what are your processes?

11       A.    I think how it can best work for the company.

12       Q.    And that's to maximize profit, or what do you

13   mean by best work for the company?

14       A.    Like all of the best, all of the best, not doing

15   like something bad.  Only good things, all of the best for

16   the company.

17       Q.    Okay.  I am going to ask you -- am going to show

18   you what was marked at the deposition of Mr. Mishra as

19   Exhibit 7.

20       (Exhibit No. 7 -- previously marked for

21   Identification at deposition of Mr. Mishra.)

22           MS. BOLGER:  For the record, it is a document

23       produced by the plaintiff with Bates number PI52

24       through 55, with a headline "XBT family IP subnets."

25   BY MS. BOLGER:

1       Q.    Mr. Bezruchenko what is an IP subnet?

2       A.    It is an Internet protocol, IP addresses provided

3   to us by local internal registries.

4       Q.    Okay.  And these subnets are all owned by XBT.

5   This is the exhaustive list?

6       A.    Technically, they are not owned, because it is --

7   it is provided to us by Internet registry, but it is not

8   something you own.  You can use this.

9       Q.    Is that your total -- is this your absolute list,

10  or does this list change?

11      A.    That -- there is no date here, so I don't know.

12  It may change since that was produced.  I don't know.

13      Q.    Well, that actually kind of answers my question.

14  So in other words, this information can change over time?

15      A.    Oh, yes.

16      Q.    Okay.  How often does it change?

17      A.    These days, not often.

18      Q.    And who keeps this list?

19      A.    I do.

20      Q.    And why do you keep this list?

21      A.    Just to know what kind of IP addresses we have to

22  select, free IP addresses, to announce them and to provide

23  them to the customers.

24      Q.    And so would you have created this list, would

25  you say?

1       A.    Yes, yes.

2       Q.    How often do you update it?

3       A.    As soon as we receive new address space.

4       Q.    And when would you -- under what circumstances

5  would you receive new IP address space?

6       A.    There are two ways, three ways.  First, we are

7  running out of IP space, and we are requesting this IP

8  space from Internet registry; second, is when we can

9  purchase an IP space; and third, we can acquire a company

10  who owns IP space.

11       Q.    Okay.  As CTO, how many people report to you?

12       A.    I think well over a hundred.

13       Q.    If these terms are wrong, I will ask you to

14  correct me, but what -- what number of people in that

15  hundred are people who are responsible for support of the

16  servers and the networks?

17       A.    For the support, they are about 70, plus, of

18  them, and for network, it is about 12 people.

19       Q.    Okay.  So when you say, "support" -- which was my

20  word, so thank you -- do you mean actual physical hardware

21  support, or do you mean support that includes both

22  hardware and the software?

23       A.    Both.

24       Q.    Okay.  What percentage are the hardware, or what

25  number are the hardware?

1      A.     There are about -- about 40, 50 of them.

2      Q.     And so that leaves us like 20 for the software?

3      A.     Yes.  Something like that, yes.  Yeah.

4      Q.     And as a general matter, are your technical teams

5  made up of local people?  So in other words, in Dallas,

6  you said you have 20 people in Dallas.  Are they Texans,

7  or are they from somewhere else?

8          MR. FRAY-WITZER:  Objection.

9          You can answer.

10          THE WITNESS:  In certain regions, we have local

11      people.  For example, in an example of Dallas, they

12      are U.S. citizens and mostly Texans.  And there are

13      -- in Luxembourg, they are locals, and in Singapore,

14      they are locals.  It is based on the culture or

15      language properties of region.

16  BY MS. BOLGER:

17      Q.     Okay.  I am going to ask -- show you a document

18  that Adam is going to mark as Exhibit 3.

19          MR. FRAY-WITZER:  4.

20          MS. BOLGER:  Exhibit 3?

21          MR. FRAY-WITZER:  3.  Sorry.  You didn't mark

22      that.

23          MS. BOLGER:  You see, you are just messing with

24      me now.

25      (Exhibit No. 3 was marked for Identification.)

 1   BY MS. BOLGER:

 2        Q.   So for the record, this is a document also from

 3   the XBT website, web page called Company Overview.  Mr.

 4   Bezruchenko, this is, in fact, the company overview for

 5   XBT that is currently on its website; correct?

 6        A.   I don't know if it is currently on the website,

 7   but it looks familiar to me.

 8        Q.   Okay.  Up at the top, you will see -- kind of

 9   across the top front page, it says 12,000 customers.  Is

10   that right?

11        A.   I don't know the amount of the customers we

12   have -- quality -- quantity of the customers we have.

13        Q.   Who would know that?

14        A.   I don't know.  Maybe financial guys know that,

15   maybe sales guys know that.  I don't know.

16        Q.   Okay.  Do you know where your customers are

17   located mostly?

18        A.   No.

19        Q.   Do you know where any of your customers are

20   located?

21        A.   Around the world, globally.

22        Q.   Right.  Are any of them from any one particular

23   region?

24             MR. FRAY-WITZER:  Objection.

25             You can answer.

 1          THE WITNESS:  They are located globally.

 2    BY MS. BOLGER:

 3       Q.   37,000 servers, is that right?

 4       A.   As reads here, yes, as it states here.

 5       Q.   Okay.  40 countries?

 6       A.   As it states here.

 7       Q.   I am asking you if that is correct.  Are you

 8    present in 40 countries?

 9       A.   I don't know what does it mean here, but it says

10    here, 40 countries.  I don't know.

11       Q.   Well, I know it says that.  But I just wonder if

12    it is a correct number.  It is on your website, and I am

13    asking you if it is correct?

14       A.   It doesn't say anything.  It just says 40

15    countries.  I don't know what this means.

16       Q.   Okay.  Well, you are the CTO of XBT, right?

17       A.   Yes.

18       Q.   You are responsible for its websites?

19          MR. FRAY-WITZER:  Objection.

20          THE WITNESS:  For websites of XBT?

21    BY MS. BOLGER:

22       Q.   Um-hmm.

23       A.   No.

24       Q.   Who is responsible for its websites?

25       A.   It is marketing people.

 1      Q.   And you don't review them?

 2      A.   Only briefly.  That is not my responsibility.

 3      Q.   Okay.  All right.  Well, then you can put that

 4 page away if you don't know what is on your website.

 5           Who do you consider the competitors of XBT?

 6      A.   AWS, Amazon Web Services, Leaseweb, Google

 7 Services, OVH.

 8      Q.   What about Akamai?

 9      A.   No.

10      Q.   Akamai, A-K-A-M-A-I.

11      A.   No.

12      Q.   Why not?

13      A.   They are in CBM business.  And we are -- it is

14 only small amount of our business.

15      Q.   Okay.  And how about Rackspace?

16      A.   Maybe, yes, but recently, they are moving from

17 dedicated to managing AWS, so no.  No, not today.

18      Q.   Okay.

19      A.   Maybe yes, like, before, but not today.

20      Q.   When would you have considered them a competitor?

21      A.   Sorry?

22      Q.   When would you have considered them a competitor?

23      A.   I don't remember.  So at some point of time

24 before.

25      Q.   So, XBT has many subsidiaries; correct?

1      A.    Define "many."

2      Q.    Sorry.  You just said Leaseweb is a competitor,

3 right?

4            MR. FRAY-WITZER:  Objection.

5            THE WITNESS:  Right.

6 BY MS. BOLGER:

7      Q.    It is not an affiliate?

8      A.    Leaseweb, no.

9      Q.    Okay.  This guy.

10           MR. FRAY-WITZER:  Exhibit K?

11           MS. BOLGER:  Exhibit apple pie.

12      (Exhibit No. 4 was marked for Identification.)

13 BY MS. BOLGER:

14      Q.    I am going to hand you what has been marked as

15 Exhibit 4.  This is another document printed off the XBT

16 website that actually lists your subsidiaries.  It lists

17 seven subsidiaries.  So it lists -- it is going to -- it

18 list Fozzy, IBEE Solutions, IP Transit, Universal CDN,

19 Rootservers.com, Webzilla.  Do you see that?

20      A.    Yes.

21      Q.    In fact, you all have many more than seven

22 subsidiaries, right?

23      A.    XBT owns more companies than that, yes.

24      Q.    Okay.  So they own onebg.com?

25      A.    Previously, not -- no, not anymore.

1       Q.    When did you stop owning that?

2       A.    I don't remember.

3       Q.    In the last five years?

4       A.    I really don't remember.

5       Q.    Okay.  Well, let me -- okay.  Dedicated Servers,

6   Inc.?

7       A.    Yes.

8       Q.    DFW Internet Services, Inc.?

9       A.    Yes.

10       Q.    I Marketing Solutions Limited?

11       A.    That's not something I recognize.

12       Q.    Okay.  Servers.com, we talked about.  TM Web

13   Properties?

14       A.    Yes.

15       Q.    Travail Systems?

16       A.    Yes.

17       Q.    Universal CDN, Inc.?

18       A.    Yes.

19       Q.    URL Solutions, Inc.?

20       A.    Yes.

21       Q.    Webzilla Dallas, Inc.?

22       A.    Yes.

23       Q.    Webzilla Apps, Inc.?

24       A.    Yes.

25       Q.    BN Domain Trust Services?

1       A.    Not something I remember.

2       Q.    Ataniaset -- forgive my Russian.

3       A.    Yes.

4       Q.    ITPAN.com?

5       A.    Yes.  I am not sure, but it looks familiar, yes.

6       Q.    Universal CDN -- I think I said that, I

7   apologize -- and WZ Communications, right?

8       A.    Yes.

9       Q.    Is that it?

10      A.    I don't know that full list of the subsidiaries.

11      Q.    Okay.  Why not?

12      A.    That is not my responsibility.

13      Q.    Whose responsibility is it?

14      A.    It is our legal counsel and COO and financial

15  guy, Rajesh.

16      Q.    Okay.  Great.  I am going to jump topics.

17            Do you want to take a break, or do you want to

18  keep going?

19            MR. FRAY-WITZER:  If you could, a break.

20            MS. BOLGER:  Thanks.

21            THE VIDEOGRAPHER:  Off the video record at 11:12

22      A.M.

23            (Whereupon, there was a recess, after which the

24      following proceedings were had:)

25            THE VIDEOGRAPHER:  Back on the video record at

1       11:22 A.M.

2   BY MS. BOLGER:

3       Q.   I want to talk about Leaseweb, because you said

4   that they were competitors.  Doesn't XBT also have a

5   business relationship with Leaseweb?

6       A.   Had.

7       Q.   Had.  Can you explain that to me, please.

8       A.   When we start our -- Webzilla starts its

9   business, Webzilla rented servers at Leaseweb and resell

10  them.

11      Q.   Rented servers at Leaseweb and resold them.  Is

12  that what you said?

13      A.   Rented, yes.

14      Q.   And how long did Webzilla have that relationship

15  with Leaseweb?

16      A.   Years -- maybe three years, maybe five years.

17  Not more than that.  Shouldn't be more than that.  I don't

18  remember exactly.

19      Q.   When did you all end that relationship with

20  Leaseweb?

21      A.   I don't remember exactly, but -- I don't remember

22  exactly.

23      Q.   Can you give me a time estimate in the last two

24  years, in the last five years?

25      A.   Last five years?

1     Q.    Within the last five years.  Was it within the

2  last two years?

3     A.    I don't think so.

4     Q.    Okay.  From whom does XBT rent servers?

5     A.    XBT hasn't rent the services -- servers.

6     Q.    XBT doesn't rent servers?

7     A.    No.

8     Q.    Sorry.  I thought I told -- I thought you told me

9  at the beginning of this deposition that you rented

10 servers.

11    A.    Webzilla.

12    Q.    I'm sorry.  From whom does Webzilla rent servers?

13    A.    That's -- was Leaseweb.

14    Q.    Okay.  Currently, does Webzilla rent servers from

15 Leaseweb?

16    A.    No.

17    Q.    When was the last time Webzilla rented servers

18 from Leaseweb?

19    A.    Over five years ago.

20    Q.    Okay.  From whom does Webzilla currently rent

21 servers?

22         MR. FRAY-WITZER:  Objection.

23         THE WITNESS:  We -- Webzilla does not rent

24     servers.

25 BY MS. BOLGER:

1      Q.    Okay.  At the beginning of the deposition, you

2  told me that you all leased some servers and owned some

3  servers; correct?

4      A.    Yes.

5      Q.    Okay.  From whom -- which entity were you talking

6  about?

7      A.    Who leased and rent?  Webzilla Servers.com,

8  Dedicated Servers, Inc.

9      Q.    Okay.  But you just told me that currently,

10 Webzilla doesn't rent any servers.

11          MR. FRAY-WITZER:  Objection.

12          THE WITNESS:  That's correct.

13 BY MS. BOLGER:

14     Q.    Who currently rents servers?

15     A.    No one.

16     Q.    I am sorry.  I don't understand.  You are giving

17 me completely inconsistent answers, to me, but they are

18 clearly not inconsistent to you.  So let's try again.

19 Currently, does XBT or its subsidiaries rent servers from

20 anyone?

21     A.    No.

22     Q.    Okay.  When did that stop?

23     A.    Over five years ago.

24     Q.    So you own all of the 37,000 -- sorry, all of

25 22,000 physical servers?

1          MR. FRAY-WITZER:  Objection.

2          THE WITNESS:  No.

3   BY MS. BOLGER:

4      Q.   What is the difference -- what -- what -- how do

5   you reconcile those?

6      A.   We don't rent.  We do lease servers.  It is a

7   financeable leasing.  It is not the renting.

8      Q.   Okay.  What is the difference?

9      A.   When you rent servers, you don't own the servers.

10  Financeable lease, it is -- where you lease the server --

11  is, at the end, you own it.

12     Q.   Okay.  Currently, from whom does any subsidiary

13  of XBT, or XBT, itself, lease servers?

14     A.   There are a lot of vendors.  I don't know all

15  their names.

16     Q.   Is Leaseweb one of them?

17     A.   No.

18     Q.   Can you give me the ones you do remember?

19     A.   Sure.  Dell.

20     Q.   That's it?  That is the only one you remember?

21     A.   Yeah.

22     Q.   Okay.  Who would know the answer to that

23  question?

24     A.   Rajesh.

25     Q.   And Mr. Mishra would only know when you ended

1    your relationship with Leaseweb?

2           MR. FRAY-WITZER:  Objection.

3           You can answer.

4           THE WITNESS:  I don't know if he may know.  I

5      don't know.

6    BY MS. BOLGER:

7       Q.   Well, who knows, then?

8       A.   I don't know.  Maybe legal counsel.  I don't

9    know.

10      Q.   Okay.  So I am going to ask Adam to mark as

11   Exhibit 5 a document that was printed off of --

12           That's my copy.  I don't think I wrote on it.

13   Just give me another copy.

14      (Exhibit No. 5 was marked for Identification.)

15   BY MS. BOLGER:

16      Q.   This is a -- for the record, a printout from the

17   -- from the XBT web page which says "Services" on it.  Are

18   you with me?  Are you with me?

19      A.   Yes.

20      Q.   And that's what that is?

21      A.   It looks familiar.

22      Q.   Okay.  So over the course of the two pages of

23   this exhibit, it lists the services or the features of XBT

24   Holdings.  There are nine basic services.  Do you see

25   that?

1      A.   Yes, I see.

2      Q.   Okay.  I'm going to talk to you about all of

3  them, but before I do, is it the case that XBT Holdings,

4  itself, doesn't really do anything, right?  It just acts

5  as a holding company?

6           MR. FRAY-WITZER:  Objection.

7           You can answer.

8           THE WITNESS:  I think it is a holding company.

9  BY MS. BOLGER:

10      Q.   Okay.  And it offers services to its customers

11  through certain subsidiaries?

12      A.   Yes.  I think that's correct.

13      Q.   Okay.  Would you agree with me that the various

14  subsidiaries often perform the same services?

15      A.   Some subsidiaries offer similar service, yes.

16      Q.   Why is it that the same subsidiaries -- sorry,

17  different subsidiaries offer similar services?

18      A.   There are two reasons for that.  One reason is

19  acquisitions, and the second reason, as I explained it in

20  example of servers, Webzilla -- the second reason is that

21  Webzilla and Servers.com situation, when we want to start

22  something new.

23      Q.   So you are using that as an example, and not --

24  you're using it as an example of the second reason that

25  you might use different names?

1      A.    There is two reasons; acquisition, and starting

2  the new -- new business.

3      Q.    Okay.  And do you all have subsidiaries targeted

4  at different customer bases?

5      A.    I don't know.

6      Q.    So for example, are some subsidiaries targeted at

7  one sort of Internet client, and others services are

8  targeted at others?

9      A.    Not to my knowledge.

10      Q.    Okay.  So you will see that the very first thing

11  on the first page is Dedicated Hosting.  And I will

12  represent -- and you can correct me if I am wrong, that if

13  you click on More Details, it takes you to a Webzilla

14  page.

15      A.    I don't know.  I can't click here.

16      Q.    Well, do you have any reason to think I am lying

17  to you?

18           MR. FRAY-WITZER:  Objection.

19           THE WITNESS:  I don't know, really.

20  BY MS. BOLGER:

21      Q.    Okay.  Well, I will represent to you that I have

22  clicked on that link, and it has led me to Exhibit 6 --

23      (Exhibit No. 6 was marked for Identification.)

24  BY MS. BOLGER:

25      Q.    -- which is your web page from Webzilla, okay,

1  which says, "Dedicated Servers."  Do you see that?

2       A.   Yes.

3       Q.   Okay.  Tell me again why you think I am not

4  telling you the truth about clicking on More Details on

5  the front page.

6            MR. FRAY-WITZER:  Objection, form.

7            THE WITNESS:  I did not say you were not telling

8       the truth.

9  MS. BOLGER:

10      Q.   Okay.  Do you have any reason to doubt me, that I

11 am telling you that this is what you get when you click at

12 that location?

13      A.   I didn't say that.

14      Q.   I am asking if you have a reason to doubt me.

15      A.   No.

16      Q.   Okay.  What is a dedicated server?

17      A.   Dedicated server -- it is the physical server,

18 like the physical machine; hardware, bare metal.

19      Q.   And you are making a distinction between a

20 dedicated server, which is the physical thing, versus a

21 virtual server, right?

22      A.   Yes.

23      Q.   Can you have a dedicated virtual server?

24      A.   No.  It is not something possible.

25      Q.   Okay.  You will see if you flip through the

1  exhibit that you all -- or even as your experience, you

2  offer two different kinds of dedicated servers; a managed

3  server and an unmanaged server.  Correct?

4       A.    Yes.

5       Q.    Okay.  Which is your more popular product?

6       A.    I don't know.

7       Q.    Well, do you have more dedicated -- sorry, more

8  managed servers or more unmanaged servers?

9       A.    I really don't know the numbers.

10      Q.    Okay.  Well, I am not really asking you for the

11 numbers.  I am asking you for your sense of -- I don't

12 need exact numbers.  I am asking your sense.  You are

13 literally the CTO of this company.  You've got to know

14 this.  What is -- which one do you use -- which customers

15 base do you have more of?  The kind that manages -- you

16 have for managed servers, or the kind for unmanaged

17 servers?

18            MR. FRAY-WITZER:  Object to form.

19            THE WITNESS:  I have to guess, and I don't want

20      to.

21 BY MS. BOLGER:

22      Q.    Well, I don't want you to guess, but you are the

23 CTO of the company.  You live with this every day of your

24 life.  So bearing that in mind, which do you have more of,

25 managed servers or unmanaged servers?

 1           MR. FRAY-WITZER:  Objection.

 2           THE WITNESS:  I -- I don't know.

 3   BY MS. BOLGER:

 4      Q.   Well, you just told me that you are moving away

 5   from managed servers because it is more expensive, and

 6   that is the whole reason for the shift to Servers.com,

 7   right?

 8           MR. FRAY-WITZER:  Objection.

 9           THE WITNESS:  I didn't say that.

10   BY MS. BOLGER:

11      Q.   Okay.  You moved -- you're moving -- I find it

12   hard to believe that you don't know which one is more of

13   your business, but fine.

14           If you are managing the server, what do you do?

15      A.   We do install operating system, and we do install

16   any software customer may request us to do so.  We do

17   patching, like updating the software on the system.  And

18   that's all.

19      Q.   Do you monitor -- sorry.  So once you set it up,

20   and you can set it up with -- so once you set it up by

21   installing the operating system and putting in whatever

22   software is on from the client, the only thing you do from

23   that point forward is patch the system; is that correct?

24           MR. FRAY-WITZER:  Objection.

25           You can answer.

1          THE WITNESS:  No.  We are patching systems and

2      performing any further customer's requirements

3      regarding software installation or modification.

4   BY MS. BOLGER:

5      Q.   So other than what the customer asks you to do on

6   a going-forward basis, once it is set up, the only thing

7   Webzilla does is patch.  Is that right?

8      A.   We do monitor their services for availability.

9      Q.   Sorry.  Say that again.

10      A.   We do monitor the servers for availability.

11      Q.   Okay.  What does that mean?

12      A.   We mean -- we have a monitoring system which

13   checks the availability of the server or its components

14   like database server or web server.

15      Q.   So in other words, to see if it is working?

16      A.   If it is running, yes.

17      Q.   Okay.  So you check to see if it is running.  How

18   often?

19      A.   It is -- in minutes, in minutes increments.

20      Q.   Okay.  And you patch?

21      A.   Yes.

22      Q.   What else?

23      A.   In case we receive some complaint regarding the

24   server, we do check what is going on in the server, if

25   there is anything wrong, if it is hot or not, like this

1  kind of services.

2      Q.   Okay.  And is that a -- is that a

3  Webzilla-generated process, or do you have to have input

4  from some third party to engage in that process?

5      A.   Sometimes it is third party, sometimes it is

6  Webzilla.

7      Q.   Okay.  And under what circumstances would

8  Webzilla, itself, notice a compliance problem on a managed

9  server?

10      A.   We may see unusual traffic spikes, for example,

11  from the server, or we see unavailability of the -- some

12  server components; or, something goes wrong during the

13  system update, like update is not performing, and

14  something is corrupt, there, that file is corrupted,

15  system file is corrupted.  So under those circumstances.

16      Q.   And how would -- how -- how would Webzilla come

17  to notice those anomalies?

18      A.   If you are talking about traffic spikes, it is --

19  we have a system in place which monitors for any

20  suspicious traffic activity, traffic spikes.  It is a

21  system called Genee, G-E-N-E-E.  And in case of

22  monitoring, it's -- we have monitoring system that checks

23  availability in case of compliance update and corrupt file

24  that happens during the actual patching.

25      Q.   And how often does Genee check or review the

 1  servers?

 2       A.    Constant process.

 3       Q.    How often do you get alerts from Genee on your

 4  servers?

 5       A.    Multiple times a day, multiple times a day.  But,

 6  it works both ways; to server and the -- from server.  So

 7  most of the notifications -- most of the notifications is

 8  regarding traffic towards the servers, so someone trying

 9  to DDoS server or doing something to the server.  Not from

10  the server.

11       Q.    Okay.  Just for the sake of having a record, what

12  is DDoS?

13       A.    Distributed denial of service.

14       Q.    What is that?

15            THE INTERPRETER:  "Denial."

16            THE WITNESS:  Denial of service.  Yes, sorry.  It

17       is kind of attack, when the attacker is trying to

18       bring your server or website down.

19  BY MS. BOLGER:

20       Q.    Okay.  And what you are telling me is that Genee

21  most often picks up attacks on your servers, not from your

22  servers?

23       A.    That's correct.

24       Q.    Okay.  And who monitors the Genee report

25  throughout the day?

1      A.   Genee then generates automated reports which go

2   to the support team.

3      Q.   Okay.  So the automated reports from Genee go to

4   the support team?

5      A.   Yes.

6      Q.   Where is the support team?

7      A.   Ukraine.

8      Q.   And who is on the support team?

9      A.   Our employees.

10      Q.   How many employees?

11      A.   I don't know, like 20, 30 of them.  40, maybe.  I

12   don't know.  I don't know exact number.

13      Q.   Well, is it less than 50?

14      A.   Yeah.  I think so.  It is less, but I don't know

15   exact number.

16      Q.   Okay.  And it is in Ukraine, you said?

17      A.   Yes.

18      Q.   Where, in Ukraine?

19      A.   Two cities; Dnipro and Kiev.

20      Q.   And are those support staff located at data

21   centers in those cities?

22      A.   We don't have data centers in the Ukraine.

23      Q.   Do you have physical offices in the Ukraine?

24      A.   Yes.

25      Q.   And are all of your employees in the Ukraine

1  trained or educated in technology?

2      A.   They have experience in technology.

3      Q.   Okay.  Are they often -- do they have degrees

4  generally, or are they not --

5      A.   We do not require any degrees.  We require

6  knowledge of technology.

7      Q.   And conceivably, many of the people in the

8  Ukraine in your Ukrainian centers are, in fact,

9  Ukrainians?

10     A.   Most of them.

11     Q.   What language do they communicate in?

12     A.   Ukrainian and Russian.

13     Q.   And when you interact with the folks in the

14  support centers in Ukraine, what language do you speak?

15     A.   Russian.

16     Q.   Do you speak Ukrainian?

17     A.   Yes.

18     Q.   Okay.  So the support -- but you are not in the

19  support center in Ukraine, right?  You are either in

20  Cyprus or Dallas, right?

21     A.   There are support centers in Dallas.

22     Q.   Okay.  So Genee -- the Genee notifications go to

23  Ukraine?

24     A.   Yes.

25     Q.   Do they ever go anywhere else?

 1      A.   No.  Oh, actually, it goes to Dallas, as well.
 2   Yes, that's true.  Yes.
 3      Q.   Okay.  And then who has responsibility for
 4   determining whether the Genee notifications need to be
 5   followed up on?
 6      A.   Support team.
 7      Q.   The support team?
 8      A.   Yes.
 9      Q.   Who is the head of the support team in Ukraine?
10      A.   Oleg Pshemitsyn.  P-S-H-E-M-I-T-S-Y-N.
11      Q.   When I read The Brothers Karamazov, I actually
12   had to have a list of the characters next to me because I
13   had such a hard time with the names, so I apologize for
14   having a hard time with the names.
15      A.   That's fine.
16      Q.   Okay.  And does Oleg make the final decisions
17   on --
18      A.   No.
19      Q.   Who makes the final decisions on how to respond
20   to the Genee alerts?
21      A.   Duty engineer -- the engineer who is on duty.
22      Q.   The duty engineer who is on duty?
23      A.   Yes.
24      Q.   So Genee comes in, it goes to your support team.
25   The support team reviews them.  Who determines whether the

1  information needs to go from the support team to the duty

2  engineer?

3      A.   No, no.  It is duty engineer in support team.

4      Q.   In the support team?

5      A.   Yes.

6      Q.   Okay.  Who are the duty engineers?

7      A.   They -- all of them.  They are performing their

8  duty engineering job on day-to-day basis.

9      Q.   So the job title of the members of your support

10  team is duty engineer?

11     A.   We don't have titles in our company.

12     Q.   Okay.  The members of the support team are the

13  same people as the duty engineers?

14     A.   Yes.

15     Q.   Okay.  So the particular person who gets the

16  abuse is the person who decides whether it needs to be

17  followed up on, right?

18     A.   Not abuse.  That is notification.

19     Q.   Sorry.  You are right.  I apologize.  The

20  notification.

21     A.   Yes.

22     Q.   Okay.  So when the duty engineer -- if the duty

23  engineer decides it needs to be followed up on, what

24  happens next?

25     A.   Depends on the case.  If there is an external

1  attack and the server is affected, he may try to manage

2  that attack through an available way he has to.  If it is

3  attacks going from server, he goes to server and tries to

4  understand what is going on, if it is somehow compromised,

5  or like, just to understand what is going on with the

6  server.

7       Q.    And do things ever get elevated beyond the duty

8  engineer?

9       A.    What means elevated?

10      Q.    Does anybody ever report up?

11      A.    Yeah.  They all report to me.  I am the -- like

12 highest escalation.  If something really, really wrong,

13 everything goes up to me.

14      Q.    Okay.  Are you -- I understand you are the

15 highest.  Are you also the second?  Is there someone below

16 you, in between you and duty engineer?

17      A.    Yes.  This guy I named, Oleg.

18      Q.    So the notification comes in.  The individual in

19 the support system, also known as the duty engineer, tries

20 to fix the problem.  If they can't, it goes to Oleg, and

21 if Oleg can't, it goes to you; is that right?

22      A.    They can go directly to me if they believe it is

23 important.

24      Q.    Okay.  What language are the Genee alerts in?

25      A.    English.

1       Q.    So all of your support team speaks English?

2       A.    Yes, that is required.  Maybe not verbally, but

3   at least they can read and write in English.

4       Q.    Okay.  Let's talk for a minute about your

5   unmanaged servers.  What do you do -- what services does

6   Webzilla perform for the unmanaged servers?

7       A.    We configure server hardware of the server at the

8   customer request, and we may or may not install the

9   operating system and give up the access to the customer.

10  That's -- that's all we do for unmanaged services.

11      Q.    Okay.  So you configure it according to the

12  client's specification?  You may or may not put the

13  operating system on, and then you're done with it, right?

14      A.    Yes.

15      Q.    So you don't monitor it, or patch it, right?

16      A.    No.

17      Q.    Do you get Genee alerts on it?

18      A.    Yes.

19      Q.    Do you respond to the Genee alerts on the

20  unmanaged servers the same way you do for the managed

21  servers?

22      A.    Not the same, because we can't do anything to go

23  on the server.  We notify the customer, and if it is an

24  incoming thing, we try to mitigate this.  And yes, we do

25  the same way, for incoming server, for outgoing -- it's

 1  for customer notification.

 2      Q.   So if the server shows -- a spike, for example,

 3  the only thing you all do is contact the customer, you do

 4  no analysis yourself; correct?

 5      A.   We can't.

 6      Q.   Okay.  Does the customer have root access to the

 7  servers?

 8      A.   Yes.

 9      Q.   Yes?

10      A.   Yes.  Which servers?

11      Q.   Sorry, you are right.  It was a bad question.

12  Well, either one.  Answer the question for both.

13      A.   They absolutely have for unmanaged, and sometimes

14  they have for managed, and sometimes they not.

15      Q.   Okay.  What determines whether or not they have

16  root access?

17      A.   We prefer do not provide them access for managed

18  servers because the customer may break something and we

19  have to fix it.  And -- but sometimes customers insist and

20  we give them that access.

21      Q.   Okay.  Can you define root access for me?

22      A.   Root access is a super user in the system which

23  can perform basically everything on the operating system

24  level.

25      Q.   Do more of your customers use unmanaged servers

 1  or managed servers?

 2          MR. FRAY-WITZER:  Objection.

 3          THE WITNESS:  I don't know.

 4  BY MS. BOLGER:

 5      Q.   What kinds of customers use managed servers?

 6      A.   I don't know.  Different kinds of customers.  I

 7  don't know.

 8      Q.   Do you know who the customers are?

 9      A.   The companies are all persons.

10      Q.   Okay.  What kind -- what kinds of companies use

11  Webzilla's services?

12      A.   I don't know.  That's not my duty.  I don't know.

13      Q.   I know it is not your duty, but you are alive in

14  the world and you interact with these servers on a daily

15  basis.  So in your experience as CTO of XBT Holdings, what

16  kind of companies use Webzilla's servers?

17          MR. FRAY-WITZER:  Objection to form.

18          THE WITNESS:  It is companies who are doing

19      Internet business.

20  BY MS. BOLGER:

21      Q.   Okay.  Are they big, massive, multinational

22  companies, or smaller companies?

23      A.   Different kind of customers.  Both that and that.

24      Q.   It can be individual people, too, right?

25      A.   Yes.

 1      Q.   Okay.  What percentage of the customers of

 2   Webzilla are individual people?

 3      A.   I don't know.

 4      Q.   Who would know that?

 5      A.   Maybe sales team.  Maybe Rajesh.  I don't know.

 6      Q.   What kind of vetting does Webzilla do for

 7   customers?

 8      A.   What kind of?

 9      Q.   Vetting.

10      A.   What is that?

11      Q.   Vetting?

12           (Discussion off the record between witness and

13      interpreter.)

14           THE INTERPRETER:  Screening.

15   BY MS. BOLGER:

16      Q.   Screening is fine.

17      A.   What kind of that -- do?

18      Q.   Screening, does Webzilla do before it rents its

19   services out to people?

20           MR. FRAY-WITZER:  Objection.

21           THE WITNESS:  It depends on case-by-case basis.

22   BY MS. BOLGER:

23      Q.   Well, for managed servers, what kind of screening

24   does Webzilla do for its customers?

25           THE INTERPRETER:  Counsel, if I may offer a

1   couple of alternatives.

2     (Discussion off the record between witness and

3   interpreter.)

4     THE WITNESS:  Okay.  We are checking if it is

5   genuinely noncompany.  We checking if we are --

6   sometimes we are asking for documents, like provide

7   copy of the credit card -- a credit card or the ID.

8   Sometimes just trying to find something from the

9   public sources.  Sometimes it is trying to call them

10   back to confirm if it is a real, a person.  So it is

11   case by case.

12 BY MS. BOLGER:

13   Q.   What would be the factors that influence what

14 screening procedures Webzilla engaged in for its managed

15 servers, customers?

16   A.   Well, it -- it depends how the customer present

17 himself.  If he is trying to hide his real name during the

18 registration or he is willing to pay for not the credit

19 card, but like PayPal, or something like that, so that --

20 the more harder customer trying to hide his identity,

21 let's say, not hide, not provide all his identity

22 information, like phone numbers, addresses, then the more

23 we are going to into the -- his checking.

24   Q.   Is there a level of activity that they are going

25 to do on your server that affects the level of scrutiny,

1  so for example, do you pay more attention to a customer

2  who -- do you do more vetting or more selecting a customer

3  who wants to lease 50 servers compared to, say, one

4  server, or is that not a factor?

5      A.   It is absolutely a factor.

6      Q.   Okay.  So if it is a person who wants to do

7  large -- rent a large number of servers, you do more

8  vetting?

9      A.   Yes.  That's absolutely a factor.

10      Q.   Okay.  Do you have different contracts or

11  agreements with those customers than you do for other

12  customers who rent or use less of your resources?

13      A.   We -- typically, it is up to the customer if he

14  has -- he wants to have a contract.  We are doing on

15  month-to-month basis.  Some customers wanted to have

16  contracts; some not.

17      Q.   Have Webzilla's vetting processes for customers

18  on their managed dedicated servers changed over time?

19      A.   I don't remember, but I believe, yes.  Because

20  that -- they are always trying to find -- the customers is

21  always trying to find a way to sneak, like, improvise much

22  -- as less details as possible.  Like, they are using some

23  free mails, or they are using some one-time, like,

24  one-time email addresses.  So we are -- when there

25  appears, they realize that -- we realize that they are

1   here, and we stop accepting customers from these email

2   addresses.

3        Q.   When did your processes change?

4        A.   When we realized that it is something wrong with

5   that customer, and we analyze that and see what we can do

6   to prevent this.

7             THE VIDEOGRAPHER:  Counsel, can we go off the

8        record a moment?

9             MS. BOLGER:  Do we need to?  Sure.

10            THE VIDEOGRAPHER:  Off the video record at

11       11:52 A.M.

12            (Whereupon, there was a recess, after which the

13       following proceedings were had:)

14            THE VIDEOGRAPHER:  Back on the video record at

15       11:52 A.M.

16  BY MS. BOLGER:

17       Q.   Just to follow up on that last question, I will

18  ask sort of a better question.  Is there a year or moment

19  in chronological time where you guys changed your vetting

20  procedures?

21       A.   No.

22       Q.   It is -- just is involved with your interaction

23  with the client?

24       A.   It can happen -- it may not happen during the

25  year.  It may happen during the year.  It depends on like

1  what the current trends in the -- in the industry, let's

2  say.

3      Q.   It depends on the trends in the industry?

4      A.   Yes.

5      Q.   Do you think that Webzilla's vetting procedures

6  are consistent with trends in the industry?

7      A.   I think so, we try to, our best, to be consistent

8  with that.

9      Q.   Is it the case that an individual could fill out

10 an application or a form on the web to set up a dedicated

11 server with you all, and no -- then there is no human

12 interaction?  You all simply set that up as they asked?

13     A.   Yes.  That's possible.

14     Q.   Who is responsible for interacting with the

15 customers to set up their data -- sorry, the servers?

16          MR. FRAY-WITZER:  Objection.

17          THE WITNESS:  It depends, depends for which

18     company.

19 BY MS. BOLGER:

20     Q.   Sorry?

21     A.   Depends on which company.

22     Q.   Webzilla-managed dedicated servers?

23     A.   It is sales team.

24     Q.   Okay.  How often does it happen that a customer

25 interacts with no one other than the Internet in setting

1   up their managed dedicated server?

2           MR. FRAY-WITZER:  Objection.

3           THE WITNESS:  For Webzilla?

4   BY MS. BOLGER:

5       Q.   For Webzilla.

6       A.   It is not possible.

7       Q.   Why not?

8       A.   There is no automation process.  A customer has

9   to go through a salesperson.

10      Q.   Does their diligence in vetting your customers

11  depend on whether it is managed or unmanaged?

12          MR. FRAY-WITZER:  Objection.

13          THE WITNESS:  No, we are trying to be consistent

14      on all processes.

15  BY MS. BOLGER:

16      Q.   Has Webzilla ever refused to engage with a client

17  after the vetting process?

18      A.   Yes.

19      Q.   How many times?

20      A.   I don't know.  More than one.

21      Q.   More than one?

22      A.   Yes.

23      Q.   Less than a hundred?

24      A.   I don't know.  I don't know exact number, but

25  more than one.

1      Q.    Okay.  Well, I mean, there is a big difference
2  between one and a hundred, right?  It is approximately 99
3  numbers.  So is it more than 50?

4      A.    I don't know.

5      Q.    Who knows?

6      A.    I don't know who knows.

7      Q.    Have you guys ever done criminal background
8  checks?

9           MR. FRAY-WITZER:  Objection.

10          THE WITNESS:  For whom?

11  BY MS. BOLGER:

12      Q.    Your customers?

13      A.    I don't think so.

14      Q.    Are customers allowed to pay with cash?

15      A.    Only the customers who has really, really deep
16  due diligence, like we know them personally, they are
17  locally located in Cyprus.  But that's real rare case.

18      Q.    How about bit coin?

19      A.    No.

20      Q.    How about like a prepaid card, or cash card?

21          MR. FRAY-WITZER:  Objection.

22          THE WITNESS:  I don't know.

23  BY MS. BOLGER:

24      Q.    Do you have employees in Moscow?

25      A.    Yes.

1      Q.   How many?

2      A.   About 20 of them.

3      Q.   And are any of them trained in a Russian

4 technical school?

5      A.   Yes.  I believe some of them, but I don't know.

6      Q.   And there are -- how many of your employees are

7 Russian citizens?

8      A.   In Russia?

9      Q.   In company wide, Russian citizens?

10     A.   Well, 30.  Oh, no. I am wrong.  There is a place

11 on Cyprus with Russians.  I believe about 60.

12     Q.   Are you a Russian citizen, or are you --

13     A.   I am the citizen of Ukraine, and that is only one

14 citizenship I have.

15     Q.   Are there different price points between your

16 unmanaged data servers and your managed data servers?

17     A.   Yes.  I think so.

18     Q.   Do you know how -- what those price points are?

19     A.   No.  It is -- no.

20     Q.   Is it customer-dependent?

21     A.   It is up to -- sales decides that, salesperson

22 decides that.

23     Q.   Okay.  Is it customer-dependent?

24     A.   I don't know.  It is their decision.

25     Q.   Are there terms of use that govern -- let's talk

1   about managed dedicated servers for Webzilla.

2        A.   Yes.

3        Q.   Who drafts those terms of use?

4        A.   It is our in-house or external attorney.

5        Q.   Okay.  And how long a contract are -- do people

6   enter into for the Webzilla managed dedicated servers?

7        A.   If there is a contract, it is from one to three

8   years.

9        Q.   Okay.  Sir, I thought earlier you said it was

10  month to month.

11            MR. FRAY-WITZER:  Objection.

12            THE WITNESS:  It is -- there is no contract for

13       month to month.  It is based on the online agreement

14       between that we accept during the service provision.

15       If they enter into contract, it is from one to three

16       years.

17  BY MS. BOLGER:

18       Q.   Okay.  So if they enter into a -- if they enter

19  into the terms of use on the website, it is month to

20  month; if they enter a contract, it can be one to three

21  years?

22       A.   Yes.

23       Q.   Okay.  And are there -- is there an acceptable

24  use policy for Webzilla-dedicated servers?

25       A.   There is a general acceptable use policy on the

1  Webzilla website.

2      Q.   What is that acceptable use policy?

3      A.   It is a policy describing our services and

4  obligations, from our side and in the customer side.

5      Q.   And who drafted that acceptable use policy?

6      A.   It is either our in-house or outside attorney.

7      Q.   And are you involved in that?

8      A.   They may ask some questions to me.  Somehow, I

9  can be involved in the process.

10      Q.   Can you tell me generally what an accessible use

11  is on a Webzilla-dedicated server?

12      A.   Accessible?

13      Q.   What -- no.  What an acceptable use is.  What is

14  acceptable?

15      A.   Yes, I understand it.

16          Any legal business.

17      Q.   So illegal business would be a problem?

18      A.   Oh, for sure.

19      Q.   How do you enforce your acceptable use policy?

20      A.   Hardly.

21      Q.   Sorely?

22      A.   We -- we don't want our customers to abuse our

23  acceptable use policy.

24      Q.   Right.  How do you enforce it?

25      A.   By disconnecting the customer, or limiting his

1  services or whatever.

2      Q.    And how -- what do you do to get to the point

3  where you decide to disconnect or limit their services?

4  Do you investigate?

5      A.    Well, it is case-by-case basis investigation.

6      Q.    And how do you conduct the investigation?

7      A.    It is case by case, it depends on what is going

8  on there.

9      Q.    Well, let's say you get a notice that they are

10  violating your acceptable use policy.  What is the first

11  thing you do?

12      A.    It depends on what exactly the policy they

13  violate.

14      Q.    Well, give me an example of a time when you have

15  investigated someone for violating an acceptable use

16  policy.

17      A.    If someone sends spam, for example, we contact

18  the customer and ask him, like, what is going on?  If he

19  is not replying, we shut him down.  If he is replying, we

20  try to understand, like, what is the problem, if he was --

21  compromised, or he is processing -- he sending the spam;

22  is it legitimate mail or not, and based on all these

23  processes, we decide what to do next; either terminate him

24  or make him strike identification, or -- strike.

25      Q.    Can you give me the names of any customers you

 1  have terminated for violating your acceptable use policy?

 2       A.   Oh, yes.  There was Alexander Zhukov.

 3       Q.   Okay.  Who else?

 4       A.   I don't remember.  That was most recent one.  And

 5  the most -- big one.  Yes.

 6       Q.   Okay.  You have been CTO of XBT since it started.

 7  So think hard on this question.  But have you -- give me

 8  the names -- can you give me the names of any other

 9  customers that you terminated for violating your

10  acceptable use policy?

11            MR. FRAY-WITZER:  Objection.

12            You can answer.

13            THE WITNESS:  I don't -- I don't remember.

14  BY MS. BOLGER:

15       Q.   Okay.  Has it happened?

16       A.   I don't remember.

17       Q.   What percentage of Webzilla's customer base is

18  from managed designated servers?

19            MR. FRAY-WITZER:  Objection.

20            You can answer.

21            THE WITNESS:  Well, I don't know this.

22  BY MS. BOLGER:

23       Q.   Okay.  What percentage of your revenue is

24  generated from managed dedicated servers?

25       A.   I don't know this more than the previous.  I

1  don't know.

2      Q.   You know, I have to make a record.  What

3  percentage of your customer base or your revenue is

4  generated from unmanaged designated servers?

5      A.   I don't know.

6      Q.   How often do customers of the Webzilla-dedicated

7  server -- servers turn over?

8           In other words, how long is any one customer

9  generally a customer of Webzilla for designated servers?

10          MR. FRAY-WITZER:  Objection.

11          You can answer.

12          THE WITNESS:  I don't know.  But, I believe we

13      have a good turnover rate.  This means the customer

14      stay on with.

15  BY MS. BOLGER:

16      Q.   What is your basis for that belief?

17      A.   I see a period appearing the same names in

18  communications.

19      Q.   What kind of communications?

20      A.   Like, support, sales.

21      Q.   Okay.  Who would know the question of how often

22  you turn over customers?

23      A.   I don't think we ever have any counted.  I don't

24  think.  Maybe Rajesh used this in his financial

25  projections, but I don't know.

1      Q.    In absolute numbers, and actual round numbers,

2    how many customers are there of the Webzilla-dedicated

3    server business?

4      A.    I don't know.

5      Q.    Okay.  I am going to move on to cloud services,

6    which are offered through Webzilla; correct?

7      A.    We do offer cloud storage services for Webzilla.

8      Q.    Just for the record, what is cloud storage?

9      A.    It is -- it is actually the place to store -- it

10    is a place to store files, like a Dropbox, for example.

11     Q.    Okay.  A place to store?

12     A.    Files.

13     Q.    Great.  So you also offer a private cloud

14    storage; correct?

15     A.    There is no definition of private or public cloud

16    storage.  It is just cloud storage.

17     Q.    We are going to mark as Exhibit 7 a printout of

18    the Webzilla cloud storage page.

19     (Exhibit No. 7 was marked for Identification.)

20    BY MS. BOLGER:

21     Q.    And if you take a look at the third page of the

22    exhibit, you will see it offers private cloud storage.

23     A.    Page 3?

24     Q.    Page 3.  You see the words "private cloud,"

25    right?

1        A.    Yes, I see the words "private cloud."

2        Q.    Okay.  So this is from the Webzilla web page.

3    You are the CTO of Webzilla.  Does Webzilla offer private

4    cloud storage?

5        A.    No.

6        Q.    Okay.  What is this?

7        A.    It is a private cloud.  It is not the private

8    cloud storage.

9        Q.    Okay.  Can you explain to me the difference?

10       A.    Yes.  Well, it is computing.  It is like a

11   virtual server.

12       Q.    Okay.  And so that is a separate system from the

13   cloud storage system?

14       A.    Absolutely.

15       Q.    Okay.  What is a private cloud?

16       A.    It is a virtual servers, infrastructure.

17       Q.    Okay.  What kind of customers choose a private

18   cloud rather than, for example, a dedicated server?

19       A.    They can be two kinds of customers; one kind of

20   customer who can't afford dedicated server or may not need

21   a dedicated server for this workload for like

22   developers --

23            THE INTERPRETER:  Workload.

24            THE WITNESS:  Workload like developers, and

25   another kind of customers is who need to scale in and

1  scale out during their processes, and done instantly, not

2  waiting until we provision a new physical server.

3      Q.   So someone who needs a server quickly, is that

4  right?

5      A.   In some cases.  It is one of the reasons.

6      Q.   That was your second example, right?

7      A.   That is one of the reasons, yes.

8      Q.   How do you -- do you all manage cloud storage for

9  your Webzilla customers?

10      A.   We do not manage cloud storage.  We do manage

11  cloud storage infrastructure behind the product.

12      Q.   Can you explain to me how you manage the cloud

13  storage infrastructure behind the product?

14      A.   Yes.  We do set up a hardware and software, which

15  then provides a service to the customers.

16      Q.   After you set up hardware and software to provide

17  the cloud storage, do you all monitor the cloud storage in

18  any way?

19      A.   Yes.  There is a monitoring for that, yes.

20      Q.   What is the monitoring?

21      A.   For the -- availability for the -- like, for lack

22  of availability.

23      Q.   For availability?

24      A.   Yes.

25      Q.   Okay.  Any other kind of monitoring?

1    A.    Yes.   Maybe any other monitoring, that's cloud,
2  you may know better.
3    Q.    Sorry.   So you are not sure if there is any other
4  monitoring?
5    A.    I am not sure, no.
6    Q.    Who would know the answer to that?
7    A.    The cloud team.
8    Q.    And who is the cloud team?
9    A.    The group of people in our office.
10   Q.    Where are the cloud team?
11   A.    Mostly in Cyprus.
12   Q.    And how many members are on the cloud team?
13   A.    Five to six.
14   Q.    And the cloud team is responsible for both cloud
15  storage and the private cloud?
16   A.    Yes.
17   Q.    Do you get Genee reports from the cloud?
18   A.    It is -- yes.   Genee covers all of the network.
19  Whatever it is -- cloud, private cloud or dedicated
20  server.
21   Q.    What vetting do you do of customers for cloud
22  storage?
23   A.    Well, I believe the same kind of procedures.   So
24  it is -- depends case by case.   So they still have to open
25  an account, and we do -- checking that, not the servers,

1  but account, actually.  So it is -- it should be the same.

2      Q.   You are saying "it should be," and "I believe."

3  Do you know, or are you --

4      A.   I believe it is the same, yes.

5      Q.   When you say, "I believe," do you mean you know?

6      A.   Yes.  It should be the same, and I believe it is

7  the same.  Yes, that's what I can say.

8      Q.   Okay.  And how long -- is the cloud storage more

9  or less expensive than managed or dedicated servers,

10  managed dedicated servers?

11      A.   You can't compare.  It is not apple-to-apple

12  comparison.  It is different services completely.

13      Q.   Why would -- what kind of customers would use

14  cloud servers versus dedicated servers?

15      A.   I don't know.

16      Q.   What is different about the services that would

17  -- well, what is different about the services?

18      A.   Well, the cloud storage is the place to store

19  your files.  And dedicated server, it can be used for

20  various cases.

21      Q.   Okay.  And you don't have access to the cloud

22  once you set it up?

23      A.   You don't have?

24      Q.   You don't have access to whatever the customer

25  stores on the cloud once you set it up, right?

1      A.    It is not encrypted, I believe we should have --

2            It's not encrypted, I believe we should have

3   access to the files on the cloud storage.  We can have

4   access.

5      Q.    You can have access?

6      A.    Yes.

7      Q.    Do you access it?

8      A.    I don't know.

9      Q.    Okay.  And are there terms of use that relates to

10  cloud storage?

11     A.    There are general terms of use that covers all of

12  the services of the company.

13     Q.    And is it the same as we talked about for the

14  designated servers, which is to say if you enter into an

15  agreement per the terms of use, it is month to month?

16     A.    Yes.

17     Q.    Okay.  Are there written contracts for cloud

18  storage?

19     A.    I don't think so.  I don't think we have even one

20  enter into the contract for the cloud storage because the

21  whole idea of the cloud is month to month, even

22  day-to-day.

23     Q.    Okay.  And you have -- do you have acceptable use

24  policies for the cloud, or is it -- or not?

25     A.    Should be general -- I am not sure, but it should

1   be general acceptable use policy for the company, which

2   covers the whole services of the company.

3        Q.   Does cloud storage make up a substantial portion

4   of Webzilla's business?

5        A.   I don't know.

6        Q.   How about private clouds?

7        A.   Webzilla?

8        Q.   Um-hmm.

9        A.   It was discontinued recently.

10       Q.   When was it discontinued?

11       A.   There was not -- it wasn't too not popular.

12       Q.   Not why, when?

13       A.   When?

14       Q.   When?

15       A.   Sorry.  I don't remember exactly.  About half a

16  year ago, maybe, maybe a year ago.

17       Q.   And why was that?

18       A.   That was not popular.

19       Q.   Do you -- turn over customers -- do you have high

20  turnover of customers for cloud storage?

21       A.   I don't think so.  Our customers are generally --

22  like, not high, I do not, generally.

23       Q.   Okay.  What is -- we talked a little about

24  colocation.  And -- so we talked about colocation, which

25  is sort of physically renting spaces in a data center,

1  right?

2      A.   Yes.  The colocation is about rent -- renting

3  spaces in data center.

4      Q.   When you do colocate with another customer, do

5  they have -- do they have personnel in the data center

6  with you?

7      A.   No.

8      Q.   So they colocate for the servers, but you all

9  provide the hardware support, is that right?

10         MR. FRAY-WITZER:  Objection.

11         You can answer.

12  BY MS. BOLGER:

13      Q.   What is wrong with what I just said?

14      A.   It's just not like that.  It is just not.

15      Q.   So you all -- they rent the physical servers in

16  your space, but you all have no responsibility for them

17  once they are set up?

18      A.   Yes.

19      Q.   Okay.  Who can access your data centers,

20  physically?

21      A.   Our employees and customers, if they request an

22  access, and if they are collocated customers, and if they

23  are customers, they can request to our access -- to, to

24  see the data center.

25      Q.   What kind of security do you have at your data

1  centers?

2       A.   The security is governed by the center, itself.

3  It is not ours.

4       Q.   So you don't -- don't have the security

5  protocols?

6       A.   No.

7       Q.   Are there access logs in your data centers?

8       A.   I don't know, but I believe so.

9       Q.   And do you have access to all of your data

10 centers, all of the data centers Webzilla uses?

11      A.   No. There are some I have no access.

12      Q.   Which -- why not?

13      A.   There is one data center in Russia, which is

14 located inside some nuclear institute, on the territory of

15 this institute, and they don't let nonRussian citizens on

16 the territory because it is, like, protected thing.

17      Q.   So who is the Webzilla or XBT person who has

18 access to that data center?

19      A.   Our employees from Moscow.

20      Q.   Your employees in Moscow have access to it?

21      A.   Yes.

22      Q.   Who is the -- who is in charge of your employees

23 in the Moscow facility?

24      A.   Sergei Krysenko, C-R-G-E-Y -- K-R-Y-S-E-N-K-O.

25      Q.   I am assuming the nuclear facility is owned by

1  the Russian government, right?

2      A.   I don't know.  Never been there.

3           MR. FRAY-WITZER:  Objection.

4  BY MS. BOLGER:

5      Q.   Okay.

6      A.   It is institute in public facility, institute.

7      Q.   You mean it is an educational facility, or --

8      A.   Research, I believe it is research place.

9      Q.   Okay.  Why are your -- is your data center on a

10 nuclear research place in Moscow?

11     A.   I don't know.  We acquired that company, like

12 what with the data center was there, but as far as in all

13 of the history of this place, that was just one of the

14 first connected, like, first data centers in Moscow.

15     Q.   Okay.  And what company was it that you acquired?

16     A.   Edenayset, E-D-E-N-A-Y-S-E-T.

17     Q.   You said that like it begins with a Y?

18     A.   E.

19     Q.   E?

20     A.   E-D-E.

21     Q.   E-D-E.  Okay.

22     (Exhibit No. 8 was marked for Identification.)

23 BY MS. BOLGER:

24     Q.   And I am going to ask you to take a look at

25 Exhibit 8, which is a printout from the website on

1  colocation.  And you will see that the colocation services

2  offered by Webzilla include both managed -- and if you

3  keep flipping -- unmanaged colocation.  So what is managed

4  colocation?

5          Sorry.  What is the name of the institute in

6  Moscow?

7      A.   I don't remember --

8          It is Kurchatova, K-U-R-C-H-A-T-O-V-A.

9      Q.   Totally would have guessed that.  Kidding.

10         So what is the difference between managed

11 colocation services and unmanaged colocation services?

12     A.   Well, it is -- on the managed colocation

13 services, we can help with the hardware.  We brought in

14 remote hands.  It is called remote hands.  We can change

15 the hardware or -- like replace the hardware, replace the

16 hardware, upgrade the server by customer request.

17     Q.   So forgive me if I am mischaracterizing it, and

18 you will correct me, so on the managed colocation

19 services, what Webzilla does is help with the upkeep of

20 the physical server, right?

21     A.   Yeah, we don't touch the software part.  We just

22 may install the server, replace the hard drive in it, if

23 it fails, by customer request, only.

24     Q.   Okay.  So you don't do the kinds of things you do

25 for the managed dedicated servers?

1       A.    Absolutely no.

2       Q.    Do you get any logs or information or anything

3  like that from the servers that you are collocating with

4  another customer on?

5       A.    Yes, in some cases.

6       Q.    What, and in which cases?

7       A.    Some of the cases, when the customer has the

8  managed colocation service, they asked us to manage the

9  operating system, as well.  So they may have managed

10 operating system, and when -- we do it the same way as we

11 do with other -- our server.

12      Q.    And what services do you provide for the

13 unmanaged colocation system?

14      A.    It is hardware and data center and Internet

15 access.

16      Q.    So you simply provide a building to put your

17 server in and make sure it's hooked up to the Internet,

18 and that's it?

19      A.    And -- yeah, I think so.  Yes.  Yeah.

20      Q.    Okay.  What vetting of customers do you do for

21 your colocation servers?

22      A.    It is always same kind of process we -- I think

23 with the company because they have to go through an

24 account opening process, and that is when it happens.

25      Q.    Okay.  So collocating seems to me like a pretty

1  big deal from a security point of view, right?  This

2  person is physically in your space, and has physical

3  access to your space, right?

4       A.   No.

5       Q.   Well, their server is physically in your space,

6  right?

7       A.   The hardware is in our space, in the server --

8  hardware.

9       Q.   Okay.  The hardware is in your space, and they

10 have access to the space, right?

11      A.   No.

12      Q.   They have no access to the data centers?

13      A.   No.

14      Q.   Are you confident that they have no access to any

15 of the data centers?

16      A.   They may request it, and we may go with them to

17 the rack and maintain, like by -- while they do job, they

18 stay there -- while they doing the job, yes, we stay

19 there.

20      Q.   So the people who colocate in the data centers

21 with you all have no access to data centers unless you are

22 with them, is that right?

23      A.   Yes.

24      Q.   All right.  What types -- did you do more

25 diligence for customers who seek to colocate with you than

1  with people who simply seek to lease managed servers?

2       A.   It is same amount of diligence.

3       Q.   Okay.  Are there particular terms of use that

4  relate to collocating customers?

5       A.   It is all within our terms of use on the website.

6  So it should be covered by the same things, terms of use

7  we have on the website.

8       Q.   And do you -- you don't monitor traffic on their

9  servers in any way, right?

10      A.   We do monitor traffic for the whole network, as

11 it is with Genee.

12      Q.   So the same Genee and the same network things we

13 talked about in the beginning of this discussion, relate

14 to the collocating services?

15      A.   Yes.  It happens later, after.  So -- however,

16 some colocation customers may be not using our network.

17      Q.   Right.  That was what I was about to ask you.  I

18 thought that colocation customers had their own servers,

19 which mean they don't necessarily use your network, right?

20      A.   Right.  That can -- that can be -- we had that

21 happen before and probably have that now.  So they -- they

22 just colocate and connect it somewhere else.

23      Q.   Okay.  What percentage of your collocating

24 customers use your network?

25      A.   I don't know.

1      Q.   Is it most, is it -- not most?

2      A.   Most.

3      Q.   Okay.  Most.  Okay.  Do your collocating

4  customers have to comply with your acceptable use policy?

5      A.   Absolutely.

6      Q.   Have you ever terminated a collocating customer

7  for violating your acceptable use policy?

8      A.   I don't remember.  But --

9      Q.   How can you not remember that?

10          MR. FRAY-WITZER:  Objection.

11  BY MS. BOLGER:

12     Q.   And you are the CTO of this company, right?

13     A.   Yes, that's right.

14     Q.   Right?  This is the thing you do every day of

15  your life, something you are proud of, and you work with.

16  How do you not know if you have kicked people off of it?

17          MR. FRAY-WITZER:  Objection.

18          THE WITNESS:  Yeah.  There are so many duties I

19     do.  I can't remember everything.

20  BY MS. BOLGER:

21     Q.   This is a pretty significant thing, to reject a

22  customer who was paying you money and tell them they can

23  no longer pay you money, isn't it?

24          MR. FRAY-WITZER:  Objection.

25          You can answer.

 1              THE WITNESS:  I don't know.

 2    BY MS. BOLGER:

 3        Q.   What percentage of your customer base is the

 4    colocation service?

 5        A.   I don't know.

 6        Q.   What percentage of your revenue comes from

 7    colocation service?

 8        A.   That, I don't know.

 9        Q.   How often do you turn over collocating customers?

10        A.   I don't know.

11        Q.   And how long, generally, do those relationships

12    last?

13        A.   Generally longer than dedicated.

14        Q.   Okay.  Okay.  How long -- and forgive me i I

15    asked this, and Evan will object if I did, but how long,

16    generally, are your relationships with dedicated customers

17    of a dedicated service?

18        A.   I don't know.

19        Q.   Again, how do you not know?

20             MR. FRAY-WITZER:  Objection.

21    BY MS. BOLGER:

22        Q.   This is what you do all of the time.  How do you

23    not know how long you deal with your customers?

24             MR. FRAY-WITZER:  Objection.

25             THE WITNESS:  This is not the only one thing I

1         do.  I do many things.  I can't remember everything.

2         That's quite normal.

3    BY MS. BOLGER:

4         Q.    Okay.  The website also says you provide -- that

5    Webzilla provides something that is referred to on the

6    website as managed services.  Do you know what managed

7    services are?

8         A.    That's the services we discussed previously.  It

9    is operating system installed and software installation by

10   --

11        Q.    Okay.  Can you go back to the exhibit --

12              -- which number I didn't mark --

13              This one.  Five.

14   BY MS. BOLGER:

15        Q.    All right.  So Exhibit 5, there is dedicated

16   hosting, and that talks about managed services.  If you

17   flip the page, you will see there is a separate thing

18   called managed services.  And that separately links to a

19   different part of the website, which I am going to ask --

20   I am going to mark as Exhibit 9.

21        (Exhibit No. 9 was marked for Identification.)

22   BY MS. BOLGER:

23        Q.    Okay --  which links to this web page, which

24   leads me to conclude that it is an additional service,

25   because that is a separate page on your website.

 1          Am I wrong about that?

 2          MR. FRAY-WITZER:  Objection.

 3          THE WITNESS:  That is what the website says, but

 4      as I have mentioned, it is the same set of services

 5      we discussed yesterday.  It a management of the

 6      operating system software, and all the things like on

 7      the customer servers.

 8   BY MS. BOLGER:

 9      Q.   Okay.  So this is going to sound strange.  I am

10   not -- so in other words, you can add on managed services

11   to, for example, your colocation contract, right?  In

12   other words, it is an add-on to other services you offer?

13      A.   Yes, you may purchase unmanaged server and then

14   have it managed.

15      Q.   Okay.  So there is nothing different about this

16   managed service -- service that we have not talked about?

17      A.   No.

18      Q.   Okay.  What is a VPS?

19      A.   A virtual private server.

20      Q.   What is a virtual private server?

21      A.   That is a virtual server located on bare metal

22   server, and there are many of them typically located in

23   bare metal server.  And, they share resources of this bare

24   metal server.

25      Q.   Okay.  I am going to ask you again about bare

1  metal server, which we talked about at the very beginning.

2  When you say bare metal server, are you talking about --

3       A.   Database.

4       Q.   The box?

5       A.   Yes.

6       Q.   Or are you talking about -- and sorry.  Let's --

7  this is the part I am actually trying to get the

8  difference between, all right?

9       A.   All right.

10      Q.   I am trying to get the difference between an

11  unmanaged server and a bare metal server.  To me, there is

12  a difference.  This is the difference.  I think a bare

13  metal server is actually the physical hardware with

14  nothing on it.  You have not put an operating system on

15  it, you have not put anything on it.

16           I think an unmanaged server can have operating

17  software and other things on it, but doesn't

18  necessarily -- that is what I think.  I think that an

19  unmanaged server has an operating system and maybe some

20  customer software on it, and the bare metal server is

21  something different.  You are not using that term the same

22  way, right?

23           MR. FRAY-WITZER:  Objection.

24           THE WITNESS:  No.

25  BY MS. BOLGER:

1      Q.    Okay.  What is -- is the term, how the term you

2   are using?

3      A.    Bare metal server is just a physical device.

4      Q.    Okay.

5      A.    The server later can be managed or unmanaged.

6      Q.    Okay.  So tell me again what a VPS is, with that

7   in mind.

8      A.    It is a virtual private server, which is based on

9   the bare metal server and share its resources.

10     Q.    Okay.  How does one make something virtual,

11  private?

12     A.    Because it is not shared with any other customer

13  who is on the same server.

14     Q.    And you -- your -- the VPS that XBT offers are

15  offered through a subsidiary called Fozzy?  Right?

16     A.    Yes.

17     Q.    What is Fozzy?

18     A.    It is a company who works -- who offers shared

19  hosting and VPS.

20     Q.    Are you familiar with Fozzy the Bear?

21     A.    No.  I am familiar with Fozzy the metal rock

22  band.

23     Q.    Did XBT acquire Fozzy?

24     A.    No, we created it.

25     Q.    Why is it named Fozzy?

1      A.    Metal rock band.  It was metal band.

2      Q.    Why did you choose the name Fozzy for the metal

3   rock band?

4      A.    It is just a name.

5      Q.    Okay.  Why did you create the subsidiary Fozzy?

6      A.    We hired a manager who previously had experience

7   with shared hosting, and we created this brand to get into

8   this business.

9      Q.    Okay.  And who is the brand targeted at?

10      A.    Like small -- end user and small enterprises,

11   really small.

12      Q.    I'm sorry.  Could you say that again?

13      A.    End -- like end users.

14      Q.    End users.  That's the word I didn't get.

15      A.    Small enterprises.

16      Q.    Okay.  Thus, the punk rock name, right?

17      A.    Fozzy?

18      Q.    Yes.  I mean, the idea is you were targeting

19   people who were like young and cool, right?

20      A.    I don't know.

21      Q.    Okay.  Cool enough to know who Fozzy the punk

22   metal band was, and not the muppet?

23      A.    I don't think so.

24      Q.    Okay.  And what kind of -- sorry.  I am going to

25   ask you to look at what I will mark as Exhibit 10.

1        (Exhibit No. 10 was marked for Identification.)

2  BY MS. BOLGER:

3        Q.    So this is the Fozzy web page that you click to

4  -- if you click the More Details link on the XBT website,

5  it take you to this page.  It says, "Fast Linux VPS."

6             What is Linux?

7        A.    It is operating system.

8        Q.    Okay.  And what is the point of advertising it as

9  Linux, "fast Linux, VPS," instead of just "fast VPS"?

10       A.    Because there could be various operating systems

11  like Windows advertising as fast Linux VPS.

12       Q.    Okay.  And in fact, you guys are compatible with

13  lots of operating -- Fozzy VPS is compatible with a lot of

14  operating systems.  Right?

15       A.    I don't know.

16       Q.    Okay.  I thought -- the last page of this

17  exhibit, second to last page of exhibit --I apologize --

18  no, third to last page -- has operating systems, and I

19  assume that means it is compatible with these operating

20  systems, right?

21       A.    Yes.  That's all generally Linux.

22       Q.    Okay.  Great.  Okay.  So it refers to unmanaged

23  and managed at the top.  Do you see that?

24       A.    Yes.

25       Q.    And what -- what is the difference between the

1  two services when it relates to the VPS?

2      A.   It is the same.  Difference, unmanaged, we do not

3  have access and do not manage the system; for the managed,

4  we do manage and have access.

5      Q.   Okay.  So it is the same management that we

6  talked about earlier?

7      A.   Yes.  Software patching, yes.

8      Q.   Okay.  And what kind of diligence do you do on

9  customers for Fozzy?

10     A.   It is the same level.

11     Q.   Okay.  You had mentioned that these were small

12 enterprises.

13     A.   Yes.

14     Q.   You -- does that change the level of diligence

15 you do?

16     A.   No.

17     Q.   Okay.  Conceivably, this is a cheaper product, is

18 that right?

19         MR. FRAY-WITZER:  Objection.

20         THE WITNESS:  I don't know.

21 BY MS. BOLGER:

22     Q.   Well, you don't know if it costs more money to

23 rent a dedicated server than it does to do a VPS?

24     A.   It depends.

25     Q.   I mean, you are advertising it for 81 euros a

1  month, right?

2      A.   No, no.

3      Q.   Right there.  Take a look at the front page.

4      A.   No.

5      Q.   The first page, on the bottom, it says 81 euros.

6      A.   It is annual.

7      Q.   Did I say month?  I apologize.  81 euros.  It

8  costs more than 81 euros a year to run the dedicated --

9  managed dedicated server, doesn't it?

10      A.   I don't think so.

11      Q.   You think you can rent a managed dedicated server

12  from Webzilla for 81 euros a month?

13          MR. FRAY-WITZER:  Objection.

14          THE WITNESS:  I don't think so.

15  BY MS. BOLGER:

16      Q.   Sorry?

17      A.   I don't think so.

18      Q.   You don't think you can -- I am very confused.

19  Do you think you can rent a managed dedicated server from

20  Webzilla for $81 a year?

21          MR. FRAY-WITZER:  Objection.

22          THE WITNESS:  I don't think so.  I don't know.

23      But I don't think so.  It is up to the salesperson to

24      decide on the price of the product.

25  BY MS. BOLGER:

1      Q.    Right.  It is more expensive to rent a dedicated

2   server than it is to rent a VPS?

3      A.    I don't know.

4      Q.    How do you not know that?

5            MR. FRAY-WITZER:  Objection.

6            THE WITNESS:  Because it is not my duty, that --

7        the salesperson who decides the price for that

8        system.

9   BY MS. BOLGER:

10     Q.    Sure.  We all have duties and not duties, but we

11  also have the felt experience of our day-to-day life.  You

12  are the CTO of this company.

13     A.    Yes.

14     Q.    As you sit here with all of your expertise, can

15  you really not tell me whether it is more expensive to

16  rent a managed dedicated server than it is to rent a

17  virtual private server?

18     A.    No.

19           MR. FRAY-WITZER:  Objection.

20  BY MS. BOLGER:

21     Q.    Okay.  Do you get abuse notifications -- sorry.

22           All of the things we talked about, the Genee and

23  the monitoring that you do on the networks, would that all

24  apply to the VPS service?

25     A.    Yes.  Fozzy considered it as a customer, like as

1   a part of Webzilla, as part of XBT, so yes, we do apply

2   the same things here.

3       Q.   Okay.

4       A.   Same Genee, they are all in the network.

5       Q.   Okay.  Have you -- and so also the same terms of

6   use apply, or do they have their own terms of use?

7       A.   They have their own terms of use.

8       Q.   What is the difference?

9       A.   I don't know.  I didn't create that terms of use.

10      Q.   How do you know they are different?

11      A.   I am pretty sure, since they offer different

12  service, they should be different type of use.

13      Q.   Well, we have been talking all morning about

14  different services, and you have been telling me they are

15  all covered by the same terms of use.  What is it about

16  Fozzy that makes the terms of use different?

17           MR. FRAY-WITZER:  Objection.

18           THE WITNESS:  VPS, VPS.

19  BY MS. BOLGER:

20      Q.   What is different about that, that would cause

21  you to have a different term of use?

22      A.   I don't know.

23      Q.   Well, you just said it.

24      A.   That is a different service.

25      Q.   Right?

1       A.    It may have different terms of use.  That is all

2   I can say.

3       Q.    Is it also month to month?

4       A.    Yes.  I think so.  I'm not sure, but -- maybe.  I

5   don't know.

6       Q.    Does it also have the same acceptable use policy?

7       A.    I don't know.

8       Q.    How do you not know?

9             MR. FRAY-WITZER:  Objection.

10            THE WITNESS:  The acceptable use policy is

11        created by our in-house or external attorneys.

12  BY MS. BOLGER:

13      Q.    Right.  I am not asking you to recite it.  I am

14  asking you to tell me if it is the same acceptable use

15  policy as your other subsidiaries.

16            MR. FRAY-WITZER:  Objection.

17            THE WITNESS:  I don't know.

18  BY MS. BOLGER:

19      Q.    Who would have made the decision -- you are the

20  chief technology officer for this entity.  Who makes the

21  decision about what acceptable use policies apply to your

22  services?

23            MR. FRAY-WITZER:  Objection.

24            You can answer.

25            THE WITNESS:  I do.

1    BY MS. BOLGER:

2        Q.    Okay.  Is there a different acceptable use policy

3    for VPS than there is for the other services?

4        A.    I don't know.

5        Q.    Why would there be?

6        A.    It is a different kind of product.

7        Q.    It is -- what is the difference that would lead

8    to a different acceptable use policy?

9        A.    That is a virtual private server, so that may

10   have some different kind of -- I can name --

11       Q.    What is different about a VPS that would lead to

12   a different acceptable use policy?

13       A.    Okay.  The customer may abuse their resources of

14   the VPS server -- may abuse the resources of the VPS

15   server, like getting too much CPU, or too much memory,

16   affecting other customers on the same server.  So

17   acceptable use policy may include something about -- to

18   that.

19       Q.    Does it?

20       A.    I don't know.  Maybe, but I don't know.

21       Q.    What other -- are there other differences native

22   to it being a VPS that would lead to a different

23   acceptable use policy?

24       A.    I don't know.

25       Q.    Is it because the customers are much more likely

1  to be kind of fly-by-night and break rules?

2           MR. FRAY-WITZER:  Objection.

3           THE WITNESS:  I don't know -- I don't know.

4  BY MS. BOLGER:

5      Q.   Do you think so?

6           MR. FRAY-WITZER:  Objection.

7           THE WITNESS:  No.

8  BY MS. BOLGER:

9      Q.   Really?

10     A.   Yes.

11     Q.   If you were going to invent a -- say a bot that

12 you wanted to go out and engage in some kind of bad

13 behavior, if you were going to invent a little piece of

14 malware, you wouldn't use a VPS before you used a

15 dedicated server?

16          MR. FRAY-WITZER:  Objection.

17          THE WITNESS:  I don't know.  I never created

18      anything like that.

19 BY MS. BOLGER:

20     Q.   Okay.  Would you get abuse notifications for

21 Fozzy?

22     A.   Yes.

23     Q.   Have you gotten abuse notifications?

24     A.   What?

25     Q.   Have you gotten abuse notifications?

1      A.   Yes.

2      Q.   Have you ever terminated a customer for violating

3  your acceptable use policy at Fozzy?

4      A.   I don't know.

5      Q.   What percentage of your customer base uses the

6  VPS server?

7      A.   I don't know.

8      Q.   What about your revenue?

9      A.   I don't know numbers.

10     Q.   Is it a big part of your business?

11     A.   I don't know.

12     Q.   What is the biggest part of XBT's business?

13     A.   Webzilla.

14     Q.   Okay.  What service of Webzilla is the biggest

15  part of its business?

16          MR. FRAY-WITZER:  Objection.

17          You can answer.

18          THE WITNESS:  I think -- Webzilla, itself.  Like

19     -- I don't know, specifically, which servers, but it

20     is Webzilla.  It is biggest part of business.

21  BY MS. BOLGER:

22     Q.   What percentage of the business is Webzilla's

23  business?

24     A.   I don't know.

25     Q.   Is it more than half?

1      A.   I don't know.  It is better to ask Rajesh.  I
2  don't know.

3      Q.   Rajesh didn't know, either.  How often do you
4  turn over customers on Fozzy?

5      A.   I don't know.

6      Q.   And how long are your relationships with your
7  customers on Fozzy?

8      A.   I don't know.

9      Q.   There is also a service that you offer through
10 Fozzy called shared hosting.  Do you know what that is?

11     A.   Yes.

12     Q.   What is that?

13     A.   It is a -- generally hosting which involves any
14 dedicated resources like VPS, without dedicated CPU or
15 memory.  It is just a place for the website to host.

16     Q.   Okay.  And those are generally very small
17 customers, right, that, for example, write a blog, is that
18 right?

19     A.   I don't know.

20     Q.   You don't know what kind of customers would use
21 that service?

22     A.   No.

23     Q.   Well, sure you do.  If you are a bank, you are
24 not going to use that service, right?

25          MR. FRAY-WITZER:  Objection.

 1          You can answer.

 2          THE WITNESS:  No.

 3   BY MS. BOLGER:

 4     Q.   Okay.  So is it a various --

 5     A.   "No," means it doesn't mean if you are a bank,

 6   you can't use the service.

 7     Q.   So -- sorry.  You think that a bank would likely

 8   use a shared hosting?

 9     A.   It is possible.

10          MR. FRAY-WIRTZER:  Objection.

11   BY MS. BOLGER:

12     Q.   Has no boundaries, and is completely shared with

13   other users -- shared with other users?

14     A.   I don't know.

15     Q.   Okay.

16     A.   But it is definitely possible.

17     Q.   Okay.  I want you to go back to that Exhibit 5.

18   So you will see the next category is called Application

19   Development.  Do you see that?

20     A.   Yes.

21     Q.   Okay.  So application development is developing

22   applications, right, developing apps?

23     A.   Yes.  Yes.

24     Q.   Inventing the next Candy Crush, right?

25          MR. FRAY-WIRTZER:  Objection.

1              THE WITNESS:  I don't know.

2    BY MS. BOLGER:

3       Q.   But hypothetically, the next app I use on my cell

4    phone, right?

5       A.   Not necessarily.  I don't know.

6       Q.   Okay.  What entity does application development?

7       A.   There was two, as far as I remember, two entities

8    related to that.  It is IBEE, in India, and Webzilla Apps.

9              I-B-E-E, and Webzilla Apps, A-P-P-S.

10      Q.   IBEE Hosting, you said is in India, right?

11      A.   Yes.

12      Q.   Does IBEE -- settle an internal debate.  Is IBEE

13   Hosting initials for something, or is it like "I be

14   hosting," like "I be chillin'"?

15             THE WITNESS:  I don't know how this -- what name

16      -- it was acquired.

17   BY MS. BOLGER:

18      Q.   Okay.  When was it acquired?

19      A.   I don't remember.  Three, four, five years ago.

20   I don't remember.

21      Q.   Why was it acquired?

22      A.   We believed that it is a good market to go.

23   India has huge population, and it is a good market to be.

24      Q.   And who is responsible for the IBEE Hosting

25   subsidiary?

1      A.    There is a guy -- I don't remember his name

2    exactly.  It is Indian name.  You know, it is hard to

3    remember.  But there is a -- one dedicated person who is

4    responsible for that.

5      Q.    And is he an Indian?

6      A.    Yes.

7      Q.    Are there servers in India?

8      A.    Yes.

9      Q.    And those are the IBEE Hosting servers?

10     A.    There are Webzilla, in India, and IBEE Hosting in

11   India, and Fozzy in India.

12     Q.    I am so sorry -- can you say that again?

13   Webzilla, and --

14     A.    Fozzy and IBEE.

15     Q.    IBEE and Fozzy.  Okay.  And do you offer managed

16   dedicated servers through IBEE, or are they all unmanaged?

17     A.    I don't know that part.  The best of my

18   knowledge, they offer service similar to Fozzy.  So it is

19   VPS and shared.

20     Q.    Okay.  And is there anything -- is there

21   something -- strike that.  Sorry.  Is there anything

22   distinct about the services you offer through IBEE Hosting

23   as compared to Webzilla?

24     A.    I don't know.  I don't know.

25     Q.    Who would know that?  You are the CTO.

 1          MR. FRAY-WITZER:  Objection.

 2          THE WITNESS:  Yes.

 3   BY MS. BOLGER:

 4      Q.   Okay.  So you are the CTO.  So I am going to ask

 5   you again.  Are there any distinctions between the

 6   services you offer through IBEE Hosting and Webzilla?

 7      A.   I don't know.

 8      Q.   Well, what is the difference?  Why have a

 9   subsidiary if the services are the same?

10      A.   To be compliant with local country laws.

11      Q.   Is that the only distinction, is that IBEE

12   Hosting is compliant with India law?

13      A.   I didn't say it is a distinction, but we -- we

14   need to have local entity to be compliant with country

15   law, and that is the reason why we require it.  And I

16   don't know what the difference is between IBEE Hosting and

17   Webzilla.

18      Q.   Is IBEE Hosting governed by the same terms of use

19   as Webzilla?

20      A.   I'm not sure.  I don't know.

21      Q.   Does -- is IBEE Hosting governed by the same

22   acceptable use policy?

23      A.   I don't know, but there may be differences based

24   on the local laws.  I don't know exactly.

25      Q.   And have you ever terminated a customer of IBE --

1   IBEE for violating the local -- for violating terms of use

2   or acceptable use policies?

3       A.   I don't know.

4       Q.   And what percentage of your customer base is

5   through IBEE Hosting?

6       A.   I don't know.

7       Q.   Is it a big part or a small part?

8       A.   I don't know.

9       Q.   Okay.  Well, what percentage of your revenue

10  comes from IBEE Hosting?

11      A.   I don't know.  That is not my responsibility.

12      Q.   And how often do you -- "That is not my

13  responsibility" is not a sufficient answer to that

14  question.

15          MR. FRAY-WITZER:  Objection.

16  BY MS. BOLGER:

17      Q.   I don't care whether you know it as a

18  responsibility.  I care whether you know the answer to my

19  question.  Do you know the answer to my question?

20      A.   No, I don't know.

21          MR. FRAY-WITZER:  Objection.  The witness has

22      given an answer.

23  BY MS. BOLGER:

24      Q.   How often do you turn over customers for IBEE?

25      A.   I don't know.

1      Q.    And generally, how long are your customers --

2      A.    I don't know.

3      Q.    Okay.  You also have something called a content

4   delivery network, right?

5      A.    Yes.

6      Q.    What is that?

7      A.    It is the network of the servers which we -- it

8   is located globally, and close to the end users, and they

9   deliver the content faster.

10     Q.    Who is the architect of that network?

11     A.    That guy is not with us anymore.

12     Q.    What is his name?

13     A.    Slavi Nikolov, S-L-A-V-I, Nikolov, N-I-K-O-L-O-V.

14     Q.    Okay.  And when did Mr. Nikolov design the CDM?

15     A.    Years ago.  I don't remember when, exactly.

16     Q.    Does that network get updated?  Does that

17   architecture get updated?

18     A.    Yes.

19     Q.    And who updates it?

20     A.    The -- it is now my responsibility.

21     Q.    And how often do you update it?

22     A.    Constantly.

23     Q.    Okay.  Does the network have edge points?

24     A.    There is -- something to name as edge points,

25   yes, it is the servers, yes.

1      Q.    And where -- sorry.  So your edge points are

2   bounded by the servers?  Is that what you are saying?

3      A.    Yes.  Edge point is typically a set of servers,

4   one server, set of servers.

5      Q.    Now, if you turn to the second page of Exhibit 5,

6   you will see Content Delivery Network, is a service offer?

7      A.    Yes.

8      Q.    Do you see that?

9      A.    Yes.

10      Q.    Am I believing you correctly that it is not

11   necessarily a separate service, in fact, it is the network

12   that you deliver the rest of your services on?

13      A.    It is a separate service. It is a separate

14   service.

15      Q.    So who -- what kind of customers use that

16   service?

17      A.    The customer who needs to deliver their content

18   faster to the end users.

19      Q.    Generally, what types of customers need to

20   deliver their content faster to the end users?

21      A.    I don't know.  Like -- I don't know.  It is

22   pretty common these days to have a CDM for almost every

23   web project.

24      Q.    Do you all monitor the use of your CDM among your

25   customers?

1      A.    We do monitor.

2      Q.    What do you monitor on that CDM?

3      A.    For any illegal activities that may happen.

4      Q.    Can you see what is happening on the server --

5 sorry.  Can you see what is happening on the network?  I

6 apologize.

7      A.    Yes.

8      Q.    Do you?

9      A.    Yes.

10      Q.    What -- what is the process by which you peer

11 into the network?

12      A.    Peering?

13      Q.    Look in?

14      A.    It is a same -- the same tool, Genee.

15      Q.    Okay.  Other than -- so do you do any other

16 monitoring on the network, other than that which you do on

17 the managed servers?

18      A.    We do the same monitoring through Genee, but

19 nothing else.

20      Q.    I am sorry.  I am not understanding.  So you do

21 no additional monitoring on the network than you do on the

22 managed servers?  Is that right?

23      A.    Yes.

24      Q.    Okay.  Does your content delivery network have an

25 acceptable use policy?

1        A.    I think so.

2        Q.    And a terms of use?

3        A.    I think so.

4        Q.    And have you ever kicked someone off of it

5   because of a violation of the terms of use, or the abuse

6   policy -- acceptable use policy?

7        A.    I don't remember.

8        Q.    What percentage of your customer base uses the

9   CDM?

10        A.    To my knowledge, CDM has maybe up to 20

11   customers.

12        Q.    So it is a small percentage of your business?

13        A.    I don't know if it is small or not.  I know the

14   number of the customers.

15        Q.    Okay.  Who are those customers?

16        A.    I don't know.

17        Q.    What kinds of businesses?

18        A.    I don't know.

19        Q.    You don't -- you know there are 20, but you don't

20   know any names?

21        A.    No, no.

22        Q.    Who would know those names?

23        A.    Salespersons should know.

24        Q.    What percentage of your revenue is from the CDM?

25        A.    I don't know.

1      Q.    A lot or a little?

2      A.    I don't know.  It is really better to ask

3   financial guys about that.

4      Q.    Okay.  The last category on page -- Exhibit 5 is

5   IP Transit.  Do you see that?

6      A.    Yes.

7      Q.    What is IP Transit?

8      A.    IP Transit is the company that provides IP

9   Transit services to XBT -- to other XBT companies.

10      Q.    Okay.  And by IP Transit services, you mean

11   peering services, right?

12      A.    Not necessarily.  Not only peering, but also --

13   actually, IP transport, transport and these kinds of

14   service.

15      Q.    It makes it faster, right?

16      A.    It makes -- not necessarily.

17      Q.    I am trying to figure out a way to explain it in

18   plain English.  So can you give me a way to explain what

19   IP Transit services do in plain English?

20      A.    Yes.

21      Q.    What is that?

22      A.    Well, I can explain it, little bit purpose of the

23   transit, and from that, you can understand like -- since

24   we have more than one company in XBT Holdings.

25      Q.    Yes.

1       A.    Each company should have Internet connection,

2  like Webzilla should have Internet connection, UCD should

3  have web connection.  It would be quite hard for each

4  company to have separate IP transit agreement connectivity

5  or peering connectivity with carriers.  So for that

6  reason, we create IP Transit, which holds the contracts

7  towards the carriers, which has the backbone network

8  across our data centers.  And our other companies -- XBT

9  companies actually has services from IP Transit, that

10 makes us virtually -- easy to start a new company or add

11 the new servers.  So whatever we add the servers, IP

12 Transit or any other company can use it.

13      Q.    So does IP Transit have independent customers,

14 or --

15      A.    Yes.

16      Q.    It does.  And what --are there customers who just

17 use IP Transit?

18      A.    Yes.

19      Q.    Why do they use IP Transit?

20      A.    I don't know.  But -- because of the price,

21 probably.  We have good purchase power.  We have good

22 prices.  And we can sell, resell the good price.

23      Q.    What kinds of customers would use IP Transit?

24      A.    The customers who need access to Internet.

25      Q.    Not individuals, though, or would it be

 1  individuals?

 2      A.   No, not individuals.  That is corporations.

 3      Q.   Did -- are you the architect of the network, of

 4  the IP Transit network?

 5      A.   Yes.

 6      Q.   When did you set it up?

 7      A.   I don't remember.  Maybe -- I don't remember

 8  exactly.  It was more than five years ago, for sure.  More

 9  than -- about eight years ago, I believe.

10      Q.   And you update it, I assume?

11      A.   Sorry?

12      Q.   And you update it pretty often?

13      A.   It is constantly changing to match the market

14  requirements.

15      Q.   Is this -- is this an upsell to your other

16  services?

17          MR. FRAY-WITZER:  Objection.

18          THE WITNESS:  Is what is the upsell?

19          MS. BOLGER:  Upsell.  Is this like an added

20      benefit?  Is this --

21          THE WITNESS:  No.

22  BY MS. BOLGER:

23      Q.   -- a bell and a whistle?

24      A.   No.  It is not an upsell.

25      Q.   Why not?  I don't --

1      A.    Because we are hosting company, and the Internet

2   is part of the hosting business.  So it is not an upsell.

3   We can't be hosting company without the Internet.

4      Q.    Right.  I guess it seems odd to me that an

5   additional -- that this is a separate service.  It would

6   seem to me that it's related to all your other services.

7   Do you understand?

8      A.    Yes.  I understand your thinking, yes.  I think I

9   understand.  I am not sure, but I think I understand.

10      Q.    Okay.  But I'm not right about that?

11      A.    Can I give you an example?

12      Q.    Please.

13      A.    And we have -- let's say we have Webzilla and

14   Servers.com.  Webzilla and Servers.com both are

15   allocations in Dallas and Amsterdam.  We need to have

16   connection between the data centers.  So if there is no IP

17   Transit, this means I have to purchase two separate

18   services, one for Webzilla and one for Servers.com.  And

19   this means I have to spend, let's say, $20,000 a month.

20   If there is an IP Transit service, I can spend $10,000 a

21   month, half of that, and share the service for Webzilla

22   and Servers.com.  It is actually what we call backbone,

23   call it the backbone.

24      Q.    Do your clients know they are using it?

25      A.    I don't know.

1      Q.   Do you -- do you disclose, "Hey, if you have this

2   service with us, we use it through IP Transit?"  Is that

3   something you tell the client?

4      A.   No, but we're not trying to hide it as well.  It

5   is up to the customer to realize it.

6      Q.   Okay.  So what percentage of your customers then

7   use IP Transit?  It must be quite high.

8           MR. FRAY-WITZER:  Objection.

9           You can answer.

10  BY MS. BOLGER:

11     Q.   Even if they are not contracting for it, right,

12  what percentage actually use the system, de facto?

13     A.   You are asking about the customer who use IP

14  Transit or the customer of Webzilla, or -- what about,

15  what customers are you going --

16     Q.   I guess what I'm asking you is if you are a

17  customer of Webzilla, are you necessarily using IP

18  Transit?

19     A.   Yes.

20     Q.   Okay.  So what percentage of your customer base

21  uses IP Transit only?  In other words, not the other --

22  not the other things?

23     A.   Just IP Transit?  Can -- I don't know the

24  percentage, but I know the number.

25     Q.   What is the number?

1        A.    It is three customers.

2        Q.    Did you say three?

3        A.    Three.   Three customers.

4        Q.    And how often do you turn over customers?

5        A.    Not often.

6        Q.    Okay.  It is ten minutes to one.  I was --

7             Why don't we take a break for lunch, and unless

8   you guys need to take a break, we don't need a very long

9   break.  You want to come back at 1:30?

10       A.    That's fine.

11            MS. BOLGER:  I don't want you to fall over.

12            THE WITNESS:  That's okay.

13            THE VIDEOGRAPHER:  Off the video record at

14       12:55 P.M.

15            (Whereupon, there was a recess for lunch, after

16       which the following proceedings were had at 1:41

17       p.m.:)

18            THE VIDEOGRAPHER:  Back on the video record at

19       1:41 P.M.

20   BY MS. BOLGER:

21       Q.    Welcome back, Mr. Bezruchenko.  We -- when we

22   left, we were talking about various subsidiaries, but I

23   wanted to talk in particular about Root S.A.  So can you

24   tell me what Root S.A. is?

25       A.    Root S.A. is a hosting company, web hosting

1  company based out of Luxembourg.

2      Q.   And it is owned by XBT; correct?

3      A.   Yes.  It is XBT's subsidiary.

4      Q.   I'm so sorry.  Say that again?

5      A.   Yes, XBT's subsidiary.

6      Q.   Okay.  When did XBT acquire Root?

7      A.   I don't remember the exact dates.  There was a --

8  the thing is, there are two stages position.  The first

9  stage, there was part of company acquired, and the second,

10 the hundred percent of the company acquired.  I don't

11 remember exact dates.  But that was more than four years

12 ago, more than five years ago, yeah.

13     Q.   Okay.  And what was the -- what percentage of or

14 what portion of the company was acquired in the first

15 acquisition?

16     A.   I don't remember.

17     Q.   Okay.  Was it -- I am trying to figure out what

18 was distinct about the first acquisition rather than the

19 second.  Was it a percentage of the assets, or was it

20 something more like you acquired the servers in the first

21 time and something else in the second time?

22     A.   No, it is percentage for the company, itself.

23 Not the assets.  It is like business.

24     Q.   Okay.  Okay.  Is Root S.A. fully integrated into

25 the XBT network?

1          A.    Please -- please elaborate it.

2          Q.    Sure.  When we talked earlier, we were talking

3    about the fact that you ran monitoring software, including

4    Genee, on all of the servers that were owned by Webzilla

5    and XBT, right?

6          A.    Yes.

7          Q.    Okay.  And root -- Are servers that are part of

8    Root S.A. part of that same system?

9          A.    Yes.  Genee works on the whole network, yes.

10         Q.    Is Root fully integrated into XBT from a

11   technological point of view?

12              MR. FRAY-WITZER:  Objection.

13              You can answer.

14              THE WITNESS:  I don't know what it means,

15         integrated, fully integrated.

16              (Discussion off the record between witness and

17         interpreter.)

18              THE WITNESS:  I understand meaning, general

19         meaning, but I don't understand what you mean by

20         that.

21   BY MS. BOLGER:

22         Q.    Okay.  Fully connected.

23         A.    It is connected to IP Transit.

24         Q.    Okay.  And does the content delivery network run

25   on Root servers, too?

1      A.   No.

2      Q.   Why not?

3      A.   Just not.

4      Q.   Was that a conscious decision?

5      A.   I don't know.

6      Q.   Where is Root headquartered?

7      A.   Luxembourg.

8      Q.   Who runs Root?

9      A.   Its CO, Marc Goederich, M-A-R-A G-O-E-R-E-D-E-C-H

10  (sic).

11      Q.   To whom does Mr. Goederich report?

12      A.   To board of XBT, the CEO of XBT.

13      Q.   Who is the board of XBT?

14      A.   CEO, CTO and CFO.

15      Q.   So the board of XBT is Mr. Gubarev, you, and Mr.

16  Mishra?

17           MR. FRAY-WITZER:  Objection.

18           THE WITNESS:  No.

19  BY MS. BOLGER:

20      Q.   Sorry.  In 2015, the board of XBT was

21  Mr. Gubarev, you, and Mr. Mishra?

22      A.   Yes.  I think so.  Yes.

23      Q.   And then recently, you all changed the board to

24  Mr. Dvas -- sorry, you changed the CEO to Mr. Dvas;

25  correct?

1      A.    That was not me.  That was a decision of the

2  company shareholders to change the CEO, because of that

3  bad publicity.

4      Q.    And currently, who are the board of XBT?

5      A.    It is me, Mr. Dvas and Rajesh.

6      Q.    And who the shareholders of XBT?

7      A.    There are four companies, as far as I remember.

8      Q.    And what are they?

9      A.    I don't remember the names.  I only remember the

10 name of my company, which is owned a part of it -- BK Tech

11 Investments.

12     Q.    Tech Investments?

13     A.    Tech Investments, yes.  Sorry.

14     Q.    I'm really not correcting your English, just

15 helping you out.  I don't want you to think I am messing

16 you up.

17     A.    No, no.  That is correct.  Fine.

18     Q.    And the four -- who owns the other three

19 companies that constitute the shareholders of XBT?

20     A.    One is owned by Aleksej Gubarev, and another is

21 owned by Alexander Boredin -- -B-O-R-E-D-I-N, Alexander.

22          And the last one owned -- I am not sure who is

23 the owner behind that company, but there is -- Andre

24 Kopnov.  I believe he is representing that company.  Andre

25 K-O-P-N-O-V.

1       Q.   And what is the name of that company?

2       A.   I don't remember the names.  I only remember my

3  name, my company -- my company name.  Yeah.

4       Q.   Okay.  So Marc Goederich reports to the board?

5       A.   Yes.

6       Q.   But you, as the CTO are the CTO of Root S.A.?

7       A.   I am the CTO of XBT, so whatever technical

8  question, I oversee this in Root S.A.

9       Q.   And how many servers are there in Root S.A.?

10       A.   About two or 3,000.

11       Q.   Two or 3,000?

12       A.   Two or 3,000.  I am not sure.

13       Q.   "Three" is a particularly hard number to say with

14  a Ukranian accent, I think.

15       A.   Yes.  I am trying to improve.

16       Q.   No, you are doing great.

17            And who are the executives of Root?

18       A.   I believe it is only Marc.  There is no other

19  executives there.

20       Q.   How many employees are there?

21       A.   I believe around 10, slightly more than ten.

22       Q.   What was it about Root that made you all think it

23  was an attractive company to acquire?

24       A.   There was two things:  The one thing, it is --

25  different geographic location.  Because at that time, it

1  was only in Amsterdam and Europe, and some customers

2  wanted to be diverse for disaster recovery.

3          And the other reason was that Root was in the

4  business of -- I have called -- cheap dedicated servers,

5  which are not enterprise.  And we want to enter into that

6  business, as well.  We see the potential of that business.

7      Q.   You used the word cheap dedicated servers, right?

8      A.   That is the wording that I use, but I don't know

9  how to name it other way.

10     Q.   That's great.  I will be happy to use that, but

11  just tell me what you mean by cheap dedicated servers.

12     A.   That is typically low quality servers.  Like, not

13  enterprise, not from major vendors.  It is like -- not

14  many additional services on top; typically, nonmanaged,

15  nonredundant, nonredundant data centers, if we were

16  subscribed network --

17     Q.   What?

18     A.   Oversubscribed network, oversubscribed network,

19  that is the definition of cheap.

20     Q.   Okay.  And do those networks often have quick

21  customer turnover?

22     A.   I don't know.

23     Q.   What -- you said you all had an interest in being

24  in that market.  Why was that market of interest to you

25  all?

1          MR. FRAY-WITZER:  Objection.

2          You can answer.

3          THE WITNESS:  We -- we believed that there is a

4      potential growth in that market, like, more market

5      share, and it was not -- not every company can afford

6      an enterprise hosting solution --

7          Not every company can afford an enterprise

8      hosting.  So we just want to widen our market share,

9      let's say, market presence by offering that kind of

10      service as well.

11  BY MS. BOLGER:

12      Q.   Do you believe that the acquisition of Root has

13  been successful in widening your market share?

14      A.   In my opinion?

15      Q.   That's all I can ask.

16      A.   No.

17      Q.   Why not?

18      A.   We was not able to gain significantly more market

19  share in that area.

20      Q.   Okay.  I am going to hand you what has been

21  marked as Defendant's Exhibit 11, which is the home page

22  for the Root S.A. website.

23      (Exhibit No. 11 was marked for Identification.)

24  BY MS. BOLGER:

25      Q.   First off, Mr. Bezruchenko, you will notice this

1   is actually in English.  What language does Root S.A.

2   function in, largely?

3       A.    They are -- their company language is English,

4   but they do a branch -- a Luxembourg branch, in German.

5       Q.    When you speak to them, you speak to them in

6   English?

7       A.    Yes.

8       Q.    You will see that the services offered by Root

9   S.A. are consistent, generally, with the services offered

10  by Webzilla.  Would you agree with that?

11      A.    No.

12      Q.    No?  What is different?

13      A.    As I explained previously, it is quality of

14  service.

15      Q.    Okay.  I am sorry.  My question was wrong.  What

16  I am saying is, these are the same kinds of services, it

17  is just a question of quality and price point that is the

18  difference.  Is that right, or not?

19          MR. FRAY-WITZER:  Objection.

20  BY MS. BOLGER:

21      Q.    Okay.  What is wrong with what I just said?

22      A.    It is not the same services.

23      Q.    Well, let's talk about that.  You will see it

24  says "Dedicated Servers."  Do you see that?

25      A.    Yes.

 1      Q.   Okay.  So you have dedicated servers in Webzilla,

 2  too.  But you are saying these are different, right?

 3      A.   Yes.

 4      Q.   Okay.  And they are different how?

 5      A.   That's not the same level of ded- -- it is not

 6  the quality of -- dedicated servers is not the same level

 7  of support we can give undedicated servers, so it is

 8  different, undedicated servers.

 9      Q.   Okay.  What is the difference in the quality --

10  what's the difference in level of support?

11      A.   It is only -- basic level of support.  If -- like

12  really bad SLA, that is the main difference.

13      Q.   For the record, what is SLA?

14      A.   Service level agreement.

15      Q.   Okay.  And what do you mean by a bad SLA?

16      A.   I mean that if the customer needs support, he can

17  wait for 24 hours before getting any response on that.

18      Q.   And that is different on your other servers,

19  right?

20      A.   Yes.

21      Q.   Okay.  You have managed and unmanaged servers

22  through Root.  Is that right?

23      A.   No. I think we have only unmanaged servers.

24      Q.   Only unmanaged servers.  Okay.  What services do

25  you provide for the unmanaged servers for Root?

1      A.   We do provide the server, itself, Internet

2 connectivity, and that's all.  Yes.

3      Q.   Do the servers come with an operating system on

4 them, or do the people who use them have to --

5      A.   The servers come with operating system on it.

6      Q.   And the user conceivably has Root access, is that

7 right?

8      A.   Yes.

9      Q.   Okay.  Do you monitor the Root servers as you do

10 the Webzilla servers?

11     A.   Could you be more specific?  Monitor in which

12 way?

13     Q.   Well, when we talked earlier, you said that you

14 got the Genee reports.  Do you get Genee reports on the

15 root servers?

16     A.   Yes.

17     Q.   Do you follow up on -- where do those come in?

18     A.   To the support, support team.

19     Q.   In Ukraine?

20     A.   Yes.

21     Q.   Okay.  They don't go to Luxembourg, is my

22 question?

23     A.   No.

24     Q.   Okay.  Do they come to your usual support team?

25     A.   Yes.

1      Q.    So is there a difference in the response your

2  support team makes to an alert or notification for a Root

3  server than they would for the others?

4      A.    No.  Not -- no. No.

5      Q.    Okay.  Because you mentioned earlier that it may

6  take 24 hours to get a response of support?

7      A.    To customer request.

8      Q.    I understand.  Okay.  You get the Genee report.

9  Do you all do any other monitoring of the activity on the

10 Root S.A. servers?

11     A.    There are passive measures.  We are relying on

12 third-party reports.

13     Q.    That is the passive measure, the third-party

14 reports?

15     A.    Yes.

16     Q.    Okay.  Do you get more alerts through Genee on

17 the Root S.A. servers than you do on the Webzilla servers?

18     A.    I don't know.

19     Q.    Are the Root S.A. servers in the same data

20 centers as the Webzilla servers?

21     A.    They share one data center.

22     Q.    Which data center is that?

23     A.    In Luxembourg.

24     Q.    Okay.  And are there -- are the only Root S.A.

25 servers in that data center in Luxembourg?

1      A.    There are -- yeah.  There are Root S.A. servers

2   in Singapore, as well, two locations; Luxembourg and

3   Singapore.

4      Q.    Okay.  Jumping back to -- do all of your data

5   centers have colocation in them?

6      A.    No.

7      Q.    Which one does not?  Which ones do not?

8      A.    Virginia has no colocation.  Vienna, Virginia,

9   here in the U.S.

10     Q.    You noticed my eyebrows raised because I was just

11  surprised Virginia showed up.  I apologize.

12     A.    And Hong Kong.

13     Q.    Okay.  So you can colocate in the Moscow data

14  center?

15     A.    Yes, we can do.

16     Q.    But don't you have to be Russian?

17     A.    No.

18     Q.    Okay.  The next -- so for customers for your

19  dedicated servers through Root S.A., what if any

20  procedures do you use for those customers?

21     A.    I believe it is better to ask Marc.

22     Q.    It may be better to ask Marc, but I am asking

23  you.  So to the best of your knowledge, what are the

24  procedures you use to vet customers for Root S.A.?

25     A.    I don't know.

1       Q.    Does it not come to your attention?

2       A.    It is run more as a separate business entity.

3       Q.    Is that in all respects, or simply in this

4  customer respect.

5            MR. FRAY-WITZER:  Objection.

6            You can answer.

7            THE WITNESS:  What do you mean, all?

8  BY MS. BOLGER:

9       Q.    Well, in what ways is it run as a separate

10 business entity?

11      A.    At least in the way of customer things --

12           Customer related -- they interact with customer

13 on their own without interacting with me or someone else.

14 They -- hiring decisions, it is -- like not dependent on

15 other companies.  There may be a couple of other ways.  So

16 there is a difference, big difference.

17      Q.    Okay.  It is cheaper, right?

18      A.    Cheaper than?

19      Q.    Webzilla?

20      A.    Yeah.  It is cheaper, yeah.

21      Q.    Okay.  And it is -- so terms of use for Root

22 S.A. -- are they different than the rest of Webzilla?

23      A.    Yes, they are.

24      Q.    And how are they different?

25      A.    I don't know.

1     Q.   Why don't you know?

2     A.   Because that is Marc, since he owned the company,

3  he knows it.

4     Q.   Who drafts the terms of use for Root?

5     A.   I don't know.  That was attorneys, either in

6  in-house or outside.

7     Q.   But ultimately, Root is an XBT company, so they

8  have to have been approved by someone at XBT; correct?

9          MR. FRAY-WITZER:  Objection.

10          You can answer.

11          THE WITNESS:  I don't know.

12  BY MS. BOLGER:

13     Q.   Well, do you think Root S.A. could put up its own

14  terms of use?

15     A.   Yes.

16     Q.   And that wouldn't matter to you all, that your --

17  that your subsidiary was out there saying whatever it

18  wanted?

19     A.   I don't know.

20     Q.   Well, you are the CTO of the company --

21     A.   Yes.

22     Q.   -- you have certain standards you want people --

23  I mean, I assume that you have certain standards you want

24  for your company.  Don't you want to know what is their

25  terms of use?

```
 1          MR. FRAY-WITZER:  Objection.

 2          You can answer.

 3          THE WITNESS:  I don't know.

 4  BY MS. BOLGER:

 5      Q.   Well, that is actually a yes or no question.  You

 6  can actually answer that yes or no.  Don't you want to

 7  know what is in Root S.A.'s terms of use?

 8      A.   I don't know.

 9      Q.   No, "I don't know" doesn't answer that question.

10      A.   You asked me do I know.

11      Q.   No, I said "Don't you want to know?"

12      A.   I don't know if I want to know, or no.

13      Q.   No, you can't answer that question "I don't

14  know."  You either want to know what is in their terms of

15  use, or you don't.  So which one is it?

16          MR. FRAY-WITZER:  Objection.  The witness can

17      answer it however he wants.

18          THE WITNESS:  I -- I don't know.

19  BY MS. BOLGER:

20      Q.   Not truthfully.

21          Do you want to know what is the terms of use on

22  Root S.A., which is a subsidiary of XBT?

23          MR. FRAY-WITZER:  Objection.  Asked and answered.

24          THE WITNESS:  I don't know.  Root S.A. has CEO,

25      and it is to up him to decide about that.
```

1  BY MS. BOLGER:

2      Q.   You don't give a damn what is on the Root S.A.

3  website?

4           MR. FRAY-WITZER:  Objection.

5           THE WITNESS:  I do.

6  BY MS. BOLGER:

7      Q.   You just told me you didn't.  So which one is it,

8  do you want to know what their terms of use are, or do you

9  not?

10     A.   I don't know.

11          MR. FRAY-WITZER:  Objection.

12 BY MS. BOLGER:

13     Q.   Okay.  So fine.  So your testimony is that you

14 don't care what Root S.A. says in their terms of use?

15          MR. FRAY-WITZER:  Objection.

16          THE WITNESS:  No.

17 BY MS. BOLGER:

18     Q.   You don't want to know?  It doesn't matter to you

19 at all?

20          MR. FRAY-WITZER:  Objection.

21          THE WITNESS:  There is an officer who is in

22      charge of that, and he has responsibility.

23 BY MS. BOLGER:

24     Q.   I'm not asking you what your beat is.  I'm not

25 asking you what your responsibilities are.  I am asking

1  you, as the CTO of XBT Holdings, is it your actual sworn

2  testimony that you have no interest in what Root S.A. says

3  its terms of use are?

4          MR. FRAY-WITZER:  Objection.

5          THE COURT REPORTER:  I'm sorry.  There is

6      overlap.

7  BY MS. BOLGER:

8      Q.   Okay.  What's your answer then?

9      A.   I don't know.

10     Q.   You don't know if you are interested in what Root

11 S.A. says?

12     A.   Yes.

13     Q.   That's a preposterous answer.

14         MR. FRAY-WITZER:  Objection.  That's not a

15     question.

16 BY MS BOLGER:

17     Q.   What is their acceptable use policy?

18     A.   That it is acceptable use policy.

19     Q.   What is their acceptable use policy?  Is it the

20 same as Webzilla's?

21     A.   I don't know.

22     Q.   You don't know what Root S.A.'s acceptable use

23 policy is?

24     A.   That's correct.

25     Q.   Do you remember in the beginning of this day when

1  you told me that you all emphatically enforced illegality

2  on your systems?

3           MR. FRAY-WITZER:  Objection.

4           THE WITNESS:  I don't -- I don't know -- yeah, we

5     do.  We do.

6  BY MS. BOLGER:

7     Q.   You do?

8     A.   Yes.

9     Q.   Well, do you do that for Root S.A., or does it

10 not matter for Root S.A.?

11    A.   Yes, we do enforce any illegal matters on the

12 Root S.A., as well as any other company.

13    Q.   So what is their acceptable use policy?

14         MR. FRAY-WITZER:  Objection.

15         THE WITNESS:  I don't know.

16 BY MS. BOLGER:

17    Q.   Has anyone ever been kicked off of Root S.A. for

18 violating an acceptable use policy?

19    A.   I don't know.

20    Q.   Has anyone ever brought to your attention a

21 violation of the Root S.A. acceptable use policy?

22    A.   I don't remember.

23    Q.   Has anyone every brought to your attention a

24 violation of their terms of use?

25    A.   I don't remember.

1      Q.    What percentage of your customer base is on Root

2  S.A.?

3      A.    I don't know that -- is numbers.

4      Q.    Well, big part or small part?

5      A.    I really don't know.

6      Q.    What percentage of your revenue is from Root

7  S.A.?

8      A.    I don't know.  That's -- it is better to ask

9  Rajesh.

10      Q.    How often do you turn over customers on Root

11  S.A.?

12      A.    I don't know.

13      Q.    And generally, how long are your relationships

14  with your customers on Root S.A.?

15      A.    I don't have these numbers, and I don't know who

16  knows them.

17      Q.    Do you care?

18            MR. FRAY-WITZER:  Objection.

19            THE WITNESS:  What do you mean?

20  BY MS. BOLGER:

21      Q.    Do you care?

22      A.    About?

23      Q.    How often you turn over customers on Root S.A.?

24      A.    No.

25      Q.    No, you don't care?

1     A.    That is not my duty.

2     Q.    That is not my question.  I am not asking you

3  what your duty is.  I am asking if you care.  They are not

4  the same question.  Do you care, regardless of whether it

5  is your duty?

6           MR. FRAY-WITZER:  Objection.

7           You can answer.

8           THE WITNESS:  I don't know.

9  BY MS. BOLGER:

10    Q.    Okay.  Would you agree that if you have many

11 small customers, the chances are greater that illegal

12 content actually resides on their websites than if you

13 have a few large customers?

14          MR. FRAY-WITZER:  Objection.

15          THE WITNESS:  No.

16 BY MS. BOLGER:

17    Q.    Sorry?

18    A.    No.

19    Q.    Okay.  How long has Servers.com been around?

20    A.    Around three years.

21    Q.    And you said that Servers.com is fully automated?

22    A.    Except the compliance and abuse handling --

23          except the compliance and abuse handing.

24    Q.    How do you all detect malware on Servers.com?

25    A.    We rely on the -- there are two ways.  We rely on

1  the third-party reports.

2       Q.   The what?

3       A.   Third-party reports, or we may see illegal

4  activity, if it is all going from a server, we may see

5  some -- Genee -- seen that.  So we may see reports from

6  Genee.

7       Q.   Okay.  And then you told me it is not fully

8  automated for compliance, and what was the second thing?

9       A.   Compliance and abuse.

10       Q.   Abuse.  Okay.  So what do you all do to track

11  compliance?

12       A.   Well, we are relying on the third-party end and

13  in-house tools for that.

14       Q.   And the in-house tool is Genee?

15       A.   Yeah, yeah.  Genee.

16       Q.   Any other in-house tools?

17       A.   There are not tools, but procedures.

18       Q.   And what are those?

19       A.   Where we are looking for some outside sources for

20  any malicious activity that may happen on our servers.

21       Q.   You look at outside sources, you say?

22       A.   Yes.

23       Q.   What outside source do you go to?

24       A.   There are a couple of them, at least.  Spam

25  House -- Spam House, at least Google Security, and

1   Radar -- Radar --

2           THE INTERPRETER:  Radar.

3           THE WITNESS:  Radar.  Yeah.  It is Q-R-A-E-I-L

4   (sic).

5        Q.   And do you have a contract with those?

6        A.   It is a publicly available service.

7        Q.   Okay.  So how do you use Spam House?

8        A.   We do check if there is any IP addresses appears

9   on their lists.

10       Q.   And how often do you check Spam House?

11       A.   Regularly.

12       Q.   What does regularly mean?

13       A.   At least once a month.

14       Q.   And who checks that?

15       A.   Abuse team.

16       Q.   Where is the abuse team again?

17       A.   Ukraine.

18       Q.   Is that the same as the support team?

19       A.   Same place, but it is not the same team.

20       Q.   Okay.  And how many people are on the abuse team?

21       A.   I -- maybe around seven.

22       Q.   And who is the head of your abuse team?

23       A.   Kseniya, K-S-E-N-Y-A, B-S-E-N-I-T-S-I-N-A (sic).

24   Yes.

25       Q.   And is Kseniya -- sorry -- Kseniya in Ukraine or

1   Luxembourg?

2        A.   She is in Cyprus.

3        Q.   An unexpected twist.  Okay.  So sorry.  So the

4   abuse team is in Ukraine?

5        A.   Yes.

6        Q.   But he is in Cyprus?

7        A.   She is in Cyprus.

8        Q.   She is in Cyprus?

9        A.   Yes.

10       Q.   And -- okay.  And who is the head of the abuse

11   team in Ukraine?

12       A.   There is no head of team in Ukraine.

13       Q.   Is that a 24-hour team?

14       A.   Not a 24-hour.  I believe they are working the

15   whole week, about eight hours, only.

16       Q.   Monday to Friday, or --

17       A.   Monday to Sunday.

18       Q.   Monday to Sunday?

19       A.   About eight hours, only.

20       Q.   And does Kseniya have a team in Cyprus?

21       A.   No.

22       Q.   Do your automatic servers have automatic DDoS

23   detection?

24       A.   Automatic servers?

25       Q.   Do -- sorry, does your -- does Servers.com have

1  automatic DDoS protection?

2      A.   That is the part of the Genee tool.  Genee

3  detects DDoS, as well.

4      Q.   Do you have any mitigation techniques?

5      A.   Yes.  A few other techniques.  We can protect a

6  few kind of attacks.

7      Q.   What?

8      A.   It is volumetric attack.  Volumetric --

9  volumetric, yeah.  And -- no, actually, it is one.

10 Volumetric attack.

11     Q.   What is a volumetric attack, just for the record?

12     A.   The volumetric attack is attack which is trying

13 to fill the Internet channel towards the attacking device,

14 like a server or whatever.  So they are trying to fill the

15 pipe with junk traffic.

16     Q.   Okay.  And do you have any packet -- sorry.  Do

17 you have any countermeasures on Servers.com?

18     A.   Countermeasures?

19     Q.   Countermeasures to counterattack any malware

20 attacks?

21     A.   I understand that.  Countermeasures about which

22 kind of attacks?

23     Q.   Any kind of attacks?

24     A.   Volumetric give us attacks.

25     Q.   And that's it?

1     A.   Yes.

2     Q.   Okay.  How much money do you spend on those

3  systems?

4     A.   To my knowledge, that was one, of payment around

5  a hundred-something thousand dollars, or euros.

6     Q.   Okay.  Sorry, I should have gone back to

7  something you said.  So you said you check Spam House once

8  a month, right?

9     A.   At least.

10    Q.   At least.  And then there is a Google service you

11  talked about?

12    A.   Yes.

13    Q.   Which was?

14    A.   Google Security.

15    Q.   And what does Google Security tell you?

16    A.   The Google Security tells you if there is

17  anything -- any malware in the network, websites which may

18  include malware.  Google has -- great possibilities come

19  with the websites, and they may know that, so we rely on

20  that data, as well.

21    Q.   And how often do you check that?

22    A.   Quite often.  I believe at least once a week.

23    Q.   And how do you -- how do you check?  Are you

24  looking for IP addresses?  Are you looking for ASNs?  What

25  are you looking at?

 1      A.    ASNs.

 2      Q.    You type in the ASN you wanted to check?

 3      A.    There is some specific interface for that.  I

 4  believe Google provides specific interface for network

 5  engineers to look into -- into that.

 6      Q.    Okay.  And you mentioned Radar.  What does Radar

 7  do?

 8      A.    Radar does basically the same kind of the thing

 9  as Google.  They scan the Internet for available --

10  potentially dangerous services, which may run DDoS attacks

11  out of your network to hurt someone else.

12      Q.    And there was one other third-party service that

13  you said you used, and I didn't write it down.

14      A.    Spam House.

15      Q.    Spam House, Google, Radar, and I thought there

16  was a fourth --

17      A.    I am sure there is more of them, but -- I don't

18  remember which one of -- four of them, Spam House, for

19  sure, Radar for sure, Google for sure, there -- there may

20  be others.

21      Q.    Okay.  And how often do you use Radar?

22      A.    Once in a quarter, maybe.

23      Q.    And you use those three services for Servers.com?

24      A.    Not only for Servers.com; for Webzilla, as well.

25      Q.    Do you do it for Root S.A.?

1      A.    For Root S.A., as well.

2      Q.    And do you do that personally?

3      A.    No.

4      Q.    Who does that?

5      A.    Abuse team does.

6      Q.    Who at the abuse team does that?

7      A.    I believe all of the members, they share the

8    responsibilities.

9      Q.    Does someone check that they are doing it?

10     A.    Yes, I think so.

11     Q.    Who?

12     A.    Kseniya.

13     Q.    Have you ever asked Kseniya whether she checks?

14     A.    Yes.

15     Q.    Okay.  And when was that?

16     A.    I will ask like once in a few months when I have

17   a meeting.  Like, when I have a chance to meet her and ask

18   her about it.

19     Q.    Okay.  Do you and Kseniya work in the same

20   facility for Cyprus?

21     A.    Yes, same building.

22     Q.    How often do you bump into each other?

23     A.    At least once a day during lunch.  We have a

24   lunch in the same building.

25     Q.    Okay.  Do you have meetings with her on a daily

 1   basis?

 2        A.   No, not on a daily basis.

 3        Q.   And how often do you meet with her?

 4        A.   It is based on the request she may receive, and

 5   the request may need my attention.  And otherwise, at

 6   least once in a few months.

 7        Q.   Okay.  So regardless of what generates the

 8   meetings, how often do you guys meet?

 9        A.   Once in a month, maybe.  Once in two months.

10        Q.   How many people are in your office in Cyprus?

11        A.   Around 50, or 60 or 70.  I don't know.  I never

12   count them.

13        Q.   Well, those are all really different numbers, 50,

14   60 and 70?

15        A.   Yes.  But I never count them, and so --

16        Q.   How many people are in your department in Cyprus?

17        A.   What is my department?

18        Q.   Well, the tech department at Cyprus?

19        A.   Two-thirds of them probably, or half, two-thirds.

20        Q.   And what do they do?

21        A.   There are developers in Cyprus; they are cloud

22   team in Cyprus.  They are part of networking team in

23   Cyprus.  That's -- those are all teams.

24        Q.   And are your -- is your team in Cyprus mostly

25   made up of Cyprians, or is made up of ex pats from Russia

1  and Ukraine?

2      A.   The technical team is not Cyprians.  We don't

3  have any single Cyprian in the technical team.

4      Q.   Are they mostly Russians and Ukrainians?

5      A.   Yes.

6      Q.   What -- do you all keep -- do you know what an

7  intrusion detection system is?

8      A.   Yes, I know.

9      Q.   What is that?

10     A.   It is a system which tries to detect any

11 malicious activity on the network.

12     Q.   Do you have such a thing?

13     A.   I don't know.

14     Q.   Why not?

15     A.   That's not possible on our scale.  That is -- it

16 is specifically designed for the enterprises to keep on

17 premise, like this office, or factory, or government, or

18 organization, but not on the other side, of the hosting

19 side.

20     Q.   What about intrusion prevention?

21     A.   Typically the same thing.  It is called IDS IPS.

22 It is the same system.

23     Q.   Okay.  And have you all ever had one?

24     A.   Heard?

25     Q.   Had one?

1      A.    No. We have it in our office, but not in the data

2  centers, and not with the customers.  It is not possible

3  to have that.

4      Q.    What do you have in your office?

5      A.    It is a Juniper SRX --

6            Juniper, Juniper SRX.

7      Q.    What is Juniper SRX?

8      A.    It is a firewall and IDS IPS system.

9      Q.    And what is it?  What does it do?

10     A.    It is like -- see if there are any -- it protects

11  from any incoming attacks, like the firewall protects from

12  an unauthorized access to the onsite network, and IDS IPS

13  protects from attacks that may be malware, may be --

14  whatever attacks may have.

15     Q.    And do you have anything like an IDS or IPS on

16  the network?

17     A.    The like thing is a Genee thing.  It may see some

18  network -- some abnormalities, network abnormalities and

19  it reports to us.

20     Q.    Okay.  Do you have firewalls on the network?

21     A.    Yes, we do.

22     Q.    What kind of firewall do you have?

23     A.    That is firewall based on the Juniper.

24     Q.    And who designed the firewall?

25     A.    What do you mean?

1      Q.   I don't quite know what you mean by "based on."

2   Who -- who put together the firewall?  Who was the

3   architect of the firewall?

4      A.   You mean who placed the rules of the firewall,

5   maybe?

6      Q.   Yes, sure.

7      A.   I do, networking team do, and the software team

8   do.

9      Q.   Okay.  Do you all keep proxy logs of your

10  servers?

11     A.   Well, what is a proxy log of our servers?

12     Q.   So a proxy log is that -- so a proxy log would be

13  a log that captures all web-based traffic for that IP

14  address.

15     A.   What is your servers?  You mean our

16  infrastructure servers, or our customer servers?

17     Q.   Both.

18     A.   For infrastructure servers, we don't have any

19  proxy servers, we keep log.  For the customer servers, we

20  -- we don't have -- for the managed servers, they may be

21  -- for the managed servers, there may be the logs.  For

22  the unmanaged, we don't -- there is no technic books

23  related to actual logs from unmanaged server.

24     Q.   Okay.  From the managed server, do you have them,

25  or do you not have them?

     1          MR. FRAY-WITZER:  Objection.

     2          THE WITNESS:  Can you be a little more specific?

     3     In general, we should have them.  In general.  But I

     4     can't be answering for any particular case, if I

     5     don't see the case.

     6   BY MS. BOLGER:

     7     Q.   Do you have any rules for the keeping of such

     8   logs, standards?

     9     A.   Yes.  All of the locks are always enabled, so we

    10   don't disable locks on the systems.

    11     Q.   So your system should have all of their logs in

    12   perpetuity?

    13          MR. FRAY-WITZER:  Objection.

    14          THE WITNESS:  Which of our systems?

    15   BY MS. BOLGER:

    16     Q.   Your server -- your servers should have all of

    17   their logs in perpetuity?

    18     A.   Infrastructure?

    19          MR. FRAY-WITZER:  Objection.

    20   BY MS. BOLGER:

    21     Q.   Not for infrastructure.

    22     A.   Managed or unmanaged?

    23     Q.   Okay.  We will do them in order.  Infrastructure?

    24     A.   Yes.

    25     Q.   Managed?

1      A.   Yes.

2      Q.   And then your unmanaged, you told me they don't

3  generate logs?

4      A.   No.

5      Q.   I was paying attention.  So infrastructure and

6  managed, there should be logs in perpetuity?

7      A.   Yes.

8      Q.   Do you all keep DNS logging, logs?

9      A.   No.

10      Q.   And why not?

11      A.   Because the nature of -- because of the size of

12  the log.  DNS request is small and quite fast, and it

13  takes normal space to keep the logs of DNS servers.

14      Q.   So you don't keep them for any length of time?

15      A.   We do keep for -- at least for managed servers,

16  but I don't -- I can't say for what amount of time.  It

17  may be days; it may be weeks.  Not more than that.

18      Q.   And who would know the answer to that?  It seems

19  right within your wheelhouse --

20           MR. FRAY-WITZER:  Objection.

21           THE WITNESS:  I -- I can know that, but I don't

22      remember off my head.

23  BY MS. BOLGER:

24      Q.   Well -- can you imagine it being long -- do you

25  know if it's a long period of time, or a short period of

 1  time?

 2      A.   No.  It is not long period because of the space

 3  it takes.

 4      Q.   Because of the volume?

 5      A.   What?

 6      Q.   Because of the volume of the information?

 7      A.   Yes, volume, yeah.

 8      Q.   Okay.  Do you all keep net flow logs?

 9      A.   Yes, we do.

10      Q.   And can you just say what a net flow log is?

11      A.   Net flow is the log that keeps the samples of the

12  packets from the rooting device and stores them on the

13  server.

14      Q.   Okay.  That was just packed full of definition.

15  So what are the samples of the packets?  What are the

16  packets?

17      A.   The IP packets, which it is containing the data

18  transfer from network.  And net flow stores samples of

19  that, or sample, it is not the full -- full flow.  It

20  takes one tenth of the -- that each one tenth packet gets

21  cached and goes to the log.

22      Q.   Okay.  And are those logs reviewed?

23      A.   Huh?

24      Q.   Are -- does someone review those logs, or are

25  they simply kept in case you need them, so to speak?

 1      A.    They -- they based on the -- we keep them for the

 2   purpose of requests from the legal authorities or any

 3   other authorities who may need information about certain

 4   activity on the network.

 5      Q.    Do you review them otherwise?

 6      A.    No.

 7      Q.    And how long do you keep them?

 8      A.    Right now?  We keep them for at least six months.

 9      Q.    And how long did you keep them in January of

10   2017?

11      A.    It was like two or three months.  I don't

12   remember.

13      Q.    Is that information obtainable?

14      A.    I think so.  I'm not sure.

15      Q.    Okay.  Who would know it, if you don't know?

16      A.    I would know it -- I would know that, but I

17   need -- I need to talk to my attorneys, probably, about

18   it.

19      Q.    Okay.  Do you have net flow logs for all of --

20   like Webzilla and Root S.A. and IBE and all those?

21      A.    Yes.

22      Q.    Do you maintain pcap files?

23      A.    No.

24      Q.    And what are pcap files?

25      A.    It is basically the same as net flow, but it

1  contains the -- the full set of data.

2      Q.   And why don't you guys maintain those?

3      A.   Well, it is technically impossible to have a pcap

4  files for everything.

5      Q.   And you don't even maintain them for a short

6  period of time?

7      A.   No.  It is impossible for even a short period of

8  time because you can't have them -- you can't have them.

9      Q.   Okay.  So how do you all monitor -- is there a

10 way that you all monitor the Webzilla network that is

11 different from the way we talked about today?

12     A.   What is your -- can you --

13     Q.   Yes.  I will show you.  I ask you to take look at

14 Exhibit 12, which is part of the Webzilla website.

15     (Exhibit No. 12 was marked for Identification.)

16 BY MS. BOLGER:

17     Q.   So you will see it is -- it describes your

18 network as a private, high-performance network.  Are you

19 with me?

20     A.   Well, yes, yes.

21     Q.   And you look on the second page of this, and it

22 has a paragraph that begins, "Unparalleled monitoring."

23 Do you see that?

24     A.   Let me read.

25     Q.   Sure.

1     A.    Yeah.

2     Q.    Okay.  Do you know what this is in reference to?

3 Or, do you know what services this is describing?

4     A.    Services -- it is -- it's on our infrastructure

5 service, on our infrastructure.

6     Q.    Okay.  So it is describing monitoring of your

7 infrastructure service, right?

8     A.    Yes.

9     Q.    Okay.  What is that monitoring?

10    A.    Availability -- availability monitoring.

11    Q.    Okay.  It says here "The monitoring capabilities

12 include both resource availability as well as our own

13 proprietary monitoring system, which in conjunction with

14 MPSL-TE involves each POP monitoring other POPs."

15          Do you see that?

16    A.    Yes.

17    Q.    Okay.  What is the resource availability

18 referencing?

19    A.    It is a capacity availability, typically.

20    Q.    What does that mean?

21    A.    It is like a pipe, and there is a flow through,

22 through this pipe, and the pipe may be full or may be not.

23 So it is constantly monitoring when the pipe is full, or

24 it is not full.  Because the people, if the pipe is full,

25 it means that service will be degraded.

1      Q.    "As well as our own proprietary monitoring."

2            What is proprietary monitoring?

3      A.    Well, we have monitoring system in place.

4      Q.    That monitors what?

5      A.    The capacity.

6      Q.    Capacity and the availability?

7      A.    And capacity and availability, yes.

8      Q.    So you are not monitoring for security or

9  attacks, right -- on this -- this is not reference to

10 monitoring the network for security purposes, or to ward

11 off attacks, right?

12     A.    We do monitor for attacks, for DDoS attacks, yes.

13     Q.    Is that Genee?

14     A.    Yes, that is Genee.

15     Q.    Okay.

16     A.    Same system.  It is part of the -- this whole

17 paragraph.

18     Q.    Okay.  What I am trying to figure out is, this is

19 referencing monitoring.  Other than that, which we have

20 spoken about today --

21     A.    Yes.  It is capacity monitoring, and -- and

22 availability monitoring.

23     Q.    Okay.  So what tools do you actually use?  What

24 is the --

25     A.    It is proprietary and open serve tools to monitor

1  the network.

2      Q.   Are there any particular names to them?

3      A.   Nagios, N-A-G-I-O-S, for example.

4      Q.   Any others?

5      A.   I don't remember.

6      Q.   Have you all ever been attacked?  Have you ever

7  been subject to a DDoS attack?

8           MR. FRAY-WITZER:  Objection.

9           THE WITNESS:  Oh yeah.

10 BY MS. BOLGER:

11     Q.   Can you give me an example of when that happened?

12     A.   I don't remember the date, but I remember

13 attacks.  Yes.

14     Q.   So I don't really need a date.  I want to know

15 how you -- tell me about how you came to know you were

16 being attacked.

17     A.   We got a notification from the Genee, and we

18 noticed the service degradation, and our customers started

19 emailing us that they see their server's unavailability,

20 and that's how we see it.

21     Q.   And when did -- what did you do to defend

22 yourself against that attack?

23     A.   Well, it depends on the case.  There is two

24 possibilities to defend from Volumetric that does attack.

25 You can new root the IP space which is attacked, or you

1   can filter the attack.  New rooting means that if a

2   particular empty space getting attacked, it would just cut

3   off all the traffic for IP address so that it doesn't go

4   any further to our network.  And the filtering, it is

5   basically the same, but we are more flexible in terms of

6   what to choose -- to choose not only IP address, but also

7   the protocol and the port and all these features.

8        Q.   Do you monitor the network for spear-phishing

9   attacks?

10       A.   Only through third-party reports.

11       Q.   Only through --

12       A.   Third-party reports.  The spear phishing usually

13  involves spam.  So through other resources like Spam

14  House.

15       Q.   Okay.  So what are the -- so third-party reports

16  is an abuse notification?

17       A.   Yes.

18       Q.   Are there other third-party reports that you are

19  referencing when you use the phrase?

20       A.   It is not only abuse notification.  They are

21  typically just notification from third-party services that

22  there is something wrong going in on the network.

23       Q.   Which third-party servicer?

24       A.   Many -- many of them.  I don't -- I don't

25  remember like, they are -- CERTS search, government search

1   systems.  C-E-R-T, Spam House-like resources.  There are

2   many organizations on the Internet doing these kind of

3   monitoring.

4        Q.   And they report to who, in the --

5        A.   The IP address owner --

6             The IP address owner.

7        Q.   Who gets that at your --

8        A.   We do.

9        Q.   Who?

10       A.   For -- the company who is owning the IP space.

11       Q.   Right.  And who, at your shop, gets those?

12       A.   You mean people?

13       Q.   Which human being in your shop get those?

14       A.   There is three ways it can go.  It can go to

15  abuse department, or support department, or a networking

16  department.

17       Q.   We have talked about the abuse department.  We

18  talked about the support department.  I am not sure we

19  have talked about the networking department.  And I

20  apologize if I am asking this again.  Where is the

21  networking department?

22       A.   Part of the people is in Cyprus, and part in

23  Ukraine, and part in Russia.

24       Q.   And who is the head of your networking

25  department?

1        A.    Vitalyi, V-I-T-A-L-Y-I, Karlov, K-A-R-L-O-V.

2        Q.    And how big is your networking department?

3        A.    There are about ten people.

4        Q.    And if you -- have you all ever been notified of

5   involvement in spear phishing?

6        A.    I don't remember.

7        Q.    Okay.  Do you have procedures for making sure

8   your network is not being used to generate spam?

9        A.    We have -- we are relying on the third-party

10  measures and on our proactive measures, which I already

11  mentioned, like monitoring third-party -- systems like

12  Spam House.

13       Q.    Okay.  And do you have procedures for making sure

14  your network is not being used to generate botnets?

15       A.    We are mostly relying on the Genee and on

16  third-party reports.

17       Q.    What about for making sure your network isn't

18  being used for child pornography, for example, illegal

19  content?

20       A.    We are relying on the third-party reports.

21       Q.    Okay.  So who is responsible -- who is directly

22  responsible for network security and monitoring?

23       A.    I do.

24       Q.    And who works with you on that aspect of the

25  business?

1       A.    My teams.

2       Q.    Do you read the Krebs Report?

3       A.    Krebs?

4       Q.    Krebs Report?  Ryan Krebs?

5       A.    Yes.  I know who is Ryan Krebs.

6       Q.    Do you read the Krebs Report for reports about

7    spam and botnets and things like that?

8             MR. FRAY-WITZER:  Objection.

9             You can answer.

10            THE WITNESS:  Which one?  A specific report?

11   BY MS. BOLGER:

12      Q.    No, Ryan Krebs writes a blog.  He writes a lot of

13   -- a lot of reports?

14      A.    You mean reports?

15      Q.    Yes.

16      A.    Yes, in general, sometimes I do read them, yes.

17   He's famous in that kind of business of --

18      Q.    Yes.

19      A.    -- let's say.

20      Q.    Okay.  So I am sorry.  I asked you who is

21   responsible for network security and monitoring.  You said

22   you are.  And then I said, who works with you on that, and

23   I confess I didn't hear your answer.

24      A.    Yes.  That is my teams, like my abuse team and

25   networking team.

1      Q.    Okay.  Do you have a -- the American word we use

2   would be a deputy.  Do you have someone who is your right

3   hand on these subjects?

4      A.    No.  I am the only one who does it.  I don't

5   trust anyone --

6      Q.    Okay.

7      A.    -- in that kind -- in that I want to be sure that

8   all those --

9      Q.    Well, except when it comes to Root S.A.?

10     A.    No. In terms of network and abuse, I still

11  oversee this --

12          In terms of network and abuse, I still oversee

13  this.

14     Q.    Okay.  So what you do -- let's do it this way.

15  In 2016, so before -- before the Buzzfeed article is

16  published, what did you all do to protect your own

17  infrastructure?

18     A.    We do have firewalls in place.  We do have VPN in

19  place to limit scope of the access to the infrastructure

20  servers.

21     Q.    Do you have something called a WAF?

22     A.    WAF, yes.  But not -- not at that time.  It was

23  -- not at that time.  No.

24     Q.    Okay.  When did you put that one in?

25     A.    January 2018.

1      Q.    And why did you put it in?

2      A.    Just I found it is -- it is a good idea to have

3  WAF.

4      Q.    Okay.  What does WAF do?

5      A.    WAF application firewall protects from any kind

6  of attacks designated to an application on the server, not

7  the server, itself, but the application, typically that

8  application.

9      Q.    And what is barracuda?

10     A.    Barracuda, which barracuda?  Barracuda is a

11  company.

12     Q.    Actually, you all produced a document that was

13  Barracuda product, and it means you used it.  So what is

14  that?

15     A.    We do use Barracuda spam protection.

16     Q.    What is that?

17     A.    Spam and virus protection, virus protection.

18     Q.    And is that on your own infrastructure, or is

19  than on the network?

20     A.    Yes.  It's protecting our own infrastructure from

21  viruses and spam.

22     Q.    Do you have a spam or virus protection on the

23  network?

24     A.    We can't.  We don't.  We can't.

25     Q.    Do you have WAF on the network?

1      A.    We don't, and we can't.

2      Q.    And what is Google Malware Dashboard?

3      A.    That is exactly the service I described during

4  our previous conversation, a service where we look for the

5  malware in our network.

6      Q.    And how long have you had that?

7      A.    Looking into that?  I don't remember.  Years.

8      Q.    Years, you are saying?

9      A.    Yes.

10      Q.    Okay.  And CERT -- that's the government report

11  you all said you get.

12      A.    Yes.  I believe it is government or

13  semi-government organization.  So we -- which is

14  responsible for overwatching the security.

15      Q.    And how often do you -- do you get reports from

16  CERT when there is an abuse, or do you get like a monthly

17  report just letting you know what is going on?

18      A.    We are getting abuse reports from them.

19      Q.    And who gets those?

20      A.    Abuse team, typically, or me, or abuse team.

21      Q.    Okay.  If you reach out to one of your customers

22  to ask about an abuse report, how long do they have to

23  respond?

24            MR. FRAY-WITZER:  Objection.

25            THE WITNESS:  It depends on the type of the

1      attack.  Like, it depends on the type of abuse

2      report.  Typically, from 24 to maybe 72 hours.

3  BY MS. BOLGER:

4      Q.    Okay.  What processes do you have set up so that

5  you can handle complaints or tips on malicious cyber

6  activities?  What is your process?

7            MR. FRAY-WITZER:  Objection.

8            THE WITNESS:  Can you explain?

9  BY MS. BOLGER:

10     Q.    Sure.  When you get a third-party report about a

11 malicious activity, what is the process?

12           MR. FRAY-WITZER:  Objection.

13           THE WITNESS:  That there is -- it depends, case

14     by case.

15 BY MS. BOLGER:

16     Q.    How much money do you guys spend on that?

17     A.    Money, we spend on what?

18     Q.    How much money do you spend on investigating

19 abuse notifications?

20           MR. FRAY-WITZER:  As objection.

21           THE WITNESS:  I don't -- I don't know.

22 BY MS. BOLGER:

23     Q.    Well, do you pay for any third-party services,

24 for example?

25     A.    For -- for web application firewall.

1      Q.    Did you say for the firewall?

2      A.    Web application for the firewall, Barracuda --

3      Q.    But not on your own structure, of the network?

4      A.    I don't think we pay for something.  I don't

5  think so.  I don't know.

6      Q.    Have you all ever like hired a consultant to work

7  with you on the security of the network?

8      A.    Yes.

9      Q.    And who was that?

10     A.    I don't -- I don't remember the company name.  It

11  was company from San Francisco.  I can't remember the

12  company name.

13     Q.    When was that?

14     A.    Two to three years ago.

15     Q.    What was the occasion?

16     A.    We just wanted them to be sure that our network

17  is secure.

18     Q.    Did they make certain recommendations to you?

19     A.    Yes.

20     Q.    What were they?

21     A.    They found some -- I don't remember exactly.

22  They found something.  We fixed it.  There was not --

23  there was no serious findings.  There was just a general

24  recommendations for improvements.  There was no serious

25  findings.

1      Q.    Well, what did you do to improve it?

2      A.    We -- we fixed that things.

3      Q.    And you don't remember what that was?

4      A.    Unfortunately, no. It was two to three years ago.

5  Well, Wallarm, the company is W-A-L-L-A-R-M-E (sic).

6      Q.    Okay.  About how many abuse notices do you get a

7  month?

8           MR. FRAY-WITZER:  Objection.

9           THE WITNESS:  I don't remember.

10  BY MS. BOLGER:

11      Q.    Well, is it -- do you get one a month, or more

12  than one a month?  Do you get less than one a month?

13      A.    I really don't remember.  I don't read every

14  abuse email that is -- so I don't remember.

15      Q.    How many abuse notices come to your attention in

16  a year -- in a month?  Let's do it that way.  How many

17  abuse notices come to your attention in a month?

18      A.    In average, maybe less than one.  In average,

19  that is less than one in a month.

20      Q.    How long does it take you, XBT, that is, to

21  investigate an abuse notification?

22      A.    It depends on the -- which abuse notification.

23      Q.    Well, give me an example.

24      A.    For example, for spam, it takes from 24 to

25  72 hours.  Something like that.  For malware, it may take

1  24 hours to 48 hours, like that.

2        Q.    Okay.  Does XBT conduct security reviews of its

3  network?

4        A.    What does this mean?

5        Q.    Do you all have periodic times when you sit down

6  and assess the security of the network?

7        A.    Do -- do you mean our infrastructure?

8        Q.    No, I mean the network.

9        A.    The network, itself, is secure in general.  There

10  is not -- nothing to be reviewed.

11        Q.    Okay.  Who is responsible for patch management?

12        A.    Where?

13        Q.    On the network?

14        A.    Our networking team.

15        Q.    And as part of that review, the patch review, do

16  they ever do a security review?

17        A.    There is nothing, in general, to do about

18  security review.

19        Q.    Okay.  What is the process for patch management?

20        A.    For where?

21        Q.    Patch management?

22        A.    For the network?

23        Q.    Um-hmm.

24        A.    Well, when the -- when I go to release of that

25  software, they evaluate if this bug is critical or not.

1  If critical, they are -- the bug is critical or not -- if

2  the bug is critical, they are going to update system or

3  doing their recommendation workaround or recommendations

4  in this specific -- specific release.  But typically,

5  there is ways to do workaround or update.

6       Q.   Okay.  And do you make the decision about whether

7  to patch or do the workaround?

8       A.   No. It is -- they made the decision, and they

9  have knowledge to make the decisions themselves.

10       Q.   Does XBT follow any of the accepted security

11  standards for the network?

12       A.   Can you define that?

13       Q.   Sure.  Do you know what the National Institute of

14  Standards in Technology, NIST --

15       A.   Yeah, sure.

16       Q.   Yes?

17       A.   Everyone knows NIST.

18       Q.   Okay.  Do you -- they have - they put out certain

19  cyber security standards, right?

20       A.   Yes, I think so.

21       Q.   And does XBT follow them?

22       A.   I think they follow some of that.

23       Q.   Which ones?

24       A.   Like password policy, and password -- password.

25       Q.   Anything else?

1      A.   I don't remember specifics.  It's a pretty long

2   document.  I don't remember specifics.

3      Q.   Okay.  Is it the case that the password policy is

4   the only one you know you follow?

5      A.   I am pretty sure.

6           It should be something else, because -- they

7   cover pretty wide services, documents cover pretty wide

8   set of services, so it is probably not the only one, but I

9   am not sure.

10     Q.   Do you know what the ISO/IEC 27001 standard is,

11  27001?

12     A.   There is a whole set of the standards behind

13  that, so there is -- like a lot of standards behind it.

14     Q.   Okay.  Do you -- so you do know they exist,

15  right?

16     A.   I know this exists, but I don't -- I don't know

17  specifically which standard -- what this means, this

18  specific standard.

19     Q.   Okay.  So what do the ISO standards in general

20  mean?

21     A.   There are various kinds of standards ISO covers,

22  from like for all aspects of the life.

23     Q.   Okay.

24     A.   For all aspects of the life, even for Burger King

25  there are ISO standards.

1      Q.    So it is for information security management

2   systems, right?

3      A.    Yes.  There are some standards for information

4   security system.

5      Q.    Okay.  Does XBT follow any of those standards?

6      A.    I do think we do.  We have some -- some ISO

7   certification, so we have passed through this procedure,

8   but I am not sure.  I don't remember.

9      Q.    So you don't know if you have an ISO

10  certification?

11     A.    I don't know if we have any valid certification.

12     Q.    Valid certification?

13     A.    Yeah.  Maybe -- we had some, at some point, but

14  we never renew it.  I don't know the current status of the

15  ISO certification we may have.

16     Q.    Are you compliant with the EU Data Protection

17  Directive?

18          MR. FRAY-WITZER:  Objection.

19          You can answer.

20          THE WITNESS:  No.  I don't know the -- it is

21      probably a good question to our attorney.  I don't

22      know.

23  BY MS. BOLGER:

24     Q.    How about the Cloud Security Alliance Standard?

25     A.    Again, I don't know.

 1      Q.   Or Payment Card Standards?

 2      A.   We do have PCI DSS certification.

 3      Q.   Do you have a SOC generation, S-O-C -- SOC

 4  certification, S-O-C.

 5      A.   Not to my knowledge, no.

 6      Q.   How about a CJIS certification?

 7      A.   No.

 8      Q.   How about a DoD SRG certification?

 9      A.   I don't know what is that.

10      Q.   Okay.  Fed ramp?

11      A.   I don't know what that is.

12      Q.   FERPA?

13      A.   No.

14      Q.   FFIEC?

15      A.   Never heard of that.

16      Q.   Okay.  FIPS?

17      A.   I don't know.

18      Q.   FISMA, F-I-S-M-A?

19      A.   Maybe it will be better if you tell the whole

20  name, not the abbreviation.

21      Q.   Sure.  I will be happy to do that.  So FISMA is

22  the Federal Information Security Management certification.

23      A.   No.

24      Q.   Okay.  And then there is GXP, which is quality

25  guidelines and regulations.  Do you have that

1  certification?

2       A.   No.

3       Q.   How about HIPAA certification?

4       A.   We looked into that.  We want to have to enter

5  into that business, but it seems like quite complicated,

6  and at this time, we decided not to do the certification.

7       Q.   How about ITAR, which is the International Arms

8  Regulations?

9       A.   No.

10       Q.   The MPAA, Motion Pictures Association of America

11  certification?

12       A.   No.  We have no certifications like that.

13       Q.   How about SEC Rule 17a-4, financial data?

14            MR. FRAY-WITZER:  Objection.

15            You can answer.

16  BY MS. BOLGER:

17       Q.   Do you have any certifications related to that?

18       A.   Not to my knowledge.

19       Q.   Okay.  And how about the VPAT Section 508,

20  Accessibility Standards?

21       A.   Not to my knowledge.

22       Q.   So your -- you don't think this is a mystery,

23  these are the certification that AWS has.

24       A.   Okay.  Yeah.

25       Q.   The Asia-Pacific certification -- do you have

1  anything from the FISC, Financial Industry Information

2  System certification?

3       A.   Not to my knowledge.

4       Q.   The Australian Security standards?

5       A.   No. We don't have anything else.

6       Q.   Korean Information security?

7       A.   We don't have anything in Korea.

8       Q.   The Singapore Multi-Tier Cloud Security standard?

9       A.   No.

10       Q.   And then the Japan Personal Information

11  Protection standard?

12       A.   No, we don't.

13       Q.   How about the German Operational Security

14  Attestation?

15       A.   We are not in Germany.

16       Q.   The UK Cyber Threat Protection?

17       A.   We are not in UK by the day -- by today.

18       Q.   And when you get there, will you have a cyber

19  essential cross threat protection certification?

20       A.   We will have to look into that.

21       Q.   How about the ENS High Spanish Government

22  standard?

23       A.   We are not in Spain.  No.

24       Q.   And the German Baseline Protection Methodology?

25       A.   No. We are not in Germany.

1       Q.    Okay.  Have you applied for any of those

2   certifications and been rejected?

3       A.    No. We typically first over review requirements

4   and then decide to if we have to apply or not --

5             If we have to apply, or will be able to comply or

6   not, and so we never do this, going through certification

7   and being rejected.

8       Q.    Does each of your -- if I ask you to describe

9   XBT's IT governance structure, what would you say?

10      A.    Governance structure, I don't understand what is

11  this means.

12      Q.    Okay.  Does each subsidiary have its own IT

13  person?

14      A.    IT person?

15      Q.    An IT head, an IT governor?

16      A.    What does it mean?

17      Q.    So does everybody --

18      A.    Typically --

19      Q.    -- so do each of the subsidiaries, other -- have

20  their -- effectively, their own CTO, or does everybody

21  report to you?

22      A.    No.  I don't think everybody reports to me, but

23  some of these doesn't have the designated CTO.  They have

24  provided policy, for example.  They don't have designated

25  CTO.  They -- and some -- so maybe some others.  But we --

1  there is companies who operate without a CTO, and some

2  companies report to me.

3       Q.    Which companies operate without a CTO?

4       A.    I believe - I believe Fozzy do.  But they -- it

5  is hard question.  You know?  The thing is we don't have

6  it, titles in the organization.  I mentioned that before.

7  I am just in general responsible for technology.  So if --

8  so if something strategically happens or they need

9  something, they come back to me anyway, and I oversee like

10 most of the technology stuff in the company.

11      Q.    So the subsidiaries don't -- subsidiaries don't

12 have a person who is designated to oversee the technology?

13      A.    I -- typically, it is my job.

14      Q.    Do you have -- other than -- sorry.  You said the

15 name, Wallman?

16      A.    Wallarm.

17      Q.    Wallarm.  Thank you.  Other than Wallarm, have

18 you had an independent auditor review your security?

19      A.    No.

20      Q.    Do you have anti-fraud mechanisms on your

21 network?

22      A.    If we do -- anti-fraud mechanism -- no, not in

23 network.  No.

24      Q.    Do you have one in your infrastructure?

25      A.    No. We do have anti-fraud system for our

1  accounts, for the customer accounts.

2      Q.   It is true that you all carry porn on your

3  servers, right, pornography?

4          MR. FRAY-WITZER:  Objection.

5          THE WITNESS:  Yeah, it may be, but I'm not sure.

6  BY MS. BOLGER:

7      Q.   Okay.  It has come to pass that there have been

8  botnets discovered on your servers, right?

9      A.   I remember one case that -- the recent one, yes,

10 that it was at least once, yes.

11     Q.   Okay.  And there has been spam carried on your

12 servers?

13     A.   I don't remember, but that may happen, yes --

14     Q.   Okay.

15     A.   -- before.

16     Q.   And people have used your servers to hack, right?

17 Or seek to hack?

18         MR. FRAY-WITZER:  Objection.

19         THE WITNESS:  I don't remember.  I don't know.

20 BY MS. BOLGER:

21     Q.   Okay.  Your testimony as you sit here is you

22 don't think your servers have ever been used by people

23 attempting to hack?

24         MR. FRAY-WITZER:  Objection.

25         THE WITNESS:  I don't know.

 1  BY MS. BOLGER:

 2      Q.   Okay.  Quickly -- okay.  We talked a lot about

 3  abuse notifications.  What is an actual abuse

 4  notification?

 5      A.   It is typically an incoming email describing any

 6  potentially illegal activity happening.

 7      Q.   Okay.  And how does it -- if I -- sorry.  If I am

 8  a user and I want to send an abuse notification, I can

 9  find the email on your websites.  Right?

10      A.   For the abuse notifications?  Most likely.

11      Q.   Okay.  And how is that email received?  Does it

12  come in through a regular email box, or does abuse -- do

13  abuse notifications go through their own kind of channel?

14      A.   It is an email box, and behind this email box

15  there is a ticketing system to register the event.

16      Q.   Okay.  What is that software?  What is the

17  ticketing system?

18      A.   It is RT.

19      Q.   What is RT?

20      A.   Request record.

21      Q.   Okay.  And is that a proprietary system, or is

22  that something you guys buy, you know, buy off the rack?

23      A.   It is open source system.

24      Q.   Open source system?

25      A.   Yes.

1     Q.    Okay.  And how long have you guys had the RT

2  system?

3     A.    During the whole history of the company.  I

4  believe that was one of the first systems that I have

5  installed.

6     Q.    Okay.  Has it been updated over time, or is that

7  still the same system?

8     A.    It is all been updated all the time.

9     Q.    And what happens once there is a ticket created

10  in the RT system?

11     A.    The designated persons get notified about this

12  ticket.

13     Q.    And who are the designate people that get

14  notified about the ticket?

15     A.    It depends on which ticket you are talking about.

16     Q.    What kind of tickets are there?

17     A.    Abuse and support.

18     Q.    So abuse and support come through the same

19  channel?

20     A.    No. It comes through the same request record.

21     Q.    Same request record?

22     A.    Yes.

23     Q.    Okay.  So if -- setting aside support -- I don't

24  want to talk about support.  I want to talk about abuse.

25  What happens in this case when an abuse ticket is created?

```
 1      A.    The designated persons gets notified about that.

 2      Q.    And who is the designated person for abuse?

 3      A.    Abuse team.

 4      Q.    Okay.  And it can go to any one of the seven

 5 members of the abuse team?

 6      A.    All of them.

 7      Q.    It goes to all of them, and then what happens

 8 next?

 9      A.    They decide who will be responsible for that

10 particular abuse notification.

11      Q.    Okay.  And what is that process like?

12            MR. FRAY-WITZER:  When there is a chance, when it

13      is convenient to take a --

14            MS. BOLGER:  Sure.  We can take a break right

15      now.

16            MR. FRAY-WITZER:  I don't want to interrupt your

17      question.

18            MS. BOLGER:  That's fine.  We can take a break

19      right now.

20            THE WITNESS:  Repeat the last question so I reply

21      and then I go for break.

22 BY MS. BOLGER:

23      Q.    That's fine.  I said what determines which person

24 gets which abuse ticket?  Is there a specific system, or

25 do they just do it on the fly?
```

1          THE WITNESS:  They are fighting for that.

2    BY MS. BOLGER:

3        Q.   They fight for it?

4        A.   Yes.

5          MS. BOLGER:  Okay.  Great.  We can take a break.

6        Thanks.

7          THE VIDEOGRAPHER:  We are off the video record at

8        2:54 P.M.

9          (Whereupon, there was a recess, after which the

10       following proceedings were had:)

11         THE VIDEOGRAPHER:  Back on the video record at

12       3:00 P.M.

13   BY MS. BOLGER:

14       Q.   Okay.  So the abuse staff, members of the abuse

15   staff gets the ticket, and what happens next?

16       A.   There are staff working on this ticket.

17       Q.   And what do you mean?  What do they do to start

18   working on the ticket?

19       A.   They contact the customer, or doing some

20   research.  It depends on the ticket.

21       Q.   Okay.  They do some research to figure out

22   whether the complaint is justified or not?

23       A.   It can be.

24       Q.   What else can it be?

25       A.   I don't know.

1     Q.   Okay.  And then who makes the decision about what

2  happens in responding to that abuse ticket?

3     A.   Can you elaborate?

4     Q.   Sure.  Some -- generally, you guys take some

5  action or the client takes some action in response to an

6  abuse ticket, right?

7     A.   I don't think we decline to act, but -- we always

8  act on the ticket.  Each one or other way.

9     Q.   That is what I was asking.  Some action or

10  nonaction is taken in response to the complaint, right?

11         MR. FRAY-WITZER:  Objection.

12         THE WITNESS:  Yes, we act on the complaint.

13  BY MS. BOLGER:

14     Q.   And who makes a decision about what that response

15  is going to be?

16     A.   It is -- person who is currently working on that

17  ticket, or it will be me, me, if they are going to ask me

18  about that.

19     Q.   What -- do you get asked about all of the abuse

20  tickets?

21     A.   No.

22     Q.   What percentage of the abuse tickets do they ask

23  you about?

24     A.   It is less than one a month.

25     Q.   Less than one a month?

 1      A.    Um-hmm.

 2      Q.    Okay.  Do they go to a supervisor before they

 3  come to you, or do they go right to you?

 4      A.    They may go right to me.  They may go to

 5  supervisor.  I don't know.  It is their decision.

 6      Q.    Okay.  I am going to hand you what has been

 7  marked as Exhibit 13.

 8      (Exhibit No. 13 was marked for Identification.)

 9  BY MS. BOLGER:

10      Q.    Which, for the record, is marked PT1704.

11  Mr. Bezruchenko, this is an abuse ticket, an abuse report,

12  right, an abuse ticket?

13      A.    Let me read.

14          MR. FRAY-WITZER:  While he is reading it, I know

15      I should have done it again in the morning, but we

16      were going to designate the page as confidential.

17          MS. BOLGER:  Duly noted.

18          THE WITNESS:  Yes, this looks like an abuse

19      ticket.

20  BY MS. BOLGER:

21      Q.    On the XBT -- in the XBT system, right?

22      A.    Yes.

23      Q.    Okay.  And you will see if you look at the part

24  that says dates, you will see this is from 2014.  Do you

25  see that?

1      A.   Yes, it is created on 2014, yes.

2      Q.   And up at the top, it says logged in as Kseniya.

3 That is the person who handled the abuse ticket, right, at

4 the very top of the page, under "attorney's eyes only"?

5           Did I point --

6      A.   Yes, that's someone who logged into and get the

7 tickets to bring this.

8      Q.   That is a person?

9      A.   Yes, it's a person.

10      Q.   And that is the person who had, was -- does

11 Kseniya then investigate this report?

12      A.   It looks like -- yeah, it looks like.  Yeah.

13      Q.   Okay.  If you go back to the top, it says "Abuse

14 Type Network Activity."  Did you see that?

15      A.   Yes.

16      Q.   Okay.  Is network activity -- is that a

17 user-generated phrase, or is that automatic, in other

18 words, are there types of abuse types that get generated

19 automatically, or did someone put that in?

20      A.   Someone put that in.

21      Q.   Do you understand what a network activity abuse

22 type would be?

23      A.   Yes.  Something related to the network activity

24 from server to server.

25      Q.   From your servers, out?

1      A.    From/to servers, or from or to the server in our

2   network.

3      Q.    From or to the server in your network?

4      A.    Yes.

5      Q.    Okay.  And then you will see where it says,

6   "People," it says "owner, nobody in particular."  Do you

7   see that?

8      A.    Yes.

9      Q.    Okay.  Does that mean that you all didn't know

10  the owner of the server?

11     A.    It is -- ticket owner.  It is not the server

12  owner.  It is who currently works on the ticket.

13     Q.    Understand.  Okay.  On the next page, you will

14  see it says there is -- what looks like an email from

15  someone named Francois Raynaud to abuse@AS5577.net.

16           Do you see that?

17     A.    Yes.

18     Q.    And do you know what AS577.net is?

19     A.    It is a Root S.A.

20     Q.    It is Root S.A.?

21     A.    Yes.

22     Q.    Okay.  Great.  And you will see this seems to be

23  the abuse report.  It has in the subject:  IP abuse

24  report.

25           And you will see the second, second graph of it

1  says, "We have completed an investigation and discovered

2  that a series of IP addresses which appear to be

3  registered to your organization" -- and then it gives the

4  numbers --"has been abusing our network by habitually

5  scanning it."

6          Do you see that?

7      A.   Yes.

8      Q.   And then the email goes on from there.  What is

9  the concern about someone habitually scanning your

10 network?

11     A.   I don't know.

12     Q.   Generally, they are scanning for vulnerabilities,

13 right?

14     A.   I don't know.  Generally, I don't know.

15     Q.   Okay.  Well, do you want your users to be

16 habitually scanning other people's networks?

17     A.   The scanning is always happening.  It is normal

18 process.

19     Q.   You are saying you don't think this is a valid

20 abuse?

21     A.   I don't say that.

22     Q.   Okay.  Well, I mean --

23     A.   You asked about scan.

24     Q.   What are the legitimate purposes for habitually

25 scanning somebody else's network?

1        A.   I got an example of the server's Radar, Radar

2   scans the networks for vulnerability.

3        Q.   Habitually?

4        A.   What do you mean?

5        Q.   Habitually?  Is habitually scanning it?

6        A.   What is habitually?

7             (Discussion off record between witness and

8        interpreter.)

9             THE WITNESS:  Yes, yeah.

10  BY MS. BOLGER:

11       Q.   Okay.  Then you will see, after the email, there

12  are several -- what seem to be line entries, one dated May

13  16th, and then redated May 21st.  Do you see that?

14       A.   Yes.

15       Q.   Okay.  Do you know who KP is?

16       A.   Most likely, it is Kseniya, Kseniya, the same --

17  same as here.

18       Q.   Okay.  And it says, "forwarded transaction," and

19  then it gives the number of this ticket, to, and then

20  there is an email address which is pqwetxkjls@gmail.com.

21       A.   Yes.

22       Q.   And what do you understand that to mean?

23       A.   It -- most likely, it is the reference to the

24  ticket where the abuse team contacted the customer.

25       Q.   Okay.  And then if you look at the next page, you

1  will see there is a response, which is regarding the abuse

2  report to abuse@AS5577.net from King Servers.  Do you see

3  that?

4       A.   Yes.

5       Q.   And this says, "Hello.  This IP address is VPN

6  service.  We closed access user for our service."  Do you

7  see that?

8       A.   Yes.

9       Q.   Okay.  So that is the letter back from the --

10  that is the information back from your customer to you.

11  Correct?

12       A.   Let me see.  It seems like, yes.

13       Q.   Okay.  What does that mean?  "This IP address is

14  VPN service.  We closed access user for our service"?

15       A.   I don't know.  That's our customer reply.  I

16  don't know what does that mean.

17       Q.   Well, I know, but you know what the words mean.

18  What does it mean that this IP address is VPN server?

19  What do those words mean?

20       A.   I don't know.  I can't -- I don't want to

21  speculate.  That is not my reply.  That is the private

22  customer.

23       Q.   Well, but words have meaning.  Right.  And you're

24  capable of educing them.  And frankly, these don't make

25  any sense to me, as a person who reads English.  Do they

 1  make sense to you?

 2           MR. FRAY-WITZER:  Objection.

 3           You can answer.

 4           THE WITNESS:  I can read them.

 5  BY MS. BOLGER:

 6      Q.   Right.  Does it make sense to you?

 7      A.   The words, like, make some sense.  I don't know.

 8      Q.   Is there something in that sentence that makes

 9  you think, "Oh, well, that's why they are habitually

10  scanning.  It is okay."

11           Or does this -- how does this relate to the

12  actual alleged abuse?

13      A.   Again, I don't want to speculate, but that's most

14  likely -- that is not -- the company who we contacted was

15  not our end user.  They run the VPN service, and their end

16  user do the scanning, and they closed it, the end user.

17  That is how it looks to me, but I don't know what this

18  means.

19      Q.   Do you know what King Servers is?

20      A.   I heard this name, yes.

21      Q.   And in what context did you hear this name?

22      A.   I heard this name in the context of some -- some

23  claims about they do something wrong, like hacking or

24  something like that.

25      Q.   Wait.  They hacked.  They were actually

1   specifically accused of trying to --

2        A.   Trying to --

3        Q.   Hack the Arizona and Illinois election systems --

4        A.   Yes.  I heard that, probably.

5        Q.   -- by scanning them for vulnerabilities?

6        A.   I don't know.

7        Q.   And that's --

8        A.   It is not possible to hack by scanning.

9        Q.   You have to figure out the vulnerabilities before

10  you can hack something, don't you?

11           MR. FRAY-WITZER:  Objection.

12           THE WITNESS:  I don't know.  I am not a hacker.

13  BY MS. BOLGER:

14       Q.   And Vladimir Fomenko was the head of King

15  Servers, right?

16       A.   I don't know.

17       Q.   You have never heard of the name Vladimir

18  Fomenko?

19       A.   No.

20       Q.   Okay.  I am going to ask you to look at another

21  one -- sorry.  Do you know what happened to this abuse

22  ticket, what was the result of this abuse ticket?

23       A.   That was -- there was sufficient answer.  They

24  closed their end user.  That was sufficient answer.

25       Q.   So you all undertook no action -- no action as a

1  result?

2       A.    Our customer undertook action.

3       Q.    That is not my question.  XBT took no action?

4       A.    We took action.

5             MR. FRAY-WITZER:  Objection.

6             THE WITNESS:  We took action.

7       Q.    What is the action you took?

8       A.    We contacted our customer --

9       Q.    Okay.

10      A.    -- and asked them to resolve this particular

11  abuse.

12      Q.    Other than contacting your customer and asking

13  them to do something, you all did nothing, right?

14      A.    No, that is not true.

15      Q.    What did you do?

16      A.    We do everything to our capacity to resolve this

17  abuse.

18      Q.    What did you do, other than contact the customer

19  and get their response?

20      A.    We make sure that they respond to us and fix the

21  problem.

22      Q.    How did you make sure they fixed the problem?

23      A.    They responded to us.

24      Q.    So after they got the -- you got the email from

25  them, did XBT undertake any action?

1          MR. FRAY-WITZER:  Objection.

2          You can answer.

3          THE WITNESS:  We replied to the company who sent

4     original request about actions taken, yes.

5  BY MS. BOLGER:

6     Q.   What were the actions you took?

7     A.   We contacted our customer to resolve this

8  question.

9     Q.   You contacted your customer and asked them about

10 it, they resolved it, and you all took no action on your

11 end to these two IP address -- the three IP addresses

12 mentioned, right?

13    A.   No.

14    Q.   What did you do to those -- sorry.  Probably

15 because I asked a bad question, I'm not sure I understand

16 your answer, so I'm going to do it again.  In response to

17 this abuse ticket, did XBT undertake any action as to

18 these three IP addresses?

19    A.   Yes.

20    Q.   What was that?

21    A.   We reached to our customer and asked for the

22 action.

23    Q.   And that's it?

24    A.   Yes.

25    Q.   I am going to ask you to take a look at --

1          So do you know what Methbot was?

2     A.   I have read about this in the reports and in

3   newspapers.

4     Q.   Okay.  Can you tell me what it was?

5     A.   According to the report in newspapers, it was

6   some scam, advertisement scam -- advertisement scam,

7   something like that.

8     Q.   Okay.

9     A.   Not scam.  Fraud, fraud.

10     Q.   Okay.  And when did you first hear of the

11   Methbot?

12     A.   I believe in December 2016.

13     Q.   Okay.  Do you know when the Methbot fraud

14   actually occurred?

15     A.   No.

16     Q.   Okay.  If I represented to you it occurred in

17   mostly September and October of 2016, does that refresh

18   your memory?

19     A.   No.

20     Q.   Okay.  How did you first hear about the Methbot

21   fraud?

22     A.   I believe someone called me from the company -- I

23   was here in the United States, and someone called me that

24   to -- talking about that, and asking for the actions we

25   should take about that.

1      Q.    Who was the someone?

2      A.    It is either Alex or Nick.  I don't remember.  It

3 is one of these two persons, Aleksej or Nick Dvas.

4      Q.    I think that would be kind of a significant

5 conversation in your life and in your business, given what

6 the Methbot fraud was.  You don't remember who called you?

7           MR. FRAY-WITZER:  Objection.

8           THE WITNESS:  Yeah.

9 BY MS. BOLGER:

10      Q.    Okay.  So what did this mysterious person say?

11           MR. FRAY-WITZER:  Objection.

12           You can answer.

13           THE WITNESS:  That we had -- this kind of prob-

14      -- they sent me, they told me about this article,

15      asked me to read about this, and asked, like, what

16      action we should take.  And it was pretty surprised

17      it was happening.  I was shocked this was happening.

18      That's all I remember.

19 BY MS. BOLGER:

20      Q.    Okay.  So what did they tell you?  What was this

21 article?  What was it?  Do you remember?

22      A.    No. They tell me to read the article, and, like,

23 ask for further opinion or what we should do, like, they

24 was shocked about it.

25      Q.    So what they told you to read was the -- I am

1   going to ask -- I am going to hand you what was marked at

2   Mr. Mishra's deposition as Defendant's Exhibit 27.  I will

3   get you a copy in a second.

4          That's mine.

5          Sorry.  No, it's my fault.  I snatched,

6   Mr. Bezruchenko.  That was bad childhood manners.  I

7   apologize.  I mean, also bad grownup.

8   BY MS. BOLGER:

9      Q.   This is marked as Defendant's 27, which is a

10  document called "The Methbot Operation," published by

11  White Ops December 20, 2016.  And you have seen this

12  before, right?

13     A.   Let me briefly go through this.  It looks like

14  the document I have seen before, yes.

15     Q.   Okay.  And this document details the ad fraud,

16  and when it was published, it was also published with a

17  listing of URLs that were associated with the Methbot

18  operation; correct?

19     A.   I don't remember.

20     Q.   How did you -- so when -- when the mysterious

21  person called you to tell you about Methbot.  They told

22  you to read this article.  What did they say that was so

23  alarming?  What did they learn about XBT's involvement in

24  Methbot?

25     A.   That they were shocked that this customer is

 1  doing this activity.

 2      Q.   Okay.  What customer, doing what activity?

 3      A.   The customer's name was Alexander Zhukov.

 4      Q.   Okay.  And who is Mr. Zhukov?

 5      A.   A customer of ours.  Previous -- well, no, no.

 6  Not customer anymore.  But he was a customer of ours.

 7      Q.   And during that initial telephone call with

 8  whoever it was, did the person on the other end of the

 9  line tell you that it was Mr. Zhukov?

10      A.   I don't remember exactly what they tell me --

11      Q.   Okay.

12      A.   -- they told me.

13      Q.   They told you that XBT's networks were involved

14  in what was a massive ad fraud, right?

15      A.   No.

16      Q.   What did they say?

17      A.   I don't remember.

18      Q.   Mr. Bezruchenko, with respect, if you are getting

19  a telephone call by your business partners telling you

20  that the thing you do for a living was just involved in a

21  massive ad fraud, I submit you should remember that

22  telephone conversation.  So let's try again.  How did you

23  first hear about Methbot?

24           MR. FRAY-WITZER:  Objection.

25           THE WITNESS:  Through -- through conversation

1       with one of my colleagues.

2  BY MS. BOLGER:

3       Q.   And what did they say in that conversation?

4       A.   That they seen the publication about our

5  customer, who is alleged some illegal activity.

6       Q.   Okay.  During that initial telephone call, they

7  specifically said it was your customer who was alleged to

8  do the activity?

9       A.   I don't remember exactly.

10      Q.   What did they tell -- what else did they tell you

11  on that telephone call?

12      A.   At least to read this article, and they asked how

13  to act on it.

14      Q.   Okay.  So what happened next?

15      A.   I believe the -- that we immediately disconnected

16  the customer, and contacted him asking explain himself.

17      Q.   How did you know what customer it was?

18      A.   We found the IP addresses.

19      Q.   Okay.  Who found the IP addresses?

20      A.   I believe I do, or Nick Dvas.  Who, I don't

21  remember.

22      Q.   How did you go about finding the IP addresses?

23      A.   They were published on the same website where

24  these documents were published.

25      Q.   Do you regularly read White Ops reports?

1      A.   No.

2      Q.   Does either of your phantom telephone callers,

3  does Mr. Dvas read White Ops reports?

4      A.   I don't know.

5      Q.   Does Mr. Gubarev read White Ops reports?

6          MR. FRAY-WITZER:  Objection.

7          THE WITNESS:  I don't know.

8  BY MS. BOLGER:

9      Q.   How did they come to know about this document?

10     A.   From the news, as far as I know.  From the

11 publication in the news.

12     Q.   Who made the connection between the White Ops

13 report and XBT?

14         MR. FRAY-WITZER:  Objection.  You can answer.

15         THE WITNESS:  I believe I do.  I found the IP

16     addresses, I believe I do that.

17 BY MS. BOLGER:

18     Q.   But I thought you said you didn't know about the

19 White Ops report -- sorry.  I thought you said you didn't

20 know about Methbot until you got a telephone call telling

21 you that XBT was involved?

22     A.   They told me that XBT was involved in that, yes.

23 But I don't remember, that I do, or somebody else do --

24 found this.  Maybe -- maybe Nick Dvas.  I told you

25 previously maybe Nick Dvas make it.  I don't remember.

1      Q.   Okay.  So when you got off the telephone call,

2  you went and you looked, and you traced down the IP

3  addresses that were yours.  And what happened next?

4      A.   As far as I remember, we contacted -- we

5  disconnect the customer and contacted with him to explain

6  himself.

7      Q.   How soon after you found out about the Methbot

8  fraud being perpetrated on your servers did you contact

9  the customer?

10          MR. FRAY-WITZER:  Objection.

11          You can answer.

12          THE WITNESS:  I don't remember exactly.

13  BY MS. BOLGER:

14      Q.   How many IP addresses of yours were involved in

15  it?

16      A.   I don't remember.

17      Q.   Okay.  Can I have -- do you remember which

18  subsidiary the IP addresses were associated with?

19      A.   I only remember that the customer brings a lot of

20  his own IP addresses.  That was the case.  And he may use

21  some of ours, but I don't remember how many and which

22  subsidiary.  He was -- yeah.

23      Q.   I don't understand.  What do you mean, brought

24  his own IP addresses?

25      A.   There is a list of IP addresses you have for the

1   -- our companies, and the customers may bring his own IP

2   addresses.

3        Q.    And use your servers with his own IP address?

4        A.    Yes.

5        Q.    So are you saying that this customer not only

6   used IP addresses that belonged to XBT, but also used

7   XBT's servers to generate his own IP addresses.

8        A.    Not XBT.

9        Q.    What entity?

10       A.    I believe it was at least -- it was two

11  companies, Webzilla and Servers.com.

12       Q.    Okay.  So he used IP addresses that belonged to

13  Webzilla and Servers.com, and then he also brought his own

14  IP addresses to servers owned by Webzilla and Servers.com

15  and perpetrated the fraud that way too?  Is that what you

16  just said?

17            MR. FRAY-WITZER:  Objection.

18            You can answer.

19            THE WITNESS:  I am not sure if servers were owned

20       by us.  I don't know the financial status of the

21       servers.  But they --

22  BY MS. BOLGER:

23       Q.    -- leased from you?

24       A.    He bring his own IP addresses to use on these

25  servers.  That is the answer.

 1      Q.   And by "these servers," you mean Webzilla and

 2   servers?

 3      A.   Servers.com, exact.

 4      Q.   Got you.

 5           So I am going to ask you to look at Defendant's

 6   Exhibit 14.

 7      (Exhibit No. 14 was marked for Identification.)

 8   BY MS. BOLGER:

 9      Q.   For the record, this is a document given the

10   Bates number PT1764, which is an e-mail from C. Taylor to

11   dvas@servers.com.

12           Who is C. Taylor?

13      A.   Cameron Taylor is our on-site employee in the

14   Dallas data center.

15      Q.   You'll see the text of the message says:  "Hello,

16   please remove drives from servers and match each of them

17   with the server name from which they've been removed,

18   store them, and make sure under no circumstances they are

19   used in other servers or information on them is damaged in

20   any other way."

21           Do you see that?

22      A.   Yes.

23      Q.   Okay.  And are those the drives from the servers

24   that were involved in the Methbot fraud?

25      A.   I don't remember.  It's on this -- some IT, so I

 1   don't remember.

 2       Q.   Okay.  Well, the Xbot -- sorry, the White Ops

 3   report was released on December 20, 2016.  This is dated

 4   December 21, 2016.

 5           Does that refresh your memory that those are the

 6   servers used for the Methbot fraud?

 7       A.   No.

 8       Q.   Okay.

 9       A.   I don't remember.

10       Q.   Okay.  Do you still have these servers?

11       A.   We do have servers.

12       Q.   Do you have these servers?

13       A.   I don't know.  We have all servers.  Probably we

14   have all servers, yes.

15       Q.   Did you -- this -- did you all maintain these

16   servers, because it says "Make sure under no circumstances

17   they are used in other servers or information on them is

18   damaged in any other way"?

19           MR. FRAY-WITZER:  Objection.

20           THE WITNESS:  It says "drives."

21           MS. BOLGER:  You're right.  I apologize.

22   BY MS. BOLGER:

23       Q.   Do you all still have these drives maintained

24   somewhere?

25       A.   I'm pretty sure, yes.

 1      Q.   Where?

 2      A.   In Dallas data center.

 3      Q.   And these are the drives that were used for the

 4  Methbot fraud?

 5           MR. FRAY-WITZER:  Objection.

 6           THE WITNESS:  I don't know.  I don't see that.

 7  BY MS. BOLGER:

 8      Q.   Okay.  Well, it's the day after the Methbot

 9  report is released, right?

10      A.   I don't know.  I don't remember when it was

11  released.

12      Q.   Did you, in fact, preserve the drives used in the

13  Methbot fraud?

14      A.   Yes.

15      Q.   And did you, in fact, keep them in Dallas?

16      A.   Yes.

17      Q.   And are they still in Dallas?

18      A.   Yes.

19      Q.   Okay.  Other than connecting -- other than

20  researching the IP addresses and identifying the customer,

21  and you said shutting down the IP addresses, what else did

22  you do in response to the Methbot report?

23      A.   We -- can you repeat your question?

24      Q.   Sure.

25           What else did you do in response to the White Ops

 1  report about Methbot?

 2      A.   We shut down customer.

 3      Q.   Okay.

 4      A.   We preserved our hard drives, and we later

 5  cancelled -- terminated the service of the customer

 6  because he -- we got no response for our request to

 7  customer to explain himself.

 8      Q.   Okay.  Who made the request to the customer?

 9      A.   I believe it was either Nick or abuse team,

10  because I wasn't -- I was away from the office at that

11  time, in the U.S.

12      Q.   What were you doing in the U.S.?

13      A.   I was setting up the facility in Virginia.

14      Q.   Okay.  So you were in the United States for your

15  job; you weren't here on vacation?

16      A.   Yeah.

17      Q.   Other than that initial conversation with whoever

18  it was that told you about the Methbot fraud, did you have

19  other conversations about the Methbot fraud?

20      A.   I don't remember.

21      Q.   You don't remember that you had them, or you

22  think you didn't have them?

23      A.   I don't remember in general.  I don't remember.

24      Q.   But you do remember cutting off Mr. Zhukov?

25      A.   Yes.

1      Q.   Who was Mr. Zhukov?

2      A.   Our customer.

3      Q.   And you knew him personally, right?

4      A.   Yes.

5      Q.   How did you know him?

6      A.   I met him on the concert, musical band concert.

7      Q.   Fozzy?

8      A.   No.

9      Q.   Where did you -- in -- where was the concert?

10     A.   Cyprus.

11     Q.   And what did you know about Mr. Zhukov?

12     A.   Very briefly, I knew that he's doing some

13 advertisement company, like, have some AD company.

14          THE COURT REPORTER:  AD?

15          THE WITNESS:  Yes, advertisement.

16 BY MS. BOLGER:

17     Q.   What kind of company?  I'm sorry.

18     A.   Advertisement.

19     Q.   Advertisement company?

20     A.   Advertisement, yes.

21     Q.   What else did you know about him?

22     A.   It's a general question.  I know his full name is

23 Alexander Zhukov.

24     Q.   Well, I know that.

25          But what else did you know about him?  That's not

1   too general a question.  What else did you know about him?

2        A.   He's a male.  I don't know.

3             Can you be more specific.

4        Q.   Would you give me a nonsmartass answer?

5             What did you know about him?

6             MR. FRAY-WITZER:  Objection.

7   BY MS. BOLGER:

8        Q.   Did you know where he lived?

9        A.   No.

10       Q.   Did you know what he did for a living?

11       A.   I knew he runs this company.  That's all I know.

12       Q.   That's all you knew?

13       A.   Yes.

14       Q.   Okay.  I'm going to -- would it surprise you if I

15  told you that Mr. Gubarev said that he knew Mr. Zhukov

16  personally, and that Mr. Zhukov came to Cyprus several

17  times?

18            MR. FRAY-WITZER:  Objection.

19            You can answer.

20            THE WITNESS:  I don't know.

21  BY MS. BOLGER:

22       Q.   And that he'd been in your offices?

23            MR. FRAY-WITZER:  Objection.

24            THE WITNESS:  I don't know.  I never met him in

25       our offices.

1  BY MS. BOLGER:

2      Q.   No?

3           Is Mr. Zhukov the same Mr. Zhukov who is a member

4  of the Duma?

5           MR. FRAY-WITZER:  Objection.

6           THE WITNESS:  I have no idea.

7  BY MS. BOLGER:

8      Q.   Why did you laugh?

9      A.   You want an honest answer?

10     Q.   Yeah, I do.

11     A.   The real answer?

12     Q.   I want an answer, yeah.

13     A.   Because that's -- you're trying to push an idea

14 that he's a Russian.  And that's --

15     Q.   Well, his name is Zhukov.  I thought he was -- is

16 he not Russian?

17     A.   I don't know.

18     Q.   Was your customer named Alexander Zhukov not

19 Russian?

20     A.   I don't know.

21     Q.   You met him personally?

22     A.   Yes.

23     Q.   What language did you talk to him in?

24     A.   Russian.

25     Q.   How shocking of me, then, to think he was

1  Russian.

2      A.    I'm -- I'm --

3            MR. FRAY-WITZER:  Objection.

4            There is no question.

5  BY MS. BOLGER:

6      Q.    Okay.  I'm going to ask you to take a look at a

7  document that's marked MB9.

8      (Exhibit No. MB9 was marked for Identification.)

9            MS. BOLGER:  You know what, I'm missing

10      something.

11           Can we just go off the record real quick while I

12      look for something?

13           MR. FRAY-WITZER:  Sure.

14           THE VIDEOGRAPHER:  Off the video record at

15      3:30 P.M.

16           (Whereupon, there was a recess, after which the

17      following proceedings were had:)

18           THE VIDEOGRAPHER:  Stand by.

19           Back on the video record at 3:32 P.M.

20  BY MS. BOLGER:

21      Q.    Were you the person who discovered that the name

22  of the client was Zhukov?

23      A.    Most likely, no.  No, I don't remember.

24      Q.    Did you talk to him?

25      A.    Who?

1      Q.   Mr. Zhukov.

2      A.   I had talked to him in my life, yes.

3      Q.   No.  Did you talk to him when you discovered that

4  he was the perpetrator of the Methbot fraud?

5      A.   I didn't talk to him.

6      Q.   Did someone else talk to him?

7      A.   I don't know.

8      Q.   Did you make efforts to talk to him?  Did you,

9  personally?  I don't mean XBT.  I mean you.

10      A.   No.

11      Q.   No?

12           Who did?

13      A.   I don't know.

14      Q.   How much server space of yours was being used by

15  the perpetrator of the Methbot fraud?

16      A.   I believe around 1,000, 1,000-plus.

17      Q.   That's a lot, right?

18      A.   I don't know.

19      Q.   You don't know if that's a lot of server space,

20  but it's what you do for a living, right?  What you do for

21  a living as the CTO of a company that providers servers,

22  right?

23      A.   Yes.

24      Q.   Okay.  Do a lot of your client take up thousands

25  of servers?

1        A.    We have some customers.

2        Q.    Are they big customers?

3        A.    Just customers.

4        Q.    Do most of your customers take up thousands of

5   servers?

6        A.    I don't know.

7        Q.    This is what you do for a living, right?  But you

8   don't know the answer to that question.

9              MR. FRAY-WITZER:  Objection.

10             You can answer.

11             THE WITNESS:  I may know, yeah.  I don't know all

12        of the customers.

13   BY MS. BOLGER:

14       Q.    How much was he paying you all per month?

15       A.    As far as I remember, on December, it was around

16   $200,000 a month.

17       Q.    Okay.  In fact, he was using so much server space

18   that you all had to lease -- you were also leasing servers

19   to provide him server space, right?

20             MR. FRAY-WITZER:  Objection.

21             You can answer.

22             THE WITNESS:  That's what we generally do.  We

23        lease servers.

24   BY MS. BOLGER:

25       Q.    Okay.  So when the -- when you had to turn off

1 the servers because of the Methbot fraud, not only did you

2 lose the income, but you had to pay the rent on the

3 servers, right?

4      A.   No --

5      Q.   The lease on the servers?

6      A.   Yeah, we still had to pay lease, but I don't know

7 about income.  We still have to pay lease, yes.

8      Q.   So how big of a total loss was it for the

9 company?

10      A.   I don't know.

11      Q.   How many IP addresses did he have?

12      A.   If I recollect correctly, it was hundreds of

13 thousands.  Hundreds of thousands.

14      Q.   All right.  Did you all report him to law

15 enforcement?

16      A.   No.

17      Q.   Why not?

18      A.   I discussed it with our attorney.  I asked for --

19           MR. FRAY-WITZER:  No, you are not to discuss

20      anything that you discussed with any of your

21      attorneys.

22           THE WITNESS:  Okay.

23 BY MS. BOLGER:

24      Q.   Other than what you talked about with your

25 attorney, and I'm not seeking to intrude on that, what did

1  you -- why did you not report him to the FBI?

2       A.   Because he was alleged only.  Like, it doesn't

3  mean he do something wrong.

4       Q.   Okay.

5       A.   Not -- none of the law enforcement agencies

6  contacted us.  No one at all contacted us about that.

7            Actually, I had only one contact about that, and

8  it was from some researcher asking for more information,

9  and I provided it.  But no one contacted us about that.

10            So why I should believe that --

11       Q.   As you sit here, do you believe that the person

12  who ran those IP addresses on your servers did not conduct

13  the Methbot fraud?

14            MR. FRAY-WITZER:  Objection.

15            THE WITNESS:  I don't know.

16  BY MS. BOLGER:

17       Q.   You don't know whether or not he was involved in

18  the Methbot fraud?

19       A.   That's right, I don't know.

20       Q.   What is your basis for doubting it?

21            MR. FRAY-WITZER:  Objection.

22            THE WITNESS:  If article says that it's a fraud,

23       and it's huge, there is -- law enforcement should

24       contact us about that.  That's -- that's always

25       happens, probably.  Like the fraud.  No one reached

1        us.  That's -- that's not --

2    BY MS. BOLGER:

3        Q.   Mr. Zhukov lives in the United States?

4        A.   I don't know.

5        Q.   Was there any due diligence done in screening Mr.

6    Zhukov to be your client?

7        A.   I believe there was extensive due diligence done

8    because of the amount of the servers.

9        Q.   Who did that due diligence?

10       A.   I believe the person who was involved in getting

11   this customer.

12       Q.   Who was that?

13       A.   I believe it was Aleksej Gubarev.

14       Q.   Do you know what that diligence was?

15       A.   Like, a couple of in-person meetings and most

16   likely, getting -- we got his documents copied and created

17   a card system, like that -- I don't know --

18            THE COURT REPORTER:  Created?

19            THE WITNESS:  Created a card company.

20   BY MS. BOLGER:

21       Q.   And Alex's due diligence was done because he was

22   a big customer, right?

23       A.   No, I don't know.

24       Q.   Well, you just said it.  You just said that

25   because of the size of -- I can't remember what your exact

1  words were, even the number of servers, the amount of

2  money, that's why you believe Mr. Gubarev did that big

3  diligence, is what you just said.  Right?

4            MR. FRAY-WITZER:  Objection.

5            THE WITNESS:  That's -- I believe, yes.

6  BY MS. BOLGER:

7      Q.   So he was a big customer?

8      A.   I don't know.

9      Q.   Is there a due diligence file on Mr. Zhukov at

10 XBT?

11     A.   I don't know.

12     Q.   Was there any kind of internal investigation into

13 how this was allowed to happen on XBT servers?

14           MR. FRAY-WITZER:  Objection.

15           You can answer.

16           THE WITNESS:  Yes.  To some sort -- some sort of

17      investigation, yes.

18 BY MS. BOLGER:

19     Q.   And what was that?

20     A.   We -- we oversee that if there was any abuse, if

21 we may have received any request about his activities, and

22 that's all.

23     Q.   And were there abuse notifications about those IP

24 addresses?

25     A.   No, no.

1      Q.   Well that's -- that's not true.

2      A.   It's true.

3      Q.   Are you aware that you produced those

4   notifications related to those IP addresses in this

5   litigation?

6      A.   No, no.

7      Q.   Is it your position, as you sit here today, that

8   XBT received no abuse notifications relevant to the

9   Methbot fraud?

10      A.   Yes.  To my knowledge, yes.

11           MR. FRAY-WITZER:  Objection.

12   BY MS. BOLGER:

13      Q.   Who else would know that?  Did you look?

14      A.   Yeah, I believe we looked into that.

15      Q.   Who looked?

16      A.   I believe I looked.

17      Q.   When?

18      A.   At some time after this happens.

19      Q.   So, sorry, it's your testimony, as you sit here

20   today, under oath, that after you found out about the Meth

21   report, you personally looked for abuse notifications

22   related to the Methbot fraud and found none?

23      A.   Yes.

24           MR. FRAY-WITZER:  Objection.

25   BY MS. BOLGER:

1     Q.    Are you testifying that you found no abuse

2    notifications related to that server -- sorry, that IP

3    address during that time period?

4     A.    Which IP address?

5     Q.    The IP addresses used in the Methbot fraud.

6     A.    To my knowledge, we have received no abuse

7    notification about that.

8     Q.    Right.

9           I'm trying to make a distinction.  I'm trying to

10   understand you, because I think you're wrong.

11          Are you telling me that you received no abuse

12   notifications relevant to those IP addresses used in the

13   Methbot fraud while the Methbot fraud was being conducted?

14          MR. FRAY-WITZER:  Objection.

15          You can answer.

16          THE WITNESS:  To my knowledge, we received no

17      notification about any activities from that customer.

18   BY MS. BOLGER:

19    Q.    Yeah, I can't tell if you're making distinctions.

20          Are you saying there were no abuse notifications,

21   period, or that there were no abuse notifications that you

22   think are relevant to the fraud?

23    A.    There was no notifications I was able to find

24   relevant to this customer.

25    Q.    How did you look for the customer?

1       A.   By his contact e-mail address.

2       Q.   So you didn't look for IP notifications based on

3  the IP addresses in the White Ops report?

4       A.   If we received -- no, no.

5       Q.   Why not?

6       A.   Because procedures we have.

7       Q.   What does that mean?

8       A.   This means, when we get abuse notification, we

9  are sending request to the customer.  So if I don't have a

10  request towards the customer, this means there is no

11  incoming request.  So that's as simple as that.

12      Q.   You don't get abuse notifications based on the

13  name of your customer.  You get abuse notifications based

14  on your IP address.

15           MR. FRAY-WITZER:  Objection.

16           THE WITNESS:  Yes.

17  BY MS. BOLGER:

18      Q.   Right?

19      A.   Sometimes it's IP address, sometimes the domain

20  names.  Yeah, we get abuse notifications.

21           THE COURT REPORTER:  Domain names?

22           THE WITNESS:  Domain names, yeah.

23  BY MS. BOLGER:

24      Q.   Right.

25           So if you wanted to find out if there were any

 1  abuse notifications relevant to the Methbot fraud, as an

 2  internal investigation --

 3       A.   Yes.

 4       Q.   -- you are telling me you did not look at the IP

 5  addresses relevant to the Methbot fraud?

 6       A.   No.

 7            MR. FRAY-WITZER:  Objection.

 8  BY MS. BOLGER:

 9       Q.   No, you're not telling me that, or no, you didn't

10  look?

11       A.   I didn't look.

12       Q.   Did anybody else look?

13       A.   I don't know.

14       Q.   Who would know?

15       A.   I don't know.

16       Q.   Who would know?

17       A.   I don't know.

18       Q.   That's not -- that's impossible.  You're the CTO

19  of a company whose servers were involved in a massive

20  fraud.  If you didn't do the investigating, who else would

21  have done the investigating?

22            MR. FRAY-WITZER:  Objection.

23            THE WITNESS:  I don't know.  I really don't know.

24  BY MS. BOLGER:

25       Q.   Doesn't it strike you as a little bit

 1  irresponsible?

 2          MR. FRAY-WITZER:  Objection.

 3          THE WITNESS:  I don't know.

 4  BY MS. BOLGER:

 5      Q.  It's not irresponsible to not know who

 6  investigated a massive fraud, as the CTO of your company?

 7          MR. FRAY-WITZER:  Objection.

 8          THE WITNESS:  I did my best to investigate it.

 9  BY MS. BOLGER:

10      Q.  What did you do, other than look up abuse

11  notifications using your customer's name?

12          MR. FRAY-WITZER:  Objection.

13          THE WITNESS:  I've looked for my customer name.

14      That's all.

15  BY MS. BOLGER:

16      Q.  That's the only investigation you did?

17      A.  Yes.

18      Q.  And did any --

19      A.  No.  Actually, I looked in Google also.  Tried to

20  Google if it was any appearances, but nothing else.  That

21  was two things, yes.

22      Q.  By name?

23      A.  Not by name.

24      Q.  What did you use in Google?

25      A.  IP address, blocks of the IP addresses.

1      Q.    Okay.  What Google program did you do that in?

2      A.    Google.  Just Google.

3      Q.    Regular Google search?

4      A.    Yes.

5      Q.    Why would that turn up evidence of abuse on your

6  servers?

7      A.    Maybe someone else discovered this before.  I

8  don't know.  I just looked what Internet knows about these

9  IP addresses.

10     Q.    Were you involved in discussions regarding how to

11 manage the publicity from the White Ops report?

12     A.    Not to my knowledge.

13     Q.    Did you ever have any conversation with Charles

14 Dolan about the White Ops report?

15     A.    No.

16     Q.    Are you aware that there came a time when your

17 colleagues decided that it would be best to try to

18 publically associate the Methbot fraud with Webzilla,

19 rather than Servers.com?

20           MR. FRAY-WITZER:  Objection.

21           You can answer.

22           THE WITNESS:  I saw that documents, but that's

23     only --

24           THE COURT REPORTER:  "That's only" --

25           THE WITNESS:  I saw the documents.

 1  BY MS. BOLGER:

 2      Q.    When did you see the documents?

 3      A.    Like, recently.

 4      Q.    In preparation for the lawsuit?

 5      A.    I think so.

 6      Q.    Were you involved in those discussions at the

 7  time they were happening?

 8      A.    I don't remember.  Probably I wasn't in U.S., so

 9  I was not involved.

10      Q.    Other than doing the investigation, as you just

11  described it, were you involved in any other of the

12  responses by XBT to the Methbot fraud?

13      A.    Can you repeat your question?

14      Q.    Sure.

15            Other than the investigation you described -- and

16  I'm using that term loosely -- were you involved in any

17  other response to the Methbot fraud?

18      A.    Alleged Methbot fraud, yes.

19      Q.    What's the answer?

20      A.    Not to my knowledge.

21      Q.    Did you all make any new policy -- any policy

22  changes based on the Methbot fraud?

23      A.    Absolutely.

24      Q.    And what were those?

25      A.    We -- we not allowing the customers -- we are

1  making hard time to the customers to bring their IP spaces

2  to our network.

3       Q.   Can you explain that to me?

4       A.   Yes.  We are making additional due diligence on

5  the reasons why the customer want to bring their IP space

6  into our network.

7       Q.   Okay.  What else?

8       A.   That's all.

9       Q.   How would that have prevented XBT's servers and

10  XBT's IP addresses from being used to perpetrate an ad

11  fraud?

12            MR. FRAY-WITZER:  Objection.

13            THE WITNESS:  I don't know.

14  BY MS. BOLGER:

15       Q.   Well, what was it designed to prevent, that

16  remediation?

17       A.   All we know is the customer used extensive IP

18  addresses, which it brings to do alleged fraud.  So that's

19  the only thing we know.  And we are protecting from this

20  thing.  That's only thing, piece of thing we know, and we

21  are protecting from this e-mail.  That's all.

22       Q.   Is it your testimony that the fraudster, the

23  alleged fraudster, used only his own IP addresses to

24  perpetuate the fraud, or do you know that some of them

25  were --

 1      A.    Some of them were our company IP addresses.

 2      Q.    Okay.  So the change you made to not -- or make

 3  it more difficult for customers to bring their own IP

 4  addresses doesn't address the fact that the customer used

 5  your own IP addresses, correct?

 6      A.    That's correct.

 7      Q.    Okay.  Other than the change you just discussed,

 8  did you make any other changes in response to the Methbot

 9  fraud?

10      A.    No.

11      Q.    Would you describe that as a KYC change?

12      A.    Yes.  We are asking customers to explain why they

13  need to have own IP space in our network.  All of the

14  reasons behind, all of the, like, technologists, they need

15  to use that for, so that's all.

16      Q.    Okay.  None of those changes would in any way

17  make it harder for a customer to perpetrate some kind of

18  fraud on your own IP addresses, right?

19      A.    What kind of fraud?

20      Q.    Any kind of fraud.

21      A.    I don't know.

22      Q.    Did you ever go back and vet existing clients

23  based on these new rules, these new KYC rules?

24      A.    Yes.

25      Q.    Which ones?

 1      A.    There was no other customers like that, having

 2    extent -- a lot of IP addresses, bring -- their only --

 3            THE COURT REPORTER:  I'm sorry.  "Their only" --

 4            THE WITNESS:  Their own IP addresses in our

 5      network.

 6    BY MS. BOLGER:

 7      Q.    You had no other customers that brought their own

 8    IP addresses to your network?

 9      A.    We had customers, but there was no customers who

10    bring that amount of IP addresses.  And we asked, like --

11    and there is no customers who have that amount of that IP

12    address in our network.

13      Q.    Because it's a big customer, right?

14      A.    No.  I don't know.

15      Q.    Did you block -- did you ever block the servers

16    he used by updating that -- by updating its firewall after

17    the Methbot report?

18      A.    Which firewall?

19      Q.    Did you ever update the firewall on the servers

20    used by the alleged fraudster after he came to be known of

21    the Methbot fraud?

22      A.    We don't have access to those servers.  It was

23    unmanaged.

24      Q.    Did you ever identify any malware left behind by

25    this allege fraudulent activity?

1        A.    Malware left behind where?

2        Q.    On the servers, on the drives on the servers,

3   that you preserved?

4        A.    No, we have no such authority.

5        Q.    What do you need authority for?

6              MR. FRAY-WITZER:  Objection.

7              THE WITNESS:  I mean, authority.  We don't have

8        authority to look onto the customer's data.

9   BY MS. BOLGER:

10       Q.    From whom did you need authority, the guy who

11  defrauded a bunch of people?  Is that who you're talking

12  about?

13             MR. FRAY-WITZER:  Objection.

14             THE WITNESS:  No.  You're talking about alleged

15       fraud.  That's right.

16  BY MS. BOLGER:

17       Q.    And you make no effort to try to isolate any

18  malware on the drives that you maintained in Dallas?

19             MR. FRAY-WITZER:  Objection.

20             THE WITNESS:  We have no authority to do that.

21  BY MS. BOLGER:

22       Q.    Did you ever check any AV logs for malicious

23  files that were found or scanned?

24       A.    Where?

25       Q.    On your servers.

1      A.   Can you be more specific?

2      Q.   No.  I'm wondering if you searched for any -- any

3  remnants of the fraud, any indicators of compromise after

4  you shut down the -- his access to the servers and

5  preserved the data?

6      A.   On which servers?

7      Q.   On your servers that you owned, or that you

8  lease.

9           Did you ever look for any indicators of

10 compromise related to the Methbot fraud?

11     A.   It's important to clarify, on which servers.  On

12 the customers' servers, or on the infrastructure servers?

13     Q.   Both.

14     A.   We don't do this on this infrastructure servers,

15 and we don't do this on customer servers.

16     Q.   Why was it so important to clarify if the answer

17 was the same for both?

18     A.   It --

19     Q.   Because you don't want to answer the question?

20     A.   No.

21     Q.   Did you update any patches in response to the

22 discovery of the Methbot fraud?

23     A.   No.

24     Q.   Did you update any security policies other than

25 Know Your Own Customer -- the KYC policy, as a result of

 1  the Methbot fraud?

 2        A.    No.

 3        Q.    Did you monitor your network traffic after the

 4  Methbot fraud to see if activity recommenced?

 5        A.    We are monitoring network at same capacity as

 6  before.

 7        Q.    Okay.  And you notified no governments or any --

 8  and no users about the fact that there had been this

 9  activity?

10        A.    No.

11        Q.    I'm going to ask you to take a look at

12  Exhibit 15.

13        (Exhibit No. 15 was marked for Identification.)

14  BY MS. BOLGER:

15        Q.    For the record, this is a document produced in

16  this litigation bearing Bates Number PT1714.

17              Have you seen this before?

18        A.    Let me read.

19        Q.    Um-hmm.

20        A.    No.

21        Q.    Okay.  Do you know what this is?

22        A.    It looks like an abuse notification.

23        Q.    Okay.  And if you look at the -- the top of

24  Page 1714, the first page, you'll see it's to

25  abuse@AS5577.net.

1            That says Root S.A., right?

2      A.    Yes.

3      Q.    Okay.  And if you read that first e-mail, it says

4  "I'd to like report that" -- "I'd like to report that from

5  that," and then gives an IP number, "that you are the

6  owner, tried to hack to our tracking system."

7            Do you see that?

8      A.    It's written here, yes.

9      Q.    Okay.  So in other words, this person is alleging

10 that that IP address is trying to hack their system.

11           Do you see that?

12     A.    I don't know.

13     Q.    What do you mean, you don't know?  Isn't that

14 what it says?

15     A.    I see the text, but I don't know what the person

16 means.

17     Q.    That's what it says, right?

18     A.    It's the text here, yes.

19     Q.    Right.

20           Well, again, words mean things, so that's what

21 those words mean, right?

22           MR. FRAY-WITZER:  Objection.

23           THE WITNESS:  I don't know what the meaning of

24     the person --

25 BY MS. BOLGER:

1    Q.   What do you think "trying to hack" means?  Tried

2 to hack?  Do you think that means they're -- think someone

3 is trying to hack them?

4    A.   It can be.

5    Q.   Okay.  If you got this abuse alert, what would

6 you think it said?

7         And you did get this abuse alert.  So when your

8 company got this abuse alert, what do you think that

9 conveyed to them?

10    A.   It may mean scanning, it may mean hacking, it may

11 mean anything else, like --

12    Q.   Well, if it didn't mean "hack," why would they

13 have used the word "hack"?

14         MR. FRAY-WITZER:  Objection.

15         THE WITNESS:  I don't know why they use word

16    "hack."

17 BY MS. BOLGER:

18    Q.   And when you read the word "hack," what do you

19 think that word means?

20    A.   I don't know.

21    Q.   You don't know what the word "hack" means?

22    A.   No, I don't know what the word "hack" means.

23    Q.   You don't know what the word "hack" means?

24    A.   No.

25    Q.   You're the CTO of a technology company, and

1   you're telling me that you don't know what the word "hack"

2   means?

3        A.   Yes.

4        Q.   Under oath?

5        A.   Yes.

6        Q.   That's preposterous, do you understand that?

7             MR. FRAY-WITZER:  Objection.

8   BY MS. BOLGER:

9        Q.   Okay.

10       A.   It's context again --

11            MR. FRAY-WITZER:  Objection.

12            There's no question.

13  BY MS. BOLGER:

14       Q.   No.  There's no context.

15            I'm asking you what the word "hack" means, and

16  you are telling me you do not know, correct?

17       A.   Yes.

18       Q.   Okay.  If you'll see down that this person who

19  was doing this thing that you can't possibly know what it

20  is, is again, you send another e-mail to King Servers.

21            Do you see that?

22       A.   Yes, I see it.

23       Q.   Okay.  And King Servers responds.  And you'll see

24  that's the same response you got to the other abuse

25  notifications, right?

1        A.    It look like the same, yeah.

2        Q.    Okay.  Can you tell from this e-mail exchange

3   what, if anything, XBT did in response to that e-mail?

4        A.    We reached out to the customer.

5        Q.    To King Servers, right.

6              And then you got that response.

7        A.    Yes, yes.  Wait, we reached back to the customer.

8        Q.    I'm sorry.

9              After you got the response from King Servers that

10  says the same thing as the other abuse report, what did

11  you all do next?

12       A.    We replied to the requester of this.

13       Q.    Where?  Where is that shown?

14       A.    I don't see it here.  That --

15       Q.    Do you know what actions were taken?

16       A.    Yeah.  We reached out to the customer.

17       Q.    And then once you got the answer from King

18  Services, you all closed the ticket?

19       A.    I'm not sure -- from here, it looks like yes, but

20  I'm not sure what happens.  There is some references --

21       Q.    You didn't -- there's nothing in here that

22  indicates you disabled that IP address, right?

23       A.    Yeah.  We got the response from the customer.  He

24  disabled this IP address.

25       Q.    No, he disabled his user.

1          I'm asking you a different question.

2     A.   No.

3     Q.   I'm saying, did XBT disable that IP address?

4     A.   No.

5     Q.   I know you don't know what the word "hack" means,

6  but why don't you try to tell me everything you know about

7  the hack of the DNC?

8     A.   I don't know anything about hack of DNC.

9     Q.   Is that because you don't believe there was a

10 hack of the Democratic National Committee?

11    A.   No, I just don't know anything about that --

12 don't know anything about that.

13    Q.   What does -- what do news reports say about the

14 hack of the Democratic National Convention -- Committee?

15         MR. FRAY-WITZER:  Objection.

16         THE WITNESS:  Which news report are you referring

17    to?

18 BY MS. BOLGER:

19    Q.   Any single news report.

20         What is American common knowledge about the

21 allegations regarding the hack of the Democratic National

22 Committee?

23         MR. FRAY-WITZER:  Objection.

24         Do you know what American common knowledge is?

25         THE WITNESS:  I don't know what American common

1      knowledge --

2   BY MS. BOLGER:

3      Q.   No, you also don't know what a hack is, so I

4   understand that this a very hard question for a CTO of a

5   technology company.

6           What do you know, from your reading generally,

7   happened to the IT system of the Democratic National

8   Committee leading up to the election of 2016?

9           MR. FRAY-WITZER:  Objection.

10           THE WITNESS:  I don't know.

11   BY MS. BOLGER:

12      Q.   It's your position, as you sit here, that you

13   have never heard that Republicans -- sorry.  That was a

14   Freudian slip.

15           That Russian State actors hacked the Democratic

16   National Committee?  No one's ever said that to you

17   before?

18           MR. FRAY-WITZER:  Objection, objection.

19           THE WITNESS:  I read it from news.

20   BY MS. BOLGER:

21      Q.   Okay.  What else have you read in the news about

22   it?

23      A.   I don't remember.

24      Q.   You're really going to stick with you don't

25   remember anything about the Democratic National Committee,

 1  as you're -- hack of the Democratic National Committee, as

 2  your testimony under oath?  That's what you're saying

 3  under oath?

 4              MR. FRAY-WITZER:  Objection.

 5  BY MS. BOLGER:

 6      Q.   Do you know, for example, that it was a

 7  spear-phishing attack?

 8      A.   No.

 9      Q.   Do you know who Guccifer is?

10      A.   No.

11      Q.   Do you know the name John Podesta?

12      A.   Yes.

13      Q.   What do you know about John Podesta?

14      A.   He's some guy related to some party in U.S.

15      Q.   What?

16      A.   He's -- that's a name of the person who is

17  related to some U.S. party.

18      Q.   I thought you said "park," and I was very

19  confused.

20      A.   Party.  No, party, party.

21      Q.   Okay.  So you say you don't know who Guccifer is?

22      A.   No.

23      Q.   Okay.  Do you know what AS-28 is?

24      A.   AS?

25      Q.   28?

1        A.    AS-28, no.

2        Q.    Do you know what the Grizzly Steppe Report is?

3        A.    Yes.

4        Q.    What is the Grizzly Steppe Report?

5        A.    That was report from Guy Ches, if I remember

6    correctly, regarding the -- some malicious activity

7    targeting various U.S. organizations.

8        Q.    And when did you come to know of the Grizzly

9    Steppe Report?

10        A.    Somewhere mid 2017.

11        Q.    Somewhere mid 2017?

12        A.    Somewhere mid 2017, yes.

13        Q.    And what did you come know about the Grizzly

14    Steppe Report?

15        A.    Can you explain the question?  What do you mean?

16            (Discussion off the record between witness and

17    interpreter.)

18        Q.    What do you know about the Grizzly Steppe Report?

19            (Discussion off the record between witness and

20    interpreter.)

21            THE WITNESS:  Oh, that's clear.  No.  That's -- I

22    know that there was some suspicious, malicious activity

23    targeting various U.S. organizations, and there was --

24    some Root S.A. IP addresses was in the report.

25    BY MS. BOLGER:

1       Q.    Who told you about the Grizzly Steppe Report?

2       A.    We discussed that before.

3       Q.    Before your conversations with your attorneys,

4  had you ever heard of the Grizzly Steppe Report?

5       A.    No.

6       Q.    What is the alleged defamatory allegation that

7  forms the basis of this lawsuit?

8       A.    Can you explain what is --

9       Q.    I'm asking you to.

10            Your company is suing Buzzfeed, right?

11      A.    Yes.

12      Q.    For quite literally hundreds of millions of

13  dollars, right?

14      A.    Yes.

15      Q.    Okay.  What is the thing that you think Buzzfeed

16  said about you all that causes this lawsuit?

17      A.    They say -- they lie -- lie about us.

18      Q.    What do they say?

19      A.    That's Aleksej Gubarev and XBT Webzilla hacked

20  Democratic National Committee.

21      Q.    That's the central defamatory allegation in the

22  complaint, right?  That's what you claim caused you

23  hundreds of millions of dollars of damage, right?

24            MR. FRAY-WITZER:  Objection.

25            You can answer.

 1            THE WITNESS:  That's what I say.

 2  BY MS. BOLGER:

 3     Q.   Okay.  But even though you're seeking hundreds of

 4  millions of dollars in damages, you never asked around

 5  about the hack of the DNC?

 6            MR. FRAY-WITZER:  Objection.

 7            THE WITNESS:  I didn't say that.

 8  BY MS. BOLGER:

 9     Q.   Well, you told me you didn't know anything about

10  it.

11     A.   You didn't ask me about -- you asked, have I

12  heard about this?  Yes, I heard.  I read from the

13  newspapers.  I heard this, yes.

14     Q.   Tell me everything you know about the hack of the

15  DNC.

16            MR. FRAY-WITZER:  Objection.

17            You can answer.

18            THE WITNESS:  Everything I know about the hack of

19     the DNC?

20  BY MS. BOLGER:

21     Q.   Yes.

22     A.   Alleged hack of DNC.

23     Q.   Tell me everything you know about it.

24     A.   There was -- the DNC says they were hacked, and

25  their e-mails were leaked, and they have one company named

1  CrowdStrike who assessed their servers and found that it

2  was hacked by some Russians.

3      Q.   What else do you know?

4      A.   I don't know.  That's probably all.

5      Q.   But you never read the Grizzly Steppe Report

6  before 2017?

7      A.   Never.

8      Q.   Had you heard of the Grizzly Steppe Report before

9  2017?

10     A.   No.

11     Q.   Okay.  I'm going to ask you to take a look at the

12 Grizzly Steppe Report.

13          I'm handing you Defendant's Exhibit 16, which is

14 the Grizzly Steppe Report.

15     (Exhibit No. 16 was marked for Identification.)

16 BY MS. BOLGER:

17     Q.   And you have read this, yes?

18     A.   It looks like that document I read, yes.

19     Q.   Okay.  Which you read for the first time after --

20 I was wrong about AS-29 and AS-28.  I apologize.

21          They're APT29, right?

22     A.   Yes.

23     Q.   Have you heard of APT29?

24     A.   Well, from the report probably, or from the

25 hacking of the Democratic National Committee.

1      Q.   Okay.  Do you remember, like, five minutes ago,

2  you told me nothing?

3      A.   I --

4      Q.   That you knew nothing -- you knew nothing about

5  the hack of the Democratic National Committee.  That's how

6  you started.

7           First, you started with, you didn't know what the

8  word "hack" meant.  Then, you started with, you didn't

9  know anything about the hack of the Democratic National

10 Committee.

11     A.   No.

12     Q.   And now, you do know who APT28 and 29 are?

13     A.   No.

14     Q.   So who are APT29?

15          MR. FRAY-WITZER:  Objection.

16          THE WITNESS:  I don't know.

17 BY MS. BOLGER:

18     Q.   You don't know who APT29 is?

19     A.   No.

20     Q.   You forgot from 30 seconds ago?

21     A.   I never forgot.

22     Q.   Who's APT28?

23     A.   I don't know.

24          MR. FRAY-WITZER:  Objection.

25 BY MS. BOLGER:

1      Q.    Okay.  After you read this report and were told

2   that, as is the case, 13 addresses associated with Root

3   S.A. were in this report, what did you do?

4      A.    I have contacted CEO of Root S.A., Marc

5   Goederich.

6      Q.    How did you react when you heard that 13 IP

7   addresses from Root S.A. were listed on the Grizzly Steppe

8   Report?

9            MR. FRAY-WITZER:  Objection.

10           THE WITNESS:  How I'd react?

11  BY MS. BOLGER:

12     Q.    How did you react?

13     A.    Well, I was quite angry.

14     Q.    Angry.  Why angry?

15     A.    Because that -- Marc knows about this report and

16  he didn't tell us.

17     Q.    No, before you talked to Marc.

18     A.    Before I talked to Marc --

19     Q.    Before you talked to Marc, when you first heard

20  about it --

21     A.    I was --

22     Q.    I understand it's from your lawyers, and I don't

23  want to know about the conversations.

24     A.    Yeah.

25     Q.    I want to know how you reacted to the news.

1      A.    I was -- I was surprised.

2      Q.    Were you concerned?

3      A.    Yes.

4      Q.    Okay.  What were you concerned about?

5      A.    That there's our IPs on this report.

6      Q.    Why were you concerned?

7      A.    Because this report says that these IPs have

8  malicious activities against various organizations in the

9  U.S.  It's pretty concerning.

10     Q.    Right.

11           So you reached out to Marc Goederich.

12           I'm going to hand you something marked

13  Defendant's Exhibit 17.

14           Take a look at it.  It's just a few pages.

15           (Exhibit 17 was marked for Identification.)

16  BY MS. BOLGER:

17     Q.    For the record, this is an e-mail exchange marked

18  PT08.

19           And you'll see, starting from the bottom to the

20  top, it's -- the first is an e-mail from you,

21  Mr. Bezruchenko, to Mr. Goederich, dated September 6,

22  2017, saying "Can you let me know if there's any request

23  in the years 25 through 2016, from local police, other EU,

24  U.S. law enforcement agencies regarding the following

25  IPs."

1          And then you -- you list the IPs.

2          These are the IPs in Grizzly Steppe, right?

3     A.   Yes.

4     Q.   Okay.  And it says "I'm wondering if someone had

5  visited data center to gain access to those servers, copy

6  data, and install any wiretap devices to listen to

7  Internet data towards this servers, et cetera."

8          Do you see that?

9     A.   Yes.

10    Q.   Why were you wondering that?

11    A.   Because I know if -- I would like to know if

12  there's any illegal proceedings going on against this IP

13  addresses.

14    Q.   Okay.  So you're asking him to specifically look

15  into law enforcement requests, but not to investigate the

16  activity on the IP addresses themselves, right?

17    A.   I believe I requested this later, during the

18  conversation later.

19    Q.   But it's not this in e-mail, right?

20    A.   Not in this e-mail.

21    Q.   So the very first thing when do you hear about

22  these e-mail addresses -- the listing of these IP

23  addresses on the Grizzly Steppe Report, is reach out to

24  Mr. Goederich and say, "Hey, have we heard from law

25  enforcement."  Right?

1          MR. FRAY-WITZER:  Objection.

2          You can answer.

3          THE WITNESS:  Yes.

4   BY MS. BOLGER:

5      Q.   Okay.  So he responds, "Is this about the court

6   case against Buzzfeed?"

7          And then he says, "The request I found on my

8   e-mails was just an inquiry from our local secret police.

9   I believe it was from the IPs on the same as DHS list.  A

10  quick look at the traffic stats of the IPs revealed that

11  those IPs were either part of the Tor network or used as

12  proxy VPN services.  This Secret Service was not

13  interested to get more information."

14         And then it goes -- you say, "If you enter those

15  IPs in Google, you should still be able see which IPs were

16  part of Tor."

17         Do you see that?

18     A.   Yes.

19     Q.   So he's telling you to Google it, right?

20     A.   Yes.

21     Q.   Okay.  Can you tell me what it means, for the

22  record, that those IP addresses were either part of the

23  Tor network or used as proxy VPN service?

24     A.   I can -- so what I think, not what Marc wrote?

25     Q.   Well, those words have meaning.

1          What do they mean?  What does it mean to be part

2   of a Tor network?  What does it mean to be used as a proxy

3   VPN service?

4          I know your attorney has told you not to adopt

5   the reasoning of the e-mail, but I'm not telling you that.

6          I'm telling you, English words have meaning.

7   What do they mean?

8          MR. FRAY-WITZER:  Objection.  And, in fact, the

9      question is so bad, including assumptions about what

10      the attorneys said, that I'm going to ask you to

11      rephrase it.

12  BY MS. BOLGER:

13      Q.   And I'm going to deny it.

14          Read the question -- answer my question.

15          What do the words mean?

16      A.   My meaning of these words?

17      Q.   What do the words mean?  What do the words, "It's

18   part of the Tor network" mean?

19      A.   This means that these IPs is part of Tor network.

20      Q.   And what does that mean?

21      A.   They are in the -- they're part of the Tor

22   network.  That's what exactly this means.

23      Q.   What is the Tor network?

24      A.   It's called -- onion router.  It's anonymous

25   network.

1      Q.    Okay.  And what does it mean to be used as a

2  proxy VPN service?

3      A.    It means there is a VPN service on this IPs.

4      Q.    And what is a VPN service?

5      A.    Virtual private network service.

6      Q.    And what is a virtual private network service?

7      A.    It's the service -- it's a VPN, self-describing.

8  I can't describe it further.

9      Q.    Try.  What is a virtual private network?

10         If you need to explain the website to a jury, who

11  is going to see this tape, what would you say?

12         MR. FRAY-WITZER:  Objection.

13         THE WITNESS:  It's software to connect, which

14      someone can connect remotely and, like, get access to

15      the Internet services.

16  BY MS. BOLGER:

17      Q.    And when you read this sentence, what did it

18  communicate to you?  What did you understand it to mean?

19      A.    That this -- this IP was part of the Tor network

20  or VPN service.

21      Q.    And what does that mean?

22      A.    That there was Tor or VPN, like, you used on this

23  services, which is used by these IP addresses.

24      Q.    And what, practically, does that mean about the

25  use on this IP network?

1      A.   I don't know.

2      Q.   Does it mean that you can't trace it?  Is that

3  what it means?

4      A.   No.

5      Q.   What does it mean?

6      A.    It means that the IP address uses for Tor and

7  VPN.  There is no other meaning --

8      Q.   You'll agree with me that Mr. Goederich is

9  suggesting that somehow you shouldn't have to worry about

10  these IP addresses because they were part of the Tor

11  network or proxies or VPN network services, right?

12           MR. FRAY-WITZER:  Objection.

13           THE WITNESS:  No.

14  BY MS. BOLGER:

15      Q.   Well, he's suggesting that that's what made the

16  Secret Service go away.

17           Do you understand why that would be?

18      A.   I don't know.  I never talked to Secret Service.

19      Q.   Did you talk to Mr. Goederich about it?

20      A.   Yes.

21      Q.   What did you talk about?

22      A.   About this situation.

23      Q.   What did you say?

24      A.   Why he didn't report it back to us.

25      Q.   What did he say back to you?

1      A.    That he believed as Secret Service is not

2  interested, it's not important.

3      Q.    And what did you say in response to that?

4      A.    I'm not sure if I can use this word.

5      Q.    I'd like to know what it was.

6      A.    I said he is a jerk.

7      Q.    That's your -- that's the worst word you called

8  him?

9      A.    Yes.  I called him a jerk, yes.

10      Q.    Okay.  And what else did you say?

11      A.    Like, that he should report it to us anyway.

12  That his understanding if it's important or not is not

13  important; that he should report these cases to us anyway.

14      Q.    That the Buzzfeed case was important to you, and

15  he should have told you?

16      A.    No, the DHS report was important.

17      Q.    And what did he say in response?

18      A.    I don't remember.

19      Q.    Did you ask him who the customers were?

20      A.    Yes.

21      Q.    And who were they?

22      A.    There was various persons, organizations.  I

23  don't remember.

24      Q.    You don't remember the names of the customers who

25  were listed on the DHS Grizzly Steppe Report?

1          MR. FRAY-WITZER:  Objection.

2          THE WITNESS:  I don't think there is any

3     customers listed on the DHS report.

4  BY MS. BOLGER:

5     Q.   The IP addresses of your customers were listed on

6  the DHS report.

7     A.   I don't remember the customer names.

8     Q.   They don't seem important to you?

9          MR. FRAY-WITZER:  Objection.

10          THE WITNESS:  They do.

11  BY MS. BOLGER:

12     Q.   What happened to those 13 IP addresses?

13     A.   We decided to disable all of the Tor networks in

14  the whole XBT network.

15     Q.   Why?

16     A.   Because the Tor had high potential for abuse.

17     Q.   Why does Tor have high potential for abuse?

18     A.   Because it's anonymous service.

19     Q.   Okay.  And so, how many of -- sorry.

20          How many of those 13 IP addresses were Tor nodes?

21     A.   I don't remember exactly.

22     Q.   Where you able to trace the customers for all 13

23  of the IP addresses that were named in the Grizzly Steppe

24  Report?

25     A.   Yes.

1     Q.   Did you shut down the -- any of those 13

2   customers?

3     A.   The Tor networks for sure.

4     Q.   That's not my question.

5          Did you shut down any of those 13 customers?

6     A.   Yes.

7     Q.   The customers, not their ability to access Tor.

8     A.   Yes, yes.

9     Q.   You shut down the customers?

10     A.   Yes.

11     Q.   How many?

12     A.   I don't remember.

13     Q.   All of them?

14     A.   No.

15     Q.   Okay.  After you got this response that we just

16   read from Mr. Goederich, what do you next?

17     A.   I believe I requested him to collect all of the

18   information about the customers, all of the information

19   they have about the customers.

20     Q.   Did you do that by telephone?

21     A.   I believe I wrote him an e-mail.

22     Q.   How many conversations did you have with Mr.

23   Goederich about this?

24     A.   I don't remember.

25     Q.   Was it more than two?

1      A.   More than two, I believe.

2      Q.   Less than ten?

3      A.   Less than five.

4      Q.   Did you ever fire him?

5      A.   No.

6      Q.   Did you think about firing him?

7      A.   No.

8      Q.   Why not?

9      A.   Well, I don't know.

10      Q.   I mean, you got contacted by the Secret Service

11  in a country and he didn't let you know.  It seems like a

12  pretty big deviation from his responsibilities, doesn't

13  it?

14          MR. FRAY-WITZER:  Objection.

15          You can answer.

16          THE WITNESS:  I don't know.

17  BY MS. BOLGER:

18      Q.   I'm going to show you a document that we're going

19  to mark as Defendant's 18.

20      (Exhibit No. 18 was marked for Identification.)

21  BY MS. BOLGER:

22      Q.   You know that the Grizzly Steppe Report is

23  partially DHS, Department of Homeland Security, and

24  partly, the FBI, right?  It was a joint report?

25      A.   I didn't know the DHS, the part of the FBI, but I

1  know it's the Department of Homeland Security.

2      Q.   Did you ever reach to the Department of Homeland

3  Security or the FBI?

4      A.   Did I?

5      Q.   Did you ever reach out to the Department of

6  Homeland Security or the FBI?

7      A.   Did I --

8      Q.   Did you ever contact the --

9      A.   Regarding?

10     Q.   -- Department of Homeland Security or the FBI

11 regarding your investigation into these 13 IP addresses?

12     A.   No.

13     Q.   Why not?

14     A.   Because they are -- looks like the Secret Service

15 was not interested about that.

16     Q.   What does that have to do with the FBI?  It

17 wasn't Luxembourg that was being hacked, right?  It was

18 the FBI.  It was the United States of America.

19     A.   Because United States of America, if they will

20 contact Luxembourg service first, and then they contact

21 us.

22     Q.   So you're an expert on law enforcement, but you

23 don't know what "hacking" means, right?

24          MR. FRAY-WITZER:  Objection.

25          THE WITNESS:  I don't know this is how it works.

```
 1            MR. FRAY-WITZER:  Objection.
 2   BY MS. BOLGER:
 3       Q.   Okay.  On your website, you have a legal standard
 4   that says "Webzilla will fully cooperate with law
 5   enforcement authorities in investigating suspected
 6   lawbreakers and reserves the right to report to law
 7   enforcement any suspected illegal activity it becomes
 8   aware of."
 9            Do you know that that's in your terms?
10       A.   I see the terms are here --
11       Q.   It's in -- it's a document marked Mishra 2.
12            And on Page 19, if you look at the Bates numbers
13   on the bottom, paragraph 1.6.
14       A.   Yes.
15       Q.   Do you see that?
16       A.   Yes.
17       Q.   So it says in your legal terms that you published
18   to the world, you say that you reserve right to report to
19   law enforcement any suspected illegal activity it becomes
20   aware of."
21            Do you see that?
22       A.   Yes.
23       Q.   But you didn't report Methbot?
24       A.   I contacted our attorney.
25       Q.   You didn't report Methbot to the authorities?
```

1      A.    No.

2      Q.    And you didn't report your 13 IP addresses to

3  the --

4      A.    I contacted our attorney, but never report.

5      Q.    You didn't report it to law enforcement?

6      A.    No.

7      Q.    Okay.  Please look at -- sorry.  I have a

8  different number.  18.

9            Okay.  This is the e-mail from Mr. Goederich to

10 Mr. Gubarev and to you, dated September 6, 2017, in which

11 he details what he considers his investigation into these

12 13 IP address, correct?

13     A.    It says a --

14           THE COURT REPORTER:  It says what?

15           THE WITNESS:  It says a quick overview, yes.

16           MR. FRAY-WITZER:  Quick overview.

17           THE WITNESS:  Yeah.  So it's part of the

18     investigation, probably.

19 BY MS. BOLGER:

20     Q.    Okay.  I want to actually start with "Here's a

21 quick overview."

22           It says "Here's a quick overview of the IP

23 addresses with comments.  As you can see, they tend, to a

24 large extent, be identified as anonymizer services.  Even

25 with information publically available on the Internet

1  today, whatever journalists you used to verify the

2  information, Kseniya is doing in more detail, as she has

3  all of the abuse communications."

4           Do you see that?

5       A.   Yes.

6       Q.   Okay.  So what that did you understand Mr.

7  Goederich to be communicating to you when he said that

8  these can be identified as anonymizer services?  What did

9  that mean to you?

10      A.   Probably this referenced to his privacy e-mail,

11 when he says it's a Tor or VPN, and he found it in Google.

12      Q.   And is the point of telling you that it's -- is

13 the point of your knowing that it's an anonymizer service

14 to communicate that you all didn't know what was happening

15 on it?  Is that the point of saying it's an anonymizer

16 service?

17           MR. FRAY-WITZER:  Objection.

18           THE WITNESS:  I don't know what his point.

19 BY MS. BOLGER:

20      Q.   Well, I didn't really ask what his point was.

21 I'm wondering what you took away from that.

22           What -- what did that mean to you about this

23 investigation?  Why is it relevant that it was an

24 anonymizer service?

25      A.   This means that service is high potential for

 1  abuse.

 2      Q.   Okay.  So you will see that it goes through each

 3  of the IPs, and I'll just -- the first one, which starts

 4  212.117.180.130, has couple of hacking attempt abuses.

 5           Do you see that?

 6      A.   Yes.

 7      Q.   Then the next one, which is 212.117.180.21, has

 8  an informal police request and a hacking attempt abuse,

 9  right?

10      A.   Yes.

11      Q.   Okay.  Then the next one has -- starts 94 and

12  ends with 186 had 40 abuses in early 2016.

13           Do you see that?

14      A.   Yes.

15      Q.   Okay.  Then if you go down a couple more, it says

16  there's one that's 94 and it ends with 162.  And it's --

17  looks -- VPN provider, the address is

18  secretlineservice@gmail.com.  And it says that it's around

19  200 abuses for 2006 to 2017.

20           Do you see that?

21      A.   Yes.

22      Q.   When you got that -- that's a lot.  Each of these

23  IP addresses has an abuse associated with it, except the

24  last one, correct?

25      A.   Yes.

 1        Q.    Did you go back and look at them?

 2        A.    Abuses?

 3        Q.    Yes.

 4        A.    Yes.

 5        Q.    And do you still have them all?

 6        A.    I think so.

 7        Q.    Okay.  And were you surprised that -- had any

 8   activity been taken on any of those abuses?

 9        A.    There was activity taken on all abuses.

10        Q.    And was the activity that you contacted the user

11   and they said it was okay, so you didn't shut anything

12   down?

13              MR. FRAY-WITZER:  Objection.

14              THE WITNESS:  I don't know.

15   BY MS. BOLGER:

16        Q.    Had any of them been shut down at all?

17        A.    I think after this, yes.

18        Q.    Before this?

19        A.    I don't know.

20        Q.    Okay.  So, for example, in response to the 200

21   abuses between 2016 and 2017, from 94 that ended in 162,

22   did you shut that down before you saw the Grizzly Steppe

23   Report?

24        A.    I don't know.

25        Q.    Who would know?

1      A.    Abuse department probably know.

2      Q.    Okay.  Then the next -- so is it your testimony

3  that you all review every abuse alert that comes in?

4      A.    I do.  Or the company.

5      Q.    No, you all.  I said, "you all."

6            XBT, the company?

7      A.    Yes.  We review all of incoming abuse alerts.

8      Q.    Okay.  And you act on every single abuse alert?

9            MR. FRAY-WITZER:  Objection.

10           THE WITNESS:  That's our policy.

11  BY MS. BOLGER:

12     Q.    Okay.  Look at the next page, please.

13           It says "I am not aware of any abuse e-mail from

14  a third party relating to this specific incident.  There

15  is no" -- and then there is a paragraph -- "but I only get

16  forwarded important abuses from lawyers, et cetera.  There

17  is no time to check all abuse messages, as I have over 40

18  -- 400,000 messages in my abuse mailbox at the moment for

19  the past seven years."

20           Do you see that?

21     A.    Yes.

22     Q.    So he's telling you he's got 400,000 messages and

23  he doesn't review them all, right?

24           MR. FRAY-WITZER:  Objection.

25           THE WITNESS:  No.

1  BY MS. BOLGER:

2      Q.   What's he saying?

3      A.   No, actually, yes, he's saying that.  Yes.

4      Q.   Okay.  So he's not handling every abuse in

5  closing, though?

6      A.   It's not his responsibility.

7      Q.   Okay.  And then it says Kseniya is still looking

8  at details."

9           Do you see that?

10     A.   Yes.

11     Q.   And did Kseniya do more than this?

12     A.   Yes.

13     Q.   Where is -- did Kseniya ever report that to you?

14     A.   Yes.

15     Q.   In what form?

16     A.   I believe I got all of the abuse e-mails from

17  this IP addresses.

18     Q.   Okay.  What else?

19     A.   Customer information.  History of the customer

20  information, contact information of the customers, all of

21  information we have on customers.

22     Q.   In what form did you get that?

23     A.   E-mail address, from e-mail.  E-mail, it was

24  e-mail.

25     Q.   I don't have any of that information.  I have

1  some abuse notifications, but I don't have any e-mails

2  about the customers.

3          How come I don't have that stuff?

4          MR. FRAY-WITZER:  Objection.

5          THE WITNESS:  I don't know.

6          MR. FRAY-WITZER:  Object to form.  Discovery

7      question.

8  BY MS. BOLGER:

9      Q.   Does it exist?

10     A.   Absolutely.

11     Q.   Did you have any conversations with Kseniya about

12 it?

13     A.   Probably.  I don't remember.

14     Q.   You don't remember?

15     A.   Yes.

16     Q.   Okay.  Who else did you talk to besides Mr.

17 Goederich and maybe Kseniya about the Grizzly Steppe

18 Report?

19     A.   Aleksej Gubarev.

20     Q.   And what did you talk about with Mr. Gubarev?

21     A.   I explained to him the situation, and he asks to

22 produce more details about that.

23     Q.   I'm sorry.  Say that again.

24     A.   I've told him briefly about existence of this

25 report, and he asked me to produce more detail, more

1  details about this report.

2       Q.   Okay.  And then once you had this e-mail, did you

3  have a conversation with Mr. Gubarev about it?

4       A.   Yeah, I believe so.  That's what I'm saying.  I

5  talked to him, and he asked me to produce a report on

6  that.

7       Q.   Okay.  And then I'm going to ask you to take a

8  look at a document that we'll mark as 19.

9       (Exhibit No. 19 was marked for Identification.)

10  BY MS. BOLGER:

11       Q.   Which was marked PT002.  It actually came to us

12  in two forms.  This one has my handwritten -- has a

13  handwritten Bates number, but I assure you we took it from

14  the -- one of the documents produced that has a Bates

15  number.

16            Okay.  And this is the report you produced,

17  correct?

18       A.   Yes, it looks like -- it looks like this report I

19  was produced.

20       Q.   Not sure I understand your hesitation.

21            Is it, or isn't it?

22            I'm happy to have you read it, if that would

23  reassure you.

24       A.   Yes.  Well, let me read it, yeah.

25            Yes, it looks like -- yes, it's mine.  I prepared

 1  this report.

 2       Q.   Okay.  Great.

 3            When?

 4       A.   Mid 2016, I believe.

 5       Q.   You didn't know about the report until the middle

 6  of 2017.

 7       A.   Of this '17 -- I'm sorry.  Mid 2017.

 8       Q.   Okay.  If I told you that the metadata shows that

 9  this report was actually created on October 30, 2017, do

10  you have any reason to doubt that that date is correct?

11       A.   The document probably was created, but not the

12  report itself.

13       Q.   Okay.  If you look at the e-mail right in front,

14  the document right in front of you, 18.

15       A.   Yes.

16       Q.   Look at the paper right in front of you.  This

17  one.  Sorry.  18.

18            Do you see that that e-mail exchange is dated

19  September 6th?

20       A.   Yes.

21       Q.   Okay.  You wrote the report after that e-mail

22  exchange, right?

23       A.   Absolutely.

24       Q.   Okay.  So October of 2017 sounds about right,

25  correct?

 1      A.   October 2017, when I produced this to Aleksej,

 2   probably, yes.

 3      Q.   What's the distinction you're making?  How -- you

 4   could not have written this report before September 2017.

 5   Agreed?

 6      A.   I written off of this.

 7      Q.   Right.

 8      A.   It took a while to, like, go through all of the

 9   things, and then I create the Word format, printed, and

10   produced to Aleksej.

11      Q.   Okay.  So a date of October 30, 2017, sounds like

12   it could be right for when you wrote this report?

13           MR. FRAY-WITZER:  Objection.

14           THE WITNESS:  Sorry.  A final date, final version

15      of the report that was released.

16   BY MS. BOLGER:

17      Q.   Okay.  In the beginning it says "From BK to XBT

18   Holding Stakeholders."

19           Do you see that?

20      A.   Yes.

21      Q.   Who are the stakeholders?

22      A.   Management, shareholders, whatever Aleksej maybe

23   decided, because he asked me to prepare.  I prepared just

24   in case he wanted to show it to anyone else.

25      Q.   Okay.  So you distributed this report to

 1  Mr. Gubarev?

 2      A.   Yes.

 3      Q.   You don't -- do you know what Mr. Gubarev did

 4  with it after that?

 5      A.   No.

 6      Q.   Do you know if it was ever sent to XBT

 7  stakeholders?

 8      A.   I know that at least Nick Dvas saw this report as

 9  well.

10      Q.   Anybody else?

11      A.   I don't know.

12      Q.   After you sent this to Mr. Gubarev, did you ever

13  talk to anybody about it?

14      A.   I provide him hardcopy.

15      Q.   I'm sorry?

16      A.   I provided him hardcopy, I believe.

17      Q.   Okay.  And did you have a conversation with him

18  when you brought it to him?

19      A.   Yes.

20      Q.   What was the conversation?

21      A.   I don't remember.

22      Q.   Well, I mean, were you telling him "Everything is

23  okay.  I've concluded my investigation.  We're A-OK.  We

24  can still sue Buzzfeed"?  What were you saying?

25          MR. FRAY-WITZER:  Objection.

1          THE WITNESS:  That was not that kind of

2      conversation.

3  BY MS. BOLGER:

4      Q.    What was the conversation?

5      A.    Not that kind of conversation.  I believe we

6  discussed that there was tons of other IP addresses in

7  that report, and that it -- it looks like just too general

8  to be concerned about that.

9      Q.    Okay.  So you concluded you didn't have anything

10  to be concerned about?

11      A.    We do have concerns.  Still, we had concerns, and

12  we decided to stop the Tor services from our network.

13      Q.    Okay.  If you take a look at the second page --

14          And it says "From those conversations, it

15  appeared that there is no ongoing investigation, and no

16  inquiries from U.S. law enforcement authorities were made.

17  Luxembourg State Intelligence Service representative did

18  not request any further details.  Also, for none of the

19  IPs, there was a search warrant, neither by the police nor

20  by Secret Service from 2015 until now.  Most of the IP

21  addresses were Tor exit nodes."

22          Do you see that?

23      A.    Yes.

24      Q.    Okay.  So this report has no conclusions other

25  than law enforcement isn't interested, right?

1      A.   If -- yes.

2      Q.   Okay.  You say you made decisions based on it,

3  though, and closed down the ability to have Tor nodes,

4  right?

5      A.   Yes.

6      Q.   Incidentally, just for the record --

7           THE VIDEOGRAPHER:  Counsel, I need to go off the

8      record.

9           MS. BOLGER:  Oh, sure.

10          THE VIDEOGRAPHER:  Off the video record at

11     4:32 P.M.

12          (Brief recess.)

13          THE VIDEOGRAPHER:  Back on the video record at

14     4:38 P.M.

15 BY MS. BOLGER:

16     Q.   Okay.  Mr. Bezruchenko, just for the record, I'm

17 going to ask you to, like, take a look at a document that

18 was produced, which was given the number PT004.

19          Just, if you'll confirm for me, I believe you

20 created this document; is that right?

21     A.   I don't think so.

22     Q.   Okay.  Do you know who did?

23     A.   No.

24     Q.   Have you seen it?

25     A.   Yes.

1       Q.    What is it?

2       A.    It's a list of customers related to -- of this

3    report.

4       Q.    Okay.  But you don't think you created it?

5       A.    No.  It's not me for sure.

6       Q.    Okay.  Did you ever use it in any way?

7       A.    I read it and produced it to my lawyers.

8       Q.    Okay.  But you never, for example, used it to

9    contact any of the people listed?

10      A.    No.

11      Q.    Did anybody else under your direction?

12      A.    Not under my direction.  Maybe under their own --

13      Q.    Okay.  Do you know if anyone contacted these

14   people?

15      A.    No.

16      Q.    I'll ask a better question.

17            Did anyone contact these people?

18      A.    I don't know.

19      Q.    Okay.  After you found out -- after you read

20   Grizzly Steppe and did the investigation, you said you

21   took the remedial activity of making sure there was no Tor

22   nodes anymore on your -- people couldn't use your service

23   anymore for Tor nodes.

24            Other than that, did you do anything else?

25      A.    I believe we also make a changes into applicable

1   user policy about proxy servers or VPN servers, something

2   like that.

3        Q.   What were those changes?

4        A.   Like, that it's illegal to host, like, proxy -- I

5   mean, anonymizing proxy servers or anonymizing VPN servers

6   in our networks.

7        Q.   Okay.  Anything else?

8             Sorry.  And that change was made across the

9   board?

10       A.   What does it mean, "across the board"?

11       Q.   That that change to the acceptable use policy was

12  made across the board for all --

13            THE INTERPRETER:  Across the board --

14            THE WITNESS:  I don't remember.  I don't

15       remember.

16  BY MS. BOLGER:

17       Q.   Was it made for Root?

18       A.   I have asked Marc to make it for Root.  I'm not

19  sure if it was made.

20       Q.   I'm sorry.  I didn't understand your question.

21            Are you telling me to ask Marc, or are you saying

22  you asked Marc?

23            I didn't understand your answer.  I apologize.

24       A.   I believe I am -- asked Marc to make the changes

25  to our acceptable use policy.

1      Q.    Okay.  Anything else?

2      A.    We collected maybe abuse reports for these IP

3  addresses, but nothing else, though.

4      Q.    So no other changes to the way you did business?

5      A.    No.

6      Q.    Do you know what the Kelihos botnet was?

7      A.    No.

8      Q.    Do you know who Peter Levashov was?

9      A.    No.

10     Q.    Are you aware that a warrant was issued in

11  Luxembourg on February 19, 2016, notifying Root S.A. that

12  two of its IP addresses were being monitored as the origin

13  of the Kelihos botnet?

14     A.    No.

15     Q.    Are you aware that Root S.A. was actually

16  physically searched in connection with that investigation?

17     A.    No.

18     Q.    Are you also aware that Root S.A. has been the

19  subject of two other search warrants and wiretap warrants

20  in Luxembourg, based on fraud and money laundering?

21     A.    No.

22     Q.    And that it was actually searched in 2009 as

23  well?

24     A.    No.

25     Q.    Shouldn't you be?

1          MR. FRAY-WITZER:  Objection.

2          THE WITNESS:  I don't know.

3  BY MS. BOLGER:

4     Q.   Well, you're the CTO of your company.  If two --

5  if the law enforcement officials are monitoring two of

6  your IP addresses for botnet activity in 2016, shouldn't

7  you know that?

8          MR. FRAY-WITZER:  Objection.

9          THE WITNESS:  I don't know.  We see the Marc --

10     not always notifying me.

11  BY MS. BOLGER:

12     Q.   Yeah, but that made you mad, right?

13     A.   At that time, yes.

14     Q.   And this doesn't make you mad?

15     A.   No.

16     Q.   Why not?

17     A.   Because the law enforcement agencies is there.

18  They are knowing what to do, and they will find out who is

19  doing that and prosecute them.

20     Q.   It doesn't bother you that someone might be

21  performing illegal things on your servers that you don't

22  know about?

23          MR. FRAY-WITZER:  Objection.

24          THE WITNESS:  I don't know if there is any

25     illegal things, servers.

BY MS. BOLGER:

    Q.   Well, I'll tell you that Peter Levashov was arrested for the Kelihos botnet that they believe was on your IP.  Arrested, right?  So not just hypothetical.  He was arrested.

        Does it surprise you to learn that information?

    A.   Yes.

        MR. FRAY-WITZER:  Objection.

BY MS. BOLGER:

    Q.   Does it concern you that you didn't?

    A.   We didn't what?

    Q.   Know about it.

        MR. FRAY-WITZER:  Objection.

        THE WITNESS:  No.

BY MS. BOLGER:

    Q.   You just don't care?

        MR. FRAY-WITZER:  Objection.

        THE WITNESS:  That's not true.  I am caring.

BY MS. BOLGER:

    Q.   Well, why aren't you -- why aren't you upset not to know, if you care so much?

    A.   It explained really good that the guy was arrested.  So why should I be --

    Q.   Because he used your infrastructure to commit his crimes.

1          Does that bother you at all?

2          MR. FRAY-WITZER:  Objection.

3          THE WITNESS:  Yes.

4    BY MS. BOLGER:

5      Q.   When you get out of this deposition, are you

6    going to look it up, or are you just going to let it go?

7          MR. FRAY-WITZER:  Objection.

8          THE WITNESS:  No, I'm going to look up.

9          MR. FRAY-WITZER:  Did Plaintiff mention that the

10         last two exhibits, Defendant's Exhibit 19 and

11         Defendant's Exhibit 20, were both originally marked

12         "Attorneys's Eyes Only," and they have no designation

13         on these exhibits that you have just used?

14         MS. BOLGER:  Well, clearly, that was

15         unintentional, Evan.  And I am happy to --

16         MR. FRAY-WITZER:  I understand that.  I just -- I

17         wanted to --

18         MS. BOLGER:  I'm -- I'm not trying to trick ya.

19         We'll make sure that the ones that go into the record

20         have the "Attorneys Eyes Only."

21         MR. FRAY-WITZER:  That's all I'm concerned about.

22         MS. BOLGER:  And we certainly haven't --

23         MR. FRAY-WITZER:  I know you didn't --

24         MS. BOLGER:  -- been distributing them.

25         (Exhibit 20 was marked for Identification.)

1  BY MS. BOLGER:

2      Q.   Okay.  Do you know what a -- what the RIG exploit

3  kit was?

4      A.   Yes, I've heard about that.

5      Q.   Okay.  What is that?

6      A.   I don't remember the details.

7      Q.   What do you remember?

8      A.   That was some of our -- the customers of our

9  customer was involved hosting of some C & C servers in

10 their network and they were, like, our customer was not

11 responsive to that abuse e-mails, and we forced them to

12 comply with our AP and remove that from their network.

13     Q.   Okay.  So I think what you just said, and you'll

14 correct me if I'm wrong, is that one of your customer's

15 customers was using these IPs to run a RIG -- to run an

16 exploit kit, which is a form of malware, and when you

17 found out, you asked your customer to shut it down?

18     A.   Not correct.  There was C & C servers, command

19 servers.  As far as I remember, command.  Yeah.  I'm not

20 sure it was real exploit kit or something like that.  That

21 customer is our reseller and he has own customers, and he

22 got abuse e-mails directly, and didn't react to them

23 properly.  And that some company reached us and we reacted

24 immediately and forced customer to follow our acceptable

25 use policy and stop the services to that customer

1    immediately.

2        Q.    And how did you find out about this?

3        A.    About who?

4        Q.    About the use of your IP addresses by your

5    customers's customer?

6        A.    Someone contacted us.

7        Q.    Who?

8        A.    I don't remember.

9        Q.    Was it the publication of the report?

10       A.    No.  Someone reached us specifically, reached us

11   and asked us for help with that matter.

12       Q.    Okay.  And when was that?

13       A.    I don't remember.  '15, '16, maybe.

14       Q.    Do you know what PonyUp was?

15       A.    No. I've heard this word from the deposition of

16   Aleksej, but I don't know what that is.

17       Q.    Do you know that there were Webzilla IP addresses

18   used in PonyUp?

19           MR. FRAY-WITZER:  Objection.

20           THE WITNESS:  No.

21   BY MS. BOLGER:

22       Q.    And do you know that there were -- that there

23   were Webzilla IP addresses used in the attack on the

24   Ukrainian power grid?

25           MR. FRAY-WITZER:  Objection.

```
 1          You may answer.
 2          THE WITNESS:  No.
 3   BY MS. BOLGER:
 4      Q.   That's the first time you've heard that?
 5      A.   Yes.
 6      Q.   What was your reaction to the Buzzfeed article?
 7      A.   I was shocked.
 8      Q.   And where were you?
 9      A.   I was in Thailand.
10      Q.   On vacation?
11      A.   Yes.
12      Q.   Okay.  And how did you hear about it?
13      A.   Aleksej called me.
14      Q.   What did he say?
15      A.   He asked me to read the report first.
16      Q.   Um-hmm.
17      A.   And he was pretty shocked as well.
18      Q.   And what did you do in response?
19      A.   Well, I -- like, as far as I remember, I stopped
20   my vacation and, like, started working from there, trying
21   to find out the more information about this, is there any
22   additional information available about this -- this
23   report.
24      Q.   And by "this report," you mean the dossier?
25      A.   Dossier, yeah.
```

1      Q.   Okay.  So when you started to research, you were

2  researching for additional information about what was

3  contained in the dossier; is that right?

4           I just want to understand what you're

5  researching.

6      A.   I was researching, like, if any of our --

7  researching for any information about actually the hacks,

8  and the dossier, and all around that.  I don't remember

9  exact specifics.  I was trying to find anything.

10     Q.   What did you do?

11     A.   Well, I searched for -- I read for the news

12  availability at the time.  I tried to find -- to go

13  through abuse e-mails, like, to find anything that may be,

14  like, related to a U.S. officials or U.S. law enforcement

15  agencies.  And, like, there was tons of things I've done

16  through that time.

17     Q.   You said you went through abuse notifications.

18          What were you looking for?

19     A.   I was looking for if there was -- our

20  infrastructure servers was involved in that.

21     Q.   How were you looking for that?

22     A.   Like, by using the infrastructure servers' IP

23  addresses.

24     Q.   There are no infrastructure servers IP addresses

25  in the dossier.

 1     A.    Yeah, but the CSA says that we hacked it.  So
 2   "we" means our infrastructure.
 3     Q.    I'm sorry.  So you were not looking at the
 4   network, you were looking at XBT's infrastructure?
 5     A.    Yes.  Because the CS specifically said Aleksej
 6   Gubarev and XBT hacked it.
 7     Q.    I have no idea what a CSP is.
 8           What is a CSP?  Did you say CSP?
 9     A.    No, I said Aleksej Gubarev and XBT and Webzilla
10   hacked it.  Specifically, the CS specifically says that
11   Aleksej and Webzilla hacked it.
12     Q.    Right.
13           So you did -- you looked -- you looked on your
14   own infrastructure, is what you're telling me?
15     A.    Yeah.
16     Q.    So you looked for abuse alerts on your own
17   infrastructure?
18     A.    Yes.
19     Q.    Okay.  Are there such things, abuse alerts?
20     A.    No, no.
21     Q.    I'm sorry.  Do you get abuse alerts for XBT's
22   infrastructure?
23     A.    No.
24     Q.    So what were you looking at?
25     A.    I was looking if there are anything related to

1    that, maybe, like, there are some things exist.  No -- we

2    are -- I mean, technically, we can receive abuse, but we

3    never received them.  And I was looking if there is

4    anything I've missed, anything, like, was not bringing to

5    my attention.  I was trying to find anything, any

6    information, about this alleged hack.

7         Q.   What I'm having -- sorry, by the way, do you

8    believe the DNC wasn't hacked?

9         A.   I don't know.

10        Q.   I know you don't know what the word means.

11             So I had forgotten -- I just misunderstood you.

12             You said you were searching for abuse

13   notifications, and I want to know where you were

14   searching.

15             What were you looking at?  What was the

16   information source?

17        A.   It's ticketing system.

18        Q.   Of your -- of the network?

19        A.   That's the ticketing system where we get abuses.

20        Q.   Okay.  So what were you looking for?  How were

21   you searching it?

22        A.   IP addresses of the servers, infrastructure

23   servers.

24        Q.   What IP addresses?

25        A.   Infrastructure service IP addresses.

 1      Q.    XBT's infrastructure service IP addresses?

 2      A.    Exactly.

 3      Q.    So you were looking at abuse alerts for your own

 4  infrastructure to see if there was any indication that it

 5  was involved in the hack.

 6            But you didn't look at the abuse system for the

 7  network at large?

 8      A.    What do you mean, network?

 9      Q.    For the network.  For your network that your

10  customers used.

11            You didn't look at the abuse notifications for

12  your network?

13      A.    You're talking about customers?

14      Q.    Um-hmm.

15      A.    No.

16      Q.    Okay.  I'm just trying to understand what you

17  did.

18      A.    Yeah.

19      Q.    Okay.  In addition to looking through the abuse

20  notifications related to XBT's infrastructure, what else

21  did you do?

22      A.    I was trying to find any additional piece of

23  information about this.  Like, anything.  Literally,

24  reading through thousands of articles available on the

25  Internet.  Hundreds.  I don't know, thousands.  I was

1    trying to find any piece of information.

2        Q.    Okay.  Googling things; is that what you're

3    saying?

4            MR. FRAY-WITZER:  Objection.

5            THE WITNESS:  Yes.

6    BY MS. BOLGER:

7        Q.    Okay.  What else did you do?

8        A.    At that time, nothing.

9        Q.    Okay.  Did you ever reach out to law enforcement

10   and ask them if they had heard about you all, or were

11   investigating you all?

12       A.    I reached out to our attorneys.

13       Q.    And I don't want to know about your contacts with

14   your attorneys.  I want know about your contacts --

15   because I'm not allowed to ask that question.

16            I want to know whether you reached out to any law

17   enforcement representatives.

18       A.    No.

19       Q.    You never called the FBI to say, "Hey, I'd be

20   happy talk to you about this.  I have no idea what's going

21   on"?

22       A.    No.

23       Q.    Did anybody in your organization ever reach out

24   to law enforcement and say they would be happy to meet

25   with them?

1      A.   I don't know.

2      Q.   So after you, as you put it, dropped your

3 vacation and started to look around, and I -- presumably

4 didn't find anything that you thought was useful, what did

5 you do next?

6      A.   I continued searching for any piece of

7 information.

8      Q.   Okay.  Did you talk to anybody, or did you mostly

9 search online?

10     A.   We talked to Aleksej.

11     Q.   And who else?

12     A.   I don't remember.  It was pretty stressful time.

13 Like, Aleksej for sure, but maybe someone else.  I don't

14 remember.

15     Q.   Okay.  And were you part of the decision to sue

16 Buzzfeed?

17     A.   Yes.

18     Q.   Okay.  And when did you all make that decision?

19     A.   I don't remember.

20     Q.   I'm going to ask you to take a look at an exhibit

21 I'll mark as Defendant's Exhibit 21.

22     (Exhibit No. 21 was marked for Identification.)

23 BY MS. BOLGER:

24     Q.   Mr. Bezruchenko, what is this?

25     A.   That's the report I prepared to XBT stakeholders

1    on the Buzzfeed publication.

2         Q.    And who did you give this to?

3         A.    Aleksej.

4         Q.    Okay.  And what was the -- how did this report

5    come to pass?

6         A.    It was my idea to make this report.

7         Q.    Okay.  Tell me more about that.

8         A.    Yeah, that -- I was still continued trying to

9    search any piece of information.  And whatever I found, I

10   prepared this report and produced to Aleksej.

11        Q.    Okay.  And you produced this report around the

12   same time you produced the Grizzly Steppe Report, right?

13        A.    I don't remember.

14        Q.    Okay.  The metadata says this document was

15   created in September of 2017.

16        A.    Again, that was the time when I put it into the

17   Word document.  I used the text edit redactor, like, you

18   know, VIM, V-I-M.  It's a text redactor.

19        Q.    A text what?  I'm sorry.

20        A.    Consult -- it's a pretty old school redactor.

21        Q.    Redactor?

22        A.    It's a text processor.

23        Q.    Okay.

24        A.    Consult text processor.

25        Q.    Okay.  Why are you old school?

 1      A.   I'm just used to that.  You know, I'm using these

 2   for years.

 3      Q.   Okay, okay.  You wrote in it English, why?

 4      A.   Because Rajesh doesn't understand Russian

 5   language.

 6      Q.   When you talk to Aleksej, what language do you

 7   guys talk to each other in?

 8      A.   Russian.

 9      Q.   Okay.  But you wrote this investigation because

10   you wanted -- in English, because you wanted to include

11   Rajesh?

12      A.   Yes.  Everyone who don't understand the English

13   in our company -- Russian in our company, they should be

14   able to read it, so it's pretty common to do that.

15      Q.   Okay.  So when you wrote this, what did you

16   intend to be done with it?

17      A.   Can you repeat the question?

18      Q.   What did you intend Mr. Gubarev to do with this?

19      A.   What?

20           THE INTERPRETER:  Let me.

21           (Discussion off the record between witness and

22        interpreter.)

23           THE WITNESS:  I don't know his intent.

24   BY MS. BOLGER:

25      Q.   No, what did you intend him to do?

1        A.    To explain that this -- well, he's completely

2    wrong.  It's not true.

3        Q.    Okay.  If you start from the beginning, it says

4    "Objective.  We know the statements regarding XBT

5    Webzilla's Aleksej Gubarev not true.  Our aim is to find

6    out if XBT Webzilla infrastructure was used for any

7    activities related to the published report."

8             Do you see that?

9        A.    Yes.

10       Q.    So the way I read that it says, essentially,

11   "We're assuming the statements aren't true, but we're

12   aiming to see if essentially someone hacked us to

13   undertake these activities."

14            Is that what you meant?

15            MR. FRAY-WITZER:  Objection.

16            THE WITNESS:  No.

17   BY MS. BOLGER:

18       Q.    What does it mean?

19       A.    I mean, we are sure we didn't do that.

20       Q.    Why are you sure?

21       A.    Because we didn't do that.

22       Q.    That's a dixit.

23            What do you mean by that?

24            It's Latin.  Don't worry about it.

25            That's just saying the same thing, right?  You're

1  saying, it is because I say it is.

2          I'm saying, how do you know?

3          How do you -- how do you -- why are you sure you

4  didn't do it?

5      A.   Because we didn't do it.  It's -- it's that

6  simple.  We didn't do it.

7      Q.   That is, in fact, an ipse dixit.

8          Okay, okay.  You say, "The following two factors

9  are very limiting" -- are about -- "to our ability to

10 conduct a proper investigation.  One is the published

11 report contains only top level information and lack of

12 details.  And two, the extensive time frame, March to

13 September."

14         So you say you went through your infrastructure

15 and checked out that firewall rules are up to date, all OS

16 and software components were up to date.  There were no

17 unauthorized logins to any of the systems or servers.

18         So what were you checking for by doing those

19 things?

20     A.   That our system was not compromised, and that was

21 the reason.

22     Q.   Okay.  So you're looking for someone who,

23 effectively -- I know you don't know what the word is, so

24 I don't want to use it -- hacked into your system or used

25 your system in a way that you guys don't approve, right?

1      A.    Yes.

2      Q.    Okay.

3            MR. FRAY-WITZER:  The packet you've just given us

4      attached as two different reports.  I don't know if

5      that was intended, but --

6            THE WITNESS:  No, probably not.  It's two

7      different --  it's the previous and the --

8            MS. BOLGER:  It's not.  It's supposed to be Pages

9      1 and 2.  I apologize.  You can take off Pages 3 and

10     4.

11           Thanks.

12  BY MS. BOLGER:

13     Q.    Okay.  And what happened with this report?  Did

14  anybody do anything with this report?

15     A.    I don't know.  I produced this to Aleksej and

16  maybe to our attorneys.

17     Q.    Okay.  This was in September of 2017.

18           So since then, have you done anything to

19  investigate the allegations in the dossier?

20     A.    I'm doing, like, I'm reading the news from time

21  to time to see if there is any new information that

22  appears.  That's all.

23     Q.    Okay.  After the Buzzfeed article came out, did

24  you all make any changes at all to XBT infrastructure or

25  your network in response?

1      A.    No.  No, not related to this report.  Nothing

2  related to this report, correct.

3      Q.    Have you had any interaction with Nikita Kuzmin?

4      A.    Yes.

5      Q.    And who is Nikita Kuzmin?

6      A.    He's one of our customers.

7      Q.    And what kind of customer -- what kind business

8  does he run?

9      A.    He owned a hosting company called Server Club.

10     Q.    And, in fact, you guys became -- he became your

11 customer after another network provider told him they

12 wouldn't renew his contract, right?

13     A.    I don't know this.

14     Q.    Okay.  Do you know -- I think we asked already

15 about Vladimir Fomenko, and you said you didn't know him?

16     A.    No.

17     Q.    How about Pavel Vrublevsky?  Sorry.

18     A.    I heard this name.

19     Q.    And who is he?

20     A.    That's some Russian guy.  I never have met him

21 person.  I just read about him.

22     Q.    What have you read about him?

23     A.    I read that he was attacking some companies, his

24 competitors' companies with botnet, or something like

25 that.  And he was convicted of that and he spent time in

1 jail.

2    Q.   Okay.  Do you -- did you ever call Mr. Gubarev,

3 Alex XE?

4    A.   No.

5    Q.   Did you know him to be identified with that name?

6    A.   No.  Well, I know he was using that nickname at

7 some -- in some businesses.  But I don't -- I use --

8 always use Alex.

9    Q.   And have you ever contacted him on an ICQ number?

10   A.   Most likely, yes.

11   Q.   What is an ICQ number?

12   A.   It's like an e-mail.  Some identification number

13 in the ICQ network.

14   Q.   Okay.  Do you know someone named Dmitry

15 Marinichev?

16   A.   No.

17   Q.   How about Victor Khaikov?

18   A.   No.

19   Q.   Lev Khasis?

20        I can show you these, if that's easier?

21   A.   Yeah.  I mean, if you want a better answers, yes,

22 because it's not always -- the pronunciation is not always

23 the same as real name.

24   Q.   Are you suggesting my Russian is not that good?

25   A.   No, I just want --

 1      Q.    Shocking.  Mr. Bezruchenko, I'll hand you these.

 2  There are documents that were previously marked as

 3  Defendant's Exhibit N1 through N15.

 4      A.    Never heard of Dmitry Marinichev.

 5            Never heard of Victor Khaikov.

 6            Never heard of Lev Khasis.

 7            I have heard the name Natalya Kapersky.

 8      Q.    Do you know her?

 9      A.    I know who is this, but I don't know her

10  personally.

11      Q.    Okay.

12      A.    I heard the name Ilya Sachkov.

13      Q.    Do you know Ilya?

14      A.    Not personally.  I heard the name.

15      Q.    What have you heard about Ilya?

16      A.    I believe he's working for Group IBEE.  It's some

17  cert company in Russian, or something like that.

18            I know -- I heard the name German Klimenko.

19      Q.    Who is that?

20      A.    He's --

21            THE INTERPRETER:  Counselor.

22            THE WITNESS:  Advisor, advisor to Putin for the

23      Internet.

24  BY MS. BOLGER:

25      Q.    Do you know him personally?

1     A.    No. Evgeniy Bogachev -- I don't know him.

2           Pavel Vrublevsky --

3     Q.    We talked about him.

4     A.    Yes.

5           We talked about Vladimir Fomenko.  I don't know

6  him.

7           Vitaly Korchagin, I don't know him.

8     Q.    Do you know of him?

9     A.    Hmm?

10    Q.    Do you know of him?

11    A.    No, I don't know him.

12          Panagiotis Kouvatsos -- I know him.

13    Q.    And who is he?

14    A.    He was -- once he was employee of our company,

15  and was marketing.  And he was also doing some work for

16  Aleksej, as far as I remember, for AVM Open --

17          MR. FRAY-WITZER:  AWM.

18          THE WITNESS:  Yeah, AWM Open.  Yeah.

19          And he served -- he worked in our company as

20      marketing person.

21  BY MS. BOLGER:

22    Q.    Okay.

23    A.    I know this website.  FUBARWebmasters.

24    Q.    Yeah.  Do you know what that is?

25    A.    Yes.

1      Q.    What is it?

2      A.    That's the website of the guy who went from --

3  probably some of the adult conferences and made the

4  photos.  He was photographer.

5      Q.    Do you know what FUBAR means?

6      A.    No.

7            What does it means?

8      Q.    I'll tell you offline.

9      A.    Okay.

10           I know the -- Nikolai McColo.

11     Q.    And who is that?

12     A.    He was -- he was owner of a hosting company named

13  the same way, McColo.

14     Q.    And have you all had any interactions with him?

15     A.    I believe I met him once on Cyprus, in the AW

16  Open conference in 2004, probably.

17           Konstantin Poltev or Kokach -- no, I don't know

18  this name or nickname.

19     Q.    Okay.

20     A.    Anton Titov, I know this person.

21     Q.    And who is that?

22     A.    He was our customer in -- he still is our

23  customer, sure.

24     Q.    What does he do?

25     A.    He has some -- some -- he is a customer for our

1   -- he is colocation and -- he's collocated in Dallas, and

2   his network in Dallas.  He has some business.  I'm not

3   sure which one.

4        Q.   Okay.  The Nikita Kuzmin that you know and who is

5   a customer of yours, is that the same Nikita Kuzmin who

6   was involved in the creation of the Gozi virus?

7        A.   In the what?

8        Q.   The creation of Gozi virus?

9        A.   I'm not aware about that.

10       Q.   Not aware of what the Gozi virus is, or not aware

11  of whether Mr. Kuzmin was involved?

12       A.   I'm not aware of both of that.

13       Q.   Okay, okay.  I'm going to -- wait, are you aware

14  Mr. Kuzmin -- Nikita Kuzmin went to prison?

15       A.   I have heard about that.

16       Q.   Your Nikita Kuzmin that you -- not your -- I'll

17  rephrase that question.

18            Don't worry about.  I will eject that question.

19            The Nikita Kuzmin with whom you interacted went

20  to prison?

21       A.   I have heard about this, yes.

22       Q.   Is that a "yes"?

23       A.   Yes.

24       Q.   Okay, okay.  I'm going to ask you to mark a -- do

25  you know what he went to prison for?

1      A.    Not exactly.

2      Q.    Do you know what country he went to prison in?

3      A.    In United States.

4      Q.    Okay.  What -- you said, "not exactly."

5            What vaguely do you think he went to prison for?

6      A.    It was some illegal activities.  I don't know

7    exactly.

8      Q.    Related to the Internet?

9      A.    Yes.  Because he's an Internet entrepreneur, so

10   most likely related to Internet.

11     Q.    And now, he's back in Russia, right?

12     A.    Yes.

13     Q.    And is he still your customer?

14     A.    Yes.

15     Q.    Do you know him personally?

16     A.    Yes.

17     Q.    Where did you meet him?

18     A.    In St. Petersburg.

19     Q.    Do you know him well?

20     A.    No, I met him only once in person.

21     Q.    Where did you -- in what context?

22     A.    Hmm?

23     Q.    In what context?

24     A.    Because he was Server Club owner, and we are

25   acquired that company from him.

1       Q.    You acquired his company?

2       A.    Yes.

3       Q.    Okay.

4       A.    Not only his -- he was only maybe a shareholder

5   in that company.

6       Q.    Which company was that?

7       A.    Server Club.

8       Q.    And where is that -- what entity of XBT's does

9   Server Club belong to?

10      A.    I believe there is no entity.  We acquired a

11  customer base and the servers, like, property, and the

12  customer base.

13      Q.    And is that part of Webzilla?

14      A.    Yes.

15      Q.    And where are those servers located?

16      A.    I believe it's both in Dallas, Texas, and

17  Amsterdam, Netherlands.

18      Q.    And you kept that customer base?

19      A.    We are now going through transition, like, so

20  we're checking who is the customers and, like, what to do

21  with this customer base, like, to checking -- like, doing

22  background checks for these customers.

23      Q.    When did you acquire the assets of Server Club?

24      A.    A few months ago.

25      Q.    In the year 2018?

1     A.   It was end of 2017, or maybe this year.  I don't
2 remember exactly.  I don't remember.
3     Q.   What -- you just said you're in the process of
4 doing diligence on the customers.
5     A.   Yes.
6     Q.   What kind of customers are there?
7     A.   Various kind of customers.  Like, really a lot of
8 different kind of customers.
9     Q.   Okay.  Are they mostly businesses or individuals?
10     A.   They are both individuals and businesses.  I
11 don't know to extent, like, what the amount of personal
12 and businesses, but there are different -- pretty
13 different kinds of customers.
14     Q.   And are they Russian?
15     A.   I don't know.  I am not the person who's doing
16 the due diligence.
17     Q.   Okay.  And when did you meet Mr. Kuzmin?
18     A.   It was in 2017.  I don't remember the month at
19 all.
20     Q.   Was it a cold month or a warm month?
21     A.   It's hard to say.  It's always cold in St.
22 Petersburg.
23     Q.   I realized that as soon as I said those words,
24 actually.  Yeah.
25          But do you remember anything about the time of

 1  year?

 2      A.   I was wearing something like that, so it was not

 3  that cold.

 4      Q.   Okay.  So it was the spring or the summer?

 5      A.   Spring.  Most likely, spring.  Not -- not the

 6  autumn.  Not autumn.  Spring.

 7      Q.   Okay.  And had that been -- your acquisition of

 8  Server Club, had that been something you guys had

 9  contemplated for a long time, or did it kind of come up

10  quickly?

11      A.   As far as I know, it come up quickly.  Nikita

12  says that he's going out of business or this thing.  And

13  for us, that is a choice either to acquire his customer

14  base or completely lose the revenue because someone else

15  will acquire that.

16      Q.   And were you making a lot of money from Mr.

17  Kuzmin before the acquisition?

18      A.   I don't know.

19      Q.   Well, why did you make the choice to acquire it?

20      A.   As I explained, there was a choice to lose the

21  customer or to keep the revenue.

22      Q.   How much money did it cost you?

23      A.   I don't remember.

24      Q.   Who would know that?

25      A.   Rajesh would know that.

1     Q.   Who at your company is primarily responsible for

2  contact with Mr. Kuzmin?

3     A.   There is no dedicated contact with Mr. Kuzmin in

4  our company.

5     Q.   It doesn't have to be dedicated.

6          I kind of mean, who talks to him?

7     A.   I don't know.  It can be anyone.

8     Q.   Okay.  I'm going to ask you to take a look at

9  Exhibit 22.

10     (Exhibit No. 22 was marked for Identification.)

11  BY MS. BOLGER:

12     Q.   For the record, this is a document produced by

13  kglobal, given Bates Number 3097 through 3098.

14          Mr. Bezruchenko, take a look.  I'm going to ask

15  you if you know what this is.

16     A.   I believe that that's someone from kglobal, yeah.

17     Q.   And kglobal was a PR firm that you all hired?

18     A.   Yeah, it was hired by XBT Webzilla, Servers.com.

19  I don't remember who --

20     Q.   Okay.  It was hired by you all to promote the

21  brand?

22     A.   Yes.

23     Q.   Okay.  And as part of promoting the brand,

24  they're seeking your bio, correct?

25     A.   It's -- I'm not sure their intention, if it's a

 1  part of promotion brand.  But they're seeking our bios.

 2      Q.   Okay.  And they're trying to do that so that you

 3  can -- they can develop ideas for potential op-ed

 4  opportunities, right?

 5          MR. FRAY-WITZER:  Objection.

 6  BY MS. BOLGER:

 7      Q.   It says it in the e-mail.

 8          MR. FRAY-WITZER:  I withdraw the objection.

 9          THE WITNESS:  Yeah, it says in the e-mail, but

10      I'm not sure what was real intention of them.  The

11      e-mail says that.

12  BY MS. BOLGER:

13      Q.   Are you implying that there was some other

14  intention?

15      A.   It can be.  I don't know, really.

16      Q.   Okay.  And you filled out the form and sent it

17  back to him, right?

18      A.   I'm not sure.  Maybe marketing team filled that

19  for me.  I am not sure.  I don't remember that I filled

20  that form.

21      Q.   Okay.

22      A.   Because marketing team may have our biographies

23  somewhere in their records.

24      Q.   Okay.  But it comes under your name.

25          You sent it back, correct?

 1      A.   Yes.

 2      Q.   Okay, okay.  And you have yourself several times

 3 given comments -- oh -- comments to the press about XBT or

 4 Webzilla properties, right?

 5      A.   Yes.

 6      Q.   To promote them, right?

 7      A.   I don't know.  I was just asked to put the

 8 comments.  I'm not -- I was, like, of completely of this

 9 marketing chain.  Someone asked me to, if this text is

10 okay, I wrote "okay" to put under name.  Okay, it goes.

11      Q.   Okay.  And this happened several that times

12 you've been asked to do that?

13      A.   I don't remember exact amount of times it

14 happened.  More than once.

15      Q.   More than once.

16           And you say something in the neighborhood of 20?

17           MR. FRAY-WITZER:  Objection.

18           THE WITNESS:  I don't know, really.

19 BY MS. BOLGER:

20      Q.   Okay.  I'm going to hand you a pile of documents,

21 and you can -- we can take a quick break, if you want.

22 You can look at them.  And we have them all that you can

23 look on.

24           Just for time purposes, these are all documents

25 in which -- articles in which you find yourself quoted,

```
 1   Mr. Bezruchenko.
 2            And I just want you to take a look at them and
 3   confirm to me that these are all documents in which you
 4   are quoted?
 5       A.   Okay.
 6            THE VIDEOGRAPHER:  Are we going off the record?
 7            MS. BOLGER:  I don't think we need to go off the
 8       record.  It's pretty straightforward.
 9            THE WITNESS:  Yes, all this documents include
10       quotes under my name.
11   BY MS. BOLGER:
12       Q.   Okay.  And are those quotes you've given, or are
13   -- that you've -- are they interviews, or are they quotes
14   you've given, or are they a mix?
15       A.   I don't remember exactly.  Some of the documents,
16   quite old.  But most of the time, like, marketing gives me
17   quote and I approval, maybe change it and send it back.
18       Q.   Okay.  I'm going to show you a document that I
19   marked as Defendant's Exhibit 23.
20       (Exhibit No. 23 was marked for Identification.)
21   BY MS. BOLGER:
22       Q.   You're happy to look at the whole e-mail
23   exchange, but I'm going to focus you on the e-mail from
24   you, which is at the bottom of the first page.
25            And the e-mail from you says, "Hi, Joe.  Just to
```

 1  let you know, Prisma is rocketing on Android right now.  I

 2  believe we should act fast, otherwise we may lose

 3  momentum."

 4          Do you see that?

 5      A.   Yeah, but it seems like the thread was not

 6  started by me.

 7      Q.   No, I'm not suggesting it was.

 8          That's the e-mail from you to Joe, right?

 9      A.   Yeah, it's my e-mail.

10      Q.   So you're saying to the marketing guy, "Act fast

11  on this to get us some publicity."  Right?

12          MR. FRAY-WITZER:  Objection.

13          THE WITNESS:  I'm not sure if he's marketing guy.

14  BY MS. BOLGER:

15      Q.   Well, what else do they do at kglobal?

16      A.   He was our contact person at kglobal.  I'm not

17  sure he -- he's doing -- really in charge of actual

18  marketing.

19      Q.   What did kglobal -- what did you hire kglobal to

20  do?

21      A.   As far as I know, for the PR activities.

22      Q.   Okay.  Are you making a distinction between PR --

23  I'll do it again.

24      A.   Yeah.

25      Q.   You're telling him to act quickly to get some PR

1  for Prisma, right?

2       A.    Yes.

3            MS. BOLGER:  Okay.  I'm going to take a quick

4       break.  I shouldn't have too much more.

5            MR. FRAY-WITZER:  Okay.

6            THE VIDEOGRAPHER:  Going off the video record at

7       5:19 P.M.

8            (Whereupon, there was a recess, after which the

9       following proceedings were had:)

10           THE VIDEOGRAPHER:  Stand by.

11           Back on the video record at 5:27 P.M.

12           MS. BOLGER:  That is it.  I have no further

13      questions.

14           Do you all have anything to say?

15           MR. FRAY-WITZER:  No questions.

16           I'm impressed, got it down to 5:30.

17           MS. BOLGER:  True.  All right.  That's it.  We'll

18      close the deposition for the day.  And thank you very

19      much, Mr. Bezruchenko.

20           THE WITNESS:  Thank you.

21           THE VIDEOGRAPHER:  Off the video record at 5:28

22      P.M.

23           THE COURT REPORTER:  Sir, the transcript was

24      ordered.  Would you like a copy?

25           MR. FRAY-WITZER:  Yes, please.

1                              ------

2              (The deposition was concluded at 5:28 p.m.)

3          (Reading and signing of the deposition was waived by

4      the witness and all parties.)

5

6                          CERTIFICATE OF OATH

7

8      STATE OF FLORIDA

9      COUNTY OF MIAMI-DADE

10

11              I, SHARON VELAZCO, Registered Professional

12     Reporter, Notary Public, State of Florida, certify that

13     KOSTYANTYN BEZRUCHENKO personally appeared before me on

14     the 3rd day of May, 2018, and was duly sworn.

15          Signed this 8th day of May, 2018.

16

17

18     _____

19          SHARON VELAZCO, RPR
            Notary Public, State of Florida
            Commission No.: FF 146173
20          Commission Expires: August 19, 2018

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA

4    COUNTY OF MIAMI-DADE

5

6           I, SHARON VELAZCO, Registered Professional

7    Reporter, certify that I was authorized to and did

8    stenographically report the deposition of KOSTYANTYN

9    BEZRUCHENKO; that a review of the transcript was not

10   requested; and that the transcript is a true record of my

11   stenographic notes.

12          I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the parties, nor

14   am I a relative or employee of any of the parties'

15   attorneys or counsel connected with the action, nor am I

16   financially interested in the action.

17

18          Dated this 8th day of May, 2018.

19

20          _____

21          SHARON VELAZCO, RPR
            Registered Professional Reporter

22

23

24

25

**$**

**$10,000**
 135:20
**$20,000**
 135:19
**$200,000**
 229:16
**$81**   115:20

**-**

**--"has**   205:4
**--are**   133:16
**--I**   113:17
**-B-O-R-E-D-I-N**
 141:21

**0**

**06426**   5:11
**07**   20:3
**08**   20:3

**1**

**1**   21:17
 22:14,15
 43:21 304:9
**1,000**   228:16
**1,000-plus**
 228:16
**1.6**   271:13
**10**   112:25
 113:1 142:21
**10:06**   5:7
**11**   144:21,23
**117**   5:11
**11:12**   57:21
**11:22**   58:1
**11:52**   82:11,
 15
**12**   47:14
 50:18 173:14,
 15

**12,000**   52:9
**12:55**   137:14
**13**   202:7,8
 259:2,6
 267:12,20,22
 268:1,5
 270:11 272:2,
 12
**1300**   5:8
**14**   220:6,7
**15**   30:10
 246:12,13
 292:13
**16**   257:13,15
 292:13
**162**   274:16
 275:21
**16th**   206:13
**17**   260:13,15
 280:7
**1714**   246:24
**17a-4**   192:13
**18**   269:19,20
 272:8 280:14,
 17
**186**   274:12
**19**   271:12
 279:8,9
 287:11 290:10
**1:30**   137:9
**1:41**   137:16,
 19

**2**

**2**   43:23,24
 271:11 304:9
**20**   30:17,19
 32:8 51:2,6
 71:11 86:2
 131:10,19
 214:11 221:3
 290:11,25
 317:16
**200**   274:19
 275:20

**2003**   7:1
 14:13
**2004**   309:16
**2005**   13:3,5,
 15,24
**2006**   274:19
**2009**   287:22
**201**   5:8
**2014**   22:21,25
 202:24 203:1
**2015**   20:16
 140:20 283:20
**2016**   16:9
 181:15
 212:12,17
 214:11 221:3,
 4 252:8
 260:23 274:12
 275:21 280:4
 287:11 288:6
**2017**   172:10
 254:10,11,12
 257:6,9
 260:22 272:10
 274:19 275:21
 280:6,7,9,24
 281:1,4,11
 300:15 304:17
 313:1,18
**2018**   5:7
 181:25 312:25
**21**   221:4
 299:21,22
**212.117.180.
130**   274:4
**212.117.180.21**
 274:7
**21st**   206:13
**22**   315:9,10
**22,000**   32:8
 60:25
**23**   318:19,20
**24**   146:17
 148:6 184:2
 186:24 187:1
**24-hour**
 160:13,14

**25**   260:23
**27**   214:2,9
**27001**   189:10,
 11
**28**   253:25
**29**   258:12
**2:54**   200:8

**3**

**3**   51:18,20,
 21,25 92:23,
 24 304:9
**3,000**   142:10,
 11,12
**30**   30:9,10,12
 71:11 86:10
 258:20 280:9
 281:11
**3097**   315:13
**3098**   315:13
**37,000**   53:3
 60:24
**3:00**   200:12
**3:30**   227:15
**3:32**   227:19
**3rd**   5:6

**4**

**4**   51:19
 55:12,15
 304:10
**40**   51:1 53:5,
 8,10,14 71:11
 274:12 276:17
**400,000**
 276:18,22
**48**   187:1
**4:32**   284:11
**4:38**   284:14

**5**

**5**   62:11,14
 108:15 123:17

129:5 132:4

**50** 51:1 71:13
81:3 85:3
165:11,13
**508** 192:19
**55** 48:24
**5:19** 320:7
**5:27** 320:11
**5:28** 320:21
**5:30** 320:16

---

**6**

**6** 64:22,23
260:21 272:10
**60** 17:15
86:11 165:11,
14
**61** 17:15
**62** 17:15
**63** 17:15
**64** 17:15
**65** 17:15
**66** 17:15
**68,67** 17:15
**69** 17:14
**6th** 280:19

---

**7**

**7** 48:19,20
92:17,19
**70** 17:14
50:17 165:11,
14
**72** 184:2
186:25

---

**8**

**8** 101:22,25
**81** 114:25
115:5,7,8,12

---

**9**

**9** 108:20,21
**94** 274:11,16
275:21
**99** 85:2

---

**A**

**A-K-A-M-A-I**
54:10
**A-OK** 282:23
**A-P-P-S** 124:9
**A.M.** 5:7
57:22 58:1
82:11,15
**abbreviation**
191:20
**ability** 268:7
284:3 303:9
**able** 10:11
14:7 45:24
46:17 144:18
194:5 235:23
262:15 267:22
301:14
**abnormalities**
167:18
**about** 10:14
11:20,23
16:20 17:6
18:5 20:22,23
25:21,23
30:14,15,17,
19 32:19 33:3
34:17 39:16
41:24 43:9,15
47:14,20 48:5
50:17,18 51:1
54:8,15 56:12
58:3 60:6
63:2 65:4
69:18 76:4
85:18,20
86:2,11 87:1
96:16,17
97:13 98:6,

15,23,24 99:2
105:13,17
108:16 109:1,
15,16,25
110:1,2,6
114:6 116:22
117:13,15,20
118:21
119:11,17
121:8 125:22
132:3 134:9
135:10
136:13,14
137:22,23
138:18 139:3
142:10,22
145:23 152:25
156:22
160:15,19
161:21 162:11
164:18 166:20
172:3,17
173:11 175:20
176:15
178:17,18,19
179:3,17
180:6 183:22
184:10 186:6
187:17 188:6
190:24 191:6,
8 192:3,7,13,
19 193:13,21
197:2 198:11,
14,15,24
199:1 201:1,
14,18,19,23
205:9,23
208:23 211:4,
9 212:2,20,
24,25 213:14,
15,24 214:21,
23 215:23
216:4,22
217:9,18,20
218:7 223:1,
18,19 224:11,
21,25 225:1,5
230:7,24
231:6,7,9,24

233:21,23
234:20 235:7,
17 239:8,14
244:12,14
246:8 251:6,
8,11,12,13,20
252:21,25
253:13
254:13,18
255:1,16,17
256:5,9,11,
12,14,18,23
257:20 258:4,
9 259:15,20,
23 260:4
261:21 262:5
263:9 264:24
265:9,19,21,
22 268:18,19,
23 269:6
270:15 273:22
278:2,11,17,
20,22,24
279:1,3
280:5,24
282:13 283:8,
10 286:1
288:22 289:12
290:21 291:4
292:2,3,4
293:12,21,22
294:2,7 296:6
297:13,23
298:10,13,14,
20 300:7
302:24 303:9
305:15,17,21,
22 306:17
307:15 308:3,
5 310:9,15,
18,21 313:25
317:3
**above** 5:3
**absence** 10:2,
6
**absolute** 49:9
92:1
**absolutely**
26:10 38:23

77:13 81:5,9
93:14 103:1
106:5 240:23
278:10 280:23
**abuse** 9:18,23
39:11,12
74:16,18
88:22 116:21
119:13,14
120:20,23,25
131:5 157:22,
23 158:9,10
159:15,16,20,
22 160:4,10
164:5,6
177:16,20
178:15,17
180:24
181:10,12
183:16,18,20,
22 184:1,19
186:6,14,15,
17,21,22
197:3,8,10,
12,13 198:17,
18,24,25
199:2,3,5,10,
24 200:14
201:2,6,19,22
202:11,12,18
203:3,13,18,
21 204:23
205:20 206:24
207:1 208:12
209:21,22
210:11,17
211:17 223:9
233:20,23
234:8,21
235:1,6,11,
20,21 236:8,
12,13,20
237:1 238:10
239:5 246:22
248:5,7,8
249:24 250:10
267:16,17
273:3 274:1,
8,23 276:1,3,

7,8,13,17,18
277:4,16
278:1 287:2
291:11,22
294:13,17
295:16,19,21
296:2,12
297:3,6,11,19
**abuse@as5577.
net** 207:2
**abuse@as5577.
net.** 204:15
246:25
**abuses** 274:4,
12,19 275:2,
8,9,21 276:16
296:19
**abusing** 205:4
**AC** 45:10,11
**accent** 142:14
**accept** 47:9
87:14
**acceptable**
37:8 87:23,25
88:2,5,13,14,
19,23 89:10,
15 90:1,10
97:23 98:1
106:4,7
118:6,10,14,
21 119:2,8,
12,17,23
121:3 126:22
127:2 130:25
131:6 154:17,
18,19,22
155:13,18,21
286:11,25
291:24
**accepted**
188:10
**accepting**
19:13 82:1
**access** 9:17
10:23 12:1,10
26:14 39:19
76:9 77:6,16,
17,20,21,22

96:21,24
97:3,4,5,7
99:19,22,23
100:7,9,11,
18,20 103:15
104:3,10,12,
14,21 114:3,4
133:24 147:6
167:12 181:19
207:6,14
243:22 245:4
261:5 264:14
268:7
**Accessibility**
192:20
**accessible**
37:18 88:10,
12
**according**
76:11 212:5
**account**
23:17,21
41:14 95:25
96:1 103:24
**accounts**
196:1
**accurately**
44:2
**accused** 209:1
**acquire** 50:9
111:23 138:6
142:23 312:23
314:13,15,19
**acquired**
101:11,15
124:16,18,21
138:9,10,14,
20 311:25
312:1,10
**acquisition**
64:1 138:15,
18 144:12
314:7,17
**acquisitions**
63:19
**across** 52:9
133:8 286:8,
10,12,13

**act** 201:7,8,
12 216:13
276:8 319:2,
10,25
**action** 201:5,
9 209:25
210:2,3,4,6,
7,25 211:10,
17,22 213:16
**actions**
211:4,6
212:24 250:15
**activities**
9:4 36:13
130:3 184:6
233:21 235:17
260:8 302:7,
13 311:6
319:21
**activity**
69:20 80:24
148:9 158:4,
20 166:11
172:4 184:11
197:6 203:14,
16,21,23
215:1,2
216:5,8
243:25 246:4,
9 254:6,22
261:16 271:7,
19 275:8,9,10
285:21 288:6
**actors** 252:15
**acts** 63:4
**actual** 8:12
27:14 50:20
69:24 92:1
154:1 168:23
197:3 208:12
319:17
**actually**
10:22 13:17
18:12 27:13,
21 47:24
49:13 55:16
73:1,11 92:9
96:1 110:7,13
132:13 133:9

135:22 136:12
145:1 152:5,6
157:12 161:9
175:23 182:12
208:25 212:14
231:7 238:19
272:20 277:3
279:11 280:9
287:15,22
294:7 313:24
**ad** 214:15
215:14,21
224:13,14
241:10
**Adam** 5:23
21:17 43:15
51:18 62:10
**adapt** 25:10
**add** 109:10
133:10,11
**add-on** 109:12
**added** 13:18
134:19
**addition**
297:19
**additional**
14:7,8 46:25
108:24 130:21
135:5 143:14
241:4 293:22
294:2 297:22
**address** 40:13
41:2 47:25
50:3,5 168:14
177:3,6
178:5,6
206:20 207:5,
13,18 211:11
219:3 235:3,4
236:1,14,19
238:25 242:4
243:12 247:10
250:22,24
251:3 265:6
272:12 274:17
277:23
**addresses**
40:17 47:3,4,

5,21,22 49:2,
21,22 80:22
81:24 82:2
159:8 162:24
205:2 211:11,
18 216:18,19,
22 217:16
218:3,14,18,
20,24,25
219:2,6,7,12,
14,24 222:20,
21 230:11
231:12 233:24
234:4 235:5,
12 236:3
237:5 238:25
239:9 241:10,
18,23 242:1,
4,5,18 243:2,
4,8,10 254:24
259:2,7
261:13,16,22,
23 262:22
264:23 265:10
267:5,12,20,
23 270:11
272:2,23
274:23 277:17
283:6,21
287:3,12
288:6 292:4,
17,23 294:23,
24 296:22,24,
25 297:1
**adopt** 263:4
**adult** 17:17,
19,21,22,24
18:24 19:5
20:1,5,9,24
22:2,4,9
309:3
**advancements**
39:22
**advertisement**
212:6 224:13,
15,18,19,20
**advertising**
113:8,11
114:25

**advisor**
307:22
**affected** 75:1
**affecting**
119:16
**affects** 80:25
**affiliate**
55:7
**affiliates**
46:14
**afford** 93:20
144:5,7
**after** 12:11
46:23 57:23
82:12 84:17
94:16 105:15
137:15 200:9
206:11 210:24
218:7 222:8
227:16
234:18,20
243:16,20
245:3 246:3
250:9 257:19
259:1 268:15
275:17 280:21
282:4,12
285:19 299:2
304:23 305:11
320:8
**again** 33:10
39:24 45:22
60:18 65:3
68:9 107:19
109:25 111:6
112:12 125:12
126:5 138:4
159:16 178:20
190:25 202:15
208:13 211:16
215:22 247:20
249:10,20
278:23 300:16
319:23
**against**
176:22 260:8
261:12 262:6

**agencies**
231:5 260:24
288:17 294:15
**ago** 20:12
59:19 60:23
98:16 124:19
128:15 134:8,
9 138:12
185:14 186:4
258:1,20
312:24
**agree** 63:13
145:10 157:10
265:8
**agreed** 10:16
11:21 281:5
**agreement**
87:13 97:15
133:4 146:14
**agreements**
32:21 81:11
**aim** 302:5
**aiming** 302:12
**Akamai** 54:8,
10
**alarming**
214:23
**Aleksej** 5:12
7:18 8:2
141:20 213:3
232:13 255:19
278:19 281:1,
10,22 292:16
293:13 295:5,
9,11 299:10,
13 300:3,10
301:6 302:5
304:15 308:16
**alert** 148:2
248:5,7,8
276:3,8
**alerts** 73:20
75:24 76:17,
19 148:16
276:7 295:16,
19,21 297:3
**Alex** 213:2
306:3,8

Alex's 232:21
Alexander
90:2 141:21
215:3 224:23
226:18
alive 78:13
all 5:19 9:17
12:7 13:16
17:6 19:4
20:16 22:6,8,
13 24:16
25:20 26:15,
17,18 29:22,
23 30:23,24
35:3,4,13
36:17,18,21
40:3,18,19,25
43:1 46:11,13
48:14,15 49:4
54:3 55:21
58:19 60:2,24
61:14 63:2
64:3 66:1
67:18 71:25
74:7 75:11
76:1,10 77:3
78:9 80:21
83:11,12
84:14 89:22
94:8,17 95:18
97:11 99:8,
15,16 100:9,
10 101:12
104:21,24
105:5 107:22
108:15 109:6
110:8,9
113:21
116:10,14,22,
23 117:4,13,
15 118:1
125:16 129:24
135:6 139:4
140:23 142:22
143:23,25
144:15 147:2
148:9 149:4
150:3,7
151:16 153:19

155:1 157:24
158:4,10
164:7 165:13,
23 166:6,23
168:9,13
169:9,11,16
170:8 171:8
172:19,20
173:9,10
176:6 177:3,7
179:4 181:8,
16 182:12
183:11 185:6
187:5 189:22,
24 196:2
198:8 199:6,7
201:19 204:9
209:25 210:13
211:10 213:18
221:13,14,15,
23 225:11,12
229:11,14,18
230:14 231:6
233:22 238:14
240:21 241:8,
17,21 242:13,
14,15 250:11,
18 255:16
257:4 267:13,
22 268:13,17,
18 273:3,14
275:5,9,16
276:3,5,7,17,
23 277:16,20
281:8 286:12
290:1,21
294:8 298:10,
11 299:18
303:15
304:22,24
309:14 313:19
315:17,20
317:22,24
318:3,9
320:14,17
allegation
255:6,21
allegations
251:21 304:19

allege 243:25
alleged
208:12 216:5,
7 231:2
240:18
241:18,23
243:20 244:14
255:6 256:22
296:6
alleging
247:9
Alliance
190:24
allocations
135:15
allowed 85:14
233:13 298:15
allowing
240:25
almost 18:10
129:22
already 13:18
23:7 24:22
26:17 179:10
305:14
also 5:24
9:18 13:11
16:16 31:18
32:1 39:21
42:15 52:2
58:4 75:15,19
92:13 108:4
116:11 117:5
118:3,6 122:9
128:3 132:12
177:6 214:7,
16 219:6,13
229:18 238:19
252:3 283:18
285:25 287:18
308:15
alternatives
80:1
always 25:9
81:20,21
103:22 169:9
201:7 205:17
231:24 288:10

306:8,22
313:21

am 6:13 9:25
12:13 15:16,
17,20 17:13
18:5,24
21:15,16
22:14 23:15
27:14 34:9,23
36:17,23,24,
25 38:15
42:1,5,13,14
43:10,14,15,
22 46:20
47:19 48:17
51:17 53:7,12
55:14 57:5,16
60:16 62:10
64:12,16
65:3,11,14
66:10,11,12
75:11 86:10,
13 92:5 95:5
97:25 100:25
101:24 102:17
108:19,20
109:1,9,25
110:7,10
111:21 112:24
115:18 117:11
118:13 125:12
126:4 129:10
130:20 132:17
135:9 138:17
141:15,22
142:7,12,15
144:20
145:15,16
149:22 153:25
157:2,3
163:17 175:18
178:18,20
180:20 181:4
189:5,9 190:8
195:7 197:7
202:6 209:12,
20 211:25
213:25 214:1
219:19 220:5

276:13 286:24 289:18 290:15 313:15 316:19

**Amazon** 54:6

**America** 192:10 270:18,19

**American** 16:22,24 17:8 20:1 181:1 251:20,24,25

**among** 129:24

**amount** 10:15 26:16 36:5,12 52:11 54:14 105:2 170:16 232:8 233:1 243:10,11 313:11 317:13

**amounts** 16:16 27:14,22

**Amsterdam** 20:11 30:2,8, 23 135:15 143:1 312:17

**AMW** 17:8

**analysis** 77:4

**analyze** 82:5

**and** 5:2,23 6:7,21 7:2,4, 13,20,23 8:1, 2,12,15,16, 21,22,25 9:11,13,16, 17,18 10:3,8, 14,15,23,24, 25 11:4,5,7, 8,23 12:2,6, 10,17,24 13:1,4,9,13, 14,19,22,24 14:3,6,7,12, 16,18 15:7, 11,12,15 16:15,16,19, 21 17:6,13, 15,19,22 18:21 19:2,

13,16,22 20:3 21:4 22:20,21 23:4,5,7,13, 15,19,20,24 24:1,2,4,6, 11,12,13,23, 25 25:1,9,11, 13,16,24 26:1,5,21,25 28:7,8,10 29:11,23 30:3,10,12, 14,20,22 31:6,7,14,15, 17 32:10,20, 22 33:2,3,7, 13,23,25 34:14,15,20 35:10,11,20, 21,22,23 36:2,3,12,13, 18 37:8,15, 17,18 38:5 40:13,18 43:11 44:8, 14,19,23 45:3,9,19,23 46:14,16 47:2,6,8,9, 11,16,17,18, 20,21 48:2,8, 12 49:4,18, 20,22,24 50:4,7,9,16, 18,22 51:2,4, 12,13 53:12 54:1,13,15 57:7,14 58:9, 11,14 60:2,7 61:25 62:20 63:10,19,21, 23 64:1,3,7, 11,12,22 65:19 66:3,19 67:5,15,17, 20,21 68:1,20 69:2,7,13,16, 21,23,25 70:6,20,24

71:8,16,19, 20,25 72:7, 12,13 73:3,16 75:1,3,7,16, 20 76:3,8,9, 13,23,24 77:13,14,18, 19 78:14,23 79:12 80:2 82:1,5 83:11 85:2 86:3,6, 13,16 87:5,23 88:3,4,5,7 89:2,6,18,22 90:4 92:1,21 93:12,24,25 94:1,14,16 95:8,12,14, 15,25 96:2,6, 8,19,21 97:9, 13,23 98:17, 24 99:21,22 100:9,15 101:15,24 102:1,2,11,17 103:6,10,12, 14,17,18,19, 24 104:2,9, 16,17 105:8, 12,21,22 106:12,15,22 107:11,14,15 108:9,16,18 109:6,13,22, 23 110:6,11, 17,19,20 111:9,14,19 112:7,9,10, 19,22,24 113:8,12,18, 23,25 114:3, 4,8 116:10,22 117:5,14 120:1,12 122:6,16 123:12 124:8, 9,23,24 125:5,9,10, 11,13,14,15,

19,20 126:6, 15,16,25 127:4,12 128:1,8,14, 19,21 129:1 131:2,4 132:10,13,23 133:8,16,22 134:10,12,23 135:1,13,14, 15,18,21,22 137:4,7 138:2,9,13,21 139:5,7,16,24 140:14,15,21, 23 141:4,5,6, 8,18,20,22 142:1,9,17 143:1,3,5,20 144:5 145:17 146:4,15,18, 21 147:2,6 148:24 149:2, 12 150:21,24 151:16 152:23,25 153:22 156:13,15 157:21,22,23 158:7,8,9,12, 14,18,25 159:5,10,14, 20,22,25 160:10,20 161:9,16,25 162:10,15,19, 21,23 163:6, 12,13,15,21, 23 164:2,15, 17,19 165:3, 4,5,14,15,20, 24 166:1,4,23 167:2,8,9,12, 15,18,24 168:7 170:2, 5,10,12,18 171:10,12,18, 21,22 172:7, 9,20,24

173:2,5,21
174:21,22
175:6,7,21,25
176:17,18,20,
21 177:4,7
178:4,11,19,
22,23,24
179:2,4,10,
13,15,22,24
180:7,21,22,
24 181:10,12
182:1,9,13,
17,18,21
183:1,2,6,10,
15,19 185:9
186:3 187:6,
15 188:6,8,
21,24 191:24,
25 192:6,19
193:10,18,24
194:2,4,6,7,
25 195:1,9
196:11,16
197:7,8,11,
14,21 198:1,
9,13,17,18
199:2,4,7,11,
21 200:15,17
201:1,14
202:23 203:2,
6,10 204:5,
18,22,25
205:1,3,8
206:7,13,18,
19,22,25
207:5,23,24
208:15,16,21
209:3,7,14
210:10,12,19,
20 211:9,10,
21,23 212:2,
10,17,23,24
213:5,15,16,
22 214:11,15,
16 215:4,7
216:3,12,16
217:13 218:2,
3,5,20,21
219:1,3,11,

13,14,15
220:1,16,18,
23 222:3,15,
17,20,21
223:4 224:3,
11 225:16,22
226:14 230:25
231:7,9,23
232:15,16,21
233:19,21,23
234:22 238:18
240:15,24
241:9,19,20
242:22
243:10,11
244:17 245:4,
15 246:7,8,23
247:3,5
248:7,18,25
249:15,23
250:6,17
253:18 254:8,
13,16,19,23
255:19
256:24,25
257:1,17,20
258:12 259:1,
15,22 260:19
261:1,4,6,24
262:7,14
263:8,13,20
264:1,4,6,14,
17,21,24
265:6 266:3,
10,14,17,21
267:19
269:11,23
270:20 271:6,
12 272:2,10
273:11,12
274:3,8,11,
16,18 275:1,
5,7,10,11,21
276:8,15,22
277:7,11
278:17,20,21,
25 279:2,5,7,
16 281:9
282:17 283:7,

11,14,15
284:3 285:7,
20 286:8
287:19,20,22
288:14,18,19
290:10,12,15,
22 291:10,11,
12,13,16,21,
22,23,24,25
292:2,11,12,
22 293:8,12,
17,18,20,24
294:8,15
295:6,9,11
296:3,13
298:10,13,24
299:3,11,15,
18 300:2,4,9,
10,11 301:21
303:11,12,15,
16,20 304:7,
9,13,15
305:5,7,10,
15,19,25
306:9 308:13,
15,19 309:3,
11,14,21
310:1,4
311:11,13,24
312:8,11,13,
15,16,18,20
313:10,12,14,
17 314:7,12,
16 315:17,23
316:2,16
317:2,11,16,
21,22 318:2,
12,17,25
320:18

**Andre** 141:23,
24

**Android** 319:1

**aneurysm**
43:22

**angry** 259:13,
14

**announce**
47:10,25
49:22

**announcing**
47:2,20

**annual** 115:6

**anomalies**
69:17

**anonymizer**
272:24 273:8,
13,15,24

**anonymizing**
286:5

**anonymous**
263:24 267:18

**another** 12:25
19:16,17
55:15 62:13
93:25 99:4
103:4 141:20
209:20 249:20
305:11

**answer** 17:2
20:18 24:20
27:20 28:12,
22 37:21
38:19 39:2
40:22 41:18
43:5 46:21
51:9 52:25
61:22 62:3
63:7 67:25
77:12 90:12,
20 91:11 95:6
99:11 106:25
118:24 121:17
123:1 127:13,
18,19,22
136:9 139:13
144:2 150:6
151:10 152:2,
6,9,13,17
154:8,13
157:7 170:18
180:9,23
190:19 192:15
208:3 209:23,
24 211:2,16
213:12 217:14
218:11
219:18,25
225:4,19

226:9,11,12
229:8,10,21
233:15 235:15
239:21 240:19
245:16,19
250:17 255:25
256:17 262:2
263:14 269:15
286:23 293:1
**answered**
152:23
**answering**
169:4
**answers**  49:13
60:17 306:21
**anti-fraud**
195:20,22,25
**Anton**  309:20
**any**  9:23
11:17 18:3
20:4,24 21:1,
5 23:10 31:14
52:19,22
60:10 61:12
64:16 65:10
67:16 68:2
69:19 72:5
86:3 88:16
89:25 90:8
91:8,23
94:18,25
95:1,3 103:2
104:14 105:9
111:12 122:13
126:5 130:3,
15 131:20
133:12 146:17
148:9 149:19
155:11,12
158:16,20
159:8 161:4,
16,17,19,23
162:17 166:3,
10 167:10,11
168:18 169:4,
7 170:14
172:2 176:2,4
177:4 182:5
184:23 188:10

190:5,11
192:17 194:1
197:5 199:4
207:25 210:25
211:17 220:20
221:18 230:20
232:5 233:12,
20,21 235:17
236:25
238:18,20
239:13
240:11,16,21
242:8,16,20
243:24
244:17,22
245:2,3,9,21,
24 246:7
251:19 260:22
261:6,12
267:2 268:1,5
271:7,19
275:7,8,16
276:13 277:25
278:1,11
280:10 283:18
285:6,9
288:24 293:21
294:6,7 296:5
297:4,22
298:1,16
299:6 300:9
302:6 303:17
304:21,24
305:3 309:14
**anybody**  75:10
237:12
282:10,13
285:11 298:23
299:8 304:14
**anymore**  12:10
55:25 128:11
215:6 285:22,
23
**anyone**  11:1
60:20 155:17,
20,23 181:5
281:24
285:13,17
315:7

**anything**
42:20 53:14
63:4 68:25
76:22 103:2
110:15 120:18
125:20,21
162:17 167:15
188:25 193:1,
5,7 230:20
248:11 250:3
251:8,11,12
252:25 256:9
258:9 275:11
283:9 285:24
286:7 287:1
294:9,13
295:25 296:4,
5 297:23
299:4 304:14,
18 313:25
320:14
**anyway**  195:9
266:11,13
**anywhere**
72:25
**AP**  291:12
**Apache**  9:2
**apartment**
45:4
**apologies**
19:11 25:20
**apologize**
9:25 25:16
43:23 57:7
73:13 74:19
113:17 115:7
130:6 149:11
178:20 214:7
221:21 257:20
286:23 304:9
**app**  46:3
124:3
**Apparently**
17:5
**appear**  205:2
**appearance**
5:19

**appearances**
238:20
**appeared**
283:15
**appearing**
91:17
**appears**  81:25
159:8 304:22
**apple**  55:11
**apple-to-apple**
96:11
**applicable**
10:19 285:25
**application**
9:2 10:12
45:24 83:10
123:18,21
124:6 182:5,
6,7,8 184:25
185:2
**applications**
123:22
**applied**  194:1
**apply**  116:24
117:1,6
118:21 194:4,
5
**appropriate**
41:5,6 47:7,8
**approval**
318:17
**approve**
303:25
**approved**
151:8
**approximately**
5:7 85:2
**apps**  56:23
123:22 124:8,
9
**April**  13:3
**APT28**  258:12,
22
**APT29**  257:21,
23 258:14,18
**architect**
38:8,11

128:10 134:3
168:3
**architecture**
128:17
**are** 5:5,8
6:14 7:6,11,
13 10:14
11:16,24 12:6
13:10 14:10
15:12,15
16:15,21,24
17:13,22
18:12,21
19:18,22
21:22 22:19
23:13 24:6,7
25:18,20,23
27:16 28:5,10
29:3,6 30:7,
11,12,23,24
31:4,6,14,21
33:12,21,25
34:9,11,13,
15,18 35:2,3,
4,13 36:3,15
38:3,5,8,10,
13,24 39:7,8,
13,21 40:1
41:7,24 42:4,
9,12,15 43:9
45:16 46:10
47:14,16,18
48:2,8,9,10
49:4,6 50:6,
7,13,15,17,
24,25 51:1,4,
6,7,12,13,14,
23 52:16,19,
22 53:1,7,16,
18 54:13,16
60:16,17
61:14 62:17,
18,24 63:18,
23 64:6,7
65:19 66:12,
22 67:4,14
68:1 69:18
70:20 71:20,
25 72:3,4,8,

18,19,21
74:6,7,12,19
75:14,15,24
77:11 78:8,9,
13,18,21 79:2
80:4,5,6,23,
24 81:14,20,
22,23,24,25
83:6 84:13
85:14,16
86:3,6,12,15,
18,25 87:5,23
88:7 89:9
92:2,6,17
93:3 95:3,10,
12 96:2,3
97:9,11,17
98:21 99:17,
22,23 100:7,
11 101:9
103:3 104:14,
21 105:3
106:12,15,18
107:16 108:7
109:22 110:2,
6,21 111:2,
14,20 113:12
114:25 116:12
117:4,10,14
118:19
119:21,25
122:6,16,23
123:5 125:7,
9,10,16,25
126:4,5,9
128:1 129:1,2
131:15,19
134:3 135:1,
14,24 136:11,
13,15,16,17
138:8 139:7
141:4,7,8
142:6,9,16,
17,20 143:5
145:3,9,16
146:2,4
148:11,19,24
149:1,23
150:22,23,24

151:20 153:8,
25 154:3,10
156:13 157:3,
11,25 158:12,
17,18,19,24
159:20 160:14
161:14
162:23,24,25
164:9 165:10,
13,16,21,22,
23,24 166:4
167:10 169:9
171:15,22,24
172:24 173:18
175:8 176:2
177:5,15,18,
20,25 178:1
179:3,9,15,20
180:22 183:8,
18 188:1,2
189:21,25
190:3,16
192:23
193:15,17,23,
25 198:13,15,
16 200:1,7,16
201:17 203:18
205:12,19,24
206:12 208:9
215:18 219:5
220:18,23
221:5,17
222:3,17
229:2 230:19
234:3 235:1,
11,20,22
236:9 237:4
239:16 240:25
241:4,19,21
242:12 246:5
247:5 249:16
251:16
258:12,14
261:2 263:21
270:14 271:10
281:21 286:21
287:10,15,18
288:5,18
290:5,6

294:24
295:19,25
296:1,2
300:25
302:19,20
303:3,9,15
306:24 307:2
310:13 311:24
312:15,19
313:6,9,10,
12,14 316:13
317:24 318:3,
4,6,12,13,14
319:22
**area** 8:2 22:3
144:19
**aren't** 31:17
289:20 302:11
**Arizona** 209:3
**Arms** 192:7
**around** 20:13
24:12 30:9
32:8 52:21
142:21
157:19,20
159:21 162:4
165:11 228:16
229:15 256:4
274:18 294:8
299:3 300:11
**arrested**
289:3,4,5,23
**article**
181:15
213:14,21,22
214:22 216:12
231:22 293:6
304:23
**articles**
297:24 317:25
**as** 6:7 10:20
11:4,15,24,25
17:14 20:15
21:17 27:4
30:23 36:15
40:8 42:24
43:15 45:10
48:8,18 50:3,

11 51:4,18
53:4,6 55:14
62:10 63:5,
19,23,24 66:1
73:1 74:13
75:19 78:15
81:22 83:12
92:17 97:13
101:12 103:9,
10 105:10
108:6,20
109:4 112:25
113:8,11
116:14,25
117:1 118:15
124:7 125:23
126:19 127:17
128:24 136:4
141:7 142:6
143:6 144:10,
21 145:13
147:9 148:20
149:2 150:2,9
154:1,20
155:12 159:18
161:3 162:20
163:9,24
164:1 172:25
173:18 174:12
175:1 184:20
187:15 196:21
202:7,16
203:2 206:17
207:25 209:25
211:17 214:2,
9 217:10
218:4 228:21
229:15 231:11
234:7,19
236:11 237:1,
25 238:6
240:10 242:11
245:25 246:5
250:10 252:12
253:1,24
259:2 262:9,
11,23 263:2
264:1 266:1
269:19

272:23,24
273:2,8
276:17 279:8
282:8 287:12,
22 291:19
293:17,19
299:2,21
304:4 306:23
307:2 308:16,
19 313:23
314:11,20
315:23 318:19
319:21
**AS-28** 253:23
254:1 257:20
**AS-29** 257:20
**AS577.NET**
204:18
**Asia-pacific**
192:25
**aside** 198:23
**ask** 6:21
17:13 19:7
21:16 32:19
34:7 37:23
43:10,15
46:20,21 47:9
48:17 50:13
51:17 62:10
82:18 88:8
89:18 101:24
105:17 108:19
109:25 112:25
122:1 126:4
132:2 144:15
149:21,22
156:8 164:16,
17 173:13
183:22 194:8
201:17,22
209:20 211:25
213:23 214:1
220:5 227:6
246:11 256:11
257:11 263:10
266:19 273:20
279:7 284:17
285:16 286:21
298:10,15

299:20 310:24
315:8,14
**asked** 35:21
37:4 83:12
103:8 107:15
152:10,23
164:13 180:20
201:19 205:23
210:10 211:9,
15,21 213:15
216:12 230:18
243:10 256:4,
11 278:25
279:5 281:23
286:18,22,24
291:17 292:11
293:15 305:14
317:7,9,12
**asking** 27:13,
14 41:24 42:1
53:7,13 65:14
66:10,11,12
80:6 118:13,
14 136:13,16
149:22
153:24,25
157:2,3
178:20 201:9
210:12 212:24
216:16 231:8
242:12 249:15
251:1 255:9
261:14
**asks** 38:2
68:5 278:21
**ASN** 163:2
**ASNS** 46:13,
22,25 48:3,9
162:24 163:1
**aspect** 179:24
**aspects**
189:22,24
**assess** 187:6
**assessed**
257:1
**assets**
138:19,23
312:23

**associate**
239:18
**associated**
40:1 214:17
218:18 259:2
274:23
**associates**
7:24
**Association**
192:10
**assume** 113:19
134:10 151:23
**assuming**
100:25 302:11
**assumptions**
263:9
**assure** 279:13
**at** 5:3,8 7:25
8:8 10:7
13:17 14:1,9,
18 17:25
18:13 19:3,5,
8 20:1,5,8,
16,24 21:22
22:13 23:5
25:8,13 30:5
34:5,20 35:15
37:7 41:2,4
48:18,21 52:8
54:23 57:21,
25 58:9,11
59:9 60:1
61:11 64:4,6,
8 65:11 71:20
76:3,7 82:10,
14 92:21
99:25 101:24
110:1 112:9,
25 113:23
115:3 121:3
137:9,13,16,
18 142:25
150:11 151:8
153:19
158:21,24,25
159:13 162:9,
10,22,25
164:6,23
165:5,18

170:15 172:8
173:13 178:7,
11 181:22,23
190:13 192:6
196:10 200:7,
11 202:23
203:2,3
206:25 209:20
211:25 214:1
216:12 219:10
220:5 223:10
227:6,14,19
231:6 233:9
234:18 237:4
240:6 246:5,
11,23 257:11
260:14 262:10
271:12 272:7
275:1,16
276:12,18
277:8 279:8
280:13,16
282:8 283:13
284:10,13,17
288:13 290:1
294:12 295:3,
4,24 296:15
297:3,6,7,11
298:8 299:20
304:24 306:6
313:18 315:1,
8 317:22
318:2,22,24
319:15,16
320:6,11,21
**Ataniaset**
57:2
**ATIS** 38:9
**attached**
304:4
**attack** 70:17
75:1,2 161:8,
10,11,12
176:7,22,24
177:1 184:1
253:7 292:23
**attacked**
176:6,16,25
177:2

**attacker**
70:17
**attacking**
161:13 305:23
**attacks** 70:21
75:3 161:6,
20,22,23,24
163:10
167:11,13,14
175:9,11,12
176:13 177:9
182:6
**attempt**
274:4,8
**attempting**
196:23
**attending**
22:2
**attention**
23:3,4 81:1
150:1 155:20,
23 165:5
170:5 186:15,
17 296:5
**Attestation**
193:14
**attorney**
37:6,10,11
87:4 88:6
190:21
230:18,25
263:4 271:24
272:4
**attorney's**
203:4
**attorneys**
118:11 151:5
172:17 230:21
255:3 263:10
290:20
298:12,14
304:16
**Attorneys's**
290:12
**attractive**
142:23
**auditor**
195:18

**Australian**
193:4
**authorities**
172:2,3
271:5,25
283:16
**authority**
244:4,5,7,8,
10,20
**automated**
24:3,4,7,12,
14 27:3,7
35:20 36:4
38:22,25
39:8,9,10,13,
15,17,19
71:1,3 157:21
158:8
**automatic**
160:22,24
161:1 203:17
**automatically**
26:19 203:19
**automation**
24:8 25:7,17,
18,19 38:20
84:8
**autumn** 314:6
**AV** 244:22
**availability**
68:8,10,13
69:23 94:21,
22,23 174:10,
12,17,19
175:6,7,22
294:12
**available**
42:14 75:2
159:6 163:9
272:25 293:22
297:24
**average** 10:9
186:18
**AVM** 308:16
**AW** 309:15
**award** 18:1,
14,21,25
19:4,8,13,23

21:4
**awards** 18:12
20:5,23,24
21:5
**aware** 234:3
239:16 271:8,
20 276:13
287:10,15,18
310:9,10,12,
13
**away** 25:22
33:18 54:4
67:4 223:10
265:16 273:21
**AWM** 17:11,16
21:18 308:17,
18
**AWS** 54:6,17
192:23

---

**B**

**B-S-E-N-I-T-S-
I-N-A** 159:23
**back** 45:15,23
46:1 57:25
80:10 82:14
108:11 123:17
137:9,18,21
149:4 162:6
195:9 200:11
203:13 207:9,
10 227:19
242:22 250:7
265:24,25
275:1 284:13
311:11
316:17,25
318:17 320:11
**backbone**
133:7 135:22,
23
**background**
45:15,19 85:7
312:22
**backwards**
11:3

bad  48:15
77:11 120:12
141:3 146:12,
15 211:15
214:6,7 263:9
balking  21:22
band  111:22
112:1,3,22
224:6
bank  122:23
123:5,7
bare  10:25
11:5,6,8,10,
13,15,20 32:9
44:21 65:18
109:21,23,25
110:2,11,12,
20 111:3,9
barracuda
182:9,10,13,
15 185:2
base  66:15
90:17 91:3
107:3 121:5
127:4 131:8
136:20 156:1
312:11,12,18,
21 314:14
based  34:1
41:3 51:14
87:13 89:22
111:8 126:23
138:1 165:4
167:23 168:1
172:1 236:2,
12,13 240:22
242:23 284:2
287:20
baseline
10:16,20
193:24
bases  64:4
basic  62:24
146:11
basically
45:8 77:23
163:8 172:25
177:5

basis  68:6
74:8 78:15
79:21 81:15
89:5 91:16
165:1,2
231:20 255:7
batches
33:12,14
Bates  48:23
220:10 246:16
271:12
279:13,14
315:13
Bear  111:20
bearing  66:24
246:16
beat  153:24
became  7:23
13:19 23:3
24:22 41:14
305:10
because  13:21
14:6 23:19
24:21 32:18
34:11,15 36:2
48:5 49:6
58:3 67:5
73:12 76:22
77:18 81:19
97:20 100:16
103:23 108:25
111:12 113:10
116:6 119:25
131:5 133:20
135:1 141:2
142:25 148:5
149:10 151:2
170:11 171:2,
4,6 173:8
174:24 189:6
211:15 221:16
223:6,10
226:13 230:1
231:2 232:8,
21,25 235:10
236:6 243:13
245:19 251:9
259:15 260:7
261:11 265:10

267:16,18
270:14,19
281:23 288:17
289:24 295:5
298:15 301:4,
9,10 302:21
303:1,5
306:22 311:9,
24 314:14
316:22
becomes
271:7,19
been  6:18
16:4,6,11
17:8 22:20
55:14 90:6
101:2 117:13,
14 144:13,20
151:8 155:17
157:19 176:6,
7 179:4 194:2
196:7,11,22
198:6,8 202:6
205:4 220:17
225:22 246:8
275:8,16
287:18 290:24
314:7,8
317:12
before  5:1
6:18 22:21
47:25 54:19,
24 63:3 79:18
105:21 120:14
146:17 181:15
195:6 196:15
202:2 209:9
214:12,14
239:7 246:6,
17 252:17
255:2,3
257:6,8
259:17,18,19
275:18,22
281:4 314:17
beginning
14:9 59:9
60:1 105:13
110:1 154:25

281:17 302:3
begins  101:17
173:22
behalf  5:22
19:13
behavior
120:13
behind  94:11,
13 141:23
189:12,13
197:14 242:14
243:24 244:1
being  6:15
33:21 119:22
143:23 170:24
176:16 178:13
179:8,14,18
194:7 218:8
228:14 235:13
241:10 270:17
287:12
belief  91:16
believe  7:1
13:3 19:19
20:13 43:3
67:12 75:22
81:19 86:5,11
91:12 95:23
96:2,4,5,6
97:1,2 100:8
101:8 134:9
141:24
142:18,21
144:12 149:21
160:14 162:22
163:4 164:7
183:12 195:4
198:4 212:12,
22 216:15,20
217:15,16
219:10 223:9
228:16
231:10,11
232:7,10,13
233:2,5
234:14,16
251:9 261:17
262:9 268:17,
21 269:1

277:16 279:4
280:4 282:16
283:5 284:19
285:25 286:24
289:3 296:8
307:16 309:15
312:10,16
315:16 319:2
**believed**
124:22 144:3
266:1
**believing**
129:10
**bell** 134:23
**belong** 312:9
**belonged**
219:6,12
**below** 75:15
**benefit**
35:17,25
134:20
**besides**
278:16
**best** 18:22,25
19:1,2,4,12
20:1 42:7,16
48:11,13,14,
15 83:7
125:17 149:23
238:8 239:17
**better** 16:1
82:18 95:2
122:1 132:2
149:21,22
156:8 191:19
285:16 306:21
**between** 11:5
14:2 23:24
46:16 65:19
75:16 79:12
80:2 85:2
86:15 87:14
102:10 110:8,
10 113:25
126:5,16
135:16 139:16
206:7 217:12
254:16,19

275:21 301:21
319:22
**beyond** 75:7
**Bezruchenko**
5:10 6:6,11,
20,24 13:7,11
15:24 18:13
40:17 44:1
49:1 52:4
137:21 144:25
202:11 214:6
215:18 260:21
284:16 299:24
307:1 315:14
318:1 320:19
**big** 78:21
85:1 90:5
104:1 121:10
127:7 150:16
156:4 179:2
229:2 230:8
232:22 233:2,
7 243:13
269:12
**biggest** 46:7
121:12,14,20
**bio** 315:24
**biographies**
316:22
**bios** 316:1
**Biscayne** 5:8
**bit** 12:13
23:4 42:23
43:1 85:18
132:22 237:25
**BK** 13:8,11
141:10 281:17
**BK@800HOSTING.
COM** 40:16
**BK@DFWNET**
40:16
**bk@iptransit.
com** 40:15
**bk@servers.com**
40:14
**BK@SERVERS.RU**
40:16

**BK@UCDM.COM**
40:15
**bk@webzilla.
com** 40:14
**bk@
xbtholdings.
com** 40:15
**Black** 5:24
**block** 47:6
243:15
**blocks** 47:9
238:25
**blog** 122:17
180:12
**BN** 56:25
**board** 140:12,
13,15,20,23
141:4 142:4
286:9,10,12,
13
**Bogachev**
308:1
**Bolger** 5:21
6:10 15:22
17:4 18:5,7,
9,11 20:21
22:16 24:15
25:4 27:23
28:14 29:8
36:8 37:25
38:21 39:4,25
40:7,24 41:20
42:1,3,8,15,
17 43:19,22,
25 45:12
48:22,25
51:16,20,23
52:1 53:2,21
55:6,11,13
57:20 58:2
59:25 60:13
61:3 62:6,15
63:9 64:20,24
65:9 66:21
67:3,10 68:4
70:19 78:4,20
79:15,22
80:12 82:9,16

83:19 84:4,15
85:11,23
87:17 90:14,
22 91:15
92:20 99:12
101:4,23
106:11,20
107:2,21
108:3,14,22
109:8 110:25
113:2 114:21
115:15,25
116:9,20
117:19
118:12,18
119:1 120:4,
8,19 121:21
123:3,11
124:2,17
126:3 127:16,
23 134:19,22
136:10
137:11,20
139:21 140:19
144:11,24
145:20 150:8
151:12 152:4,
19 153:1,6,
12,17,23
154:7,16
155:6,16
156:20 157:9,
16 169:6,15,
20 170:23
173:16 176:10
180:11 184:3,
9,15,22
186:10 190:23
192:16 196:6,
20 197:1
199:14,18,22
200:2,5,13
201:13 202:9,
17,20 206:10
208:5 209:13
211:5 213:9,
19 214:8
216:2 217:8,
17 218:13

219:22 220:8
221:21,22
222:7 224:16
225:7,21
226:1,7
227:5,9,20
229:13,24
230:23 231:16
232:2,20
233:6,18
234:12,25
235:18
236:17,23
237:8,24
238:4,9,15
240:1 241:14
243:6 244:9,
16,21 246:14
247:25 248:17
249:8,13
251:18 252:2,
11,20 253:5
254:25 256:2,
8,20 257:16
258:17,25
259:11 260:16
262:4 263:12
264:16 265:14
267:4,11
269:17,21
271:2 272:19
273:19 275:15
276:11 277:1
278:8 279:10
281:16 283:3
284:9,15
286:16 288:3,
11 289:1,9,
15,19 290:4,
14,18,22,24
291:1 292:21
293:3 298:6
299:23 301:24
302:17 304:8,
12 307:24
308:21 315:11
316:6,12
317:19 318:7,
11,21 319:14

320:3,12,17
**books** 168:22
**boondoggle**
16:22,25 17:5
**Boredin**
12:18,23,24
141:21
**bot** 120:11
**both** 7:6,13
11:8 14:17
15:1 23:13
50:21,23 70:6
77:12 78:23
95:14 102:2
135:14 168:17
174:12
245:13,17
290:11 310:12
312:16 313:10
**bother** 288:20
290:1
**botnet** 287:6,
13 288:6
289:3 305:24
**botnets**
179:14 180:7
196:8
**bottom** 115:5
260:19 271:13
318:24
**Boulevard** 5:8
**boundaries**
123:12
**bounded** 129:2
**box** 11:16,18
110:4 197:12,
14
**boxes** 44:22
**brain** 43:22
**branch** 145:4
**brand** 25:1
112:7,9
315:21,23
316:1
**break** 57:17,
19 77:18
120:1 137:7,

8,9 199:14,
18,21 200:5
317:21 320:4
**brief** 284:12
**briefly** 54:2
214:13 224:12
278:24
**bring** 70:18
203:7 219:1,
24 241:1,5
242:3 243:2,
10
**bringing**
296:4
**brings** 218:19
241:18
**broadly** 43:4
**broken** 31:7,
14
**Brothers**
73:11
**brought**
102:13
155:20,23
218:23 219:13
243:7 282:18
**bubbles** 44:8
**bug** 187:25
188:1,2
**build** 24:25
25:1,13
**building** 45:4
103:16
164:21,24
**built** 25:8
**bump** 164:22
**bunch** 244:11
**burden** 35:19
**Burger** 189:24
**business**
7:24,25 8:4
10:3,10,13
12:17 13:2,4,
24,25 14:6
15:16,19
17:21 22:3
23:6,8,24

26:4 27:9,15,
18 33:15,17
34:1,2,16
35:15 36:13
37:17 46:7,11
54:13,14
58:5,9 64:2
67:13 78:19
88:16,17 92:3
98:4 112:8
121:10,12,15,
20,22,23
131:12 135:2
138:23 143:4,
6 150:2,10
179:25 180:17
192:5 213:5
215:19 287:4
305:7 310:2
314:12
**businesses**
10:2,3 131:17
306:7 313:9,
10,12
**but** 9:9 10:1
11:1,25 12:8
13:18 14:17
15:13 18:13,
19 20:10
21:25 23:23
24:2 26:7
27:6 29:3
34:17 37:4
45:24 46:8,9,
15 49:7 50:14
52:7 53:9,11
54:16,19 57:5
58:21 60:9,17
63:3 66:22
67:13 70:5
71:14 72:18
76:2 77:19
78:13 80:19
81:19 84:24
85:17 86:5
90:7 91:12,25
96:1 97:25
99:8,16 100:8
101:12 106:8

107:15 109:3
110:17 115:23
116:10 118:4
119:20 121:19
123:16 124:3
125:3 126:13,
23 130:18
131:19 132:12
133:20 135:9,
10 136:4,24
137:22 138:11
139:19 141:23
142:6 143:8,
10 145:4
146:2 149:16,
22 151:7
158:17 159:19
160:6 163:17
165:15 166:18
167:1 169:3
170:16,21
172:16,25
176:12 177:5,
6 181:22
182:7 185:3
188:4 189:8,
16 190:8,13
192:5 194:22,
25 195:4
196:5,13
201:7 202:15
207:17,23
208:13,17
215:6 217:18,
23 218:21
219:6,21
223:24 224:25
228:20 229:7
230:2,6 231:9
238:20 239:22
243:9 247:15
250:19 251:6
256:3 257:5
261:15,19
263:5 269:25
270:22 271:23
272:4 276:15
278:1 279:13
280:11 285:4,

8 287:3
288:12 292:16
295:1 296:2
297:6 299:13
301:9 302:11
304:5 306:7
307:9 313:12,
25 316:1,9,24
318:16,23
319:5

**buy** 197:22

**buying** 33:12

**Buzzfeed**
5:12,23,24
181:15
255:10,15
262:6 266:14
282:24 293:6
299:16 300:1
304:23

**by** 5:10 6:10
11:1,4 13:9,
10 15:5,22
17:4 18:11
20:21 22:16
24:7,15 25:4
27:23 28:14
29:8 35:1
36:8 37:25
38:21 39:4,25
40:7,24 42:3,
8,17 43:25
45:12 47:5
48:13,23,25
49:3,4,7
51:16 52:1
53:2,21 55:6,
13 58:2 59:25
60:13 61:3
62:6,15 63:9
64:20,24
66:21 67:3,
10,20 68:4
70:19 78:4,20
79:15,22
80:11,12
82:16 83:19
84:4,15
85:11,23

87:17 88:25
89:7 90:14,22
91:15 92:20
95:24 99:12
100:2,25
101:4,23
102:2,16,23
104:17 105:6
106:11,20
107:2,21
108:3,9,14,22
109:8 110:25
113:2 114:21
115:15,25
116:9,20
117:15,19
118:11,12,18
119:1 120:4,
8,19 121:21
123:3,11
124:2,17
126:3,18,21
127:16,23
129:2 130:10
132:10 134:22
136:10 137:20
138:2 139:4,
19,21 140:19
141:20,21
143:11 144:9,
11,24 145:8,
10,20 146:15
150:8 151:8,
12 152:4,19
153:1,6,12,
17,23 154:7,
16 155:6,16
156:20 157:9,
16 168:1
169:6,15,20
170:23 173:16
176:10 180:11
184:3,9,14,
15,22 186:10
190:23 192:16
193:17 196:6,
20,22 197:1
199:22 200:2,
13 201:13

202:9,20
205:4 206:10
208:5 209:5,
8,13 211:5
213:9,19
214:8,10
215:19 216:2
217:8,17
218:13
219:14,20,22
220:1,8
221:22 222:7
224:16 225:7,
21 226:1,7
227:5,18,20
228:14
229:13,24
230:23 231:16
232:2,20
233:6,18
234:12,25
235:18 236:1,
17,23 237:8,
24 238:4,9,
15,22,23
240:1,12
241:14 243:6,
16,20,24
244:9,16,21
246:14 247:25
248:17 249:8,
13 251:18
252:2,11,20
253:5 254:25
256:2,8,20
257:2,16
258:17,25
259:11 260:16
262:4 263:12
264:16,23
265:14 267:4,
11 268:20
269:10,17,21
271:2 272:19
273:19 275:15
276:11 277:1
278:8 279:10
281:16 283:3,
19,20 284:15

286:16 288:3,
11 289:1,9,
15,19 290:4
291:1 292:4,
21 293:3,24
294:22 296:7
298:6 299:23
301:24
302:17,23
303:18 304:12
307:24 308:21
315:11,12,18,
20 316:6,12
317:19
318:11,21
319:6,14
320:10

---

## C

C-E-R-T  178:1
C-R-G-E-Y
100:24
cable  26:13
cached  171:21
call  13:8
16:21 19:11
80:9 135:22,
23 215:7,19
216:6,11
217:20 218:1
306:2
called  6:7
52:3 69:21
102:14 108:18
111:15 122:10
123:18 128:3
143:4 166:21
181:21
212:22,23
213:6 214:10,
21 263:24
266:7,9
293:13 298:19
305:9
callers  217:2
calling  13:14
22:14

came  176:15
225:16 239:16
243:20 279:11
304:23
Cameron
220:13
can  10:6,12
11:8,12,25
17:2 18:6
19:7 20:18
22:13 24:20
25:5 26:5,7
27:20 28:12
34:21 35:10,
12 36:9 37:21
38:12,19
39:2,19,24
40:22,23
41:18 42:19
45:2,15 46:8
47:25 48:11
49:8,14 50:8,
9 51:9 52:25
54:3 58:7,23
61:18 62:3
63:7 64:12
65:23 67:20,
25 75:22 76:3
77:21,23
78:24 82:5,7,
24 87:20
88:9,10 89:25
90:8,12,20
91:11 93:9,19
94:12 96:7,19
97:3,5 99:11,
19,23 102:13,
14 105:20
106:9,22,25
108:11 109:10
110:16 111:5
115:11,18,19
116:14 118:2,
24 119:10
121:17 123:1
125:12 130:4,
5 132:18,22,
23 133:12,22
135:11,20

136:9,23
137:23 139:13
144:2,5,7,15
146:7,16
149:13,15
150:6 151:10
152:2,6,16
157:7 161:5
169:2 170:21,
24 171:10
173:12
176:11,25
177:1 178:14
180:9 184:5,8
188:12 190:19
192:15 197:8
199:4,14,18
200:5,23,24
201:3 208:3,4
209:10 211:2
212:4 213:12
217:14
218:11,17
219:18 222:23
225:3,19
227:11
229:10,21
233:15 235:15
239:21 240:13
241:3 245:1
248:4 250:2
254:15 255:8,
25 256:17
260:22 262:2,
21,24 264:14
266:4 269:15
272:23 273:8
282:24 296:2
301:17 304:9
306:20 315:7
316:3,15
317:21,22
can't  64:15
75:20,21
76:22 77:5
93:20 96:11
106:19 108:1
123:6 135:3
152:13 169:4

170:16 173:8
182:24 183:1
185:11 207:20
232:25 235:19
249:19 264:8
265:2
cancelled
223:5
Candy  123:24
capabilities
174:11
capable
207:24
capacity  9:5
41:5 43:12
174:19 175:5,
6,7,21 210:16
246:5
captures
168:13
card  80:7,19
85:20 191:1
232:17,19
care  127:17,
18 153:14
156:17,21,25
157:3,4
289:16,21
caring  289:18
carried
196:11
carriers  47:8
133:5,7
carry  196:2
case  5:11
21:17 35:1
63:3 68:23
69:21,23
74:25 80:11
83:9 85:17
89:7 95:24
169:4,5
171:25 176:23
184:13,14
189:3 196:9
198:25 218:20
259:2 262:6
266:14 281:24

case-by-case
  79:21 89:5
cases  14:17
  94:5 96:20
  103:5,6,7
  266:13
cash  85:14,20
category
  123:18 132:4
cause  5:3
  117:20
caused  255:22
causes  255:16
CBM  54:13
CDM  128:14
  129:22,24
  130:2 131:9,
  10,24
CDN  44:14
  55:18 56:17
  57:6
cell  124:3
center  28:7
  29:10 45:2,6,
  7 72:19 98:25
  99:3,5,24
  100:2,13,18
  101:9,12
  103:14
  148:21,22,25
  149:14 220:14
  222:2 261:5
centers
  29:12,14,16,
  21,23 30:2,8
  31:3,22
  71:21,22
  72:8,14,21
  99:19 100:1,
  7,10 101:14
  104:12,15,20,
  21 133:8
  135:16 143:15
  148:20 149:5
  167:2
central
  255:21

CEO  21:15
  32:24 33:1,2
  140:12,14,24
  141:2 152:24
  259:4
cert  183:10,
  16 307:17
certain  32:1
  38:6,9 41:4
  51:10 63:11
  151:22,23
  172:3 185:18
  188:18
certainly
  290:22
certification
  190:7,10,11,
  12,15 191:2,
  4,6,8,22
  192:1,3,6,11,
  23,25 193:2,
  19 194:6
certifications
  192:12,17
  194:2
CERTS  177:25
cetera  261:7
  276:16
CFO  27:12
  140:14
chain  317:9
chance  164:17
  199:12
chances
  157:11
change  41:13,
  14 49:10,12,
  14,16 82:3
  102:14 114:14
  141:2 242:2,
  7,11 286:8,11
  318:17
changed  14:3,
  5 22:24 23:2
  41:10 81:18
  82:19 140:23,
  24

changes
  240:22 242:8,
  16 285:25
  286:3,24
  287:4 304:24
changing
  134:13
channel
  161:13 197:13
  198:19
characters
  73:12
charge  100:22
  153:22 319:17
Charles
  239:13
cheap  143:4,
  7,11,19
cheaper
  114:17
  150:17,18,20
check  68:17,
  24 69:25
  159:8,10
  162:7,21,23
  163:2 164:9
  244:22 276:17
checked
  303:15
checking
  80:4,5,23
  95:25 303:18
  312:20,21
checks  68:13
  69:22 85:8
  159:14 164:13
  312:22
Ches  254:5
chief  46:10
  118:20
child  179:18
childhood
  214:6
chillin'
  124:14
choice
  314:13,19,20

choose  13:16,
  17,20 47:6,24
  93:17 112:2
  177:6
choosing
  21:13
chronological
  82:19
circumstances
  7:4 50:4
  69:7,15
  220:18 221:16
cities  71:19,
  21
citizen
  86:12,13
citizens
  51:12 86:7,9
  100:15
citizenship
  86:14
City  45:5
CJIS  191:6
claim  255:22
claims  208:23
clarify
  245:11,16
clear  254:21
clearly  60:18
  290:14
click  64:13,
  15 65:11
  113:3,4
clicked  64:22
clicking  65:4
client  64:7
  67:22 82:23
  84:16 136:3
  201:5 227:22
  228:24 232:6
client's
  76:12
clients
  135:24 242:22
close  128:8
  320:18

closed 207:6,
14 208:16
209:24 250:18
284:3
closing 277:5
cloud 45:19,
21,22 92:5,7,
8,13,15,16,
18,22,24
93:1,4,7,8,
13,15,18
94:8,10,11,
12,17 95:1,7,
8,10,12,14,
15,17,19,21
96:8,14,18,
21,25 97:3,
10,17,20,21,
24 98:3,20
165:21 190:24
193:8
clouds 98:6
Club 305:9
311:24 312:7,
9,23 314:8
coin 42:23,24
43:1 85:18
coincidence
43:2,3
cold 313:20,
21 314:3
colleague
5:23
colleagues
13:7 216:1
239:17
collect
268:17
collected
287:2
college 14:23
collocated
99:22 310:1
collocating
103:3,25
105:4,14,23
106:3,6 107:9

colocate
99:4,8
104:20,25
105:22 149:13
colocation
44:23,25 45:4
98:24 99:2
102:1,3,4,11,
12,18 103:8,
13,21 105:16,
18 107:4,7
109:11 149:5,
8 310:1
come 7:23
34:17 69:16
137:9 147:3,
5,17,24 150:1
162:18
186:15,17
195:9 196:7
197:12 198:18
202:3 217:9
254:8,13
278:3 300:5
314:9,11
comes 27:18
41:3 73:24
75:18 107:6
127:10 181:9
198:20 276:3
316:24
command
291:18,19
comments
272:23 317:3,
8
commit 289:24
Committee
251:10,14,22
252:8,16,25
253:1 255:20
257:25 258:5,
10
common 129:22
251:20,24,25
301:14
communicate
41:4 72:11

264:18 273:14
communicating
273:7
communications
57:7 91:18,19
273:3
community
7:7,16
companies
10:7 28:17,
18,20,21,23,
25 55:23
78:9,10,16,
18,22 132:9
133:8,9
141:7,19
150:15 195:1,
2,3 219:1,11
305:23,24
company 8:3,7
12:15 14:1
15:17 16:14
19:1,2,5 20:1
23:16 27:15
29:10 37:23
39:22 41:3
48:11,13,16
50:9 52:3,4
63:5,8 66:13,
23 74:11
83:18,21 86:9
97:12 98:1,2
101:11,15
103:23 106:12
111:18 116:12
132:8,24
133:1,4,10,12
135:1,3
137:25 138:1,
9,10,14,22
141:2,10,23,
24 142:1,3,23
144:5,7 145:3
151:2,7,20,24
155:12 178:10
182:11
185:10,11,12
186:5 195:10
198:3 208:14

211:3 212:22
224:13,17,19
225:11 228:21
230:9 232:19
237:19 238:6
242:1 248:8,
25 252:5
255:10 256:25
276:4,6 288:4
291:23 301:13
305:9 307:17
308:14,19
309:12 311:25
312:1,5,6
315:1,4
compare 96:11
compared 81:3
125:23
comparison
96:12
compatible
113:12,13,19
competitor
54:20,22 55:2
competitors
54:5 58:4
competitors'
305:24
complaint
68:23 200:22
201:10,12
255:22
complaints
184:5
completed
205:1
completely
11:6 24:3
60:17 96:12
123:12 302:1
314:14 317:8
compliance
38:5 69:8,23
157:22,23
158:8,9,11
compliant
126:10,12,14
190:16

complicated
  24:23 192:5
comply  106:4
  194:5 291:12
components
  68:13 69:12
  303:16
compromise
  245:3,10
compromised
  75:4 89:21
  303:20
computer
  14:22
computing
  45:21 93:10
conceivably
  72:7 114:17
  147:6
concern  205:9
  289:10
concerned
  260:2,4,6
  283:8,10
  290:21
concerning
  260:9
concerns
  283:11
concert
  224:6,9
conclude
  108:24
concluded
  282:23 283:9
conclusions
  283:24
conduct  89:6
  187:2 231:12
  303:10
conducted
  235:13
conference
  16:12,13,17,
  18 17:17 20:2
  309:16

conferences
  309:3
confess
  180:23
confident
  104:14
confidential
  202:16
configuration
  8:14 26:15,19
  35:10,11
configure
  26:14 76:7,11
configures
  28:3
confirm  80:10
  284:19 318:3
confused  11:9
  18:24 28:22
  115:18 253:19
conjunction
  174:13
connect
  105:22
  264:13,14
connected
  45:3 101:14
  139:22,23
connecting
  222:19
connection
  133:1,2,3
  135:16 217:12
  287:16
connectivity
  133:4,5 147:2
conscious
  140:4
consider  54:5
considerable
  16:16
considerably
  16:1
considered
  54:20,22
  116:25

considers
  272:11
consistent
  83:6,7 84:13
  145:9
Constant  70:2
constantly
  128:22 134:13
  174:23
constitute
  141:19
Consult
  300:20,24
consultant
  185:6
contact  47:8
  77:3 89:17
  200:19 210:18
  218:8 231:7,
  24 236:1
  270:8,20
  277:20 285:9,
  17 315:2,3
  319:16
contacted
  206:24 208:14
  210:8 211:7,9
  216:16 218:4,
  5 231:6,9
  259:4 269:10
  271:24 272:4
  275:10 285:13
  292:6 306:9
contacting
  210:12
contacts
  298:13,14
contained
  294:3
containing
  171:17
contains
  173:1 303:11
contemplated
  314:9
content
  44:15,18
  128:3,9

129:6,17,20
  130:24 139:24
  157:12 179:19
context
  208:21,22
  249:10,14
  311:21,23
continued
  299:6 300:8
contract
  81:14 87:5,7,
  12,15,20
  97:20 109:11
  159:5 305:12
contracting
  136:11
contracts
  36:23 81:10,
  16 97:17
  133:6
control
  46:14,22,24
controlled
  47:5
controls
  28:18
convenient
  199:13
Convention
  251:14
conversation
  183:4 213:5
  215:22,25
  216:3 223:17
  239:13 261:18
  279:3 282:17,
  20 283:2,4,5
conversations
  223:19 255:3
  259:23 268:22
  278:11 283:14
conveyed
  248:9
convicted
  305:25
convince
  36:1,2,4,9

COO 32:25
57:14
cool 112:19,
21
cooling 45:9
cooperate
271:4
copied 232:16
copy 62:12,13
80:7 214:3
261:5 320:24
corporations
134:2
correct 7:16
10:5 12:2,9,
21 13:8 14:3,
10,11 15:8,9
17:9 18:14
19:20 20:2
22:17,23 26:7
27:8 29:12
31:18 32:2,3,
11 50:14 52:5
53:7,12,13
54:25 60:3,12
63:12 64:12
66:3 67:23
70:23 77:4
92:6,14
102:18 138:2
140:25 141:17
151:8 154:24
207:11 214:18
242:5,6
249:16 272:12
274:24 279:17
280:10,25
291:14,18
305:2 315:24
316:25
correcting
141:14
correctly
129:10 230:12
254:6
corrupt
69:14,23

corrupted
69:14,15
cost 34:17
314:22
costs 114:22
115:8
could 57:19
83:9 112:12
113:10 147:11
151:13 281:4,
12
couldn't
285:22
counsel 5:19
57:14 62:8
79:25 82:7
284:7
Counselor
307:21
count 15:13
28:2 165:12,
15
counted 39:3
91:23
counterattack
161:19
countermeasure
s 161:17,18,
19,21
countries
53:5,8,10,15
country 15:3
126:10,14
269:11 311:2
couple 80:1
150:15 158:24
232:15 274:4,
15
course 62:22
court 5:14,16
15:18 21:16
154:5 224:14
232:18 236:21
239:24 243:3
262:5 272:14
320:23
cover 189:7

covered 105:6
117:15
covers 95:18
97:11 98:2
189:21
CPU 119:15
122:14
create 8:2
112:5 117:9
133:6 281:9
created 49:24
111:24 112:7
118:11 120:17
198:9,25
203:1 232:16,
18,19 280:9,
11 284:20
285:4 300:15
creates 47:7
creation
310:6,8
credit 80:7,
18
crimes 289:25
criminal 85:7
critical
187:25 188:1,
2
cross 193:19
Crowdstrike
257:1
Crush 123:24
CS 295:5,10
CSA 295:1
CSP 295:7,8
CTO 22:20,21
23:10,13,15
27:16 36:15
50:11 53:16
66:13,23
78:15 90:6
93:3 106:12
116:12 125:25
126:4 140:14
142:6,7
151:20 154:1
194:20,23,25
195:1,3

228:21 237:18
238:6 248:25
252:4 288:4
culture 51:14
cultures 17:7
current 21:14
25:10,12 27:9
83:1 190:14
currently
15:4,10 22:20
23:10 26:21
38:25 52:5,6
59:14,20
60:9,14,19
61:12 141:4
201:16 204:12
customer
11:1,2,25
12:7 16:11,13
26:2,10,21
34:5 35:3,8,
9,18 39:19
45:2 64:4
67:16 68:5
76:8,9,23
77:1,3,6,18
80:16,20
81:1,2,13
82:5 83:24
84:8 88:4,25
89:18 90:17
91:3,8,9,13
93:20 96:24
99:4 102:16,
23 103:4,7
106:6,22
107:3 109:7
110:20 111:12
116:25 119:13
121:2,5
126:25 127:4
129:17 131:8
136:5,13,14,
17,20 143:21
146:16 148:7
150:4,11,12
156:1 168:16,
19 196:1
200:19 206:24

207:10,15,22
210:2,8,12,18
211:7,9,21
214:25 215:2,
5,6 216:5,7,
16,17 218:5,
9,19 219:5
222:20 223:2,
5,7,8 224:2
226:18
232:11,22
233:7 235:17,
24,25 236:9,
10,13 238:13
241:5,17
242:4,17
243:13
245:15,25
250:4,7,16,23
267:7 277:19
291:9,10,17,
21,24,25
292:5 305:7,
11 309:22,23,
25 310:5
311:13
312:11,12,18,
21 314:13,21
**customer's**
68:2 215:3
238:11 244:8
291:14
**customer-**
**dependent**
86:20,23
**customer-owned**
45:1
**customers**
22:3,4 24:1,
11,13 29:11
31:16 33:16,
17,19,24
34:13 35:4,21
49:23 52:9,
11,12,16,19
63:10 66:14
77:19,25
78:5,6,8,23
79:1,7,24

80:15 81:11,
12,15,17,20
82:1 83:15
84:10 85:12,
14,15 88:22
89:25 90:9
91:6,22 92:2
93:17,19,25
94:9,15 95:21
96:13 98:19,
20,21 99:21,
22,23 103:20
104:25 105:4,
16,18,24
106:4 107:9,
16,23 114:9
119:16,25
122:4,7,17,20
127:24 128:1
129:15,19,25
131:11,14,15
133:13,16,23,
24 136:6,15
137:1,3,4
143:1 149:18,
20,24 156:10,
14,23 157:11,
13 167:2
176:18 183:21
219:1 229:1,
2,3,4,12
240:25 241:1
242:3,12
243:1,7,9,11
266:19,24
267:3,5,22
268:2,5,7,9,
18,19 277:20,
21 278:2
285:2 291:8,
15,21 297:10,
13 305:6
312:20,22
313:4,6,7,8,
13
**customers'**
25:24 245:12
**customers's**
292:5

**cut** 177:2
**cutting**
223:24
**CV** 5:11
**cyber** 184:5
188:19
193:16,18
**Cyprian** 166:3
**Cyprians**
165:25 166:2
**Cyprus** 7:3,7
8:16,22 12:25
14:12,14
15:11,25
37:16 47:17
72:20 85:17
86:11 95:11
160:2,6,7,8,
20 164:20
165:10,16,18,
21,22,23,24
178:22 224:10
225:16 309:15
**Cyrillic**
19:11

_____

**D**

**daily** 78:14
164:25 165:2
**Dallas** 15:11,
12,15,19
30:3,5,16
31:20 51:5,6,
11 56:21
72:20,21 73:1
135:15 220:14
222:2,15,17
244:18 310:1,
2 312:16
**damage** 255:23
**damaged**
220:19 221:18
**damages** 256:4
**damn** 153:2
**dangerous**
163:10

**Dashboard**
183:2
**data** 29:10,
12,14,16,20,
23 30:2,8
31:3,21 44:12
45:2,6,7
83:15 86:16
98:25 99:3,5,
19,24,25
100:7,9,10,
13,18 101:9,
12,14 103:14
104:12,15,20,
21 133:8
135:16 143:15
148:19,21,22,
25 149:4,13
162:20 167:1
171:17 173:1
190:16 192:13
220:14 222:2
244:8 245:5
261:5,6,7
**database** 9:2
68:14 110:3
**databases** 9:3
47:8
**Datacenter.com**
29:7,9
**Datacenter.**
**com.** 28:16
**date** 9:16
28:7 49:11
176:12,14
280:10
281:11,14
303:15,16
**dated** 206:12
221:3 260:21
272:10 280:18
**dates** 138:7,
11 202:24
**Davis** 5:21
**day** 5:6 36:22
46:11 66:23
70:5,25

106:14 154:25
164:23 193:17
222:8 320:18
**day-to-day**
39:5 74:8
97:22 116:11
**days** 30:11,12
49:17 129:22
170:17
**DDOS** 70:9,12
160:22 161:1,
3 163:10
175:12 176:7
**de** 136:12
**deal** 104:1
107:23
**dealing** 32:18
**debate** 124:12
**December**
212:12 214:11
221:3,4
229:15
**decide** 24:16
33:24 34:8
89:3,23
115:24 152:25
194:4 199:9
**decided** 24:25
25:12 192:6
239:17 267:13
281:23 283:12
**decides**
74:16,23
86:21,22
116:7
**decision**
33:13 34:1,2
35:4,7 37:22
48:1 86:24
118:19,21
140:4 141:1
188:6,8
201:1,14
202:5 299:15,
18
**decisionmaker**
48:9

**decisions**
36:24 47:20
48:5,9 73:16,
19 150:14
188:9 284:2
**decline** 201:7
**ded-** 146:5
**dedicate**
47:24
**dedicated**
44:19,21
45:18 46:12
54:17 56:5
60:8 64:11
65:1,16,17,
20,23 66:2,7
81:18 83:10,
22 84:1 87:1,
6 90:24
93:18,20,21
95:19 96:9,
10,14,19
102:25
107:13,16,17
108:15 114:23
115:8,9,11,19
116:1,16
120:15 122:14
125:3,16
143:4,7,11
145:24 146:1,
6 149:19
315:3,5
**deep** 23:8
85:15
**defamatory**
255:6,21
**default** 41:7,
11,14
**defend**
176:21,24
**defendant**
5:11,22
**Defendant's**
144:21 214:2,
9 220:5
257:13 260:13
269:19

290:10,11
299:21 307:3
318:19
**define** 43:10
55:1 77:21
188:12
**definitely**
123:16
**definition**
10:16,20
11:7,8,10
92:15 143:19
171:14
**defrauded**
244:11
**degradation**
176:18
**degraded**
174:25
**degrees** 72:3,
5
**deliver** 128:9
129:12,17,20
**delivering**
44:18
**delivery**
44:15 128:4
129:6 130:24
139:24
**Dell** 61:19
**Democratic**
251:10,14,21
252:7,15,25
253:1 255:20
257:25 258:5,
9
**denial** 70:13,
15,16
**deny** 263:13
**department**
165:16,17,18
178:15,16,17,
18,19,21,25
179:2 269:23
270:1,2,5,10
276:1
**depend** 84:11

**dependent**
150:14
**depends** 74:25
79:21 80:16
82:25 83:3,
17,21 89:7,12
95:24 114:24
176:23 183:25
184:1,13
186:22 198:15
200:20
**deposed** 6:18
**deposition**
5:1,10 6:17
14:10 46:23
48:18,21 59:9
60:1 214:2
290:5 292:15
320:18
**deputy** 181:2
**describe**
194:8 242:11
264:8
**described**
27:2 183:3
240:11,15
**describes**
173:17
**describing**
88:3 174:3,6
197:5
**design** 128:14
**designate**
198:13 202:16
**designated**
9:8 90:18
91:4,9 97:14
182:6 194:23,
24 195:12
198:11 199:1,
2
**designation**
290:12
**designed**
166:16 167:24
241:15
**detail** 273:2
278:25

**details** 64:13
65:4 81:22
113:4 214:15
272:11 277:8
278:22 279:1
283:18 291:6
303:12
**detect** 157:24
166:10
**detection**
160:23 166:7
**detects** 161:3
**determines**
73:25 77:15
199:23
**determining**
73:4
**develop** 316:3
**developers**
93:22,24
165:21
**developing**
46:4 123:21,
22
**development**
45:24 46:3,5
123:19,21
124:6
**deviation**
269:12
**device** 11:12
45:2 111:3
161:13 171:12
**devices** 261:6
**DFW** 56:8
**DHS** 262:9
266:16,25
267:3,6
269:23,25
**did** 7:2,20,23
8:7,10,16,21,
22,25 13:1,
16,20 14:12,
16,18,22,24
15:23 21:9,12
22:6,11 24:16
31:8 42:20
43:19 56:1

58:14,19
60:22 65:7
82:3 104:24
107:15 111:23
112:2,5 115:7
128:14 134:3,
6 137:2 138:6
172:9 176:21
181:16,24
182:1 185:1,
18 186:1
203:5,14,19
208:21
210:13,15,18,
22,25 211:14,
17 212:10,20
213:10,20
214:20,22,23
215:8,16,22
216:3,10,17,
22 217:9
218:8 221:15
222:12,15,21,
25 223:18
224:5,9,11,
21,25 225:1,
5,8,10 226:8,
23 227:24
228:3,6,8,12
230:1,11,14,
25 231:1,12
232:9 233:2
234:13 235:25
237:4,12
238:8,10,16,
18,24 239:1,
13 240:2,21
242:8,22
243:15,19,24
244:10,22
245:9,21,24
246:3 248:7
250:3,10
251:3 254:8,
13 259:3,6,12
264:17,18
265:19,21,23,
25 266:3,10,
17,19 268:1,

5,20,22
269:4,6
270:2,4,5,7,8
273:6,8,22
275:1,22
277:11,13,22
278:11,16,20
279:2 282:3,
12,17 283:17
284:22 285:6,
11,17,20,24
287:4 290:9
292:2 293:12,
14,18 294:10
295:8,13
297:17,21
298:7,9,23
299:4,8,18
300:2,4
301:15,18,25
304:13,23
306:2,5
311:17,21
312:23 313:17
314:9,19,22
319:19
**didn't** 10:8
15:13 24:10
51:21 65:13
67:9 108:12
112:14 117:9
122:3 126:13
153:7 163:13
180:23 204:9
217:18,19
223:22 228:5
236:2 237:9,
11,20 248:12
250:21 256:7,
9,11 258:7,8
259:16 265:24
269:11,25
271:23,25
272:2,5
273:14,20
275:11 280:5
283:9 286:20,
23 289:10,11
290:23 291:22

297:6,11
299:4 302:19,
21 303:4,5,6
305:15
**difference**
11:3 23:22,23
61:4,8 85:1
93:9 102:10
110:8,10,12
113:25 114:2
117:8 119:7
126:8,16
145:18 146:9,
10,12 148:1
150:16
**differences**
119:21 126:23
**different**
11:6 19:19
37:1,23
63:17,25 64:4
66:2 78:6,23
81:10 86:15
96:12,16,17
108:19 109:15
110:21
117:10,11,12,
14,16,20,21,
24 118:1
119:2,6,8,10,
11,12,22
142:25 145:12
146:2,4,8,18
150:22,24
165:13 173:11
251:1 272:8
304:4,7
313:8,12,13
**difficult**
242:3
**diligence**
84:10 85:16
104:25 105:2
114:8,14
232:5,7,9,14,
21 233:3,9
241:4 313:4,
16

dinner  42:14
DIRECT  6:9
direction
  285:11,12
Directive
  190:17
directly
  75:22 179:21
  291:22
disable
  169:10 251:3
  267:13
disabled
  250:22,24,25
disagree
  21:23
disaster
  143:2
disclose
  136:1
disconnect
  89:3 218:5
disconnected
  216:15
disconnecting
  88:25
discontinued
  98:9,10
discount
  34:6,7,11
discovered
  196:8 205:1
  227:21 228:3
  239:7
discovery
  245:22 278:6
discuss
  230:19
discussed
  108:8 109:5
  230:18,20
  242:7 255:2
  283:6
discussion
  43:18 79:12
  80:2 105:13
  139:16 206:7

254:16,19
  301:21
discussions
  239:10 240:6
distinct
  125:22 138:18
distinction
  65:19 126:11,
  13 235:9
  281:3 319:22
distinctions
  126:5 235:19
distributed
  70:13 281:25
distributing
  290:24
District  5:14
diverse  143:2
Division  5:15
dixit  302:22
  303:7
Dmitry  306:14
  307:4
DNC  251:7,8
  256:5,15,19,
  22,24 296:8
Dnipro  71:19
DNS  170:8,12,
  13
do  6:22 8:10,
  12 10:9,12
  13:25 15:10
  18:16 21:23
  22:8,22 26:16
  27:3,24 28:9
  30:5,24 31:2
  32:3,4,7,13,
  22 33:2,3,7,
  19,21 34:18
  35:6,23 36:9,
  21 37:3 38:8
  40:8,19,25
  41:1,8 43:4
  44:6,9 45:19,
  25 46:13,19,
  22,24 47:6,
  20,24 48:12
  49:19,20

50:2,20,21
  52:16,19 54:5
  55:19 57:17
  61:4,6,18
  62:24 63:3,4
  64:3,16 65:1,
  10 66:7,14,
  15,24 67:14,
  15,16,19,22
  68:5,8,10,24
  69:3 70:3
  71:23 72:3,5,
  11,14,16,25
  75:7 76:5,10,
  17,19,20,22,
  24 77:3,17,25
  78:8 79:6,17,
  18,24 80:25
  81:1,2,6,7,
  10,11 82:5,9
  83:5 85:24
  86:18 87:5
  88:19,24
  89:2,4,6,11,
  23 91:6 92:7
  94:8,10,14,17
  95:17,21,25
  96:3,5 97:7,
  23 98:19,22
  99:4,5,25
  100:9 102:24
  103:2,10,11,
  12,20 104:17,
  24 105:8,10
  106:3,14,16,
  19 107:9,11,
  19,22 108:1,6
  113:23 114:2,
  3,4,8,15,23
  115:19 116:4,
  21,23 117:1,
  6,10 118:8,25
  120:5 122:3,
  10,23 123:19
  125:15
  127:12,19,24
  128:21 129:8,
  24 130:1,2,8,
  15,16,18,20,

21 132:5,19
  133:19 135:7,
  24 136:1
  137:4 143:20
  144:12 145:4,
  24 146:15,24
  147:1,3,4,9,
  14,17,24
  148:9,16,17
  149:4,7,15,20
  150:7 151:13
  152:10,21
  153:5,8
  154:25 155:5,
  7,9,11
  156:10,17,19,
  21 157:4,24
  158:10,23
  159:5,7,8,10
  160:22,25
  161:4,16
  162:2,21,23
  163:7,21,25
  164:2,19,22,
  25 165:3,8,20
  166:6,12
  167:4,9,15,
  20,21,22,25
  168:7,8,9,24,
  25 169:7,23
  170:8,15,24
  171:8,9
  172:5,7,19,22
  173:9,23
  174:2,3,15
  175:12,23
  176:21 177:8
  178:8 179:7,
  13,23 180:2,
  6,16 181:1,2,
  14,16,18,21
  182:4,15,22,
  25 183:15,16,
  22 184:4,16,
  18,23 186:1,
  6,11,12,16
  187:5,7,15,
  16,17 188:5,
  6,7,13,18

189:10,14,19
190:6 191:2,
3,21,25
192:6,17,25
194:6,19
195:4,14,20,
22,24,25
197:12 199:25
200:17,21
201:19,22
202:2,3,24
203:21 204:6,
16,18 205:6,
15 206:4,13,
15,22 207:2,
6,19,25
208:16,19,23
209:21
210:13,15,16,
18 211:14,16
212:1,13
213:21,23
215:20 216:8,
20,25 217:15,
16,23 218:17,
23 220:21
221:10,11,12,
23 222:22,25
223:24 226:10
228:20,24
229:4,7,22
231:3,11
232:14 237:20
238:10 239:1
241:18,24
244:5,20
245:14,15
246:21 247:7,
11,13 248:1,
2,8,18 249:6,
16,21 250:11,
15 251:13,24
252:6 253:6,
9,11,13,23
254:2,15,18
255:18 257:3
258:1,12
259:3 261:8,
21 262:17

263:1,7,15,17
265:17 267:10
268:16,20
270:16 271:9,
15,21 273:4
274:5,13,20
275:5 276:4,
20 277:9,11
280:9,18
281:19 282:3,
6 283:11,22
284:22
285:13,24
287:6,8
288:18 291:2,
7 292:14,17,
22 293:18
294:10 295:21
296:7 297:8,
21 298:7
299:5 301:6,
14,18,25
302:8,19,21,
23 303:2,3,4,
5,6 304:14
305:14 306:2,
14 307:8,13,
25 308:8,10,
24 309:5,24
310:24 311:2,
5,15,19
312:20 313:25
316:2 317:12
319:4,15,20,
23 320:14

**document**
43:16 48:22
51:17 52:2
55:15 62:11
182:12 189:2
214:10,14,15
217:9 220:9
227:7 246:15
257:18 269:18
271:11 279:8
280:11,14
284:17,20
300:14,17
315:12 318:18

**documents**
80:6 189:7
216:24 232:16
239:22,25
240:2 279:14
307:2 317:20,
24 318:3,9,15
**Dod** 191:8
**does** 19:11
20:16 21:17
23:10 29:16,
20,24 31:10
33:3,5 37:5
39:11 42:18,
20 43:4,7
45:24 46:11,
13 49:10,16
53:9 59:4,12,
14,20,23
60:19 61:12
68:7,11 69:25
73:16 75:10
76:5 77:6
79:6,18,24
83:24 84:10
93:3 98:3
102:19 111:10
114:14,23
118:6 119:19
124:6,12
126:21
128:16,23
130:24
133:13,16
139:24 140:11
145:1 149:7
150:1 155:9
159:12
160:20,25
162:15 163:6,
8 164:4,5,6,9
167:9 171:24
174:20 176:24
181:4 182:4
186:20 187:2,
4 188:10,21
190:5 194:8,
12,16,17,20
197:7,11,12

203:10 204:9
207:13,16,18
208:6,11
212:17 217:2,
3,5 221:5
236:7 251:13
263:1,2,20
264:1,21,24
265:2,5
267:17 270:16
278:9 286:10
289:6,10
290:1 302:18
305:8 309:7,
24 312:8
**doesn't** 53:14
58:4 59:6
60:10 63:4
110:17 115:9
123:5 152:9
153:18 177:3
194:23 231:2
237:25 242:4
269:12 276:23
288:14,20
301:4 315:5
**doing** 16:10
23:8 31:16,18
33:3 36:23,
24,25 48:14
70:9 78:18
81:14 104:18
142:16 164:9
178:2 188:3
200:19 215:1,
2 223:12
224:12 240:10
249:19 273:2
288:19 303:18
304:20 308:15
312:21 313:4,
15 319:17
**Dolan** 239:14
**dollar** 27:14,
22
**dollars** 162:5
255:13,23
256:4

**domain**  56:25
236:19,21,22
**don't**  7:5
8:20 9:22
10:15 12:10
16:20 18:3,19
19:18 20:6,
10,13,19,25
21:6,20,25
26:6 27:11,
12,22 28:1,2
31:11 32:5,14
34:12,16,19,
21 35:1,23
36:13 37:24
39:3,14,19
42:10,22
46:8,9,15
48:4 49:11,12
52:6,11,14,15
53:9,10,15
54:1,4,23
56:2,4 57:10
58:17,21 59:3
60:16 61:6,9,
14 62:4,5,8,
12 64:5,15,19
66:6,9,11,19,
22 67:2,12
71:11,12,14,
22 74:11
76:15 78:3,6,
7,12 79:3,5
81:19 84:20,
24 85:4,6,13,
22 86:5,24
88:22 90:4,
13,16,21,25
91:1,5,12,23,
25 92:4
96:15,21,23,
24 97:8,19
98:5,15,21
100:4,8,15
101:2,11
102:7,21,24
105:8,19,25
106:8 107:1,
5,8,10,18

112:20,23
113:15
114:20,22
115:10,14,17,
18,22,23
116:3 117:9,
22 118:5,7,17
119:4,20,24
120:3,17
121:4,7,9,11,
19,24 122:1,
2,5,8,19,20
123:14 124:1,
5,15,19,20
125:1,17,24
126:7,16,20,
23,24 127:3,
6,8,11,17,20,
25 128:2,15
129:21 131:7,
13,16,18,19,
25 132:2
133:20 134:7,
25 135:25
136:23 137:7,
8,11 138:7,
10,16 139:14,
19 140:5
141:9,15
142:2 143:8,
22 147:21
148:18
149:16,25
150:25 151:1,
5,11,19,24
152:3,6,8,9,
11,12,13,15,
18,24 153:2,
10,14,18
154:9,10,21,
22 155:4,15,
19,22,25
156:3,5,8,12,
15,25 157:8
163:17 165:11
166:2,13
168:1,18,20,
22 169:5,10
170:2,14,16,

21 172:11,15
173:2,5
176:5,12,14
177:24 179:6
181:4 182:24
183:1,7
184:21 185:4,
5,10,21
186:3,9,13,14
189:1,2,16
190:8,9,11,
14,20,21,25
191:9,11,17
192:22 193:5,
7,12 194:10,
22,24 195:5,
11 196:13,19,
22,25 198:23
199:16 200:25
201:7 202:5
205:11,14,19,
21 207:15,16,
20,24 208:7,
13,17 209:6,
10,12,16
213:2,6
214:19
215:10,17
216:9,20
217:4,7,23,25
218:12,16,21,
23 219:20
220:25 221:1,
9,13 222:6,10
223:20,21,23
225:2,20,24
226:17,20
227:23 228:7,
9,13,18,19
229:6,8,11
230:6,10
231:15,17,19
232:4,17,23
233:8,11
236:9,12
237:13,15,17,
23 238:3
239:8 240:8
241:13 242:21

243:14,22
244:7 245:14,
15,19 247:12,
13,15,23
248:15,20,21,
22,23 249:1
250:14 251:5,
6,8,9,11,12,
25 252:3,10,
23,24 253:21
257:4 258:16,
18,23 259:22
265:1,18
266:18,23,24
267:2,7,8,21
268:12,24
269:9,16
270:23,25
273:18
275:14,19,24
277:25 278:1,
3,5,13,14
282:3,11,21
284:21 285:4,
18 286:14
288:2,9,21,24
289:16 291:6
292:8,13,16
294:8 296:9,
10 297:25
298:13 299:1,
12,13,19
300:13
301:12,23
302:24
303:23,24,25
304:4,15
305:13 306:7
307:9 308:1,
5,7,11 309:17
310:18 311:6
313:1,2,11,
15,18 314:18,
23 315:7,19
316:15,19
317:7,13,18
318:7,15
**done**  26:15
76:13 85:7

94:1 202:15
232:5,7,21
237:21 294:15
301:16 304:18
**dossier**
293:24,25
294:3,8,25
304:19
**doubt** 65:10,
14 280:10
**doubting**
231:20
**down** 6:21
19:7 70:18
89:19 163:13
187:5 218:2
222:21 223:2
245:4 249:18
268:1,5,9
274:15
275:12,16,22
284:3 291:17
320:16
**draft** 37:3
**drafted** 88:5
**drafting**
37:8,18
**drafts** 87:3
151:4
**drill** 6:17
**drive** 102:22
**drives** 16:15
220:16,23
221:20,23
222:3,12
223:4 244:2,
18
**Dropbox** 92:10
**dropped** 299:2
**DSS** 191:2
**due** 85:16
232:5,7,9,21
233:9 241:4
313:16
**duly** 6:3,7
202:17
**Duma** 226:4

**during** 34:5
69:12,24
80:17 82:24,
25 87:14 94:1
164:23 183:3
198:3 215:7
216:6 235:3
261:17
**duties** 9:14
106:18 116:10
**duty** 9:10
73:21,22
74:1,3,6,8,
10,13,22
75:7,16,19
78:12,13
116:6 157:1,
3,5
**DV** 28:16
**Dvas** 32:22,23
33:2 140:24
141:5 213:3
216:20 217:3,
24,25 282:8
**dvas@servers.**
**com.** 220:11

---

**E**

**E-D-E** 101:20,
21
**E-D-E-N-A-Y-S-**
**E-T** 101:16
**e-mail** 220:10
236:1 241:21
247:3 249:20
250:2,3
260:17,20
261:19,20,22
263:5 268:21
272:9 273:10
276:13
277:23,24
279:2 280:13,
18,21 306:12
316:7,9,11
318:22,23,25
319:8,9

**e-mails**
256:25 262:8
277:16 278:1
291:11,22
294:13
**each** 7:2,20
30:10 133:1,3
164:22 171:20
174:14 194:8,
12,19 201:8
220:16 274:2,
22 301:7
**earlier** 87:9
114:6 139:2
147:13 148:5
**early** 274:12
**easier** 306:20
**East** 14:25
15:3,7
**easy** 42:11
133:10
**Edenayset**
101:16
**edge** 128:23,
24 129:1,3
**edit** 300:17
**educated** 72:1
**educational**
101:7
**educing**
207:24
**effectively**
194:20 303:23
**effort** 244:17
**efforts** 228:8
**eight** 134:9
160:15,19
**either** 37:10
39:13 72:19
77:12 88:6
89:23 122:3
151:5 152:14
213:2 217:2
223:9 262:11,
22 314:13
**eject** 310:18

**elaborate**
42:19 139:1
201:3
**election**
209:3 252:8
**elevated**
75:7,9
**else** 28:15
51:7 68:22
72:25 90:3
105:22 130:19
138:21 150:13
163:11 188:25
189:6 193:5
200:24 216:10
217:23
222:21,25
224:21,25
225:1 228:6
234:13
237:12,20
238:20 239:7
241:7 248:11
252:21 257:3
266:10 277:18
278:16 281:24
282:10
285:11,24
286:7 287:1,3
297:20 298:7
299:11,13
314:14 319:15
**else's** 205:25
**elsewhere**
8:17,18
**email** 40:8,
10,13,17,19
41:1,6,8,22
81:24 82:1
186:14 197:5,
9,11,12,14
204:14 205:8
206:11,20
210:24
**emailing**
176:19
**emails** 40:18
41:1,16 42:4,
12

emphasis
  23:18
emphatically
  155:1
employee
  15:16 220:13
  308:14
employees
  28:10 29:3
  30:7,22 31:2
  71:9,10,25
  85:24 86:6
  99:21 100:19,
  20,22 142:20
employs  28:15
empty  177:2
enabled  169:9
encrypted
  97:1,2
end  14:13
  34:20,21
  35:12,13
  58:19 61:11
  112:10,13,14
  128:8 129:18,
  20 158:12
  208:15,16
  209:24 211:11
  215:8 313:1
ended  61:25
  275:21
ends  274:12,
  16
enforce
  88:19,24
  155:11
enforced
  155:1
enforcement
  230:15 231:5,
  23 260:24
  261:15,25
  270:22 271:5,
  7,19 272:5
  283:16,25
  288:5,17
  294:14 298:9,
  17,24

engage  69:4
  84:16 120:12
engaged  80:14
engineer
  73:21,22
  74:2,3,10,22,
  23 75:8,16,19
engineering
  74:8
engineers
  74:6,13 163:5
English  15:23
  75:25 76:1,3
  132:18,19
  141:14 145:1,
  3,6 207:25
  263:6 301:3,
  10,12
enormous
  26:16
enough  112:21
ENS  193:21
enter  87:6,
  15,18,20
  97:14,20
  143:5 192:4
  262:14
entering
  32:20
enterprise
  143:5,13
  144:6,7
enterprises
  112:10,15
  114:12 166:16
entertainment
  17:21
entities
  124:7
entity  60:5
  118:20 124:6
  126:14 150:2,
  10 219:9
  312:8,10
entrepreneur
  311:9
entries
  206:12

equal  14:1
escalation
  75:12
especially
  13:13
essential
  193:19
essentially
  16:21 302:10,
  12
estimate
  58:23
EU  190:16
  260:23
Europe  143:1
euros  114:25
  115:5,7,8,12
  162:5
evaluate
  187:25
Evan  5:25
  46:22 107:15
  290:15
even  35:25
  66:1 97:19,21
  136:11 173:5,
  7 189:24
  233:1 256:3
  272:24
event  197:15
ever  6:18
  14:22 72:25
  75:7,10 84:16
  85:7 91:23
  106:6 121:2
  126:25 131:4
  155:17,20
  164:13 166:23
  176:6 179:4
  185:6 187:16
  196:22 239:13
  242:22
  243:15,19,24
  244:22 245:9
  252:16 255:4
  269:4 270:2,
  5,8 277:13
  282:6,12

285:6 298:9,
  23 306:2,9
every  41:22
  66:23 106:14
  129:22 144:5,
  7 155:23
  186:13 276:3,
  8 277:4
everybody
  39:10 45:5
  194:17,20,22
everyone
  13:14 188:17
  301:12
everything
  10:11 38:22,
  23 75:13
  77:23 106:19
  108:1 173:4
  210:16 251:6
  256:14,18,23
  282:22
Evgeniy  308:1
evidence
  239:5
ex  165:25
exact  20:10
  46:15,17
  66:12 71:12,
  15 84:24
  138:7,11
  220:3 232:25
  294:9 317:13
exactly  20:13
  31:11 58:18,
  21,22 89:12
  98:15 125:2
  126:24 128:15
  134:8 183:3
  185:21 215:10
  216:9 218:12
  263:22 267:21
  297:2 311:1,
  4,7 313:2
  318:15
EXAMINATION
  6:9

example   26:5,
 8 30:23 39:16
 51:11 63:20,
 23,24 64:6
 69:10 77:2
 81:1 89:14,17
 92:10 93:18
 94:6 109:11
 122:17 135:11
 176:3,11
 179:18 184:24
 186:23,24
 194:24 206:1
 253:6 275:20
 285:8
examples
 36:21
Excellent
 33:2
except
 157:22,23
 181:9 274:23
exchange
 42:23 250:2
 260:17
 280:18,22
 318:23
exchanging
 31:6
executives
 142:17,19
exhaustive
 49:5
exhibit   17:25
 21:17 22:14,
 15 43:15,23,
 24 44:6
 48:19,20
 51:18,20,25
 55:10,11,12,
 15 62:11,14,
 23 64:22,23
 66:1 92:17,
 19,22 101:22,
 25 108:11,15,
 20,21 112:25
 113:1,17
 123:17 129:5
 132:4 144:21,

23 173:14,15
 202:7,8 214:2
 220:6,7 227:8
 246:12,13
 257:13,15
 260:13,15
 269:20 279:9
 290:10,11,25
 299:20,21,22
 307:3 315:9,
 10 318:19,20
exhibits
 17:14 290:10,
 13
exist   189:14
 278:9 296:1
existence
 278:24
existing
 242:22
exists   189:16
exit   283:21
expat   7:7,14
expensive
 34:24 67:5
 96:9 116:1,15
experience
 10:9 39:6
 66:1 72:2
 78:15 112:6
 116:11
experiences
 39:7
expert   270:22
expertise
 116:14
explain   10:6
 25:5 34:4
 58:7 93:9
 94:12 132:17,
 18,22 184:8
 216:16 218:5
 223:7 241:3
 242:12 254:15
 255:8 264:10
 302:1
explained
 63:19 145:13

278:21 289:22
 314:20
explanation
 31:12
exploit
 291:2,16,20
extensive
 232:7 241:17
 303:12
extent   38:6
 243:2 272:24
 313:11
external
 74:25 87:4
 118:11
eyebrows
 149:10
eyes   203:4
 290:12,20

_____

                F

F-I-S-M-A
 191:18
face   39:21
facilitated
 25:24 26:2
facility
 100:23,25
 101:6,7
 164:20 223:13
fact   52:4
 55:21 72:8
 113:12 129:11
 139:3 222:12,
 15 229:17
 242:4 246:8
 263:8 303:7
 305:10
facto   136:12
factor   81:4,
 5,9
factors   35:7
 80:13 303:8
factory
 166:17

fails   102:23
fair   7:6,13
 10:15
fall   137:11
familiar
 16:22,24 52:7
 57:5 62:21
 111:20,21
family   41:23
 48:24
famous   180:17
far   39:10
 101:12 124:7
 141:7 217:10
 218:4 229:15
 291:19 293:19
 308:16 314:11
 319:21
fast   113:5,9,
 11 170:12
 319:2,10
faster   128:9
 129:18,20
 132:15
fault   214:5
FBI   231:1
 269:24,25
 270:3,6,10,
 16,18 298:19
features
 62:23 177:7
February
 287:11
Fed   191:10
Federal
 191:22
felt   116:11
FERPA   191:12
few   15:13
 33:8 157:13
 161:5,6
 164:16 165:6
 260:14 312:24
FFIEC   191:14
fight   200:3
fighting
 200:1

figure 132:17
138:17 175:18
200:21 209:9
file 69:14,
15,23 233:9
filed 5:13
files 92:10,
12 96:19 97:3
172:22,24
173:4 244:23
fill 83:9
161:13,14
filled
316:16,18,19
filter 177:1
filtering
177:4
final 73:16,
19 281:14
financeable
61:7,10
financial
52:14 57:14
91:24 132:3
192:13 193:1
219:20
Financials
34:3
find 26:12
67:11 80:8
81:20,21
197:9 235:23
236:25 288:18
292:2 293:21
294:9,12,13
296:5 297:22
298:1 299:4
302:5 317:25
finding
216:22
findings
185:23,25
fine 12:13
67:13 73:15
79:16 137:10
141:17 153:13
199:18,23

FIPS 191:16
fire 269:4
firewall
167:8,11,22,
23,24 168:2,
3,4 182:5
184:25 185:1,
2 243:16,18,
19 303:15
firewalls 9:3
167:20 181:18
firing 269:6
firm 315:17
first 13:13
41:14 50:6
64:10,11
89:10 101:14
115:5 138:8,
14,18,20
144:25 194:3
198:4 212:10,
20 215:23
246:24 247:3
257:19 258:7
259:19 260:20
261:21 270:20
274:3 293:4,
15 318:24
FISC 193:1
FISMA 191:18,
21
five 46:16
56:3 58:16,
24,25 59:1,19
60:23 95:13
108:13 124:19
134:8 138:12
258:1 269:3
fix 18:9
75:20 77:19
210:20
fixed 185:22
186:2 210:22
flexible
177:5
flip 19:18
44:5 65:25
108:17

flipping
102:3
Florida 5:3,
9,14
flow 171:8,
10,11,18,19
172:19,25
174:21
fly 199:25
fly-by-night
120:1
focus 24:16
318:23
folks 72:13
follow 46:22
82:17 147:17
188:10,21,22
189:4 190:5
291:24
followed 73:5
74:17,23
following
57:24 82:13
137:16 200:10
227:17 260:24
303:8 320:9
follows 6:8
Fomenko
209:14,18
305:15 308:5
for 5:3,9,20,
24,25 6:2,15,
17 8:7,8,10
9:6,9 17:5,16
18:9,25 19:1,
4 21:1,5,13,
18 22:15
25:1,2 26:25
27:5,12,13,14
28:2,4,6 29:3
31:5,6,10,14,
18 32:20
34:7,11,15
35:8,24
36:14,17
37:4,7,17
38:3,5,14,15,
17 39:9,13,

16,18,22
42:14,18,20
43:24 44:1,
12,17,25
47:2,11 48:3,
11,13,15,20,
22 50:15,17,
18 51:2,11,25
52:2,4 53:18,
20,24 55:12
62:14,16
63:18 64:6,23
66:10,11,16
67:6 68:8,10
69:10,19
70:11 73:3,13
76:4,6,10,20,
25 77:1,2,12,
13,14,17,21
79:6,23,24
80:6,14,18
81:1,11,17
83:14,17
84:3,5 85:10
87:1,6,12,24
88:18 89:15,
17 90:1,9
91:9,16 92:7,
8,10,19
93:18,21
94:8,19,21,23
95:14,21
96:19 97:13,
17,20,24
98:1,20 99:8,
16 101:22
102:25
103:12,20
104:25 105:10
106:7 108:21
109:11 112:2
113:1 114:3,
9,25 115:12,
20 116:7
118:20 119:3
120:20 121:2
122:15,17
124:13,24
125:4 127:1,

24 129:22
130:3 133:3,5
134:8 135:18,
21 136:11
137:7,15
138:22 143:2
144:22,23
146:13,17,25
148:2,3
149:18,20,24
150:21 151:4,
24 155:9,10,
17 158:8,13,
19 161:11
162:24 163:3,
4,9,18,19,23,
24,25 164:1,
20 166:16
168:13,18,19,
20,21 169:4,
7,21 170:14,
15,16 172:1,
8,19 173:4,5,
7,15 175:8,
10,12 176:3
177:3,8
178:10 179:7,
13,17,18,22
180:6,21
183:4,14
184:23,24,25
185:1,2,4,24
186:24,25
187:11,19,20,
22 188:11
189:22,24
190:1,3
194:1,24
195:7,25
196:1 197:10
199:2,9,21
200:1,3
202:8,10
205:12,24
206:2 207:6,
14 209:5
211:21 212:24
213:23 215:20
218:25 220:7,

9 221:6 222:3
223:6,14
225:10 227:8,
12 228:20
229:7 230:8,
18 231:8,20
234:21 235:25
236:2 238:13
240:4 242:3,
15,17 244:5,
22 245:2,9,17
246:13,15
252:4 253:6
255:12
257:15,19
260:15,17
262:21 265:6
267:16,17,22
268:3 269:20
273:25 274:19
275:20 276:18
279:9 281:12
283:18 284:6,
16,19 285:5,
8,23 286:12,
17,18 287:2
288:6 289:3
290:25 292:11
294:2,7,11,
18,19,21
295:16,21
296:12,20
297:3,6,9,11
299:6,13,22
301:2 302:6
303:18,22
307:16,22
308:15,16
309:25 310:25
311:5 312:22
314:9,13
315:1,10,12
316:3,19
317:24 318:20
319:21 320:1,
18

**forced**
291:11,24

**foreseen**
25:10
**forgive** 57:2
102:17 107:14
**forgot**
258:20,21
**forgotten**
296:11
**form** 42:6
65:6 66:18
78:17 83:10
277:15,22
278:6 291:16
316:16,20
**format** 281:9
**formed** 13:4
23:7
**forming** 43:2
**forms** 255:7
279:12
**forward** 67:23
**forwarded**
206:18 276:16
**found** 182:2
185:21,22
216:18,19
217:15,24
218:7 234:20,
22 235:1
244:23 257:1
262:7 273:11
285:19 291:17
300:9
**founded** 13:15
**four** 124:19
138:11 141:7,
18 163:18
**fourth** 163:16
**Fozzy** 55:18
111:15,17,20,
21,23,25
112:2,5,17,21
113:3,13
114:9 116:25
117:16 120:21
121:3 122:4,
7,10 125:11,
14,15,18

195:4 224:7
**frame** 303:12
**Francisco**
185:11
**Francois**
204:15
**frankly**
207:24
**fraud** 212:9,
13,21 213:6
214:15
215:14,21
218:8 219:15
220:24 221:6
222:4,13
223:18,19
228:4,15
230:1 231:13,
18,22,25
234:9,22
235:5,13,22
237:1,5,20
238:6 239:18
240:12,17,18,
22 241:11,18,
24 242:9,18,
19,20 243:21
244:15 245:3,
10,22 246:1,4
287:20
**fraudster**
241:22,23
243:20
**fraudulent**
243:25
**FRAY-WIRTZER**
123:10,25
**Fray-witzer**
5:25 17:1
18:3,6,8
20:17 24:9,19
27:19 28:11
29:5 36:6
37:20 38:18
39:1,23 40:5,
21 41:17,22
42:5,13 43:20
51:8,19,21

52:24 53:19
55:4,10 57:19
59:22 60:11
61:1 62:2
63:6 64:18
65:6 66:18
67:1,8,24
78:2,17 79:20
83:16 84:2,12
85:9,21 87:11
90:11,19
91:10 99:10
101:3 106:10,
17,24 107:20,
24 109:2
110:23 114:19
115:13,21
116:5,19
117:17 118:9,
16,23 120:2,
6,16 121:16
122:25 126:1
127:15,21
134:17 136:8
139:12 140:17
144:1 145:19
150:5 151:9
152:1,16,23
153:4,11,15,
20 154:4,14
155:3,14
156:18 157:6,
14 169:1,13,
19 170:20
176:8 180:8
183:24 184:7,
12,20 186:8
190:18 192:14
196:4,18,24
199:12,16
201:11 202:14
208:2 209:11
210:5 211:1
213:7,11
215:24 217:6,
14 218:10
219:17 221:19
222:5 225:6,
18,23 226:5

227:3,13
229:9,20
230:19
231:14,21
233:4,14
234:11,24
235:14 236:15
237:7,22
238:2,7,12
239:20 241:12
244:6,13,19
247:22 248:14
249:7,11
251:15,23
252:9,18
253:4 255:24
256:6,16
258:15,24
259:9 262:1
263:8 264:12
265:12 267:1,
9 269:14
270:24 271:1
272:16 273:17
275:13 276:9,
24 278:4,6
281:13 282:25
288:1,8,23
289:8,13,17
290:2,7,9,16,
21,23 292:19,
25 298:4
302:15 304:3
308:17 316:5,
8 317:17
319:12 320:5,
15,25
**free** 47:6,24
49:22 81:23
**Freudian**
252:14
**Friday** 160:16
**friends** 41:25
**from** 5:21
23:5 24:17
25:9,11,13,22
26:12,20
27:15,18
33:4,6,18,19

35:4,18 38:7
40:18 41:3,6
43:16,21 50:8
51:7 52:2,22
54:16 59:4,
12,14,18,20
60:5,19 61:12
62:16,17
64:25 67:5,22
69:4,11 70:3,
6,9,21 71:3
74:1 75:3
80:8 82:1
87:7,15 88:4
90:18,24 91:4
93:2,12 95:17
100:19 101:25
103:3 104:1
107:6 115:12,
19 127:10
131:24 132:23
133:9 139:10
143:13 156:6
158:4,5
165:25
167:11,13
168:23,24
171:12,18
172:2 173:11
176:17,24
177:21 182:5,
20 183:15,18
184:2 185:11
186:24 189:22
193:1 202:24
203:24,25
204:1,3,14
205:8 207:2,
9,10 210:24
212:22 217:10
219:23
220:10,16,17,
23 223:10
231:8 235:17
239:11
241:10,19,21
244:10 247:4
250:2,9,17,
19,23 252:6,

19 254:5
256:12 257:24
258:20 259:7,
22 260:19,20,
23 261:24
262:8,9
268:16 269:12
272:9 273:21
275:21
276:13,16
277:16,23
279:13 281:17
283:12,14,16,
20 291:12
292:15 293:20
302:3 304:20
309:2 311:25
314:16 315:16
318:23,25
319:8
**From/to** 204:1
**front** 52:9
65:5 115:3
280:13,14,16
**FUBAR** 309:5
**FUBARWEBMASTER**
**S** 308:23
**full** 57:10
171:14,19
173:1 174:22,
23,24 224:22
**fully** 24:13
138:24
139:10,15,22
157:21 158:7
271:4
**function**
145:2
**further** 12:8
68:2 177:4
213:23 264:8
283:18 320:12
**future** 25:11,
12

## G

G-E-N-E-E
69:21
G-O-E-R-E-D-E-C-H   140:9
G-O-R-G-E-O-U
37:14
gain  144:18
261:5
gaining  35:25
Genee  69:21,
25 70:3,20,24
71:1,3 72:22
73:4,20,24
75:24 76:17,
19 95:17,18
105:11,12
116:22 117:4
130:14,18
139:4,9
147:14 148:8,
16 158:5,6,
14,15 161:2
167:17
175:13,14
176:17 179:15
general
10:19,20
43:12 51:4
87:25 97:11,
25 98:1
139:18 169:3
180:16 185:23
187:9,17
189:19 195:7
223:23 224:22
225:1 283:7
generally
17:20 41:15
72:4 88:10
91:9 98:21,22
107:11,13,16
113:21
122:13,16
128:1 129:19
145:9 156:13

201:4 205:12,
14 229:22
252:6
generate
170:3 179:8,
14 219:7
generated
27:10 90:24
91:4 203:18
generates
71:1 165:7
generation
191:3
genuinely
80:5
geographic
142:25
German  145:4
193:13,24
307:18
Germany
193:15,25
get  10:15
12:12 14:15
27:6,7 34:6
35:12 36:5
38:13 46:17
65:11 75:7
76:17 89:2,9
95:17 103:2
110:7,10
112:7,14
116:21 120:20
128:16,17
147:14 148:6,
8,16 178:13
183:11,15,16
184:10 186:6,
11,12 193:18
198:11,13
201:19 203:6,
18 210:19
214:3 236:8,
12,13,20
248:7 262:13
264:14 276:15
277:22 290:5
295:21 296:19

319:11,25
get alerts
70:3
gets  74:15
171:20 178:7,
11 183:19
199:1,24
200:15
getting  18:12
19:17 119:15
146:17 177:2
183:18 215:18
232:10,16
give  11:9
21:10 26:5,7
36:21 40:2
46:21 58:23
61:18 62:13
76:9 77:20
89:14,25
90:7,8 132:18
135:11 146:7
153:2 161:24
176:11 186:23
225:4 300:2
given  127:22
213:5 220:9
284:18 304:3
315:13 317:3
318:12,14
gives  205:3
206:19 247:5
318:16
giving  60:16
globally
52:21 53:1
128:8
go  13:1
14:16,24 30:5
33:3 35:7
71:1,3 72:22,
25 74:1 75:22
76:22 82:7
84:9 103:23
104:16 108:11
120:12 123:17
124:22 147:21
158:23 177:3

178:14 187:24
197:13 199:4,
21 202:2,3,4
203:13 214:13
216:22 227:11
242:22 265:16
274:15 275:1
281:8 284:7
290:6,19
294:12 318:7
Goederich
140:9,11
142:4 259:5
260:11,21
261:24 265:8,
19 268:16,23
272:9 273:7
278:17
goes  33:13
34:2 69:12
73:1,24 75:3,
13,20,21
171:21 199:7
205:8 262:14
274:2 317:10
going  10:14
17:13 21:16
38:6 41:7
42:5 43:9,10,
15 46:20
48:17 51:17,
18 55:14,17
57:16,18
62:10 63:2
68:24 75:3,4,
5 80:23,24
89:7,18 92:5,
17 101:24
108:19,20
109:9,25
112:24
120:11,13
122:24 126:4
136:15 144:20
158:4 177:22
183:17 188:2
194:6 201:15,
17 202:6,16
209:20

211:16,25
214:1 220:5
225:14 227:6
246:11 252:24
257:11 260:12
261:12
263:10,13
264:11 269:18
279:7 284:17
290:6,8
298:20 299:20
310:13,24
312:19 314:12
315:8,14
317:20 318:6,
18,23 320:3,6
**going-forward**
68:6
**gone** 162:6
**good** 5:5
6:11,12 13:23
27:11 48:15
91:13 124:22,
23 133:21,22
182:2 190:21
289:22 306:24
**Google** 54:6
158:25
162:10,14,15,
16,18 163:4,
9,15,19 183:2
238:19,20,24
239:1,2,3
262:15,19
273:11
**Googling**
298:2
**Gorgeou**
37:14,15
**got** 43:21
66:13 147:14
176:17 206:1
210:24 217:20
218:1 220:4
223:6 232:16
248:5,8
249:24 250:6,
9,17,23
268:15 269:10

274:22 276:22
277:16 291:22
320:16
**gotten**
120:23,25
**govern** 86:25
**governance**
194:9,10
**governed**
100:2 126:18,
21
**governing**
48:3
**government**
101:1 166:17
177:25
183:10,12
193:21
**governments**
246:7
**governor**
194:15
**Gozi** 310:6,8,
10
**Gozilla** 13:22
**graph** 204:25
**great** 6:14,15
10:10 12:16
13:15 36:12
57:16 92:13
113:22 142:16
143:10 162:18
200:5 204:22
280:2
**greater**
157:11
**grid** 292:24
**Grizzly**
254:2,4,8,13,
18 255:1,4
257:5,8,12,14
259:7 261:2,
23 266:25
267:23 269:22
275:22 278:17
285:20 300:12
**group** 95:9
307:16

**grown** 14:6
**grownup** 214:7
**growth** 144:4
**Gubarev** 5:12
6:16,25 7:18
12:14 140:15,
21 141:20
217:5 225:15
232:13 233:2
255:19 272:10
278:19,20
279:3 282:1,
3,12 295:6,9
301:18 302:5
306:2
**Guccifer**
253:9,21
**guess** 46:8,9
66:19,22
135:4 136:16
**guessed** 102:9
**guidelines**
191:25
**Gurvits** 6:2
**guy** 55:9
57:15 75:17
125:1 128:11
244:10 253:14
254:5 289:22
305:20 309:2
319:10,13
**guys** 13:4
38:9 42:21
52:14,15
82:19 85:7
113:12 132:3
137:8 165:8
173:2 184:16
197:22 198:1
201:4 301:7
303:25 305:10
314:8
**GXP** 191:24

---

## H

**habitually**
205:4,9,16,24

206:3,5,6
208:9
**hack** 196:16,
17,23 209:3,
8,10 247:6,10
248:1,2,3,12,
13,16,18,21,
22,23 249:1,
15 251:5,7,8,
10,14,21
252:3 253:1
256:5,14,18,
22 258:5,8,9
296:6 297:5
**hacked** 208:25
252:15 255:19
256:24 257:2
270:17 295:1,
6,10,11 296:8
302:12 303:24
**hacker** 209:12
**hacking**
208:23 248:10
257:25 270:23
274:4,8
**hacks** 294:7
**had** 22:3,4
24:11,17,18
57:24 58:6,7
73:12,13
82:13 105:18,
20 112:6
114:11 137:16
143:23
166:23,25
183:6 190:13
195:18 198:1
200:10 203:10
213:13 223:21
227:17 228:2
229:18,25
230:2,6 231:7
243:7,9 246:8
255:4 257:8
261:4 267:16
274:12 275:7,
16 279:2
283:11 296:11
298:10 305:3

309:14 314:7,
8 320:9
**half** 98:15
121:25 135:21
165:19
**hand** 55:14
144:20 181:3
202:6 214:1
260:12 307:1
317:20
**handing** 17:14
157:23 257:13
**handle** 184:5
**handled** 203:3
**handling**
157:22 277:4
**hands** 102:14
**handwritten**
279:12,13
**happen** 33:5
82:24,25
83:24 105:21
130:3 158:20
196:13 233:13
**happened**
90:15 176:11
209:21 216:14
218:3 252:7
267:12 304:13
317:11,14
**happening**
130:4,5 197:6
205:17 213:17
240:7 273:14
**happens** 26:19
69:24 74:24
103:24 105:15
195:8 198:9,
25 199:7
200:15 201:2
231:25 234:18
250:20
**happy** 6:22
143:10 191:21
279:22 290:15
298:20,24
318:22

**hard** 13:12
16:14 42:2
67:12 73:13,
14 90:7
102:22 125:2
133:3 142:13
195:5 223:4
241:1 252:4
313:21
**hardcopy**
282:14,16
**harder** 80:20
242:17
**Hardly** 88:20
**hardware** 8:13
31:18 50:20,
22,24,25
65:18 76:7
94:14,16 99:9
102:13,15,16
103:14 104:7,
8,9 110:13
**has** 10:22
14:3,5,6
20:4,23 24:6,
7,13 27:16,17
37:7 41:10
44:8,14,19
45:5 54:25
55:14 64:22
73:3 75:2
81:14 84:8,16
85:15 90:15
100:17 103:7
104:2 110:19
113:18 123:12
124:23 127:21
131:10 133:7,
9 144:12,20
147:6 149:8
152:24 153:22
155:17,20,23
157:19 162:18
173:22 192:23
196:7,11
198:6 202:6
204:23 263:4
273:2 274:4,
7,11,23

279:12,14
283:24 287:18
291:21 309:25
310:2
**hasn't** 59:5
**have** 6:18,24
8:16 9:16
12:1,8,10
13:12 15:16,
19,20 16:4,6,
11 17:6,8
18:3 19:18
20:4,15
22:10,12,20,
24 23:2,3,10
26:11 27:16,
24 29:20,24
30:24 32:6,7
33:4,6 34:24
35:10 36:13
38:1,9 39:6,
19 40:3,17
42:13 45:5
46:4 49:21,24
51:6,10 52:12
54:20,22
55:21 58:4,14
64:3,16,21
65:10,14,23
66:7,15,16,
19,24 68:12
69:3,19,22
71:22,23
72:2,3 73:12
74:11 77:6,
13,14,15,19
81:10,14,15,
17 85:7,24
86:14 89:14
90:1,6,7
91:2,13,23
95:24 96:21,
23,24 97:1,2,
3,5,19,23
98:19 99:5,
16,25 100:4,
9,11,20 102:9
103:9,23
104:10,12,14,

21 105:7,21
106:4,6,16
109:4,14,16
110:14,15,16
114:3,4
116:10,11
117:5,6,7,13,
14,21 118:1,
6,19 119:10
120:23,25
121:2 126:8,
14,25 128:3,
23 129:22
130:24 131:4
132:24 133:1,
2,3,4,13,21
135:13,15,17,
19 136:1
143:4,20
146:1,21,23
147:4 149:5,
16 151:8,22,
23 154:2
156:15
157:10,13
159:5 160:20,
22,25 161:4,
16,17 162:6
164:13,16,17,
23,25 166:3,
12,23 167:1,
3,4,14,15,20,
22 168:18,20,
24,25 169:3,
7,11,16
172:19 173:3,
8 175:3,19
176:6 178:17,
19 179:4,7,9,
13 181:1,2,
18,21 182:2,
22,25 183:6,
22 184:4
185:6 187:5
188:9,18
190:6,7,9,11,
15 191:2,3,25
192:4,12,17,
25 193:5,7,

18,20 194:1,
4,5,12,19,23,
24 195:5,12,
14,17,20,24,
25 196:7,16,
22 198:1,4
202:15 205:1
207:23 209:9,
17 212:2
214:11,14
218:17,25
221:10,11,12,
13,14,23
223:18,22
224:13 226:6
229:1 230:7,
11 233:21
235:6 236:6,9
237:21 239:13
241:9 242:13
243:11,22
244:4,7,20
246:17 248:13
252:13,21
256:11,25
257:17,23
259:4 260:7
261:24 262:25
263:6 265:9
266:15 267:17
268:19,22
270:16 271:3
272:7 275:5
276:17
277:21,25
278:1,3,11
279:3,22
280:10 281:4
282:17 283:9,
11 284:3,24
286:18
290:12,13,20
295:7 298:20
304:18 305:3,
20,22 306:9
307:7,15
309:14
310:15,21
315:5 316:22

317:2,22
320:4,12,14
**haven't**
290:22
**having** 36:3
43:22 70:11
73:14 243:1
296:7
**he** 12:16,25
13:13 21:17
32:18,24
34:6,7 37:22
38:2 41:22,24
42:1 62:4
75:1,2,3
80:17,18
81:13,14
89:18,19,20,
21 125:5
141:24 146:16
151:2,3
152:17 153:22
160:6 180:12
202:14 215:6
218:20,22
219:12,13,24
223:6 225:8,
10,11,15
226:15,16,25
228:4 229:14,
17 230:11
231:2,3,17
232:21 233:7
243:16,20
250:23,25
259:16 262:5,
7 265:24,25
266:1,6,11,
13,15,17
269:11 272:11
273:7,11
276:23 277:2
278:21,25
279:5 281:23,
24 289:4,24
291:21
293:14,15,17
305:8,9,10,
19,23,25

306:6 308:13,
14,15,19
309:4,12,22,
24,25 310:1,
2,25 311:2,5,
13,24 312:4
319:16,17
**he'd** 225:22
**he's** 180:17
224:12 225:2
226:14
253:14,16
262:19 265:15
276:22 277:3,
4 302:1 305:6
307:16,20
310:1 311:9,
11 314:12
319:13,17
**head** 73:9
159:22
160:10,12
170:22 178:24
194:15 209:14
**headline**
48:24
**headquartered**
140:6
**hear** 180:23
208:21
212:10,20
215:23 261:21
293:12
**heard** 166:24
191:15
208:20,22
209:4,17
252:13 255:4
256:12,13
257:8,23
259:6,19
261:24 291:4
292:15 293:4
298:10 305:18
307:4,5,6,7,
12,14,15,18
310:15,21
**Hello** 207:5
220:15

**help** 31:19
102:13,19
292:11
**helping**
141:15
**her** 164:17,
18,25 165:3
307:8,9
**here** 6:15,16
19:18 30:12
34:18 49:11
53:4,6,9,10
64:15 82:1
116:14 117:2
149:9 174:11
196:21 206:17
212:23 223:15
231:11 234:7,
19 247:8,18
250:14,19,21
252:12 271:10
**Here's**
272:20,22
**hesitation**
279:20
**Hey** 12:14
34:18 136:1
261:24 298:19
**Hi** 318:25
**hide** 80:17,
20,21 136:4
**high** 98:19,22
136:7 193:21
267:16,17
273:25
**high-**
**performance**
173:18
**highest**
75:12,15
**him** 89:18,19,
23,24 152:25
216:16 218:5
224:3,5,6,21,
25 225:1,5,24
226:21,23
227:24 228:2,
3,5,6,8

229:19 230:14
231:1 261:14
266:8,9,19
268:17,21
269:4,6
278:21,24
279:5 282:14,
16,17,18,22
301:25
305:11,15,20,
21,22 306:5,9
307:25 308:1,
3,6,7,8,10,
11,12 309:14,
15 311:15,17,
19,20,25
315:6 316:17
319:25
**himself** 80:17
216:16 218:6
223:7
**HIPAA** 192:3
**hire** 319:19
**hired** 112:6
185:6 315:17,
18,20
**hiring** 150:14
**his** 41:23
45:2 80:17,
20,21,23
88:25 91:24
125:1 128:12
218:20,24
219:1,3,7,13,
24 224:22
226:15 232:16
233:21 236:1
241:23 245:4
250:25 266:12
269:12 272:11
273:10,18,20
277:6 289:24
301:23
305:12,23
310:2 312:1,4
314:13
**history**
101:13 198:3
277:19

**Hitache**
16:11,13,14
**Hmm** 308:9
311:22
**holding** 18:1,
14 63:5,8
281:18
**Holdings** 43:4
62:24 63:3
78:15 132:24
154:1
**holds** 133:6
**home** 44:2,3
144:21
**Homeland**
269:23 270:1,
2,6,10
**honest** 226:9
**Hong** 149:12
**hooked** 103:17
**hoping** 35:13
**host** 122:15
286:4
**hosting** 8:2,3
10:7 13:22
18:22,25
19:1,2,5,12
20:1 23:25
24:2,3 43:6,
7,8 45:13
64:11 108:16
111:19 112:7
122:10,13
123:8 124:10,
13,14,24
125:9,10,22
126:6,12,16,
18,21 127:5,
10 135:1,2,3
137:25 144:6,
8 166:18
291:9 305:9
309:12
**hot** 68:25
**hours** 146:17
148:6 160:15,
19 184:2
186:25 187:1

**House** 158:25
159:7,10
162:7 163:14,
15,18 177:14
179:12
**House-like**
178:1
**how** 6:13,24
7:23 8:21,22
10:10 13:24
15:12 16:6,19
20:12 22:8
23:2 29:16,23
30:7,14 32:4,
5,7 33:3,4,5,
7 35:8,9,10
39:16 40:19,
25 41:1 42:20
46:13,21
48:11 49:16
50:2,11 54:15
58:14 61:4
68:17 69:16,
25 70:3 71:10
73:19 80:16
83:24 84:19
85:18,20
86:1,6,18
87:5 88:19,24
89:2,6 91:6,
8,21 92:2
94:8,12 95:12
96:8 98:6
106:9,16
107:9,11,14,
15,19,22,23
111:1,10
116:4 117:10
118:8 122:3,6
124:15
127:12,24
128:1,21
137:4 142:9,
20 143:9
146:4 150:24
156:10,13,23
157:19,24
159:7,10,20
162:2,21,23

163:21 164:22
165:3,8,10,16
172:7,9 173:9
176:15,20
179:2 183:6,
15,22 184:16,
18 186:6,15,
16,20 190:24
191:6,8
192:3,7,13,19
193:13,21
197:7,11
198:1 208:11,
17 210:22
212:20 214:20
215:22
216:12,17,22
217:9 218:7,
14,21 224:5
226:25 228:14
229:14 230:8,
11 233:13
235:25 239:10
241:9 258:5
259:6,10,12,
25 267:19,20
268:11,22
270:25 278:3
281:3 292:2
293:12 294:21
296:20 300:4
303:2,3
305:17 306:17
314:22
**however**
105:15 152:17
231:23
**huge** 124:23
231:23
**Huh** 171:23
**human** 26:20
83:11 178:13
**hundred**
50:12,15
84:23 85:2
138:10
**hundred-
something**
162:5

hundreds
  230:12,13
  255:12,23
  256:3 297:25
hurt  163:11
hypothetical
  289:4
hypothetically
  124:3

---

I

I'D  247:4
  259:10 266:5
  298:19
I'LL  274:3
  285:16 289:2
  299:21 307:1
  309:8 310:16
  319:23
I'M  7:10
  15:18 27:13
  59:12 63:2
  112:12 118:4
  126:20 135:10
  136:16 138:4
  141:14 153:24
  154:5 172:14
  196:5 211:15,
  16 221:25
  224:17 225:14
  227:2,6,9
  230:25 235:9
  240:16 243:3
  245:2 246:11
  249:15 250:8,
  19,20 251:1,3
  255:9 257:11,
  13 260:12
  261:4 263:5,
  6,10,13 266:4
  269:18 273:21
  278:23 279:4,
  7,22 280:7
  282:15 284:16
  286:18,20
  290:8,18,21
  291:14,19

295:3,21
296:7 297:16
298:15 299:20
300:19 301:1
303:2 304:20
310:2,9,12,
13,24 315:8,
14,25 316:10,
18 317:8,20
318:18,23
319:7,13,16
320:3,16
I'VE  238:13
  278:24 282:23
  291:4 292:15
  294:15 296:4
I-B-E-E  124:9
I-C-O-O  8:8
IBE  126:25
  172:20
IBEE  55:18
  124:8,10,12,
  24 125:9,10,
  14,15,16,22
  126:6,11,16,
  18,21 127:1,
  5,10,24
  307:16
ICOO  8:8,10,
  16 9:6,19
ICQ  306:9,11,
  13
ID  80:7
idea  12:16
  22:10,12
  97:21 112:18
  182:2 226:6,
  13 295:7
  298:20 300:6
ideas  316:3
identification
  22:15 43:24
  48:21 51:25
  55:12 62:14
  64:23 89:24
  92:19 101:22
  108:21 113:1
  144:23 173:15

202:8 220:7
227:8 246:13
257:15 260:15
269:20 279:9
290:25 299:22
306:12 315:10
318:20
identified
  272:24 273:8
  306:5
identify
  243:24
identifying
  222:20
identity
  80:20,21
IDS  166:21
  167:8,12,15
if  6:20 8:21
  9:22,25
  10:18,22
  17:25 19:7
  26:10,21 27:5
  34:5,8,10,15,
  17 35:21
  38:13 41:7
  42:1 44:5
  50:13 52:6
  53:7,11,13
  54:4 57:19
  62:4 64:12
  65:14,25
  67:14 68:15,
  16,17,24,25
  69:18 74:22,
  25 75:2,4,12,
  20,21,22
  76:23 77:2
  79:25 80:4,5,
  10,17 81:6,13
  87:7,15,18,20
  89:17,18,19,
  20 92:21 95:3
  97:14 99:21,
  22 102:2,17,
  22 106:16
  107:15 108:16
  113:4 114:22
  118:14

120:11,13
122:23 123:5
126:9 129:5
131:13
135:16,20
136:1,11,16
143:15
146:11,16
149:19 152:12
154:10 157:3,
10,12 158:4
159:8 162:16
167:10 169:4
170:25 172:15
174:24 177:1
178:20 179:4
183:21 187:25
188:1 190:9,
11 191:19
194:4,5,8
195:7,8,22
197:7 198:23
201:17 202:23
203:13 206:25
212:16 215:18
219:19 225:14
228:19 230:12
231:22 233:20
235:19 236:4,
9,25 237:20
238:20 245:2,
16 246:4,23
247:3 248:5,
12 249:18
250:3 254:5
260:22 261:4,
11 262:14
264:10 266:4,
12 270:19
271:12 274:15
279:22 280:8,
13 282:6
283:13 284:1,
19 285:13
286:19 288:4,
5,24 289:21
291:14 294:6,
19 295:25
296:3 297:4

298:10 302:3,
6,12 304:4,21
306:20,21
315:15,25
317:9,21
319:13

**illegal** 88:17
130:3 155:11
157:11 158:3
179:18 197:6
216:5 261:12
271:7,19
286:4 288:21,
25 311:6

**illegality**
155:1

**Illinois**
209:3

**Ilya** 307:12,
13,15

**imagine**
170:24

**immediate**
33:15

**immediately**
216:15 291:24
292:1

**implying**
316:13

**important**
75:23 245:11,
16 266:2,12,
13,14,16
267:8 276:16

**impossible**
173:3,7
237:18

**impressed**
320:16

**improve**
142:15 186:1

**improvements**
185:24

**improvise**
81:21

**in** 5:2,3,11,
13 7:7,20,25
8:1,4,16,20,

22 9:5,6
10:10,19 11:4
13:5,15,24
14:13,16,17,
23 15:11,12,
15,19 16:10,
11,16,18,19
17:6,20 18:19
19:10 20:3,10
21:8,16,23
22:2,3 23:9,
23 24:17,23
25:13 26:1,
10,17 28:6
29:20,22,23
30:2,3,4,5,7,
8,13 31:2,20,
21 33:12
34:21 35:11,
13 37:23 38:1
39:6 40:2
41:16,22
42:4,12 43:2,
12 44:19
45:2,4,6,7,
10,15,19,23
47:7 49:14
50:14 51:5,6,
10,11,13 52:4
53:8 54:13
55:21 56:3
58:23,24
63:19 66:24
67:21 68:15,
19,23,24
69:4,19,21,23
71:16,18,21,
22,23,25
72:1,2,7,8,
11,13,14,18,
19,21 73:9,24
74:3,4,11
75:16,18,24
76:3 77:22
78:13,15
80:14 82:19
83:1,3,6,25
84:10 85:17,
24 86:3,8,9

88:4,7,9
91:8,17,24
92:1 93:25
94:5,17 95:9,
11 98:25
99:3,5,15
100:7,13,20,
22,23 101:6,
10,12,14
102:5,13,22
103:5,6,17
104:2,5,7,9,
20 105:9,13
109:10,11,22
111:7 113:12
117:4 120:12
124:8,10
125:7,10,11
129:11 130:13
132:17,19,24
135:15 136:21
137:23
138:14,20,21
140:20 142:8,
9 143:1,3,23,
24 144:4,13,
14,19 145:1,
2,4,5 146:1,
9,10 147:11,
17,19 148:1,
19,23,25
149:2,5,9,13
150:3,9,11
151:5 152:7,
14 153:14,21
154:2,10,25
159:25 160:2,
4,6,7,8,11,
12,20 162:17
163:2,22
164:16,19,24
165:6,9,10,
16,21,22,24
166:3 167:1,4
169:3,11,17,
23 170:6
171:25 172:9
174:2,13
175:3 177:5,

22 178:4,13,
22,23 179:5
180:16,17
181:7,10,12,
15,18,24
182:1 183:5
186:15,16,17,
18,19 187:9,
17 188:4,14
189:19 193:7,
15,17,23,25
195:6,7,10,
22,24 197:12
198:10,25
201:2,5,10
202:15,21
203:2,17,19,
20 204:1,3,6,
23 208:8,21,
22 211:16
212:2,5,12,
16,23 213:5
214:3,23
215:14,20
216:3 217:11,
22 218:14
220:13,19,24
221:17,18
222:2,12,15,
17,22,25
223:11,12,13,
14,23 224:9
225:22,24
226:23 228:2
229:17 231:17
232:3,5,10
234:4 235:5,
12 236:3
237:19
238:19,24
239:1,10
240:4,6,8,11,
16 242:8,13,
16 243:4,12
244:18 245:21
246:15 247:9
250:3,21
252:21 253:14
254:24 255:21

256:4 259:3
260:8,23
261:2,19,20
262:15 263:8,
21 266:3,17
267:13,23
269:11 271:5,
9,11,17
272:10 273:2,
11 274:12
275:20,21
276:3,18
277:4,15,22
279:12
280:13,14,16
281:17,24
283:6 285:6
286:6 287:10,
16,20,22
288:6 291:9
292:18,23
293:9,18
294:3,20,25
297:5,19
298:23 300:15
301:3,7,10,13
303:7,25
304:17,19,25
305:10,25
306:7,13
307:17 308:19
309:15,16,22
310:1,2,6,7
311:2,3,11,
18,20,21,23
312:5,16,25
313:3,18,21
315:3 316:7,
9,23 317:16,
25 318:3
319:17
**in-house**
37:10,11 87:4
88:6 118:11
151:6 158:13,
14,16
**in-person**
232:15

**inability**
26:8
**Inc** 56:6,8,
17,19,21,23
60:8
**incident**
276:14
**Incidentally**
13:7 284:6
**include** 39:11
102:2 119:17
162:18 174:12
301:10 318:9
**includes**
50:21
**including**
139:3 263:9
**income** 230:2,
7
**incoming**
76:24,25
167:11 197:5
236:11 276:7
**inconsistent**
60:17,18
**Incorporated**
5:13
**incorrect**
10:1
**increments**
68:19
**independent**
133:13 195:18
**India** 124:8,
10,23 125:7,
10,11 126:12
**Indian** 125:2,
5
**indicates**
250:22
**indication**
297:4
**indicators**
245:3,9
**individual**
75:18 78:24
79:2 83:9

**individuals**
133:25 134:1,
2 313:9,10
**industry**
83:1,3,6
193:1
**influence**
80:13
**informal**
274:8
**information**
49:14 74:1
80:22 103:2
171:6 172:3,
13 190:1,3
191:22 193:1,
6,10 207:10
220:19 221:17
231:8 262:13
268:18 272:25
273:2 277:19,
20,21,25
289:6 293:21,
22 294:2,7
296:6,16
297:23 298:1
299:7 300:9
303:11 304:21
**infrastructure**
8:11,13 24:22
36:18,25
93:16 94:11,
13 168:16,18
169:18,21,23
170:5 174:4,
5,7 181:17,19
182:18,20
187:7 195:24
245:12,14
289:24
294:20,22,24
295:2,4,14,
17,22 296:22,
25 297:1,4,20
302:6 303:14
304:24
**infrastructure
s** 25:8

**initial** 215:7
216:6 223:17
**initials**
13:10 124:13
**innovations**
40:3
**input** 69:3
**inquiries**
283:16
**inquiry** 262:8
**inside** 100:14
**insist** 77:19
**install** 67:15
76:8 102:22
261:6
**installation**
9:2 68:3
108:9
**installed**
108:9 198:5
**installing**
67:21
**installs**
10:23
**instantly**
94:1
**instead** 113:9
**institute**
100:14,15
101:6 102:5
188:13
**integrated**
138:24
139:10,15
**Intelligence**
283:17
**intend**
301:16,18,25
**intended**
304:5
**intent** 301:23
**intention**
315:25
316:10,14
**interact**
72:13 78:14
150:12

interacted
  310:19
interacting
  83:14 150:13
interaction
  82:22 83:12
  305:3
interactions
  309:14
interacts
  83:25
interest
  143:23,24
  154:2
interested
  22:2 154:10
  262:13 266:2
  270:15 283:25
interface
  163:3,4
internal   49:3
  124:12 233:12
  237:2
International
  192:7
Internet
  10:10 44:13
  45:3 49:2,7
  50:8 56:8
  64:7 78:19
  83:25 103:14,
  17 133:1,2,24
  135:1,3 147:1
  161:13 163:9
  178:2 239:8
  261:7 264:15
  272:25 297:25
  307:23 311:8,
  9,10
interpreter
  6:3 45:10
  70:15 79:13,
  14,25 80:3
  93:23 139:17
  159:2 206:8
  254:17,20
  286:13
  301:20,22

  307:21
interrupt
  199:16
interviews
  318:13
into   12:17
  13:1 21:9
  26:12,13
  32:20 33:13
  34:2 35:7
  80:23 87:6,
  15,18,19
  97:14,20
  112:7 130:11
  138:24 139:10
  143:5 163:5
  164:22 183:7
  192:4,5
  193:20 203:6
  233:12 234:14
  241:6 261:15
  270:11 272:11
  285:25 290:19
  300:16 303:24
intrude
  230:25
intrusion
  166:7,20
invent
  120:11,13
invented   13:9
Inventing
  123:24
investigate
  89:4 186:21
  203:11 238:8
  261:15 304:19
investigated
  89:15 238:6
investigating
  184:18
  237:20,21
  271:5 298:11
investigation
  89:5,6 205:1
  233:12,17
  237:2 238:16
  240:10,15

  270:11
  272:11,18
  273:23 282:23
  283:15 285:20
  287:16 301:9
  303:10
investments
  14:7 141:11,
  12,13
invited   16:17
involved
  17:20 82:22
  88:7,9
  215:13,20
  217:21,22
  218:14 220:24
  231:17 232:10
  237:19 239:10
  240:6,9,11,16
  291:9 294:20
  297:5 310:6,
  11
involvement
  26:19 38:1
  179:5 214:23
involves
  122:13 174:14
  177:13
IP   43:11
  44:9,12 47:3,
  4,5,6,10,21,
  22,25 48:24
  49:1,2,21,22
  50:5,7,9,10
  55:18 132:5,
  7,8,10,13,19
  133:4,6,9,11,
  13,17,19,23
  134:4 135:16,
  20 136:2,7,
  13,17,21,23
  139:23 159:8
  162:24 168:13
  171:17 176:25
  177:3,6
  178:5,6,10
  204:23 205:2
  207:5,13,18
  211:11,18

  216:18,19,22
  217:15 218:2,
  14,18,20,24,
  25 219:1,3,6,
  7,12,14,24
  222:20,21
  230:11 231:12
  233:23 234:4
  235:2,4,5,12
  236:2,3,14,19
  237:4 238:25
  239:9 241:1,
  5,10,17,23
  242:1,3,5,13,
  18 243:2,4,8,
  10,11 247:5,
  10 250:22,24
  251:3 254:24
  259:6 261:12,
  16,22 262:22
  264:19,23,25
  265:6,10
  267:5,12,20,
  23 270:11
  272:2,12,22
  274:23 277:17
  283:6,20
  287:2,12
  288:6 289:4
  292:4,17,23
  294:22,24
  296:22,24,25
  297:1
IPS   166:21
  167:8,12,15
  260:5,7,25
  261:1,2
  262:9,10,11,
  15 263:19
  264:3 274:3
  283:19 291:15
ipse   303:7
irresponsible
  238:1,5
is   5:6,7,13,
  16,17,22 6:13
  7:6,9,13,16,
  18 8:1 9:16
  10:4,16,18,

22,24,25
11:3,7,11,13,
17,18 12:8,
18,21 13:10,
21 15:3,4,6,8
16:1,13,14
17:5,16,19,
20,25 18:7,
14,21,24
19:10,16,19,
20,22 21:9,14
22:17 23:12,
19,22,23,25
24:1,2,3 25:7
26:1,4,15,17,
22 27:2,4,9,
11,21 29:9,10
30:10,12
31:4,5,15
32:8,18,19,
23,24 33:8,
11,17 34:1,8,
11,13,16,23
35:3,15,17,24
36:12,20
37:11,15,17,
22 38:6,17
39:5,9,10,17,
18 40:1 41:7,
15,20,22,24
42:1,2,14,23,
24 43:2,3,11,
23 44:1,11,
12,14,15,16,
17,20,23,25
45:1,4,14,18,
19,21 46:3,4,
6,15 47:2,11,
13 48:1,22
49:1,2,5,6,7,
9,11 50:8,18
51:14,18
52:2,4,5,6,9
53:3,7,12,13,
24,25 54:2,4,
13 55:2,7,15,
17 57:9,12,
13,14 58:11
61:4,6,7,8,

10,11,16,20
62:16,20
63:3,8,16,18,
20 64:1,11,25
65:11,16,17,
20,24 66:5,14
67:5,6,12,22,
23 68:6,7,15,
16,17,19,24,
25 69:2,5,13,
14,15,18,20
70:7,12,14,
17,20 71:6,8,
13,14,16
73:9,21,22
74:3,10,16,
18,25 75:1,2,
4,5,15,21,22
76:2,23 77:3,
22 78:13,18
79:10,16
80:4,9,10,17,
18,24 81:4,5,
6,13,20 82:4,
18,22 83:9,
11,14,23
84:6,8,11
85:1,2,3
86:10,13,19,
20,21,23,24
87:4,7,12,13,
15,19,23,25
88:2,3,6,11,
13 89:5,7,10,
18,19,20,21,
22 90:17,23
91:3,8,16
92:8,9,10,15,
16 93:2,6,7,
10,12,15,16,
25 94:3,5,7,
19,20 95:3,8,
14,18,19,24
96:1,4,6,8,
11,12,16,17,
18 97:1,13,
14,15,21,24
98:23,25
99:2,9,13,14

100:2,3,13,
16,17,22,25
101:6,7,8,9,
25 102:3,5,8,
10,12,14,19
103:14,22,24
104:2,5,7,9,
22 105:2,5,11
106:1,14,21
107:3,22,25
108:5,9,15,
17,24,25
109:3,4,9,12,
15,18,20,21
110:7,11,12,
13,18,20
111:1,3,6,8,
12,13,17,18,
25 112:4,9,18
113:3,6,7,8,
13,19,25
114:2,5,10,17
115:6,23
116:1,2,6,15,
16 117:8,15,
20,24 118:1,
3,10,14
119:2,3,6,7,
9,11,25
121:10,12,14,
20,22,25
122:1,9,10,
12,13,15,17
123:4,9,12,
16,18,21
124:8,10,12,
13,22,23,24
125:1,2,3,5,
18,20,21
126:8,11,12,
13,15,16,18,
21 127:4,7,
11,12,13
128:6,7,8,10,
11,12,20,24,
25 129:2,3,6,
10,11,13,21
130:4,5,10,
14,22 131:12,

13,24 132:2,
4,7,8,21
134:2,13,15,
18,19,20,24
135:2,5,16,
20,22 136:2,
5,16,25
137:1,6,24,25
138:2,3,8,22,
23,24 139:10,
23 140:6,13,
15 141:5,10,
17,20,22,23,
24 142:1,13,
18,24 143:8,
12,13,19
144:3,21
145:1,3,12,
13,16,17,18,
21,22 146:5,
6,7,9,11,12,
13,18,22
147:6,21
148:1,13,22
149:21 150:2,
3,9,14,16,17,
20,21 151:2,
7,24 152:5,7,
14,15,21,22,
25 153:2,7,
13,21,24
154:1,5,17,
18,19,23
155:13 156:1,
3,6,8 157:1,
2,3,5,21
158:4,7,14
159:3,6,8,16,
18,19,22,25
160:2,4,6,7,
8,10,12,13
161:2,8,9,11,
12 162:10,16
163:3,17
165:4,17,24,
25 166:2,7,9,
10,15,16,21,
22 167:2,5,7,
8,9,10,17,23

168:11,12,15,
22 170:12
171:2,10,11,
17,19 172:13,
25 173:3,7,9,
10,12,14,17
174:2,3,4,6,
9,17,19,21,
23,24 175:2,
9,13,14,16,
18,21,24,25
176:23,25
177:4,16,20,
22 178:10,14,
20,22,24
179:2,8,14,21
180:5,20,24
181:2,15
182:2,9,10,
13,16,18
183:2,3,12,
13,16,17
184:6,11,13
185:17 186:5,
11,14,19,20
187:9,10,11,
17,19,25
188:1,2,5,8
189:3,8,10,
12,13 190:1,
20 191:9,11,
21,24 192:7,
22 194:10
195:1,5,12,13
196:2,21
197:3,5,11,
14,15,16,18,
19,21,23
198:6,8,9,25
199:2,11,12,
13,24 200:22
201:9,10,15,
16,24 202:5,
10,11,14,24
203:1,3,8,10,
16,17 204:11,
12,14,18,19,
20 205:8,17,
19 206:5,6,

15,16,20,23
207:1,5,9,10,
13,18,21
208:8,10,14,
17,19 209:8
210:3,7,14
213:2,3
214:9,25
215:4 216:5
218:25
219:15,25
220:9,10,12,
13,19 221:3,
17 222:9
224:22 226:3,
15 227:4
229:7 231:20,
23 233:3,9
234:7 236:10
241:17,22
243:11 244:11
246:15,21
247:9,10
248:3 249:20
250:13,20
251:9,20,24
252:3 253:9,
16,21,23
254:2,4
255:6,8,10,15
257:13 258:18
259:2 260:17,
20 261:23
262:5 263:9,
19,23 264:3,
4,6,9,11,23
265:2,7,8
266:1,6,12
267:2 269:22
270:25 272:9
273:2,12,15,
23,25 274:7,
17 276:2,15,
17 277:7,13
279:16,21
280:10,18
282:22 283:15
284:20 285:1
288:17,18,24

291:5,14,16,
21 292:16
293:21 294:3
295:7,8,14
296:3 298:2
299:24 302:5,
14 303:1,7,
10,23 304:21
305:5,19
306:11,22,24
307:9,19
308:13,24
309:1,11,21,
22,25 310:1,
4,5,10,22
311:13 312:8,
10,13,20
314:13 315:1,
3,12,15 317:9
318:24 319:1
320:12

**isn't** 9:25
106:23 179:17
247:13 279:21
283:25

**ISO** 189:19,
21,25 190:6,
9,15

**ISO/IEC**
189:10

**isolate**
244:17

**issued** 287:10

**it** 7:6,13,23
8:14 10:18,25
11:17 12:23
13:3,9,18,19,
21 14:1,6,17,
19,25 16:1,21
17:17,20
18:7,19 19:3,
10,11,17,21,
24 20:10
21:20 22:19
23:6,7,19
25:1,2,7,11,
15 26:7,12,
13,15,16
27:2,4,17

29:10 30:10,
12 33:17
34:1,8,16,17,
20,23 37:22
38:13 39:5,
18,19 41:6,
13,14,15
42:2,12 43:2,
3,7,23 44:4,
6,8,12,14,15,
17,19 45:1,3,
14,15,16,18,
21,24 46:2,4,
15 47:25
48:1,5,11,22
49:2,6,7,12,
16 50:2,18
51:14 52:6,7,
9 53:4,6,9,
11,12,13,14,
25 54:13
55:7,16,17
57:5,9,13,14
59:1 61:6,7,
10,11,20
62:12,17,21,
23 63:3,4,8,
10,16,19,24
64:13,22
65:17,24
67:5,11,19,20
68:6,15,16,
17,19,25
69:5,18,20
70:6,16
71:13,14,16
73:1,24 74:3,
16,23 75:2,4,
20,21,22
76:11,13,15,
17,23 77:11,
19 78:13,18,
24 79:18,21
80:4,9,10,16
81:5,6,13
82:4,22,24,25
83:3,9,17,23,
24 84:6,11
85:2,3 86:19,

20,21,23,24
87:4,7,9,12,
13,15,19,20
88:3,6,15,24
89:5,7,12,22
90:6,15 92:9,
16,22 93:7,
10,16 94:5
95:18,19,24
96:1,2,4,6,
11,12,19,22,
25 97:1,7,13,
15,24,25
98:9,10,11
99:14 100:3,
16,20 101:6,
7,8,15,17
102:8,12,14,
17,22,23
103:10,14,18,
22,24 104:16
105:2,5,6,11,
15,22 106:1,
16,23 108:8,
24 109:4,5,
12,14 110:14,
15,17,20
111:8,12,18,
24,25 112:1,4
113:5,7,8,19,
22 114:1,2,5,
10,22,23,24,
25 115:5,6,7,
9,23 116:1,2,
6,15,16,25
117:15,23
118:1,3,6,13,
14 119:6,7,
19,22,25
121:10,19,20,
25 122:1,13,
15 123:4,5,9,
16 124:8,13,
16,18,21,22,
23 125:2,18
126:13,15
127:7,17
128:7,19,20,
21,25 129:10,

11,13,21
130:14 131:4,
12,13 132:2,
15,16,17,22
133:3,12,16,
25 134:6,8,
10,12,13,24
135:2,4,5,22,
23,24 136:2,
4,5,7,11
137:1,6
138:2,3,17,
19,22,23
139:1,14,23
141:5,10
142:18,22,24,
25 143:9,13
144:5 145:13,
16,22,23
146:5,7,11
147:5 148:5
149:21,22
150:1,2,9,14,
17,20,21
151:3,17
152:15,17,25
153:7,18
154:1,18,19
155:9 156:8
157:4 158:4,7
159:3,6,19
161:8,9,25
163:13,25
164:9,18
165:4 166:10,
15,21,22
167:1,2,5,8,
9,10,17,19
170:12,16,17,
18,24 171:2,
3,17,19
172:11,15,16,
18,25 173:3,
7,17,21
174:4,6,11,
19,21,23,24,
25 175:16,21,
25 176:20,23
177:2,3,4,20

178:14 181:4,
9,14,22
182:1,2,13
183:12,25
184:1,13
185:10,22
186:1,4,11,
16,20,22,24,
25 188:8
189:3,6,8,13
190:1,14,20
191:19 192:5
194:9,12,14,
15,16 195:4,
6,13 196:2,5,
7,10 197:5,7,
11,14,18,23
198:6,8,15,20
199:4,7,12,25
200:3,20,23,
24 201:16,17,
24 202:5,14,
15 203:1,2,
12,13 204:5,
6,11,12,14,
19,20,23,25
205:3,5,17
206:5,16,18,
19,23 207:12,
18 208:6,10,
16,17 209:8
211:10,16,23
212:4,5,16
213:2,16,17,
21,24 214:13,
16 215:8,9
216:7,13,17
217:25 218:15
219:10 220:25
221:16,20
222:10 223:9,
18 225:14
229:15 230:8,
12,18 231:2,
8,9,20
232:13,24
234:7 237:25
238:8,20
239:17 240:11

241:15,18,22
242:3,17
243:22
245:16,18
246:22 247:3,
14,17 248:4,
6,10,12
249:19,22
250:1,14,19
252:7,19,22
253:6 256:10,
23 257:1,18
259:20 260:14
261:4 262:9,
14,19,21
263:1,2,11,13
264:1,3,8,17,
18 265:2,3,5,
6,19,24
266:5,11
268:25
269:11,13,24
270:16,17,18,
25 271:7,17,
19 272:5,13,
14,15,22
273:11,15,23
274:2,15,16,
18,23 275:11
276:2,13
277:7,23
278:9,12
279:3,11,13,
18,21,22,24,
25 281:8,12,
17,24 282:4,
6,13,18
283:7,14
284:2,24
285:1,4,6,7,8
286:10,17,18,
19 287:22
288:20 289:6,
10,12,22
290:6 291:17,
20 292:9
293:12 295:1,
6,10,11
296:21 297:4

299:2,12
300:6,16
301:3,14,16
302:3,10,18,
24 303:1,4,5,
6,24 309:1,7
311:6 313:1,
18,20 314:2,
4,9,11,19,22
315:5,7,18,20
316:7,9,15,
16,24,25
317:10,13
318:17 319:5,
7,23 320:12,
16,17
**it's**  11:6
35:1 44:21
45:1,8 69:22
76:25 97:2
99:14 103:17
135:6 170:25
174:4 182:20
189:1 203:9
214:5 220:25
222:8 224:22
228:20
231:22,23
234:2,19
236:19 238:5
243:13 245:11
246:24 247:8,
18 249:10
252:12 259:22
260:9,14,20
261:19
263:17,24
264:7,13
266:2,12
267:18 270:1
271:11 272:17
273:11,12,13,
15 274:16,18
277:6 279:25
285:2,5 286:4
296:17
300:18,20,22
301:14 302:2,
24 303:5

304:6,7,8
306:12,22
307:16 312:16
313:21 315:25
318:8 319:9
**ITAR**  192:7
**ITPAN.COM**
57:4
**its**  21:1
46:14 52:5
53:18,24 58:8
60:19 63:10
68:13 79:18,
24 80:14
111:9 121:15
140:9 151:13
154:3 187:2
194:12 243:16
287:12
**itself**  19:8
61:13 63:4
69:8 100:2
121:18 138:22
147:1 182:7
187:9 280:12

---

## J

**jail**  306:1
**January**  172:9
181:25
**Japan**  193:10
**jerk**  266:6,9
**job**  14:15
21:14 22:24
30:24 31:5
35:20 36:12,
15 40:9 74:8,
9 104:17,18
195:13 223:15
**jobs**  31:2
**Joe**  318:25
319:8
**jog**  20:16
**John**  253:11,
13
**joint**  269:24

**journalists**
273:1
**jump**  57:16
**Jumping**  149:4
**Juniper**
167:5,6,7,23
**junk**  161:15
**jury**  264:10
**just**  10:20,25
11:9,17,24
12:12,20,25
13:18 17:16
18:6,23 24:5
30:22 31:18
34:12 35:8
43:2,4,10,14
44:1 49:21
51:23 53:11,
14 55:2 60:9
62:13 63:4
67:4 70:11
75:5 80:8
82:17,22
92:8,16
99:13,14
101:13 102:21
105:22 111:3
112:4 113:9
117:23 122:15
133:16 136:23
140:3 141:14
143:11 144:8
145:17,21
149:10 153:7
161:11
171:10,14
177:2,21
182:2 183:17
185:16,23
195:7 199:25
215:20 219:16
227:11 229:3
232:24 233:3
239:2,8
240:10 242:7
251:11 260:14
262:8 268:15
274:3 281:23
283:7 284:6,

16,19 289:4,
16 290:6,13,
16 291:13
294:4 296:11
297:16 301:1
302:25 304:3
305:21 306:25
313:3 317:7,
24 318:2,25
**justified**
200:22

---

## K

**K-A-R-L-O-V**
179:1
**K-O-P-N-O-V**
141:25
**K-R-Y-S-E-N-K-**
**O**  100:24
**K-S-E-N-Y-A**
159:23
**K-U-R-C-H-A-T-**
**O-V-A**  102:8
**Kapersky**
307:7
**Karamazov**
73:11
**Karlov**  179:1
**Katherine**
5:21
**KB**  13:11
**keep**  40:19,25
49:20 57:18
102:3 166:6,
16 168:9,19
170:8,13,14,
15 171:8
172:1,7,8,9
222:15 314:21
**keeping**  169:7
**keeps**  49:18
171:11
**Kelihos**
287:6,13
289:3
**kept**  171:25

312:18

**kglobal**
315:13,16,17
319:15,16,19

**Khaikov**
306:17 307:5

**Khasis** 306:19
307:6

**kicked** 106:16
131:4 155:17

**Kidding** 102:9

**Kiev** 71:19

**kind** 9:1
11:17 13:21
23:11 24:17
26:8 31:2
43:1 49:13,21
52:8 66:15,16
69:1 70:17
78:10,16,23
79:6,8,17,23
91:19 93:17,
19,25 94:25
95:23 96:13
99:25 103:22
112:24 114:8
119:6,10
120:1,12
122:20 129:15
144:9 161:6,
22,23 163:8
167:22 178:2
180:17 181:7
182:5 197:13
198:16 213:4,
13 224:17
233:12
242:17,19,20
283:1,5 305:7
313:6,7,8
314:9 315:6

**kinds** 8:25
10:2,3 66:2
78:5,6,10
93:19 102:24
131:17 132:13
133:23 145:16
189:21 313:13

**King** 189:24
207:2 208:19
209:14
249:20,23
250:5,9,17

**kit** 291:3,16,
20

**Klimenko**
307:18

**knew** 224:3,12
225:11,12,15
258:4

**know** 6:16,17
18:16 20:19
22:6,8,11
25:9 26:6
27:11,12,22
28:1 32:5,14,
15,16 33:21
35:1 37:24
39:3 41:1
42:10,11
46:8,10,18
49:11,12,21
52:6,11,13,
14,15,16,19
53:9,10,11,15
54:4 57:10
61:14,22,25
62:4,5,8,9
64:5,15,19
66:6,9,13
67:2,12
71:11,12,14
78:3,6,7,8,
12,13 79:3,4,
5 84:20,24
85:4,6,16,22
86:5,18,24
90:21,25
91:1,2,5,12,
21,25 92:4
95:2,6 96:3,
5,15 97:8
98:5 100:8
101:2,11
105:25 106:16
107:1,5,8,10,
18,19,23

108:6 112:20,
21 113:15
114:20,22
115:22 116:3,
4 117:9,10,22
118:5,7,8,17
119:4,20,24
120:3,17
121:4,7,9,11,
19,24 122:1,
2,3,5,8,10,
19,20 123:14
124:1,5,15
125:2,17,24,
25 126:7,16,
20,23,24
127:3,6,8,11,
17,18,19,20,
25 128:2
129:21
131:13,16,18,
19,20,22,23,
25 132:2
133:20
135:24,25
136:23,24
139:14 140:5
143:8,22
148:18 149:25
150:25 151:1,
5,11,19,24
152:3,7,8,9,
10,11,12,14,
18,21,24
153:8,10,18
154:9,10,21,
22 155:4,15,
19 156:3,5,8,
12,15 157:8
162:19 165:11
166:6,8,13
168:1 170:18,
21,25 172:15,
16 174:2,3
176:14,15
180:5 183:17
184:21 185:5
188:13 189:4,
10,14,16

190:9,11,14,
20,22,25
191:9,11,17
195:5 196:19,
25 197:22
200:25 202:5,
14 204:9,18
205:11,14
206:15
207:15,16,17,
20 208:7,17,
19 209:6,12,
16,21 212:1,
13 216:17
217:4,7,9,10,
18,20 219:20
221:13 222:6,
10 224:5,11,
21,22,24,25
225:1,2,5,8,
10,11,20,24
226:17,20
227:9 228:7,
13,18,19
229:6,8,11
230:6,10
231:15,17,19
232:4,14,17,
23 233:8,11
234:13
237:13,14,15,
16,17,23
238:3,5 239:8
241:13,17,19,
20,24 242:21
243:14 245:25
246:21
247:12,13,15,
23 248:15,20,
21,22,23
249:1,16,19
250:15 251:5,
6,8,11,12,24,
25 252:3,6,10
253:6,9,11,
13,21,23
254:2,8,13,
18,22 256:9,
14,18,23

257:3,4
258:7,9,12,
16,18,23
259:23,25
260:22 261:11
263:4 265:1,
18 266:5
269:9,11,16,
22,25 270:1,
23,25 271:9
273:14,18
275:14,19,24,
25 276:1
278:5 280:5
282:3,6,8,11
284:22
285:13,18
287:6,8
288:2,7,9,22,
24 289:12,21
290:23 291:2
292:14,16,17,
22 296:9,10,
13 297:25
298:13,14,16
299:1 300:18
301:1,23
302:4 303:2,
23 304:4,15
305:13,14,15
306:5,6,14
307:8,9,13,
18,25 308:1,
5,7,8,10,11,
12,23,24
309:5,10,17,
20 310:4,25
311:2,6,15,19
313:11,15
314:11,18,24,
25 315:7,15
316:15 317:7,
18 319:1,21
**knowing**
273:13 288:18
**knowledge**
7:18 64:9
72:6 125:18
131:10 149:23

162:4 188:9
191:5 192:18,
21 193:3
234:10 235:6,
16 239:12
240:20
251:20,24
252:1
**known** 6:24
75:19 243:20
**knows** 62:7
85:5,6 151:3
156:16 188:17
239:8 259:15
**Kokach** 309:17
**Kong** 149:12
**Konstantin**
309:17
**KONSTYANTYN**
6:6
**Kopnov** 141:24
**Korchagin**
308:7
**Korea** 193:7
**Korean** 193:6
**Kostyantyn**
5:10
**Kouvatsos**
308:12
**KP** 206:15
**Krebs** 180:2,
3,4,5,6,12
**Krysenko**
100:24
**Kseniya**
159:23,25
160:20
164:12,13,19
203:2,11
206:16 273:2
277:7,11,13
278:11,17
**Kurchatova**
102:8
**Kuzmin** 305:3,
5 310:4,5,11,
14,16,19

313:17 314:17
315:2,3
**KYC** 242:11,23
245:25

___

## L

**lack** 8:1 9:25
10:2 94:21
303:11
**land** 42:21
**language**
51:15 72:11,
14 75:24
145:1,3
226:23 301:5,
6
**laptop** 41:13
**large** 5:3
81:7 157:13
272:24 297:7
**largely** 145:2
**last** 12:21
13:13 20:8,22
56:3 58:23,
24,25 59:1,2,
17 82:17
107:12
113:16,17,18
132:4 141:22
199:20 274:24
290:10
**later** 105:15
111:5 223:4
261:17,18
**Latin** 302:24
**laugh** 226:8
**laundering**
287:20
**law** 126:12,15
230:14 231:5,
23 260:24
261:15,24
270:22 271:4,
6,19 272:5
283:16,25
288:5,17
294:14 298:9,

16,24
**lawbreakers**
271:6
**lawful** 15:17,
20
**laws** 126:10,
24
**lawsuit** 240:4
255:7,16
**lawyers**
259:22 276:16
285:7
**Lazier** 5:23
**lead** 119:7,
11,22
**leading** 252:8
**leads** 108:24
**leaked** 256:25
**learn** 15:23
214:23 289:6
**learned** 17:6
**lease** 29:16
32:11,13,20
33:4,6,7,14
61:6,10,13
81:3 105:1
229:18,23
230:5,6,7
245:8
**leased** 60:2,7
219:23
**leases** 29:14
**Leaseweb** 54:6
55:2,8 58:3,
5,9,11,15,20
59:13,15,18
61:16 62:1
**leasing** 32:18
61:7 229:18
**least** 25:13
76:3 150:11
158:24,25
159:13 162:9,
10,22 164:23
165:6 170:15
172:8 196:10
216:12 219:10

282:8
leaves  51:2
led  25:22
  26:8 64:22
left  46:1
  137:22 243:24
  244:1
legal  5:17,18
  38:7 57:14
  62:8 88:16
  172:2 271:3,
  17
legitimate
  89:22 205:24
length  170:14
less  23:4,7
  35:20 39:8
  71:13,14
  81:12,22
  84:23 96:9
  186:12,18,19
  201:24,25
  269:2,3
let  20:14
  56:5 100:15
  173:24 202:13
  207:12 214:13
  246:18 260:22
  269:11 279:24
  290:6 301:20
  319:1
let's  12:13,
  15 15:4 30:22
  34:18 60:18
  76:4 80:21
  83:1 86:25
  89:9 110:6
  135:13,19
  144:9 145:23
  180:19 181:14
  186:16 215:22
letter  13:19
  207:9
letting
  183:17
Lev  306:19
  307:6

Levashov
  287:8 289:2
level  25:7
  77:24 80:24,
  25 114:10,14
  146:5,6,10,
  11,14 303:11
lie  255:17
life  39:5
  66:24 106:15
  116:11
  189:22,24
  213:5 228:2
like  8:14
  9:2,15 10:18,
  23 13:14,22
  15:20 18:1,7,
  22 19:24
  21:20 23:25
  25:1,8,11
  26:11,14
  28:6,7,16
  29:6 33:15
  34:6,7,15,17,
  20 35:9
  36:19,24
  37:1,8,19
  44:4 45:4
  48:14,15
  51:2,3 54:19
  65:18 67:17
  68:14,25
  69:13 71:11
  75:5,11 80:6,
  19,22 81:21,
  22,23 82:25
  85:16,20
  89:18,20
  91:20 92:10
  93:10,21,24
  94:21 98:22
  99:14 100:16
  101:11,14,17
  102:15 103:3,
  25 104:17
  109:6 112:10,
  13,19 113:11
  116:25 119:15
  120:18 121:18

122:14
124:13,14
129:21 132:23
133:2 134:19
138:20,23
143:12,13
144:4 146:11
150:14 161:14
164:16,17
166:17
167:10,11,15,
17 172:11,20
174:21
177:13,25
179:11 180:7,
24 183:16
184:1 185:6
186:25 187:1
188:24
189:13,22
192:5,12
195:9 199:11
202:18 203:12
204:14 207:12
208:7,23,24
212:7 213:15,
22,23 214:13
224:13 231:2,
25 232:15,17
240:3 242:14
243:1,10
246:22 247:4
248:11 250:1,
19 257:18
258:1 261:11
264:14,22
266:5,11
269:11 270:14
279:18,25
281:8,11
283:7 284:17
286:2,4
291:10,20
293:19,20
294:6,13,14,
15,22 296:1,4
297:23 299:13
300:17 304:20
305:24 306:12

307:17
312:11,19,20,
21 313:7,11
314:2 317:8
318:16 319:5
320:24
likely  8:20
  21:25 119:25
  123:7 197:10
  206:16,23
  208:14 227:23
  232:16 306:10
  311:10 314:5
Limassol
  15:11
limit  89:3
  181:19
Limited  56:10
limiting
  88:25 303:9
line  24:24
  206:12 215:9
link  64:22
  113:4
Linked  23:20
Linked-in
  22:17 23:17
links  108:18,
  23
Linux  113:5,
  6,9,11,21
list  49:5,9,
  10,18,20,24
  55:18 57:10
  73:12 218:25
  261:1 262:9
  285:2
listed  259:7
  266:25 267:3,
  5 285:9
listen  261:6
listing
  214:17 261:22
lists  55:16,
  17 62:23
  159:9
literally
  66:13 255:12

297:23
**litigation**
234:5 246:16
**little** 12:13
23:4 45:5
98:23 120:13
132:1,22
169:2 237:25
**live** 15:10
66:23
**lived** 225:8
**lives** 232:3
**living** 215:20
225:10
228:20,21
229:7
**local** 49:3
51:5,10
126:10,14,24
127:1 260:23
262:8
**locally** 85:17
**locals** 51:13,
14
**located**
52:17,20 53:1
71:20 85:17
100:14
109:21,22
128:8 312:15
**location**
65:12 142:25
**locations**
149:2
**locks** 169:9,
10
**log** 168:11,
12,13,19
170:12
171:10,11,21
**logged** 203:2,
6
**logging** 170:8
**logins** 303:17
**logs** 100:7
103:2 168:9,
21,23 169:8,

11,17 170:3,
6,8,13 171:8,
22,24 172:19
244:22
**long** 6:24
16:19 21:18,
22 58:14 87:5
91:8 96:8
107:11,14,15,
23 122:6
128:1 137:8
156:13 157:19
170:24,25
171:2 172:7,9
183:6,22
186:20 189:1
198:1 314:9
**longer** 106:23
107:13
**look** 17:25
19:7 22:13
92:21 101:24
112:25 115:3
130:13 158:21
163:5 173:13,
21 183:4
193:20 202:23
206:25 209:20
211:25 220:5
227:6,12
234:13 235:25
236:2 237:4,
10,11,12
238:10 244:8
245:9 246:11,
23 250:1
257:11 260:14
261:14 262:10
271:12 272:7
275:1 276:12
279:8 280:13,
16 283:13
284:17 290:6,
8 297:6,11
299:3,20
315:8,14
317:22,23
318:2,22

**looked** 192:4
218:2 234:14,
15,16,21
238:13,19
239:8 295:13,
16
**looking** 10:9
18:13 34:11,
14 35:8
158:19
162:24,25
183:7 277:7
294:18,19,21
295:3,4,24,25
296:3,15,20
297:3,19
303:22
**looks** 18:1,7
19:24 26:11
44:4 52:7
57:5 62:21
202:18 203:12
204:14 208:17
214:13 246:22
250:19 257:18
270:14 274:17
279:18,25
283:7
**loosely**
240:16
**lose** 230:2
314:14,20
319:2
**loss** 35:24
230:8
**lot** 34:17
43:9 61:14
113:13 132:1
180:12,13
189:13 197:2
218:19
228:17,19,24
243:2 274:22
313:7 314:16
**lots** 27:17
113:13
**low** 143:12
**lower** 35:19

**lunch** 137:7,
15 164:23,24
**Luxembourg**
30:3,14 51:13
138:1 140:7
145:4 147:21
148:23,25
149:2 160:1
270:17,20
283:17
287:11,20
**lying** 64:16

---

**M**

**M-A-R-A** 140:9
**machine** 65:18
**mad** 288:12,14
**made** 29:3
51:5 118:19
142:22 165:25
188:8 217:12
223:8 242:2
265:15 283:16
284:2 286:8,
12,17,19
288:12 309:3
**mail** 41:5
89:22
**mailbox**
276:18
**mails** 81:23
**main** 146:12
**maintain**
104:17 172:22
173:2,5
221:15
**maintained**
221:23 244:18
**maintenance**
8:15 35:19
**major** 35:15
143:13
**make** 20:14
41:6 43:14
47:20 48:5
73:16 89:24
91:2 98:3

103:17 111:10
185:18 188:6,
9 207:24
208:1,6,7
210:20,22
217:25 220:18
221:16 228:8
235:9 240:21
242:2,8,17
244:17 285:25
286:18,24
288:14 290:19
299:18 300:6
304:24 314:19

**makes** 46:7
73:19 117:16
118:20
132:15,16
133:10 148:2
201:1,14
208:8

**making** 35:4,7
48:9 65:19
179:7,13,17
235:19 241:1,
4 281:3
285:21 314:16
319:22

**male** 225:2

**malicious**
158:20 166:11
184:5,11
244:22 254:6,
22 260:8

**malware**
120:14 157:24
161:19
162:17,18
167:13 183:2,
5 186:25
243:24 244:1,
18 291:16

**manage** 8:23
46:24 75:1
94:8,10,12
103:8 114:3,4
239:11

**managed**
10:16,18,22,

23 11:1,7,8,
23,24 12:1,3
23:25 24:1,2,
6,7,11 26:25
36:3 39:18
45:16,18
66:2,8,16,25
67:5 69:8
76:20 77:14,
17 78:1,5
79:23 80:14
81:18 84:1,11
86:16 87:1,6
90:18,24
96:9,10
102:2,3,10,
12,18,25
103:8,9 105:1
108:6,16,18
109:10,14,16
111:5 113:23
114:3 115:9,
11,19 116:16
125:15
130:17,22
146:21
168:20,21,24
169:22,25
170:6,15

**management**
9:1 10:8 12:8
109:5 114:5
187:11,19,21
190:1 191:22
281:22

**manager** 112:6

**manages** 28:8
66:15

**managing** 7:25
8:5,11,12
37:1 47:19
54:17 67:14

**manners** 214:6

**manual** 27:2,
4,6 35:20

**manually**
26:13,16

**many** 11:13
16:6 20:12

29:16,23 30:7
32:4,5,7
46:13,22
50:11 54:25
55:1,21 71:10
72:7 84:19
86:1,6 92:2
95:12 106:18
108:1 109:22
142:9,20
143:14 157:10
159:20
165:10,16
177:24 178:2
186:6,15,16
218:14,21
230:11
267:19,20
268:11,22

**Marc** 140:9
142:4,18
149:21,22
151:2 259:4,
15,17,18,19
260:11 262:24
286:18,21,22,
24 288:9

**March** 303:12

**Marinichev**
306:15 307:4

**Marisol** 37:16

**mark** 21:17
43:15 51:18,
21 62:10
92:17 108:12,
20 112:25
269:19 279:8
299:21 310:24

**marked** 17:14
22:15 43:24
48:18,20
51:25 55:12,
14 62:14
64:23 92:19
101:22 108:21
113:1 144:21,
23 173:15
202:7,8,10
214:1,9 220:7

227:7,8
246:13 257:15
260:12,15,17
269:20 271:11
279:9,11
290:11,25
299:22 307:2
315:10
318:19,20

**market** 25:10
124:22,23
134:13 143:24
144:4,8,9,13,
18

**marketing**
21:6 53:25
56:10 308:15,
20 316:18,22
317:9 318:16
319:10,13,18

**massive** 78:21
215:14,21
237:19 238:6

**match** 35:10
134:13 220:16

**matter** 5:12
10:21 51:4
151:16 153:18
155:10 292:11

**matters**
155:11

**maximize**
48:12

**may** 5:7 12:7
13:3 26:6
34:6,7,10
37:4,22
41:13,14
49:12 62:4
67:16 69:10
75:1 76:8,12
77:18 79:25
82:24,25 88:8
93:20 95:2
102:22 103:9
104:16 105:16
109:13 118:1
119:9,13,14,
17 126:23

130:3 148:5
149:22 150:15
158:3,4,5,20
162:17,19
163:10,19
165:4,5
167:13,14,17
168:20,21
170:17 172:3
174:22 186:25
190:15 196:5,
13 202:4
206:12,13
218:20 219:1
229:11 233:21
248:10 293:1
294:13 316:22
319:2
**maybe** 16:20
19:21 20:6
27:11 34:19
52:14,15
54:16,19
58:16 62:8
71:11 76:2
79:5 91:24
95:1 98:16
110:19 118:4
119:20 131:10
134:7 159:21
163:22 165:9
168:5 184:2
186:18 190:13
191:19 194:25
217:24,25
239:7 278:17
281:22 285:12
287:2 292:13
296:1 299:13
304:16 312:4
313:1 316:18
318:17
**MB9** 227:7,8
**Mccolo**
309:10,13
**me** 5:22 6:21
7:16 11:9
13:14 18:6
20:14 23:12

25:5 26:5,7
28:22 36:21
38:2 41:4,5
43:21 46:21
50:14 51:24
52:7 56:5
58:7,23 59:8
60:2,9,17
61:18 62:13,
18 63:13
64:12,22
65:3,10,14
67:4 70:20
73:12 75:11,
13,22 77:21
88:8,10
89:14,25
90:7,8 93:9
94:12 102:17,
18 103:25
107:14 108:24
110:11 111:6
116:15 117:14
118:14 132:18
135:4,6
137:24 141:1,
5 143:11
150:13 152:10
153:7 155:1
158:7 170:2
173:19,24
176:11,15
183:20 186:23
194:22 195:2,
9 201:17
202:4,13
207:12,25
208:17 212:4,
22,23 213:14,
15,22 214:13
215:10,12
217:22 225:4
226:25 235:11
237:4,9 241:3
246:18 249:1,
16 251:6
256:9,11,14,
23 258:2
260:22 262:21

265:8 278:25
279:5,24
281:23 284:19
285:5 286:21
288:10 291:14
293:13,15
295:14 300:7
301:20 316:19
317:9 318:3,
16 319:6
**mean** 8:12
34:12 48:13
50:20,21 53:9
68:11,12 85:1
96:5 101:7
105:19 112:18
114:25 123:5
132:10 139:19
143:11
146:15,16
150:7 151:23
156:19 159:12
167:25 168:1,
4,15 174:20
178:12 180:14
187:4,7,8
189:20 194:16
200:17 204:9
205:22 206:4,
22 207:13,16,
17,18,19
214:7 218:23
220:1 228:9
231:3 236:7
244:7 247:13,
20,21 248:10,
11,12 254:15
263:1,2,7,15,
17,18,20
264:1,18,21,
24 265:2,5
269:10 273:9,
22 282:22
286:5,10
293:24 296:2
297:8 302:18,
19,23 306:21
315:6

**meaning**
139:18,19
207:23 247:23
262:25 263:6,
16 265:7
**means** 31:4
53:15 75:9
91:13 113:19
123:5 135:17,
19 139:14
174:25 177:1
182:13 189:17
194:11 208:18
236:8,10
247:16 248:1,
2,19,21,22,23
249:2,15
251:5 262:21
263:19,22
264:3 265:3,6
270:23 273:25
295:2 296:10
309:5,7
**meant** 258:8
302:14
**measure**
148:13
**measures**
38:24 148:11
179:10
**mechanism**
195:22
**mechanisms**
195:20
**meet** 7:2,20
164:17 165:3,
8 298:24
311:17 313:17
**meeting**
164:17
**meetings**
164:25 165:8
232:15
**member** 226:3
**members** 7:6,
13 74:9,12
95:12 164:7
199:5 200:14

memory  20:16
119:15 122:15
212:18 221:5
mention  290:9
mentioned
27:4 109:4
114:11 148:5
163:6 179:11
195:6 211:12
mess  40:18
message
220:15
messages
276:17,18,22
messing  51:23
141:15
met  12:25
224:6 225:24
226:21 305:20
309:15 311:20
metadata
280:8 300:14
metal  10:25
11:5,6,8,10,
13,15,20 32:9
44:21 65:18
109:21,23,24
110:1,2,11,
13,20 111:3,
9,21 112:1,2,
22
Meth  234:20
Methbot
212:1,11,13,
20 213:6
214:10,17,21,
24 215:23
217:20 218:7
220:24 221:6
222:4,8,13,22
223:1,18,19
228:4,15
230:1 231:13,
18 234:9,22
235:5,13
237:1,5
239:18
240:12,17,18,

22 242:8
243:17,21
245:10,22
246:1,4
271:23,25
Methodology
193:24
Miami  5:9,14
microphone
21:9
mid  254:10,
11,12 280:4,7
middle  44:19
280:5
might  35:2
45:23 63:25
288:20
migrate
33:17,19
34:1,14 35:4
migrated
33:21
migrating
35:17,22
migration
34:6 36:14
millions
255:12,23
256:4
mind  25:13
66:24 111:7
mine  18:3
214:4 279:25
minute  76:4
minutes  68:19
137:6 258:1
mischaracteriz
ing  102:17
Mishra  48:18,
21 61:25
140:16,21
271:11
Mishra's
214:2
missed  296:4
missing  227:9

misunderstood
296:11
mitigate
76:24
mitigation
161:4
mix  318:14
model  23:24
25:23 26:9
27:10
modern  24:24
modification
68:3
moment  35:16
82:8,18
276:18
momentum
319:3
Monday  6:16
160:16,17,18
money  14:8
22:8 36:14
106:22,23
114:22 162:2
184:16,17,18
233:2 287:20
314:16,22
monitor  67:19
68:8,10 76:15
94:17 105:8,
10 129:24
130:1,2
147:9,11
173:9,10
175:12,25
177:8 246:3
monitored
287:12
monitoring
68:12 69:22
94:19,20,25
95:1,4 116:23
130:16,18,21
139:3 148:9
173:22 174:6,
9,10,11,13,
14,23 175:1,
2,3,8,10,19,

21,22 178:3
179:11,22
180:21 246:5
288:5
monitors
69:19 70:24
175:4
month  33:8
87:10,13,19,
20 97:15,21
115:1,7,12
118:3 135:19,
21 159:13
162:8 165:9
186:7,11,12,
16,17,19
201:24,25
229:14,16
313:18,20
month-to-month
81:15
monthly
183:16
months  15:13
164:16 165:6,
9 172:8,11
312:24
more  19:21
20:2,6,7
23:3,7 27:24
32:13 33:14
34:23 35:20
38:12 39:7
44:2 55:21,23
58:17 64:13
65:4 66:5,7,
8,15,24 67:5,
12 77:25
80:20,22
81:1,2,7
84:20,21,25
85:3 90:25
96:8 104:24
113:4 114:22
115:8 116:1,
15 119:25
121:25 132:24
134:8 138:11,
12,20 142:21

144:4,18
147:11 148:16
150:2 163:17
169:2 170:17
177:5 186:11
225:3 231:8
242:3 245:1
262:13 268:25
269:1 273:2
274:15 277:11
278:22,25
293:21 300:7
317:14,15
320:4
**morning**  5:5
6:11,12
117:13 202:15
**Moscow**  30:3,
18 85:24
100:19,20,23
101:10,14
102:6 149:13
**most**  8:20
10:7 21:25
38:6 46:10
70:7,21 72:10
90:4,5 106:1,
2,3 195:10
197:10
206:16,23
208:13 227:23
229:4 232:15
283:20 306:10
311:10 314:5
318:16
**mostly**  43:6
51:12 52:17
95:11 165:24
166:4 179:15
212:17 299:8
313:9
**Motion**  192:10
**move**  12:13
14:12,14
25:22 26:9
36:1,10,11
43:11 92:5
**moved**  67:11

**moving**  36:4
54:16 67:4,11
**Mozilla**  13:22
**MPAA**  192:10
**MPSL-TE**
174:14
**Mr**  5:24,25
6:2,11,16,20,
24,25 12:14,
18,24 13:7,11
15:23 17:1
18:3,6,8,13
20:17 24:9,19
27:19 28:11
29:5 33:2
36:6 37:15,20
38:18 39:1,23
40:5,17,21
41:17,22
42:5,13 43:20
44:1 48:18,21
49:1 51:8,19,
21 52:3,24
53:19 55:4,10
57:19 59:22
60:11 61:1,25
62:2 63:6
64:18 65:6
66:18 67:1,8,
24 78:2,17
79:20 83:16
84:2,12 85:9,
21 87:11
90:11,19
91:10 99:10
101:3 106:10,
17,24 107:20,
24 109:2
110:23 114:19
115:13,21
116:5,19
117:17 118:9,
16,23 120:2,
6,16 121:16
122:25
123:10,25
126:1 127:15,
21 128:14
134:17 136:8

137:21 139:12
140:11,15,17,
21,24 141:5
144:1,25
145:19 150:5
151:9 152:1,
16,23 153:4,
11,15,20
154:4,14
155:3,14
156:18 157:6,
14 169:1,13,
19 170:20
176:8 180:8
183:24 184:7,
12,20 186:8
190:18 192:14
196:4,18,24
199:12,16
201:11
202:11,14
208:2 209:11
210:5 211:1
213:7,11
214:2,6
215:4,9,18,24
217:3,5,6,14
218:10 219:17
221:19 222:5
223:24 224:1,
11 225:6,15,
16,18,23
226:3,5
227:3,13
228:1 229:9,
20 230:19
231:14,21
232:3,5
233:2,4,9,14
234:11,24
235:14 236:15
237:7,22
238:2,7,12
239:20 241:12
244:6,13,19
247:22 248:14
249:7,11
251:15,23
252:9,18

253:4 255:24
256:6,16
258:15,24
259:9 260:21
261:24 262:1
263:8 264:12
265:8,12,19
267:1,9
268:16,22
269:14 270:24
271:1 272:9,
10,16 273:6,
17 275:13
276:9,24
278:4,6,16,20
279:3 281:13
282:1,3,12,25
284:16 288:1,
8,23 289:8,
13,17 290:2,
7,9,16,21,23
292:19,25
298:4 299:24
301:18 302:15
304:3 306:2
307:1 308:17
310:11,14
313:17 314:16
315:2,3,14
316:5,8
317:17 318:1
319:12 320:5,
15,19,25
**MS**  5:21 6:10
15:22 17:4
18:5,7,9,11
20:21 22:16
24:15 25:4
27:23 28:14
29:8 36:8
37:25 38:21
39:4,25 40:7,
24 41:20
42:1,3,8,15,
17 43:19,22,
25 45:12
48:22,25
51:16,20,23
52:1 53:2,21

55:6,11,13
57:20 58:2
59:25 60:13
61:3 62:6,15
63:9 64:20,24
65:9 66:21
67:3,10 68:4
70:19 78:4,20
79:15,22
80:12 82:9,16
83:19 84:4,15
85:11,23
87:17 90:14,
22 91:15
92:20 99:12
101:4,23
106:11,20
107:2,21
108:3,14,22
109:8 110:25
113:2 114:21
115:15,25
116:9,20
117:19
118:12,18
119:1 120:4,
8,19 121:21
123:3,11
124:2,17
126:3 127:16,
23 134:19,22
136:10
137:11,20
139:21 140:19
144:11,24
145:20 150:8
151:12 152:4,
19 153:1,6,
12,17,23
154:7,16
155:6,16
156:20 157:9,
16 169:6,15,
20 170:23
173:16 176:10
180:11 184:3,
9,15,22
186:10 190:23
192:16 196:6,

20 197:1
199:14,18,22
200:2,5,13
201:13 202:9,
17,20 206:10
208:5 209:13
211:5 213:9,
19 214:8
216:2 217:8,
17 218:13
219:22 220:8
221:21,22
222:7 224:16
225:7,21
226:1,7
227:5,9,20
229:13,24
230:23 231:16
232:2,20
233:6,18
234:12,25
235:18
236:17,23
237:8,24
238:4,9,15
240:1 241:14
243:6 244:9,
16,21 246:14
247:25 248:17
249:8,13
251:18 252:2,
11,20 253:5
254:25 256:2,
8,20 257:16
258:17,25
259:11 260:16
262:4 263:12
264:16 265:14
267:4,11
269:17,21
271:2 272:19
273:19 275:15
276:11 277:1
278:8 279:10
281:16 283:3
284:9,15
286:16 288:3,
11 289:1,9,
15,19 290:4,

14,18,22,24
291:1 292:21
293:3 298:6
299:23 301:24
302:17 304:8,
12 307:24
308:21 315:11
316:6,12
317:19 318:7,
11,21 319:14
320:3,12,17
**much** 13:25
22:8 35:9
81:21 119:15,
25 162:2
184:16,18
228:14
229:14,17
289:21 314:22
320:4,19
**Multi-tier**
193:8
**multinational**
78:21
**multiple**
33:11 70:5
**muppet** 112:22
**musical** 224:6
**must** 39:6
46:10 136:7
**my** 5:22 6:13
7:18 13:10,12
16:1 19:11
21:6,20,22
23:3 28:16
35:3 36:20
41:13 42:7,16
48:1 49:13
50:19 54:2
57:2,12 62:12
64:9 78:12
116:6 124:3
125:17
127:11,12,18,
19 128:20
131:10 141:10
142:2,3
144:14 145:15
147:21 149:10

157:1,2 162:4
165:5,17
170:22 172:17
180:1,24
191:5 192:18,
21 193:3
195:13 207:21
210:3 214:5
216:1 228:2
234:10 235:6,
16 238:8,13
239:12 240:20
262:7 263:14,
16 268:4
276:18 279:12
282:23 285:7,
12 293:20
296:5 300:6
306:24 318:10
319:9
**Mykola** 6:3
**mysterious**
213:10 214:20
**mystery**
192:22

N

**N-A-G-I-O-S**
176:3
**N-I-K-O-L-O-V**
128:13
**N1** 307:3
**N15** 307:3
**Nabiha** 5:23
**Nagios** 176:3
**name** 12:21
13:6,13,16,
20,23 23:23
40:1 42:21
43:2 80:17
102:5 112:2,
4,16 119:10
124:15 125:1,
2 128:12,24
141:10 142:1,
3 143:9
185:10,12

191:20 195:15
208:20,21,22
209:17 215:3
220:17 224:22
226:15 227:21
236:13
238:11,13,22,
23 253:11,16
305:18 306:5,
23 307:7,12,
14,18 309:18
316:24 317:10
318:10
**named** 75:17
111:25 204:15
226:18 256:25
267:23 306:14
309:12
**names** 61:15
63:25 73:13,
14 89:25 90:8
91:17 131:20,
22 141:9
142:2 176:2
236:20,21,22
266:24 267:7
**Natalya** 307:7
**National**
14:25 188:13
251:10,14,21
252:7,16,25
253:1 255:20
257:25 258:5,
9
**native** 119:21
**nature** 170:11
**necessarily**
27:13 29:4
31:17 105:19
110:18 124:5
129:11
132:12,16
136:17
**need** 34:19,20
36:2,4,9
66:12 73:4
82:9 93:20,25
126:14 129:19
133:24 135:15

137:8 165:5
171:25 172:3,
17 176:14
195:8 242:13,
14 244:5,10
264:10 284:7
318:7
**needs** 9:4
33:15 74:1,
16,23 94:3
129:17 146:16
**negotiating**
32:20
**neighborhood**
317:16
**neither**
283:19
**net** 171:8,10,
11,18 172:19,
25
**Netherlands**
20:11 312:17
**network** 25:7
26:1,15
44:15,17 47:9
50:18 95:18
105:10,12,16,
19,24 117:4
128:4,7,10,
16,23 129:6,
11 130:5,11,
16,21,24
133:7 134:3,4
138:25 139:9,
24 143:16,18
162:17 163:4,
11 166:11
167:12,16,18,
20 171:18
172:4 173:10,
18 175:10
176:1 177:4,
8,22 179:8,
14,17,22
180:21
181:10,12
182:19,23,25
183:5 185:3,
7,16 187:3,6,

8,9,13,22
188:11
195:21,23
203:14,16,21,
23 204:2,3
205:4,10,25
241:2,6
242:13 243:5,
8,12 246:3,5
262:11,23
263:2,18,19,
22,23,25
264:5,6,9,19,
25 265:11
267:14 283:12
291:10,12
295:4 296:18
297:7,8,9,12
304:25 305:11
306:13 310:2
**networking**
47:7,12,13,
18,19 165:22
168:7 178:15,
19,21,24
179:2 180:25
187:14
**networks**
38:10,11
50:16 116:23
143:20 205:16
206:2 215:13
267:13 268:3
286:6
**never** 17:24
25:10 39:3
101:2 120:17
165:11,15
190:14 191:15
194:6 209:17
225:24 252:13
256:4 257:5,7
258:21 265:18
272:4 285:8
296:3 298:19
305:20 307:4,
5,6
**new** 23:19,20
24:25 25:2

31:15 33:7
39:22 40:3
45:5 50:3,5
63:22 64:2
94:2 133:10,
11 176:25
177:1 240:21
242:23 304:21
**news** 217:10,
11 251:13,16,
19 252:19,21
259:25 294:11
304:20
**newspapers**
212:3,5
256:13
**next** 25:1,3
38:17 73:12
74:24 89:23
123:18,24
124:3 149:18
199:8 200:15
204:13 206:25
216:14 218:3
250:11 268:16
274:7,11
276:2,12
299:5
**Nick** 32:22,23
213:2,3
216:20
217:24,25
223:9 282:8
**nickname**
306:6 309:18
**Nikita** 305:3,
5 310:4,5,14,
16,19 314:11
**Nikolai**
309:10
**Nikolov**
128:13,14
**nine** 29:17,
18,19,20
62:24
**NIST** 188:14,
17

**no** 6:19 7:8,
15 8:14 9:8,
16,20 10:25
11:16 12:8,
19,20,21
13:21 17:5
21:3 22:10,
12,15 23:6
24:10,23
26:19 27:4
28:21,24
29:13 31:1,
23,25 34:13
35:15,24 36:7
37:4 38:1
39:12,14
43:24 47:1
48:4,20 49:11
51:25 52:18
53:23 54:9,
11,17 55:8,
12,25 59:7,16
60:15,21
61:2,17 62:14
64:23 65:15,
24 68:1 73:1,
18 74:3 76:16
77:4 82:21
83:11,25
84:8,13 85:19
86:10,19
87:12 88:13
92:15,19 93:5
95:5 99:7,16
100:6,11
101:22 103:1
104:4,11,12,
13,14,21
106:23 108:21
109:17 110:24
111:21,24
113:1,18
114:16 115:2,
4 116:18
120:7 122:22
123:2,5,12
127:20 130:21
131:21 134:2,
21,24 135:16

136:4 138:22
140:1,18
141:17
142:16,18
144:16,23
145:11,12
146:23 147:23
148:4 149:6,
8,17 152:5,6,
9,11,12,13
153:16 154:2
156:24,25
157:15,18
160:12,21
161:9 164:3
165:2 167:1
168:22 170:4,
9 171:2
172:6,23
173:7,15
180:12 181:4,
10,23 185:23,
24 186:4
187:8 188:8
190:20 191:5,
7,13,23
192:2,9,12
193:5,9,12,
23,25 194:3,
22 195:19,22,
23,25 198:20
201:21 202:8
209:19,25
210:3,14
211:10,13
212:15,19
213:22 214:5
215:5,15
217:1 220:7,
18 221:7,16
223:6 224:8
225:9 226:2,6
227:4,8,23
228:3,10,11
230:4,16,19
231:6,9,25
232:23 233:25
234:6,8
235:1,6,11,

16,20,21,23
236:4,10
237:6,9
238:19 239:15
242:10 243:1,
7,9,11,14
244:4,14,17,
20 245:2,20,
23 246:2,7,8,
10,13,20
248:22,24
249:12,14
250:25 251:2,
4,11 252:3,16
253:8,10,20,
22 254:1,21
255:5 257:10,
15 258:11,13,
19 259:17
265:4,7,13
266:16 268:14
269:5,7,20
270:12 272:1,
6 276:5,15,
17,25 277:3
279:9 282:5
283:15,24
284:23 285:5,
10,15,21
287:4,5,7,9,
14,17,21,24
288:15 289:14
290:8,12
292:10,15,20
293:2 294:24
295:7,9,20,23
296:1 297:15
298:18,20,22
299:22 301:25
302:16 303:16
304:6 305:1,
16 306:4,6,
16,18,25
308:1,11
309:6,17
311:20 312:10
315:3,10
318:20 319:7
320:12,15

**nobody** 204:6
**nodes** 267:20
283:21 284:3
285:22,23
**nominated**
21:5
**nonaction**
201:10
**noncompany**
80:5
**none** 231:5
234:22 242:16
283:18
**nonmanaged**
143:14
**nonredundant**
143:15
**nonrussian**
100:15
**nonsmartass**
225:4
**nor** 283:19
**normal** 34:16
108:2 170:13
205:17
**not** 7:10,18
9:8,16 10:10,
25 11:1,9,11
12:21 14:7
17:3,24 20:7
21:6,20 23:8
24:2,12 25:8
26:6 27:13
28:24,25
29:3,22,23
31:24 33:8,
11,23 34:8,9,
14,23 36:11
39:13 42:2,
12,14,15
45:23 48:14
49:6,7,17
54:2,12,17,19
55:7,25 56:11
57:1,5,11,12
58:17 59:23
60:18 61:7
63:23 64:9

65:3,7,24
66:10 68:25
69:13 70:9,21
72:4,5,18
74:18 76:2,8,
12,22 77:14,
15,17 78:12,
13 80:18,21
81:4,16 82:24
84:6,7 89:19,
22 93:7,20
94:1,10 95:3,
5,25 96:11
97:1,2,24,25
98:11,12,18,
22 99:14
100:3,12
105:16 106:1,
9,16 107:19,
23,25 109:10,
16 110:14,15,
21 111:12
112:22 114:2,
3 116:4,6,10,
15 118:4,8,13
122:24 124:5
126:20
127:11,12,13
128:11 129:10
130:20 131:13
132:12,16
133:25 134:2,
24,25 135:2,
9,10 136:4,
11,21,22
137:5 138:23
140:2,3
141:1,14,22
142:12 143:5,
12,13 144:5,
7,17,18
145:18,22
146:5,6 148:4
149:7 150:1,
14 152:20
153:9,24
154:14 155:10
157:1,2,3
158:7,17

159:19 160:14
163:24 165:2
166:2,14,15,
18 167:1,2
168:25 169:21
170:10,17
171:2,19
172:14
174:22,24
175:8,9
177:6,20
178:18 179:8,
14 181:22,23
182:6 185:3,
22 187:10,25
188:1 189:8,9
190:8 191:5,
20 192:6,18,
21 193:3,15,
17,23,25
194:4,6
195:22 196:5
200:22 204:11
207:21
208:14,15
209:8,12
210:3,14
211:15 212:9
215:6 219:5,
8,19 224:25
226:16,18
230:1,17,19,
25 231:1,5,
12,17 232:1
234:1 236:5
237:4,9,18
238:5,23
239:12 240:9,
20,25 242:2
249:16
250:19,20
261:15,19,20
262:12,24
263:4,5
266:1,2,4,12
268:4,7 269:8
270:13,15
276:13 277:4,
6 279:20

280:11 281:4
283:1,5,18
285:5,12
286:18
288:10,16
289:4,18,20
290:18
291:10,18,19
295:3 296:4
298:15 302:2,
5 303:20
304:6,8 305:1
306:22,24
307:14 310:2,
9,10,12,16
311:1,4 312:4
313:15 314:2,
5,6 315:25
316:10,18,19
317:8 319:5,
7,13,16
**Notary** 5:2
**noted** 202:17
**nothing** 39:9
109:15 110:14
130:19
187:10,17
210:13 238:20
250:21 258:2,
4 287:3 298:8
305:1
**notice** 69:8,
17 89:9
144:25
**noticed**
149:10 176:18
**notices**
186:6,15,17
**notification**
74:18,20
75:18 77:1
148:2 176:17
177:16,20,21
186:21,22
197:4,8
199:10 235:7,
17 236:8
246:22

**notifications**
9:19,23
39:11,12 70:7
72:22 73:4
116:21
120:20,23,25
184:19 197:3,
10,13 233:23
234:4,8,21
235:2,12,20,
21,23 236:2,
12,13,20
237:1 238:11
249:25 278:1
294:17 296:13
297:11,20
**notified**
35:21 179:4
198:11,14
199:1 246:7
**notify** 33:25
35:23 76:23
**notifying**
287:11 288:10
**now** 5:5 14:9
17:6 32:24
40:8 41:9
51:24 105:21
128:20 129:5
172:8 199:15,
19 258:12
283:20 311:11
312:19 319:1
**nuclear**
100:14,25
101:10
**number** 5:11
27:12 32:1
46:15,17
48:23 50:14,
25 53:12
71:12,15 81:7
84:24 108:12
131:14
136:24,25
142:13 206:19
220:10 233:1
246:16 247:5
272:8 279:13,

15 284:18
306:9,11,12
315:13
**numbers** 18:4
27:11 66:9,
11,12 80:22
85:3 92:1
121:9 156:3,
15 165:13
205:4 271:12

---

O

---

**oath** 234:20
249:4 253:2,3
**object** 42:5
66:18 107:15
278:6
**objection**
17:1 20:17
24:9,19 27:19
28:11 29:5
36:6 37:20
38:18 39:1,23
40:5,21
41:17,20 51:8
52:24 53:19
55:4 59:22
60:11 61:1
62:2 63:6
64:18 65:6
67:1,8,24
78:2,17 79:20
83:16 84:2,12
85:9,21 87:11
90:11,19
91:10 99:10
101:3 106:10,
17,24 107:20,
24 109:2
110:23 114:19
115:13,21
116:5,19
117:17 118:9,
16,23 120:2,
6,16 121:16
122:25
123:10,25
126:1 127:15,

21 134:17
136:8 139:12
140:17 144:1
145:19 150:5
151:9 152:1,
16,23 153:4,
11,15,20
154:4,14
155:3,14
156:18 157:6,
14 169:1,13,
19 170:20
176:8 180:8
183:24 184:7,
12,20 186:8
190:18 192:14
196:4,18,24
201:11 208:2
209:11 210:5
211:1 213:7,
11 215:24
217:6,14
218:10 219:17
221:19 222:5
225:6,18,23
226:5 227:3
229:9,20
231:14,21
233:4,14
234:11,24
235:14 236:15
237:7,22
238:2,7,12
239:20 241:12
244:6,13,19
247:22 248:14
249:7,11
251:15,23
252:9,18
253:4 255:24
256:6,16
258:15,24
259:9 262:1
263:8 264:12
265:12 267:1,
9 269:14
270:24 271:1
273:17 275:13
276:9,24

278:4 281:13
282:25 288:1,
8,23 289:8,
13,17 290:2,7
292:19,25
298:4 302:15
316:5,8
317:17 319:12
**Objective**
302:4
**objects** 47:7
**obligations**
36:16 88:4
**obtainable**
172:13
**obviously**
13:12 16:15
34:15 36:14
**occasion**
185:15
**occupied**
13:18 15:5,6
**occurred**
212:14,16
**October** 14:13
16:9 212:17
280:9,24
281:1,11
**odd** 135:4
**of** 5:3,6,9,
10,12,14,16,
17,22,23 7:6,
14,25 8:1,4,
13,25 9:1
10:1,2,3,7,9
11:10,17
12:8,20 13:1,
21,25 14:2,9,
13 15:3,4,17,
20 18:1,12,
22,25 19:13,
17 21:1,9,11,
15,18 22:3,
20,21 23:11,
13,15 24:17,
18,21 25:7,24
26:5,8,16,18
27:9,15,17,18

28:10,13
29:3,4 30:22
31:2,5,16
32:1,10,11,24
33:14,15,22
34:13,14
35:3,12,17,24
36:5,9,12,15,
17,18 37:3,8,
18,22 38:6,8,
11,14,24
39:7,8,21
40:8,25 42:6
43:1,9,12,16
44:2,3,5,8,
17,25 46:1,5,
6,7,11 47:18
48:14,15,18,
21 49:13,21
50:7,14,15,17
51:1,5,11,15
52:8,11,12,
19,22 53:16,
20 54:5,14,23
57:10 59:9
60:1,24
61:13,14,16
62:11,22,23
63:2,20,24
64:7 66:2,11,
13,15,23,24
67:12 68:13
69:1,11,21,23
70:7,11,13,
16,17 71:11,
25 72:6,7,10
73:9,12 74:7,
9,12 76:1,7
77:25 78:5,6,
10,15,16,23
79:1,6,8,17,
23 80:1,7,24,
25 81:7,12
82:18 86:2,3,
5,6,13,25
87:3,19
89:14,25
90:6,8,17,23
91:3,6,9,19,

21 92:2,15,
17,21 93:3,
17,19,25
94:5,7,22,25
95:9,18,21,23
96:13 97:9,
11,12,15,21
98:2,4,20,25
99:25 100:9,
10,14,22
101:13 102:5,
19,24 103:7,
20,22 104:1,
15 105:2,3,5,
6,13,23
106:12,14,15,
16 107:3,6,
17,22 108:19
109:4,5,22,23
112:24 113:8,
9,13,16,17
114:8,14
115:24
116:11,12,14,
22 117:1,5,6,
7,9,12,15,16,
21 118:1
119:6,10,13,
14 120:1,12,
13 121:5,10,
12,14,15,20,
22 122:20
125:17
126:18,25
127:1,4,9
128:7,10
129:3,4,5,12,
15,19,24
131:2,4,5,8,
12,14,17,24
132:13,22
133:20,23
134:3 135:2,
21 136:6,14,
17,20 138:1,
9,10,13,14,19
139:4,7,8,11
140:12,13,15,
20 141:1,2,4,

6,10,19
142:1,6,7,17
143:4,6,19,24
144:9,12
145:13,16,17
146:5,6,7,10,
11 148:6,9
149:4,23
150:11,15,21,
22 151:4,14,
20,25 152:7,
14,21,22
153:8,14,22
154:1,3,25
155:17,21,24
156:1,6 157:4
158:24 159:22
160:10,12
161:2,6,22,23
162:4 163:8,
11,17,18
164:7 165:7,
19,22,25
166:18 167:22
168:3,4,9,11
169:7,9,11,
14,16 170:11,
13,14,16,25
171:2,4,6,11,
14,15,18,20
172:2,9,19
173:1,6,7,14,
21 174:6
175:16 176:11
177:5,24
178:2,22,24
179:4,24
180:12,13,17
181:10,12,19
182:6 183:21,
25 184:1
185:3,7
187:2,6,15,24
188:10,13,22
189:8,12,13,
21,22,24
190:5,14
191:15 192:10
194:1,8,19,23

195:10 197:13
198:3,4,16
199:4,5,6,7
200:14
201:19,22
203:4,18
204:10,25
205:2 206:1,
19 207:24
208:22 209:1,
14,17,22
212:10,17
213:3,4,13
214:17 215:5,
6,8 216:1
217:2 218:14,
19,21,25
219:20
220:15,16
223:5 224:17
226:4,25
227:22 228:4,
14,15,19,21,
24,25 229:4,
12 230:1,8,
12,13,20
231:5 232:8,
15,25 233:1,
12,16 236:13
237:19 238:6,
25 239:5
240:11
241:20,24
242:1,13,14,
16,17,19,20
243:2,10,11,
20 244:11
245:3,9,22,25
246:23 247:23
248:25 250:12
251:7,8,10,
14,21 252:4,
7,8 253:1,16
254:8 255:4,
7,12,23
256:3,4,5,14,
18,22 257:8,
23,25 258:5,9
259:4 261:22

262:10,11,16,
22 263:2,5,
16,18,19,21
264:19 265:10
266:24 267:5,
13,19,20,23
268:1,5,13,
17,18 269:23,
25 270:1,2,5,
10,18,19
271:8,20
272:17,22
273:3,12,13,
15 274:3,4,22
275:8,16
276:7,13
277:16,19,20,
25 278:24
279:14 280:6,
7,14,16,24
281:6,8,11,15
283:1,5,6,18,
20 285:2,9,21
287:12,13,19
288:4,5 290:5
291:8,9,14,16
292:4,9,15
294:6,15
296:18,22
297:22,24
298:1 299:6,
15 300:9,15
303:11,17
304:17 305:6,
7,25 307:4,5,
6 308:8,10,14
309:2,3,12
310:5,6,8,10,
11,12 312:8,
13,23 313:1,
3,6,7,8,11,
13,25 314:7,
9,12,16
315:6,23
316:1,10
317:8,13,16,
20 318:15,16,
24 319:17

**off** 43:16,18,
21 55:15
57:21 62:11
79:12 80:2
82:7,10
106:16 131:4
137:13 139:16
144:25 155:17
170:22 175:11
177:3 197:22
200:7 206:7
218:1 223:24
227:11,14
229:25
254:16,19
281:6 284:7,
10 301:21
304:9 318:6,7
320:6,21

**offer** 10:8
14:15 24:2
34:17 63:15,
17 66:2 79:25
92:7,13 93:3
109:12 117:11
122:9 125:15,
18,22 126:6
129:6

**offered** 92:6
102:2 111:15
145:8,9

**offering**
144:9

**offers** 63:10
92:22 111:14,
18

**office** 95:9
165:10 166:17
167:1,4
223:10

**officer** 23:11
46:10 118:20
153:21

**offices** 71:23
225:22,25

**officials**
288:5 294:14

**offline** 309:8

**often** 15:12,
13 33:7
49:16,17 50:2
63:14 68:18
69:25 70:3,21
72:3 83:24
91:6,21 107:9
122:3 127:12,
24 128:21
134:12 137:4,
5 143:20
156:10,23
159:10
162:21,22
163:21 164:22
165:3,8
183:15

**oh** 12:22 18:8
34:19 42:25
49:15 73:1
86:10 88:18
90:2 176:9
208:9 254:21
284:9 317:3

**okay** 6:13
7:6,9,11,16,
20 8:4,16,21,
25 9:5,13,18,
24 10:14
11:3,9,20,23
12:12,14,24
13:1,4,15,24
14:3,9,16,18,
24 17:7,22
18:21,23
19:2,7,16,22,
25 20:4,8,14,
22 21:1,8,12,
14,22 22:1,4,
13,19 23:2,17
24:5,16 25:5,
15,20 26:3,21
27:5 28:3,8,
10,22 29:2,
12,23 30:7,22
31:2,13,17
32:1,7,10,17,
19,22,23 33:2
35:2,7,17,21

36:21 37:3,7
38:3 39:21
41:10,15
42:9,18,23
43:7,9 44:5,
8,14,19,23
45:23 46:9,
13,20 47:11
48:2,17 49:4,
16 50:11,19,
24 51:17
52:8,16 53:5,
16 54:3,15,18
55:9,24 56:5,
12 57:11,16
59:4,14,20
60:1,5,9,22
61:8,12,22
62:10,22
63:2,10,13
64:3,10,21,25
65:3,10,16,25
66:5,10 67:11
68:11,17,20
69:2,7 70:11,
20,24 71:3,16
72:3,18,22
73:3,16 74:6,
12,15,22
75:14,24
76:4,11 77:6,
15,21 78:10,
21 79:1 80:4
81:6,10 83:24
85:1 86:23
87:5,9,18,23
90:3,6,15,23
91:21 92:5,11
93:2,6,9,12,
15,17 94:25
96:8,21 97:9,
17,23 98:23
99:19 101:5,
9,15,21
102:24
103:20,25
104:9 105:3,
23 106:3
107:14 108:4,

11,23 109:9,
15,18,25
111:1,4,6,10
112:5,9,16,
21,24 113:8,
12,16,22
114:5,8,11,17
116:21 117:3,
5 119:2,13
120:20 121:14
122:16 123:4,
15,17,21
124:6,18
125:15,20
126:4 127:9
128:3,14,23
130:15,24
131:15 132:4,
10 135:10
136:6,20
137:6,12
138:6,13,17,
24 139:7,22,
24 142:4
143:20 144:20
145:15,21
146:1,4,9,15,
21,24 147:9,
21,24 148:5,
8,16,24
149:4,13,18
150:17,21
153:13 154:8
157:10,19
158:7,10
159:7,20
160:3,10
161:16 162:2,
6 163:6,21
164:15,19,25
165:7 166:23
167:20 168:9,
24 169:23
171:8,14,22
172:15,19
173:9 174:2,
6,9,11,17
175:15,18,23
177:15 179:7,

13,21 180:20
181:1,6,14,24
182:4 183:10,
21 184:4
186:6 187:2,
11,19 188:6,
18 189:3,14,
19,23 190:5
191:10,16,24
192:19,24
194:1,12
196:7,11,14,
21 197:2,7,
11,16,21
198:1,6,23
199:4,11
200:5,14,21
201:1 202:2,
6,23 203:13,
16 204:5,9,
13,22 205:15,
22 206:11,15,
18,25 207:9,
13 208:10
209:20 210:9
212:4,8,10,
13,16,20
213:10,20
214:15 215:2,
4,11 216:6,
14,19 218:1,
17 219:12
220:23 221:2,
8,10 222:8,19
223:3,8,14
225:14 227:6
228:24
229:17,25
230:22 231:4
239:1 241:7
242:2,7,16
246:7,21,23
247:3,9 248:5
249:9,18,23
250:2 252:21
253:21,23
255:15 256:3
257:11,19
258:1 259:1

260:4 261:4,
14 262:5,21
264:1 266:10
267:19 268:15
271:3 272:7,
9,20 273:6
274:2,11,15
275:7,11,20
276:2,8,12
277:4,7,18
278:16 279:2,
7,16 280:2,8,
13,21,24
281:11,17,25
282:17,23
283:9,13,24
284:2,16,22
285:4,6,8,13,
19 286:7
287:1 291:2,
5,13 292:12
293:12 294:1
295:19 296:20
297:16,19
298:2,7,9
299:8,15,18
300:4,7,11,
14,23,25
301:3,9,15
302:3 303:8,
22 304:2,13,
17,23 305:14
306:2,14
307:11 308:22
309:9,19
310:4,13,24
311:4 312:3
313:9,17
314:4,7
315:8,20,23
316:2,16,21,
24 317:2,10,
11,20 318:5,
12,18 319:22
320:3,5
**old** 35:8
300:20,25
318:16

**Oleg** 73:10,16
75:17,20,21
**on** 5:5,22
6:16 9:6,19
11:12 12:1,7,
13,25 15:25
19:13 23:17,
18,20 25:1
26:9 27:10
34:1 36:3,24
37:17 41:3
42:21 47:13
51:14 52:5,6
53:12 54:4
57:25 62:12,
17 64:11,13,
22 65:4
67:17,22
68:5,24 69:8
70:3,21 71:8
73:5,17,19,
21,22 74:8,
17,23,25
75:4,5 76:13,
17,19,23
77:23 78:14
79:21 80:25
81:14,18
82:14,17,25
83:3,10,21
84:11,14
86:11 87:13,
19,25 88:11
89:7,8,12,18,
22 90:7 91:14
92:5 95:12
96:25 97:3
100:14,15
101:9,25
102:12,18
103:4 105:5,
7,8 108:5,25
109:6,10,21
110:14,15,17,
20 111:8,13
113:4 114:8
115:5,24
116:23 119:16
122:4,7 124:3

126:24 129:12
130:2,4,5,16,
21 132:4
137:18 139:4,
9,25 143:14
146:17,18
147:3,5,14,17
148:9,11,16,
17 150:13,14
152:21 153:2
155:2,11
156:1,10,14,
23 157:12,24,
25 158:12,20
159:9,20
161:17 162:2,
19 164:25
165:2,4
166:11,15,16,
18 167:15,20,
23 168:1
169:10 171:12
172:1,4
173:21 174:4,
5 175:9
176:23 177:22
178:2 179:9,
10,15,20,24
180:22 181:3
182:6,18,19,
22,25 183:17,
25 184:1,5,
16,17,18
185:3,7
186:22 187:13
195:20 196:2,
8,11 197:9
198:15 199:25
200:11,16,18,
20 201:8,12,
16 202:21
203:1 204:12,
13 205:8
211:10 215:8
216:11,13,23
218:8 219:24
220:19,25
221:3,17
223:15 224:6

227:19 229:15
230:2,5,25
231:12 233:9,
13 236:2,12,
14 239:5
240:22 241:4
242:18,23
243:19 244:2,
18,25 245:6,
7,11,12,14,15
259:7 260:5
261:12,16,23
262:7,9
264:3,22,25
266:25 267:3,
5 270:22
271:3,12,13
272:25 273:15
275:8,9 276:8
277:21 279:5
280:9 284:2,
13 285:22
287:11,20
288:21 289:3
290:13 292:23
293:10
295:13,16
297:24 298:21
300:1 306:9
309:15 313:4
317:23 318:23
319:1,11
320:11
**on-site**  28:6
31:4 37:1
220:13
**once**  16:7
19:21 20:6
67:19,20 68:6
96:22,25
99:17 159:13
162:7,22
163:22
164:16,23
165:6,9
196:10 198:9
250:17 279:2
308:14 309:15
311:20

317:14,15
**one**  11:12
13:19 18:7,13
19:18 20:2
21:9 30:2,3,
4,5 39:13
44:8 46:6,17
52:22 60:15
61:16,20
63:18 64:7
66:14 67:12
77:12 81:3
83:25 84:20,
21,25 85:2
86:13 87:7,
15,20 90:4,5
91:8 93:19
94:5,7 97:19
100:13 101:13
107:25 108:13
111:10 125:3
129:4 132:24
135:18 137:6
141:20,22
142:24 148:21
149:7 152:15
153:7 161:9
162:4 163:12,
18 166:23,25
171:20 180:10
181:4,24
183:21
186:11,12,18,
19 189:4,8
195:24 196:9
198:4 199:4
201:8,24,25
206:12 209:21
213:3 216:1
231:6,7,9,25
256:25 274:3,
7,11,16,24
279:12,14
280:17 291:14
303:10 305:6
310:3
**one's**  252:16
**one-time**
81:23,24

**onebg.com**
55:24
**ones**  46:24
61:18 149:7
188:23 242:25
290:19
**ongoing**
283:15
**onion**  263:24
**online**  10:11,
12 87:13
299:9
**only**  13:9
23:20 24:13
31:20 48:15
54:2,14
61:20,25
67:22 68:6
77:3 85:15
86:13 102:23
107:25 126:11
132:12 136:21
141:9 142:2,
18 143:1
146:11,23,24
148:24
160:15,19
163:24 177:6,
10,11,20
181:4 189:4,8
203:4 218:19
219:5 230:1
231:2,7
238:16
239:23,24
241:19,20,23
243:2,3
276:15
290:12,20
303:11 311:20
312:4
**onsite**  167:12
**onto**  244:8
**op-ed**  316:3
**open**  17:9,11,
16,18 19:5
20:2,5,9,24
21:18 22:2,9

95:24 175:25
197:23,24
308:16,18
309:16
**opened**  14:1
**opening**
103:24
**operate**
195:1,3
**operating**
11:16 12:2,7
26:14 39:16
67:15,21
76:9,13 77:23
103:9,10
108:9 109:6
110:14,16,19
113:7,10,13,
14,18,19
147:3,5
**operation**
214:10,18
**Operational**
193:13
**opinion**
144:14 213:23
**opportunities**
316:4
**opportunity**
10:3
**Ops**  214:11
216:25 217:3,
5,12,19 221:2
222:25 236:3
239:11,14
**optimation**
25:16
**optimization**
25:16
**or**  7:21 8:17
10:2,19 11:17
18:4 21:1,16
23:7,10 27:3,
25 28:2,18
30:10 31:22
33:4 34:6,7,
8,24 35:25
37:10 39:8

40:2 42:12
43:2,12 45:22
48:12 49:10
50:21,24
51:7,14 57:17
60:19 61:13
62:23 66:1,8,
16,25 68:3,
13,14,25
69:3,11,12,25
70:9,18 72:1,
4,20 75:5
76:8,12,15
77:15 78:1,22
80:7,18,19
81:2,4,10,12,
23 82:18
83:10 84:11
85:20 86:12
87:4 88:6,25
89:1,3,21,22,
24 91:3 92:15
93:20 95:19
96:3,9 97:24
100:17 101:7
102:15 103:2
110:6 111:5
117:6 118:11
119:15 122:14
124:13 125:16
127:2,7
131:5,13
132:1 133:5,
10,12,14,25
136:14
138:13,19
142:10,11,12
145:18 147:4
148:2 150:3,
13 151:6
152:5,6,12,15
153:8 155:9
156:4 158:3
159:25 160:16
161:14 162:5
165:11,19,25
166:17 167:15
168:16,25
169:22 170:25

171:19,24
172:2,11
174:3,22,23
175:8,10
176:25 178:15
182:18,22
183:12,16,20
184:5 186:11
187:25 188:1,
2,3,5,7 191:1
194:4,5,20
195:8 196:17
197:12,21
198:6 199:24
200:19,22
201:5,8,9,17
202:3 203:17,
19 204:1,3
208:11,23
213:2,3,23
216:20 217:23
220:19 221:17
223:9,21
231:17 235:21
237:9 241:24
242:2 244:23
245:7,12
246:7 257:24
262:11,23
264:20,22
265:11 266:12
270:3,6,10
273:11 276:4
279:21 286:1,
5,21 290:6
291:20 294:14
298:10 299:8
303:17,24
304:24 305:24
307:17
309:17,18
310:10 313:1,
9,20 314:4,9,
12,14,21
317:3 318:12,
13,14
**order** 169:23
**ordered**
320:24

**orders** 26:10
**organization**
166:18 183:13
195:6 205:3
298:23
**organizations**
178:2 254:7,
23 260:8
266:22
**origin** 287:12
**original**
211:4
**originally**
290:11
**OS** 303:15
**other** 7:2,20
11:17 20:4,
23,24 21:4,5,
23 22:11
23:11 27:17
28:7,16 29:6,
11 31:21
34:20 46:24
49:14 51:5
68:5,15 81:11
83:25 90:8
91:8 94:25
95:1,3 103:11
109:10,12
110:17 111:12
118:15 119:3,
16,21 123:13
130:15,16
132:9 133:8,
12 134:15
135:6 136:21,
22 141:18
142:18 143:3,
9 146:18
148:9 150:15
155:12 158:16
161:5 163:12
164:22 166:18
172:3 174:14
175:19
177:13,18
194:19
195:14,17
201:8 203:17

205:16
210:12,18
215:8 220:19,
20 221:17,18
222:19
223:17,19
230:24 238:10
240:10,11,15,
17 242:7,8
243:1,7
245:24 247:9
249:24 250:10
260:23 265:7
283:6,24
285:24 287:4,
19 301:7
316:13
**others** 33:23
64:7,8 148:3
163:20 176:4
194:25
**otherwise**
165:5 172:5
319:2
**our** 17:7
23:19 24:3
26:4 35:15
37:10 54:14
57:14 58:8
71:9 74:11
83:7 87:4
88:3,4,6,22
95:9 98:21
99:21,23
100:19 103:11
104:7 105:5,
16 116:11
118:11 133:8
144:8 158:20
166:15 167:1
168:11,15,16
169:14 174:4,
5,12 175:1
176:18 177:4
179:10 182:20
183:4,5
185:16 187:7,
14 190:21
195:25 204:1

205:4 207:6,
14,15 208:15
210:2,8,16
211:7,21
216:4 219:1
220:13 223:4,
6 224:2
225:25 230:18
241:2,6
242:1,13
243:4,12
247:6 260:5
262:8 271:24
272:4 276:10
283:12 286:6,
25 291:8,10,
12,21,24
294:6,19
295:2 298:12
301:13 302:5
303:9,20
304:16 305:6
308:14,19
309:22,25
315:4 316:1,
22 319:16
**ours** 100:3
215:5,6
218:21
**ourself** 33:24
**out** 35:12,13
50:7 79:19
83:9 94:1
120:12 132:17
138:1,17
141:15 151:17
163:11 175:18
183:21 188:18
200:21 203:25
209:9 218:7
234:20 236:25
250:4,16
260:11 261:23
270:5 285:19
288:18 290:5
291:17 292:2
293:21 298:9,
12,16,23
302:6 303:15

304:23 314:12
316:16
**outgoing**
76:25
**outside** 37:10
88:6 151:6
158:19,21,23
**over** 14:3
23:5,6 24:22
41:10 49:14
50:12 59:19
60:23 62:22
81:18 91:7,22
98:19 107:9
122:4 127:24
137:4,11
156:10,23
194:3 198:6
276:17
**overall** 10:8
**overlap** 154:6
**oversee** 142:8
181:11,12
195:9,12
233:20
**overseeing**
23:8
**oversubscribed**
143:18
**overview**
52:3,4
272:15,16,21,
22
**overwatching**
183:14
**OVH** 54:7
**own** 13:25
32:3,4,5,10,
13 36:13 40:2
45:2,5 49:8
55:24 60:24
61:9,11
105:18 117:6,
7 150:13
151:13 174:12
175:1 181:16
182:18,20
185:3 194:12,

20 197:13
218:20,24
219:1,3,7,13,
24 241:23
242:3,5,13,18
243:4,7
245:25 285:12
291:21
295:14,16
297:3
**owned** 49:4,6
60:2 100:25
138:2 139:4
141:10,20,21,
22 151:2
219:14,19
245:7 305:9
**owner** 141:23
178:5,6
204:6,10,11,
12 247:6
309:12 311:24
**owning** 56:1
178:10
**owns** 29:12
32:1 50:10
55:23 141:18

---

**P**

**P-S-H-E-M-I-T-
S-Y-N** 73:10
**p.m** 137:17
**P.M.** 137:14,
19 200:8,12
227:15,19
284:11,14
320:7,11,22
**packed** 171:14
**packet** 161:16
171:20 304:3
**packets**
171:12,15,16,
17
**page** 44:2,3,5
52:3,9 54:4
62:17 64:11,
14,25 65:5

92:18,21,23,
24 93:2
108:17,23,25
113:3,5,16,
17,18 115:3,5
129:5 132:4
144:21 173:21
202:16 203:4
204:13 206:25
246:24 271:12
276:12 283:13
318:24
**pages** 62:22
260:14 304:8,
9
**Panagiotis**
308:12
**Panos** 37:12,
14,22
**paper** 280:16
**paragraph**
173:22 175:17
271:13 276:15
**park** 253:18
**part** 15:3,4
38:7 39:14
40:8 47:18
102:21 108:19
110:7 117:1
121:10,12,15,
20 125:17
127:7 135:2
138:9 139:7,8
141:10 156:4
161:2 165:22
173:14 175:16
178:22,23
187:15 202:23
262:11,16,22
263:1,18,19,
21 264:19
265:10 269:25
272:17 299:15
312:13 315:23
316:1
**partially**
269:23
**particular**

33:4,6 52:22
74:15 105:3
137:23 169:4
176:2 177:2
199:10 204:6
210:10
**particularly**
142:13
**partly** 269:24
**partners**
215:19
**parts** 31:5,7,
15
**party** 69:4,5
253:14,17,20
276:14
**pass** 7:23
196:7 300:5
**passed** 190:7
**passive**
148:11,13
**password**
188:24 189:3
**past** 276:19
**patch** 67:23
68:7,20 76:15
187:11,15,19,
21 188:7
**patches**
245:21
**patching**
39:16 67:17
68:1 69:24
114:7
**pats** 165:25
**Pattaya** 18:19
**Pavel** 305:17
308:2
**pay** 35:9
80:18 81:1
85:14 106:23
184:23 185:4
230:2,6,7
**paying** 34:15
106:22 170:5
229:14

**payment** 162:4
191:1
**Paypal** 80:19
**pcap** 172:22,
24 173:3
**PCI** 191:2
**peer** 130:10
**peering**
130:12
132:11,12
133:5
**people** 10:9
21:13 27:24
28:1 31:17,21
37:23 41:4
42:13 47:14
50:11,14,15,
18 51:5,6,11
53:25 72:7
74:13 78:24
79:2,19 87:5
95:9 104:20
105:1 106:16
112:19 147:4
151:22 159:20
165:10,16
174:24
178:12,22
179:3 196:16,
22 198:13
204:6 244:11
285:9,14,17,
22
**people's**
205:16
**per** 97:15
229:14
**percent**
138:10
**percentage**
27:9,14,18,21
32:10,11
38:24 50:24
79:1 90:17,23
91:3 105:23
107:3,6
121:5,22
127:4,9

131:8,12,24
136:6,12,20,
24 138:13,19,
22 156:1,6
201:22
**perform** 8:25
9:4 63:14
76:6 77:23
**performed** 9:9
**performing**
68:2 69:13
74:7 288:21
**period** 91:17
170:25 171:2
173:6,7
235:3,21
**periodic**
187:5
**permanent**
15:20
**perpetrate**
241:10 242:17
**perpetrated**
218:8 219:15
**perpetrator**
228:4,15
**perpetuate**
241:24
**perpetuity**
169:12,17
170:6
**person** 9:9
12:17,25 33:4
74:15,16
80:10 81:6
100:17 104:2
125:3 194:13,
14 195:12
199:2,23
201:16 203:3,
8,9,10 207:25
213:10 214:21
215:8 227:21
231:11 232:10
247:9,15,24
249:18 253:16
305:21 308:20
309:20 311:20

313:15 319:16
**personal**
193:10 313:11
**personally**
22:6 85:16
164:2 224:3
225:16 226:21
228:9 234:21
307:10,14,25
311:15
**personnel**
29:20,24 99:5
**persons** 78:9
198:11 199:1
213:3 266:22
**Peter** 287:8
289:2
**Petersburg**
311:18 313:22
**phantom** 217:2
**phase** 35:13
**phishing**
177:12 179:5
**phone** 80:22
124:4
**photograph**
18:1
**photographer**
309:4
**photos** 309:4
**phrase** 16:22,
24 177:19
203:17
**physical** 8:12
11:12,13,16,
18 31:5 32:8
44:22 45:1,6,
7,8 50:20
60:25 65:17,
18,20 71:23
94:2 99:15
102:20 104:2
110:13 111:3
**physically**
98:25 99:20
104:2,5
287:16

PI52  48:23
picks  70:21
picture  19:16
pictures  21:8
  192:10
pie  55:11
piece  120:13
  241:20 297:22
  298:1 299:6
  300:9
pile  317:20
pipe  161:15
  174:21,22,23,
  24
place  26:13
  44:25 45:1
  69:19 86:10
  92:9,10,11
  96:18 101:8,
  10,13 122:15
  159:19 175:3
  181:18,19
placed  168:4
plain  132:18,
  19
plaintiff
  48:23 290:9
plaintiffs
  6:1,2
plan  33:17
planning
  36:25 38:14,
  15
please  5:19
  6:21 34:4
  38:12 58:7
  135:12 139:1
  220:16 272:7
  276:12 320:25
plus  50:17
Podesta
  253:11,13
point  12:11
  54:23 67:23
  89:2 104:1
  113:8 129:3
  139:11 145:17

190:13 203:5
  273:12,13,15,
  18,20
points  86:15,
  18 128:23,24
  129:1
police  260:23
  262:8 274:8
  283:19
policies
  37:9,18 38:3,
  5 48:2 97:24
  118:21 127:2
  245:24
policy  87:24,
  25 88:2,3,5,
  19,23 89:10,
  12,16 90:1,10
  98:1 106:4,7
  118:6,10,15
  119:2,8,12,
  17,23 121:3
  126:22 130:25
  131:6 154:17,
  18,19,23
  155:13,18,21
  188:24 189:3
  194:24 240:21
  245:25 276:10
  286:1,11,25
  291:25
Poltev  309:17
Ponyup
  292:14,18
POP  174:14
POPS  174:14
popular  66:5
  98:11,18
population
  124:23
porn  196:2
pornography
  179:18 196:3
port  177:7
portion  46:7
  98:3 138:14
position
  138:8 234:7

252:12
possibilities
  162:18 176:24
possible
  65:24 81:22
  83:13 84:6
  123:9,16
  166:15 167:2
  209:8
possibly
  249:19
potential
  143:6 144:4
  267:16,17
  273:25 316:3
potentially
  163:10 197:6
power  45:3,8,
  9 133:21
  292:24
pqwetxkjls@
gmail.com.
  206:20
PR  315:17
  319:21,22,25
practically
  264:24
practice
  41:15
Prague  16:4,
  6,10,19
Pratt  5:17
precabled
  26:18
precise  46:21
preconfigure
  29:2
preconfigured
  26:18 28:5
preconfigures
  28:5
prefer  77:17
preinstalled
  26:18
premise
  166:17

prepaid  85:20
preparation
  240:4
prepare
  281:23
prepared
  279:25 281:23
  299:25 300:10
preposterous
  154:13 249:6
presence
  144:9
present  53:8
  80:16
preserve
  222:12
preserved
  223:4 244:3
  245:5
press  40:2
  317:3
presumably
  299:3
pretty  42:11
  103:25 106:21
  117:11 129:22
  134:12 189:1,
  5,7 213:16
  221:25 260:9
  269:12 293:17
  299:12 300:20
  301:14 313:12
  318:8
prevent  82:6
  241:15
prevented
  241:9
prevention
  166:20
previous
  90:25 183:4
  215:5 304:7
previously
  48:20 55:25
  108:8 112:6
  145:13 217:25
  307:2

price 86:15,
18 115:24
116:7 133:20,
22 145:17
prices 133:22
primarily
315:1
printed 43:16
55:15 62:11
281:9
printout 44:3
62:16 92:17
101:25
Prisma 319:1
320:1
prison
310:14,20,25
311:2,5
privacy
273:10
private
92:13,15,22,
24 93:1,3,7,
15,17 95:15,
19 98:6
109:19,20
111:8,11
116:17 119:9
173:18 207:21
264:5,6,9
proactive
179:10
prob- 213:13
probably
32:16 105:21
133:21 165:19
172:17 189:8
190:21 209:4
211:14 221:13
231:25 240:8
257:4,24
272:18 273:10
276:1 278:13
280:11 281:2
304:6 309:3,
16
problem 69:8
75:20 88:17

89:20 210:21,
22
procedure
34:16 190:7
procedures
39:7,8 48:2
80:14 82:20
83:5 95:23
149:20,24
158:17 179:7,
13 236:6
proceed 47:25
proceedings
57:24 82:13
137:16 200:10
227:17 261:12
320:9
process 26:11
27:2,6,7 47:2
69:3,4 70:2
84:8,17 88:9
103:22,24
130:10 184:6,
11 187:19
199:11 205:18
313:3
processes
24:12 48:10
81:17 82:3
84:14 89:23
94:1 184:4
processing
89:21
processor
300:22,24
produce
278:22,25
279:5
produced
16:14 48:23
49:12 182:12
234:3 246:15
279:14,16,19
281:1,10
284:18 285:7
300:10,11,12
304:15 315:12

product 66:5
94:11,13
114:17 115:24
119:6 182:13
products
16:16
professional
5:2 7:21
profile 22:17
profit 48:12
program 239:1
programming
14:22
project
23:19,20
129:23
projections
33:15 91:25
promote
315:20 317:6
promoting
315:23
promotion
316:1
pronounce
13:12
pronunciation
6:13 306:22
proper 303:10
properly 6:14
291:23
properties
51:15 56:13
317:4
property
312:11
proposed 8:2
12:14
proprietary
174:13 175:1,
2,25 197:21
proprietor
12:1
prosecute
288:19
protect 161:5
181:16

protected
100:16
protecting
182:20
241:19,21
protection
161:1 182:15,
17,22 190:16
193:11,16,19,
24
protects
167:10,11,13
182:5
protocol 49:2
177:7
protocols
100:5
proud 106:15
provide 38:10
49:22 77:17
80:6,21 94:16
99:9 103:12,
16 108:4
146:25 147:1
229:19 282:14
provided
49:2,7 194:24
231:9 282:16
provider
274:17 305:11
providers
228:21
provides
29:10 94:15
108:5 132:8
163:4
provision
87:14 94:2
proxies
265:11
proxy 168:9,
11,12,19
262:12,23
263:2 264:2
286:1,4,5
Pshemitsyn
73:10

PT002   279:11
PT004   284:18
PT08   260:18
PT1704   202:10
PT1714   246:16
PT1764   220:10
public   5:2
  39:21 80:9
  92:15 101:6
publically
  239:18 272:25
publication
  216:4 217:11
  292:9 300:1
publicity
  141:3 239:11
  319:11
publicly
  159:6
published
  181:16
  214:10,16
  216:23,24
  271:17 302:7
  303:10
punk   112:16,
  21
purchase   50:9
  109:13 133:21
  135:17
purpose   5:9
  132:22 172:2
purposes
  175:10 205:24
  317:24
push   226:13
put   12:1,7
  14:7 23:3
  26:7,12,13
  45:2 54:3
  76:12 103:16
  110:14,15
  151:13 168:2
  181:24 182:1
  188:18
  203:19,20
  299:2 300:16
  317:7,10

Putin   307:22
putting   67:21
PX104   17:14,
  25

Q

Q-R-A-E-I-L
  159:3
quality   52:12
  143:12
  145:13,17
  146:6,9
  191:24
quantity
  52:12
quarter
  163:22
question   21:1
  27:12 35:3
  37:4,23 40:23
  41:3,21 42:2,
  6,19 43:5
  46:21 49:13
  61:23 77:11,
  12 82:17,18
  90:7 91:21
  127:14,19
  142:8 145:15,
  17 147:22
  152:5,9,13
  154:15 157:2,
  4 190:21
  195:5 199:17,
  20 210:3
  211:8,15
  222:23 224:22
  225:1 227:4
  229:8 240:13
  245:19 249:12
  251:1 252:4
  254:15 263:9,
  14 268:4
  278:7 285:16
  286:20 298:15
  301:17
  310:17,18

questions
  38:2 88:8
  320:13,15
quick   12:12
  143:20 227:11
  262:10
  272:15,16,21,
  22 317:21
  320:3
quickly   6:20,
  21 94:3 197:2
  314:10,11
  319:25
quite   15:13
  16:16 26:6
  108:2 133:3
  136:7 162:22
  168:1 170:12
  192:5 255:12
  259:13 318:16
quote   318:17
quoted   317:25
  318:4
quotes   40:2
  318:10,12,13

R

R-U   40:16
rack   26:12,13
  104:17 197:22
Rackspace
  54:15
Radar   159:1,
  2,3 163:6,8,
  15,19,21
  206:1
raised   149:10
Rajesh   13:9,
  10,13 32:16
  57:15 61:24
  79:5 91:24
  122:1,3 141:5
  156:9 301:4,
  11 314:25
ramp   191:10
ran   139:3
  231:12

rare   85:17
rate   91:13
rather   93:18
  138:18 239:19
Raynaud
  204:15
re-install
  41:13
reach   183:21
  261:23 270:2,
  5 298:9,23
reached
  211:21 231:25
  250:4,7,16
  260:11 291:23
  292:10
  298:12,16
react   259:6,
  10,12 291:22
reacted
  259:25 291:23
reaction
  293:6
read   73:11
  76:3 173:24
  180:2,6,16
  186:13 202:13
  208:4 212:2
  213:15,22,25
  214:22
  216:12,25
  217:3,5
  246:18 247:3
  248:18
  252:19,21
  256:12 257:5,
  17,18,19
  259:1 263:14
  264:17 268:16
  279:22,24
  285:7,19
  293:15 294:11
  301:14 302:10
  305:21,22,23
reading
  202:14 252:6
  297:24 304:20

reads   53:4
  207:25
ready   33:25
real   80:10,17
  85:17 226:11
  227:11 291:20
  306:23 316:10
realize   81:25
  136:5
realized   82:4
  313:23
really   20:20
  21:25 24:22,
  23 42:22 56:4
  63:4 64:19
  66:9,10 75:12
  85:15 112:11
  116:15 120:9
  132:2 141:14
  146:12 156:5
  165:13 176:14
  186:13 237:23
  252:24 273:20
  289:22 313:7
  316:15 317:18
  319:17
reason   23:6
  24:21 63:18,
  19,20,24
  64:16 65:10,
  14 67:6
  126:15 133:6
  143:3 280:10
  303:21
reasoning
  263:5
reasons   63:18
  64:1 94:5,7
  241:5 242:14
reassure
  279:23
receive   50:3,
  5 68:23 165:4
  296:2
received
  197:11 233:21
  234:8 235:6,
  11,16 236:4

  296:3
receiving
  31:6,15
recent   13:9
  90:4 196:9
recently
  20:15 54:16
  98:9 140:23
  240:3
recess   57:23
  82:12 137:15
  200:9 227:16
  284:12 320:8
recite   118:13
recognize
  56:11
recollect
  230:12
recommenced
  246:4
recommendation
  188:3
recommendation
s   185:18,24
  188:3
reconcile
  61:5
record   5:6,20
  17:16 43:18
  44:1 48:22
  52:2 57:21,25
  62:16 70:11
  79:12 80:2
  82:8,10,14
  91:2 92:8
  137:13,18
  139:16 146:13
  161:11 197:20
  198:20,21
  200:7,11
  202:10 206:7
  220:9 227:11,
  14,19 246:15
  254:16,19
  260:17 262:22
  284:6,8,10,
  13,16 290:19
  301:21 315:12

  318:6,8
  320:6,11,21
records   20:15
  316:23
recovery
  143:2
redactor
  300:17,18,20,
  21
redated
  206:13
reference
  43:1 174:2
  175:9 206:23
referenced
  273:10
references
  250:20
referencing
  174:18 175:19
  177:19
referred
  42:24 108:5
referring
  251:16
refers   113:22
refresh
  212:17 221:5
refused   84:16
regarding
  68:3,23 70:8
  207:1 239:10
  251:21 254:6
  260:24 270:9,
  11 302:4
regardless
  157:4 165:7
region   51:15
  52:23
regions   51:10
register
  197:15
registered
  5:2 205:3
registration
  80:18

registries
  49:3
registry   49:7
  50:8
regular
  197:12 239:3
regularly
  40:8 159:11,
  12 216:25
regulations
  191:25 192:8
reject   106:21
rejected
  194:2,7
relate   105:4,
  13 208:11
related   13:21
  124:8 135:6
  150:12 168:23
  192:17 203:23
  234:4,22
  235:2 245:10
  253:14,17
  285:2 294:14
  295:25 297:20
  302:7 305:1,2
  311:8,10
relates   97:9
  114:1
relating
  276:14
relationship
  58:5,14,19
  62:1
relationships
  107:11,16
  122:6 156:13
release
  187:24 188:4
released
  221:3 222:9,
  11 281:15
releases   40:3
relevant   48:9
  234:8 235:12,
  22,24 237:1,5
  273:23

rely  157:25
162:19
relying
148:11 158:12
179:9,15,20
remedial
285:21
remediation
241:16
remember  7:5
8:20 9:22
16:20 18:19
20:6,10,13,
19,25 21:6,
20,25 31:11
42:22 46:15
54:23 56:2,4
57:1 58:18,21
61:18,20
81:19 90:4,
13,16 98:15
102:7 106:8,
9,19 108:1
124:7,19,20
125:1,3
128:15 131:7
134:7 138:7,
11,16 141:7,9
142:2 154:25
155:22,25
163:18 170:22
172:12 176:5,
12 177:25
179:6 183:7
185:10,11,21
186:3,9,13,14
189:1,2 190:8
196:9,13,19
213:2,6,18,21
214:19
215:10,17,21
216:9,21
217:23,25
218:4,12,16,
17,19,21
220:25 221:1,
9 222:10
223:20,21,23,
24 227:23

229:15 232:25
240:8 252:23,
25 254:5
258:1 266:18,
23,24 267:7,
21 268:12,24
278:13,14
282:21
286:14,15
291:6,7,19
292:8,13
293:19 294:8
299:12,14,19
300:13 308:16
313:2,18,25
314:23 315:19
316:19 317:13
318:15
remnants
245:3
remote  26:14
102:14
remotely  8:24
264:14
remove  220:16
291:12
removed
220:17
renew  190:14
305:12
rent  11:25
59:4,5,6,12,
14,20,23
60:7,10,19
61:6,9 81:7,
12 99:2,15
114:23
115:11,19
116:1,2,16
230:2
rented  58:9,
11,13 59:9,17
renting  44:25
61:7 98:25
99:2
rents  34:5
60:14 79:18

repeat  40:23
199:20 222:23
240:13 301:17
rephrase
263:11 310:17
replace
102:15,22
replied  211:3
250:12
reply  199:20
207:15,21
replying
89:19
report  50:11
70:24 75:10,
11 140:11
148:8 178:4
180:2,4,6,10
183:10,17,22
184:2,10
194:21 195:2
202:11 203:11
204:23,24
207:2 212:5
217:13,19
221:3 222:9,
22 223:1
230:14 231:1
234:21 236:3
239:11,14
243:17 247:4
250:10
251:16,19
254:2,4,5,9,
14,18,24
255:1,4
257:5,8,12,
14,24 259:1,
3,8,15 260:5,
7 261:23
265:24
266:11,13,16,
25 267:3,6,24
269:22,24
271:6,18,23,
25 272:2,4,5
275:23 277:13
278:18,25
279:1,5,16,18

280:1,5,9,12,
21 281:4,12,
15,25 282:8
283:7,24
285:3 292:9
293:15,23,24
299:25 300:4,
6,10,11,12
302:7 303:11
304:13,14
305:1,2
reporter  5:2,
16 15:18
21:16 154:5
224:14 232:18
236:21 239:24
243:3 272:14
320:23
reports  71:1,
3 95:17 142:4
147:14
148:12,14
158:1,3,5
167:19
177:10,12,15,
18 179:16,20
180:6,13,14
183:15,18
194:22 212:2
216:25 217:3,
5 251:13
287:2 304:4
represent
64:12,21
representation
20:14
representative
283:17
representative
s  298:17
represented
212:16
representing
141:24
Republicans
252:13
request  67:16
76:8 99:21,23

102:16,23
104:16 148:7
165:4,5
170:12 197:20
198:20,21
211:4 223:6,8
233:21 236:9,
10,11 260:22
262:7 274:8
283:18
**requested**
261:17 268:17
**requester**
250:12
**requesting**
50:7
**requests**
172:2 261:15
**require** 72:5
126:15
**required** 14:6
76:2
**requirements**
24:24,25
25:2,6,22
68:2 134:14
194:3
**requires**
36:19
**research**
101:8,10
200:20,21
294:1
**researcher**
231:8
**researching**
222:20 294:2,
5,6,7
**resell** 58:9
133:22
**reseller**
291:21
**reserve**
271:18
**reserves**
271:6
**resident**
15:20

**resides**
157:12
**resold** 58:11
**resolve**
210:10,16
211:7
**resolved**
211:10
**resource**
174:12,17
**resources**
81:12 109:23
111:9 119:13,
14 122:14
177:13 178:1
**respect** 150:4
215:18
**respective**
17:7
**respects**
150:3
**respond** 73:19
76:19 183:23
210:20
**responded**
210:23
**responding**
9:18 201:2
**responds**
249:23 262:5
**response**
146:17 148:1,
6 201:5,10,14
207:1 210:19
211:16
222:22,25
223:6 240:17
242:8 245:21
249:24 250:3,
6,9,23 266:3,
17 268:15
275:20 293:18
304:25
**responses**
240:12
**responsibiliti
es** 22:24
30:11 153:25

164:8 269:12
**responsibility**
9:21 21:7,21
30:25 36:20
37:7 54:2
57:12,13 73:3
99:16 127:11,
13,18 128:20
153:22 277:6
**responsible**
9:6,9,15 28:6
31:5,6,14
32:20 36:17
37:17 38:3,5,
14,15 44:17
47:11 50:15
53:18,24
83:14 95:14
124:24 125:4
179:21,22
180:21 183:14
187:11 195:7
199:9 315:11
**responsive**
291:11
**rest** 129:12
150:22
**result** 209:22
210:1 245:25
**returning**
31:14
**Returns** 31:11
**revealed**
262:10
**revenue** 34:21
35:24,25
90:23 91:3
107:6 121:8
127:9 131:24
156:6 314:14,
21
**review** 54:1
69:25 171:24
172:5 187:15,
16,18 194:3
195:18 276:3,
7,23

**reviewed**
171:22 187:10
**reviewing**
39:11
**reviews** 73:25
187:2
**RIG** 291:2,15
**right** 7:11
10:4 11:7,18
12:18 15:6
19:4,17,18
21:19 22:13
25:20,25
26:6,23 27:16
31:19 38:10
39:6,22 40:4
41:9 42:12,24
43:7 44:2
45:6 46:13
48:6 52:10,22
53:3,16 54:3
55:3,5,22
57:7 63:4
65:21 67:7
68:7 72:19,20
74:17,19
75:21 76:13,
15 77:11
78:24 85:2
88:24 92:25
94:4,6 96:25
99:1,9 101:1
102:20 104:1,
3,6,10,22,24
105:9,17,19,
20 106:12,13,
14 108:15
109:11 110:8,
9,22 111:15
112:16,19
113:14,20
114:18 115:1,
3 116:1
117:25 118:13
122:17,18,24
123:22,24
124:4,10
128:4 130:22
132:11,15

135:4,10
136:11 139:5
143:7 145:18
146:2,19,22
147:7 150:17
162:8 170:19
172:8 174:7
175:9,11
178:11 181:2
188:19 189:15
190:2 196:3,
8,16 197:9
199:14,19
201:6,10
202:3,4,12,21
203:3 205:13
207:23 208:6
209:15 210:13
211:12 214:12
215:14 221:21
222:9 224:3
228:17,20,22
229:7,19
230:3,14
231:19 232:22
233:3 235:8
236:18,24
242:18 243:13
244:15 247:1,
17,19,21
249:25 250:5,
22 255:10,13,
22,23 257:21
260:10 261:2,
16,19,25
262:19 265:11
269:24
270:17,23
271:6,18
274:9 276:23
280:13,14,16,
22,24 281:7,
12 283:25
284:4,20
288:12 289:4
294:3 295:12
300:12 302:25
303:25 305:12
311:11 316:4,

17 317:4,6
319:1,8,11
320:1,17
**RMA** 31:5,8,10
**Robotics**
14:19,20,21
**rock** 111:21
112:1,3,16
**rocketing**
319:1
**Roderick** 5:17
**root** 47:7
77:6,16,21,22
137:23,24,25
138:6,24
139:7,8,10,25
140:6,8
142:6,8,9,17,
22 143:3
144:12,22
145:1,8
146:22,25
147:6,9,15
148:2,10,17,
19,24 149:1,
19,24 150:21
151:4,7,13
152:7,22,24
153:2,14
154:2,10,22
155:9,10,12,
17,21 156:1,
6,10,14,23
163:25 164:1
172:20 176:25
181:9 204:19,
20 247:1
254:24 259:2,
4,7 286:17,18
287:11,15,18
**rooting**
171:12 177:1
**Rootservers.
com** 55:19
**round** 92:1
**router** 263:24
**row** 20:3

**Roy** 5:24
**RT** 197:18,19
198:1,10
**Rule** 192:13
**rules** 120:1
168:4 169:7
242:23 303:15
**run** 27:15
115:8 139:24
150:2,9
163:10 208:15
291:15 305:8
**running** 50:7
68:16,17
**runs** 140:8
225:11
**Russia** 47:17
86:8 100:13
165:25 178:23
311:11
**russian** 6:3
7:7,10 16:1
17:6 19:10
57:2 72:12,15
86:3,7,9,12
101:1 149:16
226:14,16,19,
24 227:1
252:15 301:4,
8,13 305:20
306:24 307:17
313:14
**Russians** 15:5
86:11 166:4
257:2
**Ryan** 180:4,5,
12

---

## S

**S-L-A-V-I**
128:13
**S-O-C** 191:3,4
**S.A.** 137:23,
24,25 138:24
139:8 142:6,
8,9 144:22
145:1,9

148:10,17,19,
24 149:1,19,
24 150:22
151:13
152:22,24
153:2,14
154:2,11
155:9,10,12,
17,21 156:2,
7,11,14,23
163:25 164:1
172:20 181:9
204:19,20
247:1 254:24
259:3,4,7
287:11,15,18
**S.a.'s** 152:7
154:22
**Sachkov**
307:12
**said** 8:4 9:24
10:1 11:24
12:16 14:9
18:23 24:10
25:16 28:4,23
35:22 51:6
55:2 57:6
58:3,12 71:16
87:9 99:13
101:17 117:23
124:10 143:23
145:21 147:13
152:11 157:21
162:7 163:13
180:21,22
183:11 195:14
199:23 216:7
217:18,19
219:16 222:21
225:15 232:24
233:3 248:6
252:16 253:18
255:16 263:10
266:6 273:7
275:11 276:5
285:20 291:13
294:17 295:5,
9 296:12
305:15 311:4

313:3,23
**sake** 70:11
**sales** 52:15
79:5 83:23
86:21 91:20
**salesperson**
84:9 86:21
115:23 116:7
**Salespersons**
131:23
**same** 19:22,25
21:1 30:24
36:5 63:14,16
74:13 76:20,
22,25 91:17
95:23 96:1,4,
6,7 97:13
103:10,22
105:2,6,12
109:4 110:21
111:13 114:2,
5,10 117:2,4,
5,15 118:6,14
119:16 126:9,
18,21 130:14,
18 139:8
145:16,22
146:5,6
148:19 154:20
157:4 159:18,
19 163:8
164:19,21,24
166:21,22
172:25 175:16
177:5 198:7,
18,20,21
206:16,17
216:23 226:3
245:17 246:5
249:24 250:1,
10 262:9
300:12 302:25
306:23 309:13
310:5
**sample** 171:19
**samples**
171:11,15,18
**San** 185:11

**saw** 10:3
239:22,25
275:22 282:8
**say** 7:6,13
11:4 19:11
24:10 25:15
31:8 33:10
39:24 41:9
43:19 45:24
49:25 50:19
53:14 65:7,13
67:9 68:9
80:21 81:3
83:2 89:9
96:5,7 97:14
110:2 112:12
115:7 118:2
120:11 125:12
126:13
135:13,19
137:2 138:4
142:13 144:9
158:21 170:16
171:10 180:19
185:1 194:9
205:21 213:10
214:22 215:16
216:3 251:13
253:21
255:17,18
256:1,7
261:24 262:14
264:11
265:23,25
266:3,10,17
271:18 278:23
284:2 293:14
295:8 298:19,
24 303:1,8,14
313:21 317:16
320:14
**saying** 19:22
24:6 25:18,20
34:10 35:2
96:2 129:2
145:16 146:2
151:17 183:8
205:19 219:5
235:20 251:3

253:2 260:22
273:15 277:2,
3 279:4
282:24 286:21
298:3 302:25
303:1,2
319:10
**says** 19:10
22:19 44:6,8
45:16 52:9
53:9,11,14
62:17 65:1
108:4 109:3
113:5 115:5
145:24 153:14
154:2,11
174:11 202:24
203:2,13
204:5,6,14
205:1 206:18
207:5 220:15
221:16,20
231:22 247:1,
3,14,17
250:10 256:24
260:7 261:4
262:7 271:4,
17 272:13,14,
15,22 273:11
274:15,18
276:13 277:7
281:17 283:14
295:1,10
300:14 302:3,
10 314:12
316:7,9,11
318:25
**scale** 93:25
94:1 166:15
**scam** 212:6,9
**scan** 163:9
205:23
**scanned**
244:23
**scanning**
205:5,9,12,
16,17,25
206:5 208:10,
16 209:5,8

248:10
**scans** 206:2
**school** 86:4
300:20,25
**scope** 181:19
**scratch** 25:13
**screening**
79:14,16,18,
23 80:14
232:5
**scrutiny**
80:25
**search** 177:25
239:3 283:19
287:19 299:9
300:9
**searched**
245:2 287:16,
22 294:11
**searching**
296:12,14,21
299:6
**SEC** 192:13
**second** 16:17
44:5 50:8
63:19,20,24
75:15 94:6
113:17 129:5
138:9,19,21
158:8 173:21
204:25 214:3
283:13
**seconds**
258:20
**secret** 262:8,
12 265:16,18
266:1 269:10
270:14 283:20
**secretlineserv
ice@gmail.com.**
274:18
**Section**
192:13
**secure** 185:17
187:9
**security** 8:14
9:6,9 38:3,24
99:25 100:2,4

104:1 158:25
162:14,15,16
175:8,10
179:22 180:21
183:14 185:7
187:2,6,16,18
188:10,19
190:1,4,24
191:22 193:4,
6,8,13 195:18
245:24 269:23
270:1,3,6,10
see 8:1 19:16
22:19,22
35:24 44:6,9
45:15,20,24,
25 46:2 51:23
52:8 55:19
62:24 63:1
64:10 65:1,25
68:15,17
69:10,11 82:5
91:17 92:22,
24 93:1 99:24
102:1 108:17
113:23
123:18,19
129:6,8
130:4,5 132:5
143:6 145:8,
23,24 158:3,
4,5 167:10,17
169:5 173:17,
23 174:15
176:19,20
202:23,24,25
203:14 204:5,
7,14,16,22,25
205:6 206:11,
13 207:1,2,7,
12 220:15,21
222:6 240:2
246:4,24
247:7,11,15
249:18,21,22,
23 250:14
260:19 261:8
262:15,17
264:11

271:10,15,21
272:23 273:4
274:2,5,13,20
276:20 277:9
280:18 281:19
283:22 288:9
297:4 302:8,
12 304:21
319:4
seek 104:25
105:1 196:17
seeking
230:25 256:3
315:24 316:1
seem 135:6
206:12 267:8
seems 42:11
103:25 135:4
170:18 192:5
204:22 207:12
269:11 319:5
seen 158:5
214:11,14
216:4 246:17
284:24
select 49:22
selecting
81:2
self-
describing
264:7
sell 133:22
semi-
government
183:13
semi-managed
24:1
send 40:8,18
41:5,6,7
197:8 249:20
318:17
sending 89:21
236:9
sends 89:17
sense 66:11,
12 207:25
208:1,6,7

sent 211:3
213:14 282:6,
12 316:16,25
sentence 7:9,
17 21:22
208:8 264:17
separate
93:12 108:17,
25 129:11,13
133:4 135:5,
17 150:2,9
separately
108:18
September
22:21 212:17
260:21 272:10
280:19 281:4
300:15 303:13
304:17
Sergei 100:24
series 205:2
serious
185:23,24
serve 175:25
served 308:19
server 8:23
10:16,17,18,
22,23,24,25
11:5,6,10,11,
12,13,14,15,
20 12:1,3,10
26:11,12
27:5,25 33:7,
9,11 34:24
35:9,10
45:14,18,22
61:10 65:16,
17,20,21,23
66:3 67:14
68:13,14,24
69:9,11,12
70:6,9,10,18
75:1,3,6
76:7,23,25
77:2 80:25
81:4 83:11
84:1 88:11
91:7 92:3

93:11,18,20,
21 94:2,3
95:20 96:19
102:16,20,22
103:11,17
104:5,7
109:13,19,20,
21,22,23,24
110:1,2,11,
13,16,19,20
111:3,5,8,9,
13 114:23
115:9,11,19
116:2,16,17
119:9,14,15,
16 120:15
121:6 129:4
130:4 147:1
148:3 158:4
161:14
168:23,24
169:16 171:13
182:6,7
203:24 204:1,
3,10,11
207:18 220:17
228:14,19
229:17,19
235:2 305:9
311:24 312:7,
9,23 314:8
server's
176:19 206:1
servers 8:1,
5,11,16,22
9:3,7,15,19
11:13,16,23,
24,25 12:6
24:6,7,17,18
25:24 26:17
27:3 28:3,4
29:2 32:2,3,
4,8,9 33:8,9,
11,14 34:5,
19,20 35:5
39:18 44:17,
20,21 45:1
46:12 50:16
53:3 56:5

58:9,11 59:4,
5,6,10,12,14,
17,21,24
60:2,3,8,10,
14,19,25
61:6,9,13
63:20 65:1
66:2,8,16,17,
25 67:5 68:10
70:1,4,8,21,
22 76:5,6,20,
21 77:7,10,
18,25 78:1,5,
14,16 79:23
80:15 81:3,7,
18 83:15,22
86:16 87:1,6,
24 90:18,24
91:4,7,9
93:16 95:25
96:9,10,14
97:14 99:8,15
102:25 103:3,
21 105:1,9,18
109:7 121:19
125:7,9,16
128:7,25
129:2,3,4
130:17,22
133:11 138:20
139:4,7,25
142:9 143:4,
7,11,12
145:24 146:1,
6,7,8,18,21,
23,24,25
147:3,5,9,10,
15 148:10,17,
19,20,25
149:1,19
158:20
160:22,24
168:10,11,15,
16,18,19,20,
21 169:16
170:13,15
181:20 196:3,
8,12,16,22
203:25 204:1

207:2 208:19
209:15 218:8
219:3,7,14,
19,21,25
220:1,2,16,
19,23 221:6,
10,11,12,13,
14,16,17
228:21,25
229:5,18,23
230:1,3,5
231:12 232:8
233:1,13
237:19 239:6
241:9 243:15,
19,22 244:2,
25 245:4,6,7,
11,12,14,15
249:20,23
250:5,9 257:1
261:5,7
286:1,5
288:21,25
291:9,18,19
294:20,24
296:22,23
303:17
312:11,15
**servers'**
294:22
**Servers.com**
22:20 23:4,
13,18,24
24:3,7,13
26:9,17 27:6,
10,18 28:4,5,
10 29:3,4
33:18 34:24
35:5,11,18
36:5 39:10
56:12 60:7
63:21 67:6
135:14
157:19,21,24
160:25 161:17
163:23,24
219:13,14
220:3 239:19

**Servers.com.**
28:2 33:20
34:14 41:9
135:14,18,22
219:11 315:18
**serves** 34:10
**service** 8:1
12:2 34:15
36:5 37:3,8,
18 44:12
63:15 70:13,
16 87:14
94:15 103:8
107:4,7,17
108:24 109:16
116:24
117:12,24
121:14 122:9,
21,24 123:6
125:18 129:6,
11,13,14,16
132:14 135:5,
20,21 136:2
144:10 145:14
146:14 159:6
162:10 163:12
174:5,7,25
176:18 183:3,
4 207:6,14
208:15 223:5
262:12,23
263:3 264:2,
3,4,5,6,7,20
265:16,18
266:1 267:18
269:10
270:14,20
273:13,16,24,
25 283:17,20
285:22 296:25
297:1
**servicer**
177:23
**services** 9:1
10:8 26:1,25
29:11 36:3
38:10 44:6
45:16,17 46:6
54:6,7 56:8,

25 59:5
62:17,23,24
63:10,14,17
64:7 68:8
69:1 76:5,10
78:11 79:19
88:3 89:1,3
92:5,7 96:12,
16,17 97:12
98:2 102:1,
11,13,19
103:12 105:14
108:6,7,8,16,
18 109:4,10,
12 114:1
117:14 118:22
119:3 125:22
126:6,9
129:12 132:9,
10,11,19
133:9 134:16
135:6,18
143:14 145:8,
9,16,22
146:24
163:10,23
174:3,4
177:21 184:23
189:7,8
250:18 262:12
264:15,23
265:11 272:24
273:8 283:12
291:25
**serving** 12:15
**set** 10:11
26:14,15
41:14 67:19,
20 68:6
83:10,12,15
94:14,16
96:22,25
99:17 109:4
129:3,4 134:6
173:1 184:4
189:8,12
**setting** 7:21
83:25 198:23
223:13

settle 124:12
seven 55:17,
 21 159:21
 199:4 276:19
several
 206:12 225:16
 317:2,11
share 109:23
 111:9 135:21
 144:5,8,13,19
 148:21 164:7
shared
 111:12,18
 112:7 122:10
 123:8,12,13
 125:19
shareholder
 312:4
shareholders
 141:2,6,19
 281:22
sharing 30:11
Sharon 5:1,16
she 160:2,7,8
 164:13 165:4
 273:2
shift 24:16
 67:6
shipments
 31:15
shirt 19:19
shocked
 213:17,24
 214:25 293:7,
 17
shocking
 226:25 307:1
shop 178:11,
 13
short 170:25
 173:5,7
should 32:16
 96:1,2,6
 97:1,2,25
 105:6 117:12
 131:23 133:1,
 2 162:6
 169:3,11,16

170:6 189:6
202:15 212:25
213:16,23
215:21
231:10,23
262:15
266:11,13,15
289:23 301:13
319:2
shouldn't
 58:17 265:9
 287:25 288:6
 320:4
show 20:15
 43:14 48:17
 51:17 173:13
 269:18 281:24
 306:20 318:18
showed 149:11
shown 250:13
shows 77:2
 280:8
shrinking
 34:21
shut 89:19
 223:2 245:4
 268:1,5,9
 275:11,16,22
 291:17
shutting
 222:21
sic 140:10
 159:4,23
 186:5
side 26:20
 37:17 88:4
 166:18,19
sign 26:25
 27:5,24 28:1
 34:10
significant
 106:21 213:4
significantly
 144:18
similar 39:18
 63:15,17
 125:18

simple 236:11
 303:6
simply 11:16
 83:12 103:16
 105:1 150:3
 171:25
since 7:1
 22:20,25
 49:12 90:6
 117:11 132:23
 151:2 304:18
Singapore
 30:4,20 51:13
 149:2,3 193:8
single 166:3
 251:19 276:8
Sir 87:9
 320:23
sit 116:14
 187:5 196:21
 231:11 234:7,
 19 252:12
situation
 63:21 265:22
 278:21
six 29:25
 95:13 172:8
size 170:11
 232:25
SLA 146:12,
 13,15
Slavi 128:13
slightly
 142:21
slip 252:14
slow 6:21
small 54:14
 112:10,11,15
 114:11 122:16
 127:7 131:12,
 13 156:4
 157:11 170:12
smaller 78:22
snatched
 214:5
sneak 81:21

snowball 25:8
so 6:17,22,24
 8:21 9:24,25
 10:11,12,15
 11:9,20 12:14
 13:15,18 14:8
 16:1 18:14,24
 19:4,22,25
 21:14 23:7,
 10,13 24:5
 25:12,20 26:5
 27:5,16,22
 28:3,5 29:2,
 12 30:11,12
 33:2 34:7,21
 35:2,3,19
 36:15 38:17,
 22 39:10
 40:17 41:3,
 13,19 42:18
 43:4,7,10
 45:1,4 46:11,
 22 47:2,25
 48:4 49:11,
 14,24 50:19,
 20 51:2,5
 52:2 54:17,
 23,25 55:17,
 24 59:3
 60:18,24
 62:10,22
 63:23 64:6,10
 66:24 67:16,
 19,20 68:5,
 15,17 69:15
 70:6,8 71:3,
 14 72:18,22
 73:13,24
 74:9,15,22
 75:18 76:1,
 11,15 77:2
 78:15 80:10,
 19 81:1,6,24
 83:7 85:3,13
 86:17 87:18
 88:17 90:7
 92:13 93:2,12
 94:3 95:3,23,
 24 96:1 97:19

98:21,24
99:8,15
100:4,8,17
102:3,10,17,
18,24 103:9,
16,19,25
104:20 105:6,
12,15,21
106:18 108:15
109:9,10,15
111:6 112:23
113:3,22
114:5 115:10,
14,17,22,23
117:1,5 118:4
119:9,16
120:5 123:4,
7,18,21
125:12,18
126:4 129:1,
15 130:15,20
131:1,3,12
132:18 133:5,
11,13 135:2,
16 136:6,20
137:23 138:4
140:15,22
142:4,7 144:8
146:1,7 148:1
149:13,18,23
150:15,21
151:7 152:15
153:7,13
155:13 158:5,
10 159:7
160:3 161:14
162:7,19
164:10 165:7,
15 168:12
169:9,11
170:5,14
171:15,25
172:14 173:9,
17 174:6,23
175:8,23
176:14 177:3,
13,15 179:21
180:20
181:14,15

182:13 183:13
184:4 185:5
186:14 188:20
189:8,13,14,
19 190:1,7,9
191:21 192:22
194:6,17,19,
25 195:7,8,11
198:18,23
199:20 200:14
207:9 209:25
210:24 211:16
212:1 213:10,
20,25 214:20,
22 215:22
216:14 218:1
219:5,12
220:5,25
223:14
229:17,25
230:8 231:10
233:7 234:19
236:2,9,11,25
240:5,8
241:18 242:2,
15 245:16
247:9,20
248:7 252:3
253:21 258:14
260:11
261:14,21
262:5,19,24
263:9 267:19
270:22 271:17
272:17 273:6
274:2 275:6,
11,20 276:2,
22 277:4
279:4 280:24
281:11,25
283:9,24
284:21 287:4
289:4,21,23
291:13 294:1
295:1,3,13,
16,24 296:11,
20 297:3
299:2 301:14,
15 302:10

303:14,18,22,
23 304:18
311:9 312:19
314:2,4 316:2
319:10
**SOC** 191:3
**social** 7:20,
22
**Soft** 8:8,9,
10,16 9:6,7,
19
**software** 8:14
11:17 31:19
46:4,5 50:22
51:2 67:16,
17,22 68:3
94:14,16
102:21 108:9
109:6 110:17,
20 114:7
139:3 168:7
187:25 197:16
264:13 303:16
**software-
configured**
10:24
**solution**
144:6
**Solutions**
55:18 56:10,
19
**some** 14:6
21:11 28:13
29:6,12
30:11,12
31:16 32:10,
11,16 33:19,
22,23 34:14,
20 36:21
37:23 39:6
54:23 60:2
63:15 64:6
68:23 69:4,11
81:15,16,22,
23 86:5 88:8
94:5 100:11,
14 103:5,7
105:16 110:19
119:10 120:12

143:1 158:5,
19 163:3
167:17,18
185:21 188:22
190:3,6,13
194:23,25
195:1 200:19,
21 201:4,5,9
208:7,22
212:6 216:5
218:21 220:25
224:12,13
229:1 231:8
233:16 234:18
241:24 242:1,
17 250:20
253:14,17
254:6,22,24
257:2 278:1
291:8,9,23
296:1 305:20,
23 306:7,12
307:16 308:15
309:3,25
310:2 311:6
316:13 318:15
319:11,25
**somebody**
205:25 217:23
**somehow** 75:4
88:8 265:9
**someone** 10:22
34:10 41:6
70:8 75:15
89:15,17 94:3
131:4 150:13
151:8 163:11
164:9 171:24
181:2 203:6,
19,20 204:15
205:9 212:22,
23 213:1
228:6 239:7
248:2 261:4
264:14 288:20
292:6,10
299:13 302:12
303:22 306:14
314:14 315:16

317:9

**something**
17:6 31:11
34:6,7,18
46:16 48:15
49:8 51:3
56:11 57:1
63:22 65:24
69:12,14 70:9
75:12 77:18
80:8,19 82:4
106:15 108:5
110:21 111:10
119:17 124:13
125:21 128:3,
24 136:3
138:20,21
162:7 177:22
181:21 185:4,
22 186:25
189:6 195:8,9
197:22 203:23
208:8,23,24
209:10 210:13
212:7 227:10,
12 231:3
260:12 286:1
291:20 305:24
307:17 314:2,
8 317:16

**sometimes**
35:22,23 38:2
40:6 42:9,24
69:5 77:13,
14,19 80:6,8,
9 180:16
236:19

**somewhere**
51:7 105:22
221:24
254:10,11,12
316:23

**soon** 50:3
218:7 313:23

**Sorely** 88:21

**sorry** 15:18
16:23 17:11
18:3,5,23
24:5 28:4,22

33:10 34:9,23
43:23 51:21
54:21 55:2
59:8,12
60:16,24
63:16 66:7
67:19 68:9
70:16 74:19
77:11 83:15,
20 95:3 98:15
102:5 110:6
112:12,24
115:16 116:21
123:7 125:12,
21 129:1
130:5,20
134:11 138:4
140:20,24
141:13 145:15
154:5 157:17
159:25 160:3,
25 161:16
162:6 180:20
195:14 197:7
209:21 211:14
214:5 217:19
221:2 224:17
234:19 235:2
243:3 250:8
252:13 267:19
272:7 278:23
280:7,17
281:14 282:15
286:8,20
295:3,21
296:7 300:19
305:17

**sort** 10:1
21:11 38:8,14
39:21 46:1
64:7 82:18
98:25 233:16

**sound** 109:9

**sounds** 280:24
281:11

**source** 158:23
197:23,24
296:16

**sources** 80:9
158:19,21

**South** 5:8

**Southern** 5:14

**space** 45:6,8
47:10 50:3,5,
7,8,9,10
99:16 104:2,
3,5,7,9,10
170:13 171:2
176:25 177:2
178:10
228:14,19
229:17,19
241:5 242:13

**spaces** 98:25
99:3 241:1

**Spain** 193:23

**spam** 89:17,21
158:24,25
159:7,10
162:7 163:14,
15,18 177:13
178:1 179:8,
12 180:7
182:15,17,21,
22 186:24
196:11

**Spanish**
193:21

**speak** 6:20,21
40:2 72:14,16
145:5 171:25

**speaks** 76:1

**spear** 177:12
179:5

**spear-phishing**
177:8 253:7

**specific**
36:15 38:12
48:2 147:11
163:3,4 169:2
180:10 188:4
189:18 199:24
225:3 245:1
276:14

**specifically**
121:19 166:16

189:17 209:1
216:7 261:14
292:10 295:5,
10

**specification**
76:12

**specifics**
189:1,2 294:9

**speculate**
207:21 208:13

**speech** 21:10,
11

**spend** 36:13
135:19,20
162:2 184:16,
17,18

**spent** 22:8
305:25

**spike** 77:2

**spikes** 69:10,
18,20

**spoken** 175:20

**sponsor** 21:18

**sponsoring**
22:9

**sponsors**
21:24 22:11

**spring** 314:4,
5,6

**SRG** 191:8

**SRX** 167:5,6,7

**SSD** 16:15

**St** 311:18
313:21

**staff** 71:20
200:14,15,16

**stage** 138:9

**stages** 138:8

**stakeholders**
281:18,21
282:7 299:25

**stand** 31:10
42:18,20
227:18 320:10

**standard**
189:10,17,18
190:24 193:8,

11,22 271:3
standards
151:22,23
169:8 188:11,
14,19 189:12,
13,19,21,25
190:3,5 191:1
192:20 193:4
start 12:15
23:19 25:12
34:18 58:8
63:21 133:10
200:17 272:20
302:3
started
13:14,24 90:6
176:18 258:6,
7,8 293:20
294:1 299:3
319:6
starting 25:9
64:1 260:19
starts 58:8
274:3,11
state 5:3,19
25:12 252:15
283:17
statements
302:4,11
states 5:13
15:21 53:4,6
212:23 223:14
232:3 270:18,
19 311:3
station 25:10
stats 262:10
status 190:14
219:20
stay 91:14
104:18
stayed 9:15
Steppe 254:2,
4,9,14,18
255:1,4
257:5,8,12,14
259:7 261:2,
23 266:25
267:23 269:22

275:22 278:17
285:20 300:12
stick 252:24
stickers 18:4
still 26:22
27:2 95:24
181:10,12
198:7 221:10,
23 222:17
230:6,7
262:15 275:5
277:7 282:24
283:11 300:8
309:22 311:13
stop 56:1
60:22 82:1
283:12 291:25
stopped
293:19
storage 26:12
45:22 92:7,8,
14,16,18,22
93:4,8,13
94:8,10,11,
13,17 95:15,
22 96:8,18
97:3,10,18,20
98:3,20
store 92:9,
10,11 96:18
220:18
stores 96:25
171:12,18
straight
40:20 41:1
straightforwar
d 318:8
strange 109:9
strategic
38:14,15
strategically
195:8
strategy
38:17
stressful
299:12
strike 89:24
125:21 237:25

structure
185:3 194:9,
10
structures
24:14
study 14:18,
22
stuff 43:6
195:10 278:3
subject 176:7
204:23 287:19
subjects
181:3
submit 215:21
subnet 49:1
subnets 48:24
49:4
subscribed
143:16
subsidiaries
21:2 27:17
54:25 55:16,
17,22 57:10
60:19 63:11,
14,15,16,17
64:3,6 118:15
137:22 194:19
195:11
subsidiary
29:4 61:12
111:15 112:5
124:25 126:9
138:3,5
151:17 152:22
194:12
218:18,22
substantial
98:3
successful
144:13
such 73:13
166:12 169:7
244:4 295:19
sue 282:24
299:15
sufficient
127:13
209:23,24

suggesting
265:9,15
306:24 319:7
suing 255:10
Suite 5:8
summer 314:4
Sunday
160:17,18
super 77:22
supervisor
202:2,5
support 5:17,
18 28:7
31:15,16,17,
18,21 37:1
50:15,17,19,
21 71:2,4,6,
8,20 72:14,
18,19,21
73:6,7,9,24,
25 74:1,3,4,
9,12 75:19
76:1 91:20
99:9 146:7,
10,11,16
147:18,24
148:2,6
159:18
178:15,18
198:17,18,23,
24
suppose 47:5
supposed
304:8
sure 34:9,23
40:1,25 57:5
61:19 82:9
88:18 95:3,5
97:25 103:17
116:10 117:11
118:4 122:23
126:20 134:8
135:9 139:2
141:22 142:12
163:17,19
168:6 172:14
173:25 178:18
179:7,13,17

181:7 184:10
185:16
188:13,15
189:5,9 190:8
191:21 196:5
199:14 201:4
210:20,22
211:15 219:19
220:18
221:16,25
222:24 227:13
240:14
250:19,20
266:4 268:3
279:20 284:9
285:5,21
286:19 290:19
291:20 299:13
302:19,20
303:3 309:23
310:3 315:25
316:10,18,19
319:13,17
**surprise**
225:14 289:6
**surprised**
149:11 213:16
260:1 275:7
**suspected**
271:5,7,19
**suspicious**
69:20 254:22
**switch** 23:17
**switched**
23:20
**sworn** 6:4,7
154:1
**Syed** 5:23
**system** 11:17
12:7 26:14
27:25 38:9
67:15,17,21,
23 68:12
69:13,15,19,
21,22 75:19
76:9,13
77:22,23
93:12,13

103:9,10,13
108:9 109:6
110:14,19
113:7 114:3
116:8 136:12
139:8 147:3,5
166:7,10,22
167:8 169:11
174:1 175:3,
16 188:2
190:4 193:2
195:25
197:15,17,21,
23,24 198:2,
7,10 199:24
202:21 232:17
247:6,10
252:7 296:17,
19 297:6
303:20,24,25
**systems** 12:2
38:9 39:17,20
56:15 68:1
113:10,14,18,
20 155:2
162:3 169:10,
14 178:1
179:11 190:2
198:4 209:3
303:17

---

**T**

**take** 22:13
26:11 57:17
92:21 101:24
113:5 115:3
137:7,8 148:6
173:13
186:20,25
199:13,14,18
200:5 201:4
211:25 212:25
213:16 227:6
228:24 229:4
246:11 257:11
260:14 279:7
283:13 284:17
299:20 304:9

315:8,14
317:21 318:2
320:3
**taken** 5:1,10
201:10 211:4
250:15 275:8,
9
**takes** 26:16
64:13 170:13
171:3,20
186:24 201:5
**taking** 5:9
**talk** 10:14
11:20,23
12:12 25:21
43:9 58:3
63:2 76:4
86:25 137:23
145:23 172:17
198:24 226:23
227:24 228:3,
5,6,8 265:19,
21 278:16,20
282:13 298:20
299:8 301:6,7
**talked** 20:22,
23 56:12
97:13 98:23,
24 105:13
109:16 110:1
114:6 116:22
139:2 147:13
162:11 173:11
178:17,18,19
197:2 228:2
230:24
259:17,18,19
265:18 279:5
299:10 308:3,
5
**talking** 21:9
25:23 41:24
43:15 60:5
69:18 110:2,6
117:13 137:22
139:2 198:15
212:24
244:11,14
297:13

**talks** 108:16
315:6
**tape** 264:11
**targeted**
64:3,6,8
112:9
**targeting**
112:18 254:7,
23
**Taylor**
220:10,12,13
**team** 28:6,7
47:7,12,13,
19,25 71:2,4,
6,8 73:6,7,9,
24,25 74:1,3,
4,10,12 76:1
79:5 83:23
95:7,8,10,12,
14 147:18,24
148:2 159:15,
16,18,19,20,
22 160:4,11,
12,13,20
164:5,6
165:22,24
166:2,3 168:7
180:24,25
183:20 187:14
199:3,5
206:24 223:9
316:18,22
**teams** 28:6,7,
8 29:2 37:1
51:4 165:23
180:1,24
**tech** 141:10,
12,13 165:18
**technic**
168:22
**technical**
23:8 36:17,
18,19 43:10
46:10 51:4
86:4 142:7
166:2,3
**technically**
23:15 49:6

techniques 161:4,5

techno 25:21

technological 23:11 25:22 26:8 40:3 43:6 139:11

technologists 242:14

technology 24:24 25:2,6, 23 39:22 72:1,2,6 118:20 188:14 195:7,10,12 248:25 252:5

telephone 215:7,19,22 216:6,11 217:2,20 218:1 268:20

tell 18:6 21:8 33:23 42:11 65:3 88:10 106:22 111:6 116:15 118:14 136:3 137:24 143:11 162:15 176:15 191:19 212:4 213:20,22 214:21 215:9, 10 216:10 235:19 250:2 251:6 256:14, 23 259:16 262:21 289:2 300:7 309:8

telling 65:4, 7,11 70:20 117:14 215:19 217:20 235:11 237:4,9 249:1,16 262:19 263:5, 6 273:12 276:22 282:22 286:21 295:14

tells 162:16

ten 20:13 25:1,3,13 30:15 38:17 46:16 47:14 137:6 142:21 179:3 269:2

tend 272:23

tenth 171:20

term 11:21 110:21 111:1 117:21 240:16

terminate 89:23

terminated 90:1,9 106:6 121:2 126:25 223:5

terms 11:4 37:3,8,18 43:10,12,13 50:13 86:25 87:3,19 97:9, 11,15 105:3, 5,6 117:5,6, 7,9,15,16 118:1 126:18 127:1 131:2,5 150:21 151:4, 14,25 152:7, 14,21 153:8, 14 154:3 155:24 177:5 181:10,12 271:9,10,17

territory 100:14,16

testified 6:7

testifying 42:15 235:1

testimony 153:13 154:2 196:21 234:19 241:22 253:2 276:2

Texans 51:6, 12

Texas 15:11, 12,15 30:3 31:20 312:16

text 220:15 247:15,18 300:17,18,19, 22,24 317:9

Thailand 18:20 293:9

than 16:1 19:21 20:2,7, 23 21:4 27:25 32:13 46:24 55:21,23 58:17 68:5 71:13 81:11 83:25 84:20, 21,23,25 85:3 90:25 93:18 96:9 104:25 107:13 114:23 115:8 116:2, 16 119:3 121:25 130:15,16,21 132:24 134:8, 9 138:11,12, 18 142:21 148:3,17 150:18,22 157:12 170:17 175:19 182:19 186:12,18,19 195:14,17 201:24,25 210:12,18 222:19 223:17 230:24 238:10 239:19 240:10,15 242:7 245:24 268:25 269:1, 2,3 277:11 283:25 285:24 317:14,15

thank 6:15,23 16:2,3 18:8 21:12 50:20 195:17

320:18,20

thankful 21:11

Thanks 57:20 200:6 304:11

that 7:5,9, 13,17,23 8:1 9:5,10,15,21, 24 10:1,4,6, 7,10 11:7,16, 18,25 12:6,7, 8,11,13,18 13:14,17 14:3,5,10 15:3,4 16:8, 17 18:5,7,9, 13,14,16,18 19:3,13,19, 20,22 20:7, 14,15,16,23 21:8,18,23 22:3,19,21,22 23:12,22 24:6,7,10,12, 21 25:7,15, 22,23 26:4,8, 11,16 27:11, 15 28:2,4,6, 18 29:2 32:15,16,19 33:3,5,8,10 34:2,4,7,8,11 35:2,7,11,12, 22 36:4,12,20 37:5,19 38:1 39:11,17 41:10,20 42:11,13,14, 19 43:5,16 44:6,9,11,14, 16,20,24 45:20,25 46:18 47:9,11 49:9,11,12,13 50:14,21 51:2,3,18,22 52:5,10,13, 14,15 53:3,7, 11 54:2,3

55:16,19,23
56:1 57:6,9,
10,12 58:4,7,
12,14,17,19
59:9 60:2,9,
22 61:20,22
62:11,20,25
63:3,13,16,
18,20,23,24
64:10,12,21,
22 65:1,10,
11,12,13
66:1,15,24
67:4,6,9,12,
23 68:7,9,11
69:2,4,14,22,
24 70:14,20
74:18 75:2,21
76:2 77:20
78:23 79:4,
10,17 80:13,
19,24,25
81:4,20,25
82:4,5,17
83:5,8,9,12,
24 86:13,21,
22,25 87:14
88:2,5,7 89:9
90:4,9 91:16
93:12 94:3,6,
7,19 95:6,25
96:16 97:9,11
98:17,18
99:9,14
100:18
101:11,13,15,
17 102:1,9
103:3,24
104:14,22
105:3,17,18,
20,21 106:9
107:8 108:4,
5,16,18,24,25
109:1,3,16,21
110:18,21
111:6,14
112:12 113:3,
19,23 114:5,
11,14,18

116:4,6,7,23
117:9,16,20,
24 118:1
119:7,9,11,
18,22 120:11,
18 122:9,10,
12,17,21,24
123:7,17,19
124:8,22
125:4,12,17,
21,25 126:11,
15 127:11,12,
13 128:6,10,
11,16 129:2,
8,10,12,15
130:2,3,16,22
132:3,5,8,21,
23 133:5,9
134:2 135:4,
5,6,10,21
136:2 138:4,
11 139:3,4,7,
8,20 140:4
141:1,2,17,
19,23,24
142:1,22,25
143:3,5,6,8,
10,12,19,24
144:3,4,9,12,
19 145:8,10,
17,18,23,24
146:12,16,17,
18,22 147:6,
13 148:5,13,
22,25 150:3
151:2,5,16,
17,23 152:5,
6,9,13,25
153:13,22
154:2,18
155:1,9 156:3
157:1,2,10,
11,21 158:5,
13,20 159:14,
18 160:13
161:2,21
162:4,19,20,
21 163:3,5,12
164:2,4,6,9,

15 166:9,15
167:3,13,23
168:12,13
170:17,18,21
171:11,14,19,
20 172:13,16
173:10,22,23
174:9,15,20,
25 175:4,13,
14,19 176:11,
19,22,24
177:1,3,18,21
178:7 179:24
180:7,17,22,
24 181:7,22,
23,24 182:7,
12,14,16,18
183:3,6,7
184:4,13,16
185:9,13,16
186:2,3,14,
16,19,20,25
187:1,15,24
188:12,22
189:3,13
191:9,11,15,
21,25 192:4,
5,12,17,23
193:20 195:6
196:2,7,9,10,
13 197:11,16,
21,22 198:4,
6,13 199:1,9,
11 200:1
201:2,9,14,
16,18 202:24,
25 203:3,8,
10,14,16,17,
18,19,20
204:7,9,16
205:2,6,21
206:13,22
207:3,7,9,10,
13,16,18,21
208:8,14,17,
24 209:4,23,
24 210:3,14,
20 211:20
212:7,17,23,

24,25 213:4,
13 214:6,17,
22,25 215:7,
9,13,20,21
216:3,4,6,11,
15 217:16,21,
22,23 218:3,
19,20 219:5,
6,12,15,25
220:21,24
221:5 222:3,6
223:10,17,18,
21 224:12,24
225:15,16,22
226:14 227:21
228:3,21
229:8,18
230:20,25
231:6,7,9,10,
11,22,24
232:9,12,14,
17,24 233:2,
19,20 234:3,
7,13,14,20
235:1,2,3,7,
11,17,21
236:7,11
237:9 238:20
239:1,5,16,
17,22 240:16
241:3,9,15,
22,24 242:4,
11,15 243:1,
7,10,11,16
244:3,11,18,
20,23 245:7
246:8 247:1,
3,4,5,7,10,
11,13 248:2,
8,19 249:1,6,
18,19,21
250:3,6,9,13,
14,21,22
251:3,9,11,12
252:4,12,13,
15,16 253:6
254:5,22
255:2,6,15,16
256:7 257:1,

18 258:4
259:2,6,15
260:5,7
261:8,10
262:10,17,22
263:5,10,19,
20 264:19,21,
22,24 265:2,
6,8,9,15,17
266:1,3,11,
12,13,14
267:23
268:15,20
269:18,22
270:15,16,17
271:4,9,15,
17,18,21
273:4,6,7,9,
12,13,14,15,
21,22,23,25
274:2,5,13,
18,20,22
275:7,10,21,
22 276:3,20
277:3,9,13,
22,25 278:3,
22,23 279:6,
8,14,22
280:8,10,18,
21 281:15,19
282:4,8
283:1,5,6,7,
8,15,22
284:17,20
285:24 286:2,
4,8,11
287:10,11,15,
16,18,22
288:7,12,13,
19,20,21
289:2,3,6,10,
22 290:1,9,
13,14,16,19
291:4,5,8,11,
12,14,20,23,
25 292:11,12,
16,17,22
293:4 294:3,
8,13,16,20,21

295:1,10
296:1 297:4,9
298:2,8,15
299:4,18
300:7,8,16
301:1,14
302:1,8,10,
14,19,21,23
303:5,7,15,
20,25 304:5,
21 305:23,25
306:5,6,24
307:2,17,19
308:24
309:11,21
310:4,5,9,12,
15,16,17,18,
22 311:25
312:5,6,8,13,
18 313:23
314:2,3,7,8,
12,13,15,24,
25 315:16,17
316:2,11,13,
18,19,20
317:11,12,22
318:3,13,18
319:4 320:12
**that's**  10:5
11:21 15:6,7,
9 19:17 22:23
27:8 37:2
48:5,12 56:11
59:13 60:12
61:20 62:12,
20 63:12
67:18 70:23
73:2,15 76:10
78:12 81:9
83:13 85:17
95:1 96:7
103:18 106:13
108:2,8
112:14 113:21
137:10,12
143:10 144:15
146:5 147:2
154:13,14,24
156:8 161:25

165:23 166:15
176:20 183:10
199:18,23
203:6 207:15
208:9,13
209:7 211:23
213:18 214:4
224:25
225:11,12
226:13,14
227:7 228:17,
19 229:22
231:19,24
232:1 233:2,
5,22 234:1
236:11 237:18
238:14,16
239:22,24
241:8,18,20,
21 242:6,15
244:15
247:17,20
249:6,24
253:2,16
254:21
255:19,21,22
256:1 257:4
258:5 263:22
265:15 266:7
268:4 271:9
274:16,22
276:10 279:4
289:18 290:21
293:4 296:19
299:25
302:22,25
304:22 305:20
306:20 309:2
315:16 319:8
320:17
**their**  5:19
8:11,13 9:4
10:12 16:15,
17,18 30:24
35:25 36:14
61:15 68:8
74:7 81:18
83:15 84:1,10
86:24 89:3

94:1 104:5
105:8,18
117:6,7
119:13
129:17,20
145:3 150:13
151:24 152:14
153:8,14
154:17,19
155:13,24
157:12 159:9
169:11,17
176:19 188:3
194:20 197:13
202:5 208:15
209:24 210:19
241:1,5 242:3
243:2,3,4,7
247:10 256:25
257:1 268:7
285:12
291:10,12
315:25 316:23
**them**  10:12
22:6 28:5,13,
15 32:10,11
33:22,25
34:1,14
35:22,23
36:1,2,4,5,9
38:6 41:6
43:11 47:9
49:22,23
50:18 51:1
52:22 54:1,
20,22 58:10,
11 61:16 63:3
71:11 72:10
73:25 74:7
77:17,20 80:9
85:16 86:2,3,
5 99:16
104:16,22
106:22 109:22
145:5 147:4
149:5 156:16
158:24
163:17,18
165:12,15,19

168:24,25
169:3,23
170:14
171:12,25
172:1,5,7,8,9
173:5,8 176:2
177:24 180:16
183:18 185:16
188:21 199:6,
7 207:24
208:4 209:5
210:10,13,25
211:9 220:16,
18,19 221:17
222:15
223:21,22
241:24 242:1
248:3,9
268:13 275:1,
5,16 276:23
288:19 290:24
291:11,22
296:3 298:10,
25 316:10
317:6,22
318:2

**themselves**
23:7 188:9
261:16

**then** 11:10
12:8 25:21
33:25 35:25
43:11 44:14,
19,23 45:15,
23 47:6,8,9
54:3 62:7
71:1 73:3
76:13 80:22
83:11 94:15
109:13 136:6
140:23 154:8
158:7 162:10
170:2 180:22
191:24 193:10
194:4 199:7,
21 201:1
203:11 204:5
205:3,8
206:11,13,19,

25 219:13
226:25 247:5
250:6,17
258:8 261:1
262:7,14
270:20 274:7,
11,15 276:2,
15 277:7
279:2,7 281:9
304:18

**there** 8:1
9:8,16,23,24
10:1 11:3,11,
12 13:10,22
15:16 17:5,25
18:10,12
19:16,17
20:15 21:9,13
23:9,22 24:1,
23 26:22 29:6
30:7,12 31:4,
5,15,21 32:8
34:13 35:2,24
42:23 44:23
45:16,19
47:14 48:2
49:11 50:6
51:1,12 57:23
61:14 62:24
63:18 64:1
68:25 69:14
72:21 74:25
75:15 80:24
81:24 82:12,
18 83:11 84:8
85:1 86:6,10,
15,25 87:7,
12,23,25 89:8
90:2 92:2,15
94:19 95:3
97:9,11,17
98:11 100:7,
11,13 101:2,
12 104:18,19
105:3 106:18
108:15,17
109:15,22
110:11 113:10
115:3 119:2,

3,5,21 122:9
124:7 125:1,
3,7,10,20,21
126:5,23
128:24 131:19
133:16
135:16,20
137:15 138:7,
8,9 141:7,23
142:9,18,19,
20,24 144:3
148:1,11,24
149:1 150:15,
16 151:17
153:21 154:5
157:25
158:17,24
159:8 160:12
162:10,16
163:3,12,15,
17,19 165:21
167:10
168:21,22
170:6 173:9
174:21 176:2,
23 177:18,22
178:1,14
179:3 183:16
184:13
185:22,23,24
187:9,17
188:5 189:12,
13,21,25
190:3 191:24
193:18 195:1
196:7,11
197:15 198:9,
16 199:12,24
200:9,16
203:18 204:14
205:8 206:11,
20 207:1
208:8 209:23
218:25 227:4,
16 231:23
232:5,7
233:9,12,20,
23 235:20,21,
23 236:10,25

239:16 243:1,
9,11 246:8
250:20 251:9
254:22,23
256:24 264:3,
22 265:7
266:22 267:2
275:9 276:14,
15,16 283:6,
15,19 285:21
288:17,24
291:18
292:17,22
293:20,21
294:15,19,24
295:19,25
296:1,3 297:4
303:16 304:21
307:2 312:10
313:6,12
314:20 315:3
316:13 320:8

**there's**
249:12,14
250:21 260:5,
22 261:12
274:16

**Thereupon** 6:5

**these** 9:17
10:2 17:13
31:3 34:19
46:6 47:10
49:4,17 50:13
78:14 82:1
89:22 113:19
114:11 129:22
132:13 145:16
146:2 156:15
177:7 178:2
181:3 192:23
194:23 207:24
211:11,18
213:3 216:24
219:24 220:1
221:10,12,15,
23 222:3
239:8 242:23
260:7 261:2,
22 263:16,19

264:23 265:10
266:13 270:11
272:11 273:8
274:22
285:13,17
287:2 290:13
291:15 301:1
302:13 306:20
307:1 312:22
317:24 318:3
**they** 8:19
9:3,16 10:8,
12 13:12
21:23,24 22:1
23:2 28:10
30:11,12,23,
24 31:4,6,14,
18 33:21
34:11,18
35:9,10 36:2,
11,12,13
39:13 41:5
47:16 49:6
50:17 51:6,7,
11,13,14 53:1
54:13,16
55:24 58:4
60:17 72:2,3,
4,11,25 74:7
75:11,20,22
76:3 77:13,
14,15 78:21
80:24 81:20,
22,23,25
83:12 85:16
87:15,18,20
88:8 89:9,12
93:19 95:24
99:5,8,15,17,
21,22,23
100:15 103:8,
9,23 104:9,
12,14,16,17,
18 105:19,21
106:22 109:23
117:4,6,7,10,
11,12,14
125:16,18
128:8 133:19

135:24 136:11
141:8 145:3,4
146:4 147:21,
24 148:3,21
150:12,14,22,
23,24 151:7
157:3 160:14
161:14 162:19
163:9 164:7,9
165:20,21,22
166:4 168:20
170:2 171:25
172:1 176:19
177:20,25
178:4 183:22
185:18,20,21,
22 187:16,25
188:1,2,8,18,
22 189:6,14
194:23,24,25
195:4,8,9
199:9,25
200:1,3,17,
19,21 201:17,
22 202:2,3,4
205:12 207:25
208:9,15,16,
23,25 209:23
210:20,22,23,
24 211:10
213:14,20,22,
23,25 214:21,
22,23,25
215:10,12,13,
16 216:3,4,6,
10,12,23
217:9,22
219:21 220:18
221:17 222:17
229:2 240:7
242:12,14
248:12,15
255:17,18
256:24,25
263:1,7,21
265:10 266:21
267:8,10
268:19
270:14,19,20

272:23 275:11
288:18 289:3
290:12 291:10
298:10,24
301:13 305:11
313:9,10,14
316:3 318:13,
14 319:15
**they're** 248:2
257:21 263:21
315:24 316:1,
2
**they've**
220:17
**thing** 64:10
65:20 67:22
68:6 76:24
77:3 89:11
100:16
106:14,21
107:25 108:17
138:8 142:24
158:8 163:8
166:12,21
167:17 195:5
215:20
241:19,20
249:19 250:10
255:15 261:21
302:25 314:12
**things** 8:25
9:17 23:8
36:18,19
37:8,19 48:15
75:7 102:24
105:6,12
108:1 109:6
110:17 116:22
117:2 136:22
142:24 150:11
180:7 186:2
238:21 247:20
281:9 288:21,
25 294:15
295:19 296:1
298:2 303:19
**think** 9:22
10:14 25:15
34:16 48:4,11

50:12 57:6
59:3 62:12
63:8,12 64:16
65:3 71:14
83:5,7 85:13
86:17 90:7
91:23,24
97:19 98:21
103:19,22
110:12,16,18
112:23
115:10,11,14,
17,18,19,22,
23 118:4
120:5 121:18
123:7 131:1,3
135:8,9
140:22 141:15
142:14,22
146:23 151:13
164:10 172:14
185:4,5
188:20,22
190:6 192:22
194:22 196:22
201:7 205:19
208:9 213:4
223:22 226:25
235:10,22
240:5 248:1,
2,6,8,19
255:15 262:24
267:2 269:6
275:6,17
284:21 285:4
291:13 305:14
311:5 318:7
**thinking**
34:19 135:8
**third** 12:17
50:9 69:4,5
92:21 113:18
276:14
**third-party**
28:20,21,23,
24,25 148:12,
13 158:1,3,12
163:12
177:10,12,15,

18,21,23
179:9,11,16,
20 184:10,23
**this** 8:1
10:15 13:14
19:18 21:17
22:17 25:9
26:6 34:22
35:8,15 39:14
44:1 46:23
49:5,8,9,10,
14,18,20,24
50:7 52:2,4
53:15 55:9,15
59:9 62:16,23
65:11 66:13,
14,23 68:25
75:17 76:24
82:6 90:7,21,
25 91:13,24
93:2,6,21
100:15 101:13
104:1 105:13
106:12,14,21
107:15,22,25
108:13,23
109:9,15,23
110:7,12
112:7,8
113:3,5,16
114:17 116:12
118:20 124:15
134:15,19,20
135:5,17,19
136:1 142:8
144:25 150:3
154:25 166:17
173:21 174:2,
3,22 175:9,
16,18 178:20
181:11,13,14
187:4,25
188:4 189:16,
17 190:7
192:6,22
194:6,11
197:14
198:11,25
200:16

202:11,18,24
203:7,11
204:22 205:19
206:19 207:5,
13,18 208:11,
17,20,21,22
209:21,22
210:10,16
211:7,17
212:2 213:10,
13,14,15,17,
20 214:9,11,
13,15,22,25
215:1 216:12
217:9,24
219:5 220:9,
25 221:3,15
225:11 229:7
232:11 233:13
234:4,18
235:24 236:8,
10 239:7
241:19,21
243:25
245:14,15
246:8,15,16,
17,21 247:9
248:5,7,8
249:18,19
250:2,12,24
252:4 255:7,
16 256:12,13
257:17 259:1,
3,15 260:5,7,
17 261:7,12,
17,19,20
262:5,12
263:19,22
264:3,11,17,
19,22,25
265:22 266:4
268:15,23
270:25 272:9
273:10,22,25
275:17,18
276:14
277:11,17
278:24 279:1,
2,12,16,18

280:1,7,9,16
281:1,4,6,12,
25 282:8,12
283:24 284:20
285:2 288:14
290:5 292:2,
15 293:21,22,
24 296:6
297:23 298:20
299:24 300:2,
4,6,10,11,14
301:9,15,18
302:1 304:13,
14,15,17
305:1,2,13,18
307:9 308:23
309:18,20
310:21 312:21
313:1 314:12
315:12,15
317:8,9,11
318:9 319:11
**those** 9:13
21:8 28:8
29:20 30:22
32:20 38:11
40:19,25 61:5
69:15,17
71:20,21
81:11 86:18
87:3 107:11
122:16 125:9
131:15,22
143:20 147:17
149:20 158:18
159:5 162:2
163:23
165:13,23
171:22,24
172:20 173:2
178:11,13
181:8 183:19
190:5 194:1
207:19 211:14
220:23 221:5
231:12 233:23
234:3,4
235:12 240:6,
24 242:16

243:22 247:21
261:5 262:11,
14,22,25
267:12,20
268:1,5 275:8
283:14 286:3
303:18 312:15
313:23 318:12
**though** 42:14
133:25 256:3
277:5 284:3
287:3
**thought** 9:24
18:23 43:20
59:8 87:9
105:18 113:16
163:15
217:18,19
226:15 253:18
299:4
**thousand**
162:5
**thousands**
228:24 229:4
230:13
297:24,25
**thread** 319:5
**threat**
193:16,19
**three** 13:1
14:2 50:6
58:16 87:7,
15,20 124:19
137:1,2,3
141:18 142:13
157:20 163:23
172:11 178:14
185:14 186:4
211:11,18
**through** 27:5,
15 34:24
44:13 48:24
63:11 65:25
75:2 84:9
92:6 103:23
111:15 122:9
125:16,22
126:6 127:5
130:18 136:2

146:22 148:16
149:19
174:21,22
177:10,11,13
190:7 194:6
197:12,13
198:18,20
214:13 215:25
260:23 274:2
281:8 294:13,
16,17 297:19,
24 303:14
307:3 312:19
315:13
**throughout**
70:25
**throw** 43:21
**Thursday** 5:6
**Thus** 112:16
**ticket** 198:9,
12,14,15,25
199:24
200:15,16,18,
20 201:2,6,8,
17 202:11,12,
19 203:3
204:11,12
206:19,24
209:22 211:17
250:18
**ticketing**
197:15,17
296:17,19
**tickets**
198:16
201:20,22
203:7
**time** 5:7 7:25
8:8 10:7
13:12,17
14:1,3 20:8,
22 21:19,23
26:16 40:18,
19 41:2,10
49:14 54:23
58:23 59:17
73:13,14
81:18 82:19
89:14 107:22

138:21 142:25
170:14,16,25
171:1 173:6,8
181:22,23
192:6 198:6,8
223:11 234:18
235:3 239:16
240:7 241:1
257:19 276:17
288:13 293:4
294:12,16
298:8 299:12
300:12,16
303:12
304:20,21
305:25 313:25
314:9 317:24
318:16
**times** 15:1
16:6 33:8
70:5 84:19
187:5 225:17
317:2,11,13
**tips** 184:5
**title** 74:9
**titles** 74:11
195:6
**Titov** 309:20
**TM** 56:12
**to** 6:21,22
7:6,13,18,23
8:2 9:4,9,15,
16,18 10:9,
10,11,14,19,
23 12:1,2,10,
12,14 13:12,
13,17 14:7,
12,14,16,24
16:4,6,17
17:8,13 19:18
20:14 21:16,
17 23:3,4,6
24:16,17,23,
25 25:1,5,9,
10,11,12,22
26:7,9,11,13,
16,22,25
27:24 29:11
30:5 32:19

33:6,14,17,
18,19,20,25
34:8,10,14,
17,20,24
35:4,5,11,13,
17,18,19,20,
25 36:1,2,3,
4,9,10,11,13,
19 37:23
38:6,13
39:14,18,19
40:2,13 41:1,
4,6,7,15,19,
20,23,24
42:5,11,24
43:1,9,10,15,
20,21 44:5
45:3,24 46:1,
8,9,17,20,21
47:8,9,25
48:1,9,12,17
49:3,7,21,22,
23 50:11,13
51:17,18 52:7
54:17 55:14,
17 57:16,17
58:3,7 60:17,
18 61:22
62:10 63:2,
10,21 64:9,
13,16,17,21,
22 65:10,14
66:13,18,19,
20,22 67:6,
12,16 68:5,
15,17 69:3,4,
17 70:6,9,17
71:2,3 72:22
73:1,4,12,19,
20,24 74:1,
16,23 75:1,2,
3,5,11,13,20,
21,22 76:9,
11,19,22,24
77:6,19 78:17
79:19 80:8,9,
10,17,18,20,
23,25 81:1,3,
6,13,14,15,

20,21 82:6,9,
17 83:7,10,15
84:9,13,16
85:14 86:21
87:7,10,13,
15,19,20
88:8,22 89:2,
3,20,23 91:2
92:5,9,10,11,
17 93:9,25
94:12,15,16
95:6,13,24
96:18,21,24
97:3,9,14,15,
21 99:23
100:9,18,20
101:24 103:8,
16,17,23,25
104:3,10,12,
14,16,21,25
105:1,4,14,17
106:4,21
108:5,11,18,
19,20,23,24
109:9,11,12,
25 110:7,10,
11 112:7,21,
24,25 113:3,
5,17,18,22
114:1,22,23
115:8,23
116:1,2,15,
16,24 117:21
118:3,13,14,
21 119:8,11,
17,22 120:1,
11,12,13
122:1,15,24
123:17 124:8,
22,23 125:2,
18,23 126:4,
10,14 127:13,
18,19 128:8,
24 129:5,17,
18,19,20,22
131:10 132:2,
9,17,18
133:4,10,24
134:13,15

135:4,6,15,
17,19 136:4,5
137:6,8,9,11,
23 138:17
139:23
140:11,12,23,
24 141:2,15
142:4,13,15,
23 143:2,5,9,
10,24 144:8,
18,20 145:5
147:4,18,21,
24 148:2,6,7
149:4,16,21,
22,23,24
150:1 151:8,
16,24 152:6,
11,12,14,21,
25 153:8,18
155:20,23
156:8 158:10,
23 160:16,17,
18 161:13,14,
19 162:4,6
163:2,5,11
164:17
166:10,16
167:3,12,19
168:23
170:13,18
171:21,25
172:17 173:3,
13 174:2
175:9,10,18,
25 176:2,7,
14,15,21,24
177:4,6
178:4,14
179:8,14
181:7,9,16,19
182:2,6
183:21,22
184:2 185:6,
14,16,18
186:1,4,15,
17,20,24
187:1,10,17,
24 188:2,5,7,
9 190:21

191:5,21
192:4,6,17,
18,21 193:3,
20 194:4,5,8,
21,22 195:2,
9,12 196:7,
16,17,23
197:8,15
198:24 199:4,
7,13,16
200:17,21
201:2,5,7,10,
15,17 202:2,
3,4,6,16
203:7,13,23,
24 204:1,3,
15,22 205:2,
3,15 206:12,
19,22,23
207:2,10,20,
25 208:1,6,
11,13,17
209:1,2,8,9,
20,21 210:10,
13,16,20,23
211:3,7,11,
14,16,17,21,
25 212:5,16,
24 213:15,22,
25 214:1,21,
22 216:7,12,
13 217:9
218:5 219:6,
7,12,14,24
220:5,10
222:22,25
223:6,7,8
225:14,16
226:13,23,25
227:6,24
228:2,3,5,6,8
229:8,18,19,
25 230:2,6,7,
14,19,25
231:1 232:6
233:13,16
234:4,8,10,22
235:2,6,9,12,
16,22,23,24

236:9,25
237:1,5
238:5,8,19
239:10,12,17
240:12,17,20
241:1,2,3,5,
10,15,18,23
242:2,3,8,12,
13,15,17
243:8,20,22
244:8,17,20
245:4,10,11,
16,19,21
246:4,11,24
247:4,6,10
248:1,2,3,9
249:20,24
250:3,4,5,7,
12,16 251:6,
17 252:7,8,
16,24 253:14,
17 254:8
255:9 257:11
259:17,18,19,
23,25 260:11,
12,19,21
261:5,6,11,
14,15,23
262:13,19
263:1,2,4,10,
13 264:1,10,
11,13,14,18
265:9,18,19,
24,25 266:3,
5,11,13,14
267:8,12,13,
22 268:7,17
269:18,19
270:2,5,16
271:6,18,25
272:2,5,9,10,
20,23 273:1,
7,9,10,14,22
274:19 275:20
276:14,17
277:13 278:6,
16,21,25
279:5,7,11,22
280:10 281:1,

8,10,17,23,
24,25 282:6,
12,13,18
283:8,10,12
284:3,7,17
285:2,7,8
286:4,11,18,
21,24,25
287:4 288:18
289:6,21,24
290:6,8,15,
17,18 291:11,
15,17,22,24,
25 293:6,15,
21 294:1,4,9,
12,13,14
295:25 296:4,
5,13 297:4,
16,19,20,22
298:1,9,12,
13,15,16,19,
20,24 299:3,
8,10,15,20,25
300:2,5,6,8,
10 301:1,6,7,
10,14,16,18,
25 302:1,5,7,
12 303:9,12,
15,16,17,24
304:8,15,16,
18,21,24
305:1,2 306:5
307:22
310:13,14,20,
24,25 311:2,
5,8,10 312:9,
20,21 313:11,
21 314:13,19,
20,21 315:5,
6,8,14,20
316:2,17
317:3,6,7,9,
10,12,20
318:2,3,7,18,
22,23,25
319:8,10,11,
19,25 320:3,
14,16

today 5:6
6:16 10:15
54:17,19
173:11 175:20
193:17 234:7,
20 273:1
together
13:2,5 168:2
told 42:13
59:8 60:2,9
67:4 153:7
155:1 158:7
170:2 213:14,
25 214:21
215:12,13
217:22,24
223:18 225:15
255:1 256:9
258:2 259:1
263:4 266:15
278:24 280:8
305:11
tons 283:6
294:15
too 6:21
78:24 98:11
119:15 139:25
146:2 219:15
225:1 283:7
320:4
took 23:5,6
210:3,4,6,7
211:6,10
273:21 279:13
281:8 285:21
tool 130:14
158:14 161:2
tools 158:13,
16,17 175:23,
25
top 52:8,9
113:23 143:14
203:2,4,13
246:23 260:20
303:11
topics 57:16
Tor 262:11,
16,23 263:2,

18,19,21,23
264:19,22
265:6,10
267:13,16,17,
20 268:3,7
273:11
283:12,21
284:3 285:21,
23
total 30:13
49:9 230:8
Totally 102:9
touch 34:8
102:21
towards 70:8
133:7 161:13
236:10 261:7
trace 265:2
267:22
traced 218:2
track 25:2
28:1 158:10
tracking
247:6
traffic
69:10,18,20
70:8 105:8,10
161:15 168:13
177:3 246:3
262:10
trained 6:14
72:1 86:3
transaction
206:18
transcript
320:23
transfer
171:18
transform
25:11
transit 43:11
44:9,12 55:18
132:5,7,8,9,
10,19,23
133:4,6,9,12,
13,17,19,23
134:4 135:17,
20 136:2,7,

14,18,21,23
139:23
transition
312:19
transport
132:13
transporting
44:12
Travail 56:15
Tremaine 5:22
trends 83:1,
3,6
trick 290:18
tried 25:9
238:19 247:6
248:1 294:12
tries 75:3,19
166:10
trio 47:18
true 73:2
196:2 210:14
234:1,2
289:18 302:2,
5,11 320:17
trust 56:25
181:5
truth 42:12
65:4,8
truthful
41:16,22
42:1,4,12
truthfully
152:20
try 35:25
36:2 41:19
42:7,16 60:18
75:1 76:24
83:7 89:20
215:22 239:17
244:17 251:6
264:9
trying 43:1,
20 70:8,17
80:8,9,17,20
81:20,21
84:13 110:7,
10 132:17
136:4 138:17

142:15
161:12,14
175:18 209:1,
2 226:13
235:9 247:10
248:1,3
290:18 293:20
294:9 296:5
297:16,22
298:1 300:8
316:2
turn 91:7,22
98:19 107:9
122:4 127:24
129:5 137:4
156:10,23
229:25 239:5
turnover
91:13 98:20
143:21
Twice 14:17
twist 160:3
two 12:20
18:12 20:3
30:2,8,21
40:17 50:6
58:23 59:2
62:22 63:18
64:1 66:2
71:19 93:19
114:1 124:7
135:17 138:8
142:10,11,12,
24 149:2
157:25 165:9
172:11 176:23
185:14 186:4
211:11 213:3
219:10 238:21
268:25 269:1
279:12
287:12,19
288:4,5
290:10 303:8,
12 304:4,6
two-thirds
165:19
type 117:12
163:2 183:25

184:1 203:14,
22
**types** 104:24
129:19 203:18
**typically**
45:18,21
81:13 109:22
129:3 143:12,
14 166:21
174:19 177:21
182:7 183:20
184:2 188:4
194:3,18
195:13 197:5
**Tyshchenko**
6:3

**U**

**U.S.** 5:16,18
15:17 51:12
149:9 223:11,
12 240:8
253:14,17
254:7,23
260:9,24
283:16 294:14
**U.s.a** 8:22
**U.S.A.** 8:20
**UCD** 133:2
**UK** 193:16,17
**Ukraine** 14:16
15:3,4 47:17
71:7,16,18,
22,23,25
72:8,14,19,23
73:9 86:13
147:19
159:17,25
160:4,11,12
166:1 178:23
**Ukrainian**
7:11,14,19
14:10,25 15:7
72:8,12,16
292:24
**Ukrainians**
72:9 166:4

**Ukranian**
142:14
**ultimately**
151:7
**Um-hmm** 53:22
98:8 187:23
202:1 246:19
293:16 297:14
**unable** 25:11
**unauthorized**
9:16 167:12
303:17
**unavailability**
69:11 176:19
**undedicated**
146:7,8
**under** 7:4
50:4 69:7,15
203:4 220:18
221:16 234:20
249:4 253:2,3
285:11,12
316:24 317:10
318:10
**understand**
10:10 11:15,
24 23:22 24:5
33:13 34:9,
12,23 60:16
75:4,5,14
88:15 89:20
132:23 135:7,
8,9 139:18,19
148:8 161:21
194:10 203:21
204:13 206:22
211:15 218:23
235:10 249:6
252:4 259:22
264:18 265:17
273:6 279:20
286:20,23
290:16 294:4
297:16 301:4,
12
**understanding**
130:20 266:12

**undertake**
210:25 211:17
302:13
**undertook**
209:25 210:2
**unexpected**
160:3
**unfinished**
14:17
**Unfortunately**
17:3 186:4
**unintentional**
290:15
**United** 5:13
15:21 212:23
223:14 232:3
270:18,19
311:3
**Universal**
55:18 56:17
57:6
**universities**
14:24
**university**
14:16,18,25
15:7
**unless** 104:21
137:7
**unmanaged**
10:17,24
11:5,7,8 12:6
24:1,4,11,13
39:18 66:3,8,
16,25 76:5,6,
10,20 77:13,
25 84:11
86:16 91:4
102:3,11
103:13 109:13
110:11,16,19
111:5 113:22
114:2 125:16
146:21,23,24,
25 168:22,23
169:22 170:2
243:23
**Unparalleled**
173:22

**unreachable**
25:5
**until** 94:2
217:20 280:5
283:20
**untruthful**
42:9,14
**unusual** 69:10
**up** 9:15
10:11,12
26:14,15,25
27:5,24 28:2
29:3 34:10,21
40:18 41:14
46:7,22 48:1
51:5 52:8
67:19,20 68:6
70:21 73:5
74:17,23
75:10,13 76:9
81:13 82:17
83:10,12,15
84:1 86:21
94:14,16
96:22,25 98:3
99:17 103:17
115:23 131:10
134:6 136:5
141:16 147:17
149:11 151:13
152:25 165:25
184:4 203:2
223:13 228:24
229:4 238:10
239:5 252:8
290:6,8
303:15,16
314:9,11
**update** 50:2
69:13,23
128:21
134:10,12
188:2,5
243:19
245:21,24
**updated**
128:16,17
198:6,8

updates
  128:19
updating
  67:17 243:16
upfront  25:14
upgrade
  102:16
upkeep  102:19
upsell
  134:15,18,19,
  24 135:2
upset  289:20
URL  56:19
URLS  214:17
us  6:15 14:2
  21:13 35:24
  49:3,7 51:2
  67:16 103:8
  128:11 133:10
  136:2 161:24
  167:19 176:19
  210:20,23
  219:20 231:6,
  9,24 232:1
  255:17 259:16
  265:24
  266:11,13
  270:21 279:11
  291:23 292:6,
  10,11 302:12
  304:3 314:13
  319:11
use  11:21
  15:4 25:24
  26:2 27:3
  30:23 37:8,18
  40:13,25
  41:1,8 49:8
  63:25 66:14
  77:25 78:5,
  10,16 81:12
  86:25 87:3,
  19,24,25
  88:2,5,10,13,
  19,23 89:10,
  15 90:1,10
  96:13 97:9,
  11,15,23 98:1

105:3,5,6,19,
  24 106:4,7
  117:6,7,9,12,
  15,16,21
  118:1,6,10,
  14,21 119:2,
  8,12,17,23
  120:14 121:3
  122:20,24
  123:6,8 124:3
  126:18,22
  127:1,2
  129:15,24
  130:25 131:2,
  5,6 133:12,
  17,19,23
  136:2,7,12,13
  143:8,10
  147:4 149:20,
  24 150:21
  151:14,14,25
  152:7,15,21
  153:8,14
  154:3,17,18,
  19,22 155:13,
  18,21,24
  159:7 163:21,
  23 175:23
  177:19 181:1
  182:15 218:20
  219:3,24
  238:24 242:15
  248:15 264:25
  266:4 285:6,
  22 286:11,25
  291:25 292:4
  303:24 306:7,
  8
used  11:4
  36:3 91:24
  96:19 120:14
  143:7 163:13
  179:8,14,18
  182:13
  196:16,22
  219:6,12
  220:19 221:6,
  17 222:3,12
  228:14 235:5,

12 241:10,17,
  23 242:4
  243:16,20
  248:13
  262:11,23
  263:2 264:1,
  22,23 273:1
  285:8 289:24
  290:13
  292:18,23
  297:10 300:17
  301:1 302:6
  303:24
useful  299:4
user  77:22
  112:10 147:6
  197:8 207:6,
  14 208:15,16
  209:24 250:25
  275:10 286:1
user-generated
  203:17
users  112:13,
  14 123:13
  128:8 129:18,
  20 205:15
  246:8
uses  12:7
  100:10 121:5
  131:8 136:21
  265:6
using  9:25
  16:15 63:23,
  24 81:22,23
  105:16 110:21
  111:2 135:24
  136:17 229:17
  238:11 240:16
  291:15 294:22
  301:1 306:6
usual  147:24
usually
  177:12
UU  5:11

V

V-I-M  300:18
V-I-T-A-L-Y-I
  179:1
vacation
  223:15
  293:10,20
  299:3
vaguely  311:5
Val  6:2
valid  190:11,
  12 205:19
various  63:13
  96:20 113:10
  123:4 137:22
  189:21 254:7,
  23 260:8
  266:22 313:7
Velazco  5:1,
  16
vendors  33:6
  36:23,24
  61:14 143:13
verbally  76:2
verify  273:1
versa  27:25
version
  281:14
versus  5:12
  10:17 65:20
  96:14
very  6:20
  18:5 45:23
  64:10 110:1
  115:18 122:16
  137:8 203:4
  224:12 252:4
  253:18 261:21
  303:9 320:18
vet  149:24
  242:22
vetting  79:6,
  9,11 81:2,8,
  17 82:19 83:5
  84:10,17

95:21 103:20
**vice** 27:25
**Victor** 306:17
307:5
**video** 5:6,9
57:21,25
82:10,14
137:13,18
200:7,11
227:14,19
284:10,13
320:6,11,21
**videographer**
5:5,17 57:21,
25 82:7,10,14
137:13,18
200:7,11
227:14,18
284:7,10,13
318:6 320:6,
10,21
**Videotaped**
5:1
**Vienna** 149:8
**view** 104:1
139:11
**VIM** 300:18
**violate** 89:13
**violating**
89:10,15
90:1,9 106:7
121:2 127:1
155:18
**violation**
131:5 155:21,
24
**Virginia**
149:8,11
223:13
**virtual**
11:11,13
45:14,22
65:21,23
93:11,16
109:19,20,21
111:8,10
116:17 119:9
264:5,6,9

**virtually**
133:10
**virus** 182:17,
22 310:6,8,10
**viruses**
182:21
**visited** 261:5
**Vitaly** 308:7
**Vitalyi** 179:1
**Vladimir**
209:14,17
305:15 308:5
**volume** 171:4,
6,7
**volumetric**
161:8,9,10,
11,12,24
176:24
**voluntarily**
9:12
**VPAT** 192:19
**VPN** 181:18
207:5,14,18
208:15
262:12,23
263:3 264:2,
3,4,7,20,22
265:7,11
273:11 274:17
286:1,5
**VPS** 45:13
109:18 111:6,
14,19 113:5,
9,11,13
114:1,23
116:2,24
117:18 119:3,
11,14,22
120:14 121:6
122:14 125:19
**Vrublevsky**
305:17 308:2
**vulnerabilitie
s** 205:12
209:5,9
**vulnerability**
206:2

**W**

**W-A-L-L-A-R-M-
E** 186:5
**W-E-B-A-Z-I-L-
L-A** 13:6
**WAF** 181:21,22
182:3,4,5,25
**wait** 28:22
146:17 208:25
250:7 310:13
**waiting** 94:2
**Wallarm** 186:5
195:16,17
**Wallman**
195:15
**want** 33:19,24
34:21 35:19
36:11,13
39:14 41:5
46:8,9 57:17
58:3 63:21
66:19,22
88:22 123:17
137:9,11
141:15 143:5
144:8 151:22,
23,24 152:6,
11,12,14,21
153:8,18
176:14 181:7
192:4 197:8
198:24 199:16
205:15 207:20
208:13 226:9,
12 241:5
245:19
259:23,25
272:20 294:4
296:13
298:13,14,16
303:24
306:21,25
317:21 318:2
**wanted** 13:17
26:25 81:15
120:12 137:23

143:2 151:18
163:2 185:16
236:25 281:24
290:17 301:10
**wants** 41:4
81:3,6,14
152:17
**ward** 175:10
**warm** 313:20
**warrant**
283:19 287:10
**warrants**
287:19
**was** 6:3,7
7:25 8:2,14
9:8,13,21,23,
24 10:1,6,10,
11 12:23,24,
25 13:3,4,6,
9,18,22 14:1,
7,17,19,25
16:8,16,17,21
17:14,17,24
18:13,16,18,
19 19:2,3
20:8,10,22
21:4,6,13,18,
20 22:1,15
23:6 24:12,
21,23 25:8,
11,15 31:16
32:19 43:24
48:18 49:12
50:19 51:25
55:12 57:23
59:1,13,17
62:11,14
64:23 77:11
82:12 87:9
89:20 90:2,4
92:19 94:6
98:9,10,11,
17,18 101:12,
13,15,22
105:17 106:22
108:21 112:1,
22 113:1
124:7,16,18,
21 134:8

137:6,15
138:7,9,11,
13,14,17,18,
19 140:4,20
141:1 142:22,
23,24 143:1,
3,24 144:5,
18,23 145:15
149:10 151:5,
17 158:8
162:4,13
163:12,16
164:15 168:2
170:5 171:14
172:11 173:15
181:22 182:12
185:9,11,13,
15,22,23,24
186:3,4
196:10 198:4
200:9 201:9
202:8 203:10
208:14
209:14,22,23,
24 211:20
212:1,4,5,23
213:1,6,16,
17,20,21,24,
25 214:1,6,
16,22 215:3,
6,8,9,14,20
216:7,17
217:21,22
218:20,22
219:10 220:7
221:3 222:10
223:9,10,13,
18 224:1,9
226:15,18,25
227:8,16,22
228:4,14
229:14,15,17
230:8,12
231:2,8,17
232:5,7,10,
12,13,14,21
233:7,12,13,
19,20 235:13,
23 238:20,21

240:9 241:15
243:1,9,22
245:16,17
246:13 249:19
251:9 252:13
253:6,18
254:5,22,23,
24 256:24
257:2,15,20
259:13,21
260:1,15
262:8,9,12
264:19,22
266:5,14,16,
22 268:25
269:20,24
270:15,17,18
273:14,20,23
275:9,10,11
277:23 279:9,
11,19 280:9,
11 281:15
282:6,20
283:1,4,6,19
284:18 285:21
286:8,11,17,
19 287:6,8,
10,15,22
289:2,3,5,22
290:14,25
291:3,8,9,10,
15,18,20
292:9,12,14
293:6,7,9,17
294:2,6,9,15,
19,20 295:25
296:3,4,5,15
297:4,5,22,25
299:4,12,22
300:4,6,8,14,
16 302:6
303:20 304:5,
17 305:23,25
306:6 308:14,
15 309:4,12,
22 310:6,11
311:6,24
312:4,6
313:1,18,20

314:2,4,20
315:10,17,18,
20 316:10,13
317:7,8
318:20 319:5,
7,16 320:8,23
**wasn't** 98:11
223:10 240:8
270:17 296:8
**way** 11:21
24:23 26:6
75:2 76:20,25
81:21 94:18
103:10 105:9
110:22
132:17,18
143:9 147:12
150:11
173:10,11
181:14 186:16
201:8 219:15
220:20 221:18
242:16 285:6
287:4 296:7
302:10 303:25
309:13
**ways** 50:6
70:6 150:9,15
157:25 178:14
188:5
**we** 5:5,7
10:14 11:20,
23 12:12
13:17,18,21
14:1 16:15,16
17:6 18:9
20:15,22,23
22:3 24:2,25
25:9,10,12
32:3,5 33:6,
11,19,24,25
34:7,13,17,
18,21 35:19,
24,25 38:13
39:14,19
43:9,11,14,21
46:4 47:6,8,9
49:21 50:3,6,
7,8,9 51:10

52:11,12
54:13 56:12
58:8 59:23
61:6 63:21
67:15,16
68:1,8,10,12,
23,24 69:10,
11,19,22
71:22 72:5
74:11 76:7,8,
10,22,23,24
77:5,17,18,20
80:4,5,6,23
81:13,14,24,
25 82:1,4,5,
7,9 83:7
84:13 85:16
87:14 88:22
89:17,19,23
91:12,23
92:7,17 94:2,
10,14 95:25
97:1,2,3,13,
19 98:23,24
101:11
102:13,14,21
103:10,22
104:16,18
105:7,10,12,
20 108:8
109:5,16
110:1 111:24
112:6,7
114:2,4,5
116:10,22
117:1,13
124:22
126:13,15
128:7 130:1,
18 132:24
133:6,11,21,
22 135:1,3,
13,15,22
136:2 137:7,
8,21,22 139:2
143:5,6,15
144:3,8,18
146:7,23
147:1,13

148:11 149:15
155:4,5,11
157:25 158:3,
4,5,12,19
159:8 161:5
162:19 164:23
166:2 167:1,
21 168:18,19,
20,22 169:3,
9,23 170:15
171:9 172:1,8
173:11 175:3,
12,19 176:17,
20 177:5
178:8,17,18
179:9,15,20
181:1,18
182:15,24
183:1,4,13,18
184:17 185:4,
16,22 186:2
190:6,7,11,
13,14,15
191:2 192:4,
6,12 193:5,7,
12,15,17,20,
23,25 194:3,
4,5,6,25
195:5,22,25
197:2 199:14,
18 200:5,7
201:7,12
202:15 205:1
207:6,14
208:14 210:4,
6,8,16,20
211:3,7,21
212:24
213:13,16,23
216:15,18
218:4 221:11,
13 222:23
223:2,4,6
227:11 229:1,
22 230:6,7
232:16
233:20,21
234:14 235:6,
16 236:4,6,8,

20 240:25
241:4,17,19,
20 242:12
243:9,10,22
244:4,7,20
245:14,15
246:5 250:4,
7,12,16,23
255:2 261:24
267:13 268:15
276:7 277:21
279:13 282:23
283:5,11,12
285:25 287:2
288:9 289:11
290:22
291:11,23
295:1,2
296:1,2,19
299:10 302:4,
19,21 303:5,6
305:14 308:3,
5 311:24
312:10,19
317:21,22
318:6,7 319:2
**we'll**  279:8
290:19 320:17
**we're**  11:9
136:4 269:18
282:23 302:11
312:20
**wearing**  19:19
314:2
**web**  9:3 13:21
38:9 43:8
52:3 54:6
56:12 62:17
64:25 68:14
83:10 93:2
108:23 113:3
129:23 133:3
137:25 184:25
185:2
**web-based**
168:13
**Webazilla**
13:6,16,19

**webmaster**
17:17,18,19,
20,23,24
18:24 19:5
20:24 22:4
**Webmasters**
20:2,5,9
22:2,9
**website**
26:22,23
43:17 44:2,3
52:3,5,6
53:12 54:4
55:16 70:18
87:19 88:1
101:25 105:5,
7 108:4,6,19,
25 109:3
113:4 122:15
144:22 153:3
173:14 216:23
264:10 271:3
308:23 309:2
**websites**
53:18,20,24
157:12
162:17,19
197:9
**Webzilla**
10:19 11:4
13:18,20,23
19:3,4,14,25
20:4,24 21:4,
18 22:1 23:4,
5,10,14,25
24:2,6,11,17
25:8,23
26:10,22,23
27:17,25
28:2,16 33:20
34:5,10,13,25
35:3,5,18
36:3 39:9
55:19 56:21,
23 58:8,9,14
59:11,12,14,
17,20,23
60:7,10
63:20,21

64:13,25 68:7
69:6,8,16
76:6 79:2,6,
18,24 80:14
84:3,5,16
87:1,6 88:1
91:9 92:6,7,
18 93:2,3
94:9 98:7
100:10,17
102:2,19
108:5 115:12,
20 117:1
121:13,14,18,
20 124:8,9
125:10,13,23
126:6,17,19
133:2 135:13,
14,18,21
136:14,17
139:4 145:10
146:1 147:10
148:17,20
150:19,22
163:24 172:20
173:10,14
219:11,13,14
220:1 239:18
255:19 271:4
292:17,23
295:9,11
302:6 312:13
315:18 317:4
**Webzilla's**
78:11,16
81:17 83:5
90:17 98:4
121:22 154:20
302:5
**Webzilla-
dedicated**
87:24 88:11
91:6 92:2
**Webzilla-
generated**
69:3
**Webzilla-
managed**  83:22

**Webzilla.com**
23:24 27:6
35:14,15
**Webzilla.com.**
22:22
**week** 16:20
160:15 162:22
**weeks** 170:17
**Welcome**
137:21
**well** 6:15
10:18 11:4
12:12 27:24
28:3 30:23
39:5 42:9
46:9 49:13
50:12 53:11,
16 54:3 56:5
62:7 64:16,21
66:7,10,22
67:4 71:13
73:1 77:12
79:23 80:16
85:1 86:10
89:5,9,14
90:21 93:10
95:23 96:17,
18 102:12
103:9 104:5
114:22
117:13,23
122:23 126:8
127:9 132:22
136:4 143:6
144:10 145:23
147:13 149:2
150:9 151:13,
20 152:5
155:9,12
156:4 158:12
161:3 162:20
163:24 164:1
165:13,18
168:11 170:24
173:3,20
174:12 175:1,
3 176:23
181:9 184:23
186:1,5,11,23

187:24
205:15,22
207:17,23
208:9 215:5
221:2 222:8
224:24 226:15
232:24 234:1
241:15 247:20
248:12 256:9
257:24 259:13
262:25 265:15
269:9 273:20
279:24 282:9,
22 287:23
288:4 289:2,
20 290:14
293:17,19
294:11 302:1
306:6 311:19
314:19 319:15
**went** 12:17
13:13 16:18
26:22 218:2
294:17 303:14
309:2 310:14,
19,25 311:2,5
**were** 6:16
8:4,7,19,22
9:5,13,18
13:21 16:10,
19 17:22
19:13 20:8,15
21:23,24
22:1,21 25:6
26:21 35:22
43:1,20 57:24
58:4 60:5
65:7 82:13
112:18,19
114:11
120:11,13
137:16,22
139:2,4
143:15 176:15
185:20 200:10
202:16 208:25
211:6 214:17,
25 215:13
216:23,24

218:3,14,18
219:19 220:24
222:3 223:12,
14 227:17,21
229:18 233:1,
23 235:20,21
236:25 237:19
239:10 240:6,
7,11,16,24
241:25 242:1
244:23 250:15
256:24,25
259:1,3,7
260:2,4,6
261:10
262:11,15,22
265:10
266:19,21,25
267:5,20,23
275:7 282:22,
24 283:16,21
286:3 287:12
290:11 291:10
292:17,22,23
293:8 294:1,
18,21 295:3,
4,24 296:12,
13,15,20
297:3 298:10
299:15
303:16,18
307:2 314:16
320:9
**weren't** 18:24
223:15
**what** 7:4,9,16
8:7,10,25
9:1,11,13
10:6,16 11:24
13:4,10
14:18,24
16:10,13,21
17:14,16,19
18:1,21,24
19:2,7,10,11
21:14 22:13
23:22,23 25:5
26:5 27:9,17
29:9 30:23

31:2,10 33:13
34:2,11 35:7,
9,11,17 36:9,
15,21 37:13
38:17,24 39:7
40:13 41:2,7,
8,20 42:18
43:4,11,14
44:11,14,16,
20,23 45:16
46:3,10,11
47:2 48:8,10,
12,18 49:1,21
50:4,14,24
53:9,15 54:4,
8 55:14 58:12
61:4,8 62:20
65:11,16
66:14 67:14
68:5,11,22,24
69:7 70:11,
14,20 72:11,
14 74:23
75:4,5,9,24
76:5 77:15
78:5,10,15
79:1,6,8,10,
17,23 80:13
82:5 83:1
86:18 88:2,
10,13 89:2,7,
10,12,18,20,
23 90:17,23
91:2,16,19
92:8 93:6,15,
17 94:20
95:21 96:7,
13,16,17
98:23 99:13,
25 101:12,15
102:3,5,10,19
103:6,12,20
104:24
105:17,23
107:3,6,22
108:6 109:3,
18,20 110:18
111:1,6,17
112:24,25

113:6,8,25
114:8 117:8,
15,20 118:21
119:7,11,21
120:24 121:5,
8,12,14,22
122:10,12,20
124:6,15
126:8,16
127:4,9
128:6,12
129:2,15,19
130:2,4,5,10
131:8,17,24
132:7,18,21
133:16,23
134:18 135:22
136:6,12,14,
15,16,20,25
137:24
138:13,14,17
139:14,19
141:8 142:1,
22 143:11,17,
23 144:20
145:1,12,15,
21 146:9,13,
15,24 149:19,
23 150:7,9
151:24 152:7,
14,21 153:2,
8,14,24,25
154:2,10,17,
19,22 155:13
156:1,6,19
157:3 158:2,
8,10,18,23
159:12 161:7,
11 162:15,24
163:6 165:7,
17,20 166:6,
9,20 167:4,7,
9,22,25
168:1,11,15
170:16 171:5,
10,15 172:24
173:12 174:2,
3,9,17,20
175:2,4,18,23

176:21 177:6,
15 179:17
181:14,16
182:4,9,13,16
183:2,17
184:4,6,11,17
185:15,20
186:1,3
187:4,19
188:13
189:10,17,19
191:9,11
194:9,10,16
197:3,16,19
198:9,16,25
199:7,11,23
200:15,17,24
201:1,9,14,
19,22 202:6
203:21
204:14,18
205:8,24
206:4,6,12,22
207:13,16,17,
18,19 208:17,
19,21 209:21,
22 210:7,15,
18 211:6,14,
20 212:1,4
213:5,10,15,
20,21,23,25
214:1,22,23
215:2,10,14,
16 216:3,10,
14,17 218:3,
23 219:9,15
222:21,25
223:12
224:11,17,21,
25 225:1,5,10
226:23 227:9
228:20 229:7,
22 230:24,25
231:20
232:14,25
233:3,19
236:7 238:10,
24 239:1,8
240:24 241:7,

15 242:19
244:5 246:21
247:13,14,15,
17,20,23
248:1,5,8,18,
21,22,23
249:1,15,19
250:3,10,15,
20 251:5,13,
20,24,25
252:3,6,21
253:2,13,15,
23 254:2,4,
13,15,18
255:6,8,15,
18,22 256:1
257:3 258:7
259:3 260:4
262:21,24
263:1,2,7,9,
15,17,20,22,
23 264:1,4,6,
9,11,17,18,
21,24 265:3,
5,15,21,23,25
266:3,5,10,17
267:12 268:16
270:16,23
272:11,14
273:6,8,14,
18,20,21,22
277:15,18,22
278:20 279:4
282:3,20,24
283:4 285:1
286:3,10
287:6 288:18
289:11 291:2,
5,7,13
292:14,16
293:6,14,18
294:2,4,10,18
295:7,8,14,24
296:7,10,15,
20,24 297:8,
16,20 298:2,7
299:4,24
300:4,19
301:6,15,18,

19,25 302:14,
18,23 303:18,
23 304:13
305:7,22
306:11 307:15
308:24 309:1,
5,7,24 310:7,
10,25 311:2,
4,5,21,23
312:8,20
313:3,6,11
315:15 316:10
319:15,19
**what's**  146:10
154:8 240:19
277:2 281:3
298:20
**whatever**  9:3
36:19 67:21
89:1 95:19
96:24 133:11
142:7 151:17
161:14 167:14
273:1 281:22
300:9
**wheelhouse**
170:19
**when**  11:20,23
13:1 14:12
16:8 18:16,18
20:8,22
25:15,21
33:25 35:24
40:3 41:1,5,
13,24 48:8
50:4,8,19
54:20,22 56:1
58:8,19 59:17
60:22 61:9,25
63:21 65:11
70:17 72:13
73:11 74:22
81:24 82:3,4
89:14 96:5
98:10,12,13,
14 99:4
103:7,10,24
110:2 114:1
124:18

128:14,15
134:6 137:21
138:6 139:2
145:5 147:13
154:25
164:15,16,17
174:23
176:11,21
177:19 181:9,
24 183:16
184:10 185:13
187:5,24
193:18 198:25
199:12
212:10,13
214:16,20
218:1 222:10
228:3 229:25
234:17 236:8
239:16 240:2
248:7,18
254:8 259:6,
19 261:21
264:17 273:7,
11 274:22
280:3 281:1,
12 282:18
290:5 291:16
292:12 294:1
299:18 300:16
301:6,15
312:23 313:17
**where** 7:2
8:7,19 15:7,
10,23 26:13
30:1 31:6
37:15 38:10
45:2 46:17
47:16 52:16,
19 61:10
71:6,18 82:19
89:3 95:10
129:1 140:6
147:17 158:19
159:16 178:20
183:4 187:12,
20 204:5
206:24 216:23
222:1 224:9

225:8 244:1,
24 250:13
267:22 277:13
293:8 296:13,
19 311:17,21
312:8,15
**whereupon**
57:23 82:12
137:15 200:9
227:16 320:8
**whether** 42:11
73:4,25 74:16
77:15 84:11
116:15
127:17,18
157:4 164:13
188:6 200:22
231:17 298:16
310:11
**which** 5:13
10:25 11:11
18:6 26:22
27:16 31:4
33:24 41:1,3
44:8 45:21
46:6 47:4
50:19 57:23
60:5 62:17
64:25 65:1,20
66:5,14,24
67:12 68:12
69:19 71:1
77:10,22
82:12 83:17,
21 92:6 94:14
97:14 98:1,24
100:12,13
101:25 103:6
105:19
108:12,19,23
110:1 111:8
121:19 122:13
128:7 130:10,
16 133:6,7
137:16 141:10
143:5 144:21
147:11 148:22
149:7 152:15,
22 153:7

161:12,21
162:13,17
163:10,18
166:10 169:14
171:17 173:14
174:13 175:19
176:25 177:23
178:13 179:10
180:10 182:10
183:13 186:22
188:23 189:17
191:24 192:7
195:3 198:15
199:23,24
200:9 202:10
205:2 206:20
207:1 214:9
218:17,21
220:10,17
227:16 235:4
241:18 242:25
243:18 245:6,
11 251:16
257:13,19
262:15
264:13,23
272:10 274:3,
7 279:11
284:18 291:16
310:3 312:6
317:25 318:3,
24 320:8
**while** 21:17
104:17,18
202:14 227:11
235:13 281:8
**whistle**
134:23
**White** 214:11
216:25 217:3,
5,12,19 221:2
222:25 236:3
239:11,14
**who** 10:9
12:24 16:14
17:20 21:12,
13 23:5 27:24
28:1,3,5,8,15
29:10 31:16

32:15,19,23
34:13 37:5,7,
11,17 41:4
46:18 47:11,
13 49:18
50:10,15
52:13 53:24
54:5 60:7,14
61:22 62:7
70:24 71:8
73:3,9,19,21,
22,25 74:6,
15,16 78:8,18
79:4 81:2,3,
6,12 83:14
85:5,6,15
87:3 88:5
90:3 91:21
93:20,25 94:3
95:6,8 99:19
100:17,22
104:20,25
105:1 106:22
111:13,18
112:6,9,19,21
116:7 118:19,
20 124:24
125:3,25
128:10,19
129:15,17
131:15,22
133:16,24
136:13 140:8,
13 141:4,6,
18,22 142:17
147:4 151:4
153:21 156:15
159:14,22
160:10 164:4,
6,11 167:24
168:2,4
170:18 172:3,
15 178:4,7,9,
10,11,24
179:21,24
180:5,20,22
181:2,4
183:19 185:9
187:11 195:1,

12 198:13
199:2,9
201:1,14,16
203:3,6,10
204:12 206:15
207:25 208:14
211:3 213:1,6
215:4 216:5,
7,19,20
217:12 220:12
223:8 224:1
226:3 227:21,
25 228:12
231:12 232:9,
10,12 234:13,
15 237:14,16,
20 238:5
243:9,11
244:10,11
249:18 253:9,
16,21 255:1
257:1 258:12,
14,18 264:10
266:19,21,24
275:25 278:16
281:21 284:22
287:8 288:18
292:3,7
299:11 300:2
301:12 303:22
305:5,19
307:9,19
308:13 309:2,
11,21 310:4,5
312:20 314:24
315:1,6,19
**who's** 258:22
313:15
**whoever** 215:8
223:17
**whole** 6:17
67:6 97:21
98:2 105:10
139:9 160:15
175:16 189:12
191:19 198:3
267:14 318:22
**whom** 59:4,12,
20 60:5 61:12

85:10 140:11
244:10 310:19
**whose** 9:21
57:13 237:19
**why** 10:15
13:11,16,20
14:5,14 15:15
22:1,24
23:17,18
24:16 33:23
35:23 36:11
49:20 54:12
57:11 63:16
65:3 84:7
96:13 98:12,
17 100:12
101:9 111:25
112:2,5 119:5
124:21 126:8,
15 133:19
134:25 137:7
140:2 143:24
144:17 151:1
166:14 170:10
173:2 182:1
208:9 226:8
230:17 231:1,
10 233:2
236:5 239:5
241:5 242:12
245:16
248:12,15
251:6 259:14
260:6 261:10
265:17,24
267:15,17
269:8 270:13
273:23 288:16
289:20,23
300:25 301:3
302:20 303:3
314:19
**wide** 86:9
189:7
**widen** 144:8
**widening**
144:13
**will** 6:21
11:21 12:12

18:9 19:16
21:8 22:19
26:7 36:5
38:13 43:11,
14 44:6 46:22
50:13 52:8
64:10,11,21
65:25 82:17
92:22 102:1,
18 107:15
108:17 112:25
123:18 129:6
143:10 144:25
145:8,23
164:16 169:23
173:13,17
174:25
191:19,21
193:18,20
194:5 199:9
201:17
202:23,24
204:5,13,22,
25 206:11
207:1 214:2
270:19 271:4
274:2 288:18
310:18 314:15
**willing** 80:18
**Windows**
113:11
**winning** 18:21
**wiretap** 261:6
287:19
**with** 5:22
6:15,16 7:9,
17 11:16
12:13,17
16:22,24
24:18,24
25:2,13 26:19
31:19 32:18
36:23 46:22
48:23,24
51:23 58:5,
15,19 62:1,18
63:13 66:23
67:20 72:13
73:13,14 75:5

76:13 78:14
81:11 82:4,
22,23 83:6,8,
11,14,25
84:16 85:14
86:11 91:14
99:4,6,13
101:12,17
102:13,19
103:3,11,23
104:16,21,22,
25 105:1,11
106:4,15
107:16,23
110:13 111:6,
12,20,21
112:7 113:12,
13,19 116:14
122:6 123:12,
13 126:10,12,
14 128:11
133:5 136:2
142:13 145:9,
10,21 147:3,5
150:12,13
156:14 159:5
161:15 162:19
164:25 165:3
167:2 173:19
174:13 179:24
180:22 185:7
190:16
214:16,17
215:7,18
216:1 218:5,
18 219:3
220:17 223:17
230:18,20,24
239:13,18
252:24 255:3
258:7,8 259:2
265:8 268:22
270:16 271:4
272:20,23,25
274:12,16,23
278:11,20
279:3 282:4,
17 287:16
291:12 292:11

298:13,25
301:16,18
304:13,14
305:3,24
306:5 309:14
310:19 312:21
315:2,3
**with-it** 39:6
**withdraw**
316:8
**withdrawing**
47:3,21
**within** 59:1
105:5 170:19
**without**
122:14 135:3
150:13 195:1,
3
**witness** 6:7
15:19 17:3
20:19 24:10,
21 27:21
28:13 29:6
36:7 37:22
38:20 39:3,24
40:6,23 41:19
42:7,16 45:11
51:10 53:1,20
55:5 59:23
60:12 61:2
62:4 63:8
64:19 65:7
66:19 67:2,9
68:1 70:16
78:3,18
79:12,21
80:2,4 83:17
84:3,13
85:10,22
87:12 90:13,
21 91:12
93:24 106:18
107:1,25
109:3 110:24
114:20
115:14,22
116:6 117:18
118:10,17,25
120:3,7,17

121:18 123:2
124:1,15
126:2 127:21
134:18,21
137:12
139:14,16,18
140:18 144:3
150:7 151:11
152:3,16,18,
24 153:5,16,
21 155:4,15
156:19 157:8,
15 159:3
169:2,14
170:21 176:9
180:10 183:25
184:8,13,21
186:9 190:20
196:5,19,25
199:20 200:1
201:12 202:18
206:7,9 208:4
209:12 210:6
211:3 213:8,
13 215:25
217:7,15
218:12 219:19
221:20 222:6
224:15
225:20,24
226:6 229:11,
22 230:22
231:15,22
232:19 233:5,
16 235:16
236:16,22
237:23 238:3,
8,13 239:22,
25 241:13
243:4 244:7,
14,20 247:23
248:15
251:16,25
252:10,19
254:16,19,21
256:1,7,18
258:16 259:10
262:3 264:13
265:13 267:2,

10 269:16
270:25
272:15,17
273:18 275:14
276:10,25
278:5 281:14
283:1 286:14
288:2,9,24
289:14,18
290:3,8
292:20 293:2
298:5 301:21,
23 302:16
304:6 307:22
308:18 316:9
317:18 318:9
319:13 320:20
**won** 19:4,21,
25 20:4,24
21:4
**wonder** 53:11
**wondered**
38:13
**wondering**
245:2 261:4,
10 273:21
**word** 9:25
10:1 15:4,6
17:5 50:20
112:14 143:7
181:1 248:13,
15,18,19,21,
22,23 249:1,
15 251:5
258:8 266:4,7
281:9 292:15
296:10 300:17
303:23
**wording** 143:8
**words** 21:23
49:14 51:5
68:15 91:8
92:24 93:1
109:10,12
136:21 203:18
207:17,19,23
208:7 233:1
247:9,20,21
262:25 263:6,

15,16,17
313:23
**work** 8:7
23:20 30:5
48:11,13
106:15 164:19
185:6 308:15
**workaround**
188:3,5,7
**worked** 8:8
308:19
**working** 11:3
47:15 68:15
160:14
200:16,18
201:16 293:20
307:16
**workload**
93:21,23,24
**works** 23:7
70:6 111:18
139:9 179:24
180:22 204:12
270:25
**world** 52:21
78:14 271:18
**worry** 265:9
302:24 310:18
**worst** 266:7
**worth** 34:8
**would** 5:19
16:21 19:11
32:15 33:23
35:23 36:11
38:22 41:9
46:17,18
49:24 50:4,5
52:13 54:20,
22 61:22,25
63:13 69:7,16
79:4 80:13
88:17 91:21
95:6 96:13,16
102:9 116:23
117:20 118:19
119:5,7,11,22
120:20 122:20
123:7 125:25

131:22 133:3,
23,25 135:5
145:10 148:3
157:10 168:12
170:18
172:15,16
177:2 181:2
194:9 203:22
213:4 225:4,
14 234:13
237:14,16,20
239:5,17
241:9 242:11,
16 248:5,12
261:11 264:11
265:17 275:25
279:22 298:24
314:24,25
320:24
**wouldn't**
120:14 151:16
305:12
**Wright** 5:21
**write** 76:3
122:17 163:13
**writes** 180:12
**written** 97:17
247:8 281:4,6
**wrong** 7:9,16
40:18,19
50:13 64:12
68:25 69:12
75:12 82:4
86:10 99:13
109:1 145:15,
21 177:22
208:23 231:3
235:10 257:20
291:14 302:2
**wrote** 62:12
262:24 268:21
280:21 281:12
301:3,9,15
317:10
**WZ** 57:7

---

**X**

---

**Xbot** 221:2
**XBT** 11:4
21:1,15 23:15
27:16,18
28:18,21,23,
25 29:3,11,
12,14,16,20,
24 30:7,22
31:2 32:1,24
35:17 36:15
37:7 42:18,
20,21,24
43:4,12 44:2,
3 46:14 47:5
48:24 49:4
52:3,5 53:16,
20 54:5,25
55:15,23 58:4
59:4,5,6
60:19 61:13
62:17,23 63:3
78:15 90:6
100:17
111:14,23
113:4 117:1
132:9,24
133:8 138:2,
6,25 139:5,10
140:12,13,15,
20 141:4,6,19
142:7 151:7,8
152:22 154:1
186:20 187:2
188:10,21
190:5 202:21
210:3,25
211:17
217:13,21,22
219:6,8 228:9
233:10,13
234:8 240:12
250:3 251:3
255:19 267:14
276:6 281:17
282:6 295:6,9
299:25 302:4,

6 304:24
315:18 317:3
**XBT's** 27:9
43:16 46:7
121:12 138:3,
5 194:9
214:23 215:13
219:7 241:9,
10 295:4,21
297:1,20
312:8
**XBT-OWNED**
47:22
**XE** 306:3

---

**Y**

---

**ya** 290:18
**yeah** 14:8
31:9 33:24
35:6 42:25
51:3 61:21
71:14 75:11
102:21 103:19
106:18 138:12
142:3 149:1
150:20 155:4
158:15 159:3
161:9 171:7
174:1 176:9
188:15 190:13
192:24 196:5
203:12 206:9
213:8 218:22
223:16
226:10,12
229:11 230:6
234:14 235:19
236:20,22
250:1,16,23
259:24 272:17
279:4,24
288:12 291:19
293:25 295:1,
15 297:18
300:8 306:21
308:18,24
313:24
315:16,18

316:9 319:5,
9,24
**year** 13:9
15:14 18:19,
22,25 19:3,20
20:2,10
82:18,25
98:16 115:8,
20 186:16
312:25 313:1
314:1
**years** 20:3,12
24:22 25:1,3,
13 38:17 56:3
58:16,24,25
59:1,2,19
60:23 87:8,
16,21 124:19
128:15 134:8,
9 138:11,12
157:20 183:7,
8 185:14
186:4 260:23
276:19 301:2
**yes** 7:12 8:6
9:10 10:7
11:19,22
12:4,5,10
14:4,11,21,23
15:2 16:5
17:10,12
18:2,15,17
19:6,9,15,21,
24 20:3 21:11
22:5,7,18,23
23:1,12,16,19
25:7 26:1,2,
24 27:1,21
28:19 29:1,7,
15 30:6
32:12,22
38:4,13,15,16
40:11,12
41:12 42:1,20
43:8 44:4,7,
10 45:8,11,21
46:2,4 47:23
48:7 49:15
50:1 51:3

53:4,17
54:16,19
55:20,23
56:7,9,14,16,
18,20,22,24
57:3,5,8
58:13 60:4
62:19 63:1,
12,15 65:2,22
66:4 68:16,21
70:16 71:5,
17,24 72:17,
24 73:2,8,23
74:5,14,21
75:17 76:2,
14,18,24
77:8,9,10
78:25 81:9,19
83:4,13
84:18,22
85:25 86:5,17
87:2,22 88:15
90:2,5 93:1,
10 94:7,14,
19,24 95:1,
16,18 96:4,6,
7 97:6,16
99:2,18
100:21 103:5,
19 104:18,23
105:15 106:13
109:13 110:5
111:16 112:18
113:21,24
114:7,13
116:13,25
117:1 118:4
120:10,22
121:1 122:11
123:20,23
124:11 125:6,
8 126:2
128:5,18,25
129:3,7,9
130:7,9,23
132:6,20,25
133:15,18
134:5 135:8
136:19 138:3,

5 139:6,9
140:22 141:13
142:5,15
145:7,25
146:3,20
147:2,8,16,
20,25 148:15
149:15 150:23
151:15,21
152:5,6
154:12 155:8,
11 158:22
159:24 160:5,
9 161:5
162:1,12
164:10,14,21
165:15 166:5,
8 167:21
168:6 169:9,
24 170:1,7
171:7,9
172:21
173:13,20
174:8,16
175:7,12,14,
21 176:13
177:17 180:5,
15,16,18,24
181:22 182:20
183:9,12
185:8,19
188:16,20
190:3 196:9,
10,13 197:25
198:22 200:4
201:12
202:18,22
203:1,6,9,15,
23 204:4,8,
17,21 205:7
206:9,14,21
207:4,8,12
208:20 209:4
211:4,19,24
214:14 217:22
219:4 220:22
221:14,25
222:14,16,18
223:25 224:4,

15,20 225:13
226:22 228:2,
23 230:7
233:5,16,17
234:10,23
236:16 237:3
238:17,21
239:4 240:18
241:4 242:12,
24 247:2,8,18
249:3,5,17,22
250:7,19
253:12 254:3,
12 255:11,14
256:12,13,21
257:17,18,22
260:3 261:3,9
262:3,18,20
265:20 266:9,
20 267:25
268:6,8,10
271:14,16,22
272:15 273:5
274:6,10,14,
21,25 275:3,
4,17 276:7,21
277:3,10,12,
14 278:15
279:18,24,25
280:15,20
281:2,20
282:2,19
283:23 284:1,
5,25 288:13
289:7 290:3
291:4 293:5,
11 295:5,18
298:5 299:17
301:12 302:9
304:1 305:4
306:10,21
308:4,25
310:21,22,23
311:9,12,14,
16 312:2,14
313:5 315:22
317:1,5 318:9
320:2,25

**yesterday**
109:5
**York** 45:5
**you** 6:14,15,
16,17,18,23,
24 7:2,6,11,
13,20,23 8:4,
7,10,12,21,
22,23,25 9:5,
18,24 10:1,3,
6,15 11:24,25
12:7,8,14,17,
20 13:1,4,8,
15,16,20,24,
25 14:9,10,
12,16,18,22,
24 15:10,12,
15,23 16:2,3,
4,6,10,19,22,
24 17:2,8,14,
22,25 18:1,6,
8,9,12,14,16,
21,23 19:7,
13,16,17,18,
22 20:4,8,14,
15,18 21:4,8,
9,12,22,23
22:4,6,8,11,
13,19,22
23:5,13 24:5,
16,17,18,20
25:5,9,15,18,
20,21,22,23
26:5,7,9,11
27:2,3,5,6,7,
13,14,15,16,
20,24 28:3,
12,23 30:5
31:8 32:4,7,
10,11,13
33:2,3,4,7,23
34:9,11,15,
16,18 35:2,3,
4,13,21,22,23
36:2,3,9,21
37:3,21 38:1,
3,5,8,9,10,
12,13,19
39:2,5,21,24

40:1,2,3,8,
13,19,22,23,
25 41:1,7,8,
18,24 42:4,9,
11,12,15,19,
20 43:1,10,
14,20 44:5,6,
9 45:5,15,19,
23,25 46:9,
10,13,20,21,
22,24 47:18,
20 48:5,8,12,
17,18 49:8,
20,24,25
50:2,4,5,11,
13,19,20,21
51:6,9,17,21,
23 52:8,16,
19,25 53:7,
13,16,18
54:1,3,4,5,
20,22 55:2,
14,19,21 56:1
57:17,19
58:3,7,12,19,
23 59:8,9
60:1,2,5,9,
16,18,24
61:5,9,10,11,
18,20,25
62:3,18,24
63:2,7,13,23,
25 64:3,10,
12,13,16,17,
21 65:1,3,4,
7,10,11,14,
19,23,25
66:1,7,10,11,
12,14,15,22,
23,24 67:4,
11,12,14,19,
20,22,25
68:5,17,20
69:3,18 70:3,
20 71:16,23
72:13,14,16,
18,19 74:19
75:14,15,16,
21 76:5,11,

12,15,17,19,
20 77:3,11,21
78:8,13,14
81:1,2,7,10,
11 82:19
83:5,11,12
85:7,24
86:12,18 87:9
88:7,10,19,24
89:2,3,4,6,9,
11,14,25
90:6,7,8,9,
12,20 91:2,
11,22 92:13,
21,22,24
93:3,9 94:8,
12,16,17
95:2,3,17,21
96:2,3,5,11,
21,22,23,24,
25 97:5,7,14,
23 98:19
99:4,6,8,11,
15,16,25
100:4,9
101:7,15,17,
24 102:1,2,
18,24 103:2,
3,12,16,20
104:14,21,24,
25 105:8,17
106:6,9,12,
14,15,16,22,
23,25 107:9,
19,22,23
108:4,6,11,
16,17 109:10,
12,13,25
110:2,6,14,
15,21 111:1,
14,20 112:2,
5,12,18,25
113:3,4,5,12,
23 114:8,11,
14,15,22,25
115:11,18,19
116:4,11,14,
15,21,23
117:5,10,14,

21,23 118:8,
13,14,19,24
120:5,11,12,
13,14,20,23,
25 121:2,17
122:3,9,10,
20,23 123:1,
5,6,7,17,18,
19 124:10
125:2,12,15,
22,25 126:4,
5,6,25
127:12,17,18,
19,24 128:3,
21 129:2,5,6,
8,10,12,24
130:2,4,5,8,
10,15,16,20,
21 131:4,19
132:5,10,18,
23 134:3,6,
10,12 135:7,
11 136:1,3,9,
13,15,16,17
137:2,4,8,9,
11,23 138:20
139:3,13,19
140:15,21,23,
24 141:15,16
142:6,16,22
143:7,11,23,
24 144:2,12,
20,25 145:5,
8,10,23,24
146:1,2,15,
21,25 147:9,
11,13,14,17
148:5,8,9,16,
17 149:10,13,
16,20,23,24
150:6,7
151:1,10,13,
16,20,22,23,
24 152:2,5,6,
10,11,13,14,
15,21 153:2,
7,8,13,18,24,
25 154:1,2,
10,22,25

155:1,7,9
156:10,17,19,
21,23,25
157:2,3,4,7,
10,12,21,24
158:7,10,21,
23 159:5,7,10
161:4,16,17
162:2,7,10,
15,16,21,23,
24,25 163:2,
6,13,21,23,25
164:2,13,19,
22,25 165:3,8
166:6,12,23
167:4,15,20,
22,25 168:1,
4,9,15,24,25
169:2,7
170:2,8,14,24
171:8,10,25
172:5,7,9,15,
19,22 173:2,
5,8,9,10,12,
13,17,18,21,
23 174:2,3,15
175:8,23
176:6,11,15,
21,25 177:8,
18,19 178:12
179:4,7,13,24
180:2,6,9,14,
20,21,22
181:1,2,14,
16,21,24
182:1,12,13,
22,25 183:6,
8,11,15,16,
17,21 184:4,
5,8,10,16,18,
23 185:1,6,7,
18 186:1,3,6,
11,12,20
187:5,7
188:6,12,13,
18 189:4,10,
14 190:9,16,
19 191:3,19,
25 192:15,17,

22,25 193:18
194:1,8,9,21
195:5,14,17,
18,20,24
196:2,21
197:22 198:1,
15 200:17
201:3,4,19,23
202:3,6,23,24
203:13,14,21
204:5,6,9,13,
16,18,22,25
205:6,15,19,
23 206:4,11,
13,15,22,25
207:2,6,10,17
208:1,3,6,9,
19,21 209:9,
10,17,20,21,
25 210:7,13,
15,18,22,24
211:2,6,9,10,
14,25 212:1,
4,10,13,16,20
213:6,12,20,
21,25 214:1,
3,11,20,21,22
215:9,13,18,
19,20,21,22
216:10,17,22,
25 217:14,18,
19,20,21,24
218:1,2,7,8,
11,17,23,25
219:5,15,18,
23 220:1,4,5,
21 221:10,12,
15,23 222:12,
15,21,22,23,
25 223:12,14,
15,18,21,22,
24 224:3,5,9,
11,21,25
225:1,3,4,5,
8,10,12,14,
15,19 226:8,
9,21,23
227:6,9,21,24
228:3,8,9,19,

20 229:7,10,
14,18,21,25
230:1,2,14,
19,20,24
231:1,11,17
232:14,24
233:2,3,15
234:3,7,13,
19,20,21
235:1,10,11,
15,20,21,25
236:2,12,13,
25 237:4,9,
20,25 238:10,
16,24 239:1,
10,13,16,21
240:2,6,10,
11,13,15,16,
21 241:3,24
242:2,7,8,11,
22 243:7,15,
19,24 244:3,
5,10,17,18,22
245:1,2,4,7,
9,19,21,24
246:3,7,11,
17,21,23
247:3,5,7,11,
13 248:1,2,5,
6,7,8,18,21,
23 249:1,6,
15,16,19,20,
21,24 250:2,
6,9,11,15,17,
18,21,22
251:1,5,6,9,
16,24 252:3,
6,12,16,21,24
253:6,9,11,
13,18,21,23
254:2,8,13,
15,18 255:1,
4,8,9,15,16,
22,25 256:4,
9,11,14,17,23
257:3,5,8,11,
13,17,19,23
258:1,2,4,6,
7,8,12,18,20

259:1,3,6,12,
17,19,25
260:2,4,6,11,
12,20,22
261:1,8,10,21
262:2,14,15,
17,19,21
263:4,5,6,10
264:10,11,17,
18,22 265:2,
9,17,19,21,
23,25 266:3,
7,10,14,15,
19,24 267:8,
22 268:1,5,9,
15,16,20,22
269:4,6,10,
11,15,18,22
270:2,5,8,22
271:3,9,12,
15,17,18,21,
23,25 272:2,
5,10,23
273:1,4,6,7,
9,12,14,21,22
274:2,5,13,
15,20,22
275:1,5,7,10,
11,22 276:3,
5,8,20,22
277:9,13,22
278:11,14,16,
20 279:2,7,
13,16,22,23
280:5,8,10,
13,14,16,18,
21 281:3,12,
19,25 282:3,
6,12,17,18,
22,24 283:9,
13,22 284:2,
17,19,22,24
285:4,6,8,13,
19,20,24
286:21,22
287:4,6,8,10,
15,18,25
288:7,12,14,
20,21 289:2,

6,10,16,20,21
290:1,5,6,13,
23 291:2,7,
13,16,17
292:2,14,17,
22 293:1,8,
12,18,24
294:1,10,17,
18,21 295:3,
4,8,13,16,21,
24 296:7,10,
11,12,13,15,
20,21 297:3,
6,8,11,16,21
298:7,9,10,
11,16,19,20
299:2,4,5,8,
15,18,20
300:2,11,12,
17,25 301:1,
3,6,9,10,15,
17,18,25
302:3,8,14,
20,23 303:2,
3,8,14,18,23,
25 304:9,18,
24 305:3,10,
14,15,22
306:2,5,9,14,
20,21,24
307:1,8,13,
15,25 308:8,
10,24 309:5,
8,14 310:4,
13,16,19,24,
25 311:2,4,5,
15,17,19,21
312:1,18,23
313:3,17,25
314:8,16,19,
22 315:8,15,
17,20 316:2,
13,16,25
317:2,16,20,
21,22,25
318:2,3,18,
23,24,25
319:1,4,8,19,
22 320:14,18,

20,24
**you'll** 220:15
246:24
249:18,23
260:19 265:8
284:19 291:13
**you're** 63:24
67:11 76:13
207:23 221:21
226:13
235:10,19
237:9,18
244:11,14
248:25 249:1
252:24 253:1,
2 256:3
261:14 270:22
281:3 288:4
294:4 295:14
297:13 298:2
302:25 303:22
313:3 318:22
319:10,25
**you've** 66:13
293:4 304:3
317:12
318:12,13,14
**young** 112:19
**your** 9:13,25
11:25 12:6
13:7 15:23
20:16 21:14
22:17,24
23:17 24:16
25:24 27:15,
24,25 28:22
33:13,17
34:16 36:15
37:11 38:8,9
39:5,6,7,8
40:1,2,8,25
41:7,15,20
45:5 46:11
47:2 48:3,10
49:9 51:4
52:16,19
53:12 54:4
55:16 62:1
64:25 66:1,5,

11,12,23
67:13 70:3,
18,21 71:25
72:8 73:24
74:9 76:1,4
77:25 78:13,
15 80:25
81:12 82:3,
19,22 84:10
85:12 86:6,
15,16 88:19
89:10 90:1,9,
23 91:3,16
94:6,9 96:19
99:16,19,25
100:7,9,20,22
101:9 103:16,
21 104:2,3,5,
9 105:19,23,
24 106:3,4,7,
15 107:3,6,
16,23 108:25
109:11 111:14
116:14
118:15,21
121:3,5,8,10
122:6 127:4,9
128:1 129:1,
12,24 130:24
131:8,12,24
134:15 135:6,
8,24 136:6,20
141:14 144:13
146:18 147:24
148:1 149:4,
18,23 150:1
151:16,17,24
153:13,24,25
154:1,8
155:2,20,23
156:1,6,13,14
157:3,5
159:22
160:22,25
163:11
165:10,16,24
167:4 168:9,
15 169:11,16
170:2,19

173:12,17
174:6 178:7,
11,13,24
179:2,8,14,17
180:23 181:2,
16 182:18
183:21 184:6
185:3 186:15,
17 192:22
194:8 195:18,
20,24 196:2,
8,11,16,21,22
197:9 199:16
203:25 204:3
205:3,9,15
207:10 210:12
211:9,10,16
212:18 213:5
215:19 216:7
217:2 218:8
219:3 221:5
222:23 223:14
225:22 226:18
228:24 229:4
230:20,24
231:12,20
232:6,25
234:7,19
236:13,14
238:6,11
239:5,16
240:13 241:22
242:5,18
243:8 244:25
245:7,25
246:3 248:7
252:6,12
253:2 255:3,
10 259:22
263:4 266:7
267:5 270:11
271:3,9,17
272:2 273:13
276:2 279:20
285:11,22
286:20,23
288:4,6,21
289:4,24
291:14,17

292:4 293:6
295:13,16
296:18 297:3,
9,12 298:13,
14,23 299:2
303:14,24,25
304:25 305:10
310:16 311:13
314:7 315:1,
24 316:24
**yours** 218:3,
14 228:14
310:5
**yourself** 48:8
77:4 176:22
317:2,25

---

**Z**

**Zhukov** 90:2
215:3,4,9
223:24 224:1,
11,23 225:15,
16 226:3,15,
18 227:22
228:1 232:3,6
233:9
**zilla** 33:18