**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.

_____/

**DEFENDANTS' NOTICE OF SEALED FILING**

Defendants BuzzFeed, Inc. and Ben Smith hereby provide notice pursuant to Southern

District of Florida Local Rule 5.4(b)(1) and the Court's Order entered September 19, 2018,

Dkt. 205 (the "September 19 Order"), of the filing of Defendants' Motion to Exclude the

Testimony of Eric Cole and Incorporated Memorandum of Law, and the exhibits thereto.

Good cause exists for the sealing of these papers because they contain information and

documents that were designated Confidential or Attorneys' Eyes only pursuant to the Court's

Amended Protective Order, Dkt. 97, and information and documents disclosed by the U.S.

Government under the terms of the Court's Protective Order entered August 24, 2018, Dkt.

194.

Pursuant to the September 19 Order, Defendants will file a public, redacted version of

this Motion and its supporting papers within seven days.

Dated:  October 15, 2018

                               Respectfully submitted,

/s/ Katherine M. Bolger
Katherine M.  Bolger
Nathan Siegel
Adam Lazier
Alison Schary
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
nathansiegel@dwt.com
adamlazier@dwt.com
alisonschary@dwt.com


/s/ Roy Black
Roy Black
Jared Lopez
BLACK, SREBNICK, KORNSPAN & STUMPF,
P.A.
201 So.  Biscayne Boulevard
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Counsel for Defendants*