# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

## DEFENDANTS' NOTICE OF SEALED FILING

Defendants BuzzFeed, Inc. and Ben Smith hereby provide notice pursuant to Southern District of Florida Local Rule 5.4(b)(1) and the Court's Order entered September 19, 2018, Dkt. 205 (the "September 19 Order"), of the filing of Defendants' Motion to Exclude the Testimony of Jeffrey Anderson and Incorporated Memorandum of Law, and the exhibits thereto.

Good cause exists for the sealing of these papers because they contain information and documents that were designated Confidential or Attorneys' Eyes only pursuant to the Court's Amended Protective Order, Dkt. 97, and information and documents disclosed by the U.S. Government under the terms of the Court's Protective Order entered August 24, 2018, Dkt. 194.

Pursuant to the September 19 Order, Defendants will file a public, redacted version of this Motion and its supporting papers within seven days.

Dated:  October 15, 2018

    Respectfully submitted,

    /s/ Katherine M. Bolger
    Katherine M.  Bolger
    Nathan Siegel
    Adam Lazier
    Alison Schary
    DAVIS WRIGHT TREMAINE LLP
    1251 Avenue of the Americas, 21st Floor
    New York, New York 10020
    katebolger@dwt.com
    nathansiegel@dwt.com
    adamlazier@dwt.com
    alisonschary@dwt.com

    /s/ Roy Black
    Roy Black
    Jared Lopez
    BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
    201 So.  Biscayne Boulevard
    Miami, Florida 33131
    rblack@royblack.com
    jlopez@royblack.com

    *Counsel for Defendants*