# EXHIBIT 2

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR
IP Consulting and Valuation

# Aleksej Gubarev, XBT Holding S.A. and Webzilla, Inc. v. Buzzfeed, Inc. and Ben Smith

## Case No.: 0:17-cv-60426-UU

# Supplemental Expert Report

Submitted to:

Valentin D. Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459

Submitted by:

## CONSOR®
### IP Consulting and Valuation

7342 Girard Avenue, Suite 8
La Jolla, CA  92037-5159
Phone:  (858) 454-9091
Fax:  (858) 454-7819

May 17, 2018

**HIGHLY CONFIDENTIAL**
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**CONSOR**®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                                  Page 1

**Table of Contents**

I.   EXPLANATION OF SUPPLEMENT TO EXPERT REPORT SUBMITTED FEBRUARY 23, 2018 ................................................................................ 2

II.  INTRODUCTION ................................................................................ 2

    A.  The Assignment ........................................................................ 2

    B.  Qualifications of The Named Expert ...................................... 3

    C.  Summary of Opinions .............................................................. 4

III. PARTIES TO THE LITIGATION ....................................................... 4

    A.  Plaintiffs .................................................................................... 4

    B.  Defendants ............................................................................... 5

IV.  CASE BACKGROUND ..................................................................... 6

V.   DAMAGES ANALYSIS ..................................................................... 7

    A.  XBT's Lost Business Value .................................................... 7

    1.  EBITDA Multiple ...................................................................... 9

    2.  EBITDA Range ........................................................................ 10

    3.  XBT's Lost Business Value .................................................... 12

VI.  BENEFIT TO BUZZFEED ............................................................... 12

VII. CONCLUSION ................................................................................. 15

APPENDIX A ........................................................................................ 16

APPENDIX B ........................................................................................ 21

EXHIBITS ............................................................................................. 26

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                                    Page 2

# I.   EXPLANATION OF SUPPLEMENT TO EXPERT REPORT SUBMITTED FEBRUARY 23, 2018

This Supplemental Expert Report amends our February 23, 2018 Expert Report (the "February Report") to recalculate XBT's lost business value and the value of views to Buzzfeed, stemming from the publication of the Defamatory Articles.

Between submitting the February Report and this Supplemental Expert Report, we were provided with updated information about XBT's 2017 actual and forecast revenues. Based on this new information, XBT's lost business value is between $32,340,207 and $137,633,166.

We were also provided with updated information regarding the number of views that the Defamatory Articles received. The Defamatory Article achieved a total of 6,659,151 views, while the Follow Up Articles achieved a total of 2,329,281 views. Based on this new information, the value of the Defamatory Articles to Buzzfeed is $13,859,960.

Our recalculated conclusions are reflected on pages 4 and 15; our amended figures are presented on pages 11-12 and 14; and our amended calculations are presented at Exhibits 1-2, 4-7, and 11.

# II.   INTRODUCTION

## A.  The Assignment

Boston Law Group, PC ("Counsel") has retained CONSOR® IP Consulting and Valuation ("CONSOR") on behalf of Aleksej Gubarev ("Mr. Gubarev"), XBT Holding S.A. ("XBT"), and Webzilla, Inc. ("Webzilla") (collectively, the "Plaintiffs"), to provide intellectual property damages and expert witness services in connection with a claim for monetary relief against Buzzfeed, Inc. ("Buzzfeed") and Ben Smith ("Mr. Smith") (collectively, the "Defendants"). The litigation referred to is Case Number 0:17-cv-60426-UU in the United States District Court for the Southern District of Florida, Miami Division (the "Case").

Specifically, CONSOR was asked to analyze and provide an opinion on the damages stemming from the Defendants publication of an online article (the "Defamatory Article") and eight follow up articles (the "Follow Up Articles") (collectively, the "Defamatory Articles"). Our analysis included: the lost business value of XBT, and the benefit to Buzzfeed from the millions of views the Defamatory Articles received. The time frame over which damages were incurred is from the date of publication, January 10, 2017, through the date of this report (the "Damages Period"). The valuation date used in our analysis of the lost business value is January 1, 2018 (the "Valuation Date").

The analysis detailed in this report is presented as of May 17, 2018 (the "Report Date"). Findings reflect our analysis of the information produced in this Case up to this date, as well as our independent research. We reserve the right to amend, expand, and/or supplement this report should additional information, data, and/or deposition testimony be made available during the course of this litigation.

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                                  Page 3

This report and the two appendices contain information required by Federal Rule of Civil Procedure 26(a)(2)(B). The appendices consist of the qualifications of the named expert, including a list of publications and prior testimony (Appendix A), and a list of the documents reviewed in this matter (Appendix B). Individuals at CONSOR assisted in the preparation of this report under the supervision of the named expert. CONSOR is being compensated for the production of this report at an hourly rate of $500 per hour. The testifying expert's hourly rate for deposition, trial testimony and preparation, is $700 per hour.

## B. Qualifications of The Named Expert

Jeff Anderson is the Managing Director at CONSOR, an intellectual asset consulting firm specializing in trademark, patent, copyright and right of publicity valuation, licensing, and expert testimony. The firm is headquartered in La Jolla, California, and has offices in New York and London.  Mr. Anderson first earned a B.S. in Economics from Santa Clara University, and later went on to earn an MBA, with a concentration in Finance, from San Diego State University.

Mr. Anderson has a broad view of the world of intellectual property and intangible assets. He has lectured, spoken, and written on the topic of IP valuation, as well as the licensing of various intellectual property rights.  He is a contributing author to two published books, and he is author and co-author of several articles on intellectual property valuation.  Coupled with his analytical approach to finance and economics, he has a unique view and expertise in intellectual property and intangible asset valuation and monetization.

Mr. Anderson has been designated as the testifying expert in matters pertaining to trademark, patent, database, rights of publicity (ROP), copyright, and website valuation and damages – he has testified in both domestic and international courts.  Through trial testimony, deposition testimony, and numerous Rule 26 reports, Mr. Anderson's expertise has been established and reaffirmed.

Mr. Anderson has performed valuations of intangible assets and intellectual properties for corporate litigation and business/transaction purposes. His project work spans the full spectrum of the intellectual property realm.  Industries worked on include: government, software, banking, entertainment, construction, retail, energy, and manufacturing.  He has managed projects involving: valuation for litigation; sale/purchase valuation and negotiation; license structuring and negotiation; estate valuation; and valuation in expropriation and foreign markets.

Complete qualifications are presented at Appendix A.

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.                                    **CONFIDENTIAL**
May 17, 2018                                                  Page 4

## C.  Summary of Opinions

After reviewing the documentation provided, performing research and analysis, and based upon our professional background, knowledge, training, education, and decades of experience in intellectual property valuation and analysis, we have arrived at the following opinions in this case:

- Damages as measured by XBT's lost business value are between $32,340,207 and $137,633,166

- The benefit to Buzzfeed from views of the Defamatory Articles is $13,859,960

We reserve the right to revisit this analysis and amend these conclusions should additional information and/or documents become available for review. We further reserve the right to respond to opinions and issues raised by any opposing experts. Finally, we reserve the right to use demonstratives and other exhibits to present the opinions expressed in this report and/or any supplemental, amended, and/or rebuttal reports.

## III.   PARTIES TO THE LITIGATION

### A.  Plaintiffs

### Aleksej Gubarev

Mr. Gubarev is a "venture capitalist and tech expert," and was the Chairman, CEO, and Director of XBT. Mr. Gubarev has resided in the Republic of Cyprus since 2002.[1]

### XBT

XBT's subsidiaries provide "global hosting, network, and Web development services. [They] offer services in the areas of dedicated hosting/servers, cloud, colocation, virtual private server (VPS) hosting, shared hosting, application development, content delivery network, IP transit, and managed services. The compan[ies] also offer a range of affordable Internet services from basic domain registration to Linux/Windows VPS, Forex VPS, and shared hosting solutions to individuals and entrepreneurs. [They] serve enterprise and SMB customers in software development, advertisement, gaming, and E-commerce industries worldwide. XBT Holding, Ltd. was founded in 2005 and is based in Limassol, Cyprus with additional offices in the United States, the Netherlands, Bulgaria, Luxembourg, Ukraine, India, and Singapore. It has datacenters in Asia, Europe, and North America; and subsidiaries internationally."[2]

---

[1] Doc 34
[2] Doc 37

Gubarev et al v.
Buzzfeed, Inc. et al.
May 17, 2018

CONFIDENTIAL
Page 5

**Webzilla**

Webzilla "provides dedicated hosting and colocation hosting services to clients in Europe and North America. The company was founded in 2005 and is based in Aventura, Florida with datacenters in the Netherlands and Texas. Webzilla Inc. operates as a subsidiary of XBT Holding LTD."[3]

## B. Defendants

**Buzzfeed**

"Buzzfeed, Inc. is a social news and entertainment company that provides breaking news, original reporting, entertainment, and videos across the social Web to its global audience. It also provides social advertising that engages consumers, inspires sharing, and produces social lift or earned media. In addition, the company develops Tasty One Top, a Bluetooth-enabled induction cooktop. Buzzfeed, Inc. was formerly known as Contagious Media, LLC. The company was founded in 2006 and is based in New York, New York."[4] Buzzfeed "owns and operates the Buzzfeed.com website as well as the Buzzfeed mobile app."[5] Below, in Figure 1, is a summary of Buzzfeed's enterprise valuations from 2012 to 2016.

**Figure 1.[6]**



---

[3] Doc 38
[4] Doc 35
[5] Doc 34
[6] Docs 68-71

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.
May 17, 2018

**CONFIDENTIAL**
Page 6

## Ben Smith

Mr. Smith is an American journalist and the current Editor in Chief at Buzzfeed. He resides in Brooklyn, New York.[7]

## IV.   CASE BACKGROUND

On January 10, 2017, Buzzfeed posted the Defamatory Article, which contained a link to an unverified dossier (the "Dossier"), reaching 6 million viewers around the world.[8] The Defamatory Article accused the Plaintiffs of "among other things, computer hacking allegedly carried out by persons or organizations with ties to Russia, the Russian Government, and/or the Federal Security Service of the Russian Federation (the "FSB")."[9]

At the time of the posting, Buzzfeed was aware that portions of the Defamatory Article were untrue and proceeded to publish the entire document without redactions – "including those portions that falsely accused the Plaintiffs of participating in an alleged conspiracy to commit crimes against the Democratic Leadership, not to mention a conspiracy to undermine American Democracy and the 2016 election."[10]

After the release of the Defamatory Article, Mr. Smith publicly announced that they were uncertain if anything within the article was accurate and stated, "at the time that [Buzzfeed] published the Defamatory Article and Dossier that there were "real solid reasons to distrust" the veracity of the allegations contained therein."[11] In the five days following its release, Buzzfeed published Follow Up Articles, all of which referenced and linked back to the Defamatory Article.

Mr. Gubarev spent over 12 years building XBT and Webzilla into an international business, "employing approximately 300 employees in three different continents."[12] As a result of the Buzzfeed publication, Mr. Gubarev has found "his personal and professional reputation in tatters;"[13] both XBT and Webzilla have suffered and continue to suffer major economic losses due to their now tarnished reputations. [14]

XBT suffered increased bank scrutiny following the publication of the Defamatory Article. Their bank accounts in multiple countries were frozen, and banks threatened to close their accounts all together.[15] The banks dramatically increased their scrutiny on potential new clients; they needed much more in-depth information about the company, the owners, where the company does business, and how it gets its money, driving away

---

[7] Doc 34
[8] Doc 34
[9] Doc 34
[10] Doc 34
[11] Doc 34
[12] Doc 34
[13] Doc 34
[14] Doc 34
[15] Per conversation with XBT's CFO on 2/15/2018

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                              Page 7

many clients in the process.[16] XBT also had increased difficulty getting financing from banks, which hindered their growth and slowed the business model change that they were in the process of implementing and that would have led to increased profitability in 2017.[17]

## V.   DAMAGES ANALYSIS

We have been asked, by Counsel, to analyze the damages resulting from the publication of the Defamatory Articles by the Defendants. Damages stemming from these actions include, but are not limited to, XBT's lost business value.

XBT's business was harmed by the Defendants' actions and, if not for the publication of the Defamatory Articles, XBT's business value today would be substantially higher than where it currently stands. To determine XBT's lost business value, we used the market approach to value XBT's business under two scenarios: 1) the value of XBT had the Defendants not published the Defamatory Articles, and 2) the current value of XBT given the publication of the Defamatory Articles. This type of analysis is called a but-for as-is analysis where the first scenario is the but-for portion, and the second scenario is the as-is portion; the difference between the two values represents XBT's lost business value.

To analyze the value of XBT under each scenario, we relied upon a market multiples approach based on the arms-length valuations of comparable companies. This involved researching comparable companies and determining their business value as expressed by a multiple of their earnings before interest, taxes, depreciation and amortization ("EBITDA"). We then applied the average EBITDA multiple from the set of comparable companies to XBT's respective EBITDA under both the but-for and as-is scenarios.

The EBITDA multiple approach is a standard business valuation methodology; it "is one indicator of a company's financial performance and is used as a proxy for the earning potential of a business."[18] For the purposes of our analysis, EBITDA is calculated as operating profits plus depreciation expenses plus amortization expenses.[19]

## A.  XBT's Lost Business Value

As a first step in our analysis, we determined a valuation multiple, which was then applied to XBT's EBITDA in each scenario. The multiple was derived using a set of comparable companies that were originally used in an XBT valuation conducted by KPMG. In their valuation, KPMG analyzed several public companies who were comparable to XBT: Akamai Technologies Inc. ("Akamai"), Dupont Fabros Technology ("Dupont"), Equinix Inc. ("Equinix"), InterXion Holding NV ("InterXion"), iomart Group

---

[16] Doc 67
[17] Per conversation with XBT's CFO on 2/15/2018
[18] Doc 74
[19] Doc 74. Exhibit 5; Exhibit 6

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.
May 17, 2018

**CONFIDENTIAL**
Page 8

PLC ("iomart"), and Rackspace Hosting Inc. ("Rackspace") (collectively, the "Comparables").[20]

In our but-for scenario, we calculated an EBITDA range. The range was calculated from a combination of XBT's internal 2017 business forecast (created in November 2016) and their historical financials.[21] In their forecast, XBT projected that they would achieve a higher EBITDA margin in 2017 than they had achieved in 2016. This was based on the improving margins over the prior five years, as well as the evolution of XBT's business to one focused on owned physical locations (a higher margin segment of the broader industry). Below, in Figure 2, is a summary of XBT's historical revenues, EBITDA, and EBITDA margin.

**Figure 2.[22]**

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| Revenue | $32,338,025 | $33,120,871 | $32,827,224 | $36,221,506 | $38,779,073 | $49,727,371 |
| EBITDA | $9,040,528 | $10,076,332 | $12,021,050 | $12,589,997 | $14,832,612 | $20,902,539 |
| **EBITDA Margin** | 28.0% | 30.4% | 36.6% | 34.8% | 38.2% | 42.0% |

For the EBITDA range in our but-for scenario, we calculated a conservative EBITDA projection under which we assumed that XBT would be unable to improve on their 2016 EBITDA margin. This served as a minimum in calculating XBT's but-for business value. As a reasonable upper bound to our but-for business value calculation, we assumed XBT would have met the EBITDA projection contained in their forecast.

Below, in Figure 3, is a diagram which illustrates the general but-for as-is methodology. Due to the Defendants' infringing actions, XBT's as-is revenue and EBITDA margins underperformed relative to the but-for scenario. This directly contributed to a loss in business value.

---

[20] Doc 54
[21] Doc 63. Exhibit 5; Exhibit 6.
[22] Exhibit 5; Exhibit 6

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                             Page 9

**Figure 3.**[23]



## 1. EBITDA Multiple

We analyzed the publicly available historical financials for the Comparables to determine an industry multiple that could be applied to XBT's EBITDA, under each scenario, to determine the value of the business. Valuation multiples provide a way to calculate the value of a business relative to a common denominator such as revenue or EBITDA by establishing a ratio between the metric and the enterprise value.

When conducting a business valuation, an EBITDA multiple is a common way to compare companies within the same industry, and it is a preferred valuation method because "it provides a normalized ratio for comparing the operations of different companies."[24]

$$EBITDA\ Multiple = \frac{Business\ Value}{EBITDA}$$

Below, in Figure 4, is a summary of the comparable companies' EBITDA multiples.

---

[23] Exhibit 4
[24] Doc 73

Gubarev et al v.
Buzzfeed, Inc. et al.
May 17, 2018

CONFIDENTIAL
Page 10

**Figure 4.[25]**

| EBITDA Multiple Summary | |
|---|---|
| **Comparable Companies** | |
| Akamai | 14.0x |
| Dupont | 21.8x |
| Equinix | 26.0x |
| InterXion | 20.7x |
| iomart | 12.2x |
| Rackspace | 7.0x |
| **Median** | **17.1x** |
| **Average** | **17.0x** |
| **Concluded Multiple:** | **17.0x** |

We conservatively elected to use the average EBITDA multiple of 17.0x for our analysis.

## 2.  EBITDA Range

During the course of our analysis, we were provided with historical audited financial statements, as well as projected financials for XBT. We analyzed these financials and calculated XBT's EBITDA. Our calculation took XBT's operating profit and added back depreciation of property, plant and equipment ("PP&E"), amortization of computer software, and amortization of research and development ("R&D"). From 2011 to 2016, the last full year of operations prior to the publication of the Defamatory Articles, XBT's EBITDA and EBITDA margins were increasing. Below, in Figure 5, is a summary of our calculations.

**Figure 5.[26]**

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| **Revenue** | $32,338,025 | $33,120,871 | $32,827,224 | $36,221,506 | $38,779,073 | $49,727,371 |
| Operating Profit | $6,804,762 | $4,809,617 | $6,532,038 | $4,454,214 | $4,983,626 | $8,370,246 |
| Depreciation of PP&E | 2,232,850 | 5,264,787 | 5,017,460 | 6,579,207 | 8,420,620 | 9,938,410 |
| Amortization of Computer Software | 2,916 | 1,928 | 8,826 | 1,556,576 | 1,428,366 | 2,593,883 |
| Amortization of R&D | | | 462,726 | | | |
| **EBITDA** | **$9,040,528** | **$10,076,332** | **$12,021,050** | **$12,589,997** | **$14,832,612** | **$20,902,539** |
| **EBITDA % of Revenue** | **28.0%** | **30.4%** | **36.6%** | **34.8%** | **38.2%** | **42.0%** |

In November 2016, XBT created a business plan that projected their financials from 2017 through 2021.[27] In the projections, they estimated XBT would generate $64,206,408 in 2017 revenue, with $33,335,817 in EBITDA, representing a 51.9% margin.[28] However, approximately $1,391,821 in projected revenue was from a

---

[25] Exhibit 10. These companies are similar to XBT's identified competition, Doc 63 and Doc 78.
[26] Exhibits 5-7; Exhibit 9
[27] Doc 63
[28] Calculated as: $32,712,780/$63,006,408 = 51.9%

Case 0:17-cv-60426-UU   Document 249-3   Entered on FLSD Docket 10/16/2018   Page 13 of 42
ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER
CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.
May 17, 2018

CONFIDENTIAL
Page 11

customer that was allegedly running a fraudulent business.[29] To be conservative, we backed out this amount from XBT's revenue projections, and reduced their projected EBITDA by the same proportion as the reduction in revenue.[30] Based on these adjustments, XBT's 2017 revenue and EBITDA projections were $62,814,587 and $32,613,187, respectively.[31]

The projected increase in EBITDA margin from XBT's 2016 actual margin of 42.0% was attributed to the planned evolution of the company's business model to one based on owned physical storage. If not for the setbacks following the publication of the Defamatory Articles, this transition would have continued to increase XBT's profitability.[32]

To assess the reliability of XBT's internal projections, we also compared projections made in prior years to their actual business performance. In the past, XBT has outperformed projections contained in their business plans.[33] Thus, we concluded their 2017 forecasted EBITDA figure was reasonable to use as an upper bound for our analysis.

We used XBT's forecasted EBITDA as a reasonable upper estimate in our but-for EBITDA range. We also calculated a more conservative EBITDA estimate to use as a minimum for our but-for business value by applying XBT's lower 2016 EBITDA margin of 42.0% to their 2017 forecasted revenues of $62,814,587.[34] Below, in Figure 6, is a summary of our estimated but-for EBITDA range.

Figure 6.[35]

| But-For Scenario | | |
| --- | --- | --- |
|  | Historical EBITDA Margin | Projected EBITDA Margin |
| XBT 2017 Revenue Projection | $62,814,587 | $62,814,587 |
| EBITDA Margin | 42.0% | 51.9% |
| But-For EBITDA Range | $26,403,655 | $32,613,187 |

For our as-is scenario, we calculated XBT's EBITDA based on their actual 2017 revenues of $58,277,274.[36] To calculate an as-is EBITDA amount, we applied XBT's

---

[29] Based on testimony from XBT's CFO, the loss of this customer was anticipated to impact five to six months of the 2017 forecast (Doc 80, p 144 lines 11-13). As such, we reduced the 2017 forecast by the total revenue received in the last six months of 2016 from this customer, $1,392,821 (Doc 10).
[30] EBITDA was adjusted based on the percentage of revenue attributable to this customer: ($1,391,821 revenue * 51.9% margin) = $722,630. ($33,335,817 unadjusted EBITDA - $722,630) = $32,613,187 adjusted EBITDA.
[31] Exhibit 6
[32] Per conversation with XBT's CFO on 2/15/2018
[33] Doc 60
[34] Exhibit 5; Exhibit 6
[35] Exhibit 5; Exhibit 6
[36] Doc 77; Exhibit 7; Exhibit 4.

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                                Page 12

actual 2016 EBITDA margin of 42.0%[37] to their actual 2017 revenues. Below, in Figure 7, is a summary of our calculations and our concluded as-is EBITDA amount.

**Figure 7.[38]**

| As-Is Scenario | |
|---|---|
| | |
| XBT 2017 Actual Revenue | $58,277,274 |
| EBITDA Margin | 42.0% |
| As-Is EBITDA | $24,496,429 |

## 3.  XBT's Lost Business Value

XBT's lost business value is calculated as the difference between the business values under the but-for and as-is scenarios. Applying the 17.0x EV/EBITDA multiple calculated from the Comparables to our concluded EBITDA range for the but-for scenario implies a but-for business value range of $447,717,981 to $553,010,940. Applying the 17.0x multiple to the as-is scenario EBITDA implies a business value of $415,377,773. Subtracting the as-is business value from the but-for values provides a range of lost business value between $32,340,207 to $137,633,166. A summary of XBT's lost business value is presented below, in Figure 8.

**Figure 8.[39]**

| XBT Lost Business Value | | |
|---|---|---|
| | Historical | Projected |
| But-For Scenario | EBITDA Margin | EBITDA Margin |
| 2017 But-For EBITDA Range | 26,403,655 | 32,613,187 |
| EBITDA Multiple | *17.0x* | *17.0x* |
| But-For Business Value | **$447,717,981** | **$553,010,940** |
| | | |
| As-Is Scenario | | |
| As-Is 2017 EBITDA | 24,496,429 | |
| EBITDA Multiple | *17.0x* | |
| As-Is Business Value | **$415,377,773** | |
| | | |
| XBT Lost Business Value: | **$32,340,207** - | **$137,633,166** |

## VI.    BENEFIT TO BUZZFEED

The views that the Defamatory Articles achieved had value to the Defendants. To analyze the benefit to Buzzfeed, we calculated the traffic, as measured by the total number of views for the Defamatory Articles, as well as the value of that traffic to the Defendants.

---

[37] Exhibit 5
[38] Exhibit 5
[39] Exhibit 6

CONSOR
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                              Page 13

The Defendants benefitted by receiving millions of views of the Defamatory Articles. At the time the complaint was filed, the original Defamatory Article had generated 5,950,378 views.[40] Subsequently, Buzzfeed "published eight additional follow-up articles, each of which links back to the original defamatory publication."[41]

## Google Trends

As an indication of the publicity generated by Buzzfeed from posting the Defamatory Articles, we analyzed Google Trends, which measures search engine interest of a particular term over a period of time. As described by Google, "the numbers on the graph reflect how many searches have been done for a particular term, relative to the total number of searches done on Google over time. They don't represent absolute search volume numbers, because the data is normalized and presented on a scale from 0-100. Each point on the graph is divided by the highest point and multiplied by 100."[42] Google Trends data from January 2016 to January 2018, using the term "Buzzfeed," is presented at Figure 9.

**Figure 9.**



As illustrated in Figure 9, the greatest level of search engine interest for "Buzzfeed" from January 2016 to January 2018, occurred in mid-January 2017. This corresponds with the date Buzzfeed posted the Defamatory Articles.

---

[40] Doc 34
[41] Doc 34
[42] Doc 75

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.                          **CONFIDENTIAL**
May 17, 2018                                      Page 14

## Benefit Analysis

The Defamatory Articles posted by Buzzfeed were viewed millions of times. To evaluate the benefit received by the Defendants, we analyzed the cost to generate an equivalent amount of traffic via a targeted digital marketing campaign.

Based on new data provided to us, the Defamatory Article has garnered 6,659,151 views and the Follow Up Articles have garnered 2,329,281 views, for a total of 8,988,432 views.[43]

Next, we reviewed keywords that generated traffic to the Buzzfeed website in January 2017, as well as the costs associated with using those keywords to generate traffic in a targeted digital marketing campaign. This information was obtained from Semrush.com.

- **Semrush** – is a "competitive research service for online marketing."[44] The company tracks web traffic analytics by domain name including organic traffic and ad keywords.

Using data reported by Semrush, we analyzed the top 100 keywords that generated traffic to Buzzfeed in January 2017. These are words or phrases which, when typed into a search engine, generate traffic to a website. In addition to reporting the percentage of user traffic generated from each keyword, Semrush reports the average cost to use each keyword to drive traffic.[45] The amount a company or website pays when someone clicks on an ad displayed amongst the search results is the called the cost per click ("CPC"). Using the January 2017 CPC for each of the top 100 keywords, as well the estimated percentage of traffic driven to Buzzfeed's website for each of those keywords, we calculated a weighted average CPC for Buzzfeed's top 100 keywords of $1.54.[46]

To estimate the cost required to generate an amount of web traffic equivalent to the views of the Defamatory Articles, we multiplied the $1.54 weighted average CPC by the 8,988,432 total views. This resulted in a total of $13,859,960. Our analysis is summarized in Figure 10.

### Figure 10.[47]

|  |  |
|---|---|
| Defamatory Article Views | 6,659,151 |
| Follow Up Articles Views | 2,329,281 |
| **Total Views** | **8,988,432** |
|  | x |
| **Weighted Average CPC** | **$1.54** |
| **Total Value of Views:** | **$13,859,960** |

---

[43] Doc 76
[44] Doc 65
[45] Doc 59
[46] Exhibit 12
[47] Exhibit 11

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**CONSOR®**
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                                 Page 15

## VII.   CONCLUSION

After reviewing the documentation provided, performing research and analysis, and based upon our professional background, knowledge, training, education, and decades of experience in intellectual property valuation and analysis, we have arrived at the following opinions in this case:

- Damages as measured by XBT's lost business value are between $32,340,207 and $137,633,166

- The benefit to Buzzfeed from views of the Defamatory Articles is $13,859,960

We reserve the right to revisit this analysis and amend these conclusions should additional information and/or documents become available for review. We further reserve the right to respond to opinions and issues raised by any opposing experts. Finally, we reserve the right to use demonstratives and other exhibits to present the opinions expressed in this report and/or any supplemental, amended, and/or rebuttal reports.

Sincerely,

**Jeff Anderson**
Managing Director

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**CONSOR®**
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                                Page 16

# APPENDIX A
# QUALIFICATIONS

## Jeff Anderson, MBA, CLP, CVA, CLS
## Managing Director
janderson@consor.com
Office: 858-800-4950

Jeff Anderson is the Managing Director at CONSOR®, an intellectual asset consulting firm specializing in trademark, patent, copyright and right of publicity valuation, licensing, and expert testimony. The firm is headquartered in La Jolla, California, and has offices in New York and London.  Mr. Anderson first earned a B.S. in Economics from Santa Clara University, and later went on to earn an MBA, with a concentration in Finance, from San Diego State University.

Mr. Anderson has a broad view of the world of intellectual property and intangible assets. He has lectured, spoken, and written on the topic of IP valuation, as well as the licensing of various intellectual property rights.  He is a contributing author to two books, and he is author and co-author of several articles on intellectual property valuation.  Coupled with his analytical approach to finance and economics, he has a unique view and expertise in intellectual property and intangible asset valuation and monetization.

Mr. Anderson has been designated as the testifying expert in matters pertaining to trademark, patent, database, rights of publicity (ROP), copyright, and website valuation and damages – he has testified in both domestic and international courts.  Through trial testimony, deposition testimony, and numerous Rule 26 reports, Mr. Anderson's expertise has been established and reaffirmed.

Mr. Anderson has performed valuations of intangible assets and intellectual properties for corporate litigation and business/transaction purposes. His project work spans the full spectrum of the intellectual property realm.  Industries worked on include: government, software, banking, healthcare, entertainment, construction, retail, energy, and manufacturing.  He has managed projects involving: valuation for litigation; sale/purchase valuation and negotiation; license structuring and negotiation; estate valuation; and valuation in expropriation and foreign markets.

Prior to joining CONSOR, Mr. Anderson was a finance manager in the pharmacy technology industry, and has had extensive experience in the mortgage and banking industry.  In those industry roles, Mr. Anderson performed comprehensive valuations of business assets, analyzed financial statements, and created and managed accounting systems.

**Memberships, Speeches and Publications**

**Offices, Memberships**

Certified Licensing Professional (CLP)
Certified Valuation Analyst (CVA)
Member, National Association of Certified Valuators and Analysts (NACVA)
Member, Licensing Executives Society
Co-Chair, Technology Branding and Trademark Licensing Committee, LES
Member, International Licensing Industry Merchandisers' Association (LIMA)
Member, International Trademark Association (INTA)
Certificate of Licensing Studies (CLS)

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                                 Page 17

### Seminars, Speeches and Presentations

2018    ABA - Expert Witnesses, Valuation, and Damages: The Expert's Point of View
2016    BVR – Litigation Dynamics and the Expert's Role: Valuation & Damages
2016    King and Spalding – Ethics and Experts in International Business, IP Valuation
2016    Hogan Lovells – Ethics and Experts in International Business, IP Valuation
2016    Internal Revenue Service – Intellectual Property Valuation
2015    BVR – Alternative Intellectual Property Valuation Approaches
2015    Clear Law Institute – Intellectual Property Valuation: Techniques to Maximize Accuracy
2014    Clear Law Institute – Valuation of Intellectual Property
2013    The Brand Establishment Conference - Maximizing Brand Value
2013    Business Valuation Resources (BVR) and EPM Communications - IP Valuations for Licensed Property Acquisitions

### Books

Secured Lending in Intellectual Property, 2nd Edition, LexisNexis Canada:   Contributing author with Weston Anson to Kiriakoula Hatzikiriakos, September 2017

Rights of Publicity: Analysis, Valuation, and the Law, American Bar Association.  Contributing author to Weston Anson, April 2015

### Published Articles

June 2015 – "Alternate Intellectual Property Valuation Approaches" with Weston Anson and Joshua Cawthorn, les Nouvelles

June 2014 – "What is your client really worth? Valuing the licensing potential of celebrities, characters and athletes", co-authored with Weston Anson and Jemma Samala, The Licensing Book

April 2013 – "Putting a price on trademarks: trends in IP valuation and damages calculations", co-authored with Weston Anson and David Noble, World Trademark Review

---

**Expert Experience and Litigation Support**

---

1.  Shields Pharmacy, LLC and John M. Shields v. Thomas Guilfoile, Tammy Marzigliano, and Outten & Golden, LLP
    Superior Court for the Commonwealth of Massachusetts, Plymouth
    Case No. 1683-CV-00323
    Expert Report, April 2018

2.  Aleksej Gubarev, XBT Holding S.A. and Webzilla, Inc. v. Buzzfeed, Inc. and Ben Smith
    United States District Court for the Southern District of Florida, Miami Division
    Case No. 0:17-cv-60426-UU
    Expert Report, February 2018

3.  Sky Link TV USA v. iTalk Global Communications, Inc., et al.
    United States District Court for the Central District of California, Western Divisions
    Case No. 2:17-cv-03323-JFW-E
    Expert Report, February 2018

4.  West Coast Undercover, Inc. v. Much and House Public Relations and Marketing Management, LLC
    Superior Court for the State of California, for the County of Los Angeles, Central District
    Case No. BC633153
    Designated Testifying Expert, January 2018

---

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.                         **CONFIDENTIAL**
May 17, 2018                                      Page 18

5.  Universal Engraving Inc. v. Polsinelli PC
    Circuit Court of Jackson County, Missouri at Kansas City
    Case No. 1616-CV09292
    Expert Report, December 2017

6.  Eric Gottesman v. Carlos Santana, et al.
    United States District Court Southern District of California
    Case No. 3:16-cv-02902-JLS-JLB
    Expert Report, December 2017

7.  21st Century Communities, Inc. v. Philip Bradley Parker and Wayne Williams
    Superior Court of the State of California in and for the County of Los Angeles
    Case No. 2:09-cv-02458-LDG-VDF
    Trial Testimony, December 2017

8.  Timed Out, LLC v. Crazy Horse, Inc., et al.
    Superior Court of the State of California, County of San Francisco – Civic Center Courthouse
    Case No. CGC-15-547904
    Mediation, November 2017

9.  Michael Kors, L.L.C. v. Chunma USA, Inc.
    United States District Court Central District of California
    Case No. 2:16-cv-01271 AB (AFMx)
    Deposition Testimony, September 2017

10. De Anda Enterprises, Inc., vs. JL Deanda Enterprises LLC
    United States District Court Central District of California
    Case No. 8:16-cv-2049
    Expert Report, August 2017

11. Dana Ruth Lixenberg v. Bioworld Merchandising, Inc., et al.
    United States District Court Central District of California
    Case No. CV15-07242-MWF-MRW
    Expert Report, February 2017

12. Jason Pierre-Paul v. ESPN, Inc.
    Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida
    Case No. 1:16-cv-21156
    Expert Opinion Letter, January 2017

13. Nina Pham v. Texas Health Resources, Inc.
    District Court of Dallas, Texas, 68th Judicial District
    Case No. DC-15-02252
    Expert Report, October 2016

14. Ocean Rodeo Sports Inc. v. Oyen Wiggs Green and Mutala LLP
    Supreme Court of British Columbia, Canada
    Civil Claim No. VIC-S-S-113283
    Expert Report, October 2016

15. J. Lloyd International, Inc. v. Super Wings International, Ltd.
    United States District Court for the Northern District of Iowa, Cedar Rapids Division
    Case No. 15-74 LRR
    Deposition Testimony, September 2016

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                                Page 19

16. Ronald Greenspan, D.D.S. v. Randolph F. Alexander, D.D.S.
    Superior Court of the State of California, County of San Diego – Central Division
    Case No. 37-2014-00029393-CU-DF-CTL
    Deposition Testimony, September 2016

17. Turner v. Snapchat, Inc., et al.
    Superior Court of the State of California, County of Los Angeles, Central District
    Case No. BC558442
    Designated Testifying Expert

18. Reserve Media, Inc. v. Efficient Frontiers, Inc.
    United States District Court, Central District of California
    Case No. 2:15-cv-05072
    Expert Report, Deposition Testimony, July 2016

19. Terry Bollea (Hulk Hogan) v. Gawker Media, LLC
    Circuit Court of the Sixth Judicial Circuit in and for Pinellas Country, Florida
    Case No. 12012447-CI-011
    Trial and Deposition Testimony, March 2016

20. Gaming Fund Group, Inc.
    California Gambling Control Commission
    Expert Testimony, February 2016

21. Longreef Investment A.V.V. v. The Bolivarian Republic of Venezuela
    International Centre for Settlement of Investment Disputes (ICSID), Paris
    Case No. ARB/11/51
    Arbitration Testimony, January 2016

22. Reese Witherspoon v. Marketing Advantages International, Inc., et al.
    Superior Court of the State of California, for the County of Los Angeles – West District
    Case No. SC120883
    Designated Testifying Expert, November 2015

23. A.M. Best Company, Inc. v. SNL Financial LC
    United States District Court of New Jersey
    Civil Action No. 11-1994 (SDW) (MCA)
    Consulting Expert, 2015

24. Cognate BioServices, Inc., et al. v. Alan K. Smith, et al.
    United States District Court for the District of Maryland
    Case No. 13-1797
    Consulting Expert, 2015

25. Omnicare, et al. v. Massachusetts Commissioner of Revenue
    The Commonwealth of Massachusetts Appellate Tax Board
    Docket No. 304910
    Expert Report, September 2014

26. Direct Consumer Information LLC v. Florida Panthers Hockey Club, Ltd.
    Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida
    Case No. 12-24709 (03)
    Expert Report, May 2014

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.
May 17, 2018

**CONFIDENTIAL**
Page 20

27. Jason Olive v. General Nutrition Centers, Inc.
    Superior Court of California for the County of Los Angeles, Central Civil West Division
    Case No. BC482686
    Deposition Testimony, March 2014

28. Chevron Corporation v. Donziger, et al.
    United States District Court for the Southern District of New York
    Case No. 11-cv-0691
    Consulting Expert, Expert Report and Trial Preparation, November 2013

29. Spitfire Studios, Inc. v. Spitfire Pictures, LLC, et al.
    United States District Court, Central District of California
    Case No. 2:13-cv-06638-SH
    Expert Opinion Letter, June 2013

30. Mr. Andrew Parower v. Ms. Lauren Schachter Parower
    Supreme Court of the State of New York, County of Westchester
    Case No. 10990/11
    Expert Report, January 2013

31. Beach Mart, Inc. v. L&L Wings, Inc.
    United States District Court, Eastern District of North Carolina
    Case No. 4:11-cv-149
    Expert Report and Deposition Preparation, June 2012

32. Youngblood Timepieces, Inc. v. Fossil, Inc. and Macy's Merchandising Group, Inc.
    United States District Court, Central District of California
    Case No. CV11-8175-SVW (MRWx)
    Rule 26 Report and Deposition Preparation, May 2012

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.
May 17, 2018

**CONFIDENTIAL**
Page 21

# APPENDIX B
## DOCUMENTS REVIEWED

| Doc # | Description |
|-------|-------------|
| 1 | P-G000704-P-G000727 |
| 2 | P-G000728-P-G000753 |
| 3 | P-G000233-P-G000258 |
| 4 | P-G000259-P-G000284 |
| 5 | P-G000783-P-G000818 |
| 6 | P-G000819-P-G000862 |
| 7 | P-G000285-P-G000327 |
| 8 | P-G000328-P-G000364 |
| 9 | P-G000365-P-G000405 |
| 10 | Customer revenues from 10/2015 to 12/2016. |
| 11 | "GoDaddy Inc (NYSE: GDDY) Financials," *CapitalIQ* |
| 12 | "Web com Group Inc (NasdaqGS: WEB) Financials," *CapitalIQ* |
| 13 | "Rackspace Hosting Inc Financials," *CapitalIQ* |
| 14 | "Melbourne IT Limited (ASX: MLB) Financials," *CapitalIQ* |
| 15 | "Tucows Inc (NasdaqCM: TCX) Financials," *CapitalIQ* |
| 16 | "Amazon.com Inc (NasdaqGS: AMZN) Financials," *CapitalIQ* |
| 17 | "Microsoft Corporation (NasdaqGS: MSFT) Financials," *CapitalIQ* |
| 18 | "Alphabet Inc (NasdaqGS: GOOGL) Financials," *CapitalIQ* |
| 19 | "Cisco Systems Inc (NasdaqGS: CSCO) Financials," *CapitalIQ* |
| 20 | "VeriSign Inc (NasdaqGS: VRSN) Financials," *CaptialIQ* |
| 21 | "Size of the Managed Hosting Market Worldwide From 2010 to 2020," *Statista Inc., https://www.statista.com/statistics/500557/worldwide-managed-hosting-market-size/* |
| 22 | Buzzfeed.com Top 100 Desktop Keywords SEMrush data January 2017 |

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                                 Page 22

| 23 | Buzzfeed.com Top 500 Desktop Keywords SEMrush data January 2017 |
|----|------------------------------------------------------------------|
| 24 | Buzzfeed.com Top 1,000 Desktop Keywords SEMrush data January 2017 |
| 25 | Buzzfeed.com Top 100 Desktop Keywords SEMrush data February 2017 |
| 26 | Buzzfeed.com Top 500 Desktop Keywords SEMrush data February 2017 |
| 27 | Buzzfeed.com Top 1,000 Desktop Keywords SEMrush data February 2017 |
| 28 | Buzzfeed.com Top 100 Mobile Keywords SEMrush data January, 2017 |
| 29 | Buzzfeed.com Top 500 Mobile Keywords SEMrush data January 2017 |
| 30 | Buzzfeed.com Top 1,000 Mobile Keywords SEMrush data January 2017 |
| 31 | Buzzfeed.com Top 100 Mobile Keywords SEMrush data February 2017 |
| 32 | Buzzfeed.com Top 500 Mobile Keywords SEMrush data February 2017 |
| 33 | Buzzfeed.com Top 1,000 Mobile Keywords SEMrush data February 2017 |
| 34 | Aleksej Gubarev, XBT Holdins S.A., and Webzilla, Inc. v Buzzfeed, Inc. and Ben Smith - Complaint |
| 35 | "Buzzfeed Inc Private Company Profile," *CapitalIQ* |
| 36 | "How Does BuzzFeed Make Money?" *Tech Times,* March 6, 2015. http://www.techtimes.com/articles/38013/20150306/buzzfeed-make-money.htm |
| 37 | "XBT Holding Ltd Private Company Profile," *CapitalIQ* |
| 38 | "Webzilla Inc Private Company Profile," *CapitalIQ* |
| 39 | "These Reports Allege Trump Has Deep Ties To Russia," *BuzzFeed News*, January 10, 2017. https://www.buzzfeed.com/kenbensinger/these-reports-allege-trump-has-deep-ties-to-russia?utm_term=.kyoqQqyGQE#.fj0mrmEYro |
| 40 | "What You Need To Know About The Secret Trump Dossier," *BuzzFeed News,* January 11, 2017. https://www.buzzfeed.com/anthonycormier/what-you-need-to-know-about-the-secret-trump-dossier?utm_term=.kpbQ5QZe52#.syKlKl4MKo |
| 41 | "Trump Shut Down A Journalist And A Repressive President Praised Him," *BuzzFeed News,* January 12, 2017. https://www.buzzfeed.com/hayesbrown/turkeys-president-gave-trump-props-for-shutting-down-a-repor?utm_term=.jn2m9mpz9w#.xwp9491W4K |
| 42 | "Kremlin Says Trump Claims Are 'Fake' While Trump Slams 'Political Witch Hunt'," *BuzzFeed News,* January 11, 2017. https://www.buzzfeed.com/rosebuchanan/kremlin-says-trump- |

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.          **CONFIDENTIAL**
May 17, 2018                        Page 23

| | |
|---|---|
| | claims-fake-and-aimed-at-damaging-us-russ?utm_term=.mvgVMVDlM6#.si8vgv23gW |
| 43 | "Spy Agencies Around The World Are Digging Into Trump's Moscow Ties," *BuzzFeed News,* January 13, 2017. https://www.buzzfeed.com/sheerafrenkel/spy-agencies-around-the-world-are-digging-into-trump-moscow?utm_term=.ruaVMVWqMd#.mmVDmDA5mP |
| 44 | "There Are Now Questions About Whether The Secret Trump Dossier Is Classified," *BuzzFeed News,* January 13, 2017. https://www.buzzfeed.com/alimwatkins/intel-officials-confused-about-whether-to-treat-secret-trump?utm_term=.rrJeMeJrMm#.xnV1X1dBXj |
| 45 | "People Can't Believe Trump Is Feuding With Civil Rights Leader John Lewis," *BuzzFeed News,* January 13, 2017. https://www.buzzfeed.com/salvadorhernandez/congressman-says-donald-trump-isnt-legitimately-president?utm_term=.kwy5L5xdL0#.epVBaBqYa7 |
| 46 | "BuzzFeed's Editor Explained The Decision To Publish The Unverified Trump Dossier," *BuzzFeed News,* January 15, 2017. https://www.buzzfeed.com/tasneemnashrulla/buzzfeed-editor-explains-decision-to-publish?utm_term=.ji7EBEZ7Br#.yc9XeXEDeW |
| 47 | "Putin Says Dossier Is An Obama Administration Attempt To Undermine Trump," *BuzzFeed News,* January 11, 2017. https://www.buzzfeed.com/buzzfeednews/trump-president-elect-news-conference?utm_term=.bjERPRmMPr#.ahRlNlqZNy |
| 48 | "Akamai Technologies Inc (NasdaqGS: AKAM) Financials," *CapitalIQ* |
| 49 | "DuPont Fabros Technology Inc Financials," *CapitalIQ* |
| 50 | "Equinix Inc (REIT) (NasdaqGS: EQIX) Financials," *CapitalIQ* |
| 51 | "InterXion Holding N.V. (NYSE: INXN) Financials," *CapitalIQ* |
| 52 | "iomart Group plc (AIM: IOM) Financials," *CapitalIQ* |
| 53 | "Rackspace Hosting Inc Financials," *CapitalIQ* |
| 54 | P-G000645-P-G000703 |
| 55 | "International Business Machines Corporation (NYSE: IBM) Financials," *CapitalIQ* |
| 56 | "Market Share Report Series Massive-Scale Cloud," *Structure Research,* March 15, 2017. |
| 57 | "Alibaba Group Holding Limited (NYSE: BABA) Financials," *CapitalIQ* |
| 58 | Search Ad Campaigns. https://adwords.google.com/home/how-it-works/search-ads/#?modal_active=none |
| 59 | Organic Research: Position (Desktop). *SEMrush.com,* January 2017. |
| 60 | P-C000079 |

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

CONSOR®
IP Consulting and Valuation

Gubarev et al v.
Buzzfeed, Inc. et al.                    **CONFIDENTIAL**
May 17, 2018                              Page 24

| 61 | "Telecommunications Services Annual Telecom Overview and State of the Industry," *Raymond James,* December 28, 2017. |
|----|----|
| 62 | Reports and Tools SEMrush Knowledge Base, *SEMrush.com.* https://www.semrush.com/kb/244-semrush-reports-tools |
| 63 | P-G001035-P-G001087 |
| 64 | Cost-per-click (CPC): Definition – Adwords Help. https://support.google.com/adwords/answer/116495?hl=en |
| 65 | "About Us," *SEMrush.com.* https://www.semrush.com/company/ |
| 66 | Keywords: Definition – AdWords Help. https://support.google.com/adwords/answer/6323?hl=en |
| 67 | P-A000374-P-A000376 |
| 68 | "Buzzfeed Inc Transaction Details," *CapitalIQ.* Deal closed August 10, 2014. |
| 69 | "Buzzfeed Inc Transaction Details," *CapitalIQ.* Deal closed August 18, 2015. |
| 70 | "Buzzfeed Inc Transaction Details," *CapitalIQ.* Deal closed November 21, 2016. |
| 71 | "Buzzfeed Inc Transaction Details," *CapitalIQ.* Deal closed January 3, 2013. |
| 72 | Buzzfeed – Explore – Google Trends. https://trends.google.com/trends/explore?date=2016-01-20%202018-02-20&q=buzzfeed |
| 73 | "EBITDA/EV Multiple," *Investopedia.* https://www.investopedia.com/terms/e/ebitda-ev-multiple.asp |
| 74 | "EBITDA – Earnings Before Interest, Taxes, Depreciation and Amortization," *Investopedia.* https://www.investopedia.com/terms/e/ebitda.asp |
| 75 | About Trends Graphs – Trends Help. https://support.google.com/trends/answer/4355164?hl=en&rd=1 |
| 76 | Buzzfeed 010335 |
| 77 | P-C000080 |
| 78 | "IBM Cashes In On The Cloud – Buys Hosting Company SoftLayer," *Business Insider.* June 5, 2013. |
| 79 | "SoftLayer Revenue and Operations Grow in First Half of 2010," *Business Wire.* July 26, 2010. |

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Gubarev et al v.
Buzzfeed, Inc. et al.
**CONFIDENTIAL**
May 17, 2018
Page 25

| 80 | Videotaped deposition of Rajesh Mishra. May 1, 2018. |
|----|------------------------------------------------------|

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**Exhibit 1**

| Summary of Opinions | | | |
| --- | --- | --- | --- |
| | | | *Source* |
| **XBT Lost Business Value** | **$32,340,207** | **-    $137,633,166** | *Exhibit 3* |
| **Benefit to Buzzfeed From Views of the Defamatory Articles** | | **$13,859,960** | *Exhibit 11* |

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**Exhibit 3**

| XBT Lost Business Value | | |
|---|---|---|
| **But-For Scenario** | **Historical EBITDA Margin** | **XBT Actual Forecast** |
| 2017 But-For EBITDA Range[1] | *26,403,655* | *32,613,187* |
| EBITDA Multiple[2] | *17.0x* | *17.0x* |
| **But-For Business Value** | **$447,717,981** | **$553,010,940** |
| **As-Is Scenario** | | |
| As-Is 2017 EBITDA[3] | 24,496,429 | |
| EBITDA Multiple | *17.0x* | |
| **As-Is Business Value** | **$415,377,773** | |
| **XBT Lost Business Value:** | **$32,340,207** | **$137,633,166** |

*Notes:*
   **1**  Exhibit 5; Exhibit 6
   **2**  Exhibit 10
   **3**  Exhibit 5

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**Exhibit 2**

| Assumptions | | |
|---|---|---|
| | | *Source* |
| **EBITDA Multiple** | | |
| KPMG Comparables | 17.0x | *Exhibit 10* |
| | | |
| **Keyword Value** | | |
| Buzzfeed Weighted Average CPC | $1.54 | *Exhibit 12* |

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Exhibit 4

| XBT Monthly Revenues[1] | |
|---|---|
| **Month** | **Revenue** |
| Jan-14 | $2,835,846 |
| Feb-14 | $3,080,821 |
| Mar-14 | $3,101,302 |
| Apr-14 | $3,074,682 |
| May-14 | $3,147,985 |
| Jun-14 | $3,025,828 |
| Jul-14 | $3,022,145 |
| Aug-14 | $3,152,927 |
| Sep-14 | $3,041,625 |
| Oct-14 | $2,864,647 |
| Nov-14 | $2,928,654 |
| Dec-14 | $2,945,044 |
| Jan-15 | $3,434,976 |
| Feb-15 | $3,375,867 |
| Mar-15 | $3,527,488 |
| Apr-15 | $3,160,749 |
| May-15 | $3,040,749 |
| Jun-15 | $3,035,717 |
| Jul-15 | $3,153,814 |
| Aug-15 | $3,082,743 |
| Sep-15 | $3,097,870 |
| Oct-15 | $3,118,115 |
| Nov-15 | $3,373,723 |
| Dec-15 | $3,377,211 |
| Jan-16 | $2,953,847 |
| Feb-16 | $2,947,857 |
| Mar-16 | $3,201,392 |
| Apr-16 | $3,674,263 |
| May-16 | $3,707,789 |
| Jun-16 | $3,784,952 |
| Jul-16 | $4,108,935 |
| Aug-16 | $4,197,186 |
| Sep-16 | $5,112,591 |
| Oct-16 | $5,267,935 |
| Nov-16 | $5,303,047 |
| Dec-16 | $5,467,576 |
| Jan-17 | $4,323,849 |
| Feb-17 | $3,410,774 |
| Mar-17 | $3,908,053 |
| Apr-17 | $4,017,741 |
| May-17 | $4,201,815 |
| Jun-17 | $4,727,465 |
| Jul-17 | $5,356,012 |
| Aug-17 | $5,446,087 |
| Sep-17 | $5,605,127 |
| Oct-17 | $5,559,173 |
| Nov-17 | $5,906,807 |
| Dec-17 | $5,814,370 |



*Notes:*
*1* Doc 77. Per CFO, $5.5m in one time revenue in December, 2015, should have been realized evenly throughout 2015.

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Exhibit 5

| XBT EBITDA - Based on Historical EBITDA Margin | | | | | | | As-Is Scenario 2017[1] | But-For Scenario 2017[2] | | Common Size | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | | | | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| Revenue[3] | $32,338,025 | $33,120,871 | $32,827,224 | $36,221,506 | $38,779,073 | $49,727,371 | $58,277,274 | $62,814,587 | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Operating Profit[3] | 6,804,762 | 4,809,617 | 6,532,038 | 4,454,214 | 4,983,626 | 8,370,246 | 9,809,389 | 10,573,122 | | 21.0% | 14.5% | 19.9% | 12.3% | 12.9% | 16.8% |
| Depreciation of PP&E[4] | 2,232,850 | 5,264,787 | 5,017,460 | 6,579,207 | 8,420,620 | 9,938,410 | 11,647,176 | 12,553,994 | | 6.9% | 15.9% | 15.3% | 18.2% | 21.7% | 20.0% |
| Amortization of Computer Software[4] | 2,916 | 1,928 | 8,826 | 1,556,576 | 1,428,366 | 2,593,883 | 3,039,864 | 3,276,539 | | 0.0% | 0.0% | 0.0% | 4.3% | 3.7% | 5.2% |
| Amortization of Research and Development[4] | | | 462,726 | | | | | | | 0.0% | 0.0% | 1.4% | 0.0% | 0.0% | 0.0% |
| EBITDA | $9,040,528 | $10,076,332 | $12,021,050 | $12,589,997 | $14,832,612 | $20,902,539 | $24,496,429 | $26,403,655 | | 28.0% | 30.4% | 36.6% | 34.8% | 38.2% | 42.0% |

Notes:
1 2017 as-is figures are calculated using XBT's 2016 common size, multiplied by 2017's actual revenue from Doc 77. Calculated figures are in italics. The calculated EBITDA figure is used in our as-is scenario
2 2017 revenue is from XBT's business plan, Doc 63. Based on testimony from XBT's CFO, the loss of a customer was anticipated to impact five to six months of the 2017 forecast (Doc 80, p 144 lines 11-13). As such, we reduced the 2017 forecast by the total revenue received in the last six months of 2016 from this customer, $1,392,821 (Doc 10). All other line items are calculated using XBT's 2016 common size multiplied by 2017's revenue.
3 Exhibit 7
4 Exhibit 9

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Exhibit 6

| XBT EBITDA - Based on Projected 2017 EBITDA Margin | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | As-Is Scenario 2017[1] | But-For Scenario 2017[2] | Common Size 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue[3] | $32,338,025 | $33,120,871 | $32,827,224 | $36,221,506 | $38,779,073 | $49,727,371 | $58,277,274 | $62,814,587 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Operating Profit[3] | 6,804,762 | 4,809,617 | 6,532,038 | 4,454,214 | 4,983,626 | 8,370,246 | 9,809,389 | | 21.0% | 14.5% | 19.9% | 12.3% | 12.9% | 16.8% |
| Depreciation of PP&E[4] | 2,232,850 | 5,264,787 | 5,017,460 | 6,579,207 | 8,420,620 | 9,938,410 | 11,647,176 | | 6.9% | 15.9% | 15.3% | 18.2% | 21.7% | 20.0% |
| Amortization of Computer Software[4] | 2,916 | 1,928 | 8,826 | 1,556,576 | 1,428,366 | 2,593,883 | 3,039,864 | | 0.0% | 0.0% | 0.0% | 4.3% | 3.7% | 5.2% |
| Amortization of Research and Development[4] | | | 462,726 | | | | | | 0.0% | 0.0% | 1.4% | 0.0% | 0.0% | 0.0% |
| EBITDA | $9,040,528 | $10,076,332 | $12,021,050 | $12,589,997 | $14,832,612 | $20,902,539 | $24,496,429 | $32,613,187 | 28.0% | 30.4% | 36.6% | 34.8% | 38.2% | 42.0% |

**Notes:**

*1* 2017 as-is figures are calculated using XBT's 2016 common size, multiplied by 2017's actual revenue from Doc 77. Calculated figures are in italics. The calculated EBITDA figure is used in our as-is scenario.

*2* 2017 revenue is from XBT's business plan, Doc 63. Based on testimony from XBT's CFO, the loss of a customer was anticipated to impact five to six months of the 2017 forecast (Doc 80, p 144 lines 11-13). As such, we reduced the 2017 forecast by the total revenue received in the last six months of 2016 from this customer, $1,392,821 (Doc 10). EBITDA was adjusted based on the percentage of revenue attributable to this customer: ($1,391,821 revenue * 51.9% margin) = $722,630. ($33,335,817 unadjusted EBITDA - $722,630) = $32,613,187 adjusted EBITDA.

*3* Exhibit 7

*4* Exhibit 9

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Exhibit 7

| XBT Income Statement | | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Common Size | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Source: | Doc 5 | Doc 6 | Doc 7 | Doc 8 [1] | Doc 9 | Doc 9 | Doc 77 [2] | | | | | | | |
| Revenue | | 32,338,025 | 33,120,871 | 32,827,224 | 36,221,506 | 38,779,073 | 49,727,371 | 58,277,274 | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Loan Interest Income | | 158,904 | 300,714 | - | - | - | - | - | | 0.5% | 0.9% | - | - | - | - |
| Cost of Sales | | (22,796,651) | (16,908,526) | (12,967,043) | (14,376,086) | (12,738,354) | (12,889,527) | (15,105,695) | | -70.5% | -51.1% | -39.5% | -39.7% | -32.8% | -25.9% |
| Gross Profit | | 9,700,278 | 16,513,059 | 19,860,181 | 21,845,420 | 26,040,719 | 36,837,844 | 43,171,579 | | 30.0% | 49.9% | 60.5% | 60.3% | 67.2% | 74.1% |
| | | | | | | | | | | | | | | | |
| Other Operating Income | | 21,595 | 54,835 | 455,553 | 420,658 | 151,833 | 15,720 | 18,423 | | 0.1% | 0.2% | 1.4% | 1.2% | 0.4% | 0.0% |
| Selling and Distribution Income | | (1,047,503) | (5,971,657) | (3,925,299) | (115,093) | (99,492) | (698,770) | (818,913) | | -3.2% | -18.0% | -12.0% | -0.3% | -0.3% | -1.4% |
| Administrative Expenses | | (1,869,608) | (5,786,620) | (9,858,397) | (17,689,689) | (21,104,148) | (27,784,548) | (32,561,700) | | -5.8% | -17.5% | -30.0% | -48.8% | -54.4% | -55.9% |
| Other Operating Expenses | | - | - | - | (7,082) | (5,286) | - | - | | - | - | - | 0.0% | 0.0% | - |
| Total Expenses | | (2,895,516) | (11,703,442) | (13,328,143) | (17,391,206) | (21,057,093) | (28,467,598) | (33,362,190) | | -9.0% | -35.3% | -40.6% | -48.0% | -54.3% | -57.2% |
| | | | | | | | | | | | | | | | |
| Operating Profit | | 6,804,762 | 4,809,617 | 6,532,038 | 4,454,214 | 4,983,626 | 8,370,246 | 9,809,389 | | 21.0% | 14.5% | 19.9% | 12.3% | 12.9% | 16.8% |
| | | | | | | | | | | | | | | | |
| Finance Income | | - | 57,777 | 90,815 | 175,457 | 316,261 | 182,980 | 214,441 | | - | 0.2% | 0.3% | 0.5% | 0.8% | 0.4% |
| Finance Expenses | | (794,833) | (915,335) | (816,404) | (1,082,335) | (1,419,923) | (2,120,371) | (2,484,793) | | -2.5% | -2.8% | -2.5% | -3.0% | -3.7% | -4.3% |
| Net Finance Expenses | | (794,833) | (857,558) | (725,589) | (906,878) | (1,103,662) | (1,937,267) | (2,270,352) | | -2.5% | -2.6% | -2.2% | -2.5% | -2.8% | -3.9% |
| | | | | | | | | | | | | | | | |
| Profit Before Tax | | 6,009,929 | 3,952,059 | 5,806,449 | 3,547,336 | 3,879,964 | 6,432,979 | 7,539,037 | | 18.6% | 11.9% | 17.7% | 9.8% | 10.0% | 12.9% |
| Tax | | (47,212) | (199,989) | (140,678) | (63,034) | (400,443) | (180,205) | (211,189) | | -0.1% | -0.6% | -0.4% | -0.2% | -1.0% | -0.4% |
| | | | | | | | | | | | | | | | |
| Profit/Loss for the Year | | 5,962,717 | 3,752,070 | 5,665,771 | 3,484,302 | 3,479,521 | 6,252,774 | 7,327,848 | | 18.4% | 11.3% | 17.3% | 9.6% | 9.0% | 12.6% |
| | | | | | | | | | | | | | | | |
| Other Comprehensive Income | | - | - | - | - | - | - | - | | | | | | | |
| | | | | | | | | | | | | | | | |
| Total Comprehensive Income for the Year | | 5,962,717 | 3,752,070 | 5,665,771 | 3,484,302 | 3,479,521 | 6,252,774 | 7,327,848 | | 18.4% | 11.3% | 17.3% | 9.6% | 9.0% | 12.6% |

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|
| Revenue Growth, Year Over Year (YoY) | | 2.4% | -0.9% | 10.3% | 7.1% | 28.2% | 17.2% |

Notes:
1 2014 figures were chosen for XBT SA.
2 XBT's 2017 revenues are from Doc 77. All other amounts are calculated by multiplying XBT's 2017 revenue by their 2016 common size for the respective line item.

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Exhibit 8

| XBT Balance Sheet | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Common Size 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Source: | Doc 5 | Doc 6 | Doc 7 | Doc 8[1] | Doc 9 | Doc 9 | | | | | | |
| **Assets** | | | | | | | | | | | | |
| **Non-Current Assets** | | | | | | | | | | | | |
| Plants, Property, and Equipment | 10,769,275 | 14,284,396 | 16,265,509 | 16,288,512 | 20,706,940 | 32,686,479 | 67.5% | 4.0% | 6.4% | 6.3% | 7.5% | 11.3% |
| Intangible Assets | 407,699 | 332,022,999 | 222,569,037 | 230,144,166 | 235,041,714 | 238,934,493 | 2.6% | 93.9% | 88.2% | 89.1% | 85.6% | 83.0% |
| Available-For-Sale Financial Assets | - | - | - | - | - | 675,900 | | | | | | 0.2% |
| Loans Receivable | 306,000 | - | 999,189 | 616,315 | 258,363 | 933,296 | 1.9% | - | 0.4% | 0.2% | 0.1% | 0.3% |
| **Total Non-Current Assets** | 11,482,974 | 346,307,395 | 239,833,735 | 247,048,993 | 256,007,017 | 273,230,168 | 72.0% | 97.9% | 95.0% | 95.7% | 93.2% | 94.9% |
| | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | |
| Inventories | 626,723 | 1,294,173 | 3,520,891 | 2,107,430 | 1,668,012 | 67,795 | 3.9% | 0.4% | 1.4% | 0.8% | 0.6% | 0.0% |
| Trade and Other Receivables | 2,723,206 | 4,515,479 | 6,306,693 | 7,897,199 | 11,509,873 | 8,903,264 | 17.1% | 1.3% | 2.5% | 3.1% | 4.2% | 3.1% |
| Loans Receivable | - | 793,476 | 2,733,502 | - | - | - | - | 0.2% | 1.1% | | | |
| Cash at Bank and in Hand | 1,125,737 | 824,540 | - | 1,180,067 | 5,431,266 | 5,807,698 | 7.1% | 0.2% | - | 0.5% | 2.0% | 2.0% |
| **Total Current Assets** | 4,475,666 | 7,427,668 | 12,561,086 | 11,184,696 | 18,609,151 | 14,778,757 | 28.0% | 2.1% | 5.0% | 4.3% | 6.8% | 5.1% |
| | | | | | | | | | | | | |
| **Total Assets** | 15,958,640 | 353,735,063 | 252,394,821 | 258,233,689 | 274,616,168 | 288,008,925 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | | | | | | | |
| **Equity** | | | | | | | | | | | | |
| Share Capital | 1,301,337 | 1,368,045 | 1,368,045 | 1,306,566 | 1,306,566 | 1,306,566 | 8.2% | 0.4% | 0.5% | 0.5% | 0.5% | 0.5% |
| Share Premium | - | 4,933,292 | - | - | - | - | - | 1.4% | | | | |
| Reserves | 5,017,026 | $336,693,930 | 232,696,949 | 240,619,621 | 243,982,951 | 250,030,329 | 31.4% | 95.2% | 92.2% | 93.2% | 88.8% | 86.8% |
| **Total Equity Attributable to Owners of the Company** | 6,318,363 | 342,995,267 | 234,064,994 | 241,926,187 | 245,289,517 | 251,336,895 | 39.6% | 97.0% | 92.7% | 93.7% | 89.3% | 87.3% |
| Non-Controlling Interests | - | 221,286 | 93,914 | 209,175 | 341,707 | 489,388 | - | 0.1% | 0.0% | 0.1% | 0.1% | 0.2% |
| | | | | | | | | | | | | |
| **Total Equity** | 6,318,363 | 343,216,553 | 234,158,908 | 242,135,362 | 245,631,224 | 251,826,283 | 39.6% | 97.0% | 92.8% | 93.8% | 89.4% | 87.4% |
| | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | |
| Loans and Borrowing | 3,957,760 | 3,287,728 | 3,883,395 | 2,578,608 | 4,841,125 | 3,854,814 | 24.8% | 0.9% | 1.5% | 1.0% | 1.8% | 1.3% |
| Long-Term Portion of Obligations Under Finance Leases | - | 1,653,749 | 2,583,870 | 2,527,284 | 6,082,962 | 11,419,634 | - | 0.5% | 1.0% | 1.0% | 2.2% | 4.0% |
| Trade and Other Payables | 249,292 | - | - | - | - | - | 1.6% | - | - | - | - | - |
| Deferred Tax Liabilities | - | 108 | - | - | - | - | - | 0.0% | - | - | - | - |
| **Total Non-Current Liabilities** | 4,207,052 | 4,941,585 | 6,467,265 | 5,105,892 | 10,924,087 | 15,274,448 | 26.4% | 1.4% | 2.6% | 2.0% | 4.0% | 5.3% |
| | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| Bank Overdrafts | 94,957 | 498,071 | - | - | 607,650 | 466,906 | 0.6% | 0.1% | - | - | 0.2% | 0.2% |
| Short-Term Loans | 299,569 | - | 620,824 | 679,320 | - | - | 1.9% | - | 0.2% | 0.3% | | |
| Obligations Under Finance Leases | 670,190 | - | 2,506,456 | 2,992,187 | 4,666,068 | 8,773,990 | 4.2% | - | 1.0% | 1.2% | 1.7% | 3.0% |
| Trade and Other Payables | 4,321,297 | 4,295,165 | 6,521,827 | 5,246,697 | 12,512,746 | 11,517,766 | 27.1% | 1.2% | 2.6% | 2.0% | 4.6% | 4.0% |
| Deferred Income | - | 736,425 | 2,001,957 | 1,928,471 | - | - | - | 0.2% | 0.8% | 0.7% | - | |
| Tax Liability | 47,212 | 47,264 | 117,584 | 145,760 | 274,393 | 149,532 | 0.3% | 0.0% | 0.0% | 0.1% | 0.1% | 0.1% |
| **Total Current Liabilities** | 5,433,225 | 5,576,925 | 11,768,648 | 10,992,435 | 18,060,857 | 20,908,194 | 34.0% | 1.6% | 4.7% | 4.3% | 6.6% | 7.3% |
| | | | | | | | | | | | | |
| **Total Liabilities** | 9,640,277 | 10,518,510 | 18,235,913 | 16,098,327 | 28,984,944 | 36,182,642 | 60.4% | 3.0% | 7.2% | 6.2% | 10.6% | 12.6% |
| | | | | | | | | | | | | |
| **Total Equity and Liabilities** | 15,958,640 | 353,735,063 | 252,394,821 | 258,233,689 | 274,616,168 | 288,008,925 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

*Notes:*
1  2014 figures were chosen for XBT SA.

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**Exhibit 9**

| XBT Statement of Cash Flows | Source: | 2011 Doc 5 | 2012 Doc 6 | 2013 Doc 7 | 2014 Doc 8 [1] | 2015 Doc 9 | 2016 Doc 9 |
|---|---|---|---|---|---|---|---|
| **Cash Flow From Operating Activities** | | | | | | | |
| Profit/Loss for the Year | | $5,962,717 | $3,752,070 | $5,665,711 | $3,484,302 | $3,479,521 | $6,252,774 |
| Adjustments for: Depreciation of Property, Plant, and Equipment | | $2,232,850 | $5,264,787 | $5,017,460 | $6,579,207 | $8,420,620 | $9,938,410 |
| Unrealized Exchange Profit/Loss | | $49,346 | $47,128 | $58,563 | $124,619 | ($9,360) | ($97,751) |
| Amortization of Computer Software | | $2,916 | $1,928 | $8,826 | $1,556,576 | $1,428,366 | $2,593,883 |
| Amortization of Research and Development | | | | $462,726 | | | |
| Profit from the Sale of Property, Plant, and Equipment | | | | ($11,787) | ($244,840) | | |
| Share of Profit From Investments in Equity-Accounted Investees | | | ($33,045) | | | | |
| Interest Income | | ($158,904) | ($300,782) | ($193,384) | ($5,966) | | ($14,592) |
| Interest Expense | | $628,079 | $633,898 | $564,418 | $732,470 | $996,050 | $1,569,602 |
| Income Tax Expense | | $47,212 | $199,989 | $140,678 | $63,034 | $400,443 | $180,205 |
| **Cash Flows from Operations Before Working Capital Changes** | | **$8,764,216** | **$9,565,973** | **$11,713,271** | **$12,289,402** | **$14,715,640** | **$20,422,531** |
| Increase/Decrease in Inventories | | ($626,723) | ($667,450) | ($2,226,718) | ($2,107,430) | $439,418 | $1,600,217 |
| Increase in Trade and Other Receivables | | ($1,982,397) | ($1,792,273) | ($2,689,742) | ($7,897,199) | ($3,612,674) | $2,198,346 |
| Increase/Decrease in Trade and Other Payables | | $2,500,183 | $284,505 | $2,226,663 | ($1,306,693) | $7,266,048 | ($963,252) |
| Increase/Decrease in Deferred Income | | | $190,275 | $1,265,532 | $1,928,471 | ($1,928,471) | ($31,728) |
| **Cash Flows from Operations** | | **$8,655,279** | **$7,581,030** | **$10,289,006** | **$2,906,551** | **$16,879,961** | **$23,226,114** |
| Interest Received | | $158,904 | $300,714 | $188,862 | | | |
| Tax Paid | | | ($199,937) | ($70,358) | $82,726 | ($271,810) | ($305,066) |
| **Net Cash Flows from Operating Activities** | | **$8,814,183** | **$7,681,807** | **$10,407,510** | **$2,989,277** | **$16,608,151** | **$22,921,048** |
| | | | | | | | |
| **Cash Flows From Investing Activities** | | | | | | | |
| Payment for Acquisition of Intangible Assets | | ($404,981) | ($3,798,917) | ($4,853,553) | ($4,595,322) | ($6,325,914) | ($6,486,662) |
| Payment for Acquisition of Property, Plant, and Equipment | | ($7,145,720) | ($8,779,908) | ($8,572,959) | ($6,602,210) | ($12,839,048) | ($21,917,949) |
| Payment for Acquisition of Investments in Investments in Equity-Accounted Investees | | | $33,045 | | | | |
| Payment for Acquisition of Available-For-Sale Financial Assets | | | | | | | ($675,900) |
| Loans Granted | | ($226,000) | ($487,476) | ($205,713) | ($616,315) | ($206,650) | ($1,672,302) |
| Loans Repayments Received | | | | | | $564,602 | $997,369 |
| Proceeds From Disposal of Intangible Assets | | | $408,917 | | | | |
| Proceeds From Disposal of Property, Plant, and Equipment | | | | $685,220 | $777,734 | | |
| Interest Received | | | $68 | $4,522 | $5,966 | | |
| **Net Cash Flows Used in Investing Activities** | | **($7,776,701)** | **($12,624,271)** | **($12,942,483)** | **($11,030,147)** | **($18,807,010)** | **($29,755,444)** |
| | | | | | | | |
| **Cash Flows From Financing Activities** | | | | | | | |
| Proceeds from Issue of Share Capital | | $1,300,000 | $5,000,000 | - | $240,633,434 | - | - |
| Repayment of Borrowings | | - | ($1,213,154) | - | ($2,437,129) | ($1,641,129) | ($2,518,050) |
| Proceeds from Borrowings | | $416,508 | - | $595,667 | $972,959 | $3,653,182 | $1,315,957 |
| Proceeds from Obligations Under Finance Leases | | $153,820 | $983,559 | $4,643,795 | $3,055,911 | $9,847,864 | $15,661,456 |
| Repayments of Obligations Under Finance Leases | | - | - | ($1,384,576) | ($3,063,064) | ($5,431,264) | ($6,216,862) |
| Unrealized Exchange (Loss) | | ($49,346) | ($47,128) | ($58,563) | ($124,619) | $276,166 | ($31,946) |
| Interest Paid | | ($628,079) | ($633,898) | ($1,334,131) | ($136,439) | ($183,091) | ($1,267,246) |
| Dividends Paid | | ($1,300,000) | ($83,000) | - | - | - | - |
| **Net Cash Flows From/Used in Financing Activities** | | **($107,097)** | **$4,006,379** | **$2,462,192** | **$238,901,053** | **$6,521,728** | **$6,943,309** |
| | | | | | | | |
| Effect of Exchange Rate Fluctuation on Cash Held | | ($2) | - | - | - | - | - |
| **Net Increase/Decrease in Cash and Cash Equivalents** | | **$930,383** | **($936,085)** | **($72,781)** | **$230,860,183** | **$4,322,869** | **$108,913** |
| Cash and Cash Equivalents at the Beginning of the Year | | $100,397 | $1,262,554 | $2,185,459 | ($230,359,436) | $500,747 | $4,823,616 |
| **Cash and Cash Equivalents at the End of the Year** | | **$1,030,780** | **$326,469** | **$2,112,678** | **$500,747** | **$4,823,616** | **$4,932,529** |

*Notes:*
1 2014 figures were chosen for XBT SA.

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**Exhibit 10**

| Comparable Companies EBITDA Multiple | | |
|---|---|---|
| **KPMG Comparables[1]** | **EBITDA Multiple[2]** | *Source* |
| Akamai Technologies | 14.0x | *Doc 48* |
| Dupont Fabros Technology | 21.8x | *Doc 49; Note 3* |
| Equinix, Inc. | 26.0x | *Doc 50* |
| InterXion Holding NV | 20.7x | *Doc 51* |
| iomart Group plc | 12.2x | *Doc 52* |
| Rackspace | 7.0x | *Doc 53; Note 4* |
| **Median** | **17.1x** | |
| **Average** | **17.0x** | |

*Notes:*
*1* Doc 54
*2* Multiple as of 12/29/2017 unless noted otherwise
*3* Multiple as of 9/13/2017
*4* Multiple as of 11/2/2016

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**Exhibit 11**

| Value of Views | | Source |
|---|---|---|
| Defamatory Article Views | 6,659,151 | *Doc 76* |
| Follow Up Articles Views | 2,329,281 | *Doc 76* |
| **Total Views** | **8,988,432** | |
| | x | |
| **Weighted Average CPC** | **$1.54** | *Exhibit 12* |
| **Total Value of Views:** | **$13,859,960** | |

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Exhibit 12

| Buzzfeed Keyword Cost Per Click (CPC)[1] | | | | | |
|---|---|---|---|---|---|
| Keyword | Keyword Rank | Search Volume | CPC | Traffic (%) | URL |
| | | | (a) | (b) | |
| buzzfeed | 1 | 2,240,000 | $2.50 | 9.20% | https://www.buzzfeed.com/ |
| buzzfeed quizzes | 2 | 301,000 | $0.59 | 1.23% | https://www.buzzfeed.com/quizzes |
| knock knock jokes | 3 | 246,000 | $0.02 | 0.59% | http://www.buzzfeed.com/tabathaleggett/kn |
| quizzes | 4 | 246,000 | $0.31 | 0.59% | https://www.buzzfeed.com/quizzes |
| elf on the shelf ideas | 5 | 135,000 | $0.15 | 0.32% | https://www.buzzfeed.com/mikespohr/genius- |
| quiz | 6 | 135,000 | $0.48 | 0.32% | https://www.buzzfeed.com/quizzes |
| corny jokes | 7 | 135,000 | $0.04 | 0.32% | http://www.buzzfeed.com/kaylayandoli/corny- |
| would you rather questions | 8 | 110,000 | $0.31 | 0.26% | http://www.buzzfeed.com/spenceralthouse/gi |
| buzz | 9 | 60,500 | $0.09 | 0.24% | https://www.buzzfeed.com/ |
| lularoe leggings | 10 | 673,000 | $0.17 | 0.24% | https://www.buzzfeed.com/rachelwmiller/ho |
| funny snapchats | 11 | 90,500 | $0.96 | 0.21% | http://www.buzzfeed.com/samstryker/bend- |
| drinking games | 12 | 90,500 | $0.40 | 0.21% | https://www.buzzfeed.com/mallorymcinnis/g |
| hot guys | 13 | 90,500 | $0.80 | 0.21% | https://www.buzzfeed.com/jennaguillaume/t |
| buzz feed | 14 | 49,500 | $0.00 | 0.20% | https://www.buzzfeed.com/ |
| buzzfeed com | 15 | 49,500 | $1.09 | 0.20% | https://www.buzzfeed.com/ |
| horror movies 2015 | 16 | 74,000 | $2.61 | 0.17% | http://www.buzzfeed.com/louispeitzman/best- |
| tasty | 17 | 74,000 | $0.46 | 0.17% | https://www.buzzfeed.com/tasty |
| trypophobia | 18 | 246,000 | $0.06 | 0.16% | http://www.buzzfeed.com/daves4/trypophobi |
| teacher memes | 19 | 60,500 | $0.09 | 0.14% | http://www.buzzfeed.com/weareteachers/the- |
| twenty one pilots quotes | 20 | 60,500 | $0.01 | 0.14% | http://www.buzzfeed.com/kfair625/58- |
| dental dam | 21 | 60,500 | $0.35 | 0.14% | http://www.buzzfeed.com/skarlan/what-the- |
| would you rather | 22 | 301,000 | $0.11 | 0.13% | http://www.buzzfeed.com/spenceralthouse/gi |
| food | 23 | 823,000 | $2.28 | 0.12% | https://www.buzzfeed.com/food |
| trending | 24 | 49,500 | $0.37 | 0.11% | https://www.buzzfeed.com/trending |
| hemsworth brothers | 25 | 49,500 | $0.00 | 0.11% | http://www.buzzfeed.com/jennaguillaume/fac |
| dad jokes | 26 | 49,500 | $0.08 | 0.11% | http://www.buzzfeed.com/mikespohr/29-dad- |
| plus size models | 27 | 49,500 | $1.11 | 0.11% | https://www.buzzfeed.com/norawhelan/there |
| chip and joanna gaines | 28 | 673,000 | $1.61 | 0.10% | https://www.buzzfeed.com/kateaurthur/chip- |
| poot | 29 | 40,500 | $0.25 | 0.09% | http://www.buzzfeed.com/krishrach/delete-it- |

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**Exhibit 12**

| Buzzfeed Keyword Cost Per Click (CPC)[1] | | | | | |
|---|---|---|---|---|---|
| Keyword | Keyword Rank | Search Volume | CPC | Traffic (%) | URL |
| | | | (a) | (b) | |
| diaper cake | 30 | 40,500 | $0.65 | 0.09% | https://www.buzzfeed.com/nataliebrown/dia |
| magic tricks | 31 | 40,500 | $1.06 | 0.09% | https://www.buzzfeed.com/mikespohr/17- |
| how tall is tom cruise | 32 | 40,500 | $0.00 | 0.09% | http://www.buzzfeed.com/ggggenji/7-photos- |
| tom cruise height | 33 | 40,500 | $2.33 | 0.09% | http://www.buzzfeed.com/ggggenji/7-photos- |
| tasty recipes | 34 | 40,500 | $0.46 | 0.09% | https://www.buzzfeed.com/tasty |
| galentine's day | 35 | 40,500 | $0.00 | 0.09% | http://www.buzzfeed.com/maggyvaneijk/brea |
| buzzfeed food | 36 | 40,500 | $1.60 | 0.09% | https://www.buzzfeed.com/food |
| funny text messages | 37 | 40,500 | $1.33 | 0.09% | http://www.buzzfeed.com/awesomer/hit-me- |
| sleep paralysis | 38 | 201,000 | $2.86 | 0.09% | https://www.buzzfeed.com/carolinekee/sleep- |
| puns | 39 | 135,000 | $0.07 | 0.09% | http://www.buzzfeed.com/jessicamisener/pu |
| tequila drinks | 40 | 33,100 | $1.02 | 0.07% | https://www.buzzfeed.com/melissaharrison/f |
| why is caillou bald | 41 | 33,100 | $16.52 | 0.07% | http://www.buzzfeed.com/craigsilverman/ple |
| star wars meme | 42 | 33,100 | $0.00 | 0.07% | http://www.buzzfeed.com/awesomer/episode- |
| how to get a bigger butt | 43 | 33,100 | $1.68 | 0.07% | https://www.buzzfeed.com/sallytamarkin/mo |
| lube | 44 | 33,100 | $4.90 | 0.07% | https://www.buzzfeed.com/carolinekee/slip-n- |
| pictures of puppies | 45 | 33,100 | $1.39 | 0.07% | http://www.buzzfeed.com/kaelintully/im- |
| party games | 46 | 33,100 | $2.15 | 0.07% | http://www.buzzfeed.com/mallorymcinnis/20- |
| harry potter quotes | 47 | 33,100 | $0.03 | 0.07% | http://www.buzzfeed.com/danieldalton/have- |
| quizes | 48 | 33,100 | $0.17 | 0.07% | https://www.buzzfeed.com/quizzes |
| britt robertson | 49 | 301,000 | $0.46 | 0.07% | http://www.buzzfeed.com/skloep/15-times- |
| man bun | 50 | 165,000 | $0.13 | 0.07% | http://www.buzzfeed.com/ruthyanney/21- |
| bdsm | 51 | 165,000 | $0.50 | 0.07% | https://www.buzzfeed.com/caseygueren/ulti |
| androgynous | 52 | 110,000 | $0.25 | 0.07% | http://www.buzzfeed.com/saeedjones/8- |
| micropenis | 53 | 110,000 | $0.49 | 0.07% | http://www.buzzfeed.com/katienotopoulos/1 |
| funny gifs | 54 | 110,000 | $0.24 | 0.07% | http://www.buzzfeed.com/richardhjames/are- |
| quotes about life | 55 | 301,000 | $2.23 | 0.07% | http://www.buzzfeed.com/michelleregna/dea |
| crock pot recipes | 56 | 301,000 | $0.50 | 0.07% | https://www.buzzfeed.com/lindsayhunt/top- |
| one tree hill | 57 | 201,000 | $0.26 | 0.07% | http://www.buzzfeed.com/emilyorley/facts- |
| puppies | 58 | 450,000 | $1.28 | 0.06% | https://www.buzzfeed.com/mbvd/cute- |

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**Exhibit 12**

| Keyword | Keyword Rank | Search Volume | CPC (a) | Traffic (%) (b) | URL |
|---|---|---|---|---|---|
| puppy pictures | 59 | 27,100 | $1.47 | 0.06% | http://www.buzzfeed.com/kaelintully/im- |
| c string | 60 | 27,100 | $0.17 | 0.06% | https://www.buzzfeed.com/juliegerstein/the- |
| spongebob quotes | 61 | 27,100 | $2.12 | 0.06% | http://www.buzzfeed.com/annamenta/the- |
| spongebob memes | 62 | 27,100 | $0.00 | 0.06% | https://www.buzzfeed.com/michelleregna/sil |
| graduation party ideas | 63 | 27,100 | $1.04 | 0.06% | http://www.buzzfeed.com/maitlandquitmeyer |
| spongebob meme | 64 | 27,100 | $0.01 | 0.06% | https://www.buzzfeed.com/michelleregna/pri |
| denver airport conspiracy | 65 | 27,100 | $0.00 | 0.06% | https://www.buzzfeed.com/rickysans/the- |
| what to do | 66 | 27,100 | $3.69 | 0.06% | https://www.buzzfeed.com/leonoraepstein/th |
| james deen | 67 | 246,000 | $0.45 | 0.06% | https://www.buzzfeed.com/richardhjames/thi |
| howard stern | 68 | 246,000 | $4.97 | 0.06% | https://www.buzzfeed.com/andrewkaczynski/ |
| buzzfeed.com | 69 | 14,800 | $1.19 | 0.06% | https://www.buzzfeed.com/ |
| drinking games | 70 | 90,500 | $0.40 | 0.06% | http://www.buzzfeed.com/ailbhemalone/king |
| wednesday addams | 71 | 90,500 | $0.13 | 0.06% | http://www.buzzfeed.com/leonoraepstein/17- |
| brendon urie | 72 | 165,000 | $0.19 | 0.05% | http://www.buzzfeed.com/tahliapritchard/bre |
| what does wifi stand for | 73 | 22,200 | $0.72 | 0.05% | https://www.buzzfeed.com/jessicamisener/wh |
| duck penis | 74 | 22,200 | $0.00 | 0.05% | http://www.buzzfeed.com/kellyoakes/this- |
| easy nail designs | 75 | 22,200 | $2.21 | 0.05% | https://www.buzzfeed.com/jessicaprobus/lazy- |
| cat facts | 76 | 22,200 | $1.15 | 0.05% | http://www.buzzfeed.com/chelseamarshall/m |
| ron swanson quotes | 77 | 22,200 | $0.03 | 0.05% | https://www.buzzfeed.com/keelyflaherty/ron- |
| hot guy | 78 | 22,200 | $0.20 | 0.05% | https://www.buzzfeed.com/jennaguillaume/t |
| horror movies 2014 | 79 | 22,200 | $0.05 | 0.05% | http://www.buzzfeed.com/louispeitzman/best- |
| aromantic | 80 | 22,200 | $0.50 | 0.05% | http://www.buzzfeed.com/mcrosswell/5- |
| things to do when your bored | 81 | 22,200 | $2.89 | 0.05% | https://www.buzzfeed.com/leonoraepstein/th |
| funny tumblr posts | 82 | 22,200 | $0.02 | 0.05% | https://www.buzzfeed.com/lukebailey/tumblr- |
| man buns | 83 | 22,200 | $0.17 | 0.05% | http://www.buzzfeed.com/ruthyanney/21- |
| the dress | 84 | 201,000 | $0.52 | 0.05% | http://www.buzzfeed.com/catesish/help-am-i- |
| buzzfeed jobs | 85 | 12,100 | $0.47 | 0.04% | https://www.buzzfeed.com/about/jobs |
| grey's anatomy quotes | 86 | 74,000 | $0.15 | 0.04% | https://www.buzzfeed.com/kristinharris/greys- |
| pluviophile | 87 | 74,000 | $0.79 | 0.04% | http://www.buzzfeed.com/missarticulate/11- |

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**Exhibit 12**

| Buzzfeed Keyword Cost Per Click (CPC)[1] | | | | | |
|---|---|---|---|---|---|
| Keyword | Keyword Rank | Search Volume | CPC | Traffic (%) | URL |
| | | | (a) | (b) | |
| micro penis | 88 | 74,000 | $0.16 | 0.04% | http://www.buzzfeed.com/katienotopoulos/1 |
| 10 things i hate about you | 89 | 135,000 | $0.22 | 0.04% | http://www.buzzfeed.com/jasminnahar/whats- |
| yo mama jokes | 90 | 201,000 | $0.22 | 0.04% | http://www.buzzfeed.com/kaylayandoli/yo- |
| caillou | 91 | 301,000 | $0.45 | 0.04% | http://www.buzzfeed.com/craigsilverman/ple |
| birthday songs | 92 | 18,100 | $0.39 | 0.04% | http://www.buzzfeed.com/antwaunsargent/s |
| cards against humanity example | 93 | 18,100 | $0.18 | 0.04% | http://www.buzzfeed.com/hnigatu/hilarious- |
| elf quotes | 94 | 18,100 | $3.14 | 0.04% | http://www.buzzfeed.com/mrloganrhoades/3 |
| hooded eyes | 95 | 18,100 | $2.07 | 0.04% | https://www.buzzfeed.com/chrissymahlmeist |
| road trip games | 96 | 18,100 | $1.77 | 0.04% | http://www.buzzfeed.com/fuelthejourney/co |
| love songs 2015 | 97 | 18,100 | $2.79 | 0.04% | http://www.buzzfeed.com/kelleydunlap/best- |
| which disney princess are you | 98 | 18,100 | $1.64 | 0.04% | http://www.buzzfeed.com/mccarricksean/whi |
| grey hair dye | 99 | 18,100 | $1.15 | 0.04% | https://www.buzzfeed.com/augustafalletta/h |
| yukon cornelius | 100 | 18,100 | $0.19 | 0.04% | http://www.buzzfeed.com/waggy/12-reasons- |
| Weighted Average CPC[2]: | | | $1.54 | | |

*Notes:*

*1* Doc 22.

*2* Calculated as the sum of every keyword's CPC multiplied by its traffic percentage, divided by the sum of all traffic percentage.
$((a^1*b^1)+...+(a^n*b^n))/sum(b^1:b^n)$

HIGHLY CONFIDENTIAL
© 2018 CONSOR®, La Jolla, CA