# EXHIBIT 4

Rajesh Mishra  Confidential
May 01, 2018

C O N F I D E N T I A L
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:17-CV-60426-UU

1

2

3

4

5    ALEKSEJ GUBAREV, XBT HOLDING
     S.A., AND WEBZILLA, INC.,
6

7                        Plaintiffs,

8    -vs-

9    BUZZFEED, INC. AND BEN SMITH,

10

11                       Defendant.
     _____/
12

13                    CONFIDENTIAL

14          VIDEOTAPED DEPOSITION OF RAJESH MISHRA

15

16

17                  Monday, May 1, 2018
                  10:08 a.m. - 6:38 p.m.
18          Black, Srebnick, Kornspan & Stumpf
            201 S. Biscayne Blvd., Suite 1300
19                 Miami, Florida 33133

20

21

22

23

24            Stenographically reported by:
                   Shari M. Thrasher
25

Rajesh Mishra   Confidential
May 01, 2018                                      28

```
 1              So what is Webzilla?

 2     A     What is Webzilla?

 3     Q     Yes.

 4     A     It's a premium hosting company.

 5     Q     It is -- would be fair to say that Webzilla is

 6 a brand, is a brand name?

 7     A     Web hosting, yeah.

 8     Q     I'm going to show you Exhibit 2.

 9              (Defendant's Exhibit No. 2 was marked for

10 identification.)

11     Q   (BY MR. SIEGEL)  This is a document that is

12 printed out from the Website, Webzilla.com.  See where

13 it says about two-thirds down the page, legal structure,

14 Number 1, Website legal structure, you see that?  It

15 says:  "Webzilla is the brand name under which various

16 independent Webzilla companies operate."

17              Is that correct?

18     A     I don't know what the meaning is here.  It's

19 written on the paper.

20     Q     Okay.  Do you have any reason to think that is

21 inaccurate?

22     A     I'm not a legal guy to understand what exactly

23 it means.

24     Q     Okay.  The next line:  "Each of those

25 companies are separate and distinct corporate entity
```

Rajesh Mishra  Confidential
May 01, 2018                              29

```
 1    that provides services in a particular geographic area."
 2              Is that right?
 3        A     (The witness nods head.)
 4        Q     To do business with a Webzilla company, you
 5    must enter a contract with a relevant Webzilla entity?
 6        A     Yeah.
 7        Q     Okay.  Are there separate audited financial
 8    statements that are prepared for each Webzilla
 9    subsidiary?
10        A     Yes, correct.
11        Q     Are there separate audited financial
12    statements that are prepared for all XBT Holding SA's
13    subsidiaries?
14        A     Yes, correct.
15        Q     And is the -- you described to me before the
16    process for, then annual process for financial
17    statements for each XBT Holding.
18              Is the process the same for each subsidiary?
19        A     Yeah.
20        Q     Is there a monthly -- you called it trial
21    balance document that is prepared for each subsidiary?
22        A     It generates from the accounting system.
23        Q     And that is done for each existing subsidiary?
24        A     Yes.
25        Q     At some point in time the company, Webzilla,
```

Rajesh Mishra  Confidential
May 01, 2018                                  30

```
 1   used to be called Webazilla, right?

 2        A    The time I joined it was Webazilla, yes.

 3        Q    It was Webazilla?

 4        A    Yes.

 5        Q    What was the reason for changing the name?

 6        A    If I recall correctly, that time we didn't

 7   have a Webzilla domain in our name.  I was very new at

 8   that time and I just starting putting up structure.  And

 9   once we acquired the Webzilla domain, I think then we

10   changed the company.

11        Q    And why?  Why did you want to change it from

12   Webazilla to Webzilla?

13        A    Webzilla.com looks more better.  I have no

14   idea.

15        Q    All right.  What is XBT Holding SA?  What is

16   that entity?

17        A    It's the holding entity that holds all for the

18   subsidiaries.

19        Q    When you use the words "holding entity," what

20   do you mean by that?

21        A    It's holding shares of other subsidiaries.

22        Q    It would be accurate to say it is the parent

23   corporation of the various subsidiaries that it holds

24   shares, correct?

25        A    Correct.
```

Rajesh Mishra  Confidential
May 01, 2018                              31

```
 1        Q    At some point -- so does XBT Holding SA itself
 2   transact any business?
 3        A    Transact any business?
 4        Q    In other words, is the -- does XBT Holding SA
 5   enter into contracts with customers?  Does it conduct
 6   any of the business of the company that generates
 7   revenue for the consolidated entity?
 8        A    No.
 9        Q    It does not.  It is accurate that all of the
10   actual revenue of the consolidated entity is generated
11   by the various subsidiaries?
12        A    Correct.
13        Q    At some point, XBT Holding reorganized, right?
14   There used to be an XBT Holding Limited or restructured
15   maybe is a better word?
16        A    Say that again.
17        Q    Fair enough.  Why was -- there used to be an
18   entity called -- strike that.
19             Why was XBT Holding SA created?
20        A    Okay.  So here I think, if I remember
21   correctly, 2013 Cyprus had a bankruptcy, and we were
22   facing a little bit of trouble to cover the lenders,
23   that being the Cyprus holding company.  And we got same
24   time offered one of the good consultant of the
25   Luxembourg Government who was promoting ICT Luxembourg,
```

Rajesh Mishra  Confidential
May 01, 2018                                    113

```
 1        A     Bank of America.

 2        Q     Which is where?

 3        A     Florida.

 4        Q     Which branch?

 5        A     I don't remember exact branch, but it's here

 6   somewhere.

 7        Q     So there's an actual bank account that you say

 8   is at Bank of America there?

 9        A     Yeah.

10        Q     Do each of the subsidiaries maintain separate

11   bank accounts?

12        A     Yes.

13        Q     So, for example Webzilla App and Webzilla

14   Dallas would have different bank accounts in the United

15   States?

16        A     Yes.

17        Q     And the same thing for Servers.com and the

18   other subsidiaries?

19        A     Yes.

20        Q     Let's look at 249.  See where it says Note 7,

21   Selling and Distribution Expenses?

22        A     (The witness nods head.)

23        Q     The last line item there is intercompany

24   expense, 1.92 million.

25        A     Yes.
```

Rajesh Mishra  Confidential
May 01, 2018                                              141

```
 1              MR. SIEGEL:  Let's introduce the next two

 2       documents.

 3       Q   (BY MR. SIEGEL)  Take a moment to read the

 4   exhibit the 28 and 29.  Let's go off the record for a

 5   second -- take a couple of minutes to read through

 6   those, okay.

 7              VIDEOGRAPHER:  Going off the video record at

 8       3:10 p.m.

 9              (A short recess was taken.)

10              VIDEOGRAPHER:  Back on the video record at

11       3:22 p.m.

12       Q   (BY MR. SIEGEL)  Mr. Mishra, I've just shown

13   you several e-mails, Exhibits 28 through 30, that were

14   exchanged between Mr. Dvas, Mr. Dolan and Mr. Gubarev

15   about a customer that they are saying was canceled

16   because of a fraud that was discovered, right.

17              Does that your refresh your recollection about

18   this incident?

19       A    I never seen the e-mail before.

20       Q    I'm not asking if you have seen this e-mail.

21   But does that -- were you aware before that there was a

22   customer whose business ended for the reasons that are

23   described in those e-mails?

24       A    Some context, yes.  I was informed by Alex

25   Gubarev that one customer we suspect, as per him, we
```

Rajesh Mishra  Confidential
May 01, 2018                                    142

1   suspect that he's not doing proper work, so I made a

2   assume in some less revenue, going forward we're going

3   to turn them off.

4        Q    Okay.  Did you calculate how much less revenue

5   the company could assume going forward?

6        A    No.  I tell you, the time I got -- they told

7   me the approximate amount, and we were assuming that

8   much would be the low.  But the server was new, so

9   server will be rented out.

10        Q    Okay.  I wanted to say -- I think you said

11   were assuming the low; is that what you said?

12        A    Yeah.  Approximate, 200 a monthly low revenue,

13   means revenue will reduce.

14        Q    Revenue will be reduced by 200,000 a month?

15        A    Yeah.

16        Q    Did you check that figure, in other words, did

17   you make any determination that that was approximately

18   accurate?

19        A    No, I didn't.

20        Q    You didn't.  Do you have any idea where

21   Mr. Gubarev got that number from?

22        A    No.

23        Q    The e-mails discuss the possibility of a total

24   loss of somewhere in the 2- to $2.5 million range.

25             Do you know where that number comes from, what

Rajesh Mishra  Confidential
May 01, 2018                                      143

1    the basis for that estimation is?

2         A    No.

3         Q    No, okay.

4              I take it -- do you know any understanding why

5    that what would be, I mean, in other words, the company

6    is losing a major customer, why you wouldn't have been

7    involved in trying to figure out how much money that was

8    going to cost the company?

9         A    I wasn't involved in a customer.  Always

10   customer was dealt by the sales team and Alex CEO -- or

11   Alex was previous CEO, so there was a team who was

12   dealing.  I was never dealing with a customer.

13        Q    Did you adjust any of your business plans or

14   projections based on this customer loss?

15        A    Yes, I did.  200,000 a month.

16        Q    When did you do that?

17        A    It was somewhere -- I don't recall.  2017

18   sometime, I got the information.  I don't remember.

19        Q    It looks like this incident happened in the

20   latter part of December of 2016, right, based on these

21   e-mails?

22        A    Yes.

23        Q    Do you think is that approximately when you

24   learned about it?

25        A    I don't remember exactly the time.

Rajesh Mishra  Confidential
May 01, 2018                                    148

 1    month actual.

 2         Q    I got it.

 3              Now let's compare this to the actual results

 4    of 2016, which are on Exhibit 4.  So it looks like as of

 5    the time you did this plan you projected about

 6    $48 million in revenue for 2016, correct; is that right?

 7         A    Yes.

 8         Q    And the company realized 49.7 million?

 9         A    Yes.

10         Q    Okay.  You projected a net profit of about

11    11.6 million, right, and the actual net profit was 6.2?

12         A    Yes.

13         Q    It is fair to say that the your revenue

14    projection was pretty close, but your cost

15    projections -- the actual costs were significantly

16    different than what you projected, right, about

17    $5 million difference?

18         A    Yes.

19         Q    Do you -- what happened in 2016 that caused

20    the cost to exceed your projections by, I think,

21    actually it's about $7 million.

22              Your actual cost to exceed your projected

23    cost?

24         A    I don't know.  I can't remember what exactly.

25         Q    You can't answer that question?

Rajesh Mishra   Confidential
May 01, 2018                                149

```
 1        A    I don't remember.
 2        Q    Well, for example, it looks like your cost of
 3   sales estimate in the plan was 18 million, right?
 4        A    Yes.
 5        Q    Okay.  And your selling general and
 6   administrative estimate was a little over 10 million,
 7   right?
 8        A    Yes.
 9        Q    Okay.  You're actual administrative expenses,
10   at least as listed on the consolidated report, were
11   almost 28 million, right?
12        A    Yes.
13        Q    So what -- I mean, that's a pretty substantial
14   difference.  Why do you think that your estimate of the
15   company's cost for 2016 was that different from what the
16   company actually paid for its expenses in 2016?
17        A    I can't remember that.  I can't remember off
18   my head.
19        Q    You can't remember?
20        A    No, I can't remember.
21        Q    So your projected profit in 2016, according to
22   this plan, was about 11.6 million, right, net profit?
23        A    Yes.
24        Q    Your 2015 profit, your actual net profit, was
25   about 3.5 million, right?
```

Rajesh Mishra  Confidential
May 01, 2018                        150

```
 1      A    6.2.

 2      Q    Well, no, no, no, I'm sorry.

 3           Your -- I'm asking a different question, okay.

 4      A    Sorry.

 5      Q    Your actual 2015 profit was about 3.5 million,

 6   correct?

 7      A    (The witness nods head.)

 8      Q    You sat down to do this plan right in the last

 9   quarter of 2015, right?

10      A    Yes.

11      Q    Okay.  So what you projected was that the next

12   year the company's net profit would more than triple,

13   correct?

14      A    Yes.

15      Q    Why did you think that the company's net

16   profit would more than triple in 2016?

17      A    I don't remember.

18      Q    You don't remember?

19      A    (The witness nods head.)

20      Q    Do you agree with me that that turned out to

21   be inaccurate?

22      A    Looking at the entry, it's less.

23      Q    It's actually a half, right?  The actual

24   profit that the company realized in 2016 was

25   approximately 50 percent of what you projected, correct?
```

Rajesh Mishra  Confidential
May 01, 2018                                        151

1        A     Yes.

2        Q     And why do you think that occurred?

3        A     I don't know, maybe some cost increase or

4    something.

5              (Defendant's Exhibit No. 32 was marked for

6    identification.)

7        Q    (BY MR. SIEGEL)  Let's look at 177 the next

8    one.  Now, I'll represent to you that Exhibit 32 is also

9    a document produced to us that indicated it was from

10   your files.  Do you recognize what this is?

11       A     Yes.

12       Q     What is it?

13       A     It's the monthly revenue.

14       Q     Okay.  And I asked you this before, but I --

15   just to make sure, what is this a document that you

16   created?

17       A     It's a team work -- come and consolidate.

18             COURT REPORTER:  I'm sorry?

19       A     It's a teamwork.

20             COURT REPORTER:  And then what was --

21       Q    (BY MR. SIEGEL)  Why did it start -- I'm sorry.

22             COURT REPORTER:  I'm sorry, I didn't get after

23       teamwork.

24             WITNESS:  Teamwork, everybody prepares their

25       part and it gets consolidated and then I review.

Rajesh Mishra   Confidential
May 01, 2018                                    160

```
 1        A     Yes.

 2        Q     Why did you project a 30 percent increase in

 3   revenue for 2017?

 4        A     Because, actually, we did over to 2016 -- 2015

 5   to 2016.  We did more than 28 percent.

 6        Q     Okay.  So was that the basis of your

 7   assumption that you would simply continue to do that?

 8        A     One of the bases.

 9        Q     What, if any, other bases were there?

10        A     --

11        COURT REPORTER:  I'm sorry?

12        A     I don't remember any of them, but that was one

13   of the bases that we were doing that keep growing the

14   company.

15        Q     (BY MR. SIEGEL)  So why did you assume that you

16   would grow in 2017 at a similar or even slightly larger

17   growth in revenue than you had done the year before?

18   Why did you think that that would continue, right?

19        A     Because it's an MRR, monthly reoccurring

20   revenue and then it grow, and then accordingly you add

21   some new customers.  So if my December revenue is

22   running an X dollar --

23        Q     Right.

24        A     -- it's going to go January and February, and

25   I'm going to keep adding the new customers.
```

Rajesh Mishra   Confidential
May 01, 2018                                        161

1       Q    You've had many years where your revenue has

2  been essentially flat, right, where it certainly hasn't

3  increased?

4       A    Few years.

5       Q    What's that?

6       A    Few years.

7       Q    Okay.  So why did you -- and, in fact, the

8  increase in revenue that you had in 2016 was the largest

9  increase that you had in about five years, right?

10      A    Sixteen, five years goes.  2010 we had

11 100 percent increase.

12      Q    Right.  Since -- that was last.  Since 2011,

13 right?

14      A    Yeah.

15      Q    Your increase in 2016 was the largest single

16 year increase in that five-year period, right?

17      A    Yes.

18      Q    So your assumption was that even though that

19 had been the largest single increase in the five-year

20 period, right, was that that growth would not only

21 continue, but would get even a little larger in the next

22 year, right?

23      A    Yes.

24      Q    Why?

25      A    Because that's what we were selling.

Rajesh Mishra   Confidential
May 01, 2018                              162

1        Q     What do you mean?

2        A     Our products were selling good.

3        Q     Why would you assume they would be selling

4    30 percent more good the next year?

5        A     Because our product, what we offer, are the

6    cost effective and way cheaper than the player who

7    offers the similar services.

8        Q     And was that not true in 2015 or was it not

9    true this 2014?

10       A     I don't remember '14 or '15.

11       Q     Well, did all of sudden your products get

12   better in 2016 than they were in 2014, when you only

13   grew by a few million dollars?

14       A     I don't recall 2014, but '16 was -- it's

15   recent, so '17, I can remember this.

16       Q     And, actually, we established before, right,

17   that the last four months of 2016 were really the point

18   at which your revenue grew, right?  It jumped from

19   August to September by a million dollars, right?

20       A     Yes.

21       Q     And then it increased a little bit after that.

22   So your assumption was that increase in revenue that was

23   in the last four months of 2016 statistic would continue

24   to increase, correct?

25       A     Yeah.

Rajesh Mishra   Confidential
May 01, 2018                                    163

1          Q     And why did you think that?

2          A     This is how we do the calculation and if we

3     get the customer, they would continue, the revenue

4     continues.

5          Q     And you assume you will get 30 percent more

6     customers?

7          A     If December has a growth and December

8     because -- it's not like 30 percent overall, it looks

9     overall 30 percent, yes.

10         Q     You never went back, did you, and tried to

11    understand why in the fall of 2016 you had a significant

12    increase in revenue, correct?  You never went back and

13    tried to figure out the answer to that, and why that was

14    true?

15              I'll rephrase it:  We already determined,

16    right, that in December 2016 your revenue increased by a

17    million dollars, right, and then it continued to

18    increase by -- that increase was that not only stayed

19    throughout the rest of the year, but slightly increased

20    each month, right?  Your assumption was that that in

21    2017 additional revenue would not only continue to be

22    accrued each month, but you would be growing, right, off

23    what you had earned in December, correct?

24         A     Yes.

25         Q     Did you ever go back to try to understand

Rajesh Mishra  Confidential
May 01, 2018                                    164

```
 1   whether the revenue increase that you experienced in the

 2   last four months of 2016 was something that you could

 3   continue to expect, would not only be realized to grow,

 4   or whether it might be an anomaly?

 5           MR. FRAY-WITZER:  Objection.  You can answer.

 6       A   I don't remember.

 7       Q   (BY MR. SIEGEL)  You don't remember?

 8       A   No.

 9       Q   You never tried to figure out why your revenue

10   had jumped in the last four months of 2016, correct?

11       A   I may have, but I don't remember.

12       Q   You certainly don't remember whether you ever

13   tried to figure out that one of the reasons your revenue

14   jumped in the last four months of 2016 was that one of

15   your customers was engaging in the largest advertising

16   fraud in Internet history?

17           MR. FRAY-WITZER:  Objection.

18       A   I don't understand.

19       Q   (BY MR. SIEGEL)  You don't understand, you have

20   no idea what I'm talking about?

21       A   Yes.

22       Q   Okay.  You never went back, I take it, and

23   tried to determine whether the customer that had been

24   engaging in fraudulent activity was one the reasons that

25   your revenue increased in the last four months of 2016?
```

Rajesh Mishra   Confidential
May 01, 2018                                    165

1             MR. FRAY-WITZER:  Objection.  You can answer.

2        A    No, no.

3        Q    (BY MR. SIEGEL)  Okay.  Also in this

4   November 2016 plan, you project that revenue is going to

5   go up to 64.2 million, right?

6        A    Yes.

7        Q    But your total cost the combination of direct

8   cost and operating expenses, right --

9        A    Uh-huh.

10       Q    -- is going to be a little over 30 million,

11   right -- I'm sorry, strike that.  It was a bad question.

12            You projected your revenues will be about

13   64.2 million, right?

14       A    Yeah.

15       Q    And that going down to the bottom of the page,

16   your total expense is going to be about 44 million,

17   right?

18       A    Yes.

19       Q    What was your total expenses in 2016?

20            COURT REPORTER:  I'm sorry?

21       Q    (BY MR. SIEGEL)  Total expenses in 2016 were

22   about 43.5 million, right?

23       A    2016.

24       Q    You had $49.7 million in revenue in 2016 and

25   you had a net profit of $6.2 million, right, so your

Rajesh Mishra  Confidential
May 01, 2018                           166

1    expenses were about 43 and a half?

2         A    Approximately, yes.

3         Q    So in 2017, your projection as of November,

4    was that your revenue was going to go up by about

5    $15 million, and your expenses were going to go up by

6    about 700,000, right?

7         A    Yes.

8         Q    What was that based on?

9         A    I remember this one, yes.  We had -- we

10   started -- Datacenter.com was suppose to start their

11   facility operation in 2017, so that our cost, what we're

12   paying currently to the company where we are leasing,

13   will be below -- a lot lower.  So that's the reason.

14        Q    So you were going to get $15 million more

15   revenue at virtually no more cost?

16             MR. FRAY-WITZER:  Objection.  You can answer.

17        A    Yeah.  Basically, I tell you this, how we did

18   look at the case and data center business is, like, you

19   have your own house or live in a hotel.  So this is the

20   cost compared to happens.  When you're using other's

21   location facilities, they have their lot margin.

22        Q    Okay.  Do you remember the business plan that

23   we looked at for the previous year?

24        A    Yeah.

25        Q    So the previous year you also underestimated

Rajesh Mishra  Confidential
May 01, 2018                                    167

 1     your expenses by about $7 million, right, you projected

 2     a significant increase in revenue, but not nearly as

 3     much of an increase in expense, right?

 4          A    Yes.

 5          Q    Haven't you done that in every single

 6     projection that we've seen so far, you project a

 7     significant increase in revenues and not much of an

 8     increase in expenses?

 9          A    No.

10          Q    No, you don't do that?  That's not what you

11     do?

12          A    No.

13          Q    No?  You didn't do that in 2013?

14               In 2013, for the equity evaluation, right, you

15     projected the revenues between 2012 and 2013 were going

16     to jump from 33- to $43.7 million, right, that's over

17     $10 million?

18          A    Yeah.

19          Q    You projected the cost of sales were going to

20     go down by $300,000, right?  You projected that

21     operating expenses were only going to go up by

22     2 million.  So you projected that revenue was going to

23     go up by 10.5 million, costs were going to go up by only

24     1.5 million, right?

25          A    Yes.

Rajesh Mishra   Confidential
May 01, 2018                                    168

1          Q     Didn't work out that way, did it?

2          A     No.

3          Q     In 2000 -- you also projected that in 2014,

4    your revenue was going to go up by 10 million, and your

5    cost of sales were going to go up by 2 million and your

6    operating expenses were going to go up by $300,000,

7    right?  So, again, you projected an increase in

8    $10 million in revenue and about $2.5 million in cost,

9    right?

10         A     Yes.

11         Q     Didn't work that way, did it?

12         A     No.

13         Q     Okay.  In -- for 2014, you projected another

14   $10 million increase in revenue, and about in that point

15   maybe $5 million increase in cost.  Didn't work out that

16   way, did it?

17         A     As per this report, no.

18         Q     In 2015, you projected an increase in revenue

19   to about $48 million, right?

20         A     Yeah.

21         Q     But you projected corresponding costs of about

22   $37 million, right?  In other words, you would have a

23   net profit of 11.5 million, right?

24         A     Yeah.

25         Q     Didn't work out that way, right?

Rajesh Mishra   Confidential
May 01, 2018                                     169

```
1        A     No.

2        Q     And then in 2016, you were projecting an

3   increase of revenue of about $15 million, and virtually

4   zero increase in cost, right?

5        A     Because I told you we had a plan to start our

6   own facility where we would have a less cost.

7        Q     And you probably had a reason in 2013 why your

8   costs were going to go up, right?

9        A     I don't remember.

10       Q     And in 2014?

11       A     I don't remember.

12       Q     And in 2015?

13       A     I don't remember.

14       Q     And in 2016?

15       A     I don't remember.

16       Q     What were your costs in 2017?

17             MR. FRAY-WITZER:  Objection.

18             MR. SIEGEL:  What is that an objection?

19             MR. FRAY-WITZER:  What was your cost on what?

20             MR. SIEGEL:  What was the total cost -- back

21       up a second.

22             MR. FRAY-WITZER:  What cost?

23             MR. SIEGEL:  Fair enough.

24       Q     (BY MR. SIEGEL)  All right.  I'll show you

25   Exhibit 32.  Exhibit 32 indicates, does it not, that
```

Rajesh Mishra   Confidential
May 01, 2018                                    177

1   closing?

2       A    Next month, 15 normally.

3       Q    Fifteen?

4       A    Yeah.

5       Q    Okay.  So you close your books for the prior

6   month the 15th of the next month.

7            I asked you before about those companies you

8   indicated are XBT or the business plan the direct

9   competitors.

10           Is that true for all of those companies or

11  most of them?  Are they still XBT direct competitors,

12  Softlayer, Leaseweb, OBH, Backspace?

13      A    As per me, yes, I think so.

14      Q    Okay.  I mean, would you consider a company

15  like AKAMAI comparable to XBT?

16           MR. FRAY-WITZER:  Objection.  You can answer.

17      A    I didn't check the details what they sell, if

18  they're selling the same.

19      Q    (BY MR. SIEGEL)  Okay.  AKAMAI, for example,

20  has about $2.5 billion in revenue, so would that kind of

21  company be comparable to XBT?

22           MR. FRAY-WITZER:  Objection.

23      A    As I explained you, I don't compare with the

24  dollar amount.  I compare what kind of service they

25  offer.

Rajesh Mishra  Confidential
May 01, 2018                                    178

```
 1        Q    (BY MR. SIEGEL)  Okay.  And you're not sure, I

 2   take it, about AKAMAI and the services they offer?

 3        A    No, I didn't check.

 4        Q    What about, are you familiar with Equinox?

 5        A    Yes.

 6        Q    Do you know what services they offer?

 7        A    Yes.  I know one of the services I know

 8   because we received invoices.

 9             COURT REPORTER:  I'm sorry, because why?

10        A    We received the invoices from Equinox.

11        Q    (BY MR. SIEGEL)  In terms of the company as a

12   whole, are they comparable to XBT?

13             MR. FRAY-WITZER:  Objection.  You can answer.

14        A    I have no idea.  I know that we are buying

15   collocation from them low cost.

16             COURT REPORTER:  I'm sorry, buying what?

17        A    Collocation, buying collocation.

18        Q    (BY MR. SIEGEL)  And what about -- I think this

19   company may have just been bought -- DuPont Fabros, are

20   you familiar with them?

21        A    Yes, I'm familiar with them.

22        Q    That a company that's comparable to XBT?

23             MR. FRAY-WITZER:  Objection.  You can answer.

24        A    Depends.  What I understand, they are more or

25   less a real estate business.  We are not real estate.
```

Rajesh Mishra  Confidential
May 01, 2018                                    241

1                          CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF MIAMI-DADE

5

6         I, SHARI M. THRASHER, Notary Public in and for

7    the State of Florida at Large, certify that the

8    witness, RAJESH MISHRA, personally appeared before

9    me on Tuesday, May 1, 2018, and was duly sworn.

10

11        WITNESS my hand and official seal this 9th day

12   of May, 2018.

13

14                         _Shari Thrasher_

15                         _____
                           SHARI M. THRASHER, Court Reporter
16                         Notary No. #GG156912
                           Expires: December 17, 2021
17

18

19

20

21

22

23

24

25

Rajesh Mishra   Confidential
May 01, 2018                                    242

1              REPORTER'S DEPOSITION CERTIFICATE

2

3         I, SHARI M. THRASHER, Court Reporter, certify

4    that I was authorized to and did stenographically

5    report the deposition of RAJESH MISHRA, the witness

6    herein, on MAy 1, 2018; that a review of the

7    transcript was requested; and that the foregoing

8    pages numbered from 1 to 243 inclusive is a true and

9    complete record of my stenographic notes of the

10   deposition by said witness; that the foregoing pages

11   constitute a true and correct transcript of my

12   shorthand notes; and that this computer-assisted

13   transcript was prepared by me and/or under my

14   supervision.

15        I further certify that I am not a relative,

16   employee, attorney or counsel for any of the parties

17   in this cause nor related to nor employed by any

18   attorney or counsel herein nor financially

19   interested in the outcome of this action.

20        Dated this 9th day of May, 2018.

21

22   _____
     SHARI M. THRASHER, Court Reporter
23

24

25