# EXHIBIT 6

```
 1      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF FLORIDA
 2      -------------------------------x
        ALEKSEJ GUBAREV, XBT HOLDING
 3      S.A., AND WEBZILLA, INC.,

 4                     Plaintiffs,

 5            vs.      Case No. 1:17-cv-60426-UU

 6      BUZZFEED, INC. AND BEN SMITH,

 7                     Defendants.
        -------------------------------x
 8

 9

10                  ALEKSEJ GUBAREV

11              New York, New York

12           Thursday, June 28, 2018

13

14

15

16

17

18

19

20

21

22      Reported by: Steven Neil Cohen, RPR

23      Job No. 237459

24

25
```

```
 1        A.    Over 50 percent largest as well,
 2   over 50 percent.
 3        Q.    I showed you the exhibit, what is
 4   the document that was produced by your
 5   counsel as Bates number PC-80.
 6        A.    Yes.
 7        Q.    Could you turn to the third page
 8   of this which has the numbers for 2016?
 9        A.    I did already.
10        Q.    Fair enough.
11              So the first thing I am going to
12   ask you to do is to explain what each of the
13   categories of revenues on the left mean in
14   what we would say layman's terms I guess.
15              So starting with "managed servers
16   revenue," I take it that that is revenue is
17   that -- from what is it, from the leasing of
18   managed servers?
19        A.    It is from the leasing of the
20   servers.
21        Q.    Okay.  So that is money paid by
22   customers who lease servers to the company?
23        A.    No.  They lease servers from the
24   company --
25        Q.    Right.
```

1     A.    -- and they pay to us.
2     Q.    Yes.  Okay.
3           And so would servers that are not
4     managed would they not be in this category?
5     A.    Well, this category for all
6     servers which not belongs to the client
7     which owned by us.
8     Q.    I see.  Okay.
9           So does that mean that there could
10    be servers that are owned by you but are not
11    managed by you?
12    A.    Yes.
13    Q.    So is there a different category
14    for servers that are not owned by the
15    company?
16    A.    Co-location.
17    Q.    Could you explain what
18    "co-location" means in this context?
19    A.    Co-location it means that in data
20    center you can take one unit or one rack or
21    multiple racks or multiple racks within
22    different data centers, put your servers and
23    we provide you space -- space in the rack,
24    we provide you electricity, we provide you
25    cooling, we provide you also internet

```
 1    connection and also standard security of the
 2    data center.
 3         Q.   Okay.  And the next category is
 4    "Bandwidth."  I understand what bandwidth
 5    means but how is it that -- how does the
 6    companies get revenue from bandwidth.  What
 7    does that mean as a source of revenue for
 8    you?
 9         A.   As I explained to previous, like
10    when you buy a server you have some package
11    with the server of the internet which is
12    included but actually depends if the
13    agreement of the customer.  Whatever expat
14    internet requirements for you you pay extra
15    for.
16         Q.   Okay.  So if I understand what you
17    are saying let's just say hypothetically I
18    am a customer and I have a package for
19    100,000 gigabytes, okay.  So if I use more
20    than that, let's say I use 110,000 does that
21    mean I pay some overage amount?
22         A.   No.  It means you pay extra for
23    bandwidth.  But, again, it depends on the
24    customer.  You have to see each specific
25    customer.
```

```
 1   BY MR. SIEGEL:
 2      Q.   So Exhibit 9 is an invoice dated
 3   December 1st, 2016.  Also to the Mintek
 4   Group in the Seychelles and if you look at
 5   the last page it indicates that the bill for
 6   September -- from servers.com, is 292,352.
 7           It -- again without showing you
 8   document after document it appears that this
 9   customer generally each month paid 19,400 to
10   Webzilla and then paid a different amount to
11   servers.com depending I gather on how much
12   he used.
13      A.   This I don't know.  I don't see
14   all documents.
15      Q.   What I will ask you though is we
16   just saw that from servers.com in November
17   the bill was about 380,000.
18           We also saw a bill from Webzilla
19   for 19,400.
20           In December the bill from
21   servers --
22      A.   Sorry, but bill from Webzilla?
23      Q.   Right.
24      A.   Yes.  19,000.
25      Q.   Okay.  Bill from December for
```

1     servers.com is 292,000 and change.
2              I can represent to you there is
3     another bill from Webzilla for 19.4.
4              The information that you had
5     previously produced to us indicated that as
6     is reflected in these invoices the total
7     amount billed to this customer in November
8     was about 398,000, I think the total amount
9     in December was about 311,000, I gather that
10    includes both Webzilla and servers.com.
11             My question is when the white ops
12    report was released, right, you know what I
13    am talking about?
14       A.   Yes.
15       Q.   You estimated that the amount of
16    revenue that you were going to lose by --
17    that this customer was generating was
18    $200,000 a month, do you remember that?
19       A.   No.
20       Q.   You don't remember that?
21       A.   Could you remind me please?
22       Q.   Okay.  Maybe we will take a break
23    and I will get you the e-mails.
24             But there were e-mails in which
25    there is an estimate of 200,000 -- about

1      $200,000 a month that the company was going
2      to lose by terminating this customer.
3           A.    What is the question?
4           Q.    My question is, isn't -- wasn't
5      that estimate in fact low?  In other words,
6      in November you were -- you had billed the
7      customer almost 400,000, in December it was
8      somewhat over 300,000.  The amount of money
9      that the company stood to lose at that point
10     was in fact greater than $200,000 a month,
11     right?
12          A.    But I explain you why November was
13     higher because actually he used some of the
14     service in October.
15          Q.    Okay.
16          A.    It is not relevant that this was
17     typical invoice for November.
18          Q.    Okay.  But in December in which
19     appears -- is reflected just December, the
20     total is around or a little over 300,000
21     between the two companies.  So would it
22     still be fair to say that the --
23          A.    If I say 200 and he is 300 it is
24     accurate to say that my estimation was not
25     correct?

1       Q.    Fair enough.
2             MR. SIEGEL:  This is Exhibit 10.
3             (Bill to ibetters2@gmail.com dated
4       January 1, 2017 was marked Exhibit 10 for
5       identification)
6   BY MR. SIEGEL:
7       Q.    Exhibit 10 was produced to us as a
8   bill to ibetters2@gmail.com dated January 1,
9   2017 and according to the last page the
10  total sum is $261,078.
11            Why was a bill sent in
12  January 2017?
13      A.    System bills automatically and
14  then we just create credit --
15      Q.    Finish your answer.
16      A.    The system create invoice
17  automatically and because there was no
18  customer anymore we just issued credit on
19  the account and is actually zero.
20      Q.    Okay.  Do you know why was it sent
21  to ibetters2@gmail.com in the Seychelles?
22      A.    Sorry, again?
23      Q.    Well, I showed you an invoice
24  previously, right, where it was billed at
25  ibetters2@gmail.com in St. Petersburg,

```
 1    right?
 2         A.    Yes.
 3         Q.    There were a couple of months
 4    where it was billed as the Mintek Group in
 5    the Seychelles.
 6         A.    Yes.
 7         Q.    Now this is billed at
 8    ibetters2@gmail.com in the Seychelles.  Do
 9    you know why the system would have done
10    this?
11         A.    This I don't know but it is the
12    same person.
13              MR. SIEGEL:  This is Exhibit 11.
14              (Three Webzilla invoices was
15    marked Exhibit 11 for identification)
16   BY MR. SIEGEL:
17         Q.    So Exhibit 11 are three Webzilla
18    invoices, first one from January 2017, the
19    second from February 3 indicates pro forma
20    for March.
21              Why were these invoices generated
22    for Mr. Zhukov?
23         A.    It is generated automatically.  We
24    just issue for this amount.  You cut the
25    statements.  You can see that this was
```

```
 1    completely refunded.
 2         Q.    When you say "the statements,"
 3    what do you mean?
 4         A.    Well, I mean you see -- I believe
 5    you have this refund notices that we owe
 6    this money.  I don't know, I am not so good
 7    on English.
 8               Balance was zero of this invoice.
 9         Q.    Okay.  So are you saying the
10    customer did not actually -- did the
11    customer actually pay any money in 2017?
12         A.    No.  Zero.
13         Q.    Do you know how much revenue the
14    company actually lost as a result of the
15    termination of Mr. Zhukov?
16         A.    The months?
17         Q.    In total.
18               I will back up a second.
19               Mr. Zhukov was paying you a
20    certain amount of money, about $300,000 a
21    month at that point, right?
22         A.    Yes.
23         Q.    You were paying for servers that
24    he was using, right?
25         A.    Yes.
```

1    Q.   So do you have -- did you ever do
2  a calculation of how much it actually cost
3  the company to terminate Mr. Zhukov?
4    A.   I told you -- I remember that I
5  told you in my deposition that -- if it be
6  like normal situation, like we don't have
7  any bad publicity during that period.  For
8  me it would take three to four months to
9  sell it.  For this period of time it took
10 eight to nine months to sell the servers.
11   Q.   It took eight or nine months to
12 sell the servers?
13   A.   Much longer as usually happening.
14   Q.   Okay.  At Mr. Dvas' deposition he
15 told us that there were still servers that
16 were not resold at the point of that
17 deposition.  Do you have any reason to think
18 that is not accurate?
19   A.   This is accurate because you
20 always have a flow of the service.  One
21 month the customer can cancel service, one
22 month they take it 100 percent.  Most of
23 them were sold, I mean a big percentage,
24 80 percent, 100 percent, that was sold.
25        But each month is some level of

1   the usage.  For example, clients like
2   Multiply using games, one game become less
3   popular this month they use -- the next
4   month they take it more.  It is just -- it
5   all depends on how the project is going.
6        Q.   Okay.  So that if I understand
7   that that is an explanation for what
8   Mr. Dvas said, right.  What he said was
9   correct?
10       A.   Most of them were sold.  Some
11  maybe not and he is correct.
12       Q.   You used the term "80 percent."
13            Do you actually know the
14  percentage of servers that were resold and
15  when they were resold or is that a guess?
16       A.   A guess but is a usual number.
17       Q.   I am sorry.  I am not sure that I
18  heard.  What was the answer to my question
19  is it a guess?
20       A.   It is a guess but if I have
21  servers in stock for me there is no reason
22  for me to buy new ones.  Half the time I
23  sell them.  Only if it is specific ones.
24  If -- and I know that they are buying
25  servers means actually that we sold most of

```
1      them and that we need to buy more.
2          Q.   Okay.
3               MR. SIEGEL:   Let's go off the
4      record.
5               THE VIDEOGRAPHER:   Going off the
6      record at 12:39 p.m.
7               (Recess)
8               THE VIDEOGRAPHER:   We are back
9      on the record at 12:42 p.m.
10              MR. SIEGEL:   Okay.   That is all
11     the questions I have.
12              MR. GURVITS:   Nothing from us.
13              THE VIDEOGRAPHER:   This
14     concludes the deposition.
15              We are going off the record at
16     12:43 p.m.
17              (Time noted: 12:43 p.m.)
18
       _____
19     ALEKSEJ GUBAREV
20
       Subscribed and sworn to
21     before me this     day
       of         2018.
22
23     _____
24
25
```

```
 1                      CERTIFICATE
 2     STATE OF NEW YORK )
                        :  ss
 3     COUNTY OF NEW YORK)
 4              I, Steven Neil Cohen, a Registered
 5     Professional Reporter and Notary Public
 6     within and for the State of New York, do
 7     hereby certify:  That ALEKSEJ GUBAREV, the
 8     witness whose deposition is herein before
 9     set forth, was duly sworn by me and that
10     such deposition is a true record of the
11     testimony given by such witness.
12              I further certify that I am not
13     related to any of the parties to this action
14     by blood or marriage and that I am in no way
15     interested in the outcome of this matter.
16              I further certify that neither the
17     deponent nor a party requested a review of
18     the transcript pursuant to Federal Rule of
19     Civil Procedure 30(e) before the deposition
20     was completed.
21              In witness whereof, I have
22     hereunto set my hand this 2nd day of July
23     2018.
24                    *Steven Neil Cohen*
                    STEVEN NEIL COHEN, RPR
25
```