# EXHIBIT 7A

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

# IGB.COM INC

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**IGB.com Inc**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONTENTS


| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Board of Directors' report | 2 & 4 |
| Independent Auditors' report | 5 & 7 |
| Statement of profit or loss and other comprehensive income | 8 |
| Statement of financial position | 9 |
| Statement of changes in equity | 10 |
| Statement of cash flows | 11 |
| Notes to the financial statements | 12 - 20 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



XBT Holding S.A. — no

1GB.com Inc

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra |
| Management | Alexej Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Independent Auditors | KPMG Limited<br>Certified Public Accountants and Registered Auditors<br>P.O.Box 40075<br>6300 Larnaca<br>Cyprus |
| Registered Office | 16192, Coastal Highway<br>Lewes<br>New Castle, 19958<br>U.S.A. |
| Registration number | 11008891 |

**1GB.com Inc**

## BOARD OF DIRECTORS' REPORT

The Board of Directors of 1GB.com Inc (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

### INCORPORATION

1GB.com Inc (the "Company") was incorporated in United States of America on 28 January 2011 as a private company with limited liability.

### PRINCIPAL ACTIVITY AND NATURE OF OPERATIONS OF THE COMPANY

The principal activity of the Company is the provision of bandwidth services.

### FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 8 to the financial statements. The net profit for the year attributable to the shareholders of the Company amounted to US$472 372 (2015: US$35,634 loss).

### REVENUE

The Company's revenue for the year ended 31 December 2016 was US$480,000 (2015: US$2,500).

### DIVIDENDS

The Board of Directors does not recommend the payment of a dividend and the net profit for the year is retained.

### MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 15 to the financial statements.

### USE OF FINANCIAL INSTRUMENTS BY THE COMPANY

The Company is exposed to credit risk and dividends from the financial instruments it holds.

### CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

## LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

## FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

## SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

## BOARD OF DIRECTORS

The member of the Company's Board of Directors as at 31 December 2016 and at the date of this report is presented on page 1. The sole director was a member of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association the sole director presently member of the Board continues in office.

There were no significant changes in the remuneration of the Board of Directors.

## EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

## RELATED PARTY TRANSACTIONS

Disclosed in note 14 to the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Rajesh Kumar Mishra
Director

Limassol, 8 June 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER





KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**1GB.com Inc**

**Report on the audit of the financial statements**

**Opinion**

We have audited the accompanying financial statements of 1GB.com Inc (the "Company"), which are presented on pages 8 to 20 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

**Basis for opinion**

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.





CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

**Independent Auditors' report**

**to the Members of**

**IGB.com Inc**

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the Board of Directors' report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon. except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

**Responsibilities of the Board of Directors for the financial statements**

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the Board of Directors is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

XBT Holding S.A.

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of United States Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors

Larnaca, 8 June 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



1GB.com Inc

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 4 | 480.000 | 2.500 |
| Cost of sales | 5 | - | (15.169) |
| **Gross profit/(loss)** | | 480.000 | (12.669) |
| Administrative expenses | 6 | (7.623) | (23.505) |
| **Operating profit/(loss)** | 7 | 472.377 | (36.174) |
| Finance income | | (5) | 540 |
| Finance expenses | | - | - |
| **Net finance (expenses)/income** | 8 | (5) | 540 |
| **Profit/(loss) for the year** | | 472.372 | (35.634) |
| **Other comprehensive income** | | - | - |
| **Total comprehensive income/(expense) for the year** | | 472.372 | (35.634) |

The notes on pages 12 to 20 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**1GB.com Inc**

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Computer equipment | 9 | 1.568 | 4.640 |
| **Total non-current assets** | | 1.568 | 4.640 |
| **Current assets** | | | |
| Trade and other receivables | 10 | 482.500 | 2.500 |
| **Total current assets** | | 482.500 | 2.500 |
| **Total assets** | | 484.068 | 7.140 |
| **Equity** | | | |
| Share capital | 11 | 1.000 | 1.000 |
| Reserves | 12 | (37.670) | (510.042) |
| **Total equity** | | (36.670) | (509.042) |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Trade and other payables | 13 | 520.738 | 516.182 |
| **Total current liabilities** | | 520.738 | 516.182 |
| **Total liabilities** | | 520.738 | 516.182 |
| **Total equity and liabilities** | | 484.068 | 7.140 |

On 8 June 2017 the Board of Directors of 1GB.com Inc approved and authorised these financial statements for issue.

Rajesh Kumar Mishra
Director

The notes on pages 12 to 20 are an integral part of these financial statements.

**1GB.com Inc**

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 1,000 | (474,408) | (473,408) |
| Loss for the year | - | (35,634) | (35,634) |
| Balance at 31 December 2015 | 1,000 | (510,042) | (509,042) |
| Balance at 1 January 2016 | 1,000 | (510,042) | (509,042) |
| Profit for the year | - | 472,372 | 472,372 |
| Balance at 31 December 2016 | 1,000 | (37,670) | (36,670) |

The notes on pages 12 to 20 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**1GB.com Inc**

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit/(loss) for the year | | 472.372 | (35 634) |
| Adjustments for: | | | |
| Depreciation of computer equipment | 9 | 3.072 | 3.093 |
| **Cash generated from/(used in) operations before working capital changes** | | 475.444 | (32.541) |
| Increase in trade and other receivables | | (480.000) | (2.500) |
| Increase in trade and other payables | | 4.556 | 35.082 |
| **Cash generated from operations** | | - | 41 |
| **Cash flows from investing activities** | | - | - |
| **Cash flows from financing activities** | | - | - |
| **Net increase in cash and cash equivalents** | | - | 41 |
| Cash and cash equivalents at beginning of the year | | - | (41) |

The notes on pages 12 to 20 are an integral part of these financial statements.

**1GB.com Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

1GB.com Inc (the "Company") was incorporated in United States of America on 28 January 2011 as a private company with limited liability. Its registered office is at 16192, Coastal Highway, Lewes, New Castle, 19958, U.S.A..

The principal activity of the Company is the provision of bandwidth services.

## 2. BASIS OF PREPARATION

**(a) Statement of compliance**
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

**(e) Functional and presentation currency**
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Revenue recognition

Revenues earned by the Company are recognised on the following bases:

* *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance income

Interest income is recognised on a time-proportion basis using the effective method

Foreign currency translation

*(i) Functional currency*

Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

*(ii) Transactions and balances*

Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Property, plant and equipment

Equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

| | % |
|---|---|
| | 20 |
| Computer equipment | |

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Share capital
Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

## 4. REVENUE

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Intercompany revenues (note 14) | 480,000 | 2,500 |
| | 480,000 | 2,500 |

## 5. COST OF SALES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Intercompany costs (note 14) | - | 15,169 |
| | - | 15,169 |

## 6. ADMINISTRATIVE EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Independent auditors' remuneration - current year | 2,571 | 1,096 |
| Independent auditors' remuneration - prior years | 1,680 | 66 |
| Other professional fees | 300 | 500 |
| Intercompany expenses (note 14) | - | 18,750 |
| Depreciation | 3,072 | 3,093 |
| | 7,623 | 23,505 |

**IGB.com Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 7. OPERATING PROFIT /(LOSS)

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Operating profit/(loss) is stated after charging the following items: | | | |
| Depreciation of computer equipment | 9 | 3,072 | 3,093 |
| Independent auditors' remuneration - current year | | 2,571 | 1,096 |
| Independent auditors' remuneration - prior years | | 1,680 | 66 |

## 8. NET FINANCE INCOME

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Exchange profit | (5) | 540 |
| | (5) | 540 |

## 9. COMPUTER EQUIPMENT

| | Computer equipment US$ |
|---|---|
| **Cost** | |
| Balance at 1 January 2015 | 16,000 |
| Balance at 31 December 2015 | 16,000 |
| Balance at 1 January 2016 | 16,000 |
| Balance at 31 December 2016 | 16,000 |
| **Depreciation** | |
| Balance at 1 January 2015 | 8,267 |
| Depreciation for the year | 3,093 |
| Balance at 31 December 2015 | 11,360 |
| Balance at 1 January 2016 | 11,360 |
| Depreciation for the year | 3,072 |
| Balance at 31 December 2016 | 14,432 |
| **Carrying amounts** | |
| Balance at 31 December 2016 | 1,568 |
| Balance at 31 December 2015 | 4,640 |

## 10. TRADE AND OTHER RECEIVABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Receivables from related companies (note 14 (iv)) | 482,500 | 2,500 |
| | 482,500 | 2,500 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to credit risk and impairment losses in relation to trade and other receivables is reported in note 15 to the financial statements.

## 11. SHARE CAPITAL

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of US$1 each | 1,000 | 1,000 | 1,000 | 1,000 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 1,000 | 1,000 | 1,000 | 1,000 |
| Balance at 31 December | 1,000 | 1,000 | 1,000 | 1,000 |

## 12. RESERVES

| | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | (474,408) | (474,408) |
| Loss for the year | (35,634) | (35,634) |
| Balance at 31 December 2015 | (510,042) | (510,042) |
| | | |
| Balance at 1 January 2016 | (510,042) | (510,042) |
| Profit for the year | 472,372 | 472,372 |
| Balance at 31 December 2016 | (37,670) | (37,670) |

## 13. TRADE AND OTHER PAYABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Payables to parent (note 14 (v)) | 483.445 | 474.829 |
| Accruals | 2.574 | 1.598 |
| Payables to related companies (note 14 (vi)) | 34.719 | 39.755 |
| | 520.738 | 516.182 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

## 14. RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding Ltd, incorporated in Cyprus, which owns 100% of the Company's shares.

The transactions and balances with related parties are as follows:

**(i) Sales of services (note 4)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Webzilla Dallas Inc | - | 2.500 |
| IP Transit Inc | 480.000 | - |
| | 480.000 | 2.500 |

**(ii) Purchases of services (note 5)**

| | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Webzilla B.V. | Trade | - | 44 |
| Webzilla Ltd | Trade | - | 15.127 |
| | | - | 15.171 |

Purchases from related companies were made at cost

## 14. RELATED PARTY TRANSACTIONS *(continued)*

**(iii) Intercompany expenses (note 6)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Webzilla Ltd | - | 9,750 |
| TM Web Properties Ltd | - | 9,000 |
| | - | 18,750 |

**(iv) Receivables from related companies (note 10)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Webzilla Dallas Inc | Trade | 2,500 | 2,500 |
| IP Transit Inc | Trade | 480,000 | - |
| | | 482,500 | 2,500 |

**(v) Payables to group companies (note 13)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding Ltd | Trade | 483,445 | 474,829 |
| | | 483,445 | 474,829 |

**(vi) Payables to related companies (note 13)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| TM Web Properties Ltd | Trade | 9,000 | 9,000 |
| Webzilla B.V. | Trade | 44 | 44 |
| Webzilla Ltd | Trade | 24,875 | 30,711 |
| Servers.com Inc | Trade | 800 | - |
| | | 34,719 | 39,755 |

## 15. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

- Credit risk
- Other risks

## 15. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

Financial risk factors *(continued)*

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i)* *Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 10.

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 10.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

(ii) Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

## 16. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 17. GOING CONCERN BASIS

Even though the Company has made a profit of US$472,372 during the year ended 31 December 2016 as of that date the Company's liabilities exceeded its assets by US$36,670. The Company is dependent upon the continuing financial support of its parent company without which there would be significant doubt about its ability to continue as a going concern as well as its ability to realise its assets and discharge its liabilities in the ordinary course of business. The parent company has indicated its intention to continue providing such financial assistance to the Company to enable it to continue as a going concern and to meet its obligations as they fall due.

## 18. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 19. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 20. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

On 8 June 2017 the Board of Directors of 1GB.com Inc approved and authorised these financial statements for issue.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**BN Domain Trust Services Ltd**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**BN Domain Trust Services Ltd**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONTENTS


| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 3 |
| Independent Auditors' report | 4 & 7 |
| Statement of profit or loss and other comprehensive income | 8 |
| Statement of financial position | 9 |
| Statement of changes in equity | 10 |
| Statement of cash flows | 11 |
| Notes to the financial statements | 12 - 18 |

**BN Domain Trust Services Ltd**

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Kostyantyn Bezruchenko<br>Rajesh Kumar Mishra |
| Secretary | Regina Biktimirova |
| Independent Auditors | KPMG Limited |
| Management | Alexej Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Registered Office | 135 Arch. Makarios III<br>EMELLE Building, 4th floor<br>P.C. 3021, Limassol<br>Cyprus |
| Registration number | HE334898 |

BN Domain Trust Services Ltd

MANAGEMENT REPORT

The Board of Directors of BN Domain Trust Services Ltd (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

## PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The Company was dormant throughout the year ended 31 December 2016.

## FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 8 to the financial statements. The net loss for the year attributable to the shareholders of the Company amounted to US$5.296 (2015: US$1.473).

## DIVIDENDS

The Board of Directors does not recommend the payment of a dividend.

## MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 12 to the financial statements.

## CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

## LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

## FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

**BN Domain Trust Services Ltd**

MANAGEMENT REPORT *(continued)*

## SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

## BRANCHES

During the year ended 31 December 2016 the Company did not operate any branches.

## BOARD OF DIRECTORS

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors.

## EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

## RELATED PARTY TRANSACTIONS

Disclosed in note 11 to the financial statements.

## INDEPENDENT AUDITORS

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Regina Biktimirova
Secretary

Larnaca, 8 June 2017





KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**BN Domain Trust Services Ltd**

## Report on the audit of the financial statements

### Opinion

We have audited the accompanying financial statements of BN Domain Trust Services Ltd (the "Company"), which are presented on pages 8 to 18 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as adopted by the European Union (IFRS-EU) and the requirements of the Cyprus Companies Law, Cap. 113, as amended from time to time (the "Companies Law, Cap. 113").

### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

KPMG

**Independent Auditors' report**

**to the Members of**

**BN Domain Trust Services Ltd**

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

**Responsibilities of the Board of Directors for the financial statements**

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with IFRS-EU and the requirements of the Companies Law, Cap. 113, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, OPERATING LOSS for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

BN Domain Trust Services Ltd

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Report on other legal requirements**

Pursuant to the additional requirements of the Auditors and Statutory Audits of Annual and Consolidated Accounts Law of 2009, L.42(I)/2009, as amended from time to time ("Law 42(I)/2009"), we report the following:

- We have obtained all the information and explanations we considered necessary for the purposes of our audit.
- In our opinion, proper books of account have been kept by the Company, so far as it appears from our examination of those books.
- The Company's financial statements are in agreement with the books of account.
- In our opinion and to the best of our information and according to the explanations given to us, the financial statements give the information required by the Companies Law, Cap. 113, in the manner so required.
- In our opinion, the Board of Directors' report on pages 2 and 3, the preparation of which is the responsibility of the Board of Directors, has been prepared in accordance with the requirements of the Companies Law, Cap 113, and the information given is consistent with the financial statements.
- In the light of the knowledge and understanding of the business and the Company's environment obtained in the course of our audit, we have not identified material misstatements in the Board of Directors' report.

KPMG

**Independent Auditors' report**

**to the Members of**

**BN Domain Trust Services Ltd**

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body in accordance with Section 34 of Law 42(I)/2009 and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

Panicos Antoniades, FCCA
Certified Public Accountant and Registered Auditor
for and on behalf of

KPMG Limited
Certified Public Accountants and Registered Auditors

Larnaca, 7 July 2017

**BN Domain Trust Services Ltd**

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | | - | - |
| Administrative expenses | | (5,233) | (1,846) |
| **Operating loss** | 4 | (5,233) | (1,846) |
| **Net finance (expenses)/income** | 5 | (63) | 373 |
| **Loss before tax** | | (5,296) | (1,473) |
| Tax | 6 | - | - |
| **Loss for the year** | | (5,296) | (1,473) |
| **Other comprehensive income** | | - | - |
| **Total comprehensive expense for the year** | | (5,296) | (1,473) |

The notes on pages 12 to 18 are an integral part of these financial statements.

**BN Domain Trust Services Ltd**

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Current assets** | | | |
| Trade and other receivables | 7 | 1,330 | 1,886 |
| **Total current assets** | | 1,330 | 1,886 |
| **Total assets** | | 1,330 | 1,886 |
| **Equity** | | | |
| Share capital | 8 | 1,330 | 1,330 |
| Reserves | 9 | (13,982) | (8,686) |
| **Total equity** | | (12,652) | (7,356) |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Trade and other payables | 10 | 13,982 | 9,242 |
| **Total current liabilities** | | 13,982 | 9,242 |
| **Total liabilities** | | 13,982 | 9,242 |
| **Total equity and liabilities** | | 1,330 | 1,886 |

On 8 June 2017 the Board of Directors of BN Domain Trust Services Ltd approved and authorised these financial statements for issue.

Kostyantyn Bezruchenko
Director

Rajesh Kumar Mishra
Director

The notes on pages 12 to 18 are an integral part of these financial statements.

**BN Domain Trust Services Ltd**

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 1.330 | (7.213) | (5.883) |
| Loss for the year | - | (1.473) | (1.473) |
| Balance at 31 December 2015 | 1.330 | (8.686) | (7.356) |
| Balance at 1 January 2016 | 1.330 | (8.686) | (7.356) |
| Loss for the year | - | (5.296) | (5.296) |
| Balance at 31 December 2016 | 1.330 | (13.982) | (12.652) |

Companies which do not distribute 70% of their profits after tax, as defined by the Special Contribution for the Defence of the Republic Law, during the two years after the end of the year of assessment to which the profits refer, will be deemed to have distributed this amount as dividend. Special contribution for defence at 17% will be payable on such deemed dividend to the extent that the ultimate shareholders at the end of the period of two years from the end of the year of assessment to which the profits refer are both Cyprus tax resident and Cyprus domiciled. The amount of this deemed dividend distribution is reduced by any actual dividend paid out of the profits of the relevant year at any time. This special contribution for defence is paid by the company for the account of the shareholders.

The notes on pages 12 to 18 are an integral part of these financial statements.

BN Domain Trust Services Ltd

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | 2016 US$ | 2015 US$ |
|---|---|---|
| **Cash flows from operating activities** | | |
| Loss for the year | (5.296) | (1.473) |
| **Cash used in operations before working capital changes** | (5 296) | (1.473) |
| Decrease/(increase) in trade and other receivables | 556 | (556) |
| Increase in trade and other payables | 4.740 | 2.029 |
| **Cash generated from operations** | - | - |
| **Cash flows from investing activities** | - | - |
| **Cash flows from financing activities** | - | - |
| Cash and cash equivalents at beginning of the year | - | - |
| **Cash and cash equivalents at end of the year** | - | - |

The notes on pages 12 to 18 are an integral part of these financial statements.

**BN Domain Trust Services Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

BN Domain Trust Services Ltd (the "Company") was incorporated in Cyprus on 14 August 2014 as a private limited liability company under the Cyprus Companies Law, Cap. 113. Its registered office is at 135 Arch. Makariou III, EMELLE Building, 4th floor, P.C. 3021, Limassol, Cyprus.

The Company was dormant throughout the year ended 31 December 2016.

## 2. BASIS OF PREPARATION

**(a) Statement of compliance**
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as adopted by the European Union (EU) and the requirements of the Cyprus Companies Law, Cap.113.

**(b) Basis of measurement**
The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. Some of them were adopted by the European Union and others not yet. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

**(e) Functional and presentation currency**
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Foreign currency translation

(i) *Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

(ii) *Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Dividends
Dividend distribution to the Company's shareholders is recognised in the Company's financial statements in the year in which they are approved by the Company's shareholders.

Financial instruments
Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

(i) *Trade and other payables*
Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Share capital
Ordinary shares are classified as equity.

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

## 4. OPERATING LOSS

| | 2016<br>US$ | 2015<br>US$ |
|---|---|---|
| Operating loss is stated after charging the following items: | | |
| Independent auditors' remuneration | 2,235 | 785 |

BN Domain Trust Services Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 5. NET FINANCE INCOME

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Exchange profit | (63) | 373 |
| | (63) | 373 |

## 6. TAXATION

*Reconciliation of tax based on the taxable income and tax based on accounting losses:*

| | 2016 | 2016 US$ | 2015 | 2015 US$ |
|---|---|---|---|---|
| Accounting loss before tax | | (5.296) | | (1.473) |
| Tax calculated at the applicable tax rates | 12,50 % | (662) | 12,50 % | (184) |
| Tax effect of expenses not deductible for tax purposes | (0,87)% | 46 | - % | - |
| Tax effect of loss for the for the year | (11,63)% | 616 | (12,49)% | 184 |
| Tax as per statement of profit or loss and other comprehensive income - charge | - % | - | - % | - |

The corporation tax rate is 12,5%.

Under certain conditions interest income may be subject to defence contribution at the rate of 30%. In such cases this interest will be exempt from corporation tax. In certain cases, dividends received from abroad may be subject to defence contribution at the rate of 17%.

Due to tax losses sustained in the year, no tax liability arises on the Company. Tax losses may be carried forward for five years. Group companies may deduct losses against profits arising during the same tax year. As at 31 December 2016, the balance of tax losses which is available for offset against future taxable profits amounts to US$9.644 for which no deferred tax asset is recognised in the statement of financial position.

## 7. TRADE AND OTHER RECEIVABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Shareholders' current accounts - debit balances (note 11 (ii)) | 1.330 | 1.330 |
| Deferred expenses | - | 556 |
| | 1.330 | 1.886 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

BN Domain Trust Services Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 8. SHARE CAPITAL

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of €1.00 each converted at rate €1=US$1,33 | 1,000 | 1,330 | 1,000 | 1,330 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 1,000 | 1,330 | 1,000 | 1,330 |
| Balance at 31 December | 1,000 | 1,330 | 1,000 | 1,330 |

## 9. RESERVES

| | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | (7,213) | (7,213) |
| Loss for the year | (1,473) | (1,473) |
| Balance at 31 December 2015 | (8,686) | (8,686) |
| Balance at 1 January 2016 | (8,686) | (8,686) |
| Loss for the year | (5,296) | (5,296) |
| Balance at 31 December 2016 | (13,982) | (13,982) |

## 10. TRADE AND OTHER PAYABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 5,135 | 1,304 |
| Accruals | 1,550 | 1,096 |
| Payables to related companies (note 11 (i)) | 7,297 | 6,842 |
| | 13,982 | 9,242 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

## 11. RELATED PARTY TRANSACTIONS

The Company is controlled by Brandnames.com Sarl, incorporated in Luxemburg, which owns 100% of the Company's shares.

## 11. RELATED PARTY TRANSACTIONS *(continued)*

The transactions and balances with related parties are as follows:

**(i) Payables to related companies (note 10)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Webzilla Ltd | Trade | 7,297 | 6,842 |
| | | 7,297 | 6,842 |

**(ii) Shareholders' current accounts - debit balances (note 7)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| IT Pan.com Ltd | - | 1,330 |
| Brandnames.com Sarl | 1,330 | - |
| | 1,330 | 1,330 |

The shareholders' current accounts are interest free, and have no specified repayment date.

## 12. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company does not have a formal risk management policy program. The exposure to the above risk is monitored by the Board of Directors as part of its daily management of the business.

**A. Financial risk management**

*(i) Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

BN Domain Trust Services Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 12. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

*(i) Credit risk (continued)*

*Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 7.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii) Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

(iii) Other risks

The general economic environment prevailing in Cyprus and internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

## 13. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 14. GOING CONCERN BASIS

The Company incurred a loss of US$5.296 during the year ended 31 December 2016 ended 31 December 2016, and, as of that date the Company's liabilities exceeded its assets by US$12.652. The Company is dependent upon the continuing financial support of its parent company without which there would be significant doubt about its ability to continue as a going concern as well as its ability to realise its assets and discharge its liabilities in the ordinary course of business. The parent company has indicated its intention to continue providing such financial assistance to the Company to enable it to continue as a going concern and to meet its obligations as they fall due.

**BN Domain Trust Services Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 15. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 16. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 17. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**BN Domain Trust Services Ltd**

FINANCIAL STATEMENTS

For the year ended 31 December 2016

ADDITIONAL INFORMATION

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**BN Domain Trust Services Ltd**

FINANCIAL STATEMENTS

For the year ended 31 December 2016

ADDITIONAL INFORMATION


| | Schedule |
|---|---|
| Income statement | 1 |
| Administrative expenses | 2 |
| Finance income | 3 |
| Computation of corporate tax | 4 |
| Certificate | 5 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 1

**BN Domain Trust Services Ltd**

INCOME STATEMENT

For the year ended 31 December 2016

| | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | | - | - |
| Administrative and selling expenses | 2 | (5,233) | (1,846) |
| **Operating loss** | | (5,233) | (1,846) |
| **Net finance (expenses)/income** | | (63) | 373 |
| **Loss before tax** | | (5,296) | (1,473) |
| **Loss for the year** | | (5,296) | (1,473) |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 2

**BN Domain Trust Services Ltd**

ADMINISTRATIVE EXPENSES

For the year ended 31 December 2016

| | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Registrar annual fee | | 366 | - |
| Independent auditors' remuneration | | 2,235 | 785 |
| Other professional fees | | 2,046 | 629 |
| Irrecoverable VAT | | 586 | 432 |
| | 1 | 5,233 | 1,846 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 3

**BN Domain Trust Services Ltd**

FINANCE INCOME

For the year ended 31 December 2016

| | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Finance income** | | | |
| Realised foreign exchange profit | | (63) | 373 |
| | | (63) | 373 |
| Net finance (expenses)/income | 1 | (63) | 373 |

Schedule 4

**BN Domain Trust Services Ltd**

COMPUTATION OF CORPORATE TAX

For the year ended 31 December 2016

| | Schedule | US$ | US$ |
|---|---|---|---|
| Net loss before tax per income statement | 1 | | (5.296) |
| Add: | | | |
| Registrar annual fee | | 366 | 366 |
| Net loss for the year | | | (4.930) |
| | | | € |
| Converted into € at US$ 1,106900 = € I | | | (4.454) |
| Loss brought forward | | | (4.695) |
| Loss carried forward | | | (9.149) |

**CALCULATION OF TAX LOSSES FOR THE FIVE YEAR PERIOD**

| Tax year | Profits/(losses) for the tax year | Gains Offset | | Gains Offset | | Gains Offset | |
|---|---|---|---|---|---|---|---|
| | € | Amount € | Year | Amount € | Year | Amount € | Year |
| 2011 | - | - | | - | | - | |
| 2012 | - | - | | - | | - | |
| 2013 | - | - | | - | | - | |
| 2014 | (3.342) | - | | - | | - | |
| 2015 | (1.353) | - | | - | | - | |
| 2016 | (4.454) | - | | - | | - | |

Net loss carried forward (9.149)

Schedule 5

**BN Domain Trust Services Ltd**

CERTIFICATE

For the year ended 31 December 2016

We hereby certify, to the best of our knowledge and belief, that:

1) The proceeds of all sales and all other income have been properly recorded as such in the books produced to KPMG Limited.

2) All expenses for the year under review represent expenses incurred wholly and exclusively for the Company's business and have been properly recorded as such in the books produced to KPMG Limited.

3) All transactions affecting the business for the year under review have been properly recorded in the books produced to KPMG Limited.

4) All reserves are properly shown and all necessary provisions have been duly made and shown as such in the books produced to KPMG Limited.

5) All assets and liabilities have been properly taken up as at 31 December 2016 in the books produced to KPMG Limited.

6) All investments in non listed titles were presented to KPMG Limited at their fair value, as determined by the Company.

7) The Company had no contingent liabilities as at 31 December 2016.

8) No events have occurred and no facts have been discovered since the year-end, which could materially affect the true and fair view of these financial statements as at 31 December 2016.

Yours truly,

..................................
Kostyantyn Bezruchenko
Director

..................................
Rajesh Kumar Mishra
Director

Larnaca, 8 June 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

# BRANDNAMES.COM SARL

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

**Brandnames.com SARL**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONTENTS


| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Board of Directors' report | 2 & 4 |
| Independent Auditors' report | 5 & 7 |
| Statement of profit or loss and other comprehensive income | 8 |
| Statement of financial position | 9 |
| Statement of changes in equity | 10 |
| Statement of cash flows | 11 |
| Notes to the financial statements | 12 - 23 |

**Braadnames.com SARL**

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Aleksey Gubarev<br>Kostyantyn Bezruchenko<br>Rajesh Kumar Mishra<br>Waheed Hussain |
| Independent Auditors | KPMG Limited |
| Management | Alexej Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Banker | CIM Banque |
| Registered Office | Gartenstrasse 4<br>6304 Zug<br>Switzerland |
| Registration number | CHE-301.473.147 |

**Brandnames.com SARL**

BOARD OF DIRECTORS' REPORT

The Board of Directors of Brandnames.com SARL (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

## PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The principal activities of the Company is the domains registration.

## FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 8 to the financial statements. The net profit for the year attributable to the shareholders of the Company amounted to US$71.055 (2015: US$64.043 loss).

## REVENUE

The Company's revenue for the year ended 31 December 2016 was US$152.676 (2015: US$2.451).

## DIVIDENDS

The Board of Directors does not recommend the payment of a dividend and the net profit for the year is retained.

## MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 17 to the financial statements.

## USE OF FINANCIAL INSTRUMENTS BY THE COMPANY

The Company is exposed to interest rate risk, credit risk and dividends from the financial instruments it holds.

## INTEREST RATE RISK

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Company to cash flow interest rate risk. Borrowings issued at fixed rates expose the Company to fair value interest rate risk. Company's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

## CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

## LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

## FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

## SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

## BRANCHES

During the year ended 31 December 2016 the Company did not operate any branches.

## BOARD OF DIRECTORS

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors.

## EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

**Brandnames.com SARL**

BOARD OF DIRECTORS' REPORT *(continued)*

## RELATED PARTY TRANSACTIONS

Disclosed in note 16 to the financial statements.

## INDEPENDENT AUDITORS

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Rajesh Kumar Mishra
Director

Limassol, 8 June 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER





KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**Brandnames.com SARL**

## Report on the audit of the financial statements

### Opinion

We have audited the accompanying financial statements of parent company Brandnames.com SARL (the "Company"), which are presented on pages 8 to 23 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the "*Auditors' responsibilities for the audit of the financial statements*" section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

Brandnames.com SARL

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the Board of Directors' report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113)

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

**Responsibilities of the Board of Directors for the financial statements**

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the Board of Directors is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

KPMG

Independent Auditors' report

to the Members of

Brandnames.com SARL

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of Switzerland Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors

Larnaca, 7 July 2017

**Brandnames.com SARL**

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 4 | 152,676 | 2,451 |
| Cost of sales | 5 | (16,449) | (9,829) |
| **Gross profit/(loss)** | | 136,227 | (7,378) |
| | | | |
| Selling and distribution expenses | | (1,399) | - |
| Administrative expenses | 6 | (66,738) | (59,233) |
| Other operating expenses | | - | - |
| **Operating profit/(loss)** | 7 | 68,090 | (66,611) |
| | | | |
| Finance income | | 2,965 | 2,568 |
| Finance expenses | | - | - |
| **Net finance income** | 8 | 2,965 | 2,568 |
| **Profit/(loss) for the year** | | 71,055 | (64,043) |
| | | | |
| **Other comprehensive income** | | - | - |
| **Total comprehensive income/(expense) for the year** | | 71,055 | (64,043) |

The notes on pages 12 to 23 are an integral part of these financial statements.

**Brandnames.com SARL**

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Intangible assets | 9 | 33,448 | 42,089 |
| Investments in subsidiaries | 10 | 1,330 | - |
| **Total non-current assets** | | 34,778 | 42,089 |
| **Current assets** | | | |
| Trade and other receivables | 11 | 165,663 | 16,000 |
| Cash and cash equivalents | 12 | 8,389 | 1,657 |
| **Total current assets** | | 174,052 | 17,657 |
| **Total assets** | | 208,830 | 59,746 |
| **Equity** | | | |
| Share capital | 13 | 20,242 | 20,242 |
| Reserves | 14 | 5,062 | (65,993) |
| **Total equity** | | 25,304 | (45,751) |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Bank overdrafts | 12 | - | 106 |
| Trade and other payables | 15 | 183,526 | 105,391 |
| **Total current liabilities** | | 183,526 | 105,497 |
| **Total equity and liabilities** | | 208,830 | 59,746 |

On 8 June 2017 the Board of Directors of Brandnames.com SARL approved and authorised these financial statements for issue.

Rajesh Kumar Mishra
Director

Kostyantyn Bezruchenko
Director

The notes on pages 12 to 23 are an integral part of these financial statements

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**Brandnames.com SARL**

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 20,242 | (1,950) | 18,292 |
| Loss for the year | - | (64,043) | (64,043) |
| Balance at 31 December 2015 | 20,242 | (65,993) | (45,751) |
| | | | |
| Balance at 1 January 2016 | 20,242 | (65,993) | (45,751) |
| Profit for the year | - | 71,055 | 71,055 |
| Balance at 31 December 2016 | 20,242 | 5,062 | 25,304 |

The notes on pages 12 to 23 are an integral part of these financial statements.

**Brandnames.com SARL**

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit/(loss) for the year | | 71.055 | (64.043) |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | | - | 5.286 |
| Unrealised exchange (profit) | | (4.094) | - |
| Amortisation of computer software | 9 | 8.641 | - |
| **Cash generated from/(used in) operations before working capital changes** | | 75.602 | (58.757) |
| Increase in trade and other receivables | | (149.663) | (16.000) |
| Increase in trade and other payables | | 78.135 | 58.752 |
| **Cash generated from/(used in) operations** | | 4.074 | (16.005) |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of intangible assets | 9 | - | (2.686) |
| Payment for acquisition of investments in subsidiaries | 10 | (1.330) | - |
| **Net cash used in investing activities** | | (1.330) | (2.686) |
| **Cash flows from financing activities** | | | |
| Unrealised exchange profit | | 4.094 | - |
| **Net cash generated from financing activities** | | 4.094 | - |
| **Net increase/(decrease) in cash and cash equivalents** | | 6.838 | (18.691) |
| Cash and cash equivalents at beginning of the year | | 1.551 | 20.242 |
| **Cash and cash equivalents at end of the year** | 12 | 8.389 | 1.551 |

The notes on pages 12 to 23 are an integral part of these financial statements.

**Brandnames.com SARL**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

Brandnames.com SARL (the "Company") was incorporated in Switzerland on 3 December 2014 as a private company with limited liability. Its registered office is at Gartenstrasse 4, 6304 Zug, Switzerland.

## 2. BASIS OF PREPARATION

### (a) Statement of compliance

The financial statements of the Company have been prepared in accordance with International Financial Reporting Standards (IFRS) as issued by the IASB.

These financial statements are the separate financial statements. The Company has not prepared consolidated financial statements as the exemption from consolidation in paragraph 4(a) of IFRS10 'Consolidated Financial Statements', has been used. The Company's ultimate parent XBT Holding S.A., a Company incorporated in Luxemburg produced consolidated financial statements available for public use that comply with International Financial Reporting Standards as issued by the IASB. These consolidated financial statements can be obtained 3 op der Poukewiss, L-7795, Roost, Luxemburg.

### (b) Basis of measurement

The financial statements have been prepared under the historical cost convention.

### (c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)

During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

### (d) Use of estimates and judgments

The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

### (e) Functional and presentation currency

The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

**Brandnames.com SARL**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

Subsidiaries
Subsidiaries are entities controlled by the Group. Control exists where the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

Investments in subsidiaries are stated at cost, which includes transaction costs, less provision for permanent diminution in value, which is recognised as an expense in the period in which the diminution is identified.

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Foreign currency translation

*(i) Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

*(ii) Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Dividends
Dividend distribution to the Company's shareholders is recognised in the Company's financial statements in the year in which they are approved by the Company's shareholders.

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Intangible assets

(i) *Computer software*

Costs that are directly associated with identifiable and unique computer software products controlled by the Company and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Financial instruments

Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

(i) *Trade and other receivables*

Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

(ii) *Cash and cash equivalents*

For the purpose of the statement of cash flows, cash and cash equivalents comprise cash at bank and bank overdrafts.

**Brandnames.com SARL**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(iii) Borrowings*

Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(iv) Trade and other payables*

Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Share capital

Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Comparatives

Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

4. **REVENUE**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Sales/Revenue | 899 | 2,451 |
| Intercompany revenues (note 16) | 151,777 | - |
| | 152,676 | 2,451 |

5. **COST OF SALES**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cost of sales | 5,088 | 1,347 |
| Intercompany costs (note 16) | 11,361 | 8,482 |
| | 16,449 | 9,829 |

**Brandnames.com SARL**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 6. ADMINISTRATIVE EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Independent auditors' remuneration - prior years | 773 | - |
| Sales and marketing | 2.293 | 9.725 |
| Professional charges | 52.628 | 42.039 |
| Travelling and transportation | 112 | 1.041 |
| General administration | 2.291 | 1.142 |
| Depreciation | 8.641 | 5.286 |
| | 66.738 | 59.233 |

## 7. OPERATING PROFIT /(LOSS)

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Operating profit/(loss) is stated after charging the following items: | | |
| Depreciation of property, plant and equipment | 8.641 | 5.286 |
| Independent auditors' remuneration - prior years | 773 | - |

## 8. NET FINANCE INCOME

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Exchange profit | 2.965 | 2.568 |
| | 2.965 | 2.568 |

Brandnames.com SARL

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 9. INTANGIBLE ASSETS

| | Computer software US$ | Research and development US$ | Total US$ |
|---|---|---|---|
| **Cost** | | | |
| Balance at 1 January 2015 | - | 44,689 | 44,689 |
| Additions | 2,686 | - | 2,686 |
| Transfer to computer software | 44,689 | (44,689) | - |
| Balance at 31 December 2015 | 47,375 | - | 47,375 |
| | | | |
| Balance at 1 January 2016 | 47,375 | - | 47,375 |
| Balance at 31 December 2016 | 47,375 | - | 47,375 |
| | | | |
| **Amortisation** | | | |
| Amortisation for the year | 5,286 | - | 5,286 |
| Balance at 31 December 2015 | 5,286 | - | 5,286 |
| | | | |
| Balance at 1 January 2016 | 5,286 | - | 5,286 |
| Amortisation for the year | 8,641 | - | 8,641 |
| Balance at 31 December 2016 | 13,927 | - | 13,927 |
| | | | |
| **Carrying amounts** | | | |
| Balance at 31 December 2016 | 33,448 | - | 33,448 |
| | | | |
| Balance at 31 December 2015 | 42,089 | - | 42,089 |

## 10. INVESTMENTS IN SUBSIDIARIES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | - | - |
| Additions | 1.330 | - |
| Balance at 31 December | 1.330 | - |

The details of the subsidiaries are as follows:

| Name | Country of incorporation | Principal activities | Holding % | 2016 US$ |
|---|---|---|---|---|
| BN Domain Trust Services LTD | Cyprus | web hosting services | 100% | 1.330 |
| | | | | 1.330 |

The Company periodically evaluates the recoverability of investments in subsidiaries whenever indicators of impairment are present. Indicators of impairment include such items as declines in revenues, earnings or cash flows or material adverse changes in the economic or political stability of a particular country, which may indicate that the carrying amount of an asset is not recoverable. If facts and circumstances indicate that investment in subsidiaries may be impaired, the estimated future discounted cash flows associated with these subsidiaries would be compared to their carrying amounts to determine if a write-down to fair value is necessary.

## 11. TRADE AND OTHER RECEIVABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade receivables | 10.202 | 13.168 |
| Receivables from related companies (note 16 (iii)) | 149.857 | 130 |
| Refundable VAT | 5.604 | 2.702 |
| | 165.663 | 16.000 |

The Company does not hold any collateral over the trading balances.

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to credit risk and impairment losses in relation to trade and other receivables is reported in note 17 to the financial statements.

## 12. CASH AND CASH EQUIVALENTS

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash and cash equivalents | 8.389 | 1.657 |
| Bank overdrafts | - | (106) |
| | 8.389 | 1.551 |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 17 to the financial statements.

## 13. SHARE CAPITAL

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of CHF 100 converted at rate CHF 1= US 1.012 each | 200 | 100 | 200 | 100 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 20.242 | 20.242 | 20.242 | 20.242 |
| Balance at 31 December | 20.242 | 20.242 | 20.242 | 20.242 |

## 14. RESERVES

| | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | (1.950) | (1.950) |
| Loss for the year | (64.043) | (64.043) |
| Balance at 31 December 2015 | (65.993) | (65.993) |
| Balance at 1 January 2016 | (65.993) | (65.993) |
| Profit for the year | 71.055 | 71.055 |
| Balance at 31 December 2016 | 5.062 | 5.062 |

Brandnames.com SARL

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 15. TRADE AND OTHER PAYABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 17.307 | 18.711 |
| Directors' current accounts - credit balances (note 16 (vi)) | - | 560 |
| Payables to parent (note 16 (iv)) | 44.689 | 44.689 |
| Accruals | 1.573 | 1.009 |
| Payables to own subsidiaries (note 16 (iv)) | 1.330 | - |
| Payables to related companies (note 16 (v)) | 118.627 | 40.422 |
| | 183.526 | 105.391 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to liquidity risk in relation to financial instruments is reported in note 17 to the financial statements.

## 16. RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holdings S.A, incorporated in Cyprus, which owns 100% of the Company's shares.

The transactions and balances with related parties are as follows:

**(i) Sales of services (note 4)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Webzilla BV | 149.727 | - |
| Webzilla Ltd | 2.050 | - |
| | 151.777 | - |

**(ii) Purchases of services (note 5)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Webzilla Inc | 3.870 | 941 |
| Webzilla Ltd | 7.491 | 7.541 |
| | 11.361 | 8.482 |

**Brandnames.com SARL**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

**16. RELATED PARTY TRANSACTIONS** *(continued)*

**(iii) Receivables from related companies (note 11)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Webzilla B.V. | Trade | 149.857 | 130 |
| | | 149.857 | 130 |

**(iv) Payables to group companies (note 15)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holdings Limited | Trade | 44.689 | 44.689 |
| BN Domain Trust Services LTD | Trade | 1.330 | - |
| | | 46.019 | 44.689 |

**(v) Payables to related companies (note 15)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Dedicated Servers Inc | Trade | 1.625 | 667 |
| ITPan.com Ltd | Trade | 992 | 992 |
| Webzilla INC | Trade | 39.344 | 17.601 |
| Webzilla Ltd | Trade | 76.666 | 21.162 |
| | | 118.627 | 40.422 |

**(vi) Shareholders' current accounts - credit balances**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Directors Current accounts - credit | - | 560 |
| | - | 560 |

The shareholders' current accounts are interest free, and have no specified repayment date.

Brandnames.com SARL

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 17. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i)* *Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 11.

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 11.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

## 17. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

*(ii) Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

(iii) Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

## 18. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 19. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 20. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 21. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Dedicated Servers Inc.**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Dedicated Servers Inc.**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONTENTS


| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 3 |
| Independent Auditors' report | 4 & 7 |
| Statement of profit or loss and other comprehensive income | 8 |
| Statement of financial position | 9 |
| Statement of changes in equity | 10 |
| Statement of cash flows | 11 |
| Notes to the financial statements | 12 - 25 |
| Additional information | |

**Dedicated Servers Inc.**

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra |
| Independent Auditors | KPMG Limited |
| Management | Alexey Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Banker | Bank of America |
| Registered Office | 6750 N. Andrews Ave.<br>Suite 200<br>Fort Lauderdale, FL 33309<br>USA |
| Registration number | P11000039978 |

**Dedicated Servers Inc.**

MANAGEMENT REPORT

The Board of Directors of Dedicated Servers Inc. (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

## PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The principal activities of the Company are the data storage services and the trace and renting of servers.

## FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 8 to the financial statements. The net profit for the year attributable to the shareholders of the Company amounted to US$59.148 (2015: US$23.855).

## REVENUE

The Company's revenue for the year ended 31 December 2016 was US$6.245.389 (2015: US$4.405.236).

## DIVIDENDS

The Board of Directors does not recommend the payment of a dividend and the net profit for the year is retained.

## MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 19 to the financial statements.

## INTEREST RATE RISK

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Company to cash flow interest rate risk. Borrowings issued at fixed rates expose the Company to fair value interest rate risk. Company's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

## CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

## LIQUIDITY RISK

Dedicated Servers Inc.

MANAGEMENT REPORT *(continued)*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

## FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

## SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

## BRANCHES

During the year ended 31 December 2016 the Company did not operate any branches.

## BOARD OF DIRECTORS

The member of the Company's Board of Directors as at 31 December 2016 and at the date of this report is presented on page 1. The sole director was a member of the Board of Directors throughout the year ended 31 December 2016.

## EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

## RELATED PARTY TRANSACTIONS

Disclosed in note 18 to the financial statements.

## INDEPENDENT AUDITORS

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Rajesh Kumar Mishra
Director

Limassol, 8 June 2017





KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippiou Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**Dedicated Servers Inc.**

**Opinion**

We have audited the accompanying financial statements of Dedicated Servers Inc. (the "Company"), which are presented on pages 8 to 25 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

**Basis for opinion**

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

**Independent Auditors' report**

**to the Members of**

**Dedicated Servers Inc.**

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

### Responsibilities of the Board of Directors for the financial statements

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, OPERATING PROFIT for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

### Auditors' responsibilities for the audit of the financial statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

Dedicated Servers Inc.

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

Dedicated Servers Inc.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of United States of America Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

8 June 2017

**Dedicated Servers Inc.**

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 4 | 6.245.389 | 4.405.236 |
| Cost of sales | 5 | (1.903.674) | (71.564) |
| **Gross profit** | | 4.341.715 | 4.333.672 |
| Other operating income | 6 | - | 20.103 |
| Administrative expenses | 7 | (4.022.974) | (4.159.357) |
| **Operating profit** | 8 | 318.741 | 194.418 |
| Finance income | 9 | (256) | 23 |
| Finance expenses | 9 | (259.337) | (170.586) |
| **Net finance expenses** | | (259.593) | (170.563) |
| **Profit for the year** | | 59.148 | 23.855 |
| **Other comprehensive income** | | - | - |
| **Total comprehensive income for the year** | | 59.148 | 23.855 |

The notes on pages 12 to 25 are an integral part of these financial statements.

**Dedicated Servers Inc.**

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Computer equipment | 10 | 6.412.377 | 3.303.722 |
| **Total non-current assets** | | 6.412.377 | 3.303.722 |
| **Current assets** | | | |
| Inventories | 11 | - | 1.173.144 |
| Trade and other receivables | 12 | 3.640.806 | 1.417.237 |
| Cash and cash equivalents | 13 | 84.276 | 7.300 |
| **Total current assets** | | 3.725.082 | 2.597.681 |
| **Total assets** | | 10.137.459 | 5.901.403 |
| **Equity** | | | |
| Share capital | 14 | 1.000 | 1.000 |
| Reserves | 15 | 1.270.055 | 1.210.907 |
| **Total equity** | | 1.271.055 | 1.211.907 |
| **Liabilities** | | | |
| **Non-current liabilities** | | | |
| Long-term portion of obligations under finance leases | 16 | 2.106.691 | 1.196.567 |
| **Total non-current liabilities** | | 2.106.691 | 1.196.567 |
| **Current liabilities** | | | |
| Bank overdrafts | 13 | 42.201 | 40.158 |
| Obligations under finance leases | 16 | 2.053.126 | 1.049.946 |
| Trade and other payables | 17 | 4.664.386 | 2.402.825 |
| **Total current liabilities** | | 6.759.713 | 3.492.929 |
| **Total liabilities** | | 8.866.404 | 4.689.496 |
| **Total equity and liabilities** | | 10.137.459 | 5.901.403 |

On 8 June 2017 the Board of Directors of Dedicated Servers Inc. approved and authorised these financial statements for issue.

............................................
Rajesh Kumar Mishra
Director

The notes on pages 12 to 25 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**Dedicated Servers Inc.**

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016
STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 1.000 | 1.187.052 | 1.188.052 |
| Profit for the year | - | 23.855 | 23.855 |
| Balance at 31 December 2015 | 1.000 | 1.210.907 | 1.211.907 |
| Balance at 1 January 2016 | 1.000 | 1.210.907 | 1.211.907 |
| Profit for the year | - | 59.148 | 59.148 |
| Balance at 31 December 2016 | 1.000 | 1.270.055 | 1.271.055 |

The notes on pages 12 to 25 are an integral part of these financial statements.

Dedicated Servers Inc.

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit for the year | | 59.148 | 23.855 |
| Adjustments for: | | | |
| Depreciation of computer equipment | 10 | 1.908.951 | 2.106.710 |
| Interest expense | 9 | 258.570 | 169.676 |
| **Cash generated from operations before working capital changes** | | 2.226.669 | 2.300.241 |
| Decrease/(increase) in inventories | | 1.173.144 | (590.387) |
| Increase in trade and other receivables | | (2.223.569) | (1.408.690) |
| Increase in trade and other payables | | 2.261.561 | 979.380 |
| **Cash generated from operations** | | 3.437.805 | 1.280.544 |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of computer equipment | 10 | (5.017.606) | (1.955.853) |
| **Net cash used in investing activities** | | (5.017.606) | (1.955.853) |
| **Cash flows from financing activities** | | | |
| Repayments of obligations under finance leases | | (1.599.934) | - |
| Proceeds from obligations under finance leases | | 3.513.238 | - |
| Interest paid | | (258.570) | (169.676) |
| **Net cash generated from/(used in) financing activities** | | 1.654.734 | (169.676) |
| | | 74.933 | (844.985) |
| Cash and cash equivalents at beginning of the year | | (32.858) | 812.127 |
| **Cash and cash equivalents at end of the year** | 13 | 42.075 | (32.858) |

The notes on pages 12 to 25 are an integral part of these financial statements.

Dedicated Servers Inc.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

Dedicated Servers Inc. (the "Company") was incorporated in United States of America on 16th of February 2010 as a private company with limited liability. Its registered office is at 6750 N. Andrews Ave., Suite 200, Fort Lauderdale, FL 33309, USA.

The principal activities of the Company are the data storage services and the trace and renting of servers.

## 2. BASIS OF PREPARATION

**(a) Statement of compliance**
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

**(e) Functional and presentation currency**
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

Dedicated Servers Inc.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

(i) *Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

(ii) *Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Computer equipment
Computer equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

| | % |
|---|---|
| Computer and network equipment | 20 |

Leased assets are depreciated over the shorter of lease term and their useful lives unless it is reasonably certain that the Company will obtain ownership by the end of the lease term.

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of property, plant and equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Computer equipment (continued)
of the originally assessed standard of performance of the existing asset will flow to the Company. Major renovations are depreciated over the remaining useful life of the related asset.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Leases
At inception of an arrangement, the Company determines whether an arrangement is or contains a lease.

At inception or on reassessment of an arrangement that contains a lease, the Company separates payments and other consideration required by the arrangement into those for the lease and those for other elements on the basis of their relative fair values. If the Company concludes for a finance lease that it is impracticable to separate the payments reliably, then an asset and a liability are recognised at an amount equal to the fair value of the underlying asset, subsequently, the liability is reduced as payments are made and an imputed finance cost on the liability is recognised using the Company's incremental borrowing rate.

Leases are classified as finance leases whenever the terms of the lease transfer substantially all the risks and rewards of ownership to the lessee All other leases are classified as operating leases.

*Finance leases - The Company as lessee*
The leases of the Company are classified as finance leases, if they transfer to the Company substantially all the risks and rewards incidental to ownership of an asset. The Company recognises a finance lease as an asset and liability at the lower of the fair value of the leased asset and the present value of minimum lease payments. Subsequent to initial recognition, the assets are accounted for in accordance with the accounting policy applicable to that asset.

The payments are apportioned between the finance expenses and the decrease of the finance lease obligations based on the effective interest method.

*Operating leases*
Rentals payable under operating leases are charged to profit or loss on a straight-line basis over the term of the relevant lease. Benefits received and receivable as an incentive to enter into an operating lease are also spread on a straight-line basis over the lease term.

Financial instruments
Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

*(i) Cash and cash equivalents*
For the purpose of the statement of cash flows, cash and cash equivalents comprise cash at bank and bank overdrafts.

**Dedicated Servers Inc.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Financial instruments (continued)

*(ii) Trade and other payables*
Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Inventories
Inventories are stated at the lower of cost and net realisable value. The cost is determined using the weighted average method. Net realisable value is the estimated selling price in the ordinary course of business, less the costs to completion and selling expenses.

Share capital
Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Non-current liabilities
Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

## 4. REVENUE

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Revenues | 624.551 | - |
| Intercompany revenue (note 18) | 5.620.838 | 4.405.236 |
| | 6.245.389 | 4.405.236 |

## 5. COST OF SALES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cost of sales | 19.514 | 9.371 |
| Intercompany costs (note 18) | 1.884.160 | 62.193 |
| | 1.903.674 | 71.564 |

**Dedicated Servers Inc.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 6. OTHER OPERATING INCOME

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Discounts received | - | 20.103 |
| | - | 20.103 |

## 7. ADMINISTRATIVE EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Sales and marketing | 21.370 | 10.867 |
| Advertising | (1.488) | 7.384 |
| Operating lease rentals | 215.667 | 317.533 |
| Independent auditors' remuneration - current year | 4.547 | 4.366 |
| Independent auditors' remuneration - prior years | 5.006 | - |
| Other professional fees | 17.975 | 10.598 |
| Travelling | 85.146 | 26.685 |
| Irrecoverable VAT | 179.705 | 88.905 |
| General administration expenses | 26.095 | 26.309 |
| Intercompany expenses (note 18) | 1.560.000 | 1.560.000 |
| Depreciation | 1.908.951 | 2.106.710 |
| | 4.022.974 | 4.159.357 |

## 8. OPERATING PROFIT

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Operating profit is stated after charging the following items: | | | |
| Depreciation of property, plant and equipment | 10 | 1.908.951 | 2.106.710 |
| Independent auditors' remuneration - current year | | 4.547 | 4.366 |
| Independent auditors' remuneration - prior years | | 5.006 | - |
| Operating lease rentals | | 215.667 | 317.533 |

Dedicated Servers Inc.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 9. NET FINANCE INCOME AND EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| **Finance income** | | |
| Realised foreign exchange profit | (256) | 23 |
| | (256) | 23 |
| **Finance costs** | | |
| **Interest expense** | | |
| Interest payable on HP leases | 258.570 | 169.676 |
| **Sundry finance expenses** | | |
| Bank charges | 767 | 910 |
| | 259.337 | 170.586 |

## 10. COMPUTER EQUIPMENT

| | Computer and network equipment US$ |
|---|---|
| **Cost** | |
| Balance at 1 January 2015 | 9.276.833 |
| Additions | 1.955.853 |
| Balance at 31 December 2015 | 11.232.686 |
| Balance at 1 January 2016 | 11.232.686 |
| Additions | 5.016.293 |
| Balance at 31 December 2016 | 16.248.979 |
| **Depreciation** | |
| Balance at 1 January 2015 | 5.822.254 |
| Depreciation for the year for the year | 2.106.710 |
| Balance at 31 December 2015 | 7.928.964 |
| Balance at 1 January 2016 | 7.928.964 |
| Depreciation for the year for the year | 1.908.951 |
| Balance at 31 December 2016 | 9.836.602 |
| **Carrying amounts** | |
| Balance at 31 December 2016 | 6.412.377 |
| Balance at 31 December 2015 | 3.303.722 |

## 11. INVENTORIES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Servers for resale | - | 1,173,144 |
| | - | 1,173,144 |

The Company reviews its inventory records for evidence regarding the saleability of inventory and its net realizable value on disposal. The provision for obsolete and slow-moving inventory is based on management's past experience, taking into consideration the value of inventory as well as the movement and the level of stock of each category of inventory.

The cost of inventories recognised as expense and included in "cost of sales" amounted to US$1,903,674 (2015: US$71,564).

## 12. TRADE AND OTHER RECEIVABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Receivables from related companies (note 18 (iv)) | 3,639,448 | 1,415,879 |
| Shareholders' current accounts - debit balances (note 18 (vii)) | 1,358 | 1,358 |
| | 3,640,806 | 1,417,237 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to credit risk and impairment losses in relation to trade and other receivables is reported in note 19 to the financial statements.

## 13. CASH AND CASH EQUIVALENTS

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash and cash equivalents | 84,276 | 7,300 |
| Bank overdrafts | (42,201) | (40,158) |
| | 42,075 | (32,858) |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 19 to the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**Dedicated Servers Inc.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 14. SHARE CAPITAL

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of US$1 each | 1,000 | 1,000 | 1,000 | 1,000 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 1,000 | 1,000 | 1,000 | 1,000 |
| Balance at 31 December | 1,000 | 1,000 | 1,000 | 1,000 |

## 15. RESERVES

| | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | 1,187,052 | 1,187,052 |
| Profit for the year | 23,855 | 23,855 |
| Balance at 31 December 2015 | 1,210,907 | 1,210,907 |
| Balance at 1 January 2016 | 1,210,907 | 1,210,907 |
| Profit for the year | 59,148 | 59,148 |
| Balance at 31 December 2016 | 1,270,055 | 1,270,055 |

## 16. OBLIGATIONS UNDER FINANCE LEASES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 2.246.513 | 1.429.443 |
| Additions | 3.254.668 | 2.196.002 |
| Repayments | (1.599.934) | (1.548.608) |
| Interest charge | 258.570 | 169.676 |
| Balance at 31 December | 4.159.817 | 2.246.513 |

| | Minimum lease payments 2016 US$ | Interest 2016 US$ | Principal 2016 US$ | Minimum lease payments 2015 US$ | Interest 2015 US$ | Principal 2015 US$ |
|---|---|---|---|---|---|---|
| Within one year | 2.367.796 | 314.670 | 2.053.126 | 1.209.436 | 159.490 | 1.049.946 |
| Between one and five years | 2.241.668 | 134.977 | 2.106.691 | 1.277.685 | 81.118 | 1.196.567 |
| | 4.609.464 | 449.647 | 4.159.817 | 2.487.121 | 240.608 | 2.246.513 |

All lease obligations are denominated in United States Dollars.

The fair values of lease obligations approximate to their carrying amounts as presented above.

The exposure of the Company to interest rate risk in relation to financial instruments is reported in note 19 to the financial statements.

## 17. TRADE AND OTHER PAYABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 119.522 | 144.642 |
| VAT | 37.779 | - |
| Payables to parent (note 18 (v)) | 949.070 | 1.151.327 |
| Accruals | 28.378 | 33.479 |
| Payables to related companies (note 18 (vi)) | 3.529.637 | 1.073.377 |
| | 4.664.386 | 2.402.825 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to liquidity risk in relation to financial instruments is reported in note 19 to the financial statements.

**Dedicated Servers Inc.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 18. RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding Ltd, incorporated in Cyprus, which owns 100% of the Company's shares.

The transactions and balances with related parties are as follows:

**(i) Sales of services (note 4)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| IP Transit Inc | 843.569 | 653.100 |
| Webzilla Inc. | 2.651.545 | 2.691.779 |
| Webzilla Ltd | 436.253 | 387.610 |
| Fozzy Inc. | 8.785 | 13.629 |
| Webzilla Dallas Inc | 179.645 | 176.409 |
| Universal CDN Inc. | 309.163 | 258.874 |
| Webzilla B.V. | 60.000 | 60.000 |
| Webzilla Singapore PTE Ltd | 20.677 | 16.656 |
| Servers.Com Inc. | 1.083.485 | 38.774 |
| Servers.Com BV | 10.871 | 553 |
| Webzilla Apps INC | 16.845 | 13.916 |
| Webzilla Ltd | - | 93.936 |
| | 5.620.838 | 4.405.236 |

Sales to the associated undertakings and to Parent Holding Limited were made at cost.

**(ii) Purchases of services (note 5)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Webzilla Ltd | 840.000 | - |
| Webzilla B.V. | 83.357 | 62.193 |
| Root SA | 420.803 | - |
| Webzilla Dallas Inc | 540.000 | - |
| | 1.884.160 | 62.193 |

Purchases from associated undertakings and from Parent Limited were made at cost.

Dedicated Servers Inc.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 18. RELATED PARTY TRANSACTIONS *(continued)*

**(iii) Intercompany expenses (note 7)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| TM Web Properties Limited | 600,000 | 600,000 |
| XBT Holdings Limited | 120,000 | 120,000 |
| Webzilla Ltd | 840,000 | 840,000 |
| | 1,560,000 | 1,560,000 |

**(iv) Receivables from related companies (note 12)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| DFW Internet Services Inc | Trade | 1,009 | 217 |
| ITPan.com Ltd | Trade | 38 | 38 |
| Webzilla Singapore PTE Ltd | Trade | 45,843 | 536,761 |
| Brandnames.com Sarl | Trade | 1,624 | 667 |
| Fozzy Inc | Trade | - | 14,137 |
| Servers.com B.V | Trade | 18,168 | 2,671 |
| Servers.com Inc | Trade | 1,084,320 | 41,273 |
| Webzilla B.V. | Trade | 6,062 | 1,419 |
| Webzilla Dallas Inc | Trade | - | 168,577 |
| Webzilla Inc | Trade | 610,184 | 391,245 |
| Universal CDN Inc. | Trade | 557,038 | 258,874 |
| Universal CDN CY LTD | Trade | 2,664 | - |
| IBEE Software Solutions Ltd | Trade | 1,324 | - |
| IP Transit INC | Trade | 1,296,659 | - |
| Travail Systems INC | Trade | 4,000 | - |
| Webzilla Apps INC | Trade | 10,515 | - |
| | | 3,639,448 | 1,415,879 |

**(v) Payables to parent company (note 17)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding Ltd | Trade | 949,070 | 1,151,327 |
| | | 949,070 | 1,151,327 |

## 18. RELATED PARTY TRANSACTIONS *(continued)*

**(vi) Payables to related companies (note 17)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| URL Solutions Inc | Trade | 15.648 | 81.325 |
| TM Web Properties Ltd | Trade | 1.199.911 | 599.911 |
| Webzilla Ltd | Trade | 1.644.106 | 404.557 |
| Webzilla Apps INC | Trade | - | (12.416) |
| Root SA | Trade | 420.803 | - |
| Fozzy INC | Trade | 9.478 | - |
| Webzilla Dallas INC | Trade | 239.691 | - |
| | | 3.529.637 | 1.073.377 |

**(vii) Shareholders' current accounts - debit balances (note 12)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Konstyantin Bezruchenko | 1.358 | 1.358 |
| | 1.358 | 1.358 |

The shareholders' current accounts are interest free, and have no specified repayment date.

## 19. FINANCIAL INSTRUMENTS - FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

## 19. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

### A. Financial risk management

*(i)* *Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 12.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii)* *Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

(iii) Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

Dedicated Servers Inc.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 20. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 21. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 22. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 23. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**DFW Internet Services Inc**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**DFW Internet Services Inc**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONTENTS


| | |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 4 |
| Independent Auditors' report | 5 & 7 |
| Statement of profit or loss and other comprehensive income | 8 |
| Statement of financial position | 9 |
| Statement of changes in equity | 10 |
| Statement of cash flows | 11 |
| Notes to the financial statements | 12 - 20 |

**DFW Internet Services Inc**

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra |
| Management | Alexej Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Independent Auditors | KPMG Limited |
| Management | Alexey Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Registered Office | 16192 Coastal Highway<br>Lewes, DE<br>U.S.A. |
| Registration number | 120875904 |

DFW Internet Services Inc

MANAGEMENT REPORT

The Board of Directors of DFW Internet Services Inc (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

## PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The principal activity of the Company is the provision of IP addresses space.

## FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 7 to the financial statements. The net profit for the year attributable to the shareholders of the Company amounted to US$75,120 (2015: US$15,838 loss).

## REVENUE

The Company's revenue for the year ended 31 December 2016 was US$96,000 (2015: US$).

## DIVIDENDS

The Board of Directors does not recommend the payment of a dividend and the net profit for the year is retained.

## MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 14 to the financial statements.

## CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

## LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

## FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

## SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

## BRANCHES

During the year ended 31 December 2016 the Company did not operate any branches.

## BOARD OF DIRECTORS

The member of the Company's Board of Directors as at 31 December 2016 and at the date of this report is presented on page 1. The sole director was a member of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association the sole director presently member of the Board continues in office.

There were no significant changes in the remuneration of the Board of Directors.

## EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

## RELATED PARTY TRANSACTIONS

Disclosed in note 13 to the financial statements.

**DFW Internet Services Inc**

MANAGEMENT REPORT *(continued)*

**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Rajesh Kumar Mishra
Director

Larnaca, 8 June 2017





KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**DFW Internet Services Inc**

**Report on the audit of the financial statements**

**Opinion**

We have audited the accompanying financial statements of DFW Internet Services Inc (the "Company"), which are presented on pages 8 to 20 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

**Basis for opinion**

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

KPMG

**Independent Auditors' report**

**to the Members of**

**DFW Internet Services Inc**

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap 113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

**Responsibilities of the Board of Directors for the financial statements**

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, OPERATING PROFIT for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

**Independent Auditors' report**

**to the Members of**

**DFW Internet Services Inc**

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements for USA Companies and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors

Larnaca, 8 June 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**DFW Internet Services Inc**

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 4 | 96,000 | - |
| Cost of sales | | (387) | (558) |
| **Gross profit/(loss)** | | 95,613 | (558) |
| Administrative expenses | 5 | (20,487) | (15,280) |
| **Operating profit/(loss)** | 6 | 75,126 | (15,838) |
| Finance expenses | 7 | (6) | - |
| **Profit/(loss) for the year** | | 75,120 | (15,838) |
| **Other comprehensive income** | | - | - |
| **Total comprehensive income/(expense) for the year** | | 75,120 | (15,838) |

The notes on pages 12 to 20 are an integral part of these financial statements.

**DFW Internet Services Inc**

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Intangible assets | 8 | 67,500 | 81,000 |
| **Total non-current assets** | | 67,500 | 81,000 |
| **Current assets** | | | |
| Trade and other receivables | 9 | 92,430 | - |
| **Total current assets** | | 92,430 | - |
| **Total assets** | | 159,930 | 81,000 |
| **Equity** | | | |
| Share capital | 10 | 1,000 | 1,000 |
| Reserves | 11 | 6,595 | (68,525) |
| **Total equity** | | 7,595 | (67,525) |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Trade and other payables | 12 | 152,335 | 148,525 |
| **Total current liabilities** | | 152,335 | 148,525 |
| **Total liabilities** | | 152,335 | 148,525 |
| **Total equity and liabilities** | | 159,930 | 81,000 |

On 8 June 2017 the Board of Directors of DFW Internet Services Inc approved and authorised these financial statements for issue.

..................................
Rajesh Kumar Mishra
Director

The notes on pages 12 to 20 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**DFW Internet Services Inc**

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 1.000 | (52.687) | (51.687) |
| Loss for the year | - | (15.838) | (15.838) |
| Balance at 31 December 2015 | 1.000 | (68.525) | (67.525) |
| Balance at 1 January 2016 | 1.000 | (68.525) | (67.525) |
| Profit for the year | - | 75.120 | 75.120 |
| Balance at 31 December 2016 | 1.000 | 6.595 | 7.595 |

The notes on pages 12 to 20 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**DFW Internet Services Inc**

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | 2016<br>US$ | 2015<br>US$ |
|---|---|---|
| **Cash flows from operating activities** | | |
| Profit/(loss) for the year | 75,120 | (15,838) |
| Adjustments for: | | |
| Amortisation of computer software | 13,500 | 13,500 |
| **Cash generated from/(used in) operations before working capital changes** | 88,620 | (2,338) |
| Increase in trade and other receivables | (92,430) | - |
| Increase in trade and other payables | 3,810 | 2,338 |
| **Cash generated from operations** | - | - |
| **Cash flows from investing activities** | - | - |
| **Cash flows from financing activities** | - | - |
| Cash and cash equivalents at beginning of the year | - | - |
| **Cash and cash equivalents at end of the year** | - | - |

The notes on pages 12 to 20 are an integral part of these financial statements.

**DFW Internet Services Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

DFW Internet Services Inc (the "Company") was incorporated in USA on 14 February 2012 as a private company with limited liability. Its registered office is at 16192 Coastal Highway, Lewes, DE, U.S.A..

The principal activity of the Company is the provision of IP addresses space.

## 2. BASIS OF PREPARATION

**(a) Statement of compliance**
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

**(e) Functional and presentation currency**
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

**DFW Internet Services Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

*(i) Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

*(ii) Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Dividends
Dividend distribution to the Company's shareholders is recognised in the Company's financial statements in the year in which they are approved by the Company's shareholders.

DFW Internet Services Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Intangible assets

(i) *Computer software*

Costs that are directly associated with identifiable and unique computer software products controlled by the Company and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 10%

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Share capital

Ordinary shares are classified as equity.

Comparatives

Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

4. **REVENUE**

| | 2016<br>US$ | 2015<br>US$ |
|---|---|---|
| Intercompany revenue (note 13) | 96,000 | - |
| | 96,000 | - |

DFW Internet Services Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 5. ADMINISTRATIVE EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Professional charges - current year | 2,247 | 1,096 |
| Independent auditors' remuneration - prior years | 1,390 | 164 |
| Other professional fees | 3,350 | 520 |
| Depreciation | 13,500 | 13,500 |
| | 20,487 | 15,280 |

## 6. OPERATING PROFIT /(LOSS)

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Operating profit/(loss) is stated after charging the following items: | | |
| Depreciation of property, plant and equipment | 13,500 | 13,500 |
| Professional charges - current year | 2,247 | 1,096 |
| Independent auditors' remuneration - prior years | 1,390 | 164 |

## 7. NET FINANCE EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Net foreign exchange transaction losses | 6 | - |
| | 6 | - |

**DFW Internet Services Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 8. INTANGIBLE ASSETS

| | Computer software US$ |
|---|---|
| **Cost** | |
| Balance at 1 January 2015 | 135,000 |
| Balance at 31 December 2015 | 135,000 |
| Balance at 1 January 2016 | 135,000 |
| Balance at 31 December 2016 | 135,000 |
| **Amortisation** | |
| Balance at 1 January 2015 | 40,500 |
| Amortisation for the year | 13,500 |
| Balance at 31 December 2015 | 54,000 |
| Balance at 1 January 2016 | 54,000 |
| Amortisation for the year | 13,500 |
| Balance at 31 December 2016 | 67,500 |
| **Carrying amounts** | |
| Balance at 31 December 2016 | 67,500 |
| Balance at 31 December 2015 | 81,000 |

## 9. TRADE AND OTHER RECEIVABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Receivables from related companies (note 13 (ii)) | 92,430 | - |
| | 92,430 | - |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to credit risk and impairment losses in relation to trade and other receivables is reported in note 14 to the financial statements.

## 10. SHARE CAPITAL

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of US$1 each | 1.000 | 1.000 | 1.000 | 1.000 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 1.000 | 1.000 | 1.000 | 1.000 |
| Balance at 31 December | 1.000 | 1.000 | 1.000 | 1.000 |

## 11. RESERVES

| | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | (52.687) | (52.687) |
| Loss for the year | (15.838) | (15.838) |
| Balance at 31 December 2015 | (68.525) | (68.525) |
| Balance at 1 January 2016 | (68.525) | (68.525) |
| Profit for the year | 75.120 | 75.120 |
| Balance at 31 December 2016 | 6.595 | 6.595 |

## 12. TRADE AND OTHER PAYABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Payables to parent (note 13 (iii)) | 143.304 | 140.811 |
| Accruals | 2.247 | 1.096 |
| Payables to related companies (note 13 (iv)) | 6.784 | 6.618 |
| | 152.335 | 148.525 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

## 13. RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding Ltd, incorporated in Cyprus, which owns 100% of the Company's shares.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**DFW Internet Services Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 13. RELATED PARTY TRANSACTIONS *(continued)*

The transactions and balances with related parties are as follows:

**(i) Sale of services (note 4)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Webzilla Inc | 96,000 | - |
| | 96,000 | - |

**(ii) Receivables from related companies (note 9)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Webzilla Inc | Trade | 92,430 | - |
| | | 92,430 | - |

**(iii) Payables to group companies (note 12)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding Limited | Trade | 143,304 | 140,811 |
| | | 143,304 | 140,811 |

**(iv) Payables to related companies (note 12)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Dedicated Servers Inc | Trade | 1,009 | 623 |
| Webzilla Inc | Trade | - | 2,870 |
| Webzilla Ltd | Trade | 3,125 | 3,125 |
| Servers.com Inc | Trade | 2,650 | - |
| | | 6,784 | 6,618 |

DFW Internet Services Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 14. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**
The Company is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i)* *Credit risk*
Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*
The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 9.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii)* *Liquidity risk*
Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**DFW Internet Services Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 14. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

(iii) Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

## 15. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 16. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 17. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 18. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

# EDINAYA SET

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Edinaya Set**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONTENTS


| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Board of Directors' report | 2 & 4 |
| Independent Auditors' report | 5 & 8 |
| Statement of profit or loss and other comprehensive income | 9 |
| Statement of financial position | 10 |
| Statement of changes in equity | 11 |
| Statement of cash flows | 12 |
| Notes to the financial statements | 13 - 26 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Edinaya Set

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Sergei Krysenco |
| Independent Auditors | KPMG Limited |
| Bankers | PJSC "Sberbank"<br>JSC "UniCreditBank"<br>LLC "Mezhtrastbank" |
| Registered Office | Ordynka B Str.<br>Building 1, House 17<br>115035<br>Mocsow<br>Russian Federation |
| Registration number | 1077762353074 |

BOARD OF DIRECTORS' REPORT

The Board of Directors of Edinaya Set (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

## PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The principal activities of the Company are the provision of communication and data center services.

## FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 9 to the financial statements. The net loss for the year attributable to the shareholders of the Company amounted to US$357,364 (2015 US$85,513 profit).

## REVENUE

The Company's revenue for the year ended 31 December 2016 was US$2,328,362 (2015: US$1,488,853).

## DIVIDENDS

The Board of Directors does not recommend the payment of a dividend.

## MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 20 to the financial statements.

## INTEREST RATE RISK

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Company to cash flow interest rate risk. Borrowings issued at fixed rates expose the Company to fair value interest rate risk. Company's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

## CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

## LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

## FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

## SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

## BRANCHES

During the year ended 31 December 2016 the Company did not operate any branches.

## BOARD OF DIRECTORS

The member of the Company's Board of Directors as at 31 December 2016 and at the date of this report is presented on page 1. The sole director was a member of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association the sole director presently member of the Board continues in office.

There were no significant changes in the remuneration of the Board of Directors.

## EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

## RELATED PARTY TRANSACTIONS

Disclosed in note 19 to the financial statements.

Edinaya Set

BOARD OF DIRECTORS' REPORT *(continued)*

## INDEPENDENT AUDITORS

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Sergei Krysenco
Director

Moscow, 3 July 2017





KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippiou Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**Edinaya Set**

**Opinion**

We have audited the accompanying financial statements of Edinaya Set (the "Company"), which are presented on pages 9 to 26 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

**Basis for opinion**

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.







KPMG

Independent Auditors' report

to the Members of

Edinaya Set

## Other information

The Board of Directors is responsible for the other information. The other information comprises the information included in the Board of Directors' report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

## Responsibilities of the Board of Directors for the financial statements

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with  issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the Board of Directors is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

Edinaya Set

## Auditors' responsibilities for the audit of the financial statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

Edinaya Set

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of Russian Federation Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors

Larnaca, 7 July 2017

Edinaya Set

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 4 | 2.328.362 | 1.488.853 |
| Cost of sales | 5 | (1.691.592) | (903.851) |
| **Gross profit** | | 636.770 | 585.002 |
| Administrative and selling expenses | 6 | (979.429) | (507.553) |
| **Operating (loss)/profit** | 7 | (342.659) | 77.449 |
| Finance income | | 23 | 13.467 |
| Finance expenses | | (14.728) | (4.894) |
| **Net finance (expenses)/income** | 9 | (14.705) | 8.573 |
| **(Loss)/profit before tax** | | (357.364) | 86.022 |
| Tax | | - | (509) |
| **(Loss)/profit for the year** | | (357.364) | 85.513 |
| **Other comprehensive income** | | - | - |
| **Total comprehensive (expense)/income for the year** | | (357.364) | 85.513 |

The notes on pages 13 to 26 are an integral part of these financial statements.

Edinaya Set

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 10 | 1.553.642 | 894 089 |
| Intangible assets | 11 | 1.472 | 903 |
| Deferred tax assets | 17 | 68.442 | 68.442 |
| **Total non-current assets** | | 1.623.556 | 963.434 |
| **Current assets** | | | |
| Inventories | 12 | 67.795 | 42.044 |
| Trade and other receivables | 13 | 377.716 | 143.079 |
| Cash and cash equivalents | 14 | 133.731 | 596.513 |
| **Total current assets** | | 579.242 | 781.636 |
| **Total assets** | | 2.202.798 | 1.745.070 |
| **Equity** | | | |
| Share capital | 15 | 40.679 | 40.679 |
| Reserves | 16 | (159.362) | 198.002 |
| **Total equity** | | (118.683) | 238.681 |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Bank overdrafts | 14 | 8.028 | - |
| Trade and other payables | 18 | 2.313.453 | 1.506.389 |
| **Total current liabilities** | | 2.321.481 | 1.506.389 |
| **Total liabilities** | | 2.321.481 | 1.506.389 |
| **Total equity and liabilities** | | 2.202.798 | 1.745.070 |

On 3 July 2017 the Board of Directors of Edinaya Set approved and authorised these financial statements for issue.

..................................
Sergei Krysenco
Director

The notes on pages 13 to 26 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**Edinaya Set**

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 40.679 | 112.489 | 153.168 |
| Profit for the year | - | 85.513 | 85.513 |
| Balance at 31 December 2015 | 40.679 | 198.002 | 238.681 |
| Balance at 1 January 2016 | 40.679 | 198.002 | 238.681 |
| Loss for the year | - | (357.364) | (357.364) |
| Balance at 31 December 2016 | 40.679 | (159.362) | (118.683) |

The notes on pages 13 to 26 are an integral part of these financial statements.

Edinaya Set

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| (Loss)/profit for the year | | (357.364) | 85.513 |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | 10 | 349.066 | 91.571 |
| Unrealised exchange profit | | (23) | (13.467) |
| Amortisation of computer software | 11 | 221 | 314 |
| Interest expense | 9 | - | 2.466 |
| Income tax expense | | - | 509 |
| **Cash (used in)/generated from operations before working capital changes** | | (8.100) | 166.906 |
| (Increase)/decrease in inventories | | (25.751) | 20.820 |
| Increase in trade and other receivables | | (234.637) | (76.307) |
| Increase in trade and other payables | | 807.064 | 1.206.672 |
| **Cash generated from operations** | | 538.576 | 1.318.091 |
| Tax refunded | | - | 680 |
| **Net cash generated from operating activities** | | 538.576 | 1.318.771 |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of intangible assets | 11 | (790) | - |
| Payment for acquisition of property, plant and equipment | 10 | (1.008.619) | (816.667) |
| Loans repayments received | | - | 65.986 |
| Proceeds from disposal of intangible assets | | - | (270) |
| **Net cash used in investing activities** | | (1.009.409) | (750.951) |
| **Cash flows from financing activities** | | | |
| Unrealised exchange profit | | 23 | (6.122) |
| Interest paid | | - | (2.466) |
| **Net cash generated from/(used in) financing activities** | | 23 | (8.588) |
| **Net (decrease)/increase in cash and cash equivalents** | | (470.810) | 559.232 |
| Cash and cash equivalents at beginning of the year | | 596.513 | 37.281 |
| **Cash and cash equivalents at end of the year** | 14 | 125.703 | 596.513 |

The notes on pages 13 to 26 are an integral part of these financial statements.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

Edinaya Set (the "Company") was incorporated in Russian Federation on 12 November 2007 as a private company with limited liability. Its registered office is at Ordynka B Str., Building 1, House 17, 115035, Mocsow, Russian Federation.

The principal activities of the Company are the provision of communication and data center services.

## 2. BASIS OF PREPARATION

The consolidated financial statements for the year ended 31 December 2016 consist of the financial statements of the Company and its subsidiaries (which together referred to as "the Group").

**(a) Statement of compliance**

The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**

The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**

During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**

The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

## 2. BASIS OF PREPARATION *(continued)*

**(f) Functional and presentation currency**
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

*(i) Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

*(ii) Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Tax
Income tax expense comprises current and deferred tax. It is recognised in profit or loss except to the extent that it relates to a business combination, or items recognised directly in equity or in other comprehensive income.

*Current tax*
Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Tax (continued)

*Deferred tax*
Deferred tax is provided in full, using the liability method, on temporary differences arising between the tax bases of assets and liabilities and their carrying amounts in the financial statements. Currently enacted tax rates are used in the determination of deferred tax.

Deferred tax assets are recognised to the extent that it is probable that future taxable profit will be available against which the temporary differences can be utilised.

Deferred tax assets and liabilities are offset when there is a legally enforceable right to set off current tax assets against current tax liabilities and when they relate to income taxes levied by the same taxation authority and the Company intends to settle its current tax assets and liabilities on a net basis.

Dividends
Dividend distribution to the Company's shareholders is recognised in the Company's financial statements in the year in which they are approved by the Company's shareholders.

Property, plant and equipment
Property, plant and equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

| | % |
|---|---|
| Furniture, fixtures and office equipment | 20 |
| Servers | 20 |

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of property, plant and equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess of the originally assessed standard of performance of the existing asset will flow to the Company. Major renovations are depreciated over the remaining useful life of the related asset.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Edinaya Set

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Intangible assets

*(i) Computer software*

Costs that are directly associated with identifiable and unique computer software products controlled by the Company and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Financial instruments

Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

*(i) Trade and other receivables*

Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii) Cash and cash equivalents*

For the purpose of the statement of cash flows, cash and cash equivalents comprise cash at bank and bank overdrafts.

*(iii) Borrowings*

Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(iv) Trade and other payables*

Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Inventories

Inventories are stated at the lower of cost and net realisable value. The cost is determined using the weighted average method. Net realisable value is the estimated selling price in the ordinary course of business, less the costs to completion and selling expenses.

Share capital

Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Comparatives

Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

## 4. REVENUE

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Revenue | 2,201,229 | 1,488,853 |
| Intercompany revenue (note 19) | 127,133 | - |
| | 2,328,362 | 1,488,853 |

## 5. COST OF SALES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cost of sales | 1,684,444 | 848,644 |
| Intercompany costs (note 19) | 7,148 | 55,207 |
| | 1,691,592 | 903,851 |

Edinaya Set

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 6. ADMINISTRATIVE EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Staff costs | 242.374 | 230.635 |
| Rent | 19.989 | 20.261 |
| Immovable property tax | 1.112 | 1.917 |
| Insurance | 865 | 943 |
| Sales and marketing expenses | 56.543 | 80.335 |
| Advertising expenses | 63.979 | 208 |
| Independent auditors' remuneration | - | 1.650 |
| Other professional fees | 82.321 | 75.501 |
| General provision for bad debts | 145.159 | - |
| General administration expenses | 17.799 | 4.218 |
| Amortisation of computer software | 221 | 314 |
| Depreciation | 349.067 | 91.571 |
| | 979.429 | 507.553 |

## 7. OPERATING (LOSS) /PROFIT

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Operating (loss)/profit is stated after charging the following items: | | | |
| Amortisation of computer software | 11 | 221 | 314 |
| Depreciation of property, plant and equipment | 10 | 349.067 | 91.571 |
| Staff costs | 8 | 242.374 | 230.635 |
| Independent auditors' remuneration | | - | 1.650 |
| Trade receivables - impairment charge for bad and doubtful debts | | 145.159 | - |

## 8. STAFF COSTS

| | | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Salaries | | 242.374 | 230.635 |
| Total staff costs | 7 | 242.374 | 230.635 |

Edinaya Set

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 9. NET FINANCE INCOME AND EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Exchange profit | 23 | 13.467 |
| | 23 | 13.467 |
| Net foreign exchange transaction losses | (8.077) | (5.881) |
| Interest expense | - | 2.466 |
| Sundry finance expenses | (6.651) | (1.479) |
| Finance expenses | (14.728) | (4.894) |
| **Net finance (expenses)/income** | (14.705) | 8.573 |

## 10. PROPERTY, PLANT AND EQUIPMENT

| | Furniture, fixtures and office equipment US$ | Servers US$ | Total US$ |
|---|---|---|---|
| **Cost** | | | |
| Balance at 1 January 2015 | - | 571.716 | 571.716 |
| Additions | 597 | 816.070 | 816.667 |
| Balance at 31 December 2015 | 597 | 1.387.786 | 1.388.383 |
| Balance at 1 January 2016 | 597 | 1.387.786 | 1.388.383 |
| Additions | 12.715 | 995.904 | 1.008.619 |
| Balance at 31 December 2016 | 13.312 | 2.383.690 | 2.397.002 |
| **Depreciation** | | | |
| Balance at 1 January 2015 | - | 422.312 | 422.312 |
| Depreciation for the year | 22 | 71.960 | 71.982 |
| Balance at 31 December 2015 | 22 | 494.272 | 494.294 |
| Balance at 1 January 2016 | 22 | 494.272 | 494.294 |
| Depreciation for the year | 1.833 | 347.233 | 349.066 |
| Balance at 31 December 2016 | 1.855 | 841.505 | 843.360 |
| **Carrying amounts** | | | |
| Balance at 31 December 2016 | 11.457 | 1.542.185 | 1.553.642 |
| Balance at 31 December 2015 | 575 | 893.514 | 894.089 |

## 11. INTANGIBLE ASSETS

| | Computer software US$ |
|---|---|
| **Cost** | |
| Balance at 1 January 2015 | 1.277 |
| Additions | (60) |
| Balance at 31 December 2015 | 1.217 |
| | |
| Balance at 1 January 2016 | 1.217 |
| Additions | 850 |
| Disposals | (60) |
| Balance at 31 December 2016 | 2.007 |
| | |
| **Amortisation** | |
| Balance at 1 January 2015 | 330 |
| On disposals | (330) |
| Amortisation for the year | 314 |
| Balance at 31 December 2015 | 314 |
| | |
| Balance at 1 January 2016 | 314 |
| Amortisation for the year | 221 |
| Balance at 31 December 2016 | 535 |
| | |
| **Carrying amounts** | |
| Balance at 31 December 2016 | 1.472 |
| | |
| Balance at 31 December 2015 | 903 |

## 12. INVENTORIES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Goods for resale | 67.795 | 42.044 |
| | 67.795 | 42.044 |

The Company reviews its inventory records for evidence regarding the saleability of inventory and its net realizable value on disposal. The provision for obsolete and slow-moving inventory is based on management's past experience, taking into consideration the value of inventory as well as the movement and the level of stock of each category of inventory.

The amount of provision is recognized in the profit or loss. The review of the net realisable value of the inventory is continuous and the methodology and assumptions used for estimating the provision for obsolete and slow-moving inventory are reviewed regularly and adjusted accordingly.

Edinaya Set

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 13. TRADE AND OTHER RECEIVABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade receivables | 169.503 | 52.153 |
| Receivables from related companies (note 19 (iii)) | 88 | - |
| Refundable VAT | 208.125 | 90.926 |
| | 377.716 | 143.079 |

The Company does not hold any collateral over the trading balances.

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to credit risk and impairment losses in relation to trade and other receivables is reported in note 20 to the financial statements.

## 14. CASH AND CASH EQUIVALENTS

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash and cash equivalents | 133.731 | 596.513 |
| Bank overdrafts | (8.028) | - |
| | 125.703 | 596.513 |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 20 to the financial statements.

## 15. SHARE CAPITAL

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of RUB 1 each converted at rate US$1 = RUB 59.2440 | 2.410.000 | 40.679 | 2.410.000 | 40.679 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 2.410.000 | 40.679 | 2.410.000 | 40.679 |
| Balance at 31 December | 2.410.000 | 40.679 | 2.410.000 | 40.679 |

Edinaya Set

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 16. RESERVES

| | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | 112.489 | 112.489 |
| Profit for the year | 85.513 | 85.513 |
| Balance at 31 December 2015 | 198.002 | 198.002 |
| Balance at 1 January 2016 | 198.002 | 198.002 |
| Loss for the year | (357.364) | (357.364) |
| Balance at 31 December 2016 | (159.362) | (159.362) |

## 17. DEFERRED TAX

**Deferred tax assets**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 68.442 | 68.442 |
| Balance at 31 December | 68.442 | 68.442 |

Deferred taxation asset arises as follows:

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Temporary tax differences | 68.442 | 68.442 |
| | 68.442 | 68.442 |

## 18. TRADE AND OTHER PAYABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 559.415 | 908.155 |
| Directors' current accounts - credit balances (note 19 (vi)) | - | 459.556 |
| Payables to parent (note 19 (iv)) | 700.075 | 72.324 |
| Accruals | 13.995 | 11.147 |
| Payables to related companies (note 19 (v)) | 1.039.968 | 55.207 |
| | 2.313.453 | 1.506.389 |

Edinaya Set

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 18. TRADE AND OTHER PAYABLES *(continued)*

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to liquidity risk in relation to financial instruments is reported in note 20 to the financial statements.

## 19. RELATED PARTY TRANSACTIONS

The transactions and balances with related parties are as follows:

**(i) Sale of services (note 4)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Servers.com Inc | 88.980 | - |
| Fozzy Inc | 38.153 | - |
| | 127.133 | - |

Sales to the associated undertakings and to Parent Holding Limited were made at cost.

**(ii) Purchase of services (note 5)**

| | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Servers.com B.V. | Trade | - | 5.206 |
| Webzilla Inc | Trade | - | 6.371 |
| Webzilla Ltd | Trade | - | 43.630 |
| Webzilla BV | Trade | 7.148 | - |
| | | 7.148 | 55.207 |

Purchases from related companies were made on commercial terms and conditions.

**(iii) Receivables from related companies (note 13)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Servers.com Inc | Trade | 88 | - |
| | | 88 | - |

## 19. RELATED PARTY TRANSACTIONS *(continued)*

**(iv) Payables to parent (note 18)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding Ltd | Trade | 700.075 | 72.324 |
| | | 700.075 | 72.324 |

**(v) Payables to related companies (note 18)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Servers.com BV | Trade | 12 | 5.206 |
| Webzilla Inc | Trade | - | 6.371 |
| Webzilla Ltd | Trade | - | 43.630 |
| XBT Holding S.A. | Trade | 969.130 | - |
| Webzilla BV | Trade | 63.074 | - |
| Fozzy Inc | Trade | 7.752 | - |
| | | 1.039.968 | 55.207 |

**(vi) Shareholders' current accounts - credit balances**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Alexey Gubarev | - | 459.556 |
| | - | 459.556 |

The shareholders' current accounts are interest free, and have no specified repayment date.

## 20. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



## 20. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

Financial risk factors *(continued)*

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i) Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 13.

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 13.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii) Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



## 20. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

(iii) Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

## 21. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 22. GOING CONCERN BASIS

The Company incurred a loss of US$357,364 during the year ended 31 December 2016 and, as of that date the Company's liabilities exceeded its assets by US$118,683. The Company is dependent upon the continuing financial support of its parent company without which there would be significant doubt about its ability to continue as a going concern as well as its ability to realise its assets and discharge its liabilities in the ordinary course of business. The parent company has indicated its intention to continue providing such financial assistance to the Company to enable it to continue as a going concern and to meet its obligations as they fall due.

## 23. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 24. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 25. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Fozzy Inc**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Fozzy Inc

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONTENTS


| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 3 |
| Independent Auditors' report | 4 & 6 |
| Statement of profit or loss and other comprehensive income | 7 |
| Statement of financial position | 8 |
| Statement of changes in equity | 9 |
| Statement of cash flows | 10 |
| Notes to the financial statements | 11 - 22 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Fozzy Inc

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra |
| Independent Auditors | KPMG Limited |
| Management | Alexey Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Banker | Bank of America |
| Registered Office | 16192 Coastal Highway<br>Lewes De. 19958<br>U.S.A<br>United States of America |
| Registration number | 5115845 |

Fozzy Inc

MANAGEMENT REPORT

The Board of Directors of Fozzy Inc (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

**PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY**

The principal activities of the Company are the provision of virtual private servers and other web hosting services.

**FINANCIAL RESULTS**

The Company's financial results for the year ended 31 December 2016 are set out on page 7 to the financial statements. The net profit for the year attributable to the shareholders of the Company amounted to US$303,034 (2015: US$173 537).

**REVENUE**

The Company's revenue for the year ended 31 December 2016 was US$1,091,090 (2015: US$822,805).

**DIVIDENDS**

The Board of Directors does not recommend the payment of a dividend and the net profit for the year is retained.

**MAIN RISKS AND UNCERTAINTIES**

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 17 to the financial statements.

**CREDIT RISK**

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

**LIQUIDITY RISK**

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

**FUTURE DEVELOPMENTS**

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

**SHARE CAPITAL**

There were no changes in the share capital of the Company during the year.

**BRANCHES**

During the year ended 31 December 2016 the Company did not operate any branches.

**BOARD OF DIRECTORS**

The member of the Company's Board of Directors as at 31 December 2016 and at the date of this report is presented on page 1. The sole director was a member of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association the sole director presently member of the Board continues in office.

There were no significant changes in the assignment of responsibilities of the Board of Directors.

**EVENTS AFTER THE REPORTING PERIOD**

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

**RELATED PARTY TRANSACTIONS**

Disclosed in note 16 to the financial statements.

**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Rajesh Kumar Mishra
Director

Larnaca, 2 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER





KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**Fozzy Inc**

**Opinion**

We have audited the accompanying financial statements of Fozzy Inc (the "Company"), which are presented on pages 7 to 22 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

**Basis for opinion**

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with those requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER
KPMG

Independent Auditors' report

to the Members of

Fozzy Inc

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap 113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

**Responsibilities of the Board of Directors for the financial statements**

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, OPERATING PROFIT for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

Fozzy Inc

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of United States of America Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

7 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



Fozzy Inc

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 4 | 1,091,090 | 822,805 |
| Cost of sales | 5 | (253,762) | (191,947) |
| **Gross profit** | | 837,328 | 630,858 |
| Administrative expenses | 6 | (508,277) | (438,981) |
| **Operating profit** | 7 | 329,051 | 191,877 |
| Finance income | | 17,812 | - |
| Finance expenses | | (43,829) | (18,340) |
| **Net finance expenses** | 9 | (26,017) | (18,340) |
| **Profit for the year** | | 303,034 | 173,537 |
| **Other comprehensive income** | | - | - |
| **Total comprehensive income for the year** | | 303,034 | 173,537 |

The notes on pages 11 to 22 are an integral part of these financial statements.

Fozzy Inc

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Equipment | 10 | 2,879 | 9,735 |
| **Total non-current assets** | | 2,879 | 9,735 |
| **Current assets** | | | |
| Trade and other receivables | 11 | 556,957 | 252,413 |
| Cash and cash equivalents | 12 | 117,119 | 40,315 |
| **Total current assets** | | 674,076 | 292,728 |
| **Total assets** | | 676,955 | 302,463 |
| **Equity** | | | |
| Share capital | 13 | 1,000 | 1,000 |
| Reserves | 14 | (11,585) | (314,619) |
| **Total equity** | | (10,585) | (313,619) |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Bank overdrafts | 12 | 16,000 | – |
| Trade and other payables | 15 | 671,540 | 616,082 |
| **Total current liabilities** | | 687,540 | 616,082 |
| **Total equity and liabilities** | | 676,955 | 302,463 |

On 2 July 2017 the Board of Directors of Fozzy Inc approved and authorised these financial statements for issue.

..............................
Rajesh Kumar Mishra
Director

The notes on pages 11 to 22 are an integral part of these financial statements.

Fozzy Inc

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 1.000 | (488.156) | (487.156) |
| Profit for the year | - | 173.537 | 173.537 |
| Balance at 31 December 2015 | 1.000 | (314.619) | (313.619) |
| Balance at 1 January 2016 | 1.000 | (314.619) | (313.619) |
| Profit for the year | - | 303.034 | 303.034 |
| Balance at 31 December 2016 | 1.000 | (11.585) | (10.585) |

The notes on pages 11 to 22 are an integral part of these financial statements.

**Fozzy Inc**

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | 2016 US$ | 2015 US$ |
|---|---|---|
| **Cash flows from operating activities** | | |
| Profit for the year | 303.034 | 173.537 |
| Adjustments for: | | |
| Depreciation of equipment | 6.856 | 7.192 |
| **Cash generated from operations before working capital changes** | 309.890 | 180.729 |
| Increase in trade and other receivables | (304.544) | (246.011) |
| Increase in trade and other payables | 55.458 | 68.986 |
| **Cash generated from operations** | 60.804 | 3.704 |
| **Net cash generated from operating activities** | 60.804 | 3.704 |
| | | |
| **Net increasein cash and cash equivalents** | 60.804 | 3.704 |
| Cash and cash equivalents at beginning of the year | 40.315 | 36.611 |
| | | |
| **Cash and cash equivalents at end of the year** | 101.119 | 40.315 |

The notes on pages 11 to 22 are an integral part of these financial statements.

Fozzy Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

Fozzy Inc (the "Company") was incorporated in the United States of America on 27 February 2012 as a private company with limited liability. Its registered office is at 16192 Coastal Highway, Lewes De. 19958. U.S.A, United States of America.

The principal activities of the Company are the provision of virtual private servers and other web hosting services.

## 2. BASIS OF PREPARATION

**(a) Statement of compliance**
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

**(e) Functional and presentation currency**
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

Fozzy Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

*(i) Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

*(ii) Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Equipment
Equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of equipment. The annual depreciation rates used for the current and comparative periods are as follows:

| | % |
|---|---|
| Computer equipment | 20 |

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess of the originally assessed

Fozzy Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Equipment (continued)
standard of performance of the existing asset will flow to the Company. Major renovations are depreciated over the remaining useful life of the related asset.

An item of equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Share capital
Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

## 4. REVENUE

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Revenue | 744,333 | 465,293 |
| Intercompany revenue (note 16) | 346,757 | 357,512 |
| | 1,091,090 | 822,805 |

## 5. COST OF SALES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cost of sales | 37,926 | 38,538 |
| Intercompany costs (note 16) | 215,836 | 153,409 |
| | 253,762 | 191,947 |

Fozzy Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 6. ADMINISTRATIVE EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Staff costs | 11.171 | - |
| Sales and marketing | 193.949 | 149.163 |
| Telephone and postage | 14 | - |
| Advertising expenses | 64.109 | 13.191 |
| Independent auditors' remuneration | 2.456 | 2.567 |
| Other professional fees | 21.381 | 1.208 |
| Travelling | 76 | - |
| Irrecoverable VAT | 23 | - |
| Intercompany expenses (note 16) | 208.242 | 265.660 |
| Depreciation | 6.856 | 7.192 |
| | 508.277 | 438.981 |

## 7. OPERATING PROFIT

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Operating profit is stated after charging the following items: | | | |
| Depreciation of equipment | 10 | 6.856 | 7.192 |
| Staff costs | 8 | 11.171 | - |
| Independent auditors' remuneration | | 2.456 | 2.567 |

## 8. STAFF COSTS

| | | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Salaries | | 11.171 | - |
| Total staff costs | 7 | 11.171 | - |

Fozzy Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 9. NET FINANCE INCOME AND EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Exchange profit | 17,812 | - |
| | 17,812 | - |
| Net foreign exchange transaction losses | (15,828) | (1,349) |
| Sundry finance expenses | (28,001) | (16,991) |
| | (43,829) | (18,340) |
| **Net finance expenses** | (26,017) | (18,340) |

## 10. EQUIPMENT

| | Computer equipment US$ |
|---|---|
| **Cost** | |
| Balance at 1 January 2015 | 36,121 |
| Balance at 31 December 2015 | 36,121 |
| Balance at 1 January 2016 | 36,121 |
| Balance at 31 December 2016 | 36,121 |
| **Depreciation** | |
| Balance at 1 January 2015 | 19,194 |
| Depreciation for the year for the year | 7,192 |
| Balance at 31 December 2015 | 26,386 |
| Balance at 1 January 2016 | 26,386 |
| Depreciation for the year for the year | 6,856 |
| Balance at 31 December 2016 | 33,242 |
| **Carrying amounts** | |
| Balance at 31 December 2016 | 2,879 |
| Balance at 31 December 2015 | 9,735 |

## 11. TRADE AND OTHER RECEIVABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade receivables | 99,581 | 709 |
| Receivables from related companies (note 16 (v)) | 457,376 | 250,704 |
| Shareholders' current accounts - debit balances (note 16 (viii)) | - | 1,000 |
| | 556,957 | 252,413 |

Fozzy Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 11. TRADE AND OTHER RECEIVABLES *(continued)*

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to credit risk and impairment losses in relation to trade and other receivables is reported in note 17 to the financial statements.

## 12. CASH AND CASH EQUIVALENTS

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash and cash equivalents | 117,119 | 40,315 |
| Bank overdrafts | (16,000) | - |
| | 101,119 | 40,315 |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 17 to the financial statements.

## 13. SHARE CAPITAL

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of $1 each | 1,000 | 1,000 | 1,000 | 1,000 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 1,000 | 1,000 | 1,000 | 1,000 |
| Balance at 31 December | 1,000 | 1,000 | 1,000 | 1,000 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



## 14. RESERVES

| | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | (488.156) | (488.156) |
| Profit for the year | 173.537 | 173.537 |
| Balance at 31 December 2015 | (314.619) | (314.619) |
| | | |
| Balance at 1 January 2016 | (314.619) | (314.619) |
| Profit for the year | 303.034 | 303.034 |
| Balance at 31 December 2016 | (11.585) | (11.585) |

## 15. TRADE AND OTHER PAYABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 985 | 228 |
| Payables to parent (note 16 (vi)) | 424.983 | 508.853 |
| Accruals | 2.456 | 2.940 |
| Payables to related companies (note 16 (vii)) | 243.116 | 104.061 |
| | 671.540 | 616.082 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to liquidity risk in relation to financial instruments is reported in note 17 to the financial statements.

## 16. RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding Ltd, incorporated in Cyprus, which owns 100% of the Company's shares.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



Fozzy Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 16. RELATED PARTY TRANSACTIONS *(continued)*

The transactions and balances with related parties are as follows:

**(i) Directors' remuneration**

The remuneration of Directors and other members of key management was as follows:

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Directors' fees | 11,171 | - |
| | 11,171 | - |

**(ii) Sale of services (note 4)**

| | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Webzilla Ltd | Trade | 320,907 | 282,908 |
| IBEE Software Solutions Ltd | Trade | 8,724 | 57,475 |
| Webzilla Singapore Pte Ltd | Trade | 470 | 404 |
| Webzilla Dallas Inc | Trade | - | 85 |
| XBT Holding Ltd | Trade | 15,639 | 15,694 |
| UCDN Inc | Trade | - | 730 |
| URL Solutions Inc | Trade | 1,017 | 216 |
| | | 346,757 | 357,512 |

**(iii) Purchase of services (note 5)**

| | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Webzilla Ltd | Trade | 21,895 | 45,360 |
| LLC Edinaya Set | Trade | 38,153 | - |
| IP Transit Inc | Trade | 38,593 | 29,105 |
| Dedicated Servers Ltd | Trade | 8,785 | 13,629 |
| Webzilla BV | Trade | 10,832 | 47,872 |
| URL Solutions Inc | Trade | 22,057 | 6,442 |
| Webazilla Inc | Trade | 25,275 | 8,977 |
| Servers.com INC | Trade | 43,954 | - |
| IBEE Software Solutions Ltd | Trade | 6,292 | 2,024 |
| | | 215,836 | 153,409 |

Fozzy Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 16. RELATED PARTY TRANSACTIONS *(continued)*

**(iv) Intercompany expenses (note 6)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| IBEE Software Solutions Ltd | 29.759 | 32.160 |
| Webzilla Ltd | 142.483 | 197.500 |
| TM Web Properties Ltd | 36.000 | 36.000 |
| | 208.242 | 265.660 |

**(v) Receivables from related companies (note 11)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| IBEE Software Solutions Ltd | Trade | - | 42.089 |
| Webzilla Singapore Pte Ltd | Trade | 6.276 | 5.806 |
| IP Transit Inc | Trade | - | 3.905 |
| UCDN Inc | Trade | 729 | 729 |
| Webzilla Dallas Inc | Trade | 5.085 | 85 |
| Webzilla Inc | Trade | 211.671 | 159.699 |
| Webzilla Ltd | Trade | 204.270 | 38.391 |
| Dedicated Servers INC | Trade | 9.478 | - |
| Webzilla Apps INC | Trade | 3.115 | - |
| Root SA | Trade | 9.000 | - |
| LLC Edinaya Set | Trade | 7.752 | - |
| | | 457.376 | 250.704 |

**(vi) Payables to parent company (note 15)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding Limited | Finance | 424.983 | 508.853 |
| | | 424.983 | 508.853 |

## 16. RELATED PARTY TRANSACTIONS *(continued)*

**(vii) Payables to related companies (note 15)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| IBEE Software Solutions Ltd | Trade | 23.646 | - |
| URL Solutions Inc | Trade | 23.474 | 6.052 |
| Dedicated Servers Inc | Trade | - | 14.137 |
| TM Web Properties Ltd | Trade | 72.000 | 36.000 |
| Webzilla B.V | Trade | 58.704 | 47.872 |
| IP Tranit INC | Trade | 26.688 | - |
| Servers.com INC | Trade | 38.604 | - |
| | | 243.116 | 104.061 |

**(viii) Shareholders' current accounts - debit balances (note 11)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| XBT Holding Limited | - | 1.000 |
| | - | 1.000 |

The shareholders' current accounts are interest free, and have no specified repayment date.

## 17. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

## 17. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

### A. Financial risk management

*(i) Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 11.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii) Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

(iii) Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

Fozzy Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 18. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 19. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 20. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 21. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

# IBEE SOFTWARE SOLUTION PVT LTD

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**IBEE Software Solution Pvt Ltd**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONTENTS


| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Board of Directors' report | 2 & 3 |
| Independent Auditors' report | 4 & 6 |
| Statement of profit or loss and other comprehensive income | 7 |
| Statement of financial position | 8 |
| Statement of changes in equity | 9 |
| Statement of cash flows | 10 |
| Notes to the financial statements | 11 - 23 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**IBEE Software Solution Pvt Ltd**

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Yella Betrand<br>Kostyantyn Bezruchenko<br>Rajesh Kumar Mishra |
| Management | Alexey Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Independent Auditors | KPMG Limited |
| Bankers | State Bank of India<br>HDFC Bank |
| Registered Office | Unit No. 208, Maximus Tower-2B<br>Raheja Mindspace, Madhapur<br>Hyderabad-500081<br>India |
| Registration number | U72200ap2006ptc49203 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



IBEE Software Solution Pvt Ltd

BOARD OF DIRECTORS' REPORT

The Board of Directors of IBEE Software Solution Pvt Ltd (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

**PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY**

The principal activities of the Company are internet hosting services, software development and web design.

**FINANCIAL RESULTS**

The Company's financial results for the year ended 31 December 2016 are set out on page 7 to the financial statements. The net loss for the year attributable to the shareholders of the Company amounted to INR34,169,016 (2015: INR27 972,546).

**REVENUE**

The Company's revenue for the year ended 31 December 2016 was INR45,830,436 (2015: INR39,550,429).

**DIVIDENDS**

The Board of Directors does not recommend the payment of a dividend.

**MAIN RISKS AND UNCERTAINTIES**

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 20 to the financial statements.

**CREDIT RISK**

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

**LIQUIDITY RISK**

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

IBEE Software Solution Pvt Ltd

BOARD OF DIRECTORS' REPORT *(continued)*

**FUTURE DEVELOPMENTS**

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

**SHARE CAPITAL**

There were no changes in the share capital of the Company during the year.

**BRANCHES**

During the year ended 31 December 2016 the Company did not operate any branches.

**BOARD OF DIRECTORS**

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors.

**EVENTS AFTER THE REPORTING PERIOD**

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

**RELATED PARTY TRANSACTIONS**

Disclosed in note 19 to the financial statements.

**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Rajesh Kumar Mishra
Director

Limassol, 3 July 2017





KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T. +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**IBEE Software Solution Pvt Ltd**

**Opinion**

We have audited the accompanying financial statements of IBEE Software Solution Pvt Ltd (the "Company"), which are presented on pages 7 to 23 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

**Basis for opinion**

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

KPMG



Independent Auditors' report

to the Members of

IBEE Software Solution Pvt Ltd

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the Board of Directors' report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap. 113.

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

**Responsibilities of the Board of Directors for the financial statements**

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the Board of Directors is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

KPMG



Independent Auditors' report

to the Members of

IBEE Software Solution Pvt Ltd

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of India Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors

Larnaca, 7 July 2017

**IBEE Software Solution Pvt Ltd**

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 INR | 2015 INR |
|---|---|---|---|
| **Revenue** | 4 | 45,830,436 | 39,550,429 |
| Cost of sales | 5 | (58,501,954) | (45,335,780) |
| **Gross loss** | | (12,671,518) | (5,785,351) |
| Other operating income | 6 | - | 3,901,960 |
| Administrative expenses | 7 | (21,147,627) | (25,817,960) |
| **Operating loss** | 8 | (33,819,145) | (27,701,351) |
| Finance expenses | 10 | (349,871) | (271,195) |
| **Loss before tax** | | (34,169,016) | (27,972,546) |
| Tax | 11 | - | - |
| **Loss for the year** | | (34,169,016) | (27,972,546) |
| **Other comprehensive income** | | - | - |
| **Total comprehensive expense for the year** | | (34,169,016) | (27,972,546) |

The notes on pages 11 to 23 are an integral part of these financial statements.

**IBEE Software Solution Pvt Ltd**

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 INR | 2015 INR |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 12 | 13.375.654 | 17.760.407 |
| Intangible assets | 13 | 1.320.000 | 1.320.000 |
| **Total non-current assets** | | 14.695.654 | 19.080.407 |
| **Current assets** | | | |
| Trade and other receivables | 14 | 26.401.041 | 29.718.533 |
| Cash and cash equivalents | 15 | 865.881 | 452.489 |
| **Total current assets** | | 27.266.922 | 30.171.022 |
| **Total assets** | | 41.962.576 | 49.251.429 |
| **Equity** | | | |
| Share capital | 16 | 1.204.960 | 1.204.960 |
| Share premium | | 2.131.476 | 2.131.476 |
| Reserves | 17 | (91.243.235) | (57.074.219) |
| **Total equity** | | (87.906.799) | (53.737.783) |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Bank overdrafts | 15 | 82.045 | 133.466 |
| Trade and other payables | 18 | 129.787.330 | 102.855.746 |
| **Total current liabilities** | | 129.869.375 | 102.989.212 |
| **Total liabilities** | | 129.869.375 | 102.989.212 |
| **Total equity and liabilities** | | 41.962.576 | 49.251.429 |

On 3 July 2017 the Board of Directors of IBEE Software Solution Pvt Ltd approved and authorised these financial statements for issue.

Kostyantyn Bezruchenko
Director

Rajesh Kumar Mishra
Director

The notes on pages 11 to 23 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IBEE Software Solution Pvt Ltd**

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital INR | Share premium INR | Capital reserve INR | Retained earnings INR | Total INR |
|---|---|---|---|---|---|
| Balance at 1 January 2015 | 1,204,960 | 2,131,476 | 577,737 | (29,679,410) | (25,765,237) |
| Loss for the year | - | - | - | (27,972,546) | (27,972,546) |
| Balance at 31 December 2015 | 1,204,960 | 2,131,476 | 577,737 | (57,651,956) | (53,737,783) |
| Balance at 1 January 2016 | 1,204,960 | 2,131,476 | 577,737 | (57,651,956) | (53,737,783) |
| Loss for the year | - | - | - | (34,169,016) | (34,169,016) |
| Balance at 31 December 2016 | 1,204,960 | 2,131,476 | 577,737 | (91,820,972) | (87,906,799) |

The notes on pages 11 to 23 are an integral part of these financial statements.

**IBEE Software Solution Pvt Ltd**

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 INR | 2015 INR |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Loss for the year | | (34,169,016) | (27,972,546) |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | 12 | 6,815,380 | 6,609,022 |
| **Cash used in operations before working capital changes** | | (27,353,636) | (21,363,524) |
| Decrease/(increase) in trade and other receivables | | 3,317,492 | (9,587,807) |
| Increase in trade and other payables | | 26,931,584 | 31,165,404 |
| **Cash generated from operations** | | 2,895,440 | 214,073 |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of property, plant and equipment | 12 | (2,430,627) | (224,949) |
| **Net cash used in investing activities** | | (2,430,627) | (224,949) |
| **Net increase/(decrease) in cash and cash equivalents** | | 464,813 | (10,876) |
| Cash and cash equivalents at beginning of the year | | 319,023 | 329,899 |
| **Cash and cash equivalents at end of the year** | 15 | 783,836 | 319,023 |

The notes on pages 11 to 23 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IBEE Software Solution Pvt Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

IBEE Software Solution Pvt Ltd (the "Company") was incorporated in India on 20 February 2006 as a private company with limited liability. Its registered office is at Unit No. 208, Maximus Tower-2B, Raheja Mindspace, Madhapur, Hyderabad-500081, India.

The principal activities of the Company are internet hosting services, software development and web design.

## 2. BASIS OF PREPARATION

**(a) Statement of compliance**
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

**(e) Functional and presentation currency**
The financial statements are presented in Indian Rupees (INR) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

*(i) Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

*(ii) Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Dividends
Dividend distribution to the Company's shareholders is recognised in the Company's financial statements in the year in which they are approved by the Company's shareholders.

Property, plant and equipment
Property, plant and equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

| | % |
|---|---|
| Furniture, fixtures and office equipment | 20 |
| Servers and computer equipment | 20 |

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of property, plant and equipment is charged to profit or loss of

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



IBEE Software Solution Pvt Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Property, plant and equipment (continued)

the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess of the originally assessed standard of performance of the existing asset will flow to the Company. Major renovations are depreciated over the remaining useful life of the related asset.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Intangible assets

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Financial instruments

Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

*(i) Trade and other receivables*

Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii) Cash and cash equivalents*

For the purpose of the statement of cash flows, cash and cash equivalents comprise cash in hand, cash at bank and bank overdrafts.

*(iii) Borrowings*

Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(iv) Trade and other payables*

Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

IBEE Software Solution Pvt Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Derecognition of financial assets and liabilities

*Financial assets*

A financial asset (or, where applicable a part of a financial asset or part of a group of similar financial assets) is derecognised when:

- the contractual rights to receive cash flows from the asset have expired;
- the Company retains the right to receive cash flows from the asset, but has assumed an obligation to pay them in full without material delay to a third party under a 'pass through' arrangement; or
- the Company has transferred its rights to receive cash flows from the asset and either (a) has transferred substantially all the risks and rewards of the asset, or (b) has neither transferred nor retained substantially all the risks and rewards of the asset, but has transferred control of the asset.

Any interest in such derecognized financial assets that is created or retained by the Company is recognised as a separate asset or liability.

*Financial liabilities*

A financial liability is derecognised when the obligation under the liability is discharged or cancelled or expires.

When an existing financial liability is replaced by another from the same lender on substantially different terms, or the terms of an existing liability are substantially modified, such an exchange or modification is treated as a derecognition of the original liability and the recognition of a new liability, and the difference in the respective carrying amounts is recognised in profit or loss.

Offsetting financial instruments

Financial assets and financial liabilities are offset and the net amount reported in the statement of financial position if, and only if, there is a currently enforceable legal right to offset the recognised amounts and there is an intention to settle on a net basis, or to realise the asset and settle the liability simultaneously. This is not generally the case with master netting agreements, and the related assets and liabilities are presented gross in the statement of financial position.

Share capital

Ordinary shares are classified as equity. The difference between the fair value of the consideration received by the Company and the nominal value of the share capital being issued is taken to the share premium account. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Comparatives

Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

**IBEE Software Solution Pvt Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 4. REVENUE

| | 2016 INR | 2015 INR |
|---|---|---|
| Revenue | 26.225.074 | 22.973.140 |
| Intercompany revenue (note 19) | 19.605.362 | 16.577.289 |
| | 45.830.436 | 39.550.429 |

## 5. COST OF SALES

| | 2016 INR | 2015 INR |
|---|---|---|
| Intercompany costs (note 19) | 43.094.908 | 33.542.007 |
| Cost of sales | 15.407.046 | 11.793.773 |
| | 58.501.954 | 45.335.780 |

## 6. OTHER OPERATING INCOME

| | 2016 INR | 2015 INR |
|---|---|---|
| Discounts received | - | 3.901.960 |
| | - | 3.901.960 |

## 7. ADMINISTRATIVE EXPENSES

| | 2016 INR | 2015 INR |
|---|---|---|
| Staff costs | 8.463.001 | 14.870.289 |
| Rent | 1.939.781 | 1.875.396 |
| Common expenses | 188.555 | 231.928 |
| Sewage expenses | 373.510 | 495.380 |
| Sundry expenses | 462.269 | 124.728 |
| Newspapers and publications | 268.248 | 298.067 |
| Independent auditors' remuneration - current year | 211.489 | 228.406 |
| Independent auditors' remuneration - prior years | 46.844 | - |
| Other professional fees | 1.163.694 | 259.231 |
| Travelling | 81.368 | 143.842 |
| General administration expenses | 1.133.488 | 681.671 |
| Depreciation | 6.815.380 | 6.609.022 |
| | 21.147.627 | 25.817.960 |

IBEE Software Solution Pvt Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 8. OPERATING LOSS

| | Note | 2016 INR | 2015 INR |
|---|---|---|---|
| Operating loss is stated after charging the following items: | | | |
| Depreciation of property, plant and equipment | 12 | 6.815.380 | 6.609.022 |
| Staff costs | 9 | 8.463.001 | 14.870.289 |
| Independent auditors' remuneration - current year | | 211.489 | 228.406 |
| Independent auditors' remuneration - prior years | | 46.844 | - |

## 9. STAFF COSTS

| | | 2016 INR | 2015 INR |
|---|---|---|---|
| Salaries | | 8.463.001 | 14.870.289 |
| Total staff costs | 8 | 8.463.001 | 14.870.289 |

## 10. NET FINANCE EXPENSES

| | 2016 INR | 2015 INR |
|---|---|---|
| Net foreign exchange transaction losses | 178.263 | 36.218 |
| Sundry finance expenses | 171.608 | 234.977 |
| | 349.871 | 271.195 |

## 11. TAXATION

Under certain conditions interest income may be subject to defence contribution at the rate of 30%. In such cases this interest will be exempt from corporation tax. In certain cases, dividends received from abroad may be subject to defence contribution at the rate of 17%.

The Company is an international business company, registered in India and under the Laws of the country is not subject to corporation tax therein.

IBEE Software Solution Pvt Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 12. PROPERTY, PLANT AND EQUIPMENT

| | Furniture, fixtures and office equipment INR | Servers and network equipment INR | Total INR |
|---|---|---|---|
| **Cost** | | | |
| Balance at 1 January 2015 | 2,762,585 | 31,288,015 | 34,050,600 |
| Additions | 132,132 | 92,817 | 224,949 |
| Balance at 31 December 2015 | 2,894,717 | 31,380,832 | 34,275,549 |
| Balance at 1 January 2016 | 2,894,717 | 31,380,832 | 34,275,549 |
| Additions | - | 2,430,627 | 2,430,627 |
| Balance at 31 December 2016 | 2,894,717 | 33,811,459 | 36,706,176 |
| **Depreciation** | | | |
| Balance at 1 January 2015 | 1,742,974 | 8,163,146 | 9,906,120 |
| Depreciation for the year | 342,710 | 6,266,312 | 6,609,022 |
| Balance at 31 December 2015 | 2,085,684 | 14,429,458 | 16,515,142 |
| Balance at 1 January 2016 | 2,085,684 | 14,429,458 | 16,515,142 |
| Depreciation for the year | 206,256 | 6,609,124 | 6,815,380 |
| Balance at 31 December 2016 | 2,291,940 | 21,038,582 | 23,330,522 |
| **Carrying amounts** | | | |
| Balance at 31 December 2016 | 602,777 | 12,772,877 | 13,375,654 |
| Balance at 31 December 2015 | 809,033 | 16,951,374 | 17,760,407 |

## 13. INTANGIBLE ASSETS

| | Intangible asset INR |
|---|---|
| **Cost** | |
| Balance at 1 January 2015 | 1,320,000 |
| Balance at 31 December 2015 | 1,320,000 |
| Balance at 1 January 2016 | 1,320,000 |
| Balance at 31 December 2016 | 1,320,000 |
| **Carrying amounts** | |
| Balance at 31 December 2016 | 1,320,000 |
| Balance at 31 December 2015 | 1,320,000 |

IBEE Software Solution Pvt Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 14. TRADE AND OTHER RECEIVABLES

| | 2016<br>INR | 2015<br>INR |
|---|---|---|
| Trade receivables | 8,731,654 | 6,613,446 |
| Receivables from related companies (note 19 (iii)) | 12,283,807 | 18,025,575 |
| Deposits and prepayments | 841,167 | 733,982 |
| Deferred expenses | 9,620 | 9,620 |
| Other receivables | 4,534,793 | 4,335,910 |
| | 26,401,041 | 29,718,533 |

The Company does not hold any collateral over the trading balances.

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to credit risk and impairment losses in relation to trade and other receivables is reported in note 20 to the financial statements.

## 15. CASH AND CASH EQUIVALENTS

| | 2016<br>INR | 2015<br>INR |
|---|---|---|
| Cash in hand | 5,365 | 11,921 |
| Cash at bank | 860,516 | 440,568 |
| | 865,881 | 452,489 |

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

| | 2016<br>INR | 2015<br>INR |
|---|---|---|
| Cash and cash equivalents | 865,881 | 452,489 |
| Bank overdrafts | (82,045) | (133,466) |
| | 783,836 | 319,023 |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 20 to the financial statements.

IBEE Software Solution Pvt Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 16. SHARE CAPITAL

| | 2016 Number of shares | 2016 INR | 2015 Number of shares | 2015 INR |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of Rupee 10 each | 1,204,960 | 1,204,960 | 1,204,960 | 1,204,960 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 1,204,960 | 1,204,960 | 1,204,960 | 1,204,960 |
| Balance at 31 December | 1,204,960 | 1,204,960 | 1,204,960 | 1,204,960 |

## 17. RESERVES

| | Capital reserve INR | Retained earnings INR | Total INR |
|---|---|---|---|
| Balance at 1 January 2015 | 577,737 | (29,679,410) | (29,101,673) |
| Loss for the year | - | (27,972,546) | (27,972,546) |
| Balance at 31 December 2015 | 577,737 | (57,651,956) | (57,074,219) |
| Balance at 1 January 2016 | 577,737 | (57,651,956) | (57,074,219) |
| Loss for the year | - | (34,169,016) | (34,169,016) |
| Balance at 31 December 2016 | 577,737 | (91,820,972) | (91,243,235) |

## 18. TRADE AND OTHER PAYABLES

| | 2016 INR | 2015 INR |
|---|---|---|
| Trade payables | 12,334,825 | 9,112,321 |
| VAT | 955,025 | 1,520,295 |
| Payables to parent (note 19 (iv)) | 32,045,162 | 31,278,711 |
| Other creditors | 10,027,266 | 9,535,908 |
| Payables to related companies (note 19 (v)) | 74,425,052 | 51,408,511 |
| | 129,787,330 | 102,855,746 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to liquidity risk in relation to financial instruments is reported in note 20 to the financial statements.

**IBEE Software Solution Pvt Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 19. RELATED PARTY TRANSACTIONS

The transactions and balances with related parties are as follows:

**(i) Sale of services (note 4)**

| | Nature of transactions | 2016 INR | 2015 INR |
|---|---|---|---|
| Webzilla Ltd | Trade | 13,988,406 | 10,985,611 |
| Fozzy Inc. | Trade | 2,420,097 | 2,186,539 |
| XBT Holding Ltd | Trade | 776,432 | 1,100,947 |
| Webzilla Dallas Inc | Trade | 2,420,427 | 2,304,192 |
| | | 19,605,362 | 16,577,289 |

**(ii) Purchase of services (note 5)**

| | Nature of transactions | 2016 INR | 2015 INR |
|---|---|---|---|
| Webzilla Inc. | Trade | 41,850,686 | 29,514,850 |
| Fozzy Inc. | Trade | 587,654 | 3,660,887 |
| Webzilla Singapore PTE Ltd | Trade | 65,712 | 13,860 |
| XBT Holding Ltd | Trade | - | 352,410 |
| UCDN INC | Trade | 590,856 | - |
| | | 43,094,908 | 33,542,007 |

**(iii) Receivables from related companies (note 14)**

| Name | Nature of transactions | 2016 INR | 2015 INR |
|---|---|---|---|
| Webzilla Ltd | Trade | 8,863,534 | 17,223,928 |
| Webzilla Dallas Inc | Trade | 1,914,552 | 801,647 |
| Fozzy INC | Trade | 1,505,721 | - |
| | | 12,283,807 | 18,025,575 |

**(iv) Payables to parent company (note 18)**

| Name | Nature of transactions | 2016 INR | 2015 INR |
|---|---|---|---|
| XBT Holding Ltd | Trade | 32,045,162 | 31,278,711 |
| | | 32,045,162 | 31,278,711 |

IBEE Software Solution Pvt Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 19. RELATED PARTY TRANSACTIONS *(continued)*

**(v) Payables to related companies (note 18)**

| Name | Nature of transactions | 2016 INR | 2015 INR |
|---|---|---|---|
| Fozzy Inc | Trade | - | 326.722 |
| IP Transit Inc | Trade | 9.619 | 9.619 |
| Webzilla Singapore PTE Ltd | Trade | 79.573 | 2.697.704 |
| Webzilla Inc | Trade | 71.365.536 | 48.374.466 |
| UCDN INC | | 590.856 | - |
| Webzilla BV | | 2.116.307 | - |
| Dedicated SErvers INC | | 263.161 | - |
| | | 74.425.052 | 51.408.511 |

## 20. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i)* *Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 14.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IBEE Software Solution Pvt Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 20. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

*(i) Credit risk (continued)*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 14.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii) Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

(iii) Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

## 21. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IBEE Software Solution Pvt Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 22. GOING CONCERN BASIS

The Company incurred a loss of INR34,169,016 during the year ended 31 December 2016 and, as of that date the Company's liabilities exceeded its assets by INR87,906,799. The Company is dependent upon the continuing financial support of its parent company without which there would be significant doubt about its ability to continue as a going concern as well as its ability to realise its assets and discharge its liabilities in the ordinary course of business. The parent company has indicated its intention to continue providing such financial assistance to the Company to enable it to continue as a going concern and to meet its obligations as they fall due.

## 23. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 24. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 25. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

On 3 July 2017 the Board of Directors of IBEE Software Solution Pvt Ltd approved and authorised these financial statements for issue.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**IMarketing Solutions Ltd**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**IMarketing Solutions Ltd**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONTENTS


| | |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 3 |
| Independent Auditors' report | 4 & 6 |
| Statement of profit or loss and other comprehensive income | 7 |
| Statement of financial position | 8 |
| Statement of changes in equity | 9 |
| Statement of cash flows | 10 |
| Notes to the financial statements | 11 - 17 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IMarketing Solutions Ltd**

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | XBT Holding Limited |
| Independent Auditors | KPMG Limited |
| Management | Alexey Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Registered Office | 1 Mapp Street<br>Belize city<br>Belize |
| Registration number | 141158 |

**IMarketing Solutions Ltd**

MANAGEMENT REPORT

The Board of Directors of IMarketing Solutions Ltd (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

**PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY**

The Company was dormant throughout the year ended 31 December 2016.

**FINANCIAL RESULTS**

The Company's financial results for the year ended 31 December 2016 are set out on page 7 to the financial statements. The net loss for the year attributable to the shareholders of the Company amounted to US$2.864 (2015: US$1.569).

**DIVIDENDS**

The Board of Directors does not recommend the payment of a dividend.

**MAIN RISKS AND UNCERTAINTIES**

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 13 to the financial statements.

**CREDIT RISK**

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

**LIQUIDITY RISK**

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

**FUTURE DEVELOPMENTS**

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IMarketing Solutions Ltd**

MANAGEMENT REPORT *(continued)*

**SHARE CAPITAL**

There were no changes in the share capital of the Company during the year.

**BRANCHES**

During the year ended 31 December 2016 the Company did not operate any branches.

**BOARD OF DIRECTORS**

The member of the Company's Board of Directors as at 31 December 2016 and at the date of this report is presented on page 1. The sole director was a member of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association the sole director presently member of the Board continues in office.

There were no significant changes in the remuneration of the Board of Directors.

**EVENTS AFTER THE REPORTING PERIOD**

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

**RELATED PARTY TRANSACTIONS**

Disclosed in note 12 to the financial statements.

**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Secretary

Larnaca, 3 July 2017





KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**IMarketing Solutions Ltd**

**Opinion**

We have audited the accompanying financial statements of parent company IMarketing Solutions Ltd (the "Company"), which are presented on pages 7 to 17 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

**Basis for opinion**

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the "*Auditors' responsibilities for the audit of the financial statements*" section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.



CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



Independent Auditors' report

to the Members of

IMarketing Solutions Ltd

## Other information

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

## Responsibilities of the Board of Directors for the financial statements

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with  issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, OPERATING LOSS for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

## Auditors' responsibilities for the audit of the financial statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



Independent Auditors' report

to the Members of

IMarketing Solutions Ltd

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to

These financial statements have not been prepared in accordance to the legal requirements of Belize Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors

Larnaca, 7 July 2017

**IMarketing Solutions Ltd**

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | | - | - |
| Administrative expenses | 4 | (2,931) | (1,796) |
| **Operating loss** | 5 | (2,931) | (1,796) |
| Finance income | | 67 | 313 |
| Finance expenses | | - | (86) |
| **Net finance income** | 6 | 67 | 227 |
| **Loss for the year** | | (2,864) | (1,569) |
| **Other comprehensive income** | | - | - |
| **Total comprehensive expense for the year** | | (2,864) | (1,569) |

The notes on pages 11 to 17 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IMarketing Solutions Ltd**

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Investments in subsidiaries | 7 | 10.000 | 10.000 |
| **Total non-current assets** | | 10.000 | 10.000 |
| **Current assets** | | | |
| Trade and other receivables | 8 | 38.300 | 40.000 |
| **Total current assets** | | 38.300 | 40.000 |
| **Total assets** | | 48.300 | 50.000 |
| **Equity** | | | |
| Share capital | 9 | 50.000 | 50.000 |
| Reserves | 10 | (6.383) | (3.519) |
| **Total equity** | | 43.617 | 46.481 |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Trade and other payables | 11 | 4.683 | 3.519 |
| **Total current liabilities** | | 4.683 | 3.519 |
| **Total liabilities** | | 4.683 | 3.519 |
| **Total equity and liabilities** | | 48.300 | 50.000 |

On 3 July 2017 the Board of Directors of IMarketing Solutions Ltd approved and authorised these financial statements for issue.

..............................
XBT Holding Limited
Director

The notes on pages 11 to 17 are an integral part of these financial statements.

**IMarketing Solutions Ltd**

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 50,000 | (1,950) | 48,050 |
| Loss for the year | - | (1,569) | (1,569) |
| Balance at 31 December 2015 | 50,000 | (3,519) | 46,481 |
| Balance at 1 January 2016 | 50,000 | (3,519) | 46,481 |
| Loss for the year | - | (2,864) | (2,864) |
| Balance at 31 December 2016 | 50,000 | (6,383) | 43,617 |

The notes on pages 11 to 17 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IMarketing Solutions Ltd**

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | 2016 US$ | 2015 US$ |
|---|---|---|
| **Cash flows from operating activities** | | |
| Loss for the year | (2,864) | (1,569) |
| **Cash used in operations before working capital changes** | (2,864) | (1,569) |
| Decrease in trade and other receivables | 1,700 | – |
| Increase in trade and other payables | 1,164 | 1,569 |
| **Cash generated from operations** | - | - |
| Cash and cash equivalents at beginning of the year | - | - |
| **Cash and cash equivalents at end of the year** | - | - |

The notes on pages 11 to 17 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IMarketing Solutions Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

IMarketing Solutions Ltd (the "Company") was incorporated in Belize on 20 January 2014 as a private limited liability company. Its registered office is at 1 Mapp Street, Belize city, Belize.

The Company was dormant throughout the year ended 31 December 2016.

## 2. BASIS OF PREPARATION

**(a) Statement of compliance**

The financial statements of the Company have been prepared in accordance with International Financial Reporting Standards (IFRS) as issued by the IASB.

The Company is not required by the Cyprus Companies Law, Cap.113, to prepare consolidated financial statements because the Company and its subsidiaries constitute a small sized group as defined by the Law and the Company does not intend to issue consolidated financial statements for the year ended 31 December 2016.

**(b) Basis of measurement**

The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**

During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**

The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

**(e) Functional and presentation currency**

The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

Subsidiaries

Investments in subsidiaries are stated at cost, which includes transaction costs, less provision for permanent diminution in value, which is recognised as an expense in the period in which the diminution is identified.

Revenue recognition

Revenues earned by the Company are recognised on the following bases:

- *Dividend income*
  Dividend from investments in securities is recognised when the right to receive payment is established. Withheld taxes are transferred to profit or loss. Interest from investments in securities is recognised on an accruals basis.

Finance income

Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses

Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

*(i) Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

*(ii) Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Dividends

Dividend distribution to the Company's shareholders is recognised in the Company's financial statements in the year in which they are approved by the Company's shareholders.

Financial instruments

Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

Share capital

Ordinary shares are classified as equity.

IMarketing Solutions Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Comparatives

Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

## 4. ADMINISTRATIVE EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Independent auditors' remuneration - current year | 1,568 | 1,100 |
| Independent auditors' remuneration - prior years | 667 | - |
| Other professional fees | 650 | 696 |
| Irrecoverable VAT | 46 | - |
| | 2,931 | 1,796 |

## 5. OPERATING LOSS

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Operating loss is stated after charging the following items: | | |
| Independent auditors' remuneration - current year | 1,568 | 1,100 |
| Independent auditors' remuneration - prior years | 667 | - |

## 6. NET FINANCE INCOME AND EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Exchange profit | 67 | 313 |
| | 67 | 313 |
| Net foreign exchange transaction losses | - | (86) |
| | - | (86) |
| **Net finance income** | 67 | 227 |

**IMarketing Solutions Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 7. INVESTMENTS IN SUBSIDIARIES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 10,000 | 10,000 |
| Balance at 31 December | 10,000 | 10,000 |

The details of the subsidiaries are as follows:

| Name | Country of incorporation | Principal activities | 2016 Holding % | 2015 Holding % | 2016 US$ | 2015 US$ |
|---|---|---|---|---|---|---|
| URL Solutions Inc. | Panama | Trading | 100 | 100 | 10,000 | 10,000 |
| | | | | | 10,000 | 10,000 |

The Company periodically evaluates the recoverability of investments in subsidiaries whenever indicators of impairment are present. Indicators of impairment include such items as declines in revenues, earnings or cash flows or material adverse changes in the economic or political stability of a particular country, which may indicate that the carrying amount of an asset is not recoverable. If facts and circumstances indicate that investment in subsidiaries may be impaired, the estimated future discounted cash flows associated with these subsidiaries would be compared to their carrying amounts to determine if a write-down to fair value is necessary.

## 8. TRADE AND OTHER RECEIVABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Receivables from parent (note 12 (i)) | 38,300 | 40,000 |
| | 38,300 | 40,000 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to credit risk and impairment losses in relation to trade and other receivables is reported in note 13 to the financial statements.

IMarketing Solutions Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 9. SHARE CAPITAL

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of US$1 each | 50,000 | 50,000 | 50,000 | 50,000 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 50,000 | 50,000 | 50,000 | 50,000 |
| Balance at 31 December | 50,000 | 50,000 | 50,000 | 50,000 |

## 10. RESERVES

| | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | (1,950) | (1,950) |
| Loss for the year | (1,569) | (1,569) |
| Balance at 31 December 2015 | (3,519) | (3,519) |
| Balance at 1 January 2016 | (3,519) | (3,519) |
| Loss for the year | (2,864) | (2,864) |
| Balance at 31 December 2016 | (6,383) | (6,383) |

## 11. TRADE AND OTHER PAYABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Accruals | 1,568 | 1,100 |
| Other creditors | 696 | - |
| Payables to related companies (note 12 (ii)) | 2,419 | 2,419 |
| | 4,683 | 3,519 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

## 12. RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding Ltd, incorporated in Cyprus, which owns 100% of the Company's shares.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IMarketing Solutions Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 12. RELATED PARTY TRANSACTIONS *(continued)*

The transactions and balances with related parties are as follows:

**(i) Receivables from parent company**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding Limited | Trade | 38,300 | 40,000 |
| | | 38,300 | 40,000 |

**(ii) Payables to related companies (note 11)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Webzilla Ltd | Trade | 2,419 | 2,419 |
| | | 2,419 | 2,419 |

## 13. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i)* *Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IMarketing Solutions Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 13. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

*(i) Credit risk (continued)*

*Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 8.

*(ii) Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

(iii) Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

## 14. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 15. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 16. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 17. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**IP Transit Inc**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**IP Transit Inc**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONTENTS


| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 4 |
| Independent Auditors' report | 5 & 7 |
| Statement of profit or loss and other comprehensive income | 8 |
| Statement of net assets | 9 |
| Statement of changes in equity | 10 |
| Statement of cash flows | 11 |
| Notes to the financial statements | 12 - 24 |
| Additional information | |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**IP Transit Inc**

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Konstantin Bezruchenko<br>Rajesh Kumar Mishra |
| Registered Agent | Constantin Luchian |
| Independent Auditors | KPMG Limited |
| Management | Aleksey Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Banker | Bank of America, N.A, |
| Registered Office | 6750 N. Andrews Ave, Suite 200<br>Fort Lauderdale, FL 33309<br>Florida<br>USA |
| Registration number | P09000064840 |

IP Transit Inc

MANAGEMENT REPORT

The Board of Directors of IP Transit Inc (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

**PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY**

The principal activities of the Company, which are unchanged from last years, are the provision of network services, IP transiting, transport peering and content delivery network.

**FINANCIAL RESULTS**

The Company's financial results for the year ended 31 December 2016 are set out on page 8 to the financial statements. The net profit for the year attributable to the shareholders of the Company amounted to US$45.743 (2015: US$377.879).

**REVENUE**

The Company's revenue for the year ended 31 December 2016 was US$5.880 869 (2015: US$6.544.692).

**DIVIDENDS**

The Board of Directors does not recommend the payment of a dividend and the net profit for the year is retained.

**MAIN RISKS AND UNCERTAINTIES**

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 19 to the financial statements.

**USE OF FINANCIAL INSTRUMENTS BY THE COMPANY**

The Company is exposed to interest rate risk, credit risk and dividends from the financial instruments it holds.

The Company's financial risk management objectives and policies are ...

**INTEREST RATE RISK**

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Company to cash flow interest rate risk. Borrowings issued at fixed rates expose the Company to fair value interest rate risk. Company's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

## CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

## LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

## FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

## SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

## BRANCHES

During the year ended 31 December 2016 the Company did not operate any branches.

## BOARD OF DIRECTORS

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities of the Board of Directors.

## EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

## RELATED PARTY TRANSACTIONS

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IP Transit Inc**

MANAGEMENT REPORT *(continued)*

Disclosed in note 18 to the financial statements.

**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Konstantin Bezruchenko
Director

Larnaca, 8 June 2017





KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**IP Transit Inc**

**Opinion**

We have audited the accompanying financial statements of IP Transit Inc (the "Company"), which are presented on pages 8 to 24 and comprise the statement of net assets as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

**Basis for opinion**

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.



CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

IP Transit Inc

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

**Responsibilities of the Board of Directors for the financial statements**

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, OPERATING PROFIT for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

IP Transit Inc

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of United States of America Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

7 July 2017

**IP Transit Inc**

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 4 | 5,880,869 | 6,544,692 |
| Cost of sales | 5 | (4,951,666) | (5,520,772) |
| **Gross profit** | | 929,203 | 1,023,920 |
| Other operating income | 6 | - | 70,798 |
| Selling and distribution expenses | 7 | - | (42,533) |
| Administrative expenses | 8 | (858,822) | (627,914) |
| **Operating profit** | 9 | 70,381 | 424,271 |
| **Net finance expenses** | 10 | (24,607) | (43,099) |
| **Profit before tax** | | 45,774 | 381,172 |
| Tax | | (31) | (3,293) |
| **Profit for the year** | | 45,743 | 377,879 |
| **Other comprehensive income** | | - | - |
| **Total comprehensive income for the year** | | 45,743 | 377,879 |

The notes on pages 12 to 24 are an integral part of these financial statements.

IP Transit Inc

STATEMENT OF NET ASSETS

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Computer equipment | 11 | 658,394 | 574,153 |
| **Total non-current assets** | | 658,394 | 574,153 |
| **Current assets** | | | |
| Trade and other receivables | 12 | 7,908,626 | 6,637,905 |
| Cash and cash equivalents | 13 | 10,050 | 17,287 |
| **Total current assets** | | 7,918,676 | 6,655,192 |
| **Total assets** | | 8,577,070 | 7,229,345 |
| **Equity** | | | |
| Share capital | 14 | 10,000 | 10,000 |
| Reserves | 15 | 523,576 | 477,833 |
| **Total equity** | | 533,576 | 487,833 |
| **Liabilities** | | | |
| **Non-current liabilities** | | | |
| Long-term portion of obligations under finance leases | 16 | 213,628 | 73,510 |
| **Total non-current liabilities** | | 213,628 | 73,510 |
| **Current liabilities** | | | |
| Bank overdrafts | 13 | 4,845 | 11,907 |
| Obligations under finance leases | 16 | 112,392 | 113,348 |
| Trade and other payables | 17 | 7,712,629 | 6,542,747 |
| **Total current liabilities** | | 7,829,866 | 6,668,002 |
| **Total liabilities** | | 8,043,494 | 6,741,512 |
| **Total equity and liabilities** | | 8,577,070 | 7,229,345 |

On 8 June 2017 the Board of Directors of IP Transit Inc approved and authorised these financial statements for issue.

Konstantin Bezruchenko
Director

Rajesh Kumar Mishra
Director

The notes on pages 12 to 24 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IP Transit Inc**

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 10.000 | 99.954 | 109.954 |
| Profit for the year | - | 377.879 | 377.879 |
| Balance at 31 December 2015 | 10.000 | 477.833 | 487.833 |
| Balance at 1 January 2016 | 10.000 | 477.833 | 487.833 |
| Profit for the year | - | 45.743 | 45.743 |
| Balance at 31 December 2016 | 10.000 | 523.576 | 533.576 |

The notes on pages 12 to 24 are an integral part of these financial statements.

IP Transit Inc

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | 2016 US$ | 2015 US$ |
|---|---|---|
| **Cash flows from operating activities** | | |
| Profit for the year | 45.743 | 377.879 |
| Adjustments for: | | |
| Depreciation of computer equipment | 218.538 | 193.587 |
| Interest expense | 16.554 | 23.405 |
| Income tax expense | 31 | 3.293 |
| **Cash generated from operations before working capital changes** | 280.866 | 598.164 |
| Increase in trade and other receivables | (1.270.721) | (4.680.137) |
| Increase in trade and other payables | 1.169.882 | 4.412.507 |
| **Cash generated from operations** | 180.027 | 330.534 |
| Tax paid | (31) | (3.293) |
| **Net cash generated from operating activities** | 179.996 | 327.241 |
| **Cash flows from investing activities** | | |
| Payment for acquisition of property, plant and equipment | (302.779) | (94.523) |
| Loans repayments received | - | 106.000 |
| **Net cash (used in)/generated from investing activities** | (302.779) | 11.477 |
| **Cash flows from financing activities** | | |
| Repayments of obligations under finance leases | (125.106) | (332.372) |
| Proceeds from obligations under finance leases | 264.307 | - |
| Interest paid | (16.593) | (23.405) |
| **Net cash generated from/(used in) financing activities** | 122.608 | (355.777) |
| **Net decreasein cash and cash equivalents** | (175) | (17.059) |
| Cash and cash equivalents at beginning of the year | 5.380 | 22.439 |
| **Cash and cash equivalents at end of the year** | 5.205 | 5.380 |

The notes on pages 12 to 24 are an integral part of these financial statements.

**IP Transit Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

The principal activities of the Company, which are unchanged from last years, are the provision of network services, IP transiting, transport peering and content delivery network.

## 2. BASIS OF PREPARATION

**(a) Statement of compliance**
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

**(e) Functional and presentation currency**
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**IP Transit Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

*(i) Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

*(ii) Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Tax
Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

Computer equipment
Computer equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

| | % |
|---|---|
| Computer equipment | 20 |

Leased assets are depreciated over the shorter of lease term and their useful lives unless it is reasonably certain that the Company will obtain ownership by the end of the lease term.

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Computer equipment (continued)
Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of property, plant and equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess of the originally assessed standard of performance of the existing asset will flow to the Company. Major renovations are depreciated over the remaining useful life of the related asset.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Leases
At inception of an arrangement, the Company determines whether an arrangement is or contains a lease.

At inception or on reassessment of an arrangement that contains a lease, the Company separates payments and other consideration required by the arrangement into those for the lease and those for other elements on the basis of their relative fair values. If the Company concludes for a finance lease that it is impracticable to separate the payments reliably, then an asset and a liability are recognised at an amount equal to the fair value of the underlying asset, subsequently, the liability is reduced as payments are made and an imputed finance cost on the liability is recognised using the Company's incremental borrowing rate.

Leases are classified as finance leases whenever the terms of the lease transfer substantially all the risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

*Finance leases - The Company as lessee*
The leases of the Company are classified as finance leases, if they transfer to the Company substantially all the risks and rewards incidental to ownership of an asset. The Company recognises a finance lease as an asset and liability at the lower of the fair value of the leased asset and the present value of minimum lease payments. Subsequent to initial recognition, the assets are accounted for in accordance with the accounting policy applicable to that asset.

The payments are apportioned between the finance expenses and the decrease of the finance lease obligations based on the effective interest method.

Financial instruments
Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Financial instruments (continued)

*(i) Trade and other receivables*
Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii) Cash and cash equivalents*
For the purpose of the statement of cash flows, cash and cash equivalents comprise cash at bank and bank overdrafts.

*(iii) Borrowings*
Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(iv) Trade and other payables*
Trade payables are initially recognised at fair value and are subsequently measured at amortised cost. using the effective interest rate method.

Share capital
Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Non-current liabilities
Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

## 4. REVENUE

| | 2016<br>US$ | 2015<br>US$ |
|---|---|---|
| Revenues | 2,097,849 | 4,044,376 |
| Intercompany revenue (note 18) | 3,783,020 | 2,500,316 |
| | 5,880,869 | 6,544,692 |

IP Transit Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 5. COST OF SALES

| | 2016<br>US$ | 2015<br>US$ |
|---|---|---|
| Cost of sales | 1,595,404 | 1,721,133 |
| Intercompany costs (note 18) | 3,356,262 | 3,799,639 |
| | 4,951,666 | 5,520,772 |

## 6. OTHER OPERATING INCOME

| | 2016<br>US$ | 2015<br>US$ |
|---|---|---|
| Discounts received | - | 70,798 |
| | - | 70,798 |

## 7. SELLING AND DISTRIBUTION EXPENSES

| | 2016<br>US$ | 2015<br>US$ |
|---|---|---|
| Bad debts written off | - | 42,533 |
| | - | 42,533 |

## 8. ADMINISTRATIVE EXPENSES

| | 2016<br>US$ | 2015<br>US$ |
|---|---|---|
| Immovable property tax | 5,196 | 8,230 |
| Sales and marketing expenses | 441,474 | 283,941 |
| Advertising expenses | 222 | 224 |
| Independent auditors' remuneration - current year | 3,324 | 4,000 |
| Independent auditors' remuneration - prior years | (4,654) | 88 |
| Other professional fees | 24,704 | 15,283 |
| Travelling | 16,137 | 19,834 |
| Irrecoverable VAT | 32,658 | 48,092 |
| General administration expenses | 1,223 | 4,636 |
| Intercompany expenses (note 18) | 120,000 | 50,000 |
| Depreciation | 218,538 | 193,586 |
| | 858,822 | 627,914 |

IP Transit Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 9. OPERATING PROFIT

| | | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Operating profit is stated after charging the following items: | | | |
| Depreciation of property, plant and equipment | 11 | 218,538 | 193,586 |
| Independent auditors' remuneration - current year | | 3,324 | 4,000 |
| Independent auditors' remuneration - prior years | | (4,654) | 88 |
| Trade receivables - impairment charge for bad and doubtful debts | | - | 42,533 |

## 10. NET FINANCE EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Net foreign exchange transaction losses | 2,355 | 16,955 |
| Interest expense | 16,554 | 23,405 |
| Sundry finance expenses | 5,698 | 2,739 |
| | 24,607 | 43,099 |

## 11. COMPUTER EQUIPMENT

| | Computer and network equipment US$ |
|---|---|
| **Cost** | |
| Balance at 1 January 2015 | 939,089 |
| Additions | 94,523 |
| Balance at 31 December 2015 | 1,033,612 |
| | |
| Balance at 1 January 2016 | 1,033,612 |
| Additions | 302,779 |
| Balance at 31 December 2016 | 1,336,391 |
| | |
| **Depreciation** | |
| Balance at 1 January 2015 | 265,872 |
| Depreciation for the year for the year | 193,587 |
| Balance at 31 December 2015 | 459,459 |
| | |
| Balance at 1 January 2016 | 459,459 |
| Depreciation for the year for the year | 218,538 |
| Balance at 31 December 2016 | 677,997 |
| | |
| **Carrying amounts** | |
| Balance at 31 December 2016 | 658,394 |
| Balance at 31 December 2015 | 574,153 |

## 12. TRADE AND OTHER RECEIVABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade receivables | 2,344,608 | 4,809,921 |
| Receivables from related companies (note 18 (iv)) | 5,564,018 | 1,827,984 |
| | 7,908,626 | 6,637,905 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

IP Transit Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 13. CASH AND CASH EQUIVALENTS

For the purposes of the statement of cash flows, the cash and cash equivalents include the following.

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash and cash equivalents | 10.050 | 17.287 |
| Bank overdrafts | (4.845) | (11.907) |
| | 5.205 | 5.380 |

## 14. SHARE CAPITAL

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of US$1 each | 10.000 | 10.000 | 10.000 | 10.000 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 10.000 | 10.000 | 10.000 | 10.000 |
| Balance at 31 December | 10.000 | 10.000 | 10.000 | 10.000 |

## 15. RESERVES

| | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | 99.954 | 99.954 |
| Profit for the year | 377.879 | 377.879 |
| Balance at 31 December 2015 | 477.833 | 477.833 |
| Balance at 1 January 2016 | 477.833 | 477.833 |
| Profit for the year | 45.743 | 45.743 |
| Balance at 31 December 2016 | 523.576 | 523.576 |

IP Transit Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 16. OBLIGATIONS UNDER FINANCE LEASES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 186.858 | 508.754 |
| Additions | 264.267 | 94.524 |
| Repayments | (141.698) | (439.824) |
| Interest charged | 16.593 | 23.404 |
| Balance at 31 December | 326.020 | 186.858 |

| | Minimum lease payments 2016 US$ | Interest 2016 US$ | Principal 2016 US$ | Minimum lease payments 2015 US$ | Interest 2015 US$ | Principal 2015 US$ |
|---|---|---|---|---|---|---|
| Within one year | 145.119 | 32.727 | 112.392 | 126.267 | 12.919 | 113.348 |
| Between one and five years | 241.332 | 27.704 | 213.628 | 86.783 | 13.273 | 73.510 |
| | 386.451 | 60.431 | 326.020 | 213.050 | 26.192 | 186.858 |

All lease obligations are denominated in United States Dollars.

The fair values of lease obligations approximate to their carrying amounts as presented above.

The exposure of the Company to interest rate risk in relation to financial instruments is reported in note 19 to the financial statements.

## 17. TRADE AND OTHER PAYABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 297.391 | 461.549 |
| Directors' current accounts - credit balances (note 18 (vii)) | - | 4.625 |
| Payables to parent (note 18 (v)) | 690.318 | 973.376 |
| Accruals | 3.324 | 8.420 |
| Payables to related companies (note 18 (vi)) | 6.721.596 | 5.094.777 |
| | 7.712.629 | 6.542.747 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

IP Transit Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 18. RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding Ltd, incorporated in Cyprus, which owns 100% of the Company's shares.

The transactions and balances with related parties are as follows:

**(i) Sales of services (note 4)**

| | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Webzilla Inc | Trade | 1.533.309 | 1.700.516 |
| Fozzy Inc | Trade | 38.593 | 29.105 |
| Universal CDN Inc | Trade | 1.454.211 | 260.014 |
| Servers.com B.V. | Trade | 450.997 | 243.540 |
| Webzilla Singapore Pte Ltd | Trade | 71.958 | 61.320 |
| Root S.A. | Trade | 233.952 | 205.821 |
| | | 3.783.020 | 2.500.316 |

**(ii) Purchases of services (note 5)**

| | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Dedicated Servers LLC | Trade | 843.569 | 653.100 |
| Webazilla B.V. | Trade | 1.372.693 | 3.146.539 |
| 1GB.com Inc | Trade | 480.000 | - |
| Webzilla Inc | Trade | 300.000 | - |
| Webzilla Limited | Trade | 360.000 | - |
| | | 3.356.262 | 3.799.639 |

Purchases from associated undertakings and from Parent Limited were made at cost.

**(iii) Intercompany expenses (note 8)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| TM Web Properties Limited | 120.000 | 50.000 |
| | 120.000 | 50.000 |

**IP Transit Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 18. RELATED PARTY TRANSACTIONS *(continued)*

### (iv) Receivables from related companies (note 12)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Webzilla Dallas Inc | Trade | 279,646 | 182,183 |
| IBEE Solution | Trade | 159 | 159 |
| Travail Systems Inc | Trade | 79,958 | 79,958 |
| Root S.A. | Trade | 439,773 | 205,821 |
| Servers.com B.V. | Trade | 694,537 | 243,540 |
| UCDN Inc | Trade | 1,916,350 | 430,014 |
| Webzilla Inc | Trade | 532,680 | 628,040 |
| Webzilla Singapore PTE Ltd | Trade | 130,227 | 58,269 |
| Fozzy Inc | Trade | 26,688 | - |
| Webzilla Limited | Trade | 1,464,000 | - |
| | | 5,564,018 | 1,827,984 |

### (v) Payables to parent (note 17)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding Ltd | Trade | 690,318 | 973,376 |
| | | 690,318 | 973,376 |

### (vi) Payables to related companies (note 17)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Webzilla Apps Inc | Trade | 22,000 | - |
| Dedicated Servers Inc | Trade | 1,296,660 | 513,595 |
| Fozzy Inc | Trade | - | 3,906 |
| TM Web Properties Ltd | Trade | 170,000 | 50,000 |
| Webzilla B.V. | Trade | 4,497,603 | 3,108,120 |
| Webzilla Ltd | Trade | - | 1,419,156 |
| IGB.com Inc | Trade | 480,000 | - |
| Servers.com Inc | Trade | 234,333 | - |
| URL Solutions Inc | Trade | 21,000 | - |
| | | 6,721,596 | 5,094,777 |

## 18. RELATED PARTY TRANSACTIONS *(continued)*

**(vii) Shareholders' current accounts - credit balances**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Aleksej Gubarev | - | 4,625 |
| | - | 4,625 |

The shareholders' current accounts are interest free, and have no specified repayment date.

## 19. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i) Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 12.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

## 19. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

*(i)* Credit risk *(continued)*

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii)* *Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

(iii) Other risks

The general economic environment prevailing in Cyprus and internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

## 20. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 21. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 22. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 23. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**ITPan.com Ltd**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

ITPan.com Ltd

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONTENTS

| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 - 3 |
| Independent Auditors' report | 4 & 6 |
| Statement of profit or loss and other comprehensive income | 7 |
| Statement of financial position | 8 |
| Statement of changes in equity | 9 |
| Statement of cash flows | 10 |
| Notes to the financial statements | 11 - 18 |
| Additional information | |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**ITPan.com Ltd**

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Kostayantyn Bezruchenko<br>Rajesh Kumar Mishra<br>Alexej Gubarev |
| Secretary | STM Fidecs Management Ltd |
| Independent Auditors | KPMG Limited<br>Certified Public Accountants and Registered Auditors<br>P.O.Box 40075<br>6300 Larnaca<br>Cyprus |
| Management | Alexej Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Registered Office | Montagu Pavillion<br>8-10 Queensway<br>Gibraltar |
| Registration number | 101672 |

ITPan.com Ltd

MANAGEMENT REPORT

The Board of Directors of ITPan.com Ltd (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

**PRINCIPAL ACTIVITY AND NATURE OF OPERATIONS OF THE COMPANY**

The principal activity of the Company is the holding of investments.

**FINANCIAL RESULTS**

The Company's financial results for the year ended 31 December 2016 are set out on page 7 to the financial statements. The net loss for the year attributable to the shareholders of the Company amounted to US$4.647 (2015: US$680 profit).

**DIVIDENDS**

The Board of Directors does not recommend the payment of a dividend.

**MAIN RISKS AND UNCERTAINTIES**

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 15 to the financial statements.

**INTEREST RATE RISK**

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Company to cash flow interest rate risk. Borrowings issued at fixed rates expose the Company to fair value interest rate risk. Company's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

**CREDIT RISK**

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

**LIQUIDITY RISK**

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

ITPan.com Ltd

MANAGEMENT REPORT *(continued)*

**FUTURE DEVELOPMENTS**

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

**SHARE CAPITAL**

There were no changes in the share capital of the Company during the year.

**BRANCHES**

During the year ended 31 December 2016 the Company did not operate any branches.

**BOARD OF DIRECTORS**

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities of the Board of Directors.

**EVENTS AFTER THE REPORTING PERIOD**

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

**RELATED PARTY TRANSACTIONS**

Disclosed in note 14 to the financial statements.

**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Rajesh Kumar Mishra
Director

Larnaca, 8 June 2017





KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**ITPau.com Ltd**

**Report on the audit of the financial statements**

**Opinion**

We have audited the accompanying financial statements of ITPau.com Ltd (the "Company"), which are presented on pages 7 to 18 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

**Basis for opinion**

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

ITPan.com Ltd

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap 113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

**Responsibilities of the Board of Directors for the financial statements**

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, OPERATING (LOSS) for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

ITPan.com Ltd

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of Gibraltar Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors

Larnaca, 7 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



ITPau.com Ltd

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 4 | - | 5,105 |
| Cost of sales | 5 | - | (332) |
| **Gross profit** | | - | 4,773 |
| Administrative and selling expenses | 6 | (4,707) | (4,420) |
| **Operating (loss)/profit** | 7 | (4,707) | 353 |
| Finance income | | 60 | 333 |
| Finance expenses | | - | (6) |
| **Net finance income** | 8 | 60 | 327 |
| **(Loss)/profit for the year** | | (4,647) | 680 |
| **Other comprehensive income** | | - | - |
| **Total comprehensive (expense)/income for the year** | | (4,647) | 680 |

The notes on pages 11 to 18 are an integral part of these financial statements.

ITPan.com Ltd

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Investments in subsidiaries | 9 | - | 1,330 |
| **Total non-current assets** | | - | 1,330 |
| **Current assets** | | | |
| Trade and other receivables | 10 | 6,896 | 7,334 |
| Cash and cash equivalents | | 556 | 556 |
| **Total current assets** | | 7,452 | 7,890 |
| **Total assets** | | 7,452 | 9,220 |
| **Equity** | | | |
| Share capital | 11 | 100 | 100 |
| Reserves | 12 | (14,722) | (10,075) |
| **Total equity** | | (14,622) | (9,975) |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Trade and other payables | 13 | 22,074 | 19,195 |
| **Total current liabilities** | | 22,074 | 19,195 |
| **Total liabilities** | | 22,074 | 19,195 |
| **Total equity and liabilities** | | 7,452 | 9,220 |

On 8 June 2017 the Board of Directors of ITPan.com Ltd approved and authorised these financial statements for issue.

..............................
Rajesh Kumar Mishra
Director

The notes on pages 11 to 18 are an integral part of these financial statements.

ITPan.com Ltd

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 100 | (10,755) | (10,655) |
| Profit for the year | - | 680 | 680 |
| Balance at 31 December 2015 | 100 | (10,075) | (9,975) |
| Balance at 1 January 2016 | 100 | (10,075) | (9,975) |
| Loss for the year | - | (4,647) | (4,647) |
| Balance at 31 December 2016 | 100 | (14,722) | (14,622) |

The notes on pages 11 to 18 are an integral part of these financial statements.

**ITPan.com Ltd**

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| (Loss)/profit for the year | | (4.647) | 680 |
| **Cash (used in)/generated from operations before working capital changes** | | (4.647) | 680 |
| Decrease/(increase) in trade and other receivables | | 438 | (5.915) |
| Increase in trade and other payables | | 2.879 | 5.326 |
| **Cash (used in)/generated from operations** | | (1.330) | 91 |
| **Cash flows from investing activities** | | | |
| Proceeds from sale of investments in subsidiary undertakings | | 1.330 | - |
| **Net cash generated from investing activities** | | 1.330 | - |
| **Cash flows from financing activities** | | - | - |
| | | - | 91 |
| Cash and cash equivalents at beginning of the year | | 556 | 465 |
| **Cash and cash equivalents at end of the year** | | 556 | 556 |

The notes on pages 11 to 18 are an integral part of these financial statements.

ITPan.com Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

ITPan.com Ltd (the "Company") was incorporated in United States of America and it was redomiciled in Gibraltar on 13th of November 2008 as a private company with limited liability. Its registered office is at Montagu Pavilion, 8-10 Queensway, Gibraltar.

The principal activity of the Company is the holding of investments.

## 2. BASIS OF PREPARATION

**(a) Statement of compliance**
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

**(e) Functional and presentation currency**
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Subsidiaries
Subsidiaries are entities controlled by the Group. Control exists where the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

Investments in subsidiaries are stated at cost, which includes transaction costs, less provision for permanent diminution in value, which is recognised as an expense in the period in which the diminution is identified.

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

(i) *Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

(ii) *Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Financial instruments
Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

(i) *Cash and cash equivalents*
For the purpose of the statement of cash flows, cash and cash equivalents comprise cash at bank.

Share capital
Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

ITPan.com Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

4. **REVENUE**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Revenue | - | 105 |
| Intercompany revenue (note 14) | - | 5,000 |
| | - | 5,105 |

5. **COST OF SALES**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cost of sales | - | 332 |
| | - | 332 |

6. **ADMINISTRATIVE EXPENSES**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Independent auditors' remuneration - current year | 1,568 | 1,096 |
| Independent auditors' remuneration - prior years | 667 | - |
| Legal fees | 200 | - |
| Other professional fees | 2,073 | 3,324 |
| Bad debts written off | 199 | - |
| | 4,707 | 4,420 |

7. **OPERATING (LOSS) /PROFIT**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Operating (loss)/profit is stated after charging the following items: | | |
| Independent auditors' remuneration - current year | 1,568 | 1,096 |
| Independent auditors' remuneration - prior years | 667 | - |
| Trade receivables - impairment charge for bad and doubtful debts | 199 | - |

ITPan.com Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 8. NET FINANCE INCOME AND EXPENSES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Exchange profit | 60 | 333 |
| | 60 | 333 |
| Sundry finance expenses | - | (6) |
| | - | (6) |
| **Net finance income** | 60 | 327 |

## 9. INVESTMENTS IN SUBSIDIARIES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 1,330 | 1,330 |
| Disposals | (1,330) | - |
| Balance at 31 December | - | 1,330 |

The details of the subsidiaries are as follows:

| Name | Country of incorporation | Principal activities | 2016 Holding % | 2015 Holding % | 2015 US$ |
|---|---|---|---|---|---|
| BN Domains Trsut Services Ltd | Cyprus | Domains | - | 100 | 1,330 |
| | | | | | 1,330 |

## 10. TRADE AND OTHER RECEIVABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Receivables from related companies (note 14 (ii)) | 5,992 | 6,224 |
| Deferred expenses | 904 | 1,110 |
| | 6,896 | 7,334 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

ITPan.com Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 11. SHARE CAPITAL

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of $1 each | 1,500 | 1,500 | 1,500 | 1,500 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 100 | 100 | 100 | 100 |
| Balance at 31 December | 100 | 100 | 100 | 100 |

## 12. RESERVES

| | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | (10,755) | (10,755) |
| Profit for the year | 680 | 680 |
| Balance at 31 December 2015 | (10,075) | (10,075) |
| Balance at 1 January 2016 | (10,075) | (10,075) |
| Loss for the year | (4,647) | (4,647) |
| Balance at 31 December 2016 | (14,722) | (14,722) |

## 13. TRADE AND OTHER PAYABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Directors' current accounts - credit balances (note 14 (v)) | 324 | 324 |
| Payables to parent (note 14 (iii)) | 2,112 | 412 |
| Accruals | 1,567 | 1,096 |
| Other creditors | 1,888 | 1,935 |
| Payables to own subsidiaries (note 14 (iii)) | - | 1,330 |
| Payables to related companies (note 14 (iv)) | 16,183 | 14,098 |
| | 22,074 | 19,195 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

## 14. RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding Ltd, incorporated in Cyprus, which owns 100% of the Company's shares.

The transactions and balances with related parties are as follows:

**(i) Sales of services (note 4)**

| | | 2016 | 2015 |
|---|---|---|---|
| | | US$ | US$ |
| | Nature of transactions | | |
| Webzilla Dallas Inc | Trade | 5.000 | 5.000 |
| | | 5.000 | 5.000 |

**(ii) Receivables from related companies (note 10)**

| | | 2016 | 2015 |
|---|---|---|---|
| | | US$ | US$ |
| Name | Nature of transactions | | |
| Webzilla Dallas Inc | Trade | 5.000 | 5.000 |
| Brandnames.com SARL | Trade | 992 | 1.224 |
| | | 5.992 | 6.224 |

**(iii) Payables to group companies (note 13)**

| | | 2016 | 2015 |
|---|---|---|---|
| | | US$ | US$ |
| Name | Nature of transactions | | |
| BN Domain Trust Services Ltd | Finance | - | 1.330 |
| XBT Holding Ltd | Finance | 2.112 | 412 |
| | | 2.112 | 1.742 |

**(iv) Payables to related companies (note 13)**

| | | 2016 | 2015 |
|---|---|---|---|
| | | US$ | US$ |
| Name | Nature of transactions | | |
| Webzilla Inc | Trade | 8.647 | 5.633 |
| Dedicated Servers Inc | Trade | 38 | 38 |
| Webzilla Ltd | Trade | 7.498 | 8.427 |
| | | 16.183 | 14.098 |

## 14. RELATED PARTY TRANSACTIONS *(continued)*

**(v) Directors' current accounts - credit balances**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Rajesh Kumar Mishra | 324 | 324 |
| | 324 | 324 |

The directors' current accounts are interest free, and have no specified repayment date.

## 15. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**
The Company is exposed to the following risks from its use of financial instruments:

- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i) Liquidity risk*
Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

(ii) Other risks
The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management
The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

ITPan.com Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 16. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 17. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 18. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 19. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

# ROOT S.A.

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

# ROOT S.A.

## REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

## CONTENTS


| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Board of Directors Report | 2 - 3 |
| Independent Auditors' report | 4 & 6 |
| Statement of profit or loss and other comprehensive income | 7 |
| Statement of financial position | 8 |
| Statement of changes in equity | 9 |
| Statement of cash flows | 10 |
| Notes to the financial statements | 11 - 23 |
| Additional information | |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**ROOT S.A.**

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra<br>Marc Goederich<br>Konstantin Bezruchenko |
| Management | Alexey Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Independent Auditors | KPMG Limited |
| Bankers | BNP Paribas Luxembourg<br>Banque Et Caisse D'Epargne De L'Etat Luxembourg<br>Post Finance Luxembourg<br>ING Luxembourg SA<br>Banque Raiffeisen |
| Registered Office | 35 J.F.Kennedy Street<br>7327 Steinsel<br>Luxembourg |
| Registration number | B 92268 |

ROOT S.A.

MANAGEMENT REPORT

The Board of Directors of ROOT S.A. (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

## PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The principal activities of the Company, which are unchanged from last year, are the provision of web hosting services and leasing and selling of servers.

## FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 7 to the financial statements. The net loss for the year attributable to the shareholders of the Company amounted to €317.064 (2015: €144.723 profit).

## REVENUE

The Company's revenue for the year ended 31 December 2016 was €3.086.226 (2015: €2.266.308).

## DIVIDENDS

The Board of Directors does not recommend the payment of a dividend.

## MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 19 to the financial statements.

## CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

## LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

ROOT S.A.

MANAGEMENT REPORT *(continued)*

**FUTURE DEVELOPMENTS**

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

**SHARE CAPITAL**

There were no changes in the share capital of the Company during the year.

**BRANCHES**

During the year ended 31 December 2016 the Company did not operate any branches.

**BOARD OF DIRECTORS**

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors.

**EVENTS AFTER THE REPORTING PERIOD**

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

**RELATED PARTY TRANSACTIONS**

Disclosed in note 18 to the financial statements.

**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Rajesh Kumar Mishra
Director

Limassol, 3 July 2017





KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**ROOT S.A.**

**Opinion**

We have audited the accompanying financial statements of ROOT S.A. (the "Company"), which are presented on pages 7 to 23 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

**Basis for opinion**

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

KPMG

Independent Auditors' report

to the Members of

ROOT S.A.

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the Board of Directors Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

**Responsibilities of the Board of Directors for the financial statements**

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, OPERATING (LOSS) for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

ROOT S.A.

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of Luxembourg Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors

Larnaca, 7 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



ROOT S.A.

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 € | 2015 € |
|---|---|---|---|
| **Revenue** | 4 | 3.086.226 | 2.266.308 |
| Cost of sales | 5 | (1.536.028) | (821.250) |
| **Gross profit** | | 1.550.198 | 1.445.058 |
| Selling and distribution expenses | | (281.028) | - |
| Administrative expenses | 6 | (1.520.491) | (1.264.990) |
| **Operating (loss)/profit** | 7 | (251.321) | 180.068 |
| Finance income | | 1.497 | - |
| Finance expenses | | (65.635) | (31.031) |
| **Net finance expenses** | 9 | (64.138) | (31.031) |
| **(Loss)/profit before tax** | | (315.459) | 149.037 |
| Tax | | (1.605) | (4.314) |
| **(Loss)/profit for the year** | | (317.064) | 144.723 |
| **Other comprehensive income** | | - | - |
| **Total comprehensive (expense)/income for the year** | | (317.064) | 144.723 |

The notes on pages 11 to 23 are an integral part of these financial statements.

ROOT S.A.

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 € | 2015 € |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Equipment | 10 | 407.001 | 967.113 |
| **Total non-current assets** | | 407.001 | 967.113 |
| **Current assets** | | | |
| Trade and other receivables | 11 | 1.675.420 | 1.060.738 |
| Cash and cash equivalents | 12 | 27.690 | 48.228 |
| **Total current assets** | | 1.704.179 | 1.110.035 |
| **Total assets** | | 2.111.180 | 2.077.148 |
| **Equity** | | | |
| Share capital | 13 | 535.000 | 535.000 |
| Reserves | 14 | 46.877 | 363.941 |
| **Total equity** | | 581.877 | 898.941 |
| **Liabilities** | | | |
| **Non-current liabilities** | | | |
| Long-term portion of obligations under finance leases | 15 | 85.301 | 296.278 |
| **Total non-current liabilities** | | 85.301 | 296.278 |
| **Current liabilities** | | | |
| Bank overdrafts | 12 | 272.708 | 177.157 |
| Short term loans | | - | - |
| Obligations under finance leases | 15 | 204.164 | 258.847 |
| Trade and other payables | 16 | 967.130 | 445.925 |
| **Total current liabilities** | | 1.444.002 | 881.929 |
| **Total liabilities** | | 1.529.303 | 1.178.207 |
| **Total equity and liabilities** | | 2.111.180 | 2.077.148 |

On 3 July 2017 the Board of Directors of ROOT S.A. approved and authorised these financial statements for issue.

..................................
Rajesh Kumar Mishra
Director

..................................
Konstantin Bezruchenko
Director

The notes on pages 11 to 23 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



ROOT S.A.

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital € | Share premium € | Statutory reserve € | Retained earnings € | Total € |
|---|---|---|---|---|---|
| Balance at 1 January 2015 | 535,000 | 370,000 | 3,300 | (154,082) | 754,218 |
| Profit for the year | - | - | - | 144,723 | 144,723 |
| Balance at 31 December 2015 | 535,000 | 370,000 | 3,300 | (9,359) | 898,941 |
| Balance at 1 January 2016 | 535,000 | 370,000 | 3,300 | (9,359) | 898,941 |
| Loss for the year | - | - | - | (317,064) | (317,064) |
| Balance at 31 December 2016 | 535,000 | 370,000 | 3,300 | (326,423) | 581,877 |

The notes on pages 11 to 23 are an integral part of these financial statements.

ROOT S.A.

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 € | 2015 € |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| (Loss)/profit for the year | | (317.064) | 144.723 |
| Adjustments for: | | | |
| Depreciation of equipment | 10 | 560.112 | 483.168 |
| Interest income | 9 | (1.497) | - |
| Interest expense | 9 | 23.981 | 7.157 |
| Income tax expense | | 1.605 | 4.314 |
| **Cash generated from operations before working capital changes** | | 267.137 | 639.362 |
| Increase in trade and other receivables | | (614.682) | (563.113) |
| Increase in trade and other payables | | 521.205 | 214.384 |
| **Cash generated from operations** | | 173.660 | 290.633 |
| Tax paid | | (1.605) | (5.918) |
| **Net cash generated from operating activities** | | 172.055 | 284.715 |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of equipment | 10 | - | (494.505) |
| Interest received | | 1.497 | - |
| **Net cash generated from/(used in) investing activities** | | 1.497 | (494.505) |
| **Cash flows from financing activities** | | | |
| Repayments of obligations under finance leases | 15 | (265.660) | (60.232) |
| Proceeds from obligations under finance leases | 15 | - | 364.111 |
| Interest paid | | (23.981) | (7.157) |
| **Net cash (used in)/generated from financing activities** | | (289.641) | 296.722 |
| | | (116.089) | 86.932 |
| Cash and cash equivalents at beginning of the year | | (128.929) | (215.861) |
| **Cash and cash equivalents at end of the year** | 12 | (245.018) | (128.929) |

The notes on pages 11 to 23 are an integral part of these financial statements.

ROOT S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

ROOT S.A. (the "Company") was incorporated in Luxembourg on 28 March 2003 as a private company with limited liability. Its registered office is at 35 J.F.Kennedy Street, 7327 Steinsel, Luxembourg.

The principal activities of the Company, which are unchanged from last year, are the provision of web hosting services and leasing and selling of servers.

## 2. BASIS OF PREPARATION

**(a) Statement of compliance**
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

**(e) Functional and presentation currency**
The financial statements are presented in Euro (€) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

ROOT S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

*(i) Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

*(ii) Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Tax
Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

Dividends
Dividend distribution to the Company's shareholders is recognised in the Company's financial statements in the year in which they are approved by the Company's shareholders.

Equipment
Equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of equipment. The annual depreciation rates used for the current and comparative periods are as follows:

| | % |
|---|---|
| Computer equipment | 20 |

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Equipment (continued)

Leased assets are depreciated over the shorter of lease term and their useful lives unless it is reasonably certain that the Company will obtain ownership by the end of the lease term.

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess of the originally assessed standard of performance of the existing asset will flow to the Company. Major renovations are depreciated over the remaining useful life of the related asset.

An item of equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Leases

At inception of an arrangement, the Company determines whether an arrangement is or contains a lease.

At inception or on reassessment of an arrangement that contains a lease, the Company separates payments and other consideration required by the arrangement into those for the lease and those for other elements on the basis of their relative fair values. If the Company concludes for a finance lease that it is impracticable to separate the payments reliably, then an asset and a liability are recognised at an amount equal to the fair value of the underlying asset, subsequently, the liability is reduced as payments are made and an imputed finance cost on the liability is recognised using the Company's incremental borrowing rate.

Leases are classified as finance leases whenever the terms of the lease transfer substantially all the risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

*Finance leases - The Company as lessee*

The leases of the Company are classified as finance leases, if they transfer to the Company substantially all the risks and rewards incidental to ownership of an asset. The Company recognises a finance lease as an asset and liability at the lower of the fair value of the leased asset and the present value of minimum lease payments. Subsequent to initial recognition, the assets are accounted for in accordance with the accounting policy applicable to that asset.

The payments are apportioned between the finance expenses and the decrease of the finance lease obligations based on the effective interest method.

Financial instruments

Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Financial instruments (continued)

*(i) Trade and other receivables*
Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii) Cash and cash equivalents*
For the purpose of the statement of cash flows, cash and cash equivalents comprise cash in hand, cash at bank and bank overdrafts.

*(iii) Borrowings*
Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(iv) Trade and other payables*
Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Share capital
Ordinary shares are classified as equity. The difference between the fair value of the consideration received by the Company and the nominal value of the share capital being issued is taken to the share premium account. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Non-current liabilities
Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

## 4. REVENUE

| | 2016<br>€ | 2015<br>€ |
|---|---|---|
| Revenue | 2.155.103 | 2.199.168 |
| Intercompany revenue (note 18) | 931.123 | 67.140 |
| | 3.086.226 | 2.266.308 |

ROOT S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 5. COST OF SALES

| | 2016 € | 2015 € |
|---|---|---|
| Cost of sales | 831.686 | 590.155 |
| Intercompany costs (note 18) | 704.342 | 231.095 |
| | 1.536.028 | 821.250 |

## 6. ADMINISTRATIVE EXPENSES

| | 2016 € | 2015 € |
|---|---|---|
| Staff costs | 325.228 | 288.728 |
| Rent | 67.260 | 45.328 |
| Office expenses | 122.639 | 94.117 |
| Sales and marketing expenses | 118.829 | 41.486 |
| Advertising expenses | 218 | 214 |
| Independent auditors' remuneration - current year | 6.325 | 6.500 |
| Independent auditors' remuneration - prior years | 400 | - |
| Advertising | 2.300 | - |
| Other professional fees | 101.745 | 127.446 |
| Travelling | 2.900 | 4.547 |
| Irrecoverable VAT | 415 | - |
| General administration expenses | 5.001 | 4.317 |
| Intercompany expenses (note 18) | 207.119 | 169.139 |
| Depreciation | 560.112 | 483.168 |
| | 1.520.491 | 1.264.990 |

## 7. OPERATING (LOSS) /PROFIT

| | Note | 2016 € | 2015 € |
|---|---|---|---|
| Operating (loss)/profit is stated after charging the following items: | | | |
| Depreciation of equipment | 10 | 560.112 | 483.168 |
| Staff costs | 8 | 325.228 | 288.728 |
| Independent auditors' remuneration - current year | | 6.325 | 6.500 |
| Independent auditors' remuneration - prior years | | 400 | - |
| Trade receivables - impairment charge for bad and doubtful debts | | 281.028 | - |

ROOT S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 8. STAFF COSTS

| | Note | 2016 € | 2015 € |
|---|---|---|---|
| Salaries | | 325.228 | 288.728 |
| Total staff costs | 7 | 325.228 | 288.728 |

## 9. NET FINANCE INCOME AND EXPENSES

| | 2016 € | 2015 € |
|---|---|---|
| Interest income | 1.497 | - |
| | 1.497 | - |
| Net foreign exchange transaction losses | - | (3) |
| Interest expense | (23.981) | (7.157) |
| Sundry finance expenses | (41.654) | (23.871) |
| | (65.635) | (31.031) |
| **Net finance expenses** | (64.138) | (31.031) |

## 10. EQUIPMENT

| | Computer equipment € |
|---|---|
| **Cost** | |
| Balance at 1 January 2015 | 2.296.715 |
| Additions | 494.505 |
| Balance at 31 December 2015 | 2.791.220 |
| Balance at 1 January 2016 | 2.791.220 |
| Balance at 31 December 2016 | 2.791.220 |
| **Depreciation** | |
| Balance at 1 January 2015 | 1.340.939 |
| Depreciation for the year for the year | 483.168 |
| Balance at 31 December 2015 | 1.824.107 |
| Balance at 1 January 2016 | 1.824.107 |
| Depreciation for the year for the year | 560.112 |
| Balance at 31 December 2016 | 2.384.219 |
| **Carrying amounts** | |
| Balance at 31 December 2016 | 407.001 |
| Balance at 31 December 2015 | 967.113 |

ROOT S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 11. TRADE AND OTHER RECEIVABLES

| | 2016 € | 2015 € |
|---|---|---|
| Trade receivables | 374.151 | 410.332 |
| Less: Provision for impairment of receivables | (281.028) | - |
| Receivables from related companies (note 18 (v)) | 1.444.768 | 587.974 |
| Receivables from parent (note 18 (iv)) | 21.616 | 21.616 |
| Deposits and prepayments | 836 | 594 |
| Refundable VAT | 115.077 | 40.222 |
| | 1.675.420 | 1.060.738 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

## 12. CASH AND CASH EQUIVALENTS

| | 2016 € | 2015 € |
|---|---|---|
| Cash in hand | 599 | 399 |
| Cash at bank | 27.091 | 47.829 |
| | 27.690 | 48.228 |

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

| | 2016 € | 2015 € |
|---|---|---|
| Cash and cash equivalents | 27.690 | 48.228 |
| Bank overdrafts | (272.708) | (177.157) |
| | (245.018) | (128.929) |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 19 to the financial statements.

ROOT S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 13. SHARE CAPITAL

| | 2016 Number of shares | 2016 € | 2015 Number of shares | 2015 € |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of €100 each | 5.350 | 535.000 | 5.350 | 535.000 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 5.350 | 535.000 | 5.350 | 535.000 |
| Balance at 31 December | 5.350 | 535.000 | 5.350 | 535.000 |

## 14. RESERVES

| | Share premium € | Statutory reserve € | Retained earnings € | Total € |
|---|---|---|---|---|
| Balance at 1 January 2015 | 370.000 | 3.300 | (154.082) | 219.218 |
| Profit for the year | - | - | 144.723 | 144.723 |
| Balance at 31 December 2015 | 370.000 | 3.300 | (9.359) | 363.941 |
| Balance at 1 January 2016 | 370.000 | 3.300 | (9.359) | 363.941 |
| Loss for the year | - | - | (317.064) | (317.064) |
| Balance at 31 December 2016 | 370.000 | 3.300 | (326.423) | 46.877 |

ROOT S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 15. OBLIGATIONS UNDER FINANCE LEASES

| | 2016<br>€ | 2015<br>€ |
|---|---|---|
| Balance at 1 January | 555.125 | 191.014 |
| Additions | - | 494.505 |
| Repayments | (289.640) | (137.551) |
| Interest charged | 23.980 | 7.157 |
| Balance at 31 December | 289.465 | 555.125 |

| | Minimum lease payments 2016<br>€ | Interest 2016<br>€ | Principal 2016<br>€ | Minimum lease payments 2015<br>€ | Interest 2015<br>€ | Principal 2015<br>€ |
|---|---|---|---|---|---|---|
| Within one year | 215.260 | 11.096 | 204.164 | 281.761 | 22.914 | 258.847 |
| Between one and five years | 88.384 | 3.083 | 85.301 | 311.523 | 15.245 | 296.278 |
| | 303.644 | 14.179 | 289.465 | 593.284 | 38.159 | 555.125 |

The exposure of the Company to interest rate risk in relation to financial instruments is reported in note 19 to the financial statements.

## 16. TRADE AND OTHER PAYABLES

| | 2016<br>€ | 2015<br>€ |
|---|---|---|
| Trade payables | 361.852 | 187.231 |
| Accruals | 10.314 | 18.928 |
| Deferred income | 4.500 | 4.500 |
| Payables to related companies (note 18 (vi)) | 590.464 | 235.266 |
| | 967.130 | 445.925 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

## 17. REFUNDABLE TAX

| | 2016 € | 2015 € |
|---|---|---|
| Corporation tax | (1.069) | (1.069) |
| | (1.069) | (1.069) |

There are transactions and calculations for which the ultimate tax determination is uncertain during the ordinary course of business. The Company recognises liabilities for anticipated tax audit issues based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such differences will impact the income tax and deferred tax provisions in the period in which such determination is made.

## 18. RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding Ltd, incorporated in Cyprus, which owns 100% of the Company's shares.

The transactions and balances with related parties are as follows:

**(i) Sale of services (note 4)**

| | 2016 € | 2015 € |
|---|---|---|
| Webzilla Ltd | 67.500 | 66.900 |
| Webzilla Singapore Pte Ltd | 240 | 240 |
| Webzilla INC | 705 | - |
| Dedicated Servers Inc | 378.000 | - |
| Webzilla BV | 475.793 | - |
| Webzilla Apps Inc | 8.885 | - |
| | 931.123 | 67.140 |

**(ii) Purchase of services (note 5)**

| | 2016 € | 2015 € |
|---|---|---|
| Webzilla Inc | 7.032 | 7.937 |
| IP Transit Inc | 212.120 | 186.621 |
| Webzilla Singapore PTE LTD | 48.110 | 36.537 |
| Webzilla BV | 437.080 | - |
| | 704.342 | 231.095 |

Purchases from associated undertakings and from Parent Limited were made at cost.

ROOT S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 18. RELATED PARTY TRANSACTIONS *(continued)*

**(iii) Intercompany expenses (note 6)**

| | 2016 € | 2015 € |
|---|---|---|
| Webzilla Ltd | 207.119 | 56.954 |
| Webzilla Inc | - | 112.185 |
| | 207.119 | 169.139 |

**(iv) Receivables from group companies (note 11)**

| Name | 2016 € | 2015 € |
|---|---|---|
| XBT Holding LTD | 21.616 | 21.616 |
| | 21.616 | 21.616 |

**(v) Receivables from related companies (note 11)**

| Name | Nature of transactions | 2016 € | 2015 € |
|---|---|---|---|
| Webzilla BV | Trade | 63.713 | - |
| Webzilla Ltd | Trade | 637.951 | 561.875 |
| Servers.com BV | Trade | 13.685 | 10.000 |
| XBT Holding S.A. | Trade | 342.534 | 16 099 |
| Dedicated Servers Inc | Trade | 378.000 | - |
| Webzilla Apps Inc | Trade | 8.885 | - |
| | | 1.444.768 | 587.974 |

**(vi) Payables to related companies (note 16)**

| Name | Nature of transactions | 2016 € | 2015 € |
|---|---|---|---|
| IP Transit Inc | Trade | 398.740 | 186.621 |
| Webzilla Singapore Pte Ltd | Trade | 51.173 | 3.302 |
| Webzilla Inc | Trade | 137.762 | 45.343 |
| Fozzy Inc | Trade | 2.789 | - |
| | | 590.464 | 235.266 |

## 19. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i)* *Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 11.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii)* *Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

ROOT S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 19. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

(iii) Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

## 20. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 21. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 22. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 23. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.