# EXHIBIT 7C

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Webzilla Dallas Inc**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

P-G004010

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## Webzilla Dallas Inc

### REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

## CONTENTS

| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 4 |
| Independent Auditors' report | 5 & 7 |
| Statement of profit or loss and other comprehensive income | 8 |
| Statement of financial position | 9 |
| Statement of changes in equity | 10 |
| Statement of cash flows | 11 |
| Notes to the financial statements | 12 - 24 |

P-G004011

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## Webzilla Dallas Inc

### OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra |
| Independent Auditors | KPMG Limited |
| Management | Alexey Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Legal Advisors | Boston Law Group, PC |
| Banker | Bank of America |
| Registered Office | 1999 Bryan Street – Suite 900<br>Dallas TX 75201<br>U.S.A |
| Registration number | 1/2731700 |

P-G004012

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

2

### Webzilla Dallas Inc

### MANAGEMENT REPORT

The Board of Directors of Webzilla Dallas Inc (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

### PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The principal activities of the Company are the provision of web hosting services.

### FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 8 to the financial statements. The net profit for the year attributable to the shareholders of the Company amounted to US$178.177 (2015: US$15.620 loss).

### REVENUE

The Company's revenue for the year ended 31 December 2016 was US$1.913.864 (2015: US$1.335.311).

### MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 17 to the financial statements.

### USE OF FINANCIAL INSTRUMENTS BY THE COMPANY

The Company is exposed to interest rate risk and credit risk from the financial instruments it holds.

The Company's financial risk management objectives and policies are ...

### INTEREST RATE RISK

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Company to cash flow interest rate risk. Borrowings issued at fixed rates expose the Company to fair value interest rate risk. Company's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

### CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

### LIQUIDITY RISK

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

3

### Webzilla Dallas Inc

### MANAGEMENT REPORT *(continued)*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

### FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

### SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

### BRANCHES

During the year ended 31 December 2016 the Company did not operate any branches.

### BOARD OF DIRECTORS

The member of the Company's Board of Directors as at 31 December 2016 and at the date of this report is presented on page 1. The sole director was a member of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association the sole director presently member of the Board continues in office.

.

### EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

### RELATED PARTY TRANSACTIONS

Disclosed in note 16 to the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

4

**Webzilla Dallas Inc**

MANAGEMENT REPORT *(continued)*

## INDEPENDENT AUDITORS

The independent auditors of the Company. KPMG Limited. have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Rajesh Kumar Mishra
Director

Limassol, 3 July 2017

P-G004015

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



5

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G Aradippioti Street, 6016 Larnaca, Cyprus
P.O Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

## Independent Auditors' report

## to the Members of

## Webzilla Dallas Inc

### Opinion

We have audited the accompanying financial statements of Webzilla Dallas Inc (the "Company"), which are presented on pages 8 to 34 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the "Auditors' responsibilities for the audit of the financial statements" section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

P-G004016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

Webzilla Dallas Inc

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

* Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

* Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.

* Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.

* Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of United States of America Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

3 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

*KPMG*

Independent Auditors' report

to the Members of

Webzilla Dallas Inc

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

* Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

* Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.

* Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.

* Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of United States of America Companies Ordinance and are not intended for statutory filing.

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

7 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

8

## Webzilla Dallas Inc

### STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

#### For the year ended 31 December 2016

|  | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 4 | 1,913,864 | 1,335,511 |
| Cost of sales | 5 | (213,524) | (237,132) |
| **Gross profit** | | 1,700,340 | 1,098,379 |
| Administrative expenses | 6 | (1,419,403) | (1,074,808) |
| **Operating profit** | | 280,937 | 23,571 |
| Net finance expenses | 8 | (99,685) | (39,191) |
| **Profit/(loss) before tax** | | 181,252 | (15,620) |
| Tax | | (3,075) | - |
| **Profit/(loss) for the year** | | 178,177 | (15,620) |
| Other comprehensive income | | - | - |
| **Total comprehensive income/(expense) for the year** | | 178,177 | (15,620) |

The notes on pages 12 to 24 are an integral part of these financial statements

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

9

## Webzilla Dallas Inc

### STATEMENT OF FINANCIAL POSITION

#### As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Equipment | 9 | 1,147,817 | 78,584 |
| **Total non-current assets** | | 1,147,817 | 78,584 |
| | | | |
| **Current assets** | | | |
| Trade and other receivables | 10 | 608,632 | 305,168 |
| Cash and cash equivalents | 11 | 58,774 | 62,431 |
| **Total current assets** | | 667,406 | 367,599 |
| | | | |
| **Total assets** | | 1,815,223 | 446,183 |
| | | | |
| **Equity** | | | |
| Share capital | 12 | 1,000 | 1,000 |
| Reserves | 13 | (46,426) | (224,603) |
| **Total equity** | | (45,426) | (223,603) |
| | | | |
| **Liabilities** | | | |
| **Non-current liabilities** | | | |
| Long-term portion of obligations under finance leases | 14 | 872,269 | 53,959 |
| **Total non-current liabilities** | | 872,269 | 53,959 |
| | | | |
| **Current liabilities** | | | |
| Bank overdrafts | 11 | 34,080 | 15,844 |
| Obligations under finance leases | 14 | 276,201 | 26,168 |
| Trade and other payables | 15 | 678,099 | 573,815 |
| **Total current liabilities** | | 988,380 | 615,827 |
| | | | |
| **Total liabilities** | | 1,860,649 | 669,786 |
| | | | |
| **Total equity and liabilities** | | 1,815,223 | 446,183 |

On 3 July 2017 the Board of Directors of Webzilla Dallas Inc approved and authorised these financial statements for issue.

Rajesh Kumar Mishra
Director

The notes on pages 12 to 24 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

### Webzilla Dallas Inc

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 1.000 | (208.983) | (207.983) |
| Loss for the year | - | (15.620) | (15.620) |
| Balance at 31 December 2015 | 1.000 | (224.603) | (223.603) |
| | | | |
| Balance at 1 January 2016 | 1.000 | (224.603) | (223.603) |
| Profit for the year | - | 178.177 | 178.177 |
| Balance at 31 December 2016 | 1.000 | (46.426) | (45.426) |

The notes on pages 12 to 24 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

11

## Webzilla Dallas Inc

## STATEMENT OF CASH FLOWS

### For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit/(loss) for the year | | 178.177 | (15.620) |
| Adjustments for: | | | |
| Depreciation of equipment | 9 | 120.206 | 68.403 |
| Interest expense | 8 | 64.830 | 2.260 |
| Income tax expense | | 3.075 | - |
| **Cash generated from operations before working capital changes** | | 366.288 | 55.043 |
| Increase in trade and other receivables | | (303.464) | (203.601) |
| Increase in trade and other payables | | 104.284 | 179.948 |
| **Cash generated from operations** | | 167.108 | 31.390 |
| Tax paid | | (3.075) | - |
| **Net cash generated from operating activities** | | 164.033 | 31.390 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of equipment | 9 | (1.189.439) | (82.251) |
| **Net cash used in investing activities** | | (1.189.439) | (82.251) |
| | | | |
| **Cash flows from financing activities** | | | |
| Repayments of obligations under finance leases | 14 | (98.478) | (7.531) |
| Proceeds from obligations under finance leases | 14 | 1.166.695 | 80.951 |
| Interest paid | | (64.704) | (131) |
| **Net cash generated from financing activities** | | 1.003.513 | 73.289 |
| | | | |
| **Net (decrease)/increase in cash and cash equivalents** | | (21.893) | 22.428 |
| Cash and cash equivalents at beginning of the year | | 46.587 | 24.159 |
| | | | |
| **Cash and cash equivalents at end of the year** | 11 | 24.694 | 46.587 |

The notes on pages 12 to 24 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

## Webzilla Dallas Inc

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 1. INCORPORATION AND PRINCIPAL ACTIVITIES

Webzilla Dallas Inc (the "Company") was incorporated in United States of America on 30 December 1996 as a private company with limited liability. Its registered office is at 1999 Bryan Street - Suite 900, Dallas TX 75201, U.S.A.

The principal activities of the Company are the provision of web hosting services.

### 2. BASIS OF PREPARATION

The consolidated financial statements for the year ended 31 December 2016 consist of the financial statements of the Company and its subsidiaries (which together referred to as "the Group").

#### (a) Statement of compliance
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

#### (b) Basis of measurement
The financial statements have been prepared under the historical cost convention.

#### (c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

#### (d) Use of estimates and judgments
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

#### (e) Functional and presentation currency
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

## Webzilla Dallas Inc

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

### Revenue recognition
Revenues earned by the Company are recognised on the following bases:

* *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

### Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

### Foreign currency translation

(i) *Functional currency*
   Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

(ii) *Transactions and balances*
   Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

### Tax
Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

### Equipment
Equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of equipment. The annual depreciation rates used for the current and comparative periods are as follows:

|  | % |
|---|---|
| Servers and computer equipment | 20 |
| Furniture and fittings | 20 |

Leased assets are depreciated over the shorter of lease term and their useful lives unless it is reasonably certain that the Company will obtain ownership by the end of the lease term.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

### Webzilla Dallas Inc

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Equipment (continued)

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess of the originally assessed standard of performance of the existing asset will flow to the Company. Major renovations are depreciated over the remaining useful life of the related asset.

An item of equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Intangible assets

*(i)   Computer software*

Costs that are directly associated with identifiable and unique computer software products controlled by the Company and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Leases

At inception of an arrangement, the Company determines whether an arrangement is or contains a lease.

P-G004025

15

## Webzilla Dallas Inc

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Leases (continued)

At inception or on reassessment of an arrangement that contains a lease, the Company separates payments and other consideration required by the arrangement into those for the lease and those for other elements on the basis of their relative fair values. If the Company concludes for a finance lease that it is impracticable to separate the payments reliably, then an asset and a liability are recognised at an amount equal to the fair value of the underlying asset, subsequently, the liability is reduced as payments are made and an imputed finance cost on the liability is recognised using the Company's incremental borrowing rate.

Leases are classified as finance leases whenever the terms of the lease transfer substantially all the risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

*Finance leases – The Company as lessee*
Assets held under finance leases are recognised as assets of the Company at their fair value at the inception of the lease or, if lower, at the present value of the minimum lease payments. The corresponding liability to the lessor is included in the statement of financial position as a finance lease obligation. Lease payments are apportioned between finance charges and reduction of the lease obligation so as to achieve a constant rate of interest on the remaining balance of the liability. Finance charges are charged to profit or loss, unless they are directly attributable to qualifying assets, in which case they are capitalised in accordance with the Company's general policy on borrowing costs (see below).

Lease payments are analysed between capital and interest components so that the interest element of the payment is charged to profit or loss over the period of the lease and represents a constant proportion of the balance of capital repayments outstanding. The capital part reduces the amount payable to the lessor.

Financial instruments
Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

*(i)  Trade and other receivables*
Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii)  Cash and cash equivalents*
For the purpose of the statement of cash flows, cash and cash equivalents comprise cash at bank and bank overdrafts.

*(iii)  Trade and other payables*
Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Share capital
Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

P-G004026

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

## Webzilla Dallas Inc

### NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

3.  **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

    Comparatives
    Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

4.  **REVENUE**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Revenues | 1.121.864 | 1.335.511 |
| Intercompany revenue (note 16) | 792.000 | - |
|  | 1.913.864 | 1.335.511 |

5.  **COST OF SALES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cost of sales | 6.085 | 27.945 |
| Intercompany costs (note 16) | 207.439 | 209.187 |
|  | 213.524 | 237.132 |

6.  **ADMINISTRATIVE EXPENSES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Staff costs | 844.657 | 615.770 |
| Rent | 32.199 | 30.206 |
| Immovable property tax | 9.653 | - |
| Sales and marketing expenses | 17.153 | 11.696 |
| Advertising expenses | 2.496 | 3.118 |
| Independent auditors' remuneration - current year | 2.091 | 2.301 |
| Independent auditors' remuneration - prior years | - | 879 |
| Other professional fees | 208.040 | 170.692 |
| Travelling | 1.126 | 4.335 |
| Irrecoverable VAT | 11.873 | 9.686 |
| General administration expenses | 46.909 | 28.722 |
| Intercompany expenses (note 16) | 123.000 | 129.000 |
| Depreciation | 120.206 | 68.403 |
|  | 1.419.403 | 1.074.808 |

P-G004027

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

### Webzilla Dallas Inc

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 7. STAFF COSTS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Salaries | 844.657 | 615.770 |
| Total staff costs | 844.657 | 615.770 |

## 8. NET FINANCE EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Net foreign exchange transaction losses | (1.002) | 1.196 |
| Interest expense | 64.830 | 2.260 |
| Sundry finance expenses | 35.857 | 35.735 |
|  | 99.685 | 39.191 |

## 9. EQUIPMENT

|  | Servers and computer equipment US$ | Furniture and fittings US$ | Total US$ |
|---|---|---|---|
| **Cost** |  |  |  |
| Balance at 1 January 2015 | 1.347.172 | 52.764 | 1.399.936 |
| Additions | 82.251 | - | 82.251 |
| Balance at 31 December 2015 | 1.429.423 | 52.764 | 1.482.187 |
|  |  |  |  |
| Balance at 1 January 2016 | 1.429.423 | 52.764 | 1.482.187 |
| Additions | 1.189.139 | 300 | 1.189.439 |
| Balance at 31 December 2016 | 2.618.562 | 53.064 | 2.671.626 |
|  |  |  |  |
| **Depreciation** |  |  |  |
| Balance at 1 January 2015 | 1.301.330 | 52.764 | 1.354.094 |
| Depreciation for the year for the year | 49.509 | - | 49.509 |
| Balance at 31 December 2015 | 1.350.839 | 52.764 | 1.403.603 |
|  |  |  |  |
| Balance at 1 January 2016 | 1.350.839 | 52.764 | 1.403.603 |
| Depreciation for the year for the year | 120.166 | 40 | 120.206 |
| Balance at 31 December 2016 | 1.471.005 | 52.804 | 1.523.809 |
|  |  |  |  |
| **Carrying amounts** |  |  |  |
| Balance at 31 December 2016 | 1.147.557 | 260 | 1.147.817 |
| Balance at 31 December 2015 | 78.584 | - | 78.584 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

### Webzilla Dallas Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

#### 10. TRADE AND OTHER RECEIVABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade receivables | 53.525 | 90.858 |
| Less: Provision for impairment of receivables | (7.190) | (7.190) |
| Trade receivables - net | 46.335 | 83.668 |
| Receivables from related companies (note 16 (iv)) | 547.471 | 210.483 |
| Deposits and prepayments | 11.017 | 11.017 |
| Refundable VAT | 3.809 | - |
|  | 608.632 | 305.168 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

#### 11. CASH AND CASH EQUIVALENTS

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash and cash equivalents | 58.774 | 62.431 |
| Bank overdrafts | (34.080) | (15.844) |
|  | 24.694 | 46.587 |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 17 to the financial statements.

#### 12. SHARE CAPITAL

|  | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** |  |  |  |  |
| Ordinary shares of US$1 each | 1.000 | 1.000 | 1.000 | 1.000 |
| **Issued and fully paid** |  |  |  |  |
| Balance at 1 January | 1.000 | 1.000 | 1.000 | 1.000 |
| Balance at 31 December | 1.000 | 1.000 | 1.000 | 1.000 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

19

**Webzilla Dallas Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 13. RESERVES

|  | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | (208.983) | (208.983) |
| Loss for the year | (15.620) | (15.620) |
| Balance at 31 December 2015 | (224.603) | (224.603) |
| | | |
| Balance at 1 January 2016 | (224.603) | (224.603) |
| Profit for the year | 178.177 | 178.177 |
| Balance at 31 December 2016 | (46.426) | (46.426) |

### 14. OBLIGATIONS UNDER FINANCE LEASES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 80.127 | 4.578 |
| Additions | 1.166.821 | 80.951 |
| Repayments | (163.267) | (7.531) |
| Interest charge | 64.789 | 2.129 |
| Balance at 31 December | 1.148.470 | 80.127 |

|  | Minimum lease payments 2016 US$ | Interest 2016 US$ | Principal 2016 US$ | Minimum lease payments 2015 US$ | Interest 2015 US$ | Principal 2015 US$ |
|---|---|---|---|---|---|---|
| Within one year | 420.976 | 144.775 | 276.201 | 34.291 | 8.123 | 26.168 |
| Between one and five years | 1.069.293 | 197.024 | 872.269 | 60.374 | 6.415 | 53.959 |
| | 1.490.269 | 341.799 | 1.148.470 | 94.665 | 14.538 | 80.127 |

All lease obligations are denominated in United States Dollars.

The fair values of lease obligations approximate to their carrying amounts as presented above.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

20

### Webzilla Dallas Inc

#### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

#### 15.   TRADE AND OTHER PAYABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 17.967 | 14.873 |
| VAT | - | 16.724 |
| Payables to parent (note 16 (v)) | 131.747 | 69.516 |
| Accruals | 2.450 | 2.124 |
| Payables to related companies (note 16 (vi)) | 525.935 | 470.578 |
|  | 678.099 | 573.815 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

#### 16.   RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding Ltd, incorporated in Cyprus, which owns 100% of the Company's shares.

The transactions and balances with related parties are as follows:

#### (i) Sale of services (note 4)

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Dedicated Servers Inc | 540.000 | - |
| Webzilla Inc | 252.000 | - |
|  | 792.000 | - |

#### (ii) Purchase of services (note 5)

|  | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| 1GB.com Inc | Trade | - | 2.500 |
| Dedicated Servers Inc. | Trade | 179.644 | 176.409 |
| Webzilla Inc. | Trade | 27.795 | 25.193 |
| Fozzy Inc | Trade | - | 85 |
| ITPan.com Ltd | Trade | - | 5.000 |
|  |  | 207.439 | 209.187 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

21

## Webzilla Dallas Inc

### NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

## 16.  RELATED PARTY TRANSACTIONS *(continued)*

### (iii) Intercompany expenses (note 6)

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| TM Web Properties Ltd | 30,000 | 30,000 |
| XBT Holding Ltd | 60,000 | 60,000 |
| IBEE Softwre Solutions Ltd | 33,000 | 39,000 |
|  | 123,000 | 129,000 |

### (iv) Receivables from related companies (note 10)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Webzilla Limited | Trade | 131,883 | 131,883 |
| Travail Systems Inc | Trade | 504 | 504 |
| Universal CDN Inc | Trade | 30,000 | 30,000 |
| URL Solutions Inc | Trade | 3,000 | 3,000 |
| Webzilla Singapore PTE Ltd | Trade | 45,096 | 45,096 |
| Dedicated Servers Inc | Trade | 239,691 | - |
| Servers.com BV | Trade | 18,900 | - |
| Webzilla Inc | Trade | 78,397 | - |
|  |  | 547,471 | 210,483 |

### (v) Payables to parent (note 15)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding Ltd | Management fees | 131,747 | 69,516 |
|  |  | 131,747 | 69,516 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

### Webzilla Dallas Inc

#### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

## 16. RELATED PARTY TRANSACTIONS *(continued)*

### (vi) Payables to related companies (note 15)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| TM Web Properties Ltd | Trade | 120.000 | 90.000 |
| IP Transit Inc | Trade | 279.646 | 182.183 |
| Webzilla Inc | Trade | - | 14.429 |
| 1GB.com Inc | Trade | 2.500 | 2.500 |
| Fozzy Inc | Trade | 5.085 | 85 |
| IBEE Software Solutions Pvt. Ltd | Trade | 21.254 | 7.804 |
| ITPan.com Ltd | Trade | 5.000 | 5.000 |
| Dediated Servers Inc | Trade | - | 168.577 |
| Servers.com Inc | Trade | 77.450 | - |
| Webzilla Apps Inc | Trade | 15.000 | - |
| | | 525.935 | 470.578 |

## 17. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

### Financial risk factors
The Company is exposed to the following risks from its use of financial instruments:
* Credit risk
* Liquidity risk
* Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

### A. Financial risk management

#### (i) *Credit risk*
Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

#### *Trade and other receivables*
The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 10.

P-G004033

23

**Webzilla Dallas Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 17.  FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

### (i)  *Credit risk (continued)*

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

### (ii)  *Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

### (iii) Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

### Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

## 18.  FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 19.  CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 20.  COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

P-G004034

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

24

**Webzilla Dallas Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 21.  EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

P-G004035

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Webzilla Inc

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

P-G004036

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## Webzilla Inc

## REPORT AND FINANCIAL STATEMENTS

### For the year ended 31 December 2016

## CONTENTS

|  | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 4 |
| Independent Auditors' report | 5 & 7 |
| Statement of profit or loss and other comprehensive income | 8 |
| Statement of financial position | 9 |
| Statement of changes in equity | 10 |
| Statement of cash flows | 11 |
| Notes to the financial statements | 12 - 25 |
| Additional information |  |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## Webzilla Inc

### OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Konstantin Bezruchenko <br> Rajesh Kumar Mishra |
| Management | Aleksej Gubarev (CEO) <br> Rajesh Kumar Mishra (CFO) |
| Independent Auditors | KPMG Limited |
| Legal Advisors | Jackson Walker LLP <br> Boston Law Group PC |
| Banker | Bank of America |
| Registered Office | 110 E. Broward Blvd <br> Suite 1700 <br> Ft. Lauderdale, FL 33301 <br> Florida, USA |
| Registration number | P09000064327 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

2

## Webzilla Inc

## MANAGEMENT REPORT

The Board of Directors of Webzilla Inc (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

### PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The principal activities of the Company, which are unchanged from last years, are the data storage services and the provision of bundled services consisting of web hosting services.

### FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 8 to the financial statements. The net profit for the year attributable to the shareholders of the Company amounted to US$108.890 (2015: US$74.979 loss).

### REVENUE

The Company's revenue for the year ended 31 December 2016 was US$14.207.354 (2015: US$12.692.813).

### DIVIDENDS

The Board of Directors does not recommend the payment of a dividend and the net profit for the year is retained.

### MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 17 to the financial statements.

### INTEREST RATE RISK

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Company to cash flow interest rate risk. Borrowings issued at fixed rates expose the Company to fair value interest rate risk. Company's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

### CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

P-G004039

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

3

## Webzilla Inc

## MANAGEMENT REPORT (continued)

### LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

### FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

### SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

### BRANCHES

During the year ended 31 December 2016 the Company did not operate any branches.

### BOARD OF DIRECTORS

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities of the Board of Directors.

### EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

### RELATED PARTY TRANSACTIONS

Disclosed in note 16 to the financial statements.

P-G004040

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

4

**Webzilla Inc**

MANAGEMENT REPORT *(continued)*

### INDEPENDENT AUDITORS

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors.

Konstantin Bezruchenko
Director

Limassol, 3 July 2017

P-G004041

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



5

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F. +357 24 200200

### Independent Auditors' report

### to the Members of

### Webzilla Inc

#### Opinion

We have audited the accompanying financial statements of Webzilla Inc (the
"Company"), which are presented on pages 8 to 25 and comprise the statement of
financial position as at 31 December 2016, and the statements of profit or loss and
other comprehensive income, changes in equity and cash flows for the year then
ended, and notes to the financial statements, including a summary of significant
accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of
the financial position of the Company as at 31 December 2016, and of its financial
performance and its cash flows for the year then ended in accordance with
International Financial Reporting Standards as issued by the IASB.

#### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing
(ISAs). Our responsibilities under those standards are further described in the
*"Auditors' responsibilities for the audit of the financial statements"* section of
our report. We are independent of the the Company in accordance with the Code
of Ethics for Professional Accountants of the International Ethics Standards
Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that
are relevant to our audit of the financial statements, and we have fulfilled our
other ethical responsibilities in accordance with these requirements and the
IESBA Code. We believe that the audit evidence we have obtained is sufficient
and appropriate to provide a basis for our audit opinion.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

Webzilla Inc

## Other information

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

## Responsibilities of the Board of Directors for the financial statements

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with  issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, OPERATING PROFIT for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

## Auditors' responsibilities for the audit of the financial statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

* Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

Webzilla Inc

Auditors' responsibilities for the audit of the financial statements *(continued)*

* Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

* Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.

* Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.

* Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

### Other matter

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of United States of America Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors

Larnaca, 7 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

8

## Webzilla Inc

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

|  | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Revenue | 4 | 14,207,354 | 12,692,813 |
| Cost of sales | 5 | (9,505,851) | (9,083,069) |
| Gross profit |  | 4,701,503 | 3,609,744 |
| Administrative expenses | 6 | (4,515,137) | (3,627,567) |
| Operating profit/(loss) |  | 186,366 | (17,823) |
| Net finance expenses | 8 | (69,340) | (57,156) |
| Profit/(loss) before tax |  | 117,026 | (74,979) |
| Tax |  | (8,136) | - |
| Profit/(loss) for the year |  | 108,890 | (74,979) |
| Other comprehensive income |  | - | - |
| Total comprehensive income/(expense) for the year |  | 108,890 | (74,979) |

The notes on pages 12 to 25 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

9

### Webzilla Inc

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 9 | 556.706 | 106.755 |
| Intangible assets | 10 | 1.223.407 | 211.494 |
| Total non-current assets | | 1.780.113 | 318.249 |
| **Current assets** | | | |
| Trade and other receivables | 11 | 13.018.075 | 8.430.696 |
| Cash and cash equivalents | 12 | 292.944 | 1.098.919 |
| Total current assets | | 13.311.019 | 9.529.615 |
| **Total assets** | | 15.091.132 | 9.847.864 |
| **Equity** | | | |
| Share capital | 13 | 1.000 | 1.000 |
| Reserves | 14 | (31.901) | (140.791) |
| Total equity | | (30.901) | (139.791) |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Bank overdrafts | 12 | - | 303.687 |
| Trade and other payables | 15 | 15.122.033 | 9.683.968 |
| Total current liabilities | | 15.122.033 | 9.987.655 |
| **Total liabilities** | | 15.122.033 | 9.987.655 |
| **Total equity and liabilities** | | 15.091.132 | 9.847.864 |

On 3 July 2017 the Board of Directors of Webzilla Inc approved and authorised these financial statements for issue.

............................................
Konstantin Bezruchenko
Director

............................................
Rajesh Kumar Mishra
Director

The notes on pages 12 to 25 are an integral part of these financial statements.

P-G004046

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

## Webzilla Inc

### STATEMENT OF CHANGES IN EQUITY

#### For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 1.000 | (65.812) | (64.812) |
| Loss for the year | - | (74.979) | (74.979) |
| Balance at 31 December 2015 | 1.000 | (140.791) | (139.791) |
| | | | |
| Balance at 1 January 2016 | 1.000 | (140.791) | (139.791) |
| Profit for the year | - | 108.890 | 108.890 |
| Balance at 31 December 2016 | 1.000 | (31.901) | (30.901) |

The notes on pages 12 to 25 are an integral part of these financial statements.

P-G004047

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

11

## Webzilla Inc

## STATEMENT OF CASH FLOWS

### For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit/(loss) for the year | | 108.890 | (74.979) |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | 9 | 98.325 | 5.150 |
| Amortisation of computer software | 10 | 79.529 | 15.279 |
| Income tax expense | | 8.136 | - |
| **Cash generated from/(used in) operations before working capital changes** | | 294.880 | (54.550) |
| Increase in trade and other receivables | | (4.587.379) | (6.808.689) |
| Increase in trade and other payables | | 5.438.065 | 8.988.016 |
| Decrease in deferred income | | - | (1.251.333) |
| **Cash generated from operations** | | 1.145.566 | 873.444 |
| Tax paid | | (8.136) | - |
| **Net cash generated from operating activities** | | 1.137.430 | 873.444 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of intangible assets | 10 | (1.091.442) | (226.773) |
| Payment for acquisition of property, plant and equipment | 9 | (548.276) | (102.178) |
| Loans repayments received | | - | 433.002 |
| **Net cash (used in)/generated from investing activities** | | (1.639.718) | 104.051 |
| | | | |
| **Cash flows from financing activities** | | - | - |
| | | | |
| **Net (decrease)/increase in cash and cash equivalents** | | (502.288) | 977.495 |
| Cash and cash equivalents at beginning of the year | | 795.232 | (182.263) |
| | | | |
| **Cash and cash equivalents at end of the year** | 12 | 292.944 | 795.232 |

The notes on pages 12 to 25 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

## Webzilla Inc

## NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

### 1. INCORPORATION AND PRINCIPAL ACTIVITIES

Webzilla Inc (the "Company") was incorporated in United States of America on 29 July 2009 as a private company with limited liability. Its registered office is at 110 E. Broward Blvd, Suite 1700, Ft. Lauderdale, FL33301, Florida, USA.

The principal activities of the Company, which are unchanged from last years, are the data storage services and the provision of bundled services consisting of web hosting services.

### 2. BASIS OF PREPARATION

#### (a) Statement of compliance
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

#### (b) Basis of measurement
The financial statements have been prepared under the historical cost convention.

#### (c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

#### (d) Use of estimates and judgments
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

#### (e) Functional and presentation currency
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

### 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

P-G004049

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

### Webzilla Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3.   SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

*(i)   Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

*(ii)   Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Tax
Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

Property, plant and equipment
Equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

|                                          | %  |
| ---------------------------------------- | -- |
| Motor vehicles                           | 20 |
| Furniture, fixtures and office equipment | 20 |
| Computer equipment                       | 20 |

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

### Webzilla Inc

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

3.    **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Property, plant and equipment (continued)
written down immediately to its recoverable amount.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Intangible assets

*(i)  Patents and trademarks*
Patents and trademarks are measured initially at purchase cost and are amortised on a straight-line basis over their estimated useful lives. The annual depreciation rates used for the current and comparative periods are 20%.

*(ii)  Computer software*
Costs that are directly associated with identifiable and unique computer software products controlled by the Company and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Financial instruments
Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

*(i)  Trade and other receivables*
Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii)  Cash and cash equivalents*
For the purpose of the statement of cash flows, cash and cash equivalents comprise cash in hand, cash at bank and bank overdrafts.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

15

### Webzilla Inc

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

#### 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Financial instruments (continued)

*(iii) Borrowings*

Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(iv) Trade and other payables*

Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Share capital

Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Comparatives

Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

#### 4. REVENUE

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Revenue | 12,905,981 | 11,924,536 |
| Intercompany revenue (note 16) | 1,301,373 | 768,277 |
|  | 14,207,354 | 12,692,813 |

#### 5. COST OF SALES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cost of sales | 1,757,153 | 1,768,956 |
| Intercompany costs (note 16) | 7,748,698 | 7,314,113 |
|  | 9,505,851 | 9,083,069 |

P-G004052

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

## Webzilla Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 6.   ADMINISTRATIVE EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Staff costs | 10.878 | 12.738 |
| Occupancy | - | 390 |
| Immovable property tax | 11.724 | - |
| Sales and marketing expenses | 1.241.312 | 981.091 |
| Advertising epxneses | 124.999 | 54.307 |
| Independent auditors' remuneration | 1.596 | 4.500 |
| Other professional fees | 601.043 | 302.406 |
| Traveling | 225.553 | 117.159 |
| Irrecoverable VAT | 32.084 | 29.364 |
| General administration expenses | 48.094 | 65.183 |
| Intercompany expenses (note 16) | 2.040.000 | 2.040.000 |
| Depreciation | 177.854 | 20.429 |
|  | 4.515.137 | 3.627.567 |

### 7.   STAFF COSTS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Salaries | 10.878 | 12.738 |
| Total staff costs | 10.878 | 12.738 |

### 8.   NET FINANCE EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Net foreign exchange transaction losses | 36.211 | 26.946 |
| Sundry finance expenses | 33.129 | 30.210 |
|  | 69.340 | 57.156 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

## Webzilla Inc

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

## 9.  PROPERTY, PLANT AND EQUIPMENT

|  | Motor vehicles | Furniture, fixtures and office equipment | Computer equipment | Total |
|---|---|---|---|---|
|  | US$ | US$ | US$ | US$ |
| **Cost** | | | | |
| Balance at 1 January 2015 | 8.000 | – | 1.952.842 | 1.960.842 |
| Additions | – | 4.827 | 97.351 | 102.178 |
| Balance at 31 December 2015 | 8.000 | 4.827 | 2.050.193 | 2.063.020 |
| | | | | |
| Balance at 1 January 2016 | 8.000 | 4.827 | 2.050.193 | 2.063.020 |
| Additions | – | 23.853 | 524.423 | 548.276 |
| Balance at 31 December 2016 | 8.000 | 28.680 | 2.574.616 | 2.611.296 |
| | | | | |
| **Depreciation** | | | | |
| Balance at 1 January 2015 | 6.400 | – | 1.944.715 | 1.951.115 |
| Depreciation for the year for the year | 1.596 | 308 | 3.246 | 5.150 |
| Balance at 31 December 2015 | 7.996 | 308 | 1.947.961 | 1.956.265 |
| | | | | |
| Balance at 1 January 2016 | 7.996 | 308 | 1.947.961 | 1.956.265 |
| Depreciation for the year for the year | 4 | 2.204 | 96.117 | 98.325 |
| Balance at 31 December 2016 | 8.000 | 2.512 | 2.044.078 | 2.054.590 |
| | | | | |
| **Carrying amounts** | | | | |
| Balance at 31 December 2016 | – | 26.168 | 530.538 | 556.706 |
| Balance at 31 December 2015 | 4 | 4.519 | 102.232 | 106.755 |

P-G004054

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

### Webzilla Inc

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

#### 10.   INTANGIBLE ASSETS

| | Computer software US$ | IP Blocks US$ | Total US$ |
|---|---|---|---|
| **Cost** | | | |
| Additions | 226,773 | - | 226,773 |
| Balance at 31 December 2015 | 226,773 | - | 226,773 |
| | | | |
| Balance at 1 January 2016 | 226,773 | - | 226,773 |
| Additions | 665,458 | 425,984 | 1,091,442 |
| Balance at 31 December 2016 | 892,231 | 425,984 | 1,318,215 |
| | | | |
| **Amortisation** | | | |
| Amortisation for the year | 15,279 | - | 15,279 |
| Balance at 31 December 2015 | 15,279 | - | 15,279 |
| | | | |
| Balance at 1 January 2016 | 15,279 | - | 15,279 |
| Amortisation for the year | 79,529 | - | 79,529 |
| Balance at 31 December 2016 | 94,808 | - | 94,808 |
| | | | |
| **Carrying amounts** | | | |
| Balance at 31 December 2016 | 797,423 | 425,984 | 1,223,407 |
| | | | |
| Balance at 31 December 2015 | 211,494 | - | 211,494 |

#### 11.   TRADE AND OTHER RECEIVABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade receivables | 702,776 | 1,184,902 |
| Receivables from related companies (note 16 (v)) | 9,858,705 | 5,829,839 |
| Directors' current accounts – debit balances (note 16 (vii)) | 17,102 | 165,466 |
| Receivables from parent (note 16 (iv)) | 2,429,291 | 1,240,288 |
| Deposits and prepayments | 10,201 | 10,201 |
| | 13,018,075 | 8,430,696 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

19

### Webzilla Inc

### NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

## 12.  CASH AND CASH EQUIVALENTS

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash and cash equivalents | 292.944 | 1.098.919 |
| Bank overdrafts | - | (303.687) |
|  | 292.944 | 795.232 |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 17 to the financial statements.

## 13.  SHARE CAPITAL

|  | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** |  |  |  |  |
| Ordinary shares of US$10,00 each | 100 | 1.000 | 100 | 1.000 |
| **Issued and fully paid** |  |  |  |  |
| Balance at 1 January | 100 | 1.000 | 100 | 1.000 |
| Balance at 31 December | 100 | 1.000 | 100 | 1.000 |

## 14.  RESERVES

|  | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | (65.812) | (65.812) |
| Loss for the year | (74.979) | (74.979) |
| Balance at 31 December 2015 | (140.791) | (140.791) |
| Balance at 1 January 2016 | (140.791) | (140.791) |
| Profit for the year | 108.890 | 108.890 |
| Balance at 31 December 2016 | (31.901) | (31.901) |

P-G004056

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

20

## Webzilla Inc

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 15. TRADE AND OTHER PAYABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 3.375.515 | 4.345.925 |
| Directors' current accounts – credit balances (note 16 (viii)) | 170 | 170 |
| Accruals | 3.136 | 5.201 |
| Payables to related companies (note 16 (vi)) | 11.743.212 | 5.332.672 |
| | 15.122.033 | 9.683.968 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

## 16. RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding Ltd. incorporated in Cyprus, which owns 100% of the Company's shares.

The transactions and balances with related parties are as follows:

### (i) Sale of services (note 4)

| | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Brandnames.com SARL | Trade | 3.869 | 941 |
| Fozzy Inc. | Trade | 25.275 | 9.102 |
| Root S.A. | Trade | 7.780 | 132.440 |
| Webzilla Singapore Pte Ltd | Trade | - | 20.660 |
| IBEE Software Solutions Pvt. Ltd | Trade | 624.080 | 459.064 |
| Webzilla Dallas Inc. | Trade | 27.795 | 25.193 |
| IP Transit Inc | Trade | 300.000 | - |
| Servers.com BV | Trade | 7.267 | 4.029 |
| Servers.com INC | Trade | 27.576 | 10.866 |
| Universal CDN Inc | Trade | 104.965 | 92.247 |
| URL Solutions Inc | Trade | 3.452 | 3.475 |
| Webzilla Apps Inc | Trade | 175.849 | 3.890 |
| Edinaya Set LLC | Trade | (6.535) | 6.370 |
| | | 1.301.373 | 768.277 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

21

## Webzilla Inc

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 16.   RELATED PARTY TRANSACTIONS *(continued)*

#### (ii) Purchase of services (note 5)

|  | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| IP Transit Inc. | Trade | 1.533.310 | 1.700.516 |
| Dedicated Servers LLC | Trade | 2.651.544 | 2.689.243 |
| Webzilla Ltd | Trade | 96.018 | 96.018 |
| Webzilla BV | Trade | 2.292.521 | 2.331.439 |
| Root S.A. | Trade | 769 | - |
| DFW Internet Services Inc | Trade | 96.000 | - |
| Universal CDN Cyprus Ltd | Trade | - | 480.000 |
| URL Solutions INC | Trade | - | 900 |
| Webzilla Singapore Pte Ltd | Trade | 5.424 | 15.997 |
| Webzilla Dallas Inc | Trade | 252.000 | - |
| Webzilla Apps Inc | Trade | 821.112 | - |
|  |  | 7.748.698 | 7.314.113 |

#### (iii) Intercompany expenses (note 6)

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| TM Web Properties Ltd | 1.680.000 | 1.680.000 |
| Webzilla Ltd | 240.000 | 240.000 |
| XBT Holding Ltd | 120.000 | 120.000 |
|  | 2.040.000 | 2.040.000 |

#### (iv) Receivables from parent company

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding Ltd | Trade | 2.429.291 | 1.240.288 |
|  |  | 2.429.291 | 1.240.288 |

Case 0:17-cv-60426-UU Document 249-10 Entered on FLSD Docket 10/16/2018 Page 51 of 272
CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

## Webzilla Inc

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 16. RELATED PARTY TRANSACTIONS *(continued)*

#### (v) Receivables from related companies (note 11)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Edinaya Set LLC | Trade | - | 6.370 |
| Ibee Software Solutions Ltd | Trade | 1.394.089 | 770.009 |
| IT Pan.com Ltd | Trade | 8.647 | 8.447 |
| Brandnames.com SARL | Trade | 39.344 | 17.601 |
| DFW Internet Services Inc | Trade | - | 2.870 |
| Root S.A. | Trade | 143.406 | 41.826 |
| Servers.com BV | Trade | 20.766 | 7.571 |
| Servers.com Inc | Trade | - | 275.466 |
| URL Solutions Inc | Trade | 239.917 | 134.859 |
| Webzilla Dallas Inc | Trade | - | 14.429 |
| Webzilla Ltd | Trade | 7.770.357 | 4.429.040 |
| Webzilla Singapore PTE Ltd | Trade | 30.922 | 16.783 |
| XBT Holding S.A. | Trade | 142.603 | - |
| Webzilla Apps Inc | Trade | 68.654 | 104.568 |
| | | 9.858.705 | 5.829.839 |

#### (vi) Payables to related companies (note 15)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Travail Systems Inc | Trade | 66.406 | 66.406 |
| TM Web Properties Ltd | Trade | 3.358.610 | 1.680.000 |
| Dedicated Servers Inc | Trade | 610.270 | 391.332 |
| DFW Internet Services Inc | Trade | 92.430 | - |
| Fozzy Inc | Trade | 211.284 | 159.312 |
| IP Transit Inc | Trade | 532.680 | 628.040 |
| Servers.com Inc | Trade | 227.359 | - |
| Universal CDN Cyprus Ltd | Trade | 480.000 | 480.000 |
| Universal CDN Inc | Trade | 2.096.753 | 22.098 |
| Webzilla BV | Trade | 3.989.222 | 1.905.484 |
| Webzilla Dallas Inc | Trade | 78.198 | - |
| | | 11.743.212 | 5.332.672 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

Webzilla Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 16.  RELATED PARTY TRANSACTIONS *(continued)*

**(vii) Directors' current accounts – debit balances (note 11)**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Alexej Gubarev | - | 165,466 |
| Konstyantin Bezruchenko | 17,102 | - |
|  | 17,102 | 165,466 |

The directors' current accounts are interest free, and have no specified repayment date.

**(viii) Directors' current accounts – credit balances**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Rajesh Kumar Mishra | 170 | 170 |
|  | 170 | 170 |

The directors' current accounts are interest free, and have no specified repayment date.

## 17.  FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

* Credit risk
* Liquidity risk
* Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i)  Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

24

### Webzilla Inc

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 17.  FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

*(i)   Credit risk (continued)*

*Trade and other receivables*
The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 11.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii)  Liquidity risk*
Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

*(iii) Other risks*
The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management
The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

### 18.  FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

### 19.  CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

25

**Webzilla Inc**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 20.  COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

### 21.  EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

P-G004062

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Webzilla Ltd**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

P-G004063

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Webzilla Ltd

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONTENTS

| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 4 |
| Independent Auditors' report | 5 & 8 |
| Income statement | 9 |
| Statement of financial position | 10 |
| Statement of changes in equity | 11 |
| Statement of cash flows | 12 |
| Notes to the financial statements | 13 - 29 |
| Additional information | |

P-G004064

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

1

## Webzilla Ltd

### OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Kostyantin Bezruchenko |
| | Rajesh Kumar Mishra |
| | Regina Biktimirova |
| Secretary | Regina Biktimirova |
| Independent Auditors | KPMG Limited |
| Bankers | Hellenic Bank Public Company Ltd |
| | ABN AMRO |
| | National Bank of Greece (Cyprus) Ltd |
| Registered Office | 53 - 55, Michael Angelo House |
| | Agion Athanasiou |
| | P.C. 4102, Limassol |
| | Cyprus |
| Registration number | HE163643 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

2

### Webzilla Ltd

## MANAGEMENT REPORT

The Board of Directors of Webzilla Ltd (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

## PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The principal activities of the Company which are unchanged from last year, are the provision of web hosting services and leasing and selling of computer servers.

## FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 9 to the financial statements. The net profit for the year attributable to the shareholders of the Company amounted to US$860,752 (2015: US$63,437).

## EXAMINATION OF THE DEVELOPMENT, POSITION AND PERFORMANCE OF THE ACTIVITIES OF THE COMPANY

The current financial position as presented in the financial statements is considered satisfactory.

## REVENUE

The Company's revenue for the year ended 31 December 2016 was US$16,009,018 (2015: US$16,242,528).

## DIVIDENDS

The Board of Directors does not recommend the payment of a dividend and the net profit for the year is retained.

## MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 22 to the financial statements.

## CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

## LIQUIDITY RISK

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

3

Webzilla Ltd

## MANAGEMENT REPORT *(continued)*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

### FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

### RESEARCH AND DEVELOPMENT ACTIVITIES

The Company expenditure on research and development for the year amounted to US$19.307 (2015: US$      ).

### SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

### BRANCHES

During the year ended 31 December 2016 the Company did not operate any branches.

### BOARD OF DIRECTORS

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors.

### EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

### RELATED PARTY TRANSACTIONS

Disclosed in note 21 to the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

4

Webzilla Ltd

MANAGEMENT REPORT *(continued)*

### INDEPENDENT AUDITORS

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Regina Biktimirova
Secretary

Larnaca, 7 July 2017

P-G004068

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



5

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G, Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

### Independent Auditors' report

### to the Members of

### Webzilla Ltd

### Report on the audit of the financial statements

#### Opinion

We have audited the accompanying financial statements of Webzilla Ltd (the "Company"), which are presented on pages 9 to 29 and comprise the statement of financial position as at 31 December 2016, and the statements of income statement, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as adopted by the European Union (IFRS-EU) and the requirements of the Cyprus Companies Law, Cap. 113, as amended from time to time (the "Companies Law, Cap.113").

#### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

6

Independent Auditors' report

to the Members of

Webzilla Ltd

## Other information

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

## Responsibilities of the Board of Directors for the financial statements

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with IFRS-EU and the requirements of the Companies Law, Cap. 113, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, OPERATING PROFIT for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

## Auditors' responsibilities for the audit of the financial statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

* Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

P-G004070

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

7

Independent Auditors' report

to the Members of

Webzilla Ltd

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

* Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

* Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.

* Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.

* Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Report on other legal requirements**

Pursuant to the additional requirements of the Auditors and Statutory Audits of Annual and Consolidated Accounts Law of 2009, L.42(I)/2009, as amended from time to time ("Law 42(I)/2009"), we report the following:

* We have obtained all the information and explanations we considered necessary for the purposes of our audit.

* In our opinion, proper books of account have been kept by the Company, so far as it appears from our examination of those books.

* The Company's financial statements are in agreement with the books of account.

* In our opinion and to the best of our information and according to the explanations given to us, the financial statements give the information required by the Companies Law, Cap. 113, in the manner so required.

* In our opinion, the Board of Directors' report on pages 2 and 4, the preparation of which is the responsibility of the Board of Directors, has been prepared in accordance with the requirements of the Companies Law, Cap 113, and the information given is consistent with the financial statements.

* In the light of the knowledge and understanding of the business and the Company's environment obtained in the course of our audit, we have not identified material misstatements in the Board of Directors' report.

P-G004071

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

8

Independent Auditors' report

to the Members of

Webzilla Ltd

Other matter

This report, including the opinion, has been prepared for and only for the Company's members as a body in accordance with Section 34 of Law 42(I)/2009 and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

Panicos Antoniades, FCCA
Certified Public Accountant and Registered Auditor
for and on behalf of

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

11 July 2017

P-G004072

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

9

## Webzilla Ltd

## INCOME STATEMENT

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Revenue | 4 | 16.009.018 | 16.242.528 |
| Cost of sales | 5 | (7.968.987) | (10.294.447) |
| Gross profit | | 8.040.031 | 5.948.081 |
| | | | |
| Administrative and selling expenses | 6 | (7.051.628) | (5.755.116) |
| Operating profit | 7 | 988.403 | 192.965 |
| | | | |
| Finance income | | 367 | - |
| Finance expenses | | (128.018) | (124.310) |
| Net finance expenses | 9 | (127.651) | (124.310) |
| Profit before tax | | 860.752 | 68.655 |
| Tax | 10 | - | (5.218) |
| Profit for the year | | 860.752 | 63.437 |
| | | | |
| Other comprehensive income | | - | - |
| Total comprehensive income for the year | | 860.752 | 63.437 |

The notes on pages 13 to 29 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

## Webzilla Ltd

### STATEMENT OF FINANCIAL POSITION

#### As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 11 | 663,990 | 910,423 |
| Intangible assets | 12 | 3,872,869 | - |
| **Total non-current assets** | | 4,536,859 | 910,423 |
| | | | |
| **Current assets** | | | |
| Trade and other receivables | 14 | 18,214,870 | 12,267,593 |
| Loans receivable | 13 | 165,069 | 134,849 |
| Cash and cash equivalents | 15 | 511,302 | 1,337,884 |
| **Total current assets** | | 18,891,241 | 13,740,326 |
| | | | |
| **Total assets** | | 23,428,100 | 14,650,749 |
| | | | |
| **Equity** | | | |
| Share capital | 16 | 21,200 | 21,200 |
| Reserves | 17 | 1,187,982 | 327,230 |
| **Total equity** | | 1,209,182 | 348,430 |
| | | | |
| **Liabilities** | | | |
| **Non-current liabilities** | | | |
| Loans and borrowings | 18 | 645,629 | - |
| **Total non-current liabilities** | | 645,629 | - |
| | | | |
| **Current liabilities** | | | |
| Bank overdrafts | 15 | 1,508 | - |
| Trade and other payables | 19 | 21,571,781 | 14,212,552 |
| Tax liability | 20 | - | 89,767 |
| **Total current liabilities** | | 21,573,289 | 14,302,319 |
| | | | |
| **Total liabilities** | | 22,218,918 | 14,302,319 |
| | | | |
| **Total equity and liabilities** | | 23,428,100 | 14,650,749 |

On 7 July 2017 the Board of Directors of Webzilla Ltd approved and authorised these financial statements for issue.

......................................
Kostyantin Bezruchenko
Director

......................................
Rajesh Kumar Mishra
Director

......................................
Regina Bikdimirova
Director

The notes on pages 13 to 29 are an integral part of these financial statements.

P-G004074

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Webzilla Ltd

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 21,200 | 263,793 | 284,993 |
| Profit for the year | - | 63,437 | 63,437 |
| Balance at 31 December 2015 | 21,200 | 327,230 | 348,430 |
| | | | |
| Balance at 1 January 2016 | 21,200 | 327,230 | 348,430 |
| Profit for the year | - | 860,752 | 860,752 |
| Balance at 31 December 2016 | 21,200 | 1,187,982 | 1,209,182 |

Companies which do not distribute 70% of their profits after tax, as defined by the Special Contribution for the Defence of the Republic Law, during the two years after the end of the year of assessment to which the profits refer, will be deemed to have distributed this amount as dividend. Special contribution for defence at 17% will be payable on such deemed dividend to the extent that the ultimate shareholders at the end of the period of two years from the end of the year of assessment to which the profits refer are both Cyprus tax resident and Cyprus domiciled. The amount of this deemed dividend distribution is reduced by any actual dividend paid out of the profits of the relevant year at any time. This special contribution for defence is paid by the company for the account of the shareholders.

The notes on pages 13 to 29 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

## Webzilla Ltd

### STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit for the year | | 860.752 | 63.437 |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | 11 | 347.888 | 294.621 |
| Amortisation of computer software | 12 | 75.056 | 2.996 |
| Interest income | 9 | (367) | - |
| Interest expense | 9 | 13.756 | - |
| Income tax expense | | - | 5.218 |
| **Cash generated from operations before working capital changes** | | 1.297.085 | 366.272 |
| Decrease in inventories | | - | 279.142 |
| Increase in trade and other receivables | | (5.947.277) | (9.556.115) |
| Increase in trade and other payables | | 7.359.229 | 10.529.041 |
| Decrease in deferred income | | - | (671.668) |
| **Cash generated from operations** | | 2.709.037 | 946.672 |
| Tax paid | | (89.767) | (5.218) |
| **Net cash generated from operating activities** | | 2.619.270 | 941.454 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of intangible assets | 12 | (3.947.925) | - |
| Payment for acquisition of property, plant and equipment | 11 | (101.455) | (329.410) |
| Loans granted | 13 | (90.580) | - |
| Loans repayments received | 13 | 60.360 | 530.469 |
| Proceeds from disposal of property, plant and equipment | | - | 13.698 |
| Interest received | | 367 | - |
| **Net cash (used in)/generated from investing activities** | | (4.079.233) | 214.757 |
| | | | |
| **Cash flows from financing activities** | | | |
| Proceeds from borrowings | 18 | 645.629 | - |
| Interest paid | | (13.756) | - |
| **Net cash generated from financing activities** | | 631.873 | - |
| | | (828.090) | 1.156.211 |
| Cash and cash equivalents at beginning of the year | | 1.337.884 | 181.673 |
| | | | |
| **Cash and cash equivalents at end of the year** | 15 | 509.794 | 1.337.884 |

The notes on pages 13 to 29 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

## Webzilla Ltd

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1.  INCORPORATION AND PRINCIPAL ACTIVITIES

Webzilla Ltd (the "Company") was incorporated in Cyprus on 27 July 2005 as a private limited liability company under the Cyprus Companies Law, Cap 113. Its registered office is at 53 - 55, Michael Angelo House, Agiou Athanasiou, P.C. 4102, Limassol, Cyprus.

The principal activities of the Company which are unchanged from last year, are the provision of web hosting services and leasing and selling of computer servers.

## 2.  BASIS OF PREPARATION

### (a) Statement of compliance
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as adopted by the European Union (EU) and the requirements of the Cyprus Companies Law, Cap.113.

### (b) Basis of measurement
The financial statements have been prepared under the historical cost convention.

### (c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. Some of them were adopted by the European Union and others not yet. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

### (d) Use of estimates and judgments
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

### (e) Functional and presentation currency
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

P-G004077

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

### Webzilla Ltd

### NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

* *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Employee benefits
The Company and its employees contribute to the Government Social Insurance Fund based on employees' salaries. The Company's contributions are expensed as incurred and are included in staff costs. The Company has no legal or constructive obligations to pay further contributions if the scheme does not hold sufficient assets to pay all employees benefits relating to employee service in the current and prior periods.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

(i) *Functional currency*
   Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

(ii) *Transactions and balances*
   Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Tax
Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

Dividends
Dividend distribution to the Company's shareholders is recognised in the Company's financial statements in the year in which they are approved by the Company's shareholders.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

15

### Webzilla Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

#### 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Property, plant and equipment

Property, plant and equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

|                                           | %  |
|-------------------------------------------|----|
| Motor vehicles                            | 20 |
| Furniture, fixtures and office equipment  | 20 |
| Computer and network equipment            | 20 |

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of property, plant and equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess of the originally assessed standard of performance of the existing asset will flow to the Company. Major renovations are depreciated over the remaining useful life of the related asset.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Intangible assets

*(i)  Domains*

Patents and trademarks are measured initially at purchase cost and are amortised on a straight-line basis over their estimated useful lives. The annual depreciation rates used for the current and comparative periods are 10%.

*(ii)  Computer software*

Costs that are directly associated with identifiable and unique computer software products controlled by the Company and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

## Webzilla Ltd

## NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

### 3.   SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Intangible assets (continued)

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Financial instruments
Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

*(i)   Trade and other receivables*
Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii)   Loans granted*
Loans originated by the Company by providing money directly to the borrower are categorised as loans and are carried at amortised cost. The amortised cost is the amount at which the loan granted is measured at initial recognition minus principal repayments, plus or minus the cumulative amortization using the effective interest method of any difference between the initial amount and the maturity amount, and minus any reduction for impairment or uncollectibility. All loans are recognised when cash is advanced to the borrower.

The effective interest method is a method of calculating the amortised cost of a financial asset or a financial liability (or group of financial assets or financial liabilities) and of allocating the interest income or interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument or, when appropriate, a shorter period to the net carrying amount of the financial asset or financial liability.

*(iii)   Cash and cash equivalents*
For the purpose of the statement of cash flows, cash and cash equivalents comprise cash in hand, cash at bank and bank overdrafts.

*(iv)   Borrowings*
Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(v)   Trade and other payables*
Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

P-G004080

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

### Webzilla Ltd

### NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Share capital
Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Non-current liabilities
Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

## 4. REVENUE

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Revenues | 11.921.880 | 12.459.652 |
| Intercompany revenues (note 21) | 4.087.138 | 3.782.876 |
|  | 16.009.018 | 16.242.528 |

## 5. COST OF SALES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cost of sales | 3.908.009 | 5.339.045 |
| Intercompany costs (note 21) | 4.060.978 | 4.955.402 |
|  | 7.968.987 | 10.294.447 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

Webzilla Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 6. ADMINISTRATIVE EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Staff costs | 907.561 | 957.025 |
| Office expenses | 11.498 | 20.489 |
| Registrar annual fee | 366 | - |
| Insurance | 150.038 | 62.624 |
| Sales and marketing | 2.631.521 | 1.632.293 |
| Non charitable donations | 12.270 | 174 |
| Advertising | 231.989 | 127.488 |
| Independent auditors' remuneration | 6.272 | 9.663 |
| Other professional fees | 158.602 | 90.470 |
| Fines | 10.066 | 6.980 |
| Travelling | 35.792 | 41.816 |
| Irrecoverable VAT | - | 25.355 |
| Motor vehicle running costs | 10.680 | 19.728 |
| General administration expenses | 62.029 | 60.394 |
| Intercompany expenses (note 21) | 2.400.000 | 2.403.000 |
| Amortisation of computer software | 75.056 | - |
| Depreciation | 347.888 | 297.617 |
|  | 7.051.628 | 5.755.116 |

## 7. OPERATING PROFIT

|  | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Operating profit is stated after charging the following items: |  |  |  |
| Amortisation of computer software | 12 | 75.056 | - |
| Depreciation of property, plant and equipment | 11 | 347.888 | 297.617 |
| Staff costs | 8 | 907.561 | 957.025 |
| Independent auditors' remuneration |  | 6.272 | 9.663 |

## 8. STAFF COSTS

|  | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Salaries |  | 814.087 | 836.118 |
| Social insurance contributions |  | 93.474 | 120.907 |
| Total staff costs | 7 | 907.561 | 957.025 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

i9

Webzilla Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 9.  NET FINANCE INCOME AND EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Interest income | 367 | – |
|  | 367 | – |
| Net foreign exchange transaction losses | (64,905) | (79,729) |
| Interest expense | (13,756) | – |
| Sundry finance expenses | (49,357) | (44,581) |
|  | (128,018) | (124,310) |
| Net finance expenses | (127,651) | (124,310) |

Interest income is analysed as follows;

|  | 2016 US$ | 2015 US$ |
|---|---|---|

## 10.  TAXATION

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Corporation tax – prior years | – | 5,218 |
| Charge for the year | – | 5,218 |

*Reconciliation of tax based on the taxable income and tax based on accounting profits:*

|  | 2016 | 2016 US$ | 2015 | 2015 US$ |
|---|---|---|---|---|
| Accounting profit before tax |  | 860,752 |  | 68,655 |
| Tax calculated at the applicable tax rates | 12,50 % | 107,594 | 12.50 % | 8,582 |
| Tax effect of expenses not deductible for tax purposes | 14,27 % | 122,819 | – % | – |
| Tax effect of allowances and income not subject to tax | (23,47)% | (202,031) | (12,50)% | (8,582) |
| Tax effect of tax losses brought forward | (3,30)% | (28,382) | – % | – |
| Prior year tax | – % | – | 7,60 % | 5,218 |
| Tax as per income statement – charge | – % | – | 7,60 % | 5,218 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

20

## Webzilla Ltd

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 10.   TAXATION (continued)

The corporation tax rate is 12.5%.

Under certain conditions interest income may be subject to defence contribution at the rate of 30%. In such cases this interest will be exempt from corporation tax. In certain cases, dividends received from abroad may be subject to defence contribution at the rate of 17%.

The Company's chargeable income for the year amounted to US$239.338 which has been set off against tax losses brought forward. Under current legislation, tax losses may be carried forward and be set off against taxable income of the following five years. As at 31 December 2016 the balance of tax losses which is available for offset against future taxable profits amounts to US$9.801.

### 11.   PROPERTY, PLANT AND EQUIPMENT

|  | Motor vehicles | Furniture, fixtures and office equipment | Computer and network equipment | Total |
|---|---|---|---|---|
|  | US$ | US$ | US$ | US$ |
| **Cost** |  |  |  |  |
| Balance at 1 January 2015 | 45.312 | 98.599 | 1.564.726 | 1.708.637 |
| Additions | - | 6.632 | 322.776 | 329.408 |
| Disposals | - | (28.636) | - | (28.636) |
| Balance at 31 December 2015 | 45.312 | 76.595 | 1.887.502 | 2.009.409 |
|  |  |  |  |  |
| Balance at 1 January 2016 | 45.312 | 76.595 | 1.887.502 | 2.009.409 |
| Additions | 50.060 | 6.823 | 44.572 | 101.455 |
| Balance at 31 December 2016 | 95.372 | 83.418 | 1.932.074 | 2.110.864 |
|  |  |  |  |  |
| **Depreciation** |  |  |  |  |
| Balance at 1 January 2015 | 12.356 | 47.048 | 759.899 | 819.303 |
| Depreciation for the year for the year | 25.206 | 11.497 | 257.918 | 294.621 |
| On disposals | - | (14.938) | - | (14.938) |
| Balance at 31 December 2015 | 37.562 | 43.607 | 1.017.817 | 1.098.986 |
|  |  |  |  |  |
| Balance at 1 January 2016 | 37.562 | 43.607 | 1.017.817 | 1.098.986 |
| Depreciation for the year for the year | 9.545 | 10.741 | 327.602 | 347.888 |
| Balance at 31 December 2016 | 47.107 | 54.348 | 1.345.419 | 1.446.874 |
|  |  |  |  |  |
| **Carrying amounts** |  |  |  |  |
| Balance at 31 December 2016 | 48.265 | 29.070 | 586.655 | 663.990 |
| Balance at 31 December 2015 | 7.750 | 32.988 | 869.685 | 910.423 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

21

Webzilla Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 12.  INTANGIBLE ASSETS

|  | Computer software US$ | Domains US$ | Total US$ |
|---|---|---|---|
| **Cost** |  |  |  |
| Balance at 1 January 2015 | 15,415 | - | 15,415 |
| Balance at 31 December 2015 | 15,415 | - | 15,415 |
|  |  |  |  |
| Balance at 1 January 2016 | 15,415 | - | 15,415 |
| Additions | 3,344,960 | 602,965 | 3,947,925 |
| Balance at 31 December 2016 | 3,360,375 | 602,965 | 3,963,340 |
|  |  |  |  |
| **Amortisation** |  |  |  |
| Balance at 1 January 2015 | 12,419 | - | 12,419 |
| Amortisation for the year | 2,996 | - | 2,996 |
| Balance at 31 December 2015 | 15,415 | - | 15,415 |
|  |  |  |  |
| Balance at 1 January 2016 | 15,415 | - | 15,415 |
| On disposals | - | 19,307 | 19,307 |
| Amortisation for the year | 55,749 | - | 55,749 |
| Balance at 31 December 2016 | 71,164 | 19,307 | 90,471 |
|  |  |  |  |
| **Carrying amounts** |  |  |  |
| Balance at 31 December 2016 | 3,289,211 | 583,658 | 3,872,869 |

## 13.  LOANS RECEIVABLE

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 134,849 | 665,318 |
| New loans granted | 30,220 | (530,469) |
|  |  |  |
| Balance at 31 December | 165,069 | 134,849 |

The loans are repayable as follows:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Within one year | 165,069 | 134,849 |

The exposure of the Company to credit risk is reported in note 22 to the financial statements.

The fair value of receivable loans approximates to their carrying amounts as presented above.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

### Webzilla Ltd

#### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

14.  **TRADE AND OTHER RECEIVABLES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade receivables | 2.111.092 | 1.841.241 |
| Receivables from related companies (note 21 (v)) | 15.783.766 | 10.322.294 |
| Directors' current accounts – debit balances (note 21 (viii)) | 113.362 | 16.980 |
| Receivables from parent (note 21 (iv)) | 72.111 | – |
| Deposits and prepayments | 42.775 | 33.691 |
| Refundable VAT | 91.764 | 53.387 |
|  | 18.214.870 | 12.267.593 |

The Company does not hold any collateral over the trading balances.

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to credit risk and impairment losses in relation to trade and other receivables is reported in note 22 to the financial statements.

15.  **CASH AND CASH EQUIVALENTS**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash at bank and in hand | 511.302 | 1.337.884 |
|  | 511.302 | 1.337.884 |

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash and cash equivalents | 511.302 | 1.337.884 |
| Bank overdrafts | (1.508) | – |
|  | 509.794 | 1.337.884 |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 22 to the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

## Webzilla Ltd

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 16. SHARE CAPITAL

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of €1,71 each converted at €1=US$1,2398 | 10,000 | 21,000 | 10,000 | 21,000 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 10,000 | 21,200 | 10,000 | 21,200 |
| Balance at 31 December | 10,000 | 21,200 | 10,000 | 21,200 |

### 17. RESERVES

| | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2015 | 263,793 | 263,793 |
| Profit for the year | 63,437 | 63,437 |
| Balance at 31 December 2015 | 327,230 | 327,230 |
| Balance at 1 January 2016 | 327,230 | 327,230 |
| Profit for the year | 860,752 | 860,752 |
| Balance at 31 December 2016 | 1,187,982 | 1,187,982 |

### 18. LOANS AND BORROWINGS

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | - | - |
| Additions | 673,980 | - |
| Interest charge | 13,756 | - |
| Exchange difference | (42,107) | - |
| Balance at 31 December | 645,629 | - |

| | 2016 US$ | 2015 US$ |
|---|---|---|
| **Non-current liabilities** | | |
| Credit facilities | 645,629 | - |

P-G004087

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

24

### Webzilla Ltd

#### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

#### 18.  LOANS AND BORROWINGS *(continued)*

Maturity of borrowings:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Between one and five years | 645,629 | – |

The exposure of the Company to interest rate risk in relation to financial instruments is reported in note 22 to the financial statements.

#### 19.  TRADE AND OTHER PAYABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 3,510,786 | 3,539,564 |
| Payables to parent (note 21 (vi)) | – | 1,906,659 |
| Accruals | 67,738 | 68,291 |
| Payables to related companies (note 21 (vii)) | 17,993,257 | 8,698,038 |
|  | 21,571,781 | 14,212,552 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to liquidity risk in relation to financial instruments is reported in note 22 to the financial statements.

#### 20.  TAX LIABILITY

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Corporation tax | – | 1,040 |
| Special contribution to the defence fund | – | 88,727 |
|  | – | 89,767 |

There are transactions and calculations for which the ultimate tax determination is uncertain during the ordinary course of business. The Company recognises liabilities for anticipated tax audit issues based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such differences will impact the income tax and deferred tax provisions in the period in which such determination is made.

#### 21.  RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding Ltd, incorporated in Cyprus, which owns 100% of the Company's shares.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

25

## Webzilla Ltd

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 21. RELATED PARTY TRANSACTIONS *(continued)*

The transactions and balances with related parties are as follows:

#### (i) Sale of services (note 4)

|  | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Dedicated Servers Inc | Trade | 1,680,000 | 840,000 |
| Fozzy Inc | Trade | 164,380 | 242,860 |
| Webzilla BV | Trade | 848,406 | 1,917,187 |
| Webzilla Inc | Trade | 336,018 | 336,018 |
| Root SA | Trade | 233,526 | 63,424 |
| Webzilla Singapore PTE Ltd | Trade | 36,000 | 36,000 |
| Universal CDN Inc | Trade | 69,231 | 76,638 |
| 1GB.com Inc | Trade | - | 24,875 |
| Servers.com Inc | Trade | 621 | - |
| Brandnames.com S.R.L | Trade | 7,491 | 7,541 |
| Edinaya Set LLC | Trade | - | 43,630 |
| Webzilla Apps Inc | Trade | 11,553 | 7,375 |
| Servers.com BV | Trade | 333,250 | 181,074 |
| URL Solutions Inc | Trade | 6,662 | 6,254 |
| IP Transit Inc | Trade | 360,000 | - |
|  |  | 4,087,138 | 3,782,876 |

#### (ii) Purchase of services (note 5)

|  | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Dedicated Servers Inc | Trade | 436,253 | 481,546 |
| Fozzy Inc | Trade | 320,909 | 282,908 |
| IBEE Software Solutions Ltd | Trade | 208,710 | 167,616 |
| Root SA | Trade | 74,703 | 74,524 |
| Webzilla BV | Trade | 2,941,619 | 3,940,628 |
| URL Solutions Inc | Trade | 14,126 | 8,180 |
| Edinaya Set LLC | Trade | 43,369 | - |
| Brandnames.com Sarl | Trade | 2,050 | - |
| Universal CDN Cyprus Ltd | Trade | 19,240 | - |
|  |  | 4,060,978 | 4,955,402 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

26

## Webzilla Ltd

## NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

## 21. RELATED PARTY TRANSACTIONS *(continued)*

### (iii) Intercompany expenses (note 6)

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| TM Web Properties Ltd | 2,400,000 | 2,400,000 |
| IBEE Software Solutions Ltd | - | 3,000 |
|  | 2,400,000 | 2,403,000 |

### (iv) Receivables from parent (note 14)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding Ltd | Trade | 72,111 | - |
|  |  | 72,111 | - |

### (v) Receivables from related companies (note 14)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| IGB.com Inc | Trade | 24,875 | 24,875 |
| BN Domain Trust Services Ltd | Trade | 7,297 | 6,842 |
| Brandnames.com Sarl | Trade | 76,666 | 21,162 |
| Dedicated Servers Inc | Trade | 1,644,182 | 404,635 |
| DFW Internet Services Inc | Trade | 3,125 | 3,125 |
| iMarketing Solutions Ltd | Trade | 2,420 | 2,420 |
| IT Pan.com Ltd | Trade | 7,500 | 5,633 |
| Servers.com BV | Trade | 2,384,987 | 2,010,836 |
| Travail Systems Inc | Trade | 2,070 | 2,070 |
| Universal CDN Cyprus Ltd | Trade | 1,303,380 | 678,687 |
| URL Solutions Inc | Trade | - | 1,963 |
| Webzilla BV | Trade | 6,378,988 | 2,658,339 |
| Webzilla Singapore PTE Ltd | Trade | 183,897 | 433,375 |
| XBT Holding S A. | Trade | 1,080,101 | - |
| Webzilla Apps Inc | Trade | 60,504 | 16,951 |
| Edinaya Set LLC | Trade | - | 43,630 |
| IP Transit Inc | Trade | - | 1,419,099 |
| Servers.com Inc | Trade | 2,623,774 | 2,588,652 |
|  |  | 15,783,766 | 10,322,294 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

27

## Webzilla Ltd

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 21.   RELATED PARTY TRANSACTIONS *(continued)*

### (vi) Payables to parent company (note 19)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding Ltd | Trade | - | 1,906,659 |
| | | - | 1,906,659 |

### (vii) Payables to related companies (note 19)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Fozzy Inc | | 204,269 | 38,390 |
| IBEE Software Solutions Ltd | | 447,654 | 253,545 |
| IP Transit Inc | | 1,464,056 | - |
| Root SA | | 706,965 | 622,528 |
| TM Web Properties Ltd | | 4,786,337 | 2,394,930 |
| Universal CDN Inc | | 2,491,763 | 837,350 |
| URL Solutions Inc | | 5,500 | - |
| Webzilla Dallas Inc | | 131,883 | 131,883 |
| Webzilla Inc | | 7,754,830 | 4,419,412 |
| | | 17,993,257 | 8,698,038 |

### (viii) Directors' current accounts – debit balances (note 14)

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Alexej Gubarev | 96,382 | - |
| Kostyantin Bezruchenko | 13,268 | 13,268 |
| Alexander Borodin | 3,712 | 3,712 |
| | 113,362 | 16,980 |

The directors' current accounts are interest free, and have no specified repayment date.

## 22.   FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

* Credit risk
* Liquidity risk
* Other risks

P-G004091

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

28

## Webzilla Ltd

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

## 22.  FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

### Financial risk factors *(continued)*

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

### A. Financial risk management

#### (i)  *Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

#### *Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 14.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

#### (ii)  *Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

29

Webzilla Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 22.   FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

(iii)  Other risks

The general economic environment prevailing in Cyprus and internationally may affect the
Company's operations to a great extent. Economic conditions such as inflation, unemployment, and
development of the gross domestic product are directly linked to the economic course of every
country and any variation in these and the economic environment in general may create chain
reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while
increasing the return to shareholders through the strive to improve the debt to equity ratio. The
Company's overall strategy remains unchanged from last year.

## 23.   FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the
reporting date.

## 24.   CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 25.   EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of
the financial statements.

On 7 July 2017 the Board of Directors of Webzilla Ltd approved and authorised these financial
statements for issue.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Webzilla Ltd

FINANCIAL STATEMENTS

For the year ended 31 December 2016

ADDITIONAL INFORMATION

P-G004094

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Webzilla Ltd

FINANCIAL STATEMENTS

For the year ended 31 December 2016

ADDITIONAL INFORMATION

|  | Schedule |
|---|---|
| Income statement | 1 |
| Cost of sales | 2 |
| Administrative expenses | 3 |
| Finance income/cost | 4 |
| Computation of wear and tear allowances | 5 |
| Computation of corporate tax | 6 |
| Certificate | 7 |

P-G004095

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 1

### Webzilla Ltd

### INCOME STATEMENT

For the year ended 31 December 2016

| | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Revenue | | 16,009,018 | 16,242,528 |
| Cost of sales | 2 | (7,968,987) | (10,294,447) |
| Gross profit | | 8,040,031 | 5,948,081 |
| | | | |
| Administrative and selling expenses | 3 | (7,051,628) | (5,755,116) |
| Operating profit | | 988,403 | 192,965 |
| | | | |
| Finance income | 4 | 367 | -- |
| Finance costs | 4 | (128,018) | (124,310) |
| Net finance expenses | | (127,651) | (124,310) |
| Profit before tax | | 860,752 | 68,655 |
| Tax | | -- | (5,218) |
| Profit for the year | | 860,752 | 63,437 |

P-G004096

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 2

## Webzilla Ltd

### COST OF SALES

For the year ended 31 December 2016

|  | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cost of sales** | | | |
| Intercompany costs | | 4,060,978 | 4,955,402 |
| Cost of sales | | 3,908,009 | 5,339,045 |
| | 1 | 7,968,987 | 10,294,447 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 3

## Webzilla Ltd

### ADMINISTRATIVE EXPENSES

For the year ended 31 December 2016

| | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Staff salaries | | 814 087 | 836.118 |
| Social insurance etc. | | 93.474 | 120.907 |
| Office expenses | | 11.498 | 20.489 |
| Registrar annual fee | | 366 | - |
| Insurance | | 150.038 | 62.624 |
| Sales and marketing | | 2.631.521 | 1.632.293 |
| Non charitable donations | | 12.270 | 174 |
| Advertising | | 231.989 | 127.488 |
| Independent auditors' remuneration | | 6.272 | 9.663 |
| Other professional fees | | 158.602 | 90.470 |
| Fines | | 10.066 | 6.980 |
| Travelling | | 35.792 | 41.816 |
| Irrecoverable VAT | | - | 25.355 |
| Motor vehicle running costs | | 10.680 | 19.728 |
| General administration expenses | | 62.029 | 60.394 |
| Intercompany expenses | | 2.400.000 | 2.403.000 |
| Amortisation of computer software | | 75.056 | - |
| Depreciation | | 347.888 | 297.617 |
| | 1 | 7.051.628 | 5.755.116 |

Schedule 4

## Webzilla Ltd

### FINANCE INCOME/COST

#### For the year ended 31 December 2016

| | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Finance income** | | | |
| Group interest | | 367 | – |
| | | 367 | – |
| | | | |
| **Finance expenses** | | | |
| | | | |
| **Interest expense** | | | |
| Loan interest | | 13.756 | – |
| | | | |
| **Sundry finance expenses** | | | |
| Bank charges | | 49.357 | 44.581 |
| | | | |
| **Net foreign exchange transaction losses** | | | |
| Realised foreign exchange loss | | 64.905 | 79.729 |
| | | 128.018 | 124.310 |
| | | | |
| Net finance expenses | 1 | (127.651) | (124.310) |

P-G004099

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 5

## Webzilla Ltd

### COMPUTATION OF WEAR AND TEAR ALLOWANCES

#### For the year ended 31 December 2016

| | Year | % | COST | | | | ANNUAL ALLOWANCES | | | | Net value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Balance 1/1/2016 | Additions for the year | Disposals for the year | Balance 31/12/2016 | Balance 1/1/2016 | Charge for the year | On disposals | Balance 31/12/2016 | 31/12/2016 |
| | | | US$ | US$ | US$ | US$ | US$ | US$ | US$ | US$ | US$ |
| **Motor vehicles** | | | | | | | | | | | |
| Toyota IQ – KYA 869 | 2012 | - | 12,352 | - | - | 12,352 | - | - | - | - | 12,352 |
| Lexus IS250 – KTW 113 | 2014 | - | 15,071 | - | - | 15,071 | - | - | - | - | 15,071 |
| Nonbardier RS-S090 | 2014 | - | 17,889 | - | - | 17,889 | - | - | - | - | 17,889 |
| Lexus | 2016 | - | - | 50,059 | - | 50,059 | - | - | - | - | 50,059 |
| | | | 45,312 | 50,059 | - | 95,371 | - | - | - | - | 95,371 |
| **Furniture, fixtures and office equipment** | | | | | | | | | | | |
| Sundry | 2011 | 20 | 31,406 | - | - | 31,406 | 31,080 | 326 | - | 31,406 | - |
| Sundry | 2012 | 20 | - | - | - | - | - | - | - | - | - |
| Sundry | 2013 | 20 | - | - | - | - | - | - | - | - | - |
| Sundry | 2014 | 20 | 35,441 | - | - | 35,441 | 14,177 | 7,088 | - | 21,265 | 14,176 |
| Sundry | 2015 | 20 | 9,745 | - | - | 9,745 | 1,949 | 1,949 | - | 3,898 | 5,847 |
| Sundry | 2016 | 20 | - | 6,822 | - | 6,822 | - | 1,364 | - | 1,364 | 5,458 |
| | | | 76,592 | 6,822 | - | 83,413 | 47,206 | 10,727 | - | 57,933 | 25,481 |
| **Computer and network equipment** | | | | | | | | | | | |
| Computer equipment | 2011 | 20 | 83,648 | - | - | 83,648 | 83,648 | - | - | 83,648 | - |
| Computer equipment | 2012 | 20 | 807,537 | - | - | 807,537 | 636,589 | 161,507 | - | 798,096 | 9,441 |
| Computer equipment | 2013 | 20 | 413,819 | - | - | 413,819 | 248,292 | 82,764 | - | 331,056 | 82,763 |
| Computer equipment | 2014 | 20 | 259,723 | - | - | 259,723 | 103,890 | 51,945 | - | 155,835 | 103,888 |
| Computer equipment | 2015 | 20 | 322,776 | - | - | 322,776 | 64,555 | 64,555 | - | 129,110 | 193,666 |
| Computer equipment | 2016 | 20 | - | 44,572 | - | 44,572 | - | 8,914 | - | 8,914 | 35,658 |
| | | | 1,887,503 | 44,572 | - | 1,932,075 | 1,136,974 | 369,685 | - | 1,506,659 | 425,416 |
| **Total tangible assets** | | | 2,009,407 | 101,453 | - | 2,110,860 | 1,184,180 | 380,412 | - | 1,564,592 | 546,268 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 5

## Webrilla Ltd

### COMPUTATION OF WEAR AND TEAR ALLOWANCES

For the year ended 31 December 2016

| | Year | % | COST | | | | ANNUAL ALLOWANCES | | | | Net value |
| | | | Balance 1/1/2016 | Additions for the year | Disposals for the year | Balance 31/12/2016 | Balance 1/1/2016 | Charge for the year | On disposals | Balance 31/12/2016 | 31/12/2016 |
| | | | US$ | US$ | US$ | US$ | US$ | US$ | US$ | US$ | US$ |
| **Computer software** | | | | | | | | | | | |
| Software | 2010 | 33 | 8,749 | - | - | 8,749 | 8,749 | - | - | 8,749 | - |
| Software | 2012 | 33 | 1,187 | - | - | 1,187 | 1,187 | - | - | 1,187 | - |
| Software | 2013 | 33 | 1,980 | - | - | 1,980 | 1,980 | - | - | 1,980 | - |
| Software | 2014 | 33 | 3,500 | - | - | 3,500 | 3,500 | - | - | 3,500 | - |
| Software | 2016 | 33 | - | 3,344,960 | - | 3,344,960 | - | 1,114,875 | - | 1,114,875 | 2,230,085 |
| | | | 15,416 | 3,344,960 | - | 3,360,376 | 15,416 | 1,114,875 | - | 1,130,291 | 2,230,085 |
| **Domains** | | | | | | | | | | | |
| Domains | 2016 | 20 | - | 602,965 | - | 602,965 | - | 120,593 | - | 120,593 | 482,372 |
| | | | - | 602,965 | - | 602,965 | - | 120,593 | - | 120,593 | 482,372 |
| Total intangible assets | | | 15,416 | 3,947,925 | - | 3,963,341 | 15,416 | 1,235,468 | - | 1,250,884 | 2,712,457 |
| Total assets | | | 7,024,823 | 4,049,378 | - | 6,074,201 | 1,199,596 | 1,615,880 | - | 2,815,476 | 3,258,725 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 6

### Webzilla Ltd

COMPUTATION OF CORPORATE TAX

For the year ended 31 December 2016

|  | Schedule | US$ | US$ |
|---|---|---|---|
| Net profit before tax per income statement | 1 | | 860.752 |
| Add: | | | |
| Depreciation | | 422.944 | |
| Realised foreign exchange loss | | 64.905 | |
| Registrar annual fee | | 366 | |
| Non charitable donations | | 12.370 | |
| Fines | | 10.066 | |
| Deemed interest on receivable balances | | 456.856 | |
| Saloon car expenses | | 10.680 | |
| Deemed interest on loans receivable | | 4.462 | |
| | | | 982.549 |
| | | | 1.843.301 |
| Less: | | | |
| Annual wear and tear allowances | 5 | 1.615.880 | |
| Interest income | | 367 | |
| | | | (1.616.247) |
| Chargeable income for the year | | | 227.054 |
| | | | € |
| Converted into € at US$ 1,106900 = €1 | | | 205.126 |
| Loss brought forward | | | (214.424) |
| Loss carried forward | | | (9.298) |

### CALCULATION OF TAX LOSSES FOR THE FIVE YEAR PERIOD

| Tax year | Profits/(losses) for the tax year | Gains Offset | | Gains Offset | | Gains Offset | |
|---|---|---|---|---|---|---|---|
| | € | Amount € | Year | Amount € | Year | Amount € | Year |
| 2011 | - | - | | | | | |
| 2012 | - | - | | - | | - | |
| 2013 | - | - | | - | | - | |
| 2014 | (209.862) | 205.126 | 2016 | - | | - | |
| 2015 | (4.562) | - | | - | | - | |
| 2016 | 205.126 | - | | - | | - | |

| Net loss carried forward | (9.298) |
|---|---|

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 7

### Webzilla Ltd

### CERTIFICATE

### For the year ended 31 December 2016

We hereby certify, to the best of our knowledge and belief, that:

1)  The proceeds of all sales and all other income have been properly recorded as such in the books produced to KPMG Limited.

2)  All expenses for the year under review represent expenses incurred wholly and exclusively for the Company's business and have been properly recorded as such in the books produced to KPMG Limited.

3)  All transactions affecting the business for the year under review have been properly recorded in the books produced to KPMG Limited.

4)  All reserves are properly shown and all necessary provisions have been duly made and shown as such in the books produced to KPMG Limited.

5)  All assets and liabilities have been properly taken up as at 31 December 2016 in the books produced to KPMG Limited.

6)  All investments in non listed titles were presented to KPMG Limited at their fair value, as determined by the Company.

7)  The Company had no contingent liabilities as at 31 December 2016.

8)  No events have occurred and no facts have been discovered since the year-end, which could materially affect the true and fair view of these financial statements as at 31 December 2016.

Yours truly,

Kostyantin Bezruchenko
Director

Rajesh Kumar Mishra
Director

Regina Biktimirova
Director

Larnaca, 7 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

# WEBZILLA SINGAPORE PTE LTD

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## Webzilla Singapore PTE Ltd

### REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

### CONTENTS

| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 3 |
| Independent Auditors' report | 4 & 6 |
| Statement of profit or loss and other comprehensive income | 7 |
| Statement of financial position | 8 |
| Statement of changes in equity | 9 |
| Statement of cash flows | 10 |
| Notes to the financial statements | 11 - 23 |

P-G004105

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Webzilla Singapore PTE Ltd**

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Kostyantyn Bezruchenko |
| | Rajesh Kumar Mishra |
| Secretary | Sim Cheng Lin |
| Independent Auditors | KPMG Limited |
| Management | Alexey Gubarev (CEO) |
| | Rajesh Kumar Mishra (CFO) |
| Banker | United Overseas Bank Limited Co. |
| Registered Office | 10 Ubi Crescent #07-51 |
| | Ubi Techpark 408564 |
| | Singapore |
| Registration number | 200001687Z |

P-G004106

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

2

## Webzilla Singapore PTE Ltd

### MANAGEMENT REPORT

The Board of Directors of Webzilla Singapore PTE Ltd (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

### PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The principal activities of the Company are the provision of internet access and other computer service activities.

### FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 7 to the financial statements. The net profit for the year attributable to the shareholders of the Company amounted to SG$800.604 (2015: SG$108.982 loss).

### REVENUE

The Company's revenue for the year ended 31 December 2016 was SG$2.638.725 (2015: SG$1.197.859).

### DIVIDENDS

The Board of Directors does not recommend the payment of a dividend and the net profit for the year is retained.

### MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 18 to the financial statements.

### CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security

### LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

3

### Webzilla Singapore PTE Ltd

### MANAGEMENT REPORT *(continued)*

#### FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

#### SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

#### BRANCHES

During the year ended 31 December 2016 the Company did not operate any branches.

#### BOARD OF DIRECTORS

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors.

#### EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

#### RELATED PARTY TRANSACTIONS

Disclosed in note 17 to the financial statements.

#### INDEPENDENT AUDITORS

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Rajesh Kumar Mishra
Director

Larnaca, 3 July 2017

P-G004108

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



4

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

### Independent Auditors' report

### to the Members of

### Webzilla Singapore PTE Ltd

#### Opinion

We have audited the accompanying financial statements of Webzilla Singapore PTE Ltd (the "Company"), which are presented on pages 7 to 23 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

#### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements"* section of our report. We are independent of the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

Webzilla Singapore PTE Ltd

## Other information

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

## Responsibilities of the Board of Directors for the financial statements

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the Board of Directors is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

## Auditors' responsibilities for the audit of the financial statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

* Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

Webzilla Singapore PTE Ltd

Auditors' responsibilities for the audit of the financial statements *(continued)*

* Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

* Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.

* Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.

* Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

Other matter

This report, including the opinion, has been prepared for and only for the Company's members as a body  and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of Singapore Companies Ordinance and are not intended for statutory filing.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors

Larnaca, 7 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

7

## Webzilla Singapore PTE Ltd

### STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 SG$ | 2015 SG$ |
|---|---|---|---|
| Revenue | 4 | 2,638,725 | 1,197,859 |
| Cost of sales | 5 | (699,298) | (564,570) |
| Gross profit | | 1,939,427 | 633,289 |
| Selling and distribution expenses | | (332,789) | (78,276) |
| Administrative expenses | 6 | (800,158) | (650,129) |
| Operating profit/(loss) | 7 | 806,480 | (95,116) |
| Finance income | | (3,849) | (9,825) |
| Finance expenses | | (4,497) | (3,841) |
| Net finance expenses | 8 | (8,346) | (13,666) |
| Profit/(loss) before tax | | 798,134 | (108,782) |
| Tax | | 2,470 | (200) |
| Profit/(loss) for the year | | 800,604 | (108,982) |
| Other comprehensive income | | - | - |
| Total comprehensive income/(expense) for the year | | 800,604 | (108,982) |

The notes on pages 11 to 23 are an integral part of these financial statements.

P-G004112

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

### Webzilla Singapore PTE Ltd

### STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

|  | Note | 2016 SGS | 2015 SGS |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 9 | 1.885.297 | 684.745 |
| **Total non-current assets** | | 1.885.297 | 684.745 |
| **Current assets** | | | |
| Trade and other receivables | 11 | 221.377 | 514.142 |
| Loans receivable | 10 | 2.920 | -- |
| Cash and cash equivalents | 12 | 30.976 | 31.515 |
| **Total current assets** | | 255.273 | 545.657 |
| **Total assets** | | 2.140.570 | 1.230.402 |
| **Equity** | | | |
| Share capital | 13 | 100 | 100 |
| Reserves | 14 | 348.637 | (451.967) |
| **Total equity** | | 348.737 | (451.867) |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Trade and other payables | 15 | 1.791.833 | 1 679.799 |
| Tax liability | 16 | - | 2.470 |
| **Total current liabilities** | | 1.791.833 | 1.682.269 |
| **Total liabilities** | | 1.791.833 | 1.682.269 |
| **Total equity and liabilities** | | 2.140.570 | 1.230.402 |

On 3 July 2017 the Board of Directors of Webzilla Singapore PTE Ltd approved and authorised these financial statements for issue.

........................................
Kostyantyn Bezruchenko
Director

........................................
Rajesh Kumar Mishra
Director

The notes on pages 13 to 26 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Webzilla Singapore PTE Ltd**

STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Share capital SG$ | Retained earnings SG$ | Total SG$ |
|---|---|---|---|
| Balance at 1 January 2015 | 100 | (342.985) | (342.885) |
| Loss for the year | - | (108.982) | (108.982) |
| Balance at 31 December 2015 | 100 | (451.967) | (451.867) |
| | | | |
| Balance at 1 January 2016 | 100 | (451.967) | (451.867) |
| Profit for the year | - | 800.604 | 800.604 |
| Balance at 31 December 2016 | 100 | 348.637 | 348.737 |

The notes on pages 11 to 23 are an integral part of these financial statements.

P-G004114

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

### Webzilla Singapore PTE Ltd

### STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 SG$ | 2015 SG$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit/(loss) for the year | | 800,604 | (108,982) |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | 9 | 286,574 | 45,265 |
| Income tax expense | | (2,470) | 200 |
| **Cash generated from/(used in) operations before working capital changes** | | 1,084,708 | (63,517) |
| Decrease/(increase) in trade and other receivables | | 292,765 | (39,986) |
| Increase in trade and other payables | | 112,034 | 835,564 |
| **Cash generated from operations** | | 1,489,507 | 732,061 |
| Tax paid | | – | (200) |
| **Net cash generated from operating activities** | | 1,489,507 | 731,861 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of property, plant and equipment | 9 | (1,487,126) | (730,010) |
| Loans granted | 10 | (2,920) | – |
| **Net cash used in investing activities** | | (1,490,046) | (730,010) |
| | | | |
| **Cash flows from financing activities** | | – | – |
| | | | |
| **Net (decrease)/increase in cash and cash equivalents** | | (539) | 1,851 |
| Cash and cash equivalents at beginning of the year | | 31,515 | 29,664 |
| | | | |
| **Cash and cash equivalents at end of the year** | 12 | 30,976 | 31,515 |

The notes on pages 11 to 23 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

11

### Webzilla Singapore PTE Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 1. INCORPORATION AND PRINCIPAL ACTIVITIES

Webzilla Singapore PTE Ltd (the "Company") was incorporated in Singapore on 1 March 2000 as a private company with limited liability. Its registered office is at 10 Ubi Crescent #07-51, Ubi Techpark 408564, Singapore.

The principal activities of the Company are the provision of internet access and other computer service activities.

### 2. BASIS OF PREPARATION

**(a) Statement of compliance**
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

**(e) Functional and presentation currency**
The financial statements are presented in Singapore Dollars (SG$) which is the functional currency of the Company.

### 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

P-G004116

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

### Webzilla Singapore PTE Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 3.   SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

* *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

*(i)  Functional currency*
  Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

*(ii)  Transactions and balances*
  Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Tax
Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

Financial instruments
Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

*(i)  Trade and other receivables*
  Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii)  Loans granted*
  Loans originated by the Company by providing money directly to the borrower are categorised as loans and are carried at amortised cost. The amortised cost is the amount at which the loan granted is measured at initial recognition minus principal repayments, plus or minus the cumulative amortization using the effective interest method of any difference between the initial amount and the maturity amount, and minus any reduction for impairment or uncollectibility. All loans are recognised when cash is advanced to the borrower.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

Webzilla Singapore PTE Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 3.   SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Financial instruments (continued)

The effective interest method is a method of calculating the amortised cost of a financial asset or a financial liability (or group of financial assets or financial liabilities) and of allocating the interest income or interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument or, when appropriate, a shorter period to the net carrying amount of the financial asset or financial liability.

*(iii)  Cash and cash equivalents*

For the purpose of the statement of cash flows, cash and cash equivalents comprise cash at bank and in hand.

*(iv)  Borrowings*

Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(v)  Trade and other payables*

Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Share capital

Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Comparatives

Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

### 4.   REVENUE

|  | 2016 SG$ | 2015 SG$ |
|---|---|---|
| Revenue | 2,556,652 | 367,823 |
| Intercompany revenue (note 17) | 82,073 | 830,036 |
|  | 2,638,725 | 1,197,859 |

P-G004118

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

### Webzilla Singapore PTE Ltd

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 5. COST OF SALES

|  | 2016 SG$ | 2015 SG$ |
|---|---|---|
| Cost of sales | 569.971 | 447.139 |
| Intercompany costs (note 17) | 129.327 | 117.431 |
|  | 699.298 | 564.570 |

## 6. ADMINISTRATIVE EXPENSES

|  | 2016 SG$ | 2015 SG$ |
|---|---|---|
| Staff costs | 232.663 | 294.698 |
| Rent | 27.200 | 31.200 |
| Office expenses | 2.862 | 3.509 |
| Sales and marketing expenses | 41.348 | 8.849 |
| Independent auditors' remuneration - current year | 4.112 | 3.091 |
| Independent auditors' remuneration - prior years | 8.129 | 3.969 |
| Other professional fees | 23.510 | 58.241 |
| Travelling | 11.696 | 10.128 |
| Irrecoverable VAT | - | 11.807 |
| General administration expenses | 2.874 | 12.067 |
| Intercompany expenses (note 17) | 159.190 | 167.305 |
| Depreciation | 286.574 | 45.265 |
|  | 800.158 | 650.129 |

## 7. OPERATING PROFIT /(LOSS)

|  | Note | 2016 SG$ | 2015 SG$ |
|---|---|---|---|
| Operating profit/(loss) is stated after charging the following items: |  |  |  |
| Depreciation of property, plant and equipment | 9 | 286.574 | 45.265 |
| Staff costs |  | 232.663 | 294.698 |
| Independent auditors' remuneration - current year |  | 4.112 | 3.091 |
| Independent auditors' remuneration - prior years |  | 8.129 | 3.969 |
| Trade receivables – impairment charge for bad and doubtful debts |  | 332.789 | 78.276 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

15

## Webzilla Singapore PTE Ltd

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 8. NET FINANCE EXPENSES AND EXPENSES

|                          | 2016 SG$ | 2015 SG$ |
|--------------------------|----------|----------|
| Exchange profit          | (3.849)  | (9.825)  |
|                          | (3.849)  | (9.825)  |
| Sundry finance expenses  | (4.497)  | (3.841)  |
| Finance expenses         | (4.497)  | (3.841)  |
| Net finance expenses     | (8.346)  | (13.666) |

## 9. PROPERTY, PLANT AND EQUIPMENT

|                               | Furniture, fixtures and office equipment SG$ | Computer equipment SG$ | Total SG$ |
|-------------------------------|---------------------------------------------|------------------------|-----------|
| **Cost**                      |                                             |                        |           |
| Balance at 1 January 2015     | 16.681                                      | 288.797                | 305.478   |
| Additions                     | -                                           | 730.010                | 730.010   |
| Balance at 31 December 2015   | 16.681                                      | 1.018.807              | 1.035.488 |
|                               |                                             |                        |           |
| Balance at 1 January 2016     | 16.681                                      | 1.018.807              | 1.035.488 |
| Additions                     | -                                           | 1.487.126              | 1.487.126 |
| Balance at 31 December 2016   | 16.681                                      | 2.505.933              | 2.522.614 |
|                               |                                             |                        |           |
| **Depreciation**              |                                             |                        |           |
| Balance at 1 January 2015     | 16.681                                      | 288.797                | 305.478   |
| Depreciation for the year     | -                                           | 45.265                 | 45.265    |
| Balance at 31 December 2015   | 16.681                                      | 334.062                | 350.743   |
|                               |                                             |                        |           |
| Balance at 1 January 2016     | 16.681                                      | 334.062                | 350.743   |
| Depreciation for the year     | -                                           | 286.574                | 286.574   |
| Balance at 31 December 2016   | 16.681                                      | 620.636                | 637.317   |
|                               |                                             |                        |           |
| **Carrying amounts**          |                                             |                        |           |
| Balance at 31 December 2016   | -                                           | 1.885.297              | 1.885.297 |
| Balance at 31 December 2015   | -                                           | 684.745                | 684.745   |

P-G004120

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

### Webzilla Singapore PTE Ltd

#### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

#### 10.  LOANS RECEIVABLE

|  | 2016 SG$ | 2015 SG$ |
|---|---|---|
| Balance at 1 January | ~ | ~ |
| New loans granted | 2,920 | – |
| Balance at 31 December | 2,920 | – |

|  | 2016 SG$ | 2015 SG$ |
|---|---|---|
| Loans to related companies (note 17 (v)) | 2,920 | – |
|  | 2,920 | – |

The loans are repayable as follows:

|  | 2016 SG$ | 2015 SG$ |
|---|---|---|
| Between one and five years | 2,920 | – |

The exposure of the Company to credit risk is reported in note 18 to the financial statements.

#### 11.  TRADE AND OTHER RECEIVABLES

|  | 2016 SG$ | 2015 SG$ |
|---|---|---|
| Trade receivables | 508,630 | 533,323 |
| Less: Provision for impairment of receivables | (385,823) | (87,932) |
| Trade receivables – net | 122,807 | 445,391 |
| Receivables from related companies (note 17 (iv)) | 80,193 | 5,986 |
| Deposits and prepayments | 5,083 | 11,307 |
| Refundable Sales tax | 13,294 | 51,458 |
|  | 221,377 | 514,142 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to credit risk and impairment losses in relation to trade and other receivables is reported in note 18 to the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

### Webzilla Singapore PTE Ltd

#### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

#### 12.  CASH AND CASH EQUIVALENTS

|  | 2016 SG$ | 2015 SG$ |
|---|---|---|
| Cash in hand | 187 | 623 |
| Cash at bank | 30,789 | 30,892 |
|  | 30,976 | 31,515 |

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

|  | 2016 SG$ | 2015 SG$ |
|---|---|---|
| Cash and cash equivalents | 30,976 | 31,515 |
|  | 30,976 | 31,515 |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 18 to the financial statements.

#### 13.  SHARE CAPITAL

|  | 2016 Number of shares | 2016 SG$ | 2015 Number of shares | 2015 SG$ |
|---|---|---|---|---|
| **Authorised** |  |  |  |  |
| Ordinary shares of SG$1 each | 100 | 100 | 100 | 100 |
| **Issued and fully paid** |  |  |  |  |
| Balance at 1 January | 100 | 100 | 100 | 100 |
| Balance at 31 December | 100 | 100 | 100 | 100 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

## Webzilla Singapore PTE Ltd

## NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

### 14.  RESERVES

|  | Retained earnings SGS | Total SGS |
|---|---|---|
| Balance at 1 January 2015 | (342.985) | (342.985) |
| Loss for the year | (108.982) | (108.982) |
| Balance at 31 December 2015 | (451.967) | (451.967) |
| Balance at 1 January 2016 | (451.967) | (451.967) |
| Profit for the year | 800.604 | 800.604 |
| Balance at 31 December 2016 | 348.637 | 348.637 |

### 15.  TRADE AND OTHER PAYABLES

|  | 2016 SGS | 2015 SGS |
|---|---|---|
| Trade payables | 266.097 | 173.833 |
| Directors' current accounts - credit balances (note 17) | 295 | 295 |
| Payables to parent (note 17 (vi)) | 638.363 | 497.534 |
| Accruals | 6.408 | 4.886 |
| Deferred income | 167.803 | 208.647 |
| Payables to related companies (note 17 (vii)) | 712.867 | 794.604 |
|  | 1.791.833 | 1.679.799 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to liquidity risk in relation to financial instruments is reported in note 18 to the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

19

### Webzilla Singapore PTE Ltd

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

16.  **TAX LIABILITY**

|  | 2016 SGS | 2015 SGS |
|---|---|---|
| Corporation tax | - | 2,470 |
|  | - | 2,470 |

There are transactions and calculations for which the ultimate tax determination is uncertain during the ordinary course of business. The Company recognises liabilities for anticipated tax audit issues based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such differences will impact the income tax and deferred tax provisions in the period in which such determination is made.

17.  **RELATED PARTY TRANSACTIONS**

The Company is controlled by XBT Holdings Ltd, incorporated in Cyprus, which owns 100% of the Company's shares.

The transactions and balances with related parties are as follows:

**(i) Sale of services (note 4)**

|  | Nature of transactions | 2016 SGS | 2015 SGS |
|---|---|---|---|
| Webzilla Inc | Trade | 7,500 | 21,900 |
| IBEE Software Solutions PVT LTD | Trade | 1,344 | 298 |
| Root S.A | Trade | 73,229 | 55,138 |
| Webzilla B.V | Trade | - | 752,700 |
|  |  | 82,073 | 830,036 |

**(ii) Purchase of services (note 5)**

|  | Nature of transactions | 2016 SGS | 2015 SGS |
|---|---|---|---|
| Root S.A | Trade | 366 | 366 |
| IP Transit | Trade | 99,813 | 84,044 |
| Fozzy Inc | Trade | 633 | 535 |
| Dedicated Servers INC | Trade | 28,515 | 22,863 |
| Webzilla B.V | Trade | - | 9,623 |
|  |  | 129,327 | 117,431 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

20

Webzilla Singapore PTE Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 17. RELATED PARTY TRANSACTIONS *(continued)*

### (iii) Intercompany expenses (note 6)

|  | 2016 SG$ | 2015 SG$ |
|---|---|---|
| Webzilla Inc | 26.800 | 35.746 |
| Webzilla Ltd | 49.646 | 49.339 |
| XBT Holding Ltd | 82.744 | 82.220 |
|  | 159.190 | 167.305 |

### (iv) Receivables from related companies (note 11)

| Name | Nature of transactions | 2016 SG$ | 2015 SG$ |
|---|---|---|---|
| IBEE Software Solutions PVT LTD | Trade | 1.642 | - |
| Webzilla Limited | Trade | - | 298 |
| UCDN Inc | Trade | 2.815 | 2.815 |
| Root SA | Trade | 75.736 | 2.873 |
|  |  | 80.193 | 5.986 |

### (v) Loans to associates (note 10)

|  | 2016 SG$ | 2015 SG$ |
|---|---|---|
| Auka Invest PTE LTD | 421 | - |
| BK Tech Investments PTE LTD | 2.499 | - |
|  | 2.920 | - |

### (vi) Payables to parent companies (note 15)

| Name | Nature of transactions | 2016 SG$ | 2015 SG$ |
|---|---|---|---|
| XBT Holding Ltd | Trade | 638.363 | 497.534 |
|  |  | 638.363 | 497.534 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

21

## Webzilla Singapore PTE Ltd

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 17.  RELATED PARTY TRANSACTIONS *(continued)*

(vii) Payables to related companies (note 15)

| Name | Nature of transactions | 2016 SG$ | 2015 SG$ |
|---|---|---|---|
| Webzilla Inc | Trade | 42.607 | 23.027 |
| Webzilla Ltd | Trade | 250.902 | 584.732 |
| Fozzy Inc | Trade | 8.315 | 7.682 |
| Servers.com BV | Trade | 18.829 | - |
| Dedicated Servers Inc | Trade | 62.636 | 34.121 |
| Webzilla B.V | Trade | 4.176 | 4.176 |
| Webzilla Dallas INC | Trade | 60.859 | 60.859 |
| IP Transit Inc | Trade | 179.820 | 80.007 |
| Servers.com Inc | Trade | 84.723 | - |
| | | 712.867 | 794.604 |

### 18.  FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

### A. Financial risk management

*(i)  Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 11.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

## Webzilla Singapore PTE Ltd

### NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

## 18.  FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

### *(i)  Credit risk (continued)*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 11.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

### *(ii)  Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

### (iii)  Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

### Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

## 19.  FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 20.  CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

**Webzilla Singapore PTE Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 21. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

### 22. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

P-G004128

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

XBT HOLDING LTD

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## XBT Holding Ltd

### REPORT AND FINANCIAL STATEMENTS

### For the year ended 31 December 2016

## CONTENTS

|  | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 4 |
| Independent Auditors' report | 5 & 8 |
| Statement of profit or loss and other comprehensive income | 9 |
| Statement of financial position | 10 |
| Statement of changes in equity | 11 |
| Statement of cash flows | 12 |
| Notes to the financial statements | 13 - 32 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## XBT Holding Ltd

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra |
| | Kostyantyn Bezruchenko |
| Secretary | Regina Biktimirova (appointed 29 June 2016) |
| | Vinteli Nominee Services Ltd |
| Independent Auditors | KPMG Limited |
| Management | Aleksey Gubarev (CEO) |
| | Rajesh Kumar Mishra (CFO) |
| Bankers | Piraeus Bank (Cyprus) Ltd |
| | ABN-AMRO |
| Registered Office | Arch. Makariou III, 135 |
| | Emelle Building, 4th floor |
| | 3021 Limassol |
| | Cyprus |
| Registration number | HE265343 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

2

## XBT Holding Ltd

## MANAGEMENT REPORT

The Board of Directors of XBT Holding Ltd (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

## PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The principal activities of the Company is the holding of investments.

## FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 9 to the financial statements. The net profit for the year attributable to the shareholders of the Company amounted to US$3,971,892 (2015: US$3,893,792).

## REVENUE

The Company's revenue for the year ended 31 December 2016 was US$6,354,792 (2015: US$6,309,906).

## DIVIDENDS

On 31 December 2016 the Company in General Meeting declared the payment of a final dividend of US$5,500,000 (2015: US$5,479,500).

## MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 23 to the financial statements.

## INTEREST RATE RISK

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Company to cash flow interest rate risk. Borrowings issued at fixed rates expose the Company to fair value interest rate risk. Company's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

## CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

## LIQUIDITY RISK

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

3

## XBT Holding Ltd

### MANAGEMENT REPORT *(continued)*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

### FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

### SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

### BRANCHES

During the year ended 31 December 2016 the Company did not operate any branches.

### BOARD OF DIRECTORS

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors.

### EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

### RELATED PARTY TRANSACTIONS

Disclosed in note 22 to the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

4

## XBT Holding Ltd

### MANAGEMENT REPORT *(continued)*

## INDEPENDENT AUDITORS

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors.

Regina Biktimirova
Secretary

Larnaca, 7 July 2017

P-G004134

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



5

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippiou Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

### Independent Auditors' report

### to the Members of

### XBT Holding Ltd

### Report on the audit of the financial statements

#### Opinion

We have audited the accompanying financial statements of parent company XBT
Holding Ltd (the "Company"), which are presented on pages 9 to 32 and comprise
the statement of financial position as at 31 December 2016, and the statements of
profit or loss and other comprehensive income, changes in equity and cash flows
for the year then ended, and notes to the financial statements, including a
summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of
the financial position of the Company as at 31 December 2016, and of its financial
performance and its cash flows for the year then ended in accordance with
International Financial Reporting Standards as adopted by the European Union
(IFRS-EU) and the requirements of the Cyprus Companies Law, Cap. 113, as
amended from time to time (the "Companies Law, Cap.113").

#### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing
(ISAs). Our responsibilities under those standards are further described in the
"Auditors' responsibilities for the audit of the financial statements"' section of
our report. We are independent of the the Company in accordance with the Code
of Ethics for Professional Accountants of the International Ethics Standards
Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that
are relevant to our audit of the financial statements, and we have fulfilled our
other ethical responsibilities in accordance with these requirements and the
IESBA Code. We believe that the audit evidence we have obtained is sufficient
and appropriate to provide a basis for our audit opinion.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



Independent Auditors' report

to the Members of

XBT Holding Ltd

## Other information

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

## Responsibilities of the Board of Directors for the financial statements

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with IFRS-EU and the requirements of the Companies Law, Cap. 113, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the Board of Directors is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

## Auditors' responsibilities for the audit of the financial statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

P-G004136

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

XBT Holding Ltd

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

* Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

* Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.

* Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.

* Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Report on other legal requirements**

Pursuant to the additional requirements of the Auditors and Statutory Audits of Annual and Consolidated Accounts Law of 2009, L 42(I)/2009, as amended from time to time ("Law 42(I)/2009"), we report the following:

* We have obtained all the information and explanations we considered necessary for the purposes of our audit.

* In our opinion, proper books of account have been kept by the Company, so far as it appears from our examination of those books.

* The Company's financial statements are in agreement with the books of account.

* In our opinion and to the best of our information and according to the explanations given to us, the financial statements give the information required by the Companies Law, Cap. 113, in the manner so required.

* In our opinion, the Management Report on pages 2 and 4, the preparation of which is the responsibility of the Board of Directors, has been prepared in accordance with the requirements of the Companies Law, Cap 113, and the information given is consistent with the financial statements.

* In the light of the knowledge and understanding of the business and the Company's environment obtained in the course of our audit, we have not identified material misstatements in the Management Report.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**KPMG**

Independent Auditors' report

to the Members of

XBT Holding Ltd

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body in accordance with Section 34 of Law 42(I)/2009 and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

We have reported separately on the consolidated financial statements of the Company and its subsidiaries for the year ended 31 December 2016.

Panicos Antoniades, FCCA
Certified Public Accountant and Registered Auditor
for and on behalf of

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

11 July 2017

P-G004138

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

9

## XBT Holding Ltd

### STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

#### For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Revenue | 4 | 6.354.792 | 6.309.906 |
| Cost of sales | 5 | (30.894) | (4.100) |
| Gross profit | | 6.323.898 | 6.305.806 |
| | | | |
| Administrative and selling expenses | 6 | (1.991.575) | (2.182.981) |
| Operating profit | 7 | 4.332.323 | 4.122.825 |
| Net finance expenses | 8 | (360.431) | (229.033) |
| Profit before tax | | 3.971.892 | 3.893.792 |
| Tax | 9 | - | - |
| Profit for the year | | 3.971.892 | 3.893.792 |
| | | | |
| Other comprehensive income | | - | - |
| Total comprehensive income for the year | | 3.971.892 | 3.893.792 |

The notes on pages 13 to 32 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

## XBT Holding Ltd

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 11 | 816,847 | 824,557 |
| Intangible assets | 12 | 2,180,989 | 3,180,236 |
| Investments in subsidiaries | 13 | 227,043,713 | 221,847,593 |
| Non-current loans receivable | 14 | 90,857 | 2,642,571 |
| Total non-current assets | | 230,132,406 | 228,494,957 |
| | | | |
| **Current assets** | | | |
| Trade and other receivables | 15 | 8,077,672 | 9,377,254 |
| Cash and cash equivalents | 16 | 12,427 | 1,358,863 |
| Total current assets | | 8,090,099 | 10,736,117 |
| | | | |
| Total assets | | 238,222,505 | 239,231,074 |
| | | | |
| **Equity** | | | |
| Share capital | 17 | 1,368,045 | 1,368,045 |
| Share premium | | 4,933,292 | 4,933,292 |
| Reserves | 18 | 210,922,040 | 212,450,148 |
| Total equity | | 217,223,377 | 218,751,485 |
| | | | |
| **Liabilities** | | | |
| **Non-current liabilities** | | | |
| Loans and borrowings | 19 | 3,205,385 | 4,841,125 |
| Total non-current liabilities | | 3,205,385 | 4,841,125 |
| | | | |
| **Current liabilities** | | | |
| Trade and other payables | 20 | 17,693,681 | 15,544,082 |
| Tax liability | 21 | 53,476 | 53,476 |
| Total current liabilities | | 17,793,743 | 15,638,464 |
| | | | |
| Total liabilities | | 20,999,128 | 20,479,589 |
| | | | |
| Total equity and liabilities | | 238,222,505 | 239,231,074 |

On 7 July 2017 the Board of Directors of XBT Holding Ltd approved and authorised these financial statements for issue.

............................................
Rajesh Kumar Mishra
Director

............................................
Kostyantyn Bezruchenko
Director

The notes on pages 13 to 32 are an integral part of these financial statements.

P-G004140

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

11

## XBT Holding Ltd

### STATEMENT OF CHANGES IN EQUITY

#### For the year ended 31 December 2016

| | Note | Share capital US$ | Share premium US$ | Capital reserve US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|---|---|---|
| Balance at 1 January 2015 | | 1,368,045 | 4,933,292 | 212,968,067 | 1,067,789 | 220,337,193 |
| Profit for the year | | - | - | - | 3,893,792 | 3,893,792 |
| Dividends | 10 | - | - | - | (5,479,500) | (5,479,500) |
| Balance at 31 December 2015 | | 1,368,045 | 4,933,292 | 212,968,067 | (517,919) | 218,751,485 |
| Balance at 1 January 2016 | | 1,368,045 | 4,933,292 | 212,968,067 | (517,919) | 218,751,485 |
| Profit for the year | | - | - | - | 3,971,892 | 3,971,892 |
| Dividends | 10 | - | - | - | (5,500,000) | (5,500,000) |
| Balance at 31 December 2016 | | 1,368,045 | 4,933,292 | 212,968,067 | (2,046,027) | 217,223,377 |

Companies which do not distribute 70% of their profits after tax, as defined by the Special Contribution for the Defence of the Republic Law, during the two years after the end of the year of assessment to which the profits refer, will be deemed to have distributed this amount as dividend. Special contribution for defence at 17% will be payable on such deemed dividend to the extent that the ultimate shareholders at the end of the period of two years from the end of the year of assessment to which the profits refer are both Cyprus tax resident and Cyprus domiciled. The amount of this deemed dividend distribution is reduced by any actual dividend paid out of the profits of the relevant year at any time. This special contribution for defence is paid by the company for the account of the shareholders.

The notes on pages 13 to 32 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

**XBT Holding Ltd**

STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit for the year | | 3.971.892 | 3.893.792 |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | 11 | 255.086 | 199.111 |
| Unrealised exchange profit | | (43.636) | (29.914) |
| Amortisation of computer software | 12 | 1.149.668 | 1.154.949 |
| Dividend income | 4 | (5.500.000) | (5.479.500) |
| Interest expense | 8 | 287.769 | 185.426 |
| **Cash generated from/(used in) operations before working capital changes** | | 120.779 | (76.136) |
| Decrease in inventories | | - | 20.000 |
| Decrease/(increase) in trade and other receivables | | 1.299.582 | (256.116) |
| Increase in trade and other payables | | 2.149.599 | 399.014 |
| **Cash generated from operations** | | 3.569.960 | 86.762 |
| Dividends received | | 5.500.000 | 5.479.500 |
| **Net cash generated from operating activities** | | 9.069.960 | 5.566.262 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of intangible assets | 12 | (150.421) | - |
| Payment for acquisition of property, plant and equipment | 11 | (247.376) | (176.629) |
| Payment for acquisition of investments in subsidiaries | 13 | (5.196.120) | - |
| Loans granted | 14 | (385.067) | (53.146) |
| Loans repayments received | 14 | 2.936.781 | - |
| **Net cash used in investing activities** | | (3.042.203) | (229.775) |
| | | | |
| **Cash flows from financing activities** | | | |
| Repayment of borrowings | 19 | (2.518.050) | - |
| Proceeds from borrowings | 19 | 638.177 | 2.335.739 |
| Unrealised exchange profit | | - | 29.914 |
| Interest paid | | - | (185.426) |
| Dividends paid | 10 | (5.500.000) | (5.479.500) |
| **Net cash used in financing activities** | | (7.379.873) | (3.299.273) |
| | | | |
| **Net (decrease)/increase in cash and cash equivalents** | | (1.352.116) | 2.037.214 |
| Cash and cash equivalents at beginning of the year | | 1.317.957 | (719.257) |
| | | | |
| **Cash and cash equivalents at end of the year** | 16 | (34.159) | 1.317.957 |

The notes on pages 13 to 32 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

## XBT Holding Ltd

## NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

### 1.  INCORPORATION AND PRINCIPAL ACTIVITIES

XBT Holding Ltd (the "Company") was incorporated in Cyprus on 8 April 2010 as a private limited liability company under the Cyprus Companies Law, Cap. 113. Its registered office is at Arch. Makariou III, 135, Emelle Building, 4th floor, 3021 Limassol, Cyprus.

The principal activities of the Company is the holding of investments.

### 2.  BASIS OF PREPARATION

#### (a) Statement of compliance
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as adopted by the European Union (EU) and the requirements of the Cyprus Companies Law, Cap.113.

The Company has also prepared consolidated financial statements in accordance with IFRSs for the Company and its subsidiaries (the "Group"). The consolidated financial statements can be obtained from Arch. Makariou III, 135, Emelle Building, 4th floor, P.C. 3021, Limassol, Cyprus.

Users of these parent's separate financial statements should read them together with the Group's consolidated financial statements as at and for the year ended 31 December 2016 in order to obtain a proper understanding of the financial position, the financial performance and the cash flows of the Company and the Group.

#### (b) Basis of measurement
The financial statements have been prepared under the historical cost convention.

#### (c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016. This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. Some of them were adopted by the European Union and others not yet. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

#### (d) Use of estimates and judgments
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

### XBT Holding Ltd

#### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 2. BASIS OF PREPARATION *(continued)*

### (d) Use of estimates and judgments (continued)

*Measurement of fair values*

A number of the Company's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities.

The Company has an established control framework with respect to the measurement of fair values. This includes a valuation team that has overall responsibility for overseeing all significant fair value measurements, including Level 3 fair values, and reports directly to the Chief Financial Officer.

The valuation team regularly reviews significant unobservable inputs and valuation adjustments. If third party information, such as broker quotes or pricing services, is used to measure fair values, then the valuation team assesses the evidence obtained from the third parties to support the conclusion that such valuations meet the requirements of IFRSs, including the level in the fair value hierarchy in which such valuations should be classified.

Significant valuation issues are reported to the Company's Audit Committee.

When measuring the fair value of an asset or a liability, the Company uses observable market data as far as possible.

Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows.

* Level 1 - quoted prices (unadjusted) in active markets for identical assets or liabilities.
* Level 2 - inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly (i.e. as prices) or indirectly (i.e. derived from prices).
* Level 3 - inputs for the asset or liability that are not based on observable market data (unobservable inputs).

If the inputs used to measure the fair value of an asset or a liability fall into different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.

The Company recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

### (e) Functional and presentation currency

The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

15

### XBT Holding Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

**Subsidiaries**

Subsidiaries are entities controlled by the Group. Control exists where the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

Investments in subsidiaries are stated at cost, which includes transaction costs, less provision for permanent diminution in value, which is recognised as an expense in the period in which the diminution is identified.

**Revenue recognition**

Revenues earned by the Company are recognised on the following bases:

* *Dividend income*

  Dividend from investments in securities is recognised when the right to receive payment is established. Withheld taxes are transferred to profit or loss. Interest from investments in securities is recognised on an accruals basis.

**Finance income**

Interest income is recognised on a time-proportion basis using the effective method.

**Finance expenses**

Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

**Foreign currency translation**

*(i) Functional currency*

  Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

*(ii) Transactions and balances*

  Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

**Dividends**

Dividend distribution to the Company's shareholders is recognised in the Company's financial statements in the year in which they are approved by the Company's shareholders.

**Property, plant and equipment**

Property, plant and equipment are measured at cost less accumulated depreciation and impairment losses.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 3.   SIGNIFICANT ACCOUNTING POLICIES (continued)

Property, plant and equipment (continued)

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment  The annual depreciation rates used for the current and comparative periods are as follows:

|                                        | %  |
|----------------------------------------|----|
| Motor vehicles                         | 20 |
| Furniture, fixtures and office equipment | 20 |
| Servers                                | 20 |

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of property, plant and equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess of the originally assessed standard of performance of the existing asset will flow to the Company. Major renovations are depreciated over the remaining useful life of the related asset.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Intangible assets

(i)   Computer software

Costs that are directly associated with identifiable and unique computer software products controlled by the Company and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

### XBT Holding Ltd

#### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Intangible assets (continued)

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Financial instruments
Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

*(i)   Loans granted*

Loans originated by the Company by providing money directly to the borrower are categorised as loans and are carried at amortised cost. The amortised cost is the amount at which the loan granted is measured at initial recognition minus principal repayments, plus or minus the cumulative amortization using the effective interest method of any difference between the initial amount and the maturity amount, and minus any reduction for impairment or uncollectibility. All loans are recognised when cash is advanced to the borrower.

The effective interest method is a method of calculating the amortised cost of a financial asset or a financial liability (or group of financial assets or financial liabilities) and of allocating the interest income or interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument or, when appropriate, a shorter period to the net carrying amount of the financial asset or financial liability.

*(ii)   Investments*

The Company classifies its investments in equity and debt securities in the following categories: financial assets at fair value through profit or loss, loans and receivables, held-to-maturity investments and available-for-sale financial assets. The classification depends on the purpose for which the investments were acquired. Management determines the classification of investments at initial recognition.

*   *Loans and receivables*

Investments with fixed or determinable payments that are not quoted in an active market and are not classified as financial assets at fair value through profit or loss or as financial assets available-for-sale.

*Recognition and measurement:*

Regular way purchases and sales of investments are recognised on trade-date which is the date on which the Company commits to purchase or sell the asset. Investments are initially recognised at fair value plus directly attributable transaction costs for all financial assets not carried at fair value through profit or loss. For financial assets at fair value through profit or loss the directly attributable transaction costs are recognised in profit or loss as incurred.

Realised and unrealised gains and losses arising from changes in the fair value of financial assets at fair value through profit or loss are included in profit or loss.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

### 3.  SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Financial instruments *(continued)*

*(iii) Cash and cash equivalents*

For the purpose of the statement of cash flows, cash and cash equivalents comprise cash at bank and bank overdrafts.

*(iv) Borrowings*

Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(v) Trade and other payables*

Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

### Share capital

Ordinary shares are classified as equity. The difference between the fair value of the consideration received by the Company and the nominal value of the share capital being issued is taken to the share premium account. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

### Non-current liabilities

Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

### Comparatives

Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

### 4.  REVENUE

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Revenues | 660 | 10,568 |
| Intercompany revenues (note 22) | 854,132 | 819,838 |
| Dividend income | 5,500,000 | 5,479,500 |
|  | 6,354,792 | 6,309,906 |

P-G004148

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

19

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 5. COST OF SALES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cost of sales | 29,591 | 1,476 |
| Intercompany costs (note 22) | 1,303 | 2,624 |
|  | 30,894 | 4,100 |

### 6. ADMINISTRATIVE EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Rent | 208,553 | 206,470 |
| Common expenses | 5,338 | 13,129 |
| Electricity | 18,157 | 18,001 |
| Insurance | 2,532 | - |
| Sales and marketing expenses | 44,954 | 49,812 |
| Advertising expenses | 141,335 | 242,480 |
| Independent auditors' remuneration - current year | 40,492 | 46,313 |
| Independent auditors' remuneration - prior years | (4,686) | 9 |
| Other professional fees | 24,880 | 102,333 |
| Fines | 300 | 100 |
| Travelling | 54,202 | 96,338 |
| Irrecoverable VAT | 722 | 8,285 |
| Motor vehicle running costs | 11,622 | 3,368 |
| General administration expenses | 12,684 | 9,221 |
| Intercompany expenses (note 22) | 25,876 | 33,062 |
| Depreciation | 1,404,615 | 1,354,060 |
|  | 1,991,575 | 2,182,981 |

### 7. OPERATING PROFIT

|  | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Operating profit is stated after charging the following items: |  |  |  |
| Depreciation of property, plant and equipment | 11 | 1,404,615 | 1,354,060 |
| Independent auditors' remuneration - current year |  | 40,492 | 46,313 |
| Independent auditors' remuneration - prior years |  | (4,686) | 9 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

20

### XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

## 8.  NET FINANCE INCOME AND EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Exchange profit | 43,636 | 59,878 |
|  | 43,636 | 59,878 |
| Net foreign exchange transaction losses | (40,884) | (69,051) |
| Interest expense | (287,769) | (185,426) |
| Sundry finance expenses | (75,414) | (34,434) |
| Finance expenses | (404,067) | (288,911) |
| Net finance expenses | (360,431) | (229,033) |

## 9.  TAXATION

*Reconciliation of tax based on the taxable income and tax based on accounting profits:*

|  | 2016 | 2016 US$ | 2015 | 2015 US$ |
|---|---|---|---|---|
| Accounting profit before tax |  | 3,971,892 |  | 3,893,792 |
| Tax calculated at the applicable tax rates | 12.50 % | 496,487 | 12.50 % | 486,724 |
| Tax effect of expenses not deductible for tax purposes | 6.11 % | 242,765 | 5.55 % | 216,202 |
| Tax effect of allowances and income not subject to tax | (22.82)% | (906,238) | (22.98)% | (894,639) |
| Tax effect of loss for the year | 4.20 % | 166,986 | 4.92 % | 191,713 |
| Tax as per statement of profit or loss and other comprehensive income – charge | - % | - | - % | - |

The corporation tax rate is 12.5%.

Under certain conditions interest income may be subject to defence contribution at the rate of 30%. In such cases this interest will be exempt from corporation tax. In certain cases, dividends received from abroad may be subject to defence contribution at the rate of 17%.

Due to tax losses sustained in the year, no tax liability arises on the Company. Tax losses may be carried forward for five years. Group companies may deduct losses against profits arising during the same tax year. As at 31 December 2016, the balance of tax losses which is available for offset against future taxable profits amounts to US$2,521,870 for which no deferred tax asset is recognised in the statement of financial position.

P-G004150

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

21

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

**10. DIVIDENDS**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Final dividend paid | 5,500,000 | 5,479,500 |
|  | 5,500,000 | 5,479,500 |

On 31 December 2016 the Company in General Meeting declared the payment of a final dividend of US$5,500,000 (2015: US$5,479,500).

Dividends are subject to a deduction of special contribution for defence at 17% for individual shareholders that are both Cyprus tax resident and Cyprus domiciled

**11. PROPERTY, PLANT AND EQUIPMENT**

|  | Motor vehicles US$ | Furniture, fixtures and office equipment US$ | Servers US$ | Total US$ |
|---|---|---|---|---|
| **Cost** |  |  |  |  |
| Balance at 1 January 2015 | 535,006 | 515,098 | – | 1,050,104 |
| Additions | 137,812 | 38,817 | – | 176,629 |
| Balance at 31 December 2015 | 672,818 | 553,915 | – | 1,226,733 |
|  |  |  |  |  |
| Balance at 1 January 2016 | 672,818 | 553,915 | – | 1,226,733 |
| Additions | 67,667 | – | 179,709 | 247,376 |
| Balance at 31 December 2016 | 740,485 | 553,915 | 179,709 | 1,474,109 |
|  |  |  |  |  |
| **Depreciation** |  |  |  |  |
| Balance at 1 January 2015 | 107,002 | 96,063 | – | 203,065 |
| Depreciation for the year | 99,540 | 99,571 | – | 199,111 |
| Balance at 31 December 2015 | 206,542 | 195,634 | – | 402,176 |
|  |  |  |  |  |
| Balance at 1 January 2016 | 206,542 | 195,634 | – | 402,176 |
| Depreciation for the year | 137,416 | 101,273 | 16,397 | 255,086 |
| Balance at 31 December 2016 | 343,958 | 296,907 | 16,397 | 657,262 |
|  |  |  |  |  |
| **Carrying amounts** |  |  |  |  |
| Balance at 31 December 2016 | 396,527 | 257,008 | 163,312 | 816,847 |
| Balance at 31 December 2015 | 466,276 | 358,281 | – | 824,557 |

P-G004151

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 12.  INTANGIBLE ASSETS

|  | Computer software US$ | Domains US$ | Total US$ |
|---|---|---|---|
| **Cost** | | | |
| Balance at 1 January 2015 | 6,033,132 | 300,000 | 6,333,132 |
| Balance at 31 December 2015 | 6,033,132 | 300,000 | 6,333,132 |
| | | | |
| Balance at 1 January 2016 | 6,033,132 | 300,000 | 6,333,132 |
| Additions | 150,421 | - | 150,421 |
| Balance at 31 December 2016 | 6,183,553 | 300,000 | 6,483,553 |
| | | | |
| **Amortisation** | | | |
| Balance at 1 January 2015 | 1,877,947 | 120,000 | 1,997,947 |
| Amortisation for the year | 1,094,949 | 60,000 | 1,154,949 |
| Balance at 31 December 2015 | 2,972,896 | 180,000 | 3,152,896 |
| | | | |
| Balance at 1 January 2016 | 2,972,896 | 180,000 | 3,152,896 |
| Amortisation for the year | 1,098,013 | 51,655 | 1,149,668 |
| Balance at 31 December 2016 | 4,070,909 | 231,655 | 4,302,564 |
| | | | |
| **Carrying amounts** | | | |
| Balance at 31 December 2016 | 2,112,644 | 68,345 | 2,180,989 |
| | | | |
| Balance at 31 December 2015 | 3,060,236 | 120,000 | 3,180,236 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

13. **INVESTMENTS IN SUBSIDIARIES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 221,847,593 | 221,120,438 |
| Additions | 5,196,120 | 727,155 |
| Balance at 31 December | 227,043,713 | 221,847,593 |

The details of the subsidiaries are as follows:

| Name | Country of incorporation | Principal activities | 2016 Holding % | 2015 Holding % | 2016 US$ | 2015 US$ |
|---|---|---|---|---|---|---|
| 1GB.com Inc | U.S.A. | Web hosting | 100 | 100 | 220,587 | 220,587 |
| Dedicated Servers Inc | U.S.A. | Web hosting | 100 | 100 | 12,132,309 | 12,132,309 |
| DFW Internet Services Inc | U.S.A. | Web hosting | 100 | 100 | 1,000 | 1,000 |
| Edinaya Set LLC | Russia | Web hosting | 100 | 100 | 727,140 | 727,140 |
| Fozzy Inc | U.S.A. | Web hosting | 100 | 100 | 1,102,937 | 1,102,937 |
| IBEE Software Solutions PVT Ltd | India | Web hosting | 70 | 70 | 2,205,874 | 2,205,874 |
| Imarketing Solutions Ltd | Belize | Web hosting | 100 | 100 | 190,499 | 190,499 |
| IP Transit Inc | U.S.A. | Web hosting | 100 | 100 | 28,676,367 | 28,676,367 |
| ITPan.com Ltd | Gibraltar | Web hosting | 100 | 100 | 1 | 1 |
| Root S.A. | Luxemburg | Web hosting | 100 | 100 | 11,029,371 | 11,029,371 |
| Servers.com BV | Netherlands | Web hosting | 100 | 100 | 3,030,000 | 30,000 |
| Servers.com Inc | U.S.A. | Web hosting | 100 | 100 | 1,501 | 1,501 |
| TM Web Properties Ltd | Cyprus | Royalties | 100 | 100 | 18,749,932 | 18,749,932 |
| Travail Systems Inc | U.S.A. | Web hosting | 100 | 100 | 310,000 | 310,000 |
| Universal CDN Inc | U.S.A. | Web hosting | 95 | 95 | 6,617,623 | 6,617,623 |
| Webzilla Apps Inc | U.S.A. | Web hosting | 100 | 100 | 15 | 15 |
| Webzilla BV | Netherlands | Web hosting | 100 | 100 | 24,253,577 | 22,058,744 |
| Webzilla Dallas Inc | U.S.A. | Web hosting | 100 | 100 | 5,294,099 | 5,294,099 |
| Webzilla Inc | U.S.A. | Web hosting | 100 | 100 | 46,323,362 | 46,323,362 |
| Webzilla Ltd | Cyprus | Web hosting | 100 | 100 | 61,764,483 | 61,764,483 |
| Webzilla Singapore PTE Ltd | Singapore | Web hosting | 100 | 100 | 4,411,749 | 4,411,749 |
| Servers.com Asia Ltd | Hong Kong | Web hosting | 100 | - | 1,287 | - |
|  |  |  |  |  | 227,043,713 | 231,847,593 |

The Company periodically evaluates the recoverability of investments in subsidiaries whenever indicators of impairment are present. Indicators of impairment include such items as declines in revenues, earnings or cash flows or material adverse changes in the economic or political stability of a particular country, which may indicate that the carrying amount of an asset is not recoverable. If facts and circumstances indicate that investment in subsidiaries may be impaired, the estimated future discounted cash flows associated with these subsidiaries would be compared to their carrying amounts to determine if a write-down to fair value is necessary.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

24

### XBT Holding Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 14. NON-CURRENT LOANS RECEIVABLE

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 2,642,571 | 2,589,425 |
| New loans granted | 385,067 | 87,360 |
| Repayments | (2,925,825) | (34,214) |
| Exchange difference | (10,956) | - |
| Balance at 31 December | 90,857 | 2,642,571 |

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Loans to own subsidiaries (note 22 (vi)) | - | 2,520,529 |
| Loans to directors (note 22 (vii)) | 90,857 | 122,042 |
|  | 90,857 | 2,642,571 |

The loans are repayable as follows:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Between one and five years | 90,857 | 2,642,571 |

The exposure of the Company to credit risk is reported in note 23 to the financial statements.

The fair values of non-current receivables approximate to their carrying amounts as presented above.

The loans to Directors were provided interest free and are repayable monthly over three years. Upon origination these loans were re-measured at fair value, being the future cash flows discounted at market interest rates prevailing for similar instruments. The interest income is recognised on the fair value of the loans using the effective interest method. The difference between the fair value and the nominal value of the loans is taken to profit or loss.

## 15. TRADE AND OTHER RECEIVABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Receivables from own subsidiaries (note 22 (iv)) | 7,794,408 | 8,769,156 |
| Receivables from related companies (note 22 (v)) | 44,689 | 44,689 |
| Deposits and prepayments | 68,425 | 185,299 |
| Other receivables | 29,280 | 284,363 |
| Refundable VAT | 140,870 | 93,747 |
|  | 8,077,672 | 9,377,254 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

25

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 15.   TRADE AND OTHER RECEIVABLES *(continued)*

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

### 16.   CASH AND CASH EQUIVALENTS

|                          | 2016<br>US$ | 2015<br>US$ |
|--------------------------|-------------|-------------|
| Cash at bank and in hand | 12,427      | 1,358,863   |
|                          | 12,427      | 1,358,863   |

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

|                           | 2016<br>US$ | 2015<br>US$ |
|---------------------------|-------------|-------------|
| Cash and cash equivalents | 12,427      | 1,358,863   |
| Bank overdrafts           | (46,586)    | (40,906)    |
|                           | (34,159)    | 1,317,957   |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 23 to the financial statements.

### 17.   SHARE CAPITAL

|                                                                                | 2016<br>Number of<br>shares | 2016<br>US$ | 2015<br>Number of<br>shares | 2015<br>US$ |
|--------------------------------------------------------------------------------|-----------------------------|-------------|-----------------------------|-------------|
| **Authorised**<br>Ordinary shares of €1 converted at rate<br>€1=US$1.29834      | 1,500,000                   | 1,947,510   | 1,500,000                   | 1,947,510   |
| **Issued and fully paid**<br>Balance at 1 January                               | 1,053,684                   | 1,368,045   | 1,053,684                   | 1,368,045   |
| Balance at 31 December                                                          | 1,053,684                   | 1,368,045   | 1,053,684                   | 1,368,045   |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

26

## XBT Holding Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 18. RESERVES

| | Capital reserve US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 212.968.067 | 1.067.789 | 214.035.856 |
| Profit for the year | - | 3.893.792 | 3.893.792 |
| Dividends | - | (5.479.500) | (5.479.500) |
| Balance at 31 December 2015 | 212.968.067 | (517.919) | 212.450.148 |
| | | | |
| Balance at 1 January 2016 | 212.968.067 | (517.919) | 212.450.148 |
| Profit for the year | - | 3.971.892 | 3.971.892 |
| Dividends | - | (5.500.000) | (5.500.000) |
| Balance at 31 December 2016 | 212.968.067 | (2.046.027) | 210.922.040 |

### 19. LOANS AND BORROWINGS

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 4.841.125 | 2.505.386 |
| Additions | 638.178 | 3.653.182 |
| Repayments | (2.518.051) | (1.486.188) |
| Interest charge | 287.769 | 188.622 |
| Exchange difference | (43.636) | (19.877) |
| Balance at 31 December | 3.205.385 | 4.841.125 |

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Non-current liabilities | | |
| Credit facilities | 3.205.385 | 4.841.125 |

Maturity of borrowings:

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Between one and five years | 3.205.385 | 4.841.125 |

The exposure of the Company to interest rate risk in relation to financial instruments is reported in note 23 to the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

27

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 20.   TRADE AND OTHER PAYABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 241,589 | 434,728 |
| Payables to parent (note 22 (viii)) | 8,927,044 | 5,457,505 |
| Accruals | 37,631 | 48,119 |
| Other creditors | 945 | 1,274 |
| Payables to own subsidiaries (note 22 (viii)) | 8,486,472 | 9,602,456 |
|  | 17,693,681 | 15,544,082 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to liquidity risk in relation to financial instruments is reported in note 23 to the financial statements.

### 21.   TAX LIABILITY

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Corporation tax | 53,476 | 53,476 |
|  | 53,476 | 53,476 |

There are transactions and calculations for which the ultimate tax determination is uncertain during the ordinary course of business. The Company recognises liabilities for anticipated tax audit issues based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such differences will impact the income tax and deferred tax provisions in the period in which such determination is made.

### 22.   RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding SA, incorporated in Luxemburg, which owns 100% of the Company's shares.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

28

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 22.  RELATED PARTY TRANSACTIONS *(continued)*

The transactions and balances with related parties are as follows:

#### (i) Sale services (note 4)

| | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Dedicated Servers Inc | Trade | 120,000 | 120,000 |
| Webzilla BV | Trade | 452,008 | 454,240 |
| Webzilla Inc | Trade | 120,000 | 120,000 |
| Webzilla Dallas Inc | Trade | 60,000 | 60,000 |
| Webzilla Singapore Pte LTD | Trade | 102,124 | 60,000 |
| IBEE Software Solutions Ltd | Trade | - | 5,598 |
| | | 854,132 | 819,838 |

#### (ii) Purchase of services (note 5)

| | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Fozzy Inc | Trade | 1,303 | - |
| URL Solutions Inc | Trade | - | 2,624 |
| | | 1,303 | 2,624 |

#### (iii) Intercompany expenses (note 6)

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Fozzy Inc | 14,336 | 15,694 |
| IBEE Software Solutions Ltd | 11,540 | 17,368 |
| | 25,876 | 33,062 |

P-G004158

29

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

## 22. RELATED PARTY TRANSACTIONS *(continued)*

### (iv) Receivables from own subsidiaries (note 15)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| 1GB.com Inc | Trade | 483,445 | 174,829 |
| Dedicated Servers Inc | Trade | 949,069 | 1,144,453 |
| DFW Internet Services Inc | Trade | 143,303 | 140,811 |
| Fozzy Inc | Trade | 423,983 | 597,853 |
| IBEE Software Solutions Ltd | Trade | 553,996 | 543,368 |
| IP Transit Inc | Trade | 690,318 | 973,376 |
| ITPan.com Ltd | Trade | 2,112 | 412 |
| Universal CDN (Cyprus) Ltd | Trade | 564,350 | 564,351 |
| Universal CDN Inc | Trade | 1,105,853 | 1,299,009 |
| Webzilla Dallas Inc | Trade | 131,747 | 69,516 |
| Webzilla Ltd | Trade | - | 1,908,108 |
| Webzilla Singapore PTE Ltd | Trade | 475,887 | 373,763 |
| Servers.com Inc | Trade | - | 66,644 |
| Travail Systems Inc | Trade | 5,700 | 4,000 |
| Webzilla BV | Trade | 1,493,636 | 614,355 |
| Webzilla Apps Inc | Trade | 70,934 | 11,985 |
| Edinaya Set LLC | Trade | 700,075 | 72,323 |
| | | 7,794,408 | 8,769,156 |

### (v) Receivables from related companies (note 15)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Brandnames.com SARL | Trade | 44,689 | 44,689 |
| | | 44,689 | 44,689 |

### (vi) Loans to own subsidiaries (note 14)

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Webzilla Ltd | - | 2,520,529 |
| | - | 2,520,529 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

30

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

## 22. RELATED PARTY TRANSACTIONS *(continued)*

### (vii) Loans to directors (note 14)

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Aleksey Gubarev | 90,857 | 122,042 |
|  | 90,857 | 122,042 |

### (viii) Payables to own subsidiaries (note 20)

|  |  | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Name | Nature of transactions |  |  |
| Root S.A. | Trade | 24,510 | 24,510 |
| Servers.com BV | Trade | 2,996,948 | 13 |
| iMarketing Solutions Ltd | Trade | 38,300 | 40,000 |
| TM Web Properties Ltd | Trade | 2,444,037 | 8,285,022 |
| URL Solutions inc | Trade | 18,781 | 12,624 |
| Servers.com Inc | Trade | 468,268 | - |
| Webzilla Ltd | Trade | 65,050 | - |
| Webzilla Inc | Trade | 2,429,291 | 1,240,287 |
| Servers.com Asia Ltd | Trade | 1,287 | - |
|  |  | 8,486,472 | 9,602,456 |

### (ix) Payables to parent (note 20)

|  |  | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Name | Nature of transactions |  |  |
| XBT Holding S.A. | Trade | 8,927,044 | 5,457,505 |
|  |  | 8,927,044 | 5,457,505 |

## 23. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

### Financial risk factors
The Company is exposed to the following risks from its use of financial instruments:

* Credit risk
* Liquidity risk
* Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

31

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

23. **FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT** *(continued)*

Financial risk factors *(continued)*

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

#### A. Financial risk management

*(i) Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*
The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 15.

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 15.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii) Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

P-G004161

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

32

### XBT Holding Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 23. FINANCIAL INSTRUMENTS -- FAIR VALUES AND RISK MANAGEMENT *(continued)*

(iii) Other risks

The general economic environment prevailing in Cyprus and internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

## 24. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 25. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

## 26. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

## 27. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

P-G004162

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT HOLDING LTD**

FINANCIAL STATEMENTS

For the year ended 31 December 2016

ADDITIONAL INFORMATION

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## XBT Holding Ltd

### FINANCIAL STATEMENTS

For the year ended 31 December 2016

### ADDITIONAL INFORMATION

| | Schedule |
|---|---|
| Income statement | 1 |
| Cost of sales | 2 |
| Administrative expenses | 3 |
| Finance income/cost | 4 |
| Computation of wear and tear allowances | 5 |
| Computation of corporate tax | 6 |
| Certificate | 7 |

P-G004164

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 1

## XBT Holding Ltd

### INCOME STATEMENT

For the year ended 31 December 2016

| | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Revenue | | 6,354,792 | 6,309,906 |
| Cost of sales | 2 | (30,894) | (4,100) |
| Gross profit | | 6,323,898 | 6,305,806 |
| | | | |
| Administrative and selling expenses | 3 | (1,991,575) | (2,182,981) |
| Operating profit | | 4,332,323 | 4,122,825 |
| | | | |
| Net finance expenses | | (360,431) | (229,033) |
| Profit before tax | | 3,971,892 | 3,893,792 |
| Profit for the year | | 3,971,892 | 3,893,792 |

Schedule 2

**XBT Holding Ltd**

COST OF SALES

For the year ended 31 December 2016

|  | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cost of sales** |  |  |  |
| Intercompany costs |  | 1 303 | 2 624 |
| Cost of sales |  | 29,591 | 1,476 |
|  | 1 | 30,894 | 4,100 |

P-G004166

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 3

**XBT Holding Ltd**

ADMINISTRATIVE EXPENSES

For the year ended 31 December 2016

| | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Rent | | 208.552 | 206.470 |
| Common expenses | | 5.338 | 13.129 |
| Electricity | | 18.157 | 18.001 |
| Insurance | | 2.532 | - |
| Sales and marketing expenses | | 44.954 | 49.812 |
| Advertising expenses | | 141.335 | 242.480 |
| Independent auditors' remuneration - current year | | 40.492 | 46.313 |
| Independent auditors' remuneration - prior years | | (4.686) | 9 |
| Other professional fees | | 24.880 | 102.333 |
| Fines | | 300 | 100 |
| Travelling | | 54.202 | 96.338 |
| Irrecoverable VAT | | 722 | 8.285 |
| Motor vehicle running costs | | 11.622 | 3.368 |
| General administration expenses | | 12.684 | 9.221 |
| Intercompany expenses | | 25.876 | 33.062 |
| Depreciation | | 1.404.615 | 1.354.060 |
| | 1 | 1.991.575 | 2.182.981 |

P-G004167

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 4

## XBT Holding Ltd

### FINANCE INCOME/COST

For the year ended 31 December 2016

|  | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Finance income** |  |  |  |
| Unrealised foreign exchange profit |  | 43,636 | 59,878 |
|  |  | 43,636 | 59,878 |
| **Finance expenses** |  |  |  |
| **Interest expense** |  |  |  |
| Loan interest |  | 287,769 | 185,426 |
| **Sundry finance expenses** |  |  |  |
| Bank charges |  | 75,414 | 34,434 |
| **Net foreign exchange transaction losses** |  |  |  |
| Realised foreign exchange loss |  | 40,884 | 39,087 |
| Unrealised foreign exchange loss |  | -- | 29,964 |
|  |  | 404,067 | 288,911 |
| Net finance expenses | 1 | (360,431) | (229,033) |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 5

## XBT Holding Ltd

### COMPUTATION OF WEAR AND TEAR ALLOWANCES

For the year ended 31 December 2016

| | Year | % | COST Balance 1/1/2016 US$ | Additions for the year US$ | Disposals for the year US$ | Balance 31/12/2016 US$ | ANNUAL ALLOWANCES Balance 1/1/2016 US$ | Charge for the year US$ | On disposals US$ | Balance 31/12/2016 US$ | Net value 31/12/2016 US$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Motor vehicles** | | | | | | | | | | | |
| Lexus - MAZ 714 | 2014 | 20 | 64,931 | - | - | 64,931 | - | - | - | - | 64,931 |
| Lexus - MAZ 574 | 2014 | 20 | 30,370 | - | - | 30,370 | - | - | - | - | 30,370 |
| Lexus - KSH 872 | 2014 | 20 | 29,038 | - | - | 29,038 | - | - | - | - | 29,038 |
| Rolls Royce - MEK 777 | 2014 | 20 | 410,668 | - | - | 410,668 | - | - | - | - | 410,668 |
| Tesla S90 | 2015 | 20 | 137,813 | - | - | 137,813 | - | - | - | - | 137,813 |
| Lexus CT | 2016 | 20 | - | 67,667 | - | 67,667 | - | - | - | - | 67,667 |
| | | | 672,820 | 67,667 | - | 740,487 | - | - | - | - | 740,487 |
| **Furniture, fixtures and office equipment** | | | | | | | | | | | |
| Sundry furniture | 2013 | 10 | 93,453 | - | - | 93,453 | 28,027 | 9,345 | - | 37,372 | 56,081 |
| Sundry furniture | 2015 | 10 | 38,816 | - | - | 38,816 | 3,882 | 3,882 | - | 7,764 | 31,052 |
| | | | 132,269 | - | - | 132,269 | 31,909 | 13,227 | - | 45,136 | 87,133 |
| **Renovations** | | | | | | | | | | | |
| Rented building renovations | 2013 | 13 | 197,401 | - | - | 197,401 | 74,025 | 24,675 | - | 98,700 | 98,701 |
| Rented building renovations | 2014 | 13 | 224,243 | - | - | 224,243 | 56,062 | 28,030 | - | 84,092 | 140,151 |
| | | | 421,644 | - | - | 421,644 | 130,087 | 52,705 | - | 182,792 | 238,852 |
| **Computer equipment** | | | | | | | | | | | |
| Servers | 2016 | 20 | - | 179,709 | - | 179,709 | - | 35,942 | - | 35,942 | 143,767 |
| | | | - | 179,709 | - | 179,709 | - | 35,942 | - | 35,942 | 143,767 |
| **Total tangible assets** | | | 1,226,733 | 247,376 | - | 1,474,109 | 161,996 | 101,874 | - | 263,870 | 1,210,229 |
| **Computer software** | | | | | | | | | | | |
| Internally generated software | 2014 | 33 | 2,019,502 | - | - | 2,019,502 | 1,339,100 | 672,394 | - | 2,011,494 | 7,908 |
| Internally generated software | 2016 | 33 | - | 150,421 | - | 150,421 | - | 49,639 | - | 49,639 | 100,782 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 5

## XBT Holding Ltd

### COMPUTATION OF WEAR AND TEAR ALLOWANCES

For the year ended 31 December 2016

| | | COST | | | | ANNUAL ALLOWANCES | | | | Net value |
| | | Balance 1/1/2016 | Additions for the year | Disposals for the year | Balance 31/12/2016 | Balance 1/1/2016 | Charge for the year | On disposals | Balance 31/12/2016 | 31/12/2016 |
| Year | % | US$ | US$ | US$ | US$ | US$ | US$ | US$ | US$ | US$ |
|---|---|---|---|---|---|---|---|---|---|---|
| **Computer software (continued)** | | | | | | | | | | |
| | | 2,019,502 | 150,421 | - | 2,169,923 | 1,319,100 | 722,133 | - | 2,061,233 | 108,690 |
| **Domains** | | | | | | | | | | |
| Cloud project | 2013 | 20 | 2,013,630 | - | - | 2,013,630 | 1,208,178 | 402,726 | - | 1,610,904 | 402,726 |
| Cloud project | 2014 | 20 | 2,000,000 | - | - | 2,000,000 | 800,000 | 400,000 | - | 1,200,000 | 800,000 |
| | | | 4,013,630 | - | - | 4,013,630 | 2,008,178 | 802,726 | - | 2,810,904 | 1,202,726 |
| **Domains** | | | | | | | | | | |
| Domain name | 2013 | 20 | 300,000 | - | - | 300,000 | 180,000 | 60,000 | - | 240,000 | 60,000 |
| | | | 300,000 | - | - | 300,000 | 180,000 | 60,000 | - | 240,000 | 60,000 |
| **Franchising** | | | | | | | | | | |
| Licences | 2014 | 33 | 58,666 | - | - | 58,666 | 39,072 | 19,536 | - | 58,609 | 57 |
| | | | 58,666 | - | - | 58,666 | 39,072 | 19,536 | - | 58,609 | 57 |
| Total intangible assets | | | 6,391,798 | 150,421 | - | 6,542,219 | 3,566,351 | 1,604,395 | - | 5,170,746 | 1,371,473 |
| Total assets | | | 7,618,531 | 397,797 | - | 8,016,328 | 3,728,342 | 1,706,269 | - | 5,434,616 | 2,581,712 |

P-G004170

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 6

## XBT Holding Ltd

### COMPUTATION OF CORPORATE TAX

For the year ended 31 December 2016

|  | Schedule | US$ | US$ |
|---|---|---|---|
| Net profit before tax per income statement | 1 |  | 3,971,892 |
| Add: |  |  |  |
| Depreciation |  | 1,404,615 |  |
| Realised foreign exchange loss |  | 40,884 |  |
| Registrar annual fee |  | 366 |  |
| Fines |  | 300 |  |
| Disallowed Interest |  | 188,521 |  |
| Deemed interest |  | 293,283 |  |
| Motor vehicle expenses |  | 14,155 |  |
|  |  |  | 1,942,124 |
|  |  |  | 5,914,016 |
| Less: |  |  |  |
| Annual wear and tear allowances | 5 | 1,706,269 |  |
| Dividends received |  | 5,500,000 |  |
| Unrealised foreign exchange profit |  | 43,636 |  |
|  |  |  | (7,249,905) |
| Net loss for the year |  |  | (1,335,889) |

|  | € |
|---|---|
| Converted into € at US$ 1.106900 = €1 | (1,206,874) |
| Losses surrendered to Group companies |  |
| TM Web Properties Ltd | 1,206,874 |
| Loss brought forward | (2,392,439) |
| Loss carried forward | (2,392,439) |

## CALCULATION OF TAX LOSSES FOR THE FIVE YEAR PERIOD

| Tax year | Profits/(losses) for the tax year | Gains Offset | | Gains Offset | | Gains Offset | |
|---|---|---|---|---|---|---|---|
|  | € | Amount € | Year | Amount € | Year | Amount € | Year |
| 2011 | - | - |  | - |  | - |  |
| 2012 | - | - |  | - |  | - |  |
| 2013 | - | - |  | - |  | - |  |
| 2014 | (1,992,324) | - |  | - |  | - |  |
| 2015 | (1,381,591) | 14,720 | 2015 | 966,756 | 2015 | - |  |
| 2016 | - | - |  | - |  | - |  |

| Net loss carried forward | (2,392,439) |
|---|---|

P-G004171

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 7

## XBT Holding Ltd

### CERTIFICATE

For the year ended 31 December 2016

We hereby certify, to the best of our knowledge and belief, that:

1) The proceeds of all sales and all other income have been properly recorded as such in the books produced to KPMG Limited.

2) All expenses for the year under review represent expenses incurred wholly and exclusively for the Company's business and have been properly recorded as such in the books produced to KPMG Limited.

3) All transactions affecting the business for the year under review have been properly recorded in the books produced to KPMG Limited.

4) All reserves are properly shown and all necessary provisions have been duly made and shown as such in the books produced to KPMG Limited.

5) All assets and liabilities have been properly taken up as at 31 December 2016 in the books produced to KPMG Limited.

6) All investments in non listed titles were presented to KPMG Limited at their fair value, as determined by the Company.

7) The Company had no contingent liabilities as at 31 December 2016.

8) No events have occurred and no facts have been discovered since the year-end, which could materially affect the true and fair view of these financial statements as at 31 December 2016.

Yours truly,

Rajesh Kumar Mishra
Director

Kostyantyn Bezruchenko
Director

Larnaca, 7 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## XBT HOLDING LTD

REPORT AND CONSOLIDATED FINANCIAL
STATEMENTS

For the year ended 31 December 2016

P-G004173

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## XBT Holding Ltd

### REPORT AND CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

## CONTENTS

| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 4 |
| Independent Auditors' report | 5 & 8 |
| Consolidated statement of profit or loss and other comprehensive income | 9 |
| Consolidated statement of financial position | 10 |
| Consolidated statement of changes in equity | 11 |
| Consolidated statement of cash flows | 12 |
| Notes to the consolidated financial statements | 13 - 39 |

P-G004174

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## XBT Holding Ltd

### OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra<br>Kostyantyn Bezruchenko |
| Secretary | Regina Biktimirova (appointed 29 June 2016) |
| Independent Auditors | KPMG Limited |
| Management | Aleksey Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Legal Advisors | Boston Law Group PC<br>Jackson Walker LLP |
| Bankers | ABN AMRO<br>National Bank of Greece (Cyprus) Bank<br>Bank of America<br>ING Bank |
| Registered Office | 53-55, Agios Athanasios<br>Michael Angelo House<br>P.C. 4102, Limassol<br>Cyprus |
| Registration number | HE265343 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

2

## XBT Holding Ltd

## MANAGEMENT REPORT

The Board of Directors of XBT Holding Ltd (the "Company") presents to the members its Annual Report together with the audited consolidated financial statements of the Company and its subsidiaries (together with the Company, the "Group") for the year ended 31 December 2016.

### PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE GROUP

The principal activities of the Group are the provision of web hosting, data storage and trading of network equipment.

### FINANCIAL RESULTS

The Group's financial results for the year ended 31 December 2016 are set out on page 9 to the consolidated financial statements. The net profit for the year attributable to the shareholders of the Group amounted to US$6.122.255 (2015: US$3.447.768).

### EXAMINATION OF THE DEVELOPMENT, POSITION AND PERFORMANCE OF THE ACTIVITIES OF THE GROUP

The current financial position as presented in the consolidated financial statements is considered satisfactory.

### REVENUE

The Group's revenue for the year ended 31 December 2016 was US$49.737.831 (2015: US$38.785.104).

### DIVIDENDS

On 31 December 2016 the Company in General Meeting declared the payment of a final dividend of US$5.500.000 (2015: US$5.479.500).

### MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Group and the steps taken to manage these risks, are described in note 28 to the consolidated financial statements.

### INTEREST RATE RISK

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Group to cash flow interest rate risk. Borrowings issued at fixed rates expose the Group to fair value interest rate risk. Group's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

P-G004176

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

3

## XBT Holding Ltd

### MANAGEMENT REPORT *(continued)*

### CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Group has no significant concentration of credit risk. The Group has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Group does not hold collateral as security.

### LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Group has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

### FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Group in the foreseeable future.

### SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

### BRANCHES

During the year ended 31 December 2016 the Group did not operate any branches.

### BOARD OF DIRECTORS

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors

### EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

4

### XBT Holding Ltd

MANAGEMENT REPORT *(continued)*

### RELATED PARTY TRANSACTIONS

Disclosed in note 27 to the consolidated financial statements.

### INDEPENDENT AUDITORS

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors.

Regina Biktimirova
Secretary

Larnaca, 7 July 2017

P-G004178

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



5

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40076, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

## Independent Auditors' report

### to the Members of

### XBT Holding Ltd

**Report on the audit of the consolidated financial statements**

#### Opinion

We have audited the accompanying consolidated financial statements of
XBT Holding Ltd (the "Company") and its subsidiaries (the "Group"), which
are presented on pages 9 to 39 and comprise the consolidated statement
of financial position as at 31 December 2016, and the consolidated
statements of profit or loss and other comprehensive income, changes in
equity and cash flows for the year then ended, and notes to the
consolidated financial statements, including a summary of significant
accounting policies.

In our opinion, the accompanying consolidated financial statements give a
true and fair view of the financial position of the Group as at 31 December
2016, and of its financial performance and its cash flows for the year then
ended in accordance with International Financial Reporting Standards as
adopted by the European Union (IFRS-EU) and the requirements of the
Cyprus Companies Law, Cap. 113, as amended from time to time (the
"Companies Law, Cap.113").

#### Basis for opinion

We conducted our audit in accordance with International Standards on
Auditing (ISAs). Our responsibilities under those standards are further
described in the *"Auditors' responsibilities for the audit of the consolidated financial
statements"* section of our report. We are independent of the the Company
in accordance with the Code of Ethics for Professional Accountants of the
International Ethics Standards Board for Accountants (IESBA Code) and
the ethical requirements in Cyprus that are relevant to our audit of the
financial statements, and we have fulfilled our other ethical responsibilities
in accordance with these requirements and the IESBA Code. We believe
that the audit evidence we have obtained is sufficient and appropriate to
provide a basis for our audit opinion.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

XBT Holding Ltd

## Other information

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the consolidated financial statements and our auditors' report thereon

Our opinion on the consolidated financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap. 113).

In connection with our audit of the consolidated financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the consolidated financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

## Responsibilities of the Board of Directors for the consolidated financial statements

The Board of Directors is responsible for the preparation of consolidated financial statements that give a true and fair view in accordance with IFRS-EU and the requirements of the Companies Law, Cap. 113, and for such internal control as the Board of Directors determines is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, the Board of Directors is responsible for assessing the Group's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Group or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Group's financial reporting process.

## Auditors' responsibilities for the audit of the consolidated financial statements

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these consolidated financial statements.

P-G004180

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



Independent Auditors' report

to the Members of

XBT Holding Ltd

## Auditors' responsibilities for the audit of the consolidated financial statements
*(continued)*

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

* Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

* Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Group's internal control.

* Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.

* Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the consolidated financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Group to cease to continue as a going concern.

* Evaluate the overall presentation, structure and content of the consolidated financial statements, including the disclosures, and whether the consolidated financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

* Obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the Group to express an opinion on the consolidated financial statements. We are responsible for the direction, supervision and performance of the group audit. We remain solely responsible for our audit opinion.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



### Independent Auditors' report

### to the Members of

### XBT Holding Ltd

#### Report on other legal requirements

Pursuant to the additional requirements of the Auditors and Statutory Audits of Annual and Consolidated Accounts Law of 2009, L.42(I)/2009, as amended from time to time ("Law 42(I)/2009"), we report the following:

* We have obtained all the information and explanations we considered necessary for the purposes of our audit.
* In our opinion, proper books of account have been kept by the Company, so far as it appears from our examination of those books.
* The consolidated financial statements are in agreement with the books of account.
* In our opinion and to the best of our information and according to the explanations given to us, the consolidated financial statements give the information required by the Companies Law, Cap. 113, in the manner so required.
* In our opinion, the Management Report on pages 2 and 4, the preparation of which is the responsibility of the Board of Directors, has been prepared in accordance with the requirements of the Companies Law, Cap 113, and the information given is consistent with the consolidated financial statements.
* In the light of the knowledge and understanding of the business and the Group's environment obtained in the course of our audit, we have not identified material misstatements in the Management Report.

#### Other matter

This report, including the opinion, has been prepared for and only for the Company's members as a body in accordance with Section 34 of Law 42(I)/2009 and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

Panicos Antoniades, FCCA
Certified Public Accountant and Registered Auditor
for and on behalf of

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

11 July 2017

P-G004182

9

## XBT Holding Ltd

### CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

#### For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Revenue | 5 | 49.737.831 | 38.785.104 |
| Cost of sales | 6 | (13.036.216) | (12.737.007) |
| Gross profit | | 36.701.615 | 26.048.097 |
| | | | |
| Other operating income | 7 | 25.412 | 151.833 |
| Selling and distribution expenses | 8 | (697.371) | (99.492) |
| Administrative expenses | 9 | (27.628.448) | (21.032.444) |
| Operating profit | 10 | 8.401.208 | 5.067.994 |
| | | | |
| Finance income | | 173.088 | 313.254 |
| Finance expenses | | (2.124.155) | (1.403.535) |
| Net finance expenses | 12 | (1.951.067) | (1.090.281) |
| Profit before tax | | 6.450.141 | 3.977.713 |
| Tax | 13 | (180.205) | (400.443) |
| Profit for the year | | 6.269.936 | 3.577.270 |
| | | | |
| Other comprehensive income | | - | - |
| Total comprehensive income for the year | | 6.269.936 | 3.577.270 |
| | | | |
| Profit attributable to: | | | |
| Shareholders of the Company | | 6.122.255 | 3.447.768 |
| Non-controlling interests | | 147.681 | 129.502 |
| | | | |
| Profit for the year | | 6.269.936 | 3.577.270 |
| | | | |
| Total comprehensive income for the year attributable to: | | | |
| Shareholders of the Company | | 6.122.255 | 3.447.768 |
| Non-controlling interests | | 147.681 | 129.502 |
| Total comprehensive income for the year | | 6.269.936 | 3.577.270 |

The notes on pages 13 to 39 are an integral part of these consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

## XBT Holding Ltd

### CONSOLIDATED STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 15 | 32,686,479 | 20,706,940 |
| Intangible assets and goodwill | 16 | 17,778,032 | 13,879,018 |
| Loans receivable | 17 | 706,892 | 258,363 |
| Total non-current assets | | 51,171,403 | 34,844,321 |
| | | | |
| **Current assets** | | | |
| Inventories and work in progress | 18 | 67,795 | 1,668,012 |
| Trade and other receivables | 19 | 8,677,244 | 11,595,316 |
| Cash and cash equivalents | 20 | 3,538,349 | 5,411,966 |
| Total current assets | | 12,283,388 | 18,675,294 |
| | | | |
| **Total assets** | | 63,454,791 | 53,519,615 |
| | | | |
| **Equity** | | | |
| Share capital | 21 | 1,368,045 | 1,368,045 |
| Reserves | 22 | 17,997,470 | 17,432,929 |
| Total equity attributable to shareholders of the Company | | 19,365,515 | 18,800,974 |
| Non-controlling interests | | 489,388 | 341,707 |
| Total equity | | 19,854,903 | 19,142,681 |
| | | | |
| **Liabilities** | | | |
| **Non-current liabilities** | | | |
| Loans and borrowings | 23 | 3,851,014 | 4,841,125 |
| Long-term portion of obligations under finance leases | 24 | 11,419,634 | 6,082,962 |
| Total non-current liabilities | | 15,270,648 | 10,924,087 |
| | | | |
| **Current liabilities** | | | |
| Bank overdrafts | 20 | 466,906 | 607,544 |
| Obligations under finance leases | 24 | 8,773,990 | 4,666,068 |
| Trade and other payables | 25 | 18,938,812 | 17,904,842 |
| Tax liability | 26 | 149,532 | 274,393 |
| Total current liabilities | | 28,329,240 | 23,452,847 |
| | | | |
| **Total liabilities** | | 43,599,888 | 34,376,934 |
| | | | |
| **Total equity and liabilities** | | 63,454,791 | 53,519,615 |

On 7 July 2017 the Board of Directors of XBT Holding Ltd approved and authorised these consolidated financial statements for issue.

................................
Rajesh Kumar Mishra
Director

................................
Kostyantyn Bezruchenko
Director

The notes on pages 13 to 39 are an integral part of these consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## XBT Holding Ltd

### CONSOLIDATED STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016
Attributable to shareholders of the Company

| | Note | Share capital US$ | Share premium US$ | Statutory reserve US$ | Translation reserve US$ | Retained earnings US$ | Total US$ | Non-controlling interests US$ | Total equity US$ |
|---|---|---|---|---|---|---|---|---|---|
| Balance at 1 January 2015 | | 1,368,045 | 4,933,292 | 4,362 | 1,366,277 | 13,247,419 | 20,819,395 | 209,175 | 21,028,570 |
| Profit for the year | | - | - | - | - | 3,447,768 | 3,447,768 | 129,502 | 3,577,270 |
| Exchange difference arising on the translation and consolidation of foreign companies' financial statements | | - | - | - | 13,311 | - | 13,311 | - | 13,311 |
| Dividends | 14 | - | - | - | - | (5,479,500) | (5,479,500) | - | (5,479,500) |
| Exchange difference | | - | - | - | - | - | - | - | - |
| Acquisition of non-controlling interest | | - | - | - | - | - | - | 3,030 | 3,030 |
| Balance at 31 December 2015 | | 1,368,045 | 4,933,292 | 4,362 | 1,279,588 | 11,215,687 | 18,800,974 | 341,707 | 19,142,681 |
| Balance at 1 January 2016 | | 1,368,045 | 4,933,292 | 4,362 | 1,279,588 | 11,215,687 | 18,800,974 | 341,707 | 19,142,681 |
| Profit for the year | | - | - | - | - | 6,122,255 | 6,122,255 | 147,681 | 6,269,936 |
| Exchange difference arising on the translation and consolidation of foreign companies' financial statements | | - | - | - | (57,714) | - | (57,714) | - | (57,714) |
| Dividends | 14 | - | - | - | - | (5,500,000) | (5,500,000) | - | (5,500,000) |
| Balance at 31 December 2016 | | 1,368,045 | 4,933,292 | 4,362 | 1,221,874 | 11,837,942 | 19,365,515 | 489,388 | 19,854,903 |

The notes on pages 13 to 39 are an integral part of these consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

## XBT Holding Ltd

### CONSOLIDATED STATEMENT OF CASH FLOWS

#### For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit for the year | | 6.269.936 | 3.577.270 |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | 15 | 9.938.410 | 8.420.620 |
| Unrealised exchange profit | | (86.360) | (9.420) |
| Amortisation of computer software | 16 | 2.585.242 | 1.423.080 |
| (Profit) from the sale of investments in subsidiaries | | (9.692) | – |
| Interest income | 12 | (7.755) | – |
| Interest expense | 12 | 1.568.812 | 996.050 |
| Income tax expense | | 180.205 | 400.443 |
| **Cash generated from operations before working capital changes** | | 20.438.798 | 14.808.043 |
| Decrease in inventories | | 1.600.217 | 439.418 |
| Decrease/(increase) in trade and other receivables | | 2.918.072 | (3.630.850) |
| Increase in trade and other payables | | 1.020.643 | 12.710.508 |
| Increase/(decrease) in deferred income | | 31.728 | (1.928.471) |
| **Cash generated from operations** | | 26.009.458 | 22.398.648 |
| Tax paid | | (305.066) | (271.810) |
| **Net cash generated from operating activities** | | 25.704.392 | 22.126.838 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of intangible assets | 16 | (6.484.256) | (6.323.328) |
| Payment for acquisition of property, plant and equipment | 15 | (21.917.949) | (12.839.048) |
| Loans granted | 17 | (864.262) | (206.650) |
| Loans repayments received | 17 | 406.767 | 564.602 |
| Proceeds from sale of investments in subsidiary undertakings | | 9.692 | – |
| **Net cash used in investing activities** | | (28.850.008) | (18.804.324) |
| | | | |
| **Cash flows from financing activities** | | | |
| Repayment of borrowings | 23 | (2.518.050) | (1.641.129) |
| Repayments of obligations under finance leases | 24 | (6.216.862) | (5.431.264) |
| Proceeds from borrowings | 23 | 1.315.957 | 3.653.182 |
| Proceeds from obligations under finance leases | 24 | 15.663.456 | 9.847.864 |
| Unrealised exchange (loss) | | (61.517) | 276.225 |
| Interest paid | | (1.267.287) | (183.091) |
| Dividends paid | 14 | (5.500.000) | (5.479.500) |
| **Net cash generated from financing activities** | | 1.413.697 | 1.042.287 |
| | | | |
| **Net (decrease)/increase in cash and cash equivalents** | | (1.731.919) | 4.364.801 |
| Cash and cash equivalents at beginning of the year | | 4.395.099 | 30.298 |
| | | | |
| **Cash and cash equivalents at end of the year** | 20 | 2.663.180 | 4.395.099 |

The notes on pages 13 to 39 are an integral part of these consolidated financial statements.

P-G004186

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

XBT Holding Ltd (the "Company") was incorporated in Cyprus on 8 April 2010 as a private limited liability company under the Cyprus Companies Law, Cap. 113. Its registered office is at 53-55, Agios Athanasios, Michael Angelo House, P.C. 4102, Limassol, Cyprus.

The principal activities of the Group are the provision of web hosting, data storage and trading of network equipment.

## 2. BASIS OF PREPARATION

The consolidated financial statements for the year ended 31 December 2016 consist of the financial statements of the Company and its subsidiaries (which together referred to as "the Group")

### (a) Statement of compliance

These consolidated financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as adopted by the European Union (EU) and the requirements of the Cyprus Companies Law, Cap.113.

### (b) Basis of measurement

These consolidated financial statements have been prepared under the historical cost convention.

### (c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)

During the current year the Group adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Group.

At the date of approval of these consolidated financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. Some of them were adopted by the European Union and others not yet. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the consolidated financial statements of the Group.

### (d) Use of estimates and judgments

The preparation of consolidated financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Group's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

#### 2.  BASIS OF PREPARATION *(continued)*

##### (d) Use of estimates and judgments (continued)

*Measurement of fair values*
A number of the Group's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities.

Significant valuation issues are reported to the Group's Audit Committee.

When measuring the fair value of an asset or a liability, the Group uses observable market data as far as possible.

Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows:

*   Level 1 - quoted prices (unadjusted) in active markets for identical assets or liabilities.
*   Level 2 - inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly (i.e. as prices) or indirectly (i.e. derived from prices).
*   Level 3 - inputs for the asset or liability that are not based on observable market data (unobservable inputs).

If the inputs used to measure the fair value of an asset or a liability fall into different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.

The Group recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

##### (e) Functional and presentation currency
The consolidated financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

#### 3.  SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these consolidated financial statements. The accounting policies have been consistently applied by all companies of the Group.

##### Basis of consolidation
Subsidiaries are entities controlled by the Group. Control exists where the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

The financial statements of subsidiaries acquired or disposed of during the year are included in the consolidated statement of profit or loss and other comprehensive income from the date that control commences until the date control ceases.

Where necessary, adjustments are made to the financial statements of subsidiaries to bring them in line with the accounting policies of the Group.

P-G004188

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

15

### XBT Holding Ltd

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Business combinations

Acquisitions of businesses are accounted for using the acquisition method. The consideration transferred in a business combination is measured at fair value, which is calculated as the sum of the acquisition-date fair values of the assets transferred by the Group, liabilities incurred by the Group to the former owners of the acquiree and the equity interests issued by the Group in exchange for control of the acquiree. Acquisition-related costs are generally recognised in profit or loss as incurred.

Goodwill is measured as the excess of the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree, and the fair value of the acquirer's previously held equity interest in the acquiree (if any) over the net of the acquisition-date amounts of the identifiable assets acquired and the liabilities assumed. If, after reassessment, the net of the acquisition-date amounts of the identifiable assets acquired and liabilities assumed exceeds the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree and the fair value of the acquirer's previously held interest in the acquiree (if any), the excess is recognised immediately in profit or loss as a bargain purchase gain.

At the acquisition date, the identifiable assets acquired and the liabilities assumed are recognised at their fair value at the acquisition date, except that:

Non-controlling interests that are present ownership interests and entitle their holders to a proportionate share of the entity's net assets in the event of liquidation may be initially measured either at fair value or at the non-controlling interests' proportionate share of the recognised amounts of the acquiree's identifiable net assets. The choice of measurement basis is made on a transaction-by-transaction basis. Other types of non-controlling interests are measured at fair value or, when applicable, on the basis specified in another IFRS.

When the consideration transferred by the Group in a business combination includes assets or liabilities resulting from a contingent consideration arrangement, the contingent consideration is measured at its acquisition-date fair value and included as part of the consideration transferred in a business combination. Changes in the fair value of the contingent consideration that qualify as measurement period adjustments are adjusted retrospectively, with corresponding adjustments against goodwill. Measurement period adjustments are adjustments that arise from additional information obtained during the 'measurement period' (which cannot exceed one year from the acquisition date) about facts and circumstances that existed at the acquisition date.

The subsequent accounting for changes in the fair value of the contingent consideration that do not qualify as measurement period adjustments depends on how the contingent consideration is classified. Contingent consideration that is classified as equity is not remeasured at subsequent reporting dates and its subsequent settlement is accounted for within equity. Contingent consideration that is classified as an asset or a liability is remeasured at subsequent reporting dates in accordance with IAS 39, or IAS 37 Provisions, Contingent Liabilities and Contingent Assets, as appropriate, with the corresponding gain or loss being recognised in profit or loss.

When a business combination is achieved in stages, the Group's previously held equity interest in the acquiree is remeasured to fair value at the acquisition date (i.e. the date when the Group obtains control) and the resulting gain or loss, if any, is recognised in profit or loss. Amounts arising from interests in the acquiree prior to the acquisition date that have previously been recognised in other comprehensive income are reclassified to profit or loss where such treatment would be appropriate if that interest were disposed of.

P-G004189

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

3.   SIGNIFICANT ACCOUNTING POLICIES *(continued)*

*Business combinations* (continued)

If the initial accounting for a business combination is incomplete by the end of the reporting period in which the combination occurs, the Group reports provisional amounts for the items for which the accounting is incomplete. Those provisional amounts are adjusted during the measurement period (see above), or additional assets or liabilities are recognised, to reflect new information obtained about facts and circumstances that existed at the acquisition date that, if known, would have affected the amounts recognised at that date.

Business combinations that took place prior to 1 January 2010 were accounted for in accordance with the previous version of IFRS 3.

#### Segmental reporting

The Group is organised by business segments and this is the primary format for segmental reporting. Each business segment provides products or services which are subject to risks and returns that are different from those of other business segments. The Group operates international and for this reason operations are not analysed by geographical segment.

#### Revenue recognition

Revenues earned by the Group are recognised on the following bases:

*   *Rendering of services*
    Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

#### Finance income

Interest income is recognised on a time-proportion basis using the effective method.

#### Finance expenses

Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

#### Foreign currency translation

*(i)   Functional currencies*
    Items included in the financial statements of each Group entity are measured using the currency of the primary economic environment in which each entity operates ('the functional currency').

*(ii)   Transactions and balances*
    Foreign currency transactions are translated into respective functional currencies of the Group companies using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 3.   SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Tax

Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

Dividends

Dividend distribution to the Company's shareholders is recognised in the Group's consolidated financial statements in the year in which they are approved by the Company's shareholders.

Property, plant and equipment

Property, plant and equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

|                                          | %  |
|------------------------------------------|----|
| Motor vehicles                           | 20 |
| Furniture, fixtures and office equipment | 20 |
| Computer and network equipment           | 20 |

Leased assets are depreciated over the shorter of lease term and their useful lives unless it is reasonably certain that the Group will obtain ownership by the end of the lease term.

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of property, plant and equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess of the originally assessed standard of performance of the existing asset will flow to the Group. Major renovations are depreciated over the remaining useful life of the related asset.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

P-G004191

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

### XBT Holding Ltd

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Intangible assets

*(i)   Goodwill*

Goodwill represents the excess of the cost of an acquisition over the fair value of the Group's share of the net identifiable assets of the acquired undertaking at the date of acquisition. Goodwill on acquisition of subsidiaries is included in "intangible assets". Goodwill on acquisitions of associates is included in 'investments in associates'.

Goodwill is tested annually for impairment and carried at cost less accumulated impairment losses. Gains and losses on the disposal of an undertaking include the carrying amount of goodwill relating to the undertaking sold. Goodwill is allocated to cash-generating units for the purpose of impairment testing.

*(ii)   Computer software*

Costs that are directly associated with identifiable and unique computer software products controlled by the Group and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Leases

At inception of an arrangement, the Group determines whether an arrangement is or contains a lease.

At inception or on reassessment of an arrangement that contains a lease, the Group separates payments and other consideration required by the arrangement into those for the lease and those for other elements on the basis of their relative fair values. If the Group concludes for a finance lease that it is impracticable to separate the payments reliably, then an asset and a liability are recognised at an amount equal to the fair value of the underlying asset, subsequently, the liability is reduced as payments are made and an imputed finance cost on the liability is recognised using the Group's incremental borrowing rate.

Leases are classified as finance leases whenever the terms of the lease transfer substantially all the risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

Case 0:17-cv-60426-UU Document 249-10 Entered on FLSD Docket 10/16/2018 Page 185 of
CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER
272

19

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Leases (continued)

*Finance leases - The Group as lessee*
The leases of the Group are classified as finance leases, if they transfer to the Group substantially all the risks and rewards incidental to ownership of an asset. The Group recognises a finance lease as an asset and liability at the lower of the fair value of the leased asset and the present value of minimum lease payments. Subsequent to initial recognition, the assets are accounted for in accordance with the accounting policy applicable to that asset.

The payments are apportioned between the finance expenses and the decrease of the finance lease obligations based on the effective interest method.

*Operating leases*
Rentals payable under operating leases are charged to profit or loss on a straight-line basis over the term of the relevant lease. Benefits received and receivable as an incentive to enter into an operating lease are also spread on a straight-line basis over the lease term.

Financial instruments
Financial assets and financial liabilities are recognised when the Group becomes a party to the contractual provisions of the instrument.

*(i) Trade and other receivables*
Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii) Loans granted*
Loans originated by the Group by providing money directly to the borrower are categorised as loans and are carried at amortised cost. The amortised cost is the amount at which the loan granted is measured at initial recognition minus principal repayments, plus or minus the cumulative amortization using the effective interest method of any difference between the initial amount and the maturity amount, and minus any reduction for impairment or uncollectibility. All loans are recognised when cash is advanced to the borrower.

The effective interest method is a method of calculating the amortised cost of a financial asset or a financial liability (or group of financial assets or financial liabilities) and of allocating the interest income or interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument or, when appropriate, a shorter period to the net carrying amount of the financial asset or financial liability.

*(iii) Investments*
The Group classifies its investments in equity and debt securities in the following categories: financial assets at fair value through profit or loss, loans and receivables, held-to-maturity investments and available-for-sale financial assets. The classification depends on the purpose for which the investments were acquired. Management determines the classification of investments at initial recognition.

P-G004193

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

20

### XBT Holding Ltd

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(iii) Investments* (continued)

* *Loans and receivables*
  Investments with fixed or determinable payments that are not quoted in an active market and are not classified as financial assets at fair value through profit or loss or as financial assets available-for-sale.

  *Recognition and measurement:*
  Regular way purchases and sales of investments are recognised on trade-date which is the date on which the Group commits to purchase or sell the asset. Investments are initially recognised at fair value plus directly attributable transaction costs for all financial assets not carried at fair value through profit or loss. For financial assets at fair value through profit or loss the directly attributable transaction costs are recognised in profit or loss as incurred.

  Realised and unrealised gains and losses arising from changes in the fair value of financial assets at fair value through profit or loss are included in profit or loss.

  The fair values of quoted investments are based on current bid prices. If the market for a financial asset is not active (and for unlisted securities), the Group establishes fair value by using valuation techniques. These include the use of recent arm's length transactions, reference to other instruments that are substantially the same and discounted cash flow analysis, making maximum use of market inputs and relying as little as possible on entity specific inputs. Equity investments for which fair values cannot be measured reliably are recognised at cost less impairment.

*(iv) Cash and cash equivalents*
  For the purpose of the consolidated statement of cash flows, cash and cash equivalents comprise cash in hand, cash at bank and bank overdrafts.

*(v) Borrowings*
  Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(vi) Trade and other payables*
  Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

P-G004194

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

21

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Derecognition of financial assets and liabilities

*Financial assets*
A financial asset (or, where applicable a part of a financial asset or part of a group of similar financial assets) is derecognised when:

* the contractual rights to receive cash flows from the asset have expired;
* the Group retains the right to receive cash flows from the asset, but has assumed an obligation to pay them in full without material delay to a third party under a 'pass through' arrangement; or
* the Group has transferred its rights to receive cash flows from the asset and either (a) has transferred substantially all the risks and rewards of the asset, or (b) has neither transferred nor retained substantially all the risks and rewards of the asset, but has transferred control of the asset.

Any interest in such derecognized financial assets that is created or retained by the Group is recognised as a separate asset or liability.

*Financial liabilities*
A financial liability is derecognised when the obligation under the liability is discharged or cancelled or expires.

When an existing financial liability is replaced by another from the same lender on substantially different terms, or the terms of an existing liability are substantially modified, such an exchange or modification is treated as a derecognition of the original liability and the recognition of a new liability, and the difference in the respective carrying amounts is recognised in profit or loss.

Offsetting financial instruments
Financial assets and financial liabilities are offset and the net amount reported in the consolidated statement of financial position if, and only if, there is a currently enforceable legal right to offset the recognised amounts and there is an intention to settle on a net basis, or to realise the asset and settle the liability simultaneously. This is not generally the case with master netting agreements, and the related assets and liabilities are presented gross in the consolidated statement of financial position.

Work in progress
Work in progress is stated at cost plus any attributable profit less any foreseeable losses and less amounts received or receivable as progress payments. The cost of work in progress includes materials, labour and direct expenses plus attributable overheads based on a normal level of activity.

Share capital
Ordinary shares are classified as equity. The difference between the fair value of the consideration received by the Company and the nominal value of the share capital being issued is taken to the share premium account. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Non-current liabilities
Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

P-G004195

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** (continued)

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

4. **SEGMENTAL ANALYSIS**

| 2016 | U.S.A. US$ | Europe US$ | Asia US$ | Total US$ |
|---|---|---|---|---|
| Revenue | 27,882,710 | 17,411,634 | 4,443,487 | 49,737,831 |
| Cost of sales | (4,929,993) | (5,779,274) | (2,326,949) | (13,036,216) |
| Gross profit | 22,952,716 | 11,632,360 | 2,116,539 | 36,701,615 |
| SGA | (6,752,939) | (7,681,285) | (1,342,531) | (15,776,755) |
| EBITA | 16,199,778 | 3,951,075 | 774,007 | 20,924,860 |
| Capital expnditure | 9,858,430 | 16,441,065 | 2,102,710 | 28,402,205 |
| Depreciation | 3,481,412 | 8,383,799 | 658,441 | 12,523,652 |

| 2015 | U.S.A. US$ | Europe US$ | Asia US$ | Total US$ |
|---|---|---|---|---|
| Revenue | 20,313,936 | 14,872,712 | 3,598,456 | 38,785,104 |
| Cost of sales | (7,726,389) | (6,283,013) | 1,272,395 | (12,737,007) |
| Gross profit | 12,587,547 | 8,589,699 | 4,870,851 | 26,048,097 |
| SGA | (3,448,834) | (5,378,754) | (2,460,648) | (11,288,236) |
| EBITA | 9,224,238 | 3,538,799 | 2,148,462 | 14,911,694 |
| Capital expnditure | 1,600,284 | 8,828,723 | 8,343,582 | 18,772,589 |
| Depreciation | 2,602,055 | 5,408,189 | 1,833,456 | 9,843,700 |

The Group is organised by business segments and this is the primary format for segmental reporting. Each business segment provides products or services which are subject to risks and returns that are different from those of other business segments. The Group operates only in Cyprus and for this reason operations are not analysed by geographical segment.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

## 4.  SEGMENTAL ANALYSIS *(continued)*

| Group components by segment: | 2016 % | 2015 % |
|---|---|---|
| **USA** | | |
| IGB.com Inc | 100 | 100 |
| Dedicated Servers Inc | 100 | 100 |
| DFW Internet Services Inc | 100 | 100 |
| Fozzy Inc | 100 | 100 |
| IP Transit Inc | 100 | 100 |
| Serves.com Inc | 100 | 100 |
| TM Web Properties Ltd | 100 | 100 |
| Travail Systems Inc | 100 | 100 |
| Universal CDN Inc | 95 | 95 |
| URL Solutions Inc | 100 | 100 |
| Webzilla Dallas Inc | 100 | 100 |
| Webzilla Inc | 100 | 100 |
| Webzilla Apps Inc | 100 | 100 |
| **Europe** | | |
| BN Domain Trust Services Ltd | 100 | 100 |
| iMarketing Solutions Ltd | 100 | 100 |
| ITPan.com Ltd | 100 | 100 |
| ROOT S.A. | 100 | 100 |
| Servers.com B.V. | 100 | 100 |
| Universal CDN (Cyprus) Ltd | 95 | 95 |
| Webzilla B.V. | 100 | 100 |
| Webzilla Ltd | 100 | 100 |
| **Asia** | | |
| IBEE Software Solutions Limited | 70 | 70 |
| Webzilla Singapore PTE Ltd | 100 | 100 |
| Edinaya Set LLC | 99 | 99 |
| Servers.com Asia Ltd | 100 | - |

P-G004197

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

24

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### For the year ended 31 December 2016

## 5. REVENUE

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Related party revenues (note 27) | 11.361 | 8.482 |
| Managed servers revenue | 32.117.124 | 20.808.907 |
| Co-location revenue | 5.969.623 | 3.638.797 |
| Bandwidth revenue | 6.117.448 | 11.088.091 |
| Shared / VPS / Cloud revenue | 2.059.629 | 1.765.505 |
| Equipment revenue | 241.947 | 834.043 |
| Domain and application revenue | 3.220.699 | 641.279 |
|  | 49.737.831 | 38.785.104 |

## 6. COST OF SALES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Materials costs | 606.469 | 814.744 |
| Co-location costs | 5.703.204 | 6.797.822 |
| Bandwidth costs | 4.345.469 | 4.907.015 |
| Domains costs | 349.704 | 217.426 |
| Equipment costs | 1.879.593 | – |
| Related party costs (note 27) | 151.777 | – |
|  | 13.036.216 | 12.737.007 |

## 7. OTHER OPERATING INCOME

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Discounts received | .. | 151.833 |
| Profit from sale of investments in subsidiaries | 9.692 | – |
| Sundry operating income | 15.720 | – |
|  | 25.412 | 151.833 |

## 8. SELLING AND DISTRIBUTION EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| General provision for bad debts | 697.371 | 99.492 |
|  | 697.371 | 99.492 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

25

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 9.   ADMINISTRATIVE EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Staff costs | 3,738,706 | 3,313,581 |
| Rent | 399,315 | 375,315 |
| Common expenses | 161,295 | 147,352 |
| Immovable property tax | 27,685 | 28,355 |
| Sales and marketing expenses | 5,963,697 | 3,932,122 |
| Advertising expenses | 1,650,115 | 838,546 |
| Operating lease rentals | 215,667 | 317,533 |
| Independent auditors' remuneration - current year | 102,257 | 106,548 |
| Independent auditors' remuneration - prior years | 10,578 | 2,716 |
| Other professional fees | 1,540,772 | 1,192,761 |
| Fines | 15,149 | 7,080 |
| Travelling | 472,084 | 358,625 |
| Irrecoverable VAT | 272,957 | 191,592 |
| General administration expenses | 534,520 | 376,617 |
| Amortisation of computer software | 863,617 | 1,423,080 |
| Depreciation | 11,660,034 | 8,420,621 |
|  | 27,628,448 | 21,032,444 |

### 10.   OPERATING PROFIT

|  | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Operating profit is stated after charging the following items: |  |  |  |
| Amortisation of computer software | 16 | 863,617 | 1,423,080 |
| Depreciation of property, plant and equipment | 15 | 11,660,034 | 8,420,621 |
| Staff costs | 11 | 3,738,706 | 3,313,581 |
| Independent auditors' remuneration - current year |  | 102,257 | 106,548 |
| Independent auditors' remuneration - prior years |  | 10,578 | 2,716 |
| Operating lease rentals |  | 215,667 | 317,533 |
| Trade receivables - impairment charge for bad and doubtful debts |  | 697,371 | 99,492 |

### 11.   STAFF COSTS

|  | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Salaries |  | 3,738,706 | 3,313,581 |
| Total staff costs | 10 | 3,738,706 | 3,313,581 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

26

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### For the year ended 31 December 2016

## 12.  NET FINANCE INCOME AND EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Interest income | 7,755 | - |
| Exchange profit | 165,333 | 313,254 |
|  | 173,088 | 313,254 |
| Net foreign exchange transaction losses | (242,192) | (197,874) |
| Interest expense | (1,568,812) | (996,050) |
| Sundry finance expenses | (313,151) | (209,611) |
| Finance expenses | (2,124,155) | (1,403,535) |
| Net finance expenses | (1,951,067) | (1,090,281) |

## 13.  TAXATION

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Corporation tax – current year | 180,174 | 2,435 |
| Corporation tax – prior years | - | 5,218 |
| Overseas tax | 31 | 392,790 |
| Charge for the year | 180,205 | 400,443 |

The corporation tax rate in Cyprus is 12,5%.

Under certain conditions interest income may be subject to defence contribution at the rate of 30%. In such cases this interest will be exempt from corporation tax. In certain cases, dividends received from abroad may be subject to defence contribution at the rate of 17%.

## 14.  DIVIDENDS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Final dividend paid | 5,500,000 | 5,479,500 |
|  | 5,500,000 | 5,479,500 |

On 31 December 2016 the Company in General Meeting declared the payment of a final dividend of US$5,500,000 (2015: US$5,479,500).

Dividends are subject to a deduction of special contribution for defence at 17% for individual shareholders that are both Cyprus tax resident and Cyprus domiciled.

P-G004200

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

27

## XBT Holding Ltd

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 15.  PROPERTY, PLANT AND EQUIPMENT

|  | Motor vehicles | Furniture, fixtures and office equipment | Computer equipment | Total |
|---|---|---|---|---|
|  | US$ | US$ | US$ | US$ |
| **Cost** |  |  |  |  |
| Balance at 1 January 2015 | 649,496 | 241,063 | 35,759,103 | 36,649,662 |
| Additions | 137,812 | 436,767 | 12,264,469 | 12,839,048 |
| Balance at 31 December 2015 | 787,308 | 677,830 | 48,023,572 | 49,488,710 |
|  |  |  |  |  |
| Balance at 1 January 2016 | 787,308 | 677,830 | 48,023,572 | 49,488,710 |
| Additions | 117,726 | 82,432 | 21,717,791 | 21,917,949 |
| Balance at 31 December 2016 | 905,034 | 760,262 | 69,741,363 | 71,406,659 |
| **Depreciation** |  |  |  |  |
| Balance at 1 January 2015 | 186,936 | 104,109 | 20,070,105 | 20,361,150 |
| Depreciation for the year | 126,341 | 177,692 | 8,116,587 | 8,420,620 |
| Balance at 31 December 2015 | 313,277 | 281,801 | 28,186,692 | 28,781,770 |
|  |  |  |  |  |
| Balance at 1 January 2016 | 313,277 | 281,801 | 28,186,692 | 28,781,770 |
| Depreciation for the year | 146,965 | 133,498 | 9,657,947 | 9,938,410 |
| Balance at 31 December 2016 | 460,242 | 415,299 | 37,844,639 | 38,720,180 |
| **Carrying amounts** |  |  |  |  |
| Balance at 31 December 2016 | 444,792 | 344,963 | 31,896,724 | 32,686,479 |
| Balance at 31 December 2015 | 474,031 | 396,029 | 19,836,880 | 20,706,940 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

28

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

16. INTANGIBLE ASSETS AND GOODWILL

| | Goodwill US$ | Computer software US$ | Total US$ |
|---|---|---|---|
| **Cost** | | | |
| Balance at 1 January 2015 | 4,510,088 | 6,534,260 | 11,044,348 |
| Additions | - | 5,933,541 | 5,933,541 |
| Additions from business combinations | 389,687 | - | 389,687 |
| Balance at 31 December 2015 | 4,899,775 | 12,467,801 | 17,367,576 |
| | | | |
| Balance at 1 January 2016 | 4,899,775 | 12,467,801 | 17,367,576 |
| Additions | - | 6,484,256 | 6,484,256 |
| Balance at 31 December 2016 | 4,899,775 | 18,952,057 | 23,851,832 |
| | | | |
| **Amortisation** | | | |
| Balance at 1 January 2015 | - | 2,065,478 | 2,065,478 |
| Amortisation for the year | - | 1,423,080 | 1,423,080 |
| Balance at 31 December 2015 | - | 3,488,558 | 3,488,558 |
| | | | |
| Balance at 1 January 2016 | - | 3,488,558 | 3,488,558 |
| Amortisation for the year | - | 2,585,242 | 2,585,242 |
| Balance at 31 December 2016 | - | 6,073,800 | 6,073,800 |
| | | | |
| **Carrying amounts** | | | |
| Balance at 31 December 2016 | 4,899,775 | 12,878,257 | 17,778,032 |
| | | | |
| Balance at 31 December 2015 | 4,899,775 | 8,979,243 | 13,879,018 |

17. LOANS RECEIVABLE

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 258,363 | 616,315 |
| New loans granted | 864,262 | 206,650 |
| Repayments | (406,767) | (564,602) |
| Interest charged | 4,950 | - |
| Exchange difference | (13,916) | - |
| | | |
| Balance at 31 December | 706,892 | 258,363 |

P-G004202

29

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 17.   LOANS RECEIVABLE *(continued)*

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Loans receivable | 614.018 | 134.849 |
| Loans to related companies (note 27 (iv)) | 2.017 | - |
| Loans to directors (note 27 (v)) | 90.857 | 123.514 |
|  | 706.892 | 258.363 |

The loans are repayable as follows:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Between one and five years | 706.892 | 258.363 |

The exposure of the Group to credit risk is reported in note 28 to the consolidated financial statements.

The fair values of non-current receivables approximate to their carrying amounts as presented above.

The loans to Directors were provided interest free and are repayable monthly over three years. Upon origination these loans were re-measured at fair value, being the future cash flows discounted at market interest rates prevailing for similar instruments. The interest income is recognised on the fair value of the loans using the effective interest method. The difference between the fair value and the nominal value of the loans is taken to profit or loss.

### 18.   INVENTORIES AND WORK IN PROGRESS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Work in progress | 67.795 | 1.668.012 |
|  | 67.795 | 1.668.012 |

The Group reviews its inventory records for evidence regarding the saleability of inventory and its net realizable value on disposal. The provision for obsolete and slow-moving inventory is based on management's past experience, taking into consideration the value of inventory as well as the movement and the level of stock of each category of inventory.

The amount of provision is recognized in the profit or loss. The review of the net realisable value of the inventory is continuous and the methodology and assumptions used for estimating the provision for obsolete and slow-moving inventory are reviewed regularly and adjusted accordingly.

The cost of inventories recognised as expense and included in "cost of sales" amounted to US$13,036,216 (2015: US$12,737,007).

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

30

**XBT Holding Ltd**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 19.  TRADE AND OTHER RECEIVABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade receivables | 8.309.865 | 10.102.128 |
| Less: Provision for impairment of receivables | (570.003) | (79.727) |
| Trade receivables - net | 7.739.862 | 10.022.401 |
| Receivables from related companies (note 27 (iii)) | 13.459 | 102.395 |
| Directors' current accounts - debit balances (note 27 (vii)) | 125.310 | - |
| Deposits and prepayments | 158.601 | 269.518 |
| Other receivables | 104.409 | 754.414 |
| Refundable VAT | 535.603 | 446.588 |
|  | 8.677.244 | 11.595.316 |

The Group has recognized a loss of US$697.371 (2015: US$99.492) for the impairment of its trade receivables during the year ended 31 December 2016. The loss has been included in selling and distribution costs in profit or loss.

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Group to credit risk and impairment losses in relation to trade and other receivables is reported in note 28 to the consolidated financial statements.

### 20.  CASH AND CASH EQUIVALENTS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash at bank and in hand | 3.130.086 | 5.002.643 |
| Bank deposits | 408.263 | 409.323 |
|  | 3.538.349 | 5.411.966 |

For the purposes of the consolidated statement of cash flows, the cash and cash equivalents include the following:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash and cash equivalents | 3.130.086 | 5.002.643 |
| Bank overdrafts | (466.906) | (607.544) |
|  | 2.663.180 | 4.395.099 |

The exposure of the Group to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 28 to the consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

31

## XBT Holding Ltd

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

21.  **SHARE CAPITAL**

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of €1 each converted at rate €1=US$1.29834 | 1,500,000 | 1,947,510 | 1,500,000 | 1,947,510 |
| | | | | |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 1,053,684 | 1,368,045 | 1,053,684 | 1,368,045 |
| | | | | |
| Balance at 31 December | 1,053,684 | 1,368,045 | 1,053,684 | 1,368,045 |

P-G004205

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

32.

# XBT Holding Ltd

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 22. RESERVES

| | Share premium US$ | Statutory reserve US$ | Translation reserve US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|---|---|
| Balance at 1 January 2015 | 4,933,292 | 4,362 | 1,266,277 | 13,247,419 | 19,451,350 |
| Profit for the year | - | - | - | 3,447,768 | 3,447,768 |
| Dividends | - | - | - | (5,479,500) | (5,479,500) |
| Exchange difference | - | - | 13,311 | - | 13,311 |
| Balance at 31 December 2015 | 4,933,292 | 4,362 | 1,279,588 | 11,215,687 | 17,432,929 |
| Balance at 1 January 2016 | 4,933,292 | 4,362 | 1,279,588 | 11,215,687 | 17,432,929 |
| Profit for the year | - | - | - | 6,122,255 | 6,122,255 |
| Dividends | - | - | - | (5,500,000) | (5,500,000) |
| Exchange difference | - | - | (57,714) | - | (57,714) |
| Balance at 31 December 2016 | 4,933,292 | 4,362 | 1,221,874 | 11,837,942 | 17,997,470 |

P-G004206

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

33

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 23.   LOANS AND BORROWINGS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 4,841,125 | 2,578,608 |
| Additions | 1,312,157 | 3,734,901 |
| Repayments | (2,518,050) | (1,641,129) |
| Interest charged | 301,525 | 188,622 |
| Exchange difference | (85,743) | (19,877) |
| Balance at 31 December | 3,851,014 | 4,841,125 |

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| **Non-current liabilities** |  |  |
| Credit facilities | 3,851,014 | 4,841,125 |
|  | - | - |

Maturity of borrowings:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Between one and five years | 3,851,014 | 4,841,125 |

The exposure of the Group to interest rate risk in relation to financial instruments is reported in note 28 to the consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

34

**XBT Holding Ltd**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 24.  OBLIGATIONS UNDER FINANCE LEASES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 10,749,030 | 5,519,471 |
| Additions | 15,661,456 | 9,847,864 |
| Repayments | (7,484,108) | (5,431,264) |
| Interest charge | 1,267,246 | 812,959 |
| Balance at 31 December | 20,193,624 | 10,749,030 |

| | Minimum lease payments 2016 US$ | Interest 2016 US$ | Principal 2016 US$ | Minimum lease payments 2015 US$ | Interest 2015 US$ | Principal 2015 US$ |
|---|---|---|---|---|---|---|
| Within one year | 10,299,250 | 1,525,260 | 8,773,990 | 5,392,560 | 726,492 | 4,666,068 |
| Between one and five years | 12,478,735 | 1,059,101 | 11,419,634 | 6,498,698 | 415,736 | 6,082,962 |
| | 22,777,985 | 2,584,361 | 20,193,624 | 11,891,258 | 1,142,228 | 10,749,030 |

The fair values of lease obligations approximate to their carrying amounts as presented above.

The Group's obligations under finance leases are secured by the lessors' title to the leased assets.

The exposure of the Group to interest rate risk in relation to financial instruments is reported in note 28 to the consolidated financial statements.

## 25.  TRADE AND OTHER PAYABLES

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 10,643,662 | 11,010,320 |
| Directors' current accounts - credit balances (note 27 (viii)) | 130,258 | 780,079 |
| Payables to parent (note 27 (vi)) | 7,480,441 | 5,457,505 |
| Accruals | 298,896 | 329,449 |
| Other creditors | 264,869 | 175,075 |
| Deferred income | 120,686 | 152,414 |
| | 18,938,812 | 17,904,842 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

35

### XBT Holding Ltd

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 26. TAX LIABILITY

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Corporation tax | 149.532 | 185.666 |
| Special contribution to the defence fund | - | 88.727 |
|  | 149.532 | 274.393 |

There are transactions and calculations for which the ultimate tax determination is uncertain during the ordinary course of business. The Group recognises liabilities for anticipated tax audit issues based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such differences will impact the income tax and deferred tax provisions in the period in which such determination is made.

## 27. RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding S.A., incorporated in Luxemburg, which owns 100% of the Company's shares.

The transactions and balances with related parties are as follows:

### (i) Sale of services (note 5)

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| XBT Holding S.A. | - | 8.482 |
| Brandnames.com Sarl | 11.361 | - |
|  | 11.361 | 8.482 |

### (ii) Purchase of services (note 6)

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Brandnames.com Sarl | 151.777 | - |
|  | 151.777 | - |

P-G004209

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

36

### XBT Holding Ltd

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 27. RELATED PARTY TRANSACTIONS *(continued)*

### (iii) Receivables from related companies (note 19)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Brandnames.com Sarl | Trade | 13,459 | 192,395 |
| | | 13,459 | 192,395 |

### (iv) Loans to related companies (note 17)

| | 2016 US$ | 2015 US$ |
|---|---|---|
| AUKA Invest PTE Ltd | 290 | - |
| BK Tech Investments PTE LTD | 1,727 | - |
| | 2,017 | |

The loan to related company ... Limited was provided interest free, and there was no specified repayment date.

### (v) Loans to directors (note 17)

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Regina Biktimirova | - | 1,472 |
| Aleksey Gubarev | 90,857 | 122,042 |
| | 90,857 | 123,514 |

The loan was provided interest free, and there was no specified repayment date.

### (vi) Payables to parent (note 25)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding S.A. | Trade | 7,480,441 | 5,457,505 |
| | | 7,480,441 | 5,457,505 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

37

### XBT Holding Ltd

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 27.  RELATED PARTY TRANSACTIONS (continued)

### (vii) Shareholders' current accounts - debit balances (note 19)

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Aleksey Gubarev | 125,310 | - |
|  | 125,310 | - |

The shareholders' current accounts are interest free, and have no specified repayment date.

### (viii) Directors' current accounts – credit balances

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Aleksey Gubarev | - | 632,715 |
| Kostyantyn Bezruchenko | 13,272 | 30,374 |
| Alexander Borodin | 116,288 | 116,288 |
| Rajesh Kumar Mishra | 698 | 702 |
|  | 130,258 | 780,079 |

The directors' current accounts are interest free, and have no specified repayment date.

## 28.  FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

#### Financial risk factors
The Group is exposed to the following risks from its use of financial instruments:

* Credit risk
* Liquidity risk
* Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Group's risk management framework.

The Group's risk management policies are established to identify and analyse the risks faced by the Group, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Group's activities.

P-G004211

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

38

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### For the year ended 31 December 2016

### 28. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

#### A. Financial risk management

*(i) Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Group has no significant concentration of credit risk. The Group has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Group's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 19.

The Group's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 19.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Group's standard payment and delivery terms and conditions are offered. The Group's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Group establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii) Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Group has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

*(iii) Other risks*

The general economic environment prevailing in Cyprus and internationally may affect the Group's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Group.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

39

## XBT Holding Ltd

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 28. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

Capital management

The Group manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Group's overall strategy remains unchanged from last year.

### 29. FAIR VALUES

The fair values of the Group's financial assets and liabilities approximate their carrying amounts at the reporting date.

### 30. CONTINGENT LIABILITIES

The Group had no contingent liabilities as at 31 December 2016

### 31. COMMITMENTS

The Group had no capital or other commitments as at 31 December 2016.

### 32. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the consolidated financial statements.

On 7 July 2017 the Board of Directors of XBT Holding Ltd approved and authorised these consolidated financial statements for issue.

P-G004213

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

XBT HOLDING S.A.

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

P-G004214

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

# XBT Holding S.A.

## REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

## CONTENTS

|  | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 3 |
| Independent Auditors' report | 4 & 6 |
| Statement of profit or loss and other comprehensive income | 7 |
| Statement of financial position | 8 |
| Statement of changes in equity | 9 |
| Statement of cash flows | 10 |
| Notes to the financial statements | 11 – 24 |

P-G004215

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## XBT Holding S.A.

### OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra |
| | Kostyantyn Bezruchenko |
| | Alexey Gubarev |
| Secretary | Fiduciaire Scherer PLC |
| Independent Auditors | KPMG Limited |
| Management | Alexey Gubarev (CEO) |
| | Rajesh Kumar Mishra (CFO) |
| Banker | ING Luxemburg S.A. |
| Registered Office | 3 op der Poukewiss |
| | L-7795 |
| | Roost |
| | Luxemburg |
| Registration number | 191313 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

2

## XBT Holding S.A.

### MANAGEMENT REPORT

The Board of Directors of XBT Holding S.A. (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

### PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The principal activities of the Company is the holding of investments.

### FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 7 to the financial statements. The net loss for the year attributable to the shareholders of the Company amounted to US$19.300.295 (2015: US$5.461.865 profit).

### REVENUE

The Company's revenue for the year ended 31 December 2016 was US$5.500.000 (2015: US$5.479.500).

### DIVIDENDS

The Board of Directors does not recommend the payment of a dividend.

### MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 19 to the financial statements.

### CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

### LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

3

## XBT Holding S.A.

### MANAGEMENT REPORT (continued)

**FUTURE DEVELOPMENTS**

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

**SHARE CAPITAL**

There were no changes in the share capital of the Company during the year.

**BRANCHES**

During the year ended 31 December 2016 the Company did not operate any branches.

**BOARD OF DIRECTORS**

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors.

**EVENTS AFTER THE REPORTING PERIOD**

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

**RELATED PARTY TRANSACTIONS**

Disclosed in note 18 to the financial statements.

**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Rajesh Kumar Mishra
Director

Larnaca, 3 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



4

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T +357 24 200000, F: +357 24 200200

## Independent Auditors' report

### to the Members of

### XBT Holding S.A.

## Report on the audit of the financial statements

### Opinion

We have audited the accompanying financial statements of parent company XBT Holding S.A. (the "Company"), which are presented on pages 7 to 24 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB

### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements'"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.



CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

XBT Holding S.A.

## Other information

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

## Responsibilities of the Board of Directors for the financial statements

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the Board of Directors is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

## Auditors' responsibilities for the audit of the financial statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

* Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

KPMG

Independent Auditors' report

to the Members of

XBT Holding S.A.

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

* Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

* Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.

* Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.

* Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of Luxemburg Companies Ordinance and are not intended for statutory filing.

We have reported separately on the consolidated financial statements of the Company and its subsidiaries for the year ended 31 December 2016.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

7 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

7

## XBT Holding S.A.

### STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

#### For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Revenue | 4 | 5.500.000 | 5.479.500 |
| Administrative expenses | 5 | (87.269) | (17.758) |
| Operating (loss)/profit | 7 | (19.303.892) | 5.461.742 |
| Finance income | | 6.986 | 439 |
| Finance expenses | | (3.389) | (316) |
| Net finance income | 8 | 3.597 | 123 |
| (Loss)/profit for the year | | (19.300.295) | 5.461.865 |
| Other comprehensive income | | – | – |
| Total comprehensive (expense)/income for the year | | (19.300.295) | 5.461.865 |

The notes on pages 11 to 24 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

8

## XBT Holding S.A.

### STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Investments in subsidiaries | 9 | 217,265,817 | 241,960,242 |
| Available-for-sale financial assets | 10 | 675,900 | - |
| Non-current loans receivable | 11 | 226,403 | - |
| Total non-current assets | | 218,168,120 | 241,960,242 |
| **Current assets** | | | |
| Trade and other receivables | 12 | 10,126,847 | 5,474,598 |
| Cash and cash equivalents | 13 | 2,246,038 | 17,643 |
| Total current assets | | 12,372,885 | 5,492,241 |
| **Total assets** | | 230,541,005 | 247,452,483 |
| **Equity** | | | |
| Share capital | 14 | 1,306,566 | 1,306,566 |
| Reserves | 15 | 226,783,080 | 246,083,375 |
| Total equity | | 228,089,646 | 247,389,941 |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Short term loans | 16 | 3,800 | - |
| Trade and other payables | 17 | 2,447,559 | 62,542 |
| Total current liabilities | | 2,451,359 | 62,542 |
| **Total liabilities** | | 2,451,359 | 62,542 |
| **Total equity and liabilities** | | 230,541,005 | 247,452,483 |

On 3 July 2017 the Board of Directors of XBT Holding S.A. approved and authorised these financial statements for issue.

..................................................  ..................................................  ..................................................
Rajesh Kumar Mishra         Kostyantyn Bezruchenko         Alexey Gubarev
Director                    Director                       Director

The notes on pages 11 to 24 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

9

## XBT Holding S.A.

### STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

|  | Share capital US$ | Share premium US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|---|
| Balance at 1 January 2015 | 1.306.566 | 240.633.434 | (11.924) | 241.928.076 |
| Profit for the year | - | -- | 5.461.865 | 5.461.865 |
| Balance at 31 December 2015 | 1.306.566 | 240.633.434 | 5.449.941 | 247.389.941 |
| Balance at 1 January 2016 | 1.306.566 | 240.633.434 | 5.449.941 | 247.389.941 |
| Loss for the year | - | - | (19.300.295) | (19.300.295) |
| Balance at 31 December 2016 | 1.306.566 | 240.633.434 | (13.850.354) | 228.089.646 |

The notes on pages 11 to 24 are an integral part of these financial statements.

P-G004224

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

## XBT Holding S.A.

### STATEMENT OF CASH FLOWS

#### For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| (Loss)/profit for the year | | (19.300.295) | 5.461.865 |
| Adjustments for: | | | |
| Impairment charge - investments in subsidiaries | 9 | 24.716.623 | - |
| Dividend income | | (5.500.000) | (5.479.500) |
| Interest income | 8 | (6.837) | - |
| Interest expense | 8 | 790 | - |
| **Cash used in operations before working capital changes** | | (89.719) | (17.635) |
| Increase in trade and other receivables | | (4.652.249) | (5.474.598) |
| Increase/(decrease) in trade and other payables | | 2.385.017 | (19.508) |
| **Cash used in operations** | | (2.356.951) | (5.502.741) |
| Dividends received | 4 | 5.500.000 | 5.479.500 |
| **Net cash generated from/(used in) operating activities** | | 3.143.049 | (23.241) |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of available-for-sale financial assets | 10 | (675.900) | - |
| Payment for acquisition of investments in subsidiaries | 9 | (22.198) | - |
| Loans granted | 11 | (808.039) | - |
| Loans repayments received | 11 | 588.473 | - |
| **Net cash used in investing activities** | | (917.664) | - |
| | | | |
| **Cash flows from financing activities** | | | |
| Proceeds from borrowings | | 3.800 | - |
| Interest paid | | (790) | - |
| **Net cash generated from financing activities** | | 3.010 | - |
| | | | |
| **Net increase/(decrease) in cash and cash equivalents** | | 2.228.395 | (23.241) |
| Cash and cash equivalents at beginning of the year | | 17.643 | 40.884 |
| | | | |
| **Cash and cash equivalents at end of the year** | 13 | 2.246.038 | 17.643 |

The notes on pages 11 to 24 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

11

## XBT Holding S.A.

## NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

### 1.  INCORPORATION AND PRINCIPAL ACTIVITIES

XBT Holding S.A. (the "Company") was incorporated in Luxemburg on 28 October 2014 as a private company with limited liability. Its registered office is at 3 op der Poukewiss, L-7795. Roost, Luxemburg.

The principal activities of the Company is the holding of investments.

### 2.  BASIS OF PREPARATION

#### (a) Statement of compliance
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

The Company has also prepared consolidated financial statements in accordance with IFRSs for the Company and its subsidiaries (the "Group"). The consolidated financial statements can be obtained from 3 op der Poukewiss, L-7795, Roost. Luxemburg.

Users of these parent's separate financial statements should read them together with the Group's consolidated financial statements as at and for the year ended 31 December 2016 in order to obtain a proper understanding of the financial position, the financial performance and the cash flows of the Company and the Group

#### (b) Basis of measurement
The financial statements have been prepared under the historical cost convention.

#### (c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

#### (d) Use of estimates and judgments
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised. if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

## XBT Holding S.A.

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 2. BASIS OF PREPARATION *(continued)*

**(e) Functional and presentation currency**
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these financial statements.

Subsidiaries
Subsidiaries are entities controlled by the Group. Control exists where the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

Investments in subsidiaries are stated at cost, which includes transaction costs, less provision for permanent diminution in value, which is recognised as an expense in the period in which the diminution is identified.

Revenue recognition

• *Dividend income*
Dividend from investments in securities is recognised when the right to receive payment is established. Withheld taxes are transferred to profit or loss. Interest from investments in securities is recognised on an accruals basis.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

*(i) Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

## XBT Holding S.A.

## NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

### 3.   SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Foreign currency translation (continued)

*(ii)   Transactions and balances*

Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined. Translation differences on available-for-sale financial assets are recognised in other comprehensive income and then included in the fair value reserve in equity (except on impairment, in which case translation differences that have been recognised in other comprehensive income are reclassified to profit or loss). Non-monetary items that are measured based on historical cost in a foreign currency are not translated.

Dividends

Dividend distribution to the Company's shareholders is recognised in the Company's financial statements in the year in which they are approved by the Company's shareholders.

Financial instruments

Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

*(i)   Trade and other receivables*

Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii)   Loans granted*

Loans originated by the Company by providing money directly to the borrower are categorised as loans and are carried at amortised cost. The amortised cost is the amount at which the loan granted is measured at initial recognition minus principal repayments, plus or minus the cumulative amortization using the effective interest method of any difference between the initial amount and the maturity amount, and minus any reduction for impairment or uncollectibility. All loans are recognised when cash is advanced to the borrower.

The effective interest method is a method of calculating the amortised cost of a financial asset or a financial liability (or group of financial assets or financial liabilities) and of allocating the interest income or interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument or, when appropriate, a shorter period to the net carrying amount of the financial asset or financial liability.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

### XBT Holding S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(iii) Investments*

The Company classifies its investments in equity and debt securities in the following categories: financial assets at fair value through profit or loss, loans and receivables, held-to-maturity investments and available-for-sale financial assets. The classification depends on the purpose for which the investments were acquired. Management determines the classification of investments at initial recognition.

●    *Available-for-sale financial assets*

Investments intended to be held for an indefinite period of time, which may be sold in response to needs for liquidity or changes in interest rates, are classified as available-for-sale; these are included in non-current assets unless management has the express intention of holding the investment for less than 12 months from the reporting date or unless they will need to be sold to raise operating capital, in which case they are included in current assets.

●    *Loans and receivables*

Investments with fixed or determinable payments that are not quoted in an active market and are not classified as financial assets at fair value through profit or loss or as financial assets available-for-sale.

*Recognition and measurement:*

Regular way purchases and sales of investments are recognised on trade-date which is the date on which the Company commits to purchase or sell the asset. Investments are initially recognised at fair value plus directly attributable transaction costs for all financial assets not carried at fair value through profit or loss. For financial assets at fair value through profit or loss the directly attributable transaction costs are recognised in profit or loss as incurred.

Realised and unrealised gains and losses arising from changes in the fair value of financial assets at fair value through profit or loss are included in profit or loss. Unrealised gains and losses arising from changes in the fair value of available-for-sale financial assets are recognised in other comprehensive income and then in equity. When available-for-sale financial assets are sold or impaired, the accumulated fair value adjustments are included in equity are reclassified to profit or loss.

The fair values of quoted investments are based on current bid prices. If the market for a financial asset is not active (and for unlisted securities), the Company establishes fair value by using valuation techniques. These include the use of recent arm's length transactions, reference to other instruments that are substantially the same and discounted cash flow analysis, making maximum use of market inputs and relying as little as possible on entity specific inputs. Equity investments for which fair values cannot be measured reliably are recognised at cost less impairment.

*(iv) Cash and cash equivalents*

For the purpose of the statement of cash flows, cash and cash equivalents comprise cash at bank.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

15

## XBT Holding S.A.

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

3.  **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(v) Borrowings*

Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(vi) Trade and other payables*

Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Share capital

Ordinary shares are classified as equity. The difference between the fair value of the consideration received by the Company and the nominal value of the share capital being issued is taken to the share premium account. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Non-current liabilities

Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

Comparatives

Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

4.  **REVENUE**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Dividend income (note 18) | 5,500,000 | 5,479,500 |
|  | 5,500,000 | 5,479,500 |

P-G004230

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

## XBT Holding S.A.

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 5. ADMINISTRATIVE EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Insurance | 42.591 | - |
| Advertising expenses | 167 | - |
| Independent auditors' remuneration - current year | 17.247 | 1.753 |
| Independent auditors' remuneration - prior years | 15.820 | - |
| Other professional fees | 6.040 | 16.005 |
| Irrecoverable VAT | 5.394 | - |
| General administration expenses | 10 | - |
|  | 87.269 | 17.758 |

### 6. OTHER OPERATING EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Impairment charge - investments in subsidiaries | 24.716.623 | - |
|  | 24.716.623 | - |

### 7. OPERATING (LOSS) /PROFIT

|  | 2016 US$ | 2015 US$ |
|---|---|---|

Operating (loss)/profit is stated after charging the following items:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Independent auditors' remuneration - current year | 17.247 | 1.753 |
| Independent auditors' remuneration - prior years | 15.820 | - |

### 8. NET FINANCE INCOME AND EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Interest income | 6.837 | - |
| Exchange profit | 149 | 439 |
|  | 6.986 | 439 |
| Interest expense | (790) | - |
| Sundry finance expenses | (2.599) | (316) |
| Finance expenses | (3.389) | (316) |
| Net finance income | 3.597 | 123 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

## XBT Holding S.A.

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 9.   INVESTMENTS IN SUBSIDIARIES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 241.960.242 | 241.960.242 |
| Additions | 22.198 | - |
| Impairment charge | (24.716.623) | - |
| Balance at 31 December | 217.265.817 | 241.960.242 |

The details of the subsidiaries are as follows:

| Name | Country of incorporation | Principal activities | 2016 Holding % | 2015 Holding % | 2016 US$ | 2015 US$ |
|---|---|---|---|---|---|---|
| XBT Holding Ltd | Cyprus | Holding | 100 | 100 | 217.223.377 | 241.940.000 |
| Brandnames.com Sarl | Switzerland | IT Provider | 100 | 100 | 20.242 | 20.242 |
| Serverscom Eesii Ou | Estonia | Dormant | 100 | - | 22.198 | - |
|  |  |  |  |  | 217.265.817 | 241.960.242 |

The Company periodically evaluates the recoverability of investments in subsidiaries whenever indicators of impairment are present. Indicators of impairment include such items as declines in revenues, earnings or cash flows or material adverse changes in the economic or political stability of a particular country, which may indicate that the carrying amount of an asset is not recoverable. If facts and circumstances indicate that investment in subsidiaries may be impaired, the estimated future discounted cash flows associated with these subsidiaries would be compared to their carrying amounts to determine if a write-down to fair value is necessary.

### 10.   AVAILABLE-FOR-SALE FINANCIAL ASSETS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | - | - |
| Additions | 675.900 | - |
| Balance at 31 December | 675.900 | - |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

## XBT Holding S.A.

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 11.  NON-CURRENT LOANS RECEIVABLE

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | - | - |
| New loans granted | 808.039 | - |
| Repayments | (588.473) | - |
| Interest charged | 6.837 | - |
| Balance at 31 December | 226.403 | - |

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Loans receivable | 226.403 | - |
|  | 226.403 | - |

The loans are repayable as follows:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Between one and five years | 226.403 | - |

The loan receivable bear interest of 2% per annum and it is repayable on May 2018.

The exposure of the Company to credit risk is reported in note 19 to the financial statements.

The fair value of receivable loans approximates to their carrying amounts as presented above.

### 12.  TRADE AND OTHER RECEIVABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade receivables | 228.512 | - |
| Receivables from own subsidiaries (note 18 (ii)) | 8.927.044 | 5.457.505 |
| Receivables from related companies (note 18 (iii)) | 971.291 | 16.012 |
| Refundable VAT | - | 1.081 |
|  | 10.126.847 | 5.474.598 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above

The exposure of the Company to credit risk and impairment losses in relation to trade and other receivables is reported in note 19 to the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

19

## XBT Holding S.A.

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 13. CASH AND CASH EQUIVALENTS

Cash balances are analysed as follows:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash at bank | 2,246,038 | 17,643 |
|  | 2,246,038 | 17,643 |

### 14. SHARE CAPITAL

|  | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** |  |  |  |  |
| Ordinary shares of US$1 each | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 |
| **Issued and fully paid** |  |  |  |  |
| Balance at 1 January | 1,306,566 | 1,306,566 | 1,306,566 | 1,306,566 |
| Balance at 31 December | 1,306,566 | 1,306,566 | 1,306,566 | 1,306,566 |

### 15. RESERVES

|  | Share premium US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 240,633,434 | (11,924) | 240,621,510 |
| Profit for the year | - | 5,461,865 | 5,461,865 |
| Balance at 31 December 2015 | 240,633,434 | 5,449,941 | 246,083,375 |
| Balance at 1 January 2016 | 240,633,434 | 5,449,941 | 246,083,375 |
| Loss for the year | - | (19,300,295) | (19,300,295) |
| Balance at 31 December 2016 | 240,633,434 | (13,850,354) | 226,783,080 |

P-G004234

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

26

## XBT Holding S.A.

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

#### 16. LOANS AND BORROWINGS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | - | - |
| Additions | 3.800 | - |
| Balance at 31 December | 3.800 | - |

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Non-current liabilities |  |  |
| Current liabilities |  |  |
| Credit facilities | 3.800 | - |

#### 17. TRADE AND OTHER PAYABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 6.651 | 865 |
| Shareholders' current accounts - credit balances (note 18 (vi)) | 5.703 | 41.060 |
| Accruals | 17.247 | 3.262 |
| Payables to own subsidiaries (note 18 (iv)) | 64 | - |
| Payables to related companies (note 18 (v)) | 2.417.894 | 17.415 |
|  | 2.447.559 | 62.542 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

#### 18. RELATED PARTY TRANSACTIONS

The transactions and balances with related parties are as follows:

(i) Dividend income (note 4)

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| XBT Holding Ltd | 5.500.000 | 5.479.500 |
|  | 5.500.000 | 5.479.500 |

P-G004235

21

## XBT Holding S.A.

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

18. **RELATED PARTY TRANSACTIONS** *(continued)*

(ii) Receivables from group companies (note 12)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding Ltd | Dividends | 8,927,044 | 5,457,505 |
| | | 8,927,044 | 5,457,505 |

(iii) Receivables from related companies (note 12)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Servers.com B.V. | Trade | 2,161 | 16,012 |
| Edinaya Set LLC | Trade | 969,130 | - |
| | | 971,291 | 16,012 |

(iv) Payables to own subsidiaries (note 17)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Serverscom Eesti Ou | Finance | 64 | - |
| | | 64 | - |

(v) Payables to related companies (note 17)

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Root S.A. | Finance | 387,924 | 17,415 |
| Servers.com Inc | Finance | 775,900 | - |
| Webzilla Inc | Finance | 142,601 | - |
| Webzilla Ltd | Finance | 1,079,269 | - |
| Webzilla Apps Inc | Finance | 32,200 | - |
| | | 2,417,894 | 17,415 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

## XBT Holding S.A.

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 18.  RELATED PARTY TRANSACTIONS (continued)

#### (vi) Shareholders' current accounts - credit balances

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Alexej Gubarev | 5,703 | 41,000 |
|  | 5,703 | 41,000 |

The shareholders' current accounts are interest free, and have no specified repayment date.

### 19.  FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

#### Financial risk factors

The Company is exposed to the following risks from its use of financial instruments:

*   Credit risk
*   Liquidity risk
*   Market risk
*   Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

#### A. Financial risk management

*(i)  Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 12.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

## XBT Holding S.A.

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

### 19. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

*(ii) Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

*(iii) Market risk*

Market risk is the risk that changes in market prices, such as foreign exchange rates, interest rates and equity prices will affect the Company's income or the value of its holdings of financial instruments.

The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimising the return.

(iv) Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

### 20. FAIR VALUES

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

### 21. CONTINGENT LIABILITIES

The Company had no contingent liabilities as at 31 December 2016.

### 22. COMMITMENTS

The Company had no capital or other commitments as at 31 December 2016.

### 23. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

24

**XBT Holding S.A.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

On 3 July 2017 the Board of Directors of XBT Holding S.A. approved and authorised these financial statements for issue.

P-G004239

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

### XBT HOLDING S.A.

REPORT AND CONSOLIDATED FINANCIAL
STATEMENTS

For the year ended 31 December 2016

P-G004240

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT Holding S.A.**

REPORT AND CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## CONTENTS

|  | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 4 |
| Independent Auditors' report | 5 & 8 |
| Consolidated statement of profit or loss and other comprehensive income | 9 |
| Consolidated statement of financial position | 10 |
| Consolidated statement of changes in equity | 11 |
| Consolidated statement of cash flows | 12 |
| Notes to the consolidated financial statements | 13 - 39 |

P-G004241

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT Holding S.A.**

OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra<br>Kostyantyn Bezruchenko<br>Alexej Gubarev |
| Independent Auditors | KPMG Limited |
| Management | Aleksey Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Legal Advisors | Boston Law Group PC<br>Jackson Walker LLP<br>De Groen & Van Lint Advocated<br>McDermott Will & Emery |
| Bankers | ABN AMRO<br>National Bank of Greece (Cyprus) Bank<br>Bank of America<br>ING Bank |
| Registered Office | 3 op der Poukewiss<br>L-7795<br>Roost<br>Luxemburg |
| Registration number | B191313 |

P-G004242

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

2

## XBT Holding S.A.

### MANAGEMENT REPORT

The Board of Directors of XBT Holding S.A. (the "Company") presents to the members its Annual Report together with the audited consolidated financial statements of the Company and its subsidiaries (together with the Company, the "Group") for the year ended 31 December 2016.

### PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE GROUP

The principal activities of the Group are the provision of web hosting, data storage and trading of network equipment.

### FINANCIAL RESULTS

The Group's financial results for the year ended 31 December 2016 are set out on page 9 to the consolidated financial statements. The net profit for the year attributable to the shareholders of the Group amounted to US$6.105.093 (2015: US$3.350,019).

### EXAMINATION OF THE DEVELOPMENT, POSITION AND PERFORMANCE OF THE ACTIVITIES OF THE GROUP

The current financial position as presented in the consolidated financial statements is considered satisfactory.

### REVENUE

The Group's revenue for the year ended 31 December 2016 was US$49.727.371 (2015: US$38.779.073).

### DIVIDENDS

The Board of Directors does not recommend the payment of a dividend and the net profit for the year is retained.

### MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Group and the steps taken to manage these risks, are described in note 28 to the consolidated financial statements.

### INTEREST RATE RISK

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Group to cash flow interest rate risk. Borrowings issued at fixed rates expose the Group to fair value interest rate risk. Group's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

P-G004243

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

3

## XBT Holding S.A.

### MANAGEMENT REPORT *(continued)*

## CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Group has no significant concentration of credit risk. The Group has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Group does not hold collateral as security.

## LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Group has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

## FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Group in the foreseeable future.

## SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

## BRANCHES

During the year ended 31 December 2016 the Group did not operate any branches.

## BOARD OF DIRECTORS

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors.

## EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the consolidated financial statements.

## RELATED PARTY TRANSACTIONS

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

4

### XBT Holding S.A.

MANAGEMENT REPORT *(continued)*

Disclosed in note 27 to the consolidated financial statements.

**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Regina Biktimirova
Secretary

Larnaca, 7 July 2017

P-G004245

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



5

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

### Independent Auditors' report

### to the Directors of

### XBT Holding S.A.

#### Opinion

We have audited the accompanying consolidated financial statements of
XBT Holding S.A. (the "Company") and its subsidiaries (the "Group"),
which are presented on pages 9 to 39 and comprise the consolidated
statement of financial position as at 31 December 2016, and the
consolidated statements of profit or loss and other comprehensive income,
changes in equity and cash flows for the year then ended, and notes to the
consolidated financial statements, including a summary of significant
accounting policies.

In our opinion, the accompanying consolidated financial statements give a
true and fair view of the financial position of the Group as at 31 December
2016, and of its financial performance and its cash flows for the year then
ended in accordance with International Financial Reporting Standards as
issued by the IASB.

#### Basis for opinion

We conducted our audit in accordance with International Standards on
Auditing (ISAs). Our responsibilities under those standards are further
described in the *"Auditors' responsibilities for the audit of the consolidated
financial statements'"* section of our report. We are independent of the the
Company in accordance with the Code of Ethics for Professional
Accountants of the International Ethics Standards Board for Accountants
(IESBA Code) and the ethical requirements in Cyprus that are relevant to
our audit of the financial statements, and we have fulfilled our other ethical
responsibilities in accordance with these requirements and the IESBA
Code. We believe that the audit evidence we have obtained is sufficient
and appropriate to provide a basis for our audit opinion.

Board Members:

[illegible roster of board member names]

KPMG Limited, a private company limited by shares registered in Cyprus under registration number HE 132822 with Principal Office at 14, Esperidon Street, 1087, Nicosia, Cyprus

P-G004246

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**Independent Auditors' report**

**to the Directors of**

**XBT Holding S.A.**

## Other information

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the consolidated financial statements and our auditors' report thereon.

Our opinion on the consolidated financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the consolidated financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the consolidated financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

## Responsibilities of the Board of Directors for the consolidated financial statements

The Board of Directors is responsible for the preparation of consolidated financial statements that give a true and fair view in accordance with issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, the Board of Directors is responsible for assessing the Group's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Group or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Group's financial reporting process.

## Auditors' responsibilities for the audit of the consolidated financial statements

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these consolidated financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**Independent Auditors' report**

**to the Directors of**

**XBT Holding S.A.**

**Auditors' responsibilities for the audit of the consolidated financial statements** *(continued)*

- Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Group's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.

- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the consolidated financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Group to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the consolidated financial statements, including the disclosures, and whether the consolidated financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

- Obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the Group to express an opinion on the consolidated financial statements. We are responsible for the direction, supervision and performance of the group audit. We remain solely responsible for our audit opinion.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**Independent Auditors' report**

**to the Directors of**

**XBT Holding S.A.**

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of Luxemburg Companies Ordinance and are not intended for statutory filing.

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

13 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

9

**XBT Holding S.A.**

CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 5 | 49.727.371 | 38.779.073 |
| Cost of sales | 6 | (12.889.527) | (12.738.354) |
| **Gross profit** | | 36.837.844 | 26.040.719 |
| | | | |
| Other operating income | 7 | 15.720 | 151.833 |
| Selling and distribution expenses | 8 | (698.770) | (99.492) |
| Administrative expenses | 9 | (27.784.548) | (21.104.148) |
| Other operating expenses | | - | (5.286) |
| **Operating profit** | 10 | 8.370.246 | 4.983.626 |
| | | | |
| Finance income | | 182.980 | 316.261 |
| Finance expenses | | (2.120.247) | (1.419.923) |
| **Net finance expenses** | 12 | (1.937.267) | (1.103.662) |
| **Profit before tax** | | 6.432.979 | 3.879.964 |
| Tax | 13 | (180.205) | (400.443) |
| **Profit for the year** | | 6.252.774 | 3.479.521 |
| | | | |
| **Other comprehensive income** | | - | - |
| **Total comprehensive income for the year** | | 6.252.774 | 3.479.521 |
| | | | |
| **Profit attributable to:** | | | |
| Shareholders of the Company | | 6.105.093 | 3.350.019 |
| Non-controlling interests | | 147.681 | 129.502 |
| | | | |
| **Profit for the year** | | 6.252.774 | 3.479.521 |
| | | | |
| **Total comprehensive income for the year attributable to:** | | | |
| Shareholders of the Company | | 6.105.093 | 3.350.019 |
| Non-controlling interests | | 147.681 | 129.502 |
| **Total comprehensive income for the year** | | 6.252.774 | 3.479.521 |

The notes on pages 13 to 39 are an integral part of these consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

## XBT Holding S.A.

### CONSOLIDATED STATEMENT OF FINANCIAL POSITION

#### As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 14 | 32.686.479 | 20.706.940 |
| Intangible assets and goodwill | 15 | 238.934.493 | 235.041.714 |
| Available-for-sale financial assets | 16 | 675.900 | - |
| Loans receivable | 17 | 933.296 | 258.363 |
| **Total non-current assets** | | 273.230.168 | 256.007.017 |
| | | | |
| **Current assets** | | | |
| Inventories and work in progress | 18 | 67.795 | 1.668.012 |
| Trade and other receivables | 19 | 8.903.264 | 11.509.873 |
| Cash and cash equivalents | 20 | 5.807.698 | 5.431.266 |
| **Total current assets** | | 14.778.757 | 18.609.151 |
| | | | |
| **Total assets** | | 288.008.925 | 274.616.168 |
| | | | |
| **Equity** | | | |
| Share capital | 21 | 1.306.566 | 1.306.566 |
| Reserves | 22 | 250.030.329 | 243.982.951 |
| **Total equity attributable to shareholders of the Company** | | 251.336.895 | 245.289.517 |
| **Non-controlling interests** | | 489.388 | 341.707 |
| **Total equity** | | 251.826.283 | 245.631.224 |
| | | | |
| **Liabilities** | | | |
| **Non-current liabilities** | | | |
| Loans and borrowings | 23 | 3.854.814 | 4.841.125 |
| Long-term portion of obligations under finance leases | 24 | 11.419.634 | 6.082.962 |
| **Total non-current liabilities** | | 15.274.448 | 10.924.087 |
| | | | |
| **Current liabilities** | | | |
| Bank overdrafts | 20 | 466.906 | 607.650 |
| Obligations under finance leases | 24 | 8.773.990 | 4.666.068 |
| Trade and other payables | 25 | 11.517.766 | 12.512.746 |
| Tax liability | 26 | 149.532 | 274.393 |
| **Total current liabilities** | | 20.908.194 | 18.060.857 |
| | | | |
| **Total liabilities** | | 36.182.642 | 28.984.944 |
| | | | |
| **Total equity and liabilities** | | 288.008.925 | 274.616.168 |

On 7 July 2017 the Board of Directors of XBT Holding S.A. approved and authorised these consolidated financial statements for issue.

.................................
Rajesh Kumar Mishra
Director

.................................
Kostyantyn Bezruchenko
Director

The notes on pages 13 to 39 are an integral part of these consolidated financial statements.

P-G004251

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

11

**XBT Holding S.A.**

CONSOLIDATED STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | | | Attributable to shareholders of the Company | | | | |
| | Share capital US$ | Share premium US$ | Translation reserve US$ | Retained earnings US$ | Total US$ | Non-controlling interests US$ | Total equity US$ |
|---|---|---|---|---|---|---|---|
| Balance at 1 January 2015 | 1,306,566 | 240,633,434 | - | (13,813) | 241,926,187 | 209,175 | 242,135,362 |
| Profit for the year | - | - | - | 3,350,019 | 3,350,019 | 129,502 | 3,479,521 |
| Exchange difference arising on the translation and consolidation of foreign companies' financial statements | - | - | 13,311 | - | 13,311 | - | 13,311 |
| Exchange difference | - | - | - | - | - | - | - |
| Acquisition of non-controlling interest | - | - | - | - | - | 3,030 | 3,030 |
| Balance at 31 December 2015 | 1,306,566 | 240,633,434 | 13,311 | 3,336,206 | 245,289,517 | 341,707 | 245,631,224 |
| Balance at 1 January 2016 | 1,306,566 | 240,633,434 | 13,311 | 3,336,206 | 245,289,517 | 341,707 | 245,631,224 |
| Profit for the year | - | - | - | 6,105,093 | 6,105,093 | 147,681 | 6,252,774 |
| Exchange difference arising on the translation and consolidation of foreign companies' financial statements | - | - | (57,715) | - | (57,715) | - | (57,715) |
| Exchange difference | - | - | - | - | - | - | - |
| Balance at 31 December 2016 | 1,306,566 | 240,633,434 | (44,404) | 9,441,299 | 251,336,895 | 489,388 | 251,826,283 |

The notes on pages 13 to 39 are an integral part of these consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

**XBT Holding S.A.**

CONSOLIDATED STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit for the year | | 6.252.774 | 3.479.521 |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | 14 | 9.938.410 | 8.420.620 |
| Unrealised exchange profit | | (97.751) | (9.360) |
| Amortisation of computer software | 15 | 2.593.883 | 1.428.366 |
| Interest income | 12 | (14.592) | - |
| Interest expense | 12 | 1.569.602 | 996.050 |
| Income tax expense | | 180.205 | 400.443 |
| **Cash generated from operations before working capital changes** | | 20.422.531 | 14.715.640 |
| Decrease in inventories | | 1.600.217 | 439.418 |
| Decrease/(increase) in trade and other receivables | | 2.198.346 | (3.612.674) |
| (Decrease)/increase in trade and other payables | | (963.252) | 7.266.048 |
| Decrease in deferred income | | (31.728) | (1.928.471) |
| **Cash generated from operations** | | 23.226.114 | 16.879.961 |
| Tax paid | | (305.066) | (271.810) |
| **Net cash generated from operating activities** | | 22.921.048 | 16.608.151 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of intangible assets | 15 | (6.486.662) | (6.325.914) |
| Payment for acquisition of property, plant and equipment | 14 | (21.917.949) | (12.839.048) |
| Payment for acquisition of available-for-sale financial assets | 16 | (675.900) | - |
| Loans granted | 17 | (1.672.302) | (206.650) |
| Loans repayments received | 17 | 997.369 | 564.602 |
| **Net cash used in investing activities** | | (29.755.444) | (18.807.010) |
| | | | |
| **Cash flows from financing activities** | | | |
| Repayment of borrowings | 23 | (2.518.050) | (1.641.129) |
| Repayments of obligations under finance leases | 24 | (6.216.862) | (5.431.264) |
| Proceeds from borrowings | 23 | 1.315.957 | 3.653.182 |
| Proceeds from obligations under finance leases | 24 | 15.661.456 | 9.847.864 |
| Unrealised exchange (loss) | | (31.946) | 276.166 |
| Interest paid | | (1.267.246) | (183.091) |
| **Net cash generated from financing activities** | | 6.943.309 | 6.521.728 |
| | | | |
| **Net increase in cash and cash equivalents** | | 108.913 | 4.322.869 |
| Cash and cash equivalents at beginning of the year | | 4.823.616 | 500.747 |
| | | | |
| **Cash and cash equivalents at end of the year** | 20 | 4.932.529 | 4.823.616 |

The notes on pages 13 to 39 are an integral part of these consolidated financial statements.

P-G004253

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

XBT Holding S.A. (the "Company") was incorporated in Luxemburg on 8 April 2010 as a private company with limited liability. Its registered office is at 3 op der Poukewiss, L-7795, Roost, Luxemburg.

The principal activities of the Group are the provision of web hosting, data storage and trading of network equipment.

## 2. BASIS OF PREPARATION

The consolidated financial statements for the year ended 31 December 2016 consist of the financial statements of the Company and its subsidiaries (which together referred to as "the Group").

### (a) Statement of compliance
These consolidated financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

### (b) Basis of measurement
These consolidated financial statements have been prepared under the historical cost convention.

### (c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)
During the current year the Group adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Group.

At the date of approval of these consolidated financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the consolidated financial statements of the Group.

### (d) Use of estimates and judgments
The preparation of consolidated financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Group's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

*Measurement of fair values*
A number of the Group's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities.

Significant valuation issues are reported to the Group's Audit Committee.

When measuring the fair value of an asset or a liability, the Group uses observable market data as far as possible.

P-G004254

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 2. BASIS OF PREPARATION *(continued)*

### (d) Use of estimates and judgments (continued)

Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows:

*   Level 1 - quoted prices (unadjusted) in active markets for identical assets or liabilities.
*   Level 2 - inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly (i.e. as prices) or indirectly (i.e. derived from prices).
*   Level 3 - inputs for the asset or liability that are not based on observable market data (unobservable inputs).

If the inputs used to measure the fair value of an asset or a liability fall into different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.

The Group recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

### (e) Functional and presentation currency
The consolidated financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these consolidated financial statements. The accounting policies have been consistently applied by all companies of the Group.

Basis of consolidation
Subsidiaries are entities controlled by the Group. Control exists where the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

The financial statements of subsidiaries acquired or disposed of during the year are included in the consolidated statement of profit or loss and other comprehensive income from the date that control commences until the date control ceases.

Where necessary, adjustments are made to the financial statements of subsidiaries to bring them in line with the accounting policies of the Group.

Business combinations

Acquisitions of businesses are accounted for using the acquisition method. The consideration transferred in a business combination is measured at fair value, which is calculated as the sum of the acquisition-date fair values of the assets transferred by the Group, liabilities incurred by the Group to the former owners of the acquiree and the equity interests issued by the Group in exchange for control of the acquiree. Acquisition-related costs are generally recognised in profit or loss as incurred.

15

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.  **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

*Business combinations* (continued)

Goodwill is measured as the excess of the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree, and the fair value of the acquirer's previously held equity interest in the acquiree (if any) over the net of the acquisition-date amounts of the identifiable assets acquired and the liabilities assumed. If, after reassessment, the net of the acquisition-date amounts of the identifiable assets acquired and liabilities assumed exceeds the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree and the fair value of the acquirer's previously held interest in the acquiree (if any), the excess is recognised immediately in profit or loss as a bargain purchase gain.

At the acquisition date, the identifiable assets acquired and the liabilities assumed are recognised at their fair value at the acquisition date, except that:

Non-controlling interests that are present ownership interests and entitle their holders to a proportionate share of the entity's net assets in the event of liquidation may be initially measured either at fair value or at the non-controlling interests' proportionate share of the recognised amounts of the acquiree's identifiable net assets. The choice of measurement basis is made on a transaction-by-transaction basis. Other types of non-controlling interests are measured at fair value or, when applicable, on the basis specified in another IFRS.

When the consideration transferred by the Group in a business combination includes assets or liabilities resulting from a contingent consideration arrangement, the contingent consideration is measured at its acquisition-date fair value and included as part of the consideration transferred in a business combination. Changes in the fair value of the contingent consideration that qualify as measurement period adjustments are adjusted retrospectively, with corresponding adjustments against goodwill. Measurement period adjustments are adjustments that arise from additional information obtained during the 'measurement period' (which cannot exceed one year from the acquisition date) about facts and circumstances that existed at the acquisition date.

The subsequent accounting for changes in the fair value of the contingent consideration that do not qualify as measurement period adjustments depends on how the contingent consideration is classified. Contingent consideration that is classified as equity is not remeasured at subsequent reporting dates and its subsequent settlement is accounted for within equity. Contingent consideration that is classified as an asset or a liability is remeasured at subsequent reporting dates in accordance with IAS 39, or IAS 37 Provisions, Contingent Liabilities and Contingent Assets, as appropriate, with the corresponding gain or loss being recognised in profit or loss.

When a business combination is achieved in stages, the Group's previously held equity interest in the acquiree is remeasured to fair value at the acquisition date (i.e. the date when the Group obtains control) and the resulting gain or loss, if any, is recognised in profit or loss. Amounts arising from interests in the acquiree prior to the acquisition date that have previously been recognised in other comprehensive income are reclassified to profit or loss where such treatment would be appropriate if that interest were disposed of.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

*Business combinations* (continued)

If the initial accounting for a business combination is incomplete by the end of the reporting period in which the combination occurs, the Group reports provisional amounts for the items for which the accounting is incomplete. Those provisional amounts are adjusted during the measurement period (see above), or additional assets or liabilities are recognised, to reflect new information obtained about facts and circumstances that existed at the acquisition date that, if known, would have affected the amounts recognised at that date.

Business combinations that took place prior to 1 January 2010 were accounted for in accordance with the previous version of IFRS 3.

Segmental reporting
The Group is organised by business segments and this is the primary format for segmental reporting. Each business segment provides products or services which are subject to risks and returns that are different from those of other business segments. The Group operates international and for this reason operations are not analysed by geographical segment.

Revenue recognition
Revenues earned by the Group are recognised on the following bases:

*   *Rendering of services*
    Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Employee benefits
The Group's companies and their employees contribute to the Government Social Insurance Fund based on employees' salaries. The Group's contributions are expensed as incurred and are included in staff costs. The Group has no legal or constructive obligations to pay further contributions if the scheme does not hold sufficient assets to pay all employees benefits relating to employee service in the current and prior periods.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

(i)   *Functional currencies*
      Items included in the financial statements of each Group entity are measured using the currency of the primary economic environment in which each entity operates ('the functional currency').

P-G004257

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

### XBT Holding S.A.

#### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

3.  **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Foreign currency translation (continued)

*(ii) Transactions and balances*

Foreign currency transactions are translated into respective functional currencies of the Group companies using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined. Translation differences on available-for-sale financial assets are recognised in other comprehensive income and then included in the fair value reserve in equity (except on impairment, in which case translation differences that have been recognised in other comprehensive income are reclassified to profit or loss). Non-monetary items that are measured based on historical cost in a foreign currency are not translated.

Tax

Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

Dividends

Dividend distribution to the Company's shareholders is recognised in the Group's consolidated financial statements in the year in which they are approved by the Company's shareholders.

Property, plant and equipment

Property, plant and equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

|                                          | %  |
|------------------------------------------|----|
| Motor vehicles                           | 20 |
| Furniture, fixtures and office equipment | 20 |
| Computer and network equipment           | 20 |

Leased assets are depreciated over the shorter of lease term and their useful lives unless it is reasonably certain that the Group will obtain ownership by the end of the lease term.

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of property, plant and equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess

P-G004258

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

**3.   SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Property, plant and equipment (continued)
of the originally assessed standard of performance of the existing asset will flow to the Group. Major renovations are depreciated over the remaining useful life of the related asset.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Intangible assets

*(i)   Goodwill*

Goodwill represents the excess of the cost of an acquisition over the fair value of the Group's share of the net identifiable assets of the acquired undertaking at the date of acquisition. Goodwill on acquisition of subsidiaries is included in "intangible assets". Goodwill on acquisitions of associates is included in 'investments in associates'.

Goodwill is tested annually for impairment and carried at cost less accumulated impairment losses. Gains and losses on the disposal of an undertaking include the carrying amount of goodwill relating to the undertaking sold. Goodwill is allocated to cash-generating units for the purpose of impairment testing.

*(ii)   Computer software*

Costs that are directly associated with identifiable and unique computer software products controlled by the Group and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Leases
At inception of an arrangement, the Group determines whether an arrangement is or contains a lease.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

19

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.  **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Leases (continued)

At inception or on reassessment of an arrangement that contains a lease, the Group separates payments and other consideration required by the arrangement into those for the lease and those for other elements on the basis of their relative fair values. If the Group concludes for a finance lease that it is impracticable to separate the payments reliably, then an asset and a liability are recognised at an amount equal to the fair value of the underlying asset, subsequently, the liability is reduced as payments are made and an imputed finance cost on the liability is recognised using the Group's incremental borrowing rate.

Leases are classified as finance leases whenever the terms of the lease transfer substantially all the risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

*Finance leases - The Group as lessee*
The leases of the Group are classified as finance leases, if they transfer to the Group substantially all the risks and rewards incidental to ownership of an asset. The Group recognises a finance lease as an asset and liability at the lower of the fair value of the leased asset and the present value of minimum lease payments. Subsequent to initial recognition, the assets are accounted for in accordance with the accounting policy applicable to that asset.

The payments are apportioned between the finance expenses and the decrease of the finance lease obligations based on the effective interest method.

*Operating leases*
Rentals payable under operating leases are charged to profit or loss on a straight-line basis over the term of the relevant lease. Benefits received and receivable as an incentive to enter into an operating lease are also spread on a straight-line basis over the lease term.

Financial instruments
Financial assets and financial liabilities are recognised when the Group becomes a party to the contractual provisions of the instrument.

*(i)   Trade and other receivables*
Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii)  Loans granted*
Loans originated by the Group by providing money directly to the borrower are categorised as loans and are carried at amortised cost. The amortised cost is the amount at which the loan granted is measured at initial recognition minus principal repayments, plus or minus the cumulative amortization using the effective interest method of any difference between the initial amount and the maturity amount, and minus any reduction for impairment or uncollectibility. All loans are recognised when cash is advanced to the borrower.

20

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

The effective interest method is a method of calculating the amortised cost of a financial asset or a financial liability (or group of financial assets or financial liabilities) and of allocating the interest income or interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument or, when appropriate, a shorter period to the net carrying amount of the financial asset or financial liability.

*(iii) Investments*

The Group classifies its investments in equity and debt securities in the following categories: financial assets at fair value through profit or loss, loans and receivables, held-to-maturity investments and available-for-sale financial assets. The classification depends on the purpose for which the investments were acquired. Management determines the classification of investments at initial recognition.

• *Available-for-sale financial assets*

Investments intended to be held for an indefinite period of time, which may be sold in response to needs for liquidity or changes in interest rates, are classified as available-for-sale; these are included in non-current assets unless management has the express intention of holding the investment for less than 12 months from the reporting date or unless they will need to be sold to raise operating capital, in which case they are included in current assets.

• *Loans and receivables*

Investments with fixed or determinable payments that are not quoted in an active market and are not classified as financial assets at fair value through profit or loss or as financial assets available-for-sale.

*Recognition and measurement:*

Regular way purchases and sales of investments are recognised on trade-date which is the date on which the Group commits to purchase or sell the asset. Investments are initially recognised at fair value plus directly attributable transaction costs for all financial assets not carried at fair value through profit or loss. For financial assets at fair value through profit or loss the directly attributable transaction costs are recognised in profit or loss as incurred.

Realised and unrealised gains and losses arising from changes in the fair value of financial assets at fair value through profit or loss are included in profit or loss. Unrealised gains and losses arising from changes in the fair value of available-for-sale financial assets are recognised in other comprehensive income and then in equity. When available-for-sale financial assets are sold or impaired, the accumulated fair value adjustments are included in equity are reclassified to profit or loss.

The fair values of quoted investments are based on current bid prices. If the market for a financial asset is not active (and for unlisted securities), the Group establishes fair value by using valuation techniques. These include the use of recent arm's length transactions, reference to other instruments that are substantially the same and discounted cash flow analysis, making maximum use of market inputs and relying as little as possible on entity specific inputs. Equity investments for which fair values cannot be measured reliably are recognised at cost less impairment.

P-G004261

Case 0:17-cv-60426-UU   Document 249-10   Entered on FLSD Docket 10/16/2018   Page 254 of
CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER
272

21

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(iv) Cash and cash equivalents*
For the purpose of the consolidated statement of cash flows, cash and cash equivalents comprise cash in hand, cash at bank and bank overdrafts.

*(v) Borrowings*
Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(vi) Trade and other payables*
Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Derecognition of financial assets and liabilities

*Financial assets*
A financial asset (or, where applicable a part of a financial asset or part of a group of similar financial assets) is derecognised when:
*   the contractual rights to receive cash flows from the asset have expired;
*   the Group retains the right to receive cash flows from the asset, but has assumed an obligation to pay them in full without material delay to a third party under a 'pass through' arrangement; or
*   the Group has transferred its rights to receive cash flows from the asset and either (a) has transferred substantially all the risks and rewards of the asset, or (b) has neither transferred nor retained substantially all the risks and rewards of the asset, but has transferred control of the asset.

Any interest in such derecognized financial assets that is created or retained by the Group is recognised as a separate asset or liability

*Financial liabilities*
A financial liability is derecognised when the obligation under the liability is discharged or cancelled or expires.

When an existing financial liability is replaced by another from the same lender on substantially different terms, or the terms of an existing liability are substantially modified, such an exchange or modification is treated as a derecognition of the original liability and the recognition of a new liability, and the difference in the respective carrying amounts is recognised in profit or loss.

Offsetting financial instruments
Financial assets and financial liabilities are offset and the net amount reported in the consolidated statement of financial position if, and only if, there is a currently enforceable legal right to offset the recognised amounts and there is an intention to settle on a net basis, or to realise the asset and settle the liability simultaneously. This is not generally the case with master netting agreements, and the related assets and liabilities are presented gross in the consolidated statement of financial position.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

### XBT Holding S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Inventories

Inventories are stated at the lower of cost and net realisable value. The cost is determined using the weighted average method. Net realisable value is the estimated selling price in the ordinary course of business, less the costs to completion and selling expenses.

Work in progress

Work in progress is stated at cost plus any attributable profit less any foreseeable losses and less amounts received or receivable as progress payments. The cost of work in progress includes materials, labour and direct expenses plus attributable overheads based on a normal level of activity.

Share capital

Ordinary shares are classified as equity. The difference between the fair value of the consideration received by the Company and the nominal value of the share capital being issued is taken to the share premium account. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Non-current liabilities

Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

Comparatives

Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

P-G004263

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

4.  **SEGMENTAL ANALYSIS**

| **2016** | U.S.A. US$ | Europe US$ | Asia US$ | Total US$ |
|---|---|---|---|---|
| Revenue | 27.882.710 | 17.401.172 | 4.443.489 | 49.727.371 |
| Cost of sales | (4.929.993) | (5.632.585) | (2.326.949) | (12.889.527) |
| Gross profit | 22.952.716 | 11.768.589 | 2.116.539 | 36.837.844 |
| SGA | (6.752.939) | (7.923.592) | (1.274.494) | (15.951.025) |
| EBITA | 16.199.778 | 3.860.717 | 842.044 | 20.902.539 |
| Capital expnditure | 9.858.430 | 16.443.471 | 2.102.710 | 28.404.611 |
| Depreciation | 3.481.412 | 8.392.440 | 658.441 | 12.532.293 |

| **2015** | U.S.A. US$ | Europe US$ | Asia US$ | Total US$ |
|---|---|---|---|---|
| Revenue | 21.136.992 | 15.526.836 | 2.115.245 | 38.779.073 |
| Cost of sales | (5.160.906) | (6.219.268) | (1.358.180) | (12.738.354) |
| Gross profit | 15.976.087 | 9.307.466 | 757.166 | 26.040.719 |
| SGA | (4.525.425) | (5.733.545) | (1.095.684) | (11.354.654) |
| EBITA | 11.541.563 | 3.574.022 | (277.687) | 14.837.898 |
| Capital expnditure | 5.268.255 | 12.987.528 | 519.492 | 18.775.275 |
| Depreciation | 2.687.387 | 6.933.571 | 228.028 | 9.848.986 |

The Group is organised by business segments and this is the primary format for segmental reporting. Each business segment provides products or services which are subject to risks and returns that are different from those of other business segments. The Group operates only in Cyprus and for this reason operations are not analysed by geographical segment.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

24

## XBT Holding S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2016

**4.  SEGMENTAL ANALYSIS** *(continued)*

| Group components by segment: | 2016 % | 2015 % |
| --- | --- | --- |
| **USA** | | |
| IGB.com Inc | 100 | 100 |
| Dedicated Servers Inc | 100 | 100 |
| DFW Internet Services Inc | 100 | 100 |
| Fozzy Inc | 100 | 100 |
| IP Transit Inc | 100 | 100 |
| Serves.com Inc | 100 | 100 |
| TM Web Properties Ltd | 100 | 100 |
| Travail Systems Inc | 100 | 100 |
| Universal CDN Inc | 95 | 95 |
| URL Solutions Inc | 100 | 100 |
| Webzilla Dallas Inc | 100 | 100 |
| Webzilla Inc | 100 | 100 |
| Webzilla Apps Inc | 100 | 100 |
| | | |
| **Europe** | | |
| BN Domain Trust Services Ltd | 100 | 100 |
| iMarketing Solutions Ltd | 100 | 100 |
| ITPan.com Ltd | 100 | 100 |
| ROOT S.A. | 100 | 100 |
| Serverscom Eesti Ou | 100 | - |
| Servers.com B.V. | 100 | 100 |
| Universal CDN (Cyprus) Ltd | 95 | 95 |
| Webzilla B.V. | 100 | 100 |
| Webzilla Ltd | 100 | 100 |
| | | |
| **Asia** | | |
| IBEE Software Solutions Limited | 70 | 70 |
| Webzilla Singapore PTE Ltd | 100 | 100 |
| Edinaya Set LLC | 99 | 99 |
| Servers.com Asia Ltd | 100 | - |

P-G004265

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

25

## XBT Holding S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 5.  REVENUE

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Managed servers revenue | 32.117.124 | 20.808.907 |
| Co-location revenue | 5.969.623 | 3.638.797 |
| Bandwidth revenue | 6.117.448 | 11.088.091 |
| Shared / VPS / Cloud revenue | 2.059.631 | 1.765.505 |
| Equipment revenue | 241.947 | 836.494 |
| Domain and application revenue | 3.221.598 | 641.279 |
|  | 49.727.371 | 38.779.073 |

### 6. COST OF SALES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Materials costs | 606.469 | 814.744 |
| Co-location costs | 5.703.204 | 6.797.822 |
| Bandwidth costs | 4.345.469 | 4.907.015 |
| Domains costs | 354.792 | 218.773 |
| Equipment costs | 1.879.593 | – |
|  | 12.889.527 | 12.738.354 |

### 7.  OTHER OPERATING INCOME

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Sundry operating income | 15.720 | 151.833 |
|  | 15.720 | 151.833 |

### 8. SELLING AND DISTRIBUTION EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| General selling & distribution expenses | 698.770 | 99.492 |
|  | 698.770 | 99.492 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

26

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 9.  ADMINISTRATIVE EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Staff costs | 3.749.340 | 3.313.581 |
| Rent | 399.315 | 375.315 |
| Common expenses | 161.295 | 147.352 |
| Immovable property tax | 27.685 | 28.355 |
| Insurance | 42.591 | - |
| Sales and marketing expenses | 5.963.697 | 3.932.122 |
| Advertising expenses | 1.656.282 | 838.546 |
| Operating lease rentals | 215.667 | 317.533 |
| Independent auditors' remuneration – current year | 122.839 | 108.301 |
| Independent auditors' remuneration – prior years | 27.172 | 2.716 |
| Legal and professional | 2.293 | 9.725 |
| Other professional fees | 1.603.586 | 1.250.804 |
| Revenue stamps | 112 | 1.041 |
| Fines | 15.149 | 7.080 |
| Travelling | 474.375 | 359.767 |
| Irrecoverable VAT | 261.920 | 191.592 |
| General administration expenses | 534.938 | 376.617 |
| Amortisation of computer software | 863.617 | 1.423.080 |
| Depreciation | 11.668.675 | 8.420.621 |
|  | 27.784.548 | 21.104.148 |

### 10.  OPERATING PROFIT

|  | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Operating profit is stated after charging the following items: |  |  |  |
| Amortisation of computer software | 15 | 863.617 | 1.423.080 |
| Depreciation of property, plant and equipment | 14 | 11.668.675 | 8.420.621 |
| Staff costs | 11 | 3.749.340 | 3.313.581 |
| Independent auditors' remuneration – current year |  | 122.839 | 108.301 |
| Independent auditors' remuneration – prior years |  | 27.172 | 2.716 |
| Operating lease rentals |  | 215.667 | 317.533 |

### 11.  STAFF COSTS

|  | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Salaries |  | 3.746.718 | 3.170.762 |
| Social insurance contributions |  | 2.622 | 142.819 |
| Total staff costs | 10 | 3.749.340 | 3.313.581 |

P-G004267

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

27

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

12.  **NET FINANCE INCOME AND EXPENSES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Interest income | 14.592 | - |
| Exchange profit | 168.388 | 316.261 |
|  | 182.980 | 316.261 |
| Net foreign exchange transaction losses | (234.895) | (213.945) |
| Interest expense | (1.569.602) | (996.050) |
| Sundry finance expenses | (315.750) | (209.928) |
| Finance expenses | (2.120.247) | (1.419.923) |
| **Net finance expenses** | (1.937.267) | (1.103.662) |

13.  **TAXATION**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Corporation tax - current year | 180.205 | 395.225 |
| Corporation tax - prior years | - | 5.218 |
| Charge for the year | 180.205 | 400.443 |

P-G004268

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

28

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 14. PROPERTY, PLANT AND EQUIPMENT

| | Motor vehicles | Furniture, fixtures and office equipment | Computer equipment | Total |
|---|---|---|---|---|
| | US$ | US$ | US$ | US$ |
| **Cost** | | | | |
| Balance at 1 January 2015 | 649.496 | 241.063 | 35.759.103 | 36.649.662 |
| Additions | 137.812 | 436.767 | 12.264.469 | 12.839.048 |
| Balance at 31 December 2015 | 787.308 | 677.830 | 48.023.572 | 49.488.710 |
| | | | | |
| Balance at 1 January 2016 | 787.308 | 677.830 | 48.023.572 | 49.488.710 |
| Additions | 117.726 | 82.432 | 21.717.791 | 21.917.949 |
| Balance at 31 December 2016 | 905.034 | 760.262 | 69.741.363 | 71.406.659 |
| **Depreciation** | | | | |
| Balance at 1 January 2015 | 186.936 | 104.109 | 20.070.105 | 20.361.150 |
| Depreciation for the year | 126.341 | 177.692 | 8.116.587 | 8.420.620 |
| Balance at 31 December 2015 | 313.277 | 281.801 | 28.186.692 | 28.781.770 |
| | | | | |
| Balance at 1 January 2016 | 313.277 | 281.801 | 28.186.692 | 28.781.770 |
| Depreciation for the year | 146.965 | 133.498 | 9.657.947 | 9.938.410 |
| Balance at 31 December 2016 | 460.242 | 415.299 | 37.844.639 | 38.720.180 |
| **Carrying amounts** | | | | |
| Balance at 31 December 2016 | 444.792 | 344.963 | 31.896.724 | 32.686.479 |
| Balance at 31 December 2015 | 474.031 | 396.029 | 19.836.880 | 20.706.940 |

P-G004269

29

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 15.  INTANGIBLE ASSETS AND GOODWILL

|  | Goodwill US$ | Computer software US$ | Total US$ |
|---|---|---|---|
| **Cost** | | | |
| Balance at 1 January 2015 | 225.630.695 | 6.578.949 | 232.209.644 |
| Additions | - | 5.936.227 | 5.936.227 |
| Additions from business combinations | 389.687 | - | 389.687 |
| Balance at 31 December 2015 | 226.020.382 | 12.515.176 | 238.535.558 |
| | | | |
| Balance at 1 January 2016 | 226.020.382 | 12.515.176 | 238.535.558 |
| Additions | - | 6.486.662 | 6.486.662 |
| Balance at 31 December 2016 | 226.020.382 | 19.001.838 | 245.022.220 |
| **Amortisation** | | | |
| Balance at 1 January 2015 | - | 2.065.478 | 2.065.478 |
| Amortisation for the year | - | 1.428.366 | 1.428.366 |
| Balance at 31 December 2015 | - | 3.493.844 | 3.493.844 |
| | | | |
| Balance at 1 January 2016 | - | 3.493.844 | 3.493.844 |
| Amortisation for the year | - | 2.593.883 | 2.593.883 |
| Balance at 31 December 2016 | - | 6.087.727 | 6.087.727 |
| **Carrying amounts** | | | |
| Balance at 31 December 2016 | 226.020.382 | 12.914.111 | 238.934.493 |
| | | | |
| Balance at 31 December 2015 | 226.020.382 | 9.021.332 | 235.041.714 |

### 16.  AVAILABLE-FOR-SALE FINANCIAL ASSETS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | - | - |
| Additions | 675.900 | - |
| | | |
| Balance at 31 December | 675.900 | - |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

30

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 17.  LOANS RECEIVABLE

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 258.363 | 616.315 |
| New loans granted | 1.672.302 | 206.650 |
| Repayments | (995.240) | (564.602) |
| Interest charged | 11.787 | – |
| Exchange difference | (13.916) | – |
| Balance at 31 December | 933.296 | 258.363 |

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Loans receivable | 840.422 | 134.849 |
| Loans to related parties (note 27 (i)) | 2.017 | – |
| Loans to directors (note 27 (ii)) | 90.857 | 123.514 |
|  | 933.296 | 258.363 |

The loans are repayable as follows:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Between one and five years | 933.296 | 258.363 |

The exposure of the Group to credit risk is reported in note 28 to the consolidated financial statements.

The fair values of non-current receivables approximate to their carrying amounts as presented above.

The loans to Directors were provided interest free and are repayable monthly over three years. Upon origination these loans were re-measured at fair value, being the future cash flows discounted at market interest rates prevailing for similar instruments. The interest income is recognised on the fair value of the loans using the effective interest method. The difference between the fair value and the nominal value of the loans is taken to profit or loss.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

31

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 18. INVENTORIES AND WORK IN PROGRESS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Finished products | - | 1,215,188 |
| Work in progress | 67,795 | 452,824 |
|  | 67,795 | 1,668,012 |

The Group reviews its inventory records for evidence regarding the saleability of inventory and its net realizable value on disposal. The provision for obsolete and slow-moving inventory is based on management's past experience, taking into consideration the value of inventory as well as the movement and the level of stock of each category of inventory.

The cost of inventories recognised as expense and included in "cost of sales" amounted to US$12,889,527 (2015: US$12,738,354).

### 19. TRADE AND OTHER RECEIVABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade receivables | 8,548,579 | 10,115,296 |
| Less: Provision for impairment of receivables | (570,003) | (79,727) |
| Trade receivables - net | 7,978,576 | 10,035,569 |
| Directors' current accounts - debit balances (note 27 (iii)) | 119,607 | - |
| Deposits and prepayments | 158,601 | 269,518 |
| Other receivables | 104,409 | 754,414 |
| Refundable VAT | 542,071 | 450,372 |
|  | 8,903,264 | 11,509,873 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Group to credit risk and impairment losses in relation to trade and other receivables is reported in note 28 to the consolidated financial statements.

### 20. CASH AND CASH EQUIVALENTS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash at bank and in hand | 5,399,435 | 5,431,266 |
| Bank deposits | 408,263 | - |
|  | 5,807,698 | 5,431,266 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

32

### XBT Holding S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

**20. CASH AND CASH EQUIVALENTS** *(continued)*

For the purposes of the consolidated statement of cash flows, the cash and cash equivalents include the following:

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash and cash equivalents | 5.399.435 | 5.431.266 |
| Bank overdrafts | (466.906) | (607.650) |
| | 4.932.529 | 4.823.616 |

The exposure of the Group to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 28 to the consolidated financial statements.

**21. SHARE CAPITAL**

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of US$1 each | 5.000.000 | 5.000.000 | 5.000.000 | 5.000.000 |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 1.306.566 | 1.306.566 | 1.306.566 | - |
| Issue of shares | - | - | - | 1.306.566 |
| Balance at 31 December | 1.306.566 | 1.306.566 | 1.306.566 | 1.306.566 |

P-G004273

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

33

## XBT Holding S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 22. RESERVES

| | Share premium US$ | Translation reserve US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|---|
| Balance at 1 January 2015 | 240.633.434 | - | (13.813) | 240.619.621 |
| Profit for the year | - | - | 3.350.019 | 3.350.019 |
| Exchange difference | - | 13.311 | - | 13.311 |
| Balance at 31 December 2015 | 240.633.434 | 13.311 | 3.336.206 | 243.982.951 |
| Balance at 1 January 2016 | 240.633.434 | 13.311 | 3.336.206 | 243.982.951 |
| Profit for the year | - | - | 6.105.093 | 6.105.093 |
| Exchange difference | - | (57.715) | - | (57.715) |
| Balance at 31 December 2016 | 240.633.434 | (44.404) | 9.441.299 | 250.030.329 |

34

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 23.  LOANS AND BORROWINGS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 4.841.125 | 3.257.928 |
| Additions | 1.315.957 | 3.055.581 |
| Repayments | (2.518.050) | (1.641.129) |
| Interest charged | 301.525 | 188.622 |
| Exchange difference | (85.743) | (19.877) |
| Balance at 31 December | 3.854.814 | 4.841.125 |

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| **Non-current liabilities** | | |
| Credit facilities | 3.854.814 | 4.841.125 |
| Total | 3.854.814 | 4.841.125 |

Maturity of borrowings:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Between one and five years | 3.854.814 | 4.841.125 |

The exposure of the Group to interest rate risk in relation to financial instruments is reported in note 28 to the consolidated financial statements.

35

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 24.  OBLIGATIONS UNDER FINANCE LEASES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 10,749,030 | 5,519,471 |
| Additions | 15,661,456 | 9,847,864 |
| Repayments | (7,484,108) | (5,431,264) |
| Interest charge | 1,267,246 | 812,959 |
| Balance at 31 December | 20,193,624 | 10,749,030 |

|  | Minimum lease payments 2016 US$ | Interest 2016 US$ | Principal 2016 US$ | Minimum lease payments 2015 US$ | Interest 2015 US$ | Principal 2015 US$ |
|---|---|---|---|---|---|---|
| Within one year | 10,299,250 | 1,525,260 | 8,773,990 | 5,392,560 | 726,492 | 4,666,068 |
| Between one and five years | 12,478,735 | 1,059,101 | 11,419,634 | 6,498,698 | 415,736 | 6,082,962 |
|  | 22,777,985 | 2,584,361 | 20,193,624 | 11,891,258 | 1,142,228 | 10,749,030 |

The fair values of lease obligations approximate to their carrying amounts as presented above.

The Group's obligations under finance leases are secured by the lessors' title to the leased assets.

The exposure of the Group to interest rate risk in relation to financial instruments is reported in note 28 to the consolidated financial statements.

## 25.  TRADE AND OTHER PAYABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 10,672,755 | 11,029,896 |
| Directors' current accounts - credit balances (note 27 (iv)) | 130,258 | 821,639 |
| Accruals | 328,856 | 333,722 |
| Other creditors | 265,211 | 175,075 |
| Deferred income | 120,686 | 152,414 |
|  | 11,517,766 | 12,512,746 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

36

### XBT Holding S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 26. TAX LIABILITY

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Corporation tax | 149.532 | 185.666 |
| Special contribution to the defence fund | - | 88.727 |
|  | 149.532 | 274.393 |

There are transactions and calculations for which the ultimate tax determination is uncertain during the ordinary course of business. The Group recognises liabilities for anticipated tax audit issues based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such differences will impact the income tax and deferred tax provisions in the period in which such determination is made.

### 27. RELATED PARTY TRANSACTIONS

The transactions and balances with related parties are as follows:

#### (i) Loans to related parties (note 17)

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| AUKA Invest PTE Ltd | 290 | - |
| BK Tech Investments PTE LTD | 1.727 | - |
|  | 2.017 | - |

The loan to related company ... Limited was provided interest free, and there was no specified repayment date.

#### (ii) Loans to directors (note 17)

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Regina Biktimirova | - | 1.472 |
| Aleksey Gubarev | 90.857 | 122.042 |
|  | 90.857 | 123.514 |

The loan was provided interest free, and there was no specified repayment date.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

37

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 27.  RELATED PARTY TRANSACTIONS *(continued)*

### (iii) Directors' current accounts - debit balances (note 19)

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Aleksey Gubarev | 119,607 | – |
|  | 119,607 | – |

The shareholders' current accounts are interest free, and have no specified repayment date.

### (iv) Directors' current accounts - credit balances

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Aleksey Gubarev | – | 673,715 |
| Kostyantyn Bezruchenko | 13,272 | 30,374 |
| Alexander Borodin | 116,288 | 116,288 |
| Rajesh Kumar Mishra | 698 | 1,262 |
|  | 130,258 | 821,639 |

The directors' current accounts are interest free, and have no specified repayment date.

## 28.  FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT

### Financial risk factors

The Group is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Market risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Group's risk management framework.

The Group's risk management policies are established to identify and analyse the risks faced by the Group, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Group's activities.

P-G004278

38

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 28. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

### A. Financial risk management

*(i)  Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Group has no significant concentration of credit risk. The Group has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Group's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 19.

The Group's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 19.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Group's standard payment and delivery terms and conditions are offered. The Group's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Group establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii)  Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Group has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

*(iii)  Market risk*

Market risk is the risk that changes in market prices, such as foreign exchange rates, interest rates and equity prices will affect the Company's income or the value of its holdings of financial instruments.

The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimising the return.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

39

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 28. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT *(continued)*

*(iii) Market risk (continued)*

*Interest rate risk*

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Group to cash flow interest rate risk. Borrowings issued at fixed rates expose the Group to fair value interest rate risk. Group's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

*Currency risk*

Currency risk is the risk that the value of financial instruments will fluctuate due to changes in foreign exchange rates. Currency risk arises when future commercial transactions and recognised assets and liabilities are denominated in a currency that is not the Group's functional currency. The Group is exposed to foreign exchange risk arising from various currency exposures primarily with respect to the US Dollar and the Euro. The Group's management monitors the exchange rate fluctuations on a continuous basis and acts accordingly.

(iv) Other risks

The general economic environment prevailing internationally may affect the Group's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Group.

Capital management

The Group manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Group's overall strategy remains unchanged from last year.

## 29. FAIR VALUES

The fair values of the Group's financial assets and liabilities approximate their carrying amounts at the reporting date.

## 30. CONTINGENT LIABILITIES

The Group had no contingent liabilities as at 31 December 2016.

## 31. COMMITMENTS

The Group had no capital or other commitments as at 31 December 2016.

## 32. EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the consolidated financial statements.

On 7 July 2017 the Board of Directors of XBT Holding S.A. approved and authorised these consolidated financial statements for issue.