# EXHIBIT 8

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT HOLDING S.A.**

CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

P-G004614

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT HOLDING S.A.**

CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

C O N T E N T S

| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Consolidated statement of profit or loss and other comprehensive income | 2 |
| Consolidated statement of financial position | 3 |
| Consolidated statement of cash flows | 4 |
| Notes to the consolidated financial statements | 5 - 28 |

P-G004615

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

1

# XBT HOLDING S.A.

### OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra |
| | Kostyantyn Bezruchenko |
| Independent Auditors | KPMG Limited |
| Management | Nikolay Dvas |
| | Rajesh Kumar Mishra (CFO) |
| Legal Advisors | Boston Law Group PC |
| | Jackson Walker LLP |
| | De Groen & Van Lint Advocated |
| | McDermott Will & Emery |
| Bankers | ABN AMRO |
| | National Bank of Greece (Cyprus) Bank |
| | Bank of America |
| | ING Bank |
| Registered Office | 3 op der Poukewiss |
| | L-7795 |
| | Roost |
| | Luxemburg |
| Registration number | B191313 |

DRAFT as at 28/6/2018

P-G004616

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

2

## XBT HOLDING S.A.

CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2017

| | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| **Revenue** | 5 | 58.189.945 | 49.727.371 |
| Cost of sales | | (14.268.708) | (12.889.527) |
| **Gross profit** | | 43.921.237 | 36.837.844 |
| | | | |
| Other operating income | 6 | 380.612 | 15.720 |
| Selling and distribution expenses | | - | (698.770) |
| Administrative expenses | | (38.143.936) | (27.784.548) |
| Other operating expenses | 7 | (235.641) | - |
| **Operating profit** | 8 | 5.922.272 | 8.370.246 |
| | | | |
| Finance income | 10 | (24.901) | 182.980 |
| Finance expenses | 10 | (3.851.679) | (2.120.247) |
| **Net finance expenses** | | (3.876.580) | (1.937.267) |
| **Profit before tax** | | 2.045.692 | 6.432.979 |
| Tax | 11 | (217.308) | (180.205) |
| **Profit for the year** | | 1.828.384 | 6.252.774 |
| | | | |
| **Other comprehensive income** | | - | - |
| **Total comprehensive income for the year** | | 1.828.384 | 6.252.774 |
| | | | |
| **Profit attributable to:** | | | |
| Shareholders of the Company | | 1.802.725 | 6.105.093 |
| Non-controlling interests | | 25.659 | 147.681 |
| | | | |
| **Profit for the year** | | 1.828.384 | 6.252.774 |
| | | | |
| **Total comprehensive income for the year attributable to:** | | | |
| Shareholders of the Company | | 1.802.725 | 6.105.093 |
| Non-controlling interests | | 25.659 | 147.681 |
| **Total comprehensive income for the year** | | 1.828.384 | 6.252.774 |

The notes on pages 5 to 28 are an integral part of these consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

3

# XBT HOLDING S.A.

CONSOLIDATED STATEMENT OF FINANCIAL POSITION

As at 31 December 2017

| | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| **Assets** | | | |
| Property, plant and equipment | 13 | 42.014.589 | 32.686.479 |
| Intangible assets and goodwill | 14 | 234.972.221 | 238.934.493 |
| Available-for-sale financial assets | 15 | 675.900 | 675.900 |
| Loans receivable | 16 | 1.299.955 | 933.296 |
| Deferred tax assets | 23 | 68.442 | - |
| **Total non-current assets** | | 279.031.107 | 273.230.168 |
| | | | |
| Inventories | 17 | 75.126 | 67.795 |
| Trade and other receivables | 18 | 12.253.032 | 8.903.264 |
| Cash and cash equivalents | 19 | 6.086.968 | 5.807.698 |
| | | | |
| **Total current assets** | | 18.415.126 | 14.778.757 |
| | | | |
| **Total assets** | | 297.446.233 | 288.008.925 |
| | | | |
| **Equity** | | | |
| Share capital | 20 | 1.306.566 | 1.306.566 |
| Share premium | | 240.633.434 | 240.633.434 |
| Reserves | | 13.966.104 | 9.396.895 |
| **Total equity attributable to shareholders of the Company** | | 255.906.104 | 251.336.895 |
| **Non-controlling interests** | | 112.006 | 489.388 |
| **Total equity** | | 256.018.110 | 251.826.283 |
| | | | |
| **Liabilities** | | | |
| Loans and borrowings | 21 | 3.517.383 | 3.854.814 |
| Long-term portion of obligations under finance leases | 22 | 14.388.739 | 11.419.634 |
| **Total non-current liabilities** | | 17.906.122 | 15.274.448 |
| | | | |
| Bank overdrafts | 19 | 539.579 | 466.906 |
| Obligations under finance leases | 22 | 11.175.041 | 8.773.990 |
| Trade and other payables | 24 | 11.751.129 | 11.517.766 |
| Tax liability | 25 | 56.252 | 149.532 |
| | | | |
| **Total current liabilities** | | 23.522.001 | 20.908.194 |
| | | | |
| **Total liabilities** | | 41.428.123 | 36.182.642 |
| | | | |
| **Total equity and liabilities** | | 297.446.233 | 288.008.925 |

On .................. 2018 the Board of Directors of XBT Holding S.A. approved and authorised these consolidated financial statements for issue.


.....................................
Rajesh Kumar Mishra
Director

.....................................
Kostyantyn Bezruchenko
Director


The notes on pages 5 to 28 are an integral part of these consolidated financial statements.

P-G004618

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

4

# XBT HOLDING S.A.

### CONSOLIDATED STATEMENT OF CASH FLOWS

#### For the year ended 31 December 2017

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| **Cash flows from operating activities** | | |
| Profit for the year | 1.828.384 | 6.252.774 |
| Adjustments for: | | |
| Depreciation of property, plant and equipment | 10.787.657 | 9.938.410 |
| Unrealised exchange loss/(profit) | 145.955 | (97.751) |
| Amortisation of computer software | 3.894.789 | 2.593.883 |
| (Profit) from the sale of investments in subsidiaries | (187.063) | - |
| Interest income | (2.649) | (14.592) |
| Interest expense | 2.166.400 | 1.569.602 |
| Income tax expense | 217.308 | 180.205 |
| **Cash generated from operations before working capital changes** | 18.850.781 | 20.422.531 |
| (Increase)/decrease in inventories | (7.331) | 1.600.217 |
| (Increase)/decrease in trade and other receivables | (3.349.768) | 2.198.346 |
| Increase/(decrease) in trade and other payables | 233.363 | (963.252) |
| Decrease in deferred income | - | (31.728) |
| **Cash generated from operations** | 15.727.045 | 23.226.114 |
| Tax paid | (310.588) | (305.066) |
| **Net cash generated from operating activities** | 15.416.457 | 22.921.048 |
| | | |
| **Cash flows from investing activities** | | |
| Payment for acquisition of intangible assets | (2.076.537) | (6.486.662) |
| Payment for acquisition of property, plant and equipment | (20.115.767) | (21.917.949) |
| Payment for acquisition of available-for-sale financial assets | - | (675.900) |
| Loans granted | (366.659) | (1.672.302) |
| Loans repayments received | - | 997.369 |
| Proceeds from disposal of intangible assets | 2.144.020 | - |
| Proceeds from sale of investments in subsidiary undertakings | 187.063 | - |
| Interest received | 2.649 | - |
| **Net cash used in investing activities** | (20.225.231) | (29.755.444) |
| | | |
| **Cash flows from financing activities** | | |
| Repayment of borrowings | (337.431) | (2.518.050) |
| Repayments of obligations under finance leases | (6.681.416) | (6.216.862) |
| Proceeds from borrowings | - | 1.315.957 |
| Proceeds from obligations under finance leases | 13.939.199 | 15.661.456 |
| Unrealised exchange (loss) | (145.955) | (31.946) |
| Interest paid | (1.759.026) | (1.267.246) |
| **Net cash generated from financing activities** | 5.015.371 | 6.943.309 |
| | | |
| **Net increase in cash and cash equivalents** | 206.597 | 108.913 |
| Cash and cash equivalents at beginning of the year | 4.932.529 | 4.823.616 |
| | | |
| **Cash and cash equivalents at end of the year** | 5.139.126 | 4.932.529 |

The notes on pages 5 to 28 are an integral part of these consolidated financial statements.

P-G004619

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

5

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

## 1. INCORPORATION AND PRINCIPAL ACTIVITIES

XBT Holding S.A. (the "Company") was incorporated in Luxemburg on 8 April 2010 as a private company with limited liability.  Its registered office is at 3 op der Poukewiss, L-7795, Roost, Luxemburg.

The principal activities of the Group are the provision of web hosting, data storage and trading of network equipment.

## 2. BASIS OF PREPARATION

The consolidated financial statements for the year ended 31 December 2017 consist of the financial statements of the Company and its subsidiaries (which together referred to as "the Group").

**(a) Statement of compliance**
These consolidated financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
These consolidated financial statements have been prepared under the historical cost convention.

**(c) Going concern basis**
Even though the Group has made a profit of US$1.828.384 during the year ended 31 December 2017 as of that date the Group's current liabilities exceeded its current assets by US$5.106.875.

**(d) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Group adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2017 . This adoption did not have a material effect on the accounting policies of the Group.

At the date of approval of these consolidated financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective.  The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the consolidated financial statements of the Group.

**(e) Use of estimates and judgments**
The preparation of consolidated financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Group's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

P-G004620

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

6

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**2. BASIS OF PREPARATION** *(continued)*

### (f) Functional and presentation currency

The consolidated financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

**3. SIGNIFICANT ACCOUNTING POLICIES**

The following accounting policies have been applied consistently for all the years presented in these consolidated financial statements. The accounting policies have been consistently applied by all companies of the Group.

Basis of consolidation

Subsidiaries are entities controlled by the Group. Control exists where the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

The financial statements of subsidiaries acquired or disposed of during the year are included in the consolidated statement of profit or loss and other comprehensive income from the date that control commences until the date control ceases.

Where necessary, adjustments are made to the financial statements of subsidiaries to bring them in line with the accounting policies of the Group.

Business combinations

Acquisitions of businesses are accounted for using the acquisition method. The consideration transferred in a business combination is measured at fair value, which is calculated as the sum of the acquisition-date fair values of the assets transferred by the Group, liabilities incurred by the Group to the former owners of the acquiree and the equity interests issued by the Group in exchange for control of the acquiree. Acquisition-related costs are generally recognised in profit or loss as incurred.

Goodwill is measured as the excess of the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree, and the fair value of the acquirer's previously held equity interest in the acquiree (if any) over the net of the acquisition-date amounts of the identifiable assets acquired and the liabilities assumed. If, after reassessment, the net of the acquisition-date amounts of the identifiable assets acquired and liabilities assumed exceeds the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree and the fair value of the acquirer's previously held interest in the acquiree (if any), the excess is recognised immediately in profit or loss as a bargain purchase gain.

P-G004621

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

7

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

*Business combinations* (continued)

At the acquisition date, the identifiable assets acquired and the liabilities assumed are recognised at their fair value at the acquisition date, except that:

- deferred tax assets or liabilities and liabilities or assets related to employee benefit arrangements are recognised and measured in accordance with IAS 12 Income Taxes and IAS 19 Employee Benefits respectively;

- liabilities or equity instruments related to share-based payment arrangements of the acquiree or share-based payment arrangements of the Group entered into to replace share-based payment arrangements of the acquiree are measured in accordance with IFRS 2 Share-based Payment at the acquisition date; and

- assets (or disposal groups) that are classified as held for sale in accordance with IFRS 5 Non-current Assets Held for Sale and Discontinued Operations are measured in accordance with that Standard.

Non-controlling interests that are present ownership interests and entitle their holders to a proportionate share of the entity's net assets in the event of liquidation may be initially measured either at fair value or at the non-controlling interests' proportionate share of the recognised amounts of the acquiree's identifiable net assets. The choice of measurement basis is made on a transaction-by-transaction basis. Other types of non-controlling interests are measured at fair value or, when applicable, on the basis specified in another IFRS.

When the consideration transferred by the Group in a business combination includes assets or liabilities resulting from a contingent consideration arrangement, the contingent consideration is measured at its acquisition-date fair value and included as part of the consideration transferred in a business combination. Changes in the fair value of the contingent consideration that qualify as measurement period adjustments are adjusted retrospectively, with corresponding adjustments against goodwill. Measurement period adjustments are adjustments that arise from additional information obtained during the 'measurement period' (which cannot exceed one year from the acquisition date) about facts and circumstances that existed at the acquisition date.

The subsequent accounting for changes in the fair value of the contingent consideration that do not qualify as measurement period adjustments depends on how the contingent consideration is classified. Contingent consideration that is classified as equity is not remeasured at subsequent reporting dates and its subsequent settlement is accounted for within equity. Contingent consideration that is classified as an asset or a liability is remeasured at subsequent reporting dates in accordance with IAS 39, or IAS 37 Provisions, Contingent Liabilities and Contingent Assets, as appropriate, with the corresponding gain or loss being recognised in profit or loss.

When a business combination is achieved in stages, the Group's previously held equity interest in the acquiree is remeasured to fair value at the acquisition date (i.e. the date when the Group obtains control) and the resulting gain or loss, if any, is recognised in profit or loss. Amounts arising from interests in the acquiree prior to the acquisition date that have previously been recognised in other comprehensive income are reclassified to profit or loss where such treatment would be appropriate if that interest were disposed of.

P-G004622

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

8

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

*Business combinations* (continued)

If the initial accounting for a business combination is incomplete by the end of the reporting period in which the combination occurs, the Group reports provisional amounts for the items for which the accounting is incomplete. Those provisional amounts are adjusted during the measurement period (see above), or additional assets or liabilities are recognised, to reflect new information obtained about facts and circumstances that existed at the acquisition date that, if known, would have affected the amounts recognised at that date.

Business combinations that took place prior to 1 January 2010 were accounted for in accordance with the previous version of IFRS 3.

Segmental reporting
The Group is organised by business segments and this is the primary format for segmental reporting. Each business segment provides products or services which are subject to risks and returns that are different from those of other business segments. The Group operates only in Cyprus and for this reason operations are not analysed by geographical segment.

Revenue recognition
Revenues earned by the Group are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Employee benefits
The Group's companies and their employees contribute to the Government Social Insurance Fund based on employees' salaries. The Group's contributions are expensed as incurred and are included in staff costs. The Group has no legal or constructive obligations to pay further contributions if the scheme does not hold sufficient assets to pay all employees benefits relating to employee service in the current and prior periods.

In addition the Group operates a defined contribution scheme the assets of which are held in a separate trustee-administered fund. The scheme is funded by payments from employees and by the Group.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

(i) *Functional currencies*
  Items included in the financial statements of each Group entity are measured using the currency of the primary economic environment in which each entity operates ('the functional currency').

P-G004623

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

9

# XBT HOLDING S.A.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**3.   SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Foreign currency translation (continued)

*(ii)   Transactions and balances*

Foreign currency transactions are translated into respective functional currencies of the Group companies  using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined. Translation differences on available-for-sale financial assets are recognised in other comprehensive income and then included in the fair value reserve in equity (except on impairment, in which case translation differences that have been recognised in other comprehensive income are reclassified to profit or loss). Non-monetary items that are measured based on historical cost in a foreign currency are not translated.

Tax

Income tax expense comprises current and deferred tax. It is recognised in profit or loss except to the extent that it relates to a business combination, or items recognised directly in equity or in other comprehensive income.

*Current tax*

Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

*Deferred tax*

Deferred tax is provided in full, using the liability method, on temporary differences arising between the tax bases of assets and liabilities and their carrying amounts in the consolidated financial statements. Currently enacted tax rates are used in the determination of deferred tax.

Deferred tax assets are recognised to the extent that it is probable that future taxable profit will be available against which the temporary differences can be utilised.

Deferred tax assets and liabilities are offset when there is a legally enforceable right to set off current tax assets against current tax liabilities and when they relate to income taxes levied by the same taxation authority and the Group intends to settle its current tax assets and liabilities on a net basis.

Dividends

Dividend distribution to the Company's shareholders is recognised in the Group's consolidated financial statements in the year in which they are approved by the Company's shareholders.

Property, plant and equipment

Property, plant and equipment are measured at cost less accumulated depreciation and impairment losses.

P-G004624

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

## XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**3.    SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Property, plant and equipment (continued)

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

|  | % |
| --- | --- |
| Motor vehicles | 20 |
| Furniture, fixtures and office equipment | 20 |
| Computer equipment | 20 |

Leased assets are depreciated over the shorter of lease term and their useful lives unless it is reasonably certain that the Group will obtain ownership by the end of the lease term.

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of property, plant and equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess of the originally assessed standard of performance of the existing asset will flow to the Group. Major renovations are depreciated over the remaining useful life of the related asset.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Intangible assets

*(i)    Goodwill*

Goodwill represents the excess of the cost of an acquisition over the fair value of the Group's share of the net identifiable assets of the acquired undertaking at the date of acquisition. Goodwill on acquisition of subsidiaries is included in "intangible assets". Goodwill on acquisitions of associates is included in 'investments in associates'.

Goodwill is tested annually for impairment and carried at cost less accumulated impairment losses. Gains and losses on the disposal of an undertaking include the carrying amount of goodwill relating to the undertaking sold. Goodwill is allocated to cash-generating units for the purpose of impairment testing.

P-G004625

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

11

## XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Intangible assets (continued)

(ii)   *Internally-generated intangible assets - research and development*
Expenditure on research activities is recognised as an expense in the period in which it is incurred.

Development expenditure is capitalised only if the expenditure can be measured reliably, the product or process is technically and commercially feasible, future economic benefits are probable and the Group intends to and has sufficient resources to complete development and to use or sell the asset.

Otherwise, it is recognised in profit or loss as incurred. Subsequent to initial recognition, internally-generated intangible assets are measured at cost less accumulated amortisation and any accumulated impairment losses.

The annual depreciation rate used for the current and comparative periods is

(iii)   *Patents and trademarks*
Patents and trademarks are measured initially at purchase cost and are amortised on a straight-line basis over their estimated useful lives. The annual depreciation rates used for the current and comparative periods are

(iv)   *Computer software*
Costs that are directly associated with identifiable and unique computer software products controlled by the Group and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%

(v)   *Other intangible assets*
Other intangible assets, including customer relationships, patents and trademarks, that are acquired by the Group and have finite useful lives are measured at cost less accumulated amortisation and any accumulated impairment losses.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Leases

At inception of an arrangement, the Group determines whether an arrangement is or contains a lease.

P-G004626

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

## XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**3.   SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

<u>Leases</u> (continued)

At inception or on reassessment of an arrangement that contains a lease, the Group separates payments and other consideration required by the arrangement into those for the lease and those for other elements on the basis of their relative fair values. If the Group concludes for a finance lease that it is impracticable to separate the payments reliably, then an asset and a liability are recognised at an amount equal to the fair value of the underlying asset, subsequently, the liability is reduced as payments are made and an imputed finance cost on the liability is recognised using the Group's incremental borrowing rate.

Leases are classified as finance leases whenever the terms of the lease transfer substantially all the risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

*Finance leases - The Group as lessee*
Assets held under finance leases are recognised as assets of the Group at their fair value at the inception of the lease or, if lower, at the present value of the minimum lease payments. The corresponding liability to the lessor is included in the consolidated statement of financial position as a finance lease obligation. Lease payments are apportioned between finance charges and reduction of the lease obligation so as to achieve a constant rate of interest on the remaining balance of the liability. Finance charges are charged to profit or loss, unless they are directly attributable to qualifying assets, in which case they are capitalised in accordance with the Group's general policy on borrowing costs (see below).

Lease payments are analysed between capital and interest components so that the interest element of the payment is charged to profit or loss over the period of the lease and represents a constant proportion of the balance of capital repayments outstanding. The capital part reduces the amount payable to the lessor.

*Operating leases*
Leases where a significant portion of the risks and rewards of ownership are retained by the lessor are classified as operating leases. Payments made under operating leases are charged to profit or loss on a straight-line basis over the period of the lease.

<u>Financial instruments</u>
Financial assets and financial liabilities are recognised when the Group becomes a party to the contractual provisions of the instrument.

*(i)    Trade and other receivables*
Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii)   Loans granted*
Loans originated by the Group by providing money directly to the borrower are categorised as loans and are carried at amortised cost. The amortised cost is the amount at which the loan granted is measured at initial recognition minus principal repayments, plus or minus the cumulative amortization using the effective interest method of any difference between the initial amount and the maturity amount, and minus any reduction for impairment or uncollectibility. All loans are recognised when cash is advanced to the borrower.

P-G004627

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

The effective interest method is a method of calculating the amortised cost of a financial asset or a financial liability (or group of financial assets or financial liabilities) and of allocating the interest income or interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument or, when appropriate, a shorter period to the net carrying amount of the financial asset or financial liability.

*(iii) Investments*

The Group classifies its investments in equity and debt securities in the following categories: financial assets at fair value through profit or loss, loans and receivables, held-to-maturity investments and available-for-sale financial assets. The classification depends on the purpose for which the investments were acquired. Management determines the classification of investments at initial recognition.

- *Available-for-sale financial assets*

  Investments intended to be held for an indefinite period of time, which may be sold in response to needs for liquidity or changes in interest rates, are classified as available-for-sale; these are included in non-current assets unless management has the express intention of holding the investment for less than 12 months from the reporting date or unless they will need to be sold to raise operating capital, in which case they are included in current assets.

- *Loans and receivables*

  Investments with fixed or determinable payments that are not quoted in an active market and are not classified as financial assets at fair value through profit or loss or as financial assets available-for-sale.

  *Recognition and measurement:*

  Regular way purchases and sales of investments are recognised on trade-date which is the date on which the Group commits to purchase or sell the asset. Investments are initially recognised at fair value plus directly attributable transaction costs for all financial assets not carried at fair value through profit or loss. For financial assets at fair value through profit or loss the directly attributable transaction costs are recognised in profit or loss as incurred.

  Realised and unrealised gains and losses arising from changes in the fair value of financial assets at fair value through profit or loss are included in profit or loss. Unrealised gains and losses arising from changes in the fair value of available-for-sale financial assets are recognised in other comprehensive income and then in equity. When available-for-sale financial assets are sold or impaired, the accumulated fair value adjustments are included in equity are reclassified to profit or loss.

  The fair values of quoted investments are based on current bid prices. If the market for a financial asset is not active (and for unlisted securities), the Group establishes fair value by using valuation techniques. These include the use of recent arm's length transactions, reference to other instruments that are substantially the same and discounted cash flow analysis, making maximum use of market inputs and relying as little as possible on entity specific inputs. Equity investments for which fair values cannot be measured reliably are recognised at cost less impairment.

P-G004628

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**3.    SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(iv)   Cash and cash equivalents*
For the purpose of the consolidated statement of cash flows, cash and cash equivalents comprise cash in hand, cash at bank and bank overdrafts.

*(v)    Borrowings*
Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(vi)   Trade and other payables*
Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Derecognition of financial assets and liabilities

*Financial assets*
A financial asset (or, where applicable a part of a financial asset or part of a group of similar financial assets) is derecognised when:

- the contractual rights to receive cash flows from the asset have expired;
- the Group retains the right to receive cash flows from the asset, but has assumed an obligation to pay them in full without material delay to a third party under a 'pass through' arrangement; or
- the Group has transferred its rights to receive cash flows from the asset and either (a) has transferred substantially all the risks and rewards of the asset, or (b) has neither transferred nor retained substantially all the risks and rewards of the asset, but has transferred control of the asset.

Any interest in such derecognized financial assets that is created or retained by the Group is recognised as a separate asset or liability

*Financial liabilities*
A financial liability is derecognised when the obligation under the liability is discharged or cancelled or expires.

When an existing financial liability is replaced by another from the same lender on substantially different terms, or the terms of an existing liability are substantially modified, such an exchange or modification is treated as a derecognition of the original liability and the recognition of a new liability, and the difference in the respective carrying amounts is recognised in profit or loss.

Offsetting financial instruments
Financial assets and financial liabilities are offset and the net amount reported in the consolidated statement of financial position if, and only if, there is a currently enforceable legal right to offset the recognised amounts and there is an intention to settle on a net basis, or to realise the asset and settle the liability simultaneously. This is not generally the case with master netting agreements, and the related assets and liabilities are presented gross in the consolidated statement of financial position.

P-G004629

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

15

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Impairment of non-financial assets

Assets (other than biological assets, investment property, inventories and deferred tax assets) that have an indefinite useful life are not subject to amortisation and are tested annually for impairment. Assets that are subject to depreciation or amortisation are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. Goodwill is tested annually for impairment.

For impairment testing, assets are grouped together into the smallest group of assets that generates cash flows from continuing use that are largely independent of the cash inflows of other assets or cash generating units. Goodwill arising from a business combination is allocated to cash-generating units or groups of cash-generating units that are expected to be benefit from the synergies of the combination.

The recoverable amount of an asset or cash-generating unit is the greater of its value in use and its fair value less costs to sell. Value in use is based on the estimated future cash flows, discounted to their present value using pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset or cash-generating unit.

An impairment loss is recognised if the carrying amount of an asset or cash-generating unit exceeds its recoverable amount.

Impairment losses are recognised in profit or loss. They are allocated first to reduce the carrying amount of any goodwill allocated to the cash-generating unit, and then to reduce the carrying amounts of the other assets in the cash-generating unit on a pro rata basis.

An impairment loss in respect of goodwill is not reversed. For other assets, an impairment loss is reversed only to the extent that the asset's carrying amount does not exceed the carrying amount that would have been determined, net of depreciation or amortization, if no impairment loss had been recognised.

Inventories

Inventories are stated at the lower of cost and net realisable value. The cost is determined using the weighted average method. Net realisable value is the estimated selling price in the ordinary course of business, less the costs to completion and selling expenses.

Work in progress

Work in progress is stated at cost plus any attributable profit less any foreseeable losses and less amounts received or receivable as progress payments. The cost of work in progress includes materials, labour and direct expenses plus attributable overheads based on a normal level of activity.

Share capital

Ordinary shares are classified as equity. The difference between the fair value of the consideration received by the Company and the nominal value of the share capital being issued is taken to the share premium account. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Non-current liabilities

Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

P-G004630

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

# XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### For the year ended 31 December 2017

**3.    SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

**4.  SEGMENTAL ANALYSIS**

| **2017** | USA US$ | Europe US$ | Asia US$ | Total US$ |
|---|---|---|---|---|
| Revenue | 31.982.711 | 19.637.251 | 6.569.983 | 58.189.945 |
| Cost of sales | (4.518.678) | (6.612.363) | (3.137.667) | (14.268.708) |
| Gross profit | 27.464.033 | 13.024.888 | 3.432.316 | 43.921.237 |
| SGA | (7.037.412) | (14.276.006) | (2.115.736) | (23.429.154) |
| EBIDTA | 20.426.621 | (1.251.118) | 1.316.581 | 20.492.083 |
| Depreciation | 3.797.270 | 9.953.483 | 964.028 | 14.714.780 |

| **2016** | USA US$ | Europe US$ | Asia US$ | Total US$ |
|---|---|---|---|---|
| Revenue | 27.882.710 | 17.401.172 | 4.443.489 | 49.727.371 |
| Cost of sales | (4.929.993) | (5.632.585) | (2.326.949) | (12.889.527) |
| Gross profit | 22.952.716 | 11.768.589 | 2.116.539 | 36.837.844 |
| SGA | (6.752.939) | (7.923.592) | (1.274.494) | (15.951.025) |
| EBIDTA | 9.858.430 | 16.443.471 | 2.102.710 | 28.404.611 |
| Depreciation | 3.481.412 | 8.392.440 | 658.441 | 12.532.293 |

| **Group components by segment:** | 2017 % | 2016 % |
|---|---|---|
| **USA** | | |
| 1GB.com Inc | 100 | 100 |
| Dedicated Servers Inc | 100 | 100 |
| DFW Internet Services Inc | 100 | 100 |
| Fozzy Inc | 100 | 100 |
| IP Transit Inc | 100 | 100 |
| Serves.com Inc | 100 | 100 |
| TM Web Properties Ltd | 100 | 100 |
| Travail Systems Inc | 100 | 100 |
| Universal CDN Inc | 95 | 95 |
| URL Solutions Inc | 100 | 100 |
| Webzilla Dallas Inc | 100 | 100 |
| Webzilla Inc | 100 | 100 |
| Webzilla Apps Inc | 100 | 100 |

P-G004631

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

# XBT HOLDING S.A.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### For the year ended 31 December 2017

4.  **SEGMENTAL ANALYSIS** *(continued)*

**Europe**

| | | |
|---|---|---|
| BN Domain Trust Services Ltd | - | 100 |
| iMarketing Solutions Ltd | - | 100 |
| ITPan.com Ltd | 100 | 100 |
| ROOT S.A. | 100 | 100 |
| Serverscom Eesti Ou | 100 | - |
| Servers.com B.V. | 100 | 100 |
| Universal CDN (Cyprus) Ltd | - | 95 |
| Webzilla B.V. | 100 | 100 |
| Webzilla Ltd | 100 | 100 |
| Servers.com CY LTD | 100 | - |
| Devazilla EOOD | 100 | - |

**Asia**

| | | |
|---|---|---|
| IBEE Software Solutions Limited | 70 | 70 |
| Webzilla Singapore PTE Ltd | 100 | 100 |
| Edinaya Set LLC | 100 | 99 |
| Servers.com Asia Ltd | 100 | - |

The Group is organised by business segments and this is the primary format for segmental reporting. Each business segment provides products or services which are subject to risks and returns that are different from those of other business segments. The Group operates only in Cyprus and for this reason operations are not analysed by geographical segment.

5.  **REVENUE**

| | 2017 US$ | 2016 US$ |
|---|---|---|
| Revenues | 58.189.945 | 49.727.371 |
| | 58.189.945 | 49.727.371 |

6.  **OTHER OPERATING INCOME**

| | 2017 US$ | 2016 US$ |
|---|---|---|
| Profit from sale of investments in subsidiaries | 377.569 | - |
| Sundry operating income | 3.043 | 15.720 |
| | 380.612 | 15.720 |

P-G004632

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

# XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### For the year ended 31 December 2017

**7. OTHER OPERATING EXPENSES**

| | 2017 US$ | 2016 US$ |
|---|---|---|
| Other operating expenses | 45.135 | - |
| Loss from sale of investments in subsidiaries | 190.506 | - |
| | 235.641 | - |

**8. OPERATING PROFIT**

| | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| Operating profit is stated after charging the following items: | | | |
| Amortisation of computer software | 14 | 3.725.864 | 863.617 |
| Depreciation of property, plant and equipment | 13 | 10.988.916 | 11.668.675 |
| Staff costs | 9 | 5.031.601 | 3.749.340 |
| Independent auditors' remuneration - current year | | 127.060 | 122.839 |
| Independent auditors' remuneration - prior years | | 10.827 | 27.172 |
| Operating lease rentals | | 61.479 | 215.667 |

**9. STAFF COSTS**

| | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| Salaries | | 4.784.141 | 3.746.718 |
| Social insurance contributions | | 215.896 | 2.622 |
| Pensions cost | | 31.564 | - |
| Total staff costs | 8 | 5.031.601 | 3.749.340 |

The Group has a defined contribution scheme, the XBT Holding S.A. Employees' Provident Fund, which is funded separately and prepares its own financial statements whereby employees are entitled to payment of certain benefits upon retirement or prior termination of service.

P-G004633

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

19

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**10.   NET FINANCE INCOME AND EXPENSES**

|  | 2017 US$ | 2016 US$ |
|---|---:|---:|
| **Finance income** | | |
| Bank interest | 2.649 | 2.438 |
| Loan interest | | 12.154 |
| Realised foreign exchange profit | (27.550) | 136.023 |
| Unrealised foreign exchange profit | - | 32.365 |
| | (24.901) | 182.980 |
| | | |
| **Finance costs** | | |
| | | |
| **Interest expense** | | |
| Loan interest | 42.994 | 302.315 |
| Interest payable on HP leases | 1.759.026 | 1.267.246 |
| Interest on obligations under finance leases | 364.372 | - |
| Bank overdraft interest | 8 | 41 |
| | | |
| **Sundry finance expenses** | | |
| Bank charges | 419.558 | 315.750 |
| | | |
| **Net foreign exchange transaction losses** | | |
| Realised foreign exchange loss | 1.119.766 | 300.281 |
| Unrealised foreign exchange loss | 145.955 | (65.386) |
| | 3.851.679 | 2.120.247 |

**11.   TAXATION**

|  | 2017 US$ | 2016 US$ |
|---|---:|---:|
| Corporation tax - current year | 212.556 | 180.205 |
| Corporation tax - prior years | 4.752 | - |
| | | |
| Charge for the year | 217.308 | 180.205 |

P-G004634

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

20

# XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### For the year ended 31 December 2017

12. **DIVIDENDS**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Declared final dividend | 308.652 | - |
|  | 308.652 | - |

13. **PROPERTY, PLANT AND EQUIPMENT**

|  | Motor vehicles US$ | Furniture, fixtures and office equipment US$ | Computer equipment US$ | Total US$ |
|---|---|---|---|---|
| **Cost** |  |  |  |  |
| Balance at 1 January 2016 | 787.308 | 677.830 | 48.023.572 | 49.488.710 |
| Additions | 117.726 | 82.432 | 21.717.791 | 21.917.949 |
| Balance at 31 December 2016 | 905.034 | 760.262 | 69.741.363 | 71.406.659 |
| Balance at 1 January 2017 | 905.034 | 760.262 | 69.741.363 | 71.406.659 |
| Additions | 47.588 | 4.276.095 | 15.792.084 | 20.115.767 |
| Balance at 31 December 2017 | 952.622 | 5.036.357 | 85.533.447 | 91.522.426 |
| **Depreciation** |  |  |  |  |
| Balance at 1 January 2016 | 313.277 | 281.801 | 28.186.692 | 28.781.770 |
| Depreciation for the year | 146.965 | 133.498 | 9.657.947 | 9.938.410 |
| Balance at 31 December 2016 | 460.242 | 415.299 | 37.844.639 | 38.720.180 |
| Balance at 1 January 2017 | 460.242 | 415.299 | 37.844.639 | 38.720.180 |
| Depreciation for the year | 149.049 | 2.007.875 | 8.630.733 | 10.787.657 |
| Balance at 31 December 2017 | 609.291 | 2.423.174 | 46.475.372 | 49.507.837 |
| **Carrying amounts** |  |  |  |  |
| Balance at 31 December 2017 | 343.331 | 2.613.183 | 39.058.075 | 42.014.589 |
| Balance at 31 December 2016 | 444.792 | 344.963 | 31.896.724 | 32.686.479 |

P-G004635

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

14.  **INTANGIBLE ASSETS AND GOODWILL**

|  | Goodwill US$ | Computer software US$ | Research and development US$ | Patents and trademarks US$ | Total US$ |
|---|---|---|---|---|---|
| **Cost** | | | | | |
| Balance at 1 January 2016 | 226.020.382 | 12.515.176 | - | - | 238.535.558 |
| Additions | - | 6.486.662 | - | - | 6.486.662 |
| Balance at 31 December 2016 | 226.020.382 | 19.001.838 | - | - | 245.022.220 |
| | | | | | |
| Balance at 1 January 2017 | 226.020.382 | 19.001.838 | - | - | 245.022.220 |
| Additions | - | - | 300.000 | 1.776.537 | 2.076.537 |
| Disposals | - | (2.144.020) | - | - | (2.144.020) |
| Balance at 31 December 2017 | 226.020.382 | 16.857.818 | 300.000 | 1.776.537 | 244.954.737 |
| | | | | | |
| **Amortisation** | | | | | |
| Balance at 1 January 2016 | - | 3.493.844 | - | - | 3.493.844 |
| Amortisation for the year | - | 2.593.883 | - | - | 2.593.883 |
| Balance at 31 December 2016 | - | 6.087.727 | - | - | 6.087.727 |
| | | | | | |
| Balance at 1 January 2017 | - | 6.087.727 | - | - | 6.087.727 |
| Amortisation for the year | - | 3.359.724 | 281.396 | 253.669 | 3.894.789 |
| Balance at 31 December 2017 | - | 9.447.451 | 281.396 | 253.669 | 9.982.516 |
| | | | | | |
| **Carrying amounts** | | | | | |
| Balance at 31 December 2017 | 226.020.382 | 7.410.367 | 18.604 | 1.522.868 | 234.972.221 |
| | | | | | |
| Balance at 31 December 2016 | 226.020.382 | 12.914.111 | - | - | 238.934.493 |

15.  **AVAILABLE-FOR-SALE FINANCIAL ASSETS**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Balance at 1 January | 675.900 | - |
| Additions | - | 675.900 |
| | | |
| Balance at 31 December | 675.900 | 675.900 |

P-G004636

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

### 16. LOANS RECEIVABLE

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Loans receivable | 1.299.955 | 840.422 |
| Loans to related parties (Note 26 (iii)) | - | 2.017 |
| Loans to directors (Note 26) | - | 90.857 |
|  | 1.299.955 | 933.296 |

The exposure of the Group to credit risk is reported in note 27 to the consolidated financial statements.

The fair values of non-current receivables approximate to their carrying amounts as presented above.

### 17. INVENTORIES

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Goods for resale | 75.126 | 67.795 |
|  | 75.126 | 67.795 |

The cost of inventories recognised as expense and included in "cost of sales" amounted to US$14.268.708 (2016: US$12.889.527).

### 18. TRADE AND OTHER RECEIVABLES

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Trade receivables | 7.970.884 | 8.548.579 |
| Less: Provision for impairment of receivables | (632.993) | (570.003) |
| Trade receivables - net | 7.337.891 | 7.978.576 |
| Directors' current accounts - debit balances (Note 26) | 2.864.480 | 119.607 |
| Receivables from parent (Note 26 (ii)) | 646.469 | - |
| Deposits and prepayments | 719.689 | 158.601 |
| Deferred expenses | 2.940 | - |
| Other receivables | 112.884 | 104.409 |
| Refundable VAT | 568.679 | 542.071 |
|  | 12.253.032 | 8.903.264 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Group to credit risk and impairment losses in relation to trade and other receivables is reported in note 27 to the consolidated financial statements.

P-G004637

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

### 19.   CASH AND CASH EQUIVALENTS

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Cash at bank and in hand | 5.678.705 | 5.399.435 |
| Bank deposits | 408.263 | 408.263 |
|  | 6.086.968 | 5.807.698 |

For the purposes of the consolidated statement of cash flows, the cash and cash equivalents include the following:

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Cash and cash equivalents | 5.678.705 | 5.399.435 |
| Bank overdrafts | (539.579) | (466.906) |
|  | 5.139.126 | 4.932.529 |

The exposure of the Group to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 27 to the consolidated financial statements.

### 20.   SHARE CAPITAL

|  | 2017 Number of shares | 2017 US$ | 2016 Number of shares | 2016 US$ |
|---|---|---|---|---|
| **Authorised** |  |  |  |  |
| Ordinary shares of US$1 each | 5.000.000 | 5.000.000 | 5.000.000 | 5.000.000 |
|  |  | US$ |  | US$ |
| **Issued and fully paid** |  |  |  |  |
| Balance at 1 January | 1.306.566 | 1.306.566 | 1.306.566 | 1.306.566 |
| Balance at 31 December | 1.306.566 | 1.306.566 | 1.306.566 | 1.306.566 |

### 21.   LOANS AND BORROWINGS

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| **Non-current liabilities** |  |  |
| Credit facilities | 2.799.004 | 3.854.814 |
| Loans from shareholders (Note 26) | 718.379 | - |
|  | 3.517.383 | 3.854.814 |

P-G004638

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

24

## XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**21.   LOANS AND BORROWINGS** *(continued)*

Maturity of borrowings:

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Between one and five years | 3.517.383 | 3.854.814 |

The exposure of the Group to interest rate risk in relation to financial instruments is reported in note 27 to the consolidated financial statements.

**22.   OBLIGATIONS UNDER FINANCE LEASES**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Balance at 1 January | 20.193.624 | 10.749.030 |
| Additions | 13.939.199 | 15.661.456 |
| Repayments | (10.328.069) | (7.484.108) |
| Interest charge | 1.759.026 | 1.267.246 |
| Balance at 31 December | 25.563.780 | 20.193.624 |

|  | Minimum lease payments 2017 US$ | Interest 2017 US$ | Principal 2017 US$ | Minimum lease payments 2016 US$ | Interest 2016 US$ | Principal 2016 US$ |
|---|---|---|---|---|---|---|
| Within one year | 12.977.055 | 1.802.014 | 11.175.041 | 10.299.250 | 1.525.260 | 8.773.990 |
| Between one and five years | 15.723.206 | 1.334.467 | 14.388.739 | 12.478.735 | 1.059.101 | 11.419.634 |
|  | 28.700.261 | 3.136.481 | 25.563.780 | 22.777.985 | 2.584.361 | 20.193.624 |

The fair values of lease obligations approximate to their carrying amounts as presented above.

The Group's obligations under finance leases are secured by the lessors' title to the leased assets.

The exposure of the Group to interest rate risk in relation to financial instruments is reported in note 27 to the consolidated financial statements.

P-G004639

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

25

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**23. DEFERRED TAX**

**Deferred tax assets**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Balance at 1 January | - | - |
| Revaluation of land and buildings | 68.442 | - |
| Balance at 31 December | 68.442 | - |

Deferred taxation asset arises as follows:

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Temporary tax differences | 68.442 | - |
|  | 68.442 | - |

Deferred tax is calculated in full on all temporary differences under the liability method using the applicable tax rates (Note 11).

**24. TRADE AND OTHER PAYABLES**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Trade payables | 10.725.442 | 10.672.755 |
| Directors' current accounts - credit balances (Note 26) | 10.534 | 130.258 |
| Shareholders' current accounts - credit balances (Note 26) | 5.471 | - |
| Accruals | 205.140 | 328.856 |
| Other creditors | 107.808 | 265.211 |
| Deferred income | 696.734 | 120.686 |
|  | 11.751.129 | 11.517.766 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

The exposure of the Group to liquidity risk in relation to financial instruments is reported in note 27 to the consolidated financial statements.

P-G004640

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

26

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**25. TAX LIABILITY**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Corporation tax | 45.119 | 149.532 |
| Special contribution to the defence fund | 245 | - |
| Overseas tax | 10.888 | - |
|  | 56.252 | 149.532 |

**26. RELATED PARTY TRANSACTIONS**

The transactions and balances with related parties are as follows:

**(i) Directors' remuneration**

The remuneration of Directors and other members of key management was as follows:

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Directors' fees | 20.959 | - |
|  | 20.959 | - |

**(ii) Receivables from parent company**

| Name | 2017 US$ | 2016 US$ |
|---|---|---|
| AUKA Invest PTE Ltd | 646.469 | - |
|  | 646.469 | - |

**(iii) Loans to related companies (Note 16)**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| AUKA Invest PTE Ltd | - | 290 |
| BK Tech Investments PTE Ltd | - | 1.727 |
|  | - | 2.017 |

P-G004641

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

27

# XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

### 27.   FINANCIAL INSTRUMENTS - FAIR VALUES AND RISK MANAGEMENT

**Financial risk factors**
The Group is exposed to the following risks from its use of financial instruments:
- Credit risk
- Liquidity risk
- Market risk

The Board of Directors has overall responsibility for the establishment and oversight of the Group's risk management framework.

The Group's risk management policies are established to identify and analyse the risks faced by the Group, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Group's activities.

### A. Financial risk management

*(i)   Credit risk*
Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Group has no significant concentration of credit risk. The Group has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*
The Group's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 18.

The Group's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 18.

*(ii)   Liquidity risk*
Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Group has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

*(iii)   Market risk*
Market risk is the risk that changes in market prices, such as foreign exchange rates, interest rates and equity prices will affect the Company's income or the value of its holdings of financial instruments.

The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimising the return.

P-G004642

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

28

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**27.   FINANCIAL INSTRUMENTS - FAIR VALUES AND RISK MANAGEMENT** *(continued)*

*(iii)  Market risk (continued)*

*Interest rate risk*
Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Group to cash flow interest rate risk. Borrowings issued at fixed rates expose the Group to fair value interest rate risk. Group's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

P-G004643