# EXHIBIT 10

**xbt holding**



# XBT Holding SA Consolidated ( XBT.com)

*Intelligent hosting platform*

Prepared November 2016

### Contact Information

Rajesh Mishra, CFO
Finance@XBT.com
+35797883202
www.servers.com / www.xbt.com
3, op der Poukewiss
Roost, 7795, Luxembourg

# Table of Contents

Executive Summary ........................................................................................................1

    Opportunity ............................................................................................................1

    Expectations ...........................................................................................................9

Opportunity ...............................................................................................................11

    Problem & Solution ...........................................................................................11

    Target Market.......................................................................................................12

    Competition .........................................................................................................13

Execution ...................................................................................................................15

    Marketing & Sales..............................................................................................15

    Operations............................................................................................................16

    Milestones & Metrics.........................................................................................20

Company.....................................................................................................................22

    Overview ..............................................................................................................22

    Team......................................................................................................................23

Financial Plan ............................................................................................................26

    Forecast ................................................................................................................26

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001036

Financing............................................................................................28

Statements........................................................................................30

Appendix ...............................................................................................36

Profit and Loss Statement ...............................................................36

Balance Sheet....................................................................................41

Cash Flow Statement .......................................................................46

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001037

# Executive Summary

## Opportunity

### Problem

As one of the hit breakout apps of 2016, Prisma needs little introduction. The photo-processing app that uses artificial intelligence (A.I.) to transform your simple smartphone snaps into works of art became a runaway success in a handful of Eastern European countries when it launched on iOS back in June, and went on to garner 10 million downloads globally ahead of its arrival on Android in July.

The involvement of Servers.com is notable for a company such as Prisma, as the investment extends beyond simply doling out cash. Originally launched in Europe back in 2005, Servers.com brought its "next generation" cloud hosting service to the U.S. last year with the opening of its first data center there, which was followed by one in Russia and Singapore, with two more due to open shortly. Now, Servers.com, bankrolled by its parent company XBT Holding, is feeding into its expansion plans by forming strategic partnerships with startups that rely on cheaper server capacity so they can hit the ground running.

### Solution

"If Servers.com finds a project really interesting and promising, not only can we can give cheaper servers to support the growth, but we can also take part in investing," explained Aleksey Gubarev, CEO of XBT Holding, in an interview with VentureBeat. "Conditions vary, and we always look into the best way to support the growth. We also help with our technical knowledge and experience."

### Market

Think about the market and think about what they can't do or aren't doing yet, and then try to do it. Intriguing idea isn't it? Listen to the full podcast to find out how

1

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

thinking out of the box can help you evolve a product and bring it to the next level and be the first one in the market to do it.

**The Biggest Lesson in Growing a Company**

Aleksej Gubarev is the CEO of Servers.com, a global dedicated server hosting and cloud storage solutions company. He also runs/invests in 14 companies with hundreds of employees. He believes that in order for you to be able to grow your company, you have to start with reliable and people who want you to succeed as well. Learn more by listening to the podcast!

– My Emoji ( iTunes | Google play )

– SecureVPN ( iTunes | Google play )

– MSQRD ( iTunes | Google play )

– Prisma App


Opportunities

Digital Marketing; Locations variety; Synergy with datacenter business, new services; Growing demand from BigData/AdTech, Customers moving to Datacenters from On-Premise;
Demand for hybrid cloud; Growth of AI-related services and our unique Prisma Cloud solution;

## Competition

Hosting and colocation are highly competitive businesses. That competition gets heated whenever a prominent provider experiences an outage, as rival providers seek to poach customers who are unhappy their site is offline and searching for news about the outage. For many years "rescue marketing" was commonly seen in Google keyword searches, as hosting companies would purchase text ads tied to keywords, including

2

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

trademarked brands of a provider experiencing an outage. Frustrated customers Googling for information would encounter hosting offers from competing firms. In recent months the trend has shifted to Twitter, where rival hosts have begun pitching their services using hashtags, the topical phrases included in Tweets (such as #fisherfire) to aid topical searching. By adding an outage-related hashtag to an "adverTweet," some providers have sought to market their services to customers affected by outages.

XBT Products

Our bare metal & cloud are united in one network by default, so you do not need to "engineer" your custom hybrid solution: turn on, tune in and drop out . The best integrated infrastructure.

Free global private network: Fast, Unmetered, Out of the box Hybrid cloud ready .

40 Gbps to each server , Smart Cabling – 100% network ports usage

Top level NSP:  Top level network providers deliver traffic from our data centres to customers worldwide,

Smart Traffic Dispatcher – optimal traffic routing at any given time

Continuous low latency

- Top-level network service providers
- Data centers in Europe, the United States, Singapore and Russia

Scalability

- 40 minutes server provisioning
- Instant cloud provisioning
- One-touch storage replication

Usability

3

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

- Routine free 24/7 support
- Out of the box private network to each server
- OpenStack API

Variety of additional services

We release new products each quarter. Our dashboard is full of click-and-work features so you don't need to look for them somewhere else. We offer a great diversity of services: Intelligent DNS, Firewall, Healthchecks, Monitoring, embedded VNC, etc.

Self service

Configure your infrastructure yourself click by click on our Self Service Portal, get statistics, install applications, communicate with support or check invoices.

## Why Us?

We are striving to deliver cutting edge cloud, managed dedicated hosting, server housing, network solutions and web development services to customers around the world. The holding is privately owned and has an active merger and acquisition attitude backed up by great financial results throughout all operation cycles.

Workloads are massively moving to the cloud. By 2019, more than four-fifths of workloads will be processed by cloud data centers. They will keep increasing, and the demands for private and public clouds will be changing, however one thing will stay the same: the desire for efficient high-quality services at minimum costs. This desire is completely understandable and rather logical. Thus, as we clearly understand current and future needs of our customers, we have created our own Free Global Private Network.

**Bare metal**: Bare metal servers presuppose strict performance control and ability to handle processor-demanding and disk I/O-intensive workloads. The customer chooses the model and configuration of a server, and we arrange deployment in any of our data centers within the next 40 minutes or less. We prioritize performance and hardware quality over low prices. We aim to find smart solutions and automatize

4

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

most routine procedures. Thus, we have come up with a 'Post-cloud bare metal' concept. We do not match cloud servers against bare metal ones. Our 'Post-cloud bare metal' approach combines high power and controllability of dedicated servers with cloud flexibility.

**Fast automated provisioning:** One of our smart solutions is automated provisioning. Deployment takes most hosting providers one or two days, or even a few weeks after the payment is processed if one makes a substantial order. Our automated provisioning reduces deployment time to 40 minutes. You do not have to worry about scalability of your projects, as we always keep hundreds of available servers that have been installed in our open racks and integrated into our intelligent hosting platform ready. Server and network performance will be automatically checked. We have never had a single case of providing our customers with non-functioning servers. We are extremely attentive to detail. Thus, if you already have running servers and you order one more, our platform automatically selects one of the available servers that is the closest to the ones you already have. This speeds up support processes and reduces latency within your architecture. We have simplified the process of ordering as well. No need to call, no need to bother with correspondence and paperwork. A few clicks, and you can count down to the launch of your new server. We do our best to manage our resources efficiently. That's why not only have we automated provisioning, but deprovisioning process as well. Moreover, the servers that are currently not in use stay off. s there are no extra costs for electricity and amortization, it is possible to further reduce the price of bare metal.

**Great redundancy:** All our bare metal servers are equipped with several network cards with the total bandwidth of 40 Gbps, with 20 Gbps uplink to the private network, and 20 Gbps uplink to a public network. Server network interfaces are connected to two separate leaf-switches in different racks. Each leaf-switch is connected to two spine-switches, and each spine-switch is connected to two routers. Such a switching scheme provides 100% accessibility of the server. Should a network card fail, it will never affect the network functions, as every network card is configured so that it can handle the entire volume of tasks. In case of failure, intelligent platform will detect a problem immediately, and support will fix it. You will know that the problem

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001042

occurred only after it is resolved, and it will never affect the productivity of your infrastructure.

**Cloud servers:** One of our goals is to provide our customers with simple and user-friendly tools, so that they could personalize their settings autonomously. Customers know their needs and demands best, that is why we have automated as many processes as possible and gave our clients an opportunity to customize plenty of settings. Cloud servers are not an exception; moreover, the concept itself presupposes flexibility that includes nearly immediate scalability, pay-as-you-go billing and fast deployment. When we say, 'fast deployment', we mean it. Our intelligent platform monitors and updates if necessary server OS images on a daily basis. During deployment, the latest version of an OS with the latest security updates is installed on a server. The customer receives fully functioning servers that do not require installation of any updates that can sometimes be rather time-consuming.

**Open source API :** Our cloud operates on OpenStack with KVM hypervisor. OpenStack is a popular open platform with flexible architecture and an extensive ecosystem of ready-made integrations. OpenStack API support in all our cloud products allows our clients to work with different modules of the platform with help of standardized user-friendly tools.

**100% SSD storage:** Everyone needs stable, productive and 'fast' clouds. A 'fast' cloud should have low DC-client and DC-DC latency, high server uplink, fast storage I/O, etc. Our cloud servers have local SSD-disks. SSD delivers fast I/O for demanding enterprise applications. With us, SSD is not a paid option but a standard for all could servers.

**40 Gb network:** While designing the concept of our cloud, we were fully aware that if we use SSD-disks in our servers, the other elements of the system should be adequate. The speed of the entire system is affected by the slowest element. Every cloud node has the total bandwidth of 40 Gb: 20 Gb to a private network, and 20 Gb to the public one. Our customers get a fast network and consistent cloud performance and they do not have to pay for any 'extra' features.

**Free Global and Local Private Networks:** You can combine your cloud servers, bare metal servers and cloud storages in an integral Free Global Private Network. Our global

6

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001043

private network allows for effective resource management, including redistributing workloads and power, and setting data replication between data centers.The network's traffic is not rated. It is unlimited and free. Cloud servers located in one area can be combined in a local private network. The data in a local private network is securely protected, and the traffic within that network is free as well. Private networks are isolated from public ones on a hardware level, that is why there is no risk of data breach or leakage.

**Automatic backup:** When one works with data, they cannot fully rely even on the most reliable system. This is why we have implemented a snapshot cloud data backup system. A snapshot is a point-in-time copy of your data. With help of snapshots, one can back up big volumes of data, and this will not affect the productivity of an application. Once you set the snapshot protocol parameters, it will keep backing up your data automatically.

**Cloud storage:** Urgently addressing consequences of an accident, saving customers' data, figuring out the causes of data corruption or loss are not the things with which we are eager to start our day. Frankly, we would prefer never to have to deal with such issues at all. We would like to make our cloud storage as reliable as possible and to reduce possible risks and accidents to a minimum. Thus, we have created a storage, where most processes are fully automated and protected from the influence of human factor, and where the critical processes are repeatedly reserved. We believe that we have succeeded in our intentions, as after the initial setup, the storage works without requiring customers' attention.

**Fast and fault-tolerant:** We use OpenStack Swift to store your data. The objects (files) in an OpenStack Swift account are stored in containers. All containers and accounts are stored on SSD-disks, and this is exactly why the speed of data access is very high. Yet, good speed is not enough to create a decent cloud storage. One needs to guarantee customers' data security. Obligatory automated replication ensures security of each and every fragment. To reduce possibility of data loss to zero, we use triple, not even double, replication inside a storage node. Moreover, if our intelligent platform detects hash check failure or disk failure, a copy of the data fragment is automatically created. Whatever happens at any time, three copies of your data are stored in a storage node. Cloud storage would not be reliable enough from our

7

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

point of view, if data replication were the only way of ensuring data security. We have designed a protocol that consistently checks the performance of storage disks. In case of hardware failure, on-duty specialists receive a request to replace the failed disk. Thus, our intelligent platform monitors data security and fixes the issues that may occur long before the customers know about them.

**Free geo-replication:** Response time is a crucial parameter for many services and applications, and it depends on many factors, including storage location. We thought about it in advance and made geo-replication settings very simple, so that our customers could deal with automatic geo-replication to another area themselves. They need literally just a few clicks. Furthermore, geo-replication between remote areas is free, as the traffic within our Free Global Private Network is not rated.

We try to minimize all risks, whether they be data center resiliency, reliability of switching equipment within a DC, or data transfer rate. Our goal is to ensure that our customers do not have to think about data packet loss, channel stability, or high latency.

DallasNetherlandsLuxembourgMoscowSingapore

Netherlands115 ms—12 ms52.6 ms190 ms

Dallas—118 ms118 ms169 ms216 ms

Luxembourg118 ms7 ms—58.6 ms200 ms

Moscow169 ms52.6 ms58.6 ms—241 ms

Singapore216 ms190 ms200 ms241 ms—

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001045

# Expectations

## Forecast

XBT Holding SA consolidated Revenue is growing on higher rate our 2017 annualized Revenue will be US$64M and US $79M Revenue planned for 2018

## Cash Flow by Year



## Financing Needed

We will be needing Financial lease for the Dell Servers and Brocade Network Equipments.

Capex investment will be in new revenue generation tools like Dell Servers which is primary tools to serve customers.

Dell R 230  Qty 1200  Total Amount US$3,2000,000

Dell R 430  Qty 1800  Total Amount US $ 6,000,000

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001046

Dell R 730 Qty 240    Total Amount US$ 776,598

Brocade Switches      Total Amount US$ 2,000,000

Total to US $ 12,000,000

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001047

# Opportunity

## Problem & Solution

### Problem Worth Solving

XBT's world-class infrastructure serves as the ultimate framework in allowing us to effectively support our games, applications and users on the back-end. Modern day gaming requires high-end hardware and uninterrupted operation and XBT has proven that their technological know-how is on par with the latest achievements in the field. Combining safety protocols and backup methods integration makes them our partner of choice in our fast paced sector.

Crazy Bit

For several years we have been working with XBT on our outsourced server infrastructure. XBT's expert engineers are real pros in building cost-effective and easy-to-manage solutions that serve as a reliable alternative to keeping hardware in-house. Their specialization in the field of IT, make them trustworthy partners, allowing us to bring reliable high quality experience to customers as well as keeping the backend of our operations easy to maintain.

Fishsticksgames (Murka)

### Our Solution

The involvement of Servers.com is notable for a company such as Prisma, as the investment extends beyond simply doling out cash. Originally launched in Europe back in 2005, Servers.com brought its "next generation" cloud hosting service to the U.S. last year with the opening of its first data center there, which was followed by one in Russia and Singapore, with two more due to open shortly. Now, Servers.com, bankrolled by its parent company XBT Holding, is feeding into its expansion plans by forming strategic partnerships with startups that rely on cheaper server capacity so they can hit the ground running.

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

At the time of writing, Prisma is the only company that Servers.com has brought on board for its startup-focused program. However, Servers.com recently announced a new service called Prisma Cloud, which is effectively a server infrastructure designed to process data across artificial intelligence (A.I.), neural networks, analytics, and more. "It allows anybody in the world to use the same infrastructure as Prisma, at very competitive prices," said Gubarev.

Passing 70 million downloads is an astounding milestone for any company, but doing so a mere four months after launch is particularly notable. But those who used Prisma early on may have noticed that it wasn't always speedy in processing images, as it would have to wave its A.I. magic wand at each photo on its own servers. And with the impatient "we want it now" attitude of the internet generation, long accustomed to speedy self-contained apps such as Instagram, that *could* have caused problems in terms of keeping people coming back. It wouldn't matter that Prisma's "filters" were doing a lot more in the background than Instagram's — 45 seconds (or longer) is simply too long to wait for many people.

## Target Market

Major market trend Key facts

Data Center Virtualization

By 2018, more than three fourths of all workloads will be processed in cloud data center. Two thirds will be private cloud.

Public Cloud Data Center (33% CAGR)

Private Cloud Data Center (21% CAGR )

~23k servers leased to customers;
4100 customers
In Dallas, Amsterdam, Moscow, Luxembourg, and Singapore

Customers diverse by industry: Big Data

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001049

Ad Tech E-commerce Enterprise Gaming et.c.

Plans to open in Hong Kong and Virginia in December, total contracted amount for these locations is already $2.5M yearly

Our customers

depositphotos: One of world leading photo stocks, $5M funding from European Bank for Reconstruction and Development.

Virool : Leading Video Advertising Platform, $18.6M funding

Prisma Inc: Hottest startup in neural networks; the most popular Photo app 2016; over 70 million users

# Competition

## Current Alternatives

Our Direct competitors are:

Soflayer.com bought by IBM http://www.softlayer.com

Leaseweb.com Private company in Netherlands

OVH.com https://www.ovh.ie

Rackspace.com Rackspace Inc. is a managed cloud computing company based in Windcrest, Texas, USA, a suburb of San Antonio, Texas

## Our Advantages

Our advantage:

40Gbps to each servers which no one provide till now,

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001050

Free global private network  still we are the one,

Scalability in which we are very aggressive best example Prisma Inc was dined  by Amazon due to aggressive scalability which they can't support but same time we suceed.

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001051

# Execution

## Marketing & Sales

### Marketing Plan

The hosting industry is comprised of close to 50,000 companies worldwide – with 10,000 companies in North America alone – all competing for market share. With few dominant players and 80% of the market consisting of small- and medium-sized businesses, there's no doubt that the industry has become very competitive.

Enter the Cloud, and now the small- and medium-sized hosting providers are being challenged to change the way they operate in order to compete with the likes of Google and AWS and their extremely competitive pricing strategies.

Cloud is the fastest growing segment in the industry, with revenues forecasted to grow to $95 billion in the next 3 years (up from $55 billion). The market is extremely competitive, and now more than ever SMBs need to differentiate themselves in order to compete with the big guys.

XBT customer ise a new business owner who doesn't have the resources for in-house physical infrastructure and knows little about hosting. Current customer who is growing their business and looking to outsource their IT department. An established company and is moving his IT demands to a Cloud environment. Our customers have little or no knowledge about hosting, or what they require, so they rely on our expertise to suggest whether a fully managed, managed, or self-managed scenario in a public, private, or hybrid environment is best for them.

We are a Global SMB hosting and/or Cloud provider. We supply an array of services, ranging from deployment to monitoring and security. We have a steady stream of customers .

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001052

## Sales Plan

XBT sells through Direct, Online, marketing complain and Hosting or gaming conferences and referral is biggest strength in our sales.

XBT has sales office in USA, Netherlands, Luxembourg, Moscow, Singapore, India and Estonia.

# Operations

## Locations & Facilities

Data centers

One of our main goals is to provide safety and security of data, uninterrupted access to databases and applications, and low latency. To do so, we have meticulously chosen data centers from all over the world. The crucial parameters included location, availability, compliance, power density, redundancy, etc.

Find us around the globe

Our data centers are located in USA, Netherlands, Luxembourg, Russia and Singapore. Thus, you can chose the most convenient option to decrease latency and, if necessary, arrange geo-replication of your data to a geographically remote area.

Safe and secure

A modern data center is like a fortress that is securely protected from unauthorized access and intruders. When we were choosing data centers, we were thinking of safety and security of our customers' data not only on hardware and software levels, but on a physical level as well. Our data centers are protected against physical intrusion and are equipped with sophisticated multi-level access control systems, including CCTV cameras, biometric access, and ID check systems.

16

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

However, even the strongest protection against external threats is pointless if sufficient resiliency of key elements of the data center infrastructure is not provided. Our data centers have Tier III (availability of 99,982%) and Tier IV (99.995% availability) certification provided by the Uptime Institute, as well as SSAE 16 SOC 2, Type II. Our customers' data is well protected in terms of information security. All data centers have valid certificates ISO 27001:2013 and PCI DSS. Note that PCI DSS allows processing payment cards' data and satisfies data protection standards of Visa and MasterCard systems.

While assessing the data centers, we try to take into account everything that is important for our customers. Strict access control, high availability and information security must be complemented by an efficient management system. Therefore, a quality management system ISO 9001: 2008 operates in all our data centers.

XBT's Plans to open in Hong Kong and Virginia in December, total contracted amount for these locations is already $2.35M yearly

## Technology

We try to help our customers and we are ready to create solutions that go beyond traditional schemes. Therefore, we choose partners who can provide us with the necessary support in developing smart engineering solutions.

Simplicity and Automation

Automation of routine processes is one of our key features. Brocade switches are simple and reliable devices that allowed us to implement zero touch design in our server racks. Engineers install servers and switches in the rack only once, carry out cabling and no longer touch neither the wires nor the equipment. There is no need to configure the switches manually. After installation, they are configured by our automated system without the participation of tech support. Thus, we eliminate the human factor and reduce server provisioning time to 40 minutes.

We have chosen L3 IP fabric because it is easy to deploy, vendor independent and allows us to deliver any feature we need. IP fabrics built on Brocade solutions leverage

17

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

proven open-standards protocols and deliver superior automation and scalability, which is essential for us.

Compared to L2, L3 requires investments and additional equipment, however it has several major advantages. There are no broadcast storm, no loops and no unicast flood. As the network expands, its efficiency does not decrease. IP fabric with a well-thought architecture has almost infinite scalability. It supports flexible network virtualization options to enable seamless workload mobility, security, and segmentation within and across data centers.

We use Brocade VDX switches in a spine-leaf deployment, and they serve as core building blocks of an IP fabric, providing a non-blocking and scalable framework.

IP fabrics allows for workflow automation for IP fabric provisioning, validation, upgrades, troubleshooting, and auto-remediation. As a result, it accelerates time to estimate and reduce operational costs. With Brocade IP fabric, deployment times are reduced to minutes through automated provisioning of network devices and network virtualization.

## Equipment & Tools

Dell Servers

Juniper Switches

Brocade Switches and Network equipments

SuperMicro Servers.

A good infrastructure must be prepared for the most serious loads. We prefer to invest in premium hardware, using servers of the same type from the same manufacturer. As a result, we have created an integral ecosystem with low operational expenditure and almost unlimited performance. In case scalability is required, it takes very little time.

Reliability

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001055

We use high-performance Dell servers of the last generations in all our data centers. Most of the models allow for 'hot' replacement of the cooling fan and provide two redundant power sources with automatic switchover. Our experience proved reliability of Dell servers and their value, including low maintenance requirements.

Powerful

13 Generation Dell servers that are installed in our data centers have up to 4 CPUs, up to 12 cores per CPU, and up to 1,5 TB RAM. High performance allows for running demanding scale-in applications (such as large relational databases) and the highest-level consolidations of smaller virtual servers or containers.

Easy to operate

As mentioned above, we use an integral ecosystem on all our platforms, which makes their management significantly easier. Dell servers have all necessary software for effective system management, including those for iDRAC7 and iDRAC8 remote control. All these features allow for effective management and control of the servers and hence, stable service performance.

Brocade

We have chosen the solution that best meets our requirements. From the very beginning we planned that our network should be easy to scale, automated and cloud enabled. We chose the IP fabric, because it is a simple and efficient solution that enables us to deliver any feature we need. Brocade switches were the best option, considering a number of parameters. They are a perfect fit for creating the NextGen network. They provided the necessary level of scalability and reliability, high capacity (up to 40 Gbps per server) and allowed us to implement zero touch design in our server racks.

Using VDX 6740 as a 'leaf'-switch and VDX 6940 as a 'spine'-switch, we built a highly redundant SPOF-less network based on a 'leaf-spine' architecture.

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001056

# Milestones & Metrics

## Milestones Table

| Milestone | Due Date | Details |
|---|---|---|
| Plans to open in Hong Kong and Virginia in December | December 30, 2016 | Plans to open in Hong Kong and Virginia in December, total contracted amount for these locations is already $2.35M yearly |

## Key Metrics

All our bare metal servers are equipped with several network cards with the total bandwidth of 40 Gbps, with 20 Gbps uplink to the private network, and 20 Gbps uplink to a public network.

Server network interfaces are connected to two separate leaf-switches in different racks. Each leaf-switch is connected to two spine-switches, and each spine-switch is connected to two routers. Such a switching scheme provides 100% accessibility of the server.

Should a network card fail, it will never affect the network functions, as every network card is configured so that it can handle the entire volume of tasks. In case of failure, intelligent platform will detect a problem immediately, and support will fix it. You will know that the problem occurred only after it is resolved, and it will never affect the productivity of your infrastructure.

One of our goals is to provide our customers with simple and user-friendly tools, so that they could personalize their settings autonomously. Customers know their needs and demands best, that is why we have automated as many processes as possible and gave our clients an opportunity to customize plenty of settings. Cloud servers are not an exception; moreover, the concept itself presupposes flexibility that includes nearly immediate scalability, pay-as-you-go billing and fast deployment.

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001057

When we say, 'fast deployment', we mean it. Our intelligent platform monitors and updates if necessary server OS images on a daily basis. During deployment, the latest version of an OS with the latest security updates is installed on a server. The customer receives fully functioning servers that do not require installation of any updates that can sometimes be rather time-consuming.

Our cloud operates on OpenStack with KVM hypervisor. OpenStack is a popular open platform with flexible architecture and an extensive ecosystem of ready-made integrations.

OpenStack API support in all our cloud products allows our clients to work with different modules of the platform with help of standardized user-friendly tools.

100% SSD storage

Everyone needs stable, productive and 'fast' clouds. A 'fast' cloud should have low DC-client and DC-DC latency, high server uplink, fast storage I/O, etc. Our cloud servers have local SSD-disks. SSD delivers fast I/O for demanding enterprise applications. With us, SSD is not a paid option but a standard for all could servers.

40 Gb network

While designing the concept of our cloud, we were fully aware that if we use SSD-disks in our servers, the other elements of the system should be adequate. The speed of the entire system is affected by the slowest element. Every cloud node has the total bandwidth of 40 Gb: 20 Gb to a private network, and 20 Gb to the public one. Our customers get a fast network and consistent cloud performance and they do not have to pay for any 'extra' features.

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

# Company

## Overview

### Ownership & Structure

XBT Holding S.A. is a privately-owned global hosting, network solutions and web development provider founded in 2005, with offices in eight countries.

Worldwide enterprise and SMB customers rely on XBT's international expertise and comprehensive IT infrastructure services portfolio.

- Hosting Solutions
-
- Network Services
-
- Application Development

Focus on Emerging
Regions

Our goal is to gain a solid foothold in emerging countries, enabling us to provide the same quality of service enjoyed by customers in developed regions.

Complete Services
Suite

We built a cross-regional platform capable of providing a complete suite of IT infrastructure offerings from datacenter space to hardware and network.

Commitment to
Quality

Our commitment to continuous quality is followed at all levels of the organization: procurement, engineering and support.

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

SERVICES

High-Performance IT Infrastructure

The XBT Holding's companies offer a wide variety of services falling under one category: uncompromised data handling, storage, transfer and recovery coupled with unprecedented cloud technology and application development heights.

- Dedicated Servers
- Colocation
- VPS Hosting
- Shared Hosting
- Cloud
- Managed Services
- Application Development
- IP Transit
- CDN

## Company History

At XBT, we focus on delivering a wide variety of services to our customers. Incorporating every aspect of an IT infrastructure enables us to meet any requirements our business clients might have. From our quality of service, supporting seven languages and operating in thirteen points of presence to the standard of our hardware and amount of servers managed, we intent to become the only partner you need to secure efficient IT operations for your business.

# Team

## Management Team

Management of XBT Holding

Aleksej Gubarev

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001060

Chairman & CEO

Inception of the Group

As CEO of XBT Holding, Aleksej Gubarev has made expert acquisitions and retained important multinational customers from the Fortune 100 companies to drive sales growth. He has been making a profound impact on corporate performance as well as expanding territories and generated additional revenue stream through skillful identification of business opportunities.

Rajesh
Kumar Mishra

CFO

Finance, HR and Legal

Prior to joining XBT Holding, Rajesh Kumar Mishra held positions as Corporate Controller and Senior Manager in the financial departments of telecom and automotive industries. As CFO of XBT, he spearheads corporate, financial planning initiatives and designs internal control systems. Rajesh's business acumen contributed to higher organic growth rates.

Konstantin Bezruchenko

CTO

Technical DepartmentInception of the Group

Konstantin Bezruchenko cofounded XBT in 2005. As CTO, he has been crucial in developing, leading and coordinating all of the organization's technical departments. Konstantin was able to help in building company's infrastructure from scratch to the current level with overall network capacity of 1,500 Gbps and 5 interconnected datacenters.

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001061

## Advisors

XBT Holding's independent auditor is KPMG.

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001062

# Financial Plan

## Forecast

### Key Assumptions

We expect to serve an average of 200 servers month during year 1 and then increase that to 250 per month year 2. Bare metal servers presuppose strict performance control and ability to handle processor-demanding and disk I/O-intensive workloads. The customer chooses the model and configuration of a server, and we arrange deployment in any of our data centers within the next 40 minutes or less. We prioritize performance and hardware quality over low prices. We aim to find smart solutions and automatize most routine procedures. Thus, we have come up with a 'Post-cloud bare metal' concept. We do not match cloud servers against bare metal ones. Our 'Post-cloud bare metal' approach combines high power and controllability of dedicated servers with cloud flexibility.

The average Servers order value should be around $230 for year 1 and $210 for year 2. In year 2. In our first two years, we are projecting $30M and then $40M in revenue with a 50% profit margin.

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001063

XBT Holding S.A.

## Financial Highlights (Year one)



## Financial Highlights (All years)



CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001064

## Cash Flow by Year



# Financing

## Use of Funds

The additional Capital will allow maintaining the higher Organic growth rate, and also can speedup the targeted acquisition of the companies. With the investments XBT Holding will be able to increase profita- bility of the purchased companies by using the current develop- ments as well as to get synergy from these purchases.

Capex investment will be in new revenue generation tools like Dell Servers which is primary tools to serve customers.

Dell R 230  Qty 1200  Total Amount US$2,2000,000

Dell R 430  Qty 1800 Total Amount US $ 9,000,000

Dell R 730 Qty 240     Total Amount US$ 776,598

28

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

## Sources of Funds

XBT's free cashflow will be reinvested in to the organic / acquisition growth of business, and we expect Line of credit from following:

DFS - $6M

Wellsfargo - $2M

IBM & HPE Leasing - $1m

DLL -$3M

BNP Paribas - $2M

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001066

# Statements

## Projected Profit & Loss

|  | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| **Revenue** | $64,206,408 | $78,684,498 | $92,989,152 | $107,340,129 | $121,484,701 |
| **Direct Costs** | $16,383,527 | $21,112,935 | $25,777,285 | $30,514,029 | $35,194,564 |
| Gross Margin | $47,822,881 | $57,571,563 | $67,211,867 | $76,826,100 | $86,290,137 |
| **Gross Margin %** | 74% | 73% | 72% | 72% | 71% |
| **Operating Expenses** |  |  |  |  |  |
| Salary | $4,020,000 | $4,422,000 | $4,864,200 | $5,350,620 | $5,885,680 |
| Employee Related Expenses | $804,000 | $884,400 | $972,840 | $1,070,124 | $1,177,136 |
| Office Rent | $642,064 | $786,844 | $929,892 | $1,073,401 | $1,214,848 |
| Advertisement and Marketing | $6,420,641 | $7,868,452 | $9,298,916 | $10,734,012 | $12,148,469 |
| Traveling Expenses | $577,858 | $708,162 | $836,902 | $966,060 | $1,093,361 |
| Other General and Admin | $738,374 | $904,871 | $1,069,376 | $1,234,412 | $1,397,073 |
| Professional fess | $1,284,127 | $1,573,689 | $1,859,783 | $2,146,802 | $2,429,694 |
| **Total Operating Expenses** | **$14,487,064** | **$17,148,418** | **$19,831,909** | **$22,575,431** | **$25,346,261** |
| **Operating Income** | **$33,335,817** | **$40,423,145** | **$47,379,958** | **$54,250,669** | **$60,943,876** |
| Interest Incurred | $683,654 | $741,820 | $379,430 | $88,713 | $0 |
| Depreciation and Amortization | $11,563,395 | $14,156,918 | $17,038,515 | $20,210,370 | $23,642,215 |
| Income Taxes | $1,054,438 | $1,276,221 | $1,498,100 | $1,697,580 | $1,865,083 |
| **Total Expenses** | **$44,172,078** | **$54,436,312** | **$64,525,239** | **$75,086,123** | **$86,048,123** |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001067

XBT Holding S.A.

| | | | | | |
|---|---|---|---|---|---|
| Net Profit | $20,034,330 | $24,248,186 | $28,463,913 | $32,254,006 | $35,436,578 |
| Net Profit / Sales | 31% | 31% | 31% | 30% | 29% |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001068

## Projected Balance Sheet

| As of Period's End | Starting Balances | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Cash | $5,431,266 | $35,083,761 | $55,624,514 | $80,544,045 | $115,070,856 | $157,554,920 |
| Accounts Receivable | $11,509,873 | $2,529,922 | $3,050,456 | $3,555,352 | $4,076,255 | $4,570,677 |
| Inventory | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 |
| Other Current Assets | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 |
| **Total Current Assets** | **$18,867,514** | **$39,540,058** | **$60,601,345** | **$86,025,772** | **$121,073,486** | **$164,051,972** |
| Long-Term Assets | $288,024,268 | $300,333,040 | $313,858,108 | $329,013,191 | $345,468,274 | $363,223,357 |
| Accumulated Depreciation | ($32,275,614) | ($43,839,009) | ($57,995,927) | ($75,034,442) | ($95,244,812) | ($118,887,027) |
| **Total Long-Term Assets** | **$255,748,654** | **$256,494,031** | **$255,862,181** | **$253,978,749** | **$250,223,462** | **$244,336,330** |
| **Total Assets** | **$274,616,168** | **$296,034,089** | **$316,463,526** | **$340,004,521** | **$371,296,948** | **$408,388,302** |
| Accounts Payable | $12,512,746 | $3,851,805 | $4,769,853 | $5,672,282 | $6,605,045 | $7,493,438 |
| Income Taxes Payable | $274,393 | $284,781 | $343,359 | $396,125 | $444,600 | $482,725 |
| Sales Taxes Payable | | $3,650,492 | $4,413,294 | $5,155,750 | $5,917,837 | $6,646,095 |
| Short-Term Debt | $8,500,000 | $14,883,654 | $9,325,474 | $2,704,904 | $0 | $0 |
| Prepaid Revenue | | ($2) | $1 | $2 | $2 | $2 |
| **Total Current Liabilities** | **$21,287,139** | **$22,670,730** | **$18,851,981** | **$13,929,063** | **$12,967,484** | **$14,622,260** |
| Long-Term Debt | | | | | | |
| **Total Liabilities** | **$21,287,139** | **$22,670,730** | **$18,851,981** | **$13,929,063** | **$12,967,484** | **$14,622,260** |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001069

| Paid-in Capital | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 |
|---|---|---|---|---|---|---|
| Retained Earnings | $252,022,463 | $252,022,463 | $272,056,793 | $296,304,979 | $324,768,892 | $357,022,898 |
| Earnings | | $20,034,330 | $24,248,186 | $28,463,913 | $32,254,006 | $35,436,578 |
| **Total Owner's Equity** | **$253,329,029** | **$273,363,359** | **$297,611,545** | **$326,075,458** | **$358,329,464** | **$393,766,042** |
| **Total Liabilities & Equity** | **$274,616,168** | **$296,034,089** | **$316,463,526** | **$340,004,521** | **$371,296,948** | **$408,388,302** |

33

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

## Projected Cash Flow Statement

|  | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| **Net Cash Flow from Operations** |  |  |  |  |  |
| Net Profit | $20,034,330 | $24,248,186 | $28,463,913 | $32,254,006 | $35,436,578 |
| Depreciation and Amortization | $11,563,395 | $14,156,918 | $17,038,515 | $20,210,370 | $23,642,215 |
| Change in Accounts Receivable | $8,979,951 | ($520,534) | ($504,896) | ($520,903) | ($494,422) |
| Change in Inventory | $0 | $0 | $0 | $0 | $0 |
| Change in Accounts Payable | ($8,660,941) | $918,048 | $902,429 | $932,763 | $888,393 |
| Change in Income Tax Payable | $10,388 | $58,578 | $52,766 | $48,475 | $38,125 |
| Change in Sales Tax Payable | $3,650,492 | $762,802 | $742,456 | $762,087 | $728,258 |
| Change in Prepaid Revenue | ($2) | $3 | $1 | $0 | $0 |
| **Net Cash Flow from Operations** | **$35,577,613** | **$39,624,001** | **$46,695,184** | **$53,686,798** | **$60,239,147** |
| **Investing & Financing** |  |  |  |  |  |
| Assets Purchased or Sold | ($12,308,772) | ($13,525,068) | ($15,155,083) | ($16,455,083) | ($17,755,083) |
| Investments Received | $0 | $0 | $0 | $0 | $0 |
| Change in Long-Term Debt |  |  |  |  |  |
| Change in Short-Term Debt | $6,383,654 | ($5,558,180) | ($6,620,570) | ($2,704,904) | $0 |

34

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

| | | | | | |
|---|---|---|---|---|---|
| Dividends & Distributions | | | | | |
| **Net Cash Flow from Investing & Financing** | ($5,925,118) | ($19,083,248) | ($21,775,653) | ($19,159,987) | ($17,755,083) |
| Cash at Beginning of Period | $5,431,266 | $35,083,761 | $55,624,514 | $80,544,045 | $115,070,856 |
| Net Change in Cash | $29,652,495 | $20,540,753 | $24,919,531 | $34,526,811 | $42,484,064 |
| **Cash at End of Period** | **$35,083,761** | **$55,624,514** | **$80,544,045** | **$115,070,856** | **$157,554,920** |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001072

# Appendix

## Profit and Loss Statement

### Profit and Loss Statement (With Monthly Detail)

| 2017 | Jan '17 | Feb '17 | Mar '17 | Apr '17 | May '17 | Jun '17 | Jul '17 | Aug '17 | Sep '17 | Oct '17 | Nov '17 | Dec '17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $4,794,250 | $4,898,571 | $5,001,914 | $5,104,296 | $5,205,722 | $5,306,201 | $5,405,745 | $5,504,361 | $5,602,056 | $5,698,844 | $5,794,727 | $5,889,721 |
| Direct Costs | $1,180,944 | $1,215,541 | $1,249,807 | $1,283,746 | $1,317,358 | $1,350,652 | $1,383,628 | $1,416,288 | $1,448,635 | $1,480,676 | $1,512,411 | $1,543,841 |
| Gross Margin | $3,613,306 | $3,683,030 | $3,752,107 | $3,820,550 | $3,888,364 | $3,955,549 | $4,022,117 | $4,088,073 | $4,153,421 | $4,218,168 | $4,282,316 | $4,345,880 |
| Gross Margin % | 75% | 75% | 75% | 75% | 75% | 75% | 74% | 74% | 74% | 74% | 74% | 74% |
| **Operating Expenses** | | | | | | | | | | | | |
| Salary | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 | $335,000 |
| Employee Related Expenses | $67,000 | $67,000 | $67,000 | $67,000 | $67,000 | $67,000 | $67,000 | $67,000 | $67,000 | $67,000 | $67,000 | $67,000 |
| Office Rent | $47,943 | $48,986 | $50,019 | $51,043 | $52,057 | $53,062 | $54,057 | $55,044 | $56,021 | $56,988 | $57,947 | $58,897 |
| Advertisement and Marketing | $479,425 | $489,857 | $500,191 | $510,430 | $520,572 | $530,620 | $540,575 | $550,436 | $560,206 | $569,884 | $579,473 | $588,972 |
| Travelling Expenses | $43,148 | $44,087 | $45,017 | $45,939 | $46,851 | $47,756 | $48,652 | $49,539 | $50,419 | $51,290 | $52,153 | $53,007 |
| Other General and Admin | $55,134 | $56,334 | $57,522 | $58,699 | $59,866 | $61,021 | $62,166 | $63,300 | $64,424 | $65,537 | $66,639 | $67,732 |
| Professional fees | $95,885 | $97,971 | $100,038 | $102,086 | $104,114 | $106,124 | $108,115 | $110,087 | $112,041 | $113,977 | $115,895 | $117,794 |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001073

XBT Holding S.A.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Operating Expenses | $1,123,535 | $1,139,235 | $1,154,787 | $1,170,197 | $1,185,460 | $1,200,583 | $1,215,565 | $1,230,406 | $1,245,111 | $1,259,676 | $1,274,107 | $1,288,402 |
| Operating Income | $2,489,771 | $2,543,795 | $2,597,320 | $2,650,353 | $2,702,904 | $2,754,966 | $2,806,552 | $2,857,667 | $2,908,310 | $2,958,492 | $3,008,209 | $3,057,478 |
| Interest Incurred | $42,500 | $45,088 | $47,688 | $50,301 | $52,928 | $55,568 | $58,220 | $60,886 | $63,566 | $66,259 | $68,965 | $71,685 |
| Depreciation and Amortization | $869,592 | $886,685 | $903,783 | $920,876 | $937,973 | $955,068 | $972,164 | $989,260 | $1,006,357 | $1,023,450 | $1,040,547 | $1,057,640 |
| Income Taxes | $78,884 | $80,601 | $82,293 | $83,958 | $85,600 | $87,217 | $88,808 | $90,376 | $91,920 | $93,439 | $94,935 | $96,407 |
| Total Expenses | $3,295,455 | $3,367,150 | $3,438,358 | $3,509,078 | $3,579,319 | $3,649,088 | $3,718,385 | $3,787,216 | $3,855,589 | $3,923,500 | $3,990,965 | $4,057,975 |
| Net Profit | $1,498,795 | $1,531,421 | $1,563,556 | $1,595,218 | $1,626,403 | $1,657,113 | $1,687,360 | $1,717,145 | $1,746,467 | $1,775,344 | $1,803,762 | $1,831,746 |
| Net Profit / Sales | 31% | 31% | 31% | 31% | 31% | 31% | 31% | 31% | 31% | 31% | 31% | 31% |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001074

XBT Holding S.A.

| 2018 | Jan '18 | Feb '18 | Mar '18 | Apr '18 | May '18 | Jun '18 | Jul '18 | Aug '18 | Sep '18 | Oct '18 | Nov '18 | Dec '18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $5,995,825 | $6,100,968 | $6,205,160 | $6,308,409 | $6,410,726 | $6,512,119 | $6,612,597 | $6,712,167 | $6,810,838 | $6,908,620 | $7,005,521 | $7,101,548 |
| Direct Costs | $1,578,156 | $1,612,150 | $1,645,825 | $1,679,185 | $1,712,232 | $1,744,972 | $1,777,404 | $1,809,534 | $1,841,364 | $1,872,897 | $1,904,134 | $1,935,082 |
| Gross Margin | $4,417,669 | $4,488,818 | $4,559,335 | $4,629,224 | $4,698,494 | $4,767,147 | $4,835,193 | $4,902,633 | $4,969,474 | $5,035,723 | $5,101,387 | $5,166,466 |
| Gross Margin % | 74% | 74% | 73% | 73% | 73% | 73% | 73% | 73% | 73% | 73% | 73% | 73% |
| Operating Expenses | | | | | | | | | | | | |
| Salary | $368,500 | $368,500 | $368,500 | $368,500 | $368,500 | $368,500 | $368,500 | $368,500 | $368,500 | $368,500 | $368,500 | $368,500 |
| Employee Related Expenses | $73,700 | $73,700 | $73,700 | $73,700 | $73,700 | $73,700 | $73,700 | $73,700 | $73,700 | $73,700 | $73,700 | $73,700 |
| Office Rent | $59,958 | $61,010 | $62,052 | $63,084 | $64,107 | $65,121 | $66,126 | $67,122 | $68,108 | $69,086 | $70,055 | $71,015 |
| Advertisement and Marketing | $599,583 | $610,097 | $620,516 | $630,841 | $641,073 | $651,212 | $661,260 | $671,217 | $681,084 | $690,862 | $700,552 | $710,155 |
| Traveling Expenses | $53,962 | $54,909 | $55,846 | $56,776 | $57,697 | $58,609 | $59,513 | $60,410 | $61,298 | $62,178 | $63,050 | $63,914 |
| Other General and Admin | $68,952 | $70,161 | $71,359 | $72,547 | $73,723 | $74,889 | $76,045 | $77,190 | $78,325 | $79,449 | $80,563 | $81,668 |
| Professional fees | $119,917 | $122,019 | $124,103 | $126,168 | $128,215 | $130,242 | $132,252 | $134,243 | $136,217 | $138,172 | $140,110 | $142,031 |
| Total Operating Expenses | $1,344,572 | $1,360,396 | $1,376,076 | $1,391,616 | $1,407,015 | $1,422,273 | $1,437,396 | $1,452,382 | $1,467,232 | $1,481,947 | $1,496,530 | $1,510,983 |
| Operating Income | $3,073,097 | $3,128,422 | $3,183,259 | $3,237,608 | $3,291,479 | $3,344,874 | $3,397,797 | $3,450,251 | $3,502,242 | $3,553,776 | $3,604,857 | $3,655,483 |
| Interest Incurred | $74,418 | $77,165 | $69,901 | $67,626 | $65,339 | $63,041 | $60,731 | $58,409 | $56,076 | $53,732 | $51,375 | $49,007 |
| Depreciation and Amortization | $1,076,426 | $1,095,213 | $1,113,996 | $1,132,781 | $1,151,564 | $1,170,350 | $1,189,138 | $1,207,919 | $1,226,705 | $1,245,491 | $1,264,275 | $1,283,060 |
| Income Taxes | $96,113 | $98,052 | $99,968 | $101,860 | $103,729 | $105,574 | $107,397 | $109,196 | $110,973 | $112,728 | $114,460 | $116,171 |

38

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001075

XBT Holding S.A.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Expenses | $4,169,685 | $4,237,976 | $4,305,766 | $4,373,068 | $4,439,879 | $4,506,210 | $4,572,066 | $4,637,440 | $4,702,350 | $4,766,795 | $4,830,774 | $4,894,303 |
| Net Profit | $1,826,140 | $1,862,992 | $1,899,394 | $1,935,341 | $1,970,847 | $2,005,909 | $2,040,531 | $2,074,727 | $2,108,488 | $2,141,825 | $2,174,747 | $2,207,245 |
| Net Profit / Sales | 30% | 31% | 31% | 31% | 31% | 31% | 31% | 31% | 31% | 31% | 31% | 31% |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001076

## XBT Holding S.A.

| | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Revenue | $64,206,408 | $78,684,498 | $92,989,152 | $107,340,129 | $121,484,701 |
| Direct Costs | $16,381,527 | $21,112,935 | $25,777,285 | $30,514,029 | $35,194,564 |
| Gross Margin | $47,822,881 | $57,571,563 | $67,211,867 | $76,826,100 | $86,290,137 |
| Gross Margin % | 74% | 73% | 72% | 72% | 71% |
| Operating Expenses | | | | | |
| Salary | $4,020,000 | $4,422,000 | $4,864,200 | $5,350,620 | $5,885,680 |
| Employee Related Expenses | $804,000 | $884,400 | $972,840 | $1,070,124 | $1,177,136 |
| Office Rent | $642,064 | $786,844 | $929,892 | $1,073,401 | $1,214,848 |
| Advertisement and Marketing | $6,400,641 | $7,868,452 | $9,298,916 | $10,734,012 | $12,148,469 |
| Traveling Expenses | $577,858 | $708,162 | $836,902 | $966,060 | $1,093,361 |
| Other General and Admin | $738,374 | $904,871 | $1,069,376 | $1,234,412 | $1,397,073 |
| Professional fees | $1,284,127 | $1,573,689 | $1,859,783 | $2,146,802 | $2,429,694 |
| Total Operating Expenses | $14,487,064 | $17,148,418 | $19,831,909 | $22,575,431 | $25,346,261 |
| Operating Income | $33,335,817 | $40,423,145 | $47,379,958 | $54,250,669 | $60,943,876 |
| Interest Incurred | $683,654 | $741,820 | $379,430 | $88,713 | $0 |
| Depreciation and Amortization | $11,563,395 | $14,156,918 | $17,038,515 | $20,210,370 | $23,642,215 |
| Income Taxes | $1,054,438 | $1,276,221 | $1,498,100 | $1,697,580 | $1,865,083 |
| Total Expenses | $44,172,078 | $54,436,312 | $64,525,239 | $75,086,123 | $86,048,123 |
| Net Profit | $20,034,330 | $24,248,186 | $28,463,913 | $32,254,006 | $35,436,578 |
| Net Profit / Sales | 31% | 31% | 31% | 30% | 29% |

40

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001077

# Balance Sheet

## Balance Sheet (With Monthly Detail)

| As of Period's End | Starting Balances | Jan '17 | Feb '17 | Mar '17 | Apr '17 | May '17 | Jun '17 | Jul '17 | Aug '17 | Sep '17 | Oct '17 | Nov '17 | Dec '17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | $5,431,266 | $16,847,036 | $18,883,661 | $19,239,409 | $16,616,067 | $17,393,904 | $20,747,115 | $20,636,303 | $24,133,162 | $27,700,851 | $27,600,063 | $31,307,464 | $35,083,760 |
| Accounts Receivable | $11,509,873 | $2,059,370 | $2,104,180 | $2,148,571 | $2,192,549 | $2,236,115 | $2,279,275 | $2,322,034 | $2,364,394 | $2,406,359 | $2,447,933 | $2,489,118 | $2,529,923 |
| Inventory | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 |
| Other Current Assets | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 |
| Total Current Assets | $18,867,514 | $20,832,781 | $22,914,216 | $23,314,355 | $20,734,991 | $21,556,394 | $24,952,765 | $24,884,712 | $28,423,931 | $32,033,584 | $31,974,371 | $35,722,957 | $39,540,058 |
| Long-Term Assets | $288,024,268 | $289,049,999 | $290,075,730 | $291,101,461 | $292,127,192 | $293,152,923 | $294,178,654 | $295,204,385 | $296,230,116 | $297,255,847 | $298,281,578 | $299,307,309 | $300,333,040 |
| Accumulated Depreciation | ($32,275,614) | ($33,145,206) | ($34,031,891) | ($34,935,674) | ($35,856,590) | ($36,794,323) | ($37,749,591) | ($38,721,735) | ($39,711,015) | ($40,717,372) | ($41,740,822) | ($42,781,369) | ($43,839,009) |
| Total Long-Term Assets | $255,748,654 | $255,904,793 | $256,043,839 | $256,165,787 | $256,270,642 | $256,358,400 | $256,429,063 | $256,482,650 | $256,519,101 | $256,538,475 | $256,540,756 | $256,525,940 | $256,494,031 |
| Total Assets | $274,616,168 | $276,737,574 | $278,958,055 | $279,480,142 | $277,005,633 | $277,914,794 | $281,381,828 | $281,367,342 | $284,943,032 | $288,572,059 | $288,515,127 | $292,248,897 | $296,034,089 |
| Accounts Payable | $12,512,746 | $11,532,180 | $10,591,852 | $8,169,393 | $5,746,176 | $3,322,205 | $3,400,039 | $3,477,139 | $3,553,506 | $3,629,149 | $3,704,075 | $3,778,291 | $3,851,803 |
| Income Taxes Payable | $274,393 | $353,277 | $433,878 | $241,778 | $83,998 | $169,558 | $256,775 | $88,808 | $179,184 | $271,104 | $93,439 | $188,374 | $284,781 |
| Sales Taxes Payable | | $1,006,793 | $2,035,492 | $3,085,894 | $1,071,903 | $2,165,104 | $3,279,406 | $1,135,207 | $2,291,123 | $3,467,554 | $1,196,758 | $2,413,650 | $3,650,492 |
| Short-Term Debt | $8,500,000 | $9,017,500 | $9,537,588 | $10,060,276 | $10,585,577 | $11,113,505 | $11,644,073 | $12,177,293 | $12,713,179 | $13,251,745 | $13,793,004 | $14,336,969 | $14,883,654 |
| Prepaid Revenue | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

XBT Holding S.A.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Current Liabilities | $21,287,139 | $21,909,750 | $22,598,810 | $21,557,341 | $17,487,614 | $16,770,372 | $18,580,293 | $16,878,447 | $18,736,992 | $20,619,552 | $18,787,276 | $20,717,284 | $22,670,730 |
| Long-Term Debt | | | | | | | | | | | | | |
| Total Liabilities | $21,287,139 | $21,909,750 | $22,598,810 | $21,557,341 | $17,487,614 | $16,770,372 | $18,580,293 | $16,878,447 | $18,736,992 | $20,619,552 | $18,787,276 | $20,717,284 | $22,670,730 |
| Paid-in Capital | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 |
| Retained Earnings | $252,022,463 | $252,022,463 | $252,022,463 | $252,022,463 | $252,022,463 | $252,022,463 | $252,022,463 | $252,022,463 | $252,022,463 | $252,022,463 | $252,022,463 | $252,022,463 | $252,022,463 |
| Earnings | | $1,498,795 | $3,030,216 | $4,593,772 | $6,188,990 | $7,815,393 | $9,472,506 | $11,159,866 | $12,877,011 | $14,623,478 | $16,398,822 | $18,202,384 | $20,034,330 |
| Total Owner's Equity | $253,329,029 | $254,827,824 | $256,359,245 | $257,922,801 | $259,518,019 | $261,144,422 | $262,801,535 | $264,488,895 | $266,206,040 | $267,952,507 | $269,727,851 | $271,531,613 | $273,363,359 |
| Total Liabilities & Equity | $274,616,168 | $276,737,574 | $278,958,055 | $279,480,142 | $277,005,633 | $277,914,794 | $281,381,828 | $281,367,342 | $284,943,032 | $288,572,059 | $288,515,127 | $292,248,897 | $296,034,089 |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001079

XBT Holding S.A.

| 2018 | Jan '18 | Feb '18 | Mar '18 | Apr '18 | May '18 | Jun '18 | Jul '18 | Aug '18 | Sep '18 | Oct '18 | Nov '18 | Dec '18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | $34,144,631 | $36,937,087 | $39,521,144 | $38,328,139 | $41,347,707 | $44,441,638 | $43,259,548 | $46,300,233 | $49,813,316 | $48,642,110 | $52,098,067 | $55,624,514 |
| Accounts Receivable | $2,575,499 | $2,620,662 | $2,665,417 | $2,709,767 | $2,753,717 | $2,797,270 | $2,840,430 | $2,883,199 | $2,925,582 | $2,967,583 | $3,009,206 | $3,050,454 |
| Inventory | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 |
| Other Current Assets | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 |
| Total Current Assets | $38,646,505 | $41,484,124 | $44,112,936 | $42,964,281 | $46,027,799 | $49,165,283 | $48,026,353 | $51,309,807 | $54,665,273 | $53,536,068 | $57,033,648 | $60,601,343 |
| Long-Term Assets | $301,460,129 | $302,587,218 | $303,714,307 | $304,841,396 | $305,968,485 | $307,095,574 | $308,222,663 | $309,349,752 | $310,476,841 | $311,603,930 | $312,731,019 | $313,858,108 |
| Accumulated Depreciation | ($44,915,435) | ($46,010,648) | ($47,124,644) | ($48,257,425) | ($49,408,989) | ($50,579,339) | ($51,768,477) | ($52,976,396) | ($54,203,101) | ($55,448,592) | ($56,712,867) | ($57,995,927) |
| Total Long-Term Assets | $256,544,694 | $256,576,570 | $256,589,663 | $256,583,971 | $256,559,496 | $256,516,235 | $256,454,186 | $256,373,356 | $256,273,740 | $256,155,338 | $256,018,152 | $255,862,181 |
| Total Assets | $295,191,199 | $298,060,694 | $300,702,599 | $299,548,252 | $302,587,295 | $305,681,518 | $304,480,539 | $307,683,163 | $310,939,013 | $309,691,406 | $313,051,800 | $316,463,524 |
| Accounts Payable | $3,928,611 | $4,008,694 | $4,088,033 | $4,166,636 | $4,244,512 | $4,321,666 | $4,398,108 | $4,473,845 | $4,548,882 | $4,623,223 | $4,696,676 | $4,769,852 |
| Income Taxes Payable | $380,894 | $478,946 | $294,133 | $101,860 | $205,589 | $311,163 | $107,397 | $216,593 | $327,566 | $112,728 | $227,188 | $343,339 |
| Sales Taxes Payable | $1,259,123 | $2,540,326 | $3,843,410 | $1,324,766 | $2,671,018 | $4,038,563 | $1,388,646 | $2,798,201 | $4,228,477 | $1,450,810 | $2,921,969 | $4,413,294 |
| Short-Term Debt | $14,433,072 | $13,980,237 | $13,525,138 | $13,067,764 | $12,608,103 | $12,146,144 | $11,681,875 | $11,215,284 | $10,746,360 | $10,275,092 | $9,801,467 | $9,325,474 |
| Prepaid Revenue | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Current Liabilities | $20,001,700 | $21,008,203 | $21,750,714 | $18,661,026 | $19,729,222 | $20,817,536 | $17,576,026 | $18,703,923 | $19,851,285 | $16,461,853 | $17,647,500 | $18,851,979 |
| Long Term Debt | | | | | | | | | | | | |
| Total Liabilities | $20,001,700 | $21,008,203 | $21,750,714 | $18,661,026 | $19,729,222 | $20,817,536 | $17,576,026 | $18,703,923 | $19,851,285 | $16,461,853 | $17,647,500 | $18,851,979 |
| Paid-in Capital | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 |

43

CONFIDENTIAL – DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001080

XBT Holding S.A.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retained Earnings | $272,056,793 | $272,056,793 | $272,056,793 | $272,056,793 | $272,056,793 | $272,056,793 | $272,056,793 | $272,056,793 | $272,056,793 | $272,056,793 | $272,056,793 | $272,056,793 |
| Earnings | $1,826,140 | $3,689,132 | $5,588,526 | $7,523,867 | $9,494,714 | $11,500,623 | $13,541,154 | $15,615,881 | $17,724,369 | $19,866,194 | $22,040,941 | $24,248,186 |
| Total Owner's Equity | $275,189,499 | $277,052,491 | $278,951,885 | $280,887,226 | $282,858,073 | $284,863,982 | $286,904,513 | $288,979,240 | $291,087,728 | $293,229,553 | $295,404,300 | $297,611,545 |
| Total Liabilities & Equity | $295,191,199 | $298,060,694 | $300,702,599 | $299,548,252 | $302,587,295 | $305,681,518 | $304,480,539 | $307,683,163 | $310,939,013 | $309,691,406 | $313,051,800 | $316,463,524 |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001081

XB1 Holding S.A.

| As of Period's End | Starting Balances | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Cash | $5,431,266 | $35,083,761 | $55,674,514 | $80,544,045 | $115,070,856 | $157,554,920 |
| Accounts Receivable | $11,509,873 | $2,529,922 | $3,050,456 | $3,555,352 | $4,076,255 | $4,570,677 |
| Inventory | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 | $1,668,012 |
| Other Current Assets | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 | $258,363 |
| **Total Current Assets** | **$18,867,514** | **$39,540,058** | **$60,601,345** | **$86,025,772** | **$121,073,486** | **$164,051,972** |
| Long-Term Assets | $288,024,268 | $300,333,040 | $313,858,108 | $329,013,191 | $345,468,274 | $363,223,357 |
| Accumulated Depreciation | ($32,275,614) | ($43,839,009) | ($57,995,927) | ($75,034,442) | ($95,244,812) | ($118,887,027) |
| **Total Long-Term Assets** | **$255,748,654** | **$256,494,031** | **$255,862,181** | **$253,978,749** | **$250,223,462** | **$244,336,330** |
| **Total Assets** | **$274,616,168** | **$296,034,089** | **$316,463,526** | **$340,004,521** | **$371,296,948** | **$408,388,302** |
| Accounts Payable | $12,512,746 | $3,851,805 | $4,769,853 | $5,672,282 | $6,605,045 | $7,491,438 |
| Income Taxes Payable | $274,393 | $284,781 | $343,359 | $396,125 | $444,600 | $482,725 |
| Sales Taxes Payable | | $3,650,492 | $4,413,294 | $5,155,750 | $5,917,837 | $6,646,095 |
| Short-Term Debt | $8,500,000 | $14,883,654 | $9,325,474 | $2,704,904 | $0 | $0 |
| Prepaid Revenue | | ($52) | $1 | $2 | $2 | $2 |
| **Total Current Liabilities** | **$21,287,139** | **$22,670,730** | **$18,851,981** | **$13,929,063** | **$12,967,484** | **$14,622,260** |
| Long-Term Debt | | | | | | |
| **Total Liabilities** | **$21,287,139** | **$22,670,730** | **$18,851,981** | **$13,929,063** | **$12,967,484** | **$14,622,260** |
| Paid-in Capital | $1,305,566 | $1,305,566 | $1,306,566 | $1,306,566 | $1,306,566 | $1,306,566 |
| Retained Earnings | $252,023,463 | $252,022,463 | $272,056,793 | $296,304,979 | $324,768,892 | $357,022,898 |
| Earnings | | $20,034,330 | $24,248,186 | $28,463,913 | $32,254,006 | $35,436,578 |
| **Total Owner's Equity** | **$253,329,029** | **$273,363,359** | **$297,611,545** | **$326,075,458** | **$358,329,464** | **$393,766,042** |
| **Total Liabilities & Equity** | **$274,616,168** | **$296,034,089** | **$316,463,526** | **$340,004,521** | **$371,296,948** | **$408,388,302** |

45

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001082

XBT Holding S.A.

# Cash Flow Statement

## Cash Flow Statement (With Monthly Detail)

| 2017 | Jan '17 | Feb '17 | Mar '17 | Apr '17 | May '17 | Jun '17 | Jul '17 | Aug '17 | Sep '17 | Oct '17 | Nov '17 | Dec '17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Cash Flow from Operations** | | | | | | | | | | | | |
| Net Profit | $1,498,795 | $1,531,421 | $1,563,556 | $1,595,218 | $1,626,403 | $1,657,113 | $1,687,360 | $1,717,145 | $1,746,467 | $1,775,344 | $1,803,762 | $1,831,746 |
| Depreciation and Amortization | $869,592 | $886,685 | $903,783 | $920,876 | $937,973 | $955,068 | $972,164 | $989,260 | $1,006,357 | $1,023,450 | $1,040,547 | $1,057,640 |
| Change in Accounts Receivable | $9,450,503 | ($44,810) | ($44,991) | ($43,978) | ($43,546) | ($43,160) | ($42,759) | ($42,360) | ($41,964) | ($41,575) | ($41,185) | ($40,805) |
| Change in Inventory | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Change in Accounts Payable | ($980,566) | ($940,328) | ($2,422,459) | ($2,423,217) | ($2,423,971) | $77,834 | $77,100 | $76,367 | $75,643 | $74,926 | $74,216 | $73,512 |
| Change in Income Tax Payable | $78,884 | $80,601 | ($192,100) | ($157,820) | $85,600 | $87,217 | ($167,967) | $90,376 | $91,920 | ($177,665) | $94,935 | $96,407 |
| Change in Sales Tax Payable | $1,006,793 | $1,028,699 | $1,050,402 | ($3,013,991) | $1,093,201 | $1,114,302 | ($2,144,199) | $1,155,916 | $1,176,431 | ($2,270,796) | $1,216,892 | $1,236,842 |
| Change in Prepaid Revenue | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Cash Flow from Operations** | $11,924,001 | $2,542,268 | $858,791 | ($2,122,912) | $1,275,640 | $3,848,374 | $381,699 | $3,986,704 | $4,054,854 | $383,684 | $4,189,167 | $4,255,342 |
| **Investing & Financing** | | | | | | | | | | | | |

46

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001083

# XBT Holding S.A.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assets Purchased or Sold | ($1,025,731) | ($1,025,731) | ($1,025,731) | ($1,025,731) | ($1,025,731) | ($1,025,731) | ($1,025,731) | ($1,025,731) | ($1,025,731) | ($1,025,731) | ($1,025,731) | ($1,025,731) |
| Investments Received | | | | | | | | | | | | $0 |
| Change in Long-Term Debt | | | | | | | | | | | | |
| Change in Short-Term Debt | $517,900 | $520,088 | $522,688 | $525,301 | $527,928 | $530,568 | $533,220 | $535,886 | $538,566 | $541,259 | $543,965 | $546,685 |
| Dividends & Distributions | | | | | | | | | | | | |
| Net Cash Flow from Investing & Financing | ($508,231) | ($505,643) | ($503,043) | ($500,430) | ($497,803) | ($495,163) | ($492,511) | ($489,845) | ($487,165) | ($484,472) | ($481,766) | ($479,046) |
| Cash at Beginning of Period | $5,431,266 | $16,847,036 | $18,883,661 | $19,239,409 | $16,616,067 | $17,393,904 | $20,747,115 | $20,636,303 | $24,133,162 | $27,700,851 | $27,600,063 | $31,307,464 |
| Net Change in Cash | $11,415,770 | $2,036,625 | $355,748 | ($2,623,342) | $777,837 | $3,353,211 | ($110,812) | $3,496,859 | $3,567,689 | ($100,788) | $3,707,401 | $3,776,296 |
| Cash at End of Period | $16,847,036 | $18,883,661 | $19,239,409 | $16,616,067 | $17,393,904 | $20,747,115 | $20,636,303 | $24,133,162 | $27,700,851 | $27,600,063 | $31,307,464 | $35,083,760 |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001084

XBT Holding S.A.

| 2018 | Jan '18 | Feb '18 | Mar '18 | Apr '18 | May '18 | Jun '18 | Jul '18 | Aug '18 | Sep '18 | Oct '18 | Nov '18 | Dec '18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Cash Flow from Operations** | | | | | | | | | | | | |
| Net Profit | $1,826,140 | $1,862,992 | $1,899,394 | $1,935,341 | $1,970,847 | $2,005,909 | $2,040,531 | $2,074,727 | $2,108,488 | $2,141,825 | $2,174,747 | $2,207,245 |
| Depreciation and Amortization | $1,076,426 | $1,095,213 | $1,113,996 | $1,132,781 | $1,151,564 | $1,170,350 | $1,189,138 | $1,207,919 | $1,226,705 | $1,245,491 | $1,264,275 | $1,283,060 |
| Change in Accounts Receivable | ($45,576) | ($45,163) | ($44,755) | ($44,350) | ($43,950) | ($43,553) | ($43,160) | ($42,769) | ($42,383) | ($42,001) | ($41,623) | ($41,248) |
| Change in Inventory | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Change in Accounts Payable | $76,808 | $80,083 | $79,339 | $78,603 | $77,876 | $77,154 | $76,442 | $75,737 | $75,037 | $74,341 | $73,653 | $72,976 |
| Change in Income Tax Payable | $96,113 | $98,052 | ($184,813) | ($192,273) | $103,779 | $105,574 | ($203,766) | $109,196 | $110,973 | ($214,838) | $114,460 | $116,171 |
| Change in Sales Tax Payable | ($2,391,369) | $1,281,203 | $1,303,084 | ($2,518,644) | $1,346,252 | $1,367,545 | ($2,649,917) | $1,409,555 | $1,430,276 | ($2,777,667) | $1,471,325 | $1,491,325 |
| Change in Prepaid Revenue | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Cash Flow from Operations** | $638,542 | $4,372,380 | $4,166,245 | $391,458 | $4,606,318 | $4,682,979 | $409,268 | $4,834,365 | $4,909,096 | $427,151 | $5,056,671 | $5,129,529 |
| **Investing & Financing** | | | | | | | | | | | | |
| Assets Purchased or Sold | ($1,127,089) | ($1,127,089) | ($1,127,089) | ($1,127,089) | ($1,127,089) | ($1,127,089) | ($1,127,089) | ($1,127,089) | ($1,127,089) | ($1,127,089) | ($1,127,089) | ($1,127,089) |
| Investments Received | | | | | | | | | | | | $0 |
| Change in Long-Term Debt | | | | | | | | | | | | |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001085

XBT Holding S.A.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Change in Short-Term Debt** | ($450,582) | ($452,835) | ($455,099) | ($457,374) | ($459,661) | ($461,959) | ($464,269) | ($466,591) | ($468,924) | ($471,268) | ($473,625) | ($475,993) |
| **Dividends & Distributions** | | | | | | | | | | | | |
| **Net Cash Flow from Investing & Financing** | ($1,577,671) | ($1,579,924) | ($1,582,188) | ($1,584,463) | ($1,586,750) | ($1,589,048) | ($1,591,358) | ($1,593,680) | ($1,596,013) | ($1,598,357) | ($1,600,714) | ($1,603,082) |
| **Cash at Beginning of Period** | $35,083,760 | $34,144,631 | $36,937,087 | $39,521,144 | $38,328,139 | $41,347,707 | $44,441,638 | $43,259,548 | $46,500,233 | $49,813,316 | $48,642,110 | $52,098,067 |
| **Net Change in Cash** | ($939,129) | $2,792,456 | $2,584,057 | ($1,193,005) | $3,019,568 | $3,093,931 | ($1,182,090) | $3,240,685 | $3,313,083 | ($1,171,206) | $3,455,957 | $3,526,447 |
| **Cash at End of Period** | $34,144,631 | $36,937,087 | $39,521,144 | $38,328,139 | $41,347,707 | $44,441,638 | $43,259,548 | $46,500,233 | $49,813,316 | $48,642,110 | $52,098,067 | $55,624,514 |

CONFIDENTIAL – DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001086

# XBT Holding S.A.

| | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| **Net Cash Flow from Operations** | | | | | |
| Net Profit | $20,034,330 | $24,248,186 | $28,463,913 | $32,254,006 | $35,436,578 |
| Depreciation and Amortization | $11,563,395 | $14,156,918 | $17,038,515 | $20,210,370 | $23,642,215 |
| Change in Accounts Receivable | $8,979,951 | ($520,534) | ($504,896) | ($520,903) | ($494,422) |
| Change in Inventory | $0 | $0 | $0 | $0 | $0 |
| Change in Accounts Payable | ($8,660,941) | $918,048 | $902,429 | $931,763 | $888,393 |
| Change in Income Tax Payable | $10,388 | $58,578 | $52,766 | $48,475 | $38,125 |
| Change in Sales Tax Payable | $3,650,492 | $762,802 | $742,456 | $762,087 | $728,258 |
| Change in Prepaid Revenue | ($52) | $3 | $1 | $0 | $0 |
| **Net Cash Flow from Operations** | $35,577,613 | $39,624,001 | $46,695,184 | $53,686,798 | $60,239,147 |
| **Investing & Financing** | | | | | |
| Assets Purchased or Sold | ($12,308,772) | ($13,525,068) | ($15,155,083) | ($16,455,083) | ($17,755,083) |
| Investments Received | $0 | $0 | $0 | $0 | $0 |
| Change in Long-Term Debt | | | | | |
| Change in Short-Term Debt | $6,383,654 | ($5,558,180) | ($6,620,570) | ($2,704,904) | $0 |
| Dividends & Distributions | | | | | |
| **Net Cash Flow from Investing & Financing** | ($5,925,118) | ($19,083,248) | ($21,775,653) | ($19,159,987) | ($17,755,083) |
| Cash at Beginning of Period | $5,431,266 | $35,083,761 | $55,624,514 | $80,544,045 | $115,070,856 |
| Net Change in Cash | $29,652,495 | $20,540,753 | $24,919,531 | $34,526,811 | $42,484,064 |
| Cash at End of Period | $35,083,761 | $55,624,514 | $80,544,045 | $115,070,856 | $157,554,920 |

CONFIDENTIAL - DO NOT DISSEMINATE. This business plan contains confidential, trade-secret information and is shared only with the understanding that you will not share its contents or ideas with third parties without the express written consent of the plan author.

P-G001087