# EXHIBIT 11

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER



*cutting through complexity™*

# XBT Holding Limited



Equity Valuation

2 August 2013

P-G000645



| Mail address | **KPMG Limited** | Telephone: +357 22 209000 |
|---|---|---|
| P.O. Box 21121 | 14 Esperidon Street | Fax: +357 22 513294 |
| 1502 Nicosia | 1087 Nicosia | e-mail: nicosia@kpmg.com.cy |
| Cyprus | Cyprus | http://www.kpmg.com.cy |

**Private & Confidential**

The Board of Directors
XBT Holding Limited
Gladstonos, 120 Foloune,
Flat/Office D1
P.C 3025, Limassol

2 August 2013

Dear Sirs,

**Valuation of XBT Holding Limited**

In accordance with the terms of reference set out in our engagement letter dated 18 February 2013, we hereby enclose our report which contains the valuation of XBT Holding Limited ("**Client**"/"**Company**").

Our report is for your information only and should not be quoted or referred to, in whole or in part, without prior written consent. The terms of reference for this report have been agreed by you and we will not accept responsibility to any other party to whom the report may be shown or who may acquire a copy of the report.

With this report KPMG Limited ("**KPMG**") does not offer and should not be considered to be offering any investment advice.

We remain at your disposal for any clarifications or enquiries required by you that may arise from this report.

Yours faithfully

Christophoros P. Anayiotos
*Board Member*

P-G000646



## Glossary of terms

| | | | | |
|---|---|---|---|---|
| **CAPEX** | Capital Expenditure | | **Group/XBT Group** | XBT Holding Limited group of companies |
| **CAPM** | Capital Asset Pricing Model | | **Ke** | Cost of Equity |
| **CRP** | Country Risk Premium | | **Kd** | Cost of Debt |
| **Client/Company** | XBT Holding Limited | | **Management** | The management of the Company |
| **D/E** | Debt to Equity | | **P/E** | Price to Earnings Multiple |
| **DCF** | Discounted Cash Flow | | **P/EBITDA** | Price to EBITDA Multiple |
| **DCs** | Developed Countries | | **P/Sales** | Price to Sales Multiple |
| **Discount Rate** | Rate at which the future cash flows are discounted in the DCF Valuation | | **Rf** | Risk-free rate of return |
| **EBIT** | Earnings before interest and tax | | **Rm** | Market return |
| **EBITDA** | Earnings before interest, tax, depreciation and amortisation | | **SG&A** | Sales, General and Administration Expenses |
| **EGCs** | Emerging Growth Countries | | **Valuation Date** | 31 December 2012 |
| **ERP** | Equity Risk Premium | | **WACC** | Weighted Average Cost of Capital |
| **EV/EBIT** | Enterprise Value to EBIT | | **$** | US Dollar |
| **EV/EBITDA** | Enterprise Value to EBITDA | | | |
| **EV/Sales** | Enterprise Value to Sales | | | |
| **FCFE** | Free Cash Flow to Equity | | | |
| **FCFF** | Free Cash Flow to the Firm | | | |

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.


### Context and scope of work

- This report is given in accordance with our agreed written terms of engagement with XBT Holding Limited (hereinafter referred to as "the Client" / "the Company") dated 18 February 2013. The scope of our work is to value the equity of the Company including its subsidiaries ("the Group")

- In this report, we are not providing an investment advice, nor should we be deemed to be providing an investment advice

- We only assess the value under a scenario of achieving those numbers. We do not express an opinion not we sought explanation on how the company will achieve the growth and/or how it will outperform the market

### Sources of information

- We have indicated within this report the sources of the information presented and have satisfied ourselves, so far as possible, that the information presented is consistent with other information which was made available to us in the course of our work in accordance with the terms of our engagement letter

- This report is based on documents and data provided by the management of the Company ("Management"). We assume that all documents and data provided to us by the aforementioned are accurate and complete. We have not scrutinized, tested or reviewed the reasonableness of any of the assumptions used or the figures contained in the financial projections, nor do we accept any liability/responsibility for the materialisation of the financial forecasts

- The assumptions relating to future performance have been provided to us by the Management. Their materialization is extremely crucial to the realization of the expected results. KPMG bears no responsibility as to the accomplishment of any of the assumptions made and this remains the sole responsibility of the Management

- In preparing this report we also used publicly available data posted on official websites on the internet. We have sought to establish where possible, the reliability of major assumptions through market statistics and research both from public and private domains. Specifically, we utilised information provided from the Management, the internet, KPMG network, research databases and KPMG's past experience

- Our report makes reference to "KPMG Analysis"; this indicates only that we have (where specified) undertaken certain analytical activities on the underlying data to arrive at the information presented

### Disclosure to third parties

- Our report is provided exclusively for the benefit of the Client and should not be copied, quoted or referred to in the whole or in part without our prior written consent. We will not accept responsibility to any other party to whom our report may be shown or who may acquire a copy of it

- Our engagement was not planned or performed in contemplation of reliance by other parties or advisors. Therefore, items of possible interest to investors, lenders or advisors may not have specifically been addressed

- Should you request that we make our report available to any other party, or parties, and should we agree to such request in writing, the party, or parties, will be required by us to sign and return to us a letter of non reliance ("hold harmless letter") prior to us permitting release of our report

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.


**Basis of preparation**

- The present report refers only to the specific items and areas as specified in our engagement letter

- Having completed our work as set out in the above-mentioned engagement letter we present our report, which sets out our findings and conclusions

- This report should not be used for financial reporting purposes

- The amounts quoted in this report are presented in Dollars ($)

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000649



# Contents

**The contacts at KPMG in connection with this report are:**

**Christophoros Anayiotos**
*Board Member, Transactions & Restructuring Services*

Tel: +357-22-209000
Fax:+357-22-207695
canayiotos@kpmg.com

**Callia Michaelides**
*Senior Manager, Transactions & Restructuring Services*

Tel: +357-22-209000
Fax:+357-22-678200
cmichaelides@kpmg.com

| | Page |
|---|---|
| **Executive summary** | 7 |
| **Overview of the Group** | 11 |
| **Market Analysis** | 17 |
| **Expected Performance** | 20 |
| **Valuation Methodology** | 31 |
| **Valuation Results** | 32 |
| ▪ Discounted cash flow method | 33 |
| ▪ Comparable multiples method | 38 |
| ▪ Comparable transactions method | 40 |
| ▪ Overview of Results | 41 |

| | | Page |
|---|---|---|
| **Appendices** | | |
| 1. | Analysis of valuation methodologies | 43 |
| 2. | Projected income statements by region | 48 |
| 3. | Derivation of Discount Rate | 52 |
| 4. | Beta Factor | 57 |

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

# Executive summary

P-G000651



OUTSIDE COUNSEL'S EYES ONLY PURSUANT TO PROTECTIVE ORDER

| Issue | Summary observations | Key analysis |
|---|---|---|
| **Overview of the Group** | The Group operates in the data centre industry focusing in the provision of high quality web hosting services and data storage<br><br>Company operates in:<br><br>▪ Europe (Webzilla Ltd, Webzilla B.V., TM Web Properties Ltd, ROOT S.A.)<br><br>▪ US (Webzilla Inc, IP Transit Inc., UCDN Inc., Dedicated Servers Inc., Fozzy Inc., 1GB.COM Inc. 1-800-Hosting Inc.)<br><br>▪ Asia (8 to Infinity Ltd, Ibee Software Solutions Pvt.)<br><br>The Group aims to continue its expansionary strategy by following organic growth and/or acquisitions in the data centre industry. By 2016, the Company plans to go public. | Page 10 |
| **Market Analysis** | ▪ The data centre industry has performed quite strongly in 2012<br><br>▪ The whole data centre industry has faced high levels of revenue growth in the past few years and this is expected to continue over the next 3 to 4 years<br><br>▪ The Group had a higher revenue growth rate compared to its peer group during 2010 and 2011. However, in 2012 the growth in Group's revenue was below the revenue of its peer group. As per the Management, the growth rates of the Group are expected to be above the industry competitors until 2015 mainly due to its marketing department development in European-locates companies and the aggressive cost effective strategies followed by the Asian operations, aiming to acquire almost all market share by 2015 | Page 16 |
| **Expected Performance (Organic Growth)** | ▪ Under the Organic Growth scenario, in 2013, Management expects revenue to reach $43,7 million, which would represent an increase of 32,0% compared to 2012 ($33,3 million). Revenue is expected to increase further during the period 2014 to 2015, reaching the amount of $62,8 million<br><br>▪ EBITDA stood at $9,8 million in 2012 and is expected to increase by 92,0%, reaching $18,8 million by 2013 and $30,7 million by 2015 (increase of 63,6% compared to 2013)<br><br>▪ The service portfolio is expected by Management to mainly concentrate on dedicated servers and bandwidth services<br><br>▪ Operating expenses in 2012 amounted to $6,4 million and mainly composed of staff costs and general administration expenses. | Page 19 |

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.


OUTSIDE EYES ONLY PURSUANT TO PROTECTIVE ORDER

| Issue | Summary observations | Key analysis |
|-------|----------------------|--------------|
| **Expected Performance (Acquisition Growth)** | ▪ Under this scenario, the Management assumes that additional revenue of $19,0 million will be generated by acquiring a total of six companies in the data centre industry by 2016 as part of their acquisition strategy. This strengthening of revenue is expected to continue at an even higher rate reaching $111,3 million by 2016. Co-location and managed hosting services are the most significant sources of revenue<br><br>▪ In 2013, EBITDA is estimated at $2,0 million and is expected to grow to $24,3 million by 2016<br><br>▪ Salaries & benefits are expected to account more than 50% of the operating expenses under the acquisition growth scenario from 2013 to 2016, a total of $4,2 million to $22,5 million, respectively<br><br>▪ It is assumed that approximately $107,2 million will be spent on capital expenditure and $60,5 million on investment in acquisitions over the projected period 2013 to 2016. However, only $40,7 million will be obtained through debt to finance these costs, with the remaining balance financed through the Group's own operating funds | Page 30 |
| **Valuation Methodology** | The valuation methodologies used are:<br><br>▪ Economic Methods - Discounted Cash Flow Analysis<br><br>▪ Relative Valuation - Comparable Multiples<br><br>▪ Relative Valuation - Comparable Transactions<br><br>The different valuation methods imply different complexity. The DCF valuation aims to analyse the potential of a company through its expected performance, the relative valuation will deduce a value of the company based on recent performance and valuations of comparable companies and transactions that have taken place in the industry. | Page 33 |

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000653


OUTSIDE ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

| Issue | Summary observations | Key analysis |
|-------|----------------------|--------------|
| **Valuation Results** | ***Discounted Cash Flow Analysis***<br><br>■ For the **Organic Growth scenario**, four different DCFs were performed based on: (1) European-located companies, (2) US-located companies, (3) Asia-located companies and (4) Group Consolidated<br><br>   • The Equity Value for the European operations is between the range of $73,0 million to $86,6 million<br><br>   • The Equity Value for the US operations is between the range of $140,8 million to $170,9 million<br><br>   • The Equity Value for the Asia operations is between the range of $23,7 million to $27,4 million<br><br>   • The Equity Value for the Group is between the range of $237,6 million to $284,1 million<br><br>■ For the Acquisition Growth scenario, the Equity Value ranges between $147,1 million to $193,0 million<br><br>***Comparable Companies***<br><br>■ All multiples found under comparable companies multiples analysis are lower than the ones implied by the intrinsic cash flow analysis under Organic and Acquisition Growth scenarios<br><br>■ Marketability discount in the range 20-30% was used to reflect the fact that the Company being valued is private and does not have shares traded in a public exchange<br><br>■ All relative multiples yield valuation results that are significantly below the results obtained from the DCF methodology<br><br>■ Six main recent deals have been identified and used to derive the value based on comparable transactions<br><br>■ The equity valuation of the Group based on trailing multiples under Organic Growth ranges between $76,1 million to $158,1 million, while the value resulted using forward multiples ranges from $127,3 million to $251,7 million. The value of the Group under Acquisition Growth scenario ranges between $111,6 million to $287,3million.<br><br>***Valuation Results***<br><br>■ The concluded valuation of the Group under Organic Growth scenario ranges from **$200 million to $260 million**. The concluded equity value under Acquisition Growth results to a range of **$150 million to $210 million**. | Page 37 |

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000654

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER



*cutting through complexity* ™

# Overview of the Group

P-G000655



Overview of the Group

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

## Group Structure

**XBT Holding Limited has operations in:**

− Europe

− US

− Asia



©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000656



ATTORNEYS EYES ONLY PURSUANT TO PROTECTIVE ORDER

# Group Operations

**XBT Holding Limited is the parent entity of fifteen companies based in the US, Europe and Asia.**

**The Company operates in the data centre industry focusing in the provision of high quality web hosting services and data storage.**

**The Company is planning to further expand by acquiring other web hosting companies in Asia.**

### General Information & Operations

XBT Holding Limited ("the Client", "the Company") was incorporated in April 2010 in Cyprus as a private limited company. It is the parent entity of fifteen companies based in the US, Europe and Asia ("Group").

The Group operates in the data centre industry focusing in the provision of high quality web hosting services and data storage. It is a carrier-neutral independent data centre with business wholesale as the majority customer base. It is connected to multiple Tier 1 major providers which enables it to achieve a high speed data transfer. Its equipment and servers are from world renowned producers such as Dell and Cisco. The services provided include:

- Internet services such as provision of managed network services, IP transiting, transport peering and content delivery networking
- Bandwidth
- Co-location
- Equipment sale
- Managed servers (rent/leasing)
- Virtual/cloud computing
- Value added services such as monitoring systems, guaranteed no-break servers functioning, security, business continuity management, 24/7 technical support, software as a service (SaaS) and so on.

According to Management, the Group follows a global operational strategy with an attempt to differentiate its product offering through state-of-the-art technologies, high service quality and system reliability in the emerging world similar to that being offered in the developed. Management accounts for their growth potential on referrals by satisfied business customers rather than extensive advertising techniques.

One of the main strategic development of the holding is to increase their presence on Emerging Markets, as confirmed by the 100% acquisition of one of Asia's largest hosting providers (8 to Infinity) in the second quarter of 2012.

The Company is planning to further expand by acquiring other web hosting companies Asia.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000657



ATTORNEY'S EYES ONLY PURSUANT TO PROTECTIVE ORDER

## Management & Strategy

**The Group aims to continue its expansionary strategy by following organic growth and/or acquisitions in the data centre industry.**

**Investors' exit options in 2016 would either be a trade sale or a sale to a strategic partner or a private equity group.**

### Strategy

The Management of the Group wishes to focus in the provision of the aforementioned services to business customers and aims to grow in the next four years through organic growth and/or acquisitions both in Europe, US and Asia as well as in several emerging and developed countries.

### Organic Growth Strategy

The first strategic growth approach is through organic growth. The Group aims to continue its expansionary business strategy by targeting new business customers and at the same time maintaining the existing client base. Furthermore, when new contracts are negotiated with existing clients, the margin usually would go up as they believe they would be able to negotiate better terms.

The Group hopes to serve its global client needs by serving the role of a one-stop shop. The focus clients for the Group in 2012, as Management suggests, are the regional, 'forex' and gaming online platforms.

Organic growth will offer a number of different advantages such as market recognition, cultural harmony, quality and innovation, control and confidence of the success trends of the past.

### Acquisition Growth Strategy

The other growth plan of the Group is through acquiring businesses in developed and emerging growth regions. This aims to provide an improvement in the quality and expansion potential of the current data centre facilities of the Group.

This would be achieved by targeting positive but low EBITDA data hosting companies in the target countries with an annual growth potential of 20% or more.

Acquisition growth besides operational efficiencies aims to offer revenue and cost synergies, tax benefits, accelerated growth and capture of market share through elimination of competition, diversification and international business especially by acquiring small emerging market companies.

### Investors' Exit Options

As part of the long term strategic planning, Management have provided three exit options in a time horizon of four years, i.e. by 2016. These are listed below:

- IPO on stock exchange market
- Sale to a strategic buyer
- Sale to a private equity group

### Key Milestones



©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000658



ATTORNEY'S EYES ONLY PURSUANT TO PROTECTIVE ORDER

A high proportion of the revenue is generated from Webzilla Inc and Webzilla Ltd, legal entities registered in USA and Cyprus respectively, accounting for 72% of the revenue.

**2012 Revenue Distribution - Legal Entity Type**



- Webzilla Inc
- IP Transit Inc
- Fozzy Inc
- 1-800-Hosting Inc
- Webzilla B.V
- TM Web Properties Ltd
- Ibee Software Solutions Pvt. Ltd
- Dedicated Servers Inc
- UCDN Inc
- 1 GB.COM Inc
- Webzilla Ltd
- Root S.A
- 8 to Infinity Ltd

Source:     Management

**Current Revenue Distribution - Physical Location of Client**



- Others
- Cyprus
- Hong Kong
- Seychelles
- BVI
- USA

**Revenue**

*Revenue Mix – Legal Entity Type*

The distribution of revenue for the Group split by legal entity type for 2012 are depicted in the pie chart on the top left. Webzilla Inc (USA) and Webzilla Ltd (Cyprus) account for 71,1% of the revenue.

*Revenue Mix – Client Geographical Location*

The chart on the right shows the geographical mix of revenue based on the clients' location. 13% of the revenue arise from clients in Hong Kong, 12% from BVI and 11% from Cyprus. Subsidiaries in the "Other" category include India, UK, Lebanon, Czech Republic and Canada and these amount to 24% of the revenue.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000659



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**All Group companies have reported profits in 2012.**

**The Group's comprehensive income for 2012 is $3,7 million.**

| XBT Group of Companies | |
|---|---:|
| **Analysis of net profit by company** | |
| **Legal Entity** | **$'000** |
| **Europe Operations** | |
| Webzilla Ltd | (76) |
| Webzilla B.V. | (165) |
| TM Web Properties Ltd | (3.453) |
| ROOT S.A. | 261 |
| XBT Holding Ltd | (215) |
| Total Europe | (3.647) |
| **US Operations** | |
| Webzilla Inc. | (56) |
| IP Transit Inc. | (432) |
| USDN Inc. | (68) |
| Dedicated Servers Inc. | 21 |
| Fozzy Inc. | 327 |
| 1 GB.COM Inc. | 160 |
| 1-800-Holding Inc. | (60) |
| Total US | (107) |
| **Asia Operations** | |
| 8 to Infinity Ltd | 14 |
| Ibee Software Solutions Pvt. Ltd | (25) |
| Total Asia | (0) |
| **Consolidated Comprehensive Income** | **(3.754)** |

Note: In all companies intercompany revenues were deducted and intercompany costs & expenses were added back on Net Profit

Source: Management

The table shows the comprehensive income split by legal entity type, as provided by Management for 2012.

Total Income of the Group stood at $3,7 million in 2012.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER



*cutting through complexity* ™

# Market Analysis

P-G000661



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER
## Comparable Companies (1/2)

**All comparable companies selected reported positive net profits in 2012, with Dupont Fabros Technology, Equinix Inc and Interxion Holding Nv showing the strongest performance.**

**The M&A activity in the data centre industry for 2012 has been quite high.**

| Data Centre Companies | | | | | | |
|---|---|---|---|---|---|---|
| **Company** | **Market Cap (31 Dec 2012)** | **Revenue (2012 AR)** | **EBITDA (2012 AR)** | **EBITDA margin** | **Net Income (2012 AR)** | **Net profit margin** |
| | **$ million** | **$ million** | **$ million** | **%** | **$ million** | **%** |
| Akamai Technologies Inc | 7.260 | 1.374 | 519 | 37,8% | 204 | 14,8% |
| Dupont Fabros Technology | 1.529 | 332 | 201 | 60,5% | 53 | 16,0% |
| Equinix Inc | 10.027 | 1.896 | 818 | 43,1% | 145 | 7,6% |
| Interxion Holding Nv | 1.614 | 356 | 140 | 39,3% | 41 | 11,5% |
| Iomart Group Plc | 326 | 53 | 17 | 32,1% | 10 | 18,9% |
| Rackspace Hosting Inc | 10.171 | 1.309 | 423 | 32,3% | 105 | 8,0% |
| **Total** | **30.927** | **5.320** | **2.118** | | **558** | |

Source: Bloomberg
Note: 'AR' stands for Annualised Revenues based on the interim data available

The table shows the major listed market players in the "data centre" industry.

The biggest company (based on market capitalisation) at the end of 2012 was Rackspace Hosting Inc with a total value of $10,2 billion.

All companies reported positive net profits in 2012, with Dupont Fabros Technology, Equinix Inc and Interxion Holding Nv showing the strongest performance based on EBITDA margin of 60,5%, 43,1% and 39,3% respectively.

**Transactions**

The M&A activity in the data centre industry for 2012 has been quite high. Equinix's acquisitions are included in the most important transactions for 2012. [1]

The section on comparable transactions looks at the valuation results from the relative multiple transactions based on recent comparable transactions ("CoTrans").

[1] http://www.datacenterknowledge.com/archives/2012/12/21/the-big-ma-deals-of-2012/

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000662



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**The whole data centre industry has faced high levels of revenue growth in the past few years and this is expected to continue over the next 3 to 4 years**



### Revenue Growth

The year-on-year revenue growth for the peer group companies compared to the historic and expected revenue growth rates of the Group are shown in the two charts on the left. The top chart shows the growth rates for the historic periods until 2012 and the bottom chart depicts the projected and forecasted revenue up to 2018.

The average year-on-year historic revenue growth stood at 29,6% for the peer companies for the period 2008 to 2012, and 25,3% for the period 2010-2012. On the other hand, the historic average of XBT Group amounted at 79,6% for the period 2010-2012.

It is evident that the Group has had a higher growth rate in revenue compared to the peer group over 2010 and 2011. However, the Group had the least revenue growth (i.e. 2%) during 2012. The growth rates of the Group are expected to be above the industry competitors until 2015 according to Management's forecast. We did not check the assumptions or express any opinion on the assumptions used under the two different scenarios. Based on Bloomberg consensus estimates, Rackspace Holding Inc is expected to have revenue growth of 19,1% in 2015 compared to 2014, while, based on Management estimates, the Group is assumed an acquisition growth of 34% in 2015 compared to 2014.

In general, a feature of the whole industry is the high levels of revenue growth in the years to come.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER



*cutting through complexity* ™

# Expected
# Performance

P-G000664



FOR DISCUSSION PURPOSES ONLY – SUBJECT TO PROTECTIVE ORDER

**Under the Organic Growth scenario, Management expects that 2013 revenue of the Group is expected to increase by 31,2% compared to 2012 due to advertising and promotion of their services. The Group did not have a marketing team before 2012.**

**Revenue is expected to increase further during the period 2014 to 2015, reaching the amount of $62,8 million.**

**EBITDA is expected to amount to $18,8 million in 2013 and reach an amount of $30,7 million by 2015.**

The table below shows the actual and projected consolidated income statement of the Group for a period of seven years from 2009 up to 2015 as provided by Management. As discussed earlier in the report, there are two different scenarios being considered; the organic growth and the acquisition growth under three different geographic regions, Europe, US and Asia. The operations in Asia was introduced in 2012. This section examines the **Organic growth scenario**, which assumes that the Group would follow an organic (internal) growth strategy.

| Consolidated Income Statement (Organic Growth) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2009A** | **2010A** | **2011A** | **2012A** | **2013E** | **2014E** | **2015E** |
| | **$'000** | **$'000** | **$'000** | **$'000** | **$'000** | **$'000** | **$'000** |
| Co-location | - | 2.248 | 3.381 | 2.366 | 3.176 | 3.752 | 10.429 |
| Dedicated Servers | - | 4.462 | 10.092 | 20 | 24.799 | 31.444 | 26.873 |
| Bandwidth | - | 8.566 | 18.210 | 19.970 | 15.678 | 17.799 | 23.036 |
| Equipments Sale | - | 1.637 | 5.567 | 1.498 | - | - | 2.460 |
| Other Revenue | - | 73 | - | 9.267 | 59 | 115 | - |
| Revenue | 6.940 | 16.986 | 37.250 | 33.121 | 43.712 | 53.110 | 62.798 |
| Cost of Sales | (6.573) | (12.837) | (21.153) | (16.909) | (16.343) | (18.672) | (22.862) |
| **Gross Profit** | **367** | **4.149** | **16.097** | **16.212** | **27.368** | **34.438** | **39.936** |
| *Gross Profit %* | *5,3%* | *24,4%* | *43,2%* | *48,9%* | *62,6%* | *64,8%* | *63,6%* |
| Operating Expenses | (701) | (1.684) | (2.328) | (6.437) | (8.596) | (8.814) | (9.225) |
| **EBITDA** | **(334)** | **2.465** | **13.769** | **9.776** | **18.773** | **25.624** | **30.711** |
| *EBITDA %* | *-4,8%* | *14,5%* | *37,0%* | *29,5%* | *42,9%* | *48,2%* | *48,9%* |
| Depreciation & Amortisation | - | (1.460) | (2.233) | (5.267) | (4.840) | (5.586) | (5.864) |
| EBIT | (334) | 1.005 | 11.536 | 4.509 | 13.933 | 20.038 | 24.847 |
| Finance Expenses | (112) | (111) | (795) | (557) | (706) | (840) | (881) |
| EBT | (446) | 894 | 10.741 | 3.952 | 13.227 | 19.199 | 23.965 |
| Corporate Income Tax | - | - | (47) | (200) | (1.241) | (3.969) | (5.018) |
| **Profit/(loss) for the year** | **(446)** | **894** | **10.694** | **3.752** | **11.986** | **15.230** | **18.947** |

Source: Consolidated Financial Statements 2009-2012, Management Projections 2013 - 2015

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000665



CONTENTS HAVE ONLY PURSUANT TO PROTECTIVE ORDER

The Company started new operations in Asia in 2012.

By 2015 it is expected that 55% of the revenue will be located in the US, 38% in Europe and 7% in Asia.

The service portfolio is expected by Management to mainly concentrate on dedicated servers and bandwidth services.

**Revenue, Gross & EBITDA margins**



**Revenue per legal entity location**



Source: Management

**Revenue/Margins**

- The Consolidated Revenue generated from companies located in Europe, US and Asia is expected to increase from $43,7 million in 2013 to $62,8 million in 2015 (43,7% increase)
- Gross profit margin is expected to improve from 2013 to 2014, followed by a decrease in 2015
- Management expects EBITDA margins to follow suit, due to operational efficiencies in the costs and negotiating power over clients in renewing their contracts, reaching EBITDA margin of 48,9% by 2015
- The Company started new operations in Asia in 2012
- By 2015 it is expected that 55% of the revenue will arise in the US, 38% in Europe and 7% in Asia

**Revenue Mix – Services Portfolio**

- Management expects that the main focus would be on dedicated servers
- Bandwidth is also a significant source of revenue, representing on average 36% of the total revenue
- In 2015 it is expected that there will be a change in the revenue mix in relation to Co-location and Dedicated Servers. In particular, revenue from Co-location is expected to increase to 16% as a result of a more intensive promotion in Europe and US, while Dedicated Servers revenue is expected to decrease to 44%

**Revenue Service Mix – Organic Growth**



©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks of KPMG International.

P-G000666


CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Consolidated Cost Analysis – Organic Growth (3/3)

**Operating expenses are expected to increase by 33,5% in 2013 compared to previous year. The increase in 2012 operating expenses in relation to 2011 is due to the set up of the US Marketing department. Similarly, in 2013 operating expenses increased due to the set up of Europe's Marketing department.**

**Operating expenses**



Source: Management

**Operating Expenses**

- Operating expenses for 2012 amount to $6,4 million and are expected to increase by 33,5% in 2013. By 2015 operating expenses are expected to reach an amount of $9,2 million

- The sales & marketing expenses is expected to increase in 2015 in relation to the 2012 figure. The marketing department of the European operations was first set up in 2013. Similarly, the marketing department in US was set up in 2012 in an attempt to gain back the lost customer base caused by the closure of Megaupload closure in January 2012. This was achieved mainly by promoting bandwidth services. In Asia operations, Management plans to follow an aggressive marketing strategy following its expansion plans

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000667



PROVIDED IN CAMERA ONLY PURSUANT TO PROTECTIVE ORDER

## Revenue & Cost Analysis – Organic Growth

**Revenue generated from Europe-location companies is expected to increase by 20,2% in 2013 compared to previous year, reaching a total of $23,9 million in 2015.**

**Main sources of revenue will be from dedicated servers and bandwidth services.**

**Total operating expenses are expected to increase from 2013 to 2015, on average by 3,2% annually.**

**Revenue, Gross & EBITDA margins**



Source: Management

### Revenue/Margins

- Revenue generated from Europe-location companies is expected to increase by 20,2% in 2013 compared to previous year, reaching a total of $23,9 million in 2015. As per the Management, the revenue increase would be the result of the introduction of the marketing department in 2013

- Gross profit margin is also expected to improve over time due to the cost optimization strategy

- Management expects EBITDA margins to follow suit, due to operational efficiencies in the costs and negotiating power over clients in renewing their contracts, reaching EBITDA margin of 54,7% by 2015.

Refer to Appendix 2 for the Income Statement of European operations.

### Revenue Mix – Services Portfolio

- Dedicated servers steadily has 66% of total 2013 revenue
- Bandwidth services grows from 17% to 24% in 2013 compared to 2012
- Operating expenses grows by 3,2% per annum from 2013 to 2015

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000668



HIGHLY CONFIDENTIAL - FOR REVIEW BY COUNSEL'S EYES ONLY PURSUANT TO PROTECTIVE ORDER

## Revenue & Sales Analysis – Organic Growth

Revenue from US-location companies is expected to increase by 35,2%, 15% and 20% in 2013, 2014 and 2015 respectively compared to previous year.

Total operating expenses are expected to increase from 2013 to 2015, on average by 5,8%.

### Revenue, Gross & EBITDA margins



Source: Management, KPMG Analysis

### Revenue Service Mix – Organic Growth



### Revenue/Margins

- Revenue from US-location companies are expected to increase by 35,2%, 15% and 20% in 2013, 2014 and 2015 respectively compared to previous year. Management expects to recover the lost customer base caused by the closure of Megaupload in 2012
- Gross margin, EBITDA and Net profit margins are expected to decline in 2015 by 4,6%, 2,2% and 1,1% respectively, in relation to the previous year

Note that Appendix 2 includes the projected Income Statement of the companies located in US for the period 2013 to 2015 as well as the historic figures from 2009 to 2012.

### Revenue Mix – Services Portfolio

- Bandwidth and Dedicated servers are the most significant sources of revenue
- Total operating expenses are expected to increase on average by 5,8% annually from 2013 to 2015, as a result of the introduction of a marketing department in 2012

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.



CONFIDENTIAL – FOR USE ONLY PURSUANT TO PROTECTIVE ORDER

# Revenue & Cost Analysis – Organic Growth

**Revenue stood at $1,4 million in 2012 and is expected to grow by 95,6% in 2013, reaching $2,8 million.**

**Revenue for 2013 is expected to be allocated as 16% from Dedicated Servers and 84% from Bandwidth.**

**Total operating expenses are expected to decrease by 12,4% in 2014 and remain at the same levels for 2015. The Management has followed a very aggressive marketing strategy during 2012 and 2013 in order to establish itself in the region. The marketing expenses are expected to decrease from 2014 onwards.**

**Revenue, Gross & EBITDA margins**

**Revenue Service Mix – Organic Growth**



Source: Management, KPMG Analysis

### Revenue/Margins

- Revenue stood at $1,4 million in 2012 and is expected to grow by 95,6% next year, reaching $2,8 million by 2013
- Management aims to acquire almost all market share by 2015, mainly by offering lower prices to customers

### Revenue Mix – Services Portfolio

- Other revenue was the only source of revenue in 2012
- From 2013 onwards, the mixture of revenue streams will be on average 84% from dedicated servers and 16% from bandwidth
- Revenue mix is expected move around these levels throughout the 2013 to 2015 period

### Operating Expenses

- Total operating expenses are expected to decrease by 12,4% in 2014 and remain at the same levels for 2015
- The Management has followed a very aggressive marketing strategy during 2012 and 2013 in order to establish itself in the region
- The marketing expenses are expected to decrease from 2014 onwards

Appendix 2 includes the Income Statement of the Asia operations.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000670


ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**XBT Holding Limited is expected to acquire a total of six companies in the data centre industry by 2014 as part of their acquisition strategy.**

| Acquisition Strategy | | |
|---|---|---|
| Expected Year of Acquisition | Number of Acquired Entities | |
| | Emerging Growth Countries (EGCs) | Developed Countries (DCs) |
| 2013 | 1 | 2 |
| 2014 | 3 | - |
| 2015 | - | - |
| 2016 | - | - |
| **Total** | **4** | **2** |

Source: Management
Note: Acquisition Revenues do not include Organic growth

This section examines the **Acquisition growth scenario**, which assumes that the Group follows an acquisition growth strategy.

The table on the left shows the Group's acquisition strategy from 2013 to 2016. A total of six acquisitions are planned to be carried out by 2014, while no new acquisitions are expected until 2016. The majority of emphasis is being placed in emerging market business. Management believes that the this strategy is possible and realistic.

The total acquisition cost is estimated at $57,12 million in 2013 and $3,36 million in 2014.



©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000671



PRODUCED IN NATIVE ONLY PURSUANT TO PROTECTIVE ORDER

**Under the Acquisition Growth scenario, in 2013 Management expects gross revenue to reach $19,2 million and to reach $112,4 million by 2016.**

**The increase in revenue is expected to continue for the following years, however at a lower level.**

**EBITDA is expected to amount to $2,0 million in 2013 and grow to $24,3 million by 2016.**

The table below shows the projected consolidated income statement of the Group for a period of four years from 2013 up to 2016. This section examines the Acquisition growth scenario, which assumes that the Group follows an acquisition growth strategy. The acquisitions are assumed to occur during 2013 and 2014. The revenue of the Group is expected to be $19,2 million by 2013 and increase to $112,4 million by 2015. The revenue presented include the organic growth revenue for the acquired companies.

| Consolidated Income Statement (Acquisition Growth) | | | | |
|---|---|---|---|---|
| | **2013E** | **2014E** | **2015E** | **2016E** |
| | **$'000** | **$'000** | **$'000** | **$'000** |
| Data Center | 15.378 | 57.655 | 77.256 | 88.815 |
|    Co-location | 11.534 | 37.950 | 45.962 | 47.218 |
|    Managed Hosting | 2.883 | 14.596 | 22.492 | 28.106 |
|    Virtual / Cloud Computing | 961 | 5.109 | 8.801 | 13.491 |
| Managed Network Services | 2.883 | 10.217 | 11.735 | 11.242 |
| Value Added Services | 961 | 5.109 | 8.801 | 12.367 |
| Gross Revenue | 19.223 | 72.981 | 97.793 | 112.424 |
| Sales Allowance | (192) | (730) | (978) | (1.124) |
| Cost of Sales | (9.707) | (35.769) | (46.287) | (51.419) |
| **Gross Profit** | **9.323** | **36.482** | **50.527** | **59.880** |
| *Gross Profit %* | *48,5%* | *50,0%* | *51,7%* | *53,3%* |
| Operating Expenses | (7.322) | (22.319) | (30.552) | (35.555) |
| **EBITDA** | **2.001** | **14.163** | **19.975** | **24.326** |
| *EBITDA %* | *10,4%* | *19,4%* | *20,4%* | *21,6%* |
| Depreciation & Amortisation | (1.332) | (5.058) | (6.777) | (7.791) |
| **EBIT** | **669** | **9.105** | **13.198** | **16.535** |
| Finance Expenses | (235) | (1.516) | (7.263) | (8.996) |
| EBT | 434 | 7.589 | 5.935 | 7.539 |
| Corporate Income Tax | - | (1.518) | (1.187) | (1.508) |
| **Profit/(loss) for the year** | **434** | **6.071** | **4.748** | **6.031** |

Source: Management Projections 2013 - 2016, KPMG Analysis

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000672



PRODUCED IN NATIVE ONLY PURSUANT TO PROTECTIVE ORDER

**Total revenue is expected to increase by 280% in 2014 compared to 2013, reaching $112,4 million in 2016.**

**Co-location and managed hosting services are the most significant sources of revenue.**

**Expected Financial Performance**



Source: Management

**Revenue/Margins**

- Total revenue is expected to increase by 280% in 2014 compared to 2013, reaching $112,4 million in 2016

- Gross profit margin is also expected to improve

- Following the six acquisitions, Management expects EBITDA margins to increase by 86,4% in 2014, and then follow an average smooth increase of 5,6% from 2015 onwards

**Revenue Mix – Services Portfolio**

The services mix which will be offered according to Management is shown in the pie charts below for the four years which would follow their acquisition strategy. Co-location and managed hosting services are the most significant sources of revenue.

**Revenue Service Mix – Acquisition Growth**







©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000673

PRODUCED IN NATIVE ONLY PURSUANT TO PROTECTIVE ORDER



**Salaries & Benefits are expected to account for the most significant part of the operating expenses (56,8% of total expenses in 2013 and reach 63,2% of the total expenses by 2016).**

**Management expects that the total operating expenses for 2014 will increase by 204,8% in relation to previous years.**

**Selling, General and Administration expenses**



- ᵃ Corporate Expenses
- ᵃ Marketing Spend
- ᵃ Legal & Professional Fees
- ᵃ Salary & Benefits
- ᵃ Occupancy
- ᵃ T&E and other G&A

Source:  Management

**Operating Expenses**

- Salaries & Benefits are expected to account for the most significant part of the operating expenses (56,8% of total expenses in 2013 and reach 63,2% of the total expenses by 2016)

- Management expects that the total operating expenses for 2014 will increase by 204,8% in relation to previous year due to the significant increase in revenue

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000674

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER



*cutting through complexity* ™

# Valuation
# Methodology

P-G000675


ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

# Overview of valuation approach

**The different valuation methods imply different complexity. The DCF valuation aims to analyse the potential of a company through its expected performance, the relative valuation will deduce a value of the company based on recent performance and valuations of comparable companies and recent comparable transactions.**

### Overview of valuation methodologies

For the purpose of this valuation, the valuation method(s) that will be followed may vary. The three approaches applied are:

- **Economic Methods - Discounted cash flow (DCF)**

    – based on the concept that the value of a company rests on its ability to generate cash in the future, and hence, the valuation under this methodology is based on the future cash flows of the business, discounted to the present value using an appropriate rate

    – Under the organic growth model, a different WACC rate for each location (European, US and Asia) is calculated in order to discount each location's free cash flows to the firm (**'FCFF'**). The whole Group's WACC was also calculated in order to discount the consolidated FCFF

- **Relative Valuation - Comparable company multiples:**

    – the multiples approach does not analyse the company's financials, but rather uses market indices to estimate the value, based on industry benchmarks, averages and, where available, comparable transactions. Still, it is a relatively easy valuation method and often helps in drawing meaningful conclusions in a valuation

- **Relative Valuation - Comparable transactions:**

    – looking at similar transactions that have taken place in the industry. This would be achieved by looking at what multiple of a key valuation parameter these companies have been acquired

The different valuation methods imply different complexity. The DCF valuation aims to analyse the potential of a company through its expected performance, the relative valuation will deduce a value of the company based on recent performance and valuations of comparable companies and transactions that have taken place in the industry.

Appendix 1 of this report gives a detailed overview of each valuation methodology.

Appendix 3 presents the parameters used to calculate WACC of each location and for the whole Group.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.



**cutting through complexity ™**

ATTORNEY EYES ONLY PURSUANT TO PROTECTIVE ORDER

# Valuation Results

P-G000677


FOR DISCLOSURE ONLY PURSUANT TO PROTECTIVE ORDER

**The estimated equity value for the European operations as at 31 December 2012, under the organic growth scenario, using the DCF method, ranges from $73,0 million to $86,6 million.**

**The discount rate chosen was based on the weighted average cost of capital of equity and debt of European operations. This was set at 10,54%.**

**The net debt of $4,0 million was deducted from the enterprise value to calculate the equity value of the European operation as at 31 December 2012.**

| Projected Free Cash Flows (European-located companies - Organic Growth) | | | |
|---|---|---|---|
| | 2013E $ | 2014E $ | 2015E $ |
| Net Profit | 2.566.909 | 4.536.993 | 6.678.950 |
| Depreciation & Amortisation | 2.933.060 | 3.699.660 | 3.884.643 |
| Capital Expenditure | (3.819.500) | (3.830.000) | (3.830.000) |
| Interest | 502.437 | 814.437 | 855.159 |
| Tax on EBIT | 641.727 | 1.134.248 | 1.669.737 |
| Changes in Working Capital | (285.900) | (381.900) | (381.900) |
| **FCFF** | **2.538.733** | **5.973.438** | **8.876.589** |
| Terminal rate / value | 1,00% | | 93.942.876 |
| Discount rate / factor | 10,54% | 0,9046 | 0,8183 | 0,7403 |
| Present value of FCFF | 2.296.593 | 4.888.309 | 6.571.243 |
| Present value of terminal value | 69.544.897 | | |
| **Enterprise Value** | **83.301.042** | | |
| Less: Net Debt | (4.034.151) | | |
| **Equity value as at 31 December 2012** | **79.266.891** | | |

Source: KPMG Analysis

**Capital Expenditure**

The Management expect that the capital expenditure to be $3,8 million annually.

**Working Capital Changes**

Working capital investment will mainly arise from changes in inventories, receivables and payable, as provided by Management.

**Terminal Value/Growth**

A 1% growth to perpetuity was assumed for the estimation of the terminal value.

**Free Cash Flows**

The Free Cash Flow to the Firm ('FCFF') as given above, are discounted at 10,54%. Refer to Appendix 3 for the derivation of discount rate. A 1% company risk is used in the calculation of the WACC rate.

| Sensitivity Analysis - European Operations Equity Value ($000s) | | | |
|---|---|---|---|
| | | Discount Factors | | |
| | | 10,04% | 10,54% | 11,04% |
| Terminal Growth Rates | 0,75% | 82.081 | 77.324 | 73.033 |
| | 1,00% | 84.262 | 79.267 | 74.773 |
| | 1,25% | 86.566 | 81.314 | 76.603 |

**Equity Value**

Based on these assumptions, the value of the European operations using the DCF methodology ranges from **$73,0 million to $86,6 million** as at 31 December 2012, for a sensitivity of ±0,5% on the WACC and ±0,25% for the growth rate to perpetuity.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks of KPMG International.



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

# Discounted cash flow – Organic Growth

The estimated equity value for US-located companies based on DCF method ranges from $140,8 million to $170,9 million.

The discount rate chosen was based on the weighted average cost of capital of equity and debt of US operations. This was set at 8,67%.

The net debt of $0,3 million was deducted from the enterprise value to calculate the equity value of the US operations as as at 31 December 2012.

| Projected Free Cash Flows (US-located companies - Organic Growth) | | | |
|---|---|---|---|
| | 2013E | 2014E | 2015E |
| | $ | $ | $ |
| Net Profit | 8.393.821 | 8.440.663 | 10.015.853 |
| Depreciation & Amortisation | 1.863.850 | 1.865.517 | 1.958.793 |
| Capital Expenditure | (2.000.000) | (1.968.000) | (2.000.000) |
| Interest | 202.510 | 23.923 | 25.120 |
| Tax on EBIT | 342.821 | 2.271.527 | 2.785.169 |
| Changes in Working Capital | (195.600) | (289.500) | (289.500) |
| FCFF | 8.607.402 | 10.344.130 | 12.495.434 |
| Terminal rate / value | 1,00% | | 164.550.522 |
| Discount rate / factor | 8,67% | 0,9202 | 0,8468 | 0,7792 |
| Present value of FCFF | 7.920.707 | 8.759.468 | 9.737.041 |
| Present value of terminal value | | | 128.225.647 |
| Enterprise Value | | | 154.642.864 |
| Less: Net Debt | | | (255.285) |
| Equity value as at 31 December 2012 | | | 154.387.579 |

Source: KPMG Analysis

## Capital Expenditure

Management expects an amount of $2,0 million for capital expenditure in 2013 and will remain at approximately the same levels for 2014 and 2015.

## Free Cash Flows

The FCFF are discounted at 8,67%. A 1% company risk is used in the calculation of the WACC rate.

## Equity Value

Based on these assumptions, the value of the US operations using the DCF methodology ranges from **$140,8 million to $170,9 million** as at 31 December 2012, for a sensitivity of ±0,5% on the WACC and ±0,25% on the growth rate to perpetuity.

| Sensitivity Analysis - US Operations Equity Value ($000s) | | | |
|---|---|---|---|
| | | Discount Factors | |
| | | 8,17% | 8,67% | 9,17% |
| Terminal Growth Rates | 0,75% | 160.467 | 150.025 | 140.827 |
| | 1,00% | 165.485 | 154.388 | 154.380 |
| | 1,25% | 170.866 | 159.028 | 148.688 |

Source: KPMG Analysis

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.


FOR PRESENTATION ONLY PURSUANT TO PROTECTIVE ORDER

# Discounted cash flow – Organic Growth

The table to the right presents the derivation of the estimated equity value for Asia operations, under the organic growth scenario, as at 31 December 2012, using the DCF method.

The discount rate chosen was based on the weighted average cost of capital of equity and debt of Asia operations. This was set at 11,22%.

The equity value, based on the DCF methodology, ranges from $23,4 million to $27,4 million.

| Projected Free Cash Flows (Asia-located companies - Organic Growth) | | | |
|---|---|---|---|
| | **2013E** | **2014E** | **2015E** |
| | **$** | **$** | **$** |
| Net Profit | 1.025.345 | 2.252.397 | 2.252.397 |
| Depreciation & Amortisation | 42.756 | 20.748 | 20.748 |
| Capital Expenditure | - | - | - |
| Interest | 1.200 | 1.200 | 1.200 |
| Tax on EBIT | 256.336 | 563.099 | 563.099 |
| Changes in Working Capital | (57.900) | (57.900) | (57.900) |
| **FCFF** | **1.267.737** | **2.779.544** | **2.779.544** |
| Terminal rate / value | 1,00% | | 27.472.322 |
| Discount rate / factor | 11,22% | 0,8991 | 0,8084 | 0,7269 |
| Present value of FCFF | 1.139.859 | 2.247.073 | 2.020.408 |
| Present value of terminal value | | | 19.969.208 |
| **Enterprise Value** | | | **25.376.548** |
| Less: Net Debt | | | - |
| **Equity value as at 31 December 2012** | | | **25.376.548** |

Source: KPMG Analysis

## Free Cash Flows

The FCFF, as shown above, are discounted at 11,22%. A 1% company risk is used for the Asia located operations as these are recently started operations and are considered to bear a greater risk level.

## Equity Value

Based on these assumptions, the value of the Asia operations using the DCF methodology ranges from **$23,4 million to $27,4 million** as at 31 December 2012, for a sensitivity of ±0,5% on the WACC and ±0,25% for the growth rate to perpetuity.

| Sensitivity Analysis - Asia Operations Equity Value ($000s) | | | | |
|---|---|---|---|---|
| | | **Discount Factors** | | |
| | | **10,72%** | **11,22%** | **11,72%** |
| **Terminal Growth Rates** | **0,75%** | 26.158 | 24.851 | 23.665 |
| | **1,00%** | 26.743 | 25.377 | 24.138 |
| | **1,25%** | 27.359 | 25.928 | 24.635 |

Source: KPMG Analysis

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.



STRICTLY PRIVATE & CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER

## Discounted cash flow – Organic Growth

The equity value of the Group, based on DCF methodology, ranges from $ 237,6 million to $284,1 million.

The discount rate chosen was based on the weighted average cost of capital of equity and debt of the whole Group. This was set at 9,53%.

The net debt of $4,3 million was deducted from the enterprise value to calculate the equity value of the Group as at 31 December 2012.

| Consolidated Projected Free Cash Flows (Organic Growth) | | | |
|---|---|---|---|
| | 2013E | 2014E | 2015E |
| | $ | $ | $ |
| Net Profit | 11.986.074 | 15.230.053 | 18.947.199 |
| Depreciation & Amortisation | 4.839.667 | 5.585.925 | 5.864.184 |
| Capital Expenditure | (5.819.500) | (5.798.000) | (5.830.000) |
| Interest | 706.147 | 839.560 | 881.478 |
| Tax on EBIT | 1.240.884 | 3.968.874 | 5.018.006 |
| Changes in Working Capital | (539.400) | (729.300) | (729.300) |
| **FCFF** | **12.413.872** | **19.097.113** | **24.151.567** |
| Terminal rate / value | 1,00% | | 285.836.792 |
| Discount rate / factor | 9,53% | 0,9130 | 0,8335 | 0,7609 |
| Present value of FCFF | | 11.333.359 | 15.917.339 | 18.378.050 |
| Present value of terminal value | | | | 217.506.499 |
| **Enterprise Value** | | | | **263.135.246** |
| Less: Net Debt | | | | (4.289.436) |
| **Equity value as at 31 December 2012** | | | | **258.845.810** |

Source: KPMG Analysis

### Free Cash Flows

The FCFF for the Group are discounted at 9,53%, which results on an enterprise value of $262,3 million.

### Equity Value

Based on these assumptions, the value of the Group using the DCF methodology ranges from **$237,6 million to $284,1 million** as at 31 December 2012, for a sensitivity of ±0,5% on the WACC and ±0,25% for the growth rate to perpetuity.

| Sensitivity Analysis - Equity Value ($000s) | | | | |
|---|---|---|---|---|
| | | Discount Factors | | |
| | | 9,03% | 9,53% | 10,03% |
| Terminal Growth Rates | 0,75% | 268.397 | 252.132 | 237.628 |
| | 1,00% | 276.028 | 258.846 | 243.574 |
| | 1,25% | 284.149 | 265.965 | 249.858 |

Source: KPMG Analysis

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.



OUTSIDE COUNSEL EYES ONLY PURSUANT TO PROTECTIVE ORDER

# Discounted cash flow – Acquisition Growth

**The equity value of the Group, based on the DCF methodology, ranges from $147,1 million to $193,0 million, under the acquisition growth scenario.**

| Projected Free Cash Flows (Acquisition Growth) | | | | |
|---|---|---|---|---|
| | **2013E** | **2014E** | **2015E** | **2016E** |
| | $ | $ | $ | $ |
| Net Profit | 433.947 | 6.071.087 | 4.748.202 | 6.031.354 |
| Depreciation & Amortisation | 1.332.126 | 5.057.582 | 6.777.022 | 7.790.962 |
| Capital Expenditure | (4.753) | (38.672) | (31.457) | (32.290) |
| Interest | 235.268 | 1.516.451 | 7.262.890 | 8.995.506 |
| Tax on EBIT | - | (1.517.772) | (1.187.050) | (1.507.838) |
| Changes in Working Capital | - | (2.740) | (3.009) | (2.041) |
| FCFF | 1.996.587 | 11.085.936 | 17.566.598 | 21.275.653 |
| Terminal rate / value | 1,00% | | | 270.987.829 |
| Discount rate / factor | 8,93% | 0,9180 | 0,8428 | 0,7737 | 0,7103 |
| **Present value of FCFF** | **1.832.914** | **9.342.865** | **13.590.932** | **15.111.178** |
| Present value of terminal value | | | | 192.470.964 |
| **Enterprise Value** | | | | **232.348.853** |
| Less: Net Debt | | | | (4.289.436) |
| Less: Acquisition Cost | | | | (60.204.559) |
| **Equity value as at 31 December 2012** | | | | **167.854.858** |

Source: KPMG Analysis

The table above presents the derivation of the estimated equity value of the Group, under the acquisition growth scenario, as at 31 December 2012, using the DCF method. This valuation includes the effect of acquisitions which are partly financed through expected equity injections, thus it is deducted from the concluded EV value. A detailed description of the DCF method is presented in Appendix 1 of this report.

FCFF as given above are discounted at 8,93% (Appendix 3). A 2% company risk is used under the acquisition method as the newly acquired operations are considered to bear a greater risk level.

**Capital Expenditure**

Management expects an amount of $4,8 thousand for capital expenditure in 2013 which will go up to $38,7 thousand in 2014. This is due to a data centre buyout.

**Terminal Value/Growth**

A 1% growth to perpetuity was assumed for the estimation of the terminal value.

| Sensitivity Analysis - Equity Value($000s) | | | |
|---|---|---|---|
| | Discount Factors | | |
| | **8,43%** | **8,93%** | **9,43%** |
| **0,75%** | 177.861 | 161.510 | 147.065 |
| **1,00%** | 185.173 | 167.855 | 152.613 |
| **1,25%** | 192.995 | 174.612 | 158.500 |

Terminal Growth Rates

**Equity Value**

Based on these assumptions, the value of the Group using the DCF methodology ranges from **$147,1 million to $193,0 million** as at 31 December 2012, for a sensitivity of ±0,5% on the WACC and ±0,25% for the growth rate to perpetuity.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.



COUNSELS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

The tables depict the trailing and forward multiples from selected traded stocks.

A marketability discount in the range of 20%-30% is used.

### Comparable Companies Multiples Analysis based on Trailing multiples

| Company | | | Trailing Multiples | | |
| --- | --- | --- | --- | --- | --- |
| | P/E | P/S | EV/EBIT | EV/Sales | EV/EBITDA |
| AKAMAI TECHNOLOGIES INC | 35,57x | 5,30x | 19,58x | 4,49x | 11,88x |
| DUPONT FABROS TECHNOLOGY | outlier | 4,57x | 26,97x | 9,08x | 15,00x |
| EQUINIX INC | outlier | 5,17x | 30,18x | 6,64x | 15,50x |
| INTERXION HOLDING NV | 38,31x | 4,37x | 22,14x | 5,21x | 13,22x |
| IOMART GROUP PLC | 28,42x | 5,27x | 25,73x | 5,35x | 15,17x |
| RACKSPACE HOSTING INC | outlier | 7,68x | outlier | 7,64x | outlier |
| **Average** | **34,10x** | **5,39x** | **24,92x** | **6,40x** | **14,16x** |
| Discounted - 20% | 27,28x | 4,31x | 19,94x | 5,12x | 11,32x |
| Discounted - 25% | 25,57x | 4,04x | 18,69x | 4,80x | 10,62x |
| Discounted - 30% | 23,87x | 3,78x | 17,44x | 4,48x | 9,91x |

Source: Bloomberg, KPMG Analysis

### Comparable Companies Multiples Analysis based on Forward multiples

| Company | | | Forward Multiples | | |
| --- | --- | --- | --- | --- | --- |
| | P/E | P/S | EV/EBIT | EV/Sales | EV/EBITDA |
| AKAMAI TECHNOLOGIES INC | 17,14x | 3,87x | 11,29x | 3,17x | 7,50x |
| DUPONT FABROS TECHNOLOGY | 32,59x | 4,30x | 21,80x | 8,21x | 13,16x |
| EQUINIX INC | outlier | 4,45x | 24,76x | 5,62x | 12,07x |
| INTERXION HOLDING NV | 31,44x | 3,75x | 18,93x | 4,42x | 10,28x |
| IOMART GROUP PLC | 23,85x | 4,85x | 19,24x | 4,91x | 12,55x |
| RACKSPACE HOSTING INC | outlier | 3,74x | outlier | 3,64x | 10,39x |
| **Average** | **26,25x** | **4,16x** | **19,20x** | **4,99x** | **10,99x** |
| Discounted - 20% | 21,00x | 3,33x | 15,36x | 4,00x | 8,79x |
| Discounted - 25% | 19,69x | 3,12x | 14,40x | 3,75x | 8,24x |
| Discounted - 30% | 18,38x | 2,91x | 13,44x | 3,50x | 7,69x |
| **Implied multiple on DCF [Organic Growth]-based on 2013 figures** | **21,52x** | **5,90x** | **18,82x** | **6,00x** | **13,97x** |
| **Implied multiple on DCF [Acquisition Growth]-based on 2014 figures** | **37,33x** | **3,11x** | **25,36x** | **3,16x** | **16,30x** |

Source: Bloomberg, KPMG Analysis

The tables present the trailing and forward multiples from selected traded stocks (i.e. comparable companies from the same industry as the Group 'CoCo multiples'). These are derived from the latest published results of the companies. We have also included the multiples implied by the DCF analysis under the two scenarios. The implied DCF multiples under Acquisition strategy were applied to 2014 figures, as they are deemed to be more representative than 2013 low figures. Implied DCF multiples under Organic growth were applied to 2013 figures.

Six main multiples have been used and compared to our implied multiples in order to derive a relative valuation for the Group. Based on the theory discussed in Appendix 1, we have used a marketability discount in the range of 20-30% to reflect the fact that the Group being valued is private and does not have shares traded in a public exchange.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.



The equity valuation of the Group based on trailing multiples ranges between $76,1 million to $158,1 million, while the value resulted using forward multiples ranges from $127,3 million to $251,7 million. The value of the Group under Acquisition Growth scenario ranges between $104,7 million to $287,3 million.

The valuation ranges derived from relative multiples are significantly below the results obtained from the fundamental analysis.

| Equity valuation using multiples (Organic Growth) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Trailing Multiples | | | | | Forward Multiples | | | | |
| | P/E | P/S | EV/EBIT | EV/Sales | EV/EBITDA | P/E | P/S | EV/EBIT | EV/Sales | EV/EBITDA |
| | $000s | $000s | $000s | $000s | $000s | $000s | $000s | $000s | $000s | $000s |
| Discounted - 20% | 158.053 | 117.004 | 120.714 | 134.568 | 87.627 | 251.724 | 145.497 | 209.757 | 170.352 | 160.791 |
| Discounted - 25% | 148.175 | 109.691 | 112.901 | 125.889 | 81.882 | 235.992 | 136.404 | 196.379 | 159.437 | 150.473 |
| Discounted - 30% | 138.297 | 102.378 | 105.089 | 117.211 | 76.137 | 220.259 | 127.310 | 183.001 | 148.522 | 140.156 |

Source: Bloomberg, KPMG Analysis

| Equity valuation using multiples (Acquisition Growth) | | | | | |
|---|---|---|---|---|---|
| | P/E | P/S | EV/EBIT | EV/Sales | EV/EBITDA |
| | $000s | $000s | $000s | $000s | $000s |
| Discounted - 20% | 127.501 | 242.922 | 135.590 | 287.291 | 120.254 |
| Discounted - 25% | 119.532 | 227.739 | 126.848 | 269.067 | 112.470 |
| Discounted - 30% | 111.564 | 212.557 | 118.105 | 250.843 | 104.686 |

Source: Bloomberg, KPMG Analysis

The tables on the left present the equity valuation results using the multiples of the previous page and expected 2013 consolidated results for Organic Growth and 2014 for Acquisition Growth.

The valuation derived using the EV/EBITDA trailing multiple yields the lowest valuation for the Group under the Organic Growth while EV/EBITDA forward multiple results in the lowest valuation under Acquisition Growth.

The equity valuation of the Group based on trailing multiples ranges between **$76,1 million** to **$158,1 million**, while the value resulted using forward multiples ranges from **$127,3 million** to **$251,7 million**. The value of the Group under Acquisition Growth scenario ranges between **$104,7 million** to **$287,3 million**.

If we compare these to our DCF analysis, we can see that all relative multiples yield valuation results are significantly below the results obtained from the fundamental analysis.

This can be explained from the fact that both scenarios assume growth in future years, captured by DCF, but not by forward multiples relative valuation.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000684



KPMG RESULTS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

# Comparable transactions

Six main recent deals have been identified in the relative value based on comparable transactions.

The implied equity value based on Organic growth 2013 figures ranges between €98,9 million to €194,1 million. The valuation range implied based on Acquisition strategy on 2014 figures ranges from €98,3 million to €165,1 million.

The table below shows the valuation results from the relative multiple analysis based on recent comparable transactions ('CoTrans'). We have identified six deals taken place in 2012 based with target companies operations in line with that of the Company.

The implied equity value based on Organic growth 2013 figures ranges between **€98,9 million** to **€194,1 million**. The valuation range implied based on Acquisition strategy on 2014 figures ranges from **€98,3 million** to **€165,1 million**.

| Company Tansaction Multiples Analysis (Organic & Acquisition Growth Scenarios) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Acquirer | Target | Announced Date | Total Value $ million | Total Value Deal Multiples | | | |
| | | | | Revenue | EBITDA | EBIT | Net Income |
| Cogeco Cable Inc | Peer 1 Network Enterprises Inc | 21/12/2012 | 638.08 | 4,51x | 20,58x | outlier | n/a |
| Cogeco Cable Inc | Atlantic Broadband Finance LLC | 18/7/2012 | 1360.00 | 4,13x | 9,38x | 13,51x | 22,76x |
| Januarius Resources Realty Corp,Kw antlen Development Corp | IP Converge Data Center Inc | 20/6/2012 | 3.99 | 0,35x | n/a | 5,45x | 5,27x |
| IP E-Game Ventures Inc | IP Converge Data Center Inc | 17/5/2012 | 1.96 | 1,61x | 11,80x | 19,99x | 20,56x |
| Management Group,Gresham Private Equity Ltd/UK | Investis Ltd | 1/10/2012 | 48.41 | 2,61x | n/a | outlier | n/a |
| Hikari Tsushin Inc | e-machitow n Co Ltd | 1/10/2012 | 18.03 | 0,36x | 4,75x | 7,46x | n/a |
| **Average Deal Multiple** | | | | **2,26x** | **11,63x** | **11,60x** | **16,20x** |
| **Equity Value [Organic Growth] ($'000s) - based on 2013** | | | | 98.861 | 218.280 | 161.659 | 194.134 |
| **Equity Value [Acquisition Growth] ($'000s) - based on 2014** | | | | 165.059 | 164.679 | 105.644 | 98.331 |

Source: Bloomberg, KPMG Analysis

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.



FOR COUNSEL'S EYES ONLY PURSUANT TO PROTECTIVE ORDER

## Overview of Results

Based on our analysis, we consider that the best value estimate should be close to DCF approach as it captures the growth expectations of the Management to reach revenue above the industry.

The concluded valuation of the Group under Organic Growth scenario ranges from $200 million to $260 million. The concluded equity value under Acquisition Growth results to a range of $150 million to $210 million.





Source: KPMG Analysis

The valuation results are presented under the two scenarios. The charts illustrate the summary of the valuation results under the different methodologies used.

For the DCF approach, the range presented is based on the sensitivity results of the growth rate to perpetuity and the discount rate.

For the relative multiples using comparable companies, the range is based on the marketability discount which accounts for the fact that the company's stock is not traded in a public exchange.

The DCF approach captures the growth expectations of the Company to outperform its competitors and reach revenue above the industry, whereas, the other methods do not account for this growth. Therefore, we consider that the best value estimate should be close to DCF approach as it is considered to be more appropriate.

The concluded valuation of the Group under Organic Growth scenario ranges from **$200 million to $260 million.** The concluded equity value under Acquisition Growth results to a range of **$150 million to $210 million.**

.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000686

ATTORNEYS'EYES ONLY PURSUANT TO PROTECTIVE ORDER



# Appendices

Valuation Methodologies

P-G000687





**The Discounted Cash Flow (DCF) valuation model is based on the concept that the value of a company rests on its ability to generate cash in the future which are then discounted back to present value using an appropriate rate.**

**For the companies that are funded by both debt and equity, we use the estimated weighted average of the cost of capital, as the discount rate.**

**For the companies that are fully equity funded the capital asset pricing model was applied as the discount rate.**

### Discounted Cash Flow ('DCF') methodology

Value is future oriented and accordingly the theoretically correct manner to assess market value is to consider the future earnings potential of the company under review.

Under a DCF approach, forecast cash flows are discounted back to the present date using an appropriate rate, generating a net present value for the cash flow stream of the business. In a DCF analysis, the forecast period should be of such a length to enable the business to achieve a stabilised level of earnings, or to be reflective of an entire operation cycle for more cyclical industries. Typically a forecast period of five years is required, although this can vary by industry and sector.

In performing the discounted cash flow calculation, there are two methods that could be followed:

- **Free Cash Flow to the Firm ('FCFF'):** This method derives the enterprise value. In order to obtain the value that is available to the equity holders, the present value of debt should be deducted from the enterprise value and any excess assets as at the date of valuation are added back.

- **Free Cash Flow to Equity ('FCFE'):** This method derives the equity value. Therefore, the discount rate used reflects the cost of equity.

### Discount Rate

The rate at which the future cash flows are discounted ('the discount rate') reflects the return that investors in a company would expect as well as the risk of the business compared to other alternative investment opportunities.

Moreover, the discount rate should reflect not only the time value of the cash flows but also the risk associated with the business' future operations.

This means that in order for a DCF to produce a sensible valuation figure, the importance of the quality of the underlying cash flow forecasts is fundamental.

Under the FCFF the discount rate used is based on the weighted average cost of capital ('WACC'), while under the FCFE cost of equity is calculated using the Capital Asset Pricing Model ('CAPM').

### Weighted Average Cost of Capital ('WACC')

In order to determine the discount rate, we have used the WACC methodology as set out below:

| **WACC** | $= Ke \times (E/(D + E)) + Kd \times (1-T) \times (D/(D + E))$ |
|---|---|
| Where: | |
| **Ke** | = cost of equity |
| **E** | = market value of equity |
| **Kd** | = cost of debt |
| **D** | = market value of debt |
| **T** | = corporate taxation rate |

As noted above the market value of debt and equity is used to calculate the WACC. In this valuation we have assumed that the book value of the debt equals its market price. For equity we have used the respective estimated market value of equity.

### Cost of equity ('Ke')

The CAPM takes into account the required return on a company's equity as a linear function of a single factor, namely the rate of return of the reference market, and is perhaps the most commonly used method for deriving a business' cost of equity since:

- Proven track record and academic merits: CAPM is possibly the most widely used and researched methodology

- The parameters require mainly the use of market-derived information, much of which may be readily available

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks of KPMG International.





ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

DCF
Methodology    Relative Method

**Risk free rate used amounts to 1,61% which represents a yield to maturity of US 10 Year Government bonds as at 31 December 2012.**

**To estimate the beta of the Group we have used a benchmarking model of companies operating in the same industry.**

**Cost of equity (Continued)**

The CAPM formula for computing the cost of equity is the following:

$Ke$ = Rf + β x Rp,

    = Rf + β x (Rm − Rf)

Where:

**Rf** = Risk-free rate of return

**β** = Systematic (diversifiable) risk factor, i.e. the relative risk of a stock with respect to the reference market

**Rm** = Rate of return of the reference market

**Rp** = Equity risk premium (= Rm − Rf)

**The risk free rate of return ('Rf')**

The risk-free rate is the expected return on a 'risk-free' asset. In practice, it is not possible to find an investment that is free of all risks. However, government bonds can generally be regarded as having close-to-zero default risk (governments are unlikely to default) and close-to-zero liquidity risk.

The yields to maturity of such bonds, which take into account future expectations of inflation and any differences between the coupon rate of interest and prevailing market rates, are typically regarded as an appropriate proxy for the risk-free rate.

Although risk-free rates can be affected by institutional factors and be volatile in the short run, we consider it appropriate to calculate a risk free rate based on recent Government bond yields auction.

In the calculation of the risk free rate, we have used US 10 Year Government bond yield to maturity.

**Beta Factor ('β')**

Beta (β) is a statistical parameter, which essentially measures the relevant risk of a business. Furthermore, beta is a statistical coefficient in the cost of equity, which measures the sensitivity (relative volatility) of a specific company's equity returns with respect to the returns of the reference market.

β values greater than 1,0 imply that the equity returns of the company in question are more volatile ('riskier') than the respective market returns, or that the stock tends to amplify market movements. On the other hand, β values between 0 and 1,0 imply that the volatility (and hence the risk) of the stock's returns is smaller than that of the returns of the reference market.

The beta factors were derived by looking at beta factors of comparable listed companies as shown in Appendix 4 of this report.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000689



FOR INSPECTION ONLY PURSUANT TO PROTECTIVE ORDER

**The market risk premium was obtained using the default spread and adding it to the historical risk premium for a mature equity.**

**At the end of the forecast period, it is assumed that the profits and hence the corresponding cash flows generated will continue indefinitely (terminal value). As a result, we have added a 'terminal value' to our calculation to account for the cash flows after the end of the projection period. This rate stands at 1%.**

### Levered Vs Unlevered beta

In order to derive an appropriate beta for the calculation of the cost of equity of each company in the Group, we have used a benchmarking technique. Specifically, we have obtained current values of beta for a number of companies that were considered to be appropriate and relevant to each company in the Group, whose shares are listed on Stock Exchanges and hence their beta is readily available. In using the data, we have taken into account specific considerations that could affect the beta value such as size and industry concentration by performing sensitivity analysis on beta values.

The beta factor quoted was then "unlevered" (i.e. turning it into a beta of an all equity financed company by considering each firm's debt-to-equity ratio) which was then "re-levered" to the current debt to equity structure of the company using the following formula:

$$Bl = Bu \times (1 + D/E \times (1-t))$$

where:

- **Bu** = Unlevered beta

- **Bl** = Levered beta

- **D/E** = ratio of market value of Debt to market value of Equity

- **T** = Effective tax rate

### The market risk premium ('MRP')

The market risk premium is the difference between the market return and the risk free rate (Rm – Rf). It represents the additional return required by investors for accepting the systemic risk associated with investing in the market portfolio instead of a risk-free asset. In practice, the market risk premium is often referred to as the Equity Risk Premium ("ERP"), as its focus is the equity (capital) market.

This was obtained using the default spread and adding it to the historical risk premium for a mature equity market which was set at 5,45% and taking into consideration the higher volatility of the equity market from a bond market of 1,5 times. (Source: *Damodaran Online*)

### Cost of debt, ('Kd')

For the cost of debt we have used the current weighted average cost based on the outstanding loan facilities of each company in the Group as at 31 December 2012 and their respective interest rates as these were provided to us by the Management as well as the expected interest rate of potential additional financing needs.

### Terminal value

At the end of the forecast period, it is assumed that the profits and hence the corresponding cash flows generated will continue indefinitely (terminal value). As a result, we have added a 'terminal value' to our calculation to account for the cash flows after the end of the projection period.

In order to derive the terminal value we have assumed that after the projection horizon, the annual cash flows will increase by approximately 1%, due to the high growth industry XBT Holding Limited operates in and by taking into consideration the current worldwide financial instability.

To assess the impact of the choice of the terminal growth rate, we have also carried out a sensitivity analysis using alternative terminal rates.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.



FOR USE IN LITIGATION ONLY PURSUANT TO PROTECTIVE ORDER

**Market multiples valuations are usually carried out in order to obtain a confirmation of the valuations using the DCF models.**

**An indicative valuation of the companies in the Group was obtained using the following multiples, as appropriate:**

- **Price to earnings multiple**
- **Enterprise value to Sales multiple**
- **Enterprise value to EBIT multiple**
- **Enterprise value to EBITDA multiple**
- **Price to Sales multiple and**
- **Price to EBITDA multiple**

### Valuation methodology- Relative Method

Market multiples valuations are usually carried out in order to obtain a confirmation of the valuations using the DCF models. The multiples valuation has some inherent drawbacks, as it does not analyse the financial results of the company but rather uses market indices to estimate the value. Still, it is a relatively easy valuation method and often helps in drawing meaningful conclusions.

For the correct use of multiples, an appropriate sample of companies must be selected and the following must be taken into account:

- The sample must refer to companies in the same industry, which are operating in economies with the same characteristics
- The sample must include companies with comparable information (e.g. cost structure, profit margins, etc)
- In addition, it is important to select companies where the maturity of the market they are operating is evident
- The figures that are taken from the company's financials or it's projections have to be accordingly adjusted. For example, non-recurring profit or losses or other one-off items should be eliminated from the whole process

Multiples used are generally based on data from listed companies ('Coco') and recent transactions in a comparable sector ('CoTrans'), but with appropriate adjustments after consideration has been given to the specific characteristics of the business being valued. The multiples derived for comparable quoted companies are generally based on share prices reflective of the trades of small parcels of shares. As such, they generally can be assumed to include a minority discount. Accordingly, when valuing a business en bloc (100%) we would also reference the multiples achieved in recent mergers and acquisitions, where control premium and breadth of purchaser interest are reflected.

It should be noted that there are various multiples that are commonly used to value a company. These are:

- **Price to Earnings ratio ('P/E')**: Perhaps the most commonly used investor ratio, is a multiplier on the net income of a company, showing it's indicative equity value
- **Enterprise value to Sales ('EV/Sales')**: The EV/Sales is a multiplier that is applied to the Sales to obtain the indicative value of the equity value
- **Enterprise value to EBIT ('EV/EBIT')**: The EV/EBIT is a multiplier that is applied to the EBIT to obtain the indicative value of the equity value
- **Enterprise value to EBITDA ('EV/EBITDA')**: The EV/EBITDA is an alternative multiplier that has the benefit of not being influenced from different depreciation and tax rates
  - Therefore, it is proper to be used in different countries where these rates might be different
  - This multiplier is applied to a company's EBITDA to give the Enterprise Value. In order to derive the equity value, the market value of debt is subtracted from the enterprise value
- **Price to EBITDA ('P/EBITDA')**: This multiple is applied to the EBITDA to obtain the indicative value of the equity capital
- **Price to Sales ('P/S')**: This multiple is applied to the revenue to obtain the indicative value of the equity capital
- **Price to EBITDA ('P/EBITDA')**: This multiple is applied to the EBITDA to obtain the indicative value of the equity capital

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.


ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**A marketability discount in the range of 20% - 30% was assumed depending on the company being valued, to reflect that the company's shares, contrary to the comparable firms used to derive the multiples, are not publicly traded in a stock exchange.**

**Marketability discount**

Shares in a private company will typically warrant some level of discount for a lack of marketability. The level of discount depends on the following factors:

- Potential buyers: the existence of potential buyers could reduce the discount for lack of marketability

- Size of block of shares: larger blocks have higher marketability discounts than smaller blocks

- Dividends payout ratio: the higher the dividend payout the lower the marketability discount, the greater the return that the holders will realize without having to sell the shares

A marketability discount in the range of 20% - 30% was assumed depending on the company being valued, to reflect that the company's shares, contrary to the comparable firms used to derive the multiples, are not publicly traded in a stock exchange.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000692


ATTORNEYS EYES ONLY PURSUANT TO PROTECTIVE ORDER

# Projected Income Statement – Organic Growth

**Under the Organic Growth scenario of European operations, in 2013, Management expects revenue to reach $16,1 million, which would represent an increase of 20,2% compared to 2012. By 2015 revenue are expected to reach $23,9 million.**

**EBITDA is expected to amount to $6,6 million (EBITDA margin of 41,3%) in 2013 and reach the amount of $13,1 million by 2015 (EBITDA margin of 54,7%).**

The table below shows the actual and projected income statement of XBT Holding Limited subsidiaries in **Europe** for a period of seven years from 2009 up to 2015 as provided by Management.

Net profit for 2013 is assumed to amount $2,6 million and is expected to increase to $6,7 million by 2015.

| Income Statement of European Operations (Organic Growth) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2009A** $'000 | **2010A** $'000 | **2011A** $'000 | **2012A** $'000 | **2013E** $'000 | **2014E** $'000 | **2015E** $'000 |
| Co-location | | 878 | 1.551 | 1.074 | 1.607 | 1.968 | 3.590 |
| Dedicated Servers | | 1.952 | 6.216 | - | 10.662 | 13.255 | 11.008 |
| Bandwidth | | 1.617 | 4.889 | 2.361 | 3.826 | 4.719 | 7.753 |
| Equipments Sale | | 1.117 | 2.092 | 986 | - | - | 1.580 |
| Other Revenue | | 12 | - | 8.965 | - | - | - |
| Revenue | 4.360 | 5.577 | 14.749 | 13.385 | 16.095 | 19.942 | 23.931 |
| Cost of Sales | (4.006) | (3.826) | (4.790) | (6.376) | (5.111) | (5.357) | (6.222) |
| **Gross Profit** | **354** | **1.751** | **9.959** | **7.009** | **10.984** | **14.586** | **17.709** |
| *Gross Profit %* | *8,1%* | *31,4%* | *67,5%* | *52,4%* | *68,2%* | *73,1%* | *74,0%* |
| Operating Expenses | (580) | (817) | (1.990) | 909 | (4.340) | (4.400) | (4.620) |
| **EBITDA** | **(226)** | **934** | **7.969** | **7.918** | **6.644** | **10.185** | **13.088** |
| *EBITDA %* | *-5,2%* | *16,7%* | *54,0%* | *59,2%* | *41,3%* | *51,1%* | *54,7%* |
| Depreciation & Amortisation | - | (176) | (745) | (3.063) | (2.933) | (3.700) | (3.885) |
| EBIT | (226) | 758 | 7.224 | 4.855 | 3.711 | 6.486 | 9.204 |
| Finance Expenses | (40) | (31) | (184) | (635) | (502) | (814) | (855) |
| EBT | (266) | 727 | 7.040 | 4.220 | 3.209 | 5.671 | 8.349 |
| Corporate Income Tax | - | - | (47) | (163) | (642) | (1.134) | (1.670) |
| **Profit/(loss) for the year** | **(266)** | **727** | **6.993** | **4.057** | **2.567** | **4.537** | **6.679** |

Source:   Consolidated Financial Statements 2009-2012,  Management Projections 2013 - 2015

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

# Projected Income Statement – Organic Growth

**For US operations, Management expects revenue to reach $24,8 million in 2013, which would represent an increase of 35,2% compared to 2012. In 2015 revenue is expected to reach an amount of $34,2 million.**

**EBITDA is assumed to amount to $10,8 million in 2013 (EBITDA margin 43,6%) and reach $14,8 million by 2015 (EBITDA margin 43,2%).**

The table below shows the actual and projected consolidated income statement of XBT Holding Limited subsidiaries operating in **US** under the Organic growth scenario for a period of seven years from 2009 up to 2015 as provided by Management.

Profit for the year 2012 stood at $0,99 million and is expected to significantly increase to $8,4 million by 2013. The decrease of 2012 profit was due to the decrease in revenue caused by the lost customer base as a result of the Megaupload closure in January 2012. Revenue in 2013 is expected to increase by 35,2% in relation to the previous year. In addition, Management expects obligations with suppliers to be reduced for 2013.

| Income Statement of US Operations (Organic Growth) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2009A** | **2010A** | **2011A** | **2012A** | **2013E** | **2014E** | **2015E** |
| | **$'000** | **$'000** | **$'000** | **$'000** | **$'000** | **$'000** | **$'000** |
| Co-location | | 1.369 | 1.830 | 1.292 | 1.568 | 1.784 | 6.840 |
| Dedicated Servers | | 2.510 | 3.875 | 20 | 11.749 | 14.293 | 11.969 |
| Bandwidth | | 6.948 | 13.321 | 17.609 | 11.405 | 12.306 | 14.509 |
| Equipments Sale | | 521 | 3.475 | 512 | - | - | 880 |
| Other Revenue | | 60 | - | (1.108) | 59 | 115 | - |
| Revenue | 2.580 | 11.409 | 22.501 | 18.325 | 24.781 | 28.498 | 34.198 |
| Cost of Sales | (2.567) | (9.011) | (16.363) | (10.164) | (10.386) | (12.064) | (15.389) |
| **Gross Profit** | **13** | **2.398** | **6.138** | **8.161** | **14.395** | **16.434** | **18.809** |
| *Gross Profit %* | *0,5%* | *21,0%* | *27,3%* | *44,5%* | *58,1%* | *57,7%* | *55,0%* |
| Operating Expenses | (121) | (867) | (338) | (6.152) | (3.592) | (3.832) | (4.024) |
| **EBITDA** | **(108)** | **1.531** | **5.800** | **2.009** | **10.803** | **12.602** | **14.785** |
| *EBITDA %* | *-4,2%* | *13,4%* | *25,8%* | *11,0%* | *43,6%* | *44,2%* | *43,2%* |
| Depreciation & Amortisation | - | (1.284) | (1.488) | (2.107) | (1.864) | (1.866) | (1.959) |
| EBIT | (108) | 247 | 4.312 | (98) | 8.939 | 10.736 | 12.826 |
| Finance Expenses | (72) | (80) | (611) | (215) | (203) | (24) | (25) |
| EBT | (180) | 167 | 3.701 | (313) | 8.737 | 10.712 | 12.801 |
| Corporate Income Tax | - | - | - | (37) | (343) | (2.272) | (2.785) |
| **Profit/(loss) for the year** | **(180)** | **167** | **3.701** | **(350)** | **8.394** | **8.441** | **10.016** |

Source: Consolidated Financial Statements 2009-2012, Management Projections 2013 - 2015

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.


FIRM'S EYES ONLY PURSUANT TO PROTECTIVE ORDER

## Projected Income Statement – Organic Growth

For Asia operations, Management expects 2013 revenue to increase by 101,1% compared to 2012. This increase will be achieved by following an aggressive advertising strategy and offering lower prices to customers.

Profit for 2013 is assumed at $1,0 million, an increase of 190% compared to previous year. As per the Management, this will be achieved by following a cost-effective strategy.

The table below shows the actual and projected consolidated income statement of XBT Holding Limited subsidiaries operating in Asia under the Organic growth scenario for a period of four years from 2012 up to 2015 as provided by Management. The Asia-located companies started their operations in 2012.

| Income Statement of Asia Operations (Organic Growth) | | | | |
|---|---|---|---|---|
| | 2012A $'000 | 2013E $'000 | 2014E $'000 | 2015E $'000 |
| Dedicated Servers | - | 2.389 | 3.896 | 3.896 |
| Bandwidth | - | 447 | 774 | 774 |
| Other revenue | 1.410 | - | - | - |
| Revenue | 1.410 | 2.836 | 4.670 | 4.670 |
| Cost of Sales | (368) | (847) | (1.251) | (1.251) |
| **Gross Profit** | **1.042** | **1.989** | **3.418** | **3.418** |
| *Gross Profit %* | *73,9%* | *70,1%* | *73,2%* | *73,2%* |
| Operating Expenses | (893) | (663) | (581) | (581) |
| **EBITDA** | **149** | **1.326** | **2.837** | **2.837** |
| *EBITDA %* | *10,5%* | *46,8%* | *60,8%* | *60,8%* |
| Depreciation & Amortisation | (96) | (43) | (21) | (21) |
| EBIT | 52 | 1.283 | 2.817 | 2.817 |
| Finance Expenses | (8) | (1) | (1) | (1) |
| EBT | 44 | 1.282 | 2.815 | 2.815 |
| Corporate Income Tax | - | (256) | (563) | (563) |
| **Profit/(loss) for the year** | **44** | **1.025** | **2.252** | **2.252** |

Source: Consolidated Financial Statements 2012, Management Projections 2013 - 2015

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000695



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

## Derivation of the Discount Rate – Organic Growth

A different WACC rate is calculated under each scenario (Organic growth and Acquisition growth models). Under the Organic growth model a WACC rate for each location has been calculated as well as for the whole Group. The WACC derived under each case is used when discounting the free cash flows to present. The tables on the following pages present the WACC rates for each case. The underlying parameters used are discussed below:

**Risk Free Rate**

We have used the yield to maturity of US 10 Year Government bonds as at 31 December 2012.

**Equity Risk Premium**

An Equity risk premium of 5,45% was applied for all geographical locations, which is based on US mature market.

**Country Risk Premium**

An additional risk premium is added on the equity risk premium in order to capture the risk per country. It is based on the Moody's credit rating times 1,5 as the equity market is considered riskier than the bond market.

**Beta**

Beta was calculated as the average of the main competitors beta operating in the industry. The estimation of beta utilised a 6 month regression of data. The regression used weekly observations in order to reduce the non-trading bias in the beta estimates and the index  the S&P 500 Index.

**Financing Cost**

Weighted average of the financing interest cost based on the Group's existing debt agreements.

**Tax Rate**

Tax rate used is based on the tax rates of the jurisdictions taken into account to extract the discount rate per region.

We have used quated staturoty tax rates withoug evaluating the actual effective tax rate of each jurisdiction that the Group operates.

**Company Specific Premium**

A 1% company specific premium has been used for the organic growth model for European and US located companies. A 2% company specific premium was applied for the organic growth model for Asia located companies since they recently become operational.

A 2% company specific premium is also applied to acquisition growth scenario as it bears more risk.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000696

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER



## Derivation of the Discount Rate – Organic Growth

The concluded WACC for the Companies located in Europe stood at 10,54%.

The countries chosen for the calculation of the WACC in Europe are those countries with the highest revenue generation.

The discount rate is calculated as the weighted average of revenue generated from the countries presented on the table to the left.

| WACC Calculation-European Operations | | | | | | | Weighted WACC |
|---|---|---|---|---|---|---|---|
| Parameters | | Cyprus | Netherland | Luxembourg | Russia | UK | |
| Return on Risk Free assets | Rf | 1,61% | 1,61% | 1,61% | 1,61% | 1,61% | |
| Country Risk Premium | CRP | 15% | 0% | 0% | 2,25% | 0,00% | |
| Equity Risk Premium of mature market | ERP | 5,45% | 5,45% | 5,45% | 5,45% | 5,45% | |
| **Equity Risk Premium** | **MRP** | **20,45%** | **5,45%** | **5,45%** | **7,70%** | **5,45%** | |
| | | | | | | | |
| Debt/Equity Capital Structure | D/E | 125,0% | 25,5% | 0,0% | 0,0% | 0,0% | |
| Tax Rate | T | 12,5% | 25% | 28,8% | 20,0% | 23,0% | |
| Unlevered Beta | Bu | 0,9009 | 0,9009 | 0,9009 | 0,9009 | 0,9009 | |
| Levered beta | Bl | 1,8858 | 1,0729 | 0,9009 | 0,9009 | 0,9009 | |
| Finance cost | | 10,39% | 6,00% | 0,00% | 0,00% | 0,00% | |
| | | | | | | | |
| D/(D+E) | | 56% | 20% | 0% | 0% | 0% | |
| E/(D+E) | | 44% | 80% | 100% | 100% | 100% | |
| | | | | | | | |
| Company specific premium | | 1% | 1% | 1% | 1% | 1% | |
| **Cost of equity** | **ke** | **41,17%** | **8,45%** | **7,52%** | **9,54%** | **7,52%** | |
| **Cost of debt** | **kd** | **9,09%** | **4,50%** | **n/a** | **n/a** | **n/a** | |
| | | | | | | | |
| **WACC** | | **23,35%** | **7,65%** | **7,52%** | **9,54%** | **7,52%** | **10,54%** |

Source: KPMG Analysis

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000697



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

# Derivation of the Discount Rate – Organic Growth

The WACC of 8,67% is used for the US operations.

Again, the calculated rate is based on the weighted average based on revenue of the countries with the most significant revenue generation within US.

| WACC Calculation-US Operations | | USA | Canada | Panama | Brazil | Mexico | Weighted WACC |
|---|---|---|---|---|---|---|---|
| **Parameters** | | **USA** | **Canada** | **Panama** | **Brazil** | **Mexico** | |
| Return on Risk Free assets | Rf | 1,61% | 1,61% | 1,61% | 1,61% | 1,61% | |
| Country Risk Premium | CRP | 0% | 0% | 2,63% | 2,63% | 2,25% | |
| Equity Risk Premium | ERP | 5,45% | 5,45% | 5,45% | 5,45% | 5,45% | |
| **Market Risk Premium** | **MRP** | **5,45%** | **5,45%** | **8,08%** | **8,08%** | **7,70%** | |
| Debt/Equity Capital Structure | D/E | 1,5% | 0,0% | 0,0% | 0,0% | 0,0% | |
| Tax Rate | T | 40% | 26% | 25% | 34% | 30% | |
| Unlevered Beta | Bu | 0,9009 | 0,9009 | 0,9009 | 0,9009 | 0,9009 | |
| Levered beta | Bl | 0,9089 | 0,9009 | 0,9009 | 0,9009 | 0,9009 | |
| Finance cost | | 8,60% | 0,00% | 0,00% | 0,00% | 0,00% | |
| D/(D+E) | | 1,5% | 0,0% | 0,0% | 0,0% | 0,0% | |
| E/(D+E) | | 98,5% | 100,0% | 100,0% | 100,0% | 100,0% | |
| Company specific premium | | 1% | 1% | 1% | 1% | 1% | |
| **Cost of equity** | **ke** | **7,56%** | **7,52%** | **9,89%** | **9,89%** | **9,54%** | |
| **Cost of debt** | **kd** | **5,16%** | **n/a** | **n/a** | **n/a** | **n/a** | |
| **WACC** | | **7,52%** | **7,52%** | **9,89%** | **9,89%** | **9,54%** | **8,67%** |

Source: KPMG Analysis

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.


FOR ATTORNEYS EYES ONLY PURSUANT TO PROTECTIVE ORDER

# Derivation of the Discount Rate – Organic Growth

Revenue from Asia-located companies is generated from operation in India.

Therefore, the discount rate used for the Asia operations is based on India WACC.

| WACC Calculation-Asia Operations | | | Weighted WACC |
|---|---|---|---|
| **Parameter** | | **India** | |
| Return on Risk Free assets | Rf | 1,61% | |
| Country Risk Premium | CRP | 3% | |
| Equity Risk Premium | ERP | 5,45% | |
| **Market Risk Premium** | **MRP** | **8,45%** | |
| | | | |
| Debt/Equity Capital Structure | D/E | 0,0% | |
| Tax Rate | T | 32% | |
| Unlevered Beta | Bu | 0,9009 | |
| Levered beta | Bl | 0,9009 | |
| Finance cost | | 0,00% | |
| | | | |
| D/(D+E) | | 0,0% | |
| E/(D+E) | | 100,0% | |
| | | | |
| Company specific premium | | 2% | |
| **Cost of equity** | **ke** | **11,22%** | |
| **Cost of debt** | **kd** | **n/a** | |
| | | | |
| **WACC** | | **11,22%** | **11,22%** |

Source:   KPMG Analysis

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

## Derivation of the Discount Rate – Organic Growth

**The discount rate used to find the equity value of the Group as at 31 December 2012 is calculated at 9,54%.**

| Group's WACC | | |
|---|---:|---:|
| | **Revenue** | **WACC** |
| European operations | 13.385.337 | 10,54% |
| US operations | 18.325.331 | 8,67% |
| Asia operations | 1.410.202 | 11,22% |
| | **33.120.871** | **9,54%** |

Source:   KPMG Analysis

**Group's WACC**

The Group's WACC was calculated by weighting each location's WACC rate by the respective Revenue. Under this approach, the WACC rate for the Group amounts to 9,54% and is used to discount the whole Group's free cash flows to present value.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000700



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

## Derivation of the Discount Rate – Acquisition Growth

**The concluded WACC used under Acquisition Growth Scenario stood at 8,93%.**

| WACC Calculation-Group | | Germany | UK | Thailand | Indonesia | Vietnam | Brazil | Columbia | Argentina | Hong Kong | Weighted WACC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameters | | Germany | UK | Thailand | Indonesia | Vietnam | Brazil | Columbia | Argentina | Hong Kong | |
| Return on Risk Free assets | Rf | 1,61% | 1,61% | 1,61% | 1,61% | 1,61% | 1,61% | 1,61% | 1,61% | 1,61% | 1,61% |
| Country Risk Premium | CRP | 0,00% | 0,00% | 2,25% | 3,00% | 6,00% | 2,63% | 3,00% | 9,00% | 0,38% | 0,34% |
| Equity Risk Premium | ERP | 5,45% | 5,45% | 5,45% | 5,45% | 5,45% | 5,45% | 5,45% | 5,45% | 5,45% | 5,45% |
| **Market Risk Premium** | **MRP** | **5,45%** | **5,45%** | **7,70%** | **8,45%** | **11,45%** | **8,08%** | **8,45%** | **14,45%** | **5,83%** | **5,79%** |
| | | | | | | | | | | | |
| Debt/Equity Capital Structure | D/E | | | | | | | | | | 5,26% |
| Tax Rate | T | 29,55% | 23% | 20% | 25% | 25% | 34% | 25% | 35% | 17% | 26,23% |
| Unlevered Beta | Bu | 0,9009 | 0,9009 | 0,9009 | 0,9009 | 0,9009 | 0,9009 | 0,9009 | 0,9009 | 0,9009 | 0,9009 |
| Levered beta | Bl | | | | | | | | | | 0,9359 |
| Finance cost | | | | | | | | | | | 9,62% |
| | | | | | | | | | | | |
| D/(D+E) | | | | | | | | | | | 5% |
| E/(D+E) | | | | | | | | | | | 95% |
| | | | | | | | | | | | |
| Company specific premium | | | | | | | | | | | 2% |
| **Cost of equity** | **ke** | | | | | | | | | | **9,03%** |
| **Cost of debt** | **kd** | | | | | | | | | | **7,10%** |
| | | | | | | | | | | | |
| **WACC** | | | | | | | | | | | **8,93%** |

Source:    KPMG Analysis

### Country Risk Premium and Tax rate

The Country Risk Premium used in the WACC calculation was weighted on DC (Germany and UK) and EGC (Hong Kong, Thailand, Indonesia, Vietnam, Brazil, Columbia, Argentina) revenue levels, provided by Management as the possible targets for their acquisition strategy. The same approach was used in calculating the Tax rate to be used in the WACC calculation.

The concluded WACC used under Acquisition Growth Scenario stood at 8,93%.

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.



**ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER**

# Beta Factor

**The concluded beta used on the calculation of WACC stood at 0,9009.**

| Beta Calculation | | | |
|---|---|---|---|
| **Comparable Companies** | **D/E** | **Tax Rate** | **Unlevered Beta** |
| Akamai Technologies Inc | 0,0% | 40,0% | 1,2756 |
| Dupont Fabros Technology | 41,1% | 40,0% | 0,9228 |
| Equinix Inc | 124,4% | 40,0% | 0,6528 |
| Interxion Holding Nv | 76,7% | 25,0% | 0,5223 |
| Iomart Group Plc | 5,5% | 24,0% | 0,6596 |
| Rackspace Hosting Inc | 14,9% | 40,0% | 1,3721 |
| **Average** | | | **0,9009** |

Source: Bloomberg, KPMG Analysis

©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER



©2013 KPMG Limited, a Cyprus limited liability company and a member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved. Printed in Cyprus.

The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International.

P-G000703