# EXHIBIT 12



**STRUCTURE RESEARCH**

# MARKET SHARE

## REPORT SERIES

### MASSIVE-SCALE CLOUD

MARCH 15, 2017

**360°** PERSPECTIVE

# TABLE OF CONTENTS AND EXECUTIVE SUMMARY

## TABLE OF CONTENTS

| | |
|---|---|
| Executive Summary | 2 |
| Massive-Scale Cloud: Competitive Landscape | 3 |
| Methodology Discussion: Why These Seven? | 4 |
| Metric Takeaways | 5 |
| Massive-Scale Cloud Market Size: Market Size Graphs | 6 |
| 2016 Leaderboard | 7 |
| Revenue Table | 8 |
| Massive-Scale Cloud by Region (2016) | 9-11 |
| Geographic Split | 12-13 |
| Analysis | 14 |
| List of Countries by Region | 15 |
| About | 16 |
| Disclosures | 17 |

## CONTACT INFORMATION

### JABEZ TAN
*Research Director*
**jt@structureresearch.net**
M: +1 240 477 9433
Ⓢ @simplyjabez          🐦 @jabeztan87

### PHILBERT SHIH
*Managing Director*
**ps@structureresearch.net**
M: +1 647 822 1404
Ⓢ @phils88888          🐦 @phils88888

## EXECUTIVE SUMMARY

Last year, we published our first massive-scale cloud market share report. The report focused in on seven providers with meaningful levels of scale and overall growth was healthy, albeit very top-heavy. A year later, the market has undergone some meaningful changes and as a result, the growth trajectory has moved slightly off our previous projections. In this update, we account for that and adjust our market estimates accordingly.

In 2016, the massive-scale cloud (MSC) infrastructure market approached $18b in annual revenue and our projected CAGR for 2016-2021 is now at 45.8%. This is down from our previous five-year CAGR and reflects, in large part, the slowing we have seen at AWS. But there have been other moving parts that have had an impact. Rackspace, for example, is shifting focus and its public cloud will likely slow, while Google, Azure and Alibaba, all have shown signs that they will continue to trend upwards.

Why else has the market shifted? Not only has the competition upped its game, there has been growing reluctance to make all-in bets on a single platform and an increased awareness of the need to build backup plans. This has pushed more organizations to consider their options and look at alternatives to AWS.

This report provides growth rate projections and total revenue estimates for the massive-scale cloud providers on a five-year basis. Included are geographic splits and a total market share summation. The big picture take: this is a healthy and growing market, but there are signs that the competitive dynamics are shifting and emerging market maturity, coupled with measured adoption, will moderate gains in the next five years, while adjusting the market share distribution.

© Copyright Structure Research 2017

3  |  MARCH 2017

# MASSIVE-SCALE CLOUD:
## COMPETITIVE LANDSCAPE



LEADER

 

CHALLENGER



ASIA-PACIFIC
LEADER

  

SERVICE
PROVIDER
OPERATED

© Copyright Structure Research 2017

# METHODOLOGY DISCUSSION:
# WHY THESE SEVEN?

The cloud infrastructure market has been difficult to measure. Much of this stems from the fact there is little to no agreement on definitions. What exactly is cloud and what should be counted as cloud?

It is unlikely these questions will be answered with any acceptable level of consensus any time soon. Perhaps a better way to go about this would be to draw a line at a meaningful level of scale (defined in terms of total top-line revenue) and put companies on one side or the other. But where should that line be drawn? For the purposes of this study, we have drawn the line at $250m in annual revenue. This shortens the field to a very manageable list of seven providers. Amazon, Azure and Google are the familiar and expected names and of course, cross this threshold. Alibaba, IBM, Rackspace and Dell-EMC join them.

The revenue threshold is the main criteria here. But there is some nuance and we do have to set some parameters for what constitutes a cloud. There is no need to split hairs. A cloud is simply a third party infrastructure service that displays a fair share of the commonly accepted characteristics of cloud. Things like utility-based billing, scalability, seemingly infinite resources, third party locations, redundancy, flexibility, automated management, etc.

It does not matter – and this is an important point – if the cloud resources themselves are virtualized or physical infrastructure. In fact, a cloud, even of massive-scale, can deliver one or the other or both. It is often overlooked, but the primary defining characteristic of cloud is actually the consistency of how an infrastructure resource – virtual or physical – is bought, spun up, managed and turned off.

Looking at things this way automatically rules out providers that have a portfolio with various different services such as traditional managed hosting, private clouds and public clouds, or even colocation. In the vast majority of cases, these portfolios consist of standalone services. They are not delivered off the same platform and do not display a consistent user experience.

Clouds are easily identifiable enough. But those that have this quality of homogeneity tend to have a much better chance of reaching significant levels of scale. So a cloud must not just be a cloud. It must run off an integrated platform and show reasonable uniformity in the procurement, provisioning and management elements. Apply these criteria and we are left with a very short list.

So while it would be tempting, for example, to add all the services up in a provider's portfolio and pass the $250m threshold that will not be sufficient here. The cloud service must be identified, evaluated and measured separately on its own merits. We have done this and concluded that no providers outside this group could hit this mark.

Rackspace is the exception here. It is the only provider with a heterogeneous portfolio of offerings that has a standalone service fairly classified as cloud that also passes the $250m mark. This is why it makes the massive-scale cut.

Finally, there is a tangible side of things to consider when drawing up the massive-scale world. The seven providers that pass both the revenue and 'service attribute' tests also possess – unsurprisingly – plenty of real world scale. It is not a coincidence that all the providers here are multi-billion dollar entities and generally dwarf the average size, scope and resources of a typical IT or infrastructure service provider.

© Copyright Structure Research 2017

## METRIC TAKEAWAYS

# 45.9%
## 2016-2020 CAGR

# $17,979
*(in USD millions)*

TOTAL MSC MARKET
2016

# $118,545
*(in USD millions)*

TOTAL MSC MARKET
2021



**2016 MARKET SHARE**

18.4%
OTHER

13.6%
AZURE

68.0%
AWS

**2021 MARKET SHARE**

35.2%
OTHER

26.8%
AZURE

38.0%
AWS

68.0%
AWS

13.6%
AZURE

38.0%
AWS

26.8%
AZURE

**2016**    **2021**

© Copyright Structure Research 2017

# MASSIVE-SCALE CLOUD:
## MARKET SIZE

### MASSIVE-SCALE CLOUD: MARKET SIZE
### TOTAL MSC REVENUE (IN US$ BILLIONS): 2016-2021



### MASSIVE-SCALE CLOUD: MARKET SIZE
### YIY GROWTH: 2016-2021



© Copyright Structure Research 2017

## 2016 LEADERBOARD



**$706**
RACKSPACE CLOUD

**$717**
IBM CLOUD

**$773**
GOOGLE COMPUTE ENGINE

**$853**
ALIBABA (ALIYUN)

**$2,441**
MICROSOFT AZURE

**$256**
vCLOUD AIR/VIRTUSTREAM

1.4%

4.0%

4.3%

3.9%

4.7%

13.6%

68.0%

**$12,219**
AMAZON WEB SERVICES

© Copyright Structure Research 2017

8  |  MARCH 2017

# REVENUE TABLE

| (US$ MILLIONS) | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Alibaba (Aliyun/AliCloud) (MSC) | $853.4 | $1,664.1 | $3,161.8 | $5,849.4 | $10,529.0 | $18,425.7 |
| Amazon Web Services (AWS) (MSC) | $12,219.0 | $17,766.4 | $24,304.5 | $31,304.2 | $37,846.7 | $45,075.5 |
| Google Compute Engine (MSC) | $773.3 | $1,855.9 | $3,804.6 | $7,038.6 | $11,895.2 | $19,389.2 |
| IBM Cloud (MSC) | $717.3 | $889.5 | $1,111.9 | $1,378.7 | $1,682.0 | $2,035.3 |
| Microsoft Azure (MSC) | $2,441.4 | $4,687.4 | $8,484.3 | $13,744.5 | $21,441.4 | $31,733.3 |
| Rackspace Cloud (MSC) | $706.0 | $792.9 | $869.8 | $940.2 | $1,003.2 | $1,055.4 |
| VMware (vCloud Air/Virtustream) (MSC) | $256.3 | $361.3 | $484.2 | $610.1 | $726.0 | $831.3 |

| (US$ MILLIONS) | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Total MSC Revenue | $17,966.7 | $28,017.6 | $42,221.0 | $60,865.7 | $85,123.5 | $118,545.5 |
| *Y/Y GROWTH* | 61.7% | 55.9% | 50.6% | 44.3% | 39.9% | 39.3% |

| % SHARE | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Alibaba (Aliyun/AliCloud) (MSC) | 4.7% | 5.9% | 7.5% | 9.6% | 12.4% | 15.5% |
| Amazon Web Services (AWS) (MSC) | 68.0% | 63.4% | 57.6% | 51.4% | 44.5% | 38.0% |
| Google Compute Engine (MSC) | 4.3% | 6.6% | 9.0% | 11.6% | 14.0% | 16.4% |
| IBM Cloud (MSC) | 4.0% | 3.2% | 2.6% | 2.3% | 2.0% | 1.7% |
| Microsoft Azure (MSC) | 13.6% | 16.7% | 20.1% | 22.6% | 25.2% | 26.8% |
| Rackspace Cloud (MSC) | 3.9% | 2.8% | 2.1% | 1.5% | 1.2% | 0.9% |
| VMware (vCloud Air/Virtustream) (MSC) | 1.4% | 1.3% | 1.1% | 1.0% | 0.9% | 0.7% |

| Y/Y GROWTH | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Alibaba (Aliyun/AliCloud) (MSC) | 124.2% | 95.0% | 90.0% | 85.0% | 80.0% | 75.0% |
| Amazon Web Services (AWS) (MSC) | 55.1% | 45.4% | 36.8% | 28.8% | 20.9% | 19.1% |
| Google Compute Engine (MSC) | 175.0% | 140.0% | 105.0% | 85.0% | 69.0% | 63.0% |
| IBM Cloud (MSC) | 23.0% | 24.0% | 25.0% | 24.0% | 22.0% | 21.0% |
| Microsoft Azure (MSC) | 102.0% | 92.0% | 81.0% | 62.0% | 56.0% | 48.0% |
| Rackspace Cloud (MSC) | 15.8% | 12.3% | 9.7% | 8.1% | 6.7% | 5.2% |
| VMware (vCloud Air/Virtustream) (MSC) | 50.0% | 41.0% | 34.0% | 26.0% | 19.0% | 14.5% |

© Copyright Structure Research 2017

## MASSIVE-SCALE CLOUD:
## BY REGION (2016)

**$17,967M** TOTAL



EUROPE (EU)
$1,710M

UNITED KINGDOM (UK)
$1,258M

EAST ASIA
$455M

CANADA
$172M

CHINA
$966M

UNITED STATES
$10,813M

SOUTH ASIA
$505M

LATIN AMERICA
$357M

SOUTH EAST ASIA
$912M

MIDDLE EAST/AFRICA (MEA)
$25M

AUSTRALIA/NEW ZEALAND (ANZ)
$795M

© Copyright Structure Research 2017

# MASSIVE-SCALE CLOUD:
## BY REGION (2016-2021)

| (US$ MILLIONS) | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Total MSC | $17,967 | $28,018 | $42,183 | $60,866 | $85,124 | $118,546 |

| (US$ MILLIONS) | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| United States | $10,813.4 | $16,608.6 | $24,475.0 | $34,312.3 | $46,093.2 | $60,990.3 |
| Canada | $171.8 | $290.3 | $474.0 | $741.3 | $1,117.6 | $1,674.2 |
| United Kingdom | $1,257.7 | $1,880.7 | $2,714.5 | $3,746.3 | $4,999.5 | $6,654.9 |
| European Union | $1,709.6 | $2,569.6 | $3,697.3 | $5,057.5 | $6,646.6 | $8,693.4 |
| South East Asia | $912.0 | $1,445.3 | $2,217.1 | $3,274.4 | $4,737.5 | $6,918.5 |
| East Asia | $454.8 | $783.6 | $1,330.3 | $2,173.8 | $3,502.8 | $5,608.4 |
| South Asia | $504.8 | $784.4 | $1,179.4 | $1,692.1 | $2,350.8 | $3,245.9 |
| China | $965.9 | $1,875.8 | $3,500.3 | $6,245.7 | $10,781.6 | $18,157.1 |
| Latin America | $357.1 | $492.8 | $646.6 | $809.9 | $970.1 | $1,168.6 |
| Middle East/Africa | $25.0 | $40.4 | $65.6 | $104.6 | $160.3 | $243.1 |
| Australia/New Zealand | $794.6 | $1,245.9 | $1,882.9 | $2,707.8 | $3,763.5 | $5,191.1 |



MSC BY REGION (IN US$ MILLIONS)*

*For accuracy of scale, US not represented.

© Copyright Structure Research 2017

# PERCENT SHARE
## BY REGION (2015-2021)

| % SHARE | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| United States | 61.2% | 60.2% | 59.3% | 58.0% | 56.4% | 54.1% | 51.4% |
| Canada | 0.9% | 1.0% | 1.0% | 1.1% | 1.2% | 1.3% | 1.4% |
| United Kingdom | 7.3% | 7.0% | 6.7% | 6.4% | 6.2% | 5.9% | 5.6% |
| European Union | 9.8% | 9.5% | 9.2% | 8.8% | 8.3% | 7.8% | 7.3% |
| South East Asia | 5.0% | 5.1% | 5.2% | 5.3% | 5.4% | 5.6% | 5.8% |
| East Asia | 2.3% | 2.5% | 2.8% | 3.2% | 3.6% | 4.1% | 4.7% |
| South Asia | 2.8% | 2.8% | 2.8% | 2.8% | 2.8% | 2.8% | 2.7% |
| China | 3.9% | 5.4% | 6.7% | 8.3% | 10.3% | 12.7% | 15.3% |
| Latin America | 2.2% | 2.0% | 1.8% | 1.5% | 1.3% | 1.1% | 1.0% |
| Middle East/Africa (MEA) | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% | 0.2% |
| Australia/New Zealand (ANZ) | 4.4% | 4.4% | 4.4% | 4.5% | 4.4% | 4.4% | 4.4% |



PERCENT SHARE 2015-2021:
EU. UK. CHINA



PERCENT SHARE 2015-2021:
US. EU. UK. CHINA



PERCENT SHARE 2016:
GLOBAL BY REGION

© Copyright Structure Research 2017

# GEOGRAPHIC SPLIT: **2016**









© Copyright Structure Research 2017

# GEOGRAPHIC SPLIT: **2016**



### ALIBABA (ALIYUN)

- **4.0%** E. ASIA
- **2.1%** US
- **2.0%** S.E. ASIA
- **91.9%** CHINA



### GOOGLE COMPUTE ENGINE

- **2.2%** S. ASIA
- **1.5%** E. ASIA
- **1.0%** S.E. ASIA
- **1.5%** EU
- **1.5%** UK
- **2.0%** LATAM
- **1.0%** MEA
- **1.3%** ANZ
- **0.8%** CANADA
- **87.3%** US
- **0.0%** CHINA



### VCLOUD AIR / VIRTUSTREAM

- **1.0%** S. ASIA
- **1.2%** E. ASIA
- **1.2%** S.E. ASIA
- **3.5%** EU
- **5.5%** UK
- **1.0%** LATAM
- **1.2%** MEA
- **1.2%** ANZ
- **1.0%** CANADA
- **83.2%** US
- **0.0%** CHINA

© Copyright Structure Research 2017

14   |   MARCH 2017

## ANALYSIS

- Amazon continues to grow at a tremendous rate. However, the rate of this growth started to decelerate in 2016 and the declines have been consistent from quarter to quarter. AWS has managed to kick back into growth acceleration in the past after a period of deceleration, but this is going to be harder to achieve given the level of scale it has already reached and the emerging competitive strength from Azure and Google. There is no question AWS is going to continue scaling. But the rate at which this will happen is going to decrease and we see AWS as a $45b business in the 2021 time frame. This is adjusted quite a bit from previous projections.

- Azure has stabilized itself in the cloud market. Its results show a consistent and healthy trajectory and it has performed to our previous expectations. We have adjusted Azure's projections downwards only slightly and it continues to track towards a $30b revenue stream in 2021 with more momentum picking up in future years as the product matures and initiatives like Azure Stack help it tap into the upside of its existing IT infrastructure footprint.

- Google's 'science project' operating style has been a stumbling block for things like cloud, but a year or so after making a number of moves to build a business unit that can cater to the enterprise, things are starting to come into focus. Google is competing and winning deals. Analytics and machine learning is an area it is showing differentiation in, while the growing desire to hedge against all-in AWS bets is also positioning it to win deals. Accordingly, we have pushed Google's cloud projections upwards.

- IBM Cloud continues to track steadily and its installed enterprise customer base continues to be the primary addressable market. Given this reality, growth of IBM Cloud – at least on the pure infrastructure level – is likely to be incremental and in line with the relatively measured pace of cloud migration and adoption in the enterprise. IBM Cloud is probably the hardest cloud to put an exact finger on given the wide range of portfolio services and the managed services and consulting that is sold alongside standalone infrastructure services.

- Alibaba continues to track in line with its aggressive early stage growth. The large addressable market at its disposal, and the burgeoning startup and technology economy emerging in the region, provide it with a very high ceiling. Being at such an early stage and having so much upside, it only makes sense to be optimistic about its chances and we have adjusted our projections accordingly.

- Rackspace has been through a ton of change in the last year and is now betting its future on the managed third party cloud market. It divested part of its cloud infrastructure business – what was formerly known as Cloud Sites – but has kept its Open-Stack-based public cloud. With the new direction, it is safe to say that pushing its own public cloud won't be the primary emphasis. This will reflect in the underlying numbers and we have dialed down Rackspace considerably.

- There continues to be a number of moving parts when it comes to EMC/VMware's cloud strategy. In the past year, it is increasingly apparent that the Virtustream platform will be the one that is pushed going forward, while vCloud Air will be de-emphasized and VMware is going to follow the channel partnership path. Virtustream is focused on the enterprise market and its projection reflects a relatively more specialized focus.

© Copyright Structure Research 2017

# COUNTRIES BY REGION*

## *NOTABLE COUNTRIES AND NOT A COMPREHENSIVE LIST



**UNITED KINGDOM (UK)**

England
Northern Ireland
Scotland
Wales

**EUROPE (EU)**

Austria
Belgium
Bulgaria
Croatia
Republic of Cyrus
Czech Republic
Denmark
Estonia
Finland
France

Germany
Greece
Hungary
Ireland
Italy
Latvia
Lithuania
Luxembourg
Malta
Netherlands

Poland
Portugal
Romania
Russia
Slovakia
Slovenia
Spain
Sweden

**EAST ASIA**

Hong Kong
Japan
South Korea
North Korea
Taiwan

**CANADA**

**UNITED STATES**

**CHINA**

**LATIN AMERICA**

Argentina
Bolivia
Brazil
Chile
Colombia
Costa Rica
Cuba
Dominican Republic
Ecuador
El Salvador
Guatemala
Haiti
Honduras
Mexico
Nicaragua
Panama
Paraguay
Peru
Puerto Rico
Uruguay
Venezuela

**MIDDLE EAST & AFRICA**

Egypt
Iran
Iraq
Israel
Kenya
Kuwait
Morocco
Nigeria
Pakistan
Qatar
Saudi Arabia
South Africa
Syria
Turkey
United Arab Emirates
Yemen

**SOUTH EAST ASIA**

Brunei
Burma (Myanmar)
Cambodia
East Timor
Indonesia
Laos
Malaysia
Philippines
Singapore
Thailand
Vietnam

**SOUTH ASIA**

Bangladesh
India
Pakistan
Sri Lanka

**AUSTRALIA /
NEW ZEALAND**

Australia
New Zealand

© Copyright Structure Research 2017

# ABOUT THE AUTHORS



**JABEZ TAN**
*Research Director*
jt@structureresearch.net



**PHILBERT SHIH**
*Managing Director*
ps@structureresearch.net

**JABEZ TAN** is Research Director with Structure Research, an independent Toronto-based research and consulting firm devoted to the hosting, colocation and cloud infrastructure services market.

Mr. Tan is based in Los Angeles, California, and his coverage focuses on the data centre infrastructure market - primarily retail and wholesale colocation providers but also modular data centre, managed hosting and cloud infrastructure companies.

Mr. Tan is responsible for coverage of the Asia-Pacific region and leads the building of Structure Research's proprietary market share data. Prior to joining Structure Research, Mr. Tan was a Research Analyst for the quantitative services team at Tier1 Research and later parent company 451 Research.

In this role, he assisted in the development and maintenance of the company's market sizing and other quantitative services deliverables with an emphasis on the Internet infrastructure sectors, including colocation, managed hosting and cloud infrastructure. Other areas of coverage include data centre technology vendors and modular data centres.

Mr. Tan holds a BSc in Aerospace Engineering from the University of Maryland, College Park. He was also a platoon sergeant in the Singapore Armed Forces and is fluent in Mandarin Chinese.

**PHILBERT SHIH** is the Founder and Managing Director of Structure Research, an independent research and consulting firm devoted to the hosting and cloud infrastructure services market. Mr. Shih has covered the hosting infrastructure space for over a decade. Prior to founding Structure Research, Mr. Shih was the first hosting analyst hired after Tier1 Research was sold to The 451 Group (2005) and spent six years as Senior Analyst for Hosting. In this role, Mr. Shih helped launch Tier1's coverage of hosting in international markets and was the lead and contributing author to all of the company's quarterly and bi-annual hosting infrastructure sector reports.

Prior to joining Tier1 Research, Mr. Shih spent more than four years covering the web hosting industry – three of them as Senior Staff Writer for The Web Host Industry Review's online and print publications. At theWHIR, Mr. Shih covered companies in the consumer, SMB and enterprise hosting, cloud and colocation segments.

Mr. Shih's coverage in the sector is global in scope and extends across the broader Internet infrastructure value chain – including companies in the SaaS and automation software markets. Mr. Shih is a regular speaker at industry events and has been quoted in various publications such as theWHIR.com, The Globe and Mail, Computerworld, InfoWorld, Bizjournals, eWeek, The Houston Chronicle, The Deal and The E-commerce Times. Mr. Shih holds an MA in Political Science from the University of British Columbia with a specialization in political-economic development.

© Copyright Structure Research 2017

# DISCLOSURES

The opinions, forecasts, and recommendations contained in this report are those of the analysts preparing the report and are based upon the information available to them as of the date of the report.

The analysts are basing their opinions upon information they have received from sources they believe to be accurate and reliable. The completeness and/or accuracy is neither implied nor guaranteed. The opinions and recommendations are subject to change without notice.

The report is provided to clients of Structure Research for informational purposes only and is not an offer or a solicitation for the purchase or sale of any financial instrument. No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without Structure Research's prior written consent.

Analyst Certification: We, Jabez Tan and Philbert Shih, hereby certify that the views expressed in the foregoing research report accurately reflect our personal views about the subject securities and issue(s) as of the date of this report. We further certify that no part of our compensation was, is, or will be directly, or indirectly, related to the specific recommendations or views contained in this research report.

We do not own any shares in companies mentioned in this report, unless otherwise indicated with a #.

## ABOUT STRUCTURE RESEARCH

Structure Research is an independent research and consulting firm with a special focus on the data centre and cloud segments within the Internet infrastructure market. We are devoted to understanding, tracking and projecting the future of data centre and cloud infrastructure service providers. Managing Director Philbert Shih founded Structure Research in September 2011.

Structure Research works with service providers, vendors, institutional investors, venture capital firms and IT users as a research and advisory partner. Our subscription-based revenue model includes regular opinion and analysis, company, trend and topic reports, financial models, online databases containing market analytics and consulting services. The company has three associates and is based in Toronto, Canada, with offices in Los Angeles, CA, Miami, FL, and Cologne, Germany.

FOR INFORMATION ABOUT OUR SERVICES. PLEASE EMAIL US:
**INFO@STRUCTURERESEARCH.NET**

© Copyright Structure Research 2017

STRUCTURE RESEARCH

STRUCTURE RESEARCH

200-243 QUEEN STREET WEST

TORONTO, ONTARIO

CANADA M5V 1Z4

+1.647.822.1404

INFO@STRUCTURERESEARCH.NET

360° PERSPECTIVE