# EXHIBIT 17



BuzzFeed    Quizzes    Tasty    More

# Kremlin Says Trump Claims Are "Fake" While Trump Slams "Political Witch Hunt"

Moscow's statement was released after an unverified document, published by BuzzFeed News, alleged Russia had been "assisting" the president-elect for years. On Twitter, Trump also blasted the allegations.

Originally posted on January 11, 2017, at 2:48 a.m.

Updated on January 11, 2017, at 5:18 a.m.



Rose Troup Buchanan
BuzzFeed News Reporter



Timothy A. Clary / AFP / Getty Images

Moscow and President-elect Donald Trump have both rejected unverified claims about Trump's ties to the Kremlin that are made in a dossier circulating among US law enforcement agencies and senior politicians, stating that the allegations are intended to damage US and Russian relations.

The 35-page document, published on Tuesday night by BuzzFeed News, claims the Russian government has been "cultivating, supporting and assisting" Trump in the years running up to his election. The unsubstantiated memos also claim Russia has potentially embarrassing information about the new president-elect.

Share    Share

In a strongly worded statement on Wednesday, Kremlin spokesperson Dmitry Peskov said the document was "an obvious attempt to harm our bilateral relations."

Trump took to twitter to say that Russia has "has never tried to use leverage over me" and to decry "A TOTAL POLITICAL WITCH HUNT." Trump's longtime lawyer, Michael Cohen, also denied one of the dossier's claims: that the attorney had visited Prague for a meeting with Russian operatives.

Peskov, according to the Russian news agency agency TASS, said: "The Kremlin has no compromising dossier on Trump, these allegations are untrue and are totally made up." He added, "This is called pulp fiction and [such publication] is an obvious attempt to harm our bilateral relations."


**max seddon**
@maxseddon

Kremlin spokesman Peskov says the notion that Russia has any kompromat on Trump is "totally made up."

1:05 AM - Jan 11, 2017

10    16    17

"The quality of this paper speaks for itself. [It is necessary] to respond to this with a certain sense of humor," he said. "Although there's a sad side to this indeed. There are those who escalating the hysteria and who go all out to maintain a state of witch hunt."

Trump also dismissed the allegations. In a series of tweets Wednesday morning the president-elect supported the Russian government's claim that the dossier was false, and said: "Russia has never tried to use leverage over me."


**Donald J. Trump**
@realDonaldTrump

Russia has never tried to use leverage over me. I HAVE NOTHING TO DO WITH RUSSIA - NO DEALS, NO LOANS, NO NOTHING!

4:31 AM - Jan 11, 2017

31,648    23,558    83,774

He went on to seriously criticize US intelligence agencies, saying they were taking a "last shot" at him, before making a comparison to Nazi Germany.



Intelligence agencies should never have allowed this fake news to "leak" into the public. One last shot at me. Are we living in Nazi Germany?

4:48 AM - Jan 11, 2017

59,950      31,341      105,603

The president-elect had yesterday called the allegations a "total political witch hunt" in a tweet shortly after the publication of the dossier.


**Donald J. Trump**
@realDonaldTrump

FAKE NEWS - A TOTAL POLITICAL WITCH HUNT!

5:19 PM - Jan 10, 2017

49,688      28,271      90,904

Meanwhile, Trump's lawyer Cohen – who was also named in the unverified dossier – told *The Atlantic* Tuesday the allegations were "totally fake, totally inaccurate".

Cohen, who in the dossier is alleged to have been to Prague for a meeting with Russian operatives, told the magazine he had never visited either the Czech Republic or Russia. He also tweeted a picture of his passport cover repeating the denials. "The story is completely inaccurate, it is fake news meant to malign Mr. Trump," he said.

According to the dossier, Cohen had been in Prague sometime in late August or early September. The Atlantic quoted an unnamed "baseball source" at the University of Southern California saying that Cohen and his son had visited USC on Aug. 29.

A government source told CNN's Jake Tapper that a different Michael Cohen — with a passport from another country — was in Prague. This Michael Cohen reportedly shared the same birth year as Trump's lawyer, but a different birth date. "So for Cohen to dispute that he was in the Czech Republic completely confirms and comports with our reporting," Tapper said.



Sen. Dick Durbin on Wednesday called for a special investigation into the dossier, saying, "The American people need to know the credibility of these allegations of attempts to compromise the President-elect — his public statements about Russia and President Putin are even more worrisome in this context."

Durbin said the unverified reports "warrant serious investigation by a Select Committee in Congress or a Commission of public officials and private citizens." He also called for assurance from Sen. Jeff Sessions — whose confirmation hearing to be the next US Attorney General is underway — to continue investigating the allegations.

Nikolay Kovalyov, former director of the Russian security service, the FSB, also rejected reports Russia's secret service had damaging material on Trump.

"Of course there's no kompromat [secret dossier]," Interfax news agency reported Kovalyov as saying. "Collect some dirt on a man who came here and engaged in the production of some kind of beauty contest? Who can be possibly interested in that?"

Kovalyov, who was director of the FSB from July 1996 to July 1998, said that in his experience "there's no such practice in Russia."

According to Interfax, he went on to state: "It seems that the Obama administration has pulled all efforts to compromise the winner of the presidential race, and in this struggle they believe that all means are good."

The validity of the documents was criticized by WikiLeaks. The organization tweeted early Wednesday morning that the report's "style, facts & dates show no credibility."

On Tuesday, CNN reported that both Trump and President Barack Obama received a two-page synopsis of the 35-page dossier.

During an appearance on Late Night With Seth Meyers, the president-elect's former campaign manager and current White House senior staffer Kellyanne Conway said Trump was "not aware" of any briefing on the matter.

# These Reports Allege Trump Has Deep Ties To Russia

Rose Troup Buchanan is a reporter for BuzzFeed News and is based in London.

Got a confidential tip? Submit it here.

**News moves fast. Keep up with the BuzzFeed News daily email!**

| Your email address | Sign up |

**136 Comments**                                                       Sort by  Top


Add a comment...


**Richard Thomas**
Buzzfeed attempts to establish hard core news creds and ends up with epic liberal 4Chan written scam on their hands. This one gives "Fake News" a whole new meaning. Lights out if Trump decides to pursue a lawsuit as a private citizen which he can because he is not yet sworn. The liberal left in their torment. A gift that just keeps giving. Word is the newsroom at Buzzfeed are dusting off their resumes.

Like · Reply ·    54 · 1y


**Cody Gray**
Hmm, that's funny considering various media outlets and politicians has this dossier months before any of the mentions on 4chan (which amount to one reference to an 'orgy'). The truth is that a few trolls on 4chan are trying to claim responsibility for this to stroke their egos, and the foil hat wearing right are buying it hook,line, and sinker. Fake news is an issue, but it's not coming from the left and it's not coming from the MSM.

Like · Reply ·    31 · 1y


**Villa Los Peces**
Fake news......that is you people. FOX sued in fed court for the right to sell fake news as real news. That is fact. Everything else is just BS, coming from the right.

Like · Reply ·    15 · 1y


**John Kelly** · U of mn
Richard , thanks for sharing those very special thoughts . Now go have a cookie .

Like · Reply ·    7 · 1y

**Show 10 more replies in this thread**


**Paula Rose** · Works at USMC Semper Fit and Exchange Services Head Quarters
The initial Buzzfeed report stated the documents were unverified. The NY Times says they cannot write an article on the document because they cannot verify it. There is no proof this is real. This reporter should be fired, and I would back a defimation lawsuit on this one because the reporter, and Buzzfeed, lied through their teeth AND ADMITTED it in their article!


Theyre probably safe, because they SAID it was unverified. Honestly, if this is a fake story (and thats an IF, because though the golden shower parts might be, the parts that describe his connections to russia aren't/arent bein talked about), he should just suck it up, how many stories came out about the Clintons and selling weapons to isis? Or child sex trafficking?? Remember Pizza Gate?? Trump needs to grow some thicker skin.

Like · Reply ·   4 · 1y


**Martin Scholes** · University of Wolverhampton

Cristina Méndez Nope. That defense would not work. In fact, publishing something which you admit you know is fake would mean that the courts would have to disallow that as a defense. Buzzfeed should stick to stuff like "30 photographs of cute kitties" and leave journalism to the professionals.

Like · Reply ·   1 · 1y


**Lyndsay Ball** · Ashburn, Virginia

Martin Scholes unverified doesn't mean fake. Just like the sex assualt allegations, buzzfeed and other media outlets reporting that this came out is not fake news and the fact that they said it isn't verified is enough. They are telling you that an MI6 agent released this document and here is what it claims. They are not releasing this as evidence or even factual. They are telling you to take this with a lot of salt because it may not be true, merely reporting that this document exists. There is a difference and if they said "hey this document is 100% true and irrefutable" then there would be grounds for a defamation lawsuit.

Like · Reply ·   4 · 1y

**Show 1 more reply in this thread**


**Justin Burnett** · Reno, Nevada

The liberals must really be pissed they lost the election. There spreading propaganda and liberals are eating it up. It's pathetic. Russia did not hack the election. How delusional can you be as people. Just a bunch of followers who believe anything the media tells you. Trump won get over it.

Like · Reply ·   13 · 1y


**Don Ray**

Stop spinning the story with "hacked the election." No one is claiming they did. They did try to influence the election through propaganda and leaks of the opposition.

Like · Reply ·   11 · 1y


**Villa Los Peces**

So fuck every single USA intelligence agecy, right? If that report was about Obama, you would have called it Gospel.

Like · Reply ·   23 · 1y


**John Kelly** · U of mn

You're a good little follower yourself , justin .

Like · Reply ·   6 · 1y

**Show 10 more replies in this thread**


**Vince Plowman** · Kennesaw State University

lol! Gotta love all the Buzzfeed comments.
Tues. night: "Bombshell bitches! Trump is dead!"
Wed. morning: "But, but, did you read the rest of the article? Trump had ties. Trump still has ties!"

Like · Reply ·   2 · 1y · Edited


Oh Donald, you created this monster. This story is true, including your enjoyment of "wet works," because I believe that it's true. That's all that matters anymore: truthieness.

Like · Reply · 25 · 1y


**Vi Puhstushin**
I think "wet work" is murder/assassination. Anyway, based on my extensive watching of 24 and similar! Heh.

Like · Reply · 1 · 1y


**Robin Phillips** · Consultant at Self-Employed
"Wet works" means assasination/murder not "Golden Showers"!

Like · Reply · 1y


**Michael Munger**
Robin Phillips wow... swing and a miss.
That was my joke �

Like · Reply · 1y

**Show 1 more reply in this thread**


**Lawrence Stratton** · Stanford University
I've read the report and it has so much specific details in it over a long time-frame, that cannot be dismissed as fake news.

Of course Putin is denying the accussations. It's their routine business to spread fake news and to create chaos by spreading desinformation.

Like · Reply · 26 · 1y


**Shaun Shelton**
wow. Is this what you learn at Stanford? Enjoying your safe space? This was a 4chan hoax of epic proportions that the CIA fell for. It's debunked. Don't you just look petty and silly and foolish.

I'd get a refund on your expensive education. You're dumber than ever. And a sore loser.

Like · Reply · 23 · 1y


**Villa Los Peces**
Shaun Shelton I would much rather listen to a guy from Stanford than somebody from Utah any day of the week.

Like · Reply · 51 · 1y


**Dixie Demshock Trent** · Phillipsburg High School, KS
Villa Los Peces However, he is CORRECT!!! This morning we find out that "4chan" pulled off the HOAX of the century," and even FOOLED the CIA, the FBI, and the MSM!!!!!!!!!!!!!

Like · Reply · 8 · 1y

**Show 10 more replies in this thread**


**Heather Libby** · Vancouver, British Columbia
I feel so much better. Neither of them have ever lied about anything before.

Like · Reply · 93 · 1y

**Jared Stasch**

are a bunch of liars.

Like · Reply · 16 · 1y


**Diandra Durand**
Jared Stasch These are leaked docs from MI-6 so...

Like · Reply · 11 · 1y


**Lori Houfek Graves** · Works at Self-Employed
Jared Stasch yeah. I totally get what you're saying. Kind of like 8 years of hearing how obama was born a kenyan muslim.

Like · Reply · 45 · 1y

**Show 10 more replies in this thread**


**Bobby Merkle** · Multimedia Developer / Video Producer at 1 Prospect Tech
"The statement was released after an ***unverified*** document, published by BuzzFeed ???News???, alleged Russia had been "assisting" the president-elect for years."

Any true journalist would NEVER EVER publish ANYTHING that is unverified. BuzzFeed is run by a bunch of non journalist morons. Change your name to BottomFeed because thats really where you get your information. From the bottom of the dirtiest gutters where you all live.

Like · Reply · 5 · 1y


**William Echevarria Jr.** · Project manager at SAP National Security Services
Total fake job. Gotta luv the Reddit Trump fans who concacted this hilarious fake news stream. CNN and Buzzfeed just swallowed this biggest hoax of the century.

Like · Reply · 14 · 1y


**Shaun Shelton**
Not just buzzfeed and CNN; the freaking CIA fell for the hoax. Disturbing to think our nation is being protected by rocky and bullwinkle!!

Like · Reply · 11 · 1y


**Cristina Méndez**
Shaun Shelton If anything, the "golden shower" thing is fake. But if you read the full report, the rest of it isn't, and trumps ties to Russia are very much there.

Like · Reply · 8 · 1y


**Daniel Firestone**
Trump tried to convince people HIllary was running a sex slave operation out of a pizza place in New Jersey and you robots believed that. But you won't believe this? Because the man that makes your sphinctre tingle is now the one in the target...poor baby.

Like · Reply · 24 · 1y

**Show 10 more replies in this thread**


**Todd Walters**
Gee if these were real why now? Why not 6months ago before the election, why not before the election started? Buzzfeed = fake news spreader

Like · Reply · 21 · 1y

timing is fishy would've actually made sense if this was released then, but now the only people who have anything to gain by releasing this are the American people.

Like · Reply · 20 · 1y


**Michelle Daniels** · Austin, Texas

Mother Jones published excerpts on October 31st.

Like · Reply · 4 · 1y


**Daniel Firestone**

Donald Trump himself was spreading fake news about Hillary Clinton throughout the campaign and you didn't complain about it then.

Like · Reply · 13 · 1y

**Show 8 more replies in this thread**

**Load 10 more comments**

Facebook Comments Plugin

**BuzzFeed Home**
Sitemap