# EXHIBIT 18



BuzzFeed  Quizzes  Tasty  More

WORLD

# Spy Agencies Around The World Are Digging Into Trump's Moscow Ties

Israel and at least one Western European country are investigating the claims made in a 35-page dossier about President-elect Donald Trump's ties to Russia.

Posted on January 13, 2017, at 4:06 p.m.



Sheera Frenkel
BuzzFeed News Reporter



*Bryan R. Smith / AFP / Getty Images*

SAN FRANCISCO — The dossier alleging that the Russian government has compromised President-elect Donald Trump has not only been circulating at the highest levels of the US government, but also among the intelligence agencies of other countries, two Israeli intelligence officers told BuzzFeed News. And while the dossier's claims haven't been verified, the officers said that intelligence services from other countries have been doing their own digging into Trump's connections to Moscow.

Share                                           Share

"You can trust me that many intelligence agencies are trying to evaluate the extent to which Trump might have ties, or a weakness of some type, to Russia," one of the intelligence officers said.

Part of Israel's interest, he said, came from wanting to know how much of the intelligence it routinely shares with the Unites States might be fed to Russia.

The document published by BuzzFeed News "had been circulating for some months" among intelligence officers from various governments, one of the officers said. Both asked to speak on condition of anonymity, citing the sensitive nature of the claims in the dossier, a 35-page collection of memos commissioned by political opponents of Trump and written by a former British intelligence agent, identified in news reports as Christopher Steele.

Besides the Steele dossier, several unconfirmed reports of ties between Moscow and Trump are being circulated among Western intelligence agencies, said one of the Israeli officials familiar with the reports.

"There have been various reports about Trump's ties to Russia," the officer said in reference to other unpublished reports. "The dossier is one of them, but there are others, they make other allegations. Some are more specific, and some are less. You can trust me that many intelligence agencies are trying to evaluate the extent to which Trump might have ties, or a weakness of some type, to Russia."

In a meeting on Saturday, one of the officers showed BuzzFeed News a copy of the Steele dossier, which alleges that the Russian government has for years been "cultivating, supporting and assisting" Trump and has gathered compromising information about his finances and sexual exploits. BuzzFeed News and many other media organizations have been investigating the allegations but have not been able to verify them. The report contains some outright errors, and both Trump and the Russian government have slammed it as false.

The officer said Israel had received the dossier via a Western European ally, though he would not specify the country, arguing it was "not appropriate." The BBC also reported that the US had received the dossier via a "Baltic State," though it did not specify which one, and that there were video tapes and audio that could be used to blackmail Trump.

The officer said intelligence officials from various countries were privy to other reports, some compiled by intelligence officers, which detailed prior ties Trump might have to Russia, as well as various global business interests held by the Trump family.

The details of the Steele dossier were not independently corroborated by Israel, the officer said, and were "not likely" to be. "The number of people who would know the specific details of what happened at a Moscow hotel are so small," he said, adding that "it would be easier to tell you what was happening in [Syrian President Bashar al-]Assad's bedroom."

The officer said part of Israel's interest in the dossier — and in other intelligence on Trump's ties to Russia — stems from concern that secrets Israel shares with the Unites States might be fed to Russia.

Earlier this week, Israel's *Yediot Ahronot* newspaper reported that Israeli intelligence officials were questioning whether to continue sharing intelligence with the incoming Trump administration. The report said that during a recent meeting with US intelligence officials, Israel was told that the Russians had "leverages of pressure" to use against Trump. BuzzFeed News could not independently confirm that a meeting had taken place.

"According to the Israelis who were present in the meeting, the Americans recommended that until it is made clear that Trump is not inappropriately connected to Russia and is not being extorted – Israel should avoid revealing sensitive sources to administration officials for fear the information would reach the Iranians," the *Yediot Ahronot* reported.

Sheera Frenkel is a cybersecurity correspondent for BuzzFeed News based in San Francisco. She has reported from Israel, Egypt, Jordan and across the Middle East. Her secure PGP fingerprint is 4A53 A35C 06BE 5339 E9B6 D54E 73A6 0F6A E252 A50F
Contact Sheera Frenkel at sheera.frenkel@buzzfeed.com.

Got a confidential tip? Submit it here.

News moves fast. Keep up with the BuzzFeed News daily email!

Your email address                                                                      Sign up

93 Comments                                                             Sort by   Top


Add a comment...


**Carlos Lara**
Fake news my ass, russian trolls were so agitated when Buzzfeed released the investigation two days ago that was easy to see through that reaction how worried are Trump and Putin cheerleaders.

I will say it again, I wouldn't be surprised if republicans impeach him in less than one year, the superior leader is a disaster waiting to happen.

Like · Reply ·          244 · 1y


**Kathy Latte**
Winnie Garcia and u also probally believe that we REALLY do once in a while have a real and literal BLUE moon do u

Like · Reply ·          9 · 1y


**Aaron Shay**
Kathy Latte uses Troll Technique...

It's super effective!

Like · Reply ·          60 · 1y


**Sylvia A. M. Colburn** · Houston, Texas
Kathy Latte "u mexicans". How do you like the sound of YOU BLACKS? I don't; now You Drink-the-Koolaide Idiots sounds pretty good.

Like · Reply ·          18 · 1y


**Johanna Modica** · UMass Boston
They should not even inaugurate him. There are simply too many scandals attached to Trump, not to mention his empire with golf courses and hotels in other countries, which he seems reluctant to divest himself of.
Like · Reply · 139 · 1y


**Bryant Valenti**
Yes...let's listen to you...Jack ass
Like · Reply · 5 · 1y


**Chet Childers** · Model at Victoria's Secret
Bryant Valente has a point! Too bad it is on the top of his head.
Like · Reply · 55 · 1y


**Diane Truitt** · Anchorage, Alaska
I think there has to be an inauguration to impeach???
Like · Reply · 7 · 1y

Show 10 more replies in this thread


**Marise Fleurisca** · Northeastern Illinois University, BS Comp Sci
What a mess? A total mess! I feel like I am in nightmare & cannot wake up. This is waaaaay beyond party affiliation. We would have avoided all that mess if he had shown his taxes as he was requested to do. He dances to his own tune. Dt has to realise that he no longer works for himself. He is employed by the taxpayers. He has to follow the rules. He wants to be president on his own term. He is the only one who can solve this mystery/dilemma/ect....
Like · Reply · 78 · 1y


**Mary Beth** · UMSL
We are doomed
Like · Reply · 29 · 1y


**Eileen Hackett** · Battin High School
DT is paid zero therefore he will give nothing.
Like · Reply · 10 · 1y


**Cheryl Leitch** · Works at Retired
He's a flat out fraud! It's almost as if he's inviting somebody to take him down!
And God help us that can't be soon enough!!!
Like · Reply · 42 · 1y

Show 9 more replies in this thread


**Kaila Williams**
Let it GO Buzzfeed. You soiled your reputation as journalists. You've been chided by the entire establishment media for your yellow journalism and fake news. Even the most basic plot points of that dossier where easily and instantly debunked by Trump himself. You're only making yourselves less relevant by digging your heels in.
Like · Reply · 12 · 1y


**Pattie Bauer**

Like · Reply · 91 · 1y


**Kaila Williams**

Hahaha! You're derision is so sweet! America voted and stripped every bastion of power from liberalism in this country. Trump has a mandate... so if you have to be snarky to preserve your pride you go right ahead honey. Us conservatives will be too busy changing the world LoL

Like · Reply · 5 · 1y


**Laurie Tudela** · Culver City, California

Kaila Williams how much are you being paid?

Like · Reply · 61 · 1y

**Show 10 more replies in this thread**


**Emilia Pinzon**

Putin has much more on this nasty individual , he is not the only person who has visited Russia and was spy on, this is the norm, this guy gaved them plenty of material and they will use it to blackmail this idiot.

Like · Reply · 5 · 1y


**Earl Richards**

But you will never see proof because it doesn't exist.

Like · Reply · 1y


**Stephen Blumstein** ·

Earl Richards The 35 page report resulted in not less than 4 Senate investigating committees, and 14 state lawyers vetting Trump for obstruction of Justice in firing Comey. Mossad and many other intelligence agencies, including MI6 and the CIA, are vetting the document. It's only a matter of time before Trump is impeached for giving away US secrets.

Like · Reply · 32w


**Diane Truitt** · Anchorage, Alaska

Reading this article regarding the Israeli's position makes you realize the long reaching ramifications this could have on our country. He is a high risk to destabilizing our country as well as the rest of the world, just the public lack of trust amongst the people, their governments, their intelligence communities. Sometime looking like, walking like and talking like isn't enough, need to find the needle in the haystack that proves he has been involved with Putin. Never has this country had a more controversial election and a President elect that LIES so much! So many Americans are frustrated and feel powerless right now, It's like everybody's waiting for the Republicans to put a stop to this. Reality is, we the people will probably have to assemble and do it. A protest that can not be ignored. A protest that does not go away.

Like · Reply · 67 · 1y


**Lorna Acker**

Trump is all about money. Nothing else matters. If he owes a huge debt to Russia - then that's what his mind is on. He doesn't care about the people - he cares about nothing but himself. If this ploy would get him outta debt - mission accomplished. You guys prolly wouldn't have to get rid of him.. Once he gets what he needs - he will walk away. When there is money involved - follow the money - it will lead you to the Trump Trap. If you get away this easy it would be good. Then, fix the loopholes that give a guy like trump the opportunity to succeed to the highest office of the land.

Like · Reply · 33 · 1y


**Elizabeth Pengson**

and Talking of Israel.. came out yesterday.. xtheir intelligence agencies are diging into this dossier.. in fact, several countries already are as I have said before.. t his is now a global concern.. China is unusually

mean a damn thing.. infact, the more he denies that dossier.. perversely, he is in fact only verifying all of it.. ALL of it..

Like · Reply · 21 · 1y


**Elizabeth Pengson**
Lorna Acker
the GOP needs to be purge to the CORE.. they are such amoral whores..

Like · Reply · 26 · 1y

**Show 10 more replies in this thread**


**Jackie Cook** · Indiana State University

It's going to be interesting the reaction if this is all confirmed to be true.While one part of me thinks it's not going to make much difference and nothing will be done about it. Another part of me hopes this this could redeem Buzzfeed's report on this issue. I do beleive they did the right thing, they did it as people have the right to see the information that is out there and it's up to the people make up their minds.

The trolls that come here to say that this is the downfall of this site. They don't realize that the company has several divisions in several countries and has different par... See More

Like · Reply · 56 · 1y


**John Delanois** · Audit Associate at BKD CPAs & Advisors

You're forgetting that buzzfeed doesn't have journalists. And you're very ignorant if you think journalists aren't sharing their political leanings--you see it on ever mainstream news site. Anyway, I'd regard journalists in a higher standard if they actually verify information before putting it out there for the "people to decide". You're pushing on propaganda boundaries.

Like · Reply · 2 · 1y


**Jackie Cook** · Indiana State University

John Delanois Actually, they are journalists. Maybe not your kind of journalists, but they are. And I'm the idiot. Gee, I guess that history degree and journalism minor will be a waste then, according to you. Please..

Like · Reply · 20 · 1y


**John Delanois** · Audit Associate at BKD CPAs & Advisors

Jackie Cook I never called you an idiot, nor did we even discuss your history degree. Can you really sit there and tell me that buzzfeed, cnn, fox news, etc. do not show their political leanings? Anyway I should probably expand on my comment by saying that buzzfeed journalists aren't the same as the journalists that you described in your third paragraph. You know, the ones that risk their lives, murdered, or kidnapped, or use every measure to ensure accuracy of what they're writing about.

Like · Reply · 2 · 1y

**Show 10 more replies in this thread**


**Uglee Darkskinned** · Casting Director at Fox Studios

So all the people who voted for Trump- question: You were for building a wall to keep out Mexican criminals, but you're ok with Russian criminals tampering with our democracy? Ok, so they helped your guy, but what about when China does it and the other guy wins? Reagan would be rolling in his grave, so would JFK. Think about that. Shame on this country, we deserve whatever we get for the next 4 years.

Like · Reply · 78 · 1y · Edited


**Owen Meany**
Trump supporters only cared about generating "liberal tears." They didn't really give a shit about anything


**Diane Truitt** · Anchorage, Alaska

Not so, because more than half this nation did not vote for him, people should never lose sight of that FACT, more than half did not. We have to be stronger than Donald Trump and the current controlled Republican GOP. Stand your ground.

Like · Reply ·   74 · 1y


**Uglee Darkskinned** · Casting Director at Fox Studios

Diane Truitt That is true. More like shame on the media for make false equivalencies. But your point is fair.

Like · Reply ·   14 · 1y

**Show 10 more replies in this thread**


**Norman Munroe** · Instructor at Kanda Institute of Foreign Languages

Trump is the perfect patsy for the Russians and whoever else the puppeteers might be. He is venal, corrupt, ignorant and arrogant and so stupid that he believes his own bullshit to the exclusion of any and everything else. Reality makes absolutely no impression on him. He has his head so far up his own ass that he will not see daylight for the rest of this century, if ever, and the Republican-dominated Congress is filled with such a den of vipers, crony capitalists, political opportunists, zealots and power grabbers who all are thanking their lucky stars for this moment when they can do their worst unopposed, that they will do nothing to try to rein him in as long as he has enough working digits to sign the legislation they will send him. It will not end well for Trump, though. He will eventually become a victim of his own hubris. I just hope, maybe vainly, that he does not do too much damage before he comes crashing down. Trumpettes and Trumpbots and trolls beware.

Like · Reply ·   33 · 1y


**Marla Brunker**

And yet, for all of that, he's STILL not as ignorant, "so stupid that he believes his own bullshit to the exclusion of any and everything else," so reality-challenged, or such an utter patsy as the fools who voted for him.

Like · Reply ·   17 · 1y


**Norman Munroe** · Instructor at Kanda Institute of Foreign Languages

Marla Brunker Agreed. And that is truly the saddest and most unfortunate part of this entire tragic farce.

Like · Reply ·   7 · 1y


**Deborah Risa Mrantz** · Founder and Executive Director at Guildworks Companies

Note to Norman, Hubris implies impending implosion by your own hand. Otherwise, spot on. But what's a little classic Greek drama between friends?!

Like · Reply ·   1 · 1y

**Show 2 more replies in this thread**


**Flora Quint**

I thought Trump was the honest one? Wasn't he the one that was so incredibly honest and good hearted people just couldn't bring themselves to vote for a liar like Hillary. Lmao you idiots played yourself big time, thanks for doing it at the expense of the majority of the country that didn't vote for him.

Like · Reply ·   17 · 1y


**Liam Tipler**

apparently 9% of americans think the ACA and obamacare are 2 separate things. plenty voted against obamacare who use ACA and are in for a big shock.

**Load 10 more comments**

Facebook Comments Plugin

**BuzzFeed Home**

**Sitemap**

© 2018 BuzzFeed, Inc.