# EXHIBIT 21



BuzzFeed  Quizzes  Tasty  More

# BuzzFeed's Editor Explained The Decision To Publish The Unverified Trump Dossier

Ben Smith appeared on CNN to discuss BuzzFeed News' decision to publish the unverified dossier on Donald Trump's alleged ties to Russia.

Posted on January 15, 2017, at 12:46 p.m.



**Tasneem Nashrulla**
BuzzFeed News Reporter



0:00 / 13:44

video-cdn.buzzfeed.com

BuzzFeed Editor-in-Chief Ben Smith appeared Sunday on CNN after days of criticism from the network and others of his controversial decision to publish an unverified dossier containing explosive allegations of Donald Trump's ties to Russia.

"We're proud we published it," Smith told Brian Stelter of *Reliable Sources*, adding he believed it was "clear it was the right thing to do."

On Tuesday, BuzzFeed News published a 35-page unverified dossier compiled by a former British intelligence official which alleged that Russia had compromising information on Trump.

The report was published hours after CNN reported that a two-page synopsis of the report was given to Trump and President Obama.

Share                                       Share

"I guess we thought that it was important when you had a blanket claim like, 'He was compromised by the Russian intelligence,' to share the details. I think that's important," Smith said.

The decision to publish the unverified dossier sparked a fierce media ethics debate.

The *Washington Post*'s media columnist, Margaret Sullivan, wrote that BuzzFeed "crossed the line" in publishing the dossier.

"It's never been acceptable to publish rumor and innuendo," she wrote.

Some CNN anchors also publicly criticized BuzzFeed's decision to publish the unverified report.

But others, including the managing editor of the *Columbia Journalism Review* and the president of the nonprofit investigative site *ProPublica*, defended the decision.



CNN

Smith told Stelter that the decision to publish the dossier was the right thing to do considering it was "really about an incredible fight among the highest levels of US power, but away from the eyes of the American people over this document, and over the claims."

"And to say, you and I have here between us a secret document with explosive, dark claims, and we don't — you guys on the other side of the camera can't see it, but we can — I don't really understand."

"If you're going to report on a document, the presumption is that you share the document with your audience, let them know what you know," Smith said, adding that the audience should be treated with respect.

BuzzFeed's decision also provoked the president-elect to on Wednesday call the website a "failing pile of garbage."

After Trump then also called CNN "fake news," the network released a statement distancing itself from BuzzFeed's reporting, saying Trump's team was using Smith's decision "to deflect from CNN's reporting."

Smith on Sunday addressed CNN's attempts to call out the Trump team for "conflating" both news organizations'

"Here's obviously an attempt to divide the press, to turn us on each other, and to turn reasonable differences about editorial decisions into screaming matches between us on this show," Smith said. "I think that's a trap that the media has obviously repeatedly fallen into over the last couple of years, but I think it's better not to right now."

### These Reports Allege Trump Has Deep Ties To Russia
buzzfeed.com

### What You Need To Know About The Secret Trump Dossier
buzzfeed.com

Tasneem Nashrulla is a reporter for BuzzFeed News and is based in New York.
Contact Tasneem Nashrulla at tasneem.nashrulla@buzzfeed.com.

Got a confidential tip? Submit it here.

News moves fast. Keep up with the BuzzFeed News daily email!

Your email address                         Sign up

**34 Comments**                     Sort by  Top


AddAcomment...


**Elizabeth Timmers**
I am glad they published it, it is upto each person to believe unverified info or not. The press and the president are not meant to be buddies and Trump's decision of not answering any questions to CNN or Buzzfeed is inmature. This won't be the first time unverified information comes out and he should be able to answer questions about that stuff.

However, if nothing on the dossier is true, why the big fuzz about the media talking about it? If it quacks like a duck...

Like · Reply ·     21 · 1y


**Clarissa Ceffalo**
"I am glad they published it, it is upto each person to believe unverified info or not."

The job of a journalist is to fact check, fact check, fact check. From day one at my university, we were taught to n e v e r publish anything that we're not 110% certain about. This is not journalism, this is muckraking.

I'd recommend staying away from The Onion, by the way... none of those stories are verified.

Like · Reply · 15 · 1y


**Rusty Sharp**

Right i mean anti gay groups should publish docs all the time about gays being closet pedophiles also news organizations should show these with zero disclaimers that way the public can decide whats true or not

Like · Reply · 2 · 1y


**Michelle Lang**

You mean kind of like how Obama barely acknowledges Fox, unless he is tearing them down in his statements?

Like · Reply · 1y

**Show 4 more replies in this thread**


**Deb Dobson**

Thank you Ben Smith, keep up the good work! I am so glad to finally see something and to see the suspicions of people other than myself. This has verified so many people's thoughts and feelings, WE ARE TIRED OF HAVING THE INFORMATION KEPT FROM US BASED ON SUBJECTIVE OPINIONS ABOUT WHETHER IT *SAFE* FOR THE PUBLIC TO DETERMINE WHAT IS AND ISN'T TRUE!

Like · Reply · 23 · 1y


**Martha Hatcher** · Atlanta, Georgia

I don't think the majority of the public is even educated enough to have the suspicions that you and others had. Most of the people here commenting didn't even read the dossier. A lot of it makes sense to me. I'm not saying I think all of it's true. I think about why would Trump say NATO was outdated, why did he say that Russia wouldn't go into Ukraine ( when we know they have) and He also said we should help Russia fight ISIS ( when we know that Russia is clearly just trying to keep Assad in power and has been attacking rebels more than ISIS). Now we get to sit back and watch to see if Trump tries to undue the sanctions and weaken nato.

Like · Reply · 7 · 1y


**Deb Dobson**

Martha Hatcher I agree with you, but I didn't read the dossier, I don't think I need to read it to believe in my own gut instincts, so many signs along the way, but when the fake bombing in NJ and then NYC happened it is very clear this is mob type crimes driven by an ex KGB'r. It is time to stop hiding from the people what is very easy to logically deduce. Complacency has no place in this matter, NONE what so ever. Sorry that it doesn't work with the "when they go low" saying in this respect, this man and those around him need to be stopped, even if we have to loose our lives over it, our children deserve better than denial, like what happened with Hitler.

Like · Reply · 1 · 1y


**Sandra Woods** · Works at Self-Employed

Martha Hatcher Trump lies,,, But his mouth & actions reveals corruption...Oxymoron I know...but he tellls us things then twist them into a denial after realizing he said too much.

Like · Reply · 1 · 1y

**Show 3 more replies in this thread**


**Lenore Andrews**

All I can say is thank you. Republicans would have buried this. We know they were working together with the

speculation as to why this is, the ties between the two camps, the money and the rhetoric. This would never have been investigated by the FBI, because they can no longer be trusted under Comey. He sat on this and is still not investigating. Trump has a long history ... See More

Like · Reply · 8 · 1y


**Tom Sullivan** · Founder/Owner at Pollinators Welcome

Very well put Lenore.

Like · Reply · 1y


**Roger Ensor** · Building Operations Supervisor at Baltimore County Public Schools

it all about dnc and the clinton corruption democrats and liberal will try anything to try to take trump what a joke i hope all of the dnc and the clintons and obama go down they are all crooked

Like · Reply · 3w


**Dave Cameron** · South Milwaukee, Wisconsin

Roger Ensor You may have to live with disappointment like a good Trumpanzee

Like · Reply · 3w

**Show 1 more reply in this thread**


**Sally Richardson** · University of North Alabama

Journalism is dead!! Take everything you read on Buzzfeed and most other news organizations with a grain of salt. Most So called Journalist has an adgenda. In Buzzfeeds case it is to delegitimize Trumps Presidency. Drop Buzzfeed and CNN

Like · Reply · 5 · 1y · Edited


**Sanji Joshi**

Sir .. we need to take it with a SACK of SALT .. i wish these so called journalists were to report like this in North Korea or Saudi ....

Like · Reply · 1y


**Dave Cameron** · South Milwaukee, Wisconsin

Delegitimizing the Trump administration is done quite nicely by the old yam himself and his troop of Trumpanzees. They need no help.

Like · Reply · 3w


**Brad Wunschel**

My comments are unverified and full of errors....

I'm not a Trump fan. I was told by a friend of mine that he saw a dossier that said the editor of Buzzfeed open mouth kissed a horse and may have had sexual relations with a goat. This is comparable to Buzzfeed posting things about Trump with no proof. If it has no proof then starting a frenzy over the possibilty seems very inappropriate. Once again let me state that I'm not a Trump guy. Obviously you posted this story to get attention. It's a business. I get it. I can no longer look to you for information on news stories. I look at you often ... See More

Like · Reply · 40 · 1y


**Brad Wunschel**

And also one more thing, you can't say that your readers are all adults and can make their own decisions while posting stories about "Find out which Disney prince you should marry" or "Find out if you belong with the Backstreet Boys or Nsync". Obviously the readers of this website are not 'all' adults.

Like · Reply · 25 · 1y


**Abe Velez** · Internship at Free Social Events


**Cody Gray**
Your comparison would only be apt if the rumors you heard about the editor of buzzfeed had been circulating the highest levels of government and the media for months, and that the allegations were compiled by a respected member of the British intelligence community (who is respected enough for the American CIA and FBI to not immiediately dismiss as nonsense). Given Trump's clear affinity for Putin and Russia, and his cabinet members ties to the Kremlin, it was absolutely the right thing to do to release this dossier, whether or not it turns out to be true or can even be verified. You might hav... See More

Like · Reply ·  26 · 1y

**Show 8 more replies in this thread**


**Tammy Cady** · University of Montana
This is my take on the whole thing: I didn't automatically believe everything I read in the memos, and I don't care about some of it (like prostitutes, peeing or otherwise). I understand what the word "unverified" means. There's no evidence that anything in the dossier happened. It doesn't change my opinion one way or the other about Trump or his associates. I do think it's important to keep in mind that the dossier has been circulating in D.C. for some time (meaning, it wasn't dismissed out of hand as flummery); that the British former intelligence officer who put it together is generall... See More

Like · Reply ·  8 · 1y


**Alicia Samples**
BRAVO for publishing a document that the main stream media had been aware of for some time. The information in the dossier has not been verified and they clearly stated that it has not. Instead of trying to parse through the doc and pick/choose what people should see, it was released in its entirety. Now it is available for everyone to review and come to their own conclusions. And it is available for anyone that wants to investigate or try to confirm/deny the allegations that it contains. If someone goes on to prove that everything in it is a lie I don't see the harm.

Like · Reply ·  6 · 1y


**Bill Abernathy** · Works at Newcastle Homes
Buzzfeed old and busted: Russians are peddling fake news to help Trump, we still have no proof

New hotness: decide for yourself based on this fake news we just provided about trump from our russian sources lol.

Like · Reply ·  6 · 1y


**William Morales**
I don't think it matters,who in their right mind would come here for news and believe it? 5 minutes tells you buzzfeed has an agenda and it's ok. I love buzzfeed, it's hillarious but you shoulld never take their news or poltical articles without a grain of salt. This country needs the left and the right, it keeps us in balance. What we don't need is to hate each other and not treat each other as human beings. We're better than this.

Like · Reply ·  4 · 1y


**Betsy White** · Partner at Sheppard, White, Kachergus & DeMaggio PA
Thanks for publishing. I am sure there is more to come.

Like · Reply ·  14 · 1y

**Load 10 more comments**

Facebook Comments Plugin

**BuzzFeed Home**

**Sitemap**

© 2018 BuzzFeed, Inc.