# EXHIBIT 23

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF FLORIDA

 3    _____
                                             )
 4    ALEKSEJ GUBAREV, XBT HOLDING S.A.,     )
      and WEBZILLA, INC.,                    )
 5                                           )
                      Plaintiffs,            )
 6    vs.                                    ) Case No.:
                                             ) 17-CV-60426-UU
 7    BUZZFEED, INC., and BEN SMITH,         )
                                             )
 8                    Defendants.            )
      _____)
 9

10

11                  ** CONFIDENTIAL **

12         ** PURSUANT TO A PROTECTIVE ORDER **

13

14

15              VIDEOTAPED DEPOSITION OF

16                   NIKOLAY DVAS

17                 LIMASSOL, CYPRUS

18               THURSDAY, MAY 17, 2018

19                    9:45 A.M.

20

21

22

23

24

25    REPORTED BY:  BRENDA MATZOV, CA CSR 9243
```

```
16:13:56   1   Webzilla or Servers.

16:13:57   2        A.   I guess you --

16:13:58   3             MR. GURVITS:  Objection.

16:13:58   4             THE WITNESS:  I -- I guess you --

16:13:59   5   you are wrong.

16:14:02   6        Q.   BY MR. SIEGEL:  I'm wrong?

16:14:02   7        A.   Yes.

16:14:03   8        Q.   How am I wrong?

16:14:04   9        A.   Can you please repeat the question once --

16:14:06  10        Q.   Okay.

16:14:06  11        A.   -- again and --

16:14:10  12        Q.   Mr. -- Mr. Zhukov was a customer --

16:14:12  13   right? -- of Webzilla and of Servers?

16:14:16  14             Correct?

16:14:16  15        A.   Correct.

16:14:17  16        Q.   And he was a customer that retained

16:14:24  17   the services of over a thousand servers; correct?

16:14:27  18        A.   Correct.

16:14:27  19        Q.   Okay.  And Webzilla and Servers --

16:14:29  20   right? -- had to lease those servers for some --

16:14:34  21   from somewhere; right?

16:14:37  22        A.   That's correct.

16:14:38  23        Q.   In order to provide those services

16:14:41  24   to Mr. Zhukov; right?

16:14:42  25        A.   That is correct.
```

| | | |
|---|---|---|
| 16:14:43 | 1 | Q. Okay. So when Mr. Zhukov was |
| 16:14:46 | 2 | terminated -- right? -- Webzilla and Servers |
| 16:14:50 | 3 | had lease obligations -- right? -- that continued |
| 16:14:54 | 4 | even though Mr. -- to -- to the companies that |
| 16:14:59 | 5 | Webzilla and Server [sic] were leasing those |
| 16:15:03 | 6 | servers from; right? |
| 16:15:04 | 7 | Those obligations continued even |
| 16:15:06 | 8 | though Mr. Zhukov had been terminated; correct? |
| 16:15:10 | 9 | A. That's correct. |
| 16:15:10 | 10 | Q. Okay. And my question is: Do you know |
| 16:15:16 | 11 | what happened to those lease -- to the servers |
| 16:15:21 | 12 | that Webzilla and Servers continued to have to |
| 16:15:25 | 13 | lease even though Mr. Zhukov had been terminated? |
| 16:15:30 | 14 | Were they released -- were they leased |
| 16:15:32 | 15 | to other customers that replaced Mr. Zhukov? Were |
| 16:15:37 | 16 | those leases terminated? Or none of the above? |
| 16:15:40 | 17 | Do you have any idea? |
| 16:15:41 | 18 | A. Some of them were leased to other |
| 16:15:43 | 19 | customers. |
| 16:15:45 | 20 | Q. Okay. |
| 16:15:45 | 21 | A. Some of them not. |
| 16:15:46 | 22 | Q. Some of them were never -- do you -- |
| 16:15:47 | 23 | can you give a rough estimate of the percentage |
| 16:15:51 | 24 | that were not leased to other customers? |
| 16:15:55 | 25 | A. I don't have such estimate. |

| | | |
|---|---|---|
| 16:15:56 | 1 | Q.   Do you think it is more than 50 percent? |
| 16:16:02 | 2 | A.   I don't have such estimate. |
| 16:16:05 | 3 | (Court reporter clarification.) |
| 16:16:05 | 4 | Q.   BY MR. SIEGEL:  You don't have an |
| 16:16:05 | 5 | estimate? |
| 16:16:05 | 6 | A.   I don't have such estimate. |
| 16:16:05 | 7 | Q.   Okay.  Do you know about how long |
| 16:16:08 | 8 | it took for any servers to be leased to other |
| 16:16:12 | 9 | customers? |
| 16:16:16 | 10 | A.   I didn't follow specifically.  No, |
| 16:16:22 | 11 | I don't know. |
| 16:16:22 | 12 | (Court reporter clarification.) |
| 16:16:22 | 13 | THE WITNESS:  I don't know.  I didn't |
| 16:16:22 | 14 | follow specifically.  I don't know. |
| 16:16:23 | 15 | Q.   BY MR. SIEGEL:  Okay.  So this methbot |
| 16:16:26 | 16 | issue, how Mr. Zhukov was terminated, little less |
| 16:16:26 | 17 | than two and a half years ago; right? |
| 16:16:26 | 18 | I'm sorry.  A little less than a year |
| 16:16:26 | 19 | and a half ago; correct? |
| 16:16:32 | 20 | A.   It was less than a year and a half ago. |
| 16:16:35 | 21 | Q.   Okay.  Are there still servers that |
| 16:16:37 | 22 | Webzilla or Servers is leasing that had been |
| 16:16:41 | 23 | used by Mr. Zhukov? |
| 16:16:43 | 24 | A.   Yes. |
| 16:16:44 | 25 | Q.   Yes.  Okay. |

```
 1                    CERTIFICATE OF REPORTER

 2

 3             I, BRENDA MATZOV, CA CSR 9243, do hereby

 4    certify:

 5             That, prior to being examined, the witness

 6    named in the foregoing deposition was duly sworn

 7    by me to testify the truth, the whole truth, and

 8    nothing but the truth;

 9             That the foregoing deposition was taken

10    before me at the time and place herein set forth,

11    at which time the aforesaid proceedings were

12    stenographically recorded by me and thereafter

13    transcribed by me;

14             That the foregoing transcript, as

15    typed, is a true record of the said proceedings;

16             And I further certify that I am not

17    interested in the action.

18

19             Dated this 17th day of May, 2018.

20

21    _____
      BRENDA MATZOV, CA CSR 9243
22

23

24

25
```