UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDING S.A., and WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br>    Defendants. | Case No.<br><br>0:17-cv-60426-UU |

**REPLY DECLARATION OF MATTHEW SHAYEFAR
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Matthew Shayefar, do hereby declare as follows:

    1.    My name is Matthew Shayefar.  I am over the age of 18 years.  I am an attorney licensed in the State of Florida, the State of California and the Commonwealth of Massachusetts.  I am counsel of record to Plaintiffs in the above captioned action.  I am familiar with the facts herein and make this declaration from my own personal knowledge.

    2.    Attached hereto as Rep. Ex. 1 is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

    3.    Attached hereto as Rep. Ex. 2 is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

    4.    Attached hereto as Rep. Ex. 3 is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

    5.    Attached hereto as Rep. Ex. 4 is a true and correct copy of portions of the transcript of the deposition of Benjamin Smith.

    6.    Attached hereto as Rep. Ex. 5 is a true and correct copy of portions of the transcript of the deposition of Ken Bensinger.

1

7. Attached hereto as Rep. Ex. 6 is a true and correct copy of a document that I obtained from the URL https://www.itic.org/public-policy/SnapshotofDataLocalizationMeasures7-29-2016.pdf on October 9, 2018.

8. Attached hereto as Rep. Ex. 7 is a true and correct printout of an article that I obtained from the URL https://www.nytimes.com/2017/07/12/business/apple-china-data-center-cybersecurity.html on October 9, 2018.

9. Attached hereto as Rep. Ex. 8 is a true and correct printout of an article that I obtained from the URL https://www.reuters.com/article/us-india-payments-whatsapp/whatsapp-builds-system-to-comply-with-indias-payments-data-storage-norms-idUSKCN1MJ0IX on October 9, 2018.

10. Attached hereto as Rep. Ex. 9 is a true and correct printout of an article that I obtained from the URL https://www.livemint.com/Companies/xEAFZGZ9kOaMz6R4HIgwXK/Google-ready-to-comply-with-RBI-norms-for-payment-services.html on October 9, 2018.

11. Attached hereto as Rep. Ex. 10 is a true and correct printout of an article that I obtained from the URL https://themoscowtimes.com/articles/apple-to-store-users-personal-data-in-russia-report-49478 on October 9, 2018.

12. Attached hereto as Rep. Ex. 11 is a true and correct copy of ████████████ ████████████████████████████████████████████.

Signed under the pains and penalties of perjury, this 9th day of October, 2018.

/s/ Matthew Shayefar
Matthew Shayefar, Esq.