Rep. Exs.
1-5
[Redacted]