Rep. Ex.
6



Data Localization Snapshot                    Current as of July 29th, 2016

| Active Measures | | |
|---|---|---|
| Country | Measure | Details |
| Australia | Personally Controlled Electronic Health Record Provision | This regulation restricts the exportation of any personally identifiable health information. |
| Canada | Two provincial personal information laws: Nova Scotia and British Columbia | These two provincial laws restrict the exportation of any personal data collected by or for public bodies. |
| China | Notice to Urge Banking Financial Institutions to Protect Personal Information | This law prohibits the off-shore analyzing, processing, or storage of Chinese personal financial information. |
| China | Online Publishing Service Management Rules | This law requires that all servers used for online publishing in China be located within China. |
| China | Guidelines for Personal Information Protection within Public and Commercial Information Systems | This standard prohibits the overseas transfer of data without express user consent or government permission. |
| China | Administrative Regulation on the Credit Information Industry and Credit Reference Agencies | This law requires all credit information collected on Chinese citizens to be processed and stored within China and does not allow the transfer of that data outside of China's borders. |
| China | Population and Healthcare Information Management Measures | These measures prohibit the overseas transfer of health and medical information. |
| Germany | Telecommunications Act | Amendments to this act require telecommunications providers to store meta data for a specified period of time within the borders of Germany. |
| India | National Data Sharing and Accessibility Policy | This policy requires all data collected using public funds to be stored within the borders of India. |
| Indonesia | Regulation No. 82: Information and Electronic Transaction Law | This law mandates that any company which provides internet enabled services directly to the consumer must locate their data centers within Indonesia. |
| Kazakhstan | Amendments to Certain Legislative Acts on Informatization | These amendments require that all personal data collected within Kazakhstan be stored within the country. |
| Korea | Act on the Establishment and Management of Spatial information | This act, an update to a law which originated in the Korean War era, greatly restricts the cross-border transfer of mapping data. |
| Nigeria | Guidelines for Nigerian Content Development in ICT | These guidelines require that all consumer and subscriber data collected by companies in Nigeria be hosted within Nigeria. |



| Russia | [Federal Law 242-FZ](#) | This law requires that all data collected on Russia citizens be stored within Russia. |
|---|---|---|
| Russia | [Blogger's Law](#) | This law mandates that all bloggers (very loosely defined) with more than 3,000 followers store all internet related data within Russia for up to six months while providing access to law enforcement. |
| Turkey | [E-Payment Law](#) | This law requires companies that provide e-payment services to conduct all data processing within the borders of Turkey. |
| United States | [DoD Interim Rule on Network Penetration Reporting and Contracting for Cloud Services](#) | These rules require that all cloud computing service providers that work for the DOD to store DOD data within U.S. Territory. |
| Vietnam | [Decree of Information Technology Services](#) | This law mandates that all companies that provide a range of different internet enabled services maintain at least one server within the borders of Vietnam. |

| Potential Measures | | |
|---|---|---|
| Country | Measure | Details |
| China | Draft Cyber-Security Law | This law contains broad requirements for local processing and storage of "important data" related to Chinese citizens and critical information infrastructure, with reference to unclear data export limitations or requirements. |
| China | Draft Supervision Rules on Insurance Institutions Adopting Digitized Operations | This law would require localization of data servers by any insurance institution processing the personal data of Chinese citizens. Additionally, there are vague requirements for data residency that are yet to be defined. |
| Indonesia | Draft Regulation Regarding the Provision of Application and/or Content Services Through the Internet | This law has a vague requirement that OTT service providers place part of their data centers within Indonesia. |
| Korea | Standards for Cloud Computing Services | These pre-announced standards would require that all cloud computing providers separate public and private data centers, mandating public servers to be located within the borders of Korea. |
| Vietnam | Draft OTT Circular | This draft law would require all OTT service providers to locate at least one server in Vietnam. |

Rep. Ex.
7

The New York Times

# Please disable your ad blocker.

Advertising helps fund Times journalism.

**Unblock ads**

# Apple Opening Data Center in China to Comply With Cybersecurity Law

By Paul Mozur, Daisuke Wakabayashi and Nick Wingfield

July 12, 2017

SHANGHAI — Apple said Wednesday that it would open its first data center in China, joining a parade of technology companies responding to growing global demands to build facilities that store online data closer to customers.

The move is a response to a strict new law in China that requires companies to store users' data in the country. The new data center, in Guizhou, a province in southwest China, is part of a $1 billion investment in the province and will be operated in partnership with a local data management company, Apple said.

The move is part of a worldwide trend regarding the security and sovereignty of digital data. Microsoft, Amazon and Facebook are among the big American technology companies plowing billions of dollars into building data centers in Germany, the Netherlands, France and other countries. While some of the expansion is for technical reasons — the online services operate faster when they are near customers — the companies are also reacting to growing pressure from European governments and customers to maintain some control over their data.

As is the case with many laws, the digital security regulations approved last month in China were vaguely worded, leaving many foreign companies uncertain about which parts would be enforced and how. Already, Amazon, Microsoft and IBM have formed partnerships with Chinese companies to offer cloud computing services based in China. Apple, easily the most successful foreign technology company in China, had much to lose without a plan for its own data center in the country.

# Please disable your ad blocker.

Advertising helps fund Times journalism.

**Unblock ads**

Apple said in a statement Wednesday that the new center would keep "strong data privacy and security protections in place." The company added that no back doors, meaning ways for the government or other organizations to get around Apple's encryption protecting the data, would be created in its systems.

"The addition of this data center will allow us to improve the speed and reliability of our products and services while also complying with newly passed regulations," Apple said.

China's rules also call for security reviews and for users of messaging apps to register their real identities. The regulations are part of a Chinese industrial policy adopted to build local capabilities. For example, a government plan called Made in China 2025 names several industries, including robotics and electric cars, in which China hopes its companies will become leaders. Foreign business groups have said the laws unfairly discriminate against companies that are not Chinese.

The iPhone is a symbol of middle-class ambitions in China and is the foundation of Apple's business in the country, which accounts for 21 percent of the company's global sales, making it Apple's most important market after the United States.

But the iPhone has also become emblematic of China's long reliance on foreign technology. Even before China passed the cybersecurity law last year requiring that the online data of its citizen be stored domestically, the country was pressuring foreign technology companies to operate its computer servers within its borders.

# Please disable your ad blocker.

Advertising helps fund Times journalism.

**Unblock ads**

Case 0:17-cv-60426-UU Document 252-3 Entered on FLSD Docket 10/16/2018 Page 7 of 24

Apple already stores some of the data of China's residents in local servers, but the new agreement goes one step further with a Chinese partner responsible for running its data center, managing the sales of its services in the country and handling legal requests for data from the government.

In 2014, Apple first moved some of the data of its Chinese customers that had been overseas to a domestic plant operated by China Telecom. The change occurred shortly after state-run China Central Television raised security concerns that Apple was tracking the locations of iPhone users.

Careful not to offend, Apple said it "appreciated" that CCTV had flagged the issue but explained that the company did not have access to its users' locations.

The opening date for the new data center has not been set, but when it does open, Apple's iCloud will operate from an Apple plant run by Guizhou-Cloud Big Data Industry, a data management company. That means that if Apple customers in mainland China want to buy additional iCloud storage in the future, they will do so through Apple's Chinese partner.

Apple said, however, that it would retain the encryption keys for the data stored at its center and that Guizhou-Cloud Big Data would not have access, meaning it would not be able to see what photos or documents were stored in iCloud without Apple's permission. This is the first time that Apple has formed a partnership with a local operator for its cloud services.

Other American technology companies have also moved data into China in accordance with the new law. Airbnb said last year that it was moving its user data to a domestic location, citing a need to comply with local laws.

Foreign companies like Apple have had to adapt in other ways to stronger Chinese government scrutiny, often by helping to expand Chinese technological capabilities. For instance, Apple said this year that it would establish two research and development centers in China. Last year, it invested $1 billion in Didi Chuxing, a Chinese ride-hailing service. Apple has been far more profitable in China than most of its Western peers, but that success has led to pushback from the government. More than a year ago, Apple's iBooks Store and iTunes Movies were shut down in China, six months after they were introduced there.

In December, complying with what it said was a request from the Chinese authorities, Apple removed news apps created by The New York Times from its app store in China. Apple did not specify what had prompted the request. The company also must undergo "security audits" on new models of the iPhone before gaining approval to sell them in China.

Even though other American technology giants such as Facebook and Google are blocked in China, Apple has maintained a thriving business in the country by adhering to local rules. It also helps that Apple's smartphones and computers do not carry the same political or security risks as social media platforms and networking equipment.

Paul Mozur reported from Shanghai, Daisuke Wakabayashi from San Francisco and Nick Wingfield from Seattle.

A version of this article appears in print on July 13, 2017, on Page B1 of the New York edition with the headline: Apple Plans Data Center in China

Rep. Ex.
8



# REUTERS

| Imprisoned In Myanmar | Energy & Environment | Brexit | North Korea | Charged: The Future of Autos |

TECHNOLOGY NEWS

OCTOBER 9, 2018 / 2:53 AM / UPDATED 15 HOURS AGO

# WhatsApp builds system to comply with India's payments data storage norms

Sankalp Phartiyal, Aditi Shah



MUMBAI/NEW DELHI (Reuters) - WhatsApp has built a system to store payment-related data in India, in line with a central bank directive that all such data must only be stored locally, as the Facebook-owned messenger looks to deepen its offerings in its biggest market by users.

FILE PHOTO: The WhatsApp messaging application is seen on a phone screen August 3, 2017. REUTERS/Thomas White/File Photo

Facebook's messaging firm, which has a user base of more than 200 million in India, has been trying to break into the country's payments space. Its move to comply with storage norms could potentially threaten entrenched players such as SoftBank and Alibaba-backed Paytm.

Foreign payment companies were caught off guard in April by the Reserve Bank of India's (RBI's) one-page directive that said all payments data should, within six months, be stored only in the country for "unfettered supervisory access".

"In response to India's payments data circular, we've built a system that stores payments-related data locally in India," WhatsApp said in an emailed statement.

The Menlo Park, Calif.-based firm began testing payments in India with 1 million users earlier this year.

But a formal roll out has been delayed amid false messages circulating on the platform that have led to mob lynchings and more government scrutiny, according to local media.

Reuters has previously reported that a lack of clarity about local data storage norms has also delayed a formal launch of WhatsApp's inter-bank money transfer service.

Its compliance with data storage comes at a time when, according to sources, several other global payments firms are seeking extensions on the Oct. 15 data localization deadline.

Some are asking for data mirroring that would allow data storage overseas along with a copy in India, as this would be easier to comply with, multiple sources have told Reuters.

Mastercard, Visa, PayPal, Google, Amazon and Facebook met Indian Finance Minister Arun Jaitley last week to secure an extension of the deadline for local storage of payments data, a source said.

Google, PayPal and Facebook declined comment, while Mastercard, Visa and Amazon did not immediately respond to a request for comment. The RBI did not have an immediate comment.

Reporting by Sankalp Phartiyal and Aditi Shah; Editing by Euan Rocha and Himani Sarkar

*Our Standards:*   *The Thomson Reuters Trust Principles.*

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2018 Reuters. All Rights Reserved.

Rep. Ex.
9



Home » Companies

# Google agrees to comply with RBI's data localization norms

Tech firm has sought extension of the deadline till December-end to put a proper mechanism in place

Last Published: Mon, Sep 10 2018. 11 37 PM IST

Komal Gupta

Enter email for newsletter　[ Sign Up ]



Google Pay has limited customer base and only domestic transactions take place on its platform. Photo: Bloomberg

**New Delhi:** Technology giant Google has agreed to comply with the data localization norms set by the Reserve Bank of India (RBI), but has sought an extension of the deadline to put a proper mechanism in place.

During a recent meeting of Google chief executive officer (CEO) Sundar Pichai and IT minister Ravi Shankar Prasad at Google's headquarters in Mountain View, the company agreed to comply with all the norms and sought time till the end of December, said a senior government official, requesting anonymity.

The RBI had set 15 October as the deadline for payment system operators to store data in India. Besides Visa, American Express, Facebook, PayPal, and Mastercard, among others, Google is also required to store date in the country.

Currently, the companies have limited data storage in India.

Google Pay, the digital wallet developed by Google, has access to financial data of Indians.

"We maintain that cross-border data flows today are ubiquitous and an essential phenomenon for global economic activity and universal access to information. Soaring data flows generate more economic value and hence the socio-economic impact of restricting data flows must be thoroughly considered while framing any policy. There is a need to find practical and contemporary solutions to policy issues in line with global best practices. We have nothing to add at this point of time," said a Google spokesperson, while responding to queries from *Mint*.

"There is no comparison between the financial data stored by Google and other payment operators such as Visa and Mastercard. Google Pay is a payment app, which works on a payments platform built by the National Payments Corp. of India (NPCI), whereas Visa and Mastercard have their own payment networks," said a payments expert who did not wish to be named.

Also, Google Pay has limited customer base and only domestic transactions take place on its platform, whereas Visa and Mastercard have to process much more data most of which is cross-border transactions, the person added.

"All system providers shall ensure that the entire data relating to payment systems operated by them are stored in a system only in India. This data should include the full end-to-end transaction details/information collected/carried/processed as part of the message/payment instruction," the 6 April Reserve bank of India circular had said, adding that for the overseas leg of the transaction, the data may be stored in the foreign country.

In an interview with *Mint*, Hany Fam, president, enterprise partnerships, Mastercard, while agreeing that the regulations will pose financial implications for companies,

proposed for a clear distinction between storage norms of personally identifiable information (PII) and non-PII data.

PII is any data that could potentially identify a specific individual including name, social security number, date and place of birth and biometric records, etc.

"Storing algorithms and storing unidentifiable data, who cares where it is stored. It does not matter. It is not prone to theft and is not useful in the hands of nefarious actors," said Fam. Your personally identifiable information data and identity data is a matter of concern, he added.

According to a report by *Reuters*, US trade groups, representing companies such as Amazon, American Express and Microsoft, have opposed India's push to store data locally and the issue could further undermine already strained economic relations between India and the US.

Last week, the central bank instructed the payment companies to submit fortnightly updates on the progress made on storing data in India.

**First Published: Mon, Sep 10 2018. 07 43 PM IST**

TOPICS: | GOOGLE | | GOOGLE PAY | | RBI | | GOOGLE PAYMENT SERVICES |

| DATA STORAGE LOCALIZATION |

**You May Like**

Sponsored Links by Taboola

**We Tried HelloFresh: Here's What Happened**
Popdust for HelloFresh

**Boston, Massachusetts: This Unbelievable, Tiny Company Is Disrupting a $200 Billion Industry**
EverQuote Insurance Quotes

**How Much Money Do You Really Get from a Reverse Mortgage?**
NewRetirement

**This Amazon Upgrade Is Even Better Than Prime**

Honey

### Luxury Safari Tours So Incredible You'll Wonder Why You Waited This Long
**Lifetime Safaris | Search Ads**

### Avoid Embarrassing Work Mistakes With This Grammar Checking App
**Grammarly**

---

## EDITOR'S PICKS »



### As users dip, data drives growth in India's telecom sector



### Commercial paper borrowings spike in H1 FY19: RBI data



### The mystery behind record outflows from liquid funds in September

**Home**                    **Lounge**                  **Specials**

**Companies**               **Multimedia**              **Technology**

**Opinion**                 **Money**                   **Contact Us**

**Industry**                **Science**                 **About Us**

**Politics**                **Education**               **Advertising**

**Consumer**                **Sports**                  **Mint Apps**


**Sitemap**                 **Brand Stories**

**DesiMartini**             **Livehindustan**

**Shine**                   **Subscribe**

**Hindustantimes**          **HT Brand Studio**

**Syndication**             **HT Brand Leadership Series**

**HT Punjabi**

Subscribe to our Newsletter

Enter your email        Subscribe

Privacy Policy        Terms of Use        Mint Code        RSS

Copyright © 2018 HT Media Ltd. All Rights Reserved

Rep. Ex.
10



# The Moscow Times

Oct 09, 2018    21:52 GMT-4                                    🔍

**BUSINESS**                                    BY **HOWARD AMOS**

Sept. 10 2015 - 17:09

## Apple to Store Users' Personal Data in Russia – Report



Most major IT companies have announced their intention to comply with the law but some international giants, including Facebook, have yet to formally state their position.

U.S. tech giant Apple will store the personal data of its Russian users at a data center inside Russia to comply with a new law, the Kommersant newspaper reported Thursday, citing unidentified sources.

Apple has agreed a partnership with Moscow-based data center operator IXcellerate, which already has a contract with U.S. online hotel booking service Booking.com. As part of the Booking.com agreement, the passport details of the individual making the reservation will be stored, as well as the number of the bank card used to make the purchase, Kommersant reported.

The deal appears to achieve the localization of the personal data of Apple's Russian users and will bring the firm in line with a Russian law obliging all companies supplying Internet services in Russia, or targeting Russian users, to store such data inside the country by Sept. 1 this year.

Apple held a tender for the data center contract in July, according to Kommersant. Apple and IXcellerate declined to confirm the deal to Kommersant, and its value was also not revealed by the paper.

Most major IT companies have announced their intention to comply with the law but some international giants, including Facebook, have yet to formally state their position. Business daily Vedomosti reported last month that Facebook was reluctant to transfer its data to Russia.

There are more than 2.6 million companies subject to the law, officials at the state communications watchdog Roskomnadzor said last month.

But experts argue that even more are affected and that Roskomnadzor doesn't have the resources to monitor all of them — or even thoroughly check compliance with the new legislation.

Roskomnadzor has announced that there will be about 300 compliance inspections this year.

Under the new legislation, if companies refuse to transfer data to Russia, Roskomnadzor can restrict access to their websites. A registry of websites that violate the law will be created by Roskomnadzor, and as a last resort, the agency would have the power to block those listed websites.

The law was signed by President Vladimir Putin in December 2014.

   

## Latest news





**NEWS**                                                                 Oct. 09 2018

## Espionage Scandals Show Russian Army's Growing Clout



**MEANWHILE...**                                                         Oct. 09 2018

## Pilot Fined After Flying Helicopter Under St. Petersburg Bridge





NEWS                                                                                    Oct. 09 2018

**Tourism in Crimea at Post-Soviet High, Russian Official Says**

---

**MT Ukrainian Men and Their Families Struggle With Kiev's Military Call-Up**

Marina's brother and a close family friend have both been killed on the front line in east Ukraine. Now she has had to say goodbye to her husband, called up to fight in Kiev's latest conscription drive.

---

**MT Russia Demands France Deliver Mistral Warships or Return Money**

Russia's Defense Ministry said on Wednesday that France must fulfill a contract to deliver two Mistral helicopter carriers or return Moscow's money as uncertainty over the 1.2 billion euro ($1.5 billion) deal st…

---

**MT Moscow Accuses U.S. of 73 Deaths at Biolab Near Southern Russia**

"We will take diplomatic and military measures," a senior Russian lawmaker warned.

---

**MT Belarus' Lukashenko: Russia's Behavior Arouses Suspicion**

Belarussian President Alexander Lukashenko has said that both the NATO alliance and domestic dissenters pose a threat to his country's security, while also pointing a finger in Russia's direction.

Sign up for our weekly newsletter

Type your email here

SUBSCRIBE

**COMPANY**

About Us

Jobs at TMT

Privacy Policy

Where to find TMT

**FOLLOW**

Print Editions

Facebook

Twitter

Instagram

RSS



© Copyright 1992-2018. The Moscow Times. All rights reserved. Электронное периодическое издание «The Moscow Times» зарегистрировано в Федеральной службе по надзору за соблюдением законодательства в сфере массовых коммуникаций и охране культурного наследия 16 ноября 2015 г. Свидетельство о регистрации ЭЛ № ФС77-62667. 16+