# Rep. Ex. 11
# [Redacted]