# EXHIBIT A
# Plaintiffs' Exhibit List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.  0:17-cv-60426-UU

| |
|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>    Defendants. |

**Exhibit A**

**PLAINTIFFS' TRIAL EXHIBIT LIST**

| Presiding Judge | Plaintiffs' Attorneys | Defendants' Attorneys |
|---|---|---|
| Judge Ursula Ungaro | Evan Fray-Witzer<br>Valentin Gurvits<br>Matthew Shayefar<br>Brady J. Cobb<br>Dylan Fulop | Katherine M. Bolger<br>Adam Lazier<br>Nathan Siegel<br>Alison Schary<br>Roy E. Black<br>Jared M. Lopez |
| **Trial Date(s)**<br>January 22, 2019 -<br>February 4, 2019 | | |

**Plaintiffs' Expected Exhibits[1]**

| Plf.<br>No. | Def.<br>No. | Date<br>Offered | Objections[2] | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| A1 | | | | | | A1 – Article as of February 3,<br>2017 – P-D000016-P-<br>D000020 |

[1] Plaintiffs' "If Needed" Exhibits follow starting *infra* on page 8.
[2] Abbreviations used herein are defined as follows, pursuant to Local Rule 16.1(e)(9): A – Authenticity (including best evidence rule); C – Completeness; H – Hearsay; I – inadmissible matter (including *Daubert* challenge); L – foreign language; P – Privileged; R – Relevance; UP – Unfairly Prejudicial.  Where the objection "L" is noted, Defendants reserve the right to raise additional objections if and when a certified translation of the document is disclosed.

| Plf. No. | Def. No. | Date Offered | Objections[2] | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| A2 | | | | | | A2 – Dossier Without Plaintiffs Redacted – P-D000021-P-D000055 |
| A3 | | | | | | A3 – December Memo |
| A4 | | | | | | A4 – Buzzfeed Article as Originally Published |
| A5 | | | | | | A5 – CNN – Intel Chiefs Presented Trump with Claims of Russian Efforts |
| A10 | | | | | | A10 – Ben Smith Email 1-18-17 – BuzzFeed_007001-7015 |
| A11 | | | R | | | A11 – Buzzfeed_010240 |
| A12 | | | R | | | A12 – Buzzfeed_010333 |
| A13 | | | R | | | A13 – Buzzfeed_010334 |
| A14 | | | R | | | A14 – Buzzfeed_010335 |
| A15 | | | H | | | A15 – Mic – Michael Cohen Trumps lawyer emphatically denies claims in salacious circulated report |
| A16 | | | R | | | A16 – Buzzfeed_010336 |
| A17 | | | A, R, C | | | A17 – Graphs of Buzzfeed Traffic and Users |
| A20 | | | A, H, R, UP | | | A20 – Entry Page Report by CNN w Cover Letter |
| A30 | | | R, UP | | | A30 – Buzzfeed Standards and Ethics Guide – P-I000033-P-I000044 |
| A31 | | | | | | A31 – Smith Email to Buzzfeed – BF4051 |
| A32 | | | I, H, R, UP | | | A32 – Society of Professional Journalists – Code of Ethics |
| B1 | | | A, H, R | | | B1 – Resignation of Director - P-B000049-P-B000049 |

| Plf. No. | Def. No. | Date Offered | Objections[2] | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| B2 | | | A, H, R | | | B2 – Executive Management Agreement - P-B000050-P-B000053 |
| B3 | | | A, H, R | | | B3 – Minutes of Shareholder Meeting - P-B000067-P-B000069 |
| B10 | | | H, UP | | | B10 – XBT Corporate Structure |
| C1 | | | H, UP | | | C1 – Emails between Ben Smith and Jake Tapper – BuzzFeed_007839 |
| C2 | | | H, UP | | | C2 – Emails between Ben Smith and Jake Tapper – BuzzFeed_007836-007838 |
| C3 | | | A, I, H | | | C3 – Smith CNN Interview Transcript |
| C4 | | | | | | C4 – Smith MSNBC Interview Transcript |
| C5 | | | | | | C5 – Smith MSNBC Interview Video |
| C6 | | | C, H, I, R, UP | | | C6 - S I N K H O L E - Shitty Men in Media |
| C7 | | | | | | C7 – Smith CNN Interview Video |
| D1 | | | | | | D1 – Pre-suit letter to Ben Smith – Complaint Exhibit 1 |
| D3 | | | H, I, R, L | | | D3 – Facebook Screenshot - P-H000052-P-H000052 |
| D4 | | | H, L | | | D4 – Composite of Communications - P-I000237-P-I000260 |
| E1 | | | H, UP, I | | | E1 – Consor Supplemental Expert Report |
| E2 | | | H | | | E2 – Jeff Anderson CV |
| E10 | | | H, UP, I | | | E10 – Cole CV |

| Plf. No. | Def. No. | Date Offered | Objections[2] | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| E11 | | | H, UP, I | | | E11 – Expert Report of Eric Cole |
| F1 | | | H, R | | | F1 - P-A000019-P-A000019 |
| F2 | | | H, R | | | F2 - P-A000059-P-A000059 |
| F3 | | | H | | | F3 - P-A000060-P-A000060 |
| F4 | | | H, R | | | F4 - P-A000085-P-A000085 |
| F5 | | | H, C | | | F5 - P-A000117-P-A000126 |
| F6 | | | H, R, UP | | | F6 - P-A000127-P-A000131 |
| F7 | | | H, UP | | | F7 - P-A000132-P-A000134 |
| F8 | | | H, UP | | | F8 - P-A000135-P-A000145 |
| F9 | | | H, UP | | | F9 - P-A000146-P-A000150 |
| F10 | | | H, UP | | | F10 - P-A000151-P-A000154 |
| F11 | | | H, R, UP, C | | | F11 - P-A000155-P-A000155 |
| F12 | | | H, UP | | | F12 - P-A000156-P-A000168 |
| F13 | | | H, UP | | | F13 - P-A000169-P-A000171 |
| F14 | | | H, UP | | | F14 - P-A000279-P-A000291 |
| F15 | | | R | | | F15 - P-A000292-a1 |
| F16 | | | H, R, UP, C | | | F16 - P-A000292-P-A000293 |
| F17 | | | H, UP | | | F17 - P-A000616-P-A000624 |
| F18 | | | H, R | | | F18 - P-A000734-P-A000736 |
| F19 | | | H, R | | | F19 - P-A000737-P-A000739 |
| F20 | | | H, R, UP | | | F20 - P-C000001-P-C000001 |
| F21 | | | H, R, UP | | | F21 - P-C000002-P-C000002 |
| G1 | | | R | | | G1 - P-C000003-P-C000003 |
| G2 | | | R | | | G2 - P-C000004-P-C000004 |
| G3 | | | R | | | G3 - P-C000005-P-C000005 |
| G4 | | | R, UP | | | G4 - P-C000006-P-C000006 |
| G5 | | | R, UP | | | G5 - P-C000007-P-C000007 |

| Plf. No. | Def. No. | Date Offered | Objections[2] | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| G6 | | | R, UP | | | G6 - P-C000008-P-C000008 |
| G7 | | | R, UP | | | G7 - P-C000009-P-C000009 |
| G8 | | | H, R, A, UP | | | G8 - P-C000016-P-C000017 |
| G9 | | | H, R, A, UP, C | | | G9 - P-C000018-P-C000019 |
| G10 | | | H, R, A, UP | | | G10 - P-C000020-P-C000021 |
| G11 | | | H, R, A, UP, C | | | G11 - P-C000022-P-C000022 |
| G12 | | | H, R, A, UP | | | G12 - P-C000024-P-C000028 |
| G13 | | | H, R, A, UP | | | G13 - P-C000029-P-C000036 |
| G14 | | | H, R, A, UP | | | G14 - P-C000038-P-C000039 |
| G15 | | | H, R, A, UP | | | G15 - P-C000040-P-C000040 |
| G16 | | | H, R, A, UP | | | G16 - P-C000041-P-C000043 |
| G17 | | | R | | | G17 - P-C000076-P-C000076 |
| G18 | | | H, R, A, UP | | | G18 - P-C000078 |
| G19 | | | | | | G19 - P-C000079 |
| G20 | | | | | | G20 - P-C000080 (corrected) |
| G21 | | | H, R, UP | | | G21 – Written Confirmation - P-N000029-P-N000029 |
| G22 | | | H, R, L | | | G22 – Renovation Agreement - P-N000030-P-N000031 |
| G23 | | | R | | | G23 – Loan Agreement - P-N000048-P-N000049 |
| J1 | | | | | | ██████████████ ██████ |

| Plf. No. | Def. No. | Date Offered | Objections[2] | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| J2 | | | | | | ████████ ███ |
| J3 | | | | | | ████████ ███ |
| J4 | | | H, R | | | ██████████ █████ |
| J5 | | | H, R | | | █████████ ████ |
| J6 | | | | | | J6 – Smith Exhibit 7 – Matt Mittenthal Email – BuzzFeed_006688 |
| J7 | | | H, R | | | J7 – Smith Exhibit 15 – BuzzFeed – What to do with shitty media men |
| J8 | | | H, R | | | J8 – Smith Exhibit 16 – BuzzFeed – Moira Donegan Says She is the Woman Who Created the Shitty media Men List |
| J9 | | | H, R, I | | | █████████ █████ ███ |
| J10 | | | | | | ████████ ██ |
| J11 | | | H, R | | | ████████ ██████ |
| J12 | | | | | | █████████ ██████ ███ |
| J12B | | | H, R, I | | | █████████ █████████ |
| J13 | | | H, R, I | | | █████████ |
| J14 | | | H | | | ████████ █████████ ████████ |

| Plf. No. | Def. No. | Date Offered | Objections[2] | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| J15 | | | | | | ██████████████████ █████ |
| J16 | | | H, R, I, UP | | | ██████████████████ ████████████████████████ ███ |
| J17 | | | H, R, I, UP | | | ██████████████████ ████████████ |
| J18 | | | H, R, I | | | ██████████████████ ████████████████████ ████████████ |
| J19 | | | H, R, I, UP | | | ██████████████████ ██████████████████████ █████ |
| J20 | | | H, R | | | ██████████████████ ████████████████████████ |
| J21 | | | H, R, I, UP | | | J21 – Steele Reply in Gubarev v Orbis – P-J000488-P-J000507 |
| M1 | | | H | | | M1 - Declaration of Leonid Bershidsky |
| M2 | | | H | | | M2 - Bloomberg – Clinton Plugs Another Weak Story About Trump's Ties to Putin - P-F000009-P-F000012 |
| M3 | | | | | | M3 – Translation of Emails between Gubarev and Bershidsky |
| N1 | | | H, R, I | | | N1 – Indictment in United States v Netyksho et al, Case No. 1:18-cr-00215 |
| N2 | | | | | | N2 – Internal Investigation Report on BuzzFeed publication - P-R000001-P-R000002 |

**Plaintiffs' If Needed Exhibits**

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| A50 | | | | | | A50 – Company Intelligence Report 2016-134 |
| A51 | | | H, R | | | A51 - Sheppard Mullin Letter re Mother Jones |
| A52 | | | I, H, R, UP | | | A52 - The Hill Did FBI get Bamboozled |
| A53 | | | | | | A53 – Dossier After Redaction - P-D000060-P-D000094 |
| A54 | | | H, R, UP | | | A54 - Google Trends - buzzfeed - florida - P-E000283-P-E000283 |
| A55 | | | H, R, UP | | | A55 - Google Trends buzzfeed and dossier - florida - P-E000284-P-E000285 |
| A56 | | | H, R, UP | | | A56 - Alexa on Buzzfeed - P-E000492-P-E000497 |
| B20 | | | T | | | B20 – Standard Processing Abuse by Type - P-R000005-P-R000025 |
| B50 | | | | | | B50 - Root SA Terms of Service - MARC GOEDERICH, Cyprus, May 18, 2018, Exhibit 6 |
| B51 | | | | | | B51 - Dedicated Servers Server Services Specific Terms - MARC GOEDERICH, Cyprus, May 18, 2018, Exhibit 7 |
| B52 | | | | | | B52 - Root Virtual Private Server Services Specific Terms - MARC GOEDERICH, Cyprus, May 18, 2018, Exhibit 8 |
| B53 | | | | | | B53 - Root Contact Abuse - MARC GOEDERICH, Cyprus, May 18, 2018, Exhibit 9 |
| B54 | | | | | | B54 – Composite of Webzilla Inc Filings with Florida |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| B55 | | | C, H, R, UP | | | B55 - P-B000028-P-B000029 |
| B56 | | | T | | | B56 - P-B000045-P-B000048 |
| B57 | | | | | | B57 - XBT Draft Financial Statement 2017 - P-G004614-P-G004643 |
| B58 | | | | | | B58 - Webzilla 2017 Financial Statement - P-G004665-P-G004689 |
| B59 | | | H | | | B59 - Webzilla Legal Information - P-I000002-P-I000032 |
| B60 | | | H | | | B60 - Trademarks - P-I000045-P-I000045 |
| B61 | | | H, R | | | B61 - webzillacom WhoIs - P-I000046-P-I000050 |
| B62 | | | H, R | | | B62 - Barracuda Invoice - P-I000059-P-I000059 |
| B63 | | | H, R | | | B63 - Barracuda Invoice - P-I000060-P-I000060 |
| B64 | | | H, R | | | B64 - Barracuda Certificate of Subscription - P-I000061-P-I000061 |
| B65 | | | H, R | | | B65 - Barracuda Certificate of Subscription - P-I000062-P-I000062 |
| B66 | | | H, R | | | B66 – Composite of SpamHaus Reports – P-I000124-P-I000137 |
| B67 | | | H, R | | | B67 - TechAccess Invoice - P-I000138-P-I000139 |
| B68 | | | H | | | B68 - Servers Policies - P-I000155-P-I000168 |
| B69 | | | H | | | B69 - Webzilla Policies - P-I000169-P-I000179 |
| B70 | | | T | | | B70 - Allocating IP addresses for servers - P-I000268-P-I000270 |
| B71 | | | T | | | █████████████████████ |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| B72 | | | H, R | | | B72 - Master Lease Agreement Sched No 001-6507132-546 - P-M000017-P-M000025 |
| C50 | | | | | | C50 – Smith Exhibit 5 – Why Buzzfeed News Published the Dossier |
| C51 | | | | | | C51 – Smith Exhibit 3 – Buzzfeed's Ben Smith on What's Wrong and Right With the Media |
| C52 | | | I, H, R, UP | | | C52 - BuzzFeed drops a Trump bombshell, irresponsibly _ Poynter 1-11-17 |
| C53 | | | I, H, R, UP | | | C53 - Business Insider CNN distances itself from BuzzFeed |
| C54 | | | I, H, R, UP | | | C54 - BuzzFeed publishes unsubstantiated Trump report, raising ethics questions _ Media _ The Guardian 1-11-17 |
| C55 | | | I, H, R, UP | | | C55 - BuzzFeed vs. Trump - The Verge |
| C56 | | | I, H, R, UP | | | C56 - BuzzFeed Posts Unverified Claims on Trump, Igniting a Debate - The New York Times 1-10-17 |
| C57 | | | I, H, R, UP | | | C57 - BuzzFeed was wrong to publish the Trump rumours. Here's why _ Jane Martinson _ Opinion _ The Guardian 1-12-17 |
| C58 | | | I, H, R, UP | | | C58 - BuzzFeed's ridiculous rationale for publishing the Trump-Russia dossier - The Washington Post 1-10-17 |
| C59 | | | I, H, R, UP | | | C59 - BuzzFeed's Ben Smith is proud of being a chaos agent. He shouldn't be_Wash Examiner 1-10-18 |
| C60 | | | I, H, R, UP | | | C60 - BuzzFeed's publication of Trump memos draws controversy - CNN 1-11-17 |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| C61 | | | I, H, R, UP | | | C61 - BuzzFeed's publication of Trump report violated journalistic ethics _ TheHill |
| C62 | | | | | | C62 – Millar email to Smith – unsolicited Trump thoughts – BuzzFeed_004155 |
| C63 | | | | | | C63 – Dehesdin email to Smith – when you have a minute – BuzzFeed_4447-4450 |
| C64 | | | I, H, R, UP | | | C64 - How BuzzFeed crossed the line in publishing salacious 'dossier' on Trump - The Washington Post |
| C65 | | | I, H, R, UP | | | C65 - Mark Horowitz Tweet |
| C66 | | | I, H, R, UP | | | C66 - Mark Wolff Tweet |
| C67 | | | I, H, R, UP | | | C67 – Smith Draft of NYT Editorial - BF5188-5190 |
| C68 | | | I, H, R, UP | | | C68 - The Problem with BuzzFeed's 'Let the Readers Decide' Standard |
| C69 | | | I, H, R, UP | | | C69 - The Truthiness Of Buzzfeed _ The Dish |
| C70 | | | I, H, R, UP | | | C70 - Was BuzzFeed wrong to publish the Trump dossier_ This media ethicist says yes. – Vox |
| C71 | | | I, H, R, UP | | | C71 - Why BuzzFeed Was Wrong to Publish the Trump Dossier - Nieman Reports |
| C72 | | | I, H, R, UP | | | C72 - Why Did BuzzFeed Publish the Trump Dossier_ - The Atlantic 1-11-17 |
| C73 | | | I, H, R, UP | | | C73 - Why so many journalists are mad at BuzzFeed - The Washington Post 1-12-17 |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| C74 | | | I, H, R, UP | | | C74 - Buzzfeeds Trump report takes fake news to a new level - P-D000101-P-D000102 |
| C75 | | | I, H, R, UP | | | C75 - Tapper Tweet - P-D000117-P-D000117 |
| C76 | | | I, H, R, UP | | | C76 - Tapper Irresponsible Journalism Hurts Us All - P-D000125-P-D000128 |
| C77 | | | I, H, R, UP | | | C77 - Shame on Buzzfeed - P-D000133-P-D000139 |
| C78 | | | I, H, R, UP | | | C78 - NYT memo re Ali Watkins |
| D10 | | | I, H, R, UP | | | ███████████████ |
| D11 | | | I, H, R, UP | | | ███████████████ |
| D12 | | | I, H, R, UP | | | ███████████████ |
| D13 | | | | | | D13 – Source Closing Communication |
| D14 | | | | | | D14 – Letter from Harry Reid to James Comey |
| D15 | | | A, I, H, R, L | | | D15 – Screenshot of RIF Website |
| D16 | | | H, R | | | ███████████ |
| D17 | | | | | | D17 – WhatsApp Between Garrison and Bensinger – BF17-28 |
| D18 | | | R | | | D18 – DNC v Russian Federation, Case No 1-18-cv-03501, SDNY |
| D19 | | | I, H, R | | | D19 - KPMG Letter re Principal Activities - P-I000001-P-I000001 |
| D20 | | | I, H, R | | | D20 - Analysis of Domain Names - P-I000276-P-I000278 |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| D21 | | | I, H, R | | | D21 - Graphs of Analysis of Domain Names - P-I000279-P-I000282 |
| D22 | | | H, R, UP | | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| E20 | | | C | | | E20 - Composite of Consor Docs 1-9 - Financial Reports for Webzilla and XBT |
| E21 | | | | | | E21 – Consor Doc 10 – Customer Revenue |
| E22 | | | H, R, A | | | E22 – Composite of Consor Docs 11-20 – Various Company Financials |
| E23 | | | H, R, A, I | | | E23 - Doc 21 - Managed hosting market size worldwide 2010-2020 _ Statistic |
| E24 | | | H, R, A, I, UP | | | E24 – Composite of Consor Docs 22-33 |
| E25 | | | H, R, UP | | | E25 - Doc 34 - Filing Version of Complaint With Exhibits |
| E26 | | | H, R, A | | | E26 - Doc 35 - Buzzfeed, Inc. _ Private Company Profile |
| E27 | | | H, R, UP | | | E27 - Doc 36 - How Does BuzzFeed Make Money_ _ Business Tech _ Tech Times |
| E28 | | | H, R, A | | | E28 - Doc 37 - XBT Holding, Ltd Cap IQ |
| E29 | | | H, R, A | | | E29 - Doc 38 - Webzilla Inc Cap IQ |
| E30 | | | H, R, UP | | | E30 – Composite of Consor Docs 39-47 – Buzzfeed Articles |
| E31 | | | H, R, A | | | E31 – Composite of Consor Docs 48-53 – Various Financials |
| E32 | | | | | | E32 – Consor Doc 54 - P-G000645-P-G000703 |
| E33 | | | H, R, A | | | E33 - Doc 55 - International Business Machines Corporation NYSE IBM Financials (1) |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| E36 | | | H, R, I | | | E34 - Doc 56 - MarketShare_MSC_2017_PREMIUM |
| E35 | | | H, R, A | | | E35 - Doc 57 - Alibaba Group Holding Limited NYSE BABA Financials (1) |
| E36 | | | H, R | | | E36 - Doc 58 -Google Adwords |
| E37 | | | H, R, A, I | | | E37 - Doc 59 - SEMrush-PDF 2 |
| E38A | | | | | | E38A - Doc 60 - P-C000079 – CONFIDENTIAL |
| E38B | | | H, R, A, I | | | E38B - Doc 61 - Raymond James Telecom 12.17 |
| E39 | | | H, R, A, I | | | E39 - Doc 62 - Reports and Tools _ SEMrush Knowledge Base _ SEMrush |
| E40 | | | | | | E40 - Doc 63 - P-G001035-P-G001087 |
| E41 | | | H, R, A, I | | | E41 - Doc 64 - Cost-per-click (CPC)_ Definition - AdWords Help |
| E42 | | | H, R, A, I | | | E42 - Doc 65 - SEMRush About us |
| E43 | | | H, R, A, I | | | E43 - Doc 66 - Keywords_ Definition - AdWords Help |
| E44 | | | H, R | | | E44 - Doc 67 - P-A000734-P-A000736 |
| E45 | | | H, R, A, UP | | | E45 - Doc 68 - Buzzfeed, Inc |
| E46 | | | H, R, A, UP | | | E46 - Doc 69 - Buzzfeed, Inc. _ Transaction Details _ Private Placement |
| E47 | | | H, R, A, UP | | | E47 - Doc 70 -Buzzfeed, Inc. _ Transaction Details _ Private Placement |
| E48 | | | H, R, A, UP | | | E48 - Doc 71 - Buzzfeed, Inc. _ Transaction Details _ Private Placement |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|----------|----------|--------------|------------|--------|----------|------------------------|
| E49 | | | H, R, A, UP, I | | | E49 - Doc 72 - buzzfeed - Explore - Google Trends |
| E50 | | | H, I | | | E50 - Doc 73 - EBITDA_EV Multiple |
| E51 | | | H, I | | | E51 - Doc 74 - EBITDA - Earnings Before Interest, Taxes, Depreciation and Amortization |
| E52 | | | H, R, I | | | E52 - Doc 75 - Google Analytics |
| E53 | | | R, UP | | | E53 - Doc 76 - Buzzfeed_010335_ATTORNEYS' EYES ONLY |
| E54 | | | | | | E54 - Doc 77 - P-C000080 - CONFIDENTIAL (corrected) |
| E55 | | | H, R | | | E55 - Doc 78 - IBM Buys Hosting Company SoftLayer - Business Insider |
| E56 | | | H, R | | | E56 - Doc 79 - SoftLayer® Revenue and Operations Grow in First Half of 2010 _ Business Wire |
| E57 | | | H, I, C[3] | | | E57 - Doc 80 - Rajesh Mishra 050118 Excerpt  Confidential |
| F50 | | | H, R, L, C | | | F50 - P-A000001-P-A000001 |
| F51 | | | H, R, C | | | F51 - P-A000014-P-A000015 |
| F52 | | | H, R | | | F52 - P-A000020-P-A000020 |
| F53 | | | H, R | | | F53 - P-A000022-P-A000022 |
| F54 | | | H, R | | | F54 - P-A000078-P-A000078 |
| F55 | | | H, R | | | F55 - P-A000625-a01-P-A000625-a06 |
| F56 | | | R, C | | | F56 - P-A000625-a07-P-A000625-a48 |
| F57 | | | R, C | | | F57 - P-A000625-a49 |
| F58 | | | H, R | | | F58 - P-A000625-P-A000625 |

---

[3] Defendants object to the inclusion of deposition testimony as an exhibit and state that proposed testimony from Mr. Mishra's deposition should be properly addressed via deposition designations.

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| F59 | | | H, R, C | | | F59 - P-A000731-P-A000731 |
| F60 | | | H, R | | | F60 - P-A000737-P-A000739 |
| F61 | | | H, R | | | F61 - P-H000005-P-H000005 |
| F62 | | | H, R | | | F62 - P-H000006-P-H000006 |
| G50 | | | H, R, A | | | G50 - P-C000045-P-C000056 |
| G51 | | | H, R, A | | | G51 - P-C000058-P-C000075 |
| G52 | | | H, R, A, I | | | G52 - P-I000180-P-I000236 |
| H1 | | | H, R, A | | | H1 - Gubarev Search on Forbes |
| H2 | | | H, R, A | | | H2 - Search Results _ Wall Street Journal |
| H3 | | | | | | H3 - Dvas Email to Cutler - P-P000950 |
| H4 | | | | | | H4 - Gubarev email to Dolan - KGlobal000586-590 |
| H5 | | | | | | H5 - Composite of KGlobal Emails to Media |
| H6 | | | | | | H6 - Dvas Email to Kglobal - P-P001336 and attachment |
| H7 | | | C | | | H7 - Dvas Email to Cutler - P-P00122-1228 |
| H8 | | | C | | | H8 - Dvas Email to Cutler -P-P001013 |
| H9 | | | R, C | | | H9 - Report on Press Release - P-F000185-P-F000202 |
| H10 | | | | | | H10 - Dvas Email - PR Plan - P-P001227-P-P001228 |
| I1 | | | A, H, R | | | I1 – Real Clear Politics – Baier to Comey |
| I2 | | | C, H, R | | | I2 - James Comey - A Higher Loyalty |
| I3 | | | C, H, R | | | I3 - James Clapper - Facts and Fears |
| I4 | | | A, C, H, I, R | | | I4 – Strzok House Interview Transcript |

16

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| I5 | | | | | | I5 - Brennan Testimony to House |
| I6 | | | | | | I6 - Clapper Testimony to Senate |
| I7 | | | | | | I7 - Comey House Intelligence Testimony |
| I8 | | | | | | I8 - Comey Senate Testimony |
| I9 | | | A, H, I, R | | | I9 – Transcript of Under Assault at Aspen Security Forum |
| J40 | | | | | | J40 - Jessica.Garrison PLAINTIFF.EXHIBIT1 |
| J41 | | | | | | J41 - 2625547 Fusion.GPS, 30b6.EXHIBIT7 |
| J42 | | | H, R, UP | | | J42 - 2625547 Fusion.GPS, 30b6.EXHIBIT15 |
| J43 | | | H, R, I | | | J43 - Glenn Simpson Testimony to House |
| M10 | | | | | | M10 - Was a server registered to the Trump Organization |
| M11 | | | | | | M11 - New Evidence, and Competing Theories, About the Trump Server That Appeared to Be Communicating With a Russian Bank |
| N3 | | | | | | █████████████████████████ |
| N20 | | | | | | █████████████████████████ |
| N21 | | | | | | █████████████████████████ |
| N22 | | | | | | █████████████████████████ |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| N23 | | | | | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| N24 | | | H, R | | | N24 - Webzilla Statement - P-D000008-P-D000008 |
| N25 | | | H, R | | | N25 - XBT Statement - P-D000009-P-D000009 |
| N26 | | | H | | | N26 – Steman email to de Vries – feedback article – P-P562 - JOCHEM STEMAN, Cyprus, May 16, 2018, Exhibit 21B |
| N27 | | | R, L, C, UP | | | N27 – Composite of communications with Gubarev - P-H000007-P-H000021 |
| N28 | | | R, H | | | N28 - WSJ email to Gubarev - P-H000027-P-H000030 |
| N29 | | | R, H | | | N29 - Dolan Email to Gubarev - Serverscom media scan - P-H000053-P-H000055 |
| N30 | | | A, R, H | | | N30 - Smartwings Booking Confirmation - P-I000261-P-I000262 |
| N31 | | | A, R, H | | | N31 - Priceline Flight Confirmation - P-I000263-P-I000267 |
| N32 | | | A, R, H | | | N32 - Czech Airlines Ticket Receipt - P-I000273-P-I000275 |
| N33 | | | R | | | N33 - Dolan Email - Statement - P-P000086-P-P000086 |
| N34 | | | | | | N34 - P-T000004 - Attorneys Eyes Only |
| N35 | | | | | | N35 - Goederich email to Gubarev - IP details - P-T000012-P-T000015 |
| N36 | | | | | | N36 - Goederich emails to Gubarev - IP details 2 - P-T000016-P-T000019 |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|---|
| N37 | | | | | | N37 - Wallarm Security Report - P-U000001-P-U000046 |
| N38 | | | | | | N38 - Wallarm Security Report - P-U000235-P-U000285 |
| O1 | | | | | | O1 – Dvas Exhibit 69 - KGlobal3443 |
| O2 | | | | | | O2 – Dvas Exhibit 70 – Kglobal824-825 |
| O3 | | | | | | O3 – Dvas Email to Dolan – Kglobal575-576 |
| O4 | | | | | | O4 – Dolan Email to Dvas – Kgloba824-825 |
| O5 | | | | | | O5 - Dolan email to Dvas - Checking in - KG819 |
| O6 | | | | | | ███████████████ |
| O7 | | | | | | ███████████████ |
| O8 | | | | | | ███████████████ |
| O9 | | | | | | ███████████████ |
| O10 | | | | | | ███████████████ |
| O11 | | | | | | O11 - Dvas Email - Additional Question - P-P001532-P-P001533 |
| O12 | | | | | | O12 - Dvas Email - Additional Question - P-P001534-P-P001534 |
| O13 | | | | | | O13 - Dvas Email - Servers invoice - P-P001543-P-P001543 |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits |
|----------|----------|--------------|------------|--------|----------|------------------------|
| O14 | | | | | | O14 - Dvas Email - payment advice - P-P001544-P-P001544 |
| O15 | | | | | | O15 - P-P001544-P-P001544 attachment $20k PMT kglobal |
| O16 | | | | | | O16 - Dvas Email - New Issue - P-P001546-P-P001546 |
| O17 | | | | | | O17 - Composite of Abuse Tickets |
| O18 | | | | | | O18 – Composite of User Information |
| Z1 | | | | | | Z1 - Smith Responses to RFAs |
| Z2 | | | | | | Z2 - Smith interrogatory responses |
| Z3 | | | | | | Z3 - Buzzfeed Responses to RFAs |
| Z4 | | | | | | Z4 - Buzzfeed Responses to Interrogatories |
| Z5 | | | | | | Z5 - BuzzFeed Second Supp Interrogatory Responses |
| Z6 | | | | | | Z6 - Ben Smith verified interrogatory responses |