# EXHIBIT C
# Plaintiffs' Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.  0:17-cv-60426-UU

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>   Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>   Defendants. | **Exhibit "C"** |

**PLAINTIFFS' TRIAL WITNESS LIST**

| Presiding Judge | Plaintiffs' Attorneys | Defendants' Attorneys |
|---|---|---|
| Judge Ursula Ungaro | Evan Fray-Witzer<br>Valentin Gurvits<br>Matthew Shayefar<br>Brady J. Cobb<br>Dylan Fulop | Katherine M. Bolger<br>Adam Lazier<br>Nathan Siegel<br>Alison Schary<br>Roy E. Black<br>Jared M. Lopez |
| **Trial Date(s)**<br>January 22, 2019 -<br>February 4, 2019 | | |

| Plf.<br>No. | Def.<br>No. | Date<br>Offered | Objections | Marked | Admitted | Description of Exhibits and<br>Witnesses |
|---|---|---|---|---|---|---|
| 1 | | | | | | Aleksej Gubarev<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |
| 2 | | | | | | Anna Gubareva<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | | | | | | Konstantin Bezruchenko<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |
| 4 | | | | | | Rajesh Mishra<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |
| 5 | | | | | | Nick Dvas<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |
| 6 | | | | | | Marc Goederich<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |
| 7 | | | | | | Jochem Steman<br>c/o Boston Law Group<br>825 Beacon Street<br>Suite 20<br>Newton, MA 02459 |
| 8 | | | | | | Ben Smith<br>c/o BuzzFeed<br>111 East 18th Street<br>13th Floor<br>New York, NY 10003 |
| 9 | | | | | | Ken Bensinger<br>c/o BuzzFeed<br>111 East 18th Street<br>13th Floor<br>New York, NY 10003 |
| 10 | | | | | | Christopher Steele (via<br>deposition testimony)<br>c/o RPC<br>Tower Bridge House<br>St Katharine's Way<br>London<br>E1W 1AA |

2

| 11 | | | | | | Fusion GPS (via deposition testimony)<br>c/o Zucherman Spaeder<br>1800 M Street, NW<br>Suite 1000<br>Washington, DC 20036 |
|----|---|---|---|---|---|---|
| 12 | | | | | | David Kramer (via deposition testimony)<br>c/o Marcos D. Jimenez, P.A.<br>255 Alhambra Circle<br>Suite 800<br>Coral Gables, FL 33134 |
| 13 | | | | | | Eric Cole (expert)<br>c/o Secure Anchor Consulting<br>20442 Northpark Drive<br>Ashburn, VA 20147 |
| 14 | | | | | | Jeff Anderson (expert)<br>c/o CONSOR IP Consulting and Valuation<br>7342 Girard Ave., Suite 8<br>La Jolla, CA  92037-5159 |
| | | | | | | All witnesses listed on Defendants' witness list |

3