# EXHIBIT D
# Defendants' Witness List

EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

**DEFENDANTS' TRIAL WITNESS LIST**

| Presiding Judge<br>Judge Ursula Ungaro | Plaintiffs' Attorneys<br>Evan Fray-Witzer<br>Valentin Gurvits<br>Matthew Shayefar<br>Brady J. Cobb<br>Dylan Fulop | Defendants' Attorneys<br>Roy Black<br>Nathan Siegel<br>Katherine Bolger<br>Adam Lazier<br>Alison Schary<br>Jared M. Lopez |
|---|---|---|
| Trial Date(s)<br>January 22, 2019 – February 4, 2019 | | |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses[1] |
|---|---|---|---|---|---|---|
| | | | | | | 1. Ken Bensinger<br>BuzzFeed, Inc.<br>c/o Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br><br>Fact witness<br>Expect to call live |

---

[1] For all witnesses listed who cannot be compelled to attend trial pursuant to Fed. R. Civ. P. 45(c)(1), Defendants reserve the right to examine these witnesses live in addition to or in lieu of by deposition if Plaintiff brings them to trial as live witnesses.

1

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses[1] |
|---|---|---|---|---|---|---|
| | | | | | | 2. Ben Smith<br>BuzzFeed, Inc.<br>c/o Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br><br>Fact witness<br>Expect to call live |
| | | | | | | 3. Heidi Blake<br>BuzzFeed, Inc.<br>c/o Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br><br>Fact witness<br>Expect to call live |
| | | | | | | 4. Roy Cysner<br>BuzzFeed, Inc.<br>c/o Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br><br>Fact witness<br>May call live |
| | | | | | | 5. Anthony Ferrante<br>FTI<br>c/o Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br><br>Expert witness<br>Expect to call live |
| | | | | | | 6. David P. Kaplan<br>Berkeley Research Group<br>c/o Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020 |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses[1] |
|---|---|---|---|---|---|---|
| | | | | | | Expert witness<br>Expect to call live |
| | | | | | | 7. Michael Sulick<br>c/o Black, Srebnick, Kornspan & Stumpf, P.A.<br>201 South Biscayne Boulevard<br>Suite 1300<br>Miami, Florida 33131<br><br>Expert witness<br>Expect to call live |
| | | | | | | 8. Peter Fritsch<br>Fusion GPS<br>c/o Josh Levy<br>Cunningham Levy Muse<br>1250 Connecticut Ave NW<br>Suite 700<br>Washington, DC 20036<br><br>Fact witness<br>Expect to use deposition videotape, transcript designations in Exhibit F |
| | | | | | | 9. Christopher Steele<br>c/o Nicola Cain<br>Reynolds Porter Chamberlain<br>Tower Bridge House<br>St Katharine's Way<br>London  E1W 1AA<br><br>Fact witness<br>Expect to use deposition videotape, transcript designations in Exhibit F |
| | | | | | | 10. David Kramer<br>c/o Marcos Jimenez<br>Marcos D. Jiménez, P.A.<br>255 Alhambra Circle, Suite 800<br>Coral Gables, FL 33134 |

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses[1] |
|---|---|---|---|---|---|---|
| | | | | | | Fact witness<br>May call live |
| | | | | | | 11. Nick Dvas<br>XBT Holdings, Inc.<br>c/o Ciampa Fray-Witzer LLP<br>20 Park Plaza Suite 505<br>Boston, MA<br><br>Fact witness<br>Expect to use deposition videotape, transcript designations in Exhibit F |
| | | | | | | 12. Rajesh Mishra<br>XBT Holdings, Inc.<br>c/o Ciampa Fray-Witzer LLP<br>20 Park Plaza<br><br>Fact witness<br>Expect to use deposition videotape, transcript designations in Exhibit F |
| | | | | | | 13. Konstantin Bezrechenko<br>XBT Holdings, Inc.<br>c/o Ciampa Fray-Witzer LLP<br>20 Park Plaza<br><br>Fact witness<br>Expect to use deposition videotape, transcript designations in Exhibit F |
| | | | | | | 14. Constantin Luchian<br>XBT Holdings, Inc.<br>c/o Ciampa Fray-Witzer LLP<br>20 Park Plaza<br><br>Fact witness<br>Expect to use deposition videotape, transcript designations in Exhibit F |

4815-9143-7176v.1 0100812-000009

**EXHIBIT D**

| Plf. No. | Def. No. | Date Offered | Objections | Marked | Admitted | Description of Exhibits and Witnesses[1] |
|---|---|---|---|---|---|---|
| | | | | | | 15. Marc Goederich<br>Root SA<br>3 op der Poukewiss<br>7795 Roost<br>Luxembourg<br><br>Fact witness<br>Expect to use deposition videotape, transcript designations in Exhibit F |
| | | | | | | All witnesses on Plaintiffs' witness list. |

5