# EXHIBIT F
# Defendants' Deposition Designations

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.

_____/

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| CHRISTOPHER STEELE | 15:3-4 | N | | | |
| | 15:21-23 | N | | | |
| | 18:11 – 20:4 | N | | | |
| | 21:14 – 22:4 | N | | | |
| | 23:22 – 24:6 | N | | | |
| | 31:3-24 | | | | |
| | 32:22 – 33:22 | C | 31:25 – 32:19 | R. Arg. | |
| | 35:17 – 36:14 | N | | | |
| | 37:8 – 38:15 | R, H | | | |

[1] A – Authenticity (unexclusively including best evidence rule), Arg – Argumentative, Best Ev – Best evidence, C – Completeness, Daubert – Subject to *Daubert* challenge, Doc Speaks – Documents speaks for itself, F – Foundation, H – Hearsay, I – inadmissible matter (unexclusively including *Daubert* challenge), L – foreign language, Leg. – Calls for legal conclusion, N – No objection, M – Misstates testimony, P – Privileged, R – Relevance, S – Speculation, T – To form (unexclusively including, for instance, speculation, argumentative, misstates testimony, calls for legal conclusion), UP – Unfairly Prejudicial,

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 39:13-23 | R | | | |
| | 40:3 – 42:21 | R (40:3-6) | | | |
| | 45:22 – 48:4 | N | | | |
| | 49:5-7 | N | | | |
| | 49:12 – 52:8 | N | | | |
| | 53:17:00 | N | | | |
| | 54:5 – 55:15 | N | | | |
| | 58:9-11 | N | | | |
| | 66:17-21 | N | | | |
| | 66:23 – 67:12 | C (67:7-12) | | | |
| | 73:10 – 76:8 | R, C, UP | 76:9-12 | N | |
| | 76:13-15 | C | 76:16-24 | N | |
| | 76:25 – 77:8 | N | | | |
| | 83:9 – 88:6 | S | | | |
| | 90:25 – 91:4 | F, R | | | |
| | 91:17 – 92:11 | N | | | |
| | 93:9-12 | N | | | |
| | 98:12 – 99:15 | N | | | |
| | 101:5 – 103:5 | N | | | |
| | 105:3-17 | S, H, R, UP | | | |
| | 117:2-10 | N | | | |
| | 118:19-22 | N | | | |
| | 120:22 – 122:16 | R, UP | | | |
| | 12:24 – 125:5 | C (124:21-125:5), F | | | |
| | 126:9-15 | N | | | |
| | 128:2-7 | N | 127:20-25 | N | |
| | 133:13-135:3 | C, S, H, R | 133:12 | N | |
| | 135:05:00 | S, H, R | | | |
| | 136:8-10 | F, M | 138:18-25 | N | |
| | 136:12-15 | F, M | 138:18-25 | N | |
| | 137:24 – 138:3 | F, M | 138:18-25 | N | |
| | 138;5 | F, M | 138:18-25 | N | |
| | 138:18 – 139:5 | N | | | |
| | Exhibit 4 | N | | | |

2

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| KONSTYANTYN BEZRUCHENKO | 5:1-15 | N | | | |
| | 6:24 – 7:3 | N | | | |
| | 7:20 – 8:3 | N | | | |
| | 10:14 – 14:8 | N | | | |
| | 16:6-20 | R | | | |
| | 17:8 – 28:2 | R, UP, S, T, H, M | | | |
| | 29:12 – 32:25 | R, C | 33:1 | N | |
| | 33:3-12 | C | 33:2, 33:13-16 | N | |
| | 35:1 – 36:25 | C, R, M, T | 34:23-34:25 37:1-2 | N | |
| | 37:3-6 | R, T | 37:7-16 | N | |
| | 37:17-24 | R, T | 37:7-16 | N | |
| | 38:1 – 39:20 | T, S, Arg | | | |
| | 40:1-6 | R, M, T | | | |
| | 43:4-13 | T, C | | | |
| | 43:23-24 | C | 43:14-22 | R (43:18-24) | |
| | 44:1-4 | N | | | |
| | 44:19-22 | R | | | |
| | 46:13 – 50:10 | T, R | | | |
| | 51:17-18 | R | | | |
| | 52:1-23 | T | | | |
| | 53:01:00 | N | | | |
| | 54:1-25 | Arg, T, C | | | |
| | 55:14 – 57:15 | T | | | |
| | 58:1 – 59:3 | R | | | |
| | 62:14-19 | R | 62:20-21 | N | |
| | 62:22 – 64:9 | T, M, S | | | |
| | 65:16 – 66:25 | R, Arg, T, S, C | | | |
| | 67:02:00 | R, Arg, T, S, C | | | |
| | 67:14-23 | R, T | | | |
| | 68:1 – 71:2 | R, T | 71:3-15 | N | |

3

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 75:18 – 77:8 | R, C, M | 73:22-75:17, 77:9-14 | N | |
| | 77:15 – 78:16 | R, T, Arg, S | | | |
| | 78:18-19 | R, T, Arg, S | | | |
| | 79:21-24 | R, C, T | 79:6-20 | R | |
| | 80:4 – 82:6 | R, T | | | |
| | 82:17 – 83:13 | R, S | | | |
| | 84:16 – 85:19 | R | | | |
| | 85:24 – 86:11 | R, UP | | | |
| | 85:15-22 | R | | | |
| | 86:15 – 87:10 | Arg, R, M | | | |
| | 87:12 – 90:10 | R, Best Ev, S, UP, Arg | | | |
| | 90:13-18 | R, S, UP, Arg, C | | | |
| | 90:23 – 91:25 | R, T | | | |
| | 97:17-22 | R, T | 97:9-16, 97:23-2 | N | |
| | 98:19-22 | R | | | |
| | 100:1-21 | C, R, UP | | | |
| | 100:25 – 101:2 | M, R, UP, S | | | |
| | 101:6-16 | M, R, UP, S | | | |
| | 102:5-8 | UP, R | | | |
| | 106:3-9 | R, Arg, S | | | |
| | 106:12-16 | R, Arg, S, T | | | |
| | 106:18-19 | R, Arg, S, T | | | |
| | 106:21-23 | R, Arg, S, T | | | |
| | 107:1-18 | R, Arg, S, T | | | |
| | 107:22-23 | R, Arg, S, | | | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | | T | | | |
| | 107:25-108:2 | R, Arg, S, T | | | |
| | 111:1-5 | R, T | | | |
| | 111:14 – 112:25 | R, M, T | | | |
| | 114:1-18 | R, C, M, S | 114:20 | N | |
| | 114:21 – 116:18 | R, Arg, S, T, H | | | |
| | 115:22 – 116:18 | R, Arg, S, T, H | | | |
| | 117:5 – 118:8 | S, R, H, Arg | | | |
| | 118:10-15 | S, R, H, Arg | | | |
| | 118:17-22 | R, Arg | | | |
| | 118:25:00 | R, Arg | | | |
| | 119:2 – 120:1 | R, S, H, Best Ev, T, Arg | | | |
| | 120:03:00 | R, S, H, Best Ev, T, Arg | | | |
| | 120:20 – 122:8 | R, S, T | | | |
| | 137:21 – 139:11 | R, T | | | |
| | 139:14-20 | R, T | | | |
| | 139:22 – 140:16 | M, R, C | 140:18 | N | |
| | 140:20 – 142:10 | M, R | | | |
| | 142:17 – 143:25 | R, S, T | | | |
| | 144:3-10 | R, T | | | |
| | 144:12 – 148:25 | R, H, R, Best Ev, C | 149:1-3 | N | |
| | 149:18 – 150:2 | S, R, Arg | | | |
| | 150:9- 151:7 | R, C | | | |
| | 151:13 – 152:15 | Arg, S, M, R | | | |
| | 152:18:00 | Arg, S, M, R | 152:16-17, 152:20 | R (152:16-17) | |
| | 152:21-25 | Arg, S, M, | | | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | | R | | | |
| | 153:2-10 | Arg, R, M | | | |
| | 153:13-14 | Arg, R, M | | | |
| | 153:16:00 | Arg, R, M | | | |
| | 153:21-22 | Arg, R, M | | | |
| | 153:24 – 154:3 | Arg, R, M | | | |
| | 154:8-12 | Arg, R, M | | | |
| | 154:17 – 155:2 | R, Best Ev, M, Arg | | | |
| | 155:4-13 | R, Best Ev, Arg | | | |
| | 255:15 – 156:16 | R, Arg, Best Ev, T | | | |
| | 156:21 - 157:5 | R, Arg, T | | | |
| | 157:8-13 | R, Arg, T, S | | | |
| | 157:15:00 | R, Arg, T, S | | | |
| | 166:1-168:25 | C, M, S, T | 165:24-25 | R | |
| | 169:2-13 | T | 169:14 | N | |
| | 169:16-18 | T | | | |
| | 169:21 – 170:19 | T, Arg | | | |
| | 170:21 – 176:7 | R, S, T | | | |
| | 176:9 – 179:25 | R, T | 180:1 | N | |
| | 181:1 – 183:23 | T, S | | | |
| | 183:25 – 184:19 | T, R | | | |
| | 184:21 – 186:7 | R, T | | | |
| | 186:9 – 190:17 | R, T, UP, F, Leg., | | | |
| | 190:20 – 196:23 | R, T, UP, F, Leg., M | | | |
| | 196:25 – 199:11 | R, M, S | | | |
| | 199:23-25 | R, T, C | 200:1 | N | |
| | 200:3-4 | R, C | | | |
| | 200:14 – 201:10 | R, M | 201:12 | N | |
| | 201:18 – 206:13 | R, C | 201:14-18 | N | |
| | 202:18 – 206:6 | R, S, T | | | |

6

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 206: - 213:6 | R, S, M, T, Arg, UP, H, Best Ev, F | | | |
| | 213:08:00 | R, M, Arg, UP, F | | | |
| | 213:10:00 | Arg, R, M, UP, F | | | |
| | 213:13 – 18 | Arg, R, M, UP, F | | | |
| | 213:20 – 215:23 | Arg, R, M, UP, H, Best Ev, F | | | |
| | 215:25 – 217:13 | R, UP, H, Arg, M, S, F | | | |
| | 217:15 – 219:16 | R, UP, S, M, F | | | |
| | 219:19 – 221:18 | R, UP, S, M, F | 221:19-21 | N | |
| | 221:23 – 222:4 | R, UP, S, F, M | | | |
| | 222:6 – 224:13 | R, UP, M, F, S | | | |
| | 224:15:00 | R, UP, F | | | |
| | 224:21 – 225:5 | R, UP, Arg, T | | | |
| | 225:8-17 | R, UP, S | | | |
| | 225:20-22 | R, UP, S | | | |
| | 225:24-25 | R, UP, S | | | |
| | 227:6-8 | R, UP | | | |
| | 227:21 – 229:8 | R, UP, F, S, T, Arg, C | 229:11-12 | N | |
| | 22(;22 – 230:16 | R, C, UP, F, M | | | |
| | 230:24 – 231:13 | S, F, R, UP | | | |
| | 231:15-20 | S, F, R, UP, C | 2321:22-231:1, 232:5-19, 234:7-235:17 | R (234:7-235:17) | |

7

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 235:16 – 236:14 | R, UP, F | | | |
| | 236:16-20 | R, UP, F | | | |
| | 236:22 – 237:7 | R, UP, F, T, Arg | | | |
| | 237:9-21 | R, UP, F, Arg | | | |
| | 237:23 – 239:19239:25 | R, UP, F, Arg, M, Best Ev | | | |
| | 240:2 – 244:5 | R, UP, F | | | |
| | 244:7-12 | R, UP, F, T, Arg, M | | | |
| | 244:14-18 | R, UP, F, T, Arg, M | | | |
| | 244:20 -2 47:21 | R, UP, F, T, Arg, H | | | |
| | 247:23-24 | R, UP, F, T, Arg, H | | | |
| | 248:1 – 249:6 | R, UP, F, Arg, H | | | |
| | 249: 9-10 | R, UP, F, Arg, H | | | |
| | 249:14 – 251:14 | R, UP, F, Arg, H, Best Ev, T, S | | | |
| | 251:16-22 | R, UP, F, Arg, H, Best Ev, T, S | | | |
| | 251:25 – 252:8 | R, UP, F, Arg, H, Best Ev, T, S | | | |
| | 252:10-17 | F, S | | | |
| | 252:19 – 255:23 | Arg, R, T, H, UP, F, Legal, M, Best Ev | | | |
| | 256:16-23 | C, T, S | | | |
| | 259:12 – 261:25 | C, R, UP, F, M | 259:6-11 | N | |

8

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 262:3 – 263:7 | R, UP, Arg, S, F, T | 263:8-14 | R | |
| | 263:15 – 264:11 | R, UP, Arg, S, F, T | | | |
| | 264:13 – 269:13 | R, UP, S, F, Best Ev, Arg, | | | |
| | 269:16 – 270:23 | R, UP, Arg, T, F | | | |
| | 270:25 – 272:18 | R, UP, Arg, T, S, M, F | | | |
| | 272:20 – 273:16 | R, UP, Arg, F, Best Ev, S, Arg | 273:18 | N | |
| | 274:20 – 275:12 | R, UP, M, C, F, Arg | | | |
| | 275:14 – 276:23 | R, F, UP, H, S, M | | | |
| | 276:25 – 279:11 | R, F, UP, H, S, M, C | | | |
| | 279:16 – 284:5 | R, F, UP | | | |
| | 284:16-21 | R, F, UP | 284:24-285:3 | N | |
| | 285:6-15 | R, F, UP | | | |
| | 285:17 – 287:25 | R, F, UP, M, T, Arg, C | | | |
| | 288:4-22 | R, F, UP, M, T, Arg, C | | | |
| | 288:24-25 | R, F, UP, M, T, Arg, C | | | |
| | 289:2-7 | R, F, UP, M, T | | | |
| | 289:10-12 | R, F, UP, M, T | | | |
| | 289:14:00 | R, F, UP, M, T | | | |

9

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 289:16:00 | R, F, UP, M, T | | | |
| | 289:18 – 290:1 | R, F, UP, M, T | | | |
| | 290:03:00 | R, F, UP, M, T | | | |
| | 291:2 – 292:18 | R, F, M, UP, H | | | |
| | 292:20:00 | R, F, M, UP, H | | | |
| | 292:22-24 | R, F, M, UP, H | | | |
| | 293:1 – 296:9 | R, F, M, UP, H, S | 292:25 | N | |
| | 296:12 – 298:3 | N | | | |
| | 298:05:00 | N | | | |
| | 298:9 – 299:1 | N | 299:2-14 | N | |
| | 299:20 – 301:14 | R, UP, F | | | |
| | 302:3-14 | M | | | |
| | 302:16 – 308:8 | Arg, R, UP, F, H | 308:9-11 | N | |
| | 308:12-16 | R, UP, F | | | |
| | 308:18-20 | R, UP, F | | | |
| | 308:22 – 309:8 | R, UP, F, C | 309:9 | N | |
| | 309:10-16 | R, UP, F | 309:17-18 | N | |
| | 310:4-15 | R, UP, F, S | | | |
| | 310:19 – 317:16 | R, UP, F, S, H | | | |
| | 317:18:00 | R | | | |
| | 317:20 – 318:5 | R | | | |
| | 318:9-10 | R | | | |
| | 318:12 – 319:11 | R | | | |
| | 319:13 – 320:2 | R | | | |
| | Exhibit 1 | N | | | |
| | Exhibit 2 | N | | | |
| | Exhibit 3 | N | | | |
| | Exhibit 4 | N | | | |
| | Exhibit 5 | N | | | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | Exhibit 6 | N | | | |
| | Exhibit 10 | N | | | |
| | Exhibit 11 | N | | | |
| | Exhibit 12 | N | | | |
| | Exhibit 13 | R, UP, H | | | |
| | Exhibit 14 | R, UP, F | | | |
| | Exhibit 15 | R, UP, H | | | |
| | Exhibit 16 | R, UP, H, F | | | |
| | Exhibit 17 | R, UP, H, F | | | |
| | Exhibit 18 | R, UP, F, H | | | |
| | Exhibit 19 | R, UP, F, H | | | |
| | Exhibit 20 | R, UP, F | | | |
| | Exhibit 21 | N | | | |
| | Exhibit 22 | R | | | |
| | Exhibit 23 | R | | | |
| MAR GOEDERICH | 10:4-11 | N | | | |
| | 11:13-15 | N | 11:12 | N | |
| | 12:7 – 13:5 | N | | | |
| | 14:6 – 15:4 | C | | | |
| | 16:14-20 | N | | | |
| | 17:9-10 | T | | | |
| | 17:13 – 18:10 | T | | | |
| | 18:17-22 | T | | | |
| | 19:2-18 | N | | | |
| | 21:2 – 22:11 | N | | | |
| | 22:16-19 | N | | | |
| | 22:22 – 23:18 | T | | | |
| | 23:21 – 26:24 | T | | | |
| | 27:6 – 31:3 | N | | | |
| | 31:7 – 33:19 | N | 40:25-41:24 | N | |
| | 34:6 – 35:5 | R | | | |
| | 35:13-18 | N | 35:6 | N | |
| | 37:18 – 38:3 | N | | | |
| | 39:10-23 | N | | | |

11

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 40:20-24 | R | | | |
| | 41:25 – 42:4 | N | 42:5-7 | N | |
| | 42:11 – 43:5 | S | | | |
| | 43:9-12 | S | | | |
| | 48:2 – 49:9 | N | | | |
| | 49:18 – 50:24 | N | | | |
| | 52:1-12 | R | | | |
| | 52:17 – 53:14 | R | | | |
| | 54:6-12 | N | | | |
| | 54:18 – 55:6 | N | | | |
| | 55:14 – 56:13 | N | | | |
| | 56:18 – 57:15 | N | | | |
| | 58:3-15 | N | | | |
| | 59:21 – 60:19 | N | | | |
| | 61:4-8 | N | | | |
| | 61:15-24 | N | | | |
| | 62:4 – 66:25 | S, Doc Speaks, C | | | |
| | 67:6-24 | R | | | |
| | 68:1 – 69:10 | R | | | |
| | 71:11 – 73:3 | R | | | |
| | 73:8 – 74:3 | S | | | |
| | 74:5 – 75:9 | R | | | |
| | 76:5-8 | N | | | |
| | 78:22 – 79"14 | R | | | |
| | 80:1-4 | R | | | |
| | 80:8 – 81:4 | R, UP | | | |
| | 81:6-14 | R | | | |
| | 81;18 – 82:4 | N | | | |
| | 82:11 – 83:8 | R | | | |
| | 83:18 – 86:9 | R, F, UP | | | |
| | 86:13 – 87:21 | R, UP | | | |
| | 88:3 – 88;12 | R, F, UP, H | | | |
| | 88:15 – 88:23 | R, F, UP, H | | | |
| | 89:13 – 90:22 | R, Leg., Arg, Doc | | | |

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | | speaks | | | |
| | 91:4 – 93:13 | R, Leg., Arg, Doc speaks | | | |
| | 93:19 – 96:23 | R | | | |
| | 97:21 – 105:14 | R, UP, H, F, S, M | | | |
| | 105:18 – 107:7 | R, UP, H, F, M, S | 107:8-11 | N | |
| | 107:15-24 | R, UP, H, F, S | | | |
| | 108:23 – 109:10 | R, UP, H, F, S | | | |
| | 109:14-16 | R, UP, F, H | | | |
| | 109:25 – 111:19 | R, UP | | | |
| | 112:2 – 113:15 | R, UP, C | 113:16 | N | |
| | 113:17-20 | R, UP, M, F, H | 113:21 | N | |
| | 113:22 – 114:1 | R, UP, M, F, H | | | |
| | 116:12 – 117:12 | R, UP, F, H | | | |
| | 117:17 – 118:3 | R, UP, F, H, S | | | |
| | 118:6-18 | R, UP, F | | | |
| | 119:5-9 | R, UP, F | 119:10-14 | N | |
| | 119:15 – 120:1 | R, UP, F, H | | | |
| | 120:4-7 | R, UP, F, H | | | |
| | 121:7 – 123:3 | R, UP, F, H | 123:4-20 | N | |
| | 123:21 – 125:2 | R, UP, F, H | 125:3-8 | N | |
| | 125:9-14 | R, UP, F | | | |
| | 125:17-18 | R, UP, F | 125:22-126:8 | N | |
| | 126:9 – 127:25 | R, UP, F | | | |
| | 128:6-8 | R, UP, F | | | |
| | 128:16 – 130:6 | R, UP, F, H | | | |
| | 130:16-19 | R, UP, F, H | | | |
| | 132:25 – 141:19 | R, UP, F, H | | | |
| | 143:13 – 144:24 | C, R | 143:12 | N | |

13

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 145:16-22 | C, R, UP, F, H | 145:9-14 | N | |
| | 146:11 – 147:25 | C, R, UP | | | |
| | 148:13-20 | R, UP | | | |
| | 149:11-14 | R, UP | | | |
| | 150:10-20 | R, C | | | |
| | 151:1 – 152:8 | R, UP, S, M, F | | | |
| | 155:11 – 165:12 | R, UP, F, S, M, Arg | | | |
| | 165:20 – 166:1 | R, UP, F, S | | | |
| | 166:14-20 | R, S, Arg | | | |
| | 166:20 – 167:25 | R, UP, F, S | | | |
| | 168:5 – 170:16 | R, UP, F, Arg, M | | | |
| | 170:21 – 173:24 | R, UP, T | | | |
| | 174:1 – 175:25 | R, UP, T, Arg | | | |
| | 176:21 – 179:14 | R, UP, H, M, F | | | |
| | 179:19 – 80:23 | R, UP, Arg | | | |
| | 181:24 – 184:3 | R, UP, F | | | |
| | 184:6 – 186:25 | R, UP | | | |
| | 187:4 – 187:25 | M, R, UP, F, Arg | | | |
| | 188:2-4 | M, R, UP, F, Arg | | | |
| | 188:6-26 | C, R, UP | | | |
| | 190:17 – 192:25 | R, UP, S | | | |
| | 193:6-24 | S, R, UP, T, Arg | | | |
| | 194:1-25 | S, R, UP, T, Arg | | | |
| | 195:9-16 | R, UP, Arg | | | |
| | 196:4 – 198:24 | R, UP | | | |
| | 199:4-19 | R, UP | | | |
| | 200:2 – 203:11 | R, UP, S, T | | | |
| | 203:15 – 204:13 | R, T, UP | | | |

14

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 204:19 – 208:25 | R, UP, Arg | | | |
| | 209:3-6 | R, UP | | | |
| | 209:9 – 212:19 | R, UP, M, T | | | |
| | 212:25 – 222:11 | R, UP, H, F, Arg | | | |
| | 222:22 – 223:17 | R, UP, C | | | |
| | 225:2 – 227:10 | R, UP | | | |
| | 229:6 – 230:21 | R, UP, F, Arg, H, Doc speaks, M | | | |
| | 231:5 – 232:4 | R, UP, H, Doc speaks, F, T | | | |
| | 233:2 – 236:6 | UP, R, Doc speaks, F, M | | | |
| | 240:6 – 241:4 | UP, R, T, F | | | |
| | 241:7 – 244:21 | UP, R, F, C | 244:22-245:1 | N | |
| | 245:2 – 246:13 | R, UP, F | | | |
| | 246:23 – 249:2 | R, UP, S, H, Arg | | | |
| | 249:4-6 | R, UP, H, Arg | | | |
| | 249:8-17 | R, UP | | | |
| | 249:22 – 250:24 | R, UP, S, F | | | |
| | 251:10 – 252:2 | R, UP, F | | | |
| | 252:10-24 | R, UP | | | |
| | 251:10 – 252:2 | R, UP, F | | | |
| | 252:10-24 | R, UP | | | |
| | 253:9 – 254:16 | R, UP | | | |
| | 24:24 – 255:13 | R, UP, F | | | |
| | Exhibit 1 | N | | | |
| | Exhibit 2 | N | | | |
| | Exhibit 3 | N | | | |
| | Exhibit 4 | N | | | |
| | Exhibit 5 | N | | | |

15

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | Exhibit 6 | N | | | |
| | Exhibit 7 | N | | | |
| | Exhibit 8 | N | | | |
| | Exhibit 9 | N | | | |
| | Exhibit 10 | R, UP, H | | | |
| | Exhibit 11 | R, UP, H | | | |
| | Exhibit 12 | R, UP, H | | | |
| | Exhibit 13 | R, UP, H | | | |
| | Exhibit 14 | R, UP, H | | | |
| | Exhibit 15 | R, UP, H | | | |
| | Exhibit 16 | R, UP, H | | | |
| | Exhibit 17 | R, UP, H | | | |
| | Exhibit 18a | R, UP, F | | | |
| | Exhibit 18b | R, UP, F | | | |
| | Exhibit 19a | R, UP, F | | | |
| | Exhibit 19b | R, UP, F | | | |
| | Exhibit 20 | R, UP, F | | | |
| | Exhibit 21 | R, UP, F | | | |
| | Exhibit 22a | R, UP, H | | | |
| | Exhibit 22b | R, UP, H | | | |
| | | | | | |
| RAJESH MISHRA | 13:9-15:2 | N | 15:3-8 | R | |
| | 15:9-14 | N | | | |
| | 15:18-23 | N | | | |
| | 16:10-17:3 | N | | | |
| | 18:2-12 | N | 18:13-17 | R | |
| | 18:25-21:16 | N | | | |
| | 21:21-24 | N | | | |
| | 23:6-25:4 | F, R | 25:8-18 | N | |
| | 26:2-27:5 | R | | | |
| | 28:1-29:3 | S, F | | | |
| | 30:15-31:12 | R | | | |
| | 32:24-33:22 | S, F | | | |
| | 46:13-46:25 | N | 47:1-3 | N | |
| | 48:22-50:25 | M, T | 51:2-5 | N | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 52:22-53:7 | N | | | |
| | 58:12-59:7 | T | | | |
| | 59:19-61:24 | R | | | |
| | 63:20-65:8 | R, F, T, S, F | | | |
| | 65:10-68:1 | M, R, F, T, S | | | |
| | 68:8-70:7 | S, M, F | | | |
| | 70:16-71:4 | N | 70:8-15 | N | |
| | 71:25-72:4 | N | | | |
| | 72:23-74:23 | S, F, T, M | | | |
| | 75:5-77:7 | N | | | |
| | 77:24-79:7 | M | | | |
| | 82:5-84:20 | M, T | | | |
| | 86:5-88:24 | N | | | |
| | 89:24-90:15 | N | | | |
| | 92:7-21 | N | | | |
| | 94:5-95:7 | N | | | |
| | 95:21-97:11 | N | | | |
| | 98:5-24 | M | | | |
| | 100-1:101-14 | T | | | |
| | 101:20-104:15 | N | | | |
| | 106:15-25 | R, UP | | | |
| | 109:7-111:15 | S | | | |
| | 112:15-21 | N | | | |
| | 113:20-116:4 | S, F, T, M | | | |
| | 116:12-16 | N | | | |
| | 117:5-120:23 | M, T | | | |
| | 121:6-18 | T | | | |
| | 123:6-124:2 | R, UP | | | |
| | 124:12-127:20 | M, F | | | |
| | 128:6-11 | R, UP | | | |
| | 130:6-131:16 | F | | | |
| | 132:15-135:9 | R, UP, F, M | 135:12-22 | N | |
| | 136:1-15 | R, UP | | | |

17

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 137:14-24 | R, UP | | | |
| | 138:5-139:20 | F, R, M, S | | | |
| | 141:1-6 | N | | | |
| | 141:12-143:2 | R | | | |
| | 143:13-18 | N | | | |
| | 144:8-13 | N | | | |
| | 145:3-7 | R | | | |
| | 146:10-14 | N | | | |
| | 147:6-12 | N | | | |
| | 148:3-149:23 | N | | | |
| | 150:5-151:13 | N | | | |
| | 152:22-154:9 | N | 154:10-18 | N | |
| | 156:15-21 | N | | | |
| | 158:2-159:8 | N | | | |
| | 159:18-160:14 | N | | | |
| | 161:1-163:9 | N | | | |
| | 163:25-165:6 | F, T, M, UP, R | | | |
| | 165:15-169:15 | N | | | |
| | 171:12-172:11 | M, T | | | |
| | 177:7-13 | F | | | |
| | 178:4-25 | T | | | |
| | 182:19-183:17 | N | | | |
| | 185:8-10 | N | 184:25-185:7 | N | |
| | 193:1-14 | N | 193:15-194:2 | N | |
| | 194:3-196:17 | N | | | |
| | 198:7-10 | N | | | |
| | 199:3-200:16 | N | | | |
| | 203:13-204:9 | N | | | |
| | 227:25-229:5 | R, UP | | | |
| | 229:14-232:12 | R, UP | | | |
| | Exhibit 1 | F | | | |
| | Exhibit 2 | F | | | |
| | Exhibit 3 | N | | | |

18

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | Exhibit 4 | N | | | |
| | Exhibit 8 | N | | | |
| | Exhibit 9 | N | | | |
| | Exhibit 10 | N | | | |
| | Exhibit 11 | N | | | |
| | Exhibit 12 | N | | | |
| | Exhibit 13 | N | | | |
| | Exhibit 14 | N | | | |
| | Exhibit 18 | N | | | |
| | Exhibit 19 | N | | | |
| | Exhibit 20 | N | | | |
| | Exhibit 21 | N | | | |
| | Exhibit 22 | N | | | |
| | Exhibit 23 | N | | | |
| | Exhibit 24 | N | | | |
| | Exhibit 25 | N | | | |
| | Exhibit 26 | N | | | |
| | Exhibit 27 | R, UP, H, F | | | |
| | Exhibit 28 | R, UP, H, F | | | |
| | Exhibit 29 | R, UP, H, F | | | |
| | Exhibit 30 | R, UP, H, F | | | |
| | Exhibit 31 | N | | | |
| | Exhibit 32 | N | | | |
| | Exhibit 33 | N | | | |
| | Exhibit 35 | N | | | |
| | Exhibit 40 | N | | | |
| | Exhibit 45 | N | | | |
| | Exhibit 52 | R, UP, F | | | |
| | Exhibit 53 | R, UP, F | | | |
| NICOLAY DVAS | 21:5-12 | N | | | |
| | 21:20-22:13 | N | | | |
| | 22:22-25:22 | N | | | |
| | 26:7-28:5 | N | | | |
| | 28:18-34:12 | N | | | |
| | 34:21-37:6 | UP | | | |
| | 38:19-43:24 | UP, R | | | |

19

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 59:3-60:23 | R | | | |
| | 63:20-64:2 | N | | | |
| | 66:25-68:8 | R | | | |
| | 77:10-83:15 | R | | | |
| | 90:18-19 | No testimony | | | |
| | 91:2-6 | T, R | | | |
| | 92:3-93:4 | R | | | |
| | 96:24-25 | No testimony | | | |
| | 97:13-102:20 | R, T | | | |
| | 103:7-22 | R | | | |
| | 104:11-113:8 | Leg., R, UP, S | 113:9-19 | N | |
| | 114:7-11 | R, UP | | | |
| | 114:21-22 | No testimony | | | |
| | 116:10-25 | R | | | |
| | 117:10-118:2 | R | | | |
| | 122:9-11 | R | | | |
| | 123:22-126:21 | No testimony | | | |
| | 128:8-130:5 | R, UP, H | | | |
| | 131:5-136:20 | R, UP, H | | | |
| | 137:9-139:20 | R, UP | | | |
| | 185:17-188:5 | R, UP, S, M, F | | | |
| | 188:14-190:18 | R, UP, S, M, F | | | |
| | 191:3-193:5 | R, UP | | | |
| | 194:18-196:8 | R, UP | 196:9-13 | R | |
| | 198:1-7 | R, UP | 198:13-19 | N | |
| | 198:20-216:12 | R, UP | | | |
| | 217:6-220:24 | R, UP, M | 221:2-221:22 | N | |
| | 223:2-10 | R, UP, S | | | |
| | 224:20-225:23 | R, UP, T | 225:24-226:9 | N | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 226:17-228:5 | R, UP | | | |
| | 233:9-240:20 | R, UP, T | | | |
| | 245:1-12 | UP, R | 245:13-23 | N | |
| | 246:16-247:11 | UP, R | | | |
| | 252:20-257:8 | R | | | |
| | 258:1-260:14 | R | | | |
| | 266:24-267:6 | N | 267:7-268:11 | N | |
| | 268:12-272:11 | UP, R, F, M | | | |
| | 275:3-9 | T, UP, R, F, M, S | | | |
| | 279:5-6 | No testimony | | | |
| | 279:15-285:1 | M | | | |
| | 285:12-288:1 | R | | | |
| | 288:24-290:17 | N | | | |
| | 295:21-297:14 | R | | | |
| | 298:4-19 | N | | | |
| | 299:22-300:4 | N | | | |
| | 300:7-10 | N | | | |
| | 301:20-305:4 | R, UP | | | |
| | 305:21-317:22 | R, UP, Doc Speaks, S, F | | | |
| | Exhibit 1 | N | | | |
| | Exhibit 6 | R | | | |
| | Exhibit 8 | R | | | |
| | Exhibit 16 | R | | | |
| | Exhibit 23 | R | | | |
| | Exhibit 28 | R | | | |
| | Exhibit 29 | R | | | |
| | Exhibit 30 | R | | | |
| | Exhibit 32 | R | | | |
| | Exhibit 33 | R, UP | | | |
| | Exhibit 34 | R, H, UP | | | |
| | Exhibit 35 | R | | | |
| | Exhibit 62 | R, H, UP, F | | | |

21

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | Exhibit 63 | R, UP | | | |
| | Exhibit 64 | R, UP | | | |
| | Exhibit 65 | R, UP | | | |
| | Exhibit 66 | R, UP | | | |
| | Exhibit 68 | R, UP | | | |
| | Exhibit 69 | R, UP | | | |
| | Exhibit 70 | R, UP | | | |
| | Exhibit 71 | R, UP | | | |
| | Exhibit 72 | R, UP | | | |
| | Exhibit 76 | R, UP | | | |
| | Exhibit 78 | R, UP | | | |
| | Exhibit 82 | R, UP | | | |
| | Exhibit 83 | N | | | |
| | Exhibit 84 | N | | | |
| | Exhibit 85 | N | | | |
| | Exhibit 90 | N | | | |
| | Exhibit 91 | N | | | |
| FUSION GPS 30(b)(6) | 9:15-20 | N | | | |
| | 23:10-26:15 | N | | | |
| | 33:2-14 | N | | | |
| | 34:12-37:5 | N | | | |
| | 38:20-40:8 | N | | | |
| | 41:19-44:18 | S, H, F, R | 45:7-46:2 | R, P | |
| | 46:9-48:19 | S, H, F | | | |
| | 49:5-49:17 | N | | | |
| | 49:21-50:15 | H, S, F | | | |
| | 51:20-52:5 | N | | | |
| | 54:7-54:20 | N | | | |
| | 55:3-57:14 | N | | | |
| | 63:2-10 | N | 63:11-16 | N | |
| | 64:3-5 | H, S | | | |
| | 64:12-65:9 | H, S, UP, R | | | |
| | 65:18-68:19 | H, S, UP, R | | | |
| | 69:3-70:18 | H, S, UP, R | | | |
| | 71:19-73:21 | N | | | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 74:18-20 | N | | | |
| | 75:7-12 | H, S | | | |
| | 78:21-79:13 | N | | | |
| | 80:2-81:7 | N | | | |
| | 81:20-85:8 | H, S, UP, R | | | |
| | 85:19-90:12 | H, S, R | | | |
| | 99:16-101:8 | S, H, C, R | 101:9-10 | N | |
| | 111:15-20 | N | | | |
| | 113:2-117:16 | N | | | |
| | 118:17-120:2 | S, H, R | 120:12-14 126:17-127:10 | N | |
| | 120:15-124:15 | S, H, R | 124:13-25 | N | |
| | 125:19-126:16 | S, H | 126:17-127:10 | N | |
| | 127:12-133:21 | H (127:12-14) H, S (131:13-132:9) S (133:18-21) | | | |
| | 143:20-144:2 | N | | | |
| | 144:10-18 | N | | | |
| | 145:10-14 | N | | | |
| | 146:1-7 | N | | | |
| | 147:20-153:11 | S, R, H, UP | | | |
| | 154:19-155:2 | N | | | |
| | 155:21-156:15 | H, S | | | |
| | 159:13-161:4 | N | | | |
| | 179:21-183:16 | H, S (182:7-183:16 | 183:17-186:9 | T | |
| | 188:7-191:10 | R, S, H, UP, F | 194:3-197:16 203:5-204:1 207:7-211:21 | T, MS, H | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | | | 117:10-21 Exhibit 13 | | |
| | 192:6-193:3 | R, S, H, UP, F | 194:3-197:16 203:5-204:1 207:7-211:21 117:10-21 Exhibit 13 | T, MS, H | |
| | 193:11-194:2 | R, S, H, UP, F | 194:3-197:16 203:5-204:1 207:7-211:21 117:10-21 Exhibit 13 | T, MS, H | |
| | 197:17-199:12 | R, S, H, UP, F | 194:3-197:16 203:5-204:1 207:7-211:21 117:10-21 Exhibit 13 | T, MS, H | |
| | 200:2-202:15 | R, S, H, UP, F | 194:3-197:16 203:5-204:1 207:7-211:21 117:10-21 Exhibit 13 | T, MS, H | |
| | 205:17-207:6 | R, S, H, UP, F | 194:3-197:16 203:5-204:1 207:7-211:21 117:10-21 Exhibit 13 | T, MS, H | |
| | 241:21-251:20 | R, S, H, UP, F | 259:13-261:1 262:5-267:5 | T, MS | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 254:10-257:8 | S, H, R | 259:13-261:1 262:5-267:5 | T, H, Arg. | |
| | 258:12-19 | S, H | | | |
| | Exhibit 5 | R, UP | | | |
| | Exhibit 6 | N | | | |
| | Exhibit 8 | N | | | |
| | Exhibit 9 | N | | | |
| | Exhibit 10 | N | | | |
| | Exhibit 11 | N | | | |
| XBT 30(B)(6) (6-28-18) | 6:11-113 | N | | | |
| | 7:3-21 | F, S, Best Ev, H | | | |
| | 7:24 – 8:3 | F, S, Best Ev, H, R, UP | | | |
| | 8:11-14 | F, S, Best Ev, H, R, UP | | | |
| | 8:16 – 12:24 | F, S, Best Ev, H, Argu, R, UP | | | |
| | 13:21 – 15:22 | R, UP, F | 15:23-16:11 | N | |
| | 17:11-17 | R, UP, F | 17:18-24 | N | |
| | 17:24 – 20:23 | R, UP, F | | | |
| | 22:5-12 | R, UP, F | | | |
| | 22:21 – 28:22 | R, UP, F | | | |
| | 30:19 – 34:1 | R, UP, F, S | | | |
| | 34:7-14 | R, S, C | 34:15-19 | N | |
| | 34:20-25 | R, S, C | 35:1 | N | |
| | 35:5-10 | R, S | 35:11-13 | R | |
| | 35:16-19 | R, UP, F | | | |
| | 37:1-17 | R, UP, S, F | | | |
| | 37:21-24 | R, UP, S, F | 37:18-20 | N | |
| | 38:1-24 | R, UP, S, F | 38:25-39:9 | R | |
| | 39:17 – 40:6 | Arg, R, UP, | | | |

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | | S, F | | | |
| | 40:17 – 41:4 | R, UP, S, F | 41:5-6 | R | |
| | 41:7-13 | R, UP, S, F | 41:14-42:2 | R | |
| | 42:1 – 45:15 | R, UP, S, F | | | |
| | 46:1 – 50:25 | R, UP, S, F, M | | | |
| | 53:13 – 55:16 | R, UP, S, F, Arg, M | | | |
| | 55:19 – 56:12 | R, UP, S, F, Arg, M | | | |
| | 56:16 – 57:4 | R, UP, S, F, Arg | | | |
| | 57:6 – 60:9 | R, UP, F, Arg | 60:10-62:8 | N | |
| | 62:16 – 68:19 | R, UP, F, S | | | |
| | 69:14 – 71:22 | R | | | |
| | 72:5 – 73:12 | R | 73:16-18 | N | |
| | 73:19 – 74:1 | R | | | |
| | 74:9 – 75:7 | R | | | |
| | 75:11-18 | R | | | |
| | 76:12 – 77:11 | R | | | |
| | 77:17-23 | R | | | |
| | 78:1-18 | R | | | |
| | 78:23 – 79:25 | R | | | |
| | 80:4-15 | R | | | |
| | 82:13 – 84:4 | R | | | |
| | 84:24 – 86:21 | R, M, S | 86:22-87:3 | N | |
| | 87:4-22 | R, S, M | 87:23-88:1 | N | |
| | 88:2-23 | R | | | |
| | 88:25 – 89:22 | R | | | |
| | 96:11-25 | R, S, Leg., M, F | | | |
| | 98:12-20 | R, Leg. | | | |
| | 99:7 – 100:13 | R, UP, H, S | 102:1-3 | N | |
| | 102:4-16 | R, UP, H, S | 102:17-19 | N | |
| | 103:01:00 | R, C | | | |
| | 104:1-12 | R | 104:14-17 | C, UP | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 105:22-23 | R, Best Ev, H | | | |
| | 106:4-13 | R | | | |
| | 108:5-7 | R | | | |
| | 108:9 – 109:1 | R | | | |
| | 109:17-25 | R, UP | 109:10-16 | C, UP | |
| | 110:5-12 | R, Best Ev, H | | | |
| | 111:1-13 | C, S, Best Ev, H | | | |
| | 113:19 – 112:7 | R, C, UP, M, H, Best Ev | | | |
| | 112:10-14 | R, C, UP, M, H, Best Ev | 112:8-9 | N | |
| | 112:22 – 113:1 | R, C, UP, M, H, Best Ev | 112:15-113:5 | N | |
| | 113:9-14 | R, C, UP, M, H, Best Ev | | | |
| | 113:20 – 116:9 | R, C, UP, M, H, Best Ev | 113:15-18 | N | |
| | 117:2-7 | R | | | |
| | 129:5-132:24 | R | 133:4-7 | N | |
| | 134:7-135:18 | R | 135:19-136:3 | | |
| | 138:11-22 | R | | | |
| | 139:7-24 | R, UP | | | |
| | 140:10-17 | R, UP, S, H | | | |
| | 141:1-10 | R, UP, S, H | | | |
| | 142:4-19 | R, UP, S, H | | | |
| | 143:17-146:6 | R, UP, S, H, F, M, C | | | |
| | 147:11-150:12 | R, UP, Arg, S, H | 150:13-151:12 Exhibit 11 | N | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | 151:13-153:16 | R, UP | 153:17-154:1 | R | |
| | Exhibit 2 | R | | | |
| | Exhibit 3 | R | | | |
| | Exhibit 5 | R, UP | | | |
| | Exhibit 6 | R, UP | | | |
| | Exhibit 7 | R, UP | | | |
| | Exhibit 8 | R, UP | | | |
| | Exhibit 9 | R, UP | | | |
| | Exhibit 10 | R, UP | | | |
| Constantin Luchian | 4:5-84:25 | R, UP. H, F, S, T, | | | |
| | AG 13 | R, UP, H, F | | | |
| | AMA 1 | R, UP, H, F | | | |
| | CF 1 | R, UP, H, F | | | |
| | CF 2 | R, UP, H, F | | | |
| | CF 3 | R, UP, H, F | | | |
| | CF 4 | R, UP, H, F | | | |
| | DP 1 | R, UP, H, F | | | |
| | HT 1 | R, UP, H, F | | | |
| | HY 1 | R, UP, H, F | | | |
| | IP 1 | R, UP, H, F | | | |
| | WCZ 1 | R, UP, H, F | | | |
| DAVID KRAMER | 12:1-58:7 | R | | | |
| | 75:17-127:13 | R, UP, F, S, T, H | 127:19-128:1 | C, UP | |
| | Exhibit 1 | R, UP | | | |
| | Exhibit 2 | N | | | |
| | Exhibit 3 | N | | | |
| | Exhibit 4 | N | | | |
| | Exhibit 5 | N | | | |
| | Exhibit 6 | N | | | |
| JEFFREY ANDERSON | Exhibit 1 | R, UP | | | |

28

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | Exhibit 6 | C, F, R, F | | | |
| DAVID KAPLAN[2] | Exhibit 1 | R, H | | | |
| | Exhibit 2 | R, H | | | |
| | Exhibit 3 | H | | | |
| | Exhibit 4 | H | | | |
| | Exhibit 5 | H | | | |
| | Exhibit 6 | H | | | |
| | Exhibit 7 | H | | | |
| | Exhibit 8 | H | | | |
| | Exhibit 9 | H | | | |
| | Exhibit 10 | H | | | |
| | Exhibit 11 | H, R, UP | | | |
| | Exhibit 12 | H, R, UP | | | |
| | Exhibit 13 | H, R, UP | | | |
| | Exhibit 14 | H, R, UP | | | |
| | Exhibit 15 | H, R, UP | | | |
| | Exhibit 16 | H, R, UP | | | |
| | Exhibit 17 | H | | | |
| | Exhibit 18 | H | | | |
| | P-P001536-1539 | UP, R | | | |
| ANTHONY FERRANTE[3] | Exhibit 1 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 2 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 3 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 4 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 5 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 6 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 7 | R, UP, H, | Cole | | |

[2] Kaplan did not have a deposition, so Plaintiffs assume that these exhibits refer to the exhibits to his expert report.
[3] It is apparent that these Exhibits refer to Ferrante's exhibits to his report, and not to the exhibits to his deposition. Plaintiffs have accordingly responded on this assumption.

29

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | | Daubert | Report | | |
| | Exhibit 8 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 9 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 10 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 11 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 12 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 13 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 14 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 15 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 16 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 17 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 18 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 19 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 20 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 21 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 22 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 23 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 24 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 25 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 26 | R, UP, H, Daubert | Cole Report | | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | Exhibit 27 | R, UP, H, Daubert | Cole Report | | |
| | Exhibit 28 | R, UP, H, Daubert | Cole Report | | |
| ERIC COLE | Exhibit 1 | N | | | |
| | Exhibit 3 | R, H | | | |
| ALEXSEJ GUBAREV 04/13/18 & 06/16/18 | AG-4A | R | | | |
| | AG-4B | R | | | |
| | AG-4D | UP, R | | | |
| | AG-6 | UP, R, H | | | |
| | AG-8 | UP, R, H | | | |
| | AG-10 | N | | | |
| | AG DX-2 | L | | | |
| | AG-DX-3 | N | | | |
| | AG-DX-4 | R | | | |
| | AG-DX-5 | L, R | | | |
| | AG-DX-6 | R | | | |
| | AG-DX-7 | R | | | |
| | AG-DX-8 | R | | | |
| | AG-DX-9 | N | | | |
| | AG-DX-10 | R | | | |
| | AG-DX-11 | R | | | |
| | AG-DX-12 | N | | | |
| | AM-1 | UP, R, A | | | |
| | AW-1 | UP, R, A, H | | | |
| | AW-2 | UP, R, A, H | | | |
| | AW-3 | UP, R, A, H | | | |
| | AW-5 | UP, R, A, H | | | |
| | AW-7 | UP, R, A | | | |
| | AW-8 | UP, R, A | | | |
| | AW-11 | UP, R, A | | | |
| | AW-15 | UP, R, A, H | | | |
| | AWM-1 | UP, R, A, | | | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | | H | | | |
| | BC-1 | R | | | |
| | EH-3 | UP, R, A, H | | | |
| | EH-3A | UP, R, A, H | | | |
| | HA-1 | UP, R, A, H, F | | | |
| | HA-4 | UP, R, A, H, F | | | |
| | INT-1 | N | | | |
| | INT-2 | UP, R | | | |
| | INT-7 | UP, R | | | |
| | MB-1 | UP, R | | | |
| | MB-4 | UP, R | | | |
| | MB-5 | UP, R | | | |
| | MB-8 | UP, R | | | |
| | MB-9 | UP, R | | | |
| | MB-11 | UP, R | | | |
| | MB-19 | UP, R | | | |
| | MC-1 | UP, R, A, H | | | |
| | MC-2 | UP, R, A, H | | | |
| | N-1 | UP, R, F, A | | | |
| | N-2 | UP, R, F, A | | | |
| | N-3 | UP, R, F, A | | | |
| | N-5 | UP, R, F, A | | | |
| | N-6 | UP, R, F, A | | | |
| | N-7 | UP, R, F, A | | | |
| | N-10 | UP, R, F, A | | | |
| | N-11 | UP, R, F, A | | | |
| | N-14 | UP, R, F, A | | | |
| | N-15 | UP, R, F, A | | | |
| | PR-1 | R | | | |
| | PR-2 | R | | | |
| | PR-4 | R | | | |

32

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | PR-5 | R, H | | | |
| | PR-6 | R | | | |
| | PR-7 | N | | | |
| | PR-9 | R | | | |
| | PR-38 | R | | | |
| | PR-39 | R | | | |
| | PR-83 | R | | | |
| | PV-2 | R, H, A, UP | | | |
| | PV-3 | R, H, A, UP | | | |
| | PV-4 | R, H, A, UP | | | |
| | PV-5 | R, H, A, UP | | | |
| | PV-6 | R, H, A, UP | | | |
| | PV-7 | R, H, A, UP | | | |
| | PV-8 | R, H, A, UP | | | |
| | PV-9 | R, H, A, UP | | | |
| | PV-12 | R, H, A, UP | | | |
| | PV-15 | R, H, A, UP | | | |
| | PX-33 | R, H, A, UP | | | |
| | PX-34 | R, H, A, UP | | | |
| | PX-37 | R, H, A, UP | | | |
| | PX-39 | R, H, A, UP | | | |
| | PX-43 | R, H, A, UP | | | |
| | PX-47 | R, H, A, UP | | | |

33

| Witness Name | Designation Page/Line (Exhibit No.)* | Plaintiffs' Objections[1] | Plaintiffs' Cross-Designation Page/Line (Exhibit No.) | Defendants' Objection to Cross-Designation | Court Ruling |
|---|---|---|---|---|---|
| | PX-48 | R, H, A, UP | | | |
| | PX-53 | R, H, A, UP | | | |
| | PX-81 | R, H, A, UP | | | |
| | PX-107 | R, H, A, UP | | | |
| | PX-108 | R, H, A, UP | | | |
| | PX-109 | R, H, A, UP | | | |
| | PX-112 | R, H, A, UP | | | |
| | PX 116 | R, H, A, UP | | | |
| | PX–117 | R, H, A, UP | | | |
| Ben Smith | Benjamin.Smith PLAINTIFF.EXHIBIT1 | H | | | |
| Ben Smith | Benjamin.Smith PLAINTIFF.EXHIBIT4 | N | | | |
| Ben Smith | Benjamin.Smith PLAINTIFF.EXHIBIT5 | N | | | |
| Ben Smith | Benjamin.Smith PLAINTIFF.EXHIBIT7 | H | | | |
| Ben Smith | Benjamin.Smith PLAINTIFF.EXHIBIT13 | N | | | |
| Ben Smith | Benjamin.Smith PLAINTIFF.EXHIBIT14 | R | | | |
| Ken Bensinger | Exhibit 3 – BuzzFeed_000017-21 | N | | | |
| Ken Bensinger | Exhibit 8 – BuzzFeed_000022-28 | N | | | |
| Ken Bensinger | Exhibit 9 – Garrison email to Bensinger (No Bates Number) | N | | | |

4829-9362-5207v.1 0100812-000009
4834-4007-4360v.1 0107109-000005