# EXHIBIT I
# Plaintiffs' Proposed Verdict Form

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>    Defendants. | **Case No.**<br><br>**0:17-cv-60426-UU** |

## VERDICT FORM

Question 1.    Do you find that the Defendants defamed the Plaintiffs by their publication of the December Memorandum?

    Answer Yes or No: _____

    If you answer "Yes" to this question, proceed to Questions 2 and 3.  If you answer "No" to this question, you do not need to answer the remaining questions.

Question 2.    How much do you award the Plaintiffs in damages?

    Amount: $ _____

Question 3.    Do you find that the Plaintiffs are entitled to punitive damages?

    Answer Yes or No: _____

    If you answer "Yes" to this question, proceed to Question 4.  If you answer "No" to this question, you do not need to answer the remaining question.

Question 4.    How much do you award the Plaintiffs in punitive damages?

    Amount: $_____

_____          _____
Foreperson's signature                          Date