# Exhibit 3

  

 **Justin Green** Jan 10, 2017                                    

# CNN: Trump & Obama briefed on Russian leverage campaign

Evan Vucci / AP

CNN has a lengthy new report by a group of reporters — including Jake Tapper, Evan Perez, Carl Bernstein and Jim Sciutto — claiming that U.S. intelligence officials have warned Trump that Russia is trying to compromise him.

**What's new:**

1. Trump and Obama were briefed last week on a two-page synopsis of a report compiled by a former British spy at the behest of opposition researchers.

2. The briefers were the heads of the four main intelligence agencies: The FBI, CIA, NSA and Director of National Intelligence.

10/11/2018                cnn-trump-obama-briefed-on-russian-leverage-campaign-1513...



*personal and financial information about Mr. Trump...*

**What we already knew**: A former European intel operative had compiled a report claiming ties between Trump and Russia. A story on this ran in Mother Jones the week before the election.

**What we still don't know**: CNN claims to have seen the memos that sourced the report, but they aren't reporting on details because they can't independently verify them. The FBI is looking into the details and also hasn't verified them. We also don't know the identities of the figures in Trumpworld supposedly tied to Russia.

The original Mother Jones story cites Paul Manafort. CNN doesn't, but gives credit to Mother Jones for the original story.

**What's next:** Sen. Ron Wyden called out FBI Director Comey today, asking whether the FBI report on this will go public before the inauguration. Comey said no.

∧ Show less





# ☰     /\XIOS     ⏱

# Power to solve global challenges with smart capital

00:00 / 01:14

The world faces unprecedented challenges that require vast amounts of capital. From creating seed capital for research, to financing innovative partnerships, smart capital deployment has the power to solve global challenges. See how he company's responsible growth is also changing the world.

    f     𝕏     in     🔗

   Andrew Freedman   Oct 10       🔖



CNN, Trump, Obama briefed on Russia leverage campaign - Axios

☰                    **AXIOS**                    ⏱

## hurricanes ever



Hurricane Michael making landfall in the Florida Panhandle as one of the most intense hurricanes on record. Image: CIRA/RAMMB

Hurricane Michael made landfall in Mexico Beach, Florida as a high-end Category 4 storm early Wednesday afternoon — the strongest such storm on record to hit the Florida Panhandle and one of the strongest ever to strike the continental U.S.

**Why it matters:** This storm has caused catastrophic damage in parts of the Florida Panhandle where the core of the storm first moved ashore. Hurricane Michael will continue to cause damage overnight as it moves through Georgia and into South Carolina, with hundreds of thousands likely losing power. The storm has set milestones even as it moved further inland, becoming the first Category 3 storm to hit Georgia in 120 years (and doing so after it passed through another state, no less).

⌄   Go deeper   **429 WORDS**

**HURRICANE MICHAEL ›**                    f  𝕏  in  🔗

Trump & Obama briefed on Russian leverage campaign / Axios

≡                              **AXIOS**                              ⏱

Courtenay Brown  Oct 10                                         🔖

# U.S. garlic growers are in love with the China trade war

Illustration: Rebecca Zisser/Axios

American farmers are livid with President Trump's tariffs. But not garlic growers. Reeling after a quarter-century-long war with Chinese garlic farmers, they are thrilled with a trade war that they say could finally give them the advantage on U.S. turf.

**Why it matters:** Chances are if you're cooking with garlic (or, less commonly, using it medicinally), it's from China, which has an iron grip on the U.S. market, controlling more than 90% of the dried garlic trade and killing many American garlic farms. U.S. farmers think Trump's new 10% tariff could bring them back to life.

⌄  Go deeper   394 WORDS

**TRUMP TARIFFS** ›                                    f  𝕏  in  🔗

  AXIOS 

## Axios AM

Start your day with precisely what you need to know from the world's most wired reporter.

Type your email

---

 Michael Sykes  Oct 10

# Trump says Federal Reserve has "gone crazy"

  

President Trump told reporters on Wednesday evening that the 832-point dip in the stock market is a self-correction and said the Federal Reserve has "gone crazy" after it raised intereseset rates.

> *"I think the fed is making a mistake. It's too tight. I think the Fed has gone crazy. You can say that's a lot of safety, actually, and it is a lot of safety and it gives you a lot of margin, but I think the fed has gone crazy."*

**Why it matters:** Trump has criticized the Fed for raising interest rates before, but also touted the rise as a signal of a strong economy. The move to raise interest rates was not unexpected and rates are still low amid Wednesday's market crash.

⌄ Watch the clip

FEDERAL RESERVE SYSTEM ›

 Andrew Freedman  Oct 10

# How Hurricane Michael got so strong, so quickly

## Hurricane Michael since Saturday night
Data as of 12:00am EST, Oct. 11, 2018





☰  AXIOS  ⏱

Hurricane Michael intensified at an extraordinarily rapid pace, growing from a tropical storm on Sunday to a borderline Category 5 storm featuring one of the lowest air pressure readings ever observed in a landfalling hurricane in the U.S. by Wednesday.

**Why it matters:** Hurricane Michael is occurring just days after the United Nations released a major report on climate change, concluding that potentially irreversible and major consequences, including extreme weather events, will grow far worse much earlier than previously thought.

⌄  Go deeper  **534 WORDS**

**HURRICANE MICHAEL** ›   f  𝕏  in  🔗

  **Dan Primack** Oct 10   🔖

# Rand Paul formally asks Treasury for review of Broadcom-CA merger

10/11/2018 CNN, Trump & Obama briefed on Russia leverage campaign - Axios

 

Photo by Tasos Katopodis/Getty Images

Sen. Rand Paul (R-Ky.) sent a letter Wednesday to Treasury Secretary Steve Mnuchin formally requesting a national security review of Broadcom's proposed $18 billion takeover of software maker CA Technologies, Axios has learned.

**The backdrop:** Paul first expressed his interest in a review by the Committee on Foreign Investment in the United States (CFIUS) during a Senate hearing this morning on homeland security. Broadcom then disclosed the existence of an allegedly forged memo circulating through Congress, which also called for a CFIUS review. However, Paul's chief strategist tweeted that he hadn't seen that memo, and that it didn't affect Paul's decision.

⌄ Read the letter

BROADCOM ›

Kia Kokalitcheva Oct 10

## Square finance chief leaves to become Nextdoor CEO



Square CFO Sarah Friar. Photo: Stephen McCarthy/Sportsfile via Getty Images

Sarah Friar, longtime CFO for payments company Square, is leaving the company to become CEO of neighborhood social network Nextdoor, Square said on Wednesday. A search is underway for her successor.

**Why it matters:** Friar has been credited with helping build Square into a successful public company, often running the day-to-day when CEO Jack Dorsey is busy across the street being CEO of Twitter. Shares are down more than 8% in aftermarket trading on the news.

⌄ More

SQUARE, INC. ›

 Courtenay Brown  Oct 10

# Stocks have worst day since February

U.S. stocks fell sharply on Wednesday, with the Dow Jones Industrial Average losing 832 points, or more than 3%. The S&P 500 fell 3.3%, while the Nasdaq was off over 4%.

**Big picture:** This was the worst day for U.S. stock markets since February 8, when the Dow lost 1,175 points.



☰    A✗IOS    ⏱



2,900

2,850

2,800

2,750

9:30am          12pm          2pm          4pm

Data: Money.Net; Chart: Harry Stevens/Axios

⌄  Go deeper  **46 WORDS**

**WALL STREET** ›          f  t  in  🔗

---

👤 **Sara Fischer** Oct 10          🔖

## AT&T to launch a Netflix competitor late 2019

  

Photo by Igor Golovniov/SOPA Images/LightRocket via Getty Images

AT&T will launch a new direct-to-consumer streaming service in late 2019 that will offer a collection of "WarnerMedia" (formerly Time Warner) content, the company wrote in a regulatory filing Wednesday.

**Why it matters:** The product will help AT&T accrue more customers while also capturing more of their current Pay-TV and skinny bundle customers' time, attention and dollars.

⌄ Go deeper  282 **WORDS**

AT&T ›

 

---

 **Barak Ravid of Israel's Channel 10 news** Oct 10                

## Scoop: Netanyahu tells Greece, Cyprus that Trump will keep heat on Turkey



Photo: Lior Mizrahi/Getty Images

Israeli Prime Minister Benjamin Netanyahu told the foreign ministers of Greece and Cyprus during meetings in Jerusalem last month that he doesn't see President Trump reducing the pressure on Turkey over the arrest of American pastor Andrew Brunson or an improvement in U.S.-Turkey relations in the near future, Israeli officials and Western diplomats told me.

**Why it matters:** Greece and Cyprus are two of Turkey's main adversaries. Israel has its own crisis with Turkey after the government in Ankara asked the Israeli ambassador to leave the country over violence in Gaza. And Netanyahu played a role in Trump's efforts to release Brunson when he agreed to Trump's request to release a Turkish citizen detained in Israel. As a result of the deal, which didn't lead to Brunson's release and led to U.S. sanctions against Turkey, Netanyahu has good knowledge of Trump's thinking on the issue.

⌄  Go deeper  259 WORDS

ISRAEL ›