UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

**REPLY DECLARATION OF NATHAN SIEGEL IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE ISSUE OF PLAINTIFFS' STATUS AS PUBLIC FIGURES**

I, Nathan Siegel, pursuant to 29 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, counsel for Plaintiffs BuzzFeed, Inc. and Ben Smith in the above-captioned proceeding.

2. I make this declaration in order to annex exhibits relied upon in Defendants' Reply Memorandum of Law in further support of their Motion for Partial Summary Judgment.

3. 

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2018 in Washington, District of Columbia.

                                        /s/ Nathan Siegel
                                        Nathan Siegel