# EXHIBIT A

| Siegel Ex. No. | Description of Exhibit | Inappropriateness of Exhibit |
|---|---|---|
| 4 | Printout from Internet Archives http://web.archive.org/web/20081014211238/http://www.awmopen.com:80/events.html | October 14, 2008 archive of a webpage that is no longer available on the general internet relating to events through 2008. The website awmopen.com now appears to be a Chinese website of some sort and the archived website is no longer active. The last time the Internet Archives archived this webpage was on February 22, 2009, suggesting that the webpage did not exist shortly thereafter. *See* Declaration of Matthew Shayefar filed herewith ["Shayefar Decl."], ¶ 3. |
| 5 | Printout from Internet Archives http://web.archive.org/web/20090326055403/http://awmopen.com:80/events_2005.html | March 26, 2009 archive of a webpage that is no longer available on the general internet relating to an event from 2005. The website awmopen.com now appears to be a Chinese website of some sort and the archived website is no longer active. The last time the Internet Archives archived this webpage was on March 26, 2009, suggesting that the webpage did not exist shortly thereafter. Shayefar Decl., ¶ 4. |
| 6 | Printout from Internet Archives http://web.archive.org/web/20090123064023/http://awmopen.com:80/events_2006.html | January 23, 2009 archive of a webpage that is no longer available on the general internet relating to an event from 2006. The website awmopen.com now appears to be a Chinese website of some sort and the archived website is no longer active. The last time the Internet Archives archived this webpage was on March 26, 2009, suggesting that the webpage did not exist shortly thereafter. Shayefar Decl., ¶ 5. |
| 7 | Printout from Internet Archives http://web.archive.org/web/20090220131907/http://awmopen.com:80/events_2007.html | February 20, 2009 archive of a webpage relating to an event in 2007 that is no longer available on the general internet. The website awmopen.com now appears to be a Chinese website of some sort and the archived website is no longer active. Based on the Internet Archives, the last time the screenshotted page was available was February 20, 2009, suggesting that the webpage did not exist shortly thereafter. Shayefar Decl., ¶ 6. |
| 8 | Translation from Russian of printout from https://www.master-x.com/forum/topics/119891 | A post from 2009 written on a Russian online forum (which anyone can sign up for) written almost entirely in Russian by a someone with the username "voBla" relating to an event from 2009. |
| 9 | Translation from Russian of Printout from Internet Archives http://web.archive.org/web/ | August 10, 2011 archive of a webpage relating to an event from 2011 that is no longer available on the general internet. The website awmopen.com now appears to be a Chinese website of some sort and the archived webpage is no longer active. Shayefar Decl., ¶ 7. |

| | | |
|---|---|---|
| | 20110810020449/http://awmopen.com:80/ | |
| 10 | Printout from Internet Archives http://web.archive.org/web/20090123061944/http://awmopen.com:80/events_2004.html | January 23, 2009 archive of a webpage relating to an event in 2004 that is no longer available on the general internet. The website awmopen.com now appears to be a Chinese website of some sort and the archived website is no longer active. The last time the Internet Archives archived this webpage was on April 24, 2009, suggesting that the webpage did not exist shortly thereafter. Shayefar Decl., ¶ 8. |
| 11 | Printout from Internet Archives http://web.archive.org/web/20090310202351/http://www.awmopen.com:80/events_2008.html | March 10, 2009 archive of a webpage relating to an event from 2008 that is no longer available on the general internet. The website awmopen.com now appears to be a Chinese website of some sort and the archived webpage is no longer active. The last time the webpage was archived by Internet Archives was on June 27, 2010, suggesting that the webpage did not exist shortly thereafter, though it is not clear that even on that date it contained the information found in the exhibited printout. Shayefar Decl., ¶ 9. |
| 13 | Printout from Internet Archives http://web.archive.org/web/20160112201835/http://webmasteraccess.com:80/participants | January 12, 2016 archive of a webpage relating to an event from 2015, listing participants at the event. Currently the website has different information relating to participants at the 2018 event and no references to Plaintiffs. Accordingly, the information in this exhibit is no longer available to the general internet. Shayefar Decl., ¶ 10. |
| 14 | Printout from Internet Archives http://web.archive.org/web/20150912214527/http:/AWMOpen.com:80/participants | September 12, 2015 archive of a webpage relating to an event from 2014 that is no longer available on the general internet. The website awmopen.com now appears to be a Chinese website of some sort and the archived webpage is no longer active. The last time the webpage was archived by the Internet Archives and contained the information as in the exhibited screenshot was on February 5, 2016, suggesting that the webpage did not exist shortly thereafter. Shayefar Decl., ¶ 11. |
| 15 | Printout from Internet Archives http://web.archive.org/web/20080724003904/http://magazine.awmopen.com:80/eng/ | July 24, 2008 archive of a webpagae that is no longer available on the general internet. The website awmopen.com now appears to be a Chinese website of some sort and the archived webpage is no longer active. The last time the Internet Archives has a working archive of this webpage is from June 25, 2011, suggesting that the webpage did not exist shortly thereafter. Shayefar Decl., ¶ 12. |
| 16 | Unexplained document relating to AWMOpen Magazine | It is unclear where this document was obtained from. Plaintiffs' counsel was able to find it by doing a search for specific language in the document, and found only one Google result for it, which lead to the webpage https://issuu.com/market-studio.com/docs/prospect, which imbeds the document and states it is from October 30, |

2

| | | |
|---|---|---|
| | | 2011. The document appears to be uploaded by someone ("Cedars Surge") who uses the issuu website to host examples of his projects. Shayefar Decl., ¶ 13. |
| 17 | Printout from Internet Archives http://web.archive.org/web/20081024224536/http://www.fubarwebmasters.com:80/galleries.php?id=801&page=2 | October 24, 2008 archive of gallery of images from an event from undisclosed time (but obviously taking place no later than October 24, 2008). The webpage appears to be operated by a third-party who takes photographs at events. The webpage only contains references to Webzilla in photographs (and therefore would not be discoverable if searching for Webzilla). |
| 18 | Translation of Russian webpage http://www.forbes.ru/forbes/issue/2006-03/13804-virtualnoe-podpole | Russian language article dated March 3, 2006. Article makes NO reference whatsoever to Plaintiffs or any of their businesses, but instead related to purportedly illegitimate activities of a third-party. |
| 19 | Printout from https://krebsonsecurity.com/2013/08/pavel-vrublevsky-sentenced-to-2-5-years/ | Blogpost from August 2, 2013 that makes NO reference whatsoever to Plaintiffs or any of their businesses, but instead related to the arrest of a third-party. |
| 20 | *Ex Parte* Temporary Restraining Order and Order to Show Cause, filed publicly on June 1, 2009 by the Federal Trade Commission in the matter of *FTC v. Pricewert LLC d/b/a/ 3FN.net et al.*, Case No. 5:09-cv-02407-RMW (Dkt. 5) | Filing from an unrelated case dated June 1, 2009, alleging that third parties engaged in illegitimate activities, but making NO reference whatsoever to Plaintiffs or any of their businesses. |
| 21 | Printout from Internet Archives http://web.archive.org/web/20080228144823/http://AWMOpen.com/events_2007.html | February 28, 2008 archive of a webpage that is no longer available on the general internet relating to an event from 2007. The website awmopen.com now appears to be a Chinese website of some sort and the archived website is no longer active. The last time the Internet Archives archived this webpage was on February 20, 2009, suggesting that the webpage did not exist shortly thereafter, but it is not clear if the webpage was even active at that time either. Shayefar Decl., ¶ 15. |
| 22 | Printout of article from http://www.slate.com/articles/technology/future_tense/2014/11/spam_nation_meet_the_russian_cy | A November 18, 2014 article from Slate relating to third-parties using botnets and spam but which makes NO reference to Plaintiffs or their businesses. |

3

| | | |
|---|---|---|
| | bercrooks_behind_the_digital_threats_in_your.html | |
| 23 | Printout of article from https://www.newsweek.com/russian-computer-hackers-are-global-threat-75837 | A December 29, 2009 article from Newsweek relating to third-party Russian hackers but which makes NO reference to Plaintiffs or their businesses. |
| 24 | Printout from http://www.washingtonpost.com/wp-dyn/content/article/2008/11/12/AR2008111200658_3.html | An incomplete portion of a November 12, 2008 article relating to third-parties allegedly involved in cybercrimes but which makes NO reference to Plaintiffs or their businesses. |
| 25 | Printout of post from http://voices.washingtonpost.com/securityfix/2008/11/major_source_of_online_scams_a.html | A November 11, 2008 post relating to third-parties allegedly engaged in illegitimate activities, but which makes NO reference to Plaintiffs or their businesses. |
| 26 | Printout from https://www.ftc.gov/news-events/press-releases/2009/06/ftc-shuts-down-notorious-rogue-internet-service-provider-3fn | A June 4, 2009 post by the FTC related to the shut down of a third-party hosting provider, but which makes NO reference to Plaintiffs or their businesses. |
| 27 | Printout from https://www.ftc.gov/news-events/press-releases/2010/05/ftc-permanently-shuts-down-notorious-rogue-internet-service | A May 19, 2010 post by the FTC related to the shut down of a third-party hosting provider, but which makes NO reference to Plaintiffs or their businesses. |
| 28 | Printout that appears to be from a website http://www.designforadult.com/mainstream/0017/events_2005.html | The website designforadult.com does not appear to exist currently. The specific webpage purportedly printed from that URL is not available on the Internet Archives. Shayefar Decl., ¶ 16. No explanation is given as to where the webpage came from. The exhibit as printed appears to relate to an event from 2005. |

4

| 91 | Printout of WhiteOps report on "The Methbot Operation" | Document makes allegations unrelated to allegations in Dossier engaged in by a client of Plaintiffs and not Plaintiffs themselves. |
|---|---|---|
| 93 | Printout of https://www.forbes.com/sites/thomasbrewster/2016/12/20/methbot-biggest-ad-fraud-busted/#2eafecad4899 | Article about irrelevant Methbot Operation report. |
| 128 | December 29, 2016 Joint Analysis Report by Federal Bureau of Investigation and Department of Homeland Security titled *Grizzly Steppe – Russian Malicious Cyber Activity* | Report that makes no direct mention of Plaintiffs, but instead relates to potentially suspicious activities occurring through systems of many hosting providers around the world. |
| 129 | Printout of blog post on https://www.spaink.net/2008/02/19/child-pornography-fight-it-or-hide-it/ | Translation of what was originally a ten-year old Dutch article from February 19, 2008. Author discusses the existence of Child Pornography on the internet and references Webazilla as the hosting company for two websites among others that she allegedly found. Defendants' expert testified he had no knowledge of truth of article. |
| 130 | Translation of Dutch language article on *Het Parool* at https://www.parool.nl/binnenland/politie-liet-kinderporno-lopen~a12093/ | Article is from February 19, 2008 and relates again to the allegations in the above referenced blog post about child pornography. The article states that the hosting companies "cooperate in removing it [child pornography] websites as quickly as possible." |
| 131 | Translation of Dutch language article at https://webwereld.nl/overheid/39597-leaseweb-verliest-van-parool-en-spaink-over-kinderporno | Article is from December 2, 2008. Relates once again to the allegations in the above referenced blog post about child pornography. The article only references Webazilla in passing. |
| 132 | Screenshot from URL http://ireport.cnn.com/docs/DOC-305369 | Screenshot of a CNN iReport post from July 28, 2009 that is *no longer available* on the internet. The article explicitly states that it is "unverified" and by a "citizen journalist" who is only referenced by the username "andrewmorgan." *See, also,* Exhibit 3 to Shayefar Decl. |

| 134 | October 16, 2015 comments submitted by the Motion Picture Association of America | A 20-page document concerning alleged copyright violations that makes a *single* reference to Webzilla as the hosting provider for a number of websites in 2014.  Other than stating the fact that "cyberlocker" websites were hosted by Webzilla, it makes no claim that Webzilla itself has engaged in any wrongdoing. |
|---|---|---|
| 135 | Comments of the "Music Community" before the U.S. Copyright Office | Unexplained and unauthenticated document concerning alleged copyright violations that, in its 98 pages, makes a single reference to Webzilla as a hosting provider among others for websites that host infringing content.  It makes no claim that Webzilla has itself engaged in any wrongdoing. |
| 136 | Article at https://www.mcclatchydc.com/news/nation-world/national/article184786328.html | Unauthenticated and hearsay news article stating that Plaintiffs have previously "been the targets of lawyers who fight Internet piracy" (i.e., alleged copyright violations).  The article notes specifically that "None of the lawsuits involve the very specific actions described in the dossier, which was published by Buzzfeed." |
| 137 | Article from *de Volkskrandt* | Unintentionally requested to be redacted.  May be unredacted. |
| 140 | Article from https://www.apnews.com/1d99dcf5d238746af1ee9054e7c506a4 | Article from August 9, 2001 that states only that (at that time) enforcing child pornography laws in Indonesia and Russia was difficult.  The article makes *no* reference to Plaintiffs or their businesses (unsurprising given that the companies didn't exist yet). |

6