UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>　　Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>　　Defendants. | Case No.<br><br>0:17-cv-60426-UU |

**DECLARATION OF MATTHEW SHAYEFAR IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO
<u>SEAL PORTIONS OF DEFENDANTS' SUMMARY JUDGMENT MOTIONS</u>**

I, Matthew Shayefar, do hereby declare as follows:

　　1.　　My name is Matthew Shayefar. I am over the age of 18 years. I am an attorney licensed in the State of Florida, the State of California and the Commonwealth of Massachusetts. I am counsel of record to Plaintiffs in the above captioned action. I am familiar with the facts herein and make this declaration from my own personal knowledge.

　　2.　　On October 19, 2018, I went to the URL awmopen.com, and found that there was a website there in Chinese.

　　3.　　On October 19, 2018, I visited the URL http://web.archive.org/web/20081014211238/http://www.awmopen.com:80/events.html (as set forth in Exhibit 4 to the Siegel Declaration), which appeared to be an Internet Archives archive of the webpage at the URL  http://www.awmopen.com:80/events.html as of October 14, 2008. When I tried to visit the original URL directly on October 19, 2018, I got a "404 Error" indicating that a webpage at that URL did not exist. The Internet Archives entry for that URL indicated that the Internet Archives last archived that webpage on February 22, 2009.

　　4.　　On October 19, 2018, I visited the URL http://web.archive.org/web/20090326055403/http://awmopen.com:80/events_2005.html (as set forth in Exhibit 5 to the Siegel Declaration), which appeared to be an Internet Archives archive

1

of the webpage at the URL  http://awmopen.com:80/events_2005.html as of March 26, 2009. When I tried to visit the original URL directly on October 19, 2018, I got a "404 Error" indicating that a webpage at that URL did not exist.  The Internet Archives entry for that URL indicated that the Internet Archives last archived that webpage on March 26, 2009.

5. On October 19, 2018, I visited the URL http://web.archive.org/web/20090123064023/http://awmopen.com:80/events_2006.html (as set forth in Exhibit 6 to the Siegel Declaration), which appeared to be an Internet Archives archive of the webpage at the URL  http://awmopen.com:80/events_2006.html as of January 23, 2009. When I tried to visit the original URL directly on October 19, 2018, I got a "404 Error" indicating that a webpage at that URL did not exist.  The Internet Archives entry for that URL indicated that the Internet Archives last archived that webpage on March 26, 2009.

6. On October 19, 2018, I visited the URL http://web.archive.org/web/20090220131907/http:// awmopen.com:80/events_2007.html (as set forth in Exhibit 7 to the Siegel Declaration), which appeared to be an Internet Archives archive of the webpage at the URL http:// awmopen.com:80/events_2007.html as of February 20, 2009. When I tried to visit the original URL directly on October 19, 2018, I got a "404 Error" indicating that a webpage at that URL did not exist.  The Internet Archives entry for that URL indicated that the Internet Archives last archived that webpage on February 20, 2009.

7. On October 19, 2018, I visited the URL http://web.archive.org/web/ 201108100020449/http://awmopen.com:80/ (as set forth in Exhibit 9 to the Siegel Declaration), which appeared to be an Internet Archives archive of the webpage at the URL http://awmopen.com:80/ as of August 10, 2011.  When I tried to visit the original URL directly on October 19, 2018, I got a "404 Error" indicating that a webpage at that URL did not exist.

8. On October 19, 2018, I visited the URL http://web.archive.org/web/20090123061944/http://awmopen.com:80/events_2004.html (as set forth in Exhibit 10 to the Siegel Declaration), which appeared to be an Internet Archives archive of the webpage at the URL http://awmopen.com:80/events_2004.html as of January 23, 2009. When I tried to visit the original URL directly on October 19, 2018, I got a "404 Error" indicating that a webpage at that URL did not exist.  The Internet Archives entry for that URL indicated that the Internet Archives last archived that webpage on April 24, 2009.

9.     On October 19, 2018, I visited the URL http://web.archive.org/web/20090310202351/http://www.awmopen.com:80/events_2008.html (as set forth in Exhibit 11 to the Siegel Declaration), which appeared to be an Internet Archives archive of the webpage at the URL http://www.awmopen.com:80/events_2008.html as of March 10, 2009.  When I tried to visit the original URL directly on October 19, 2018, I got a "404 Error" indicating that a webpage at that URL did not exist.  The Internet Archives entry for that URL indicated that the Internet Archives last archived that webpage on June 27, 2010, but I was not able to actually check that latest archive to see if the webpage was the same on that date.

10.     On October 19, 2018, I visited the URL http://web.archive.org/web/20160112201835/http://webmasteraccess.com:80/participants (as set forth in Exhibit 13 to the Siegel Declaration), which appeared to be an Internet Archives archive of the webpage at the URL http://webmasteraccess.com:80/participants as of January 12, 2016.  When I tried to visit the original URL directly on October 19, 2018, there was a different website there with different information (specifically, a different list of participants at a conference) and there were no references to XBT, Webzilla or Gubarev when I searched the page for their names.

11.     On October 19, 2018, I visited the URL http://web.archive.org/web/20150912214527/http:/AWMOpen.com:80/participants (as set forth in Exhibit 14 to the Siegel Declaration), which appeared to be an Internet Archives archive of the webpage at the URL http:/AWMOpen.com:80/participants as of September 12, 2015.  When I tried to visit the original URL directly on October 19, 2018, I got a "404 Error" indicating that a webpage at that URL did not exist.  When I checked later archives of that webpage as archived by Internet Archives, I saw that the last time the information on the page was as it was in Exhibit 14 to the Siegel Declaration was the archive from February 5, 2016.

12.     On October 19, 2018, I visited the URL http://web.archive.org/web/20080724003904/http://magazine.awmopen.com:80/eng/ (as set forth in Exhibit 15 to the Siegel Declaration), which appeared to be an Internet Archives archive of the webpage at the URL http://magazine.awmopen.com:80/eng/as of July 24, 2008.  When I tried to visit the original URL directly on October 19, 2018, I got a "404 Error" indicating that a webpage at that URL did not exist.  When I checked later archives of that webpage as archived by Internet Archives, I saw that the last time there appeared to be a working website at that URL that was archived was on June 25, 2011.

13. When I looked at Exhibit 16 to the Siegel Declaration, I could not find where the document came from because there was no URL on it. So, I did a Google search for the exact words "AWMOpen Magazine is owned by AWMOPEN." The search returned a single result for the webpage at https://issuu.com/market-studio.com/docs/prospect. That webpage included an imbed of the document that appears to be Exhibit 16 of the Siegel Declaration. A true and correct printout of that webpage is attached hereto as Exhibit 1. I then clicked on the username that appears to have uploaded the file to the website ("Cedars Serge") and the resulting page, attached hereto as Exhibit 2, appears to show that this user uses this website to host some of his various design work.

14. Attached hereto as Exhibit 3 is a true and correct screenshot of the webpage at the URL https://web.archive.org/web/20180608175253/http://ireport.cnn.com/about.jspa that I took on October 5, 2018.

15. On October 19, 2018, I visited the URL http://web.archive.org/web/20080228144823/http://AWMOpen.com/events_2007.html (as set forth in Exhibit 21 to the Siegel Declaration), which appeared to be an Internet Archives archive of the webpage at the URL http://AWMOpen.com/events_2007.html as of February 28, 2008. When I tried to visit the original URL directly on October 19, 2018, I got a "404 Error" indicating that a webpage at that URL did not exist. The Internet Archives entry for that URL indicated that the Internet Archives last archived that webpage on February 20, 2009, but I was not able to actually check that latest archive to see if the webpage was the same on that date.

16. On October 19, 2018, I tried to access the URL http://www.designforadult.com/mainstream/0017/events_2005.html (as appears in Exhibit 28 to the Siegel Declaration). The webpage at that URL was just a blank white page when I accessed it. I also tried checking the URL with the Internet Archive, but it did not have that page archived. I also just tried going directly to designforadult.com, and it was yet another blank white page.

Signed under the pains and penalties of perjury, this 19th day of October, 2018.

/s/ Matthew Shayefar
Matthew Shayefar, Esq.

# Exhibit 1

 



SHARE    SAVE    LIKE    DOWNLOAD

## prospekt

Published on Oct 30, 2011

Brief outline ! Requests and remarks from readers are always of value to the editorial staff. ! Just like the web itself, AWMOpen Magazine is lively, energetic, and changeable. ! New sections appear regularly. ! Magazine strives to cover all spheres of online business. The fourth AWMOpen Magazine edition was published on the magazine's second birthday. The result of this year was an increase in circulation from 500 to 4,000 copies. See Less

 Cedars Serge
 FOLLOW

### Read More


The different services provided by printing companies
by tejsharma


Mini Me Magazine Media Kit
by clarkienz


AdPub.
by adpub.pl

HP Printer Support 1-800-4906920 Phone Number
by chriswokes11

**Millions discover their favorite reads on issuu every month.**

Give your content the digital home it deserves. Get it to any device in seconds.

PUBLISH FOR FREE TODAY

### Similar to






Media Kit dla firmy Software Wydawnictwo
by jjarecki


Verkorte handleiding presentatie Indd serv
by michaelhuntink


Advertising in Inc. India Magazine through releaseMyAd.
by releasemyad1


Como funciona
by creapr


7 Mistakes to avoid with Newspaper Advertising.
by releasemyad

Soft Solutions Issues New Release Of News Publisher Software To Start 2013
by iswisw

Brochure 2013 construestilo (interactivo)
by worldforumsgruop

## Popular now


2018 Young Living Holiday Catalog
by youngliving


Grate. Pair. Share. Harvest 2018
by wisconsincheese


Holiday Lookbook 2018
by vantelpearls


Fall/Winter 2018 Catalog
by pamperedchef

## Just for you


Beat 1648
by furstmedia


Fashion Journal Spring Racing Gift Guide 2018
by furstmedia


Verde Exclusive Via Verde Volume 2 Issue 1
by verdemagazine


Fashion Journal 184
by furstmedia


Mixdown Magazine 294
by furstmedia


Washington Square News Arts Issue Fall 2018
by nyu.news


Beat 1647
by furstmedia

GO EXPLORE

Connecting content to people.

Issuu Inc.

**Company**
About us
Careers
Blog
Press

**Resources**
Support
Developers
Success Stories
Directory
Redeem Code

**Plans & Products**
Plans
Collaborate
Advertise on Issuu
Affiliate Partner Program
Sell on Issuu

**Apps**
iOS
Android

Terms   Privacy   DMCA

# Exhibit 2

 

BECOME A PUBLISHER    READ    SIGN UP    LOG IN

# Cedars Serge

Russian Federation

www.market-studio.com

FOLLOW

**PUBLICATIONS (23)**

Show Stories inside NEW



**ametist 2014**
by Cedars Serge
Published 3 years ago



**Не в свои сани не садись**
by Cedars Serge
Published 4 years ago



**Стр30 39**
by Cedars Serge
Published 4 years ago



**3 выпуск информационного вестника Усть-Илимска**
by Cedars Serge
Published 4 years ago



**Ust ilimsk 2013 06**
by Cedars Serge
Published 4 years ago



**Второстепенный враг: ОУН, УПА и решение**



**А4 2 выпуск**
by Cedars Serge



**Информационный вестник Усть-Илимска**



**2013_ust-ilimsk-rubrikator**



**2013_ust-ilimsk-alfavitniy**
by Cedars Serge

«еврейского вопроса»
by Cedars Serge
Published 4 years ago

by Cedars Serge
Published 5 years ago

by Cedars Serge
Published 5 years ago

by Cedars Serge
Published 5 years ago

by Cedars Serge
Published 5 years ago


Skola prodaj
by Cedars Serge
Published 6 years ago


mazepa
by Cedars Serge
Published 6 years ago


Potanina R. P. - Obrjadovye pesni russkoj svad'by Sibiri – 1981
by Cedars Serge
Published 7 years ago


Oruzhie massovoj brehni
by Cedars Serge
Published 7 years ago


#36 magazin Rus.nl
by Cedars Serge
Published 7 years ago


medical karta
by Cedars Serge
Published 7 years ago


Davydov (1923-2004)
by Cedars Serge
Published 7 years ago


prospekt
by Cedars Serge
Published 7 years ago


Telefonnyj spravochnik predprijatij Ust'-Ilimska i Ust'-Ilimskogo rajona 2008-2009
by Cedars Serge
Published 7 years ago


Informacionnoe izdanie strahovoj kompanii Kolymskaja
by Cedars Serge
Published 7 years ago









Informacionnoe izdanie aptechnoj seti Juventa
by Cedars Serge
Published 7 years ago

Telefonnyj spravochnik predprijatij Bratska i Bratskogo rajona 2007 god
by Cedars Serge
Published 7 years ago

Ust-Ilimsk YP-2008
by Cedars Serge
Published 7 years ago

# Exhibit 3

