# EXHIBIT 1-4

# REDACTED