# EXHIBIT 5

# Dr. Eric B. Cole
## Cybersecurity Expert

43605 Edison Club Ct | Ashburn, VA 20147 | www.securityhaven.com | 703-675-2055



A computer and cyber security expert with over 20 years of hands-on experience, Dr. Cole consults in information technology with a focus on cybersecurity. He served as a member of the Commission on Cyber Security for the 44th President and is a member of several advisory boards such as the Purdue University Executive Advisory Board. He is the author of several textbooks and books, a sought-after speaker, and was inducted into the InfoSec European Hall of Fame in 2014.

**PROFESSIONAL EXPERIENCE**

**Secure Anchor Consulting Services: 2005-Present**
*Founder and CEO*

Provides consulting services to Fortune 500, Fortune 50, financial institutions, international organizations and the federal government. One assignment included a major system design and assessment for an international financial institution in Hong Kong. Employs cutting edge technology and technical components (network security, network architecture, and incident response, NOC/SOC design) to provide security solutions. Serves as an expert witness for a variety of litigation involving government and commercial companies.

**SANS (SysAdmin Audit Network Security): 1999-Present**
*Director of Research-Computer Network Attack-Enterprise Security Architecture*
*Director of the Cyber Defense Initiative*

Lead instructor and course developer for several security courses, including the top selling courses. One of the highest rated instructors and one of the few instructors teaching a variety of courses.  Executed and contributed to the development of several of the GIAC certifications including GIAC Certified Security Essentials (GSEC)**,** GIAC Certified Advanced Incident Handling Analysts (GCIH) and GIAC Certified Firewall Analysts (GCFW).  Responsible for staying up on technology and developing new course material covering the state of the art in networking, information technology, and security. Created and led several key efforts including the Levelone Notebook, top 10/20 vulnerability list and the Cyber Defense Initiative, which included authoring the Critical Controls for Effective Cyber Defense.  Developed business plans for and created new technological initiatives.  Constantly researched, tested and evaluated new security products and research efforts.

**STI (SANS Technology Institute): 1999-2015**
*Dean of Faculty*

A member of a five-person team tasked with creating a degree-granting educational institution and obtaining certification from the state of Maryland. Offered two Master's degree programs focused on technical people needing managerial skills and managers needing technical skills. Designed and implemented curriculum and provided leadership to faculty. STI successfully received accreditation from the state of Maryland.

**McAfee: 2009-2010**
*SVP, CTO of the Americas*

As McAfee's visionary and evangelist, responsible for strongly influencing the company's strategic and technical direction, development, and growth as the global leader in digital security solutions. Key leader in the execution of technology strategy for platforms, partnerships, and external relationships. Worked closely with CEO, EVP of Product Operations, and other key stakeholders to establish a product vision

and road map to achieve McAfee's goals, and focused on identifying and capturing intellectual property and driving new innovation across the company.

**Lockheed Martin: 2005-2009**
*IS&GS Chief Scientist*
*LM Senior Fellow*

The Sytex Group, Inc. (TSGI) was acquired by Lockheed Martin with a key component being the intellectual property created under the CTO leadership. I was selected by Lockheed Martin into its prestigious fellowship program, an award it makes to less than 1% of its 130,000 employees. As a Lockheed Martin Senior Fellow (the first Fellow within Lockheed Martin's Information Technology Division), I was a frequently invited speaker at a variety of conferences and security events. As Lockheed Martin Chief Scientist, performed research and development to advance the state-of-the art in information systems security. Specialized in: secure network design, perimeter defense, vulnerability discovery, penetration testing, and intrusion detection systems. Played a lead technical advisory role in many high-profile, security-focused projects for Federal clients to include civil, Intel and Department of Defense, including the FBI Sentinel, DHS Eagle, JPL, Hanford and FBI IATI programs.

**The Sytex Group, Inc. (TSGI): 2001-2005**
*Chief Technology Officer (CTO)*

Positioned the company to achieve corporate growth and meet financial targets by utilizing and enhancing technology. Worked as an executive team member to determine and implement technical direction and focus of company. Extensive experience with running projects including managing development efforts to exceed client requirements. Created an intellectual property portfolio that included patents, journals, books, and white papers, resulting in an overall increase in market value and customer engagement. The efforts of the research team's intellectual property increased advertising, market share and customer satisfaction through conferences, proposal and magazine articles. Maintained full accountability for revenue of $55 million and was indirectly involved in revenue of over $80 million. Provided continuous leadership to a research team of over 20 people creating intellectual property that surpassed teams 20 times their size. Yearly patents were in line with the top 1000 producing patent companies in the United States.

Developed and executed on creative techniques for influxing technology into non-technical business units to drive revenue and profit. Interfaced with government officials, including the Pentagon, White House and Capitol Hill, and corporate executives to identify critical network security problems that needed to be addressed and researched.

**GraceIC: 2000-2001**
*Chief Security Officer (CSO)*

Designed and executed strategy for establishing GraceIC as a leader in the network security arena. Developed the product line and built the services. Managed and directed security employees. Provided leadership and implemented internal security infrastructure, such as secure email, proper protection of data and security policies. Presented at several national and international conferences and wrote several articles. Performed and documented research into the area of future applications and solutions to the network security problem existing in the current market. Trained sales people, program managers and engineers on how to sell, manage, and deliver security services. Maintained a pulse on technology in the marketplace to produce market plans.

**American Institutes for Research: 1999-2000**
*Chief Information Officer (CIO)*

Brought in to fix and revamp the entire IT infrastructure based on the organization having experienced several security breaches, virus outbreaks and unreliable performance on the network. Within three months, stabilized the entire IT infrastructure and within nine months rebuilt the entire infrastructure. Designed the network to achieve a balance between functionality and security while minimizing the monetary impact to the organization. After one year, there were no severe security breaches and all attempted breaches were contained prior to causing any significant monetary loss. Virus problems were contained and controlled and network uptime was 99.999%. Security and performance were greatly increased while overall IT costs were reduced by 15%. In addition, provided technical support for DARPA-sponsored research projects. Helped invent technology and innovation that lead to a spin-off company, Pynapse, which created a state of the art intrusion detection system known as Checkmate that was later sold to SAIC.

**Vista Information Technologies: 1998-1999**
*VP of Enterprise Security Services*

Developed the Enterprise Security Services Group and was responsible for all internal and external security issues. Tracked and managed separate profit and loss center for security. Grew the team from one person to over 12 people and executed on several million in annual revenue in less than a year. Set up the security and other monitoring services for the NOC/SOC. Created all security services offerings and generated all necessary marketing and sales material. Followed and assured compliance with business plan and financial tracking of security group. Performed security assessments and consulted on all areas of security. Designed, implemented, and monitored security solutions including firewall design, intrusion detection, vulnerability assessment and penetration testing. Performed evaluation and analysis of security tools and provided technical recommendations and product improvements for VC funded startups. Key presenter at Cisco sponsored security seminars around the country and performed partnership activities with Fortune 500 organizations.

**Teligent: 1996-1998**
*Director of Security*

Created and managed IT Corporate Security Department. Central point of contact for all security concerns. Evaluated strategic plans and operational activities by performing risk assessment and determining how it might impact corporate security. Designed security solutions to meet operational needs. Integrated security and helped create NOC to provide for proper monitoring of network. Developed the company's security policy and all required security guidelines. Set up lab to properly test and enhance the security features of the network. Performed and executed on several computer investigations. Assisted and advised the legal department on laws, regulations, and policies relating to computer and information security. Evaluated several secure email solutions and installed PGP company-wide. Established and set up web traffic monitoring and password tracking systems.

**Central Intelligence Agency: 1991-1996**
*Program Manager / Technical Director for the Internet Program Team with Office of Technical Services*

A Senior Officer of the agency that implemented the Internet Program Team that specialized in rapid development and in exploiting the latest Internet technologies to meet customers' requirements. The team designed, developed, tested, and deployed products over three to six month intervals. Designed and developed several secure communication systems. Responsible for providing technical direction, technical design, security assessment, and programming modules. Secured internal servers, continually performed intrusion detection, and reviewed audit logs.

Performed independent security reviews and penetration testing of (World Wide Web) servers for other offices.  Identified several weaknesses and devised ways to fix those problems and secure the system.

3

Received letter of appreciation from the DCI (Director of Central Intelligence) and six Exceptional Performance Awards.

*Computer Engineer with Office of Security*

Member of the information security assessment team. Evaluated and performed security assessment of network operating systems. Identified potential vulnerabilities and ways to secure the holes. Designed a large scale auditing system with automated review capability. Worked on several virus investigations.

**EDUCATION**

Doctorate degree (now PhD) in Network Security, Pace University

Master of Science in Computer Science, New York Institute of Technology.

- Honors: Harry Schure Graduate Memorial Award (awarded to one graduating senior)

Bachelor of Science in Computer Science, with a minor in Business, New York Institute of Technology

- Honors: Graduated Magna Cum Laude, Dorothy Schure Memorial Award, Jules Singer Award, Grace Hopper Award from Computer Associates, Presidential Academic Award (4.0 all semesters), Presidential Service Award, Dean's List, Member of Who's Who Among Students in American Universities, and Member of Nu Ypsilon Tau Honor Society.

**CERTIFICATIONS**

CISSP (Certified Information Systems Security Professional)

Created several of the GIAC (Global Information Assurance Certification) programs and exams

**ORGANIZATIONS / MEMBERSHIPS**

Association for Computing Machinery (ACM)

Institute of Electrical and Electronics Engineers (IEEE)

Computer Security Institute (CSI)

Information Systems Security Association (ISSA)

International Computer Security Association (ICSA)

International Who's Who in Information Technology

Common Vulnerability and Exposures (CVE) - member of the editorial board (by invitation only)

HoneyNet Project - member (by invitation only)

SANS Institute - author and speaker

**PUBLICATIONS**

**Books**

Eric Cole. *Advanced Persistent Threat: Understanding the Danger and How to Protect Your Organization.* Syngress, 2012.

Eric Cole. *Network Security Bible.2nd Edition,* Wiley, 2009.

Eric Cole, Ronald L. Krutz, James Conley, Brian Reisman, Mitch Ruebush, Dieter Gollman, and Rachelle Reese. *Wiley Pathways Network Security Fundamentals Project Manual.* Wiley, 2007.

4

Eric Cole and Sandra Ring. *Insider Threat: Protecting the Enterprise from Sabotage, Spying, and Theft.* Syngress, 2006.

Eric Cole. *Hiding in Plain Sight: Steganography and the Art of Covert Communication.* Wiley, 2003.

Eric Cole. *Hackers Beware: The Ultimate Guide to Network Security*, New Riders/Sams Publishing, 2001.

**Monthly Column**

TechTarget - http://www.techtarget.com/contributor/Eric-Cole

- Supply chain security: Controlling third-party risks
- Cyberhunting: Why enterprises need to hunt for signs of compromise
- Six ways to improve endpoint device security
- Why security operations centers are the key to the future
- Offensive countermeasures: How they can slow down adversaries
- Accidental insider threats and four ways to prevent them

**Selected White Papers**

https://www.sans.org/reading-room/analysts-program

- Decision Criteria and Analysis for Hardware-Based Encryption
- Threat Hunting: Open Season on the Adversary
- Automating the Hunt for Hidden Threats

**Selected Journal Articles**

Eric Cole, Sandy Ring, "Taking a Lesson from Stealthy Rootkits," IEEE Security and Privacy, Vol 2 (4), pp. 38-45, Aug 2004

Eric Cole, Sandy Ring, "Volatile Memory Computer Forensics to Detect Kernel Level Compromise," Lecture Notes in Computer Science, Information and Communications Security, Springer Press, Vol 3269, ICICS Sep 2004, Malaga, Spain

Eric Cole, David Esler, and Sandy Ring, "Self-healing Mechanisms for Kernel System Compromises," Proceedings of ACM Workshop on Self-managed Systems (WOSS) 04, Oct 2004, Newport Beach, CA, USA

Eric Cole, Vignesh Kumar and Sandy Ring, "Ant colony based optimization based model for network zero-configuration," Proceedings of SPCOM 04, Dec 2004, Bangalore India

Eric Cole, Vignesh Kumar, Sandy Ring, "Transform Domain Steganography Detection using Fuzzy Inference Systems," IEEE International Symposium on Multimedia Software Engineering, 2004

Eric Cole, Vignesh Kumar and Sandy Ring, "Least Significant Bit-Spatial Domain Steganography Detection using Least Significant Bit Plane Smoothness," The 6th IASTED International Conference on SIGNAL AND IMAGE PROCESSING, 2004

Eric Cole, Sandy Ring, "Detecting Kernel Rootkits," Sys Admin Magazine, Vol. 12 (9), pp. 28- 33, Sept 2003

Eric Cole, Ron Krutz, "The Computer Forensics CMM," Proceedings of the SPIE Defense & Security Symposium, 28 March-1 April 2005

Eric Cole and Angela Orebaugh, "Intrusion Prevention and Active Response: Implementing an Open Source Defense," SysAdmin Magazine, 2005

**PRESENTATIONS**

Numerous keynotes and presentations given to corporations and government entities as well as classes and courses taught on the subjects of cyber threats, information security, and technology innovation.

**RECENT EXPERT WITNESS TESTIMONY**

Activision Blizzard v. Acceleration Bay, Case No. IPR2016-00724 – Expert report and deposition

Finjan, Inc. v. ESET SPOL. S.R.O. and ESET DEUTSCHLAND GMBH, District Court - 4th Civil Chamber Werdener Str. 1, 40227 Düsseldorf - Expert report

Finjan, Inc. v. Sophos, Inc., Case No. 14-CV-01197-WHO – Expert report, deposition and testimony – Client awarded $15 million verdict September 2016

Finjan v. ProofPoint, Inc. and Armorize Technologies, Inc., Case No. 3:13-cv-05808-HSG – Expert report and deposition – Case settled May 2016

National Union Fire Insurance Company of Pittsburgh, Pennsylvania v. Tyco Integrated Security, LLC et al., Case No. 13-080371-CIV-BLOOM/HUNT – Expert report, deposition and testimony April 2016

FTC v. LifeLock, Case No. CV-10-00530-PHX-MHM – Expert report – Case settled and client awarded a $100 million settlement based on analysis in expert report August 2015

Finjan, Inc. v. Blue Coat Systems, Inc., Case No. 13-cv-03999-BLF – Expert report, deposition and testimony – Client awarded $40 million verdict July 2015

The Trustees of Columbia University in the City of New York v. Symantec Corporation, Civil Action No. 3:13-cv-00808 – Expert report and deposition – Case settled September 2014