**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.

_____/

**DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF JEFF ANDERSON**
**AND INCORPORATED MEMORANDUM OF LAW**

     Pursuant to Fed. R. Evid. 702, Defendants move for an order excluding the testimony of

Jeff Anderson, Plaintiffs' purported expert witness on the issue of alleged damages.

**PRELIMINARY STATEMENT**

     Plaintiffs' damages expert, Jeff Anderson, has offered some eye-popping numbers as

potential damages in this case.  However, the two damage theories he offers to support them are

inadmissible as a matter of law.  Anderson's estimate of XBT's supposed "lost business value" is

not a legally cognizable theory of damages, nor in a defamation case may a plaintiff seek to

pursue the equitable remedy of unjust enrichment.  At bottom, while XBT's revenue *grew* ▮▮

▮▮ in 2017, Anderson assumes they would have been even higher but for various BuzzFeed

articles.  That theory is so riddled with legally impermissible opinions and unsupported

assumptions regarding both causation and damages that he has *already* had to revise them, thus

demonstrating why they were unreliable in the first place.  His testimony should be excluded.

**FACTUAL BACKGROUND**

     Plaintiffs offer Jeff Anderson to provide expert opinions as to alleged damages.

Anderson submitted a report dated February 23, 2018 (Exhibit 1 hereto), and then a

Supplemental Report dated May 17, 2018 with revised estimates (Exhibit 2 hereto).  Anderson

offers two theories.  First, he estimates the "lost business value" ("LBV") of Plaintiff XBT as

somewhere within a "range" of ▮▮▮▮▮▮▮▮▮.  Ex. 2 at 2.  Second, he estimates "the benefit to Buzzfeed" of publishing multiple articles and the Dossier to be ▮▮▮▮▮▮.  *Id.*

**A.**   **Lost Business Value**

       1.   <u>What Anderson Means by "Business Value"</u>

Anderson's estimate of XBTs "*lost* business value" is a function of how he estimates a company's "business value" generally.  "Business value" simply means the "fair market" price a hypothetical buyer would pay to purchase a company at one point in time.  Ex. 3 (And. Dep.) at 58:10-22.[1]  In broad terms, Anderson estimates a company's business value by taking its *annual earnings* and multiplying that by a "*valuation multiple*" – a number used to estimate the total enterprise value of the business.  Ex. 2 at 9-10.  The specific method Anderson uses for each element of his business value formula is as follows:

       a.   <u>*Annual Earnings (EBITDA)*</u>:  Anderson used "EBITDA" to measure a company's annual earnings.  Literally, EBITDA means "earnings before interest, taxes, depreciation and amortization."  Ex. 3 (And. Dep.) at 67:19-21.  Anderson used the following formula to calculate XBT's annual EBITDA:

       "*Operating profits* plus *depreciation expenses* plus *amortization expenses*"
 Ex. 2 at 7.  The first element of that formula, *operating profits*, is in broad terms XBT's revenue minus its costs and operating expenses (which do not include interest, tax, depreciation, and amortization expenses).  For example, in 2016 XBT's Operating Profits were calculated as follows:

| | |
|---|---|
| Revenue | ▮▮▮▮▮▮▮▮ |
| Cost of Sales | ▮▮▮▮▮▮▮ |
| Total (Operating) Expenses | ▮▮▮▮▮▮▮ |
| Operating Profits | ▮▮▮▮▮ |

---

[1] Anderson's estimate of LBV is solely for Plaintiff XBT.  XBT is a holding company, and as such it does not conduct any business itself.  Rather, it owns the shares of roughly ▮ subsidiaries, which actually conduct business.  Ex. 4 (Mishra Dep.) at 30:15-31:12; Ex. 14 at 24.  Each subsidiary produces a separately audited annual financial statement has a separate bank account, pays separate taxes (if any), and maintains its own corporate form and structure.  Ex. 4 (Mishra Dep.) at 28:24-29:24; 113:10-19; *see also* Ex. 7 (collecting 2016 audited financial statements for all XBT subsidiaries).  So Anderson's estimate of XBT's "business value" actually estimates the total "fair market value of XBT and its subsidiaries."  Since Plaintiff Webzilla, Inc. is just one of many XBT subsidiaries, Anderson does not provide any estimate of LBV for it.  Ex. 3 (And. Dep.) at 64:21-65:12.

To calculate XBT's 2016 EBITDA, Anderson then added its depreciation and amortization expenses:



| | |
|---|---|
| Operating Profits | |
| Depreciation | |
| Amortization | |
| EBITDA | |

      b.     *Valuation Multiple*.  The second step in Anderson's method of calculating business value is to multiply the EBITDA by a number he selects for business valuation purposes.  For XBT Anderson chose a multiple of 17, which he called the "industry multiple."  To arrive at that figure, Anderson used the average multiple for what he contends are six "comparable companies" to XBT.  As a result, Anderson estimates XBT's "business value" as its EBITDA multiplied by 17.  Ex. 2 at 9-10.  Thus, using Anderson's method, XBT's business value as of January 1, 2017 was ▮▮▮▮▮▮▮ (▮▮▮▮▮ x 17).

      2.     <u>How Anderson Estimated XBT's Lost Business Value</u>

To estimate XBT's LBV, Anderson performed two sets of calculations:

      a.     <u>What XBT's business value *would have been* on January 1, 2018 without BuzzFeed's conduct</u>.  Ex. 3 (And. Dep.) at 171:16-22; Ex. 2 at 6-10.  Anderson estimated that on Jan. 1, 2018 XBT's business value *would have been* somewhere within a range of ▮▮▮▮▮▮▮ ▮▮▮▮▮.  *Id.* at 12.  To arrive at those figures, Anderson assumed XBT's earnings would have grown anywhere from 26% to 56% in one year, increasing its EBITDA from ▮▮▮▮▮ in 2017 to somewhere within a range of ▮▮▮▮▮▮▮ in 2018.  *Id.* at Figure 8.

      a.     <u>What XBT's business value *actually was* as of January 1, 2018</u>.  Anderson estimated XBT's value to actually be ▮▮▮▮▮ as of June 1, 2018.  *Id.*  However, when Anderson performed his analysis, XBT did not have financial statements for 2017.  Moreover, XBT only provided Anderson with estimates of one side of the ledger necessary to calculate its 2017 EBITDA – an estimate of its 2017 annual revenues.  Strikingly, XBT estimated that its revenue actually *increased* by approximately ▮▮▮▮▮ in 2017 – from ▮▮▮

███████████████████████████████████████. Ex. 3 (And. Dep.) at 168:22-169:14; Ex. 2 at Exhibit 5.

However, XBT did not provide Anderson with any estimate of its expenses for 2017, which is also necessary to accurately calculate EBITDA. As a result, Anderson assumed that in 2017 XBT's expenses grew by the same rate as its revenues. Ex. 3 (And. Dep.) at 70:24-73:19. Anderson admitted that if XBT's actual 2017 expenses turn out to be different, then "if the numbers change, they would change" all his estimates. *Id.* As discussed below, they are very different.

Based on those calculations, the difference between what Anderson estimates XBT's 2017 EBITDA would have been in 2018, and the ████████████ he claims it actually was, is somewhere within a "range" of ██████████████████. *Id.* The key assumptions Anderson made to derive that estimate are listed and analyzed below.

   3. <u>Anderson's Key Assumptions</u>

    a. <u>Timing of Valuation</u> - *First*, Anderson admits that his LBV estimate is valid as of only one date – January 1, 2018. That is because, like a house, the "fair market value" of a company can constantly change. So any business's "fair market" value would depend on the date it was sold. Ex. 3 (And. Dep.) at 59:4-13. Anderson simply picked January 1, 2018 because "that was approximately around the time that we were retained in this case," *id.* at 58:7-59:20, so had he been retained earlier or later the numbers could be different:

  Q. Okay. But if you had been retained on June 30, 2018, the number
     could have been different? Right?
  A. It could have been.

*Id.* at 60:16-25. Moreover, Anderson conceded that he does not know whether the LBV he estimates would continue in perpetuity, or would later be made up by XBT. *Id.* at 78:14-24 ("[I]n terms of what is going to happen going [sic] in the future, I don't know.").

   4. <u>Assumed Revenue Growth</u>.

In the four years between 2011 and 2015, XBT's revenues grew at an average annual rate of ███. Ex. 2 at 8 (Figure 2). In 2016, its revenues grew by ███. *Id.* Anderson's LBV estimate assumed that XBT's revenue would have grown even more in 2017, about 29%. Instead it grew by ████████████████████████████████████.

a.   <u>Anderson assumed the accuracy of XBT's own untested projections</u>.
Anderson's assumption of near 30% growth was based entirely on a projection in a Business Plan prepared by XBT in November 2016 ("the Business Plan"), which projected its 2017 revenue at ███████. *Id.* at 8; Ex. 3 (And. Dep.) at 77:6-21. Anderson testified that he assumed the projection was accurate because a year earlier in 2015, XBT had accurately projected its revenue for 2016. *Id.* at 83:24-84:13; 99:3-16. Anderson admitted that he had not checked any other years and did not actually know what XBT's "track record" for making projections. *Id.* at 84:9-13, 99:3-16. ████████████████████



Moreover, Anderson subsequently admitted that he had seen another set of prior financial projections by XBT, which were included in a 2013 KPMG valuation of the company.  XBT projected that its revenue would be ██████ in 2013, $██████ in 2014 and ██████ in 2015. Ex. 11 at 20.  Its actual revenues for those years were ██████ ██████ respectively.  Ex. 2 at 8 (Fig. 2).  Similarly, XBT's projected EBITDA for 2013 was ██████ while the actual was ██; for 2015 XBT projected ██████ vs. an

actual of ▓▓. Ex. 3 (And. Dep.) at 96:15-96:17; Ex. 11 at 20; Ex. 2 at 8 (Fig. 2).  ▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    b. <u>Anderson consulted an irrelevant outside report</u>.  When crediting XBT's 2016 Business Plan, Anderson did not perform any analysis of XBT's actual or potential customers, or XBT's prices compared to its competitors, or any actions its competitors might be taking that could affect its performance, nor did he inspect any of the company's books and ledgers.  Ex. 3 (And. Dep.) at 91:11-92:3.  Instead, Anderson also testified that he also credited XBT's projected ▓▓ growth for 2017 because he reviewed an independent  research report which showed, in Anderson's words, "pretty amazing growth" for "the industry as a whole" – an annual rate of 45.9%.  *Id.* at 87:4-89:24.

    However, by its own terms the report Anderson relied upon was about a different "industry."  It analyzed the "massive scale cloud" infrastructure industry, and the report's authors explicitly excluded companies like XBT from that "industry."  The report confined that industry to six companies, and said "no providers outside this group could" qualify.  Ex. 12 at 4.  And the authors emphasized that the industry they analyzed excluded "providers that have a portfolio with various different services such as traditional managed hosting, private clouds and public clouds, or even colocation."  *Id.* (emphasis added).  XBT offers those services, extensively.  Ex. 5 (Bezruchenko Dep.) at 23:22-24:14 (managed hosting"); 44:23-44:9 (colocation); 93:2-96:20 ("private cloud").  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    c. <u>Anderson has already tried to change his assumption because it proved to be wrong</u>.  Anderson also admitted that his original assumption to credit XBT's projected revenue for 2017 has *already* proved to be incorrect.  That is because shortly after XBT made its revenue projections for 2016, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



As a result of ███████████████, Mishra reduced the revenue projections in XBT's 2016 Business Plan by █████████ for 2017.  Ex. 4 (Mishra Dep.) at 141:20-144:21.  But XBT never told Anderson that, and instead Anderson received the original Business Plan prepared prior to █████████.  Ex. 3 (And Dep.) at 113:15-114:9.  Since Anderson simply took what he was handed at face value, his calculation of XBT's LBV in his original Expert Report was based on a revenue projection that XBT had already reduced.  He only realized his assumptions in his Report were wrong after he read the transcript of Mishra's deposition in this case, which included testimony about █████████.  *Id.* at 113:15-22.  So Anderson issued a Supplemental Report, in which he reduced the projection of XBT's 2017 income by about █████████, to █████████, to supposedly account for █████████████████████.  That relatively small change reduced his total estimate of LBV about █████████ on both ends of the range.  *Compare* Ex. 1 at 11 & Ex. 2 at 12.

Moreover, although by that point Anderson already knew he had been provided with bad information from XBT, for the █████████ figure Anderson again relied entirely on more assumptions that Mishra told him:  (1) that XBT ████████████████████, and (2) that ███████████████████████████.  Ex. 3 (And Dep.) at 27:2-30:9.  But Anderson testified that in fact he has "no idea ██████████████████████████████████████████████████████████████████████████████████████████.  In fact, Anderson's assumptions were wrong.  XBT admitted that ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

5.      EBITDA Assumptions

XBT's annual projections include expenses as well as revenues.  Mishra admitted that the November 2016 projections that Anderson relied on not only assumed that XBT's revenues in 2017 would grow by about ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████

As a result, Anderson's calculations relating to the expense side of the ledger have already proved to be unreliable.  Anderson's estimate of XBT's actual value as of January 1, 2018 assumed that XBT's operating profit in 2017 would be ████████████.  Ex. 2 at Ex. 5. However, draft financial statements XBT recently produced for 2017 show an operating profit of ███████████████████████████.  Ex. 8.

6.      Comparable Company Assumptions

To estimate XBT's business value, Anderson multiplied XBT's estimated EBITDA by an "industry multiple" using six comparable companies.  In its November 2016 Business Plan, XBT identified four companies as its current competition:  (Softlayer, Leaseweb, OVH and Rackspace).  Ex. 10 at 13.  Mishra testified that those four companies remain XBT's most direct competitors today.  Ex. 4 (Mishra Dep.) at 177:7-13.

However, although Anderson relied on all the financial projections in that Business Plan, he did not use this list to calculate an "industry multiple" for comparable companies.  He does not dispute they are comparable, but testified that since (like XBT) they were mostly private companies there would not be data available to calculate a multiple.  Ex. 3 (And Dep.) at 164:13-166:23.  Instead, Anderson relied on a list selected in a 2013 KPMG valuation of XBT.  *Id.* at 74:17-75:1.  This was the same valuation Anderson deems irrelevant for purposes of assessing the track record of XBT's financial projections, because "something done four or five years ago, it absolutely does not seem relevant to something happening in late 2016 when the 2017 projections were done."  *Id.* at 98:6-22.

Nonetheless, Anderson testified that he credited the 2013 list of comparable companies because "we're talking three, four years later, and there is not a major shift in the landscape that would dictate that these companies are not any more comparable today as they were in 2013." *Id.* at 157:2-158:10.  Moreover, "they are all in the data center industry."  *Id.* at 158:20-25.  By contrast, Mishra testified that at least on company on the 2013 list (Dupont Fabros) was not comparable because it is organized as a real estate investment trust.  Otherwise, Mishra was not even familiar with all the companies on the 2013 list.  Ex. 4 (Mishra Dep.) at 177:14-178:25. There was, however, one company – Rackspace – that was on both XBT's 2017 and KPMG's 2013 list.  Anderson acknowledged that Rackspace has a multiple of 7, not 17.  Ex. 3 (And Dep.) at 164:25-164:15.

In addition, KPMG's 2013 valuation concluded that because XBT was a private company, the valuations of the mostly public companies it had selected should be discounted by 20-30% to compare them to XBT.  However, Anderson said "I don't believe that it was necessary to apply that discount," and so disregarded it when he selected 17 as his industry multiplier.  Ex. 3 (And Dep.) at 160:1- 163:5.

7.   <u>Causation</u>

Anderson's most fundamental assumption is that but for the publication of the Dossier (and more, see below), XBT would have achieved 100% of its projected revenue and earnings in 2017, after supposedly adjusting for ███████████.  *Id.* at 77:6-78:2.  Anderson testified:

Q.   What is your basis for assuming that ███████████
     ███████, the sole reason that XBT did not hit its adjusted projections for
     2017 was the publication of the dossier by BuzzFeed?
A.   The timing of the decline in revenues and earnings.
Q.   Okay.  What qualifications do you have to make the judgment that that
     publication caused what you say is decline in revenue and earnings?
A.   It's an assumption made in my analysis that the dossier is the reason for
     the decline in earnings.
Q.   Okay.  And what is the basis for that assumption?
A.   Discussions with counsel, again the timing of the event, time of the release
     of the dossier and the subsequent decline in revenue and earnings.
Q.   Nothing other than that?
A.   Off the top of my head, I don't know.

*Id.* at 131:10-132-7.  Additionally, Anderson cannot identify a single customer lost as a result of any BuzzFeed publication.  *Id.* at 19:24-20:15.

Anderson's report also asserted that "XBT suffered increased bank scrutiny following the publication of the dossier.  Their bank accounts in multiple countries were frozen and banks threatened to close their accounts altogether."  Ex. 2 at 6.  Anderson admitted that he only wrote that because Mishra told him so, and he has no idea whether any bank accounts were actually closed.  Ex. 3 (And Dep.) at 134:1-135:17.  The report further asserts that "banks dramatically increased their scrutiny on potential new clients" and the company, thus "driving away many clients in the process."  Ex. 2 at 6-7.  Anderson admitted that, other than what Mishra told him, his only purported basis for that statement was a single e-mail from one bank, ███████████ ███████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████  Anderson has no idea whether this had any impact:

> Q.      And you don't know whether -- how quickly Webzilla may have gotten financing from ███████████?  Right?
> A.      I don't know.
> Q.      Okay.  Did you ever ask?
> A.      It may have been part of a general discussion.  I don't remember.
>
> ****
>
> Q.      But again the fact that the bank may have wanted to ask for a periodic review … you don't have any information that this request for a, quote, "periodic review" caused -- drove away a single customer of Webzilla?
> A.      Again I don't know that.  Yes.  I don't know.

Id. at 140:8-14; 148:6-15; *see also id*. at 138:18-149:16.

Moreover, Anderson's damage theories are not even solely tied to the January 10, 2017 BuzzFeed Article at issue in this case.  Rather, he estimates "the damages stemming from the Defendants' publication of an online article ("the Defamatory Article") and *eight follow up articles* ("the Follow-up Articles") (collectively, the "Defamatory Articles").  Ex. 2 at 2.  The other eight articles Anderson identifies were published between January 11 and January 15, 2017 and included a hyperlink to the January 10 Article.  Ex. 2 at 23-24; Exs. 15-22.  They include articles such as one titled "People Can't Believe Trump is Feuding With Civil Rights Leader John Lewis."  Ex. 20.

## B.      Benefit to BuzzFeed

Anderson's second opinion calculates what he calls the "benefit to BuzzFeed from the millions of views the Defamatory Articles received."  Ex. 2 at 2.  Anderson attempted to monetize the supposed value of the "views" that BuzzFeed received of the all 9 articles.  Ex. 3

(And Dep.) at 177:13-178:25; 190:6-15, 208:18-22.  Data produced by BuzzFeed showed that about ███████ people viewed the January 10 Article since it was published, and about ███ ████ people viewed the eight subsequent articles.  Anderson calculates the benefit to be ████████. Ex. 2 at 2.

For much of his deposition, Anderson insisted this figure was an estimate of the benefit to BuzzFeed of specifically publishing the allegations against the Plaintiffs.  To support that opinion, Anderson assumed that every single one of the ███████ people who clicked on any page within those nine articles read all 35 pages of the Dossier cover-to-cover – even though most of the articles did not embed the Dossier:

> Q.      You think all ████████ people whoever clicked on an article that mentioned the dossier read all the pages of the dossier? Is that seriously what you are asserting?
> A.      I assumed the ████████ people based on the information provided by BuzzFeed read the dossier.
> Q.      When you say read the dossier, what do you mean?
> A.      Read the dossier.
> Q.      All 35 pages from beginning to end?
> A.      Read the dossier.
> Q.      Okay.  Do you assume that all ████████ of those people read the couple of sentences that are at issue in this case?
> A.      I assume they read the dossier.
> Q.      Including the couple of issues that in this case?
> A.      I assume they read the entire dossier.

Ex. 3 (And Dep.) at 199:14 - 200:11.  Though Anderson conceded that "I don't have the expertise to get into ████████ people's minds" to discern their reading habits, he insisted that assumption "was the basis for my opinion" and that if it was wrong, "I stand corrected" and "will adjust my analysis accordingly. *Id.* at 201:19-203:10.  But then late in his deposition, Anderson completely changed his core assumption:

> Q.       …[A]nd your assumption is that every person who came to this article also looked at the dossier as it was embedded here and either clicked through or scrolled through all 35 pages and read all of them?
>
> A.       No. So let me clarify . . . Because I think I -- I think I tried to do it in a very unclear way -- before we went off the record.  The assumption, and I stated it in my report -- is that all we are looking at is the value to BuzzFeed or the benefit BuzzFeed received from the views to the pages.  Regardless of whether they read all, part, or none of the entire dossier.

*Id.* at 231:8-233:13. Anderson further "clarified" that his estimate of the "benefit" included anyone who clicked on any page within any of the articles. *Id.* at 218:2-219:7; 233:9-13

**ARGUMENT**

Anderson's opinions must be excluded because they fail to meet the threshold requirements of reliability and relevance that govern the admissibility of expert testimony. *See Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

## I.    ANDERSON'S OPINIONS ARE IRRELEVANT AS A MATTER OF LAW

When "as a matter of law" an expert's proffered testimony is "necessarily irrelevant" to any question in the case, it must be excluded. *Brewer v. Insight Tech., Inc.*, 2014 WL 12623024, at *5 (M.D. Fla. Jan. 3, 2014). Thus, "[t]o the extent that [the plaintiff] proffered experts intend to testify to [an impermissible] theory of damages, their testimony is irrelevant and inadmissible." *United States ex rel. Landis v. Tailwind Sports Corp.*, 2017 WL 5905509, at *4 (D.D.C. Nov. 28, 2017). Anderson's testimony must be excluded for this reason alone.

### A.    Anderson's Damage Theories Are Legally Impermissible

1.    Lost Business Value. There are two reasons why Anderson's opinion must be excluded as a matter of law. First, unless a business has suffered "complete destruction," its economic damages must be measured as lost profits. *See In re Sherwood Invs. Overseas Ltd.*, 2016 WL 5719450, at *9-10 (M.D. Fla. Sept. 30, 2016) (damages calculated as "lost profits" are only available to continuing businesses and "lost business value" is only available where there has been complete destruction of a business). *See also Preferred Care Partners Holding Corp. v. Humana, Inc.*, 2009 WL 10668573, at *2 (S.D. Fla. Apr. 13, 2009) ("It is well established that, under Florida law, '[i]f a business is completely destroyed, the proper measure of damages is the market value of the business on the date of the loss ... [but if] the business is not completely destroyed, then it may recover lost profits.'") (citation omitted); *Montage Grp., Ltd. v. Athle-Tech Computer Sys., Inc.*, 889 So. 2d 180, 193 (Fla. 2d DCA 2004) ("If a business is completely destroyed, the proper total measure of damages is the market value of the business on the date of the loss.").

XBT has not suffered total destruction; Anderson estimates it to be worth ███████ as of January 2018. But its claim for "lost business value" effectively seeks to recover the damages a destroyed business would seek. Anderson does not purport to estimate lost profits. Ex. 3 (And

12

Dep.) at 62:21-63:9 ("that's the only measure of damages I have presented").  As a result, Anderson's estimate of LBV is irrelevant and inadmissible as a matter of law.

Additionally, Anderson's testimony must be excluded because XBT may not seek damages incurred by its subsidiaries, particularly under the circumstances here.  For purposes of forum-shopping, Plaintiffs have sought to utilize its distinct corporate structure to sue in multiple jurisdictions.  Thus, in this jurisdiction "Webzilla, Inc." sued as a distinct Plaintiff, and on that basis all Plaintiffs claim jurisdiction and assert the protection of Florida law.  In the U.K., "Wezbilla B.V." and "Webzilla Limited" sued Christopher Steele for the same reasons. Moreover, in their discovery responses, Plaintiffs claimed they would apportion damages between Buzzfeed and Steele.  *See* Ex. 24 at 3.  Nonetheless, Anderson's estimates the collective LBV for all XBT subsidiaries, including the U.K. Plaintiffs.  Ex. 3 (And. Dep.) at 65:23-64:24.

Plaintiffs cannot have it both ways.  They may not utilize distinct entities within their corporate structure to bring lawsuits, and then ignore them to seek damages.  A parent company may not recover damages incurred by its subsidiaries – it may not "create a subsidiary and then ignore its separate corporate existence whenever it would be advantageous to the parent.". *Feinberg v. Katz*, 2002 WL 1751135, at *6 (S.D.N.Y. July 26, 2002) (parent company and its sole shareholder "cannot bring claims to recover for damages incurred by its subsidiary") (citation omitted).[3]  Thus, Anderson's estimate of LBV should be excluded for this reason too.

2.    Unjust Enrichment/Benefit to BuzzFeed.  In his initial report, Anderson explicitly described his second theory as "damages stemming from . . . the unjust enrichment of Defendants."  Ex. 1 at 6.  Perhaps anticipating this motion, his Supplemental Report deleted the words "unjust enrichment" and any reference to "damages," and replaced it with "the benefit to Buzzfeed."  Ex. 2 at 1, 2.  But just like the proverbial lipstick on a pig, that makes no difference. This theory seeks to disgorge from BuzzFeed, and enrich Plaintiff, in the amount of the "benefit"

---

[3] *See also Elandia Int'l, Inc. v. Koy*, 2010 WL 2179770, at *6 (S.D. Fla. Feb. 22, 2010) ("[A] corporation does not have standing to assert claims belonging to a related or closely affiliated corporation simply because their businesses are intertwined."), *R&R adopted*, 2010 WL 2196040 (S.D. Fla. June 1, 2010); *Mobius Risk Grp. LLC v. Global Clean Energy Holdings, Inc.*, 2011 WL 3568074, at *5 (S.D. Tex. Aug. 15, 2011) ("Courts that have addressed [whether or when a parent company may recover damages incurred by its subsidiaries] have consistently held that a parent my not do so."); *Tullet Prebon, PLC v. BCG Partners, Inc.*, 2010 WL 2545178, at *4 (D.N.J. June 18, 2010) ("Wrongdoing to a subsidiary does not confer standing upon the parent company, even where the parent is the sole shareholder of the subsidiary."), *aff'd*, 427 F. App'x 236 (3d Cir. 2011).

it supposedly received.  This is plainly a calculation of "unjust enrichment," an equitable remedy.  *See High Frequency Prods., Inc. v. Wynn's Climate Sys., Inc.*, 892 F. Supp. 1515 (S.D. Fla. 1995), *aff'd*, 91 F.3d 167 (Fed. Cir. 1996); *see also Am. Honda Motor Co. v. Motorcycle Info. Network, Inc.*, 390 F. Supp. 2d 1170, 1178 (M.D. Fla. 2005).

As an equitable remedy, unjust enrichment is not available where there is an adequate legal remedy.  *High Frequency Prods.*, 892 F. Supp. at 1520.  Plaintiffs are suing for defamation and seek almost $150 million, so they cannot allege they have no adequate remedy at law.  Plaintiffs therefore may not also seek recovery for alleged unjust enrichment.  *See Vandermus v. Milhous*, 2012 WL 12855474, at *4 (S.D. Fla. Aug. 14, 2012).  Indeed, courts specifically addressing claims for unjust enrichments awards in defamation cases have consistently rejected them because "there is an adequate remedy at law available" for public figures – money damages for defamation."  *Ventura v. Kyle*, 825 F.3d 876, 887-88 (8th Cir. 2016) (internal quotation marks and citations omitted), *cert. denied*, 137 S. Ct. 667 (2017).[4]  Accordingly, Anderson's testimony on the "benefit" to BuzzFeed should be excluded.

### B.  Anderson's Causation Assumptions Are Also Legally Impermissible

Both of Anderson's theories must be excluded as a matter of law for yet another reason -- they assert legally impermissible theories of causation, including theories that patently violate the First Amendment.  *First*, both theories are premised on the claim that *nine Buzzfeed articles* caused XBT's LBV and benefitted BuzzFeed.  And Anderson admits that for purposes of his causation assumptions, it does not matter whether a BuzzFeed reader ever read the allegedly defamatory statements on the last page of the Dossier.  For example, if a reader only read the paragraphs in one of the articles discussing Congressman John Lewis's activity in the civil rights movement (Ex. 20), in Anderson's view BuzzFeed should still have to pay Plaintiffs $1.54 million (his estimate of the "benefit" of a page view).  Ex. 3 (And Dep.) at 203:24-204:12.

It is a black-letter principle of defamation law that a plaintiff may not recover damages that were caused by speech that is not defamatory.  Otherwise, the defendant would be paying

---

[4] *See also Metro. Opera Ass'n v. Local 100, Hotel Emps & Rest. Emps Int'l Union*, 239 F.3d 172 (2d Cir. 2001) (defamation provides for an adequate legal remedy, consequently, equitable remedies are not appropriate); *Alberti v. Cruise*, 383 F.2d 268 (4th Cir. 1965) (defamation provides an adequate remedy at law); *McMahon v. Kindlarski*, 512 F.3d 983 (7th Cir. 2008); *Oorah, Inc. v. Schick*, 2012 WL 3233674, at *4 (E.D.N.Y. Aug. 6, 2012) ("Oorah may seek damages if the School commits libel or slander; as it failed to demonstrate the inadequacy of that remedy, equitable relief was inappropriate."), *aff'd*, 552 F. App'x 20 (2d Cir. 2014).

damages for constitutionally protected speech. *See Celle v. Filipino Reporter Enters., Inc.*, 209 F.3d 163, 191 (2d Cir. 2000) (remitting an award of damages where one of three allegedly defamatory statements was found not to be actionable); *see also Marcus v. Bressler*, 277 A.D.2d 108, 110 (1st Dep't 2000) (striking punitive damages award where it was "clear that the . . . award was intended to punish not merely the act of slander that was the gravamen of the counterclaim," but also "non-actionable expressions of opinion"); *Levinsky's, Inc. v. Wal-Mart Stores, Inc.*, 127 F.3d 122, 136 (1st Cir. 1997) (setting aside verdict where it was unclear whether it was based on defamatory statement or non-actionable speech); *Simon v. Navon*, 71 F.3d 9, 19 (1st Cir. 1995) (same); *Avins v. White*, 627 F.2d 637, 646 (3d Cir. 1980). But Plaintiffs do not and could not allege that nine articles were defamatory – this case is based on only one of them. Because Anderson assesses damages for protected speech, his testimony must be excluded.

*Second*, another related problem with Anderson's causation theories is that he makes no distinction between damages allegedly caused by someone who read the allegedly defamatory statements about Plaintiffs on BuzzFeed.com, and others who read about Plaintiffs somewhere else. Anderson made that explicit at his deposition – stating that "you can't unring the bell that the names had been included in the Dossier. They [the Plaintiffs] are late referenced even today in articles on Recode and other sites, CNN . . . ." Ex. 3 (And Dep.) at 222:20-223:4. However, defamation plaintiffs may not seek to hold a defendant liable for defamatory statements by others "absent a showing that the original author was responsible for or ratified the republication." *Fashion Boutique of Short Hills, Inc.v. Fendi USA, Inc.*, 314 F.3d 48, 59 (2d Cir. 2002) (affirming exclusion of damages expert). As the record in this case shows, many news organizations have reported about Plaintiffs since January 10, 2017. Anderson's effort to hold BuzzFeed responsible anytime the name "Gubarev" has appeared in the news in connection with the Dossier is impermissible as a matter of law.

And finally, Anderson's opinions about causation are also wholly unreliable. He opines that "but for" the "Defamatory Articles," XBT would have achieved 100% of its financial projections for 2017. Ex. 2 at 11. But Anderson cannot recall that he has ever been qualified as a defamation expert; in fact he appears to have misunderstood that the *Hulk Hogan v. Gawker* case in which he testified was not a defamation case. Ex. 3 (And Dep.) at 17:13-25. *See also Gawker Media LLC v. Bollea*, 129 So. 3d 1196, 1198 (Fla 2d DCA 2014) (listing Hogan's claims

for invasion of privacy, right of publicity, and intentional infliction of emotional distress).[5]  And when asked directly what qualifications he held to render an opinion about causation, he dodged the question and said it was an "assumption."  Ex. 3 (And Dep.) at 131:10-132:7.

Anderson also made numerous claims about Plaintiffs supposedly having trouble with banks, creditors and customers.  But he admitted he was referring to a single email from a single bank which merely asked for information.  He has no knowledge whether Plaintiffs' relationship with that or any other bank, creditor, or customer has actually been disrupted.  *See supra* at 9-10.  And perhaps most strikingly, his opinion about causation has already changed in this case because he now attributes at least some of Plaintiffs' supposed revenue "shortfall" to ████ ████████████.  *See supra* at 6-7.  However, even after learning that XBT had given him outdated numbers, he made no effort to check whether the impact of █████ might have been larger than Mishra represented, nor to investigate  whether their might be any other causes of revenue loss apart from the "Defamatory Articles."  Ex. 3 (And Dep.) at 22:24-124:22; 128:1-129:2.  After Anderson learned about ██████ he asked Mishra "is there anything else"?  Mishra responded "no," and Anderson just "accepted that."  *Id.*

To establish causation, "[p]roof must show with reasonable certainty that the plaintiff suffered damages and that the damages flowed as the natural and proximate result of defendant's . . . conduct."  *Aldon Indus., Inc. v. Don Myers & Assocs.*, 517 F.2d 188, 191 (5th Cir. 1975).  Anderson's report and testimony cannot meet this standard.  "Leaving a jury to decide whether its experts' forecasts are too speculative to show causation . . . is not a valid option."  *In re Invs. Overseas Limited*, 2015 WL 4486470, at *32.  Anderson's damage estimates are predicated on an opinion regarding causation that is far too speculative and unreliable to satisfy *Daubert* standards.

## II.   ANDERSON'S ESTIMATES ARE NOT RELIABLE

### A.   Lost Business Value

Even if "lost business value" was a viable theory of damages available to XBT, Anderson's estimates are unreliable and therefore inadmissible for multiple reasons.

1.   Arbitrary Timing.  First, the use of January 1, 2018 as the date by which to measure lost business value, merely because that is when Anderson is retained, is entirely

---

[5] Anderson's damage estimates here total roughly $150 million, quite similar to the jury verdict in the *Hogan* case, which totaled $140 million.

arbitrary and thus not reliable.  As Anderson acknowledged, by definition it is not static and thus has no relationship to the actual damages, if any, XBT could be said to have incurred.  In fact, one of the reasons that lost business value is the preferred method of calculating damages when a business is destroyed is that its value may be calculated "on the date of its destruction," rather than over a speculative time period.  *Montage Grp.*, 889 So. 2d at 193.  But because XBT is a viable business, Anderson selected a wholly arbitrary equivalent of the "date of the loss" and his estimates are thus unreliable.  *Sun Ins. Marketing Network, Inc. v. AIG Life Ins. Co.*, 254 F. Supp. 2d 1239, 1248 (M.D. Fla. 2003) ("Why ten years? [Plaintiff's expert] chose ten years because Plaintiff's counsel asked him to use that period of time . . . .").

    2. <u>Broad, Speculative "Range"</u>.  Second, it bears noting that even when a company seeks lost profits:

> [T]he general rule is that anticipated profits of a commercial business are too speculative and dependent upon changing circumstances to warrant a judgment for their loss [but] a plaintiff may obtain this generally disfavored form of relief by presenting sufficient evidence to determine damages for lost profits with a reasonable degree of certainty, rather than by means of speculation and conjecture.

*Alphamed Pharms. Corp. v. Arriva Pharms., Inc.*, 432 F. Supp. 2d 1319, 1339 (S.D. Fla. 2006) (internal quotation marks, alteration, and citations omitted), *aff'd*, 294 F. App'x 501 (11th Cir. 2008).  Thus, "assumptions used to support [conclusions about future lost profits must] be reasonably certain, not mere best case scenario predictions."  *Sun Ins. Mktg. Network*, 254 F. Supp. 2d at 1247.  Even at first blush, Anderson proposes a very broad "range" of estimating LBV in which the "high number" is almost ▮▮▮▮▮ the "low."  That estimate on its face fails to provide "a reasonable degree of certainty."

    3. <u>Unsupported Assumptions</u>.  The fundamental premise of Anderson's estimates of LBV is that XBT's projections for growth in it 2016 Business Plan were perfectly accurate and would have occurred but for the Buzzfeed articles. Ex. 2 at 10-11.  But the records show "nothing to indicate that [Plaintiffs' expert] did more than parrot the projections in the business plan."  *MasForce Europe, BVBA v. MEC3 Co.*, 2013 WL 12156469, at *6 (M.D. Fla. 2013).  Anderson accepted those projections based largely on the uncorroborated statements of Mishra – not only as to the accuracy of the 2016 Business Plans, but as to previous ones that Anderson admitted he never actually reviewed.  *See* Anderson Dep. at 83:24-84:13, 85:11-22,

90:1-92:25, 99:3-16; *Fla. Power & Light Co. v. Qualified Contractors, Inc.*, 2005 WL 5955702, at *3 (S.D. Fla. Dec. 6, 2005) ("[A]n expert opinion that . . . is not based upon any investigation or testing . . . does not meet Rule 702's criteria of showing that the proposed testimony is based upon sufficient facts or data.").

And the one independent report Anderson did rely on expressly excluded companies like XBT from its projections. *See supra* at 6. Moreover, Anderson's blind faith in XBT's business plan was especially unreliable ██████████████████████████████████████ ████████████████████████████████████████████████ ███████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████████████ *See supra* at 4-6. *Susan Fixel, Inc. v. Rosenthal & Rosenthal, Inc.*, 921 So. 2d 43, 46 (Fla. 3d DCA 2006) ("It is as inappropriate to use purely speculative forecasts of future revenue to determine the market value of a business as it is to use such speculative forecasts in determining lost future profits."). Anderson's testimony must therefore be excluded. *MasForce Europe, BVBA*, 2013 WL 12156469, at *6 (proposed expert had not "performed any independent evaluation to substantiate the projections in [the plaintiff's] business plan").

Experts may not simply accept the conclusions of others in forming their opinions, but instead must perform independent analyses. "While qualification under Federal Rule of Evidence 702 permits a witness to offer opinion testimony, it does not permit that witness to offer factual testimony without personal knowledge in contravention of Rule 602." *See Martinez v. Rabbit Tanaka Corp.*, 2006 WL 5100536, at *9 (S.D. Fla. 2006); *see also First Premium Servs., Inc. v. Best Western Int'l Inc.*, 2004 WL 7203535 at *3 (S. D. Florida 2004) (excluding expert testimony where expert failed to perform any independent analysis of the accuracy of plaintiff's tax returns, which formed basis for damages calculation); *Mooring Capital Fund, LLC v. Phoenix Cent., Inc.*, 2009 WL 4263359, at *3 (W.D. Okla. Feb. 12, 2009) (excluding proposed damages expert when his analysis on damages resulting from plaintiff's inability to develop a plot of land "is entirely based on [defendant's] projections"), *aff'd*, 388 F. App'x 814 (10th Cir. 2010); *Fla. Power & Light*, 2005 WL 5955702, at *3 (rejecting expert testimony where testimony was merely a regurgitation of plaintiff's theory of case "without any independent or objective basis"); *Ellipsis, Inc. v. Color Works, Inc.*, 428 F. Supp. 2d 752, 761 (W.D. Tenn.

2006) (expert's report unreliable and inadmissible when expert "relied exclusively on data provided by [the client]" and failed to verify information that provided underlying basis for estimates and assumptions).  As explained by the court in *Mooring*, expert testimony based on unsubstantiated assertions by a party are disallowed because of "the potential for jury confusion and the lack of helpfulness of an opinion which *appears* to be based on the expert's findings or expertise, but is not, and is in fact based on self-serving information provided by an interested party."  2009 WL 4263359, at *3.

Moreover, the record here presents an unusual case where Andersons's assumptions and resulting estimates have already proved to be actually unreliable.  Because Anderson performed no independent analysis of the basis for XBT's projections, he wrote his initial expert report knowing nothing about ████████████  He then had to change his assumptions after *Defendants* confronted *Mishra* – they very source of information Anderson relied on – with those facts.  Even so, Anderson's calculations about the impact of ██████ continued to rely entirely on what Mishra told him, and those assumptions too were erroneous.  *See supra* at 6-7.  *Estate of Marin-Torres v. Gamo Outdoor USA*, 2016 WL 4051318, at *4 (S.D. Fla. May 4, 2016) (excluding most of expert's opinion because expert "has very little actual knowledge or understanding about how this incident actually occurred" and "conducted no analysis" on the relevant subject).  Moreover, some of the EBITDA-related assumptions Anderson made to calculate XBT's business value as of January 1, 2018 have already proved to be off ████████████ once XBT's actual estimates of its 2017 financial performance became available.  And perhaps most striking, Anderson's "benefit" estimates assumed that every single person who has ever clicked on any page of one of nine BuzzFeed articles read the Dossier itself end-to-end.  That assumption was so patently absurd that Anderson withdrew it in the middle of his deposition – and yet contended that made no difference to his conclusions.  *See supra* at 11.  The record thus shows actual, not merely arguable, unreliability.

4.    No Analysis of Comparable Businesses.  Andersons' estimates of LBV are also predicated on using the companies listed in the 2013 KPMG valuation as comparable businesses for purposes of determining his industry multiplier.  In so doing, he rejected XBT's own identification of companies that are comparable today, with one exception – and it has a multiple of 7, not 17.  He also assumed that KPMG's choices were still valid five years later, on the basis of no independent research at all – merely because they were in some sense "in the data center

industry."  Even so, he disregarded KPMG's conclusion that those companies were *not* comparable unless their values were discounted 20-30%.

Florida courts have addressed the analysis an expert must undertake for purposes of identifying comparable companies to use as a "yardstick" to measure lost profits.  *Devon Med., Inc. v. Ryvmed Med., Inc.*, 60 So. 3d 1125, 1129 (Fla. 4th DCA 2011).  While that is not the inquiry Anderson undertook, the underlying purpose for identifying comparable companies is similar.  Generally, expert testimony that "ma[kes] a blanket statement regarding similarity and did not prove how Medi Supply resembled Ryvmed in size, location, profits, and position" is insufficient is too speculative and unreliable.  *Id.*  For that reason as well, Anderson's testimony should be struck.

**CONCLUSION**

For the reasons set forth herein, Defendant respectfully requests that the Court strike the Report of Plaintiff's damages expert, Jeff Anderson and exclude Mr. Anderson from testifying.


Dated:  October 15, 2018　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Katherine M. Bolger
　　　　　　　　　　　　　　　　Katherine M. Bolger
　　　　　　　　　　　　　　　　Nathan Siegel
　　　　　　　　　　　　　　　　Adam Lazier
　　　　　　　　　　　　　　　　Alison Schary
　　　　　　　　　　　　　　　　Davis Wright Tremaine, LLP
　　　　　　　　　　　　　　　　1251 Avenue of the Americas, 21st Floor
　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　katebolger@dwt.com
　　　　　　　　　　　　　　　　nathansiegel@dwt.com
　　　　　　　　　　　　　　　　adamlazier@dwt.com
　　　　　　　　　　　　　　　　alisonschary@dwt.com

　　　　　　　　　　　　　　　　/s/ Roy Black
　　　　　　　　　　　　　　　　Roy Black
　　　　　　　　　　　　　　　　Jared Lopez
　　　　　　　　　　　　　　　　Black, Srebnick, Kornspan & Stumpf, P.A.
　　　　　　　　　　　　　　　　201 So. Biscayne Boulevard
　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　rblack@royblack.com
　　　　　　　　　　　　　　　　jlopez@royblack.com

　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, together with its exhibits, will be served electronically by email on all counsel or parties of record on the service list below this 12th day of October, 2018.

By: /s/ Alison Schary
Alison Schary

## SERVICE LIST

Matthew Shayefar
Valentin D. Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1806
Facsimile: 617-928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Brady J. Cobb
Dylan Fulop
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

# EXHIBITS
# 1-11
# Redacted

# EXHIBIT 12



STRUCTURE
RESEARCH



MARKET SHARE
REPORT SERIES

MASSIVE-SCALE CLOUD

MARCH 15, 2017

360° PERSPECTIVE

# TABLE OF CONTENTS AND EXECUTIVE SUMMARY

## TABLE OF CONTENTS

Executive Summary                                                      2

Massive-Scale Cloud: Competitive Landscape                            3

Methodology Discussion: Why These Seven?                              4

Metric Takeaways                                                       5

Massive-Scale Cloud Market Size: Market Size Graphs                    6

2016 Leaderboard                                                       7

Revenue Table                                                          8

Massive-Scale Cloud by Region (2016)                               9-11

Geographic Split                                                   12-13

Analysis                                                              14

List of Countries by Region                                          15

About                                                                16

Disclosures                                                          17

## CONTACT INFORMATION

### JABEZ TAN
*Research Director*
**jt@structureresearch.net**
M: +1 240 477 9433
 @simplyjabez          @jabeztan87

### PHILBERT SHIH
*Managing Director*
**ps@structureresearch.net**
M: +1 647 822 1404
 @phils88888           @phils88888

## EXECUTIVE SUMMARY

Last year, we published our first massive-scale cloud market share report. The report focused in on seven providers with meaningful levels of scale and overall growth was healthy, albeit very top-heavy. A year later, the market has undergone some meaningful changes and as a result, the growth trajectory has moved slightly off our previous projections. In this update, we account for that and adjust our market estimates accordingly.

In 2016, the massive-scale cloud (MSC) infrastructure market approached $18b in annual revenue and our projected CAGR for 2016-2021 is now at 45.8%. This is down from our previous five-year CAGR and reflects, in large part, the slowing we have seen at AWS. But there have been other moving parts that have had an impact. Rackspace, for example, is shifting focus and its public cloud will likely slow, while Google, Azure and Alibaba, all have shown signs that they will continue to trend upwards.

Why else has the market shifted? Not only has the competition upped its game, there has been growing reluctance to make all-in bets on a single platform and an increased awareness of the need to build backup plans. This has pushed more organizations to consider their options and look at alternatives to AWS.

This report provides growth rate projections and total revenue estimates for the massive-scale cloud providers on a five-year basis. Included are geographic splits and a total market share summation. The big picture take: this is a healthy and growing market, but there are signs that the competitive dynamics are shifting and emerging market maturity, coupled with measured adoption, will moderate gains in the next five years, while adjusting the market share distribution.

© Copyright Structure Research 2017

# MASSIVE-SCALE CLOUD:
# COMPETITIVE LANDSCAPE



LEADER

 

CHALLENGER



ASIA-PACIFIC
LEADER

  

SERVICE
PROVIDER
OPERATED

© Copyright Structure Research 2017

# METHODOLOGY DISCUSSION:
# WHY THESE SEVEN?

The cloud infrastructure market has been difficult to measure. Much of this stems from the fact there is little to no agreement on definitions. What exactly is cloud and what should be counted as cloud?

It is unlikely these questions will be answered with any acceptable level of consensus any time soon. Perhaps a better way to go about this would be to draw a line at a meaningful level of scale (defined in terms of total top-line revenue) and put companies on one side or the other. But where should that line be drawn? For the purposes of this study, we have drawn the line at $250m in annual revenue. This shortens the field to a very manageable list of seven providers. Amazon, Azure and Google are the familiar and expected names and of course, cross this threshold. Alibaba, IBM, Rackspace and Dell-EMC join them.

The revenue threshold is the main criteria here. But there is some nuance and we do have to set some parameters for what constitutes a cloud. There is no need to split hairs. A cloud is simply a third party infrastructure service that displays a fair share of the commonly accepted characteristics of cloud. Things like utility-based billing, scalability, seemingly infinite resources, third party locations, redundancy, flexibility, automated management, etc.

It does not matter – and this is an important point – if the cloud resources themselves are virtualized or physical infrastructure. In fact, a cloud, even of massive-scale, can deliver one or the other or both. It is often overlooked, but the primary defining characteristic of cloud is actually the consistency of how an infrastructure resource – virtual or physical – is bought, spun up, managed and turned off.

Looking at things this way automatically rules out providers that have a portfolio with various different services such as traditional managed hosting, private clouds and public clouds, or even colocation. In the vast majority of cases, these portfolios consist of standalone services. They are not delivered off the same platform and do not display a consistent user experience.

Clouds are easily identifiable enough. But those that have this quality of homogeneity tend to have a much better chance of reaching significant levels of scale. So a cloud must not just be a cloud. It must run off an integrated platform and show reasonable uniformity in the procurement, provisioning and management elements. Apply these criteria and we are left with a very short list.

So while it would be tempting, for example, to add all the services up in a provider's portfolio and pass the $250m threshold that will not be sufficient here. The cloud service must be identified, evaluated and measured separately on its own merits. We have done this and concluded that no providers outside this group could hit this mark.

Rackspace is the exception here. It is the only provider with a heterogeneous portfolio of offerings that has a standalone service fairly classified as cloud that also passes the $250m mark. This is why it makes the massive-scale cut.

Finally, there is a tangible side of things to consider when drawing up the massive-scale world. The seven providers that pass both the revenue and 'service attribute' tests also possess – unsurprisingly – plenty of real world scale. It is not a coincidence that all the providers here are multi-billion dollar entities and generally dwarf the average size, scope and resources of a typical IT or infrastructure service provider.

© Copyright Structure Research 2017

# METRIC TAKEAWAYS

## 45.9%
### 2016-2020 CAGR

## $17,979
*(in USD millions)*

TOTAL MSC MARKET
2016

## $118,545
*(in USD millions)*

TOTAL MSC MARKET
2021



### 2016 MARKET SHARE

18.4%
OTHER

13.6%
AZURE

68.0%
AWS

### 2021 MARKET SHARE

35.2%
OTHER

26.8%
AZURE

38.0%
AWS



68.0%
AWS

13.6%
AZURE

38.0%
AWS

26.8%
AZURE

**2016**          **2021**

© Copyright Structure Research 2017

# MASSIVE-SCALE CLOUD:
# MARKET SIZE

### MASSIVE-SCALE CLOUD: MARKET SIZE
### TOTAL MSC REVENUE (IN US$ BILLIONS): 2016-2021



### MASSIVE-SCALE CLOUD: MARKET SIZE
### YIY GROWTH: 2016-2021



© Copyright Structure Research 2017

## 2016 LEADERBOARD



$706
RACKSPACE CLOUD

$717
IBM CLOUD

$773
GOOGLE COMPUTE ENGINE

$853
ALIBABA (ALIYUN)

$2,441
MICROSOFT AZURE

$256
vCLOUD AIR/VIRTUSTREAM

1.4%

4.0%

4.3%

3.9%

4.7%

13.6%

68.0%

$12,219
AMAZON WEB SERVICES

© Copyright Structure Research 2017

## REVENUE TABLE

| (US$ MILLIONS) | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Alibaba (Aliyun/AliCloud) (MSC) | $853.4 | $1,664.1 | $3,161.8 | $5,849.4 | $10,529.0 | $18,425.7 |
| Amazon Web Services (AWS) (MSC) | $12,219.0 | $17,766.4 | $24,304.5 | $31,304.2 | $37,846.7 | $45,075.5 |
| Google Compute Engine (MSC) | $773.3 | $1,855.9 | $3,804.6 | $7,038.6 | $11,895.2 | $19,389.2 |
| IBM Cloud (MSC) | $717.3 | $889.5 | $1,111.9 | $1,378.7 | $1,682.0 | $2,035.3 |
| Microsoft Azure (MSC) | $2,441.4 | $4,687.4 | $8,484.3 | $13,744.5 | $21,441.4 | $31,733.3 |
| Rackspace Cloud (MSC) | $706.0 | $792.9 | $869.8 | $940.2 | $1,003.2 | $1,055.4 |
| VMware (vCloud Air/Virtustream) (MSC) | $256.3 | $361.3 | $484.2 | $610.1 | $726.0 | $831.3 |

| (US$ MILLIONS) | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Total MSC Revenue | $17,966.7 | $28,017.6 | $42,221.0 | $60,865.7 | $85,123.5 | $118,545.5 |
| *Y/Y GROWTH* | 61.7% | 55.9% | 50.6% | 44.3% | 39.9% | 39.3% |

| % SHARE | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Alibaba (Aliyun/AliCloud) (MSC) | 4.7% | 5.9% | 7.5% | 9.6% | 12.4% | 15.5% |
| Amazon Web Services (AWS) (MSC) | 68.0% | 63.4% | 57.6% | 51.4% | 44.5% | 38.0% |
| Google Compute Engine (MSC) | 4.3% | 6.6% | 9.0% | 11.6% | 14.0% | 16.4% |
| IBM Cloud (MSC) | 4.0% | 3.2% | 2.6% | 2.3% | 2.0% | 1.7% |
| Microsoft Azure (MSC) | 13.6% | 16.7% | 20.1% | 22.6% | 25.2% | 26.8% |
| Rackspace Cloud (MSC) | 3.9% | 2.8% | 2.1% | 1.5% | 1.2% | 0.9% |
| VMware (vCloud Air/Virtustream) (MSC) | 1.4% | 1.3% | 1.1% | 1.0% | 0.9% | 0.7% |

| Y/Y GROWTH | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Alibaba (Aliyun/AliCloud) (MSC) | 124.2% | 95.0% | 90.0% | 85.0% | 80.0% | 75.0% |
| Amazon Web Services (AWS) (MSC) | 55.1% | 45.4% | 36.8% | 28.8% | 20.9% | 19.1% |
| Google Compute Engine (MSC) | 175.0% | 140.0% | 105.0% | 85.0% | 69.0% | 63.0% |
| IBM Cloud (MSC) | 23.0% | 24.0% | 25.0% | 24.0% | 22.0% | 21.0% |
| Microsoft Azure (MSC) | 102.0% | 92.0% | 81.0% | 62.0% | 56.0% | 48.0% |
| Rackspace Cloud (MSC) | 15.8% | 12.3% | 9.7% | 8.1% | 6.7% | 5.2% |
| VMware (vCloud Air/Virtustream) (MSC) | 50.0% | 41.0% | 34.0% | 26.0% | 19.0% | 14.5% |

© Copyright Structure Research 2017

# MASSIVE-SCALE CLOUD:
## BY REGION (2016)

## $17,967M TOTAL



EUROPE (EU)
$1,710M

UNITED KINGDOM (UK)
$1,258M

EAST ASIA
$455M

CANADA
$172M

CHINA
$966M

UNITED STATES
$10,813M

SOUTH ASIA
$505M

LATIN AMERICA
$357M

SOUTH EAST ASIA
$912M

MIDDLE EAST/AFRICA (MEA)
$25M

AUSTRALIA/NEW ZEALAND (ANZ)
$795M

© Copyright Structure Research 2017

# MASSIVE-SCALE CLOUD:
## BY REGION (2016-2021)

| (US$ MILLIONS) | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Total MSC | $17,967 | $28,018 | $42,183 | $60,866 | $85,124 | $118,546 |

| (US$ MILLIONS) | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| United States | $10,813.4 | $16,608.6 | $24,475.0 | $34,312.3 | $46,093.2 | $60,990.3 |
| Canada | $171.8 | $290.3 | $474.0 | $741.3 | $1,117.6 | $1,674.2 |
| United Kingdom | $1,257.7 | $1,880.7 | $2,714.5 | $3,746.3 | $4,999.5 | $6,654.9 |
| European Union | $1,709.6 | $2,569.6 | $3,697.3 | $5,057.5 | $6,646.6 | $8,693.4 |
| South East Asia | $912.0 | $1,445.3 | $2,217.1 | $3,274.4 | $4,737.5 | $6,918.5 |
| East Asia | $454.8 | $783.6 | $1,330.3 | $2,173.8 | $3,502.8 | $5,608.4 |
| South Asia | $504.8 | $784.4 | $1,179.4 | $1,692.1 | $2,350.8 | $3,245.9 |
| China | $965.9 | $1,875.8 | $3,500.3 | $6,245.7 | $10,781.6 | $18,157.1 |
| Latin America | $357.1 | $492.8 | $646.6 | $809.9 | $970.1 | $1,168.6 |
| Middle East/Africa | $25.0 | $40.4 | $65.6 | $104.6 | $160.3 | $243.1 |
| Australia/New Zealand | $794.6 | $1,245.9 | $1,882.9 | $2,707.8 | $3,763.5 | $5,191.1 |



MSC BY REGION (IN US$ MILLIONS)*

*For accuracy of scale, US not represented.

© Copyright Structure Research 2017

# PERCENT SHARE
## BY REGION (2015-2021)

| % SHARE | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| United States | 61.2% | 60.2% | 59.3% | 58.0% | 56.4% | 54.1% | 51.4% |
| Canada | 0.9% | 1.0% | 1.0% | 1.1% | 1.2% | 1.3% | 1.4% |
| United Kingdom | 7.3% | 7.0% | 6.7% | 6.4% | 6.2% | 5.9% | 5.6% |
| European Union | 9.8% | 9.5% | 9.2% | 8.8% | 8.3% | 7.8% | 7.3% |
| South East Asia | 5.0% | 5.1% | 5.2% | 5.3% | 5.4% | 5.6% | 5.8% |
| East Asia | 2.3% | 2.5% | 2.8% | 3.2% | 3.6% | 4.1% | 4.7% |
| South Asia | 2.8% | 2.8% | 2.8% | 2.8% | 2.8% | 2.8% | 2.7% |
| China | 3.9% | 5.4% | 6.7% | 8.3% | 10.3% | 12.7% | 15.3% |
| Latin America | 2.2% | 2.0% | 1.8% | 1.5% | 1.3% | 1.1% | 1.0% |
| Middle East/Africa (MEA) | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% | 0.2% |
| Australia/New Zealand (ANZ) | 4.4% | 4.4% | 4.4% | 4.5% | 4.4% | 4.4% | 4.4% |



PERCENT SHARE 2015-2021:
EU, UK, CHINA



PERCENT SHARE 2015-2021:
US, EU, UK, CHINA



PERCENT SHARE 2016:
GLOBAL BY REGION

© Copyright Structure Research 2017

# GEOGRAPHIC SPLIT: **2016**



### AMAZON WEB SERVICES

- **2.6%** LATAM
- **0.5%** CHINA
- **3.0%** S. ASIA
- **2.0%** E. ASIA
- **6.2%** S.E. ASIA
- **5.2%** ANZ
- **0.0%** MEA
- **12.0%** EU
- **8.0%** UK
- **1.2%** CANADA
- **59.3%** US



### MICROSOFT AZURE

- **4.4%** ANZ
- **4.5%** CHINA
- **3.1%** S. ASIA
- **5.3%** E. ASIA
- **4.3%** S.E. ASIA
- **6.2%** EU
- **5.2%** UK
- **0.3%** CANADA
- **0.0%** LATAM
- **0.0%** MEA
- **66.8%** US



### RACKSPACE CLOUD

- **1.0%** LATAM
- **0.5%** CHINA
- **1.0%** S. ASIA
- **0.5%** E. ASIA
- **3.0%** EU
- **1.0%** MEA
- **3.5%** ANZ
- **0.0%** S.E. ASIA
- **14.0%** UK
- **0.5%** CANADA
- **75.0%** US



### IBM CLOUD

- **2.0%** LATAM
- **1.0%** CHINA
- **5.0%** S. ASIA
- **4.0%** E. ASIA
- **3.0%** S.E. ASIA
- **7.0%** EU
- **4.0%** UK
- **1.0%** CANADA
- **1.0%** MEA
- **2.0%** ANZ
- **70.0%** US

© Copyright Structure Research 2017

# GEOGRAPHIC SPLIT: **2016**



**ALIBABA (ALIYUN)**

- **4.0%** E. ASIA
- **2.1%** US
- **2.0%** S.E. ASIA
- **91.9%** CHINA



**GOOGLE COMPUTE ENGINE**

- **2.2%** S. ASIA
- **1.5%** E. ASIA
- **1.0%** S.E. ASIA
- **1.5%** EU
- **1.5%** UK
- **2.0%** LATAM
- **1.0%** MEA
- **1.3%** ANZ
- **0.8%** CANADA
- **87.3%** US
- **0.0%** CHINA



**VCLOUD AIR / VIRTUSTREAM**

- **1.0%** S. ASIA
- **1.2%** E. ASIA
- **1.2%** S.E. ASIA
- **3.5%** EU
- **5.5%** UK
- **1.0%** LATAM
- **1.2%** MEA
- **1.2%** ANZ
- **1.0%** CANADA
- **83.2%** US
- **0.0%** CHINA

© Copyright Structure Research 2017

# ANALYSIS

- Amazon continues to grow at a tremendous rate. However, the rate of this growth started to decelerate in 2016 and the declines have been consistent from quarter to quarter. AWS has managed to kick back into growth acceleration in the past after a period of deceleration, but this is going to be harder to achieve given the level of scale it has already reached and the emerging competitive strength from Azure and Google. There is no question AWS is going to continue scaling. But the rate at which this will happen is going to decrease and we see AWS as a $45b business in the 2021 time frame. This is adjusted quite a bit from previous projections.

- Azure has stabilized itself in the cloud market. Its results show a consistent and healthy trajectory and it has performed to our previous expectations. We have adjusted Azure's projections downwards only slightly and it continues to track towards a $30b revenue stream in 2021 with more momentum picking up in future years as the product matures and initiatives like Azure Stack help it tap into the upside of its existing IT infrastructure footprint.

- Google's 'science project' operating style has been a stumbling block for things like cloud, but a year or so after making a number of moves to build a business unit that can cater to the enterprise, things are starting to come into focus. Google is competing and winning deals. Analytics and machine learning is an area it is showing differentiation in, while the growing desire to hedge against all-in AWS bets is also positioning it to win deals. Accordingly, we have pushed Google's cloud projections upwards.

- IBM Cloud continues to track steadily and its installed enterprise customer base continues to be the primary addressable market. Given this reality, growth of IBM Cloud – at least on the pure infrastructure level – is likely to be incremental and in line with the relatively measured pace of cloud migration and adoption in the enterprise. IBM Cloud is probably the hardest cloud to put an exact finger on given the wide range of portfolio services and the managed services and consulting that is sold alongside standalone infrastructure services.

- Alibaba continues to track in line with its aggressive early stage growth. The large addressable market at its disposal, and the burgeoning startup and technology economy emerging in the region, provide it with a very high ceiling. Being at such an early stage and having so much upside, it only makes sense to be optimistic about its chances and we have adjusted our projections accordingly.

- Rackspace has been through a ton of change in the last year and is now betting its future on the managed third party cloud market. It divested part of its cloud infrastructure business – what was formerly known as Cloud Sites – but has kept its OpenStack-based public cloud. With the new direction, it is safe to say that pushing its own public cloud won't be the primary emphasis. This will reflect in the underlying numbers and we have dialed down Rackspace considerably.

- There continues to be a number of moving parts when it comes to EMC/VMware's cloud strategy. In the past year, it is increasingly apparent that the Virtustream platform will be the one that is pushed going forward, while vCloud Air will be de-emphasized and VMware is going to follow the channel partnership path. Virtustream is focused on the enterprise market and its projection reflects a relatively more specialized focus.

© Copyright Structure Research 2017

# COUNTRIES BY REGION*

## *NOTABLE COUNTRIES AND NOT A COMPREHENSIVE LIST

## UNITED KINGDOM (UK)

England
Northern Ireland
Scotland
Wales

## EUROPE (EU)

Austria
Belgium
Bulgaria
Croatia
Republic of Cyrus
Czech Republic
Denmark
Estonia
Finland
France

Germany
Greece
Hungary
Ireland
Italy
Latvia
Lithuania
Luxembourg
Malta
Netherlands

Poland
Portugal
Romania
Russia
Slovakia
Slovenia
Spain
Sweden

## EAST ASIA

Hong Kong
Japan
South Korea
North Korea
Taiwan

## CANADA

## UNITED STATES

## CHINA

## LATIN AMERICA

Argentina
Bolivia
Brazil
Chile
Colombia
Costa Rica
Cuba
Dominican Republic
Ecuador
El Salvador
Guatemala
Haiti
Honduras
Mexico
Nicaragua
Panama
Paraguay
Peru
Puerto Rico
Uruguay
Venezuela

## MIDDLE EAST & AFRICA

Egypt
Iran
Iraq
Israel
Kenya
Kuwait
Morocco
Nigeria
Pakistan
Qatar
Saudi Arabia
South Africa
Syria
Turkey
United Arab Emirates
Yemen

## SOUTH EAST ASIA

Brunei
Burma (Myanmar)
Cambodia
East Timor
Indonesia
Laos
Malaysia
Philippines
Singapore
Thailand
Vietnam

## SOUTH ASIA

Bangladesh
India
Pakistan
Sri Lanka

## AUSTRALIA / NEW ZEALAND

Australia
New Zealand

© Copyright Structure Research 2017

# ABOUT THE AUTHORS



### JABEZ TAN
*Research Director*
**jt@structureresearch.net**



### PHILBERT SHIH
*Managing Director*
**ps@structureresearch.net**

**JABEZ TAN** is Research Director with Structure Research, an independent Toronto-based research and consulting firm devoted to the hosting, colocation and cloud infrastructure services market.

Mr. Tan is based in Los Angeles, California, and his coverage focuses on the data centre infrastructure market - primarily retail and wholesale colocation providers but also modular data centre, managed hosting and cloud infrastructure companies.

Mr. Tan is responsible for coverage of the Asia-Pacific region and leads the building of Structure Research's proprietary market share data. Prior to joining Structure Research, Mr. Tan was a Research Analyst for the quantitative services team at Tier1 Research and later parent company 451 Research.

In this role, he assisted in the development and maintenance of the company's market sizing and other quantitative services deliverables with an emphasis on the Internet infrastructure sectors, including colocation, managed hosting and cloud infrastructure. Other areas of coverage include data centre technology vendors and modular data centres.

Mr. Tan holds a BSc in Aerospace Engineering from the University of Maryland, College Park. He was also a platoon sergeant in the Singapore Armed Forces and is fluent in Mandarin Chinese.

**PHILBERT SHIH** is the Founder and Managing Director of Structure Research, an independent research and consulting firm devoted to the hosting and cloud infrastructure services market. Mr. Shih has covered the hosting infrastructure space for over a decade. Prior to founding Structure Research, Mr. Shih was the first hosting analyst hired after Tier1 Research was sold to The 451 Group (2005) and spent six years as Senior Analyst for Hosting. In this role, Mr. Shih helped launch Tier1's coverage of hosting in international markets and was the lead and contributing author to all of the company's quarterly and bi-annual hosting infrastructure sector reports.

Prior to joining Tier1 Research, Mr. Shih spent more than four years covering the web hosting industry – three of them as Senior Staff Writer for The Web Host Industry Review's online and print publications. At theWHIR, Mr. Shih covered companies in the consumer, SMB and enterprise hosting, cloud and colocation segments.

Mr. Shih's coverage in the sector is global in scope and extends across the broader Internet infrastructure value chain – including companies in the SaaS and automation software markets. Mr. Shih is a regular speaker at industry events and has been quoted in various publications such as theWHIR.com, The Globe and Mail, Computerworld, InfoWorld, Bizjournals, eWeek, The Houston Chronicle, The Deal and The E-commerce Times. Mr. Shih holds an MA in Political Science from the University of British Columbia with a specialization in political-economic development.

© Copyright Structure Research 2017

# DISCLOSURES

The opinions, forecasts, and recommendations contained in this report are those of the analysts preparing the report and are based upon the information available to them as of the date of the report.

The analysts are basing their opinions upon information they have received from sources they believe to be accurate and reliable. The completeness and/or accuracy is neither implied nor guaranteed. The opinions and recommendations are subject to change without notice.

The report is provided to clients of Structure Research for informational purposes only and is not an offer or a solicitation for the purchase or sale of any financial instrument. No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without Structure Research's prior written consent.

Analyst Certification: We, Jabez Tan and Philbert Shih, hereby certify that the views expressed in the foregoing research report accurately reflect our personal views about the subject securities and issue(s) as of the date of this report. We further certify that no part of our compensation was, is, or will be directly, or indirectly, related to the specific recommendations or views contained in this research report.

We do not own any shares in companies mentioned in this report, unless otherwise indicated with a #.

## ABOUT STRUCTURE RESEARCH

Structure Research is an independent research and consulting firm with a special focus on the data centre and cloud segments within the Internet infrastructure market. We are devoted to understanding, tracking and projecting the future of data centre and cloud infrastructure service providers. Managing Director Philbert Shih founded Structure Research in September 2011.

Structure Research works with service providers, vendors, institutional investors, venture capital firms and IT users as a research and advisory partner. Our subscription-based revenue model includes regular opinion and analysis, company, trend and topic reports, financial models, online databases containing market analytics and consulting services. The company has three associates and is based in Toronto, Canada, with offices in Los Angeles, CA, Miami, FL, and Cologne, Germany.

FOR INFORMATION ABOUT OUR SERVICES. PLEASE EMAIL US:
**INFO@STRUCTURERESEARCH.NET**

© Copyright Structure Research 2017



STRUCTURE RESEARCH

STRUCTURE RESEARCH

200-243 QUEEN STREET WEST

TORONTO, ONTARIO

CANADA M5V 1Z4

+1.647.822.1404

INFO@STRUCTURERESEARCH.NET

360° PERSPECTIVE

# EXHIBIT 13-14 Redacted

# EXHIBIT 15



BuzzFeed**NEWS** / REPORTING
TO YOU

BuzzFeed    Quizzes    Tasty    More ⌄

## What You Need To Know About The Secret Trump Dossier

An unverified memo alleges ties between Trump and Moscow. Trump strongly denies them. So does
Russia. Facts, analysis, and more on this ongoing story.

Posted on January 11, 2017, at 8:04 a.m.



**Anthony Cormier**
BuzzFeed News Reporter



*Timothy A. Clary / AFP / Getty Images*

Here are the things you need to know about the fallout from the dossier, published yesterday by
BuzzFeed News, alleging that Donald J. Trump has deep ties to the Russian government.

- The dossier, which is believed to have been written by a member of the British intelligence
  community, contains unverified allegations that Russian operatives have been "cultivating,
  supporting and assisting" Trump for years and have compromising information about him, and

summary, BuzzFeed published the entire 35-page document, along with a warning that its contents were unverified.

- Trump responded to the allegations with outrage. On Twitter he scolded intelligence officials for allowing the dossier to leak and asked: "Are we living in Nazi Germany?" Over 13 hours, he tweeted seven times, denying the claims and calling their publication "FAKE NEWS." Trump is supposed to conduct his first press conference in 167 days at 11 a.m. today.

- Multiple Russian officials denied the country's involvement with Trump or his advisers. A Kremlin spokesman called the dossier "pulp fiction" while the former director of the FSB, Russia's security service, told the Interfax news service that the Obama administration "has pulled all efforts to compromise the winner of the presidential race."

- One of the key players, Trump Organization attorney Michael Cohen, denied any involvement with Russian officials. The dossier claims Cohen traveled to Prague and secretly met with Russian officials in August. Cohen has since said he never visited Prague, and told *The Atlantic* that the dossier is "totally fake, totally inaccurate." *The Washingtonian* reported that officials at the University of Southern California confirmed that Cohen visited the Los Angeles campus on Aug. 23–29 — though the dossier does not specify the day on which Cohen is alleged to have visited Prague. CNN's Jake Tapper reported that it was a different Michael Cohen who visited Prague. Meanwhile, the metadata on Cohen's Twitter account indicates that he was in the U.S. for the majority of August. The longest period where his tweets are dark are two consecutive days, Aug. 15 and 16.

- At least one top Democrat has called for an investigation of the allegation. Sen. Dick Durbin said that dossier merits a congressional inquiry or a special commission, with the power to issue subpoenas, led by "people of integrity like General Colin Powell or Justice Sandra Day

Share           Share

whether the allegations would surface during today's confirmation hearing of Sen. Jeff Sessions, who is being considered for attorney general.

- Trump supporters started a misinformation campaign about the dossier, circulating images on 4chan and Reddit that include passages not contained in the original document. They claim the entire dossier is made up and that it was sent to a Republican strategist, Rick Wilson, last year. Wilson denied being the source of the leak. He has been involved in a long-running battle with Internet trolls after he called Trump supporters "childless single men who masturbate to anime" last January.

- Some journalists criticized BuzzFeed News' decision to publish the dossier. Kelly McBride, an ethicist at the nonprofit Poynter Institute for Media Studies, wrote that the "act of publishing the dossier in its entirety isn't journalism" and said BuzzFeed News could have done more to fully vet the document and explain to readers the steps it took to verify the claims. Trump linked to a story on lifezette.com, which is edited by Laura Ingraham, a conservative radio host and Trump supporter, calling the publication of the dossier a "shocking breakdown of journalistic ethics."

Richard Tofel, the president of the nonprofit investigative site ProPublica, defended the decision and wrote on Twitter that "citizens should have evidence to consider for themselves."

Anthony Cormier is an investigative reporter/editor for BuzzFeed News and is based in New York. While working for the Tampa Bay Times, Cormier won the 2016 Pulitzer Prize for Investigative Reporting. Contact Anthony Cormier at anthony.cormier@buzzfeed.com.

Got a confidential tip? Submit it here.

News moves fast. Keep up with the BuzzFeed News daily email!

| Your email address | Sign up |
| --- | --- |

**208 Comments**                                                      Sort by   Top



Add a comment...



**Susan Pettit**

If this was Clinton - it would have been published on mutliple websites, Wikileaks and been the topic of headlines news for days. So why is everyone so ridiculously offended, hypocritical about its publishing for the public to discern just like everything Trump as said. The press, their spin wizard Kellyanne Conway and all surrogates believe the public should discern all their fake news and propaganda they displayed for 15 plus months. Why can't the public discern this now? So sad....the double standard. So so sad.

Like · Reply ·     465 · 1y



**Tom Dasta** · President (title) at Lend Financial Mortgage

Poor Mrs Clinton. if it were true then it would be on may nother sites, It is unverified and really shouldnt have been published at all.

Clinton created it so she needed to sleep in it.

Like · Reply ·     26 · 1y



**Melissa Davis**

Tom Dasta oh so Clinton created this now? Were you electocuted as a child?

Like · Reply ·     178 · 1y



**Frank Mccallum** · Stonelaw High School

**Show 10 more replies in this thread**



**Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

BuzzFeed has played it perfectly. Reel in millennials with funny clips of trying $10 steaks vs $100 steaks or going into a haunted house, then eventually make up stories about the Republican party. It's a brilliant tactic, but one we as parents, have to teach our children to do their own research and not believe a 100% TOTALLY slanted website that H-A-T-E-S not only conccervative values, but white men in general. To not believe internet meme's or video's that have been cut and spliced together.

BuzzFeed, stop pretending to be a member of the media and stick to the cat jokes... because this nation saw what you really are when it comes to politics... a complete JOKE.

Like · Reply · 62 · 1y



**Bradley Dixon**

Nailed it.

Like · Reply · 9 · 1y



**Bradley Dixon**

...BUUUT...on the plus side...you can follow an on site link where you can "create your own sandwhich that will reveal a deep trutch about you"....sooo put that in the "pro" column.

Like · Reply · 7 · 1y



**Bradley Dixon**

*reveal a deep TRUTH* about you

Like · Reply · 1y

**Show 10 more replies in this thread**



**William Nelson** · Los Angeles, California

The only fake news this year has been from the rightwing, never from Trump opponents. It ws an avalanche supported by Putin, the RNC, Breibart, Judicial Watch, Guliani FBi allies, and Wikileaks no longer exists, it is all Putin. Many in trump's inner circle have Putin ties including Manafort, that Boris guy, the Russian mob is in business with trump, Tillerson has the biggest oil deal in the world with Putin on hold. It is all a croked criminal enterprise,a real life james Bond villain about to be potus. Time to STOP HIM! And that means you republican leaders.

Like · Reply · 131 · 1y



**Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

The only fake news have been from the GOP and Trump supporters. LOL, okay. There is a reason nearly every state with legalized marijuana votes for HRC. You're all high.

Like · Reply · 15 · 1y



**Jim Bunn** · Business Services Liaison at Capital Area Michigan Works!

Ryan Austin - Relax - Trump will be innaugurated next week. Nothing we can do about that yet. But aren't you at all concerned that the Russian Government stole private documents and

thourough investigation so that this can never happen again

Like · Reply · 72 · 1y

 **William Burgess**

Ryan Austin ryan you should seriously consider a labotomy, your out of your element.

Like · Reply · 24 · 1y

**Show 10 more replies in this thread**

 **Richard Strell**

Threats against journalists. Warnings that he'll be controling the acts of historically independent security departments. Already making clear his promises to turn off his interest in making money into using his knowledge for the public good, broken; as we risk policies which will let his billions multiply at the country's detriment (letting his kids control it is not close to the same as divesting). Are we seeing hte beginning of the end of democracy in our lifetime? Will congress have the courage, in spite of what will be severe political and personal risks, stand up to Trump?

Like · Reply · 49 · 1y

 **Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

Has Trump limited himself to the media? No. Did Hillary? Hell yes she did. Then you throw in Obama claiming he'll be "transparent", just a boat full of lies. Trump has allowed the media to be by his side the whole way. He gets annoyed, as we all do, when they lie about things.

Like · Reply · 10 · 1y

 **William Brennan**

Ryan Austin That was Dump's 1st presser in 167 days and he still did not anawer the most important question. "Can you say once and for all that nobody in your circle had contact with the Russian spies?" Of course "Dump has limited himself to the media" How brain washed are you,Ryan?

Like · Reply · 36 · 1y

 **Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

William Brennan , so? He's not president yet. Once he's in office he will have them nearly daily... so he hasn't given one in a few months. Do you remember Republicans going completely out of their minds before Obama was sworn into office? Goodness... this is insane.

(this has a lot to do with everyone getting a trophy, that mentality)

Like · Reply · 2 · 1y

**Show 10 more replies in this thread**

 **Matt Romano** · UConn

Trump's tax returns are still under audit? he is president- he cant get a copy and show us all what a liar he is? t least his kids shoot endangered animals AND are greaseballs.

Like · Reply · 76 · 1y

facts straight.

Like · Reply · 13 · 1y

 **Victoria Napora** · Owner-Operator at Owner-operator

Ryan Austin The hunts may have been legal, but there are millions of people in this world (including myself) that believe trophy hunting is immoral and unethical...

Like · Reply · 104 · 1y

 **Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

Victoria Napora, that might be the case. You have the right to your opinion but that doesn't change the fact they did nothing illegal.

The Trump children are the farthest thing from "greaseballs". They have been examples I would hope most parents would want their children to grow up to be like. Eric Trump and his wife, have donated MILLIONS to children with cancer via St. Judes, who can't afford healthcare for their conditions. Both brothers have actually be very involved with conservation efforts over the years. So while they do hunt big game, they have donated millions to helping the conservation foundations.

They are all class acts. Listen to them speak or read about what they believe in, helping people and helping the enviorment.

Like · Reply · 16 · 1y

**Show 10 more replies in this thread**

 **Enrique Esteban**

Imagine if Clinton had all these russian ties. This isn't a coincidence. IOKIYR

Like · Reply · 23 · 1y

 **Chelsey Chesapeake** · Stanford University

George Brown That is a lie, George Brown, and actionable in court.

Like · Reply · 30 · 1y

 **Jackie Lindemann** · Saint Joseph, Michigan

Says the people who posted fake news throughout the campaign. RIDICULOUS fake new at that.

Like · Reply · 7 · 1y

 **Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

SHE DOES have ties to the Russians. Do you only read what BuzzFeed "reports"?

Like · Reply · 2 · 1y

**Show 10 more replies in this thread**

 **Kiana Zarif-Keivan** · Centennial Collegiate Vocational Institute

Honestly never seen a President so hurt over "News and/or Fake".

Like · Reply · 142 · 1y

 **Greg Wells**

if Obama wasn't hurt over fake news, then why did he finally release his birth certificates?

Like · Reply · 1 · 1y

 **Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

He's attacked Fox News over and over again. Don't act like Obama doesn't go after the media.. but for the most part, they are in the DNC's pocket. The media LOVES liberals, which is pathetic. During the election, the press said they were voiting for HRC at a 78 to 8% clip. That's a huge bias.

Like · Reply · 24 · 1y

 **Michael Baquerizo** · Queens College, City University of New York

Greg Wells lol that is a pretty dumb retort.

Like · Reply · 29 · 1y

**Show 10 more replies in this thread**

 **Susan Burns** · East High School

Trump and his suppporters are over-the-top offended by "unverified" stories when Trump himself tweets an endless stream of lies and fake news on a daily basis. He has the king of fake news, Bannon, at his side and used nothing but fake news, some supplied by Russia, to get elected. During his victory tour he laughed about using fake news and even about making false statements about Clinton saying "it played well" as if his audience was in on the scam with him. Obviously many of his supporters knew that the "crooked Hillary" statements were lies, but most of his followers believed the lies that fringe-right "news" and Trump himself spread against Clinton. Trump's more intellegent supporters are hopefully seeing the fake for what he is. The stupid are making excuses for him and acting outraged by "unverifed" news which isn't the same as fake news. Buzzfeed disclosed that it was unverified. But that doesn't mean that it isn't true, all or in part.

Like · Reply · 25 · 1y

 **Beverly Field Galipeau** · New Bedford High School

I believe that the only time Trump told the truth was when he said :The system is rigged." and... he proved it! He got elected!! To our detriment. We are so in trouble.

Like · Reply · 11 · 1y

 **Moe Ghandi** · Gerente general at Self-Employed

I admit it, t-Rump is a real pisser.

Like · Reply · 1y

 **Susan Baumgaertner Fentz** · Gateway Tech

I'd like to hear your examples of Trump's "lies". If anything, Trump is too honest; he says what he's thinking. That can be a problem, but he's not a liar. Now Obama lied about everything - not little things either. He disgracefully lied about Benghazi. First, he explained 4 Americans were killed during a protest about a YouTube video. He had to backpeddle and admit it was actually a terrorist attack. The next day, he went to the UN and said the attack was a protest

Like · Reply · 14w

**Show 2 more replies in this thread**



**Barbara Gatison**
Kudos to BuzzFeed for standing up to the Bully BLOTUS tRump. He has been hiding his taxes and telling lie after lie about his business interests and activities. The public has a right to see why he so adamantly cow tows to Putin.

Like · Reply · 45 · 1y



**Marie Consorte**
Why don't you list his lies. Along with that, list Hillary's lies. His taxes are his business, not yours

Like · Reply · 3 · 1y



**Kimberly Swart** · Fulton-Montgomery Community College
Marie Consorte NO..once they run as President..the taxes and-in Trump's case- lack of paying his taxes..is everyone's business.

Like · Reply · 31 · 1y



**Dennis Neeley** · Maintenance Technician at Zoetis Animal Health
Kimberly Swart "NO..once they run as President (where did you read this?) ..the taxes and-in Trump's case- lack of paying his taxes..is everyone's business." No, he has not previously drawn a government paycheck, or served public office. So his taxes are no more your business than yours are mine.

Like · Reply · 3 · 1y

**Show 10 more replies in this thread**



**Jason Johnson**
Buzzfeed: I cannot respect your decision to altogether avoid the most fundamentally-important component of journalism — proving what you write to be true. Putting this off as the "public's right to know" is such a garbage excuse.

What you've done is the equivalent of, "I don't know if it's true, but...." or as Trump would say, "People are saying...." It's not journalism. Your critics are correct, and the truly depressing thing is your error in judgement has implicated those who reported on the intelligence briefing responsibly.

Do not let the Twitter praise from Upworthy leftists or the ATTN... See More

Like · Reply · 7 · 1y · Edited

**Load 10 more comments**

Facebook Comments Plugin

BuzzFeed Home

**Sitemap**

© 2018 BuzzFeed, Inc.

# EXHIBIT 16



**BuzzFeed NEWS** / REPORTING TO YOU

BuzzFeed    Quizzes    Tasty    More ⌄

WORLD

## Trump Shut Down A Journalist And A Repressive President Praised Him

In refusing to take a question from a CNN reporter, Trump put him "in his place," Turkish President President Recep Tayyip Erdogan, whose country jails more journalists than any other, said on Thursday.

Posted on January 12, 2017, at 10:49 a.m.



Hayes Brown
BuzzFeed News Reporter

**During his first news conference since the election, President-elect Donald Trump refused to take a question from CNN, deriding the outlet as spreading "fake news."**



Lucas Jackson / Reuters

"No, I'm not going to give you a question," Trump yelled at CNN's Jim Acosta. "I'm not going to give you a question."

"You are fake news," he announced, having spent much of his earlier time during the conference addressing a CNN report about an unverified dossier of accusations against him — and BuzzFeed News' publication of the

But Trump got praise for his actions from an unsettling place: Turkey's President Recep Tayyip Erdogan.



*youtube.com*

Erdogan railed against people in the press as attacking Turkish solidarity during the Gezi protests in 2013 and later terror attacks, comparing the local media's actions to those of their US counterparts. "Mr. Trump put the reporter of that [media] group in his place there," he said.

According to the *Daily Sabah*, which posted the video of Erdogan's remarks, the president was speaking "with local administrators at the Bestepe Presidential Complex in Ankara" when he gave Trump the verbal pat on the back.

**That's a little worrying as according to the Committee for the Protection of Journalists, there are more reporters behind bars in Turkey than anywhere else on the planet.**





Ozan Kose / AFP / Getty Images

Following a failed coup attempt in July, Erdogan launched a crackdown on journalists. At least 81 of them are behind bars and more than 100 outlets have been shutdown in the aftermath.

**Even before Erdogan's statement, people who follow oppressive regimes were expressing their nervousness about Trump's dismissal of critical media at his press conference.**



**Nicholas Dawes**
@NicDawes

All over my TL, people from Turkey, Russia, India who recognize this moment and know what it portends
twitter.com/braddjaffy/sta…

9:55 AM - Jan 11, 2017

22      265      187



**Lauren Bohn**
@LaurenBohn

Flashbacks to reporting at junta pressers in Egypt... yet this is even worse. twitter.com/buzzfeednews/s…

9:27 AM - Jan 11, 2017

6      102      64



**Alexey Kovalev**
@Alexey__Kovalev

Congratulation US media, you've just got a whiff of what covering Putin's pressers is like (we've been doing it for 13 years now w hiatus).

9:30 AM - Jan 11, 2017

5      107      91

Contact Hayes Brown at hayes.brown@buzzfeed.com.

Got a confidential tip? Submit it here.

News moves fast. Keep up with the BuzzFeed News daily email!

| Your email address | Sign up |
|---|---|

**4 Comments**                                        Sort by   Top

 Add a comment...

 **Adam De Vlaming** · Calgary, Alberta

One would think that any rational human being would see people like Erdogan and Putin praising Trump and then question Trump and just what he's doing/what he stands for. One would think....

That was the most incredibly absurd thing I've seen come from a presidential press conference (or one from a president elect). I'd call it childish behaviour, but that seems like an insult to children at this point. Even through all of the absolute BS Fox News has thrown at Obama over the years, I've never seen him come close to doing something like that (hell, he still had sit downs with Bill O-Reilly). The most he ever did was poke fun at them. Hell, even Bush (who I consider to be a childish idiot) never pulled that kind of crap.

Like · Reply ·   2 · 1y

 **Jimmy Cieszki**
You haven't been paying attention then. He did it to Fox. Look it up. Obama did it.

Like · Reply · 1y

 **Adam De Vlaming** · Calgary, Alberta
Jimmy Cieszki he criticized Fox, but never got into a shouting match with them, with him essentially yelling at a reporter to shut up. Unless you can find some other specific evidence as I have not. The only thing I've found so far was people complaining because he was critical of Fox News, not because he did anything specific against them. There's a difference between expessing concern of a media organization that routinely lies and telling a reporter to shut up in the way Trump did.

To be fair though, CNN has been reporting things that are real (just because that report or whatever might no... See More

Like · Reply ·   1 · 1y

 **Ace Ramone**
Trump did the right thing. That reporter was a total jerk.

Like · Reply ·   1 · 1y

 **Ace Ramone**
Daisy Anne then show me a video clip of a reporter acting like that at obama. Trump is the most scrutinized president in history so you should have no fear.



Ace Ramone totally agree. How is it than anyone thinks its appropriateits attack the president elect based on completely manufactured claims that he's not a US citizen or that he's a secret Muslim is beyond me. To all these libtards saying trump is going to take away guns and sink the economy I'd like to hear you publicly apologize in 8 years.

Like · Reply · 1y



**Tiffany Jameson**

Ace Ramone
Reporters didn't act like that with Obama because Obama never pushed them to it. He was capable of handling the press without essentially sticking his fingers in his ears and going "LALALALAICANTHEARYOULALALALA"

Like · Reply · 3 · 1y



**Paul Kirincic**

But Obama loves the President of Turkey. If the liberal messiah loves him, surely he is good.

Like · Reply · 1y



**Houria Hamm**

The only one who loves that trash is his own reflection.

Like · Reply · 1y



**Cody Rishell** · San Francisco, California

Always good news when Erdogan is like "good job, you."

Like · Reply · 1y

Facebook Comments Plugin

Share                    Share

**BuzzFeed Home**
**Sitemap**

Case 0:17-cv-60426-UU   Document 260-5   Entered on FLSD Docket 10/22/2018   Page 8 of 8

# EXHIBIT 17



**BuzzFeed NEWS** / REPORTING TO YOU

BuzzFeed    Quizzes    Tasty    More ˅

## Kremlin Says Trump Claims Are "Fake" While Trump Slams "Political Witch Hunt"

Moscow's statement was released after an unverified document, published by BuzzFeed News, alleged Russia had been "assisting" the president-elect for years. On Twitter, Trump also blasted the allegations.

Originally posted on January 11, 2017, at 2:48 a.m.

Updated on January 11, 2017, at 5:18 a.m.



**Rose Troup Buchanan**
BuzzFeed News Reporter



*Timothy A. Clary / AFP / Getty Images*

Moscow and President-elect Donald Trump have both rejected unverified claims about Trump's ties to the Kremlin that are made in a dossier circulating among US law enforcement agencies and senior politicians, stating that the allegations are intended to damage US and Russian relations.

The 35-page document, published on Tuesday night by BuzzFeed News, claims the Russian government has been "cultivating, supporting and assisting" Trump in the years running up to his election. The unsubstantiated memos also claim Russia has potentially embarrassing information about the new president-elect.

Share                    Share

In a strongly worded statement on Wednesday, Kremlin spokesperson Dmitry Peskov said the document was "an obvious attempt to harm our bilateral relations."

Trump took to twitter to say that Russia has "has never tried to use leverage over me" and to decry "A TOTAL POLITICAL WITCH HUNT." Trump's longtime lawyer, Michael Cohen, also denied one of the dossier's claims: that the attorney had visited Prague for a meeting with Russian operatives.

Peskov, according to the Russian news agency agency TASS, said: "The Kremlin has no compromising dossier on Trump, these allegations are untrue and are totally made up." He added, "This is called pulp fiction and [such publication] is an obvious attempt to harm our bilateral relations."

 **max seddon**
@maxseddon

Kremlin spokesman Peskov says the notion that Russia has any kompromat on Trump is "totally made up."
1:05 AM - Jan 11, 2017

    10          16          17

"The quality of this paper speaks for itself. [It is necessary] to respond to this with a certain sense of humor," he said. "Although there's a sad side to this indeed. There are those who escalating the hysteria and who go all out to maintain a state of witch hunt."

Trump also dismissed the allegations. In a series of tweets Wednesday morning the president-elect supported the Russian government's claim that the dossier was false, and said: "Russia has never tried to use leverage over me."

 **Donald J. Trump**
@realDonaldTrump

Russia has never tried to use leverage over me. I HAVE NOTHING TO DO WITH RUSSIA - NO DEALS, NO LOANS, NO NOTHING!
4:31 AM - Jan 11, 2017

    31,648          23,558          83,774

He went on to seriously criticize US intelligence agencies, saying they were taking a "last shot" at him, before making a comparison to Nazi Germany.



Intelligence agencies should never have allowed this fake news to "leak" into the public. One last shot at me.Are we living in Nazi Germany?

4:48 AM - Jan 11, 2017

59,950          31,341          105,603

The president-elect had yesterday called the allegations a "total political witch hunt" in a tweet shortly after the publication of the dossier.

 **Donald J. Trump**
@realDonaldTrump

FAKE NEWS - A TOTAL POLITICAL WITCH HUNT!

5:19 PM - Jan 10, 2017

49,688          28,271          90,904

Meanwhile, Trump's lawyer Cohen – who was also named in the unverified dossier – told *The Atlantic* Tuesday the allegations were "totally fake, totally inaccurate".

Cohen, who in the dossier is alleged to have been to Prague for a meeting with Russian operatives, told the magazine he had never visited either the Czech Republic or Russia. He also tweeted a picture of his passport cover repeating the denials. "The story is completely inaccurate, it is fake news meant to malign Mr. Trump," he said.

According to the dossier, Cohen had been in Prague sometime in late August or early September. The Atlantic quoted an unnamed "baseball source" at the University of Southern California saying that Cohen and his son had visited USC on Aug. 29.

A government source told CNN's Jake Tapper that a different Michael Cohen — with a passport from another country — was in Prague. This Michael Cohen reportedly shared the same birth year as Trump's lawyer, but a different birth date. "So for Cohen to dispute that he was in the Czech Republic completely confirms and comports with our reporting," Tapper said.

2/5/20... Kremlin Says Trump Claims Are 'Fake' While They Damage 'Political ... 10/22/20...

Case 0:17-cv-60426-UU Document 260-6 Entered on FLSD Docket 10/22/2018 Page 5 of 11



Sen. Dick Durbin on Wednesday called for a special investigation into the dossier, saying, "The American people need to know the credibility of these allegations of attempts to compromise the President-elect — his public statements about Russia and President Putin are even more worrisome in this context."

Durbin said the unverified reports "warrant serious investigation by a Select Committee in Congress or a Commission of public officials and private citizens." He also called for assurance from Sen. Jeff Sessions — whose confirmation hearing to be the next US Attorney General is underway — to continue investigating the allegations.

Nikolay Kovalyov, former director of the Russian security service, the FSB, also rejected reports Russia's secret service had damaging material on Trump.

"Of course there's no kompromat [secret dossier]," Interfax news agency reported Kovalyov as saying. "Collect some dirt on a man who came here and engaged in the production of some kind of beauty contest? Who can be possibly interested in that?"

Kovalyov, who was director of the FSB from July 1996 to July 1998, said that in his experience "there's no such practice in Russia."

According to Interfax, he went on to state: "It seems that the Obama administration has pulled all efforts to compromise the winner of the presidential race, and in this struggle they believe that all means are good."

The validity of the documents was criticized by WikiLeaks. The organization tweeted early Wednesday morning that the report's "style, facts & dates show no credibility."

On Tuesday, CNN reported that both Trump and President Barack Obama received a two-page synopsis of the 35-page dossier.

During an appearance on *Late Night With Seth Meyers,* the president-elect's former campaign manager and current White House senior staffer Kellyanne Conway said Trump was "not aware" of any briefing on the matter.

## These Reports Allege Trump Has Deep Ties To Russia

Rose Troup Buchanan is a reporter for BuzzFeed News and is based in London.

Got a confidential tip? **Submit it here.**

News moves fast. Keep up with the BuzzFeed News daily email!

| Your email address | Sign up |
|---|---|

**136 Comments**                                                    Sort by   **Top**



| | Add a comment... |
|---|---|


**Richard Thomas**
Buzzfeed attempts to establish hard core news creds and ends up with epic liberal 4Chan written scam on their hands. This one gives "Fake News" a whole new meaning. Lights out if Trump decides to pursue a lawsuit as a private citizen which he can because he is not yet sworn. The liberal left in their torment. A gift that just keeps giving. Word is the newsroom at Buzzfeed are dusting off their resumes.

Like · Reply · 54 · 1y


**Cody Gray**
Hmm, that's funny considering various media outlets and politicians has this dossier months before any of the mentions on 4chan (which amount to one reference to an 'orgy'). The truth is that a few trolls on 4chan are trying to claim responsibility for this to stroke their egos, and the foil hat wearing right are buying it hook,line, and sinker. Fake news is an issue, but it's not coming from the left and it's not coming from the MSM.

Like · Reply · 31 · 1y


**Villa Los Peces**
Fake news......that is you people. FOX sued in fed court for the right to sell fake news as real news. That is fact. Everything else is just BS, coming from the right.

Like · Reply · 15 · 1y


**John Kelly** · U of mn
Richard , thanks for sharing those very special thoughts . Now go have a cookie .

Like · Reply · 7 · 1y

**Show 10 more replies in this thread**


**Paula Rose** · Works at USMC Semper Fit and Exchange Services Head Quarters
The initial Buzzfeed report stated the documents were unverified. The NY Times says they cannot write an article on the document because they cannot verify it. There is no proof this is real. This reporter should be fired, and I would back a defimation lawsuit on this one because the reporter, and Buzzfeed, lied through their teeth AND ADMITTED it in their article!



Theyre probably safe, because they SAID it was unverified. Honestly, if this is a fake story (and thats an IF, because though the golden shower parts might be, the parts that describe his connections to russia aren't/arent bein talked about), he should just suck it up, how many stories came out about the Clintons and selling weapons to isis? Or child sex trafficking?? Remember Pizza Gate?? Trump needs to grow some thicker skin.

Like · Reply · 4 · 1y



**Martin Scholes** · University of Wolverhampton

Cristina Méndez Nope. That defense would not work. In fact, publishing something which you admit you know is fake would mean that the courts would have to disallow that as a defense. Buzzfeed should stick to stuff like "30 photographs of cute kitties" and leave journalism to the professionals.

Like · Reply · 1 · 1y



**Lyndsay Ball** · Ashburn, Virginia

Martin Scholes unverified doesn't mean fake. Just like the sex assualt allegations, buzzfeed and other media outlets reporting that this came out is not fake news and the fact that they said it isn't verified is enough. They are telling you that an MI6 agent released this document and here is what it claims. They are not releasing this as evidence or even factual. They are telling you to take this with a lot of salt because it may not be true, merely reporting that this document exists. There is a difference and if they said "hey this document is 100% true and irrefutable" then there would be grounds for a defamation lawsuit.

Like · Reply · 4 · 1y

**Show 1 more reply in this thread**



**Justin Burnett** · Reno, Nevada

The liberals must really be pissed they lost the election. There spreading propaganda and liberals are eating it up. It's pathetic. Russia did not hack the election. How delusional can you be as people. Just a bunch of followers who believe anything the media tells you. Trump won get over it.

Like · Reply · 13 · 1y



**Don Ray**

Stop spinning the story with "hacked the election." No one is claiming they did. They did try to influence the election through propaganda and leaks of the opposition.

Like · Reply · 11 · 1y



**Villa Los Peces**

So fuck every single USA intelligence agecy, right? If that report was about Obama, you would have called it Gospel.

Like · Reply · 23 · 1y



**John Kelly** · U of mn

You're a good little follower yourself , justin .

Like · Reply · 6 · 1y

**Show 10 more replies in this thread**



**Vince Plowman** · Kennesaw State University

lol! Gotta love all the Buzzfeed comments.
Tues. night: "Bombshell bitches! Trump is dead!"
Wed. morning: "But, but, did you read the rest of the article? Trump had ties. Trump still has ties!"

Like · Reply · 2 · 1y · Edited


Oh Donald, you created this monster. This story is true, including your enjoyment of "wet works," because I believe that it's true. That's all that matters anymore: truthiness.

Like · Reply · 25 · 1y


**Vi Puhstushin**
I think "wet work" is murder/assassination. Anyway, based on my extensive watching of 24 and similar! Heh.

Like · Reply · 1 · 1y


**Robin Phillips** · Consultant at Self-Employed
"Wet works" means assasination/murder not "Golden Showers"!

Like · Reply · 1y


**Michael Munger**
Robin Phillips wow... swing and a miss.
That was my joke �

Like · Reply · 1y

**Show 1 more reply in this thread**


**Lawrence Stratton** · Stanford University
I've read the report and it has so much specific details in it over a long time-frame, that cannot be dismissed as fake news.

Of course Putin is denying the accussations. It's their routine business to spread fake news and to create chaos by spreading desinformation.

Like · Reply · 26 · 1y


**Shaun Shelton**
wow. Is this what you learn at Stanford? Enjoying your safe space? This was a 4chan hoax of epic proportions that the CIA fell for. It's debunked. Don't you just look petty and silly and foolish.

I'd get a refund on your expensive education. You're dumber than ever. And a sore loser.

Like · Reply · 23 · 1y


**Villa Los Peces**
Shaun Shelton I would much rather listen to a guy from Stanford than somebody from Utah any day of the week.

Like · Reply · 51 · 1y


**Dixie Demshock Trent** · Phillipsburg High School, KS
Villa Los Peces However, he is CORRECT!!! This morning we find out that "4chan" pulled off the HOAX of the century," and even FOOLED the CIA, the FBI, and the MSM!!!!!!!!!!!!!!

Like · Reply · 8 · 1y

**Show 10 more replies in this thread**


**Heather Libby** · Vancouver, British Columbia
I feel so much better. Neither of them have ever lied about anything before.

Like · Reply · 93 · 1y

**Jared Stasch**

are a bunch of liars.

Like · Reply · 16 · 1y



**Diandra Durand**

Jared Stasch These are leaked docs from MI-6 so...

Like · Reply · 11 · 1y



**Lori Houfek Graves** · Works at Self-Employed

Jared Stasch yeah. I totally get what you're saying. Kind of like 8 years of hearing how obama was born a kenyan muslim.

Like · Reply · 45 · 1y

**Show 10 more replies in this thread**



**Bobby Merkle** · Multimedia Developer / Video Producer at 1 Prospect Tech

"The statement was released after an ***unverified*** document, published by BuzzFeed ???News???, alleged Russia had been "assisting" the president-elect for years."

Any true journalist would NEVER EVER publish ANYTHING that is unverified. BuzzFeed is run by a bunch of non journalist morons. Change your name to BottomFeed because thats really where you get your information. From the bottom of the dirtiest gutters where you all live.

Like · Reply · 5 · 1y



**William Echevarria Jr.** · Project manager at SAP National Security Services

Total fake job. Gotta luv the Reddit Trump fans who concacted this hilarious fake news stream. CNN and Buzzfeed just swallowed this biggest hoax of the century.

Like · Reply · 14 · 1y



**Shaun Shelton**

Not just buzzfeed and CNN; the freaking CIA fell for the hoax. Disturbing to think our nation is being protected by rocky and bullwinkle!!

Like · Reply · 11 · 1y



**Cristina Méndez**

Shaun Shelton If anything, the "golden shower" thing is fake. But if you read the full report, the rest of it isn't, and trumps ties to Russia are very much there.

Like · Reply · 8 · 1y



**Daniel Firestone**

Trump tried to convince people HIllary was running a sex slave operation out of a pizza place in New Jersey and you robots believed that. But you won't believe this? Because the man that makes your sphinctre tingle is now the one in the target...poor baby.

Like · Reply · 24 · 1y

**Show 10 more replies in this thread**



**Todd Walters**

Gee if these were real why now? Why not 6months ago before the election, why not before the election started? Buzzfeed = fake news spreader

Like · Reply · 21 · 1y

timing is likly would've actually made sense if this was released then, but now the only people who have anything to gain by releasing this are the American people.

Like · Reply ·   20 · 1y



**Michelle Daniels** · Austin, Texas

Mother Jones published excerpts on October 31st.

Like · Reply ·   4 · 1y



**Daniel Firestone**

Donald Trump himself was spreading fake news about Hillary Clinton throughout the campaign and you didn't complain about it then.

Like · Reply ·   13 · 1y

**Show 8 more replies in this thread**

**Load 10 more comments**

Facebook Comments Plugin

**BuzzFeed Home**

Sitemap

Case 0:17-cv-60426-UU   Document 260-6   Entered on FLSD Docket 10/22/2018   Page 11 of 11

# EXHIBIT 18





## WORLD

# Spy Agencies Around The World Are Digging Into Trump's Moscow Ties

Israel and at least one Western European country are investigating the claims made in a 35-page dossier about President-elect Donald Trump's ties to Russia.

Posted on January 13, 2017, at 4:06 p.m.

**Sheera Frenkel**
BuzzFeed News Reporter



*Bryan R. Smith / AFP / Getty Images*

SAN FRANCISCO — The dossier alleging that the Russian government has compromised President-elect Donald Trump has not only been circulating at the highest levels of the US government, but also among the intelligence agencies of other countries, two Israeli intelligence officers told BuzzFeed News. And while the dossier's claims haven't been verified, the officers said that intelligence services from other countries have been doing their own digging into Trump's connections to Moscow.

Share                    Share

"You can trust me that many intelligence agencies are trying to evaluate the extent to which Trump might have ties, or a weakness of some type, to Russia," one of the intelligence officers said.

Part of Israel's interest, he said, came from wanting to know how much of the intelligence it routinely shares with the Unites States might be fed to Russia.

The document published by BuzzFeed News "had been circulating for some months" among intelligence officers from various governments, one of the officers said. Both asked to speak on condition of anonymity, citing the sensitive nature of the claims in the dossier, a 35-page collection of memos commissioned by political opponents of Trump and written by a former British intelligence agent, identified in news reports as Christopher Steele.

Besides the Steele dossier, several unconfirmed reports of ties between Moscow and Trump are being circulated among Western intelligence agencies, said one of the Israeli officials familiar with the reports.

"There have been various reports about Trump's ties to Russia," the officer said in reference to other unpublished reports. "The dossier is one of them, but there are others, they make other allegations. Some are more specific, and some are less. You can trust me that many intelligence agencies are trying to evaluate the extent to which Trump might have ties, or a weakness of some type, to Russia."

In a meeting on Saturday, one of the officers showed BuzzFeed News a copy of the Steele dossier, which alleges that the Russian government has for years been "cultivating, supporting and assisting" Trump and has gathered compromising information about his finances and sexual exploits. BuzzFeed News and many other media organizations have been investigating the allegations but have not been able to verify them. The report contains some outright errors, and both Trump and the Russian government have slammed it as false.

The officer said Israel had received the dossier via a Western European ally, though he would not specify the country, arguing it was "not appropriate." The BBC also reported that the US had received the dossier via a "Baltic State," though it did not specify which one, and that there were video tapes and audio that could be used to blackmail Trump.

The officer said intelligence officials from various countries were privy to other reports, some compiled by intelligence officers, which detailed prior ties Trump might have to Russia, as well as various global business interests held by the Trump family.

The details of the Steele dossier were not independently corroborated by Israel, the officer said, and were "not likely" to be. "The number of people who would know the specific details of what happened at a Moscow hotel are so small," he said, adding that "it would be easier to tell you what was happening in [Syrian President Bashar al-]Assad's bedroom."

The officer said part of Israel's interest in the dossier — and in other intelligence on Trump's ties to Russia — stems from concern that secrets Israel shares with the Unites States might be fed to Russia.

Earlier this week, Israel's *Yediot Ahronot* newspaper reported that Israeli intelligence officials were questioning whether to continue sharing intelligence with the incoming Trump administration. The report said that during a recent meeting with US intelligence officials, Israel was told that the Russians had "leverages of pressure" to use against Trump. BuzzFeed News could not independently confirm that a meeting had taken place.

2/5/20... Spy Agencies Around The World Are Digging Into Trump's Moscow...

Case 0:17-cv-60426-UU   Document 260-7   Entered on FLSD Docket 10/22/2018   Page 4 of 10

"According to the Israelis who were present in the meeting, the Americans recommended that until it is made clear that Trump is not inappropriately connected to Russia and is not being extorted – Israel should avoid revealing sensitive sources to administration officials for fear the information would reach the Iranians," the *Yediot Ahronot* reported.

Sheera Frenkel is a cybersecurity correspondent for BuzzFeed News based in San Francisco. She has reported from Israel, Egypt, Jordan and across the Middle East. Her secure PGP fingerprint is 4A53 A35C 06BE 5339 E9B6 D54E 73A6 0F6A E252 A50F
Contact Sheera Frenkel at sheera.frenkel@buzzfeed.com.

Got a confidential tip? Submit it here.

News moves fast. Keep up with the BuzzFeed News daily email!

| Your email address | Sign up |

**93 Comments**

Sort by  Top



|  | Add a comment... |

 **Carlos Lara**

Fake news my ass, russian trolls were so agitated when Buzzfeed released the investigation two days ago that was easy to see through that reaction how worried are Trump and Putin cheerleaders.

I will say it again, I wouldn't be surprised if republicans impeach him in less than one year, the superior leader is a disaster waiting to happen.

Like · Reply ·    244 · 1y

 **Kathy Latte**

Winnie Garcia and u also probally believe that we REALLY do once in a while have a real and literal BLUE moon do u

Like · Reply ·    9 · 1y

**Aaron Shay**

Kathy Latte uses Troll Technique...

It's super effective!

Like · Reply ·    60 · 1y

 **Sylvia A. M. Colburn** · Houston, Texas

Kathy Latte "u mexicans". How do you like the sound of YOU BLACKS? I don't; now You Drink-the-Kooliade Idiots sounds pretty good.

Like · Reply ·    18 · 1y

 **Johanna Modica** · UMass Boston

They should not even inaugurate him. There are simply too many scandals attached to Trump, not to mention his empire with golf courses and hotels in other countries, which he seems reluctant to divest himself of.

Like · Reply · 139 · 1y

 **Bryant Valenti**

Yes...let's listen to you...Jack ass

Like · Reply · 5 · 1y

 **Chet Childers** · Model at Victoria's Secret

Bryant Valente has a point! Too bad it is on the top of his head.

Like · Reply · 55 · 1y

 **Diane Truitt** · Anchorage, Alaska

I think there has to be an inauguration to impeach???

Like · Reply · 7 · 1y

**Show 10 more replies in this thread**

 **Marise Fleurisca** · Northeastern Illinois University, BS Comp Sci

What a mess? A total mess! I feel like I am in nightmare & cannot wake up. This is waaaaay beyond party affiliation. We would have avoided all that mess if he had shown his taxes as he was requested to do. He dances to his own tune. Dt has to realise that he no longer works for himself. He is employed by the taxpayers. He has to follow the rules. He wants to be president on his own term. He is the only one who can solve this mystery/dilemma/ect....

Like · Reply · 78 · 1y

 **Mary Beth** · UMSL

We are doomed

Like · Reply · 29 · 1y

 **Eileen Hackett** · Battin High School

DT is paid zero therefore he will give nothing.

Like · Reply · 10 · 1y

 **Cheryl Leitch** · Works at Retired

He's a flat out fraud! It's almost as if he's inviting somebody to take him down! And God help us that can't be soon enough!!!

Like · Reply · 42 · 1y

**Show 9 more replies in this thread**

 **Kaila Williams**

Let it GO Buzzfeed. You soiled your reputation as journalists. You've been chided by the entire establishment media for your yellow journalism and fake news. Even the most basic plot points of that dossier where easily and instantly debunked by Trump himself. You're only making yourselves less relevant by digging your heels in.

Like · Reply · 12 · 1y

 **Pattie Bauer**

Like · Reply · 91 · 1y



**Kaila Williams**

Hahaha! You're derision is so sweet! America voted and stripped every bastion of power from liberalism in this country. Trump has a mandate... so if you have to be snarky to preserve your pride you go right ahead honey. Us conservatives will be too busy changing the world LoL

Like · Reply · 5 · 1y



**Laurie Tudela** · Culver City, California

Kaila Williams how much are you being paid?

Like · Reply · 61 · 1y

**Show 10 more replies in this thread**

---



**Emilia Pinzon**

Putin has much more on this nasty individual , he is not the only person who has visited Russia and was spy on, this is the norm, this guy gaved them plenty of material and they will use it to blackmail this idiot.

Like · Reply · 5 · 1y



**Earl Richards**

But you will never see proof because it doesn't exist.

Like · Reply · 1y



**Stephen Blumstein** ·

Earl Richards The 35 page report resulted in not less than 4 Senate investigating committees, and 14 state lawyers vetting Trump for obstruction of Justice in firing Comey. Mossad and many other intelligence agencies, including MI6 and the CIA, are vetting the document. It's only a matter of time before Trump is impeached for giving away US secrets.

Like · Reply · 32w



**Diane Truitt** · Anchorage, Alaska

Reading this article regarding the Israeli's position makes you realize the long reaching ramifications this could have on our country. He is a high risk to destabilizing our country as well as the rest of the world, just the public lack of trust amongst the people, their governments, their intelligence communities. Sometime looking like, walking like and talking like isn't enough, need to find the needle in the haystack that proves he has been involved with Putin. Never has this country had a more controversial election and a President elect that LIES so much! So many Americans are frustrated and feel powerless right now, It's like everybody's waiting for the Republicans to put a stop to this. Reality is, we the people will probably have to assemble and do it. A protest that can not be ignored. A protest that does not go away.

Like · Reply · 67 · 1y



**Lorna Acker**

Trump is all about money. Nothing else matters. If he owes a huge debt to Russia - then that's what his mind is on. He doesn't care about the people - he cares about nothing but himself. If this ploy would get him outta debt - mission accomplished. You guys prolly wouldn't have to get rid of him.. Once he gets what he needs - he will walk away. When there is money involved - follow the money - it will lead you to the Trump Trap. If you get away this easy it would be good. Then, fix the loopholes that give a guy like trump the opportunity to succeed to the highest office of the land.

Like · Reply · 33 · 1y



**Elizabeth Pengson**

and Talking of Israel.. came out yesterday.. xtheir intelligence agencies are diging into this dossier.. in fact, several countries already are as I have said before.. t his is now a global concern.. China is unusually

---

mean a damn t ning.. In fact, the more he denies that asscion.. perversely, he is in fact only verifying all of it.. ALL of it..

Like · Reply · 21 · 1y



**Elizabeth Pengson**
Lorna Acker
the GOP needs to be purge to the CORE.. they are such amoral whores..

Like · Reply · 26 · 1y

**Show 10 more replies in this thread**



**Jackie Cook** · Indiana State University
It's going to be interesting the reaction if this is all confirmed to be true.While one part of me thinks it's not going to make much difference and nothing will be done about it. Another part of me hopes this this could redeem Buzzfeed's report on this issue. I do beleive they did the right thing, they did it as people have the right to see the information that is out there and it's up to the people make up their minds.

The trolls that come here to say that this is the downfall of this site. They don't realize that the company has several divisions in several countries and has different par... See More

Like · Reply · 56 · 1y



**John Delanois** · Audit Associate at BKD CPAs & Advisors
You're forgetting that buzzfeed doesn't have journalists. And you're very ignorant if you think journalists aren't sharing their political leanings--you see it on ever mainstream news site. Anyway, I'd regard journalists in a higher standard if they actually verify information before putting it out there for the "people to decide". You're pushing on propaganda boundaries.

Like · Reply · 2 · 1y



**Jackie Cook** · Indiana State University
John Delanois Actually, they are journalists. Maybe not your kind of journalists, but they are. And I'm the idiot. Gee, I guess that history degree and journalism minor will be a waste then, according to you. Please..

Like · Reply · 20 · 1y



**John Delanois** · Audit Associate at BKD CPAs & Advisors
Jackie Cook I never called you an idiot, nor did we even discuss your history degree. Can you really sit there and tell me that buzzfeed, cnn, fox news, etc. do not show their political leanings? Anyway I should probably expand on my comment by saying that buzzfeed journalists aren't the same as the journalists that you described in your third paragraph. You know, the ones that risk their lives, murdered, or kidnapped, or use every measure to ensure accuracy of what they're writing about.

Like · Reply · 2 · 1y

**Show 10 more replies in this thread**



**Uglee Darkskinned** · Casting Director at Fox Studios
So all the people who voted for Trump- question: You were for building a wall to keep out Mexican criminals, but you're ok with Russian criminals tampering with our democracy? Ok, so they helped your guy, but what about when China does it and the other guy wins? Reagan would be rolling in his grave, so would JFK. Think about that. Shame on this country, we deserve whatever we get for the next 4 years.

Like · Reply · 78 · 1y · Edited



**Owen Meany**
Trump supporters only cared about generating "liberal tears." They didn't really give a shit about anything

2/5/2018                                    Spy Agencies Around The World Are Digging Into Trump's Moscow...



**Diane Truitt** · Anchorage, Alaska

Not so, because more than half this nation did not vote for him, people should never lose sight of that FACT, more than half did not. We have to be stronger than Donald Trump and the current controlled Republican GOP. Stand your ground.

Like · Reply ·   74 · 1y



**Uglee Darkskinned** · Casting Director at Fox Studios

Diane Truitt That is true. More like shame on the media for make false equivalencies. But your point is fair.

Like · Reply ·   14 · 1y

**Show 10 more replies in this thread**



**Norman Munroe** · Instructor at Kanda Institute of Foreign Languages

Trump is the perfect patsy for the Russians and whoever else the puppeteers might be. He is venal, corrupt, ignorant and arrogant and so stupid that he believes his own bullshit to the exclusion of any and everything else. Reality makes absolutely no impression on him. He has his head so far up his own ass that he will not see daylight for the rest of this century, if ever, and the Republican-dominated Congress is filled with such a den of vipers, crony capitalists, political opportunists, zealots and power grabbers who all are thanking their lucky stars for this moment when they can do their worst unopposed, that they will do nothing to try to rein him in as long as he has enough working digits to sign the legislation they will send him. It will not end well for Trump, though. He will eventually become a victim of his own hubris. I just hope, maybe vainly, that he does not do too much damage before he comes crashing down. Trumpettes and Trumpbots and trolls beware.

Like · Reply ·   33 · 1y



**Marla Brunker**

And yet, for all of that, he's STILL not as ignorant, "so stupid that he believes his own bullshit to the exclusion of any and everything else," so reality-challenged, or such an utter patsy as the fools who voted for him.

Like · Reply ·   17 · 1y



**Norman Munroe** · Instructor at Kanda Institute of Foreign Languages

Marla Brunker Agreed. And that is truly the saddest and most unfortunate part of this entire tragic farce.

Like · Reply ·   7 · 1y



**Deborah Risa Mrantz** · Founder and Executive Director at Guildworks Companies

Note to Norman, Hubris implies impending implosion by your own hand. Otherwise, spot on. But what's a little classic Greek drama between friends?!

Like · Reply ·   1 · 1y

**Show 2 more replies in this thread**



**Flora Quint**

I thought Trump was the honest one? Wasn't he the one that was so incredibly honest and good hearted people just couldn't bring themselves to vote for a liar like Hillary. Lmao you idiots played yourself big time, thanks for doing it at the expense of the majority of the country that didn't vote for him.

Like · Reply ·   17 · 1y



**Liam Tipler**

apparently 9% of americans think the ACA and obamacare are 2 separate things. plenty voted against obamacare who use ACA and are in for a big shock.

**Load 10 more comments**

Facebook Comments Plugin

BuzzFeed Home
**Sitemap**
© 2018 BuzzFeed, Inc.

# EXHIBIT 19



/ REPORTING TO YOU

BuzzFeed    Quizzes    Tasty    More ⌄

WORLD

## There Are Now Questions About Whether The Secret Trump Dossier Is Classified

The dossier, whose contents remain unverified by the intelligence community, was included in a rare, high-level briefing — and now intelligence officials don't even know if they can talk about it.

Originally posted on January 13, 2017, at 1:37 p.m.

Updated on January 13, 2017, at 3:59 p.m.



Ali Watkins
BuzzFeed News Reporter



Elnavegante / Getty Images

Share                        Share

WASHINGTON — Intelligence officials remain confused about the intelligence community's decision to brief the president and president-elect on an unclassified dossier compiled by a private intelligence firm on Donald Trump's alleged connections to Russia.

"In a perfect world, they would've given [Trump] the intelligence briefing, walked out, walked back in, and said 'we need to tell you about something else,'" one US intelligence official said, in order to clearly separate the unverified dossier from the official analysis produced by the intelligence community.

The official said that since the dossier, compiled by a former MI6 agent and paid for by Trump's political rivals, had widely circulated in political, intelligence and media circles for months, "I don't know how you couldn't" brief Trump and other high-level officials on it. But its inclusion in a highly-classified, formal intelligence community briefing had given the document an air of validity the intelligence community was not yet sure it should have, they said.

In particular, a summary of the document was included in a congressional briefing to the so-called Gang of Eight, which includes both House and Senate leadership, and the leadership of both chambers' intelligence committees. The briefing had to do with intelligence assessments on Russian meddling in the US election. The dossier's summary was presented as separate from the intelligence produced by the US intelligence community.

A Gang of Eight meeting is one of the most highly-secretive gatherings that can happen on Capitol Hill, and they're reserved for only the most sensitive intelligence matters. They do not happen frequently. Even hinting at the content of a Gang of Eight briefing can be seen as a security violation, and disclosing their contents can be considered a felony.

One US intelligence official who had been open to discussing the dossier in recent weeks said he was now very uncomfortable doing so given its reported inclusion in the high-level meeting and its subsequent publication by BuzzFeed News.

"It probably made information flow even harder," the official said, indicating he was now concerned that talking to non-cleared people about the document could be a security violation. "Honestly, with circumstances, I don't even think I can talk about it."

The summary of the dossier was included in the Gang of Eight briefing, but was not a part of the broader classified report on Russian meddling that was available to all members of Congress.

Since the revelation of the dossier's existence, Vice President Joe Biden confirmed that he and Obama were briefed on the summary and reports indicate that FBI Director James Comey personally sat down with Trump on the allegations. The allegations have also dominated questions directed towards Trump's Cabinet nominees during this week's confirmation hearings.

James Clapper, the Director of National Intelligence, said in a rare statement Wednesday that the intelligence community had not yet determined whether the allegations contained in the document were valid. But the decision of principal intelligence leaders to take up the president's and president-elect's time, however short, sent a signal that has left officials confused as to how to even speak about it.

"That gives it a kind of quasi-official standing, even though it is not officially an official document," said Steven Aftergood, who heads the Federation of American Scientists' project on government secrecy. "The document

kind of official standing is that it reportedly figured in an intelligence briefing to the president elect and to members of Congress."

Ali Watkins is a national security correspondent for BuzzFeed News and is based in Washington, DC.
Contact Ali Watkins at ali.watkins@buzzfeed.com.

Got a confidential tip? Submit it here.

News moves fast. Keep up with the BuzzFeed News daily email!

| Your email address | Sign up |
|---|---|

**9 Comments**      Sort by   Top



Add a comment...



**Al Geddis**
Email a copy to Hillary's server, then everyone will have access and we can have 14 more Congreesional hearings.
Like · Reply · 13 · 1y



**Sue D'Orazio**
Ironically, it was not hacked!
Like · Reply · 1y



**Chris Winham** · Rhinebeck, New York
Good Idea it's the only server that was never hacked so probably the best place for classified information to go!
Like · Reply · 48w



**Gro Kristina Bennett** · Chelsea College of Arts
THIS IS NOT A FRAUDULENT DOSSIER.This dossier was compiled by a highly respected ex MI6 officer Chris Steele who discovered the FIFA bribing scandal and the Litvinenko poisoning scandal in UK
He is now in hiding and being protected by UK security forces as reported in UK press today
Like · Reply · 4 · 1y



**Robert Rio** · Owner at Self-Employed
If there is pee
The public must see
Like · Reply · 5 · 1y



**Chase Thomas** · Kingston, Ontario
considering that its originally a 4 chan fan fiction... i think they are kind of overreacting
Like · Reply · 2 · 1y

it was first circulated and discussed before the 4chan crap. It is not from 4chan.

Like · Reply · 10 · 1y

 **Chase Thomas** · Kingston, Ontario

Jen Farren the archived post come from long before any discussion elsewhere about it, also the anon that made the original email posted screenshots of it. the archived post date back to october, the update with the russian angle was discussed on 4chan in early november, and now just now they finally made an article about it.

Like · Reply · 2 · 1y

 **Thomas Keefe** · Mill Valley, California

Chase Thomas Do you have links to that stuff?

Like · Reply · 1y

**Show 4 more replies in this thread**

 **Robert Walker** · President (corporation) at Self-Employed

where there's smoke thers fire and Trump to put it out. TFD Trump Fire Department

Like · Reply · 2 · 1y

 **Liam Tipler**

maybe someone could piss on it to put it out? wonder if he knows someone? 

Like · Reply · 2 · 1y

 **Emilia Pinzon**

This dozzier is just the tip of all the dirt that Putin has on this guy.

Like · Reply · 2 · 1y

 **Sue D'Orazio**

Mainstream news media turned from investigative journalism to merely reporting a long time ago. They all cover the same stories, interview the same people, ask the same questions, then sit around scratching their heads and saying "... we really don't know..." because no one is doing the digging.

Like · Reply · 1 · 1y

**Load 2 more comments**

Facebook Comments Plugin

BuzzFeed Home
**Sitemap**
© 2018 BuzzFeed, Inc.

# EXHIBIT 20

**BuzzFeed NEWS** / REPORTING TO YOU

BuzzFeed    Quizzes    Tasty    More⌄

## People Can't Believe Trump Is Feuding With Civil Rights Leader John Lewis

The Georgia Democrat said Trump is not a legitimate president due to Russian interference in the election.

Originally posted on January 13, 2017, at 1:51 p.m.

Updated on January 14, 2017, at 8:35 a.m.

 **Salvador Hernandez**
BuzzFeed News Reporter

 **David Mack**
BuzzFeed News Reporter

Donald Trump on Saturday kicked off the Martin Luther King Jr. holiday weekend by criticizing civil rights leader and US Rep. John Lewis, a day after the Georgia Democrat said he doesn't see Trump as a legitimate president because of Russian interference with the US election.



*Evan Vucci / AP Photo*

Lewis told Chuck Todd of *Meet the Press* that he won't be attending Trump's inauguration on Jan. 20.



*NBC / Via nbcnews.com*

ADVERTISEMENT





"I think the Russians participated in helping this man get elected and they helped destroy the candidacy of Hillary Clinton," said Lewis, who spoke alongside Martin Luther King Jr. at the 1963 March On Washington. "I don't plan to attend the inauguration."

"I think there was a conspiracy on the part of the Russians and others to help him get elected," Lewis said. "That's not right. That's not fair. That's not the open democratic process."

*Facebook: video.php*

It will be the first inauguration Lewis doesn't attend in his 30-year congressional career.

Lewis' interview on *Meet the Press* is scheduled to air Sunday morning, but NBC released a preview of the interview on Friday afternoon.

Share                                    Share

Asked if he would work with the incoming president, Lewis said he believed in forgiveness and working with others but said that "it's going to be hard."

## Trump's transition team did not immediately respond to requests for comment, but on Saturday Trump tweeted about Lewis, criticizing him for being "all talk, talk, talk — no action or results."



**Donald J. Trump**
@realDonaldTrump

Congressman John Lewis should spend more time on fixing and helping his district, which is in horrible shape and falling apart (not to......

4:50 AM - Jan 14, 2017

31,317        20,447        85,520

mention crime infested) rather than falsely complaining about
the election results. All talk, talk, talk - no action or results. Sad!
5:07 AM - Jan 14, 2017

25,177          16,125          74,694

## Reacting on Twitter, people were incredulous that Trump chose to criticize Lewis.



**Ryan Lizza**
@RyanLizza

The president elect has started the Martin Luther King holiday
weekend by attacking John Lewis, one of the great heros of civil
rights era.
5:46 AM - Jan 14, 2017

1,475          31,317          50,022



**Bill Kristol**
@BillKristol

It's telling, I'm afraid, that Donald Trump treats Vladimir Putin
with more respect than he does John Lewis.
6:10 AM - Jan 14, 2017

4,813          49,759          90,228

Trump has never taken a shot at Putin or Assad half as hard as the slam he dished out to John    **Matthew**
Lewis.                                                                                            **Yglesias**
                                                                                                 @mattyglesias

Trump has never taken a shot at Putin or Assad half as hard as the slam he dished out to John Lewis.

02:33 PM - 14 Jan 2017

Reply        Retweet        Favorite



**ReBecca Theodore-Vachon**
@FilmFatale_NYC

John Lewis fought for civil rights, Trump paid for ads demanding
the execution of five innocent Black teens. America, folks
7:21 AM - Jan 14, 2017

87          3,928          6,295



**Matthew A. Cherry**
@MatthewACherry

John Lewis's entire life has been dedicated to Making America Great while Trump only uses it as a slogan.

7:58 AM - Jan 14, 2017

15        927        1,422

**Many chose to highlight Lewis' civil rights work, including his being beaten by police in Selma in 1965, to counter Trump's claim that he was "all talk."**





**Matt Fuller**
@MEPFuller

Donald Trump says John Lewis is all talk.

Here's a picture of John Lewis being beaten by a state trooper on "Bloody Sunday" in 1965.

6:49 AM - Jan 14, 2017

787        25,492        35,194



**Clint Smith**
@ClintSmithIII

The thing that's striking about America's historical amnesia and racism, is that many of the policeman who beat John Lewis are still alive.

7:49 AM - Jan 14, 2017

194        8,758        16,507



**Michael Skolnik**
@MichaelSkolnik

John Lewis was arrested 45 times, while Donald Trump dodged the draft.

All talk, no action.

5:43 AM - Jan 14, 2017

737          32,684          58,496

Despite the social media uproar, Trump continued to criticize the Georgia congressman. By Saturday evening, he followed up with another tweet.

 **Donald J. Trump**
@realDonaldTrump

Congressman John Lewis should finally focus on the burning and crime infested inner-cities of the U.S. I can use all the help I can get!

4:22 PM - Jan 14, 2017

31,012        21,542        92,767

House Minority Leader Nancy Pelosi, Sen. Kamala Harris, former independent presidential candidate Evan McMullin, and the civil rights groups the NAACP and the Southern Poverty Law Center also defended Lewis.

 **Nancy Pelosi**
@NancyPelosi

Ahead of #MLKday2017, let us remember that many have tried to silence @repjohnlewis over the years. All have failed.

6:48 AM - Jan 14, 2017

1,141        10,804        21,331

 **Kamala Harris**
@KamalaHarris

John Lewis is an icon of the Civil Rights Movement who is fearless in the pursuit of justice and equality. He deserves better than this. twitter.com/realDonaldTrum…

6:28 AM - Jan 14, 2017

1,041        8,092        18,461





**Evan McMullin**
@Evan_McMullin

On this Martin Luther King Jr. weekend, let it be clear that John Lewis is an American patriot. Trump's attacks on him further confirm it.

6:32 AM - Jan 14, 2017

     2,960        46,011       92,912





**Southern Poverty Law Center**
@splcenter

John Lewis is an American hero who has changed this country for the better with courage, sacrifice, and a lifelong commitment to justice.

6:31 AM - Jan 14, 2017



 **NAACP**
@NAACP

@repjohnlewis a living civil rights icon - we know what you've done and appreciated it! #weshallnotbemoved #StopSessions @CornellWBrooks

7:36 AM - Jan 14, 2017

21          292          575

**Some Trump supporters, though, agreed with the president-elect that Lewis's focus was misplaced or defended Trump's right to hit back.**

 **Shadow Bannedit**
@JayCougs

Damn right! Get to work fixing communities #MAGA twitter.com/realDonaldTrum…

7:21 AM - Jan 14, 2017

2

 **Piers Morgan**
@piersmorgan

John Lewis trashes Trump as illegitimate president, so Trump has a pop back... but only Trump is the villain?
Am I missing something?

9:06 AM - Jan 14, 2017

4,673          1,452          3,226

Lewis's comments come after intelligence agencies said Russia was behind the

during the race as a way to help elect Trump.

Lewis also spoke amid reports that Trump and President Obama were briefed on a 35-page **dossier** alleging Russia was in contact with Trump's campaign during the election and that the Kremlin had compiled compromising personal and financial details about the incoming president.

BuzzFeed News published the **dossier**, and like other news agencies has been unable to verify the details. Trump has denied the allegations made in the **dossier** and attacked BuzzFeed News at a news conference on Wednesday.

Director of National Intelligence James Clapper said in a statement the intelligence agencies have "not made any judgment that the information in this document is reliable."

FBI Director James Comey was scheduled to brief members of congress Friday about the 35-page **dossier**.

A spokeswoman for Lewis told BuzzFeed News the congressman was unable to attend the briefing. She declined to answer other questions, such as when Lewis decided not to attend the inauguration.

Salvador Hernandez is a reporter for BuzzFeed News and is based in Los Angeles.
Contact Salvador Hernandez at salvador.hernandez@buzzfeed.com.

David Mack is a reporter and weekend editor for BuzzFeed News in New York.
Contact David Mack at david.mack@buzzfeed.com.

Got a confidential tip? Submit it here.

News moves fast. Keep up with the BuzzFeed News daily email!

| Your email address | Sign up |

**106 Comments**                                    Sort by   Top



Add a comment...



**Aldyn Miller** · The University of South Alabama
I was hoping against hope that Donald Trump might do some good for our country. I thought maybe, at least with his background in business, he might could further our country's economic prosperity. I feel foolish and stupid. He can't wage war on every person who criticizes him. It's like being in high school on an international platform.

Like · Reply · 156 · 1y · Edited

**Kathleen Marie**
That's very brave of you to say. You have my respect.

Like · Reply · 86 · 1y

We all hope that Mr Trump will be able to do some good. If he can actually improve the economy like he suggests, great! Lower unemployment, fantastic! Lower health care costs, amazing! But it it fairly clear he has no idea how to accomplish these things. I hope he's realizing that it's a lot easier to criticize people than to do the job yourself.

Like · Reply · 34 · 1y

 **Peter Bear** · Works at Amazon Distribution Davenport FL

I'm happier than you know to hear you say that. Anyone can make mistakes; we're all human, after all. The key is that when mistakes happen, we have to recognize them and then try to fix them. You have the courage to admit you were wrong, and I admire that greatly. If only more people were like you, we wouldn't be in this mess in the first place.

Like · Reply · 17 · 1y

**Show 8 more replies in this thread**

 **Charlotte Mackey** · San Antonio, Texas

"all talk, talk, talk — no action or results." Heads up America, like Hitler, Trump has thrown down the gauntlet! He's warning us.. 'unless you do someting to directly stop me, I'm going to continue doing WTF I want!' Hitler spoke the same rhetoric and did the same thing in Germany and to the Jews. Spome were against him but took no action to stop him; those whom he misguided through nationalistic / annihilistic speeches kept honoring him to their doom-- Allies bombing Germany to smithereens! Will it come to this -- Americans fighting Amerincans or America allied with Russia fighting the world?? Now, before it is too late, let us call this spade a spade: Trump committed Treason by using Russia to win our election! If we ignore this, pretend it ain't so, we will ultimately get what Germany got, a destroyed country.

Like · Reply · 62 · 1y

 **Brandy Fisler** · Lakeland, Florida

How did Russia help him win the election? Hillary supporters were the ones trying to cheat. They went back and counted the votes again in some states and she actually lost by more in every state recounted than thought before. We didn't vote for Trump because Putin told us to we did it because we want a change Obama's dumb ass Is trying to start WW3 before he leaves office. Obama is the modern day hitler not Trump.

Like · Reply · 5 · 1y

 **Jake Kampo** · Central Luzon State University

Brandy Fisler you are surely demented with your WW3 conspiracy theories. You do belong with Trump, like all other trash.

Like · Reply · 32 · 1y

 **Joe Scott** · FIDM San Francisco

Brandy Fisler "But Hillary" and blaming PRESIDENT Obama are no longer relevant responses. Get over it. You won. Now it's time to focus on your guy and hold him accountable for his words, actions, and campaign promises he made to you and the rest of the American people - whether or not we voted for him.

Like · Reply · 37 · 1y

**Show 10 more replies in this thread**

 **Dawn Sardella-Ayres** · University of Cambridge

Raise your hand if you don't think Donald Trump is a legitimate president!

You aren't alone in that assessment by a long shot, Mr. Lewis. And #notmypresident is not hyperbole.

Like · Reply · 489 · 1y

 **Daniel Helms**


**Alice Tennant**
Robert Modric how the fuck is this fake lmao

Like · Reply · 76 · 1y


**Katie Burlington**
Robert Modric fake troll

Like · Reply · 51 · 1y

**Show 10 more replies in this thread**


**Eduarda De Souza Queiroz** · Rockville, Maryland
When I say he's not my president, don't fucking tell me he is. I didn't choose him and neither did most of the United States. He didn't give birth to me so I don't owe him anything. That includes a title. His mama named him Donald so imma call him Donald.

Like · Reply · 86 · 1y


**Alana Sims**
"His mama named him Donald so imma call him Donald."

This.

Like · Reply · 23 · 1y


**Jay Forst** · Charlotte, North Carolina
Dimitri Pappas Go fall in a hole

Like · Reply · 28 · 1y


**Erin Littlefield Murphy**
Dimitri Pappas Um... Eduarda is American, and you're South African. So... go fuck yourself?

Like · Reply · 17 · 1y

**Show 10 more replies in this thread**


**Annette Brewer**
il·le·git·i·mate
ˌiləˈjidəmət/
adjective
1.
not authorized by the law; not in accordance with accepted standards or rules.
"an illegitimate exercise of power by the military"
synonyms: illegal, unlawful, illicit, criminal, felonious; More
noun
1.
a person who is illegitimate by birth. ... See More

Like · Reply · 17 · 1y · Edited


**Virginia Doan** · Mohave Community College
Well he doesn't meet the criteria of any of those definitions so he is legitimate!!!

Like · Reply · 1y


**Annette Brewer**
Virginia Doan "not in accordance with accepted standards" in reference to the knowledge that the Russians

 **Robert Finne** · School of Amateur Pharmacology

Is Donald Trump a scat freak?

I don't know for sure but some people say he is. Its been in the news that Donald Trump is a scat freak so there must be some truth to it. People are saying he is and it sounds perfectly reasonable to me that he would be given his public behaviour.

Like · Reply · 47 · 1y

 **Mitchell Eubank** · Upson-Lee High School

What a shitty thing to suggest.

Like · Reply · 38 · 1y

 **William Wu**

Mitchell Eubank he is sure to leave a mark

Like · Reply · 25 · 1y

 **Mitchell Eubank** · Upson-Lee High School

William Wu This will surely leave a stain on his legacy

Like · Reply · 23 · 1y

**Show 10 more replies in this thread**

 **SB Conroy**

This was purely a political move by Congressmen Lewis, but it's also pretty genius. If you say something negative about Trump, Trump can't help himself but to attack. He has skin thinner then pantyhose and he has no self control. It takes next to nothing to bait Trump. Congressmen Lewis WANTS Trump to question his integrity especially on MLK weekend. Even though the election was legally won (no voting booth tampering) the win is completely tainted by Russian involvement and this drives Trump insane. Lewis knows it's a legal win but calling it illegitimate will drive Trump to question the integrity of a renowned civil rights leader on MLK weekend. It's genius and Trump fell for it.

Like · Reply · 71 · 1y

 **Robert Lee** · Group Fitness Instructor/Personal Trainer at CRUNCH

Not only genius, but truth. John Lewis is the last man whos motives you would want to question. Trump has no integrity, most of the world already knows this. Purely polictial move??? I see your intentions,you just can't handle the truth. It's America, you're intitled to your opinion.

Like · Reply · 21 · 1y

 **SB Conroy**

Okay Robert calm down. I completely agree with Congressmen Lewis and I know what he said was true. You don't have to be combative with people who even agree with you just because it's the internet.

Like · Reply · 12 · 1y

 **Kagami Maeda** · UCLA

I'm sorry, but if Trump has thin skin, he would have dropped out. Someone says you're not a legitimate president, adn you are supposed to be quiet? Trump knows he can't be quiet. If he's quiet, he WILL be buried. We all know it. If Trump is quiet, none of his plans will get done. If he had thin skin, he would have dropped out. Think skin is getting all sad and mopey and hiding away. Making a comment back to someone is not thin skin, I'm sorry. Trump even asked Lewis to help him!

Like · Reply · 1 · 1y

**Show 7 more replies in this thread**

 Legitimate or not, the man is certainly utterly unqualified. #notmypresident

Like · Reply · 323 · 1y

 **Ginmar Rienne** · Bellevue, Washington

Robb Nunya Christ, that is idiotic. Obama had been a Senator and worked as an artist for years, in addition to being extremely intelligent, a Harvard graduate, and the first black editor of the Harvard law review. Plus.....he got Michelle to marry him. That says a lot. (Michelle would make an extraordinary President on her own.)

Hillary Clinton was a two-term Senator AND former Secretary of State, aside from being a former First Lady of Arkansas AND the United States. She has dedicated her life to public service since before even graduating from school, working to better the lives of the poor and the disadvantaged.

Trump is a raging giant baby whose only talents are in fraud, lying, and .....well, he doesn't have a third talent. His resumé is full of failures, frauds, lawsuits, bankruptcies, failed marriages, tax cheats, sexual impositions on women, and scams. The only things he's actually good at are lying and being an asshole.

Like · Reply · 413 · 1y · Edited

 **Vienna Flynn**

These Trump supporters seem to think we're still in campaign season. This shit is serious and you need to hold your president to task. The man needs to at least behave like a damn adult

Like · Reply · 230 · 1y

 **Akiyo Nartey** · PhD Candidate/Researcher at Hogwarts School of Witchcraft and Wizardry (Official)

Ginmar Rienne Not to mention that he was a constitutional lawyer?!

Like · Reply · 37 · 1y

**Show 10 more replies in this thread**

 **John Ambrose**

Lets see. Lewis doesnt like Trump beating Clinton so to create FURTHER unrest he spews the treasonous view that an elected president is not "legitimate". Trump replies by saying the congressman should devote his time where it is really needed - in his own district. And you buzzdweb, feel trump is feuding with lewis. Man, these fake news sites really shows their bias.

Like · Reply · 7 · 1y

 **Jay Tanenbaum** · Raleigh, North Carolina

STFU Loser. I guess it wasn't treasonous when Trump kept questioining President Obama's birth certificate.

And, I understand your sorry self when you call this a fake news site. Please point to one thing in the article that is factually incorrect. You can't, so like all the other stupid morons that support Trump, you trash it. Does it hurt being that stupid?

Like · Reply · 32 · 1y

 **Jeriana Stidham** · New York, New York

treason? lol

Like · Reply · 8 · 1y

 **John Ambrose**

Jeremy Grompone yes!

Like · Reply · 1y

**Show 10 more replies in this thread**

"A congressman"? John Lewis is a legend who fought for peoples' rights and nearly died for it. The man is a legend.

Like · Reply · 173 · 1y

 **John Ambrose**

May be a legend but he is wrong and divisive

Like · Reply · 7 · 1y

 **Francisco Diaz** · University of Pennsylvania

John Ambrose the only divisive ones are the cops who beat him in the 60's for challenging segregation and the racist cabinet set to bring it back

Like · Reply · 128 · 1y

 **Regena Levy**

John Ambrose ,how silly you are to call Mr.Lewis divisive,I guess Donald was MARCHING and getting HOSED,and who talked more CRAP about divisiveness
then Donald,Read a book inform yourself A Mind is a Terible thing to Waste and apparently you've wasted yours in supporting Donald.

Like · Reply · 43 · 1y

**Show 10 more replies in this thread**

Load 10 more comments

Facebook Comments Plugin



29 Products For Anyone Who Loves Sleeping More Than They Love People



Answer These Seven Questions And We'll Reveal Which Candy You Are



Milo Ventimiglia Revealed What He'd Write On Jack's Gravestone And It'll Destroy You



34 Books People Refuse To Read That Will Surprise You





Case 0:17-cv-60426-UU    Document 260-9   Entered on FLSD Docket 10/22/2018    Page 18 of 20






Design A House In Eight Steps And We'll Guess Your Dream Job

17 Lazy Ass Kids Who Will Make You Go, "Like, Seriously?!"




35 Things That'll Have Everyone Asking "Where Did You Get That?"

This Quiz Will Reveal Your Relationship Status A Year From Now




The CEO Of PepsiCo Said They're Considering Making Chips For Women And People Are Exceptionally Confused

These Random Questions Will Reveal Which New Diet Coke Flavor You Should Try






I Just Realized Something Really Obvious About "Friends" And I'm Embarrassed



17 Delicious And Easy One-Pan Dinners You Need In Your Life



17 Times The Kardashians Dropped Hints About Kylie's Pregnancy And Had Us All Stressed



What % Funny Are You?



Uma Thurman Posted Footage Of Her "Kill Bill" Set Crash That She Says Was Covered Up



What's Your Favorite Line Of Poetry?









11 Moisturizers You And Your Skin Will Totally Swear By



Chrissy Teigen Documented Kris Jenner Falling Into A Table, Breaking It, And Faceplanting The Sofa And It's Hilarious



Build A Dream House And We'll Tell You Which "New Girl" Character You Are



What's The Most Embarrassing Thing That's Ever Happened To You At A Restaurant?



The Best New Stuff From Forever 21, ASOS, H&M, Topshop, And Zara This Week



If You Get 10/10 On This Black Hair Quiz, You Need To Start A YouTube Channel ASAP





# EXHIBIT 21



BuzzFeed   Quizzes   Tasty   More ⌄

# BuzzFeed's Editor Explained The Decision To Publish The Unverified Trump Dossier

Ben Smith appeared on CNN to discuss BuzzFeed News' decision to publish the unverified dossier on Donald Trump's alleged ties to Russia.

Posted on January 15, 2017, at 12:46 p.m.



**Tasneem Nashrulla**
BuzzFeed News Reporter



*video-cdn.buzzfeed.com*

BuzzFeed Editor-in-Chief Ben Smith appeared Sunday on CNN after days of criticism from the network and others of his controversial decision to publish an unverified dossier containing explosive allegations of Donald Trump's ties to Russia.

"We're proud we published it," Smith told Brian Stelter of *Reliable Sources*, adding he believed it was "clear it was the right thing to do."

On Tuesday, BuzzFeed News published a 35-page unverified dossier compiled by a former British intelligence official which alleged that Russia had compromising information on Trump.

The report was published hours after CNN reported that a two-page synopsis of the report was given to Trump and President Obama.

Share                    Share

"I guess we thought that it was important when you had a blanket claim like, 'He was compromised by the Russian intelligence,' to share the details. I think that's important," Smith said.

The decision to publish the unverified dossier sparked a fierce media ethics debate.

The *Washington Post*'s media columnist, Margaret Sullivan, wrote that BuzzFeed "crossed the line" in publishing the dossier.

"It's never been acceptable to publish rumor and innuendo," she wrote.

Some CNN anchors also publicly criticized BuzzFeed's decision to publish the unverified report.

But others, including the managing editor of the *Columbia Journalism Review* and the president of the nonprofit investigative site *ProPublica*, defended the decision.



*CNN*

Smith told Stelter that the decision to publish the dossier was the right thing to do considering it was "really about an incredible fight among the highest levels of US power, but away from the eyes of the American people over this document, and over the claims."

"And to say, you and I have here between us a secret document with explosive, dark claims, and we don't — you guys on the other side of the camera can't see it, but we can — I don't really understand."

"If you're going to report on a document, the presumption is that you share the document with your audience, let them know what you know," Smith said, adding that the audience should be treated with respect.

BuzzFeed's decision also provoked the president-elect to on Wednesday call the website a "failing pile of garbage."

After Trump then also called CNN "fake news," the network released a statement distancing itself from BuzzFeed's reporting, saying Trump's team was using Smith's decision "to deflect from CNN's reporting."

Smith on Sunday addressed CNN's attempts to call out the Trump team for "conflating" both news organizations'

"Here's obviously an attempt to divide the press, to turn us on each other, and to turn reasonable differences about editorial decisions into screaming matches between us on this show," Smith said. "I think that's a trap that the media has obviously repeatedly fallen into over the last couple of years, but I think it's better not to right now."

### These Reports Allege Trump Has Deep Ties To Russia

buzzfeed.com

### What You Need To Know About The Secret Trump Dossier

buzzfeed.com

Tasneem Nashrulla is a reporter for BuzzFeed News and is based in New York.
Contact Tasneem Nashrulla at tasneem.nashrulla@buzzfeed.com.

Got a confidential tip? Submit it here.

News moves fast. Keep up with the BuzzFeed News daily email!

| Your email address | Sign up |
|---|---|

**34 Comments**                                                     Sort by   Top



Add a comment...



**Elizabeth Timmers**
I am glad they published it, it is upto each person to believe unverified info or not. The press and the president are not meant to be buddies and Trump's decision of not answering any questions to CNN or Buzzfeed is inmature. This won't be the first time unverified information comes out and he should be able to answer questions about that stuff.

However, if nothing on the dossier is true, why the big fuzz about the media talking about it? If it quacks like a duck...

Like · Reply ·   21 · 1y



**Clarissa Ceffalo**
"I am glad they published it, it is upto each person to believe unverified info or not."

The job of a journalist is to fact check, fact check, fact check. From day one at my university, we were taught to n e v e r publish anything that we're not 110% certain about. This is not journalism, this is muckraking.

I'd recommend staying away from The Onion, by the way... none of those stories are verified.

Like · Reply · 15 · 1y



**Rusty Sharp**

Right i mean anti gay groups should publish docs all the time about gays being closet pedophiles also news organizations should show these with zero disclaimers that way the public can decide whats true or not

Like · Reply · 2 · 1y



**Michelle Lang**

You mean kind of like how Obama barely acknowledges Fox, unless he is tearing them down in his statements?

Like · Reply · 1y

**Show 4 more replies in this thread**



**Deb Dobson**

Thank you Ben Smith, keep up the good work! I am so glad to finally see something and to see the suspicions of people other than myself. This has verified so many people's thoughts and feelings, WE ARE TIRED OF HAVING THE INFORMATION KEPT FROM US BASED ON SUBJECTIVE OPINIONS ABOUT WHETHER IT *SAFE* FOR THE PUBLIC TO DETERMINE WHAT IS AND ISN'T TRUE!

Like · Reply · 23 · 1y



**Martha Hatcher** · Atlanta, Georgia

I don't think the majority of the public is even educated enough to have the suspicions that you and others had. Most of the people here commenting didn't even read the dossier. A lot of it makes sense to me. I'm not saying I think all of it's true. I think about why would Trump say NATO was outdated, why did he say that Russia wouldn't go into Ukraine ( when we know they have) and He also said we should help Russia fight ISIS ( when we know that Russia is clearly just trying to keep Assad in power and has been attacking rebels more than ISIS). Now we get to sit back and watch to see if Trump tries to undue the sanctions and weaken nato.

Like · Reply · 7 · 1y



**Deb Dobson**

Martha Hatcher I agree with you, but I didn't read the dossier, I don't think I need to read it to believe in my own gut instincts, so many signs along the way, but when the fake bombing in NJ and then NYC happened it is very clear this is mob type crimes driven by an ex KGB'r. It is time to stop hiding from the people what is very easy to logically deduce. Complacency has no place in this matter, NONE what so ever. Sorry that it doesn't work with the "when they go low" saying in this respect, this man and those around him need to be stopped, even if we have to loose our lives over it, our children deserve better than denial, like what happened with Hitler.

Like · Reply · 1 · 1y



**Sandra Woods** · Works at Self-Employed

Martha Hatcher Trump lies,,, But his mouth & actions reveals corruption...Oxymoron I know...but he tellls us things then twist them into a denial after realizing he said too much.

Like · Reply · 1 · 1y

**Show 3 more replies in this thread**



**Lenore Andrews**

All I can say is thank you. Republicans would have buried this. We know they were working together with the

speculation as to why this is, the ties between the two camps, the money and the rhetoric. This would never have been investigated by the FBI, because they can no longer be trusted under Comey. He sat on this and is still not investigating. Trump has a long history ... See More

Like · Reply · 🖒 8 · 1y

 **Tom Sullivan** · Founder/Owner at Pollinators Welcome

Very well put Lenore.

Like · Reply · 1y

 **Roger Ensor** · Building Operations Supervisor at Baltimore County Public Schools

it all about dnc and the clinton corruption democrats and liberal will try anything to try to take trump what a joke i hope all of the dnc and the clintons and obama go down they are all crooked

Like · Reply · 3w

 **Dave Cameron** · South Milwaukee, Wisconsin

Roger Ensor You may have to live with disappointment like a good Trumpanzee

Like · Reply · 3w

**Show 1 more reply in this thread**

 **Sally Richardson** · University of North Alabama

Journalism is dead!! Take everything you read on Buzzfeed and most other news organizations with a grain of salt. Most So called Journalist has an adgenda. In Buzzfeeds case it is to delegitimize Trumps Presidency. Drop Buzzfeed and CNN

Like · Reply · 🖒 5 · 1y · Edited

 **Sanji Joshi**

Sir .. we need to take it with a SACK of SALT .. i wish these so called journalists were to report like this in North Korea or Saudi ....

Like · Reply · 1y

 **Dave Cameron** · South Milwaukee, Wisconsin

Delegitimizing the Trump administration is done quite nicely by the old yam himself and his troop of Trumpanzees. They need no help.

Like · Reply · 3w

 **Brad Wunschel**

My comments are unverified and full of errors....

I'm not a Trump fan. I was told by a friend of mine that he saw a dossier that said the editor of Buzzfeed open mouth kissed a horse and may have had sexual relations with a goat. This is comparable to Buzzfeed posting things about Trump with no proof. If it has no proof then starting a frenzy over the possibilty seems very inappropriate. Once again let me state that I'm not a Trump guy. Obviously you posted this story to get attention. It's a business. I get it. I can no longer look to you for information on news stories. I look at you often ... See More

Like · Reply · 🖒 40 · 1y

 **Brad Wunschel**

And also one more thing, you can't say that your readers are all adults and can make their own decisions while posting stories about "Find out which Disney prince you should marry" or "Find out if you belong with the Backstreet Boys or Nsync". Obviously the readers of this website are not 'all' adults.

Like · Reply · 🖒 25 · 1y

 **Abe Velez** · Internship at Free Social Events

Buzzfeed a failing pile of Liberal garbage



**Cody Gray**

Your comparison would only be apt if the rumors you heard about the editor of buzzfeed had been circulating the highest levels of government and the media for months, and that the allegations were compiled by a respected member of the British intelligence community (who is respected enough for the American CIA and FBI to not immmediately dismiss as nonsense). Given Trump's clear affinity for Putin and Russia, and his cabinet members ties to the Kremlin, it was absolutely the right thing to do to release this dossier, whether or not it turns out to be true or can even be verified. You might hav... See More

Like · Reply · 26 · 1y

**Show 8 more replies in this thread**



**Tammy Cady** · University of Montana

This is my take on the whole thing: I didn't automatically believe everything I read in the memos, and I don't care about some of it (like prostitutes, peeing or otherwise). I understand what the word "unverified" means. There's no evidence that anything in the dossier happened. It doesn't change my opinion one way or the other about Trump or his associates. I do think it's important to keep in mind that the dossier has been circulating in D.C. for some time (meaning, it wasn't dismissed out of hand as flummery); that the British former intelligence officer who put it together is generall... See More

Like · Reply · 8 · 1y



**Alicia Samples**

BRAVO for publishing a document that the main stream media had been aware of for some time. The information in the dossier has not been verified and they clearly stated that it has not. Instead of trying to parse through the doc and pick/choose what people should see, it was released in its entirety. Now it is available for everyone to review and come to their own conclusions. And it is available for anyone that wants to investigate or try to confirm/deny the allegations that it contains. If someone goes on to prove that everything in it is a lie I don't see the harm.

Like · Reply · 6 · 1y



**Bill Abernathy** · Works at Newcastle Homes

Buzzfeed old and busted: Russians are peddling fake news to help Trump, we still have no proof

New hotness: decide for yourself based on this fake news we just provided about trump from our russian sources lol.

Like · Reply · 6 · 1y



**William Morales**

I don't think it matters,who in their right mind would come here for news and believe it? 5 minutes tells you buzzfeed has an agenda and it's ok. I love buzzfeed, it's hillarious but you shoulld never take their news or poltical articles without a grain of salt. This country needs the left and the right, it keeps us in balance. What we don't need is to hate each other and not treat each other as human beings. We're better than this.

Like · Reply · 4 · 1y



**Betsy White** · Partner at Sheppard, White, Kachergus & DeMaggio PA

Thanks for publishing. I am sure there is more to come.

Like · Reply · 14 · 1y

**Load 10 more comments**

Facebook Comments Plugin

BuzzFeed Home
Sitemap
© 2018 BuzzFeed, Inc.

# EXHIBIT 22



BuzzFeed     Quizzes     Tasty     More ⌄

**Developing...**

## Putin Says Dossier Is An Obama Administration Attempt To Undermine Trump

When asked about Trump's alleged sexual activities with prostitutes at a Moscow hotel, Putin said the allegations were "fake."

Originally posted on January 11, 2017, at 4:03 a.m.

Updated on January 17, 2017, at 6:17 a.m.

**BuzzFeed News**
BuzzFeed News



*DON EMMERT / Getty Images*

### Here's What's Happening

- President-elect Donald Trump said the allegations contained in an unverified dossier —

Share        Share

president-elect — "didn't happen" and are "a disgrace."

- Trump didn't answer whether he or anyone on his team had communications with Russian officials during the campaign.

- When asked about specific allegations in the dossier concerning a Moscow hotel room, Trump said that he is always cautious when he travels overseas and added, "I'm also very much of a germophobe."

- Trump, Mike Pence, and a spokesman strongly criticized BuzzFeed News for publishing the dossier. Trump congratulated other news outlets for not running it, and said it would be a "tremendous blot" on intelligence agencies if they leaked it.

- Here's what you need to know about the dossier. The author was reportedly revealed on Wednesday.

- The leaders of the Senate Intelligence Committee announced an inquiry into "concerns related to Russia and the 2016 US election."

- A lawyer for Trump, Sheri A. Dillon, said he would put his business assets in a trust, but not divest. His company, now run by his sons, will still go after deals in the US — but not abroad — while he is president.

- Also, the lawyer said, Trump will "donate all profits from foreign government payments made to his hotels to the United States Treasury."

- The head of the US Office of Government Ethics, however, said Trump's plan "doesn't meet the standards" that every president in the past four decades has met.

- Here is what will happen to Trump's businesses once he's president.





*Timothy A. Clary / AFP / Getty Images*

## Updates

🕐 Posted at January 17, 2017, at 6:17 a.m.

### Putin says dossier is an Obama administration attempt to undermine Trump



*Mikhail Klimentiev / AFP / Getty Images*

Russian President Vladimir Putin accused the outgoing Obama administration of trying to undermine President-elect Donald Trump, saying that allegations in the dossier published last week are fake.

Speaking after a meeting with the president of Moldavia, Putin said the dossier was part of an attempt by the Obama administration to undermine the Trump's "legitimacy," the AP reported.

When asked about Trump's alleged sexual activities with prostitutes at a Moscow hotel, Putin said the allegations were "fake."

He later pointed out that Trump worked for years on Miss Universe, so why would he be interested in Russia's prostitutes, although Putin added that they are the best in the world, according to the Kremlin pool journalist.

🕐 Posted at January 13, 2017, at 4:19 p.m.

## Spy agencies around the world are digging into Trump's Moscow ties

The dossier alleging that the Russian government has compromised President-elect Donald Trump has not only been circulating at the highest levels of the the US government, but also among the intelligence agencies of other countries, two Israeli intelligence officers told BuzzFeed News.

And while the dossier's claims haven't been verified, the officers said that intelligence services from other countries have been doing their own digging into Trump's connections to Moscow.

"You can trust me that many intelligence agencies are trying to evaluate the extent to which Trump might have ties, or a weakness of some type, to Russia," one of the intelligence officers said.

Read more here.

*—Sheera Frenkel*

🕐 Posted at January 13, 2017, at 3:41 p.m.

## Republican Senator says Committee on Intelligence will look at possible Russian links to Trump campaign





*Alex Brandon / AP*

The Senate Select Committee on Intelligence will look into Russian involvement in the presidential election, including possible links to individuals in Donald Trump's campaign, the chairman of the committee announced Friday in what is a reversal of his earlier position.

"We believe that it is critical to have a full understanding of the scope of Russian intelligence activities impacting the United States," Sen. Richard Burr (R-NC) said in a joint statement.

The announcement came one day after Burr told reporters that the issue did not fall under the committee's scope.

"We don't have anything to do with political campaigns," Burr said Thursday, according to *Politico.*

The inquiry will look at the intelligence collected by various agencies regarding Russian activities during the presidential election and any possible links "between Russian and individuals associated with political campaigns."

"The Committee will follow the intelligence wherever it leads," including interviewing members of both the incoming and outgoing administrations, according to the statement.

According to the announcement, the scope of inquiry will include:

- A review of the intelligence that informed the Intelligence Community Assessment "Russian Activities and Intentions in Recent US Elections"

- Counterintelligence concerns related to Russia and the 2016 U.S. election, including any intelligence regarding links between Russia and individuals associated with political campaigns

- Russian cyber activity and other "active measures" directed against the U.S., both as it regards the 2016 election and more broadly.

In December, Burr's office stated the committee planned to review cyber activity conducted by the Russian government and aimed at the presidential election, as well as "other specific aspects of Russian behavior."

This new review, however, will also include possible links between the campaigns and the Kremlin.

*—Salvador Hernandez*



🕐 Posted at January 12, 2017, at 5:33 p.m.

### FBI Director James Comey was the one who briefed Trump on Russian report



*Cliff Owen / AP*

FBI Director James Comey was the one who briefed Donald Trump about a report alleging Russia

reported Thursday.

Trying to push back against the allegations made in the report, Trump did not say during a news conference Wednesday whether he was briefed on the allegations included in an intelligence synopsis, stating only that he read about them outside the meeting.

His former campaign manager, Kellyanne Conway, also said on *Late Night With Seth Meyers* the president-elect was not aware of the report and, in an interview with CNN's Anderson Cooper, avoided the question altogether.

But on Thursday, CNN and ABC News reported the head of the FBI had a one-on-one with Trump last week to discuss the allegations made in the dossier.

BuzzFeed News published the 35-page document that the briefing was based on.

CNN reported that the heads of the US intelligence agencies decided Comey should be the one to brief the incoming president about the incendiary allegations compiled by a private security company.

*—Salvador Hernandez*

---

🕐 Posted at January 12, 2017, at 10:00 a.m.

## Biden says he and Obama were briefed about unsubstantiated claims over concerns they might leak





*Chris Kleponis / AFP / Getty Images*

Vice President Joe Biden said Thursday intelligence officials briefed him and President Obama about the unverified claims made about Donald Trump out of concern the information may leak, the Associated Press reported.

Biden told the AP he was initially surprised officials felt the need to brief him over unsubstantiated claims, adding that "it's something that obviously the agency thinks they have to track down."

The vice president added that he and Obama did not request additional details.

"As a matter of fact, the president was like, 'What does this have anything to do with anything?'" Biden said. Intelligence leaders responded, "Well, we feel obliged to tell you, Mr. President, because you may hear about it. We're going to tell him," referring to Trump.

Biden also took issue with Trump's public denouncement of US intelligence officials and his comparison Wednesday of US spy agencies to Nazi Germany.

"The one thing you never want to invoke is Nazi Germany, no matter what the circumstances," Biden said. "It's an overwhelming diversion from the point you're trying to make."

*—Mary Ann Georgantopoulos*

---

🕐 Posted at January 11, 2017, at 7:05 p.m.

### Director of National Intelligence told Trump that no judgment has been made on whether document is reliable





*Evan Vucci / AP*

Director of National Intelligence James Clapper told President-elect Donald Trump Wednesday night that he is dismayed by leaks to the press, and that intelligence agencies have not made any judgment as to whether the documents published by BuzzFeed News are "reliable."

At a news conference earlier in the day, Trump suggested the leak of the document might have been made by the intelligence community.

Clapper, however, addressed that concern to the president-elect.

"I do not believe the leaks came from within the IC," Clapper said in a statement referring to the intelligence community. "We both agreed that they are extremely corrosive and damaging to our national security."

Clapper also stated that while intelligence agencies have "not made any judgment that the information in this document is reliable," it was included "to ensure policymakers are provided with the fullest possible picture of any matter that might affect national security."

*—Salvador Hernandez*

---

🕐 Posted at January 11, 2017, at 2:56 p.m.

## Director of US Office of Government Ethics says Trump's plan "doesn't meet the standards" of past presidencies



President-elect Donald Trump speaks as one of his attorneys listens.
*Seth Wenig / AP*

Walter Shaub, the director of the US Office of Government Ethics (OGE), criticized the president-elect's plan to place his business interests in a trust, saying it "doesn't meet the standards" that previous presidents have met over the past 40 years.

"The idea of setting up a trust to hold his operating businesses adds nothing to the equation," Shaub said at the Brookings Institution Wednesday. "This is not a blind trust — it's not even close."

Shaub, who has been calling for Trump to divest himself from his financial interests, said Trump's proposed plan doesn't even meet the standards some of his cabinet picks are meeting, pointing specifically to secretary of state nominee Rex Tillerson.

Tillerson's actions to remove himself from his financial interests at ExxonMobil mean he "is also forfeiting bonus payments worth millions. As a result of OGE's work, he's now free of financial interests."

Trump's plan to have his children lead the trust, however, does not meet the same goals, Shaub said.

Trump will continue to be personally aware of his companies and buildings, as well as his financial interests.

"That's not how a blind trust works," Shaub said.

He asked for the president-elect to continue to work with his office, and to remove himself from his financial interests.

"The signals a president sends set the tone for ethics across the executive branch," he said.

Though doing so could be deemed a "sacrifice," Shaub said it's no more significant than the sacrifice others make to serve their country.

"He's going to be asking his own appointees to make sacrifices. He's going to be asking our men and women in uniform to risk their lives in conflicts around the world," Shaub said in his prepared remarks. "So, no, I don't think divestiture is too high a price to pay to be the president of the United States of America.

*—Salvador Hernandez*

---

🕐 Posted at January 11, 2017, at 12:52 p.m.

## BBC reporter says other intelligence agents knew about compromising Trump tapes

The dossier of allegations that Donald Trump was compromised by Russia has been circulating among journalists and politicians for months, but on Wednesday, BBC reporter Paul Wood said he had heard similar allegations from other sources.

Wood said a member of the US intelligence community told him of compromising material against Trump via a report from an Eastern European intelligence agency. Wood also said a contact with connections to the CIA had told him that Russia had multiple video and audio tapes of Trump in compromising positions.

Wood's report was among the first corroboration of the inflammatory dossier, which was put together by a former British intelligence agent. BuzzFeed News and other media have been unable to verify it.

"Having said all that, nobody's seen this tape," Wood said. "We're talking about intelligence here, and nobody should believe something just because an intelligence agent says it, still less an anonymous intelligence agent."

But, Wood noted, the intelligence was deemed credible enough by the CIA for it to be passed on to President Obama, as well as Trump and congressional leaders.

## Listen to his report here:



*youtube.com*

---

🕐 Posted at January 11, 2017, at 12:14 p.m.

**Trump supporters reacted to the dossier allegations outside the press conference**





Mary Kelley
*Remy Smidt*

Several Trump supporters gathered outside Trump Tower in Manhattan on Wednesday — many of them tourists — as the president-elect was holding a press conference addressing the allegations contained in a dossier saying he has deep ties to Russia.

Mary Kelley, who was visiting New York from San Francisco, said she didn't have an opinion yet on the president-elect's reported deep ties to Russia: "I think it's probably fake news, we'll see."

Marc Smith, who said he was an Army veteran from Orlando, said he was unfazed by potentially heavy Russian involvement. "It has happened before," Smith said. "I believe they dabbled in this election; they've been doing it."

And a man who called himself "a proud Trump supporter," John Costa, said: "I don't react to would've, could've, should've, maybe, allegedly. I only react to facts." He added: "I find the rumors that are currently circulating humorous."

Costa also said that the hack of DNC emails, which officials said was done by Russia to benefit Trump, did not concern him. "Everyone engages in hacking. Israel does it. Japan does it. The CIA does it. The FBI does it and Russia does it."

"It's not an isolated incident," he said. "I accept it as, you know, everyday business. It's just the world we live in...someone is probably hacking your phone right now." —*Remy Smidt*

## White House press secretary says Trump hasn't tried to disprove accusations

White House press secretary Josh Earnest said the president-elect has fallen short of meeting the "bare standard of transparency" in proving that accusations lodged against Trump are false.

Earnest went on to compare the current accusations to the "birther" conspiracy theory — stoked for years by Trump — that president Obama was not born in the United States.

"The conspiracy theories were propagated even in the face of significant, overwhelming, and convincing evidence," Earnest said, referring to the president's birth certificate.

He went on to say that Obama's administration sought to disprove the claims by providing evidence against it, whereas Trump's administration has taken a different approach.

"There's ample evidence they could marshal to make public, to refute those claims, those accusation they say are baseless, but they refuse to do so," Earnest said. "That kind of secrecy only serves to sow public doubt. If you recall, during the campaign as the president-elect was refusing to release his tax returns, people were asking what he's hiding. People are asking that question again."

Earnest concluded by saying that even though the Obama administration may not always agree with a news organization's editorial decisions, "the administration deeply respects and will protect" them.

"We respect that independent news organizations should make decisions independent of any government interference."

*—Mary Ann Georgantopoulos*

🕐 Posted at January 11, 2017, at 11:52 a.m.

## Here's what will happen to Donald Trump's businesses once he is president





*Chip Somodevilla / Getty Images*

At his news conference Wednesday, Donald Trump and lawyer Sheri Dillon outlined how he will remove himself from day-to-day involvement in his businesses after assuming the presidency.

Trump's vast network of business interests in the US and around the world have been cited as a major source of potential conflicts of interest for the president-elect.

Who will run the Trump Organization, or run it once he's gone? What about deals with overseas partners?

For a rundown on what will happen to those business ventures as Trump moves into the White House, go here.

*—Matthew Zeitlin*

---

🕐 Posted at January 11, 2017, at 11:50 a.m.

### Christopher Steele, a former British intelligence officer, has been identified as the author of the unverified dossier on Trump's alleged ties to Russia, the *Wall Street Journal* reported

Sources told the *WSJ* that Steele, now a director of a London-based private security and investigations firm, produced the dossier containing explosive allegations of Trump's deep ties to Russia.

Steele, 52, is one of the two directors of the Orbis Business Intelligence Ltd., which, according to its website, was founded in 2009 by former British intelligence professionals.

The firm describes itself as a "leading corporate intelligence consultancy" which provides "senior decision–makers with strategic insight, intelligence and investigative services" to "protect their interests worldwide."

*— Tasneem Nashrulla*

---

🕐 Posted at January 11, 2017, at 9:20 a.m.

### Trump's message to Putin on hacking: "He shouldn't be doing it, he won't be doing it"

Donald Trump said Wednesday that Russian President Vladimir Putin should not have orchestrated the hacking of DNC servers.

"He shouldn't have done it. I don't believe he will be doing it more now," Trump told reporters.

"Russia will have much greater respect for our country when I'm leading it than when other people have led it," Trump said. "We're either going to get along or we're not. I hope we get along, but if we don't, that's possible too."

*—Tasneem Nashrulla*

---

🕐 Posted at January 11, 2017, at 9:17 a.m.

### Trump criticizes BuzzFeed News as a "failing pile of garbage" after being asked about comparing dossier's publication to "Nazi Germany" tactic

Trump called BuzzFeed News a "failing pile of garbage" for publishing the unverified dossier yesterday.

When asked to clarify his tweet that reads in part, "Are we living in Nazi Germany?" Trump said it was "disgraceful" that intelligence agencies "allowed any information that turned out to be false and fake out."

"That's something Nazi Germany would have done and did do," he said.

Trump went on to say it's "pretty sad when intelligence reports get leaked out to the press."

"I think it's pretty sad," he said. "First of all, it's illegal."

He went on to say that BuzzFeed News should apologize for publishing the dossier and refused to take a follow-up question, telling a reporter, "Your organization is terrible."

*—Mary Ann Georgantopoulos*

---

🕐 Posted at January 11, 2017, at 9:00 a.m.

### Trump will donate all hotel profits paid by foreign governments to the US Treasury

In order to "do more than what the Constitution requires," Trump's lawyer, Sherri Dillon, said the president-elect will donate all profits from foreign government payments made to his hotels to the United States Treasury.

"This way it is the American people who will profit," Dillon said, adding that this step will accomplish Trump's desire to be isolated from his business interests.

Dillon said that paying for a hotel room is not a conflict-of-interest gift that violates the Constitution, but Trump decided to donate the profits in order to "do more than what the Constitution requires."

*—Mary Ann Georgantopoulos*

---

🕐 Posted at January 11, 2017, at 8:49 a.m.

### Trump says he has signed documents handing over "complete control" of his business empire to his sons

Pointing to stacks of documents on a table next to him, Trump said he had signed papers turning over "complete and total control" of his business empire to his sons Donald Trump Jr. and Eric Trump.

Trump's lawyer, Sherri Dillon, then explained the steps taken by the president-elect that would "completely isolate him from the management of the company."

"He further instructed that we build in protections that will assure the American people the decisions he makes and the actions that he takes as president are for their benefit and not to support his financial interests," Dillon said.

Both Dillon and Trump reiterated that he was "voluntarily" taking this on as the conflicts-of-interest

2/5/2016    Trump Says Russia And Obama Administration Claims Are Untrue. Video Doesn't Exist

Case 0:17-cv-60426-UU    Document 260-11    Entered on FLSD Docket 10/22/2018    Page 19 of 43

Dillon said that Trump had instructed her firm to take steps to make it clear "that he is not exploiting the office of the presidency for his personal benefit."

She said that Trump's investments in business assets will be conveyed to a trust prior to his inauguration on Jan. 20.

Dillon said that he had also relinquished leadership and management of the Trump Organization to his sons, Donald Trump Jr. and Eric Trump, along with another Trump executive.

"Together they'll have the authority to manage the Trump Organization and will make decisions for the duration of the presidency without any involvement whatsoever by President-elect Trump," she said.

Dillon also addressed questions of why Trump refused to divest and sell his brand. She said that selling would "exacerbate" the possibilities of conflicts of interests as Trump would be entitled to royalties for the use of his brand.

"President-elect Trump should not be expected to destroy the company he built," Dillon said. She also said that selling the entire Trump Organization "isn't even feasible."

—Tasneem Nashrulla

---

🕐 Posted at January 11, 2017, at 8:45 a.m.


### "I'm also very much of a germaphobe, by the way, believe me," Trump says

Trump cited his germophobia as a possible reason as to why the reports from the dossier about alleged lewd acts on a hotel room bed were untrue.

"Does anyone really believe that story? I'm also very much of a germaphobe, by the way, believe me," Trump said.

In earlier comments, Trump cited his high profile as a celebrity businessman as further evidence as to why the unverified allegations in a dossier published on Tuesday were untrue.

"When I leave our country, I'm a very high-profile person, would you say? I am extremely careful," Trump said. "I'm surrounded by bodyguards. I'm surrounded by people."

The president-elect said his awareness of hidden cameras possibly being places in hotel rooms was further evidence of why such a video would not exist.

"You better be careful or you'll be watching yourself on nightly television. I tell this to people all the time," Trump said, adding that "cameras are so small, with modern technology, you can't see them and you won't know." —*Talal Ansari*

---

🕐 Posted at January 11, 2017, at 8:38 a.m.

### If Putin likes Trump, "that's an asset, not a liability," president-elect says

When asked if he accepts the intelligence community's conclusion that Putin aspired to help him during the election, Donald Trump said he considers that an asset.

"We have a terrible relationship with Russia," Trump said. "Russia can help us fight ISIS. If Putin likes Donald Trump, guess what, folks, that's called an asset, not a liability."

Trump went on to say that he doesn't know if he is going to get along with Putin, but that he hopes he does.

"But there's a good chance I won't," he said. "And if I don't, do you honestly believe that Hillary would be tougher on Putin than me?"

—*Mary Ann Georgantopoulos*

---

🕐 Posted at January 11, 2017, at 8:36 a.m.

### Trump says allegations in dossier was "fake news" and "phony stuff"

Trump said it was "an absolute disgrace" that information contained in the unverified dossier was let out.

Without revealing what happened at the meeting where he was briefed on the allegations contained in the report, Trump said he read the information.

"It's all fake news. It's phony stuff. It didn't happen," he said.

Trump said it was a group of his opponents that "got together — sick people — and put the crap together."

Addressing the hacking of the DNC servers, Trump said, "I think it was Russia." —*Tasneem Nashrulla*

---

🕐 Posted at January 11, 2017, at 8:33 a.m.

### Trump says dossier might have been released by the intelligence agencies

President-elect Donald Trump, speaking at his first press conference since July, said it would "be a tremendous blot on their record" if intelligence agencies leaked the dossier, published by BuzzFeed News on Tuesday night, that contained unverified reports about Trump's ties to Russia.

The President-elect also thanked news organization that did not report on the dossier, and singled out "primarily one group," most likely a reference to BuzzFeed News, "and one television station," a reference to a CNN report about the dossier that proceeded BuzzFeed News' publishing of the dossier.

"I do have to say that, and I must say that I want to thank a lot of the news organizations here today because they looked at that nonsense that was released by maybe the intelligence agencies, who knows, but maybe the intelligence agencies, which would be a tremendous blot on their record if they, in-fact did that, a tremendous blot, because a thing like that should have never been written," Trump said. "It should had never been and it should certainly never have been released."

—*Talal Ansari*

---

🕐 Posted at January 11, 2017, at 8:27 a.m.

### ICYMI, BuzzFeed News Editor in Chief Ben Smith on Tuesday night defended his decision to publish the Trump dossier



"We published the dossier, which Ken Bensinger obtained through his characteristically ferocious reporting, so that, as we wrote, 'Americans can make up their own minds about allegations about the president-elect that have circulated at the highest levels of the US government,'" Smith wrote in a memo to staff.

"Our presumption is to be transparent in our journalism and to share what we have with our readers. We have always erred on the side of publishing. In this case, the document was in wide circulation at the highest levels of American government and media. It seems to lie behind a set of vague allegations from the Senate Majority Leader to the director of the FBI and a report that intelligence agencies have delivered to the president and president-elect," he wrote.

*—David Mack*

🕐 Posted at January 11, 2017, at 8:26 a.m.

## Vice President–elect Mike Pence called publication of unverified dossier an effort to "demean" Trump

Vice President–elect Mike Pence slammed BuzzFeed News' decision to publish a dossier, calling it a "a concerted effort ... to delegitimize this election and to demean our incoming administration."

Pence said it was irresponsible to run with "the false and unsubstantiated report, when most news organizations resisted the temptation to propagate this fake news," adding that the American people

"But today, we'll get back to real news, to real facts," Pence said.

At the start of his opening remarks, President-elect Trump called the dossier "nonsense" that "should have never been written ... and certainly never have been released."

*—Mary Ann Georgantopoulos*

---

🕐 Posted at January 11, 2017, at 8:23 a.m.

### Trump's press secretary Sean Spicer called BuzzFeed News' publishing of the unverified dossier "outrageous and highly irresponsible"

Spicer began Wednesday's press conference by addressing the unverified report published by BuzzFeed News on Tuesday night that contained explosive allegations about Trump's deep ties to the Russian government.

"It's frankly outrageous and highly irresponsible for a left-wing blog that was openly hostile to the president-elect's campaign to drop highly salacious and flat-out false information on the internet just days before he takes the oath of office," Spicer said.

Spicer called BuzzFeed News' decision to publish the dossier and CNN's decision to first report that President Obama and President-elect Trump had been briefed on it a "sad effort to get clicks."

"The report is not an intelligence report, plain and simple," Spicer said, also denying specific allegations in the report about Trump's aids and advisers.

"For all the talk lately about fake news, this political witch hunt by some in the media is based on some of the most flimsy reporting and is frankly shameful and disgraceful," Spicer concluded.

*—Tasneem Nashrulla*

---

🕐 Posted at January 11, 2017, at 8:12 a.m.

### Ahead of Trump's press conference, three men placed a stack of files next to Trump's podium.

At 11 a.m. ET, three men brought stacks of files on a small table right next to the podium from where

No details at this stage about their content.

*—Tasneem Nashrulla*

---

🕐 Posted at January 11, 2017, at 8:08 a.m.

### What you need to know about the secret Trump dossier



*Timothy A. Clary / AFP / Getty Images*

Here are the things you need to know about the fallout from the dossier, published yesterday by BuzzFeed News, alleging that Donald J. Trump has deep ties to the Russian government.

Read more.

*—Anthony Cormier*

---

🕐 Posted at January 11, 2017, at 6:21 a.m.

**Sen. John McCain confirms that he delivered the dossier containing "sensitive information" to FBI Director James Comey**

Jan 11 2017

## STATEMENT BY SENATOR JOHN McCAIN ON RECENT REPORTS

*Washington, D.C.* – U.S. Senator John McCain (R-AZ) released the following statement on recent news reports:

"Late last year, I received sensitive information that has since been made public. Upon examination of the contents, and unable to make a judgment about their accuracy, I delivered the information to the Director of the FBI. That has been the extent of my contact with the FBI or any other government agency regarding this issue."

###

*mccain.senate.gov*

In a statement Wednesday, McCain said that late last year, he received "sensitive information that has since been made public."

"Upon examination of the contents, and unable to make a judgment about their accuracy, I delivered the information to the Director of the FBI," McCain said.

*—Tasneem Nashrulla*

Posted at January 11, 2017, at 5:43 a.m.

**Kellyanne Conway calls dossier fake, says we should be concerned that this information is being divulged**



2/5/2018 Did Some Paople of an Obama Administration File Go To Undoctoring Of...

Case 0:17-cv-60426-UU Document 260-11 Entered on FLSD Docket 10/22/2018 Page 26 of 43



**Good Morning America**
@GMA

WATCH: "This is a report from the internet, not from the intelligence community." - @KellyannePolls on new Trump & Russia allegations

4:10 AM - Jan 11, 2017

36          26          30

In an interview with George Stephanopoulos on *Good Morning America*, Kellyanne Conway responded to the claims levied against President-elect Donald Trump in an unverified dossier, saying that "we should all be increasingly concerned that we have 'intelligence officials' divulging information in an unsourced, unnamed fashion to the rest of us."

"I don't even think this is fake news, I think it is just fake, I would take the news word right out of it," she added. She referred to the dossier as an "internet report," adding that "there's a lot of crap on the internet, as we all know."

Conway said we can't know for sure that this report was mentioned to President Obama and President-elect Trump in a recent intelligence briefing. "We don't know that for a very simple reason: Nobody is allowed to talk about what occurs in this intelligence briefings," she said.

She refuted claims in the dossier that stated that Trump's lawyer Michael Cohen secretly traveled to Prague in August 2016 to meet with Kremlin officials. Conway said she was with the president-elect and Cohen last night and saw Cohen's passport that proves he was not in Prague in August. In fact, she said, Cohen had traveled with his son to USC to meet with the school's baseball coach at that time.

Conway went on to say that a lot of people in the mainstream media interfered in the election to help Hillary Clinton win and they failed.

"On great days we were ignored and on most days we were mocked," she said.

—*Jessica Simeone*

Posted at January 11, 2017, at 5:04 a.m.

## Trump blames US intelligence for allowing "fake news" to leak



**Donald J. Trump**
@realDonaldTrump

Intelligence agencies should never have allowed this fake news to "leak" into the public. One last shot at me.Are we living in Nazi Germany?

4:48 AM - Jan 11, 2017

59,950          31,341          105,603

---

🕐 Posted at January 11, 2017, at 4:27 a.m.

**Trump has tweeted in support of Russia's dismissal of the claims contained in the document, saying it is "paid for by political opponents," a "total fabrication," and "very unfair"**



**Donald J. Trump**
@realDonaldTrump

Russia just said the unverified report paid for by political opponents is "A COMPLETE AND TOTAL FABRICATION, UTTER NONSENSE." Very unfair!

4:13 AM - Jan 11, 2017

21,808          17,077          64,226

**He added Russia had "never tried to use leverage" over him, and that he has "nothing to do" with the country**



**Donald J. Trump**
@realDonaldTrump

Russia has never tried to use leverage over me. I HAVE NOTHING TO DO WITH RUSSIA - NO DEALS, NO LOANS, NO NOTHING!

4:31 AM - Jan 11, 2017

31,648          23,558          83,774

## Kremlin says Trump claims are "fake" and aimed at damaging US–Russian relations



*Drew Angerer / Getty Images*

Moscow has rejected unverified claims about President-elect Donald Trump's ties to the Kremlin that are made in a dossier circulating among US law enforcement agencies and senior politicians, stating that the allegations are intended to damage US and Russian relations.

In a strongly worded statement on Wednesday, Kremlin spokesperson Dmitry Peskov said the document was "an obvious attempt to harm our bilateral relations."

"The Kremlin has no compromising dossier on Trump, these allegations are untrue and are totally made up," Russian news agency TASS reported Peskov as saying Wednesday. "This is called pulp fiction and [such publication] is an obvious attempt to harm our bilateral relations."

*—Rose Troup Buchanan*

Posted at January 11, 2017, at 4:21 a.m.

## These reports allege Trump has deep ties to Russia



*Drew Angerer / Getty Images*

A dossier making explosive — but unverified — allegations that the Russian government has been "cultivating, supporting and assisting" President-elect Donald Trump for years and gained compromising information about him has been circulating among elected officials, intelligence agents, and journalists for weeks.

The dossier, which is a collection of memos written over a period of months, includes specific, unverified, and potentially unverifiable allegations of contact between Trump aides and Russian operatives, and graphic claims of sexual acts documented by the Russians. BuzzFeed News reporters in the US and Europe have been investigating various alleged facts in the dossier but have not verified or falsified them. CNN reported Tuesday that a two-page synopsis of the report was given to President Obama and Trump.

Now BuzzFeed News is publishing the full document so that Americans can make up their own minds about allegations about the president-elect that have circulated at the highest levels of the US government.

*—Ken Bensinger, Miriam Elder, Mark Schoofs*

2/5/2018 Pro Says Poetic? Not America? Administration Files SD TP Indicating 0/422

Case 0:17-cv-60426-UU   Document 260-11   Entered on FLSD Docket 10/22/2018   Page 30 of 43

🕐 Posted at January 11, 2017, at 4:18 a.m.

## Trump's inauguration will have "soft sensuality," and "poetic cadence," according to chair of committee



*Jeff Swenson / Getty Images*

Top inauguration planner Tom Barrack told pool reporters on Tuesday that the event planners are focused on avoiding "a circus-like celebration" when the new president is sworn in next week.

> Pool: Talking about actors... How concerned are you that you have enough performers, people to do readings, songs, all of that? Are you satisfied that you have what you need to fill the day, as it were? A typical inauguration day? Barrack: Overwhelmed. We're fortunate in that we have the greatest celebrity in the world, which is the president-elect; side by side is the current president. ... So what we've done instead of trying to surround him with what people consider A-listers is we are going to surround him with the soft sensuality of the place. It's a much more poetic cadence than having a circus-like celebration that's a coronation. That's the way this president-elect wanted it. I think it will be contributive. It will

he has told you he wants? What are some specific [things] he wants to be part of the day? Barrack: He really wanted it to be about the people, not about him. So his instructions to me — by the way, which is the worst job in America; he gave the best job in America to all the bright people, he gave the party to me —was to figure out how to relate 200 years of history ... and couple hundred billion dollars in investments in a moment where we have to build bridges. He knows what his constituency is and he knows you need to reach out to constituencies who have questions, who have doubts. His instruction to me was the campaign is over, I am now president for all the people. I want you to build a bridge and tie them back in. I want to heal the wounds and I want to get back to work on Saturday morning. Pool: Any new traditions? Barrack: It's a delicate balance between abiding by tradition and the president-elect ... having his own fingerprint on a fresh canvas. Mostly he's abiding by tradition especially in the swearing-in ceremony. In the moment, when you look up that west Capitol entrance and that shift of power, in a moment goes from a very strong powerful man of one party to another very strong powerful man of another — that cadence and tradition of America allowing the power to change like that, it's sacred. So he's kept that pretty much the way it is.

*—Katherine Miller*

🕐 Posted at January 11, 2017, at 4:14 a.m.

## Hispanic leaders push Trump team for a Latino cabinet pick in private meeting





*AP*

Approximately 60 Hispanic leaders met with Trump transition officials Tuesday as Sen. Jeff Sessions' confirmation hearing kicked off just four blocks away.

In the room at Hillsdale College's Kirby Center, where they were offered coffee and Coca-Cola, groups like National Council of La Raza (NCLR), the U.S. Hispanic Chamber of Commerce (USHCC), the National Association of Latino Elected Officials (NALEO), and the League of United Latin American Citizens (LULAC) — some of whom endorsed Hillary Clinton during the campaign — joined members of Trump's Hispanic advisory council, for a wide-ranging conversation on how the incoming administration can better serve the Hispanic community, according to five meeting participants.

*— Adrian Carrasquillo*

---

**249 Comments**      Sort by   **Top**



| Add a comment... |



**Tiffany Jameson**
Aaaand all of a sudden the right has no problem with people making comparisons to the Nazis. But its the left with all the double standards, right?

Like · Reply ·   39 · 1y · Edited



**Ken Jacobs** · Senior Technical Writer & Editor at Virtualtechwriter.com
Yes

Like · Reply ·   1 · 1y



**Samuel Bethune** · Lincoln, Nebraska
Carl Marker And you're an idiot, not to mention a racist.

Like · Reply ·   2 · 1y



**Samuel Bethune** · Lincoln, Nebraska
Ken Jacobs You're apparently more stupid than you look.

Like · Reply · 1y



**Bob Bailey** · Eastern Oklahoma State College

But yet when Trump was pandering the birther conspiracy it was real journalism but when the shoe is on the other foot it's a journalism conspriacy!

Like · Reply · 290 · 1y · Edited



**Garth Hanson** · Los Angeles, California

righttttt???

Like · Reply · 11 · 1y



**Shaudetta O. Bond** · Christopher Newport University

Right!!

Like · Reply · 8 · 1y



**Kelsey Caitlin Maves**

And what did the president do in that case? He simply dismissed the claims if he even acknowledged them at all. Trump is protesting quite a bit for someone in an excellent position to simply ignore any and all unsubstantiated allegations.

Like · Reply · 35 · 1y · Edited

**Show 10 more replies in this thread**



**Gio Con**

Why is Buzzfeed spreading fake news about Trump? Could it be because of Buzzfeed's ties with Chelsea Clinton? Buzzfeed is on the top of my "fake news" list. Anyone believing a word of this rag has been played.

Like · Reply · 93 · 1y



**Laura Elizabeth** · Ottawa, Ontario

Yet here you are, giving them traffic and earning them money.

Like · Reply · 85 · 1y



**Don Ray**

There it is, the "but Clinton" statement we've all been waiting for.

Like · Reply · 72 · 1y



**Sam Wright**

Laura Elizabeth yea it sucks that we are giving buzzfeed money but that dosn't mean there not fake news

Like · Reply · 6 · 1y

**Show 10 more replies in this thread**



**Carlos Lara**

The superior leader is in big trouble, all polls are showing his "favorability" falling really hard making

An impeachment is already on its way.

Like · Reply · 158 · 1y · Edited



**John Kanca III** · Works at Self-Employed

Psst, Carlos. It was a hoax.

Like · Reply · 52 · 1y



**Carlos Lara**

John Kanca III Because Breitbart told you so?...lol!

Like · Reply · 114 · 1y



**Daniel Firestone**

Shannon Beels Kinda like the unverified report that Hillary Clinton had a sex slave operation in a pizza place that trump spread around? Or that she had hitmen on the payroll that Trump also spread around? Your lover the Great Bloated Orange Man-Baby is getting a taste of his own medicine it sounds like he doesn't like it vewy much. Neither do all the moronic zombies that follow him around and enabled him.

Like · Reply · 97 · 1y · Edited

**Show 10 more replies in this thread**



**Beverley Carry** · Carer at Carer

This is reminding me of those days in the run up to the election when every day there would be an article about some new scandal from Baby Hands, and every. Single. Time. there was a followup article about how Republicans just didn't give a shit. So while I totally believe there's a dossier of compromising information, I just don't see it making a difference now when nothing else did.

Like · Reply · 32 · 1y



**Beverley Carry** · Carer at Carer

Shannon Beels Everything that's ever come out of his mouth.

Like · Reply · 46 · 1y



**Deborah L Williams** · Owner at Forest Ridge Toy Poodles

Charlie-Rey Humphrey your words speak volums about your intelligence - you have none. How - why - would anyone even believe or care what you have to say - you are irrelevant!!! Very limited brain cell activity going on there.

Like · Reply · 5 · 1y



**Liz Mitchell** · Communications Staff at Illinois Senate Democratic Caucus

Shannon Beels "If Ivanka weren't my daughter, I would be dating her." WHAT. THE. FUCK.

Like · Reply · 5 · 1y

**Show 10 more replies in this thread**



**Anthony Perrone** · Wentworth Institute of Technology

I don't particularly believe a lot of what was in that report BUT seeing as how Trump & Conway lie so

I mean she was up there just yesterday trying to say how he wasn't mocking a disabled person when he did it in front of millions of people. That insults all of our intelligence and makes me doubt every single word that comes from her mouth. Add in the fact that Trump, still, refuses to show his tax returns and you have a have a recipe for deceit.

Again I don't believe much of that report but I DO NOT trust the president-elect or the people that surround him in any way.

Like · Reply ·   129 · 1y

 **Katz Cooley** · Callahan, Florida
Who cares!

Like · Reply ·   6 · 1y

 **Dawn Sardella-Ayres** · University of Cambridge
Katz Cooley, most decent Americans. And the rest of the world, in fact.

Like · Reply ·   122 · 1y

 **Chas Rasper**
Dawn Sardella-Ayres "Most decent Americans" are the ones that elected Donald Trump. Get the F over it already!

Like · Reply ·   4 · 1y

**Show 10 more replies in this thread**

 **Kate Connor** · Owner-operator at Flight of Fancy
This whole thing reminds me of the end scene in Aladdin, where Jafar is relishing in being the almighty and powerful genie, and then Aladdin reminds him that he gets everything that goes with it as he's shackled in irons and sucked into the bottle.

This man spent YEARS pushing and spreading a conspiracy about Obama not being born in the US, with no facts or proof to back it up. Obama barely acknowledged it, because he KNEW just how silly it is and would make him look. Trump will be under the microscope for EVERYTHING - real or fake - for at least 4 years, and to say "it's not fair" when he's been one of the biggest perpetraitors of it up until now is asenine, and makes him look weak and petty (NOT what we want in a President). A President's scrutiny doesn't disappear when he takes office, it magnifies by 100x. Buckle up, big boy..... it's gonna be a BUMPY one.

Like · Reply ·   27 · 1y

 **Shannon Antoinette** · Columbia College Chicago
Best analogy ever!!!

Like · Reply ·   1 · 1y

 **Darius Wetherby** · Reading Area Community College (RACC)
Sidney Blumenthal started that rumor to help Hillary beat Obama.

Like · Reply ·   1y

 **Neal Broverman** · Los Angeles, California
Robert Shackleford Sure, Jan. Trump didn't perpetuate the rumor for years and build his

Show 1 more reply in this thread



**Lauren Accardo** · New York University

He's a huge germaphobe but he's happy to grab a woman by the genitals and forcibly put his mouth on strange womens' mouths. Hm.

Like · Reply ·   59 · 1y



**Kelsey Caitlin Maves**

Yeah he was really grasping with that comment. The claim is that he paid people to defile a bed- seems like a germaphobe would definitely consider urine a defiling agent. It's not like it was claimed that he washed his hands with it or anything.

Like · Reply ·   2 · 1y



**Carol Scott**

Kelsey Caitlin Maves Actually, Urban legend has it that urine is sterile and has been used to clean wounds in a pinch. This, in fact, is not true, but the donald doesn't read, so he probably still believes it.

Like · Reply ·   2 · 1y



**Kenneth Clogg-Wright**

So American politics have been a little "intense" lately. Guess my question is if trump is referencing the Russians saying they don't have blackmail material over him, does that mean they actually dont? I usually like to take people at their word. Oh wait. most everything he has said in the election and since is a lie and Russian FSB has done the same thing to its own politicians and published it multiple times to ruin careers. But that would never happen to Trump.

So it seems unlikely the Russian FSB would do it to someone else! Especially as he quoted they said they didn't!! You know an intelligence organization who potentially influenced another countries election would completely tell the truth. Common people as Trumps party said yesterday, don't take what comes out of he mouth literally. Read into his heart and that's what he means!

Or maybe it's true and that is why his skin is orange...?

So Sad!

Like · Reply ·   10 · 1y · Edited



**Garth Hanson** · Los Angeles, California

You forgot the Donald trademarked "!" after So Sad.

Like · Reply ·   6 · 1y



**Kenneth Clogg-Wright**

Garth Hanson FIXED!

Like · Reply ·   3 · 1y



**Virginia Doan** · Mohave Community College

And you have proof Russia did those things? I think not, not even the government has proof

Show 2 more replies in this thread



**Darien Alexander**
The dumbest 71 year old whiny sniveling lil asshole I've ever seen. You Twitler worshippers are the same type of people who'd fall into joining a cult and be home the wiser.

P.S. Don't forget to tell your spawn why college isn't in their future,nor is going to the doctor or a foreign country to sightsee due to mummy n dummy for voting for their Orange loctite toupee God who broke the final straw.

Like · Reply ·    8 · 1y



**Christina Boris** · Weed, California
well-done Sir!
Like · Reply · 1y

Load 10 more comments

Facebook Comments Plugin







A Teen Successfully Trolled Someone Who Complained About Girls Liking Football "Just To Look Cool"

Eat A Whole Bunch Of Food And We'll Tell You Which Tattoo To Get





Choose Some Makeup And We'll Guess Your Strongest Personality Traits

Which Queen Are You?







Can You Ace This High School Quiz?

Plan A Dinner Party In Six Steps And We'll Tell You Who Your Celebrity Guest Will Be







**Milo Ventimiglia Revealed What He'd Write On Jack's Gravestone And It'll Destroy You**



**34 Books People Refuse To Read That Will Surprise You**



**Everyone Has A House That Matches Their Personality — Here's Yours**



**Only People Who Cook Can Get Over 75% On This Quiz**




**Design A House In Eight Steps And We'll Guess Your Dream Job**




**17 Lazy Ass Kids Who Will Make You Go, "Like, Seriously?!"**





 

35 Things That'll Have Everyone Asking "Where Did You Get That?"

This Quiz Will Reveal Your Relationship Status A Year From Now

 

The CEO Of PepsiCo Said They're Considering Making Chips For Women And People Are Exceptionally Confused

These Random Questions Will Reveal Which New Diet Coke Flavor You Should Try

 

I Just Realized Something Really Obvious About "Friends" And I'm Embarrassed

17 Delicious And Easy One-Pan Dinners You Need In Your Life

   





**17 Times The Kardashians Dropped Hints About Kylie's Pregnancy And Had Us All Stressed**

**What % Funny Are You?**



**Uma Thurman Posted Footage Of Her "Kill Bill" Set Crash That She Says Was Covered Up**



**What's Your Favorite Line Of Poetry?**



**11 Moisturizers You And Your Skin Will Totally Swear By**



**Chrissy Teigen Documented Kris Jenner Falling Into A Table, Breaking It, And Faceplanting The Sofa And It's Hilarious**








Friend was texting his mom when the restaurant texted him to say his table was ready. He

2/5/2018 Trump Says President Obama's Administration Stole TV During ...

Case 0:17-cv-60426-UU Document 260-11 Entered on FLSD Docket 10/22/2018 Page 42 of 43

Build A Dream House And We'll Tell You Which "New Girl" Character You Are

What's The Most Embarrassing Thing That's Ever Happened To You At A Restaurant?



The Best New Stuff From Forever 21, ASOS, H&M, Topshop, And Zara This Week



If You Get 10/10 On This Black Hair Quiz, You Need To Start A YouTube Channel ASAP

**BuzzFeed Home**

**Sitemap**

© 2018 BuzzFeed, Inc.

# EXHIBIT
# 23-24
# Redacted