# EXHIBITS 1-11 Redacted