# EXHIBIT 13-14 Redacted