# EXHIBIT 15



BuzzFeed  Quizzes  Tasty  More

# What You Need To Know About The Secret Trump Dossier

An unverified memo alleges ties between Trump and Moscow. Trump strongly denies them. So does Russia. Facts, analysis, and more on this ongoing story.

Posted on January 11, 2017, at 8:04 a.m.



**Anthony Cormier**
BuzzFeed News Reporter



*Timothy A. Clary / AFP / Getty Images*

Here are the things you need to know about the fallout from the dossier, published yesterday by BuzzFeed News, alleging that Donald J. Trump has deep ties to the Russian government.

- The dossier, which is believed to have been written by a member of the British intelligence community, contains unverified allegations that Russian operatives have been "cultivating, supporting and assisting" Trump for years and have compromising information about him, and

- summary, BuzzFeed published the entire 35-page document, along with a warning that its contents were unverified.
- Trump responded to the allegations with outrage. On Twitter he scolded intelligence officials for allowing the dossier to leak and asked: "Are we living in Nazi Germany?" Over 13 hours, he tweeted seven times, denying the claims and calling their publication "FAKE NEWS." Trump is supposed to conduct his first press conference in 167 days at 11 a.m. today.
- Multiple Russian officials denied the country's involvement with Trump or his advisers. A Kremlin spokesman called the dossier "pulp fiction" while the former director of the FSB, Russia's security service, told the Interfax news service that the Obama administration "has pulled all efforts to compromise the winner of the presidential race."
- One of the key players, Trump Organization attorney Michael Cohen, denied any involvement with Russian officials. The dossier claims Cohen traveled to Prague and secretly met with Russian officials in August. Cohen has since said he never visited Prague, and told The Atlantic that the dossier is "totally fake, totally inaccurate." The Washingtonian reported that officials at the University of Southern California confirmed that Cohen visited the Los Angeles campus on Aug. 23–29 — though the dossier does not specify the day on which Cohen is alleged to have visited Prague. CNN's Jake Tapper reported that it was a different Michael Cohen who visited Prague. Meanwhile, the metadata on Cohen's Twitter account indicates that he was in the U.S. for the majority of August. The longest period where his tweets are dark are two consecutive days, Aug. 15 and 16.
- At least one top Democrat has called for an investigation of the allegation. Sen. Dick Durbin said that dossier merits a congressional inquiry or a special commission, with the power to issue subpoenas, led by "people of integrity like General Colin Powell or Justice Sandra Day

Share          Share

whether the allegations would surface during today's confirmation hearing of Sen. Jeff Sessions, who is being considered for attorney general.
- Trump supporters started a misinformation campaign about the dossier, circulating images on 4chan and Reddit that include passages not contained in the original document. They claim the entire dossier is made up and that it was sent to a Republican strategist, Rick Wilson, last year. Wilson denied being the source of the leak. He has been involved in a long-running battle with Internet trolls after he called Trump supporters "childless single men who masturbate to anime" last January.
- Some journalists criticized BuzzFeed News' decision to publish the dossier. Kelly McBride, an ethicist at the nonprofit Poynter Institute for Media Studies, wrote that the "act of publishing the dossier in its entirety isn't journalism" and said BuzzFeed News could have done more to fully vet the document and explain to readers the steps it took to verify the claims. Trump linked to a story on lifezette.com, which is edited by Laura Ingraham, a conservative radio host and Trump supporter, calling the publication of the dossier a "shocking breakdown of journalistic ethics."

Richard Tofel, the president of the nonprofit investigative site ProPublica, defended the decision and wrote on Twitter that "citizens should have evidence to consider for themselves."

Anthony Cormier is an investigative reporter/editor for BuzzFeed News and is based in New York. While working for the Tampa Bay Times, Cormier won the 2016 Pulitzer Prize for Investigative Reporting. Contact Anthony Cormier at anthony.cormier@buzzfeed.com.

Got a confidential tip? Submit it here.

News moves fast. Keep up with the BuzzFeed News daily email!

Your email address                                          Sign up

**208 Comments**                                    Sort by   Top



Add a comment...



**Susan Pettit**
If this was Clinton - it would have been published on mutliple websites, Wikileaks and been the topic of headlines news for days. So why is everyone so ridiculously offended, hypocritical about its publishing for the public to discern just like everything Trump as said. The press, their spin wizard Kellyanne Conway and all surrogates believe the public should discern all their fake news and propaganda they displayed for 15 plus months. Why can't the public discern this now? So sad....the double standard. So so sad.

Like · Reply ·       465 · 1y



**Tom Dasta** · President (title) at Lend Financial Mortgage
Poor Mrs Clinton. if it were true then it would be on may nother sites, It is unverified and really shouldnt have been published at all.

Clinton created it so she needed to sleep in it.

Like · Reply ·       26 · 1y



**Melissa Davis**
Tom Dasta oh so Clinton created this now? Were you electocuted as a child?

Like · Reply ·       178 · 1y



**Frank Mccallum** · Stonelaw High School

**Show 10 more replies in this thread**



**Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

BuzzFeed has played it perfectly. Reel in millennials with funny clips of trying $10 steaks vs $100 steaks or going into a haunted house, then eventually make up stories about the Republican party. It's a brilliant tactic, but one we as parents, have to teach our children to do their own research and not believe a 100% TOTALLY slanted website that H-A-T-E-S not only conccervative values, but white men in general. To not believe internet meme's or video's that have been cut and spliced together.

BuzzFeed, stop pretending to be a member of the media and stick to the cat jokes... because this nation saw what you really are when it comes to politics... a complete JOKE.

Like · Reply ·   62 · 1y



**Bradley Dixon**

Nailed it.

Like · Reply ·   9 · 1y



**Bradley Dixon**

...BUUUT...on the plus side...you can follow an on site link where you can "create your own sandwhich that will reveal a deep trutch about you"....sooo put that in the "pro" column.

Like · Reply ·   7 · 1y



**Bradley Dixon**

*reveal a deep TRUTH* about you

Like · Reply · 1y

**Show 10 more replies in this thread**



**William Nelson** · Los Angeles, California

The only fake news this year has been from the rightwing, never from Trump opponents. It ws an avalanche supported by Putin, the RNC, Breibart, Judicial Watch, Guliani FBi allies, and Wikileaks no longer exists, it is all Putin. Many in trump's inner circle have Putin ties including Manafort, that Boris guy, the Russian mob is in business with trump, Tillerson has the biggest oil deal in the world with Putin on hold. It is all a croked criminal enterprise,a real life james Bond villain about to be potus. Time to STOP HIM! And that means you republican leaders.

Like · Reply ·   131 · 1y



**Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

The only fake news have been from the GOP and Trump supporters. LOL, okay. There is a reason nearly every state with legalized marijuana votes for HRC. You're all high.

Like · Reply ·   15 · 1y



**Jim Bunn** · Business Services Liaison at Capital Area Michigan Works!

Ryan Austin - Relax - Trump will be innaugurated next week. Nothing we can do about that yet. But aren't you at all concerned that the Russian Government stole private documents and

thourough investigation so that this can never happen again

Like · Reply · 72 · 1y


**William Burgess**

Ryan Austin ryan you should seriously consider a labotomy, your out of your element.

Like · Reply · 24 · 1y

**Show 10 more replies in this thread**


**Richard Strell**

Threats against journalists. Warnings that he'll be controling the acts of historically independent security departments. Already making clear his promises to turn off his interest in making money into using his knowledge for the public good, broken; as we risk policies which will let his billions multiply at the country's detriment (letting his kids control it is not close to the same as divesting). Are we seeing hte beginning of the end of democracy in our lifetime? Will congress have the courage, in spite of what will be severe political and personal risks, stand up to Trump?

Like · Reply · 49 · 1y


**Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

Has Trump limited himself to the media? No. Did Hillary? Hell yes she did. Then you throw in Obama claiming he'll be "transparent", just a boat full of lies. Trump has allowed the media to be by his side the whole way. He gets annoyed, as we all do, when they lie about things.

Like · Reply · 10 · 1y


**William Brennan**

Ryan Austin That was Dump's 1st presser in 167 days and he still did not anawer the most important question. "Can you say once and for all that nobody in your circle had contact with the Russian spies?" Of course "Dump has limited himself to the media" How brain washed are you,Ryan?

Like · Reply · 36 · 1y


**Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

William Brennan , so? He's not president yet. Once he's in office he will have them nearly daily... so he hasn't given one in a few months. Do you remember Republicans going completely out of their minds before Obama was sworn into office? Goodness... this is insane.

(this has a lot to do with everyone getting a trophy, that mentality)

Like · Reply · 2 · 1y

**Show 10 more replies in this thread**


**Matt Romano** · UConn

Trump's tax returns are still under audit? he is president- he cant get a copy and show us all what a liar he is? t least his kids shoot endangered animals AND are greaseballs.

Like · Reply · 76 · 1y

facts straight.

Like · Reply · 13 · 1y


**Victoria Napora** · Owner-Operator at Owner-operator

Ryan Austin The hunts may have been legal, but there are millions of people in this world (including myself) that believe trophy hunting is immoral and unethical...

Like · Reply · 104 · 1y


**Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

Victoria Napora, that might be the case. You have the right to your opinion but that doesn't change the fact they did nothing illegal.

The Trump children are the farthest thing from "greaseballs". They have been examples I would hope most parents would want their children to grow up to be like. Eric Trump and his wife, have donated MILLIONS to children with cancer via St. Judes, who can't afford healthcare for their conditions. Both brothers have actually be very involved with conservation efforts over the years. So while they do hunt big game, they have donated millions to helping the conservation foundations.

They are all class acts. Listen to them speak or read about what they believe in, helping people and helping the enviorment.

Like · Reply · 16 · 1y

**Show 10 more replies in this thread**


**Enrique Esteban**

Imagine if Clinton had all these russian ties. This isn't a coincidence. IOKIYR

Like · Reply · 23 · 1y


**Chelsey Chesapeake** · Stanford University

George Brown That is a lie, George Brown, and actionable in court.

Like · Reply · 30 · 1y


**Jackie Lindemann** · Saint Joseph, Michigan

Says the people who posted fake news throughout the campaign. RIDICULOUS fake new at that.

Like · Reply · 7 · 1y


**Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS

SHE DOES have ties to the Russians. Do you only read what BuzzFeed "reports"?

Like · Reply · 2 · 1y

**Show 10 more replies in this thread**


**Kiana Zarif-Keivan** · Centennial Collegiate Vocational Institute

Honestly never seen a President so hurt over "News and/or Fake".

Like · Reply · 142 · 1y

 **Greg Wells**
if Obama wasn't hurt over fake news, then why did he finally release his birth certificates?

Like · Reply · 1 · 1y

 **Ryan Austin** · Licensed Professional Counselor (LPC) at SOFS
He's attacked Fox News over and over again. Don't act like Obama doesn't go after the media.. but for the most part, they are in the DNC's pocket. The media LOVES liberals, which is pathetic. During the election, the press said they were voiting for HRC at a 78 to 8% clip. That's a huge bias.

Like · Reply · 24 · 1y

 **Michael Baquerizo** · Queens College, City University of New York
Greg Wells lol that is a pretty dumb retort.

Like · Reply · 29 · 1y

Show 10 more replies in this thread

 **Susan Burns** · East High School
Trump and his suppporters are over-the-top offended by "unverified" stories when Trump himself tweets an endless stream of lies and fake news on a daily basis. He has the king of fake news, Bannon, at his side and used nothing but fake news, some supplied by Russia, to get elected. During his victory tour he laughed about using fake news and even about making false statements about Clinton saying "it played well" as if his audience was in on the scam with him. Obviously many of his supporters knew that the "crooked Hillary" statements were lies, but most of his followers believed the lies that fringe-right "news" and Trump himself spread against Clinton. Trump's more intellegent supporters are hopefully seeing the fake for what he is. The stupid are making excuses for him and acting outraged by "unverifed" news which isn't the same as fake news. Buzzfeed disclosed that it was unverified. But that doesn't mean that it isn't true, all or in part.

Like · Reply · 25 · 1y

 **Beverly Field Galipeau** · New Bedford High School
I believe that the only time Trump told the truth was when he said :The system is rigged." and... he proved it! He got elected!! To our detriment. We are so in trouble.

Like · Reply · 11 · 1y

 **Moe Ghandi** · Gerente general at Self-Employed
I admit it, t-Rump is a real pisser.

Like · Reply · 1y

 **Susan Baumgaertner Fentz** · Gateway Tech
I'd like to hear your examples of Trump's "lies". If anything, Trump is too honest; he says what he's thinking. That can be a problem, but he's not a liar. Now Obama lied about everything - not little things either. He disgracefully lied about Benghazi. First, he explained 4 Americans were killed during a protest about a YouTube video. He had to backpeddle and admit it was actually a terrorist attack. The next day, he went to the UN and said the attack was a protest

Like · Reply · 14w

> Show 2 more replies in this thread


**Barbara Gatison**
Kudos to BuzzFeed for standing up to the Bully BLOTUS tRump. He has been hiding his taxes and telling lie after lie about his business interests and activities. The public has a right to see why he so adamantly cow tows to Putin.

Like · Reply · 45 · 1y

> 
> **Marie Consorte**
> Why don't you list his lies. Along with that, list Hillary's lies. His taxes are his business, not yours
>
> Like · Reply · 3 · 1y
>
> 
> **Kimberly Swart** · Fulton-Montgomery Community College
> Marie Consorte NO..once they run as President..the taxes and-in Trump's case- lack of paying his taxes..is everyone's business.
>
> Like · Reply · 31 · 1y
>
> 
> **Dennis Neeley** · Maintenance Technician at Zoetis Animal Health
> Kimberly Swart "NO..once they run as President (where did you read this?) ..the taxes and-in Trump's case- lack of paying his taxes..is everyone's business." No, he has not previously drawn a government paycheck, or served public office. So his taxes are no more your business than yours are mine.
>
> Like · Reply · 3 · 1y
>
> Show 10 more replies in this thread


**Jason Johnson**
Buzzfeed: I cannot respect your decision to altogether avoid the most fundamentally-important component of journalism — proving what you write to be true. Putting this off as the "public's right to know" is such a garbage excuse.

What you've done is the equivalent of, "I don't know if it's true, but...." or as Trump would say, "People are saying...." It's not journalism. Your critics are correct, and the truly depressing thing is your error in judgement has implicated those who reported on the intelligence briefing responsibly.

Do not let the Twitter praise from Upworthy leftists or the ATTN... See More

Like · Reply · 7 · 1y · Edited

**Load 10 more comments**

Facebook Comments Plugin

**BuzzFeed Home**
**Sitemap**
© 2018 BuzzFeed, Inc.