# EXHIBIT 16

                    / 

BuzzFeed    Quizzes    Tasty    More

**WORLD**

# Trump Shut Down A Journalist And A Repressive President Praised Him

In refusing to take a question from a CNN reporter, Trump put him "in his place," Turkish President President Recep Tayyip Erdogan, whose country jails more journalists than any other, said on Thursday.

Posted on January 12, 2017, at 10:49 a.m.

**Hayes Brown**
BuzzFeed News Reporter

During his first news conference since the election, President-elect Donald Trump refused to take a question from CNN, deriding the outlet as spreading "fake news."



Lucas Jackson / Reuters

"No, I'm not going to give you a question," Trump yelled at CNN's Jim Acosta. "I'm not going to give you a question."

"You are fake news," he announced, having spent much of his earlier time during the conference addressing a CNN report about an unverified dossier of accusations against him — and BuzzFeed News' publication of the

2/5/2018 Donald Trump towards journalists receives President Erdoğan...

Case 0:17-cv-60426-UU    Document 260-5    Entered on FLSD Docket 10/22/2018    Page 3 of 8

But Trump got praise for his actions from an unsettling place: Turkey's President Recep Tayyip Erdogan.



youtube.com

Erdogan railed against people in the press as attacking Turkish solidarity during the Gezi protests in 2013 and later terror attacks, comparing the local media's actions to those of their US counterparts. "Mr. Trump put the reporter of that [media] group in his place there," he said.

According to the *Daily Sabah*, which posted the video of Erdogan's remarks, the president was speaking "with local administrators at the Bestepe Presidential Complex in Ankara" when he gave Trump the verbal pat on the back.

**That's a little worrying as according to the Committee for the Protection of Journalists, there are more reporters behind bars in Turkey than anywhere else on the planet.**




*Ozan Kose / AFP / Getty Images*

Following a failed coup attempt in July, Erdogan launched a crackdown on journalists. At least 81 of them are behind bars and more than 100 outlets have been shutdown in the aftermath.

**Even before Erdogan's statement, people who follow oppressive regimes were expressing their nervousness about Trump's dismissal of critical media at his press conference.**


**Nicholas Dawes**
@NicDawes

All over my TL, people from Turkey, Russia, India who recognize this moment and know what it portends
twitter.com/braddjaffy/sta…

9:55 AM - Jan 11, 2017

    22      265      187


**Lauren Bohn**
@LaurenBohn

Flashbacks to reporting at junta pressers in Egypt... yet this is even worse. twitter.com/buzzfeednews/s…

9:27 AM - Jan 11, 2017

    6      102      64


**Alexey Kovalev**
@Alexey__Kovalev

Congratulation US media, you've just got a whiff of what covering Putin's pressers is like (we've been doing it for 13 years now w hiatus).

9:30 AM - Jan 11, 2017

    5      107      91

Contact Hayes Brown at hayes.brown@buzzfeed.com.

Got a confidential tip? Submit it here.

News moves fast. Keep up with the BuzzFeed News daily email!

| Your email address | Sign up |

4 Comments                                                                                         Sort by   Top


Add a comment...


**Adam De Vlaming** · Calgary, Alberta
One would think that any rational human being would see people like Erdogan and Putin praising Trump and then question Trump and just what he's doing/what he stands for. One would think....

That was the most incredibly absurd thing I've seen come from a presidential press conference (or one from a president elect). I'd call it childish behaviour, but that seems like an insult to children at this point. Even through all of the absolute BS Fox News has thrown at Obama over the years, I've never seen him come close to doing something like that (hell, he still had sit downs with Bill O-Reilly). The most he ever did was poke fun at them. Hell, even Bush (who I consider to be a childish idiot) never pulled that kind of crap.

Like · Reply ·     2 · 1y


**Jimmy Cieszki**
You haven't been paying attention then. He did it to Fox. Look it up. Obama did it.

Like · Reply · 1y


**Adam De Vlaming** · Calgary, Alberta
Jimmy Cieszki he criticized Fox, but never got into a shouting match with them, with him essentially yelling at a reporter to shut up. Unless you can find some other specific evidence as I have not. The only thing I've found so far was people complaining because he was critical of Fox News, not because he did anything specific against them. There's a difference between expessing concern of a media organization that routinely lies and telling a reporter to shut up in the way Trump did.

To be fair though, CNN has been reporting things that are real (just because that report or whatever might no... See More

Like · Reply ·    1 · 1y


**Ace Ramone**
Trump did the right thing. That reporter was a total jerk.

Like · Reply ·    1 · 1y


**Ace Ramone**
Daisy Anne then show me a video clip of a reporter acting like that at obama. Trump is the most scrutinized president in history so you should have no fear.


Ace Ramone totally agree. How is it than anyone thinks its appropriateits attack the president elect based on completely manufactured claims that he's not a US citizen or that he's a secret Muslim is beyond me. To all these libtards saying trump is going to take away guns and sink the economy I'd like to hear you publicly apologize in 8 years.

Like · Reply · 1y



**Tiffany Jameson**

Ace Ramone

Reporters didn't act like that with Obama because Obama never pushed them to it. He was capable of handling the press without essentially sticking his fingers in his ears and going "LALALALAICANTHEARYOULALALALA"

Like · Reply · 3 · 1y



**Paul Kirincic**

But Obama loves the President of Turkey. If the liberal messiah loves him, surely he is good.

Like · Reply · 1y



**Houria Hamm**

The only one who loves that trash is his own reflection.

Like · Reply · 1y



**Cody Rishell** · San Francisco, California

Always good news when Erdogan is like "good job, you."

Like · Reply · 1y

Facebook Comments Plugin

Share

Share

**BuzzFeed Home**

Sitemap