# EXHIBIT 20

Case 0:17-cv-60426-UU Document 260-9 Entered on FLSD Docket 10/22/2018 Page 2 of 20

BuzzFeedNEWS / REPORTING TO YOU

BuzzFeed    Quizzes    Tasty    More ⌄

# People Can't Believe Trump Is Feuding With Civil Rights Leader John Lewis

The Georgia Democrat said Trump is not a legitimate president due to Russian interference in the election.

Originally posted on January 13, 2017, at 1:51 p.m.

Updated on January 14, 2017, at 8:35 a.m.


**Salvador Hernandez**
BuzzFeed News Reporter


**David Mack**
BuzzFeed News Reporter

Donald Trump on Saturday kicked off the Martin Luther King Jr. holiday weekend by criticizing civil rights leader and US Rep. John Lewis, a day after the Georgia Democrat said he doesn't see Trump as a legitimate president because of Russian interference with the US election.



*Evan Vucci / AP Photo*

Lewis told Chuck Todd of *Meet the Press* that he won't be attending Trump's inauguration on Jan. 20.



NBC / Via nbcnews.com

ADVERTISEMENT



"I think the Russians participated in helping this man get elected and they helped destroy the candidacy of Hillary Clinton," said Lewis, who spoke alongside Martin Luther King Jr. at the 1963 March On Washington. "I don't plan to attend the inauguration."

"I think there was a conspiracy on the part of the Russians and others to help him get elected," Lewis said. "That's not right. That's not fair. That's not the open democratic process."

Facebook: video.php

It will be the first inauguration Lewis doesn't attend in his 30-year congressional career.

Lewis' interview on *Meet the Press* is scheduled to air Sunday morning, but NBC released a preview of the

Share Share

Asked if he would work with the incoming president, Lewis said he believed in forgiveness and working with others but said that "it's going to be hard."

**Trump's transition team did not immediately respond to requests for comment, but on Saturday Trump tweeted about Lewis, criticizing him for being "all talk, talk, talk — no action or results."**


**Donald J. Trump**
@realDonaldTrump

Congressman John Lewis should spend more time on fixing and helping his district, which is in horrible shape and falling apart (not to......

4:50 AM - Jan 14, 2017

31,317    20,447    85,520

mention crime infested) rather than falsely complaining about the election results. All talk, talk, talk - no action or results. Sad!

5:07 AM - Jan 14, 2017

25,177     16,125     74,694

## Reacting on Twitter, people were incredulous that Trump chose to criticize Lewis.


**Ryan Lizza**
@RyanLizza

The president elect has started the Martin Luther King holiday weekend by attacking John Lewis, one of the great heros of civil rights era.

5:46 AM - Jan 14, 2017

1,475     31,317     50,022


**Bill Kristol**
@BillKristol

It's telling, I'm afraid, that Donald Trump treats Vladimir Putin with more respect than he does John Lewis.

6:10 AM - Jan 14, 2017

4,813     49,759     90,228

Trump has never taken a shot at Putin or Assad half as hard as the slam he dished out to John Lewis.

**Matthew Yglesias**
@mattyglesias

Trump has never taken a shot at Putin or Assad half as hard as the slam he dished out to John Lewis.

02:33 PM - 14 Jan 2017

Reply     Retweet     Favorite


**ReBecca Theodore-Vachon**
@FilmFatale_NYC

John Lewis fought for civil rights, Trump paid for ads demanding the execution of five innocent Black teens. America, folks

7:21 AM - Jan 14, 2017

87     3,928     6,295


**Matthew A. Cherry**
@MatthewACherry

John Lewis's entire life has been dedicated to Making America Great while Trump only uses it as a slogan.

7:58 AM - Jan 14, 2017

15     927     1,422

Many chose to highlight Lewis' civil rights work, including his being beaten by police in Selma in 1965, to counter Trump's claim that he was "all talk."




**Matt Fuller**
@MEPFuller

Donald Trump says John Lewis is all talk.

Here's a picture of John Lewis being beaten by a state trooper on "Bloody Sunday" in 1965.

6:49 AM - Jan 14, 2017

787     25,492     35,194


**Clint Smith**
@ClintSmithIII

The thing that's striking about America's historical amnesia and racism, is that many of the policeman who beat John Lewis are still alive.

7:49 AM - Jan 14, 2017

194     8,758     16,507



**Michael Skolnik**
@MichaelSkolnik

John Lewis was arrested 45 times, while Donald Trump dodged the draft.

All talk, no action.

5:43 AM - Jan 14, 2017

737    32,684    58,496

Despite the social media uproar, Trump continued to criticize the Georgia congressman. By Saturday evening, he followed up with another tweet.


**Donald J. Trump**
@realDonaldTrump

Congressman John Lewis should finally focus on the burning and crime infested inner-cities of the U.S. I can use all the help I can get!

4:22 PM - Jan 14, 2017

31,012    21,542    92,767

House Minority Leader Nancy Pelosi, Sen. Kamala Harris, former independent presidential candidate Evan McMullin, and the civil rights groups the NAACP and the Southern Poverty Law Center also defended Lewis.


**Nancy Pelosi**
@NancyPelosi

Ahead of #MLKday2017, let us remember that many have tried to silence @repjohnlewis over the years. All have failed.

6:48 AM - Jan 14, 2017

1,141    10,804    21,331


**Kamala Harris**
@KamalaHarris

John Lewis is an icon of the Civil Rights Movement who is fearless in the pursuit of justice and equality. He deserves better than this. twitter.com/realDonaldTrum…

6:28 AM - Jan 14, 2017

1,041    8,092    18,461



 **Evan McMullin**
@Evan_McMullin

On this Martin Luther King Jr. weekend, let it be clear that John Lewis is an American patriot. Trump's attacks on him further confirm it.

6:32 AM - Jan 14, 2017

2,960    46,011    92,912



 **Southern Poverty Law Center**
@splcenter

John Lewis is an American hero who has changed this country for the better with courage, sacrifice, and a lifelong commitment to justice.

6:31 AM - Jan 14, 2017



 **NAACP**
@NAACP

@repjohnlewis a living civil rights icon - we know what you've done and appreciated it! #weshallnotbemoved #StopSessions @CornellWBrooks

7:36 AM - Jan 14, 2017

21    292    575

Some Trump supporters, though, agreed with the president-elect that Lewis's focus was misplaced or defended Trump's right to hit back.

 **Shadow Bannedit** 🐸
@JayCougs

Damn right! Get to work fixing communities #MAGA
twitter.com/realDonaldTrum…

7:21 AM - Jan 14, 2017

2

 **Piers Morgan**
@piersmorgan

John Lewis trashes Trump as illegitimate president, so Trump has a pop back... but only Trump is the villain?
Am I missing something?

9:06 AM - Jan 14, 2017

4,673    1,452    3,226

Lewis's comments come after intelligence agencies said Russia was behind the

during the race as a way to help elect Trump.

Lewis also spoke amid reports that Trump and President Obama were briefed on a 35-page dossier alleging Russia was in contact with Trump's campaign during the election and that the Kremlin had compiled compromising personal and financial details about the incoming president.

BuzzFeed News published the dossier, and like other news agencies has been unable to verify the details. Trump has denied the allegations made in the dossier and attacked BuzzFeed News at a news conference on Wednesday.

Director of National Intelligence James Clapper said in a statement the intelligence agencies have "not made any judgment that the information in this document is reliable."

FBI Director James Comey was scheduled to brief members of congress Friday about the 35-page dossier.

A spokeswoman for Lewis told BuzzFeed News the congressman was unable to attend the briefing. She declined to answer other questions, such as when Lewis decided not to attend the inauguration.

Salvador Hernandez is a reporter for BuzzFeed News and is based in Los Angeles.
Contact Salvador Hernandez at salvador.hernandez@buzzfeed.com.

David Mack is a reporter and weekend editor for BuzzFeed News in New York.
Contact David Mack at david.mack@buzzfeed.com.

Got a confidential tip? Submit it here.

News moves fast. Keep up with the BuzzFeed News daily email!

Your email address                                    Sign up

**106 Comments**                          Sort by  Top


Add a comment...


**Aldyn Miller** · The University of South Alabama
I was hoping against hope that Donald Trump might do some good for our country. I thought maybe, at least with his background in business, he might could further our country's economic prosperity. I feel foolish and stupid. He can't wage war on every person who criticizes him. It's like being in high school on an international platform.
Like · Reply ·    156 · 1y · Edited

   **Kathleen Marie**
   That's very brave of you to say. You have my respect.
   Like · Reply ·    86 · 1y



We all hope that Mr Trump will be able to do some good. If he can actually improve the economy like he suggests, great! Lower unemployment, fantastic! Lower health care costs, amazing! But it it fairly clear he has no idea how to accomplish these things. I hope he's realizing that it's a lot easier to criticize people than to do the job yourself.

Like · Reply ·      34 · 1y



**Peter Bear** · Works at Amazon Distribution Davenport FL

I'm happier than you know to hear you say that. Anyone can make mistakes; we're all human, after all. The key is that when mistakes happen, we have to recognize them and then try to fix them. You have the courage to admit you were wrong, and I admire that greatly. If only more people were like you, we wouldn't be in this mess in the first place.

Like · Reply ·      17 · 1y

**Show 8 more replies in this thread**



**Charlotte Mackey** · San Antonio, Texas

"all talk, talk, talk — no action or results." Heads up America, like Hitler, Trump has thrown down the gauntlet! He's warning us.. 'unless you do someting to directly stop me, I'm going to continue doing WTF I want!' Hitler spoke the same rhetoric and did the same thing in Germany and to the Jews. Spome were against him but took no action to stop him; those whom he misguided through nationalistic / annihilistic speeches kept honoring him to their doom-- Allies bombing Germany to smithereens! Will it come to this -- Americans fighting Amerincans or America allied with Russia fighting the world?? Now, before it is too late, let us call this spade a spade: Trump committed Treason by using Russia to win our election! If we ignore this, pretend it ain't so, we will ultimately get what Germany got, a destroyed country.

Like · Reply ·      62 · 1y



**Brandy Fisler** · Lakeland, Florida

How did Russia help him win the election? Hillary supporters were the ones trying to cheat. They went back and counted the votes again in some states and she actually lost by more in every state recounted than thought before. We didn't vote for Trump because Putin told us to we did it because we want a change Obama's dumb ass Is trying to start WW3 before he leaves office. Obama is the modern day hitler not Trump.

Like · Reply ·      5 · 1y



**Jake Kampo** · Central Luzon State University

Brandy Fisler you are surely demented with your WW3 conspiracy theories. You do belong with Trump, like all other trash.

Like · Reply ·      32 · 1y



**Joe Scott** · FIDM San Francisco

Brandy Fisler "But Hillary" and blaming PRESIDENT Obama are no longer relevant responses. Get over it. You won. Now it's time to focus on your guy and hold him accountable for his words, actions, and campaign promises he made to you and the rest of the American people - whether or not we voted for him.

Like · Reply ·      37 · 1y

**Show 10 more replies in this thread**



**Dawn Sardella-Ayres** · University of Cambridge

Raise your hand if you don't think Donald Trump is a legitimate president!

You aren't alone in that assessment by a long shot, Mr. Lewis. And #notmypresident is not hyperbole.

Like · Reply ·      489 · 1y



**Daniel Helms**


**Alice Tennant**
Robert Modric how the fuck is this fake lmao

Like · Reply · 76 · 1y


**Katie Burlington**
Robert Modric fake troll

Like · Reply · 51 · 1y

Show 10 more replies in this thread


**Eduarda De Souza Queiroz** · Rockville, Maryland
When I say he's not my president, don't fucking tell me he is. I didn't choose him and neither did most of the United States. He didn't give birth to me so I don't owe him anything. That includes a title. His mama named him Donald so imma call him Donald.

Like · Reply · 86 · 1y


**Alana Sims**
"His mama named him Donald so imma call him Donald."

This.

Like · Reply · 23 · 1y


**Jay Forst** · Charlotte, North Carolina
Dimitri Pappas Go fall in a hole

Like · Reply · 28 · 1y


**Erin Littlefield Murphy**
Dimitri Pappas Um... Eduarda is American, and you're South African. So... go fuck yourself?

Like · Reply · 17 · 1y

Show 10 more replies in this thread


**Annette Brewer**
il·le·git·i·mate
ˌiləˈjidəmət/
adjective
1.
not authorized by the law; not in accordance with accepted standards or rules.
"an illegitimate exercise of power by the military"
synonyms: illegal, unlawful, illicit, criminal, felonious; More
noun
1.
a person who is illegitimate by birth. ... See More

Like · Reply · 17 · 1y · Edited


**Virginia Doan** · Mohave Community College
Well he doesn't meet the criteria of any of those definitions so he is legitimate!!!

Like · Reply · 1y


**Annette Brewer**
Virginia Doan "not in accordance with accepted standards" in reference to the knowledge that the Russians



**Robert Finne** · School of Amateur Pharmacology

Is Donald Trump a scat freak?

I don't know for sure but some people say he is. Its been in the news that Donald Trump is a scat freak so there must be some truth to it. People are saying he is and it sounds perfectly reasonable to me that he would be given his public behaviour.

Like · Reply ·       47 · 1y



**Mitchell Eubank** · Upson-Lee High School

What a shitty thing to suggest.

Like · Reply ·       38 · 1y



**William Wu**

Mitchell Eubank he is sure to leave a mark

Like · Reply ·       25 · 1y



**Mitchell Eubank** · Upson-Lee High School

William Wu This will surely leave a stain on his legacy

Like · Reply ·       23 · 1y

Show 10 more replies in this thread



**SB Conroy**

This was purely a political move by Congressmen Lewis, but it's also pretty genius. If you say something negative about Trump, Trump can't help himself but to attack. He has skin thinner then pantyhose and he has no self control. It takes next to nothing to bait Trump. Congressmen Lewis WANTS Trump to question his integrity especially on MLK weekend. Even though the election was legally won (no voting booth tampering) the win is completely tainted by Russian involvement and this drives Trump insane. Lewis knows it's a legal win but calling it illegitimate will drive Trump to question the integrity of a renowned civil rights leader on MLK weekend. It's genius and Trump fell for it.

Like · Reply ·       71 · 1y



**Robert Lee** · Group Fitness Instructor/Personal Trainer at CRUNCH

Not only genius, but truth. John Lewis is the last man whos motives you would want to question. Trump has no integrity, most of the world already knows this. Purely polictial move??? I see your intentions,you just can't handle the truth. It's America, you're intitled to your opinion.

Like · Reply ·       21 · 1y



**SB Conroy**

Okay Robert calm down. I completely agree with Congressmen Lewis and I know what he said was true. You don't have to be combative with people who even agree with you just because it's the internet.

Like · Reply ·       12 · 1y



**Kagami Maeda** · UCLA

I'm sorry, but if Trump has thin skin, he would have dropped out. Someone says you're not a legitimate president, adn you are supposed to be quiet? Trump knows he can't be quiet. If he's quiet, he WILL be buried. We all know it. If Trump is quiet, none of his plans will get done. If he had thin skin, he would have dropped out. Think skin is getting all sad and mopey and hiding away. Making a comment back to someone is not thin skin, I'm sorry. Trump even asked Lewis to help him!

Like · Reply ·       1 · 1y

Show 7 more replies in this thread


Legitimate or not, the man is certainly utterly unqualified. #notmypresident

Like · Reply ·   323 · 1y

 **Ginmar Rienne** · Bellevue, Washington
Robb Nunya Christ, that is idiotic. Obama had been a Senator and worked as an actist for years, in addition to being extremely intelligent, a Harvard graduate, and the first black editor of the Harvard law review. Plus.....he got Michelle to marry him. That says a lot. (Michelle would make an extraordinary President on her own.)

Hillary Clinton was a two-term Senator AND former Secretary of State, aside from being a former First Lady of Arkansas AND the United States. She has dedicated her life to public service since before even graduating from school, working to better the lives of the poor and the disadvantaged.

Trump is a raging giant baby whose only talents are in fraud, lying, and .....well, he doesn't have a third talent. His resumé is full of failures, frauds, lawsuits, bankruptcies, failed marriages, tax cheats, sexual impositions on women, and scams. The only things he's actually good at are lying and being an asshole.

Like · Reply ·   413 · 1y · Edited

 **Vienna Flynn**
These Trump supporters seem to think we're still in campaign season. This shit is serious and you need to hold your president to task. The man needs to at least behave like a damn adult

Like · Reply ·   230 · 1y

**Akiyo Nartey** · PhD Candidate/Researcher at Hogwarts School of Witchcraft and Wizardry (Official)
Ginmar Rienne Not to mention that he was a constitutional lawyer?!

Like · Reply ·   37 · 1y

Show 10 more replies in this thread

 **John Ambrose**
Lets see. Lewis doesnt like Trump beating Clinton so to create FURTHER unrest he spews the treasonous view that an elected president is not "legitimate". Trump replies by saying the congressman should devote his time where it is really needed - in his own district. And you buzzdweb, feel trump is feuding with lewis. Man, these fake news sites really shows their bias.

Like · Reply ·   7 · 1y

 **Jay Tanenbaum** · Raleigh, North Carolina
STFU Loser. I guess it wasn't treasonous when Trump kept questioining President Obama's birth certificate.

And, I understand your sorry self when you call this a fake news site. Please point to one thing in the article that is factually incorrect. You can't, so like all the other stupid morons that support Trump, you trash it. Does it hurt being that stupid?

Like · Reply ·   32 · 1y

 **Jeriana Stidham** · New York, New York
treason? lol

Like · Reply ·   8 · 1y

 **John Ambrose**
Jeremy Grompone yes!

Like · Reply · 1y

Show 10 more replies in this thread


"A congressman"? John Lewis is a legend who fought for peoples' rights and nearly died for it. The man is a legend.

Like · Reply ·      173 · 1y


**John Ambrose**
May be a legend but he is wrong and divisive

Like · Reply ·      7 · 1y


**Francisco Diaz** · University of Pennsylvania
John Ambrose the only divisive ones are the cops who beat him in the 60's for challenging segregation and the racist cabinet set to bring it back

Like · Reply ·      128 · 1y


**Regena Levy**
John Ambrose ,how silly you are to call Mr.Lewis divisive,I guess Donald was MARCHING and getting HOSED,and who talked more CRAP about divisiveness
then Donald,Read a book inform yourself A Mind is a Terible thing to Waste and apparently you've wasted yours in supporting Donald.

Like · Reply ·      43 · 1y

**Show 10 more replies in this thread**

**Load 10 more comments**

Facebook Comments Plugin


29 Products For Anyone Who Loves Sleeping More Than They Love People


Answer These Seven Questions And We'll Reveal Which Candy You Are


Milo Ventimiglia Revealed What He'd Write On Jack's Gravestone And It'll Destroy You


34 Books People Refuse To Read That Will Surprise You







Design A House In Eight Steps And We'll Guess Your Dream Job


17 Lazy Ass Kids Who Will Make You Go, "Like, Seriously?!"


35 Things That'll Have Everyone Asking "Where Did You Get That?"


This Quiz Will Reveal Your Relationship Status A Year From Now


The CEO Of PepsiCo Said They're Considering Making Chips For Women And People Are Exceptionally Confused


These Random Questions Will Reveal Which New Diet Coke Flavor You Should Try





I Just Realized Something Really Obvious About "Friends" And I'm Embarrassed


17 Delicious And Easy One-Pan Dinners You Need In Your Life


17 Times The Kardashians Dropped Hints About Kylie's Pregnancy And Had Us All Stressed


What % Funny Are You?


Uma Thurman Posted Footage Of Her "Kill Bill" Set Crash That She Says Was Covered Up


What's Your Favorite Line Of Poetry?








11 Moisturizers You And Your Skin Will Totally Swear By

Chrissy Teigen Documented Kris Jenner Falling Into A Table, Breaking It, And Faceplanting The Sofa And It's Hilarious




Build A Dream House And We'll Tell You Which "New Girl" Character You Are

What's The Most Embarrassing Thing That's Ever Happened To You At A Restaurant?




The Best New Stuff From Forever 21, ASOS, H&M, Topshop, And Zara This Week

If You Get 10/10 On This Black Hair Quiz, You Need To Start A YouTube Channel ASAP