# EXHIBIT 23-24 Redacted