# **EXHIBIT 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF
DOCUMENTS AND THINGS TO DEFENDANT BUZZFEED, INC.**

Plaintiffs, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 34, hereby propound the following First Request for Production of Documents and Things to Defendant Buzzfeed, Inc., to produce and make available for inspection and duplication, in response to each numbered paragraph, all documents specified herein that are in Defendant's possession, custody or control or in the possession, custody or control of its agents or attorneys. Defendant is requested to make such production within thirty (30) days from the date of service. Defendant is requested to make production electronically. If Defendant elects to produce in physical form, Defendant is requested to make production to Ciampa Fray-Witzer, LLP, 20 Park Plaza, Suite 505, Boston, MA 02116.

**Definitions**

(1) The term "you" and "your" and "Buzzfeed" means the Defendant Buzzfeed, Inc., its subsidiaries and parent companies, including each of their respective officers, directors, employees, agents, and all other persons acting or purporting to act on their behalf.

(2) The term "Ben Smith" means the Defendant Ben Smith, including his agents, and all other persons acting or purporting to act on their behalf.

(3) The term "Plaintiffs" means all the Plaintiffs in this action.

(4) The term "Gubarev" means the Plaintiff Aleksej Gubarev.

(5) The term "XBT" means the Plaintiff XBT Holdings S.A.

1

(6) The term "Webzilla" means the Plaintiff Webzilla, Inc.

(7) The term "Defendants" means Buzzfeed and Ben Smith, as defined above.

(8) The term "Dossier" means the document file embedded in and referenced in the article Buzzfeed published on January 10, 2017 entitled "These Reports Allege Trump Has Deep Ties to Russia," referenced in the Complaint in this matter.

(9) The term "communication" means any statement or utterance, whether written or oral, made by on person to another, or in the presence of another, or any document delivered or sent from one person to another.

(10) The term "concerning" means consisting of, referring to, reflecting or in any way logically or factually connected with the matter discussed. A document "concerning" a given subject is any document identifying, showing, referring to, dealing with evidencing, commenting upon, having as a subject, describing, summarizing, analyzing, explaining, detailing, outlining, defining, interpreting, or pertaining to that subject, including without limitation, documents referring to the presentation of other documents.

(11) "Or" shall mean and/or;

(12) The term "documents" means all writings or graphic matter or other means of preserving thought or expression of any kind, including the originals and all identical copies, whether different from the original by reasons of any notation made on such copies or otherwise including, without limitation, e-mails, letters, text messages, social media messages, correspondence, memoranda, notes, diaries, studies, checks, statements, receipts, returns, summaries, pamphlets, books, prospectuses, interoffice and intraoffice telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telefax, invoices, worksheets, photographs, contracts, computer data, hard drives, correspondence, transcripts, schedules, affidavits, graphs, videotapes, tape recordings, motions pictures or other films (and all drafts, alternations, modifications, changes and amendments of any of the foregoing).  It shall also include any electronically stored data on any media.

(13) The term "all documents" means every document as above defined known to you and every such document, which can be located or discovered by reasonably diligent efforts, whether in electronic format or in physical format.

(14) The term "person" means any natural person, corporation, partnership, proprietorship, association, organization, or group of natural persons.

**Instructions**

(1)     All documents shall be produced as they are kept in the usual course of business or shall be organized and labeled to correspond with the numbered paragraphs of these Requests.

(2)     If no documents are responsive to a particular category, you should state so in writing.

(3)     When producing the documents, please keep all documents segregated by the file in which the documents are contained and indicate the name of the file in which the documents are contained and the name of the documents being produced.

(4)     With respect to each document or thing which is withheld, whether under claim of privilege, work product, or otherwise, provide the following information with sufficient particularity to allow counsel to evaluate the claim of privilege:

> (i)     the date, identity and general subject matter of the document or thing, and the grounds asserted in support of the failure to produce the document or thing;
>
> (ii)    the identity of each person (other than stenographic or clerical assistants) participating in the preparation of the document or thing;
>
> (iii)   the identity of each person to whom the contents of the document or thing was communicated orally, by copy, by distribution, reading or substantial summarization;
>
> (iv)    a description of any document or other material transmitted with or attached to the document or thing;
>
> (v)     the number of pages in the document;
>
> (vi)    the particular Request(s) (and subpart(s)) to which the document or thing is responsive; and
>
> (vii)   whether any business or non-legal matter is contained or discussed in the document or thing.

(5)     With respect to each document or thing which has been lost or destroyed since its preparation or receipt, identify the thing or document, state the particular request or requests to which it would otherwise be responsive, and set forth in detail the circumstances of the loss or destruction thereof.

(6)     If you object to responding to only part of a Request, specify the part to which you object and respond to the remainder.

(7)     These Requests are continuing and you are requested to promptly supplement the

documents produced and/or objections made if you obtain additional information or documents requested.

## Requests

**Request No. 1.** All internal communications referencing, reflecting, or concerning the Dossier.

**Request No. 2.** All internal communications referencing, reflecting, or concerning the publication of the dossier including, but not limited to, discussions concerning the decision to publish the Dossier.

**Request No. 3.** All communications with any person (including third-parties) referencing, reflecting, or concerning the Dossier.

**Request No. 4.** All communications with any person (including third-parties) referencing, reflecting, or concerning the publication of the Dossier including, but not limited to, discussions referencing, reflecting, or concerning the decision to publish the Dossier.

**Request No. 5.** All internal communications referencing, reflecting, or concerning the amount of traffic or number of hits to the Buzzfeed.com website, any Buzzfeed mobile platform, or any Buzzfeed social media accounts, resulting from the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Request No. 6.** All documents referencing, reflecting, or concerning the amount of traffic generated or received on Buzzfeed.com as a result of the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Request No. 7.** All documents referencing, reflecting, or concerning the amount of traffic generated or received on social media accounts owned or operated by Buzzfeed as a result of the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Request No. 8.** All documents referencing, reflecting, or concerning the amount of traffic generated or received on Buzzfeed's mobile platform as a result of the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Request No. 9.** All documents referencing, reflecting, or concerning the traffic or number of hits to the Buzzfeed.com website, any Buzzfeed mobile platform, or any Buzzfeed social media accounts for the time period from October 1, 2016 through April 30, 2017 (including documents showing such information to the utmost granularity available).

**Request No. 10.** All internal communications concerning revenue generated by the

publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Request No. 11.** All documents referencing, reflecting, or concerning revenue generated by the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Request No. 12.** All internal communications referencing, reflecting, or concerning advertising revenue as it relates to publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Request No. 13.** All documents referencing, reflecting, or concerning the revenue generated by Buzzfeed from October 1, 2016 through April 30, 2017 (including documents showing such information to the utmost granularity available).

**Request No. 14.** All press reports referencing, reflecting, or concerning Buzzfeed's publication of the Dossier.

**Request No. 15.** All documents that identify the IP addresses of all computers utilized by Buzzfeed, Ben Smith, Ken Bensinger, Mark Schoofs, and/or Miriam Elder.

**Request No. 16.** All documents referencing, reflecting, or concerning communications between Buzzfeed and any of the Plaintiffs.

**Request No. 17.** All documents referencing, reflecting, or concerning attempts made by Buzzfeed to reach the Plaintiffs by telephone, email, skype, or any other method of communication.

**Request No. 18.** All document referencing, reflecting, or concerning Buzzfeed's advertising rates from 2015 to the present.

**Request No. 19.** All documents referencing, reflecting, or concerning articles authored by Ben Smith (in any medium or publication) concerning the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Request No. 20.** All video or audio recordings of Ben Smith in which he discusses the publication of the Dossier and/or any article referencing or incorporating the Dossier.

**Request No. 21.** All documents referencing, reflecting, or concerning articles authored by Ben Smith (in any medium or publication) concerning media ethics.

**Request No. 22.** All documents referencing, reflecting, or concerning speaker fees received by Ben Smith from January 1, 2016 to the present.

**Request No. 23.** All documents referencing, reflecting, or concerning media

5

appearances by Ben Smith concerning publication of Dossier and/or any article referencing or incorporating the Dossier.

**Request No. 24.** All communications with investors and potential investors of Buzzfeed concerning the publication of the Dossier including, but not limited to, the decision to publish the Dossier and/or any article referencing or incorporating the Dossier.

**Request No. 25.** All communications (specifically excluding communications with counsel) referencing, reflecting, or concerning the present litigation.

**Request No. 26.** All internal communications referencing, reflecting, or concerning Gubarev, XBT, or Webzilla.

**Request No. 27.** All communications with any person (including third-parties) referencing, reflecting, or concerning Gubarev, XBT, or Webzilla.

**Request No. 28.** All documents referencing, reflecting, or concerning Gubarev, XBT, or Webzilla.

**Request No. 29.** All documents referencing, reflecting, or concerning how Buzzfeed received the Dossier, from whom it received the Dossier, and to whom it circulated the Dossier.

**Request No. 30.** All documents referencing, reflecting, or concerning sources contacted in connection with the Dossier and reporting on the Dossier.

**Request No. 31.** All notes from reporters, editors, and/or fact-checkers referencing, reflecting, or concerning the Dossier and reporting on the Dossier.

**Request No. 32.** All drafts of stories referencing, reflecting, or concerning the Dossier.

**Request No. 33.** All drafts of stories referencing, reflecting, or concerning Gubarev, XBT, or Webzilla.

**Request No. 34.** All editorial meeting notes referencing, reflecting, or concerning the Dossier and/or reporting on the Dossier.

**Request No. 35.** All recordings of interviews or phone calls made in connection with reporting concerning the Dossier.

**Request No. 36.** All documents reflecting payments to sources concerning reporting on the Dossier.

**Request No. 37.** All documents referencing, reflecting, or concerning Buzzfeed's

efforts to prove or disprove assertions concerning Plaintiffs in the Dossier.

**Request No. 38.** All documents referencing, reflecting, or concerning meetings between any person working for or on behalf of Buzzfeed, on the one hand, and Christopher Steele, on the other.

**Request No. 39.** All documents referencing, reflecting, or concerning meetings between any person working for or on behalf of Buzzfeed, on the one hand, and any person working for or on behalf of Fusion GPS, on the other.

**Request No. 40.** All documents referencing, reflecting, or concerning meetings between any person working for or on behalf of Buzzfeed, on the one hand, and any person working for or on behalf of Orbis Business Intelligence on the other.

**Request No. 41.** All documents referencing, reflecting, or concerning communications between any person working for or on behalf of Buzzfeed, on the one hand, and Christopher Steele, on the other.

**Request No. 42.** All documents referencing, reflecting, or concerning communications between any person working for or on behalf of Buzzfeed, on the one hand, and any person working for or on behalf of Fusion GPS, on the other.

**Request No. 43.** All documents referencing, reflecting, or concerning communications between any person working for or on behalf of Buzzfeed, on the one hand, and any person working for or on behalf of Orbis Business Intelligence on the other.

**Request No. 44.** All documents referencing, reflecting, or concerning Christopher Steele.

**Request No. 45.** All documents referencing, reflecting, or concerning Fusion GPS.

**Request No. 46.** All documents referencing, reflecting, or concerning Orbis Business Intelligence.

**Request No. 47.** All documents that support or refute Buzzfeed's assertion that the Dossier is a government document.

**Request No. 48.** All documents that support or refute Buzzfeed's assertion that the Dossier was the subject of official government activity.

**Request No. 49.** All documents referencing, reflecting, or concerning communications between any person working for or on behalf of Buzzfeed, on the one hand, and the United States Government (or any person part of the United States Government, including,

without limitation, any person(s) in the executive branch or legislative branch), on the other hand, referencing, reflecting, or concerning the Plaintiffs.

**Request No. 50.** All documents referencing, reflecting, or concerning communications between any person working for or on behalf of Buzzfeed, on the one hand, and the United States Government (or any person part of the United States Government, including, without limitation, any person(s) in the executive branch or legislative branch), on the other referencing, reflecting, or concerning the Dossier.

**Request No. 51.** All communications with government officials concerning the Dossier or reporting on the Dossier.

**Request No. 52.** All documents referencing, reflecting, or concerning assignments to reporters, fact-checkers, or other employees or contractors in any way relating to the reporting on the allegations concerning the Plaintiffs contained in the Dossier.

**Request No. 53.** Current audited financial statements for Buzzfeed and any of its subsidiaries for the years 2016 to present.

**Request No. 54.** All documents referencing, reflecting, or concerning profit/loss for Buzzfeed and any of its subsidiaries for the years 2016 to the present.

**Request No. 55.** All handbooks or written guidelines provided to Buzzfeed's reporters that govern ethical standards for reporting at Buzzfeed.

**Request No. 56.** The Dossier in the form as originally received by Buzzfeed.

**Request No. 57.** To the extent not already covered by the previous requests, all documents and things identified in Defendants' Initial Rule 26(a)(1) Disclosures in this Litigation.

**Request No. 58.** All documents that Buzzfeed intends to offer into evidence at the trial in this matter.

**Request No. 59.** The resume of any expert witness you have retained or consulted with in connection with this litigation, whether or not you expect to call him at a trial of this matter.

**Request No. 60.** All documents provided to any expert witness in this matter.

**Request No. 61.** All documents that you reviewed in preparing your answers to all Interrogatories served in this matter.

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (Mass. Bar No. 564349 – *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (Mass. Bar No. 643572 – *pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

**Certificate of Service**

      I hereby certify that a true and correct copy of the foregoing was served electronically via email on all counsel or parties of record on the service list below on this 9th day of June, 2017.

                                                  /s/ Matthew Shayefar
                                                Matthew Shayefar

**Service List**

Katherine M. Bolger
Adam Lazier
Nathan Siegel
Levine Sullivan Koch & Schulz, LLP
321 West 44 Street, Suite 1000
New York, New York 10036
kbolger@lskslaw.com
alazier@lskslaw.com
nsiegel@lskslaw.com

Lawrence Allan Kellogg
Jezabel Pereira Lima
Levine Kellogg Lehman Schneider & Grossman LLP
Miami Center
201 So. Biscayne Boulevard, 22nd Floor
Miami, Florida 33131
lak@lklsg.com
jl@lklsg.com