# **EXHIBIT 4**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDINGS S.A., and<br>WEBZILLA, INC.<br>　　Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>　　Defendants. | Case No.<br><br>0:17-cv-60426-UU |

**PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF
DOCUMENTS AND THINGS TO DEFENDANT BUZZFEED, INC.**

　　Plaintiffs, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 34, hereby propound the following Third Request for Production of Documents and Things to Defendant Buzzfeed, Inc., to produce and make available for inspection and duplication, in response to each numbered paragraph, all documents specified herein that are in Defendant's possession, custody or control or in the possession, custody or control of its agents or attorneys.  Defendant is requested to make such production within thirty (30) days from the date of service.  Defendant is requested to make production electronically.  If Defendant elects to produce in physical form, Defendant is requested to make production to Ciampa Fray-Witzer, LLP, 20 Park Plaza, Suite 505, Boston, MA 02116.

**Definitions**

　　(1)　　The term "you" and "your" and "Buzzfeed" means the Defendant Buzzfeed, Inc., its subsidiaries and parent companies, including each of their respective officers, directors, employees, agents, and all other persons acting or purporting to act on their behalf.

　　(2)　　The term "Ben Smith" means the Defendant Ben Smith, including his agents, and all other persons acting or purporting to act on their behalf.

　　(3)　　The term "Plaintiffs" means all the Plaintiffs in this action.

　　(4)　　The term "Gubarev" means the Plaintiff Aleksej Gubarev.

　　(5)　　The term "XBT" means the Plaintiff XBT Holdings S.A.

1

(6) The term "Webzilla" means the Plaintiff Webzilla, Inc.

(7) The term "Defendants" means Buzzfeed and Ben Smith, as defined above.

(8) The term "Dossier" means the document file embedded in and referenced in the article Buzzfeed published on January 10, 2017 entitled "These Reports Allege Trump Has Deep Ties to Russia," referenced in the Complaint in this matter.

(9) The term "US Government" means any part of the United States federal government, including, without limitation, the executive branch, legislative branch, or judicial branch (or any part thereof), and any and all departments, agencies and committees of the United States federal government.

(10) The term "communication" means any statement or utterance, whether written or oral, made by on person to another, or in the presence of another, or any document delivered or sent from one person to another.

(11) The term "concerning" means consisting of, referring to, reflecting or in any way logically or factually connected with the matter discussed. A document "concerning" a given subject is any document identifying, showing, referring to, dealing with evidencing, commenting upon, having as a subject, describing, summarizing, analyzing, explaining, detailing, outlining, defining, interpreting, or pertaining to that subject, including without limitation, documents referring to the presentation of other documents.

(12) "Or" shall mean and/or;

(13) The term "documents" means all writings or graphic matter or other means of preserving thought or expression of any kind, including the originals and all identical copies, whether different from the original by reasons of any notation made on such copies or otherwise including, without limitation, e-mails, letters, text messages, social media messages, correspondence, memoranda, notes, diaries, studies, checks, statements, receipts, returns, summaries, pamphlets, books, prospectuses, interoffice and intraoffice telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telefax, invoices, worksheets, photographs, contracts, computer data, hard drives, correspondence, transcripts, schedules, affidavits, graphs, videotapes, tape recordings, motions pictures or other films (and all drafts, alternations, modifications, changes and amendments of any of the foregoing).  It shall also include any electronically stored data on any media.

(14)    The term "all documents" means every document as above defined known to you and every such document, which can be located or discovered by reasonably diligent efforts, whether in electronic format or in physical format.

(15)    The term "person" means any natural person, corporation, partnership, proprietorship, association, organization, or group of natural persons.

**Instructions**

(1)    All documents shall be produced as they are kept in the usual course of business or shall be organized and labeled to correspond with the numbered paragraphs of these Requests.

(2)    If no documents are responsive to a particular category, you should state so in writing.

(3)    When producing the documents, please keep all documents segregated by the file in which the documents are contained and indicate the name of the file in which the documents are contained and the name of the documents being produced.

(4)    With respect to each document or thing which is withheld, whether under claim of privilege, work product, or otherwise, provide the following information with sufficient particularity to allow counsel to evaluate the claim of privilege:

(i)    the date, identity and general subject matter of the document or thing, and the grounds asserted in support of the failure to produce the document or thing;

(ii)    the identity of each person (other than stenographic or clerical assistants) participating in the preparation of the document or thing;

(iii)    the identity of each person to whom the contents of the document or thing was communicated orally, by copy, by distribution, reading or substantial summarization;

(iv)    a description of any document or other material transmitted with or attached to the document or thing;

(v)    the number of pages in the document;

(vi)    the particular Request(s) (and subpart(s)) to which the document or thing is responsive; and

(vii)    whether any business or non-legal matter is contained or discussed in the document or thing.

(5)    With respect to each document or thing which has been lost or destroyed since its preparation or receipt, identify the thing or document, state the particular request or requests to

3

which it would otherwise be responsive, and set forth in detail the circumstances of the loss or destruction thereof.

(6)     If you object to responding to only part of a Request, specify the part to which you object and respond to the remainder.

(7)     These Requests are continuing and you are requested to promptly supplement the documents produced and/or objections made if you obtain additional information or documents requested.

## Requests

**Request No. 70.**     Historical audited financial statements for Buzzfeed and any of its subsidiaries for the last five (5) years, with all accompanying notes, including, without limitation, income statements, balance sheets and cash flow statements.

**Request No. 71.**     Any and all documents setting forth future financial projections for Buzzfeed.

**Request No. 72.**     Any and all documents referencing, reflecting, or concerning any rounds of capital raised for Buzzfeed, including, without limitation, documents indicating post-money valuation of Buzzfeed, interests granted to investor(s), the total amount of funds raised, and any valuation performed in connection with the transaction(s).

**Request No. 73.**     To the extent not covered by Request No. 72, any other valuations of Buzzfeed performed within the last ten years.

**Request No. 74.**     All documents referencing, reflecting, or concerning the total views of the article Buzzfeed published on January 10, 2017 entitled "These Reports Allege Trump Has Deep Ties to Russia" (the "Article") through the present.

**Request No. 75.**     All documents referencing, reflecting, or concerning the total views of other articles published by Buzzfeed that reference the Article or the Dossier, including, but not limited to articles that cite the article or Dossier, or articles that provide a link to the original article or Dossier.

**Request No. 76.**     All documents referencing, reflecting, or concerning the upstream traffic to the Article and other articles published by Buzzfeed that reference the Article or the Dossier, including documents that indicate the sources of web traffic to the same.

**Request No. 77.**     All documents referencing, reflecting, or concerning the downstream traffic from the Article and other articles published by Buzzfeed that reference the

4

Article or the Dossier, including documents that indicate where users went to after viewing the same.

**Request No. 78.** All documents, referencing, reflecting, or concerning the monthly active users of the Buzzfeed.com website, any Buzzfeed mobile platform, or any Buzzfeed social media accounts for the past five (5) years.

**Request No. 79.** All documents, referencing, reflecting, or concerning the daily active users of the Buzzfeed.com website, any Buzzfeed mobile platform, or any Buzzfeed social media accounts for the past five (5) years.

**Request No. 80.** All documents, referencing, reflecting, or concerning the monthly pageviews of the Buzzfeed.com website, any Buzzfeed mobile platform, or any Buzzfeed social media accounts for the past five (5) years.

**Request No. 81.** All documents, referencing, reflecting, or concerning the daily pageviews of the Buzzfeed.com website, any Buzzfeed mobile platform, or any Buzzfeed social media accounts for the past five (5) years.

**Request No. 82.** Access to Buzzfeed's Google Analytics accounts and any other comparable analytics provider used by Buzzfeed.

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (Mass. Bar No. 564349 – *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (Mass. Bar No. 643572 – *pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via email on all counsel or parties of record on the service list below on this 26th day of January, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com