# **EXHIBIT 2**

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3                        - - -

 4


 5
     ------------------------------x
 6                                  :
     ALEKSEJ GUBAREV, XBT HOLDING   :
 7   S.A., and WEBZILLA, INC.,      :
                                    :
 8              Plaintiffs,         : Case No.
            vs.                     : 1:17-cv-60426-UU
 9                                  :
     BUZZFEED, INC. and BEN SMITH,  :
10                                  :
                Defendants.         :
11   ------------------------------x

12

13     VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

14                       ERIC COLE

15                   August 29, 2018

16                   Washington, D.C.

17

18

19

20

21

22

23

24   REPORTED BY:  MICHELE E. EDDY, RPR, CRR, CLR

25   JOB NO. 244332
```

```
 1        Transcript of the deposition of ERIC COLE,
 2   called for Oral Examination in the above-captioned
 3   matter, said deposition taken pursuant to District
 4   Rules of Practice and Procedure, by and before MICHELE
 5   E. EDDY, a Certified Realtime Reporter, a Registered
 6   Professional Reporter, and a Notary Public for the
 7   District of Columbia, held at the offices of Davis
 8   Wright Tremaine LLP, 1919 Pennsylvania Avenue,
 9   Northwest, Suite 800, Washington, D.C., commencing at
10   10:04 a.m.
11                          - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1   is about, essentially, one paragraph in the
2   dossier.  Correct?
3        A    That is my understanding.
4        Q    And were you retained to investigate the
5   truth of that one paragraph of the dossier?
6        A    I was brought on to put -- look at that
7   paragraph in context of the Mr. Ferrante report to
8   see if Mr. Ferrante actually proved valid evidence
9   that that was a true statement or not.
10       Q    Okay.  But other than assessing
11  Mr. Ferrante's report, you did no additional
12  investigation into that paragraph.  Correct?
13       A    That is correct.
14       Q    Okay.  What documents did the plaintiffs
15  provide you with to draft your expert report?
16       A    Initially, it was -- I believe it's
17  referred to as the "December memo," which has the
18  paragraph that you reference, and then
19  Mr. Ferrante's report.
20       Q    Okay.  Were you provided with the
21  dossier as a whole?
22       A    No, I was not.
23       Q    Okay.  Have you ever read the dossier as
24  a whole?
25       A    No, I did not.

1  supporting evidence or analysis to prove the
2  statements that were made.
3      Q    So I still don't understand that.  So
4  let's just take a specific example, and then you
5  can explain to me what it means.
6           So let's talk about the IP
7  certificate -- sorry, the IP address that shares
8  the SSL certificate with Fancy Bear.
9           Do you know what I'm talking about?
10     A    Yes, I do.
11     Q    It's page 13 of his report.
12          I'm sorry, I totally told you the wrong
13 thing.  It's page 15.
14          So you're assuming it's true.  Right?
15 It says, "Assuming, for the sake of argument, that
16 it's true."  Then you say, "There is still no
17 supporting evidence to back up these claims."
18          Well, in this portion of the report,
19 Mr. Ferrante talks about an IP address that was
20 found on the CrowdStrike report that's linked to
21 the SSL certificate.  He refers to Exhibit 6 of
22 the report, which is the printout that describes
23 the SSL certificate.  What other evidence were you
24 looking for?
25          MR. FRAY-WITZER:  Objection.  It's just

```
 1  not what the report is saying.
 2      Q   Dr. Cole, if you can explain to me what
 3  the report is saying and take Evan's instruction
 4  and his testimony, I'd be happy to hear you do it.
 5  I truly don't understand what you're talking about
 6  because I don't know what evidence there is if
 7  that's not the evidence to support the claim.
 8          MR. FRAY-WITZER:  I guess I would just
 9  suggest starting on paragraph 55 since 56 follows.
10          MS. BOLGER:  Again, you're not
11  testifying.
12      A   So here, he is saying that out of 40 IP
13  addresses, one is owned by Root S.A. that's
14  registered to XBT.  To me, that's not any
15  supporting evidence at all that -- that XBT and
16  its affiliates had been using botnets, porn
17  traffic to transmit viruses, et cetera, that
18  statement.  So, to me, he is going in, and, yes,
19  one of the 40 was owned, but that is not
20  supporting evidence to prove the fundamental
21  statement that's at question in this case.
22      Q   That's because the way you construe the
23  fundamental question at issue in this case is that
24  XBT itself undertook the bad acts?  Correct?
25      A   I'm taking the statement on face value.
```

1  "A company called XBT/Webzilla and its affiliates

2  had been using botnets and porn traffic to

3  transmit viruses, plant bugs, steal data," and

4  then entities directly linked to Aleksej Gubarev

5  were involved.  So I'm looking at that, and he

6  does not provide any factual support to support

7  that entire claim.

8       Q    So you're saying that even if it's true

9  that XBT infrastructure was used to launch the

10 Bitly attack; was connected to this SSL

11 certificate that Fancy Bear had; had 13 IP

12 addresses listed on the Grizzly Steppe report; was

13 used in a worldwide massive ad fraud campaign; had

14 one, two, three, four, five, six connections to

15 Russian cyber actors; was involved in one, two,

16 three, four, five, six other malicious cyber

17 attacks, you think that evidence is completely

18 irrelevant to the allegations in the dossier.

19           MR. FRAY-WITZER:  Objection.  You can

20 answer.

21      A    Once again, some of the -- just for the

22 record, some of the things you quoted, I don't

23 directly agree with the statements.  IP addresses

24 out of many, including other big companies like

25 Google and Amazon, were listed there.  So I do not

```
 1            CERTIFICATE OF SHORTHAND REPORTER

 2

 3            I, Michele E. Eddy, Registered Professional

 4   Reporter and Certified Realtime Reporter, the court

 5   reporter before whom the foregoing deposition was

 6   taken, do hereby certify that the foregoing transcript

 7   is a true and correct record of the testimony given;

 8   that said testimony was taken by me stenographically

 9   and thereafter reduced to typewriting under my

10   supervision; and that I am neither counsel for,

11   related to, nor employed by any of the parties to this

12   case and have no interest, financial or otherwise, in

13   its outcome.

14

15            IN WITNESS WHEREOF, I have hereunto set my

16   hand and affixed my notarial seal this 5th day of

17   September, 2018.

18

19   My commission expires July 14, 2022

20

21   _____
        [signature: Michele E. Eddy]
22

23   MICHELE E. EDDY
     NOTARY PUBLIC IN AND FOR
24   THE DISTRICT OF COLUMBIA

25
```