# EXHIBIT 3

Aleksej Gubarev
April 30, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:17-CV-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

                Plaintiffs,

-vs-

BUZZFEED, INC. AND BEN SMITH,

                Defendant.
_____/

VIDEOTAPED DEPOSITION OF ALEKSEJ GUBAREV

Monday, April 30, 2018
10:13 a.m. - 6:57 p.m.
Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Blvd., Suite 1300
Miami, Florida 33133

Stenographically reported by:
Shari M. Thrasher

1       A       Should be.  But you ask him.
2       Q       I'm asking you.
3       A       I don't know exact date.
4       Q       Then why did you tell the reporter that he was
5    in Prague for four days in October?
6       A       Well, most probably he told me at that time,
7    but I don't remember exactly.  I tell you, if he's
8    here -- we have conference with him.
9       Q       It's not an important thing to remember,
10   right?
11      A       No.
12      Q       Why should you remember whether who was in
13   Prague in 2016, right?
14              MR. FRAY-WITZER:  Objection.
15      A       It doesn't bother me.
16      Q       (BY MR. BLACK)  Okay.  And then two paragraphs
17   down it says:  "Could the hacks have taken place via his
18   servers without him knowing?  Nonsense says, Gubarev.
19   With us you pay by credit card or bank transfer.  We do
20   not accept Bitcoins, never.  This means that every
21   transaction with every customer is kept on file."
22      A       That's correct.
23      Q       Is that accurate?
24      A       Correct.  The business pay the credit card.
25   We don't accept Bitcoins.  This means every transaction,

```
 1   correct.
 2        Q    So any hack that occurs on your servers, you
 3   would know?
 4             MR. FRAY-WITZER:  Objection.
 5        A    No.
 6        Q    (BY MR. BLACK)  Why not?
 7        A    It's not possible.
 8        Q    Why is it not possible?
 9        A    Because we don't have access to one server.
10        Q    It says right here you were asked whether or
11   not the hacks could have taken place without you
12   knowing, and you said nonsense.
13        A    About this one, no.  Let's be clear:  In the
14   dossier it mentions that I did personally, and the
15   stress of FSB, I did hack the democratic party server,
16   and money in my company.  This is my answer, no, we
17   don't do it.
18        Q    All right.  That was not my question.  I
19   didn't ask you about the dossier.  I asked you about
20   this:  "Could the hacks have taken place via his servers
21   without him knowing?"
22             Could it have occurred on your servers without
23   you knowing?
24             MR. FRAY-WITZER:  Objection.  You can answer.
25        A    Yes.
```

1    Q   (BY MR. BLACK)  And then the next paragraph
2    down it says:  "I have 37,000 servers worldwide."
3            Was that answer correct?
4    A   Well, the question is a different things about
5    physical and virtual service.
6            INTERPRETER:  Virtual.
7    A   Virtual service and physical service.
8    Q   (BY MR. BLACK)  I asked you how many servers
9    you had and you said 20,000.
10   A   Physical, yes.
11   Q   Why do you say here: "I have 37,000 servers
12   worldwide"?
13           MR. FRAY-WITZER:  Objection.
14   A   Maybe I count at that time it was servers.
15   Q   (BY MR. BLACK)  Did you count them?
16   A   No.  I give the number out of my head.
17   Q   Thirty-seven sounds a pretty specific number
18   to give that in your head?
19   A   This I cannot comment on.
20   Q   All right.  Why can't you comment on it?
21           MR. FRAY-WITZER:  Objection.
22   A   Because I don't remember.  I was under huge
23   stress at that time.
24           Finished with this?
25   Q   (BY MR. BLACK)  Yes.

```
 1              (Defendant's Exhibit No. AG-4D was marked for
 2   identification.)
 3              Let me show you AG -- you don't have to throw
 4   it -- AG-4D.
 5       A   Just, you know, believe me, I like to finish
 6   fast.
 7       Q   Okay.
 8              This was an e-mail between you and Mr. Dolan,
 9   correct?
10       A   Correct.
11       Q   On January 11, 2017.
12       A   Correct.
13       Q   That's the same day that you learned about the
14   dossier, correct?
15       A   Correct.
16       Q   How long after you learned about the dossier
17   was this e-mail sent?
18              MR. FRAY-WITZER:  Objection.
19       A   I don't remember exactly.
20       Q   (BY MR. BLACK)  All right.  You said in
21   response to Mr. Dolan's question:  "There has been
22   absolutely no involvement by XBT or any of its
23   subsidiaries."  Correct?
24       A   Correct.
25       Q   What investigation did you do about your
```

```
 1   servers -- excuse me, the servers owned by XBT or any of
 2   its subsidiaries before you sent this e-mail?
 3           MR. FRAY-WITZER:  Objection.  You can answer.
 4      A    It was the most specific here, dossier say
 5   that I'm personally and XBT hack democratic party
 6   servers.  I was no, 100 percent we don't do it.
 7      Q    (BY MR. BLACK)  My question was:  Before you
 8   sent this e-mail, what investigation did you do into the
 9   servers owned by XBT or any of its subsidiaries to see
10   if it was involved in any hacking activity in the
11   democratic party?
12           MR. FRAY-WITZER:  Objection.  You can answer.
13      A    I repeat again, I know we don't do it.
14      Q    (BY MR. BLACK)  What investigation, if any, did
15   you do before you made this statement?
16      A    I don't have to do any investigation against
17   me personally.  I don't do it.
18      Q    Is your answer you did none?
19      A    I told you, I don't do hack of democratic
20   party servers.
21      Q    Do I need to have this question translated for
22   you so you understand it?
23      A    If you want.
24      Q    All right.
25           MR. BLACK:  Could you please ask him what
```

```
 1         investigation he did about the servers owned by XBT
 2         and/or its subsidiaries before he sent this e-mail?
 3              MR. FRAY-WITZER:  Objection.
 4         A    I'm not forced, I'm not obligated to do it
 5    because we did not do that.
 6         Q    (BY MR. BLACK)  I didn't ask you if you were
 7    obligated to do it.  I asked you:  What, if any,
 8    investigation did you do prior to sending that e-mail?
 9         A    I don't have to do it because I don't do it.
10         Q    Good.  So the question is -- is the answer
11    none?
12         A    No.
13         Q    You did none, correct?
14         A    No.
15         Q    Okay, thank you.
16              MR. BLACK:  Could you please show the witness
17         AG-10.
18              (Defendant's Exhibit No. AG-10 was marked for
19    identification.)
20         Q    (BY MR. BLACK)  AG-10 is an e-mail sent by
21    Mr. Mishra to, I assume, somebody at a bank.  And I
22    wanted to ask you about two statements made in this to
23    ask you if it's accurate or not?
24         A    No.  I never see this e-mail before.
25         Q    I didn't ask you if you had seen it before,
```

```
 1   all right.
 2           In the middle of the page it says as follows:
 3   "However, we as a service provider, have no to very
 4   limited access to customers' infrastructure."
 5           Is that accurate?
 6       A   Yes.
 7       Q   The next line:  "Due to this fact, we can't be
 8   responsible for customers' security hacks."
 9           Is that accurate?
10       A   Yes.
11       Q   And then the next paragraph down it says:
12   "the nature" -- it says if but should be of I'm sure.
13   "The nature of hacking may be very complicated.  Due to
14   this, there is no single software available to detect
15   such activities."
16           Is that accurate?
17       A   Yes.
18           (Defendant's Exhibit No. AW-1 was marked for
19   identification.)
20       Q   (BY MR. BLACK)  Let me show you AW-1.
21       A   Maybe we take five minutes break, I get a new
22   tea.  That's okay?
23           MR. BLACK:  Of course.
24           VIDEOGRAPHER:  Going off the video record.
25       The time is 11:12 a.m.
```

REPORTER'S DEPOSITION CERTIFICATE

I, SHARI M. THRASHER, Court Reporter, certify that I was authorized to and did stenographically report the deposition of ALEKSEJ GUBAREV, the witness herein, on April 30, 2018; that a review of the transcript was requested; and that the foregoing pages numbered from 1 to 293 inclusive is a true and complete record of my stenographic notes of the deposition by said witness; that the foregoing pages constitute a true and correct transcript of my shorthand notes; and that this computer-assisted transcript was prepared by me and/or under my supervision.

I further certify that I am not a relative, employee, attorney or counsel for any of the parties in this cause nor related to nor employed by any attorney or counsel herein nor financially interested in the outcome of this action.

Dated this 8th day of May, 2018.

_____
SHARI M. THRASHER, Court Reporter

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| ALEKSEJ GUBAREV, <br> XBT HOLDING S.A., and <br> WEBZILLA, INC. <br>   Plaintiffs, <br><br> v. <br><br> BUZZFEED, INC. and <br> BEN SMITH <br>   Defendants. | Case No. <br><br> 0:17-cv-60426-UU |

<u>**Errata Sheet for**</u>
<u>**April 30, 2018 Deposition of Aleksej Gubarev**</u>

| Page | Line | Correction and Explanation |
|---|---|---|
| 15 | 22 | Replace "Alex Y" <br> with "Alex Live" <br><br> Transcript misstates testimony |
| 16 | 25 | Replace "Dominican" <br> with "Dominica" <br><br> Transcript misstates testimony |
| 17 | 16-18 | Replace "become pregnant, and I have to stop working, stop going to university, start working much more and I was not able to finish university" <br> with "become pregnant, and I have to stop going to university, start working much more and I was not able to finish university." <br><br> Transcript misstates testimony |
| 22 | 8 | Replace "Figuration" <br> with "Federation" <br><br> Transcript misstates testimony |
| 22 | 25 | Replace "alex@webz.com" <br> with "alex@webzilla.com" <br><br> Transcript misstates testimony |
| 23 | 2 | Replace "alex@webz.com" <br> with "alex@webzilla.com" |

1

| | | |
|---|---|---|
| | | to buy a name Webzilla.com from another company for $35,000, if I remember correct. I think it was 35,000."<br><br>Transcript misstates testimony |
| 44 | 3 | Replace "Is what I believe."<br>with "I believe that it is one of the top 20 international web hosting companies in the world."<br><br>"Internet" company is ambiguous, XBT is a web hosting company |
| 45 | 21-24 | Replace "Registered is set where you be the company, corporate service companies. And where to it's not my decision. We have for all those years our office and the main data center in Haarlem, H-A-A-R-L-E-M."<br>with "Registered address is setup by the company, the corporate service company. And where it is is not my decision. We have for all those years our office and the main data center in Haarlem, H-A-A-R-L-E-M."<br><br>Transcript misstates testimony |
| 46 | 18 | Replace "Brown Shane Royals (phonetic)"<br>with "Blaustein lawyers"<br><br>Transcript misstates testimony |
| 46 | 22 | Replace "Brown Shane Royals"<br>with "Blaustein lawyers"<br><br>Transcript misstates testimony |
| 47 | 24 | Replace "Of course. I paid for that every month."<br>with "Of course. I paid for that registered address to the corporate company every month"<br><br>Providing complete answer |
| 49 | 6-8 | Replace "I tell you, if he's here – we have conference with him."<br>with "I tell you, if he was there, he was there for a conference."<br><br>Transcript misstates testimony |
| 50 | 9 | Replace "one"<br>with "each"<br><br>Transcript misstates testimony |
| 50 | 13-17 | Replace "About this one, no. Let's be clear: In the dossier it mentions that I did personally, and the stress of FSB, I did hack the democratic party server, and money in my company. This is my answer, no, we don't do it."<br>with "About this one, no. Let's be clear: In the dossier it mentions that I personally, under duress of the FSB, I did the hack of the democratic party server, me and my company. This is my answer: no, we don't do it."<br><br>Transcript misstates testimony |

| | | |
|---|---|---|
| 53 | 6 | Replace "I was no, 100 percent we don't do it." with "I know 100 percent, we don't do it." <br><br> Transcript misstates testimony |
| 56 | 18 | Replace "there no more conference" with "there's a lot of conferences" <br><br> Transcript misstates testimony |
| 61 | 25 | Replace "I remember was one year." with "I remember there was one some years ago." <br><br> Transcript misstates testimony |
| 64 | 17 | Replace "internal" with "internet" <br><br> Transcript misstates testimony |
| 71 | 1-2 | Strike "I was leasing. I sold the lease. I would repeat in between." <br><br> Unclear where additional language in transcript comes from |
| 76 | 10 & 13 | Replace "Master" with "WebMaster" <br><br> Transcript misstates testimony |
| 88 | 4 | Strike "Yes." <br><br> Making clear that answer applies only to question about ownership |
| 112 | 14-15 | Replace "I don't know exact wording, but these sometime for attacks to bring the Website down." with "I don't know the exact wording, but some people sometimes use these attacks to bring websites down." <br><br> Clarifying testimony |
| 131 | 23-24 | Replace "I don't remember because it was not me. It was a bunch of people hosting." with "I don't remember because it was not me. It was a bunch of people project." <br><br> Transcript misstates testimony/Clarification |
| 132 | 18-19 | Replace "I repeat once, again, Alex XE is a virtual person who was the manager to projects." with "I repeat once, again, Alex XE is a virtual person who was the manager to different projects by different people." <br><br> Transcript misstates testimony |
| 134 | 5-6 | Replace "That WMOpen.com it was different managers from different times, and I show you." |

5

I have read the transcript of my deposition, and except for any corrections or changes noted above, I hereby subscribe to the transcript as an accurate record of the statements made by me.

_____
Aleksej Gubarev