# **EXHIBIT 4**

```
 1
                      UNITED STATES DISTRICT COURT
 2                    SOUTHERN DISTRICT OF FLORIDA
                             MIAMI DIVISION
 3
                      CASE NO. 1:17-cv-60426-UU
 4


 5
     ALEKSEJ GUBAREV, XBT HOLDING
 6   S.A., AND WEBZILLA, INC.,

 7          Plaintiff,

 8   -vs-


 9
     BUZZFEED, INC. AND BEN SMITH,
10
            Defendant.
11   _____/

12

13                             VIDEOTAPED

14
                               DEPOSITION
15
                                  OF
16
                        KOSTYANTYN BEZRUCHENKO
17


18

19                           May 3, 2018
                         10:06 a.m. - 5:28 p.m.
20           201 S. Biscayne Boulevard, Suite 1300
                         Miami, Florida 33131
21

22
                     Stenographically Reported By:
23                       SHARON VELAZCO, RPR
                    Registered Professional Reporter
24

25
```

```
 1                 You may answer.
 2                 THE WITNESS:  No.
 3   BY MS. BOLGER:
 4       Q.   That's the first time you've heard that?
 5       A.   Yes.
 6       Q.   What was your reaction to the Buzzfeed article?
 7       A.   I was shocked.
 8       Q.   And where were you?
 9       A.   I was in Thailand.
10       Q.   On vacation?
11       A.   Yes.
12       Q.   Okay.  And how did you hear about it?
13       A.   Aleksej called me.
14       Q.   What did he say?
15       A.   He asked me to read the report first.
16       Q.   Um-hmm.
17       A.   And he was pretty shocked as well.
18       Q.   And what did you do in response?
19       A.   Well, I -- like, as far as I remember, I stopped
20   my vacation and, like, started working from there, trying
21   to find out the more information about this, is there any
22   additional information available about this -- this
23   report.
24       Q.   And by "this report," you mean the dossier?
25       A.   Dossier, yeah.
```

1    Q.   Okay.  So when you started to research, you were
2  researching for additional information about what was
3  contained in the dossier; is that right?
4         I just want to understand what you're
5  researching.
6    A.   I was researching, like, if any of our --
7  researching for any information about actually the hacks,
8  and the dossier, and all around that.  I don't remember
9  exact specifics.  I was trying to find anything.
10   Q.   What did you do?
11   A.   Well, I searched for -- I read for the news
12 availability at the time.  I tried to find -- to go
13 through abuse e-mails, like, to find anything that may be,
14 like, related to a U.S. officials or U.S. law enforcement
15 agencies.  And, like, there was tons of things I've done
16 through that time.
17   Q.   You said you went through abuse notifications.
18        What were you looking for?
19   A.   I was looking for if there was -- our
20 infrastructure servers was involved in that.
21   Q.   How were you looking for that?
22   A.   Like, by using the infrastructure servers' IP
23 addresses.
24   Q.   There are no infrastructure servers IP addresses
25 in the dossier.

1    A.   Yeah, but the CSA says that we hacked it.  So
2    "we" means our infrastructure.
3    Q.   I'm sorry.  So you were not looking at the
4    network, you were looking at XBT's infrastructure?
5    A.   Yes.  Because the CS specifically said Aleksej
6    Gubarev and XBT hacked it.
7    Q.   I have no idea what a CSP is.
8         What is a CSP?  Did you say CSP?
9    A.   No, I said Aleksej Gubarev and XBT and Webzilla
10   hacked it.  Specifically, the CS specifically says that
11   Aleksej and Webzilla hacked it.
12   Q.   Right.
13        So you did -- you looked -- you looked on your
14   own infrastructure, is what you're telling me?
15   A.   Yeah.
16   Q.   So you looked for abuse alerts on your own
17   infrastructure?
18   A.   Yes.
19   Q.   Okay.  Are there such things, abuse alerts?
20   A.   No, no.
21   Q.   I'm sorry.  Do you get abuse alerts for XBT's
22   infrastructure?
23   A.   No.
24   Q.   So what were you looking at?
25   A.   I was looking if there are anything related to

1  that, maybe, like, there are some things exist.  No -- we
2  are -- I mean, technically, we can receive abuse, but we
3  never received them.  And I was looking if there is
4  anything I've missed, anything, like, was not bringing to
5  my attention.  I was trying to find anything, any
6  information, about this alleged hack.
7       Q.   What I'm having -- sorry, by the way, do you
8  believe the DNC wasn't hacked?
9       A.   I don't know.
10      Q.   I know you don't know what the word means.
11           So I had forgotten -- I just misunderstood you.
12           You said you were searching for abuse
13  notifications, and I want to know where you were
14  searching.
15           What were you looking at?  What was the
16  information source?
17      A.   It's ticketing system.
18      Q.   Of your -- of the network?
19      A.   That's the ticketing system where we get abuses.
20      Q.   Okay.  So what were you looking for?  How were
21  you searching it?
22      A.   IP addresses of the servers, infrastructure
23  servers.
24      Q.   What IP addresses?
25      A.   Infrastructure service IP addresses.

```
 1      Q.   XBT's infrastructure service IP addresses?
 2      A.   Exactly.
 3      Q.   So you were looking at abuse alerts for your own
 4 infrastructure to see if there was any indication that it
 5 was involved in the hack.
 6           But you didn't look at the abuse system for the
 7 network at large?
 8      A.   What do you mean, network?
 9      Q.   For the network.  For your network that your
10 customers used.
11           You didn't look at the abuse notifications for
12 your network?
13      A.   You're talking about customers?
14      Q.   Um-hmm.
15      A.   No.
16      Q.   Okay.  I'm just trying to understand what you
17 did.
18      A.   Yeah.
19      Q.   Okay.  In addition to looking through the abuse
20 notifications related to XBT's infrastructure, what else
21 did you do?
22      A.   I was trying to find any additional piece of
23 information about this.  Like, anything.  Literally,
24 reading through thousands of articles available on the
25 Internet.  Hundreds.  I don't know, thousands.  I was
```

```
 1  trying to find any piece of information.
 2      Q.  Okay.  Googling things; is that what you're
 3  saying?
 4          MR. FRAY-WITZER:  Objection.
 5          THE WITNESS:  Yes.
 6  BY MS. BOLGER:
 7      Q.  Okay.  What else did you do?
 8      A.  At that time, nothing.
 9      Q.  Okay.  Did you ever reach out to law enforcement
10  and ask them if they had heard about you all, or were
11  investigating you all?
12      A.  I reached out to our attorneys.
13      Q.  And I don't want to know about your contacts with
14  your attorneys.  I want know about your contacts --
15  because I'm not allowed to ask that question.
16          I want to know whether you reached out to any law
17  enforcement representatives.
18      A.  No.
19      Q.  You never called the FBI to say, "Hey, I'd be
20  happy talk to you about this.  I have no idea what's going
21  on"?
22      A.  No.
23      Q.  Did anybody in your organization ever reach out
24  to law enforcement and say they would be happy to meet
25  with them?
```

1   A.   I don't know.
2   Q.   So after you, as you put it, dropped your
3   vacation and started to look around, and I -- presumably
4   didn't find anything that you thought was useful, what did
5   you do next?
6   A.   I continued searching for any piece of
7   information.
8   Q.   Okay.  Did you talk to anybody, or did you mostly
9   search online?
10  A.   We talked to Aleksej.
11  Q.   And who else?
12  A.   I don't remember.  It was pretty stressful time.
13  Like, Aleksej for sure, but maybe someone else.  I don't
14  remember.
15  Q.   Okay.  And were you part of the decision to sue
16  Buzzfeed?
17  A.   Yes.
18  Q.   Okay.  And when did you all make that decision?
19  A.   I don't remember.
20  Q.   I'm going to ask you to take a look at an exhibit
21  I'll mark as Defendant's Exhibit 21.
22       (Exhibit No. 21 was marked for Identification.)
23  BY MS. BOLGER:
24  Q.   Mr. Bezruchenko, what is this?
25  A.   That's the report I prepared to XBT stakeholders

1   on the Buzzfeed publication.
2        Q.   And who did you give this to?
3        A.   Aleksej.
4        Q.   Okay.  And what was the -- how did this report
5   come to pass?
6        A.   It was my idea to make this report.
7        Q.   Okay.  Tell me more about that.
8        A.   Yeah, that -- I was still continued trying to
9   search any piece of information.  And whatever I found, I
10  prepared this report and produced to Aleksej.
11       Q.   Okay.  And you produced this report around the
12  same time you produced the Grizzly Steppe Report, right?
13       A.   I don't remember.
14       Q.   Okay.  The metadata says this document was
15  created in September of 2017.
16       A.   Again, that was the time when I put it into the
17  Word document.  I used the text edit redactor, like, you
18  know, VIM, V-I-M.  It's a text redactor.
19       Q.   A text what?  I'm sorry.
20       A.   Consult -- it's a pretty old school redactor.
21       Q.   Redactor?
22       A.   It's a text processor.
23       Q.   Okay.
24       A.   Consult text processor.
25       Q.   Okay.  Why are you old school?

```
 1       A.   I'm just used to that.  You know, I'm using these
 2   for years.
 3       Q.   Okay, okay.  You wrote in it English, why?
 4       A.   Because Rajesh doesn't understand Russian
 5   language.
 6       Q.   When you talk to Aleksej, what language do you
 7   guys talk to each other in?
 8       A.   Russian.
 9       Q.   Okay.  But you wrote this investigation because
10   you wanted -- in English, because you wanted to include
11   Rajesh?
12       A.   Yes.  Everyone who don't understand the English
13   in our company -- Russian in our company, they should be
14   able to read it, so it's pretty common to do that.
15       Q.   Okay.  So when you wrote this, what did you
16   intend to be done with it?
17       A.   Can you repeat the question?
18       Q.   What did you intend Mr. Gubarev to do with this?
19       A.   What?
20            THE INTERPRETER:  Let me.
21            (Discussion off the record between witness and
22       interpreter.)
23            THE WITNESS:  I don't know his intent.
24   BY MS. BOLGER:
25       Q.   No, what did you intend him to do?
```

1      A.   To explain that this -- well, he's completely
2  wrong.  It's not true.
3      Q.   Okay.  If you start from the beginning, it says
4  "Objective.  We know the statements regarding XBT
5  Webzilla's Aleksej Gubarev not true.  Our aim is to find
6  out if XBT Webzilla infrastructure was used for any
7  activities related to the published report."
8           Do you see that?
9      A.   Yes.
10     Q.   So the way I read that it says, essentially,
11 "We're assuming the statements aren't true, but we're
12 aiming to see if essentially someone hacked us to
13 undertake these activities."
14          Is that what you meant?
15          MR. FRAY-WITZER:  Objection.
16          THE WITNESS:  No.
17 BY MS. BOLGER:
18     Q.   What does it mean?
19     A.   I mean, we are sure we didn't do that.
20     Q.   Why are you sure?
21     A.   Because we didn't do that.
22     Q.   That's a dixit.
23          What do you mean by that?
24          It's Latin.  Don't worry about it.
25          That's just saying the same thing, right?  You're

1  saying, it is because I say it is.
2           I'm saying, how do you know?
3           How do you -- how do you -- why are you sure you
4  didn't do it?
5      A.   Because we didn't do it.  It's -- it's that
6  simple.  We didn't do it.
7      Q.   That is, in fact, an ipse dixit.
8           Okay, okay.  You say, "The following two factors
9  are very limiting" -- are about -- "to our ability to
10 conduct a proper investigation.  One is the published
11 report contains only top level information and lack of
12 details.  And two, the extensive time frame, March to
13 September."
14          So you say you went through your infrastructure
15 and checked out that firewall rules are up to date, all OS
16 and software components were up to date.  There were no
17 unauthorized logins to any of the systems or servers.
18          So what were you checking for by doing those
19 things?
20     A.   That our system was not compromised, and that was
21 the reason.
22     Q.   Okay.  So you're looking for someone who,
23 effectively -- I know you don't know what the word is, so
24 I don't want to use it -- hacked into your system or used
25 your system in a way that you guys don't approve, right?

```
 1      A.   Yes.
 2      Q.   Okay.
 3           MR. FRAY-WITZER:  The packet you've just given us
 4      attached as two different reports.  I don't know if
 5      that was intended, but --
 6           THE WITNESS:  No, probably not.  It's two
 7      different --  it's the previous and the --
 8           MS. BOLGER:  It's not.  It's supposed to be Pages
 9      1 and 2.  I apologize.  You can take off Pages 3 and
10      4.
11           Thanks.
12 BY MS. BOLGER:
13      Q.   Okay.  And what happened with this report?  Did
14 anybody do anything with this report?
15      A.   I don't know.  I produced this to Aleksej and
16 maybe to our attorneys.
17      Q.   Okay.  This was in September of 2017.
18           So since then, have you done anything to
19 investigate the allegations in the dossier?
20      A.   I'm doing, like, I'm reading the news from time
21 to time to see if there is any new information that
22 appears.  That's all.
23      Q.   Okay.  After the Buzzfeed article came out, did
24 you all make any changes at all to XBT infrastructure or
25 your network in response?
```

1                  CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA

4    COUNTY OF MIAMI-DADE

5

6          I, SHARON VELAZCO, Registered Professional

7    Reporter, certify that I was authorized to and did

8    stenographically report the deposition of KOSTYANTYN

9    BEZRUCHENKO; that a review of the transcript was not

10   requested; and that the transcript is a true record of my

11   stenographic notes.

12         I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the parties, nor

14   am I a relative or employee of any of the parties'

15   attorneys or counsel connected with the action, nor am I

16   financially interested in the action.

17

18         Dated this 8th day of May, 2018.

19

20         _____
           SHARON VELAZCO, RPR
21         Registered Professional Reporter

22

23

24

25