# **EXHIBIT 5**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF FLORIDA

 3       _____
                                                )
 4       ALEKSEJ GUBAREV, XBT HOLDING S.A.,      )
         and WEBZILLA, INC.,                     )
 5                                               )
                         Plaintiffs,             )
 6       vs.                                     ) Case No.:
                                                 ) 17-CV-60426-UU
 7       BUZZFEED, INC., and BEN SMITH,          )
                                                 )
 8                       Defendants.             )
         _____)
 9

10

11                      ** CONFIDENTIAL **

12             ** PURSUANT TO A PROTECTIVE ORDER **

13

14

15                  VIDEOTAPED DEPOSITION OF

16                         NIKOLAY DVAS

17                       LIMASSOL, CYPRUS

18                    THURSDAY, MAY 17, 2018

19                          9:45 A.M.

20

21

22

23

24

25       REPORTED BY:  BRENDA MATZOV, CA CSR 9243
```

OPTIMA JURIS:  Empowering Global Depositions
www.optimajuris.com                    tel: +1-855-678-4268

```
16:49:32   1         Q.    Yes.
16:49:33   2         A.    I don't know.
16:49:33   3         Q.    Or to anybody else out -- in other
16:49:35   4    words, outside of the company, as a result
16:49:37   5    of learning the information?
16:49:39   6         A.    I don't know if anyone reached out
16:49:41   7    to anyone else.
16:49:42   8         Q.    Do you know of any -- any response
16:49:44   9    of any kind or any action of any kind that
16:49:48  10    anyone connected with the company took as
16:49:51  11    a result of learning that Mr. Cullison had
16:49:53  12    visited these LinkedIn accounts?
16:49:56  13         A.    Charles Dolan reported to have taken
16:49:59  14    some actions.
16:50:01  15         Q.    And -- and what actions were those?
16:50:03  16         A.    I don't know.
16:50:03  17         Q.    You don't remember what they were?
16:50:05  18         A.    I believe I didn't know what they were
16:50:09  19    at that time.
16:50:09  20         Q.    Okay.  So my understanding is you're
16:50:13  21    saying just -- you had some idea that Mr. Dolan
16:50:15  22    did something, but you didn't know what it was?
16:50:17  23         A.    That -- that he would figure out.
16:50:18  24         Q.    Okay.  Did there come a time when you
16:50:25  25    learned that Buzzfeed had published what is now
```

```
16:50:32   1    referred to as the dossier?
16:50:34   2         A.   Yes.
16:50:35   3         Q.   How did you learn that?
16:50:38   4         A.   Aleksej Gubarev showed me.
16:50:41   5         Q.   In your office?
16:50:42   6         A.   Yes.
16:50:42   7         Q.   In the company's offices?
16:50:43   8         A.   In the office.
16:50:45   9         Q.   And tell me about that conversation.
16:50:49  10         A.   He showed me.
16:50:52  11         Q.   And what did you say?
16:50:55  12         A.   Well, what did I say?
16:50:57  13         Q.   Yeah.
16:51:02  14         A.   Am I allowed to use any words?
16:51:04  15         Q.   You are allowed to use any words.
16:51:07  16         A.   I said:  Oh, fuck.
16:51:10  17         Q.   Okay.  And why did you say that?
16:51:12  18         A.   Because I didn't like that.
16:51:15  19         Q.   You didn't what?
16:51:16  20         A.   I didn't like that.
16:51:17  21         Q.   What you didn't like?
16:51:18  22         A.   I didn't like that Webzilla, XBT,
16:51:20  23    and Aleksej Gubarev appeared --
16:51:23  24         Q.   Okay.
16:51:24  25         A.   -- in the dossier.
```

```
16:51:25   1         Q.   So out of pure curiosity, are you
16:51:29   2    translating what you said to Mr. Gubarev, or
16:51:30   3    is that --
16:51:31   4         A.   I'm translating.
16:51:33   5              MS. BOLGER:  What is it?
16:51:35   6              THE WITNESS:  All right.  If -- if --
16:51:36   7    if translated more correctly, it would be Russian
16:51:43   8    equivalent of -- translated precisely, it will
16:51:47   9    be a Russian saying that translates precisely as:
16:51:51  10    "To fuck, to dick."  But that's a little bit hard
16:51:57  11    to explain to a non-Russian-speaking person.
16:52:01  12         Q.   BY MR. SIEGEL:  And what did Mr. Gubarev
16:52:02  13    say?
16:52:03  14         A.   When he was showing me that, he said:
16:52:05  15    Look at this weird bullshit.
16:52:10  16         Q.   Okay.  And did you ask:  Is it true?
16:52:18  17         A.   No.
16:52:20  18         Q.   Why not?
16:52:23  19         A.   I was sure it is not -- it was not.
16:52:28  20         Q.   And why were you sure?
16:52:29  21         A.   I -- I was sure.
16:52:32  22         Q.   Just --
16:52:33  23         A.   I -- I was sure.
16:52:34  24         Q.   Okay.  Did you ever undertake any
16:52:40  25    actions to investigate whether the allegations
```

```
16:52:46   1    in the dossier were true?
16:52:47   2         A.   When you say "you," you refer to?
16:52:53   3         Q.   What's that?
16:52:54   4         A.   Whom do you refer to when you say --
16:52:55   5         Q.   I'm first referring to you, Nick Dvas.
16:53:00   6         A.   I -- I did not take any actions.
16:53:00   7         Q.   Okay.  Are you aware of anything that
16:53:02   8    anybody else did?
16:53:03   9         A.   Konstantin Bezruchenko took some actions.
16:53:06  10         Q.   And what did you understand those actions
16:53:08  11    to be?
16:53:09  12         A.   I didn't know the specifics.  I don't
16:53:12  13    know the specifics.
16:53:13  14         Q.   Okay.  And were those ever reported to
16:53:18  15    you in any way?
16:53:20  16         A.   It was communicated orally.
16:53:24  17         Q.   And what was communicated?
16:53:27  18         A.   That there is no sign that can confirm
16:53:41  19    that any of our servers has some help in use for --
16:53:47  20    for that purpose.
16:53:48  21         Q.   And when you use the -- the term "our
16:53:50  22    servers," who is the "our"?
16:53:53  23         A.   That was more or less the exact words.
16:53:57  24         Q.   Okay.  And do you have -- did you --
16:54:00  25    do you have an understanding of who the "our"
```

```
16:54:04   1    was?
16:54:05   2         A.   I -- I never asked.
16:54:07   3         Q.   You never asked?
16:54:08   4         A.   (Witness shakes head in the negative.)
16:54:10   5         Q.   So do you know whether Mr. Bezruchenko,
16:54:10   6    in saying "our servers," was referring to "ours,
16:54:16   7    corporate servers," in other words, the corporate
16:54:19   8    ones that are used by XBT and Webzilla employees?
16:54:22   9    Or "ours" in the sense of every single server
16:54:26   10   that's used by a customer?
16:54:27   11        A.   I don't know what he was referring to.
16:54:30   12        Q.   You don't.
16:54:31   13             Did you ask?
16:54:32   14        A.   I didn't.
16:54:43   15        Q.   Is that in any -- was that a question
16:54:44   16   that you were interested in finding the answer
16:54:47   17   to at the time?
16:54:49   18        A.   No.
16:54:51   19        Q.   Why not?
16:54:52   20        A.   Because I was sure we had nothing to
16:54:56   21   do with that.
16:54:57   22        Q.   Well, when you say "we had nothing
16:54:59   23   to do with it," were you sure that any of your
16:55:02   24   customers had nothing to do with it?
16:55:06   25        A.   I was sure.  Yes.
```

```
16:55:08   1        Q.   How?
16:55:09   2        A.   I was just sure.
16:55:11   3        Q.   Just a gut feeling?
16:55:12   4        A.   Yes.  It was just a strong gut feeling.
16:55:15   5        Q.   And you had that strong gut feeling even
16:55:18   6   though just three weeks -- less than three weeks
16:55:21   7   earlier you had learned that almost 5 percent of
16:55:23   8   your servers were being used as part of a massive
16:55:28   9   fraud?
16:55:28  10        A.   I --
16:55:28  11        Q.   Or might have been used as part of --
16:55:28  12        A.   I don't --
16:55:28  13             MR. GURVITS:  Objection.
16:55:28  14             THE WITNESS:  -- know if there have been
16:55:34  15   almost 5 percent of our servers used by any single
16:55:39  16   customer.
16:55:42  17        Q.   BY MR. SIEGEL:  You had just learned
16:55:43  18   three weeks earlier -- right? -- that White Ops
16:55:46  19   alleged that over a thousand of your servers
16:55:48  20   were being used in connection with a massive
16:55:51  21   fraud; correct?
16:55:52  22             MR. GURVITS:  Objection.
16:55:53  23             THE WITNESS:  Incorrect.
16:55:54  24        Q.   BY MR. SIEGEL:  Not correct?
16:55:54  25        A.   Not correct.
```

```
16:55:56   1        Q.   Why -- what's not correct about that?
16:56:00   2        A.   White Ops did not allege anything about
16:56:03   3   our servers or their amount.
16:56:06   4        Q.   Well, you understood that there were
16:56:09   5   IP addresses -- right --
16:56:10   6        A.   Yes.
16:56:10   7        Q.   -- that White Ops -- had been identified
16:56:12   8   that were connected to a customer who was a customer
16:56:16   9   of over a thousand servers; correct?
16:56:19  10             MR. GURVITS:  Objection.
16:56:19  11             THE WITNESS:  That's correct.
16:56:19  12        Q.   BY MR. SIEGEL:  Okay.  And having
16:56:21  13   just learned that three weeks earlier, you had
16:56:26  14   no question in your mind that, jeez, maybe there's
16:56:30  15   another customer who is doing this activity that
16:56:33  16   is discussed in the dossier?
16:56:35  17             MR. GURVITS:  Objection.
16:56:35  18             THE WITNESS:  Repeat the question,
16:56:42  19   please.
16:56:42  20        Q.   BY MR. SIEGEL:  Well, three weeks
16:56:43  21   earlier -- less than three weeks earlier, you
16:56:45  22   hire a public relations firm.  You terminate the
16:56:50  23   account of one of your largest customers because
16:56:53  24   somebody reveals -- right? -- that there may have
16:56:56  25   been or alleges a massive fraud being conducted
```

```
16:57:04   1   by a customer -- by a very big customer of yours.
16:57:07   2           Right?
16:57:09   3           Three weeks after that -- less than
16:57:11   4   three weeks after that --
16:57:12   5      A.   I -- I didn't agree --
16:57:13   6           MR. GURVITS:  You need to -- you need
16:57:13   7   to let him finish the question --
16:57:16   8           THE WITNESS:  Okay.
16:57:16   9           MR. GURVITS:  -- and wait for me
16:57:17  10   to object --
16:57:17  11           MR. SIEGEL:  You know what?  I'll --
16:57:18  12           THE WITNESS:  Okay.
16:57:18  13           MR. GURVITS:  -- and then ask.
16:57:18  14           THE WITNESS:  When you are -- when you
16:57:19  15   are asking "right" --
16:57:20  16           MR. GURVITS:  No, no, wait.  Wait.
16:57:20  17           THE WITNESS:  -- it is not a question;
16:57:21  18   yes?
16:57:21  19           MR. SIEGEL:  Okay.
16:57:21  20           MR. GURVITS:  I just need you to stop
16:57:22  21   talking.  Listen to the question and answer.
16:57:25  22           THE WITNESS:  Yes.
16:57:25  23           MR. GURVITS:  Thank you.
16:57:25  24           THE WITNESS:  My question is:  When
16:57:25  25   you --
```

```
16:57:26   1              MR. GURVITS:  Don't ask questions.
16:57:27   2              THE WITNESS:  Okay.
16:57:28   3         Q.   BY MR. SIEGEL:  It never -- you did
16:57:28   4    not think that three weeks after the methbot
16:57:31   5    episode that it might be that there was another
16:57:40   6    example of illegal activity going on on -- by
16:57:44   7    one of your customers --
16:57:46   8              MR. GURVITS:  Objection.
16:57:46   9         Q.   BY MR. SIEGEL:  -- as described in
16:57:47  10    the dossier?  That never occurred to you?
16:57:50  11              MR. GURVITS:  Objection.
16:57:57  12              THE WITNESS:  No.
16:58:02  13              Now I have a very technical question.
16:58:04  14    When you're asking "right," I'm not supposed
16:58:07  15    to answer that; yes?
16:58:08  16         Q.   BY MR. SIEGEL:  Well, sometimes you
16:58:09  17    are.  But forget about my question before.
16:58:12  18         A.   Okay.
16:58:12  19         Q.   I just asked you another question;
16:58:12  20    right?
16:58:12  21         A.   Because -- because --
16:58:12  22         Q.   And you understood the question I
16:58:14  23    just asked you; right?
16:58:16  24              MR. GURVITS:  Objection.
16:58:18  25              THE WITNESS:  No.
```

| | | |
|---|---|---|
| 16:58:19 | 1 | Q. BY MR. SIEGEL: Well, okay. I'll ask |
| 16:58:20 | 2 | it again. |
| 16:58:22 | 3 | Three weeks after the methbot incident |
| 16:58:26 | 4 | or the news about the methbot incident, it never |
| 16:58:32 | 5 | occurred to you that there might be another customer |
| 16:58:37 | 6 | that was conducting illegal activity as alleged in |
| 16:58:42 | 7 | the dossier? |
| 16:58:43 | 8 | MR. GURVITS: Objection. |
| 16:58:49 | 9 | THE WITNESS: I didn't think about that. |
| 16:58:58 | 10 | MR. SIEGEL: Let's go to Exhibit 81. |
| 16:59:17 | 11 | THE WITNESS: (Examining.) None of it |
| 16:59:17 | 12 | is marked. |
| 16:59:18 | 13 | MR. SIEGEL: Yeah, we may need to start |
| 16:59:21 | 14 | marking them again. I thought these were marked. |
| 16:59:23 | 15 | No, I guess not. So let's start marking again. |
| 16:59:28 | 16 | So let's mark it as Exhibit 81. |
| 16:59:32 | 17 | THE WITNESS: Should I return that? |
| 16:59:34 | 18 | MR. SIEGEL: Yeah. |
| 16:59:51 | 19 | (Exhibit 81 marked.) |
| 16:59:56 | 20 | Q. BY MR. SIEGEL: So Exhibit 81 indicates |
| 17:00:00 | 21 | that -- I'm sorry. Yes. Exhibit 81 indicates |
| 17:00:03 | 22 | that Mr. Gubarev reached out to Mr. Dolan, copying |
| 17:00:08 | 23 | you; right? |
| 17:00:09 | 24 | And did you retain Mr. Dolan to provide |
| 17:00:15 | 25 | services in connection with the dossier? |

| | | |
|---|---|---|
| 17:00:18 | 1 | A. No. |
| 17:00:19 | 2 | Q. You didn't? You didn't retain him to |
| 17:00:22 | 3 | provide services in connection with the publicity |
| 17:00:26 | 4 | relating to the dossier? |
| 17:00:27 | 5 | A. No. |
| 17:00:29 | 6 | Q. What did you retain him for? |
| 17:00:31 | 7 | A. We retained him for crisis communications. |
| 17:00:43 | 8 | Q. Right. |
| 17:00:43 | 9 | (Court reporter clarification.) |
| 17:00:31 | 10 | THE WITNESS: We retained him for crisis |
| 17:00:43 | 11 | communications. |
| 17:00:43 | 12 | MS. BOLGER: "Crisis." |
| 17:00:43 | 13 | THE WITNESS: "Crisis communications." |
| 17:00:43 | 14 | I'm sorry for my English. |
| 17:00:48 | 15 | Q. BY MR. SIEGEL: Okay. And so did you -- |
| 17:00:50 | 16 | in your mind, was this part of the services you |
| 17:00:53 | 17 | had already retained him for? |
| 17:00:59 | 18 | A. Yes. |
| 17:01:00 | 19 | Q. Okay. So you reached out to him right |
| 17:01:04 | 20 | away; right? Or Mr. Gubarev reached out to him |
| 17:01:07 | 21 | right away? |
| 17:01:11 | 22 | A. I don't know when Mr. Gubarev reached -- |
| 17:01:13 | 23 | Q. Well, the e-mail's -- |
| 17:01:13 | 24 | A. -- out to him. |
| 17:01:13 | 25 | Q. -- dated January 11th at 12:50 a.m.; |

```
17:01:16   1    right?
17:01:18   2         A.   Right.
17:01:18   3         Q.   And the dossier was published -- I can
17:01:22   4    represent to you -- in U.S. time on January 10th
17:01:25   5    around 5:20, roughly, in the p.m.
17:01:30   6              Right?
17:01:30   7         A.   Uh-huh.
17:01:31   8         Q.   So this, in fact, is January 11, 2017,
17:01:34   9    Cyprus time at 12:50 a.m.  That's within about
17:01:38   10   a half an hour of the dossier being published.
17:01:42   11        A.   Okay.
17:01:42   12        Q.   And Mr. Gubarev reaches out right away
17:01:46   13   to Mr. Dolan; right?
17:01:47   14        A.   Yes.
17:01:48   15        Q.   Just as you did when you learned about
17:01:50   16   the White Ops report; right?
17:01:52   17             MR. GURVITS:  Objection.
17:01:52   18             THE WITNESS:  No.
17:01:53   19        Q.   BY MR. SIEGEL:  No?
17:01:56   20             What's wrong about -- what is not
17:01:58   21   correct about that question?
17:02:01   22        A.   I -- it is -- we didn't do the same
17:02:06   23   thing.
17:02:07   24        Q.   What was different?
17:02:11   25        A.   The timing and the content of the e-mail.
```

```
17:02:15   1        Q.   Okay.  So the timing was even a little
17:02:18   2   quicker with the dossier; right?
17:02:19   3        A.   I don't remember the timing for --
17:02:26   4        Q.   Well, how can you say the timing was
17:02:29   5   different?
17:02:31   6        A.   Well, actually, yes, probably the
17:02:33   7   dossier was quicker.
17:02:35   8        Q.   The dossier was quicker.  Okay.
17:02:37   9             Is it fair to say that you're reaching
17:02:41  10   out for the same reasons?  You wanted assistance
17:02:42  11   with crisis communications?
17:02:44  12        A.   I -- I don't know which reason Aleksej
17:02:47  13   pursued.
17:02:48  14        Q.   You really don't?  Okay.
17:02:49  15             Do you have a belief that he was doing it
17:02:51  16   because he was interested in crisis communications
17:02:56  17   assistance?
17:02:59  18        A.   No.
17:02:59  19        Q.   No?
17:03:00  20        A.   No.
17:03:00  21        Q.   So what do you -- why do you think he
17:03:03  22   was doing it, reached out to Mr. Dolan?
17:03:07  23        A.   I believe he was asking here -- as it
17:03:11  24   says, he was asking for an advice.
17:03:16  25        Q.   Okay.  About how to handle a possible
```

```
17:03:20   1   public relations crisis?
17:03:24   2        A.   He was asking for an advice.
17:03:26   3        Q.   Okay.  And --
17:03:26   4        A.   I don't want to imply what he meant.
17:03:33   5             MR. SIEGEL:  Okay.  Let me show you --
17:03:33   6   let's mark this as Exhibit 82.
17:03:35   7             (Exhibit 82 marked.)
17:03:50   8             THE WITNESS:  (Examining.)  Aah, no,
17:03:50   9   it's not marked.
17:03:50  10        Q.   BY MR. SIEGEL:  Yes, it's just one.
17:03:51  11   I'm sorry.  I'm giving you -- it's one marked --
17:03:52  12   the top one 82.  And then hand the second copy
17:03:57  13   to Val.
17:03:58  14        A.   Okay.  So I just passed one copy.
17:04:20  15        Q.   So Exhibit 82 is an e-mail from Mr. Dolan
17:04:23  16   to Mr. Gubarev, copying you; right?
17:04:25  17             And Mr. Dolan says:
17:04:28  18             "Please be absolutely certain that none
17:04:30  19   of your servers were in any way involved - even
17:04:35  20   innocently."
17:04:37  21             Did you undertake any efforts to make
17:04:39  22   absolutely certain that none of your servers
17:04:41  23   were in any way involved even innocently?
17:04:56  24        A.   I did.
17:04:57  25        Q.   What did you do?
```

```
17:05:01   1          A.   I told Konstantin about this request.
17:05:04   2               (Court reporter clarification.)
17:05:04   3               THE WITNESS:  I told Konstantin
17:05:04   4    Bezruchenko about this request.
17:05:08   5          Q.   BY MR. SIEGEL:  And did Mr. Bezruchenko
17:05:12   6    do anything in response to it?
17:05:20   7          A.   He -- he did something.
17:05:22   8          Q.   What did he do?
17:05:23   9          A.   I don't know.
17:05:26  10          Q.   How do you know that he did something?
17:05:29  11          A.   He told me he -- he will do something.
17:05:32  12          Q.   And what did he tell you?
17:05:34  13          A.   He told me something along the lines:
17:05:37  14    Okay, I will handle that.
17:05:40  15          Q.   And did he ever report back to you what
17:05:43  16    the results of that were?
17:05:45  17          A.   No.
17:05:45  18          Q.   No?  You never asked him?
17:05:47  19          A.   No.  I never asked him.
17:05:49  20          Q.   Why not?
17:05:52  21          A.   I wasn't interested in that.
17:06:01  22          Q.   To this day, are you absolutely certain
17:06:06  23    that no server connected to any subsidiary of XBT
17:06:14  24    was ever used in any attempt to hack Democrats
17:06:20  25    in the United States?
```

```
17:06:29   1        A.   I'm certain.
17:06:30   2        Q.   And on what basis are you certain?
17:06:33   3        A.   Just I'm -- I'm positive.  That's it.
17:06:39   4        Q.   And how -- why are you positive?
17:06:46   5        A.   Just I -- I'm sure.  That's it.
17:06:52   6        Q.   Do you know who John Podesta is?
17:06:57   7        A.   Who?
17:06:57   8        Q.   John Podesta.
17:07:01   9             Have you ever heard that name?
17:07:03  10        A.   No.
17:07:03  11        Q.   Okay.  Do you believe that the Russian
17:07:04  12   government was involved in efforts to hack the
17:07:08  13   Democratic National Committee --
17:07:11  14        A.   I don't know.
17:07:11  15        Q.   -- in 2016?
17:07:13  16        A.   I don't know.
17:07:13  17        Q.   I didn't ask you if you knew.
17:07:15  18             I asked you:  Do you believe that the
17:07:17  19   Russian government was involved in efforts to
17:07:20  20   hack the Democratic National Committee in 2016?
17:07:24  21        A.   I have no opinion on that.
17:07:26  22        Q.   None whatsoever?
17:07:28  23        A.   None whatsoever.
17:07:29  24        Q.   You're the CEO of an Internet hosting
17:07:31  25   company, and you have no opinion whatsoever as
```

```
 1                CERTIFICATE OF REPORTER
 2
 3         I, BRENDA MATZOV, CA CSR 9243, do hereby
 4  certify:
 5         That, prior to being examined, the witness
 6  named in the foregoing deposition was duly sworn
 7  by me to testify the truth, the whole truth, and
 8  nothing but the truth;
 9         That the foregoing deposition was taken
10  before me at the time and place herein set forth,
11  at which time the aforesaid proceedings were
12  stenographically recorded by me and thereafter
13  transcribed by me;
14         That the foregoing transcript, as
15  typed, is a true record of the said proceedings;
16         And I further certify that I am not
17  interested in the action.
18
19         Dated this 17th day of May, 2018.
20
21         _____
           BRENDA MATZOV, CA CSR 9243
22
23
24
25
```