# **EXHIBIT 2**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| ALEKSEJ GUBAREV, <br> XBT HOLDING S.A., and <br> WEBZILLA, INC. <br>     Plaintiffs, <br><br> v. <br><br> BUZZFEED, INC. and <br> BEN SMITH <br>     Defendants. | Case No. <br><br> 0:17-cv-60426-UU |

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)(A)**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A), Plaintiffs Aleksej Gubarev, XBT Holding S.A., and Webzilla, Inc. ("Plaintiffs"), by and through their undersigned counsel, make the following initial disclosures. These disclosures are subject to any and all objections Plaintiffs may assert relating to the attorney-client privilege, the work product doctrine, confidentiality, other protections, the scope of permissible discovery and any other objections and limitations available pursuant to law. Plaintiffs' investigation into the facts underlying this action is ongoing and, therefore, Plaintiffs reserve the right to amend these disclosures and to rely upon additional witnesses, documents and information to support their claims in this lawsuit, including witnesses, documents and information revealed by Defendants in their disclosures and discovery responses and other investigation.

**I.     Individuals Likely to Have Discoverable Information**

Plaintiffs disclose that the following persons may have discoverable information that Plaintiffs may use to support their claims (other than solely for impeachment), including the subjects of that information:

1

1.      Aleksej Gubarev, Chairman, CEO and Director of XBT Holding S.A., c/o Boston Law Group, PC, 825 Beacon Street, Suite 20, Newton, MA 02459, +1-617-928-1800.  The defamatory and false nature of the statements published by Defendants, the operations of Plaintiffs, and the damage suffered by Plaintiffs as a result thereof.

2.      Anna Gubareva, wife of Aleksej Gubarev, c/o Boston Law Group, PC, 825 Beacon Street, Suite 20, Newton, MA 02459, +1-617-928-1800.  The effects of the defamatory publication on herself, her husband, and her family.

3.      Kostyantyn Bezruchenko, Director of Webzilla, Inc. and Chief Technical Officer of XBT Holding S.A., c/o Boston Law Group, PC, 825 Beacon Street, Suite 20, Newton, MA 02459, +1-617-928-1800.  The defamatory and false nature of the statements published by Defendants, the operations of Webzilla, Inc. and XBT Holding S.A., and the damage suffered by Webzilla, Inc. and XBT Holding S.A. as a result of the defamatory statements published by Defendants.

4.      Rajesh Kumar Mishra, Director of Webzilla, Inc. and Chief Financial Officer of XBT Holding, S.A., c/o Boston Law Group, PC, 825 Beacon Street, Suite 20, Newton, MA 02459, +1-617-928-1800.  The operations of Webzilla, Inc. and XBT Holding S.A., and the damage suffered by Webzilla, Inc. and XBT Holding S.A. as a result of the defamatory statements published by Defendants.

5.      Constantin Luchian, Financial Director of Webzilla, Inc., c/o Boston Law Group, PC, 825 Beacon Street, Suite 20, Newton, MA 02459, +1-617-928-1800.  The operations of Webzilla, Inc. and the publication and viewing of the defamatory statements within the state of Florida.

6.      Christopher Steele, founder and director of Orbis Business Intelligence Limited.  Information regarding the collection of information that lead to the defamatory statements published by Defendants.

7.      Roy Cysner, Controller of BuzzFeed, Inc.  The distribution of the defamatory statements published by Defendants.

8.      Ben Smith, Editor-in-Chief of BuzzFeed, Inc.  The distribution of the defamatory statements published by Defendants, the decision to publish the defamatory statements, and failure to take any reasonable precaution to check or prevent the publication of the defamatory statements.

9. Ken Bensinger, investigative reporter for BuzzFeed, Inc. Newsgathering in connection with the defamatory statements, including the failure to take any reasonable precaution to check or prevent the publication of the defamatory statements.

10. Mark Schoofs, investigations and projects editor for BuzzFeed, Inc. Newsgathering in connection with the defamatory statements, including the failure to take any reasonable precaution to check or prevent the publication of the defamatory statements. The decision to publish the defamatory statements.

11. Miriam Elder, world editor for BuzzFeed, Inc. Newsgathering in connection with the defamatory statements, including the failure to take any reasonable precaution to check or prevent the publication of the defamatory statements. The decision to publish the defamatory statements.

## II. Documents in Plaintiffs' Possession

Plaintiff may rely on the categories of documents listed below in their possession, custody or control to support their claims (other than solely for impeachment). All documents referenced herein are in the possession of Plaintiffs at their offices or in the possession of Plaintiffs' counsel:

1. Documents concerning the business and operations of XBT Holding S.A. and Webzilla, Inc.

2. The defamatory statements published by Defendants and statements made by Defendants in connection with the defamatory statements.

3. Articles and statements by third-party media outlets and journalism experts across the political spectrum condemning Defendants' publication of the defamatory statements.

4. Articles and statements by Ben Smith concerning his decision to publish the dossier.

5. Documents relating to adverse consequences on the relationship of Plaintiffs and financial lenders resulting from the defamatory statements.

6. Documents relating to damages arising from public relations and marketing expenses for responding to the defamatory statements.

## III. Computation of Each Category of Damages

Plaintiffs are unable at this time to present a full and accurate calculation of their damages arising from the actions and omissions of Defendants. However, to the extent possible,

and explicitly reserving the right to supplement these disclosures as further information comes to light and discovery continues, Plaintiffs state that they have suffered the following categories of damages:

| | | |
|---|---|---|
| Damage to Reputation/Value | - | over $10,000,000 |
| Punitive Damages | - | over $10,000,000 |
| Emotional Distress suffered by Gubarev | - | at least $2,000,000 |
| Marketing & PR Costs | - | Currently Unknown |
| Lost Client/Profits | - | Currently Unknown |
| Damage to Lender Relationships | - | Currently Unknown |
| Other Consequential Damages | - | Currently Unknown |
| Costs and Attorney's Fees | - | Currently Unknown |

**IV.     Insurance Agreements**

N/A.

Respectfully submitted,
Plaintiffs
By their attorneys,

/s/ Matthew Shayefar
Matthew Shayefar (Fla. Bar No. 0126465)
Valentin D. Gurvits (Mass. Bar No. 643572 – *pro hac vice* application forthcoming)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1806
Facsimile: 617-928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray-Witzer (Mass. Bar No. 564349 – *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

Dated: April 25, 2017

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via email on all counsel or parties of record on the service list below this 25th day of April, 2017.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Nathan Siegel
Levine Sullivan Koch & Schulz, LLP
321 West 44 Street, Suite 1000
New York, New York 10036
kbolger@lskslaw.com
alazier@lskslaw.com
nsiegel@lskslaw.com

*Attorneys for Defendants*

Lawrence Allan Kellogg
Jezabel Pereira Lima
Levine Kellogg Lehman Schneider & Grossman LLP
Miami Center
201 So. Biscayne Boulevard, 22nd Floor
Miami, Florida 33131
lak@lklsg.com
jl@lklsg.com

*Attorneys for Defendants*