# **<u>EXHIBIT 3</u>**

Case 0:17-cv-60426-UU   Document 263-4   Entered on FLSD Docket 10/29/2018   Page 2 of 7
Case 0:17-cv-60426-UU   Document 109-4   Entered on FLSD Docket 01/12/2018   Page 1 of 62
1 of 62

```
1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
2                      FORT LAUDERDALE
                   CASE NO. 17-CV-60426-UU
3      _____

4      ALEKSEJ GUBAREV, XBT HOLDINGS
       S.A., WEBZILLA INC,
5                        Plaintiffs      January 10, 2018
            vs.
6
       BUZZFEED, INC., BEN SMITH,
7                        Defendants.

8      _____

9                      STATUS CONFERENCE

10        BEFORE THE HONORABLE URSULA UNGARO,

11        UNITED STATES DISTRICT COURT JUDGE

12     _____

13                   A P P E A R A N C E S

14     FOR THE PLAINTIFF:    EVAN FRAY-WITZER, ESQ
       ALEKSEJ GUBAREV       Ciampa Fray-Witzer LLP
15                           20 Park Plaza, Suite 505
                             Boston, MA 02116
16                           (617) 426-0000
                             Evan@cfwlegal.com.

17                           BRADY J. COBB, ESQ.
                             Tripp Scott.
18                           110 SE 6th Street, 15th FL.
                             Fort Lauderdale, FL  33302.
19                           (954) 527-4111.
                             Bcobb@cobbeddy.com

20
       FOR THE DEFENDANT:    NATHAN SIEGEL, ESQ
21     BUZZFEED, INC.        KATHERINE M. BOLGER, ESQ  (via phone)
                             Davis Wright Tremaine LLC
22                           1919 Pennsylvania Avenue NW Suite 800
                             Washington, DC 20006
23                           (202) 973-4200
                             Nathansiegel@dwt.com.
24                           Katebolger@dwt.com

25
```

```
 1    FOR THE DEFENDANT:    ROY BLACK, ESQ.
      BUZZFEED, INC.        JARED M. LOPEZ, ESQ
 2                          Black Srebnick Kornspan & Stumpf
                            201 S. Biscayne, Suite 1300
 3                          Miami, FL 33131
                            (305) 371-6421
 4                          Rblack@royblack.com
                            Jlopez@royblack.com
 5

 6
      REPORTED BY:          GIZELLA BAAN-PROULX, RPR, FCRR
 7                          United States Court Reporter
                            400 North Miami Avenue, Suite 8S32
 8                          Miami  FL  33128
                            (305) 523-5294
 9                          gizella_baan-proulx@flsd.uscourts.gov

10

11

12                      P R O C E E D I N G S

13         (The following proceedings were held in open court.)

14         THE COURT:  Good afternoon.  So the case before the

15   Court is Gubarev, et al. versus BuzzFeed, et al., Case Number

16   17-60426.

17         Who is here for the plaintiffs?

18         MR. FRAY-WITZER:  Good afternoon, Your Honor, Evan

19   Fray-Witzer for the plaintiffs.

20         MR. COBB:  And good afternoon, Your Honor, Brady Cobb

21   for the plaintiffs.

22         THE COURT:  Okay, fine.  Good afternoon.  And who is

23   here for the defendants?

24         MR. SIEGEL:  Nathan Siegel for the defendants, Your

25   Honor.
```

1          MR. SIEGEL:  February 15th.

2          THE COURT:  February 15th.  Okay.

3          MR. SIEGEL:  We also, as you know, Your Honor might

4     imagine in the context of trying to prove truth, we issued a

04:43  5     subpoena a couple of months ago to the DNC and, you know, some

6     others related, and in order to try to obtain, you know,

7     technical information about how they got hacked.

8          THE COURT:  So their own internal investigation?

9          MR. SIEGEL:  Yes, their own internal investigation.

04:43 10     We have had a lot of negotiation back and forth with them as

11     well, in which they said, "Well, maybe we think we can give you

12     something."

13          So the long and short of it is as of January 5th, they

14     said, "No, sorry, we're not giving you anything," so we need to

04:43 15     move --

16          THE COURT:  Are they moving for a protective order?

17          MR. SIEGEL:  Well, it's a document subpoena so they

18     simply asserted objections.  They served Rule 45 objections.

19     And so the onus is now on us to move to compel, which we plan

04:44 20     to do within a week or so.  So that's just going to get

21     started.

22          There is, in terms of -- oh.  Somewhat related to

23     these damages issues, we have been waiting to move this Court,

24     Mr. Gubarev apparently contends that he has not been able to

04:44 25     get a variety of financing as a result of the dossier, and we

1   have gone back and forth for several months about saying, "Give

2   us specifically what banks, where are they, who do we need to

3   subpoena?"  We are waiting.  We want to move to file a letter

4   of request before this Court to depose these banks in Cypress

04:44  5   and I think maybe one is in the Netherlands, and it has been

6   sort of pulling teeth, at least in our view, to get this

7   information out of them.

8          THE COURT:  So I'm not really -- like you said, you

9   don't really know what the damages are that are being

04:45  10   requested.  Is it clear that he's claiming that he has been cut

11   off from avenues to obtain financing?

12          MR. SIEGEL:  Oh, yes.  Yes, he says that.

13          THE COURT:  But is he maintaining that as an element

14   of damages, Mr. Fray-Witzer?

04:45  15          MR. FRAY-WITZER:  He is, Your Honor, and my

16   understanding, although I will admit that I have not been as

17   intimately involved with the production, but my understanding

18   is that the names and the details of the banks and the

19   individuals whom have denied Mr. Gubarev loans have all been

04:45  20   provided.  I think I saw something a few days ago that said we

21   need some more information about these folks, and we have been

22   endeavoring to get that information.  But yes, it is an element

23   of damages.

24          THE COURT:  Well, I hate to see them have to go

04:45  25   through a fishing expedition with other damages analysis of

Case 0:17-cv-60426-UU   Document 263-4   Entered on FLSD Docket 10/29/2018   Page 6 of 7
Case 0:17-cv-60426-UU   Document 203   Entered on FLSD Docket 01/12/2018   Page 32 of 62
32 of 62

1  some sort that establishes the parameters of what's being

2  sought here.

3       Isn't there some way that we can narrow this down or

4  at least identify what the elements of damage are and their

04:46  5  sources?

6       **MR. FRAY-WITZER:**  I believe we have done that, Your

7  Honor, though obviously having the damages expert produce a

8  report sooner rather than later would make sense.

9       **MR. SIEGEL:**  Yeah, I guess I would respectfully

04:46 10  disagree.  I mean, I think if you asked any of us how much of

11  Mr. Gubarev -- I mean, how much are the plaintiffs claiming in

12  damage and what does that consist of, the answer to that

13  question is a complete mystery.

14       **THE COURT:**  Well, I'm going to order you, by the end

04:46 15  of February, to provide a damage analysis that identifies the

16  element of damages and the source of the damage, and the

17  amounts.  Okay?

18       **MR. FRAY-WITZER:**  Yes.

19       **THE COURT:**  Okay.  Because, you know, I mean, I see

04:46 20  what's coming.  Letters rogatory to take discovery from banks

21  in Cypress and God knows where else, and endless foray into

22  international service of process and the enforcement of letters

23  rogatory all around the world.

24       And so I guess if Mr. Gubarev never wants to go to

04:47 25  trial, that is fine.

Case 0:17-cv-60426-UU   Document 267-4   Entered on FLSD Docket 10/29/2018   Page 7 of 7
Case 0:17-cv-60426-UU   Document 203-4   Entered on FLSD Docket 01/12/2018   Page 33 of 62

33 of 62

    1          MR. FRAY-WITZER:  No, Mr. Gubarev --

    2          THE COURT:  Well, then Mr. Gubarev needs to think this

    3  through and you need to think it through.

    4          MR. FRAY-WITZER:  And we'll provide the information as

04:47 5  soon as possible.

    6          THE COURT:  Okay.  Fine.  Thank you.

    7          Okay.  Go ahead.

    8          MR. SIEGEL:  And just a couple of points.  Mr. Evan

    9  covered in part the Steele deposition, but just to give you a

04:47 10 full sense of what's going on there.

    11         THE COURT:  Right.

    12         MR. SIEGEL:  I think it's fair to say --

    13         THE COURT:  I take it you all are not the only people

    14 who want to depose Mr. Steele?

04:47 15        MR. FRAY-WITZER:  Strangely enough, so far we are.  No

    16 one else has sought to.

    17         MR. SIEGEL:  I think that's one of Mr. Steele's

    18 arguments.

    19         THE COURT:  Are you representing the plaintiffs in all

04:48 20 the domestic cases, or only Mr. Gubarev?

    21         MR. FRAY-WITZER:  We only have one case, Your Honor.

    22         THE COURT:  Okay.  Fine.

    23         MR. FRAY-WITZER:  This case.

    24         THE COURT:  This case.  Okay.

04:48 25        MR. SIEGEL:  So I think it's fair to say that there