# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

      Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

      Defendants.

_____/

## ORDER

The Pretrial Conference in this matter is hereby re-set to **Friday, December 14, 2018 at 3:00 p.m.**

DONE AND ORDERED in Chambers at Miami, Florida, this _29th_ day of October, 2018.

_____
  UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf