# EXHIBIT A

Appendix A:
List of Publications Authored in the Last 10 years

## Books

- *Spying in America: Espionage in America from the Revolution to the Dawn of the Cold War*, 2012;
- *American Spies: Espionage Against the United States from the Cold War to the Present*, 2013.

Both books published by Georgetown University Press.

## Forewords

- Foreword to *Harbor Knight* by Ralph Garcia, March 2013;
- Foreword to *Global Security Consulting* by Luke Bencie, October 2014.

## Articles

- "Al Qaeda Answers CIA Hiring Call," op-ed, *Los Angeles Times*, July 10, 2005;
- "As the USSR Collapsed : A CIA Officer in Lithuania," *CIA Studies in Intelligence*, April 15, 2007;
- "Counterintelligence in the War Against Terrorism," *CIA Studies in Intelligence,* February 20, 2013;
- "Intelligence in the Cold War*," AFIO Guide to the Study of Intelligence,* Winter 2014-15;
- "Russian Disinformation," *The Intelligencer,* Winter 2017-18.


Articles Published in The Cipher Brief (online national security publication):

- "Russia in Latin America: A Challenge to the U.S.," January 5, 2016;
- "The Insider Threat," January 21, 2016;
- "Espionage and Social Media," January 30, 2016;
- "ISIS and the Caucasus," March 10, 2016;
- "Russia and Europe's Interdependence," July 8, 2016;
- "Russia's Checkered History of Intelligence Sharing with the U.S.," August 10, 2016;
- "The US and Russia: No Detente Anytime Soon," December 14, 2016;
- "Thorns in The Bear's Paw: Putin's Vulnerabilities", April 4, 2017;

- "State of Play: A Paean to Putin: The Oliver Stone Interviews," June 20, 2017;
- "Putin Looks Elsewhere to Retaliate Against US Acts in Syria," June 22, 2017;
- Reviews of TV Show "The Americans," Season 4, Episodes 1-13, 2016;
- Reviews of TV Show "Homeland," Season 6, Episodes 1-12, 2017;
- Review of novel, *The 14th Colony* by Steve Berry; April 29, 2016;
- Review of novel, *The Black Widow*, by Daniel Silva; August 10, 2016;
- Review of novel, *Duty and Honor*, by Grant Blackwood; August 19, 2016;
- Review of novel, *Order to Kill*, by Kyle Mills, November 4, 2016;
- Review of novel, *House of Spies*, by Daniel Silva; September 22, 2017.