# **EXHIBIT 1**

```
 1              C O N F I N D E N T I A L
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2                  MIAMI DIVISION
             CASE NO.: 1:17-CV-60426-UU
 3

 4

 5   ALEKSEJ GUBAREV, XBT HOLDING
     S.A., AND WEBZILLA, INC.,
 6

 7                     Plaintiffs,

 8   -vs-

 9   BUZZFEED, INC. AND BEN SMITH,

10

11                     Defendant.
     _____/
12

13                     CONFIDENTIAL

14       VIDEOTAPED DEPOSITION OF RAJESH MISHRA

15

16

17              Monday, May 1, 2018
                10:08 a.m. - 6:38 p.m.
18        Black, Srebnick, Kornspan & Stumpf
          201 S. Biscayne Blvd., Suite 1300
19              Miami, Florida 33133

20

21

22

23

24         Stenographically reported by:
                  Shari M. Thrasher
25
```

1              So what is Webzilla?
2         A    What is Webzilla?
3         Q    Yes.
4         A    It's a premium hosting company.
5         Q    It is -- would be fair to say that Webzilla is
6    a brand, is a brand name?
7         A    Web hosting, yeah.
8         Q    I'm going to show you Exhibit 2.
9              (Defendant's Exhibit No. 2 was marked for
10   identification.)
11        Q    (BY MR. SIEGEL)  This is a document that is
12   printed out from the Website, Webzilla.com.  See where
13   it says about two-thirds down the page, legal structure,
14   Number 1, Website legal structure, you see that?  It
15   says:  "Webzilla is the brand name under which various
16   independent Webzilla companies operate."
17             Is that correct?
18        A    I don't know what the meaning is here.  It's
19   written on the paper.
20        Q    Okay.  Do you have any reason to think that is
21   inaccurate?
22        A    I'm not a legal guy to understand what exactly
23   it means.
24        Q    Okay.  The next line:  "Each of those
25   companies are separate and distinct corporate entity

1   that provides services in a particular geographic area."
2           Is that right?
3       A   (The witness nods head.)
4       Q   To do business with a Webzilla company, you
5   must enter a contract with a relevant Webzilla entity?
6       A   Yeah.
7       Q   Okay.  Are there separate audited financial
8   statements that are prepared for each Webzilla
9   subsidiary?
10      A   Yes, correct.
11      Q   Are there separate audited financial
12  statements that are prepared for all XBT Holding SA's
13  subsidiaries?
14      A   Yes, correct.
15      Q   And is the -- you described to me before the
16  process for, then annual process for financial
17  statements for each XBT Holding.
18          Is the process the same for each subsidiary?
19      A   Yeah.
20      Q   Is there a monthly -- you called it trial
21  balance document that is prepared for each subsidiary?
22      A   It generates from the accounting system.
23      Q   And that is done for each existing subsidiary?
24      A   Yes.
25      Q   At some point in time the company, Webzilla,

```
 1   used to be called Webazilla, right?
 2       A    The time I joined it was Webazilla, yes.
 3       Q    It was Webazilla?
 4       A    Yes.
 5       Q    What was the reason for changing the name?
 6       A    If I recall correctly, that time we didn't
 7   have a Webzilla domain in our name.  I was very new at
 8   that time and I just starting putting up structure.  And
 9   once we acquired the Webzilla domain, I think then we
10   changed the company.
11       Q    And why?  Why did you want to change it from
12   Webazilla to Webzilla?
13       A    Webzilla.com looks more better.  I have no
14   idea.
15       Q    All right.  What is XBT Holding SA?  What is
16   that entity?
17       A    It's the holding entity that holds all for the
18   subsidiaries.
19       Q    When you use the words "holding entity," what
20   do you mean by that?
21       A    It's holding shares of other subsidiaries.
22       Q    It would be accurate to say it is the parent
23   corporation of the various subsidiaries that it holds
24   shares, correct?
25       A    Correct.
```

```
 1        Q    At some point -- so does XBT Holding SA itself
 2   transact any business?
 3        A    Transact any business?
 4        Q    In other words, is the -- does XBT Holding SA
 5   enter into contracts with customers?  Does it conduct
 6   any of the business of the company that generates
 7   revenue for the consolidated entity?
 8        A    No.
 9        Q    It does not.  It is accurate that all of the
10   actual revenue of the consolidated entity is generated
11   by the various subsidiaries?
12        A    Correct.
13        Q    At some point, XBT Holding reorganized, right?
14   There used to be an XBT Holding Limited or restructured
15   maybe is a better word?
16        A    Say that again.
17        Q    Fair enough.  Why was -- there used to be an
18   entity called -- strike that.
19             Why was XBT Holding SA created?
20        A    Okay.  So here I think, if I remember
21   correctly, 2013 Cyprus had a bankruptcy, and we were
22   facing a little bit of trouble to cover the lenders,
23   that being the Cyprus holding company.  And we got same
24   time offered one of the good consultant of the
25   Luxembourg Government who was promoting ICT Luxembourg,
```

```
 1       A    Bank of America.
 2       Q    Which is where?
 3       A    Florida.
 4       Q    Which branch?
 5       A    I don't remember exact branch, but it's here
 6   somewhere.
 7       Q    So there's an actual bank account that you say
 8   is at Bank of America there?
 9       A    Yeah.
10       Q    Do each of the subsidiaries maintain separate
11   bank accounts?
12       A    Yes.
13       Q    So, for example Webzilla App and Webzilla
14   Dallas would have different bank accounts in the United
15   States?
16       A    Yes.
17       Q    And the same thing for Servers.com and the
18   other subsidiaries?
19       A    Yes.
20       Q    Let's look at 249.  See where it says Note 7,
21   Selling and Distribution Expenses?
22       A    (The witness nods head.)
23       Q    The last line item there is intercompany
24   expense, 1.92 million.
25       A    Yes.
```

```
1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF MIAMI-DADE

5

6        I, SHARI M. THRASHER, Notary Public in and for

7    the State of Florida at Large, certify that the

8    witness, RAJESH MISHRA, personally appeared before

9    me on Tuesday, May 1, 2018, and was duly sworn.

10

11       WITNESS my hand and official seal this 9th day

12   of May, 2018.

13

14
                            _____
15                          SHARI M. THRASHER, Court Reporter
                            Notary No. #GG156912
16                          Expires: December 17, 2021
```

| | |
|---|---|
| 1 | REPORTER'S DEPOSITION CERTIFICATE |
| 2 | |
| 3 | I, SHARI M. THRASHER, Court Reporter, certify |
| 4 | that I was authorized to and did stenographically |
| 5 | report the deposition of RAJESH MISHRA, the witness |
| 6 | herein, on MAy 1, 2018; that a review of the |
| 7 | transcript was requested; and that the foregoing |
| 8 | pages numbered from 1 to 243 inclusive is a true and |
| 9 | complete record of my stenographic notes of the |
| 10 | deposition by said witness; that the foregoing pages |
| 11 | constitute a true and correct transcript of my |
| 12 | shorthand notes; and that this computer-assisted |
| 13 | transcript was prepared by me and/or under my |
| 14 | supervision. |
| 15 | I further certify that I am not a relative, |
| 16 | employee, attorney or counsel for any of the parties |
| 17 | in this cause nor related to nor employed by any |
| 18 | attorney or counsel herein nor financially |
| 19 | interested in the outcome of this action. |
| 20 | Dated this 9th day of May, 2018. |
| 21 | |
| 22 | _____ |
| 23 | SHARI M. THRASHER, Court Reporter |
| 24 | |
| 25 | |