# **<u>EXHIBIT 2</u>**

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

# XBT HOLDING S.A.

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

P-G004214

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT Holding S.A.**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

C O N T E N T S

|  | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 3 |
| Independent Auditors' report | 4 & 6 |
| Statement of profit or loss and other comprehensive income | 7 |
| Statement of financial position | 8 |
| Statement of changes in equity | 9 |
| Statement of cash flows | 10 |
| Notes to the financial statements | 11 - 24 |

P-G004215

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

1

## XBT Holding S.A.

### OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra<br>Kostyantyn Bezruchenko<br>Alexey Gubarev |
| Secretary | Fiduciaire Scherer PLC |
| Independent Auditors | KPMG Limited |
| Management | Alexey Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Banker | ING Luxemburg S.A. |
| Registered Office | 3 op der Poukewiss<br>L-7795<br>Roost<br>Luxemburg |
| Registration number | 191313 |

P-G004216

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

2

## XBT Holding S.A.

### MANAGEMENT REPORT

The Board of Directors of XBT Holding S.A. (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

### PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY

The principal activities of the Company is the holding of investments.

### FINANCIAL RESULTS

The Company's financial results for the year ended 31 December 2016 are set out on page 7 to the financial statements. The net loss for the year attributable to the shareholders of the Company amounted to US$19.300.295  (2015: US$5.461.865 profit).

### REVENUE

The Company's revenue for the year ended 31 December 2016 was US$5.500.000 (2015: US$5.479.500).

### DIVIDENDS

The Board of Directors does not recommend the payment of a dividend.

### MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 19 to the financial statements.

### CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

### LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

P-G004217

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

3

**XBT Holding S.A.**

<u>MANAGEMENT REPORT</u> *(continued)*

**FUTURE DEVELOPMENTS**

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

**SHARE CAPITAL**

There were no changes in the share capital of the Company during the year.

**BRANCHES**

During the year ended 31 December 2016 the Company did not operate any branches.

**BOARD OF DIRECTORS**

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors.

**EVENTS AFTER THE REPORTING PERIOD**

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

**RELATED PARTY TRANSACTIONS**

Disclosed in note 18 to the financial statements.

**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Rajesh Kumar Mishra
Director

Larnaca, 3 July 2017

P-G004218

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



4

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

## Independent Auditors' report

## to the Members of

## XBT Holding S.A.

### Report on the audit of the financial statements

#### Opinion

We have audited the accompanying financial statements of parent company XBT Holding S.A. (the "Company"), which are presented on pages 7 to 24 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

#### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements'"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Board Members:

N.G. Syrimis, A.K. Christofides, P.G. Loizou, A.M. Gregoriades, D.S. Vakis, A.A. Apostolou, S.A. Loizides, M.A. Loizides, S.G. Sofocleous, M.M. Antoniades, C.V. Vasiliou, P.E. Antoniades, M.J. Halios, M.P. Mohaei, P.A. Peleties, G.V. Markides, M.A. Papacosta, K.A. Papanicolaou, A.I. Shammoutis, G.N. Tzortzis, H.S. Charalambous, C.P. Anayiotos, J.P. Ghalanos, M.G. Gregoriades, H.A. Kakoulis, G.P. Savva, C.A. Kalias, C.N. Kalis, M.H. Zavrou, P.S. Elia, M.G. Lazarou, Z.E. Hadjizacharias, P.S. Theophanous, M.A. Karantoni, C.A. Markides, G.V. Andreou, J.C. Nicolaou, G.S. Prodromou, A.S. Sofocleous, G.N. Syrimis, T.J. Yiasemides, A.A. Bargilly, X.A. Christofides, P.P. Vaneze

KPMG Limited, a private company limited by shares, registered in Cyprus under registration number HE 132822 with its registered office at 14, Esperidon Street, 1087, Nicosia, Cyprus.

Nicosia
P.O. Box 21121, 1502
T: +357 22 209000
F: +357 22 678200

Limassol
P.O.Box 50161, 3601
T: +357 25 869000
F: +357 25 363842

Paphos
P.O. Box 60288, 8101
T: +357 26 943050
F: +357 26 943062

Paralimni / Ayia Napa
P.O. Box 33200, 5311
T: +357 23 820080
F: +357 23 820084

Polis Chrysochou
P.O. Box 66014, 8330
T: +357 26 322098
F: +357 26 322722

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**KPMG**

**Independent Auditors' report**

**to the Members of**

**XBT Holding S.A.**

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

**Responsibilities of the Board of Directors for the financial statements**

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with  issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the Board of Directors is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

P-G004220

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**KPMG**

### Independent Auditors' report

### to the Members of

### XBT Holding S.A.

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of Luxemburg Companies Ordinance and are not intended for statutory filing.

We have reported separately on the consolidated financial statements of the Company and its subsidiaries for the year ended 31 December 2016.

KPMG Limited

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

7 July 2017

P-G004221

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

7

## XBT Holding S.A.

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 4 | 5.500.000 | 5.479.500 |
| Administrative expenses | 5 | (87.269) | (17.758) |
| **Operating (loss)/profit** | 7 | (19.303.892) | 5.461.742 |
| Finance income | | 6.986 | 439 |
| Finance expenses | | (3.389) | (316) |
| **Net finance income** | 8 | 3.597 | 123 |
| **(Loss)/profit for the year** | | (19.300.295) | 5.461.865 |
| **Other comprehensive income** | | - | - |
| **Total comprehensive (expense)/income for the year** | | (19.300.295) | 5.461.865 |

The notes on pages 11 to 24 are an integral part of these financial statements.

P-G004222

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

8

## XBT Holding S.A.

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| | | | |
| **Non-current assets** | | | |
| Investments in subsidiaries | 9 | 217.265.817 | 241.960.242 |
| Available-for-sale financial assets | 10 | 675.900 | - |
| Non-current loans receivable | 11 | 226.403 | - |
| **Total non-current assets** | | 218.168.120 | 241.960.242 |
| | | | |
| **Current assets** | | | |
| Trade and other receivables | 12 | 10.126.847 | 5.474.598 |
| Cash and cash equivalents | 13 | 2.246.038 | 17.643 |
| **Total current assets** | | 12.372.885 | 5.492.241 |
| | | | |
| **Total assets** | | 230.541.005 | 247.452.483 |
| | | | |
| **Equity** | | | |
| Share capital | 14 | 1.306.566 | 1.306.566 |
| Reserves | 15 | 226.783.080 | 246.083.375 |
| **Total equity** | | 228.089.646 | 247.389.941 |
| | | | |
| **Liabilities** | | | |
| | | | |
| **Current liabilities** | | | |
| Short term loans | 16 | 3.800 | - |
| Trade and other payables | 17 | 2.447.559 | 62.542 |
| **Total current liabilities** | | 2.451.359 | 62.542 |
| | | | |
| **Total liabilities** | | 2.451.359 | 62.542 |
| | | | |
| **Total equity and liabilities** | | 230.541.005 | 247.452.483 |

On 3 July 2017 the Board of Directors of XBT Holding S.A. approved and authorised these financial statements for issue.

.....................................   .....................................   .....................................
Rajesh Kumar Mishra          Kostyantyn Bezruchenko          Alexey Gubarev
Director                                Director                                Director

The notes on pages 11 to 24 are an integral part of these financial statements.

P-G004223

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

9

## XBT Holding S.A.

### STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

|  | Share capital US$ | Share premium US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|---|
| Balance at 1 January 2015 | 1.306.566 | 240.633.434 | (11.924) | 241.928.076 |
| Profit for the year | - | - | 5.461.865 | 5.461.865 |
| Balance at 31 December 2015 | 1.306.566 | 240.633.434 | 5.449.941 | 247.389.941 |
| | | | | |
| Balance at 1 January 2016 | 1.306.566 | 240.633.434 | 5.449.941 | 247.389.941 |
| Loss for the year | - | - | (19.300.295) | (19.300.295) |
| Balance at 31 December 2016 | 1.306.566 | 240.633.434 | (13.850.354) | 228.089.646 |

The notes on pages 11 to 24 are an integral part of these financial statements.

P-G004224

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

## XBT Holding S.A.

### STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| (Loss)/profit for the year | | (19.300.295) | 5.461.865 |
| Adjustments for: | | | |
| Impairment charge - investments in subsidiaries | 9 | 24.716.623 | - |
| Dividend income | | (5.500.000) | (5.479.500) |
| Interest income | 8 | (6.837) | - |
| Interest expense | 8 | 790 | - |
| **Cash used in operations before working capital changes** | | (89.719) | (17.635) |
| Increase in trade and other receivables | | (4.652.249) | (5.474.598) |
| Increase/(decrease) in trade and other payables | | 2.385.017 | (10.508) |
| **Cash used in operations** | | (2.356.951) | (5.502.741) |
| Dividends received | 4 | 5.500.000 | 5.479.500 |
| **Net cash generated from/(used in) operating activities** | | 3.143.049 | (23.241) |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of available-for-sale financial assets | 10 | (675.900) | - |
| Payment for acquisition of investments in subsidiaries | 9 | (22.198) | - |
| Loans granted | 11 | (808.039) | - |
| Loans repayments received | 11 | 588.473 | - |
| **Net cash used in investing activities** | | (917.664) | - |
| | | | |
| **Cash flows from financing activities** | | | |
| Proceeds from borrowings | | 3.800 | - |
| Interest paid | | (790) | - |
| **Net cash generated from financing activities** | | 3.010 | - |
| | | | |
| **Net increase/(decrease) in cash and cash equivalents** | | 2.228.395 | (23.241) |
| Cash and cash equivalents at beginning of the year | | 17.643 | 40.884 |
| | | | |
| **Cash and cash equivalents at end of the year** | 13 | 2.246.038 | 17.643 |

The notes on pages 11 to 24 are an integral part of these financial statements.

P-G004225

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

11

## XBT Holding S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 1.  INCORPORATION AND PRINCIPAL ACTIVITIES

XBT Holding S.A. (the "Company") was incorporated in Luxemburg on 28 October 2014 as a private company with limited liability.  Its registered office is at 3 op der Poukewiss, L-7795, Roost, Luxemburg.

The principal activities of the Company is the holding of investments.

### 2.  BASIS OF PREPARATION

**(a) Statement of compliance**
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

The Company has also prepared consolidated financial statements in accordance with IFRSs for the Company and its subsidiaries (the "Group"). The consolidated financial statements can be obtained from 3 op der Poukewiss, L-7795, Roost, Luxemburg.

Users of these parent's separate financial statements should read them together with the Group's consolidated financial statements as at and for the year ended 31 December 2016 in order to obtain a proper understanding of the financial position, the financial performance and the cash flows of the Company and the Group

**(b) Basis of measurement**
The financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective.  The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(d) Use of estimates and judgments**
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

## XBT Holding S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

2.  **BASIS OF PREPARATION** *(continued)*

**(e) Functional and presentation currency**
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

3.  **SIGNIFICANT ACCOUNTING POLICIES**

The following accounting policies have been applied consistently for all the years presented in these financial statements.

Subsidiaries
Subsidiaries are entities controlled by the Group. Control exists where the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

Investments in subsidiaries are stated at cost, which includes transaction costs, less provision for permanent diminution in value, which is recognised as an expense in the period in which the diminution is identified.

Revenue recognition

*   *Dividend income*
    Dividend from investments in securities is recognised when the right to receive payment is established. Withheld taxes are transferred to profit or loss. Interest from investments in securities is recognised on an accruals basis.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

*(i)  Functional currency*
    Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

P-G004227

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

## XBT Holding S.A.

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.  **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Foreign currency translation (continued)

*(ii)  Transactions and balances*

Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined. Translation differences on available-for-sale financial assets are recognised in other comprehensive income and then included in the fair value reserve in equity (except on impairment, in which case translation differences that have been recognised in other comprehensive income are reclassified to profit or loss). Non-monetary items that are measured based on historical cost in a foreign currency are not translated.

Dividends

Dividend distribution to the Company's shareholders is recognised in the Company's financial statements in the year in which they are approved by the Company's shareholders.

Financial instruments

Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

*(i)  Trade and other receivables*

Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii)  Loans granted*

Loans originated by the Company by providing money directly to the borrower are categorised as loans and are carried at amortised cost. The amortised cost is the amount at which the loan granted is measured at initial recognition minus principal repayments, plus or minus the cumulative amortization using the effective interest method of any difference between the initial amount and the maturity amount, and minus any reduction for impairment or uncollectibility. All loans are recognised when cash is advanced to the borrower.

The effective interest method is a method of calculating the amortised cost of a financial asset or a financial liability (or group of financial assets or financial liabilities) and of allocating the interest income or interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument or, when appropriate, a shorter period to the net carrying amount of the financial asset or financial liability.

P-G004228

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

**XBT Holding S.A.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(iii) Investments*

The Company classifies its investments in equity and debt securities in the following categories: financial assets at fair value through profit or loss, loans and receivables, held-to-maturity investments and available-for-sale financial assets. The classification depends on the purpose for which the investments were acquired. Management determines the classification of investments at initial recognition.

- *Available-for-sale financial assets*

Investments intended to be held for an indefinite period of time, which may be sold in response to needs for liquidity or changes in interest rates, are classified as available-for-sale; these are included in non-current assets unless management has the express intention of holding the investment for less than 12 months from the reporting date or unless they will need to be sold to raise operating capital, in which case they are included in current assets.

- *Loans and receivables*

Investments with fixed or determinable payments that are not quoted in an active market and are not classified as financial assets at fair value through profit or loss or as financial assets available-for-sale.

*Recognition and measurement:*

Regular way purchases and sales of investments are recognised on trade-date which is the date on which the Company commits to purchase or sell the asset. Investments are initially recognised at fair value plus directly attributable transaction costs for all financial assets not carried at fair value through profit or loss. For financial assets at fair value through profit or loss the directly attributable transaction costs are recognised in profit or loss as incurred.

Realised and unrealised gains and losses arising from changes in the fair value of financial assets at fair value through profit or loss are included in profit or loss. Unrealised gains and losses arising from changes in the fair value of available-for-sale financial assets are recognised  in other comprehensive income and then in equity. When available-for-sale financial assets are sold or impaired, the accumulated fair value adjustments are included in equity are reclassified to profit or loss.

The fair values of quoted investments are based on current bid prices. If the market for a financial asset is not active (and for unlisted securities), the Company establishes fair value by using valuation techniques. These include the use of recent arm's length transactions, reference to other instruments that are substantially the same and discounted cash flow analysis, making maximum use of market inputs and relying as little as possible on entity specific inputs. Equity investments for which fair values cannot be measured reliably are recognised at cost less impairment.

*(iv) Cash and cash equivalents*

For the purpose of the statement of cash flows, cash and cash equivalents comprise cash at bank.

P-G004229

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

15

**XBT Holding S.A.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.  **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(v)  Borrowings*

Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(vi)  Trade and other payables*

Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Share capital

Ordinary shares are classified as equity. The difference between the fair value of the consideration received by the Company and the nominal value of the share capital being issued is taken to the share premium account. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Non-current liabilities

Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

Comparatives

Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

4.  **REVENUE**

|                            | 2016<br>US$ | 2015<br>US$ |
|----------------------------|------------:|------------:|
| Dividend income (note 18)  | 5.500.000  | 5.479.500  |
|                            | 5.500.000  | 5.479.500  |

P-G004230

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

**XBT Holding S.A.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 5.  ADMINISTRATIVE EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Insurance | 42.591 | - |
| Advertising expenses | 167 | - |
| Independent auditors' remuneration - current year | 17.247 | 1.753 |
| Independent auditors' remuneration - prior years | 15.820 | - |
| Other professional fees | 6.040 | 16.005 |
| Irrecoverable VAT | 5.394 | - |
| General administration expenses | 10 | - |
|  | 87.269 | 17.758 |

### 6.  OTHER OPERATING EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Impairment charge - investments in subsidiaries | 24.716.623 | - |
|  | 24.716.623 | - |

### 7.  OPERATING (LOSS) /PROFIT

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Operating (loss)/profit is stated after charging the following items: |  |  |
| Independent auditors' remuneration - current year | 17.247 | 1.753 |
| Independent auditors' remuneration - prior years | 15.820 | - |

### 8.  NET FINANCE INCOME AND EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Interest income | 6.837 | - |
| Exchange profit | 149 | 439 |
|  | 6.986 | 439 |
| Interest expense | (790) | - |
| Sundry finance expenses | (2.599) | (316) |
| Finance expenses | (3.389) | (316) |
| **Net finance income** | 3.597 | 123 |

P-G004231

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

**XBT Holding S.A.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

9.  **INVESTMENTS IN SUBSIDIARIES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 241.960.242 | 241.960.242 |
| Additions | 22.198 | - |
| Impairment charge | (24.716.623) | - |
| Balance at 31 December | 217.265.817 | 241.960.242 |

The details of the subsidiaries are as follows:

| Name | Country of incorporation | Principal activities | 2016 Holding % | 2015 Holding % | 2016 US$ | 2015 US$ |
|---|---|---|---|---|---|---|
| XBT Holding Ltd | Cyprus | Holding | 100 | 100 | 217.223.377 | 241.940.000 |
| Brandnames.com Sarl | Switzerland | IT Provider | 100 | 100 | 20.242 | 20.242 |
| Serverscom Eesti Ou | Estonia | Dormant | 100 | - | 22.198 | - |
|  |  |  |  |  | 217.265.817 | 241.960.242 |

The Company periodically evaluates the recoverability of investments in subsidiaries whenever indicators of impairment are present. Indicators of impairment include such items as declines in revenues, earnings or cash flows or material adverse changes in the economic or political stability of a particular country, which may indicate that the carrying amount of an asset is not recoverable. If facts and circumstances indicate that investment in subsidiaries may be impaired, the estimated future discounted cash flows associated with these subsidiaries would be compared to their carrying amounts to determine if a write-down to fair value is necessary.

10.  **AVAILABLE-FOR-SALE FINANCIAL ASSETS**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | - | - |
| Additions | 675.900 | - |
| Balance at 31 December | 675.900 | - |

P-G004232

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

## XBT Holding S.A.

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 11.  NON-CURRENT LOANS RECEIVABLE

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | - | - |
| New loans granted | 808.039 | - |
| Repayments | (588.473) | - |
| Interest charged | 6.837 | - |
| Balance at 31 December | 226.403 | - |

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Loans receivable | 226.403 | - |
|  | 226.403 | - |

The loans are repayable as follows:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Between one and five years | 226.403 | - |

The loan receivable bear interest of 2% per annum and it is repayable on May 2018.

The exposure of the Company to credit risk is reported in note 19 to the financial statements.

The fair value of receivable loans approximates to their carrying amounts as presented above.

### 12.  TRADE AND OTHER RECEIVABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade receivables | 228.512 | - |
| Receivables from own subsidiaries (note 18 (ii)) | 8.927.044 | 5.457.505 |
| Receivables from related companies (note 18 (iii)) | 971.291 | 16.012 |
| Refundable VAT | - | 1.081 |
|  | 10.126.847 | 5.474.598 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to credit risk and impairment losses in relation to trade and other receivables is reported in note 19 to the financial statements.

P-G004233

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

19

**XBT Holding S.A.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 13.  CASH AND CASH EQUIVALENTS

Cash balances are analysed as follows:

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash at bank | 2.246.038 | 17.643 |
| | 2.246.038 | 17.643 |

### 14.  SHARE CAPITAL

| | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** Ordinary shares of US$1 each | 5.000.000 | 5.000.000 | 5.000.000 | 5.000.000 |
| **Issued and fully paid** Balance at 1 January | 1.306.566 | 1.306.566 | 1.306.566 | 1.306.566 |
| Balance at 31 December | 1.306.566 | 1.306.566 | 1.306.566 | 1.306.566 |

### 15.  RESERVES

| | Share premium US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 240.633.434 | (11.924) | 240.621.510 |
| Profit for the year | - | 5.461.865 | 5.461.865 |
| Balance at 31 December 2015 | 240.633.434 | 5.449.941 | 246.083.375 |
| Balance at 1 January 2016 | 240.633.434 | 5.449.941 | 246.083.375 |
| Loss for the year | - | (19.300.295) | (19.300.295) |
| Balance at 31 December 2016 | 240.633.434 | (13.850.354) | 226.783.080 |

P-G004234

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

20

**XBT Holding S.A.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 16.  LOANS AND BORROWINGS

|                          | 2016 US$ | 2015 US$ |
|--------------------------|----------|----------|
| Balance at 1 January     | -        | -        |
| Additions                | 3.800    | -        |
| Balance at 31 December   | 3.800    | -        |

|                          | 2016 US$ | 2015 US$ |
|--------------------------|----------|----------|
| **Non-current liabilities** |       |          |
| **Current liabilities**  |          |          |
| Credit facilities        | 3.800    | -        |

## 17.  TRADE AND OTHER PAYABLES

|                                                              | 2016 US$ | 2015 US$ |
|--------------------------------------------------------------|----------|----------|
| Trade payables                                               | 6.651    | 865      |
| Shareholders' current accounts - credit balances (note 18 (vi)) | 5.703 | 41.000   |
| Accruals                                                     | 17.247   | 3.262    |
| Payables to own subsidiaries (note 18 (iv))                  | 64       | -        |
| Payables to related companies (note 18 (v))                  | 2.417.894 | 17.415  |
|                                                              | 2.447.559 | 62.542  |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

## 18.  RELATED PARTY TRANSACTIONS

The transactions and balances with related parties are as follows:

### (i) Dividend income (note 4)

|                  | 2016 US$  | 2015 US$  |
|------------------|-----------|-----------|
| XBT Holding Ltd  | 5.500.000 | 5.479.500 |
|                  | 5.500.000 | 5.479.500 |

P-G004235

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

21

**XBT Holding S.A.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

**18.   RELATED PARTY TRANSACTIONS** *(continued)*

**(ii) Receivables from group companies (note 12)**

|  |  | 2016<br>US$ | 2015<br>US$ |
|---|---|---|---|
| Name | Nature of transactions |  |  |
| XBT Holding Ltd | Dividends | 8.927.044 | 5.457.505 |
|  |  | 8.927.044 | 5.457.505 |

**(iii) Receivables from related companies (note 12)**

|  |  | 2016<br>US$ | 2015<br>US$ |
|---|---|---|---|
| Name | Nature of transactions |  |  |
| Servers.com B.V. | Trade | 2.161 | 16.012 |
| Edinaya Set LLC | Trade | 969.130 | - |
|  |  | 971.291 | 16.012 |

**(iv) Payables to own subsidiaries (note 17)**

|  |  | 2016<br>US$ | 2015<br>US$ |
|---|---|---|---|
| Name | Nature of transactions |  |  |
| Serverscom Eesti Ou | Finance | 64 | - |
|  |  | 64 | - |

**(v) Payables to related companies (note 17)**

|  |  | 2016<br>US$ | 2015<br>US$ |
|---|---|---|---|
| Name | Nature of transactions |  |  |
| Root S.A. | Finance | 387.924 | 17.415 |
| Servers.com Inc | Finance | 775.900 | - |
| Webzilla Inc | Finance | 142.601 | - |
| Webzilla Ltd | Finance | 1.079.269 | - |
| Webzilla Apps Inc | Finance | 32.200 | - |
|  |  | 2.417.894 | 17.415 |

P-G004236

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

**XBT Holding S.A.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

18.   **RELATED PARTY TRANSACTIONS** *(continued)*

**(vi) Shareholders' current accounts - credit balances**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Alexej Gubarev | 5.703 | 41.000 |
|  | 5.703 | 41.000 |

The shareholders' current accounts are interest free, and have no specified repayment date.

19.   **FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT**

**Financial risk factors**
The Company is exposed to the following risks from its use of financial instruments:
* Credit risk
* Liquidity risk
* Market risk
* Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i)   Credit risk*
Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*
The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 12.

P-G004237

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

**XBT Holding S.A.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

**19.   FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT** *(continued)*

*(ii)   Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

*(iii)   Market risk*

Market risk is the risk that changes in market prices, such as foreign exchange rates, interest rates and equity prices will affect the Company's income or the value of its holdings of financial instruments.

The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimising the return.

(iv)   Other risks

The general economic environment prevailing internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

**20.   FAIR VALUES**

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

**21.   CONTINGENT LIABILITIES**

The Company had no contingent liabilities as at 31 December 2016.

**22.   COMMITMENTS**

The Company had no capital or other commitments as at 31 December 2016.

**23.   EVENTS AFTER THE REPORTING PERIOD**

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

P-G004238

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

24

**XBT Holding S.A.**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

On 3 July 2017 the Board of Directors of XBT Holding S.A. approved and authorised these financial statements for issue.

P-G004239