CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT HOLDING S.A.**

REPORT AND CONSOLIDATED FINANCIAL
STATEMENTS

For the year ended 31 December 2016



DEFENDANT'S
EXHIBIT
4
5/1/18 ᴅᴛ
PENGAD 800-631-6989

P-G000365

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT Holding S.A.**

REPORT AND CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## CONTENTS

|  | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 4 |
| Independent Auditors' report | 5 & 8 |
| Consolidated statement of profit or loss and other comprehensive income | 9 |
| Consolidated statement of financial position | 10 |
| Consolidated statement of changes in equity | 11 |
| Consolidated statement of cash flows | 12 |
| Notes to the consolidated financial statements | 13 - 39 |

P-G000366

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT Holding S.A.**

OFFICERS AND PROFESSIONAL ADVISORS

1

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra<br>Kostyantyn Bezruchenko<br>Alexej Gubarev |
| Independent Auditors | KPMG Limited |
| Management | Aleksey Gubarev (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Legal Advisors | Boston Law Group PC<br>Jackson Walker LLP<br>De Groen & Van Lint Advocated<br>McDermott Will & Emery |
| Bankers | ABN AMRO<br>National Bank of Greece (Cyprus) Bank<br>Bank of America<br>ING Bank |
| Registered Office | 3 op der Poukewiss<br>L-7795<br>Roost<br>Luxemburg |
| Registration number | B191313 |

P-G000367

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

2

### XBT Holding S.A.

### MANAGEMENT REPORT

The Board of Directors of XBT Holding S.A. (the "Company") presents to the members its Annual Report together with the audited consolidated financial statements of the Company and its subsidiaries (together with the Company, the "Group") for the year ended 31 December 2016.

## PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE GROUP

The principal activities of the Group are the provision of web hosting, data storage and trading of network equipment.

## FINANCIAL RESULTS

The Group's financial results for the year ended 31 December 2016 are set out on page 9 to the consolidated financial statements. The net profit for the year attributable to the shareholders of the Group amounted to US$6.105.093 (2015: US$3.350.019).

## EXAMINATION OF THE DEVELOPMENT, POSITION AND PERFORMANCE OF THE ACTIVITIES OF THE GROUP

The current financial position as presented in the consolidated financial statements is considered satisfactory.

## REVENUE

The Group's revenue for the year ended 31 December 2016 was US$49.727.371 (2015: US$38.779.073).

## DIVIDENDS

The Board of Directors does not recommend the payment of a dividend and the net profit for the year is retained.

## MAIN RISKS AND UNCERTAINTIES

The main risks and uncertainties faced by the Group and the steps taken to manage these risks, are described in note 28 to the consolidated financial statements.

## INTEREST RATE RISK

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Group to cash flow interest rate risk. Borrowings issued at fixed rates expose the Group to fair value interest rate risk. Group's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT Holding S.A.**

3

MANAGEMENT REPORT *(continued)*

## CREDIT RISK

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Group has no significant concentration of credit risk. The Group has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Group does not hold collateral as security.

## LIQUIDITY RISK

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Group has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

## FUTURE DEVELOPMENTS

The Board of Directors does not expect major changes in the principal activities of the Group in the foreseeable future.

## SHARE CAPITAL

There were no changes in the share capital of the Company during the year.

## BRANCHES

During the year ended 31 December 2016 the Group did not operate any branches.

## BOARD OF DIRECTORS

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors.

## EVENTS AFTER THE REPORTING PERIOD

There were no material events after the reporting period, which have a bearing on the understanding of the consolidated financial statements.

## RELATED PARTY TRANSACTIONS

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

4

**XBT Holding S.A.**

MANAGEMENT REPORT *(continued)*

Disclosed in note 27 to the consolidated financial statements.

**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Regina Biktimirova
Secretary

Larnaca, 7 July 2017

P-G000370

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



5

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

## Independent Auditors' report

## to the Directors of

## XBT Holding S.A.

### Opinion

We have audited the accompanying consolidated financial statements of
XBT Holding S.A. (the "Company") and its subsidiaries (the "Group"),
which are presented on pages 9 to 39 and comprise the consolidated
statement of financial position as at 31 December 2016, and the
consolidated statements of profit or loss and other comprehensive income,
changes in equity and cash flows for the year then ended, and notes to the
consolidated financial statements, including a summary of significant
accounting policies.

In our opinion, the accompanying consolidated financial statements give a
true and fair view of the financial position of the Group as at 31 December
2016, and of its financial performance and its cash flows for the year then
ended in accordance with International Financial Reporting Standards as
issued by the IASB.

### Basis for opinion

We conducted our audit in accordance with International Standards on
Auditing (ISAs). Our responsibilities under those standards are further
described in the *"Auditors' responsibilities for the audit of the consolidated
financial statements'"* section of our report. We are independent of the the
Company in accordance with the Code of Ethics for Professional
Accountants of the International Ethics Standards Board for Accountants
(IESBA Code) and the ethical requirements in Cyprus that are relevant to
our audit of the financial statements, and we have fulfilled our other ethical
responsibilities in accordance with these requirements and the IESBA
Code. We believe that the audit evidence we have obtained is sufficient
and appropriate to provide a basis for our audit opinion.

Board Members:

N.G. Syrimis, A.K. Christofides, P.G. Loizou, A.M. Gregoriades,D.S. Vakis, A.A. Apostolou,
S.A. Loizides, M.A. Loizides, S.G. Sofocleous, M.M. Antoniades, C.V. Vassiliou, P.E. Antoniades,
M.J. Halios, M.P. Michael, P.A. Peleties, G.V. Markides, M.A. Papazuela, K.A. Papanicolaou,
A.I. Shiammoutis, G.N. Tzortzis, H.G. Charalambous, C.P. Areyeoes, I.P. Ghalanos,
M.G. Gregoriades, H.A. Rafoulla, G.P. Savva, C.A. Kalas, C.H. Kells, M.H. Zavrou, P.S. Div,
M.G. Lazarou, Z.E. Hadjiacharous, P.S. Theophanous, M.A. Kaarlsos, C.A. Markides,
G.V. Andreou, J.C. Nicolaou, G.S. Prodromou, A.S. Sofocleous, G.N. Syrimis, T.J. Yiassemides,
A.A. Bargilly, K.A. Christofides, P.P. Vanezis

KPMG Limited, a private company limited by shares,registered in Cyprus under registration
number HE 132822 with its registered office at 14, Esperidon Street, 1087, Nicosia, Cyprus.

Nicosia
P.O. Box 21121, 1502
T +357 22 209000
F +357 22 676200

Limassol
P.O.Box 50161, 3601
T +357 25 869000
F +357 25 363842

Paphos
P.O. Box 60038, 8101
T +357 26 943050
F +357 26 943060

Paralimni / Ayia Napa
P.O. Box 33200, 5311
T +357 23 820080
F +357 23 820081

Polis Chrysochou
P.O. Box 66014, 8330
T +357 26 322098
F +357 26 322722

P-G000371

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**Independent Auditors' report**

**to the Directors of**

**XBT Holding S.A.**

## Other information

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the consolidated financial statements and our auditors' report thereon.

Our opinion on the consolidated financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the consolidated financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the consolidated financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

## Responsibilities of the Board of Directors for the consolidated financial statements

The Board of Directors is responsible for the preparation of consolidated financial statements that give a true and fair view in accordance with  issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, the Board of Directors is responsible for assessing the Group's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Group or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Group's financial reporting process.

## Auditors' responsibilities for the audit of the consolidated financial statements

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these consolidated financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**Independent Auditors' report**

**to the Directors of**

**XBT Holding S.A.**

**Auditors' responsibilities for the audit of the consolidated financial statements** *(continued)*

- Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Group's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.

- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the consolidated financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Group to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the consolidated financial statements, including the disclosures, and whether the consolidated financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

- Obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the Group to express an opinion on the consolidated financial statements. We are responsible for the direction, supervision and performance of the group audit. We remain solely responsible for our audit opinion.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**Independent Auditors' report**

**to the Directors of**

**XBT Holding S.A.**

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body  and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of Luxemburg Companies Ordinance and are not intended for statutory filing.

*KPMG Limited*

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

13 July 2017

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

9

**XBT Holding S.A.**

CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 5 | 49.727.371 | 38.779.073 |
| Cost of sales | 6 | (12.889.527) | (12.738.354) |
| **Gross profit** | | 36.837.844 | 26.040.719 |
| | | | |
| Other operating income | 7 | 15.720 | 151.833 |
| Selling and distribution expenses | 8 | (698.770) | (99.492) |
| Administrative expenses | 9 | (27.784.548) | (21.104.148) |
| Other operating expenses | | - | (5.286) |
| **Operating profit** | 10 | 8.370.246 | 4.983.626 |
| | | | |
| Finance income | | 182.980 | 316.261 |
| Finance expenses | | (2.120.247) | (1.419.923) |
| **Net finance expenses** | 12 | (1.937.267) | (1.103.662) |
| **Profit before tax** | | 6.432.979 | 3.879.964 |
| Tax | 13 | (180.205) | (400.443) |
| **Profit for the year** | | 6.252.774 | 3.479.521 |
| | | | |
| **Other comprehensive income** | | - | - |
| **Total comprehensive income for the year** | | 6.252.774 | 3.479.521 |
| | | | |
| **Profit attributable to:** | | | |
| Shareholders of the Company | | 6.105.093 | 3.350.019 |
| Non-controlling interests | | 147.681 | 129.502 |
| | | | |
| **Profit for the year** | | 6.252.774 | 3.479.521 |
| | | | |
| **Total comprehensive income for the year attributable to:** | | | |
| Shareholders of the Company | | 6.105.093 | 3.350.019 |
| Non-controlling interests | | 147.681 | 129.502 |
| **Total comprehensive income for the year** | | 6.252.774 | 3.479.521 |

The notes on pages 13 to 39 are an integral part of these consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

**XBT Holding S.A.**

CONSOLIDATED STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 14 | 32.686.479 | 20.706.940 |
| Intangible assets and goodwill | 15 | 238.934.493 | 235.041.714 |
| Available-for-sale financial assets | 16 | 675.900 | - |
| Loans receivable | 17 | 933.296 | 258.363 |
| **Total non-current assets** | | 273.230.168 | 256.007.017 |
| | | | |
| **Current assets** | | | |
| Inventories and work in progress | 18 | 67.795 | 1.668.012 |
| Trade and other receivables | 19 | 8.903.264 | 11.509.873 |
| Cash and cash equivalents | 20 | 5.807.698 | 5.431.266 |
| **Total current assets** | | 14.778.757 | 18.609.151 |
| | | | |
| **Total assets** | | 288.008.925 | 274.616.168 |
| | | | |
| **Equity** | | | |
| Share capital | 21 | 1.306.566 | 1.306.566 |
| Reserves | 22 | 250.030.329 | 243.982.951 |
| **Total equity attributable to shareholders of the Company** | | 251.336.895 | 245.289.517 |
| **Non-controlling interests** | | 489.388 | 341.707 |
| **Total equity** | | 251.826.283 | 245.631.224 |
| | | | |
| **Liabilities** | | | |
| **Non-current liabilities** | | | |
| Loans and borrowings | 23 | 3.854.814 | 4.841.125 |
| Long-term portion of obligations under finance leases | 24 | 11.419.634 | 6.082.962 |
| **Total non-current liabilities** | | 15.274.448 | 10.924.087 |
| | | | |
| **Current liabilities** | | | |
| Bank overdrafts | 20 | 466.906 | 607.650 |
| Obligations under finance leases | 24 | 8.773.990 | 4.666.068 |
| Trade and other payables | 25 | 11.517.766 | 12.512.746 |
| Tax liability | 26 | 149.532 | 274.393 |
| **Total current liabilities** | | 20.908.194 | 18.060.857 |
| | | | |
| **Total liabilities** | | 36.182.642 | 28.984.944 |
| | | | |
| **Total equity and liabilities** | | 288.008.925 | 274.616.168 |

On 7 July 2017 the Board of Directors of XBT Holding S.A. approved and authorised these consolidated financial statements for issue.

..................................
Rajesh Kumar Mishra
Director

..................................
Kostyantyn Bezruchenko
Director

The notes on pages 13 to 39 are an integral part of these consolidated financial statements.

P-G000376

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

11

## XBT Holding S.A.

### CONSOLIDATED STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Attributable to shareholders of the Company | | | | | Non-controlling interests US$ | Total equity US$ |
|---|---|---|---|---|---|---|---|
| | Share capital US$ | Share premium US$ | Translation reserve US$ | Retained earnings US$ | Total US$ | | |
| Balance at 1 January 2015 | 1.306.566 | 240.633.434 | - | (13.813) | 241.926.187 | 209.175 | 242.135.362 |
| Profit for the year | - | - | - | 3.350.019 | 3.350.019 | 129.502 | 3.479.521 |
| Exchange difference arising on the translation and consolidation of foreign companies' financial statements | - | - | 13.311 | - | 13.311 | - | 13.311 |
| Exchange difference | - | - | - | - | - | - | - |
| Acquisition of non-controlling interest | - | - | - | - | - | 3.030 | 3.030 |
| Balance at 31 December 2015 | 1.306.566 | 240.633.434 | 13.311 | 3.336.206 | 245.289.517 | 341.707 | 245.631.224 |
| Balance at 1 January 2016 | 1.306.566 | 240.633.434 | 13.311 | 3.336.206 | 245.289.517 | 341.707 | 245.631.224 |
| Profit for the year | - | - | - | 6.105.093 | 6.105.093 | 147.681 | 6.252.774 |
| Exchange difference arising on the translation and consolidation of foreign companies' financial statements | - | - | (57.715) | - | (57.715) | - | (57.715) |
| Exchange difference | - | - | (44.404) | 9.441.299 | 251.336.895 | 489.388 | 251.826.283 |
| Balance at 31 December 2016 | 1.306.566 | 240.633.434 | | | | | |

The notes on pages 13 to 39 are an integral part of these consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

**XBT Holding S.A.**

CONSOLIDATED STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit for the year | | 6.252.774 | 3.479.521 |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | 14 | 9.938.410 | 8.420.620 |
| Unrealised exchange profit | | (97.751) | (9.360) |
| Amortisation of computer software | 15 | 2.593.883 | 1.428.366 |
| Interest income | 12 | (14.592) | - |
| Interest expense | 12 | 1.569.602 | 996.050 |
| Income tax expense | | 180.205 | 400.443 |
| **Cash generated from operations before working capital changes** | | 20.422.531 | 14.715.640 |
| Decrease in inventories | | 1.600.217 | 439.418 |
| Decrease/(increase) in trade and other receivables | | 2.198.346 | (3.612.674) |
| (Decrease)/increase in trade and other payables | | (963.252) | 7.266.048 |
| Decrease in deferred income | | (31.728) | (1.928.471) |
| **Cash generated from operations** | | 23.226.114 | 16.879.961 |
| Tax paid | | (305.066) | (271.810) |
| **Net cash generated from operating activities** | | 22.921.048 | 16.608.151 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of intangible assets | 15 | (6.486.662) | (6.325.914) |
| Payment for acquisition of property, plant and equipment | 14 | (21.917.949) | (12.839.048) |
| Payment for acquisition of available-for-sale financial assets | 16 | (675.900) | - |
| Loans granted | 17 | (1.672.302) | (206.650) |
| Loans repayments received | 17 | 997.369 | 564.602 |
| **Net cash used in investing activities** | | (29.755.444) | (18.807.010) |
| | | | |
| **Cash flows from financing activities** | | | |
| Repayment of borrowings | 23 | (2.518.050) | (1.641.129) |
| Repayments of obligations under finance leases | 24 | (6.216.862) | (5.431.264) |
| Proceeds from borrowings | 23 | 1.315.957 | 3.653.182 |
| Proceeds from obligations under finance leases | 24 | 15.661.456 | 9.847.864 |
| Unrealised exchange (loss) | | (31.946) | 276.166 |
| Interest paid | | (1.267.246) | (183.091) |
| **Net cash generated from financing activities** | | 6.943.309 | 6.521.728 |
| | | | |
| **Net increase in cash and cash equivalents** | | 108.913 | 4.322.869 |
| Cash and cash equivalents at beginning of the year | | 4.823.616 | 500.747 |
| | | | |
| **Cash and cash equivalents at end of the year** | 20 | 4.932.529 | 4.823.616 |

The notes on pages 13 to 39 are an integral part of these consolidated financial statements.

P-G000378

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

## XBT Holding S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 1. INCORPORATION AND PRINCIPAL ACTIVITIES

XBT Holding S.A. (the "Company") was incorporated in Luxemburg on 8 April 2010 as a private company with limited liability. Its registered office is at 3 op der Poukewiss, L-7795, Roost, Luxemburg.

The principal activities of the Group are the provision of web hosting, data storage and trading of network equipment.

### 2. BASIS OF PREPARATION

The consolidated financial statements for the year ended 31 December 2016 consist of the financial statements of the Company and its subsidiaries (which together referred to as "the Group").

**(a) Statement of compliance**
These consolidated financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
These consolidated financial statements have been prepared under the historical cost convention.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Group adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Group.

At the date of approval of these consolidated financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the consolidated financial statements of the Group.

**(d) Use of estimates and judgments**
The preparation of consolidated financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Group's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

*Measurement of fair values*
A number of the Group's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities.

Significant valuation issues are reported to the Group's Audit Committee.

When measuring the fair value of an asset or a liability, the Group uses observable market data as far as possible.

P-G000379

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 2. BASIS OF PREPARATION *(continued)*

### (d) Use of estimates and judgments (continued)

Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows:

- Level 1 - quoted prices (unadjusted) in active markets for identical assets or liabilities.
- Level 2 - inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly (i.e. as prices) or indirectly (i.e. derived from prices).
- Level 3 - inputs for the asset or liability that are not based on observable market data (unobservable inputs).

If the inputs used to measure the fair value of an asset or a liability fall into different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.

The Group recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

### (e) Functional and presentation currency

The consolidated financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these consolidated financial statements. The accounting policies have been consistently applied by all companies of the Group.

Basis of consolidation

Subsidiaries are entities controlled by the Group. Control exists where the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

The financial statements of subsidiaries acquired or disposed of during the year are included in the consolidated statement of profit or loss and other comprehensive income from the date that control commences until the date control ceases.

Where necessary, adjustments are made to the financial statements of subsidiaries to bring them in line with the accounting policies of the Group.

Business combinations

Acquisitions of businesses are accounted for using the acquisition method. The consideration transferred in a business combination is measured at fair value, which is calculated as the sum of the acquisition-date fair values of the assets transferred by the Group, liabilities incurred by the Group to the former owners of the acquiree and the equity interests issued by the Group in exchange for control of the acquiree. Acquisition-related costs are generally recognised in profit or loss as incurred.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

15

### XBT Holding S.A.

#### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

*Business combinations* (continued)

Goodwill is measured as the excess of the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree, and the fair value of the acquirer's previously held equity interest in the acquiree (if any) over the net of the acquisition-date amounts of the identifiable assets acquired and the liabilities assumed. If, after reassessment, the net of the acquisition-date amounts of the identifiable assets acquired and liabilities assumed exceeds the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree and the fair value of the acquirer's previously held interest in the acquiree (if any), the excess is recognised immediately in profit or loss as a bargain purchase gain.

At the acquisition date, the identifiable assets acquired and the liabilities assumed are recognised at their fair value at the acquisition date, except that:

Non-controlling interests that are present ownership interests and entitle their holders to a proportionate share of the entity's net assets in the event of liquidation may be initially measured either at fair value or at the non-controlling interests' proportionate share of the recognised amounts of the acquiree's identifiable net assets. The choice of measurement basis is made on a transaction-by-transaction basis. Other types of non-controlling interests are measured at fair value or, when applicable, on the basis specified in another IFRS.

When the consideration transferred by the Group in a business combination includes assets or liabilities resulting from a contingent consideration arrangement, the contingent consideration is measured at its acquisition-date fair value and included as part of the consideration transferred in a business combination. Changes in the fair value of the contingent consideration that qualify as measurement period adjustments are adjusted retrospectively, with corresponding adjustments against goodwill. Measurement period adjustments are adjustments that arise from additional information obtained during the 'measurement period' (which cannot exceed one year from the acquisition date) about facts and circumstances that existed at the acquisition date.

The subsequent accounting for changes in the fair value of the contingent consideration that do not qualify as measurement period adjustments depends on how the contingent consideration is classified. Contingent consideration that is classified as equity is not remeasured at subsequent reporting dates and its subsequent settlement is accounted for within equity. Contingent consideration that is classified as an asset or a liability is remeasured at subsequent reporting dates in accordance with IAS 39, or IAS 37 Provisions, Contingent Liabilities and Contingent Assets, as appropriate, with the corresponding gain or loss being recognised in profit or loss.

When a business combination is achieved in stages, the Group's previously held equity interest in the acquiree is remeasured to fair value at the acquisition date (i.e. the date when the Group obtains control) and the resulting gain or loss, if any, is recognised in profit or loss. Amounts arising from interests in the acquiree prior to the acquisition date that have previously been recognised in other comprehensive income are reclassified to profit or loss where such treatment would be appropriate if that interest were disposed of.

P-G000381

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

## XBT Holding S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.  **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

*Business combinations* (continued)

If the initial accounting for a business combination is incomplete by the end of the reporting period in which the combination occurs, the Group reports provisional amounts for the items for which the accounting is incomplete. Those provisional amounts are adjusted during the measurement period (see above), or additional assets or liabilities are recognised, to reflect new information obtained about facts and circumstances that existed at the acquisition date that, if known, would have affected the amounts recognised at that date.

Business combinations that took place prior to 1 January 2010 were accounted for in accordance with the previous version of IFRS 3.

Segmental reporting
The Group is organised by business segments and this is the primary format for segmental reporting. Each business segment provides products or services which are subject to risks and returns that are different from those of other business segments. The Group operates international and for this reason operations are not analysed by geographical segment.

Revenue recognition
Revenues earned by the Group are recognised on the following bases:

*   *Rendering of services*
    Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Employee benefits
The Group's companies and their employees contribute to the Government Social Insurance Fund based on employees' salaries. The Group's contributions are expensed as incurred and are included in staff costs. The Group has no legal or constructive obligations to pay further contributions if the scheme does not hold sufficient assets to pay all employees benefits relating to employee service in the current and prior periods.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

*(i) Functional currencies*
    Items included in the financial statements of each Group entity are measured using the currency of the primary economic environment in which each entity operates ('the functional currency').

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 3. SIGNIFICANT ACCOUNTING POLICIES *(continued)*

Foreign currency translation (continued)

*(ii) Transactions and balances*

Foreign currency transactions are translated into respective functional currencies of the Group companies using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined. Translation differences on available-for-sale financial assets are recognised in other comprehensive income and then included in the fair value reserve in equity (except on impairment, in which case translation differences that have been recognised in other comprehensive income are reclassified to profit or loss). Non-monetary items that are measured based on historical cost in a foreign currency are not translated.

Tax

Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

Dividends

Dividend distribution to the Company's shareholders is recognised in the Group's consolidated financial statements in the year in which they are approved by the Company's shareholders.

Property, plant and equipment

Property, plant and equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

|  | % |
|---|---|
| Motor vehicles | 20 |
| Furniture, fixtures and office equipment | 20 |
| Computer and network equipment | 20 |

Leased assets are depreciated over the shorter of lease term and their useful lives unless it is reasonably certain that the Group will obtain ownership by the end of the lease term.

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of property, plant and equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess

P-G000383

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Property, plant and equipment (continued)

of the originally assessed standard of performance of the existing asset will flow to the Group. Major renovations are depreciated over the remaining useful life of the related asset.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Intangible assets

*(i)   Goodwill*

Goodwill represents the excess of the cost of an acquisition over the fair value of the Group's share of the net identifiable assets of the acquired undertaking at the date of acquisition. Goodwill on acquisition of subsidiaries is included in "intangible assets". Goodwill on acquisitions of associates is included in 'investments in associates'.

Goodwill is tested annually for impairment and carried at cost less accumulated impairment losses. Gains and losses on the disposal of an undertaking include the carrying amount of goodwill relating to the undertaking sold. Goodwill is allocated to cash-generating units for the purpose of impairment testing.

*(ii)   Computer software*

Costs that are directly associated with identifiable and unique computer software products controlled by the Group and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Leases

At inception of an arrangement, the Group determines whether an arrangement is or contains a lease.

P-G000384

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

19

### XBT Holding S.A.

#### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Leases (continued)

At inception or on reassessment of an arrangement that contains a lease, the Group separates payments and other consideration required by the arrangement into those for the lease and those for other elements on the basis of their relative fair values. If the Group concludes for a finance lease that it is impracticable to separate the payments reliably, then an asset and a liability are recognised at an amount equal to the fair value of the underlying asset, subsequently, the liability is reduced as payments are made and an imputed finance cost on the liability is recognised using the Group's incremental borrowing rate.

Leases are classified as finance leases whenever the terms of the lease transfer substantially all the risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

*Finance leases - The Group as lessee*
The leases of the Group are classified as finance leases, if they transfer to the Group substantially all the risks and rewards incidental to ownership of an asset. The Group recognises a finance lease as an asset and liability at the lower of the fair value of the leased asset and the present value of minimum lease payments. Subsequent to initial recognition, the assets are accounted for in accordance with the accounting policy applicable to that asset.

The payments are apportioned between the finance expenses and the decrease of the finance lease obligations based on the effective interest method.

*Operating leases*
Rentals payable under operating leases are charged to profit or loss on a straight-line basis over the term of the relevant lease. Benefits received and receivable as an incentive to enter into an operating lease are also spread on a straight-line basis over the lease term.

Financial instruments
Financial assets and financial liabilities are recognised when the Group becomes a party to the contractual provisions of the instrument.

*(i)   Trade and other receivables*
Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii)  Loans granted*
Loans originated by the Group by providing money directly to the borrower are categorised as loans and are carried at amortised cost. The amortised cost is the amount at which the loan granted is measured at initial recognition minus principal repayments, plus or minus the cumulative amortization using the effective interest method of any difference between the initial amount and the maturity amount, and minus any reduction for impairment or uncollectibility. All loans are recognised when cash is advanced to the borrower.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

20

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.  **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

The effective interest method is a method of calculating the amortised cost of a financial asset or a financial liability (or group of financial assets or financial liabilities) and of allocating the interest income or interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument or, when appropriate, a shorter period to the net carrying amount of the financial asset or financial liability.

*(iii) Investments*

The Group classifies its investments in equity and debt securities in the following categories: financial assets at fair value through profit or loss, loans and receivables, held-to-maturity investments and available-for-sale financial assets. The classification depends on the purpose for which the investments were acquired. Management determines the classification of investments at initial recognition.

•   *Available-for-sale financial assets*

Investments intended to be held for an indefinite period of time, which may be sold in response to needs for liquidity or changes in interest rates, are classified as available-for-sale; these are included in non-current assets unless management has the express intention of holding the investment for less than 12 months from the reporting date or unless they will need to be sold to raise operating capital, in which case they are included in current assets.

•   *Loans and receivables*

Investments with fixed or determinable payments that are not quoted in an active market and are not classified as financial assets at fair value through profit or loss or as financial assets available-for-sale.

*Recognition and measurement:*

Regular way purchases and sales of investments are recognised on trade-date which is the date on which the Group commits to purchase or sell the asset. Investments are initially recognised at fair value plus directly attributable transaction costs for all financial assets not carried at fair value through profit or loss. For financial assets at fair value through profit or loss the directly attributable transaction costs are recognised in profit or loss as incurred.

Realised and unrealised gains and losses arising from changes in the fair value of financial assets at fair value through profit or loss are included in profit or loss. Unrealised gains and losses arising from changes in the fair value of available-for-sale financial assets are recognised in other comprehensive income and then in equity. When available-for-sale financial assets are sold or impaired, the accumulated fair value adjustments are included in equity are reclassified to profit or loss.

The fair values of quoted investments are based on current bid prices. If the market for a financial asset is not active (and for unlisted securities), the Group establishes fair value by using valuation techniques. These include the use of recent arm's length transactions, reference to other instruments that are substantially the same and discounted cash flow analysis, making maximum use of market inputs and relying as little as possible on entity specific inputs. Equity investments for which fair values cannot be measured reliably are recognised at cost less impairment.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

21

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(iv) Cash and cash equivalents*
For the purpose of the consolidated statement of cash flows, cash and cash equivalents comprise cash in hand, cash at bank and bank overdrafts.

*(v) Borrowings*
Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(vi) Trade and other payables*
Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Derecognition of financial assets and liabilities

*Financial assets*
A financial asset (or, where applicable a part of a financial asset or part of a group of similar financial assets) is derecognised when:
- the contractual rights to receive cash flows from the asset have expired;
- the Group retains the right to receive cash flows from the asset, but has assumed an obligation to pay them in full without material delay to a third party under a 'pass through' arrangement; or
- the Group has transferred its rights to receive cash flows from the asset and either (a) has transferred substantially all the risks and rewards of the asset, or (b) has neither transferred nor retained substantially all the risks and rewards of the asset, but has transferred control of the asset.

Any interest in such derecognized financial assets that is created or retained by the Group is recognised as a separate asset or liability

*Financial liabilities*
A financial liability is derecognised when the obligation under the liability is discharged or cancelled or expires.

When an existing financial liability is replaced by another from the same lender on substantially different terms, or the terms of an existing liability are substantially modified, such an exchange or modification is treated as a derecognition of the original liability and the recognition of a new liability, and the difference in the respective carrying amounts is recognised in profit or loss.

Offsetting financial instruments
Financial assets and financial liabilities are offset and the net amount reported in the consolidated statement of financial position if, and only if, there is a currently enforceable legal right to offset the recognised amounts and there is an intention to settle on a net basis, or to realise the asset and settle the liability simultaneously. This is not generally the case with master netting agreements, and the related assets and liabilities are presented gross in the consolidated statement of financial position.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

3. **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Inventories
Inventories are stated at the lower of cost and net realisable value. The cost is determined using the weighted average method. Net realisable value is the estimated selling price in the ordinary course of business, less the costs to completion and selling expenses.

Work in progress
Work in progress is stated at cost plus any attributable profit less any foreseeable losses and less amounts received or receivable as progress payments. The cost of work in progress includes materials, labour and direct expenses plus attributable overheads based on a normal level of activity.

Share capital
Ordinary shares are classified as equity. The difference between the fair value of the consideration received by the Company and the nominal value of the share capital being issued is taken to the share premium account. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Non-current liabilities
Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 4. SEGMENTAL ANALYSIS

| 2016 | U.S.A. US$ | Europe US$ | Asia US$ | Total US$ |
|---|---|---|---|---|
| Revenue | 27.882.710 | 17.401.172 | 4.443.489 | 49.727.371 |
| Cost of sales | (4.929.993) | (5.632.585) | (2.326.949) | (12.889.527) |
| Gross profit | 22.952.716 | 11.768.589 | 2.116.539 | 36.837.844 |
| SGA | (6.752.939) | (7.923.592) | (1.274.494) | (15.951.025) |
| EBITA | 16.199.778 | 3.860.717 | 842.044 | 20.902.539 |
| Capital expnditure | 9.858.430 | 16.443.471 | 2.102.710 | 28.404.611 |
| Depreciation | 3.481.412 | 8.392.440 | 658.441 | 12.532.293 |

| 2015 | U.S.A. US$ | Europe US$ | Asia US$ | Total US$ |
|---|---|---|---|---|
| Revenue | 21.136.992 | 15.526.836 | 2.115.245 | 38.779.073 |
| Cost of sales | (5.160.906) | (6.219.268) | (1.358.180) | (12.738.354) |
| Gross profit | 15.976.087 | 9.307.466 | 757.166 | 26.040.719 |
| SGA | (4.525.425) | (5.733.545) | (1.095.684) | (11.354.654) |
| EBITA | 11.541.563 | 3.574.022 | (277.687) | 14.837.898 |
| Capital expnditure | 5.268.255 | 12.987.528 | 519.492 | 18.775.275 |
| Depreciation | 2.687.387 | 6.933.571 | 228.028 | 9.848.986 |

The Group is organised by business segments and this is the primary format for segmental reporting. Each business segment provides products or services which are subject to risks and returns that are different from those of other business segments. The Group operates only in Cyprus and for this reason operations are not analysed by geographical segment.

P-G000389

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

24

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

4. **SEGMENTAL ANALYSIS** *(continued)*

| Group components by segment: | 2016 % | 2015 % |
|---|---|---|
| **USA** | | |
| 1GB.com Inc | 100 | 100 |
| Dedicated Servers Inc | 100 | 100 |
| DFW Internet Services Inc | 100 | 100 |
| Fozzy Inc | 100 | 100 |
| IP Transit Inc | 100 | 100 |
| Serves.com Inc | 100 | 100 |
| TM Web Properties Ltd | 100 | 100 |
| Travail Systems Inc | 100 | 100 |
| Universal CDN Inc | 95 | 95 |
| URL Solutions Inc | 100 | 100 |
| Webzilla Dallas Inc | 100 | 100 |
| Webzilla Inc | 100 | 100 |
| Webzilla Apps Inc | 100 | 100 |
| **Europe** | | |
| BN Domain Trust Services Ltd | 100 | 100 |
| iMarketing Solutions Ltd | 100 | 100 |
| ITPan.com Ltd | 100 | 100 |
| ROOT S.A. | 100 | 100 |
| Serverscom Eesti Ou | 100 | - |
| Servers.com B.V. | 100 | 100 |
| Universal CDN (Cyprus) Ltd | 95 | 95 |
| Webzilla B.V. | 100 | 100 |
| Webzilla Ltd | 100 | 100 |
| **Asia** | | |
| IBEE Software Solutions Limited | 70 | 70 |
| Webzilla Singapore PTE Ltd | 100 | 100 |
| Edinaya Set LLC | 99 | 99 |
| Servers.com Asia Ltd | 100 | - |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

25

## XBT Holding S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 5.  REVENUE

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Managed servers revenue | 32.117.124 | 20.808.907 |
| Co-location revenue | 5.969.623 | 3.638.797 |
| Bandwidth revenue | 6.117.448 | 11.088.091 |
| Shared / VPS / Cloud revenue | 2.059.631 | 1.765.505 |
| Equipment revenue | 241.947 | 836.494 |
| Domain and application revenue | 3.221.598 | 641.279 |
|  | 49.727.371 | 38.779.073 |

### 6. COST OF SALES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Materials costs | 606.469 | 814.744 |
| Co-location costs | 5.703.204 | 6.797.822 |
| Bandwidth costs | 4.345.469 | 4.907.015 |
| Domains costs | 354.792 | 218.773 |
| Equipment costs | 1.879.593 | - |
|  | 12.889.527 | 12.738.354 |

### 7.  OTHER OPERATING INCOME

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Sundry operating income | 15.720 | 151.833 |
|  | 15.720 | 151.833 |

### 8. SELLING AND DISTRIBUTION EXPENSES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| General selling & distribution expenses | 698.770 | 99.492 |
|  | 698.770 | 99.492 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

26

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

9.   **ADMINISTRATIVE EXPENSES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Staff costs | 3.749.340 | 3.313.581 |
| Rent | 399.315 | 375.315 |
| Common expenses | 161.295 | 147.352 |
| Immovable property tax | 27.685 | 28.355 |
| Insurance | 42.591 | - |
| Sales and marketing expenses | 5.963.697 | 3.932.122 |
| Advertising expenses | 1.650.282 | 838.546 |
| Operating lease rentals | 215.667 | 317.533 |
| Independent auditors' remuneration - current year | 122.839 | 108.301 |
| Independent auditors' remuneration - prior years | 27.172 | 2.716 |
| Legal and professional | 2.293 | 9.725 |
| Other professional fees | 1.603.586 | 1.250.804 |
| Revenue stamps | 112 | 1.041 |
| Fines | 15.149 | 7.080 |
| Travelling | 474.375 | 359.767 |
| Irrecoverable VAT | 261.920 | 191.592 |
| General administration expenses | 534.938 | 376.617 |
| Amortisation of computer software | 863.617 | 1.423.080 |
| Depreciation | 11.668.675 | 8.420.621 |
|  | 27.784.548 | 21.104.148 |

10.   **OPERATING PROFIT**

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Operating profit is stated after charging the following items: | | | |
| Amortisation of computer software | 15 | 863.617 | 1.423.080 |
| Depreciation of property, plant and equipment | 14 | 11.668.675 | 8.420.621 |
| Staff costs | 11 | 3.749.340 | 3.313.581 |
| Independent auditors' remuneration - current year | | 122.839 | 108.301 |
| Independent auditors' remuneration - prior years | | 27.172 | 2.716 |
| Operating lease rentals | | 215.667 | 317.533 |

11.   **STAFF COSTS**

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Salaries | | 3.746.718 | 3.170.762 |
| Social insurance contributions | | 2.622 | 142.819 |
| Total staff costs | 10 | 3.749.340 | 3.313.581 |

P-G000392

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

27

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 12. NET FINANCE INCOME AND EXPENSES

|                                          | 2016<br>US$ | 2015<br>US$ |
|------------------------------------------|-------------|-------------|
| Interest income                          | 14.592      | -           |
| Exchange profit                          | 168.388     | 316.261     |
|                                          | 182.980     | 316.261     |
|                                          |             |             |
| Net foreign exchange transaction losses  | (234.895)   | (213.945)   |
| Interest expense                         | (1.569.602) | (996.050)   |
| Sundry finance expenses                  | (315.750)   | (209.928)   |
|                                          |             |             |
| Finance expenses                         | (2.120.247) | (1.419.923) |
|                                          |             |             |
| Net finance expenses                     | (1.937.267) | (1.103.662) |

## 13. TAXATION

|                                    | 2016<br>US$ | 2015<br>US$ |
|------------------------------------|-------------|-------------|
| Corporation tax - current year     | 180.205     | 395.225     |
| Corporation tax - prior years      | -           | 5.218       |
|                                    |             |             |
| Charge for the year                | 180.205     | 400.443     |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

28

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

14. **PROPERTY, PLANT AND EQUIPMENT**

| | Motor vehicles | Furniture, fixtures and office equipment | Computer equipment | Total |
|---|---|---|---|---|
| | US$ | US$ | US$ | US$ |
| **Cost** | | | | |
| Balance at 1 January 2015 | 649.496 | 241.063 | 35.759.103 | 36.649.662 |
| Additions | 137.812 | 436.767 | 12.264.469 | 12.839.048 |
| Balance at 31 December 2015 | 787.308 | 677.830 | 48.023.572 | 49.488.710 |
| | | | | |
| Balance at 1 January 2016 | 787.308 | 677.830 | 48.023.572 | 49.488.710 |
| Additions | 117.726 | 82.432 | 21.717.791 | 21.917.949 |
| Balance at 31 December 2016 | 905.034 | 760.262 | 69.741.363 | 71.406.659 |
| | | | | |
| **Depreciation** | | | | |
| Balance at 1 January 2015 | 186.936 | 104.109 | 20.070.105 | 20.361.150 |
| Depreciation for the year | 126.341 | 177.692 | 8.116.587 | 8.420.620 |
| Balance at 31 December 2015 | 313.277 | 281.801 | 28.186.692 | 28.781.770 |
| | | | | |
| Balance at 1 January 2016 | 313.277 | 281.801 | 28.186.692 | 28.781.770 |
| Depreciation for the year | 146.965 | 133.498 | 9.657.947 | 9.938.410 |
| Balance at 31 December 2016 | 460.242 | 415.299 | 37.844.639 | 38.720.180 |
| | | | | |
| **Carrying amounts** | | | | |
| Balance at 31 December 2016 | 444.792 | 344.963 | 31.896.724 | 32.686.479 |
| Balance at 31 December 2015 | 474.031 | 396.029 | 19.836.880 | 20.706.940 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

29

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 15.  INTANGIBLE ASSETS AND GOODWILL

| | Goodwill US$ | Computer software US$ | Total US$ |
|---|---|---|---|
| **Cost** | | | |
| Balance at 1 January 2015 | 225.630.695 | 6.578.949 | 232.209.644 |
| Additions | - | 5.936.227 | 5.936.227 |
| Additions from business combinations | 389.687 | - | 389.687 |
| Balance at 31 December 2015 | 226.020.382 | 12.515.176 | 238.535.558 |
| | | | |
| Balance at 1 January 2016 | 226.020.382 | 12.515.176 | 238.535.558 |
| Additions | - | 6.486.662 | 6.486.662 |
| Balance at 31 December 2016 | 226.020.382 | 19.001.838 | 245.022.220 |
| | | | |
| **Amortisation** | | | |
| Balance at 1 January 2015 | - | 2.065.478 | 2.065.478 |
| Amortisation for the year | - | 1.428.366 | 1.428.366 |
| Balance at 31 December 2015 | - | 3.493.844 | 3.493.844 |
| | | | |
| Balance at 1 January 2016 | - | 3.493.844 | 3.493.844 |
| Amortisation for the year | - | 2.593.883 | 2.593.883 |
| Balance at 31 December 2016 | - | 6.087.727 | 6.087.727 |
| | | | |
| **Carrying amounts** | | | |
| Balance at 31 December 2016 | 226.020.382 | 12.914.111 | 238.934.493 |
| | | | |
| Balance at 31 December 2015 | 226.020.382 | 9.021.332 | 235.041.714 |

### 16.  AVAILABLE-FOR-SALE FINANCIAL ASSETS

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | - | - |
| Additions | 675.900 | - |
| | | |
| Balance at 31 December | 675.900 | - |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

30

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

17.  **LOANS RECEIVABLE**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 258.363 | 616.315 |
| New loans granted | 1.672.302 | 206.650 |
| Repayments | (995.240) | (564.602) |
| Interest charged | 11.787 | - |
| Exchange difference | (13.916) | - |
| Balance at 31 December | 933.296 | 258.363 |

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Loans receivable | 840.422 | 134.849 |
| Loans to related parties (note 27 (i)) | 2.017 | - |
| Loans to directors (note 27 (ii)) | 90.857 | 123.514 |
|  | 933.296 | 258.363 |

The loans are repayable as follows:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Between one and five years | 933.296 | 258.363 |

The exposure of the Group to credit risk is reported in note 28 to the consolidated financial statements.

The fair values of non-current receivables approximate to their carrying amounts as presented above.

The loans to Directors were provided interest free and are repayable monthly over three years. Upon origination these loans were re-measured at fair value, being the future cash flows discounted at market interest rates prevailing for similar instruments. The interest income is recognised on the fair value of the loans using the effective interest method. The difference between the fair value and the nominal value of the loans is taken to profit or loss.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

31

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

18. **INVENTORIES AND WORK IN PROGRESS**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Finished products | - | 1.215.188 |
| Work in progress | 67.795 | 452.824 |
| | 67.795 | 1.668.012 |

The Group reviews its inventory records for evidence regarding the saleability of inventory and its net realizable value on disposal. The provision for obsolete and slow-moving inventory is based on management's past experience, taking into consideration the value of inventory as well as the movement and the level of stock of each category of inventory.

The cost of inventories recognised as expense and included in "cost of sales" amounted to US$12.889.527 (2015: US$12.738.354).

19. **TRADE AND OTHER RECEIVABLES**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade receivables | 8.548.579 | 10.115.296 |
| Less: Provision for impairment of receivables | (570.003) | (79.727) |
| Trade receivables - net | 7.978.576 | 10.035.569 |
| Directors' current accounts - debit balances (note 27 (iii)) | 119.607 | - |
| Deposits and prepayments | 158.601 | 269.518 |
| Other receivables | 104.409 | 754.414 |
| Refundable VAT | 542.071 | 450.372 |
| | 8.903.264 | 11.509.873 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Group to credit risk and impairment losses in relation to trade and other receivables is reported in note 28 to the consolidated financial statements.

20. **CASH AND CASH EQUIVALENTS**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash at bank and in hand | 5.399.435 | 5.431.266 |
| Bank deposits | 408.263 | - |
| | 5.807.698 | 5.431.266 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

32

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

20.  **CASH AND CASH EQUIVALENTS** *(continued)*

For the purposes of the consolidated statement of cash flows, the cash and cash equivalents include the following:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash and cash equivalents | 5.399.435 | 5.431.266 |
| Bank overdrafts | (466.906) | (607.650) |
|  | 4.932.529 | 4.823.616 |

The exposure of the Group to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 28 to the consolidated financial statements.

21.  **SHARE CAPITAL**

|  | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** |  |  |  |  |
| Ordinary shares of US$1 each | 5.000.000 | 5.000.000 | 5.000.000 | 5.000.000 |
| **Issued and fully paid** |  |  |  |  |
| Balance at 1 January | 1.306.566 | 1.306.566 | 1.306.566 | - |
| Issue of shares | - | - | - | 1.306.566 |
| Balance at 31 December | 1.306.566 | 1.306.566 | 1.306.566 | 1.306.566 |

P-G000398

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

33

## XBT Holding S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

22. RESERVES

| | Share premium US$ | Translation reserve US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|---|
| Balance at 1 January 2015 | 240.633.434 | - | (13.813) | 240.619.621 |
| Profit for the year | - | - | 3.350.019 | 3.350.019 |
| Exchange difference | - | 13.311 | - | 13.311 |
| Balance at 31 December 2015 | 240.633.434 | 13.311 | 3.336.206 | 243.982.951 |
| Balance at 1 January 2016 | 240.633.434 | 13.311 | 3.336.206 | 243.982.951 |
| Profit for the year | - | - | 6.105.093 | 6.105.093 |
| Exchange difference | - | (57.715) | - | (57.715) |
| Balance at 31 December 2016 | 240.633.434 | (44.404) | 9.441.299 | 250.030.329 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

34

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 23.  LOANS AND BORROWINGS

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 4.841.125 | 3.257.928 |
| Additions | 1.315.957 | 3.055.581 |
| Repayments | (2.518.050) | (1.641.129) |
| Interest charged | 301.525 | 188.622 |
| Exchange difference | (85.743) | (19.877) |
| Balance at 31 December | 3.854.814 | 4.841.125 |

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| **Non-current liabilities** | | |
| Credit facilities | 3.854.814 | 4.841.125 |
| Total | 3.854.814 | 4.841.125 |

Maturity of borrowings:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Between one and five years | 3.854.814 | 4.841.125 |

The exposure of the Group to interest rate risk in relation to financial instruments is reported in note 28 to the consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

35

### XBT Holding S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

**24.  OBLIGATIONS UNDER FINANCE LEASES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 10.749.030 | 5.519.471 |
| Additions | 15.661.456 | 9.847.864 |
| Repayments | (7.484.108) | (5.431.264) |
| Interest charge | 1.267.246 | 812.959 |
| Balance at 31 December | 20.193.624 | 10.749.030 |

|  | Minimum lease payments 2016 US$ | Interest 2016 US$ | Principal 2016 US$ | Minimum lease payments 2015 US$ | Interest 2015 US$ | Principal 2015 US$ |
|---|---|---|---|---|---|---|
| Within one year | 10.299.250 | 1.525.260 | 8.773.990 | 5.392.560 | 726.492 | 4.666.068 |
| Between one and five years | 12.478.735 | 1.059.101 | 11.419.634 | 6.498.698 | 415.736 | 6.082.962 |
|  | 22.777.985 | 2.584.361 | 20.193.624 | 11.891.258 | 1.142.228 | 10.749.030 |

The fair values of lease obligations approximate to their carrying amounts as presented above.

The Group's obligations under finance leases are secured by the lessors' title to the leased assets.

The exposure of the Group to interest rate risk in relation to financial instruments is reported in note 28 to the consolidated financial statements.

**25.  TRADE AND OTHER PAYABLES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 10.672.755 | 11.029.896 |
| Directors' current accounts - credit balances (note 27 (iv)) | 130.258 | 821.639 |
| Accruals | 328.856 | 333.722 |
| Other creditors | 265.211 | 175.075 |
| Deferred income | 120.686 | 152.414 |
|  | 11.517.766 | 12.512.746 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

36

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 26.  TAX LIABILITY

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Corporation tax | 149.532 | 185.666 |
| Special contribution to the defence fund | - | 88.727 |
|  | 149.532 | 274.393 |

There are transactions and calculations for which the ultimate tax determination is uncertain during the ordinary course of business. The Group recognises liabilities for anticipated tax audit issues based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such differences will impact the income tax and deferred tax provisions in the period in which such determination is made.

### 27.  RELATED PARTY TRANSACTIONS

The transactions and balances with related parties are as follows:

**(i) Loans to related parties (note 17)**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| AUKA Invest PTE Ltd | 290 | - |
| BK Tech Investments PTE LTD | 1.727 | - |
|  | 2.017 | - |

The loan to related company ... Limited was provided interest free, and there was no specified repayment date.

**(ii) Loans to directors (note 17)**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Regina Biktimirova | - | 1.472 |
| Aleksey Gubarev | 90.857 | 122.042 |
|  | 90.857 | 123.514 |

The loan was provided interest free, and there was no specified repayment date.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

37

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

27.  **RELATED PARTY TRANSACTIONS** *(continued)*

**(iii) Directors' current accounts - debit balances (note 19)**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Aleksey Gubarev | 119.607 | - |
|  | 119.607 | - |

The shareholders' current accounts are interest free, and have no specified repayment date.

**(iv) Directors' current accounts - credit balances**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Aleksey Gubarev | - | 673.715 |
| Kostyantyn Bezruchenko | 13.272 | 30.374 |
| Alexander Borodin | 116.288 | 116.288 |
| Rajesh Kumar Mishra | 698 | 1.262 |
|  | 130.258 | 821.639 |

The directors' current accounts are interest free, and have no specified repayment date.

28.  **FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT**

**Financial risk factors**
The Group is exposed to the following risks from its use of financial instruments:
- Credit risk
- Liquidity risk
- Market risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Group's risk management framework.

The Group's risk management policies are established to identify and analyse the risks faced by the Group, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Group's activities.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

38

**XBT Holding S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

28.  **FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT** *(continued)*

A. **Financial risk management**

(i)  *Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Group has no significant concentration of credit risk. The Group has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Group's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 19.

The Group's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 19.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Group's standard payment and delivery terms and conditions are offered. The Group's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Group establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

(ii)  *Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Group has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

(iii) *Market risk*

Market risk is the risk that changes in market prices, such as foreign exchange rates, interest rates and equity prices will affect the Company's income or the value of its holdings of financial instruments.

The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimising the return.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

39

### XBT Holding S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2016

**28. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT** *(continued)*

*(iii)* *Market risk (continued)*

*Interest rate risk*
Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Group to cash flow interest rate risk. Borrowings issued at fixed rates expose the Group to fair value interest rate risk. Group's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

*Currency risk*
Currency risk is the risk that the value of financial instruments will fluctuate due to changes in foreign exchange rates. Currency risk arises when future commercial transactions and recognised assets and liabilities are denominated in a currency that is not the Group's functional currency. The Group is exposed to foreign exchange risk arising from various currency exposures primarily with respect to the US Dollar and the Euro. The Group's management monitors the exchange rate fluctuations on a continuous basis and acts accordingly.

*(iv)* Other risks
The general economic environment prevailing internationally may affect the Group's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Group.

Capital management
The Group manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Group's overall strategy remains unchanged from last year.

**29. FAIR VALUES**

The fair values of the Group's financial assets and liabilities approximate their carrying amounts at the reporting date.

**30. CONTINGENT LIABILITIES**

The Group had no contingent liabilities as at 31 December 2016.

**31. COMMITMENTS**

The Group had no capital or other commitments as at 31 December 2016.

**32. EVENTS AFTER THE REPORTING PERIOD**

There were no material events after the reporting period, which have a bearing on the understanding of the consolidated financial statements.

On 7 July 2017 the Board of Directors of XBT Holding S.A. approved and authorised these consolidated financial statements for issue.

P-G000405