# **<u>EXHIBIT 4</u>**

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT HOLDING LTD**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

P-G004129

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT Holding Ltd**

REPORT AND FINANCIAL STATEMENTS

For the year ended 31 December 2016

C O N T E N T S

| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Management Report | 2 & 4 |
| Independent Auditors' report | 5 & 8 |
| Statement of profit or loss and other comprehensive income | 9 |
| Statement of financial position | 10 |
| Statement of changes in equity | 11 |
| Statement of cash flows | 12 |
| Notes to the financial statements | 13 - 32 |

P-G004130

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

1

# XBT Holding Ltd

## OFFICERS AND PROFESSIONAL ADVISORS

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra |
| | Kostyantyn Bezruchenko |
| Secretary | Regina Biktimirova (appointed 29 June 2016) |
| | Vinteli Nominee Services Ltd |
| Independent Auditors | KPMG Limited |
| Management | Aleksey Gubarev (CEO) |
| | Rajesh Kumar Mishra (CFO) |
| Bankers | Piraeus Bank (Cyprus) Ltd |
| | ABN-AMRO |
| Registered Office | Arch. Makariou III, 135 |
| | Emelle Building, 4th floor |
| | 3021 Limassol |
| | Cyprus |
| Registration number | HE265343 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

2

### XBT Holding Ltd

### MANAGEMENT REPORT

The Board of Directors of XBT Holding Ltd (the "Company") presents to the members its Annual Report together with the audited financial statements of the Company for the year ended 31 December 2016.

**PRINCIPAL ACTIVITIES AND NATURE OF OPERATIONS OF THE COMPANY**

The principal activities of the Company is the holding of investments.

**FINANCIAL RESULTS**

The Company's financial results for the year ended 31 December 2016 are set out on page 9 to the financial statements. The net profit for the year attributable to the shareholders of the Company amounted to US$3.971.892 (2015: US$3.893.792).

**REVENUE**

The Company's revenue for the year ended 31 December 2016 was US$6.354.792 (2015: US$6.309.906).

**DIVIDENDS**

On 31 December 2016 the Company in General Meeting declared the payment of a final dividend of US$5.500.000 (2015: US$5.479.500).

**MAIN RISKS AND UNCERTAINTIES**

The main risks and uncertainties faced by the Company and the steps taken to manage these risks, are described in note 23 to the financial statements.

**INTEREST RATE RISK**

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Company to cash flow interest rate risk. Borrowings issued at fixed rates expose the Company to fair value interest rate risk. Company's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

**CREDIT RISK**

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

Credit risk related to trade receivables: This is managed based on established policies, procedures and controls relating to customer credit risk management. Credit limits are established for all customers based on internal ratings. Credit quality of the customer is assessed and outstanding customer receivables are regularly monitored. The Company does not hold collateral as security.

**LIQUIDITY RISK**

P-G004132

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

3

**XBT Holding Ltd**

<u>MANAGEMENT REPORT</u> *(continued)*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

**FUTURE DEVELOPMENTS**

The Board of Directors does not expect major changes in the principal activities of the Company in the foreseeable future.

**SHARE CAPITAL**

There were no changes in the share capital of the Company during the year.

**BRANCHES**

During the year ended 31 December 2016 the Company did not operate any branches.

**BOARD OF DIRECTORS**

The members of the Company's Board of Directors as at 31 December 2016 and at the date of this report are presented on page 1. All of them were members of the Board of Directors throughout the year ended 31 December 2016.

In accordance with the Company's Articles of Association all directors presently members of the Board continue in office.

There were no significant changes in the assignment of responsibilities and remuneration of the Board of Directors.

**EVENTS AFTER THE REPORTING PERIOD**

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

**RELATED PARTY TRANSACTIONS**

Disclosed in note 22 to the financial statements.

P-G004133

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

4

**XBT Holding Ltd**

MANAGEMENT REPORT *(continued)*

**INDEPENDENT AUDITORS**

The independent auditors of the Company, KPMG Limited, have expressed their willingness to continue in office. A resolution giving authority to the Board of Directors to fix their remuneration will be submitted at the forthcoming Annual General Meeting.

By order of the Board of Directors,

Regina Biktimirova
Secretary

Larnaca, 7 July 2017

P-G004134

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



5

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

**Independent Auditors' report**

**to the Members of**

**XBT Holding Ltd**

## Report on the audit of the financial statements

### Opinion

We have audited the accompanying financial statements of parent company XBT Holding Ltd (the "Company"), which are presented on pages 9 to 32 and comprise the statement of financial position as at 31 December 2016, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2016, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as adopted by the European Union (IFRS-EU) and the requirements of the Cyprus Companies Law, Cap. 113, as amended from time to time (the "Companies Law, Cap.113").

### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements'"* section of our report. We are independent of the the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants (IESBA Code) and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Board Members:

N.G. Syrimis, A.K. Christofides, P.G. Loizou, A.M. Gregoriades,D.S. Vakis, A.A. Apostolou, S.A. Loizides, M.A. Loizides, S.G. Sofocleous, M.M. Antoniades, C.V. Vasiliou, P.E. Antoniades, M.J. Halios, M.P. Michael, P.A. Peleties, G.V. Markides, M.A. Papacosta, K.A. Papanicolaou, A.I. Shammoutis, G.N. Tziortzis, H.S Charalambous, C.P. Anayiotos, I.P. Ghalanos, M.G. Gregonados, H.A. Kakoulla, G.P. Savva, C.A. Kalas, C.N. Kalis, M.H. Zavrou, P.S. Elia, M.G. Lazerou, Z.E. Hadjuacharas, P.S. Theophanous, M.A. Karantoni, C.A. Markides, G.V. Andreou, J.C. Nicolaou, G.S. Podromou, A.S. Sofocleous, G.N. Syrimis, T.J. Yiasemides, A.A. Bargilly, K.A. Christofides, P.P. Vaneze

Nicosia
P.O. Box 21121, 1502
T: +357 22 209000
F: +357 22 678200

Limassol
P.O.Box 50161, 3601
T: +357 25 869000
F: +357 25 363642

Pathos
P.O. Box 60288, 8101
T: +357 26 943050
F: +357 26 943062

Paralimni / Ayia Napa
P.O. Box 33200, 5311
T: +357 23 820080
F: +357 23 820084

Polis Chrysochou
P.O. Box 66014, 8330
T: +357 26 322098
F: +357 26 322722

KPMG Limited, a private company limited by shares,registered in Cyprus under registration number HE 132822 with its registered office at 14, Esperidon Street,1087, Nicosia, Cyprus.

P-G004135

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



Independent Auditors' report

to the Members of

XBT Holding Ltd

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the Management Report, but does not include the financial statements and our auditors' report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon, except as required by the Companies Law, Cap.113).

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. Our report in this regard is presented in the *"Report on other legal requirements"* section.

**Responsibilities of the Board of Directors for the financial statements**

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with IFRS-EU and the requirements of the Companies Law, Cap. 113, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the Board of Directors is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or has no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



Independent Auditors' report

to the Members of

XBT Holding Ltd

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Report on other legal requirements**

Pursuant to the additional requirements of the Auditors and Statutory Audits of Annual and Consolidated Accounts Law of 2009, L.42(I)/2009, as amended from time to time ("Law 42(I)/2009"), we report the following:

- We have obtained all the information and explanations we considered necessary for the purposes of our audit.
- In our opinion, proper books of account have been kept by the Company, so far as it appears from our examination of those books.
- The Company's financial statements are in agreement with the books of account.
- In our opinion and to the best of our information and according to the explanations given to us, the financial statements give the information required by the Companies Law, Cap. 113, in the manner so required.
- In our opinion, the Management Report on pages 2 and 4, the preparation of which is the responsibility of the Board of Directors, has been prepared in accordance with the requirements of the Companies Law, Cap 113, and the information given is consistent with the financial statements.
- In the light of the knowledge and understanding of the business and the Company's environment obtained in the course of our audit, we have not identified material misstatements in the Management Report.

P-G004137

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**Independent Auditors' report**

**to the Members of**

**XBT Holding Ltd**

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body in accordance with Section 34 of Law 42(I)/2009 and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

We have reported separately on the consolidated financial statements of the Company and its subsidiaries for the year ended 31 December 2016.

Panicos Antoniades, FCCA
Certified Public Accountant and Registered Auditor
for and on behalf of

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

11 July 2017

P-G004138

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

9

## XBT Holding Ltd

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | 4 | 6.354.792 | 6.309.906 |
| Cost of sales | 5 | (30.894) | (4.100) |
| **Gross profit** | | 6.323.898 | 6.305.806 |
| Administrative and selling expenses | 6 | (1.991.575) | (2.182.981) |
| **Operating profit** | 7 | 4.332.323 | 4.122.825 |
| **Net finance expenses** | 8 | (360.431) | (229.033) |
| **Profit before tax** | | 3.971.892 | 3.893.792 |
| Tax | 9 | - | - |
| **Profit for the year** | | 3.971.892 | 3.893.792 |
| **Other comprehensive income** | | - | - |
| **Total comprehensive income for the year** | | 3.971.892 | 3.893.792 |

The notes on pages 13 to 32 are an integral part of these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

## XBT Holding Ltd

STATEMENT OF FINANCIAL POSITION

As at 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Assets** | | | |
| | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 11 | 816.847 | 824.557 |
| Intangible assets | 12 | 2.180.989 | 3.180.236 |
| Investments in subsidiaries | 13 | 227.043.713 | 221.847.593 |
| Non-current loans receivable | 14 | 90.857 | 2.642.571 |
| **Total non-current assets** | | 230.132.406 | 228.494.957 |
| | | | |
| **Current assets** | | | |
| Trade and other receivables | 15 | 8.077.672 | 9.377.254 |
| Cash and cash equivalents | 16 | 12.427 | 1.358.863 |
| **Total current assets** | | 8.090.099 | 10.736.117 |
| | | | |
| **Total assets** | | 238.222.505 | 239.231.074 |
| | | | |
| **Equity** | | | |
| Share capital | 17 | 1.368.045 | 1.368.045 |
| Share premium | | 4.933.292 | 4.933.292 |
| Reserves | 18 | 210.922.040 | 212.450.148 |
| **Total equity** | | 217.223.377 | 218.751.485 |
| | | | |
| **Liabilities** | | | |
| **Non-current liabilities** | | | |
| Loans and borrowings | 19 | 3.205.385 | 4.841.125 |
| **Total non-current liabilities** | | 3.205.385 | 4.841.125 |
| | | | |
| **Current liabilities** | | | |
| Trade and other payables | 20 | 17.693.681 | 15.544.082 |
| Tax liability | 21 | 53.476 | 53.476 |
| **Total current liabilities** | | 17.793.743 | 15.638.464 |
| | | | |
| **Total liabilities** | | 20.999.128 | 20.479.589 |
| | | | |
| **Total equity and liabilities** | | 238.222.505 | 239.231.074 |

On 7 July 2017 the Board of Directors of XBT Holding Ltd approved and authorised these financial statements for issue.

...................................................          ...................................................
Rajesh Kumar Mishra                                      Kostyantyn Bezruchenko
Director                                                 Director

The notes on pages 13 to 32 are an integral part of these financial statements.

P-G004140

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

11

## XBT Holding Ltd

### STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2016

| | Note | Share capital US$ | Share premium US$ | Capital reserve US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|---|---|---|
| Balance at 1 January 2015 | | 1.368.045 | 4.933.292 | 212.968.067 | 1.067.789 | 220.337.193 |
| Profit for the year | | - | - | - | 3.893.792 | 3.893.792 |
| Dividends | 10 | - | - | - | (5.479.500) | (5.479.500) |
| Balance at 31 December 2015 | | 1.368.045 | 4.933.292 | 212.968.067 | (517.919) | 218.751.485 |
| | | | | | | |
| Balance at 1 January 2016 | | 1.368.045 | 4.933.292 | 212.968.067 | (517.919) | 218.751.485 |
| Profit for the year | | - | - | - | 3.971.892 | 3.971.892 |
| Dividends | 10 | - | - | - | (5.500.000) | (5.500.000) |
| Balance at 31 December 2016 | | 1.368.045 | 4.933.292 | 212.968.067 | (2.046.027) | 217.223.377 |

Companies which do not distribute 70% of their profits after tax, as defined by the Special Contribution for the Defence of the Republic Law, during the two years after the end of the year of assessment to which the profits refer, will be deemed to have distributed this amount as dividend. Special contribution for defence at 17% will be payable on such deemed dividend to the extent that the ultimate shareholders at the end of the period of two years from the end of the year of assessment to which the profits refer are both Cyprus tax resident and Cyprus domiciled. The amount of this deemed dividend distribution is reduced by any actual dividend paid out of the profits of the relevant year at any time. This special contribution for defence is paid by the company for the account of the shareholders.

The notes on pages 13 to 32 are an integral part of these financial statements.

P-G004141

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

## XBT Holding Ltd

### STATEMENT OF CASH FLOWS

For the year ended 31 December 2016

| | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit for the year | | 3.971.892 | 3.893.792 |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | 11 | 255.086 | 199.111 |
| Unrealised exchange profit | | (43.636) | (29.914) |
| Amortisation of computer software | 12 | 1.149.668 | 1.154.949 |
| Dividend income | 4 | (5.500.000) | (5.479.500) |
| Interest expense | 8 | 287.769 | 185.426 |
| **Cash generated from/(used in) operations before working capital changes** | | 120.779 | (76.136) |
| Decrease in inventories | | - | 20.000 |
| Decrease/(increase) in trade and other receivables | | 1.299.582 | (256.116) |
| Increase in trade and other payables | | 2.149.599 | 399.014 |
| **Cash generated from operations** | | 3.569.960 | 86.762 |
| Dividends received | | 5.500.000 | 5.479.500 |
| **Net cash generated from operating activities** | | 9.069.960 | 5.566.262 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of intangible assets | 12 | (150.421) | - |
| Payment for acquisition of property, plant and equipment | 11 | (247.376) | (176.629) |
| Payment for acquisition of investments in subsidiaries | 13 | (5.196.120) | - |
| Loans granted | 14 | (385.067) | (53.146) |
| Loans repayments received | 14 | 2.936.781 | - |
| **Net cash used in investing activities** | | (3.042.203) | (229.775) |
| | | | |
| **Cash flows from financing activities** | | | |
| Repayment of borrowings | 19 | (2.518.050) | - |
| Proceeds from borrowings | 19 | 638.177 | 2.335.739 |
| Unrealised exchange profit | | - | 29.914 |
| Interest paid | | - | (185.426) |
| Dividends paid | 10 | (5.500.000) | (5.479.500) |
| **Net cash used in financing activities** | | (7.379.873) | (3.299.273) |
| | | | |
| **Net (decrease)/increase in cash and cash equivalents** | | (1.352.116) | 2.037.214 |
| Cash and cash equivalents at beginning of the year | | 1.317.957 | (719.257) |
| | | | |
| **Cash and cash equivalents at end of the year** | 16 | (34.159) | 1.317.957 |

The notes on pages 13 to 32 are an integral part of these financial statements.

P-G004142

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

## 1.  INCORPORATION AND PRINCIPAL ACTIVITIES

XBT Holding Ltd (the "Company") was incorporated in Cyprus on 8 April 2010 as a private limited liability company under the Cyprus Companies Law, Cap. 113.  Its registered office is at Arch. Makariou III, 135, Emelle Building, 4th floor, 3021 Limassol, Cyprus.

The principal activities of the Company is the holding of investments.

## 2.  BASIS OF PREPARATION

### (a) Statement of compliance

The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as adopted by the European Union (EU) and the requirements of the Cyprus Companies Law, Cap.113.

The Company has also prepared consolidated financial statements in accordance with IFRSs for the Company and its subsidiaries (the "Group"). The consolidated financial statements can be obtained from Arch. Makariou III, 135, Emelle Building, 4th floor, P.C. 3021, Limassol, Cyprus.

Users of these parent's separate financial statements should read them together with the Group's consolidated financial statements as at and for the year ended 31 December 2016 in order to obtain a proper understanding of the financial position, the financial performance and the cash flows of the Company and the Group

### (b) Basis of measurement

The financial statements have been prepared under the historical cost convention.

### (c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)

During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2016 . This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective. Some of them were adopted by the European Union and others not yet. The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

### (d) Use of estimates and judgments

The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

P-G004143

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

2. **BASIS OF PREPARATION** *(continued)*

    **(d) Use of estimates and judgments** (continued)

    *Measurement of fair values*
    A number of the Company's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities.

    The Company has an established control framework with respect to the measurement of fair values. This includes a valuation team that has overall responsibility for overseeing all significant fair value measurements, including Level 3 fair values, and reports directly to the Chief Financial Officer.

    The valuation team regularly reviews significant unobservable inputs and valuation adjustments. If third party information, such as broker quotes or pricing services, is used to measure fair values, then the valuation team assesses the evidence obtained from the third parties to support the conclusion that such valuations meet the requirements of IFRSs, including the level in the fair value hierarchy in which such valuations should be classified.

    Significant valuation issues are reported to the Company's Audit Committee.

    When measuring the fair value of an asset or a liability, the Company uses observable market data as far as possible.

    Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows:
- Level 1 - quoted prices (unadjusted) in active markets for identical assets or liabilities.
- Level 2 - inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly (i.e. as prices) or indirectly (i.e. derived from prices).
- Level 3 - inputs for the asset or liability that are not based on observable market data (unobservable inputs).

    If the inputs used to measure the fair value of an asset or a liability fall into different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.

    The Company recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

    **(e) Functional and presentation currency**
    The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

3. **SIGNIFICANT ACCOUNTING POLICIES**

    The following accounting policies have been applied consistently for all the years presented in these financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

15

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Subsidiaries

Subsidiaries are entities controlled by the Group. Control exists where the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

Investments in subsidiaries are stated at cost, which includes transaction costs, less provision for permanent diminution in value, which is recognised as an expense in the period in which the diminution is identified.

Revenue recognition

Revenues earned by the Company are recognised on the following bases:

- *Dividend income*
  Dividend from investments in securities is recognised when the right to receive payment is established. Withheld taxes are transferred to profit or loss. Interest from investments in securities is recognised on an accruals basis.

Finance income

Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses

Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

(i)   *Functional currency*
      Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

(ii)  *Transactions and balances*
      Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Dividends

Dividend distribution to the Company's shareholders is recognised in the Company's financial statements in the year in which they are approved by the Company's shareholders.

Property, plant and equipment

Property, plant and equipment are measured at cost less accumulated depreciation and impairment losses.

P-G004145

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

## XBT Holding Ltd

### NOTES TO THE FINANCIAL STATEMENTS

### For the year ended 31 December 2016

3.  **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Property, plant and equipment (continued)

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

|  | % |
|---|---|
| Motor vehicles | 20 |
| Furniture, fixtures and office equipment | 20 |
| Servers | 20 |

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of property, plant and equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess of the originally assessed standard of performance of the existing asset will flow to the Company. Major renovations are depreciated over the remaining useful life of the related asset.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Intangible assets

(i)   *Computer software*

Costs that are directly associated with identifiable and unique computer software products controlled by the Company and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

P-G004146

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Intangible assets (continued)

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Financial instruments
Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

(i)   *Loans granted*
Loans originated by the Company by providing money directly to the borrower are categorised as loans and are carried at amortised cost. The amortised cost is the amount at which the loan granted is measured at initial recognition minus principal repayments, plus or minus the cumulative amortization using the effective interest method of any difference between the initial amount and the maturity amount, and minus any reduction for impairment or uncollectibility. All loans are recognised when cash is advanced to the borrower.

The effective interest method is a method of calculating the amortised cost of a financial asset or a financial liability (or group of financial assets or financial liabilities) and of allocating the interest income or interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument or, when appropriate, a shorter period to the net carrying amount of the financial asset or financial liability.

(ii)   *Investments*
The Company classifies its investments in equity and debt securities in the following categories: financial assets at fair value through profit or loss, loans and receivables, held-to-maturity investments and available-for-sale financial assets. The classification depends on the purpose for which the investments were acquired. Management determines the classification of investments at initial recognition.

•   *Loans and receivables*
Investments with fixed or determinable payments that are not quoted in an active market and are not classified as financial assets at fair value through profit or loss or as financial assets available-for-sale.

*Recognition and measurement:*
Regular way purchases and sales of investments are recognised on trade-date which is the date on which the Company commits to purchase or sell the asset. Investments are initially recognised at fair value plus directly attributable transaction costs for all financial assets not carried at fair value through profit or loss. For financial assets at fair value through profit or loss the directly attributable transaction costs are recognised in profit or loss as incurred.

Realised and unrealised gains and losses arising from changes in the fair value of financial assets at fair value through profit or loss are included in profit or loss.

P-G004147

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

3.  **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(iii) Cash and cash equivalents*

For the purpose of the statement of cash flows, cash and cash equivalents comprise cash at bank and bank overdrafts.

*(iv) Borrowings*

Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(v) Trade and other payables*

Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Share capital

Ordinary shares are classified as equity. The difference between the fair value of the consideration received by the Company and the nominal value of the share capital being issued is taken to the share premium account. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Non-current liabilities

Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

Comparatives

Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

4.  **REVENUE**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Revenues | 660 | 10.568 |
| Intercompany revenues (note 22) | 854.132 | 819.838 |
| Dividend income | 5.500.000 | 5.479.500 |
|  | 6.354.792 | 6.309.906 |

P-G004148

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

19

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

**5. COST OF SALES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cost of sales | 29.591 | 1.476 |
| Intercompany costs (note 22) | 1.303 | 2.624 |
|  | 30.894 | 4.100 |

**6.   ADMINISTRATIVE EXPENSES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Rent | 208.552 | 206.470 |
| Common expenses | 5.338 | 13.129 |
| Electricity | 18.157 | 18.001 |
| Insurance | 2.532 | - |
| Sales and marketing expenses | 44.954 | 49.812 |
| Advertising expenses | 141.335 | 242.480 |
| Independent auditors' remuneration - current year | 40.492 | 46.313 |
| Independent auditors' remuneration - prior years | (4.686) | 9 |
| Other professional fees | 24.880 | 102.333 |
| Fines | 300 | 100 |
| Travelling | 54.202 | 96.338 |
| Irrecoverable VAT | 722 | 8.285 |
| Motor vehicle running costs | 11.622 | 3.368 |
| General administration expenses | 12.684 | 9.221 |
| Intercompany expenses (note 22) | 25.876 | 33.062 |
| Depreciation | 1.404.615 | 1.354.060 |
|  | 1.991.575 | 2.182.981 |

**7.   OPERATING PROFIT**

|  | Note | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Operating profit is stated after charging the following items: |  |  |  |
| Depreciation of property, plant and equipment | 11 | 1.404.615 | 1.354.060 |
| Independent auditors' remuneration - current year |  | 40.492 | 46.313 |
| Independent auditors' remuneration - prior years |  | (4.686) | 9 |

P-G004149

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

20

## XBT Holding Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

**8.  NET FINANCE INCOME AND EXPENSES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Exchange profit | 43.636 | 59.878 |
|  | 43.636 | 59.878 |
|  |  |  |
| Net foreign exchange transaction losses | (40.884) | (69.051) |
| Interest expense | (287.769) | (185.426) |
| Sundry finance expenses | (75.414) | (34.434) |
|  |  |  |
| Finance expenses | (404.067) | (288.911) |
|  |  |  |
| **Net finance expenses** | (360.431) | (229.033) |

**9.  TAXATION**

*Reconciliation of tax based on the taxable income and tax based on accounting profits:*

|  | 2016 | 2016 US$ | 2015 | 2015 US$ |
|---|---|---|---|---|
| Accounting profit before tax |  | 3.971.892 |  | 3.893.792 |
|  |  |  |  |  |
| Tax calculated at the applicable tax rates | 12,50 % | 496.487 | 12,50 % | 486.724 |
| Tax effect of expenses not deductible for tax purposes | 6,11 % | 242.765 | 5,55 % | 216.202 |
| Tax effect of allowances and income not subject to tax | (22,82)% | (906.238) | (22,98)% | (894.639) |
| Tax effect of loss for the year | 4,20 % | 166.986 | 4,92 % | 191.713 |
|  |  |  |  |  |
| Tax as per statement of profit or loss and other comprehensive income - charge | -  % | - | -  % | - |

The corporation tax rate is 12,5%.

Under certain conditions interest income may be subject to defence contribution at the rate of 30%. In such cases this interest will be exempt from corporation tax. In certain cases, dividends received from abroad may be subject to defence contribution at the rate of 17%.

Due to tax losses sustained in the year, no tax liability arises on the Company. Tax losses may be carried forward for five years. Group companies may deduct losses against profits arising during the same tax year. As at 31 December 2016, the balance of tax losses which is available for offset against future taxable profits amounts to US$2.521.870 for which no deferred tax asset is recognised in the statement of financial position.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

21

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

**10.   DIVIDENDS**

|  | 2016<br>US$ | 2015<br>US$ |
|---|---|---|
| Final dividend paid | 5.500.000 | 5.479.500 |
|  | 5.500.000 | 5.479.500 |

On 31 December 2016 the Company in General Meeting declared the payment of a final dividend of US$5.500.000 (2015: US$5.479.500).

Dividends are subject to a deduction of special contribution for defence at 17% for individual shareholders that are both Cyprus tax resident and Cyprus domiciled.

**11.   PROPERTY, PLANT AND EQUIPMENT**

|  | Motor<br>vehicles<br>US$ | Furniture,<br>fixtures and<br>office<br>equipment<br>US$ | Servers<br>US$ | Total<br>US$ |
|---|---|---|---|---|
| **Cost** |  |  |  |  |
| Balance at 1 January 2015 | 535.006 | 515.098 | - | 1.050.104 |
| Additions | 137.812 | 38.817 | - | 176.629 |
| Balance at 31 December 2015 | 672.818 | 553.915 | - | 1.226.733 |
|  |  |  |  |  |
| Balance at 1 January 2016 | 672.818 | 553.915 | - | 1.226.733 |
| Additions | 67.667 | - | 179.709 | 247.376 |
| Balance at 31 December 2016 | 740.485 | 553.915 | 179.709 | 1.474.109 |
|  |  |  |  |  |
| **Depreciation** |  |  |  |  |
| Balance at 1 January 2015 | 107.002 | 96.063 | - | 203.065 |
| Depreciation for the year | 99.540 | 99.571 | - | 199.111 |
| Balance at 31 December 2015 | 206.542 | 195.634 | - | 402.176 |
|  |  |  |  |  |
| Balance at 1 January 2016 | 206.542 | 195.634 | - | 402.176 |
| Depreciation for the year | 137.416 | 101.273 | 16.397 | 255.086 |
| Balance at 31 December 2016 | 343.958 | 296.907 | 16.397 | 657.262 |
|  |  |  |  |  |
| **Carrying amounts** |  |  |  |  |
| Balance at 31 December 2016 | 396.527 | 257.008 | 163.312 | 816.847 |
| Balance at 31 December 2015 | 466.276 | 358.281 | - | 824.557 |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

12.   **INTANGIBLE ASSETS**

|  | Computer software US$ | Domains US$ | Total US$ |
|---|---|---|---|
| **Cost** | | | |
| Balance at 1 January 2015 | 6.033.132 | 300.000 | 6.333.132 |
| Balance at 31 December 2015 | 6.033.132 | 300.000 | 6.333.132 |
| | | | |
| Balance at 1 January 2016 | 6.033.132 | 300.000 | 6.333.132 |
| Additions | 150.421 | - | 150.421 |
| Balance at 31 December 2016 | 6.183.553 | 300.000 | 6.483.553 |
| | | | |
| **Amortisation** | | | |
| Balance at 1 January 2015 | 1.877.947 | 120.000 | 1.997.947 |
| Amortisation for the year | 1.094.949 | 60.000 | 1.154.949 |
| Balance at 31 December 2015 | 2.972.896 | 180.000 | 3.152.896 |
| | | | |
| Balance at 1 January 2016 | 2.972.896 | 180.000 | 3.152.896 |
| Amortisation for the year | 1.098.013 | 51.655 | 1.149.668 |
| Balance at 31 December 2016 | 4.070.909 | 231.655 | 4.302.564 |
| | | | |
| **Carrying amounts** | | | |
| Balance at 31 December 2016 | 2.112.644 | 68.345 | 2.180.989 |
| | | | |
| Balance at 31 December 2015 | 3.060.236 | 120.000 | 3.180.236 |

P-G004152

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

13.  **INVESTMENTS IN SUBSIDIARIES**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 221.847.593 | 221.120.438 |
| Additions | 5.196.120 | 727.155 |
| Balance at 31 December | 227.043.713 | 221.847.593 |

The details of the subsidiaries are as follows:

| Name | Country of incorporation | Principal activities | 2016 Holding % | 2015 Holding % | 2016 US$ | 2015 US$ |
|---|---|---|---|---|---|---|
| 1GB.com Inc | U.S.A. | Web hosting | 100 | 100 | 220.587 | 220.587 |
| Dedicated Servers Inc | U.S.A. | Web hosting | 100 | 100 | 12.132.309 | 12.132.309 |
| DFW Internet Services Inc | U.S.A. | Web hosting | 100 | 100 | 1.000 | 1.000 |
| Edinaya Set LLC | Russia | Web hosting | 100 | 100 | 727.140 | 727.140 |
| Fozzy Inc | U.S.A. | Web hosting | 100 | 100 | 1.102.937 | 1.102.937 |
| IBEE Software Solutions PVT Ltd | India | Web hosting | 70 | 70 | 2.205.874 | 2.205.874 |
| Imarketing Solutions Ltd | Belize | Web hosting | 100 | 100 | 190.499 | 190.499 |
| IP Transit Inc | U.S.A. | Web hosting | 100 | 100 | 28.676.367 | 28.676.367 |
| ITPan.com Ltd | Gibraltar | Web hosting | 100 | 100 | 1 | 1 |
| Root S.A. | Luxemburg | Web hosting | 100 | 100 | 11.029.371 | 11.029.371 |
| Servers.com BV | Netherlands | Web hosting | 100 | 100 | 3.030.000 | 30.000 |
| Servers.com Inc | U.S.A. | Web hosting | 100 | 100 | 1.501 | 1.501 |
| TM Web Properties Ltd | Cyprus | Royalties | 100 | 100 | 18.749.932 | 18.749.932 |
| Travail Systems Inc | U.S.A. | Web hosting | 100 | 100 | 310.000 | 310.000 |
| Universal CDN Inc | U.S.A. | Web hosting | 95 | 95 | 6.617.623 | 6.617.623 |
| Webzilla Apps Inc | U.S.A. | Web hosting | 100 | 100 | 15 | 15 |
| Webzilla BV | Netherlands | Web hosting | 100 | 100 | 24.253.577 | 22.058.744 |
| Webzilla Dallas Inc | U.S.A. | Web hosting | 100 | 100 | 5.294.099 | 5.294.099 |
| Webzilla Inc | U.S.A. | Web hosting | 100 | 100 | 46.323.362 | 46.323.362 |
| Webzilla Ltd | Cyprus | Web hosting | 100 | 100 | 61.764.483 | 61.764.483 |
| Webzilla Singapore PTE Ltd | Singapore | Web hosting | 100 | 100 | 4.411.749 | 4.411.749 |
| Servers.com Asia Ltd | Hong Kong | Web hosting | 100 | - | 1.287 | - |
|  |  |  |  |  | 227.043.713 | 221.847.593 |

The Company periodically evaluates the recoverability of investments in subsidiaries whenever indicators of impairment are present. Indicators of impairment include such items as declines in revenues, earnings or cash flows or material adverse changes in the economic or political stability of a particular country, which may indicate that the carrying amount of an asset is not recoverable. If facts and circumstances indicate that investment in subsidiaries may be impaired, the estimated future discounted cash flows associated with these subsidiaries would be compared to their carrying amounts to determine if a write-down to fair value is necessary.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

24

## XBT Holding Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

### 14.  NON-CURRENT LOANS RECEIVABLE

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 2.642.571 | 2.589.425 |
| New loans granted | 385.067 | 87.360 |
| Repayments | (2.925.825) | (34.214) |
| Exchange difference | (10.956) | - |
| Balance at 31 December | 90.857 | 2.642.571 |

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Loans to own subsidiaries (note 22 (vi)) | - | 2.520.529 |
| Loans to directors (note 22 (vii)) | 90.857 | 122.042 |
|  | 90.857 | 2.642.571 |

The loans are repayable as follows:

|  | 2016 US$ | ' 2015 US$ |
|---|---|---|
| Between one and five years | 90.857 | 2.642.571 |

The exposure of the Company to credit risk is reported in note 23 to the financial statements.

The fair values of non-current receivables approximate to their carrying amounts as presented above.

The loans to Directors were provided interest free and are repayable monthly over three years. Upon origination these loans were re-measured at fair value, being the future cash flows discounted at market interest rates prevailing for similar instruments. The interest income is recognised on the fair value of the loans using the effective interest method. The difference between the fair value and the nominal value of the loans is taken to profit or loss.

### 15.  TRADE AND OTHER RECEIVABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Receivables from own subsidiaries (note 22 (iv)) | 7.794.408 | 8.769.156 |
| Receivables from related companies (note 22 (v)) | 44.689 | 44.689 |
| Deposits and prepayments | 68.425 | 185.299 |
| Other receivables | 29.280 | 284.363 |
| Refundable VAT | 140.870 | 93.747 |
|  | 8.077.672 | 9.377.254 |

P-G004154

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

25

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

15.   **TRADE AND OTHER RECEIVABLES** *(continued)*

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

16.   **CASH AND CASH EQUIVALENTS**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash at bank and in hand | 12.427 | 1.358.863 |
|  | 12.427 | 1.358.863 |

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Cash and cash equivalents | 12.427 | 1.358.863 |
| Bank overdrafts | (46.586) | (40.906) |
|  | (34.159) | 1.317.957 |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 23 to the financial statements.

17.   **SHARE CAPITAL**

|  | 2016 Number of shares | 2016 US$ | 2015 Number of shares | 2015 US$ |
|---|---|---|---|---|
| **Authorised** |  |  |  |  |
| Ordinary shares of €1 converted at rate €1=US$1,29834 | 1.500.000 | 1.947.510 | 1.500.000 | 1.947.510 |
| **Issued and fully paid** |  |  |  |  |
| Balance at 1 January | 1.053.684 | 1.368.045 | 1.053.684 | 1.368.045 |
| Balance at 31 December | 1.053.684 | 1.368.045 | 1.053.684 | 1.368.045 |

P-G004155

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

26

## XBT Holding Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

**18.  RESERVES**

|  | Capital reserve US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2015 | 212.968.067 | 1.067.789 | 214.035.856 |
| Profit for the year | - | 3.893.792 | 3.893.792 |
| Dividends | - | (5.479.500) | (5.479.500) |
| Balance at 31 December 2015 | 212.968.067 | (517.919) | 212.450.148 |
| | | | |
| Balance at 1 January 2016 | 212.968.067 | (517.919) | 212.450.148 |
| Profit for the year | - | 3.971.892 | 3.971.892 |
| Dividends | - | (5.500.000) | (5.500.000) |
| Balance at 31 December 2016 | 212.968.067 | (2.046.027) | 210.922.040 |

**19.  LOANS AND BORROWINGS**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Balance at 1 January | 4.841.125 | 2.505.386 |
| Additions | 638.178 | 3.653.182 |
| Repayments | (2.518.051) | (1.486.188) |
| Interest charge | 287.769 | 188.622 |
| Exchange difference | (43.636) | (19.877) |
| Balance at 31 December | 3.205.385 | 4.841.125 |

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| **Non-current liabilities** | | |
| Credit facilities | 3.205.385 | 4.841.125 |

Maturity of borrowings:

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Between one and five years | 3.205.385 | 4.841.125 |

The exposure of the Company to interest rate risk in relation to financial instruments is reported in note 23 to the financial statements.

P-G004156

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

27

### XBT Holding Ltd

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

#### 20. TRADE AND OTHER PAYABLES

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Trade payables | 241.589 | 434.728 |
| Payables to parent (note 22 (viii)) | 8.927.044 | 5.457.505 |
| Accruals | 37.631 | 48.119 |
| Other creditors | 945 | 1.274 |
| Payables to own subsidiaries (note 22 (viii)) | 8.486.472 | 9.602.456 |
|  | 17.693.681 | 15.544.082 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

The exposure of the Company to liquidity risk in relation to financial instruments is reported in note 23 to the financial statements.

#### 21. TAX LIABILITY

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Corporation tax | 53.476 | 53.476 |
|  | 53.476 | 53.476 |

There are transactions and calculations for which the ultimate tax determination is uncertain during the ordinary course of business. The Company recognises liabilities for anticipated tax audit issues based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such differences will impact the income tax and deferred tax provisions in the period in which such determination is made.

#### 22. RELATED PARTY TRANSACTIONS

The Company is controlled by XBT Holding SA, incorporated in Luxemburg, which owns 100% of the Company's shares.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

28

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

22.  **RELATED PARTY TRANSACTIONS** *(continued)*

The transactions and balances with related parties are as follows:

**(i) Sale services (note 4)**

|  | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Dedicated Servers Inc | Trade | 120.000 | 120.000 |
| Webzilla BV | Trade | 452.008 | 454.240 |
| Webzilla Inc | Trade | 120.000 | 120.000 |
| Webzilla Dallas Inc | Trade | 60.000 | 60.000 |
| Webzilla Singapore Pte LTD | Trade | 102.124 | 60.000 |
| IBEE Software Solutions Ltd | Trade | - | 5.598 |
|  |  | 854.132 | 819.838 |

**(ii) Purchase of services (note 5)**

|  | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Fozzy Inc | Trade | 1.303 | - |
| URL Solutions Inc | Trade | - | 2.624 |
|  |  | 1.303 | 2.624 |

**(iii) Intercompany expenses (note 6)**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Fozzy Inc | 14.336 | 15.694 |
| IBEE Software Solutions Ltd | 11.540 | 17.368 |
|  | 25.876 | 33.062 |

P-G004158

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

29

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

**22.  RELATED PARTY TRANSACTIONS** *(continued)*

**(iv) Receivables from own subsidiaries (note 15)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| 1GB.com Inc | Trade | 483.445 | 474.829 |
| Dedicated Servers Inc | Trade | 949.069 | 1.144.453 |
| DFW Internet Services Inc | Trade | 143.303 | 140.811 |
| Fozzy Inc | Trade | 423.983 | 507.853 |
| IBEE Software Solutions Ltd | Trade | 553.996 | 543.368 |
| IP Transit Inc | Trade | 690.318 | 973.376 |
| ITPan.com Ltd | Trade | 2.112 | 412 |
| Universal CDN (Cyprus) Ltd | Trade | 564.350 | 564.351 |
| Universal CDN Inc | Trade | 1.105.853 | 1.299.009 |
| Webzilla Dallas Inc | Trade | 131.747 | 69.516 |
| Webzilla Ltd | Trade | - | 1.908.108 |
| Webzilla Singapore PTE Ltd | Trade | 475.887 | 373.763 |
| Servers.com Inc | Trade | - | 66.644 |
| Travail Systems Inc | Trade | 5.700 | 4.000 |
| Webzilla BV | Trade | 1.493.636 | 614.355 |
| Webzilla Apps Inc | Trade | 70.934 | 11.985 |
| Edinaya Set LLC | Trade | 700.075 | 72.323 |
| | | 7.794.408 | 8.769.156 |

**(v) Receivables from related companies (note 15)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Brandnames.com SARL | Trade | 44.689 | 44.689 |
| | | 44.689 | 44.689 |

**(vi) Loans to own subsidiaries (note 14)**

| | 2016 US$ | 2015 US$ |
|---|---|---|
| Webzilla Ltd | - | 2.520.529 |
| | - | 2.520.529 |

P-G004159

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

30

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

22. **RELATED PARTY TRANSACTIONS** *(continued)*

**(vii) Loans to directors (note 14)**

|  | 2016 US$ | 2015 US$ |
|---|---|---|
| Aleksey Gubarev | 90.857 | 122.042 |
|  | 90.857 | 122.042 |

**(viii) Payables to own subsidiaries (note 20)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Root S.A. | Trade | 24.510 | 24.510 |
| Servers.com BV | Trade | 2.996.948 | 13 |
| iMarketing Solutions Ltd | Trade | 38.300 | 40.000 |
| TM Web Properties Ltd | Trade | 2.444.037 | 8.285.022 |
| URL Solutions Inc | Trade | 18.781 | 12.624 |
| Servers.com Inc | Trade | 468.268 | - |
| Webzilla Ltd | Trade | 65.050 | - |
| Webzilla Inc | Trade | 2.429.291 | 1.240.287 |
| Servers.com Asia Ltd | Trade | 1.287 | - |
|  |  | 8.486.472 | 9.602.456 |

**(ix) Payables to parent (note 20)**

| Name | Nature of transactions | 2016 US$ | 2015 US$ |
|---|---|---|---|
| XBT Holding S.A. | Trade | 8.927.044 | 5.457.505 |
|  |  | 8.927.044 | 5.457.505 |

23. **FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT**

**Financial risk factors**

The Company is exposed to the following risks from its use of financial instruments:
- Credit risk
- Liquidity risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

P-G004160

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

31

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

**23.   FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT** *(continued)*

Financial risk factors *(continued)*

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i)   Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*
The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 15.

The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 15.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Company's standard payment and delivery terms and conditions are offered. The Company's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

*(ii)   Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Company has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

32

**XBT Holding Ltd**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2016

**23.  FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT** *(continued)*

(iii)  Other risks

The general economic environment prevailing in Cyprus and internationally may affect the Company's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Company.

Capital management

The Company manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Company's overall strategy remains unchanged from last year.

**24.  FAIR VALUES**

The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the reporting date.

**25.  CONTINGENT LIABILITIES**

The Company had no contingent liabilities as at 31 December 2016.

**26.  COMMITMENTS**

The Company had no capital or other commitments as at 31 December 2016.

**27.  EVENTS AFTER THE REPORTING PERIOD**

There were no material events after the reporting period, which have a bearing on the understanding of the financial statements.

P-G004162

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT HOLDING LTD**

FINANCIAL STATEMENTS

For the year ended 31 December 2016

ADDITIONAL INFORMATION

P-G004163

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT Holding Ltd**

FINANCIAL STATEMENTS

For the year ended 31 December 2016

ADDITIONAL INFORMATION

|  | Schedule |
|---|---|
| Income statement | 1 |
| Cost of sales | 2 |
| Administrative expenses | 3 |
| Finance income/cost | 4 |
| Computation of wear and tear allowances | 5 |
| Computation of corporate tax | 6 |
| Certificate | 7 |

P-G004164

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 1

**XBT Holding Ltd**

INCOME STATEMENT

For the year ended 31 December 2016

| | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Revenue** | | 6.354.792 | 6.309.906 |
| Cost of sales | 2 | (30.894) | (4.100) |
| **Gross profit** | | 6.323.898 | 6.305.806 |
| | | | |
| Administrative and selling expenses | 3 | (1.991.575) | (2.182.981) |
| **Operating profit** | | 4.332.323 | 4.122.825 |
| | | | |
| **Net finance expenses** | | (360.431) | (229.033) |
| **Profit before tax** | | 3.971.892 | 3.893.792 |
| **Profit for the year** | | 3.971.892 | 3.893.792 |

P-G004165

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 2

**XBT Holding Ltd**

COST OF SALES

For the year ended 31 December 2016

|  | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Cost of sales** |  |  |  |
| Intercompany costs |  | 1.303 | 2.624 |
| Cost of sales |  | 29.591 | 1.476 |
|  | 1 | 30.894 | 4.100 |

P-G004166

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 3

**XBT Holding Ltd**

ADMINISTRATIVE EXPENSES

For the year ended 31 December 2016

| | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| Rent | | 208.552 | 206.470 |
| Common expenses | | 5.338 | 13.129 |
| Electricity | | 18.157 | 18.001 |
| Insurance | | 2.532 | - |
| Sales and marketing expenses | | 44.954 | 49.812 |
| Advertising expenses | | 141.335 | 242.480 |
| Independent auditors' remuneration - current year | | 40.492 | 46.313 |
| Independent auditors' remuneration - prior years | | (4.686) | 9 |
| Other professional fees | | 24.880 | 102.333 |
| Fines | | 300 | 100 |
| Travelling | | 54.202 | 96.338 |
| Irrecoverable VAT | | 722 | 8.285 |
| Motor vehicle running costs | | 11.622 | 3.368 |
| General administration expenses | | 12.684 | 9.221 |
| Intercompany expenses | | 25.876 | 33.062 |
| Depreciation | | 1.404.615 | 1.354.060 |
| | 1 | 1.991.575 | 2.182.981 |

P-G004167

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 4

**XBT Holding Ltd**

FINANCE INCOME/COST

For the year ended 31 December 2016

|  | Schedule | 2016 US$ | 2015 US$ |
|---|---|---|---|
| **Finance income** |  |  |  |
| Unrealised foreign exchange profit |  | 43.636 | 59.878 |
|  |  | 43.636 | 59.878 |
| **Finance expenses** |  |  |  |
| **Interest expense** |  |  |  |
| Loan interest |  | 287.769 | 185.426 |
| **Sundry finance expenses** |  |  |  |
| Bank charges |  | 75.414 | 34.434 |
| **Net foreign exchange transaction losses** |  |  |  |
| Realised foreign exchange loss |  | 40.884 | 39.087 |
| Unrealised foreign exchange loss |  | - | 29.964 |
|  |  | 404.067 | 288.911 |
| Net finance expenses | 1 | (360.431) | (229.033) |

P-G004168

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 5

## XBT Holding Ltd

### COMPUTATION OF WEAR AND TEAR ALLOWANCES

For the year ended 31 December 2016

| | Year | % | COST | | | | ANNUAL ALLOWANCES | | | | Net value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Balance 1/1/2016 | Additions for the year | Disposals for the year | Balance 31/12/2016 | Balance 1/1/2016 | Charge for the year | On disposals | Balance 31/12/2016 | 31/12/2016 |
| | | | US$ | US$ | US$ | US$ | US$ | US$ | US$ | US$ | US$ |
| **Motor vehicles** | | | | | | | | | | | |
| Lexus - MAZ 714 | 2014 | 20 | 64.931 | - | - | 64.931 | - | - | - | - | 64.931 |
| Lexus - MAZ 574 | 2014 | 20 | 30.370 | - | - | 30.370 | - | - | - | - | 30.370 |
| Lexus - KSH 072 | 2014 | 20 | 29.038 | - | - | 29.038 | - | - | - | - | 29.038 |
| Rolls Royce - MEK 777 | 2014 | 20 | 410.668 | - | - | 410.668 | - | - | - | - | 410.668 |
| Tesla S90 | 2015 | 20 | 137.813 | - | - | 137.813 | - | - | - | - | 137.813 |
| Lexus CT | 2016 | 20 | - | 67.667 | - | 67.667 | - | - | - | - | 67.667 |
| | | | 672.820 | 67.667 | - | 740.487 | - | - | - | - | 740.487 |
| **Furniture, fixtures and office equipment** | | | | | | | | | | | |
| Sundry furniture | 2013 | 10 | 93.453 | - | - | 93.453 | 28.027 | 9.345 | - | 37.372 | 56.081 |
| Sundry furniture | 2015 | 10 | 38.816 | - | - | 38.816 | 3.882 | 3.882 | - | 7.764 | 31.052 |
| | | | 132.269 | - | - | 132.269 | 31.909 | 13.227 | - | 45.136 | 87.133 |
| **Renovations** | | | | | | | | | | | |
| Rented building renovations | 2013 | 13 | 197.401 | - | - | 197.401 | 74.025 | 24.675 | - | 98.700 | 98.701 |
| Rented building renovations | 2014 | 13 | 224.243 | - | - | 224.243 | 56.062 | 28.030 | - | 84.092 | 140.151 |
| | | | 421.644 | - | - | 421.644 | 130.087 | 52.705 | - | 182.792 | 238.852 |
| **Computer equipment** | | | | | | | | | | | |
| Servers | 2016 | 20 | - | 179.709 | - | 179.709 | - | 35.942 | - | 35.942 | 143.767 |
| | | | - | 179.709 | - | 179.709 | - | 35.942 | - | 35.942 | 143.767 |
| Total tangible assets | | | 1.226.733 | 247.376 | - | 1.474.109 | 161.996 | 101.874 | - | 263.870 | 1.210.239 |
| **Computer software** | | | | | | | | | | | |
| Intrnally generated software | 2014 | 33 | 2.019.502 | - | - | 2.019.502 | 1.339.100 | 672.494 | - | 2.011.594 | 7.908 |
| Intrnally generated software | 2016 | 33 | - | 150.421 | - | 150.421 | - | 49.639 | - | 49.639 | 100.782 |

P-G004169

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 5

**XBT Holding Ltd**

COMPUTATION OF WEAR AND TEAR ALLOWANCES

For the year ended 31 December 2016

| | Year | % | COST | | | | ANNUAL ALLOWANCES | | | | Net value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Balance 1/1/2016 | Additions for the year | Disposals for the year | Balance 31/12/2016 | Balance 1/1/2016 | Charge for the year | On disposals | Balance 31/12/2016 | 31/12/2016 |
| | | | US$ | US$ | US$ | US$ | US$ | US$ | US$ | US$ | US$ |
| **Computer software** (continued) | | | 2,019,502 | 150,421 | - | 2,169,923 | 1,339,100 | 722,133 | - | 2,061,233 | 108,690 |
| **Domains** | | | | | | | | | | | |
| Cloud project | 2013 | 20 | 2,013,630 | - | - | 2,013,630 | 1,208,178 | 402,726 | - | 1,610,904 | 402,726 |
| Cloud project | 2014 | 20 | 2,000,000 | - | - | 2,000,000 | 800,000 | 400,000 | - | 1,200,000 | 800,000 |
| | | | 4,013,630 | - | - | 4,013,630 | 2,008,178 | 802,726 | - | 2,810,904 | 1,202,726 |
| **Domains** | | | | | | | | | | | |
| Domain name | 2013 | 20 | 300,000 | - | - | 300,000 | 180,000 | 60,000 | - | 240,000 | 60,000 |
| | | | 300,000 | - | - | 300,000 | 180,000 | 60,000 | - | 240,000 | 60,000 |
| **Franchising** | | | | | | | | | | | |
| Licences | 2014 | 33 | 58,666 | - | - | 58,666 | 39,073 | 19,536 | - | 58,609 | 57 |
| | | | 58,666 | - | - | 58,666 | 39,073 | 19,536 | - | 58,609 | 57 |
| Total intangible assets | | | 6,391,798 | 150,421 | - | 6,542,219 | 3,566,351 | 1,604,395 | - | 5,170,746 | 1,371,473 |
| Total assets | | | 7,618,531 | 397,797 | - | 8,016,328 | 3,728,347 | 1,706,269 | - | 5,434,616 | 2,581,712 |

P-G004170

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 6

**XBT Holding Ltd**

COMPUTATION OF CORPORATE TAX

For the year ended 31 December 2016

|  | Schedule | US$ | US$ |
|---|---|---|---|
| Net profit before tax per income statement | 1 |  | 3.971.892 |
| Add: |  |  |  |
| Depreciation |  | 1.404.615 |  |
| Realised foreign exchange loss |  | 40.884 |  |
| Registrar annual fee |  | 366 |  |
| Fines |  | 300 |  |
| Disallowed interest |  | 188.521 |  |
| Deemed interest |  | 293.283 |  |
| Motor vehicle expenses |  | 14.155 |  |
|  |  |  | 1.942.124 |
|  |  |  |  |
|  |  |  | 5.914.016 |
| Less: |  |  |  |
| Annual wear and tear allowances | 5 | 1.706.269 |  |
| Dividends received |  | 5.500.000 |  |
| Unrealised foreign exchange profit |  | 43.636 |  |
|  |  |  | (7.249.905) |
|  |  |  |  |
| Net loss for the year |  |  | (1.335.889) |
|  |  |  |  |
|  |  |  | € |
|  |  |  |  |
| Converted into € at US$ 1,106900 = €1 |  |  | (1.206.874) |
|  |  |  |  |
| Losses surrendered to Group companies |  |  |  |
| TM Web Properties Ltd |  |  | 1.206.874 |
|  |  |  |  |
| Loss brought forward |  |  | (2.392.439) |
|  |  |  |  |
| Loss carried forward |  |  | (2.392.439) |

**CALCULATION OF TAX LOSSES FOR THE FIVE YEAR PERIOD**

| Tax year | Profits/(losses) for the tax year | Gains Offset | | Gains Offset | | Gains Offset | |
|---|---|---|---|---|---|---|---|
|  | € | Amount € | Year | Amount € | Year | Amount € | Year |
| 2011 | - | - |  | - |  | - |  |
| 2012 | - | - |  | - |  | - |  |
| 2013 | - | - |  | - |  | - |  |
| 2014 | (1.992.324) | - |  | - |  | - |  |
| 2015 | (1.381.591) | 14.720 | 2015 | 966.756 | 2015 | - |  |
| 2016 | - | - |  | - |  | - |  |

Net loss carried forward                                        (2.392.439)

P-G004171

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Schedule 7

## XBT Holding Ltd

CERTIFICATE

For the year ended 31 December 2016

We hereby certify, to the best of our knowledge and belief, that:

1) The proceeds of all sales and all other income have been properly recorded as such in the books produced to KPMG Limited.

2) All expenses for the year under review represent expenses incurred wholly and exclusively for the Company's business and have been properly recorded as such in the books produced to KPMG Limited.

3) All transactions affecting the business for the year under review have been properly recorded in the books produced to KPMG Limited.

4) All reserves are properly shown and all necessary provisions have been duly made and shown as such in the books produced to KPMG Limited.

5) All assets and liabilities have been properly taken up as at 31 December 2016 in the books produced to KPMG Limited.

6) All investments in non listed titles were presented to KPMG Limited at their fair value, as determined by the Company.

7) The Company had no contingent liabilities as at 31 December 2016.

8) No events have occurred and no facts have been discovered since the year-end, which could materially affect the true and fair view of these financial statements as at 31 December 2016.

Yours truly,

....................................
Rajesh Kumar Mishra
Director

....................................
Kostyantyn Bezruchenko
Director

Larnaca, 7 July 2017

P-G004172