# **EXHIBIT 6**

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF FLORIDA

 3

 4

 5

 6
      ****************************
 7    ALEKSEJ GUBAREV, XBT HOLDING
      S.A., AND WEBZILLA, INC.,
 8
           Plaintiffs,
 9
      vs.                            Case No.:
10                                   1:17-cv-60426-UU
      BUZZFEED, INC. AND BEN SMITH,
11
           Defendants
12    ****************************

13

14                    CONFIDENTIAL

15    VIDEOTAPED DEPOSITION OF JEFFREY ANDERSON

16              Thursday, May 31, 2018

17                    10:12 a.m.

18                    Held at:

19             Ciampa Fray-Witzer, LLP

20                   20 Park Plaza

21                    Suite 505

22              Boston, Massachusetts

23

24      Judith McGovern Williams, CSR, CRR
         Registered Professional Reporter
25
```

1    its subsidiaries.
2        Q.   And all of its subsidiaries?  Right?
3        A.   Correct.
4        Q.   So you have not made any effort to
5    apportion that market value by figuring out
6    the market value of each subsidiary?  Is that
7    fair?
8        A.   I have not.
9        Q.   Okay.  And you have not made any
10   effort to calculate any business value for
11   Webzilla, Inc. specifically?
12       A.   I have not.
13       Q.   Okay.  Is it -- would it also be
14   accurate to say that you have not made any
15   effort to determine how much of what you
16   contend is lost business valuable should be
17   attributed to BuzzFeed and how much should be
18   attributed to Christopher Steele?
19            MR. FRAY-WITZER:  Objection.
20       A.   Business valuable?
21   BY MR. SIEGEL:
22       Q.   Back up.
23            Are you aware that XBT is also suing
24   and  Mr. Gubarev and one of its European
25   subsidiaries are suing Mr. Steele in London?

Case 0:17-cv-60426-UU Document 270-7 Entered on FLSD Docket 10/29/2018 Page 4 of 5
Gubarev, et al. - Anderson - Confidential
May 31, 2018
66

```
 1    Are you aware of that?
 2         A.   I have heard that, but I don't know
 3    anything about it.
 4         Q.   And they are suing Mr. Steele over
 5    the same statements that they are suing
 6    BuzzFeed over?
 7         A.   Again I have not looked into that at
 8    all.
 9         Q.   Okay.  So you haven't looked at that
10    at all.  So you haven't made any effort to
11    say, you know what, BuzzFeed -- you gave a
12    range of lost business value, right, from 32
13    million to 137 I think is your estimate?  Your
14    latest estimate?  Roughly?  Right?
15         A.   Well, roughly.
16         Q.   Okay.  So you haven't made any
17    effort to say of that 32 million, X percentage
18    was caused by BuzzFeed and Y percentage was
19    caused by Christopher Steele?  Right?  That is
20    not something that you have looked at?
21         A.   I have not --
22         Q.   Okay.
23         A.   -- discussed, looked at that,
24    anything.
25         Q.   Okay.
```

```
1                          CERTIFICATE

2      Commonwealth of Massachusetts

3      Plymouth, ss.

4

5

6              I, Judith McGovern Williams, a

7      Notary Public in and for the Commonwealth of

8      Massachusetts, do hereby certify:

9              That JEFFREY ANDERSON, the witness

10     whose deposition is hereinbefore set forth,

11     was duly sworn by me and that such deposition

12     is a true record of the testimony given by the

13     said witness.

14              IN WITNESS WHEREOF, I have hereunto

15     set my hand this 5th day of June, 2018.

16

17
                 Judith McGovern Williams
18            Registered Professional Reporter
                Certified Realtime Reporter
19              Certified LiveNote Reporter
           Certified Shorthand Reporter No. 130993
20

21
       My Commission expires:
22
       April 19, 2024
23

24

25
```