# EXHIBIT 9

**From:** hanneke.leensen@bnpparibas.com
**Subject: Re: [tt #1249532] Contract 25244/009 BNP Paribas Leasing Solutions regarding Brocade Hardware Switches**
**Date:** March 1, 2016 at 6:40:53 PM GMT+2
**To:** rajesh@webzilla.com

Dear Sir/ Madam,

See the enclosure.

1 attachment

*(See attached file: 25244009_201509071508.pdf)*

Regards,

Met vriendelijke groet,

| | |
|---|---|
| **Hanneke Leensen**<br>**Credit Control** | BNP Paribas Leasing Solutions<br>Hambakenwetering 4 - 5231 DC 's-Hertogenbosch<br>Tel: +31(0)73 6399487 - Fax: +31(0)73 6399415<br>hanneke.leensen@bnpparibas.com |

**Do not print this document unless it is necessary, consider the environment**

rajesh---01-03-2016 09:44:37---Hi We have audit going on but we are missing one contract copy in our file can you please send us sc

**Re: [tt #1249532] Contract 25244/009 BNP Paribas Leasing Solutions regarding Brocade Hardware Switches**

**(Internet)
rajesh**

P-A000002

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**To:**

Hanneke LEENSEN

**Cc:**

despoina--, Christodoulos.Christodoulou

01-03-2016 09:44

---

Hi We have audit going on but we are missing one contract copy in our file can you please send us scan copy: contract mentioned in subject as well as below line.

### Contract 25244/009 BNP Paribas Leasing Solutions regarding Brocade Hardware Switches

On Sep 25, 2015, at 4:27 PM, Regina Biktimirova <office@webzilla.com> wrote:

Dear Hanneke Leensen,

We do apologise for that inconvenience, most likely it was some technical
error for a moment. We have checked our account
NL70ABNA0519674278 , it is ok and have enough amount to charge for current invoice.
Please deduct Invoice F1582908      EUR 27.306,05

Thank you in advance for understanding.
Best regards
Webzilla.com

This message and any attachments (the "message") is
intended solely for the intended addressees and is confidential.
If you receive this message in error,or are not the intended recipient(s),
please delete it and any copies from your systems and immediately notify

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

the sender. Any unauthorized view, use that does not comply with its purpose,
dissemination or disclosure, either whole or partial, is prohibited. Since the internet
cannot guarantee the integrity of this message which may not be reliable, BNP PARIBAS
(and its subsidiaries) shall not be liable for the message if modified, changed or falsified.
Do not print this message unless it is necessary, consider the environment.

-----------------------------------------------------------------------------------------------------------------------------

Ce message et toutes les pieces jointes (ci-apres le "message")
sont etablis a l'intention exclusive de ses destinataires et sont confidentiels.
Si vous recevez ce message par erreur ou s'il ne vous est pas destine,
merci de le detruire ainsi que toute copie de votre systeme et d'en avertir
immediatement l'expediteur. Toute lecture non autorisee, toute utilisation de
ce message qui n'est pas conforme a sa destination, toute diffusion ou toute
publication, totale ou partielle, est interdite. L'Internet ne permettant pas d'assurer
l'integrite de ce message electronique susceptible d'alteration, BNP Paribas
(et ses filiales) decline(nt) toute responsabilite au titre de ce message dans l'hypothese
ou il aurait ete modifie, deforme ou falsifie.
N'imprimez ce message que si necessaire, pensez a l'environnement.

**6 attachments**


graycol.gif
1K


1B048861.gif
4K


1B111437.jpg
1K

ecblank.gif
1K


pic28245.gif
2K


25244009_201509071508.pdf
1395K

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

25244/009

## NOTIFICATION

To: Mr. Rajesh Kumar Mishra, Director & CFO
Strawinskylaan 601
1077XX Amsterdam, the Netherlands

Date: August 13, 2015

Re: Lease Schedule 1 dated April 5, 2015 between Webzilla BV and Brocade, hereinafter referred to as: "Lease Schedule"

Dear Sir,

This letter serves as a notification of assignment in accordance with Clause 14 of the Master Lease Agreement to BNP Paribas Leasing Solutions N.V.

Assignor:
Brocade Communications Systems, Inc. ("Lessor"), a Delaware corporation with a place of business at 130 Holger Way San Jose, CA 95134 and Brocade Communications Switzerland SarL., a corporation organized under the laws of Switzerland, with principal offices at 29 Route de l'Aeroport, Case Postale 105, CH-1215, Geneva 15, Switzerland (independently and collectively "Brocade"), hereinafter referred to as: "Brocade"

Assignee:
BNP Paribas Leasing Solutions N.V., with offices at Hambakenwetering 4, (5231 DC)-Hertogenbosch, the Netherlands, hereinafter referred to as: "BNP Paribas Leasing Solutions".

Contact: Ralph Freeman
Telephone: + 31 (0) 73 63 99 449

Customer:
Webzilla BV a Corporation with a primary place of business at Strawinskylaan 601, 1077XX Amsterdam, The Netherlands; hereinafter referred to as: "Customer"
Company registration No. 08152605

All payment amounts and other sums and rights due under Lease Schedule have been assigned to BNP Paribas Leasing Solutions, giving BNP Paribas Leasing Solutions the independent right to exercise its rights under the Lease Schedule. BNP Paribas Leasing Solutions assumes all responsibility regarding the collection of all payment amounts and other sums due under the Lease Schedule.

Customer's rights and remedies against Brocade under the Lease Schedule shall not be affected. BNP Paribas Leasing Solutions assumes none of Brocade's obligations under the Lease Schedule.

Please notify your accounts payable department by forwarding a copy of this letter.

Yours faithfully

| Brocade Communications Systems, Inc. | BNP Paribas Leasing Solutions N.V. |
|---|---|
| Name: Lisa Paquette-Nelson | Name: |
| Title: Senior Director | Title: |
| Date: August 13, 2015 | Date: |
| Brocade Communications Switzerland, SarL. | Raf Ramaekers |
| Name: Pierre Mattenberger | General Manager |
| Title: Senior Director | |
| Date: August 13, 2015 | |

P-A000005

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

25244/009

## NOTIFICATION

To: Mr. Rajesh Kumar Mishra, Director & CFO
Strawinskylaan 601
1077XX Amsterdam, the Netherlands

Date: August 13, 2015

Re: Lease Schedule 2 dated April 5, 2015 between Webzilla BV and Brocade, hereinafter referred to as: "Lease Schedule"

Dear Sir,

This letter serves as a notification of assignment in accordance with Clause 14 of the Master Lease Agreement to BNP Paribas Leasing Solutions N.V.

Assignor:
Brocade Communications Systems, Inc. ("Lessor"), a Delaware corporation with a place of business at 130 Holger Way San Jose, CA 95134 and Brocade Communications Switzerland SarL., a corporation organized under the laws of Switzerland, with principal offices at 29 Route de l'Aeroport, Case Postale 105, CH-1215, Geneva 15, Switzerland (independently and collectively "Brocade"), hereinafter referred to as: "Brocade"

Assignee:
BNP Paribas Leasing Solutions N.V., with offices at Hambakenwetering 4, (5231 DC)-Hertogenbosch, the Netherlands, hereinafter referred to as: "BNP Paribas Leasing Solutions".

Contact: Ralph Freeman
Telephone: + 31 (0) 73 63 99 449

Customer:
Webzilla BV a Corporation with a primary place of business at Strawinskylaan 601, 1077XX Amsterdam, The Netherlands; hereinafter referred to as: "Customer"
Company registration No. 08152605

All payment amounts and other sums and rights due under Lease Schedule have been assigned to BNP Paribas Leasing Solutions, giving BNP Paribas Leasing Solutions the independent right to exercise its rights under the Lease Schedule. BNP Paribas Leasing Solutions assumes all responsibility regarding the collection of all payment amounts and other sums due under the Lease Schedule.

Customer's rights and remedies against Brocade under the Lease Schedule shall not be affected. BNP Paribas Leasing Solutions assumes none of Brocade's obligations under the Lease Schedule.

Please notify your accounts payable department by forwarding a copy of this letter.

Yours faithfully

Brocade Communications Systems, Inc.

Name: Lisa Paquette-Nelson
Title: Senior Director
Date: August 13, 2015

Brocade Communications Switzerland, SarL.

Name: Pierre Mattenberger
Title: Senior Director
Date: August 13, 2015

BNP Paribas Leasing Solutions N.V.

Name:
Title:
Date: 7/9/15

Raf Ramaekers
General Manager

P-A000006

25244/009

## NOTIFICATION

To: Mr. Rajesh Kumar Mishra, Director & CFO
Strawinskylaan 601
1077XX Amsterdam, the Netherlands

Date: August 14, 2015

Re: Lease Schedule 3 dated August 13, 2015 between Webzilla BV and Brocade, hereinafter referred to as: "Lease Schedule"

Dear Sir,

This letter serves as a notification of assignment in accordance with Clause 14 of the Master Lease Agreement to BNP Paribas Leasing Solutions N.V.

Assignor:
Brocade Communications Systems, Inc. ("Lessor"), a Delaware corporation with a place of business at 130 Holger Way San Jose, CA 95134 and Brocade Communications Switzerland SarL., a corporation organized under the laws of Switzerland, with principal offices at 29 Route de l'Aeroport, Case Postale 105, CH-1215, Geneva 15, Switzerland (independently and collectively "Brocade"), hereinafter referred to as: "Brocade"

Assignee:
BNP Paribas Leasing Solutions N.V., with offices at Hambakenwetering 4, (5231 DC)-Hertogenbosch, the Netherlands, hereinafter referred to as: "BNP Paribas Leasing Solutions".

Contact: Ralph Freeman
Telephone: + 31 (0) 73 63 99 449

Customer:
Webzilla BV a Corporation with a primary place of business at Strawinskylaan 601, 1077XX Amsterdam, The Netherlands; hereinafter referred to as: "Customer"
Company registration No. 08152605

All payment amounts and other sums and rights due under Lease Schedule have been assigned to BNP Paribas Leasing Solutions, giving BNP Paribas Leasing Solutions the independent right to exercise its rights under the Lease Schedule. BNP Paribas Leasing Solutions assumes all responsibility regarding the collection of all payment amounts and other sums due under the Lease Schedule.

Customer's rights and remedies against Brocade under the Lease Schedule shall not be affected. BNP Paribas Leasing Solutions assumes none of Brocade's obligations under the Lease Schedule.

Please notify your accounts payable department by forwarding a copy of this letter.

Yours faithfully

Brocade Communications Systems, Inc.

Name: Lisa Paquette-Nelson
Title: Senior Director
Date: August 14, 2015

Brocade Communications Switzerland, SarL.

Name: Pierre Mattenberger
Title: Senior Director
Date: August 14, 2015

BNP Paribas Leasing Solutions N.V.

Name:
Title:
Date:

Raf Ramaekers
General Manager

P-A000007