# EXHIBIT 10

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**WEBZILLA INC**

FINANCIAL STATEMENTS

For the year ended 31 December 2017

P-G004665

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**WEBZILLA INC**

FINANCIAL STATEMENTS

For the year ended 31 December 2017

CONTENTS

| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Independent Auditors' report | 2 - 4 |
| Statement of profit or loss and other comprehensive income | 5 |
| Statement of financial position | 6 |
| Statement of changes in equity | 7 |
| Statement of cash flows | 8 |
| Notes to the financial statements | 9 - 23 |

P-G004666

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

1

**WEBZILLA INC**

<u>OFFICERS AND PROFESSIONAL ADVISORS</u>

| | |
|---|---|
| Board of Directors | Konstyantyn Bezruchenko |
| | Rajesh Kumar Mishra |
| | |
| Management | Nikolay Dvas (CEO) |
| | Rajesh Kumar Mishra (CFO) |
| | |
| Independent Auditors | KPMG Limited |
| | |
| Legal Advisors | Jackson Walker LLP |
| | Boston Law Group PC |
| | |
| Banker | Bank of America |
| | |
| Registered Office | 110 E. Broward Blvd |
| | Suite 1700 |
| | Ft. Lauderdale, FL33301 |
| | Florida, USA |
| | |
| Registration number | P09000064327 |

P-G004667

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



2

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

## INDEPENDENT AUDITORS' REPORT

## TO THE MEMBERS OF

## WEBZILLA INC

*Opinion*

We have audited the accompanying financial statements of Webzilla Inc (the "Company"), which are presented on pages 5 to 23 and comprise the statement of financial position as at 31 December 2017, and the statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 December 2017, and of its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

Nicosia
P.O. Box 21121, 1502
T: +357 22 200000
F: +357 22 678200

Paphos
P.O. Box 60288, 8101
T: +357 26 943050
F: +357 26 943062

Polis Chrysochous
P.O. Box 66014, 8330
T: +357 26 322099
F: +357 26 322722

Limassol
P.O. Box 50161, 3601
T: +357 25 869000
F: +357 25 363842

Paralimni / Ayia Napa
P.O. Box 33200, 5311
T: +357 23 820080
F: +357 23 820084

KPMG Limited, a private company limited by shares, registered in Cyprus under registration number HE 132822 with its registered office at 14, Esperidon Street,1087, Nicosia, Cyprus.

P-G004668

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**INDEPENDENT AUDITORS' REPORT**

**TO THE MEMBERS OF**

**WEBZILLA INC**

*Basis for opinion*

We conducted our audit in accordance with International Standards on Auditing ("ISAs"). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the financial statements'"* section of our report. We are independent of the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants ("IESBA Code") and the ethical requirements in Cyprus that are relevant to our audit of the financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

*Responsibilities of the Board of Directors for the financial statements*

The Board of Directors is responsible for the preparation of financial statements that give a true and fair view in accordance with the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the Board of Directors is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Company or to cease operations, or there is no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Company's financial reporting process.

*Auditors' responsibilities for the audit of the financial statements*

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.

P-G004669

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



### INDEPENDENT AUDITORS' REPORT

### TO THE MEMBERS OF

### WEBZILLA INC

**Auditors' responsibilities for the audit of the financial statements** *(continued)*

- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Company's members as a body, as amended from time to time and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of United States of America Companies Ordinance and are not intended for statutory filing.

*KPMG Limited*

KPMG Limited
Certified Public Accountants and Registered Auditors

Larnaca, 2 August 2018

P-G004670

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

5

**WEBZILLA INC**

STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2017

|  | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| **Revenue** | 4 | 17.368.107 | 14.207.354 |
| Cost of sales | 5 | (14.438.855) | (9.935.731) |
| **Gross profit** | | 2.929.252 | 4.271.623 |
| Administrative expenses | 6 | (2.599.555) | (4.085.257) |
| **Operating profit** | 7 | 329.697 | 186.366 |
| Finance income | 8 | 24.501 | - |
| Finance expenses | 8 | (34.138) | (69.340) |
| **Net finance expenses** | | (9.637) | (69.340) |
| **Profit before tax** | | 320.060 | 117.026 |
| Tax | | - | (8.136) |
| **Profit for the year** | | 320.060 | 108.890 |
| **Other comprehensive income** | | - | - |
| **Total comprehensive income for the year** | | 320.060 | 108.890 |

The notes on pages 9 to 23 are an integral part of these financial statements.

P-G004671

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

6

**WEBZILLA INC**

STATEMENT OF FINANCIAL POSITION

As at 31 December 2017

|  | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| **Assets** | | | |
| | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 9 | 486.486 | 556.706 |
| Intangible assets | 10 | 1.196.967 | 1.223.407 |
| **Total non-current assets** | | 1.683.453 | 1.780.113 |
| | | | |
| **Current assets** | | | |
| Trade and other receivables | 11 | 25.190.524 | 13.018.075 |
| Cash and cash equivalents | 12 | 304.796 | 292.944 |
| **Total current assets** | | 25.495.320 | 13.311.019 |
| | | | |
| **Total assets** | | 27.178.773 | 15.091.132 |
| | | | |
| **Equity** | | | |
| Share capital | 13 | 1.000 | 1.000 |
| Reserves | 14 | 288.159 | (31.901) |
| **Total equity** | | 289.159 | (30.901) |
| | | | |
| **Liabilities** | | | |
| | | | |
| **Current liabilities** | | | |
| Trade and other payables | 15 | 26.889.614 | 15.122.033 |
| **Total current liabilities** | | 26.889.614 | 15.122.033 |
| | | | |
| **Total liabilities** | | 26.889.614 | 15.122.033 |
| | | | |
| **Total equity and liabilities** | | 27.178.773 | 15.091.132 |

On 2 August 2018 the Board of Directors of Webzilla Inc approved and authorised these financial statements for issue.

.......................................
Konstyantyn Bezruchenko
Director

.......................................
Rajesh Kumar Mishra
Director

The notes on pages 9 to 23 are an integral part of these financial statements.

P-G004672

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

7

## WEBZILLA INC

### STATEMENT OF CHANGES IN EQUITY

#### For the year ended 31 December 2017

| | Share capital US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2016 | 1.000 | (140.791) | (139.791) |
| Profit for the year | - | 108.890 | 108.890 |
| Balance at 31 December 2016 | 1.000 | (31.901) | (30.901) |
| | | | |
| Balance at 1 January 2017 | 1.000 | (31.901) | (30.901) |
| Profit for the year | - | 320.060 | 320.060 |
| Balance at 31 December 2017 | 1.000 | 288.159 | 289.159 |

The notes on pages 9 to 23 are an integral part of these financial statements.

P-G004673

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

8

**WEBZILLA INC**

STATEMENT OF CASH FLOWS

For the year ended 31 December 2017

| | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit for the year | | 320.060 | 108.890 |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | 9 | 155.555 | 98.325 |
| Amortisation of computer software | 10 | 178.440 | 79.529 |
| Interest income | 8 | (2.641) | - |
| Income tax expense | | - | 8.136 |
| **Cash generated from operations before working capital changes** | | 651.414 | 294.880 |
| Increase in trade and other receivables | | (12.172.449) | (4.587.379) |
| Increase in trade and other payables | | 11.767.581 | 5.438.065 |
| **Cash generated from operations** | | 246.546 | 1.145.566 |
| Tax paid | | - | (8.136) |
| **Net cash generated from operating activities** | | 246.546 | 1.137.430 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of intangible assets | 10 | (152.000) | (1.091.442) |
| Payment for acquisition of property, plant and equipment | 9 | (85.335) | (548.276) |
| Interest received | | 2.641 | - |
| **Net cash used in investing activities** | | (234.694) | (1.639.718) |
| | | | |
| **Cash flows from financing activities** | | - | - |
| | | | |
| **Net increase/(decrease) in cash and cash equivalents** | | 11.852 | (502.288) |
| Cash and cash equivalents at beginning of the year | | 292.944 | 795.232 |
| | | | |
| **Cash and cash equivalents at end of the year** | 12 | 304.796 | 292.944 |

The notes on pages 9 to 23 are an integral part of these financial statements.

P-G004674

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

9

## WEBZILLA INC

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

### 1. INCORPORATION AND PRINCIPAL ACTIVITIES

Webzilla Inc (the "Company") was incorporated in United States of America on 29 July 2009 as a private company with limited liability.  Its registered office is at 110 E. Broward Blvd, Suite 1700, Ft. Lauderdale, FL33301, Florida, USA.

The principal activities of the Company, which are unchanged from last years, are the data storage services and the provision of bundled services consisting of web hosting services.

### 2. BASIS OF PREPARATION

**(a) Statement of compliance**
The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
The financial statements have been prepared under the historical cost convention.

**(c) Going concern basis**
Even though the Company has made a profit of US$320.060 during the year ended 31 December 2017 as of that date the Company's current liabilities exceeded its current assets by US$1.394.294 and this is a net equity position.

In regards to the above, the Company has received assurances from one of its related companies, IP Transit Inc, that they will not request repayment of the amount due, which is US$ 3.081.361, for a period of at least 12 months if this may create liquidity problems and/or significant doubt as to the ability of the company to continue as a going concern and to be able to meet its obligations as they become payable.

**(d) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the IASB**
During the current year the Company adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2017. This adoption did not have a material effect on the accounting policies of the Company.

At the date of approval of these financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective.  The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the financial statements of the Company.

**(e) Use of estimates and judgments**
The preparation of financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Company's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

P-G004675

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

**WEBZILLA INC**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

2. **BASIS OF PREPARATION** *(continued)*

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

**(f) Functional and presentation currency**
The financial statements are presented in United States Dollars (US$) which is the functional currency of the Company.

3. **SIGNIFICANT ACCOUNTING POLICIES**

The following accounting policies have been applied consistently for all the years presented in these financial statements.

Revenue recognition
Revenues earned by the Company are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

(i) *Functional currency*
Items included in the Company's financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency').

(ii) *Transactions and balances*
Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined.

Tax
Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

P-G004676

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

11

**WEBZILLA INC**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Property, plant and equipment
Equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

|  | % |
|---|---|
| Motor vehicles | 20 |
| Furniture, fixtures and office equipment | 20 |
| Computer equipment | 20 |

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Intangible assets

(i)   *Computer software*
Costs that are directly associated with identifiable and unique computer software products controlled by the Company and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%.

(ii)   *Other intangible assets*
Other intangible assets, including customer relationships and IP addresses, that are acquired by the Company and have indefinite useful lives are measured at cost less any accumulated impairment losses.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

P-G004677

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

**WEBZILLA INC**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

3.    **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Intangible assets (continued)

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Financial instruments
Financial assets and financial liabilities are recognised when the Company becomes a party to the contractual provisions of the instrument.

*(i)    Trade and other receivables*
    Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii)    Cash and cash equivalents*
    For the purpose of the statement of cash flows, cash and cash equivalents comprise cash at bank and in hand.

*(iii)    Borrowings*
    Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(iv)    Trade and other payables*
    Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Share capital
Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

4.    **REVENUE**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Revenue | 17.148.007 | 12.905.981 |
| Intercompany revenue (Note 17(i)) | 220.100 | 1.301.373 |
|  | 17.368.107 | 14.207.354 |

P-G004678

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

## WEBZILLA INC

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

**5. COST OF SALES**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Cost of sales | 2.453.790 | 2.187.033 |
| Intercompany costs (Note 17 (ii)) | 11.985.065 | 7.748.698 |
|  | 14.438.855 | 9.935.731 |

**6.   ADMINISTRATIVE EXPENSES**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Occupancy | 375 | - |
| Sales and marketing expenses | 206.254 | 811.432 |
| Advertising expenses | 8.490 | 124.999 |
| Independent auditors' remuneration - current year | 3.580 | 3.136 |
| Independent auditors' remuneration - prior year | 342 | (1.540) |
| Other professional fees | 819.377 | 611.921 |
| Fines | 23 | - |
| Travelling | 151.572 | 225.553 |
| Irrecoverable VAT | 40.926 | 32.084 |
| Motor vehicle running costs | 1.706 | 1.140 |
| General administration expenses | 14.915 | 46.954 |
| Intercompany expenses (Note 17 (iii)) | 1.018.000 | 2.040.000 |
| Sundry lease expenses | - | 11.724 |
| Amortisation of computer software | 178.440 | 79.529 |
| Depreciation | 155.555 | 98.325 |
|  | 2.599.555 | 4.085.257 |

**7.   OPERATING PROFIT**

|  | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| Operating profit is stated after charging the following items: |  |  |  |
| Amortisation of computer software | 10 | 178.440 | 79.529 |
| Depreciation of property, plant and equipment | 9 | 155.555 | 98.325 |
| Independent auditors' remuneration - current year |  | 3.580 | 3.136 |
| Independent auditors' remuneration - prior year |  | 342 | (1.540) |

P-G004679

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

**WEBZILLA INC**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

8.   NET FINANCE INCOME AND EXPENSES

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| **Finance income** | | |
| Bank interest | 2.641 | - |
| **Net foreign exchange transaction profits** | | |
| Realised foreign exchange profit | 21.860 | - |
| | 24.501 | - |
| **Finance costs** | | |
| **Sundry finance expenses** | | |
| Bank charges | 34.138 | 33.129 |
| **Net foreign exchange transaction losses** | | |
| Realised foreign exchange loss | - | 36.211 |
| | 34.138 | 69.340 |

P-G004680

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

15

**WEBZILLA INC**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

### 9.  PROPERTY, PLANT AND EQUIPMENT

| | Motor vehicles | Furniture, fixtures and office equipment | Computer equipment | Total |
|---|---|---|---|---|
| | US$ | US$ | US$ | US$ |
| **Cost** | | | | |
| Balance at 1 January 2016 | 8.000 | 4.827 | 2.050.193 | 2.063.020 |
| Additions | - | 23.853 | 524.423 | 548.276 |
| Balance at 31 December 2016 | 8.000 | 28.680 | 2.574.616 | 2.611.296 |
| | | | | |
| Balance at 1 January 2017 | 8.000 | 28.680 | 2.574.616 | 2.611.296 |
| Additions | - | 1.270 | 84.065 | 85.335 |
| Balance at 31 December 2017 | 8.000 | 29.950 | 2.658.681 | 2.696.631 |
| | | | | |
| **Depreciation** | | | | |
| Balance at 1 January 2016 | 7.996 | 308 | 1.947.961 | 1.956.265 |
| Depreciation for the year | 4 | 2.204 | 96.117 | 98.325 |
| Balance at 31 December 2016 | 8.000 | 2.512 | 2.044.078 | 2.054.590 |
| | | | | |
| Balance at 1 January 2017 | 8.000 | 2.512 | 2.044.078 | 2.054.590 |
| Depreciation for the year | - | 5.919 | 149.636 | 155.555 |
| Balance at 31 December 2017 | 8.000 | 8.431 | 2.193.714 | 2.210.145 |
| | | | | |
| **Carrying amounts** | | | | |
| Balance at 31 December 2017 | - | 21.519 | 464.967 | 486.486 |
| Balance at 31 December 2016 | - | 26.168 | 530.538 | 556.706 |

P-G004681

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

### WEBZILLA INC

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

10.  **INTANGIBLE ASSETS**

|  | Computer software US$ | Other intangible assets US$ | Total US$ |
|---|---|---|---|
| **Cost** | | | |
| Balance at 1 January 2016 | 226.773 | - | 226.773 |
| Additions | 665.458 | 425.984 | 1.091.442 |
| Balance at 31 December 2016 | 892.231 | 425.984 | 1.318.215 |
| | | | |
| Balance at 1 January 2017 | 892.231 | 425.984 | 1.318.215 |
| Additions | - | 152.000 | 152.000 |
| Balance at 31 December 2017 | 892.231 | 577.984 | 1.470.215 |
| | | | |
| **Amortisation** | | | |
| Balance at 1 January 2016 | 15.279 | - | 15.279 |
| Amortisation for the year | 79.529 | - | 79.529 |
| Balance at 31 December 2016 | 94.808 | - | 94.808 |
| | | | |
| Balance at 1 January 2017 | 94.808 | - | 94.808 |
| Amortisation for the year | 178.440 | - | 178.440 |
| Balance at 31 December 2017 | 273.248 | - | 273.248 |
| | | | |
| **Carrying amounts** | | | |
| Balance at 31 December 2017 | 618.983 | 577.984 | 1.196.967 |
| | | | |
| Balance at 31 December 2016 | 797.423 | 425.984 | 1.223.407 |

Other intangible assets includes the purchase of 65.536 IP Addresses identified by the CIDR neblocks 199.190.64.0/18, 205.148.192.0/18 and 206.162.0.0/17, bought on 4 January 2016 from Data X Change Network Inc for the amount of US$425.984. The remaining amount of US$152.000 is the purchase of clientele list of Serverclub Inc, on 28 June 2017.

The cost of other intangible assets identified with indefinite useful life and are subject to impairement test, at least annually.

P-G004682

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

## WEBZILLA INC

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

### 11.   TRADE AND OTHER RECEIVABLES

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Trade receivables | 452.048 | 702.776 |
| Receivables from related companies (Note 16 (v)) | 20.628.407 | 9.858.705 |
| Directors' current accounts - debit balances (Note 16 (viii)) | - | 17.102 |
| Shareholders' current accounts - debit balances (Note 17 (vii)) | 24.093 | - |
| Receivables from parent (Note 16 (iv)) | 4.075.775 | 2.429.291 |
| Deposits and prepayments | 10.201 | 10.201 |
|  | 25.190.524 | 13.018.075 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

### 12.   CASH AND CASH EQUIVALENTS

Cash balances are analysed as follows:

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Cash in hand | 15 | 290 |
| Cash at bank | 304.781 | 292.654 |
|  | 304.796 | 292.944 |

For the purposes of the statement of cash flows, the cash and cash equivalents include the following:

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Cash and cash equivalents | 304.796 | 292.944 |
|  | 304.796 | 292.944 |

| Currency: | 2017 US$ | 2016 US$ |
|---|---|---|
| United States Dollars | 292.772 | 289.137 |
| Euro | 3.315 | 2.523 |
| Russian Rouble | 8.694 | 994 |
|  | 304.781 | 292.654 |

The exposure of the Company to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 17 to the financial statements.

P-G004683

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

**WEBZILLA INC**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

**13.  SHARE CAPITAL**

| | 2017 Number of shares | 2017 US$ | 2016 Number of shares | 2016 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of US$10,00 each | 100 | 1.000 | 100 | 1.000 |
| | | | | |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 100 | 1.000 | 100 | 1.000 |
| Balance at 31 December | 100 | 1.000 | 100 | 1.000 |

**14.  RESERVES**

| | Retained earnings US$ | Total US$ |
|---|---|---|
| Balance at 1 January 2016 | (140.791) | (140.791) |
| Profit for the year | 108.890 | 108.890 |
| Balance at 31 December 2016 | (31.901) | (31.901) |
| | | |
| Balance at 1 January 2017 | (31.901) | (31.901) |
| Profit for the year | 320.060 | 320.060 |
| Balance at 31 December 2017 | 288.159 | 288.159 |

**15.  TRADE AND OTHER PAYABLES**

| | 2017 US$ | 2016 US$ |
|---|---|---|
| Trade payables | 3.397.303 | 3.375.602 |
| Directors' current accounts - credit balances (Note 16 (ix)) | 7.768 | 170 |
| Accruals | 3.580 | 3.135 |
| Payables to related companies (Note 16 (vi)) | 23.480.963 | 11.743.126 |
| | 26.889.614 | 15.122.033 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

P-G004684

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

19

## WEBZILLA INC

### NOTES TO THE FINANCIAL STATEMENTS

#### For the year ended 31 December 2017

**16.   RELATED PARTY TRANSACTIONS**

The Company is controlled by XBT Holding Ltd, incorporated in Cyprus, which owns 100% of the Company's shares.

The transactions and balances with related parties are as follows:

**(i) Sale of services  (Note 4)**

|  | Nature of transactions | 2017 US$ | 2016 US$ |
|---|---|---|---|
| Brandnames.com SARL | Trade | 3.085 | 3.869 |
| Fozzy Inc. | Trade | 37.273 | 25.275 |
| Root S.A. | Trade | 12.454 | 7.780 |
| IBEE Software Solutions Pvt. Ltd | Trade | - | 624.080 |
| Webzilla Dallas Inc. | Trade | 28.386 | 27.795 |
| IP Transit Inc | Trade | - | 300.000 |
| Servers.com BV | Trade | 7.961 | 7.267 |
| Servers.com INC | Trade | 27.928 | 27.576 |
| Universal CDN INC | Trade | 93.561 | 104.965 |
| URL SolutionS INC | Trade | 3.508 | 3.452 |
| Webzilla Apps INC | Trade | 5.944 | 175.849 |
| Edinaya Set LLC | Trade | - | (6.535) |
|  |  | 220.100 | 1.301.373 |

**(ii) Purchase of services  (Note 5)**

|  | Nature of transactions | 2017 US$ | 2016 US$ |
|---|---|---|---|
| IP Transit Inc. | Trade | 2.617.596 | 1.533.310 |
| Dedicated Servers LLC | Trade | 1.829.649 | 2.651.544 |
| Webzilla Ltd | Trade | 96.820 | 96.018 |
| Webzilla BV | Trade | 4.102.495 | 2.292.521 |
| Root S.A. | Trade | - | 769 |
| DFW Internet Services Inc | Trade | - | 96.000 |
| Universal CDN INC | Trade | 572.000 | - |
| URL Solutions INC | Trade | 542.503 | - |
| Webzilla Singapore Pte Ltd | Trade | 545.002 | 5.424 |
| Webzilla Dallas Inc | Trade | 1.280.000 | 252.000 |
| Webzilla Apps Inc | Trade | 144.000 | 821.112 |
| Fozzy Inc | Trade | 210.000 | - |
| Servers.com INC | Trade | 45.000 | - |
|  |  | 11.985.065 | 7.748.698 |

P-G004685

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

20

## WEBZILLA INC

### NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

**16.** **RELATED PARTY TRANSACTIONS** *(continued)*

**(iii) Intercompany expenses  (Note 6)**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| TM Web Properties Ltd | 622.000 | 1.680.000 |
| Webzilla Ltd | 240.000 | 240.000 |
| XBT Holding Ltd | 120.000 | 120.000 |
| Travail Systems Inc | 36.000 | - |
|  | 1.018.000 | 2.040.000 |

**(iv) Receivables from parent company (Note 12)**

|  |  | 2017 US$ | 2016 US$ |
|---|---|---|---|
| Name | Nature of transactions |  |  |
| XBT Holding Ltd | Trade | 4.075.775 | 2.429.291 |
|  |  | 4.075.775 | 2.429.291 |

**(v) Receivables from related companies (Note 11)**

|  |  | 2017 US$ | 2016 US$ |
|---|---|---|---|
| Name | Nature of transactions |  |  |
| Webzilla Singapore Pte Ltd | Trade | - | 30.922 |
| Ibee Software Solutions Ltd | Trade | 1.394.089 | 1.394.089 |
| IT Pan.com Ltd | Trade | - | 8.647 |
| Brandnames.com SARL | Trade | - | 39.344 |
| XBT Holding S.A. | Trade | 195.613 | 142.603 |
| Root S.A. | Trade | 217.955 | 143.406 |
| Servers.com BV | Trade | - | 20.766 |
| Webzilla Apps Inc | Trade | 69.600 | 68.654 |
| URL Solutions Inc | Trade | - | 239.917 |
| Webzilla Ltd | Trade | 18.751.150 | 7.770.357 |
|  |  | 20.628.407 | 9.858.705 |

P-G004686

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

21

**WEBZILLA INC**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

16.  **RELATED PARTY TRANSACTIONS** *(continued)*

**(vi) Payables to related companies (Note 15)**

| Name | Nature of transactions | 2017 US$ | 2016 US$ |
|------|------------------------|----------|----------|
| Travail Systems Inc | Trade | 100.746 | 66.406 |
| TM Web Properties Ltd | Trade | 3.980.610 | 3.358.610 |
| Dedicated Servers Inc | Trade | 2.288.049 | 610.184 |
| DFW Internet Services Inc | Trade | 91.930 | 92.430 |
| Fozzy Inc | Trade | 315.643 | 211.284 |
| IP Transit Inc | Trade | 3.081.361 | 532.680 |
| Servers.com Inc | Trade | 535.143 | 227.359 |
| Universal CDN Cyprus Ltd | Trade | - | 480.000 |
| Universal CDN Inc | Trade | 3.145.708 | 2.096.753 |
| Webzilla BV | Trade | 7.928.695 | 3.989.222 |
| Webzilla Dallas INC | Trade | 1.179.132 | 78.198 |
| Servers.com BV | Trade | 103.926 | - |
| Webzilla Singapore Pte Ltd | Trade | 495.875 | - |
| URL Solutions INC | Trade | 234.145 | - |
| | | 23.480.963 | 11.743.126 |

**(vii) Shareholder's current accounts - debit balances (Note 12)**

| | 2017 US$ | 2016 US$ |
|------|----------|----------|
| Alexej Gubarev | 24.093 | - |
| | 24.093 | - |

The shareholder's current accounts are interest free, and have no specified repayment date.

**(viii) Director's current accounts - debit balances (Note 11)**

| | 2017 US$ | 2016 US$ |
|------|----------|----------|
| Konstyantin Bezruchenko | - | 17.102 |
| | - | 17.102 |

The director's current accounts are interest free, and have no specified repayment date.

P-G004687

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

**WEBZILLA INC**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

**16.   RELATED PARTY TRANSACTIONS** *(continued)*

**(ix) Directors' current accounts - credit balances (Note 16)**

|  | 2017<br>US$ | 2016<br>US$ |
|---|---|---|
| Rajesh Kumar Mishra | 170 | 170 |
| Konstyantin Bezruchenko | 7.598 | - |
|  | 7.768 | 170 |

The directors' current accounts are interest free, and have no specified repayment date.

**17.   FINANCIAL INSTRUMENTS - FAIR VALUES AND RISK MANAGEMENT**

**Financial risk factors**
The Company is exposed to the following risks from its use of financial instruments:
- Credit risk
- Liquidity risk

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.

The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Company's activities.

**A. Financial risk management**

*(i)   Credit risk*
Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date. The Company has no significant concentration of credit risk. The Company has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*
The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 11.

P-G004688

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

**WEBZILLA INC**

NOTES TO THE FINANCIAL STATEMENTS

For the year ended 31 December 2017

**17.   FINANCIAL INSTRUMENTS - FAIR VALUES AND RISK MANAGEMENT** *(continued)*

   *(ii)   Liquidity risk*
   Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An
   unmatched position potentially enhances profitability, but can also increase the risk of losses. The
   Company has procedures with the object of minimising such losses such as maintaining sufficient
   cash and other highly liquid current assets and by having available an adequate amount of
   committed credit facilities.

   Capital management
   The Company manages its capital to ensure that it will be able to continue as a going concern while
   increasing the return to shareholders through the strive to improve the debt to equity ratio. The
   Company's overall strategy remains unchanged from last year.

**18.   FAIR VALUES**

   The fair values of the Company's financial assets and liabilities approximate their carrying amounts at the
   reporting date.

P-G004689