# **EXHIBIT 2**

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**PLAINTIFF ALEKSEJ GUBAREV'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Aleksej Gubarev ("Plaintiff") hereby provides supplemental responses to Defendants' First Set of Interrogatories to Plaintiff Aleksej Gubarev (the "Interrogatories"). Plaintiff's failure to object to a particular Interrogatory or willingness to respond to an Interrogatory is not, and shall not be construed as an admission of the relevant or admissibility into evidence of any such response or that the purported factual premise for any Interrogatory is valid or accurate. The inadvertent production of any privileged information shall not be deemed to be a waiver of any applicable privilege with respect to such response or with respect to any other response.

**INTERROGATORY NO. 5:** Identify every bank or financial institution from which you have sought a loan or other financing since January 1, 2015, whether such financing was granted, and the dates of such application and decision.

    **Objection**: Plaintiff objects to this Interrogatory to the extent that it is overly broad, unduly burdensome, and seeks information that is neither relevant nor likely to lead to the discovery of admissible evidence. Subject to, and without waiving, these objections, Plaintiff responds as follows:

**Response:** Since January 1, 2015, the only personal loans that I have received were from XBT Holding Ltd. and Webzilla Ltd. Documents relating to those loans and setting forth the details about them have been produced in this litigation.

Otherwise, I applied for multiple personal loans that were adversely affected by the publication of the Dossier and which caused and continue to cause me damage.

The first loan was from RCB CY Bank in Cyprus. In or about October or November of 2016, the bank granted me a loan of approximately $9,000,000 for investment in commercial properties in Russia and Cyprus. When I tried to utilize the loan in 2017, after the publication of the Dossier by Defendants, the management of the bank informed me personally that the loan amount would not be released and that it will instead be postponed/frozen until such time as the court cases prove that the statements made about me in the Dossier were false. They said that my risk factors were now too high. As a result of this postponement/freezing, I lost the opportunity to purchase some properties at a good price and I further lost the ability to make other beneficial investments. I cannot remember the name of everyone that I spoke to at the bank, but my major conversations were with Vladimir Zrazevskiy, the COO of the bank. We spoke in person at some time in March or April of 2017, and other times by phone, but I do not remember the exact dates. He told me that the only way I would be able to get a loan from the bank would be if I won in this lawsuit because, as it currently stands, the bank could not give me a loan because of high compliance issues and the allegations of criminal conduct that Buzzfeed published about me.

The second loan affected was a loan that I requested from Ancoria bank located in Cyprus. I spoke with the bank and requested a 2 million Euro loan to finish building my private home in Cyprus. I have been living in a rented house while I have been trying to finish building my home. I started my communications with them around March 30, 2017. The bank was at the last stages of approving the loan and I was informed that everything was okay and that we were going to proceed with opening the account. However, suddenly, sometime in the middle of April 2017, the bank called me and told me that compliance decided that they couldn't work with me because of the extra risks. My communications have largely been through Maria Dimitriou, the relationship officer at the Limassol Banking Centre.

Because of this loss of bank financing, I was forced to borrow money from several friends for a company that I am a shareholder of, called Zoint Holding Ltd. The friends made the

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

loan through their company called Vemara Investments Ltd.  However, the maximum amount I could end up borrowing from my friends was approximately 600,000 Euros, and my interest rate on these loans was higher than the bank rates I would have got (5%).  Bank loans in Cyprus have been around 2.3% interest lately.  Furthermore, these loans required higher collateral – specifically, the loan is secured by the ownership interest in the hotel the company owns.  All of these issues meant that I could not pursue all the deals I intended to pursue with the bank loans and I suffered severe financial damages.  I have produced the loan document setting forth the details of this loan.

In addition to all of the foregoing, I was delayed in building my house and had to continue paying rent for at least one more year at a rate of 96,000 Euros per year.  I have still not moved into the new house and continue to pay rent at my rental property.  I have also had to pay extra to do some construction to stop damage to the property while it remains unfinished.

I have also applied for three more loans from Astrobank, Bank of Cyprus, and Societe Gerarale Bank (SGB).  SGB has said they would not give me a loan.  Astrobank has also rejected me for the same reason as the other banks.  Bank of Cyprus responses on October 22, 2017 via email that they will not be able to work with me.

My friend Renat Fatkullin had also previously given a number of loans to the XBT family of companies based on my relationship with him (and with my guarantee), all of which have been paid back.  In December of 2012, Webzilla Limited received a US$500,000 loan from Renat, which was paid back by March 14, 2013.  In October of 2013, Webzilla Limited received a US$1,000,000 loan from Renat, which was paid back by November 18, 2014.  In December of 2015, XBT Holding Ltd received a US$1,000,000 loan from Renat, which was paid back by May 17, 2016.  I asked Renat to give us another loan around May of 2017 and he said that, despite being friends, he could not give me a loan because of the situation and the potential bad publicity.

**INTERROGATORY NO. 10:**   For each element of damage that you claim in this action, including but not limited to the injuries claimed at paragraphs 48-50 of the Complaint, identify separately and with specificity the complete nature of your injury, the amount of damage and how you calculate it, and all facts relating to or supporting the allegation of injury.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Objection**: Plaintiff objects to this Interrogatory to the extent that it calls for a conclusion of law. Plaintiff objects to this Interrogatory to the extent that the full extent of Plaintiff's damages are not yet fully known. Plaintiff objects to this Interrogatory as being premature. Subject to these objections, Plaintiff responds as follows:

**Response**: I suffered numerous types of personal damage and injury as a result of Buzzfeed's publication of the false statements about me. Some of the biggest issues I faced are as follows:

a) I had a lot of trouble with banks. In addition to the loans affected by the publication as stated in my response to Interrogatory No. 5 above, which I incorporate herein, I needed to go to banks and speak to them personally to explain the situation. Some banks were ready to close my account due to what they said were high risks associated with me after Buzzfeed's publication of the false statements about me. The banks I had to speak to about the situation were RCB CY (with Vladimir Zrazevskiy), Hellenic Bank (George Georgiou) and CimBanque (Anna Romanova). Now it is extremely difficult or even impossible for me to open new bank accounts because of Know Your Client rules, compliance and regulations at banks. Banks have also told me that it is not possible for me at this time to get any financial support or loans, while they were ready to provide them to me before Buzzfeed's publication of false statements about me. I believe my monetary damages are at least 15,000,000 Euros arising from denied or postponed loans and additional damages arising from my inability to use those funds (rejection of Astrobank and Societe Generale bank loans of $1.5mil each, rejection of $9mil RCB CY loan, rejection of $2mil Ancoria Bank loan, the additional rent and expenses I have paid because I cannot move into the home I have been trying to construct, and $2mil lost loan from Renat Fatkullin).

b) My reputation has been tarnished as a result of Buzzfeed's publication of the false statements about me. People, particularly those that I worked with, now question my integrity. I have personally needed to call over 150 of my clients to explain to them the situation and to try to limit the number of them that would stop doing business with my companies because of Buzzfeed's publication of false information about me. Although some of them understood the situation, they told me that they will place a freeze on growing their business with me and my companies because of the high risks and concerns. Although I cannot remember the names of

Case 0:17-cv-60426-UU   Document 271-3   Entered on FLSD Docket 10/29/2018   Page 6 of 10
CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

every client I spoke with or on which date I spoke with them, I can remember either having telephone conversations or in-person meetings with the following persons:

    Sergey Kravtsov
    Andrey Romanenko
    Roustem Akhiarov
    Renat Fatkullin
    Aleksejs Sjarki
    Pavel Radaev
    Aleksei Moisenkov
    Yuri Melnichek
    Dmitri Hurski
    Oleg Reshetnikov
    Stas Rodnianskii
    Pavel Muntyan
    Konstantin Andryunin
    Dmitry Koltsov
    Sergey Orlovskiy
    Eugen Nevgen
    Mikhail Rymanov

It is significantly harder to find clients because everyone asks me about Buzzfeed's false publication about me, which means that instead of building business with them I am forced to explain the entire situation and how I am involuntarily trapped in it. Some long-term business associates have asked us to remove any traces of our association with them because they are afraid to be connected with Buzzfeed's false story about me and my businesses – specifically, on January 25, 2017, Telin, a business we have worked with in Singapore emailed us to ask us to remove evidence of affiliation. I have also had inquiries from almost all of XBT's vendors asking about the allegations in the Dossier. Specifically, I can remember having conversations with Dell and Level3 Communications about it.

I have also been affected on a personal level. For instance, I had one friend, Aleksejs Sjarki, ask me not to come to his birthday party in Riga, Latvia at the end of January 2017, because he did not want me to be in photographs with other people and put them in the uncomfortable position of being associated with me. I was extremely offended and saddened as a result of this.

The publication has changed my life completely – both personally and professionally.

    c)     I have suffered stress as a result of Buzzfeed's publication of false statements about me. In the first few days after the publication, I gave over 30 interviews, including an

interview over Skype and a personal interview in Cyprus. I cannot remember every interview I gave, but you can find them by simply doing a Google search or a Yandex search. The Washington Post and a Dutch newspaper even sent journalists to Cyprus to interview me in person. They spent time in Cyprus going around asking questions about me from other people. They visited my wife's dance studio and took pictures of everything. My wife and I felt afraid, harassed, and stalked. I virtually didn't sleep for almost a week because of all the concern about how I was going to deal with this situation. It was very stressful to suddenly be in the news everywhere and to have my businesses attacked because of the false statements published by Buzzfeed. I still feel huge pressure on me because of Buzzfeed's decision as it affects me, financially, emotionally, and physically. It does not allow me to work efficiently and live my life in control or comfortably.

  d) My family has also suffered as a result of Buzzfeed's publication. My wife has received numerous communications about the matter, about which she feels harassed. She has had to ban and delete people from messaging her or posting on her or her business's Facebook pages. My mother has also received over 40 calls from people after the false information from Buzzfeed made it to national television in Russia, which caused stress to her and my grandmother. All of this has led to me and my family not feeling safe, particularly when people travelled to Cyprus to investigate me after the publication of the Dossier. I had to hire a security company to protect my family after my wife told me that she saw cars following her.

  e) The amount of time that I have spent responding to these false statements has been extraordinary. I have had difficulty making new sales and deals for my company because I have spent so much time dealing with this issue by communicating with my lawyers and so on. I have also had to spend significant time following the story and political news to make sure I can respond to anything new that comes out that could affect me further. As a result, I have not been able to fully focus on my job as the CEO of XBT.

  Plaintiff explicitly reserves the right to supplement his response to these Interrogatories as discovery progresses.

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER**

As to all objections:

<u>/s/ Matthew Shayefar</u>                    <u>November 13, 2017</u>

Matthew Shayefar, Esq.                      Date

## VERIFICATION

I, Aleksej Gubarev, being first duly sworn in accordance with law, do hereby depose and state that I have read the second supplemental responses to Defendants' First Set of Interrogatories to Plaintiff Aleksej Gubarev and that the responses are true and correct to the best of my knowledge and information.

_____
Aleksej Gubarev
(Printed name)

**CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the email on all counsel or parties of record on the service list below on this 13th day of November, 2017.

/s/ Matthew Shayefar<br>Matthew Shayefar

**SERVICE LIST**

Katherine M. Bolger
Adam Lazier
Nathan Siegel
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com


Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com