# **EXHIBIT 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDING S.A., and WEBZILLA, INC.<br>   Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br>   Defendants. | Case No.<br><br>0:17-cv-60426-UU |

**PLAINTIFF ALEKSEJ GUBAREV'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Aleksej Gubarev ("Plaintiff") hereby provides supplemental responses to Defendants' First Set of Interrogatories to Plaintiff Aleksej Gubarev (the "Interrogatories"). Plaintiff's failure to object to a particular Interrogatory or willingness to respond to an Interrogatory is not, and shall not be construed as an admission of the relevant or admissibility into evidence of any such response or that the purported factual premise for any Interrogatory is valid or accurate. The inadvertent production of any privileged information shall not be deemed to be a waiver of any applicable privilege with respect to such response or with respect to any other response.

**INTERROGATORY NO. 6:**  Identify each and every instance in which you have been mentioned, identified, interviewed, referred to, or quoted in any book, magazine, newspaper, podcast, blog, or television or radio program, or on the Internet, since January 1, 2000.

**Objection**:  Plaintiff objects to this Interrogatory to the extent that it is overly broad, unduly burdensome, and seeks information that is neither relevant nor likely to lead to the discovery of admissible evidence. Specifically, and without limiting the foregoing, Plaintiff limits this response to instances arising between January 1, 2010 and the date of Buzzfeed's publication of the Dossier. Plaintiff objects to this Interrogatory to the extent that responsive information is equally available to Defendants as they are to Plaintiff. Plaintiff objects to this

1

Interrogatory to the extent that it calls for information not known by Plaintiff or in the possession, custody or control of Plaintiff. Subject to, and without waiving, these objections, Plaintiff responds as follows:

**Response**:   I am not a public person and I have not sought to be one. On a very rare basis I will provide comments to a publication, but only if they approach me and if I have the time to do so. I do recall that, in or around October of 2016, I was contacted by a reporter for Bloomberg news and I responded to questions that he had. I was quoted in a Bloomberg article in November of 2016 as a result of that conversation.

I was also part of two television shows on RBC TV (a Russian channel), one with Dr. Web CEO and also a comment I made in June 2017.

I have also, through a quick search, been able to identify the following instances where I have been interviewed or referred to in a news article or similar type of publication:

- https://www.bloomberg.com/view/articles/2016-11-01/clinton-plugs-another-weak-story-about-trump-s-ties-to-putin
- http://www.businessinsider.com/prisma-labs-app-profile-interview-with-ceo-alexey-moiseenkov-2016-8
- https://venturebeat.com/2016/10/15/how-servers-com-helped-prisma-get-to-70-million-downloads-in-4-months/
- http://www.appmasters.co/servers-aleksej-gubarev/
- http://www.rbc.ru/newspaper/2016/06/21/5767e5949a794743cad139ce
- http://cirex.ru/novosti/press-centr/za-zavtra.com/
- https://roem.ru/28-01-2016/217776/ru-servers-ru/
- https://roem.ru/26-08-2015/204275/gubarev-exepto/
- http://premiere-magazine.com.cy/en/index.php?page=aleksej-gubarev-the-way-to-success

Other than these instances, I do not specifically remember any publications that I have been mentioned in or quoted in, but I assume that, if someone does a Google search of my name, they may come up with some articles and/or other media that mentions me.

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER:**

**INTERROGATORY NO. 10:**     For each element of damage that you claim in this action, including but not limited to the injuries claimed at paragraphs 48-50 of the Complaint, identify separately and with specificity the complete nature of your injury, the amount of damage and how you calculate it, and all facts relating to or supporting the allegation of injury.

**Objection**:     Plaintiff objects to this Interrogatory to the extent that it calls for a conclusion of law.  Plaintiff objects to this Interrogatory to the extent that the full extent of Plaintiff's damages are not yet fully known.  Plaintiff objects to this Interrogatory as being premature.  Subject to these objections, Plaintiff responds as follows:

**Response**:     I suffered numerous types of personal damage and injury as a result of Buzzfeed's publication of the false statements about me.  Some of the biggest issues I faced are as follows:

a)     I had a lot of trouble with banks.  In addition to the loans affected by the publication as stated in my response to Interrogatory No. 5 above, which I incorporate herein, I needed to go to banks and speak to them personally to explain the situation.  Some banks were ready to close my account due to what they said were high risks associated with me after Buzzfeed's publication of the false statements about me.  The banks I had to speak to about the situation were RCB CY (with Vladimir Zrazevskiy), Hellenic Bank (George Georgiou) and CimBanque (Anna Romanova).  Now it is extremely difficult or even impossible for me to open new bank accounts because of Know Your Client rules, compliance and regulations at banks.  Banks have also told me that it is not possible for me at this time to get any financial support or loans, while they were ready to provide them to me before Buzzfeed's publication of false statements about me.  I believe my monetary damages are at least 15,000,000 Euros arising from denied or postponed loans and additional damages arising from my inability to use those funds (rejection of Astrobank and Societe Generale bank loans of $1.5mil each, rejection of $9mil RCB CY loan, rejection of $2mil Ancoria Bank loan, the additional rent and expenses I have paid because I cannot move into the home I have been trying to construct, and $2mil lost loan from Renat Fatkullin).

3

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER:**

b) My reputation has been tarnished as a result of Buzzfeed's publication of the false statements about me. People, particularly those that I worked with, now question my integrity. I have personally needed to call over 150 of my clients to explain to them the situation and to try to limit the number of them that would stop doing business with my companies because of Buzzfeed's publication of false information about me. Although some of them understood the situation, they told me that they will place a freeze on growing their business with me and my companies because of the high risks and concerns. Although I cannot remember the names of every client I spoke with or on which date I spoke with them, I can remember either having telephone conversations or in-person meetings with the following persons:

Sergey Kravtsov
Andrey Romanenko
Roustem Akhiarov
Renat Fatkullin
Aleksejs Sjarki
Pavel Radaev
Aleksei Moisenkov
Yuri Melnichek
Dmitri Hurski
Oleg Reshetnikov
Stas Rodnianskii
Pavel Muntyan
Konstantin Andryunin
Dmitry Koltsov
Sergey Orlovskiy
Eugen Nevgen
Mikhail Rymanov

It is significantly harder to find clients because everyone asks me about Buzzfeed's false publication about me, which means that instead of building business with them I am forced to explain the entire situation and how I am involuntarily trapped in it. Some long-term business associates have asked us to remove any traces of our association with them because they are afraid to be connected with Buzzfeed's false story about me and my businesses – specifically, on January 25, 2017, Telin, a business we have worked with in Singapore emailed us to ask us to remove evidence of affiliation. I have also had inquiries from almost all of XBT's vendors

4

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER:**

asking about the allegations in the Dossier. Specifically, I can remember having conversations with Dell, Leaseweb, Century Link, and Level3 Communications about it.

I have also been affected on a personal level. For instance, I had one friend, Aleksejs Sjarki, ask me not to come to his birthday party in Riga, Latvia at the end of January 2017, because he did not want me to be in photographs with other people and put them in the uncomfortable position of being associated with me. I was extremely offended and saddened as a result of this.

The publication has changed my life completely – both personally and professionally.

c) I have suffered stress as a result of Buzzfeed's publication of false statements about me. In the first few days after the publication, I gave over 30 interviews, including an interview over Skype and a personal interview in Cyprus. I cannot remember every interview I gave, but you can find them by simply doing a Google search or a Yandex search. The Washington Post and a Dutch newspaper even sent journalists to Cyprus to interview me in person. They spent time in Cyprus going around asking questions about me from other people. They visited my wife's dance studio and took pictures of everything. My wife and I felt afraid, harassed, and stalked. I virtually didn't sleep for almost a week because of all the concern about how I was going to deal with this situation. It was very stressful to suddenly be in the news everywhere and to have my businesses attacked because of the false statements published by Buzzfeed. I still feel huge pressure on me because of Buzzfeed's decision as it affects me, financially, emotionally, and physically. It does not allow me to work efficiently and live my life in control or comfortably.

Again, I cannot remember everyone that I gave interviews to or reporters that I had conversations with, but I can remember that I had conversations with reporters from RBC TV, Russian Today TV, Volkskrant, Wall Street Journal and Sputnik News. I was also contacted on Facebook by reporters from the following publications, some of whom I had further conversations with off Facebook: Reuters, La Repubblica, Washington Post, and Roem.ru.

d) My family has also suffered as a result of Buzzfeed's publication. My wife has received numerous communications about the matter, about which she feels harassed. She has had to ban and delete people from messaging her or posting on her or her business's Facebook

5

**CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER:**

pages.  My mother has also received over 40 calls from people after the false information from Buzzfeed made it to national television in Russia, which caused stress to her and my grandmother.  All of this has led to me and my family not feeling safe, particularly when people travelled to Cyprus to investigate me after the publication of the Dossier.  I had to hire a security company to protect my family after my wife told me that she saw cars following her.

    e)  The amount of time that I have spent responding to these false statements has been extraordinary.  I have had difficulty making new sales and deals for my company because I have spent so much time dealing with this issue by communicating with my lawyers and so on.  I have also had to spend significant time following the story and political news to make sure I can respond to anything new that comes out that could affect me further.  As a result, I have not been able to fully focus on my job as the CEO of XBT.

    In December of 2017, in no small part because of all the difficulties I have had after the publication of the Dossier, I decided that I was going to step down as the CEO and a Director of XBT.  I resigned effective January 1, 2018.  Furthermore, XBT is considering rebranding itself to get away from the name that was defamed by Buzzfeed's publication of the Dossier and the negative publicity that has followed.  XBT is now in the process of selling its xbt.com domain name.

    Plaintiff explicitly reserves the right to supplement his response to these Interrogatories as discovery progresses.

As to all objections:

  /s/ Matthew Shayefar         January 25, 2018
  Matthew Shayefar, Esq.         Date

## VERIFICATION

I, Aleksej Gubarev, being first duly sworn in accordance with law, do hereby depose and state that I have read the third supplemental responses to Defendants' First Set of Interrogatories to Plaintiff Aleksej Gubarev and that the responses are true and correct to the best of my knowledge and information.

_____
Aleksej Gubarev
(Printed name)

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via email on all counsel or parties of record on the service list below on this 25th day of January, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com