# **EXHIBIT 4**

```
                    C O N F I N D E N T I A L
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                        MIAMI DIVISION
                   CASE NO.: 1:17-CV-60426-UU
 3

 4

 5   ALEKSEJ GUBAREV, XBT HOLDING
     S.A., AND WEBZILLA, INC.,
 6

 7                          Plaintiffs,

 8   -vs-

 9   BUZZFEED, INC. AND BEN SMITH,

10

11                          Defendant.
     _____/
12

13                          CONFIDENTIAL

14         VIDEOTAPED DEPOSITION OF RAJESH MISHRA

15

16

17                   Monday, May 1, 2018
                   10:08 a.m. - 6:38 p.m.
18            Black, Srebnick, Kornspan & Stumpf
              201 S. Biscayne Blvd., Suite 1300
19                   Miami, Florida 33133

20

21

22

23

24          Stenographically reported by:
                   Shari M. Thrasher
25
```

```
 1        A    After that, we see the revenues gone down,
 2   when we look at the revenue, and my financial -- what
 3   you call?  Debt lenders, they all started sending me
 4   e-mail that you do this, your approved debt are frozen.
 5   And I have a request from my sales team how to deal with
 6   the service, what we weren't supposed to buy, and that's
 7   how it's deemed to be damaged.
 8        Q    You say that your revenues went down, right?
 9        A    Yeah.
10        Q    How do you know that they went down because of
11   the dossier story?
12        A    That's what it is.  There was no other reason
13   I had at that time.
14        Q    What -- can you identify any specific
15   customers that any XBT subsidiary lost because of the
16   dossier story?
17        A    No, I can't.  I don't know.
18        Q    So would it be fair to say, that you are
19   assuming that any reduction in revenues, that any of the
20   subsidiaries may have experienced, was because of the
21   dossier?
22             MR. FRAY-WITZER:  Objection.  You can answer.
23        A    One thing was sure and certain, that I
24   couldn't get them service to sell for new customer,
25   which was waiting for them because my lenders had frozen
```

1      Now, you indicated that you had lenders that
2  froze your credit, if I understood?
3      A    Yeah.
4      Q    Which lenders did that?
5      A    There are a few lenders to remember because
6  I'm dealing with a lot with this, sorry.  DLL, which is
7  called D Launch London; CTE Product Leasing; BNP Paribas
8  Leasing, that's some many things.  Associated General.
9      Q    Is that in Cyprus or in France?
10     A    No.
11     Q    You said general, where did you deal with
12 them?
13     A    Amsterdam, Netherlands.  All these are from
14 Netherlands, that's what I remember.
15     Q    We'll talk about those in a second, but are
16 there any creditors outside of the Netherlands that you
17 remember freezing credit or taking any other action?
18     A    I think some of them from U.S.  I don't
19 remember the name, but they made, after that, it was
20 very difficult to get new lease.  Whenever we contacted
21 to the leasing company, they talk and at the last moment
22 they say, can you comment to me about what is an
23 Internet dossier, and they hand up after and never
24 respond back.
25     Q    Which leasing companies are you referring to?

1        A    There are many e-mails.  We started contacting
2   them after when it stop working.
3        Q    Other than the four in the Netherlands that
4   you've identified, are there any other existing ones
5   that stopped working?
6        A    I think if I remember Dell Financial also
7   stopped working sometime, if I'm not mistaken.
8        Q    Okay.  Let's go through these.  Starting with
9   DLL.  First of all, the four that you identified in the
10  Netherlands:  BNP, CTE, DLL, and Associated General.
11            Which entity did they contract with, was it
12  Webzilla BV?
13       A    They have bundle offer for XBT, any XBT entity
14  in Europe can get the leasing.
15       Q    Okay.  So the actual leases were entered into
16  by -- could be any number of European subsidiaries?
17       A    Yes.
18       Q    Let's go through them.  DLL, are you still
19  doing business with DLL today?
20       A    Yeah, we started doing business.
21       Q    (BY COURT REPORTER)  I'm sorry?
22       A    Yes, we started doing business.
23       Q    (BY MR. SIEGEL)  So what happened in between
24  January 2017 and today with DLL?
25       A    Their internal -- we give them -- we gave them

1   the information and they started again working.
2       Q    When did they start again?
3       A    I think it was after lawsuit was filed.  I
4   don't know exact date, but somewhere after a month or 15
5   days or kind of that.
6       Q    Okay.  And what about BNP?
7       A    Could be similar time.
8       Q    So you started doing business again with BNP
9   in the similar time after the lawsuit was filed.
10           So what about CTE?
11      A    The same.
12      Q    The same?
13      A    Yeah.
14      Q    And what about Associated General?
15      A    I don't know if they --
16           COURT REPORTER:  I'm sorry.
17      A    I don't remember if Associated is still giving
18  us anything.
19      Q    (BY MR. SIEGEL)  What business had you been
20  doing in the past with Associated General if anything?
21      A    Financial services.
22      Q    What about Dell Financial?
23      A    Dell Financial.
24      Q    Are you doing business with them?
25      A    No, they stopped.  From last -- yeah, they

1   both places.
2       Q   Okay.  And is it fair to say this article --
3   this e-mail indicates that Mr. Lassally thinks that the
4   de Volskrant article was not particularly favorable
5   towards Alex, right, in terms of the way he described
6   him?
7       A   It's his words.
8       Q   Did you agree with that?
9       A   I don't know.  They write their own opinion.
10      Q   Okay.  I'm just going to show you a couple
11  of -- here we go.  Exhibit 46 and 47.
12          (Defendant's Exhibit Nos. 46 and 47 were
13  marked for identification.)
14      Q   (BY MR. SIEGEL)  Which are a couple of
15  documents that are admittedly in Dutch, so I'm not
16  expecting you to translate them, but they appear to
17  indicate that, at least one entity that does business
18  with BNP, is Webzilla BV, right?
19      A   Yes.
20      Q   That's all I wanted on those.
21          Does any of the XBT companies obtain any
22  credit from Wells Fargo?
23      A   Wells Fargo, yes.
24      Q   Are they still a lender?
25      A   We were still paying them leasing, yes.

```
 1        Q    Do you have any idea approximately how much
 2   that relationship is, what the amount of credit they are
 3   extending?
 4        A    No, out of my head.
 5        Q    What about IBM slash HPE Leasing?
 6        A    IBM Leasing, HPE Leasing.
 7        Q    Is that one entity?
 8        A    No, two different.
 9        Q    Two different ones.  So there's IBM Leasing
10   and then there's HPE Leasing?
11        A    Two different companies.
12        Q    Does any of the XBT entities do business with
13   IBM Leasing?
14        A    Yes.
15        Q    And what about HPE Leasing?
16        A    Yes.
17             MR. SIEGEL:  Let's give him -- where are these
18        e-mails I gave to him?
19             MR. LAZIER:  Which?
20             MR. SIEGEL:  These two.
21             MR. LAZIER:  They were in the pile.  Does he
22        have them already?
23             WITNESS:  Yeah.
24             (Defendant's Exhibit Nos. 48 and 49 were
25   marked for identification.)
```

1        REPORTER'S DEPOSITION CERTIFICATE

2

3        I, SHARI M. THRASHER, Court Reporter, certify

4   that I was authorized to and did stenographically

5   report the deposition of RAJESH MISHRA, the witness

6   herein, on MAy 1, 2018; that a review of the

7   transcript was requested; and that the foregoing

8   pages numbered from 1 to 243 inclusive is a true and

9   complete record of my stenographic notes of the

10  deposition by said witness; that the foregoing pages

11  constitute a true and correct transcript of my

12  shorthand notes; and that this computer-assisted

13  transcript was prepared by me and/or under my

14  supervision.

15       I further certify that I am not a relative,

16  employee, attorney or counsel for any of the parties

17  in this cause nor related to nor employed by any

18  attorney or counsel herein nor financially

19  interested in the outcome of this action.

20       Dated this 9th day of May, 2018.

21

22  _____
    SHARI M. THRASHER, Court Reporter
23

24

25