# **EXHIBIT 3**

Aleksej Gubarev
April 30, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:17-CV-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

           Plaintiffs,

-vs-

BUZZFEED, INC. AND BEN SMITH,

           Defendant.
_____/

VIDEOTAPED DEPOSITION OF ALEKSEJ GUBAREV

Monday, April 30, 2018
10:13 a.m. - 6:57 p.m.
Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Blvd., Suite 1300
Miami, Florida 33133

Stenographically reported by:
Shari M. Thrasher

```
 1            MR. FRAY-WITZER:  There's no question in front
 2      of the witness.
 3      Q    (BY MR. BLACK)  Do you think that Russia was
 4   hacking the American election?
 5      A    I don't know.
 6            MR. FRAY-WITZER:  Objection.
 7      A    I'm not here to give opinion.  I'm here to
 8   answer facts.
 9      Q    (BY MR. BLACK)  Tell us what your personal
10   damages are?
11      A    I mean, personal damage is huge on all levels.
12   First of all, I get huge amount of stress from my wife.
13   I mean, it's not even nothing so bad happen to me like
14   that to me before.  It was attack everywhere.  I was not
15   able to sleep.  I'm still hard to the sleep to be
16   honest.
17            Like, I'm in some place -- you know what,
18   imagine for us for one year, you have to wake up and do
19   the refresh of the Google news what appear about you.
20   It's not explains you want to have to your wife.  You
21   don't want to explain to peoples you're not criminal on
22   daily basis, or you don't have to explain you don't do
23   this.
24            This was my main shop the one I have here and
25   explain to everybody.  This is not me who did this.  I
```

 1   don't do it.  And I want to make sure this is not
 2   happening.  Somebody published about me such false
 3   information.
 4              My family was abused as well.  My wife was
 5   under pressure.  Jury (phonetic) was coming to Cyprus to
 6   make an investigation against me.  Even I don't do
 7   nothing they come close to house and close to my -- they
 8   come to my office.  They come to business of my wife.
 9   They were asking questions around.  They hire private
10   investigation company as we against and follow us, and a
11   real security belief of my life.  I hired security
12   company to protect me for this grievance.
13              My mother and her mother was shocked about
14   that because not me informed them.  It was on the
15   national television of Russian Federation that I was
16   connected to the story.
17              They get hundreds, 40 houses told me that.
18   People was calling me, including people who's living in
19   your area to explain what is happening, how am I
20   connected to that.  People want to know.  And she was
21   under huge stress.  I mean, all my family was under huge
22   stress and we're still under stress, and my personal, I
23   still have a big problems with on a lot of levels.
24              I have huge problems in business.  Like, was
25   Bosch Bank closed my bank accounts three weeks ago.

1        REPORTER'S DEPOSITION CERTIFICATE

2

3        I, SHARI M. THRASHER, Court Reporter, certify

4   that I was authorized to and did stenographically

5   report the deposition of ALEKSEJ GUBAREV, the

6   witness herein, on April 30, 2018; that a review of

7   the transcript was requested; and that the foregoing

8   pages numbered from 1 to 293 inclusive is a true and

9   complete record of my stenographic notes of the

10  deposition by said witness; that the foregoing pages

11  constitute a true and correct transcript of my

12  shorthand notes; and that this computer-assisted

13  transcript was prepared by me and/or under my

14  supervision.

15       I further certify that I am not a relative,

16  employee, attorney or counsel for any of the parties

17  in this cause nor related to nor employed by any

18  attorney or counsel herein nor financially

19  interested in the outcome of this action.

20       Dated this 8th day of May, 2018.

21

22  _____

23       SHARI M. THRASHER, Court Reporter

24

25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**Errata Sheet for**
**April 30, 2018 Deposition of Aleksej Gubarev**

| Page | Line | Correction and Explanation |
|---|---|---|
| 15 | 22 | Replace "Alex Y" with "Alex Live"<br><br>Transcript misstates testimony |
| 16 | 25 | Replace "Dominican" with "Dominica"<br><br>Transcript misstates testimony |
| 17 | 16-18 | Replace "become pregnant, and I have to stop working, stop going to university, start working much more and I was not able to finish university" with "become pregnant, and I have to stop going to university, start working much more and I was not able to finish university."<br><br>Transcript misstates testimony |
| 22 | 8 | Replace "Figuration" with "Federation"<br><br>Transcript misstates testimony |
| 22 | 25 | Replace "alex@webz.com" with "alex@webzilla.com"<br><br>Transcript misstates testimony |
| 23 | 2 | Replace "alex@webz.com" with "alex@webzilla.com" |

1

| | | |
|---|---|---|
| | | Transcript misstates testimony |
| 238 | 12-25 | Replace "I mean, personal damage is huge on all levels.  First of all, I get huge amount of stress from my wife.  I mean, it's not even nothing so bad happen to me like that to me before.  It was attack everywhere.  I was not able to sleep.  I'm still hard to the sleep to be honest.<br>     Like, I'm in some place - - you know what, imagine for us for one year, you have to wake up and do the refresh of the Google news what appear about you.  It's not explains you want to have to your wife. You don't want to explain to peoples you're not criminal on daily basis, or you don't have to explain you don't do this.<br>     This was my main shop the one I have here and"<br>with "I mean, personal damage is huge on all levels. First of all, I get huge amount of stress for myself. I mean, it is never nothing so bad happen to me like that before.  It was attack everywhere.  I was not able to sleep.  I'm still hard to the sleep to be honest.<br>     Like, I'm in some place -- you know what, imagine for you for one year, you have to wake up and do the refresh of the Google news what appear about you.  It's not experience which you want to have with your wife. You don't want to explain to peoples that you're not criminal on daily basis, or you don't want to explain, that you don't do this.<br>     This was my main reason the one I have here and"<br><br>Transcript misstates testimony |
| 239 | 6 | Replace "Jury (phonetic)"<br>with "Journalists"<br><br>Transcript misstates testimony |
| 239 | 18 | Replace "They get hundreds, 40 houses told me that."<br>with "They get hundreds of calls they told me."<br><br>Transcript misstates testimony |
| 240 | 1 | Replace "Bosch Bank"<br>with "RCB CY Bank"<br><br>Transcript misstates testimony |
| 240 | 3 | Insert "KYC" before "test"<br><br>Transcript missed part of testimony |
| 240 | 5 | Replace "Bosch"<br>with "RCB CY"<br><br>Transcript misstates testimony |
| 240 | 6-8 | Replace "Okay, be in the court case to protect your reputation because now we're under high, high risk of file to continue to do business."<br>with "Okay, finish the court case to protect your reputation because now we're under high, high risk to continue to do business." |

11

I have read the transcript of my deposition, and except for any corrections or changes noted above, I hereby subscribe to the transcript as an accurate record of the statements made by me.

_____
Aleksej Gubarev