# EXHIBIT 3

```
 1

 2         IN THE UNITED STATES DISTRICT COURT

 3            SOUTHERN DISTRICT OF FLORIDA

 4

 5    ALEKSEJ GUBAREV, XBT HOLDING   )Case No.
      S.A., AND WEBZILLA, INC.,      )17-CV-60426-
 6                                   )UU
                Plaintiffs,          )
 7                                   )
              vs.                    )
 8                                   )
      BUZZFEED, INC. AND BEN         )
 9    SMITH,                         )
                                     )
10              Defendants.          )
      -------------------------------)
11

12

13            DEPOSITION OF BENJAMIN SMITH

14                 New York, New York

15            Thursday, February 8, 2018

16

17

18

19

20

21

22

23

24    Reported by:
      TAMI H. TAKAHASHI, RPR, CSR
25    JOB NO. J1400363
```



```
 1
 2                    February 8, 2018
 3                       9:37 a.m.
 4
 5         Deposition of BEN SMITH, held at
 6   the offices of Davis Wright Tremaine LLP,
 7   1251 Avenue of the Americas, New York,
 8   New York, pursuant to Notice, before TAMI H.
 9   TAKAHASHI, a Registered Professional Reporter
10   and Notary Public of the State of New York.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                CONFIDENTIAL - Smith
 2    is that correct?
 3         A.   Yes.
 4         Q.   And you reported extensively in not
 5    just one but two articles on this list,
 6    correct?
 7         A.   Yes.
 8         Q.   Isn't the reason that you didn't
 9    publish the list because it contained names
10    of BuzzFeed reporters and it contained names
11    of your colleagues and friends in the media?
12         A.   No.
13              (Continued on next page to include
14         jurat.)
15
16
17
18
19
20
21
22
23
24
25
```



```
 1
 2                 C E R T I F I C A T E
 3    STATE OF NEW YORK      )
 4                           : ss.
 5    COUNTY OF NEW YORK     )
 6
 7           I, TAMI H. TAKAHASHI, a Notary
 8      Public within and for the State of New
 9      York, do hereby certify:
10           That BENJAMIN SMITH, the witness
11      whose deposition is hereinbefore set
12      forth, was duly sworn by me and that
13      such deposition is a true record of the
14      testimony given by the witness.
15           I further certify that I am not
16      related to any of the parties to this
17      action by blood or marriage, and that I
18      am in no way interested in the outcome
19      of this matter.
20           IN WITNESS WHEREOF, I have hereunto
21      set my hand this 13th day of February
22      2018.
23
24                       
                         _____
25                       TAMI H. TAKAHASHI
```