# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

## DECLARATION OF KATHERINE M. BOLGER

I, Katherine M. Bolger, declare as follows:

1. I am a partner at Davis Wright Tremaine LLP, counsel to Defendants, BuzzFeed, Inc. and Ben Smith, in this action.

2. I make this declaration in order to annex exhibits relied upon in Defendants' Opposition to Plaintiffs' *Daubert* Motion to Exclude the Testimony of Anthony J. Ferrante.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of the document widely referred to as the "Dossier," which was attached Exhibit 3 to Plaintiffs' Complaint.

4. Annexed hereto as **Exhibit 2** is a true and correct copy of transcript of the deposition of Anthony J. Ferrante.

5. Annexed hereto as **Exhibit 3** is a true and correct copy of a May 13, 2016 article entitled *Russia 'was behind German parliament hack"* for BBC News, printed from the website https://www.bbc.com/news/technology-36284447.

6. Annexed hereto as **Exhibit 4** is a true and correct copy of the July 13, 2018 federal indictment in *U.S. v. Netyksho*, Case No. 1:18-cr-00215-ABJ (D.D.C.) (the "Mueller Indictment").

7. Annexed hereto as **Exhibit 5** is a true and correct copy of relevant excerpts of transcript of the deposition of Nikolay Dvas.

8. Annexed hereto as **Exhibit 6** is a true and correct copy of relevant excerpts of transcript of the deposition of Kostyantyn Bezruchenko.

9. Annexed hereto as **Exhibit 7** are a true and correct copy of relevant excerpts of transcript of the deposition of April 30, 2018 deposition of Aleksej Gubarev.

10. Annexed hereto as **Exhibit 8** is a true and correct copy of relevant excerpts of transcript of the deposition of Marc Goederich.

11. Annexed hereto as **Exhibit 9** are a true and correct copy of of Exhibits 19A and 19B from the Goederich Deposition.

12. Annexed hereto as **Exhibit 10** is a true and correct copy of Exhibit INT-2 from the April 30, 2018 deposition of Aleksej Gubarev.

13. Annexed hereto as **Exhibit 11** is a true and correct copy of Exhibit 63 from the deposition of Nikolay Dvas.

14. Annexed hereto as **Exhibit 12** is a true and correct copy of a January 12, 2017 statement by XBT Holding S.A., printed from the website http://xbtholding.com/news/2017/01/xbt-statement-on-unsubstantiated-buzzfeed-report.html.

15. Annexed hereto as **Exhibit 13** is a true and correct copy of Exhibit 21 from the deposition of Kostyantyn Bezruchenko.

16. Annexed hereto as **Exhibit 14** is a true and correct copy of the transcript of the deposition of Jochem Steman.

17. Annexed hereto as **Exhibit 15** is a true and correct copy of Exhibit 82 from the deposition of Nikolay Dvas.

18. Annexed hereto as **Exhibit 16** is a true and correct copy of Exhibit 10 from the deposition of Jochem Steman.

19. Annexed hereto as **Exhibit 17** is a true and correct copy of a presentation from Bitly, Inc., including a sample spear-phishing email, which is Exhibit 4 to the Report of Anthony Ferrante.

20. Annexed hereto as **Exhibit 18** is a true and correct copy of an October 10, 2017 email from Katherine M. Bolger to counsel for Plaintiffs and the reply October 12, 2017 email from Matthew Shayefar to counsel for Defendants.

21. Annexed hereto as **Exhibit 19** is a true and correct copy of the declaration of Mark Josephson, CEO of Bitly, Inc.

22. Annexed hereto as **Exhibit 20** is a true and correct copy of the *curriculum vitae* of Anthony Ferrante, which is Exhibit 1 to his Report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 29, 2018    */s/ Katherine M. Bolger*
                                  Katherine M. Bolger