# **EXHIBIT 3**



| Home | News | Sport | Weather | Shop | Reel | Travel |

| Home | Video | World | US & Canada | UK | Business | Tech | Science |

Technology

# Russia 'was behind German parliament hack'

13 May 2016



REUTERS

**Germany's domestic intelligence agency has accused Russia of being behind a series of cyber attacks on German state computer systems.**

The BfV said a hacker group thought to work for the Russian state had attacked Germany's parliament in 2015.

**This week it emerged** that hackers linked to the same group had also targeted the Christian Democratic Union party of Chancellor Angela Merkel.

Russia has yet to respond publicly to the accusations made by the BfV.

## Sabotage threat

BfV head Hans-Georg Maassen said Germany was a perennial target of a hacker gang known as Sofacy/APT 28 that **some other experts also believe** has close links with the Russian state. This group is believed by security experts to be affiliated with the Pawn Storm group that has been accused of targeting the CDU party.

Sofacy/APT 28 is believed to have been formed in 2004 and has been blamed for a wide range of attacks on both governments and financial institutions.

The attacks on German state organisations and institutions were carried out to gather intelligence data, Mr Maassen said.

He added that his agency had been monitoring the group for years. He said some of its hack attacks on Germany had been ongoing for more than a decade.

The attack on the German parliament **sought to install software** that would have given the attackers permanent access to computers used by staff and MPs. Other attacks involved gathering data about critical infrastructure such as power plants and other utilities, Mr Maassen said.

"Cyber space is a place of hybrid warfare," he said. "It opens up new operating areas for espionage and sabotage."

### Related Topics

| Germany | Russia | Cyber-security |

**Share this story** About sharing

## More on this story

**The anatomy of a nation-state hack attack**
30 March 2016

**German parliament cyber-attack still 'live'**
11 June 2015

**Millions of US government workers hit by data breach**

5 June 2015

**Microsoft to warn of nation-state hacks**

31 December 2015

Technology

**Who should die in a driverless car crash?**

26 October 2018 | Technology

### Tech Tent: Tim Cook's privacy crusade

Rory Cellan-Jones

Technology correspondent

26 October 2018 | Technology

### Facebook finds more fake accounts from Iran

26 October 2018 | Technology

## More Videos from the BBC

Recommended by Outbrain



**'It's been a long time since we slept in a bed'**



**'My tribal marks are my trademark'**



**Meghan and Harry's plane aborts landing**



**BBC World News business headlines**



**'It's not fair my wife went through this'**



**'Football giant' Kevin Beattie remembered**

## Elsewhere on BBC
Recommended by Outbrain

## You Might Also Like



**BBC News**

**Life expectancy varies by 14 years**



**BBC Travel**

**Ancient Rome's sinful city at the bottom of the sea**



**BBC News**

**Jailed father 'rotted sons' teeth with Coke'**



**BBC Autos**

**The best handling car in the world?**



BBC News

**Cyclist jailed after riding into couple**



BBC Culture

**The artist who reveals the hidden colours of history**

## Top Stories

**Man arrested over US mail bombings**
Cesar Sayoc, 56, is detained after a mail-bombing campaign aimed at critics of President Trump.
12 minutes ago

**Gay hate crime victim interred in capital**
2 hours ago

**The murder that changed America**
25 October 2018

Features



**The murder that changed America**

**Who is mail bomb suspect Cesar Sayoc?**

**What happened to the 2nd Platoon?**

**Why lion cubs are turning up across Europe**

**Who supports Brazil's far-right candidate?**

**Philip Green: The man behind the scandals**

**'My tribal marks are my trademark'**

**Putin shrugs off Trump's nuclear arms move**

**Jewish life revealed between World Wars**

Elsewhere on the BBC

**Football phrases**

15 sayings from around the world

## Most Read

| | |
|---|---|
| US mail bombs: Man held after campaign against Trump critics | 1 |
| Fracking in Lancashire suspended following earthquake | 2 |
| Abuse inquiry told boy was 'jailed for sex with men' | 3 |
| Megyn Kelly: Could 'blackface' row end TV anchor's career? | 4 |
| Khashoggi fiancée snubs Trump invitation to White House | 5 |
| Man mistaken for 'scarecrow' run over on Alresford road | 6 |
| Ruth Davidson gives birth to baby boy | 7 |
| Mrs Doubtfire child stars and Pierce Brosnan share sweet reunion | 8 |
| Megan Lee: Pair guilty of girl's takeaway allergy death | 9 |
| Brexit won't ruin Strictly Come Dancing - No 10 | 10 |

ADVERTISEMENT



New 2018 **FOCUS**

See our full lineup of vehicles and find the one that best fits you.

Route 23 Auto Mall
Butler, NJ

Find Out More

## Ads by Google

Ads

### British Expat in the USA?
Transfer Your UK Pension & Avoid Losing up to Half of your Funds. Get your Free Guide!
Forth Capital

### Seniors-Still Have A Landline?
If you still have a landline, you need to search this new technology.
Nation.com

### Drink this before bed
Drink one glass of these everyday - You will need smaller clothes
Thefithealthy

### Red Lobster Coupons
Print Free Coupons for Red Lobster. Print Your Free Coupons Now!
www.befrugal.com/RedLobster

**Why you can trust BBC News**

## BBC News Services

On your mobile

On your connected tv

Get news alerts

Contact BBC News

## Explore the BBC

| | |
|---|---|
| Home | News |
| Sport | Weather |
| Shop | Reel |
| Travel | Capital |
| Culture | Future |
| Sounds | CBBC |
| CBeebies | Food |
| Bitesize | Arts |
| Make It Digital | Taster |
| Nature | Local |
| TV | Radio |

| | |
|---|---|
| Terms of Use | About the BBC |
| Privacy Policy | Cookies |
| Accessibility Help | Parental Guidance |
| Contact the BBC | Get Personalised Newsletters |
| Advertise with us | Ad choices |

**Copyright © 2018 BBC.** The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**