# **<u>EXHIBIT 5</u>**

1          IN THE UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF FLORIDA

3   _____
                                            )
4   ALEKSEJ GUBAREV, XBT HOLDING S.A.,   )
    and WEBZILLA, INC.,                     )
5                                           )
                   Plaintiffs,              )
6   vs.                                     ) Case No.:
                                            ) 17-CV-60426-UU
7   BUZZFEED, INC., and BEN SMITH,          )
                                            )
8                Defendants.                )
    _____)
9

10

11              ** CONFIDENTIAL **

12       ** PURSUANT TO A PROTECTIVE ORDER **

13

14

15              VIDEOTAPED DEPOSITION OF

16                  NIKOLAY DVAS

17               LIMASSOL, CYPRUS

18             THURSDAY, MAY 17, 2018

19                  9:45 A.M.

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR 9243

```
14:38:46   1   Journal).  (As read.)
14:38:46   2        Do you know what he was referring to
14:38:49   3   when he said "I'm personally trying to convince
14:38:52   4   them"?
14:38:52   5        A.   No.  I don't know.
14:38:52   6        Q.   No idea at all?
14:38:56   7        A.   No idea.
14:38:57   8        MR. SIEGEL:  Okay.  Why don't we take
14:39:00   9   a break and -- because I'll mark a bunch more
14:39:04  10   exhibits.
14:39:20  11        THE VIDEOGRAPHER:  Going off the record
14:39:22  12   at 2:38.
14:39:24  13        (Recess from 2:38 p.m. to 2:53 p.m.)
14:53:53  14        THE VIDEOGRAPHER:  This is the
14:53:54  15   beginning of DVD No. 3.  Back on the record
14:53:56  16   at 2:53.
14:53:59  17        Q.   BY MR. SIEGEL:  Mr. Dvas, are you
14:54:00  18   familiar with the word "methbot"?
14:54:03  19        A.   Yes, I am.
14:54:05  20        Q.   What is it?  What is -- or what was
14:54:08  21   it?  What was methbot?
14:54:11  22        A.   It is a name suggested by a White Ops
14:54:23  23   company.
14:54:23  24        (Court reporter clarification.)
14:54:23  25        THE WITNESS:  It is the name suggested
```

| | | |
|---|---|---|
| 14:54:23 | 1 | by White Ops company for the alleged fraud. |
| 14:54:30 | 2 | Q.   BY MR. SIEGEL:  Okay.  And what did you |
| 14:54:32 | 3 | understand the -- the fraud to be that White Ops |
| 14:54:37 | 4 | was alleging had occurred? |
| 14:54:43 | 5 | A.   I don't -- I don't know. |
| 14:54:46 | 6 | Q.   You don't know what it was?  You -- |
| 14:54:47 | 7 | I'm sorry. |
| 14:54:48 | 8 | You don't know the nature of the |
| 14:54:51 | 9 | fraud that White Ops alleged happened? |
| 14:54:56 | 10 | A.   I don't remember. |
| 14:54:57 | 11 | Q.   You don't remember? |
| 14:54:58 | 12 | A.   That I don't remember. |
| 14:55:02 | 13 | Q.   Do you believe that you ever knew? |
| 14:55:06 | 14 | A.   I read the report. |
| 14:55:09 | 15 | Q.   You read the report.  Okay. |
| 14:55:12 | 16 | So -- and what was the connection |
| 14:55:18 | 17 | between the -- we'll call it the methbot report |
| 14:55:21 | 18 | that White Ops did and XBT or any subsidiary |
| 14:55:26 | 19 | of XBT? |
| 14:55:29 | 20 | A.   This report included IP addresses |
| 14:55:33 | 21 | announced from the networks of Webzilla and |
| 14:55:38 | 22 | Servers.com. |
| 14:55:38 | 23 | Q.   Okay.  And what did the report say -- |
| 14:55:43 | 24 | indicate occurred on those networks? |
| 14:55:54 | 25 | A.   Can you please rephrase that? |

| | | |
|---|---|---|
| 14:55:55 | 1 |     Q.   Well, what did the report say happened |
| 14:55:57 | 2 | on those networks? |
| 14:55:59 | 3 |     A.   On these networks? |
| 14:56:00 | 4 |     Q.   Yes.  The ones owned by Webzilla and |
| 14:56:05 | 5 | Servers. |
| 14:56:11 | 6 |     A.   They were not owned by Webzilla and |
| 14:56:13 | 7 | Servers. |
| 14:56:14 | 8 |     Q.   Leased?  Is that fair? |
| 14:56:15 | 9 |     A.   They were not leased by Webzilla and |
| 14:56:16 | 10 | Servers. |
| 14:56:17 | 11 |     Q.   What firm would -- what phrase would |
| 14:56:18 | 12 | you use? |
| 14:56:21 | 13 |     A.   Hmm? |
| 14:56:22 | 14 |     Q.   What phrase -- what word would you use? |
| 14:56:26 | 15 |     A.   They were announced from Webzilla and |
| 14:56:27 | 16 | Servers.com networks. |
| 14:56:30 | 17 |     Q.   Did you say -- |
| 14:56:30 | 18 |     A.   They were announced. |
| 14:56:32 | 19 |     Q.   "Announced." |
| 14:56:33 | 20 |     Do you mean the IP addresses were |
| 14:56:35 | 21 | announced? |
| 14:56:36 | 22 |     A.   The networks. |
| 14:56:37 | 23 |     Q.   The networks were announced? |
| 14:56:38 | 24 |     A.   That's correct. |
| 14:56:39 | 25 |     Q.   Is there a way that you could describe |

| | | |
|---|---|---|
| 14:56:41 | 1 | that in layperson's terms?  What does it mean |
| 14:56:45 | 2 | for a network to be announced? |
| 14:56:54 | 3 | A.   It means that other networks sent |
| 14:57:04 | 4 | traffic destined to the IPs from this network |
| 14:57:10 | 5 | to the network that is announcing them. |
| 14:57:15 | 6 | Q.   Okay.  Did you come to believe |
| 14:57:20 | 7 | that the -- the person or a person involved |
| 14:57:25 | 8 | in perpetuating this alleged fraud was a |
| 14:57:29 | 9 | customer of Webzilla and Servers? |
| 14:57:37 | 10 | A.   It's a bit complicated question. |
| 14:57:39 | 11 | Wait for a moment.  Just repeat it once more. |
| 14:57:41 | 12 | Okay?  There is no need to rephrase.  Just |
| 14:57:44 | 13 | repeat it. |
| 14:57:50 | 14 | Q.   Did you come to believe that a person |
| 14:57:53 | 15 | who was alleged to have been involved in this |
| 14:57:58 | 16 | fraud was a customer of Webzilla and Servers? |
| 14:58:04 | 17 | A.   I don't remember if a person was -- |
| 14:58:06 | 18 | if any person was alleged to be involved in |
| 14:58:12 | 19 | this fraud. |
| 14:58:12 | 20 | Q.   Okay.  Well, would it be fair to say |
| 14:58:14 | 21 | that -- did you come to believe that there was |
| 14:58:17 | 22 | a customer of Webzilla that was leasing servers -- |
| 14:58:21 | 23 | right? -- and the activity connected with that |
| 14:58:29 | 24 | customer was alleged to have been involved in |
| 14:58:31 | 25 | the fraud? |

```
14:58:40   1        A.    Yes.

14:58:40   2        Q.    Okay.  And how did you find that out?

14:58:47   3        A.    I was shown the report.

14:58:49   4        Q.    The White Ops report?

14:58:51   5        A.    The White Ops report.

14:58:53   6        Q.    Okay.  So -- but the White Ops report

14:58:56   7   didn't contain the name of any customer; right?

14:58:57   8   It didn't even contain the name of Webzilla or

14:59:00   9   Servers; right?

14:59:01  10        A.    No.

14:59:02  11        Q.    Okay.  So how did you determine who

14:59:08  12   the customer was that appeared to be connected

14:59:13  13   to the information in the report?

14:59:21  14        A.    We checked to which servers were the

14:59:27  15   IPs from these networks attached.  I may be

14:59:36  16   incorrect with this term.

14:59:36  17              (Court reporter clarification.)

14:59:36  18              THE WITNESS:  I may be incorrect in

14:59:36  19   this term -- in the term "attached."  But we

14:59:36  20   checked to which servers these IPs were attached.

14:59:41  21   And then we knew which customer was leasing these

14:59:49  22   servers from Webzilla.

14:59:52  23        Q.    BY MR. SIEGEL:  And which customer was

14:59:53  24   it?  What was the name of the customer?

14:59:55  25        A.    His name was Alexander Zhukov.
```

| | | |
|---|---|---|
| 15:00:00 | 1 | Q. And who checked that? Who checked that |
| 15:00:03 | 2 | information? |
| 15:00:10 | 3 | A. I did. |
| 15:00:10 | 4 | Q. You did? |
| 15:00:11 | 5 | A. I did. |
| 15:00:11 | 6 | Q. Yourself? |
| 15:00:11 | 7 | A. I did it myself. |
| 15:00:14 | 8 | Q. And was anyone else involved in checking |
| 15:00:17 | 9 | it? |
| 15:00:20 | 10 | A. I don't know. |
| 15:00:22 | 11 | Q. And did you communicate your findings |
| 15:00:24 | 12 | to anybody else in the company? |
| 15:00:28 | 13 | A. Yes. |
| 15:00:29 | 14 | Q. To who? |
| 15:00:30 | 15 | A. To Aleksej Gubarev. |
| 15:00:31 | 16 | Q. And how did you communicate those |
| 15:00:33 | 17 | findings? |
| 15:00:36 | 18 | A. Orally. |
| 15:00:36 | 19 | Q. Orally? |
| 15:00:36 | 20 | And to anyone else in the company? |
| 15:00:42 | 21 | A. I don't remember that. |
| 15:00:46 | 22 | Q. What did you check? In other words, |
| 15:00:47 | 23 | what record system did you check to make that |
| 15:00:51 | 24 | determination? |
| 15:00:53 | 25 | A. I checked the system that contains |

| | | |
|---|---|---|
| 15:12:34 | 1 | A.    I didn't know how. |
| 15:12:35 | 2 | Q.    You didn't know how? |
| 15:12:35 | 3 | Is it fair to say that you would defer |
| 15:12:38 | 4 | to him as to the best way to use their influence |
| 15:12:42 | 5 | to limit publicity? |
| 15:12:44 | 6 | A.    That's correct. |
| 15:12:44 | 7 | MR. SIEGEL:  Okay.  Let's show you |
| 15:12:46 | 8 | what's been marked as Exhibit 61. |
| 15:12:50 | 9 | (Exhibit 61 marked.) |
| 15:13:03 | 10 | Q.    BY MR. SIEGEL:  Go to the second and |
| 15:13:06 | 11 | third pages of the exhibit that's marked 1527 |
| 15:13:10 | 12 | and 1528.  Fifteen -- at the bottom of 1527 |
| 15:13:15 | 13 | starts an e-mail from you to Mr. Dolan saying: |
| 15:13:18 | 14 | "Hello, Chuck.  We might need some |
| 15:13:18 | 15 | of your services." |
| 15:13:20 | 16 | You refer to a number of news articles |
| 15:13:24 | 17 | that are about the White Ops report -- right? -- |
| 15:13:26 | 18 | about the information that was released in the |
| 15:13:29 | 19 | White Ops report? |
| 15:13:32 | 20 | A.    (Examining.)  What -- what's the |
| 15:13:33 | 21 | question? |
| 15:13:34 | 22 | Q.    Well, it looks like you -- you linked |
| 15:13:37 | 23 | to a number of news articles -- |
| 15:13:39 | 24 | A.    Yes. |
| 15:13:40 | 25 | Q.    -- right? -- that had reported |

| | | |
|---|---|---|
| 15:13:42 | 1 | information that was discussed in the White |
| 15:13:43 | 2 | Ops report? |
| 15:13:45 | 3 | A.  Yes. |
| 15:13:48 | 4 | Q.  It says: |
| 15:13:48 | 5 | "It turned out ... this network was |
| 15:13:49 | 6 | using our servers.  We were completely unaware |
| 15:13:52 | 7 | of the nature of their business ... performed |
| 15:13:54 | 8 | our actions in a very transparent and legal |
| 15:13:58 | 9 | manner."  (As read.) |
| 15:13:58 | 10 | Which actions did you perform in |
| 15:14:00 | 11 | a very transparent and legal manner? |
| 15:14:04 | 12 | A.  We perform every our action in a |
| 15:14:09 | 13 | very transparent and legal manner. |
| 15:14:10 | 14 | Q.  Okay.  Then you say: |
| 15:14:16 | 15 | "We need your help to establish control |
| 15:14:19 | 16 | on the media field in this aspect and" not our |
| 15:14:20 | 17 | let -- "not ... let our name be stained."  (As |
| 15:14:24 | 18 | read.) |
| 15:14:24 | 19 | Right? |
| 15:14:28 | 20 | A.  Yes.  That's what -- |
| 15:14:28 | 21 | Q.  Okay.  Correct? |
| 15:14:28 | 22 | A.  -- the mail says.  Yes. |
| 15:14:28 | 23 | Q.  Okay.  And if you turn to the front |
| 15:14:36 | 24 | of the e-mail -- |
| 15:14:38 | 25 | A.  Uh-huh. |

| | | |
|---|---|---|
| 15:14:38 | 1 | Q.    -- 1526, it indicates that you agreed |
| 15:14:45 | 2 | that he would charge 20,000 for what he called |
| 15:14:49 | 3 | these crisis communication services; right? |
| 15:14:52 | 4 | A.    Yes. |
| 15:14:52 | 5 | MR. SIEGEL:  Okay.  Let's just mark |
| 15:15:04 | 6 | this Exhibit 62.  Show it to him. |
| 15:15:11 | 7 | (Exhibit 62 marked.) |
| 15:15:25 | 8 | Q.   BY MR. SIEGEL:  And I'll represent |
| 15:15:26 | 9 | to you -- it doesn't contain all the attachments |
| 15:15:29 | 10 | with IP addresses, et cetera. |
| 15:15:31 | 11 | But Exhibit 62 looks like the White |
| 15:15:34 | 12 | Ops report? |
| 15:15:34 | 13 | A.    (Examining.)  Uh-huh. |
| 15:15:35 | 14 | Q.    Were you familiar with White Ops? |
| 15:15:38 | 15 | A.    No. |
| 15:15:38 | 16 | Q.    You never heard of them before? |
| 15:15:40 | 17 | A.    No. |
| 15:15:41 | 18 | Q.    Okay.  So let's -- you can put that |
| 15:15:46 | 19 | aside. |
| 15:15:50 | 20 | A.    Okay. |
| 15:15:52 | 21 | MR. SIEGEL:  Let's go to Exhibit 63. |
| 15:15:54 | 22 | (Exhibit 63 marked.) |
| 15:16:32 | 23 | Q.   BY MR. SIEGEL:  Exhibit 63 at the |
| 15:16:33 | 24 | top is an e-mail from Mr. Gubarev to Mr. Dolan, |
| 15:16:37 | 25 | copying you.  Mr. Gubarev said: |

```
16:58:19   1          Q.   BY MR. SIEGEL:  Well, okay.  I'll ask
16:58:20   2    it again.
16:58:22   3               Three weeks after the methbot incident
16:58:26   4    or the news about the methbot incident, it never
16:58:32   5    occurred to you that there might be another customer
16:58:37   6    that was conducting illegal activity as alleged in
16:58:42   7    the dossier?
16:58:43   8               MR. GURVITS:  Objection.
16:58:49   9               THE WITNESS:  I didn't think about that.
16:58:58  10               MR. SIEGEL:  Let's go to Exhibit 81.
16:59:17  11               THE WITNESS:  (Examining.)  None of it
16:59:17  12    is marked.
16:59:18  13               MR. SIEGEL:  Yeah, we may need to start
16:59:21  14    marking them again.  I thought these were marked.
16:59:23  15    No, I guess not.  So let's start marking again.
16:59:28  16    So let's mark it as Exhibit 81.
16:59:32  17               THE WITNESS:  Should I return that?
16:59:34  18               MR. SIEGEL:  Yeah.
16:59:51  19               (Exhibit 81 marked.)
16:59:56  20          Q.   BY MR. SIEGEL:  So Exhibit 81 indicates
17:00:00  21    that -- I'm sorry.  Yes.  Exhibit 81 indicates
17:00:03  22    that Mr. Gubarev reached out to Mr. Dolan, copying
17:00:08  23    you; right?
17:00:09  24               And did you retain Mr. Dolan to provide
17:00:15  25    services in connection with the dossier?
```

| | | |
|---|---|---|
| 17:00:18 | 1 | A.   No. |
| 17:00:19 | 2 | Q.   You didn't?  You didn't retain him to |
| 17:00:22 | 3 | provide services in connection with the publicity |
| 17:00:26 | 4 | relating to the dossier? |
| 17:00:27 | 5 | A.   No. |
| 17:00:29 | 6 | Q.   What did you retain him for? |
| 17:00:31 | 7 | A.   We retained him for crisis communications. |
| 17:00:43 | 8 | Q.   Right. |
| 17:00:43 | 9 | (Court reporter clarification.) |
| 17:00:31 | 10 | THE WITNESS:  We retained him for crisis |
| 17:00:43 | 11 | communications. |
| 17:00:43 | 12 | MS. BOLGER:  "Crisis." |
| 17:00:43 | 13 | THE WITNESS:  "Crisis communications." |
| 17:00:43 | 14 | I'm sorry for my English. |
| 17:00:48 | 15 | Q.   BY MR. SIEGEL:  Okay.  And so did you -- |
| 17:00:50 | 16 | in your mind, was this part of the services you |
| 17:00:53 | 17 | had already retained him for? |
| 17:00:59 | 18 | A.   Yes. |
| 17:01:00 | 19 | Q.   Okay.  So you reached out to him right |
| 17:01:04 | 20 | away; right?  Or Mr. Gubarev reached out to him |
| 17:01:07 | 21 | right away? |
| 17:01:11 | 22 | A.   I don't know when Mr. Gubarev reached -- |
| 17:01:13 | 23 | Q.   Well, the e-mail's -- |
| 17:01:13 | 24 | A.   -- out to him. |
| 17:01:13 | 25 | Q.   -- dated January 11th at 12:50 a.m.; |

17:03:20   1   public relations crisis?

17:03:24   2        A.   He was asking for an advice.

17:03:26   3        Q.   Okay.  And --

17:03:26   4        A.   I don't want to imply what he meant.

17:03:33   5             MR. SIEGEL:  Okay.  Let me show you --

17:03:33   6   let's mark this as Exhibit 82.

17:03:35   7             (Exhibit 82 marked.)

17:03:50   8             THE WITNESS:  (Examining.)  Aah, no,

17:03:50   9   it's not marked.

17:03:50  10        Q.   BY MR. SIEGEL:  Yes, it's just one.

17:03:51  11   I'm sorry.  I'm giving you -- it's one marked --

17:03:52  12   the top one 82.  And then hand the second copy

17:03:57  13   to Val.

17:03:58  14        A.   Okay.  So I just passed one copy.

17:04:20  15        Q.   So Exhibit 82 is an e-mail from Mr. Dolan

17:04:23  16   to Mr. Gubarev, copying you; right?

17:04:25  17             And Mr. Dolan says:

17:04:28  18             "Please be absolutely certain that none

17:04:30  19   of your servers were in any way involved - even

17:04:35  20   innocently."

17:04:37  21             Did you undertake any efforts to make

17:04:39  22   absolutely certain that none of your servers

17:04:41  23   were in any way involved even innocently?

17:04:56  24        A.   I did.

17:04:57  25        Q.   What did you do?

| | | |
|---|---|---|
| 17:05:01 | 1 | A.   I told Konstantin about this request. |
| 17:05:04 | 2 | (Court reporter clarification.) |
| 17:05:04 | 3 | THE WITNESS:  I told Konstantin |
| 17:05:04 | 4 | Bezruchenko about this request. |
| 17:05:08 | 5 | Q.   BY MR. SIEGEL:  And did Mr. Bezruchenko |
| 17:05:12 | 6 | do anything in response to it? |
| 17:05:20 | 7 | A.   He -- he did something. |
| 17:05:22 | 8 | Q.   What did he do? |
| 17:05:23 | 9 | A.   I don't know. |
| 17:05:26 | 10 | Q.   How do you know that he did something? |
| 17:05:29 | 11 | A.   He told me he -- he will do something. |
| 17:05:32 | 12 | Q.   And what did he tell you? |
| 17:05:34 | 13 | A.   He told me something along the lines: |
| 17:05:37 | 14 | Okay, I will handle that. |
| 17:05:40 | 15 | Q.   And did he ever report back to you what |
| 17:05:43 | 16 | the results of that were? |
| 17:05:45 | 17 | A.   No. |
| 17:05:45 | 18 | Q.   No?  You never asked him? |
| 17:05:47 | 19 | A.   No.  I never asked him. |
| 17:05:49 | 20 | Q.   Why not? |
| 17:05:52 | 21 | A.   I wasn't interested in that. |
| 17:06:01 | 22 | Q.   To this day, are you absolutely certain |
| 17:06:06 | 23 | that no server connected to any subsidiary of XBT |
| 17:06:14 | 24 | was ever used in any attempt to hack Democrats |
| 17:06:20 | 25 | in the United States? |

| | | |
|---|---|---|
| 17:06:29 | 1 | A.   I'm certain. |
| 17:06:30 | 2 | Q.   And on what basis are you certain? |
| 17:06:33 | 3 | A.   Just I'm -- I'm positive.  That's it. |
| 17:06:39 | 4 | Q.   And how -- why are you positive? |
| 17:06:46 | 5 | A.   Just I -- I'm sure.  That's it. |
| 17:06:52 | 6 | Q.   Do you know who John Podesta is? |
| 17:06:57 | 7 | A.   Who? |
| 17:06:57 | 8 | Q.   John Podesta. |
| 17:07:01 | 9 | Have you ever heard that name? |
| 17:07:03 | 10 | A.   No. |
| 17:07:03 | 11 | Q.   Okay.  Do you believe that the Russian |
| 17:07:04 | 12 | government was involved in efforts to hack the |
| 17:07:08 | 13 | Democratic National Committee -- |
| 17:07:11 | 14 | A.   I don't know. |
| 17:07:11 | 15 | Q.   -- in 2016? |
| 17:07:13 | 16 | A.   I don't know. |
| 17:07:13 | 17 | Q.   I didn't ask you if you knew. |
| 17:07:15 | 18 | I asked you:  Do you believe that the |
| 17:07:17 | 19 | Russian government was involved in efforts to |
| 17:07:20 | 20 | hack the Democratic National Committee in 2016? |
| 17:07:24 | 21 | A.   I have no opinion on that. |
| 17:07:26 | 22 | Q.   None whatsoever? |
| 17:07:28 | 23 | A.   None whatsoever. |
| 17:07:29 | 24 | Q.   You're the CEO of an Internet hosting |
| 17:07:31 | 25 | company, and you have no opinion whatsoever as |

| | | |
|---|---|---|
| 17:07:33 | 1 | to whether the Russian government was involved |
| 17:07:39 | 2 | in hacking the DNC or other Democrats in the |
| 17:07:43 | 3 | United States? |
| 17:07:44 | 4 | A.   Yes. |
| 17:07:44 | 5 | Q.   Okay.  Who do you think was responsible |
| 17:07:48 | 6 | for hacking the DNC? |
| 17:07:51 | 7 | A.   I don't know. |
| 17:07:51 | 8 | Q.   Do you believe that the Russian |
| 17:07:52 | 9 | government had any involvement in any |
| 17:07:55 | 10 | cyber-activity intended to interfere with |
| 17:07:59 | 11 | the American presidential election in 2016? |
| 17:08:04 | 12 | A.   I have no opinion on that. |
| 17:08:05 | 13 | Q.   Are you giving me that answer because |
| 17:08:07 | 14 | you're afraid of some reprisal from the Russian |
| 17:08:11 | 15 | government if you tell the truth? |
| 17:08:13 | 16 | A.   No. |
| 17:08:17 | 17 | Q.   So how is it that you have absolutely |
| 17:08:20 | 18 | no opinion about a matter that has been at the |
| 17:08:23 | 19 | center of discussion around the world that is |
| 17:08:28 | 20 | directed to Internet-related activity? |
| 17:08:31 | 21 | MR. GURVITS:  Objection. |
| 17:08:36 | 22 | THE WITNESS:  I don't know if it is |
| 17:08:37 | 23 | a center of any discussion. |
| 17:08:57 | 24 | MR. SIEGEL:  Let's mark this Exhibit 83. |
| 17:09:00 | 25 | (Exhibit 83 marked.) |

1              CERTIFICATE OF REPORTER

2

3              I, BRENDA MATZOV, CA CSR 9243, do hereby

4      certify:

5              That, prior to being examined, the witness

6      named in the foregoing deposition was duly sworn

7      by me to testify the truth, the whole truth, and

8      nothing but the truth;

9              That the foregoing deposition was taken

10     before me at the time and place herein set forth,

11     at which time the aforesaid proceedings were

12     stenographically recorded by me and thereafter

13     transcribed by me;

14             That the foregoing transcript, as

15     typed, is a true record of the said proceedings;

16             And I further certify that I am not

17     interested in the action.

18

19             Dated this 17th day of May, 2018.

20

21     _____

       BRENDA MATZOV, CA CSR 9243

22

23

24

25