# **EXHIBIT 6**

```
 1
                    UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
 3
                    CASE NO. 1:17-cv-60426-UU
 4


 5
     ALEKSEJ GUBAREV, XBT HOLDING
 6   S.A., AND WEBZILLA, INC.,

 7        Plaintiff,

 8   -vs-


 9
     BUZZFEED, INC. AND BEN SMITH,
10
          Defendant.
11   _____/

12

13                            VIDEOTAPED

14
                             DEPOSITION
15
                                OF
16
                       KOSTYANTYN BEZRUCHENKO
17

18

19                         May 3, 2018
                       10:06 a.m. - 5:28 p.m.
20          201 S. Biscayne Boulevard, Suite 1300
                       Miami, Florida 33131
21

22
                   Stenographically Reported By:
23                     SHARON VELAZCO, RPR
                  Registered Professional Reporter
24

25
```

```
 1              I'm asking you a different question.
 2       A.   No.
 3       Q.   I'm saying, did XBT disable that IP address?
 4       A.   No.
 5       Q.   I know you don't know what the word "hack" means,
 6  but why don't you try to tell me everything you know about
 7  the hack of the DNC?
 8       A.   I don't know anything about hack of DNC.
 9       Q.   Is that because you don't believe there was a
10  hack of the Democratic National Committee?
11       A.   No, I just don't know anything about that --
12  don't know anything about that.
13       Q.   What does -- what do news reports say about the
14  hack of the Democratic National Convention -- Committee?
15            MR. FRAY-WITZER:  Objection.
16            THE WITNESS:  Which news report are you referring
17       to?
18  BY MS. BOLGER:
19       Q.   Any single news report.
20            What is American common knowledge about the
21  allegations regarding the hack of the Democratic National
22  Committee?
23            MR. FRAY-WITZER:  Objection.
24            Do you know what American common knowledge is?
25            THE WITNESS:  I don't know what American common
```

```
 1        knowledge --
 2   BY MS. BOLGER:
 3        Q.   No, you also don't know what a hack is, so I
 4   understand that this a very hard question for a CTO of a
 5   technology company.
 6             What do you know, from your reading generally,
 7   happened to the IT system of the Democratic National
 8   Committee leading up to the election of 2016?
 9             MR. FRAY-WITZER:  Objection.
10             THE WITNESS:  I don't know.
11   BY MS. BOLGER:
12        Q.   It's your position, as you sit here, that you
13   have never heard that Republicans -- sorry.  That was a
14   Freudian slip.
15             That Russian State actors hacked the Democratic
16   National Committee?  No one's ever said that to you
17   before?
18             MR. FRAY-WITZER:  Objection, objection.
19             THE WITNESS:  I read it from news.
20   BY MS. BOLGER:
21        Q.   Okay.  What else have you read in the news about
22   it?
23        A.   I don't remember.
24        Q.   You're really going to stick with you don't
25   remember anything about the Democratic National Committee,
```

```
 1  as you're -- hack of the Democratic National Committee, as
 2  your testimony under oath?  That's what you're saying
 3  under oath?
 4          MR. FRAY-WITZER:  Objection.
 5  BY MS. BOLGER:
 6      Q.  Do you know, for example, that it was a
 7  spear-phishing attack?
 8      A.  No.
 9      Q.  Do you know who Guccifer is?
10      A.  No.
11      Q.  Do you know the name John Podesta?
12      A.  Yes.
13      Q.  What do you know about John Podesta?
14      A.  He's some guy related to some party in U.S.
15      Q.  What?
16      A.  He's -- that's a name of the person who is
17  related to some U.S. party.
18      Q.  I thought you said "park," and I was very
19  confused.
20      A.  Party.  No, party, party.
21      Q.  Okay.  So you say you don't know who Guccifer is?
22      A.  No.
23      Q.  Okay.  Do you know what AS-28 is?
24      A.  AS?
25      Q.  28?
```

1  CrowdStrike who assessed their servers and found that it
2  was hacked by some Russians.
3       Q.   What else do you know?
4       A.   I don't know.  That's probably all.
5       Q.   But you never read the Grizzly Steppe Report
6  before 2017?
7       A.   Never.
8       Q.   Had you heard of the Grizzly Steppe Report before
9  2017?
10      A.   No.
11      Q.   Okay.  I'm going to ask you to take a look at the
12 Grizzly Steppe Report.
13           I'm handing you Defendant's Exhibit 16, which is
14 the Grizzly Steppe Report.
15      (Exhibit No. 16 was marked for Identification.)
16 BY MS. BOLGER:
17      Q.   And you have read this, yes?
18      A.   It looks like that document I read, yes.
19      Q.   Okay.  Which you read for the first time after --
20 I was wrong about AS-29 and AS-28.  I apologize.
21           They're APT29, right?
22      A.   Yes.
23      Q.   Have you heard of APT29?
24      A.   Well, from the report probably, or from the
25 hacking of the Democratic National Committee.

```
 1        Q.   Okay.  Do you remember, like, five minutes ago,
 2   you told me nothing?
 3        A.   I --
 4        Q.   That you knew nothing -- you knew nothing about
 5   the hack of the Democratic National Committee.  That's how
 6   you started.
 7             First, you started with, you didn't know what the
 8   word "hack" meant.  Then, you started with, you didn't
 9   know anything about the hack of the Democratic National
10   Committee.
11        A.   No.
12        Q.   And now, you do know who APT28 and 29 are?
13        A.   No.
14        Q.   So who are APT29?
15             MR. FRAY-WITZER:  Objection.
16             THE WITNESS:  I don't know.
17   BY MS. BOLGER:
18        Q.   You don't know who APT29 is?
19        A.   No.
20        Q.   You forgot from 30 seconds ago?
21        A.   I never forgot.
22        Q.   Who's APT28?
23        A.   I don't know.
24             MR. FRAY-WITZER:  Objection.
25   BY MS. BOLGER:
```

```
 1        Q.   Okay.  After you read this report and were told
 2   that, as is the case, 13 addresses associated with Root
 3   S.A. were in this report, what did you do?
 4        A.   I have contacted CEO of Root S.A., Marc
 5   Goederich.
 6        Q.   How did you react when you heard that 13 IP
 7   addresses from Root S.A. were listed on the Grizzly Steppe
 8   Report?
 9             MR. FRAY-WITZER:  Objection.
10             THE WITNESS:  How I'd react?
11   BY MS. BOLGER:
12        Q.   How did you react?
13        A.   Well, I was quite angry.
14        Q.   Angry.  Why angry?
15        A.   Because that -- Marc knows about this report and
16   he didn't tell us.
17        Q.   No, before you talked to Marc.
18        A.   Before I talked to Marc --
19        Q.   Before you talked to Marc, when you first heard
20   about it --
21        A.   I was --
22        Q.   I understand it's from your lawyers, and I don't
23   want to know about the conversations.
24        A.   Yeah.
25        Q.   I want to know how you reacted to the news.
```

1      A.   I was -- I was surprised.

2      Q.   Were you concerned?

3      A.   Yes.

4      Q.   Okay.  What were you concerned about?

5      A.   That there's our IPs on this report.

6      Q.   Why were you concerned?

7      A.   Because this report says that these IPs have

8  malicious activities against various organizations in the

9  U.S.  It's pretty concerning.

10     Q.   Right.

11          So you reached out to Marc Goederich.

12          I'm going to hand you something marked

13 Defendant's Exhibit 17.

14          Take a look at it.  It's just a few pages.

15          (Exhibit 17 was marked for Identification.)

16 BY MS. BOLGER:

17     Q.   For the record, this is an e-mail exchange marked

18 PT08.

19          And you'll see, starting from the bottom to the

20 top, it's -- the first is an e-mail from you,

21 Mr. Bezruchenko, to Mr. Goederich, dated September 6,

22 2017, saying "Can you let me know if there's any request

23 in the years 25 through 2016, from local police, other EU,

24 U.S. law enforcement agencies regarding the following

25 IPs."

```
 1                And then you -- you list the IPs.
 2                These are the IPs in Grizzly Steppe, right?
 3        A.      Yes.
 4        Q.      Okay.  And it says "I'm wondering if someone had
 5   visited data center to gain access to those servers, copy
 6   data, and install any wiretap devices to listen to
 7   Internet data towards this servers, et cetera."
 8                Do you see that?
 9        A.      Yes.
10        Q.      Why were you wondering that?
11        A.      Because I know if -- I would like to know if
12   there's any illegal proceedings going on against this IP
13   addresses.
14        Q.      Okay.  So you're asking him to specifically look
15   into law enforcement requests, but not to investigate the
16   activity on the IP addresses themselves, right?
17        A.      I believe I requested this later, during the
18   conversation later.
19        Q.      But it's not this in e-mail, right?
20        A.      Not in this e-mail.
21        Q.      So the very first thing when do you hear about
22   these e-mail addresses -- the listing of these IP
23   addresses on the Grizzly Steppe Report, is reach out to
24   Mr. Goederich and say, "Hey, have we heard from law
25   enforcement."  Right?
```

```
 1              MR. FRAY-WITZER:  Objection.
 2              You can answer.
 3              THE WITNESS:  Yes.
 4   BY MS. BOLGER:
 5       Q.   Okay.  So he responds, "Is this about the court
 6   case against Buzzfeed?"
 7              And then he says, "The request I found on my
 8   e-mails was just an inquiry from our local secret police.
 9   I believe it was from the IPs on the same as DHS list.  A
10   quick look at the traffic stats of the IPs revealed that
11   those IPs were either part of the Tor network or used as
12   proxy VPN services.  This Secret Service was not
13   interested to get more information."
14              And then it goes -- you say, "If you enter those
15   IPs in Google, you should still be able see which IPs were
16   part of Tor."
17              Do you see that?
18       A.   Yes.
19       Q.   So he's telling you to Google it, right?
20       A.   Yes.
21       Q.   Okay.  Can you tell me what it means, for the
22   record, that those IP addresses were either part of the
23   Tor network or used as proxy VPN service?
24       A.   I can -- so what I think, not what Marc wrote?
25       Q.   Well, those words have meaning.
```

```
 1        A.   To explain that this -- well, he's completely
 2   wrong.  It's not true.
 3        Q.   Okay.  If you start from the beginning, it says
 4   "Objective.  We know the statements regarding XBT
 5   Webzilla's Aleksej Gubarev not true.  Our aim is to find
 6   out if XBT Webzilla infrastructure was used for any
 7   activities related to the published report."
 8             Do you see that?
 9        A.   Yes.
10        Q.   So the way I read that it says, essentially,
11   "We're assuming the statements aren't true, but we're
12   aiming to see if essentially someone hacked us to
13   undertake these activities."
14             Is that what you meant?
15             MR. FRAY-WITZER:  Objection.
16             THE WITNESS:  No.
17   BY MS. BOLGER:
18        Q.   What does it mean?
19        A.   I mean, we are sure we didn't do that.
20        Q.   Why are you sure?
21        A.   Because we didn't do that.
22        Q.   That's a dixit.
23             What do you mean by that?
24             It's Latin.  Don't worry about it.
25             That's just saying the same thing, right?  You're
```

```
 1  saying, it is because I say it is.
 2         I'm saying, how do you know?
 3         How do you -- how do you -- why are you sure you
 4  didn't do it?
 5     A.  Because we didn't do it.  It's -- it's that
 6  simple.  We didn't do it.
 7     Q.  That is, in fact, an ipse dixit.
 8         Okay, okay.  You say, "The following two factors
 9  are very limiting" -- are about -- "to our ability to
10  conduct a proper investigation.  One is the published
11  report contains only top level information and lack of
12  details.  And two, the extensive time frame, March to
13  September."
14         So you say you went through your infrastructure
15  and checked out that firewall rules are up to date, all OS
16  and software components were up to date.  There were no
17  unauthorized logins to any of the systems or servers.
18         So what were you checking for by doing those
19  things?
20     A.  That our system was not compromised, and that was
21  the reason.
22     Q.  Okay.  So you're looking for someone who,
23  effectively -- I know you don't know what the word is, so
24  I don't want to use it -- hacked into your system or used
25  your system in a way that you guys don't approve, right?
```

```
 1                         ------
 2          (The deposition was concluded at 5:28 p.m.)
 3       (Reading and signing of the deposition was waived by
 4   the witness and all parties.)
 5
 6                         CERTIFICATE OF OATH
 7
 8   STATE OF FLORIDA
 9   COUNTY OF MIAMI-DADE
10
11           I, SHARON VELAZCO, Registered Professional
12   Reporter, Notary Public, State of Florida, certify that
13   KOSTYANTYN BEZRUCHENKO personally appeared before me on
14   the 3rd day of May, 2018, and was duly sworn.
15           Signed this 8th day of May, 2018.
16
17
18           _____
             SHARON VELAZCO, RPR
19           Notary Public, State of Florida
             Commission No.: FF 146173
20           Commission Expires: August 19, 2018
21
22
23
24
25
```

1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA

4    COUNTY OF MIAMI-DADE

5

6          I, SHARON VELAZCO, Registered Professional

7    Reporter, certify that I was authorized to and did

8    stenographically report the deposition of KOSTYANTYN

9    BEZRUCHENKO; that a review of the transcript was not

10   requested; and that the transcript is a true record of my

11   stenographic notes.

12         I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the parties, nor

14   am I a relative or employee of any of the parties'

15   attorneys or counsel connected with the action, nor am I

16   financially interested in the action.

17

18         Dated this 8th day of May, 2018.

19

20         _____
           SHARON VELAZCO, RPR
21         Registered Professional Reporter

22

23

24

25