# **EXHIBIT 7**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:17-CV-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING
S.A., AND WEBZILLA, INC.,

                    Plaintiffs,

-vs-

BUZZFEED, INC. AND BEN SMITH,

                    Defendant.
_____/

VIDEOTAPED DEPOSITION OF ALEKSEJ GUBAREV

Monday, April 30, 2018
10:13 a.m. - 6:57 p.m.
Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Blvd., Suite 1300
Miami, Florida 33133

Stenographically reported by:
Shari M. Thrasher

Aleksej Gubarev
April 30, 2018                                    53

```
 1    servers -- excuse me, the servers owned by XBT or any of
 2    its subsidiaries before you sent this e-mail?
 3              MR. FRAY-WITZER:  Objection.  You can answer.
 4         A    It was the most specific here, dossier say
 5    that I'm personally and XBT hack democratic party
 6    servers.  I was no, 100 percent we don't do it.
 7         Q    (BY MR. BLACK)  My question was:  Before you
 8    sent this e-mail, what investigation did you do into the
 9    servers owned by XBT or any of its subsidiaries to see
10    if it was involved in any hacking activity in the
11    democratic party?
12              MR. FRAY-WITZER:  Objection.  You can answer.
13         A    I repeat again, I know we don't do it.
14         Q    (BY MR. BLACK)  What investigation, if any, did
15    you do before you made this statement?
16         A    I don't have to do any investigation against
17    me personally.  I don't do it.
18         Q    Is your answer you did none?
19         A    I told you, I don't do hack of democratic
20    party servers.
21         Q    Do I need to have this question translated for
22    you so you understand it?
23         A    If you want.
24         Q    All right.
25              MR. BLACK:  Could you please ask him what
```

Aleksej Gubarev
April 30, 2018                              169

1    Real-Bucks.com?

2         A    The same person.

3         Q    Who did it for RealEuros.com?

4         A    Honestly, I don't know.

5         Q    (BY MR. BLACK)  Let me show you MB-1.

6              (Defendant's Exhibit No. MB-1 was marked for

7    identification.)

8         Q    (BY MR. BLACK)  MB-1 is an e-mail from Nick

9    Dvas to Charles Dolan with a copy to you; is that

10   correct?

11        A    It's correct.

12        Q    Who is Charles Dolan?

13        A    He's our parent company.

14        Q    Who is Nick Dvas?

15        A    He was COO of Servers.com.

16        Q    And this concerns something called the methbot

17   add fraud, correct?

18        A    Yes.

19        Q    What was the methbot add fraud?

20        A    It was some bot was using advising, video

21   advising.  I don't know how to explain, because I'm not

22   a specialist about that.  There was tried to increase

23   use of the videos.

24        Q    What was the fraud?

25             MR. FRAY-WITZER:  Objection.  You can answer.

1      A    I don't know exactly it was, but -- I don't

2   know.

3      Q   (BY MR. BLACK)  You don't know what the fraud

4   was?

5      A    No.  It's right in here that they do some

6   fraud, but I don't know.  I never get actual details of

7   that.

8      Q    You never got what?

9      A    Actual details.

10      Q    I could not understand that.

11      A    Actual details.

12          INTERPRETER:  Actual details.

13      Q   (BY MR. BLACK)  You didn't get the details of

14   it, correct?

15      A    No, because it comes in the newspaper, but it

16   was never actually come to the -- no, what was actually

17   happening because Brian was not a client and nobody

18   contacted us to make an investigation.

19          COURT REPORTER:  I'm sorry, can you repeat

20      that?

21          WITNESS:  Brian was not a client of us and

22      nobody contacted us to make an investigation.

23      Q   (BY MR. BLACK)  So what did you do about it?

24      A    When we see, we shoot down the file

25   immediately.  We send them a notice to explain to us

Aleksej Gubarev
April 30, 2018                               171

1   what is happening, and he donate files and that's it.

2       Q    And that was the end of it?

3       A    No.  Actually we also make backups in case

4   there is any future investigation, we move them to some

5   service of the customers, and we keep it in storage and

6   we still have them.

7            COURT REPORTER:  Can you repeat that?

8            WITNESS:  As a extra step, we remove some hard

9       disk from the servers of this client.

10           INTERPRETER:  From the servers of that client.

11           WITNESS:  Yes.

12           And we put them in storage for in case any

13      future investigation.

14           COURT REPORTER:  Thank you.

15           WITNESS:  And I still have them.

16      Q   (BY MR. BLACK)  How many servers did you put

17  into storage?

18      A    We put -- I don't remember how many hard disk.

19  It's not all servers, it's the hard disk.

20      Q    I don't understand that.  How many servers did

21  you put in storage?

22           MR. FRAY-WITZER:  Objection.

23      A    Could I explain to you?

24      Q   (BY MR. BLACK)  Yes.

25      A    You don't have to put all server, you put the

Aleksej Gubarev
April 30, 2018                                    172

1  hard disk which is connected in this.

2       Q    Yeah.  I thought you said you put storage --

3  servers into storage?

4            MR. FRAY-WITZER:  Objection.

5       A    No.  I said in the beginning we put hard disk

6  of the servers in the storage because the server is a

7  big box like that.

8       Q    Yeah.

9       A    You don't need to store it.  The information

10 is the hard disk, which you can remove this amount of

11 space, and you leave it there.

12      Q    How many servers of yours were they using?

13      A    I don't remember exact number, but few hundred

14 I think.

15      Q    A few hundred?

16      A    Yes.

17      Q    Quite a few?

18           MR. FRAY-WITZER:  Objection.

19      A    Yes.

20      Q    (BY MR. BLACK)  And how much was the -- how

21 much were they paying you a month for the servers?

22      A    Around $200,000 a month.

23      Q    200,000?

24      A    In December, yes, $200,000.

25      Q    So they were paying you $200,000 a month for

Aleksej Gubarev
April 30, 2018                                    173

1    using these servers; is that correct?

2         A     Yes, it's correct.

3         Q     And when is it that you shut them down?

4         A     Immediately after we get this note -- this

5    information.

6         Q     When did you get the notice about Methbot?

7         A     In the news.

8         Q     When?

9         A     I don't know the time.  I mean, it was similar

10   time.

11        Q     This is December 21, 2016, is that when you

12   were -- is that when or about?

13        A     No.  It was shut down in 20.  The publication

14   was 20.  I don't know the21 because I don't know when we

15   got the information at that time.

16        Q     All right.  When did you close down this

17   client's servers?

18        A     Assuming when we know about that.

19        Q     Would that be December 21st?

20        A     I would like to repeat once again, I don't

21   know when was the information because the e-mail is not

22   clear when it was we got this information.  We shut down

23   immediately as soon as we got this information.  This is

24   our policy, we have zero in the policy for anything like

25   that.  As soon we get information or anything like that,

Aleksej Gubarev
April 30, 2018                    174

1   we shut down immediately.

2        Q    What was the name of the client's -- customer,

3   excuse me?

4        A    Alexander Zhukov.

5        Q    Who?

6        A    Alexander Zhukov.

7        Q    What was his business?

8        A    He told us he was doing some video

9   advertising.

10       Q    Some video?

11       A    Advertising.

12       Q    Advertising, okay.

13            Now, you find out at the -- certainly by

14   December 21, that they have been using your server --

15   excuse me, Alexander Zhukov has been using your servers

16   to defraud people, correct?

17            MR. FRAY-WITZER:  Objection.

18       A    I don't know if it was fraud, but it was

19   suspicious.  That's why I shut down on him.

20       Q    (BY MR. BLACK)  Just because it was suspicious?

21       A    Yes.

22       Q    Well, according to this, there was a -- at

23   least according to the articles that are attached to the

24   e-mail it says that:  "This is the biggest ad fraud

25   ever."

Aleksej Gubarev
April 30, 2018                                    175

```
 1              Were you aware of that?
 2              MR. FRAY-WITZER:  Objection.
 3      A    Before I read this newspaper, no.
 4      Q   (BY MR. BLACK)  No.  When you got this on
 5  December 21 from Charles Dolan or you sent it to Dolan.
 6  I see that --
 7      A    Yes, we sent to Dolan.
 8      Q    So I guess on December 21 you were aware that
 9  this was the biggest ad fraud ever, correct?
10              MR. FRAY-WITZER:  Objection.
11      A    It was suspicious of the biggest fraud.  It
12  was never investigation or called decision about that.
13  How can I know if it's true or not?  It's suspicious,
14  yes.
15              We immediately act on that and shut down.
16  Before the policy, we ask the customer to explain what
17  is doing.
18      Q   (BY MR. BLACK)  All right.  So what happened to
19  the methbot fraud?
20              MR. FRAY-WITZER:  Objection.
21      A    I don't know.
22      Q   (BY MR. BLACK)  Why not?
23              MR. FRAY-WITZER:  Objection.
24      A    How can I know?
25      Q   (BY MR. BLACK)  Well, your servers were
```

Aleksej Gubarev
April 30, 2018                           176

```
 1   involved in facilitating this fraud --
 2           MR. FRAY-WITZER:  Objection.
 3      Q   (BY MR. BLACK)  -- wouldn't you want to know
 4   what the story was?
 5           MR. FRAY-WITZER:  Objection.
 6      A   How can I know it?  We have this client for a
 7   year.  It was never -- I explain you.  We have this
 8   client, we know his name, we know his credit card
 9   number, we was have opening his payment history for the
10   month.
11           COURT REPORTER:  I'm sorry?
12           WITNESS:  All payment history.
13           INTERPRETER:  All payment history?
14      A   Yes.  He pay us through the month.  We even
15   meet him, and he looks okay in the meeting for us.
16           Also, before this publication it was zero
17   abuses to our system about him.  We was aware about this
18   was happening ourselves.  When we found out, the
19   suspicious that he did something, we shut down
20   immediately.  We informed the customer that to please
21   explain us, if you could, explain us.  He don't contact
22   us.  That was it.
23      Q   (BY MR. BLACK)  So this went on for a year
24   without you knowing, correct?
25           MR. FRAY-WITZER:  Objection.
```

1      A    Yes.

2      Q    (BY MR. BLACK)  And there's no way to know I

3  take it on your servers if somebody is committing a

4  massive fraud?

5           MR. FRAY-WITZER:  Objection.

6      A    I don't know.

7      Q    (BY MR. BLACK)  Well, it happened with Methbot,

8  right?

9      A    It happened.

10     Q    And isn't it true that the dangerous thing

11  about Methbot is that they use a large number of servers

12  in the Dallas data center?

13          MR. FRAY-WITZER:  Objection.

14     A    I don't know details but, they were using our

15  servers as well.

16     Q    (BY MR. BLACK)  But were they using your

17  servers or the ones that you leased in the Dallas

18  Service Center -- or Data Center, excuse me?

19     A    Some of them was in Dallas, correct.

20     Q    After you shut it down and you put this the --

21  whatever that is on the server, I'm sorry, I couldn't

22  understand what you said that put it in storage.

23     A    Hard disk.

24          MS. BOLGER:  Hard disks.

25          MR. BLACK:  Hard disks.

Aleksej Gubarev
April 30, 2018                                    178

```
 1        A    Yes.

 2        Q    (BY MR. BLACK)  Okay.  Did you call the FBI to

 3   tell them you had the hard disks?

 4        A    I was ready for investigation.  If we had a

 5   investigation, I can provide them.

 6        Q    Did you call the FBI and tell them you had the

 7   hard disks for the Methbot fraud?

 8        A    It's not my duty.  They have to investigate.

 9        Q    Could you answer my question:  Did you call

10   the FBI?

11        A    No.

12        Q    Did you call the FSB?

13        A    Why I have to call?

14        Q    Do you call any police?

15        A    No.

16        Q    So starting at the end of December 2016, you

17   were losing $200,000 a month; is that correct?

18        A    Well, it was not our client.  He was month to

19   month.  He was not committed to there anyways.

20        Q    He had been paying you $200,000 a month,

21   correct?

22        A    In December, yes.

23        Q    And as of January, he was no longer paying you

24   $200,000 a month; is that correct?

25        A    It's correct.
```

Aleksej Gubarev
April 30, 2018                               200

```
1        little warm at times.

2             WITNESS:  It's a little bit hard to breathe.

3             MR. BLACK:  Yes, I get that.  It's not

4        deliberate.

5        A    Yes.

6        Q   (BY MR. BLACK)  All right.  Now, this is a

7   e-mail from Mr. Dvas to Mr. Dolan with a copy to you; is

8   that correct?

9        A    It's correct.

10       Q    On December 22, 2016?

11       A    Yes, it's the date here.

12       Q    And in the second paragraph he said:  "We've

13  decided to let out the information about Webzilla being

14  a hosting provider for this customer."

15            Why were you doing that?

16            MR. FRAY-WITZER:  Objection.  You can answer.

17       A    Well, it's public information almost anyway.

18       Q   (BY MR. BLACK)  It says:  "We've decided to let

19  out the information about Webzilla."

20            So it's obviously not public, right?

21       A    Well, it was mentioned one article I know

22  100 percent this was some publication it was mentioned

23  already.

24            COURT REPORTER:  I'm sorry?

25       Q   (BY MR. BLACK)  It goes on to say --
```

Aleksej Gubarev
April 30, 2018                                    201

1              INTERPRETER:  It was in some publication, I

2         didn't know it was already.

3         Q    (BY MR. BLACK)  Is was in the White Ops report,

4    correct?

5         A    I don't read this document, sorry.  You ask

6    who was handling this situation, I was not --

7         Q    Did you read the White Ops Report?

8         A    I read briefly, but I don't remember specific

9    details.  I cannot tell you.  I'm sure that it was in

10   some publication, but I don't know which one.

11        Q    But these are your companies, aren't they?

12   Isn't this serious?

13             MR. FRAY-WITZER:  Objection.

14        A    I think it's serious, assuming, no, we just

15   discussed it briefly.

16        Q    (BY MR. BLACK)  You look at things briefly when

17   it deals with the servers of your company being involved

18   in this fraud?

19             MR. FRAY-WITZER:  Objection.

20        A    I was looking on them, but you're asking about

21   one and a half years ago.  I cannot remember all the

22   details of that.

23        Q    (BY MR. BLACK)  All right.  And it says here

24   that Dvas tells Dolan it should only go from -- it

25   should go from you only to White Ops and Brian Krebs.

Aleksej Gubarev
April 30, 2018                          214

```
 1        A    I believe it was no.

 2             COURT REPORTER:  I'm sorry, what was your

 3        answer, I believe?

 4             WITNESS:  I believe it was no.

 5             INTERPRETER:  I believe it was not.

 6        Q   (BY MR. BLACK)  Let me show you INT-2.

 7             (Defendant's Exhibit No. INT-2 was marked for

 8   identification.)

 9        A    Finish with this?

10        Q   (BY MR. BLACK)  Yes.

11             Did you get this report?

12        A    Yes.

13        Q    Was it before or after the internal memo that

14   we just went through?

15             MR. FRAY-WITZER:  Objection.

16        A    I don't remember.

17        Q   (BY MR. BLACK)  This is an internal report on

18   the Grizzly Steppe document; is that correct?

19        A    This is what he wrote here.

20        Q    And then it says the fourth paragraph down:

21   "I found this report on September 6, 2017."

22             Do you see that?

23        A    Yes.

24        Q    That's nine months later.

25             MR. FRAY-WITZER:  Objection.
```

Aleksej Gubarev
April 30, 2018                              238

```
 1              MR. FRAY-WITZER:  There's no question in front
 2      of the witness.
 3      Q   (BY MR. BLACK)  Do you think that Russia was
 4  hacking the American election?
 5      A   I don't know.
 6              MR. FRAY-WITZER:  Objection.
 7      A   I'm not here to give opinion.  I'm here to
 8  answer facts.
 9      Q   (BY MR. BLACK)  Tell us what your personal
10  damages are?
11      A   I mean, personal damage is huge on all levels.
12  First of all, I get huge amount of stress from my wife.
13  I mean, it's not even nothing so bad happen to me like
14  that to me before.  It was attack everywhere.  I was not
15  able to sleep.  I'm still hard to the sleep to be
16  honest.
17              Like, I'm in some place -- you know what,
18  imagine for us for one year, you have to wake up and do
19  the refresh of the Google news what appear about you.
20  It's not explains you want to have to your wife.  You
21  don't want to explain to peoples you're not criminal on
22  daily basis, or you don't have to explain you don't do
23  this.
24              This was my main shop the one I have here and
25  explain to everybody.  This is not me who did this.  I
```

1    don't do it.  And I want to make sure this is not

2    happening.  Somebody published about me such false

3    information.

4           My family was abused as well.  My wife was

5    under pressure.  Jury (phonetic) was coming to Cyprus to

6    make an investigation against me.  Even I don't do

7    nothing they come close to house and close to my -- they

8    come to my office.  They come to business of my wife.

9    They were asking questions around.  They hire private

10   investigation company as we against and follow us, and a

11   real security belief of my life.  I hired security

12   company to protect me for this grievance.

13          My mother and her mother was shocked about

14   that because not me informed them.  It was on the

15   national television of Russian Federation that I was

16   connected to the story.

17          They get hundreds, 40 houses told me that.

18   People was calling me, including people who's living in

19   your area to explain what is happening, how am I

20   connected to that.  People want to know.  And she was

21   under huge stress.  I mean, all my family was under huge

22   stress and we're still under stress, and my personal, I

23   still have a big problems with on a lot of levels.

24          I have huge problems in business.  Like, was

25   Bosch Bank closed my bank accounts three weeks ago.

Aleksej Gubarev
April 30, 2018                              240

1    They closed all my bank accounts.  Yes, again, was the

2    test on you and believes that the time you finish your

3    court cases you have to close your bank account because

4    you published -- Bosch published that I'm criminal.

5             Okay, be in the court case to your protect

6    your reputation because now we're under high, high risk

7    of file to continue to do business.

8             Banks refuse me to give loans because of high,

9    high profile as well.  I spent unbelievable amount of

10   time to explain to everybody in the world that I'm not

11   doing this.  I spoke with a lot of journalists

12   especially when this happened.

13            Imagine one day you wake up and you need to

14   leave -- I was not a public person at all.  And you need

15   to leave in a matter of four days.  People was calling

16   me.  I don't know how they get my number even.  They

17   were calling me no stop asking to give interviews, and I

18   have to give it because I was not doing that.  I need to

19   protect myself.

20            It was consistent war to try to minimize

21   damage and save me from the troubles, but that was --

22   I'm getting -- I'm still in troubles.

23       Q    Anything else?

24       A    That was so many things happen.  Even some

25   people actually stopped communications with me because

```
1                CERTIFICATE OF OATH OF INTERPRETER

2


3    STATE OF FLORIDA      )
                           )  SS:
4    COUNTY OF MIAMI-DADE

5

6           I, SHARI M. THRASHER, Court Reporter, Notary

7    Public in and for the State of Florida at Large, certify

8    that the Interpreter, Mykola Tyschchenko, personally

9    appeared before me on April 30, 2018, and was duly sworn

10   by me.

11          WITNESS my hand and official seal this 8th day

12   of May, 2018.

13

14

15

16

17   _____
     SHARI M. THRASHER, Court Reporter
18   Notary Public, State of Florida
     Notary No. #GG156912
19   Expires: December 17, 2021

20

21

22

23

24

25
```

Aleksej Gubarev
April 30, 2018                    292

1                          CERTIFICATE OF OATH

2

3     STATE OF FLORIDA

4     COUNTY OF MIAMI-DADE

5

6          I, SHARI M. THRASHER, Notary Public in and for

7     the State of Florida at Large, certify that the

8     witness, ALEKSEJ GUBAREV, personally appeared before

9     me on Monday, April 30, 2018, and was duly sworn.

10

11         WITNESS my hand and official seal this 8th day

12    of May, 2018.

13

14                          _____

15                          SHARI M. THRASHER, Court Reporter
16                          Notary No. #GG156912
                            Expires: December 17, 2021
17

18

19

20

21

22

23

24

25

Aleksej Gubarev
April 30, 2018                                        293

1              REPORTER'S DEPOSITION CERTIFICATE

2

3          I, SHARI M. THRASHER, Court Reporter, certify

4      that I was authorized to and did stenographically

5      report the deposition of ALEKSEJ GUBAREV, the

6      witness herein, on April 30, 2018; that a review of

7      the transcript was requested; and that the foregoing

8      pages numbered from 1 to 293 inclusive is a true and

9      complete record of my stenographic notes of the

10     deposition by said witness; that the foregoing pages

11     constitute a true and correct transcript of my

12     shorthand notes; and that this computer-assisted

13     transcript was prepared by me and/or under my

14     supervision.

15         I further certify that I am not a relative,

16     employee, attorney or counsel for any of the parties

17     in this cause nor related to nor employed by any

18     attorney or counsel herein nor financially

19     interested in the outcome of this action.

20         Dated this 8th day of May, 2018.

21

22     _____

       SHARI M. THRASHER, Court Reporter

23

24

25