# **EXHIBIT 8**

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF FLORIDA

 3   _____
                                           )
 4   ALEKSEJ GUBAREV, XBT HOLDING S.A.,    )
     and WEBZILLA, INC.,                   )
 5                                         )
                   Plaintiffs,             )
 6   vs.                                   )  Case No.:
                                           )  17-CV-60426-UU
 7   BUZZFEED, INC., and BEN SMITH,        )
                                           )
 8                 Defendants.             )
     _____)
 9

10

11                    ** CONFIDENTIAL **

12          ** PURSUANT TO A PROTECTIVE ORDER **

13

14

15               VIDEOTAPED DEPOSITION OF

16                    MARC GOEDERICH

17                   LIMASSOL, CYPRUS

18                 FRIDAY, MAY 18, 2018

19                      9:13 A.M.

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR 9243
```

| | | |
|---|---|---|
| 1 | Was that one of the two he told you | 12:48:04 |
| 2 | on the phone? | 12:48:05 |
| 3 | A.   Probably yes.  I guess so, yes. | 12:48:07 |
| 4 | Q.   (Reading.) | 12:48:09 |
| 5 | "Do you believe everything the Americans | 12:48:09 |
| 6 | might say?" | 12:48:12 |
| 7 | Do you see that? | 12:48:13 |
| 8 | A.   Yes. | 12:48:13 |
| 9 | Q.   What does that mean? | 12:48:13 |
| 10 | A.   In the meantime, when I was searching | 12:48:17 |
| 11 | for the IP addresses, there were a lot of reports | 12:48:19 |
| 12 | that were pretty critical about this report that | 12:48:22 |
| 13 | there were no -- because, if I remember correctly, | 12:48:26 |
| 14 | in the U.S. it was said that Russia hacked America | 12:48:29 |
| 15 | or Democratic Party.  But the report, from what | 12:48:34 |
| 16 | I read in the news, did not give any indication | 12:48:35 |
| 17 | that it was really the case. | 12:48:39 |
| 18 | Q.   So you're not taking -- | 12:48:42 |
| 19 | A.   So that was in reference -- | 12:48:42 |
| 20 | Q.   So you don't have to take -- you don't | 12:48:43 |
| 21 | have to take it very seriously, then?  Is that | 12:48:44 |
| 22 | what that means? | 12:48:47 |
| 23 | A.   No.  But just if you believe this report | 12:48:47 |
| 24 | is something that is -- let's say -- as I say, if | 12:48:50 |
| 25 | the report is something -- is of good quality or | 12:48:58 |

| | | |
|---|---|---|
| 1 | bad quality -- you could say it that way -- or | 12:49:02 |
| 2 | contains useful information that help you understand | 12:49:03 |
| 3 | what happened. | 12:49:09 |
| 4 |     Q.   Okay.  So the little -- see how it says | 12:49:10 |
| 5 | a little "J" next to it there? | 12:49:12 |
| 6 |          That's a printout of what must have been | 12:49:14 |
| 7 | an emoji; right? | 12:49:17 |
| 8 |     A.   No.  I think that's just a typo. | 12:49:17 |
| 9 |     Q.   Is it?  I'm not looking at the -- | 12:49:20 |
| 10 |     A.   I'm -- I'm not sure. | 12:49:24 |
| 11 |     Q.   Did you throw in a little winky face | 12:49:30 |
| 12 | there? | 12:49:34 |
| 13 |     A.   I don't remember. | 12:49:35 |
| 14 |     Q.   Are you prone to throw in the occasional | 12:49:35 |
| 15 | winky face?  The -- the J's on the original.  If | 12:49:36 |
| 16 | you look at the -- if you look at the Luxembourgish, | 12:49:38 |
| 17 | you can see the "J." | 12:49:40 |
| 18 |          Do you -- do you -- | 12:49:42 |
| 19 |     A.   It's not in my translation.  I -- I see | 12:49:47 |
| 20 | a "J" here.  But ... | 12:49:47 |
| 21 |     Q.   Yeah.  No, I'm -- I mean, often when | 12:49:49 |
| 22 | emojis print out, you'll agree with me they print | 12:49:52 |
| 23 | out as the letter "J"; right? | 12:49:52 |
| 24 |     A.   I'm not sure.  I never print out e-mails, | 12:49:54 |
| 25 | or rarely. | 12:49:56 |

| | | |
|---|---|---|
| 1 | Q.   You use emojis a lot? | 12:49:57 |
| 2 | A.   Not a lot. | 12:50:00 |
| 3 | Q.   (Reading.) | 12:50:01 |
| 4 | "Do you believe everything the Americans | 12:50:01 |
| 5 | might say?" | 12:50:03 |
| 6 | You know, do you believe the Russians | 12:50:05 |
| 7 | hacked the DNC? | 12:50:09 |
| 8 | A.   I don't know. | 12:50:10 |
| 9 | Q.   I'm asking you what you believe.  You | 12:50:12 |
| 10 | personally, "you," what do you believe? | 12:50:14 |
| 11 | A.   I have no opinion on it. | 12:50:16 |
| 12 | Q.   Then it says: | 12:50:17 |
| 13 | "Most have been clients for quite | 12:50:18 |
| 14 | a long time." | 12:50:20 |
| 15 | Who were those clients? | 12:50:21 |
| 16 | A.   The ones that use these five -- that | 12:50:23 |
| 17 | these five IP addresses were attributed to. | 12:50:25 |
| 18 | Q.   Who were they? | 12:50:27 |
| 19 | A.   I don't know. | 12:50:28 |
| 20 | Q.   You got an e-mail from a super secret, | 12:50:31 |
| 21 | top secret, won't tell me their name, organization | 12:50:33 |
| 22 | telling you that the United States government said | 12:50:38 |
| 23 | that these individuals were involved in the Russian | 12:50:40 |
| 24 | attacks. | 12:50:41 |
| 25 | And you don't know who the customers were? | 12:50:41 |

| | | |
|---|---|---|
| 1 | A. I don't even remember. | 14:29:03 |
| 2 | Q. Did you -- were you concerned that | 14:29:06 |
| 3 | maybe some portion of XBT or Webzilla was | 14:29:09 |
| 4 | involved in some kind of malicious activity? | 14:29:11 |
| 5 | A. No. I did not think about it any | 14:29:18 |
| 6 | further at that moment. | 14:29:21 |
| 7 | Q. You didn't think about it any further, | 14:29:21 |
| 8 | did you say? I just didn't hear you. | 14:29:23 |
| 9 | A. Yeah. No, I did not give it any | 14:29:24 |
| 10 | further thought at that moment. | 14:29:29 |
| 11 | Q. Why not? | 14:29:31 |
| 12 | A. Why? It was just information that | 14:29:31 |
| 13 | the name of Alex was named, you know, by -- | 14:29:33 |
| 14 | by a newsfeed. But at that moment, it was | 14:29:35 |
| 15 | Buzzfeed. So I did not even know what it | 14:29:39 |
| 16 | was all about and so on at that moment. So | 14:29:43 |
| 17 | I did not think any further about it. | 14:29:48 |
| 18 | Q. Have you -- I think you said you've | 14:29:49 |
| 19 | never read the dossier. | 14:29:52 |
| 20 | Right? | 14:29:53 |
| 21 | A. Not completely, no. | 14:29:54 |
| 22 | Which dossier? You mean the -- | 14:29:54 |
| 23 | Q. The dossier -- sorry. | 14:29:55 |
| 24 | You've never read the -- what -- | 14:29:55 |
| 25 | the dossier that Buzzfeed published? | 14:29:57 |

```
1                    CERTIFICATE OF REPORTER
2
3            I, BRENDA MATZOV, CA CSR 9243, do hereby
4    certify:
5            That, prior to being examined, the witness
6    named in the foregoing deposition was duly sworn
7    by me to testify the truth, the whole truth, and
8    nothing but the truth;
9            That the foregoing deposition was taken
10   before me at the time and place herein set forth,
11   at which time the aforesaid proceedings were
12   stenographically recorded by me and thereafter
13   transcribed by me;
14           That the foregoing transcript, as
15   typed, is a true record of the said proceedings;
16           And I further certify that I am not
17   interested in the action.
18
19           Dated this 18th day of May, 2018.
20
21           _____
             BRENDA MATZOV, CA CSR 9243
22
23
24
25
```