# **EXHIBIT 9**

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**Subject:** RE: Info
**From:** "Marc Goederich" <marc.goederich@root.lu>
**Date:** 1/3/2017 1:46 AM
**To:** "'Fred Arbogast'" <Fred.Arbogast@me.etat.lu>

SAlut Fred,

Alles Guddes am neien Joer och fir dech. Also et ass e bessen queesch duerch den Gaart, die 188 IP ass zu Singapore. Gleews du alles waat d'Amerikaner sou soen ? J Die meescht sin schon länger client an hun mei wie een server, also eischter eppes Richtung reseller. Ass besse Russland, USA an Bulgarien dobei.

Mfg,

Marc


**From:** Fred Arbogast [mailto:Fred.Arbogast@me.etat.lu]
**Sent:** Tuesday 3 January 2017 10:20
**To:** 'jerome.marques@root.lu' <jerome.marques@root.lu>; marc.goederich@root.lu
**Subject:** Info

Salut Jungs,


Alles Gudds am neien Joer. Hoffen dir konnt iech en bessen erhuelen.


Kennt dir mol checken waat dei 3 IPs hei sin ? Sie sin am Rapport vum DHS zu den russeschen Attacken opgetaucht.


94.242.195.186
94.242.222.23
94.242.239.162



Merci


Fred

RE: Info

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

**Subject:** RE: Info
**From:** "Marc Goederich" <marc.goederich@root.lu>
**Date:** January 3, 2017, 1:46 a.m.
**To:** "Fred Arbogast" <Fred.Arbogast@me.etat.lu>

Hi Fred,

Best wishes in the New Year for you, too! So, it's a bit of a cross-country trip—the 188 IP is in Singapore. Do you believe everything the Americans might say? J Most have been clients for quite a long time and have more than one server, so really something more like resellers. It's better Russia, U.S., and Bulgaria there.

Best regards,

Marc

---

**From:** Fred Arbogast [mailto:Fred.Arbogast@me.etat.lu]
**Sent:** Tuesday January 3, 2017, 10:20 a.m.
**To:** 'jerome.marques@root.lu' <jerome.marques@root.lu>; marc.goederich@root.lu
**Subject:** Info

Hi boys,

Best wishes for the New Year! Hope you've been able to recuperate a little.

Could you check on what these 3 IPs are? They have come up in the report from the DHS regarding the Russian attacks.

94.242.195.186
94.242.222.23
94.242.239.162

Thanks.

Fred

EXHIBIT 19b
WIT Marc Goederich
DATE May 18, 2018
BRENDA MATZOV CA CSR 9243

P-T000020



# CERTIFICATION

Schreiber Translations, Inc.
51 Monroe Street
Suite 101
Rockville, MD 20850

P: 301.424.7737
F: 301.424.2336

This is to certify that the attached English language document, identified as 2_P-T000020_ENG is a true and accurate translation of the original Luxembourgish language document to the best of our knowledge and belief.

Executed this 11th day
of May, 2018

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com
www.schreibernet.com