**EXHIBIT 10**

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

DEFENDANT'S
EXHIBIT
INT-2
4-30-18 BT

Internal Investigation Report on "GRIZZLY STEPPE" document released on Dec 29, 2016 by Department of Homeland Security (DHS).

From: BK
To: XBT Holding stakeholders

On December 29, 2016 DHS has released report which describes a malicious activity targeting U.S. political party (https://www.us-cert.gov/sites/default/files/publications/JAR_16-20296A_GRIZZLY%20STEPPE-2016-1229.pdf).

I found this report on September 6, 2017.

DHS also published a list of "Indicators" consist of domains, IP addresses and requests (https://www.us-cert.gov/sites/default/files/publications/JAR-16-20296A.csv).
There are **876** IP addresses listed in document, and it appeared, that following 14 IP addresses (belongs to XBT subsidiary ROOT S.A.) were referenced:
188.42.254.26
212.117.180.130
212.117.180.21
94.242.195.186
94.242.206.196
94.242.222.23
94.242.239.162
94.242.239.163
94.242.239.165
94.242.239.177
94.242.239.181
94.242.239.183
94.242.239.189
94.242.251.32

I've immediately reached ROOT S.A. management and requested all details they may have in regards of that report.

Marc Goederich reported that he knows about DHS document since (at least) January 2017. He didn't report this event back to XBT management, since he believed this may be not important. His believe was based on multiple conversations he had with Luxembourg State Intelligence Service representative. There were at least two conversations, one was over phone and another one over e-mail.
E-mail conversation took place on January 3, 2017 and phone conversation some time later.