# **EXHIBIT 11**

**From:**      Alexey Gubarev <alex@servers.com>
**Sent:**      Wednesday, December 21, 2016 12:33 PM
**To:**        Dolan, Charles
**Cc:**         Nick Dvas
**Subject:**    Re: Reputation management services

We had zero abuses about this client from anybody from day one till yeasterday,
and never know exactly what he is doing.

Also, he was paying from his personal card and to our US bank, we was
never think that if you pay from personal card you will do something like that.

We contact to our legal team in USA with a list of what we did up to now, they
confirm us that we do not have to do nothing extra at this moment from a legal side.

Alex.

> On Dec 21, 2016, at 1:36 PM, Nick Dvas <dvas@servers.com> wrote:
>
> Hello,
> that's pretty simple
> - the customer ordered his first servers from us back in 2015
> - yesterday we've read the materials published on the web about Methbot, went to whiteops
> website https://www.whiteops.com/ and found list of IP addresses http://methbot.s3-website-us-
> east-1.amazonaws.com/IPs-CIDR.txt
> - some of these IPs coincided with that used by this customer
> - we notified him about service suspension and suspended services immediately.
>
>> On Dec21 2016, at 12:51, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>>
>> Dear Nick:
>>
>> In preparation for further discussion and
>> for Servers.com reputation. Please have someone
>> prepare a chronological outline of what happened
>> (including technical elements) when and how.
>> Especially when Servers.com became aware of the
>> situations and what you have done to prevent a
>> recurrence. I will meet with the team first thing and



EXHIBIT 63
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

1

KGlobal 000580

get a cost estimate and if that is acceptable, we can
schedule a call this morning.

Best,

Chuck

**From:** Nick Dvas <dvas@servers.com>
**Date:** Wednesday, December 21, 2016 at 4:31 AM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**Cc:** Alexey Gubarev <alex@servers.com>
**Subject:** Reputation management services

Hello Chuck,
we might need some of your services.

Yesterday, a series of publications were made:

http://www.forbes.com/sites/thomasbrewster/2016/12/20/methbot-
biggest-ad-fraud-busted/#76094984ca8c
http://fortune.com/2016/12/20/methbot-ad-fraud/
http://www.nytimes.com/2016/12/20/technology/forgers-use-fake-
web-users-to-steal-real-ad-revenue.html?_r=0
http://money.cnn.com/2016/12/20/technology/ad-fraud-online-
methbot/

It turned out that this network was using our servers. We were
completely unaware of the nature of their business, and performed
our actions in a very transparent and legal manner. We have shut
down this customer immediately upon publication

It is possible that some curious journalist might eventually find
out that the servers were ours, and our name might start
appearing in this context. It is very obvious we would like to
avoid that since regardless of the fact that there was no
wrongdoing in our actions, the publication of such nature might
make harm to our reputation.

We need your help to establish control on the media field in this
aspect, and not to let our name be stained.

Can you please tell us,
- are you taking this kind of a job,
- if yes, what is the general course of action you're planning to
execute
- and what will be the retainer for that.

Thank you.

CONFIDENTIAL

KGlobal 000581

3

CONFIDENTIAL