**EXHIBIT 12**



## XBT Statement On Unsubstantiated Buzzfeed Report

Published on: **January 12, 2017**



Online publication Buzzfeed published an unsubstantiated report on Tuesday, January 10, that alleged that Webzilla, its parent company XBT Holding and their representatives were connected to the emails leaked from the Democratic Party in the United States. Webzilla and XBT Holding absolutely deny having had any connection with this activity.

There has been absolutely no involvement by Webzilla, XBT or any of its other subsidiaries with the people or alleged activities in this unsubstantiated report. In fact, Webzilla and XBT companies provide online server capacity for their customers and wouldn't be involved in the kind of activity alleged in the account published by Buzzfeed.

Our management believes that the information presented in the report, as well as the media that distribute this information cannot be accounted as credible. Our management condemns these activities and has offered to fully cooperate with law enforcement officials investigating this matter.

### CATEGORIES

**News Releases**
Update on what is new in the world of XBT Holding

**Blog**
Insider information and specialist opinions on everything IT

**Video**
Media presented discussions, customer interactions and more

### SUBSCRIBE

For all things XBT, follow us on our social media channels!

### SUBSCRIBE BY EMAIL

