# EXHIBIT 13

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Internal Investigation Report on BuzzFeed publication

From: BK
To: XBT Holding stakeholders

Background
On January 11, 2017 BuzzFeed published report, named "These Reports Allege Trump
Has Deep Ties To Russia"
Report was originally available on the following URL:
https://www.buzzfeed.com/kenbensinger/these-reports-allege-trump-has-deep-ties-to-
russia
Last page of this thirty five page document contains references to XBT Holding,
Webzilla and Alexej Gubarev

At the time report was published, I was on vacation, but I have immediately returned to
work.

Objective
We know, that statements regarding XBT/Webzilla/Aleksey Gubarev is not true.
Our aim is to find out if XBT/Webzilla infrastructure was used for any activities related to
published report

Investigation
Following two factors was very limiting our ability to conduct thoughtful investigation.
    1. Published report contains only top level information and lack any details.
    2. Extensive timeframe (March to September 2016)

I went through infrastructure servers/systems making sure, that:
- all firewall rules are up to date
- all OS and software components is up to date
- there were no unauthorized logins to any of the systems/servers

I went through email to check if there were any complaints regarding infrastructure
servers/systems during last 12 months.

Both check returned no evidence of illegal activity from infrastructure servers/systems.
Due to this fact I continued my research through public sources (security bulletins,
search engines, etc.).

During this phase I discovered following articles, describing attacks on US government
institutions and Democratic Committee (DNC).
https://threatconnect.com/blog/state-board-election-rabbit-hole/
https://www.crowdstrike.com/blog/bears-midst-intrusion-democratic-national-committee/
https://www.threatconnect.com/blog/guccifer-2-0-dnc-breach/

Also, I found a following document issues by FBI:



DEFENDANT'S
EXHIBIT

21

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

https://s.yimg.com/dh/ap/politics/images/boe_flash_aug_2016_final.pdf

Articles and FBI document contains a list of various IP addresses (listed below) related to the attacks.
185.104.11.154
185.104.9.39
204.155.30.75
204.155.30.76
204.155.30.80
204.155.30.81
89.188.9.91
5.149.249.172
45.32.129.185
5.135.183.154
185.100.84.134
58.49.58.58
218.1.98.203
187.33.33.8
185.86.148.227
45.32.129.185
23.227.196.217

These IP's belongs to different organizations, however none of this IP's was anyhow related to XBT/Webzilla.

This again shows, that XBT/Webzilla is not a part of any illegal activities listed in report published by BuzzFeed.

Outcome
During investigation, I realized there is some room to improve overall security of XBT/Webzilla network.
Following actions has been scheduled for implementation:
- Upgrade NetFlow data storage to hold at least 12 months data history. Currently only 3 months stored, which limits our ability to look back.
- Introduce changes to Acceptable Use Policy to deny hosting of any anonymizing service (VPN, Proxy, TOR, etc.)
- Monitor networks for TOR exit node activity and prevent such activity