# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ALEKSEJ GUBAREV, XBT HOLDING S.A., and WEBZILLA, INC.,

Plaintiffs,

vs.

BUZZFEED, INC., and BEN SMITH,

Defendants.

Case No.: 17-CV-60426-UU

VIDEOTAPED DEPOSITION OF

JOCHEM STEMAN

LIMASSOL, CYPRUS

WEDNESDAY, MAY 16, 2018

1:22 P.M.

REPORTED BY: BRENDA MATZOV, CA CSR 9243

know -- I don't have it on top of mind. So I don't know. I know that they agreed with us to share the article. But I -- all other -- if there were other agreements, I don't know.

I mean, it's also stating over here somewhere, I think in the e-mail, that says, hey, okay, let's discuss it during or prior to. So it's -- I don't know.

MS. SCHARY: Okay. I'm going to show you a document that I'm going to mark as Exhibit 10. It's Bates stamp P-P000668.

(Exhibit 10 marked.)

Q. BY MS. SCHARY: Do you recognize this as an e-mail on January 13, 2017, from Jack de Vries at HK Strategies called:

"InterviewPrep."

A. (Examining.) Yes.

Q. And did you communicate the substance of this e-mail to Mr. Gubarev?

A. I don't know. It's not in the copy. So I don't know.

Q. Did you forward this to Mr. Gubarev?

A. It's not top of mind. So I don't know.

Q. I'm going to direct you to the second page under:

14:52:46 "Stick to the following key messages."
14:52:47 A. Yes.
14:52:49 Q. The seventh bullet point down starts:
14:52:55 "Our own internal investigation" --
14:52:57 And there's some brackets. "[Rules out]" is one option. And "[produced no indication]" is the other option.
14:53:03 -- "of a hack or abuse."
14:53:04 Do you see that?
14:53:05 A. I see that. Yes.
14:53:06 Q. Were you aware of an internal investigation at Webzilla and/or XBT in response to the Buzzfeed dossier?
14:53:22 A. I don't know. I don't know. This is technical department. I don't know.
14:53:27 Q. Well, you were the person who engaged the -- the outside PR agency; right?
14:53:31 A. I was just the man in the middle who arranging it. So yes, I arranged the -- the -- the interview. But I don't know all the internal --
14:53:39 Q. Did they ever ask whether the allegations were true?
14:53:45 MR. GURVITS: Objection.
14:54:03 THE WITNESS: I don't know.
14:54:06 Q. BY MS. SCHARY: You don't know whether

14:54:08 HK Strategies ever asked if the allegations in
14:54:10 the Buzzfeed dossier were true?
14:54:14 MR. GURVITS: Objection.
14:54:14 THE WITNESS: No, I don't know.
14:54:17 Q. BY MS. SCHARY: Did you have any
14:54:17 conversations with Mr. Gubarev about whether
14:54:20 the allegations in the Buzzfeed dossier were
14:54:21 true?
14:54:22 A. Yes.
14:54:28 Q. And what were those con -- how many
14:54:31 conversations did you have approximately?
14:54:34 A. I don't know. I don't know.
14:54:38 Q. What did Mr. Gubarev tell you?
14:54:43 A. That's not true.
14:54:44 (Court reporter clarification.)
14:54:44 THE WITNESS: That it is not true.
14:54:44 Q. BY MS. SCHARY: Did you ask Mr. Gubarev
14:54:45 how he knows it's not true?
14:54:47 A. Yes, I did.
14:55:08 Q. And what did he say?
14:55:09 A. That it was not true.
14:55:11 Q. Did he -- other than telling you that
14:55:14 it was not true --
14:55:15 A. No.
14:55:15 Q. -- did he provide any explanation as

to how he knows it was not true?

A. No, because this not true. So no.

Q. I'm sorry. Can you repeat that?

A. I said no, because it's not true. So no, there is no ...

Q. Okay. And were you aware of an internal investigation being performed at Webzilla or XBT regarding the allegations?

A. As I already stated, I don't know.

Q. So you didn't advise HK Strategies which of these two options in Exhibit 10 were -- were correct?

A. Not that I'm aware of. No.

Q. I'm sorry?

A. Not that I'm aware of. So ...

Q. Sitting here today, do you believe the allegations are true?

A. No.

Q. How do you know?

A. Because I know.

Q. I'm going to look at the third page now of this exhibit, the first bullet point. It says:

"Tell me how you protect your" --

And my -- just to back up here, my

CERTIFICATE OF REPORTER

I, BRENDA MATZOV, CA CSR 9243, do hereby certify:

That, prior to being examined, the witness named in the foregoing deposition was duly sworn by me to testify the truth, the whole truth, and nothing but the truth;

That the foregoing deposition was taken before me at the time and place herein set forth, at which time the aforesaid proceedings were stenographically recorded by me and thereafter transcribed by me;

That the foregoing transcript, as typed, is a true record of the said proceedings;

And I further certify that I am not interested in the action.

Dated this 16th day of May, 2018.

_________________________________________

BRENDA MATZOV, CA CSR 9243