**EXHIBIT 15**

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

From: **Dolan, Charles** charles.dolan@kglobal.com
Subject: Initial Response
Date: 11 January 2017 at 5:36 PM
To: Alexey Gubarev alex@xbt.com
Cc: Nick Dvas dvas@servers.com



Please be absolutely certain that none of your servers were in anyway involved – even innocently.

Response:

- I had absolutely **no knowledge** of this alleged incident until I read the Buzzfeed story this morning.

- According to the New York Times these are **unverified** claims

- There has been absolutely **no involvement** by XBT or any of its subsidiaries.

Alex, I would not go beyond any of this until we hear the Trump press Conference. At 11:00 AM Washington time.



EXHIBIT 82
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-H000042