**EXHIBIT 16**

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

From: Jack de Vries <Jack.DeVries@hkstrategies.com>
Subject: interviewprep
Date: 13 January 2017 at 14:34:56 CET
To: Jochem Steman <jochem@xbt.com>
Cc: Anthony Hellegers <Anthony.Hellegers@hkstrategies.com>

Dear Jochem and Aleksej,

Till now we don't know how the journalists of the Volkskrant will respond to the conditions for the interview.
My suggestion would be to stick to that conditions whatever the respond may be.
I think they can't agree with the condition that nothing can be published without your permission.
On the other hand they should understand that there is a lot at stake here.
If they do agree with it, we can make the interview valuable for them to give them the scoop (exclusive news) on the law suit that is being filed.

In case the interview will take place tomorrow we send you some advises below:

Do's and don't's
- Be as fit and rested as you can be (you have had quite hectic days till now), never never become angry!
- Be prepared (never underestimate the knowledge of the journalist)
- Be aware everything is on the record (there are always questions after the interview in the elevator or the hallway)
- Stick to the key messages relating to your company only (discipline!)
- Do not engage in hostile territory (the reason for the report, Trump campaign, Russian services, hacking)
- Do not speculate (how could this have happened, who could have been involved), don't answer "what if"-questions
- Talk about the company and its achievements and ambitions (leading hosting provider, global, solutions)
- Talk about your personal background (Lithuanian instead of Russian as mentioned in the press)

EXHIBIT 10
WIT Jochem Steman
DATE May 16, 2018
BRENDA MATZOV CA CSR 9243

P-P000668

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

- Use the lawsuit as a reason to stick to the statements (the case is under the judge now)
- Use techniques to evade difficult area's: openers (you ask about..., but let me first tell you...), bridging (no, and let me explain...; yes and besides that ...), alternatives (it would be inappropriate for me to comment on that at this moment)

Stick to the following key messages:
- Any allegation about our connection with the American Presidential elections is fake news
- We are totally and unpleasantly surprised to surface in the report.
- We don't understand why we appear in the report (even if you have thoughts on who is behind this, don't speculate on it!)
- We don't know any of the persons mentioned in the report besides ourselves
- We have never had any contact with any Russian services
- There is no basis whatsoever for the allegation that our servers have been hacked or abused.
- Our own internal investigation [rules out] [produced no indication] of a hack or abuse
- Webzilla is a leading enterprise hosting company. Safety is key in how we work.
- Since our launch in 2005, we have worked towards creating a scalable, reliable and cost- effective hosted infrastructure environment for our customers around the world.
- We are prepared to offer full cooperation with any investigation to substantiate this
- So far we have not been approached by any official authority.

Potential difficult questions
- Why do you live in Cyprus? Isn't that the place for Russians to store their money?
- Webzilla is based in Cyprus, Netherlands, Luxembourg, Dallas. What nationality are you really? Are you avoiding taxes this way?
- Are your companies serving Russian customers? Do you know these customers? Are they connected to Russian services?

P-P000669

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

- Tell me how you protect your servers from abuse? How can you be sure you have not been hacked/abused?
- In Bloomberg you recently commented that there is no link between the Trump servers and the Alfa Bank servers. What did you mean? Why did you comment on this?
- In the interview with Russia TV you said you never met anyone listed in the report. But: Do you know any of them?

Unprepared surprises:
During the interview they may confront you with unexpected facts that they did find out themselves. Again: don't speculate on anything. You can always say that you have to look in to things and come back to it later.

If you want to practice a few questions we can always organize a call!

Anthony and Jack

De informatie verzonden met dit e-mailbericht is vertrouwelijk en uitsluitend bestemd voor de geadresseerde. Indien u als niet-geadresseerde dit bericht ontvangt, wordt u verzocht direct de afzender hierover te informeren en het bericht te vernietigen. Met uitzondering van informatie die specifiek ontwikkeld is voor openbare bekendmaking (zoals persmaterialen), is gebruik van informatie door onbevoegden, openbaarmaking of vermenigvuldiging is verboden en kan leiden tot aansprakelijkheid. De afzender is niet aansprakelijk wanneer informatie in deze e-mail niet correct, onvolledig of niet tijdig overkomt. The information contained in this email message is confidential and exclusively intended for the addressee. If you have received this message without being the addressee, you are requested to inform the sender immediately and to destroy the message. With the exception of materials specifically designed for the purpose of public distribution, use of the information by unauthorized persons or disclosure or reproduction of such information is prohibited and may lead to liability. The sender will not be held liable if information in this email is transmitted incorrectly or incompletely or if it is not transmitted on time. Hill+Knowlton Strategies B.V. is registered in Amsterdam with company number 33172526