**EXHIBIT 19**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

## DECLARATION OF _____

I, **MARK JOSEPHSON**, declare as follows:

1. I am over the age of 18 and not a party to this action. I am the **CEO** of Bitly, Inc. ("Bitly"), which has its place of business at 139 Fifth Avenue, 5th Floor, New York, New York 10010. I am a duly authorized custodian of records for Bitly, and I have authority to certify records on its behalf.

2. Defendants BuzzFeed, Inc. and Ben Smith ("Defendants") served a subpoena in this action on Bitly on or about November 15, 2017. Bitly has produced records in response to that subpoena, which were consecutively Bates numbered from BITLY_00001 through BITLY_00050 (collectively, the "Produced Records").

3. The Produced Records are true and correct copies of the original records.

4. The Produced Records were prepared by Bitly employees or agents, in the ordinary course of Bitly's business, at or near the time of the acts or events described or referred to therein. The employees or agents who created the records had personal knowledge of the acts or events they record, or relied on information transmitted by people with personal knowledge of

the acts or events recorded. It is the regular practice of Bitly to make and keep such records and they are used in the ordinary course of its business.

5.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/26/____, 2018

_Mark Josephson_
[NAME]