# EXHIBIT 20



# Anthony J. Ferrante
Senior Managing Director & Global Head of Cybersecurity
ajf@fticonsulting.com | (202) 312-9165 | Washington, DC

**555 12th Street, NW**
**Suite 700**
**Washington, DC 20004**

**PROFESSIONAL AFFILIATIONS**
- Journal Author, Information Systems Security Association
- Advisory Board Member, International Conference on Cyber Security
- Advisory Board Member, Master's Degree in Cybersecurity, Fordham University
- Advisory Board Member, Bachelor's Degree in Cybersecurity, Assumption College
- State of Indiana, Executive Council on Cybersecurity
- Virginia Smart Communities Working Group

**EDUCATION**
- M.S. and B.S., Computer Science, Fordham University
- Cybersecurity Policy, Harvard University, John F. Kennedy School of Government
- Cybersecurity Strategy, Georgetown University

**SECURITY CLEARANCE**
- Active TOP SECRET/SCI

Anthony J. Ferrante is a Senior Managing Director and Global Head of Cybersecurity at FTI Consulting. Mr. Ferrante is an expert in cybersecurity resilience, prevention, response, remediation, and recovery services.

Mr. Ferrante has more than 15 years of top-level cybersecurity experience, providing incident response and preparedness planning to more than 1,000 private sector and government organizations, including over 175 Fortune 500 companies and 70 Fortune 100 companies.

Mr. Ferrante maintains first-hand operational knowledge of more than 60 criminal and national security cyber threat sets, and extensive practical expertise researching, designing, developing, and hacking complex technical applications and hardware systems.

Prior to joining FTI Consulting, Mr. Ferrante served as Director for Cyber Incident Response at the U.S. National Security Council at the White House where he coordinated U.S. response to unfolding domestic and international cybersecurity crises and issues. Building on his extensive cybersecurity and incident response experience, he led the development and implementation of Presidential Policy Directive 41 – United States Cyber Incident Coordination, the federal government's national policy guiding cyber incident response efforts.

Before joining the National Security Council, Mr. Ferrante was Chief of Staff of the FBI's Cyber Division. He joined the FBI as a special agent in 2005, assigned to the FBI's New York Field Office. In 2006, Mr. Ferrante was selected as a member of the FBI's Cyber Action Team, a fly-team of experts who deploy globally to respond to the most critical cyber incidents on behalf of the U.S. Government.

Mr. Ferrante was as an Adjunct Professor of Computer Science at Fordham University's Graduate School of Arts and Sciences, where he served as the founder and co-director of the Master's of Science in Cybersecurity Program in the Graduate School of Arts and Sciences. During his time at Fordham University, he served as the co-director of the undergraduate and graduate cybersecurity research program.



# Anthony J. Ferrante
Senior Managing Director & Global Head of Cybersecurity
ajf@fticonsulting.com | (202) 312-9165 | Washington, DC

## Notable Professional Activities

- Founder, Federal Bureau of Investigation Chief Information Security Officer (CISO) Academy, September 2015
- Co-Founder, Master's Degree in Cyber Security at Fordham University, September 2012
- Founder, International Conference on Cyber Security, Fordham University, January 2007

## Featured Media Appearances

- 60 Minutes, *When Russian hackers targeted the U.S. election infrastructure,* April 2018
- CNN, *Special Report: The Trump-Russia Investigation*, January 2018
- Expansión Newspaper (Spain), *Cybercriminals act every day of the year*, November 2017
- Bloomberg Tech TV, *Equifax Data Breach*, September 2017
- National Public Radio, *Russian Cyberattack Targeted Elections Vendor Tied To Voting Day Disruptions*, August 2017
- Time Magazine, *Inside the Secret Plan to Stop Vladimir Putin's U.S. Election Plot*, July 2017
- Bloomberg Tech TV, *Hackers Find Flaws in Voting Machines,* July 2017

## Recent Publications

- Corporate Board Member, *The Insiders: Cybersecurity,* April 2018
- Computer Business Review, *Incident Response for Hidden Cobra and State-Sponsored Threats*, January 2018
- CSO Online, *3 Top Cyber Experts Speaking Out*, January 2018
- Yahoo! News, *Cyberwar is our era's Cuban missile crisis. We need to de-escalate, now*, November 2017
- Power Magazine, *Why CrashOverride Is a Red Flag for U.S. Power Companies*, November 2017
- New York Law Journal, *Vulnerability Management: A Holistic View*, October 2017
- Insurance Journal, *What Insurance Companies Need to Know About Part 500 Cybersecurity Compliance*, October 2017
- Risk Management Magazine, *Enhancing Security with Big Data Analytics*, October 2017
- Information Systems Security Association Journal, *Battening Down for the Rising Tide of IoT Risks*, August 2017

## Notable Speaking Engagements

- U.S.-China Economic and Security Review Commission, *Hearing on China, the United States, and Next Generation Connectivity*, Washington, DC, March 2018
- ILS Forum on International Law, *Digital Currencies in a Connected World*, Miami, FL, February 2018
- Bloomberg, *In-House Counsel's Growing Role in Cybersecurity Risk Management*, Washington, DC, January 2018
- The Conference Board, *Cybersecurity: Crucial Collaborations*, New York, NY, January 2018
- IESE Global Alumni Reunion, *New Rules in Cybersecurity*, Madrid, Spain, November 2017
- Perez-Llorca, *Cybersecurity Panel*, Madrid, Spain, November 2017
- IAWatch, *Incident Response: Planning for and Reacting to Potential Events*, Washington, DC, October 2017
- Federal Bar Association, *Litigating Cybersecurity and Defending Privacy Class Actions*, Atlanta, GA, September 2017
- Compliance Governance Oversight Council, *Cybersecurity Landscape*, Minneapolis, MN, June 2017
- Hogan Lovells, *Ready, Set, Respond*, Washington, DC, September 2016
- PKF O'Connor Davies, *Financial Issues and Trends Affecting Your Club*, New York, NY, May 2013
- Coalition Against Domain Name Abuse, *The Evolution of Cybercrime*, Washington, DC, October 2010



## Anthony J. Ferrante
Senior Managing Director & Global Head of Cybersecurity
ajf@fticonsulting.com | (202) 312-9165 | Washington, DC

- National Committee on American Foreign Policy, *Cyber War: Perception, Reality, and Strategy*, New York, NY, October 2010

