# Exhibit 2



infrastructure as a service    managed cloud    hybrid cloud    private cloud    public cloud

## Fully resilient, secure and highly available managed cloud services

The ultimate enterprise cloud experience built on VMware - designed to deliver outstanding reliability and results.

Industry leading SLAs guaranteed with our wholly-owned network of 8 data centres around the UK, connected by our own high speed dark fibre network.

- ✔ Fully managed shared hardware platform.
- ✔ On demand virtual servers and storage.
- ✔ Flexible and elastic cloud solutions.
- ✔ 24/7 on site support and services.
- ✔ Built on leading VMware technology and supported by accredited experts.
- ✔ Complex switching environment to enable fully customisable hybrid solutions.



Call us today on **0800 040 7228**
To discuss your managed cloud requirements or

Request a quotation

See Full Features    Download Brochure



- Download the brochure
  Download our product brochure to read at your convenience.
- Get a quote
  Contact us today for a full quotation.
- Contact us
  Call today on 0800 040 7228 for more information on this or any other of our products and services.

## Cloud and managed services

All the benefits of an enterprise cloud platform with minimal management required. Simply tell us what you need and we'll manage every aspect on your behalf.


### Completely robust and accredited
Our infrastructure fully complies with the requirements for ISO20000, 27001 and 9001 standards.


### Flexible server design
Select a pre-configured server template or create your own server images - all containing your apps, libraries, data and associated configuration settings.


### Enterprise cloud services and competitive pricing
Unlike a public cloud solution, our managed cloud is only used by checked and validated iomart customers, enhancing our network's security and reliability and further protecting your data.


### Highly available platform
By owning and managing our own data centre estate, iomart can offer outstanding and market leading SLAs, including a guaranteed 100% uptime.


### Simple cloud service management
Control your managed cloud service from anywhere using the secure and award-winning iomart cloud control panel.


### Built in redundancy
Dual power feeds in each data centre and your data written to at least two separate arrays means your cloud servers and data are always available.

## Need more information?

Our expert team are here to help with any questions you have regarding our products or services. Call or email today.

Contact Us Now     About iomart



Find out why the world's leading brands trust iomart for their Cloud services.

Click Here

| About iomart | Our Brands | Investors | News and Resources | Quick Links | Connect With Us |
|---|---|---|---|---|---|
| The Company | iomart | Key Information | Latest News | Consultancy Services | Twitter |
| Corporate Responsibility | Melbourne | Board and Committees | Events | Managed Services | Facebook |
| Customers | Rapidswitch | Announcements | Press Releases | Public Sector | LinkedIn |
| Accreditations | Redstation | Securities Information | Newsletter | Network | Google Plus |
| Careers | Backup Technology | Reports and Documents | Media and Downloads | Disaster Recovery | YouTube |
| Contact Us | Easyspace | Advisors and Coverage | Whitepapers | | Subscribe |

© Copyright 2018 iomart Group plc

Terms and Conditions | Privacy Policy | Use of Cookies