# Exhibit 5



# Products & Services

Our customers run stock exchanges, build networks and connect consumers to their favourite shows and to each other. Our facilities are the foundation for all that.

Let our facilities be the foundation for your success. Our data centre services are designed for flexibility to grow as your business grows, and our Interconnection products and connectivity mix help you optimise your network.

Our proven track record of technical excellence and dedication to growing our Communities of Interest make our data centres the ideal place for housing your mission critical IT infrastructure.



### Colocation

We have spearheaded innovation in data centre design and operations for many years. We offer flexible space and power options so our customers can easily scale as their businesses grow.

Read More



### Interconnection

As the interconnection hub for Europe's leading businesses, we bring together the widest mix of connectivity and cloud service providers to help our customers connect to their partners, suppliers and end users.

Read More



### Customer Service

Customer care is at the heart of our business, we work with our customers to understand your businesses and provide services that accelerate performance and growth; such as Hands & Eyes.

Read More

## Related Content



**Colocate with the clouds**
We provide the ideal environment for connecting to the cloud and building your hybrid solutions. All the ingredients are there: the hyperscale public clouds, local cloud providers, network density, and interconnection services.



**Our locations**
An interactive guide to our global coverage



**Resource Library**
Visit our Resource Library to view our Whitepapers, New, Blogs and much more.



**Awards, Accreditations & Memberships**
Our commitment to innovation and high standards of excellence in infrastructure and service are reflected in the accreditations we gain and the awards we continue to win across Europe.

Back to top

**Contact**

ECSC Tel: +44 20 7375 7070

Interxion HeadQuarters B.V.
Scorpius 30,
2132 LR Hoofddorp,
The Netherlands.

P.O. Box 75812

**Links**

Our Locations
Products
Why Interxion?
Resource Library
About Us
Careers
Sitemap

GDPR Compliance
Privacy Policy
Terms of Use
Investor Relations
Company Information
Modern Slavery Statement

**Social**

T: + 31 (0) 20 880 7600  F: +31 (0) 20 880 7601  E: info@interxion.com
Number of trade registry: 34128125 , VAT number: NL 8082.24.621.B.01

bsi. ISO 22301 Business Continuity Management BCMS 560099
ISO/IEC 27001 Information Security Management 537141

Copyright © 2018 Interxion

--->Tracking Tag<---- ---->end Tracking Tag<----