# Exhibit 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2017

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number 000-31293

## EQUINIX, INC.
(Exact name of registrant as specified in its charter)

| Delaware | 77-0487526 |
|---|---|
| (State of incorporation) | (IRS Employer Identification No.) |

**One Lagoon Drive, Redwood City, California 94065**
(Address of principal executive offices, including ZIP code)

**(650) 598-6000**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $0.001 | The NASDAQ Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer as defined in Rule 405 of the Act. Yes ☒  No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒  No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐
Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐  No ☒

The aggregate market value of the voting and non-voting common stock held by non-affiliates computed by reference to the price at which the common stock was last sold as of the last business day of the registrant's most recently completed second fiscal quarter was approximately $33.5 billion. As of February 23, 2018, a total of 79,228,072 shares of the registrant's common stock were outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Part III – Portions of the registrant's definitive proxy statement to be issued in conjunction with the registrant's 2018 Annual Meeting of Stockholders, which is expected to be filed not later than 120 days after the registrant's fiscal year ended December 31, 2017. Except as expressly incorporated by reference, the registrant's proxy statement shall not be deemed to be a part of this report on Form 10-K.

**EQUINIX, INC.**
**FORM 10-K**
**DECEMBER 31, 2017**
**TABLE OF CONTENTS**

| Item | | Page No. |
|---|---|---|
| | **PART I** | |
| 1. | Business | 3 |
| 1A. | Risk Factors | 15 |
| 1B. | Unresolved Staff Comments | 34 |
| 2. | Properties | 34 |
| 3. | Legal Proceedings | 35 |
| 4. | Mine Safety Disclosure | 35 |
| | **PART II** | |
| 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 36 |
| 6. | Selected Financial Data | 39 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 41 |
| 7A. | Quantitative and Qualitative Disclosures About Market Risk | 69 |
| 8. | Financial Statements and Supplementary Data | 71 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 71 |
| 9A. | Controls and Procedures | 71 |
| 9B. | Other Information | 72 |
| | **PART III** | |
| 10. | Directors, Executive Officers and Corporate Governance | 72 |
| 11. | Executive Compensation | 72 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 72 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 72 |
| 14. | Principal Accounting Fees and Services | 72 |
| | **PART IV** | |
| 15. | Exhibits and Financial Statement Schedules | 73 |
| 16. | Form 10-K Summary | 78 |
| | Signatures | 79 |
| | Index to Exhibits | 80 |

Table of Contents

PART I

Table of Contents

ITEM 1.  BUSINESS

*The words "Equinix", "we", "our", "ours", "us" and the "Company" refer to Equinix, Inc. All statements in this discussion that are not historical are forward-looking statements within the meaning of Section 21E of the Securities Exchange Act of 1934, as amended, including statements regarding Equinix's "expectations", "beliefs", "intentions", "strategies", "forecasts", "predictions", "plans" or the like. Such statements are based on management's current expectations and are subject to a number of factors and uncertainties that could cause actual results to differ materially from those described in the forward-looking statements. Equinix cautions investors that there can be no assurance that actual results or business conditions will not differ materially from those projected or suggested in such forward-looking statements as a result of various factors, including, but not limited to, the risk factors discussed in this Annual Report on Form 10-K. Equinix expressly disclaims any obligation or undertaking to release publicly any updates or revisions to any forward looking statements contained herein to reflect any change in Equinix's expectations with regard thereto or any change in events, conditions, or circumstances on which any such statements are based.*

**Overview**

Equinix, Inc. connects more than 9,800 companies directly to their customers and partners across the world's most interconnected data center and interconnection platform. Platform Equinix® combines a global footprint of state-of-the-art International Business Exchange™ (IBX®) data centers, a variety of interconnection solutions, unique business and digital ecosystems and expert support. Today, businesses leverage the Equinix interconnection platform in 48 strategic markets across the Americas, Asia-Pacific, and Europe, the Middle East and Africa ("EMEA"). Equinix operates as a real estate investment trust for federal income tax purposes ("REIT").

We elected to be taxed as a REIT for federal income tax purposes effective January 1, 2015. As of December 31, 2017, our REIT structure included all of our data center operations in the United States ("U.S."), Canada and Japan, and the data center operations in Europe with the exception of Bulgaria, Portugal, Spain and Turkey. Our data center operations in other jurisdictions are operated as taxable REIT subsidiaries ("TRSs").

In May 2017, we completed the acquisition of 29 data centers and their operations across 15 metro areas from Verizon Communications Inc. ("Verizon") for $3.6 billion (the "Verizon Data Center Acquisition"). Additional acquisitions that closed in 2017 include the purchase of IO UK's facility in Slough, United Kingdom (the "IO Acquisition"); the purchase of data center provider Itconic, which operated four data centers in Spain and one in Portugal; and the purchase of the Zenium data center in Istanbul. In December 2017, we announced the entry into a transaction agreement to acquire Metronode, which operates 10 data centers throughout Australia. In February 2018, we also announced the entry into a transaction agreement to acquire Infomart Dallas, including its operations and tenants. The acquisitions of Metronode and the Infomart Dallas are expected to close in the first half of 2018, subject to closing conditions. Careful, steady expansion has been key to Equinix's growth strategy since our founding, as we seek to offer our customers interconnection opportunities ahead of demand. Equinix also saw organic growth in 2017, opening new data centers in several important markets, including Amsterdam, Frankfurt, Hong Kong, São Paulo, Silicon Valley and Washington, D.C.

In July 2017, Equinix created a new Strategy, Services and Innovation (SSI) group to ensure Equinix keeps pace with the dynamic customer requirements of an increasingly "cloud-first" world. The group is led by Equinix company veteran Charles Meyers. Included in the SSI unit are the office of the Chief Technology Officer, Business Development, Product Management and Product Engineering. SSI is chartered to position Equinix for future success by: optimizing Equinix's position as a strategic enabler of cloud services; identifying key growth areas that align to Equinix's long-term strategy; and evaluating and translating key market, competitive and technology trends into actionable business requirements.

In December 2017, we announced the next phase in the evolution of Platform Equinix as we work to achieve the direct physical and virtual connection of our IBX data centers around the world. This advance will enable customers to connect on demand to any other customer from any Equinix location, equipping digital businesses to scale their operations rapidly across the largest markets globally. By connecting to more business partners and destinations, Platform Equinix also enables service providers to directly access a global base of enterprise customers and cloud providers. This provides a more consistent end-user experience and expands our customers' addressable market.