# Exhibit 8



Managed Hosting | Managed Services | Managed Infrastructure | TCO Calculator

Request FREE Quote

## MANAGED HOSTING SERVICES ON DEDICATED INFRASTRUCTURE

### Single-tenant hosting for the highest levels of performance and uptime

When you choose Rackspace Managed Hosting, you get more than a team of experts from the company known for creating the managed hosting category to run your infrastructure.

You also experience the enhanced performance, control and security that makes single-tenant dedicated environments ideal for mission-critical and I/O-intensive applications — all backed 24x7x365 by Fanatical Support®.



### Start the Conversation

Request FREE Quote



## MANAGED SERVICES
### Experience the difference expertise makes

Everybody wants IT to just work. But the reality is your IT team's performance is hampered by spending too much time keeping the lights on, managing vendors and daily operations. We'll perform the essential tasks that you can't — or prefer not to — in order to get the most value out of your IT investment.

See the Managed Services we offer >



## MANAGED INFRASTRUCTURE
### Tap our skills to manage bare metal

For your infrastructure to deliver maximum business value, you need to continually manage and optimize it. Lacking the resources and expertise to perform this work in-house? Leverage our technical expertise to extend your own.

See our Managed Infrastructure options >

## NETWORKING AND DATA CENTERS

### A global footprint for global solutions

Feel confident hosting your business-critical applications in data centers with 100% availability guaranteed. We partner with Tier 1 backbone providers to create a highly resilient environment of enterprise-grade infrastructure managed by networking and data center specialists.

To maximize performance and minimize latency, we proactively monitor network performance and automatically route users to the fastest connection possible. So, whether you already operate a global business or aspire to, we've got you covered. With offices and data centers located around the world — and 24x7x365 support — you'll find us wherever you need us, whenever you need us.



● Data Center    ● RackConnect Global Location

## PRODUCT PORTFOLIO

Choose from our extensive portfolio of customizable bare metal offerings to maintain control of your IT environment without getting bogged down by managing day-to-day operations.

**Compute** | Databases | Networking | Storage | Connectivity | Virtualization

### Compute
Bare metal deployed on demand with the option to customize across the compute, storage and networking to build a custom-tailored environment for your unique needs.

### Custom Dedicated Servers
Certified IT architects design a custom configuration to support your essential workloads. They'll optimize the infrastructure, so you get the most out of your applications.

Learn More ›

### Private Clouds
Experience the greater levels of control and security provided by a dedicated single-tenant environment, along with the agility and scalability of the public cloud.

Learn More ›

---



Whether the issue is as simple as a password reset or as complex as a server outage, Rackspace is always ready to help. And it doesn't matter what time of day it is. It could be three in the afternoon or three in the morning, we can always reach someone.

**SEAN ANDERSEN**
Director, Interactive Services, Six Flags

[ VIEW CUSTOMER STORY ▶ ]

---

## CUSTOMIZE YOUR HOSTING EXPERIENCE

### Specialized Services to Tailor Your Solution
With Rackspace, there is no "one size fits all" approach to managed hosting. That's why we offer additional services you can choose from to customize your best-fit solution.

            

### Application Services
Let us manage your apps so you can focus on strategic initiatives

Learn More ›

### Professional Services
Leverage our expertise to help you transform your IT services

Learn More ›

### Security Services
Let our experts secure your infrastructure to protect your business

Learn More ›

### DBA Services
Leave your database deployment and management to our experts

Learn More ›

---

**ABOUT RACKSPACE**
- About
- Compliance
- Leadership
- Contact Information
- Events
- Customer Stories
- Partners
- Responsibility
- Careers
- News
- Investors
- Customer Experience Center

**BLOG**
- Rackspace Blog
- Developer Blog

**SUPPORT**
- Support Home
- Resources
- How-To
- Community
- Developers
- System Status

**LEGAL**
- Legal Overview
- Privacy Center
- Website Terms
- Trademarks

CHANGE YOUR REGION:         © 2018 RACKSPACE US, INC.