IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

  Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.
_____/

**VERIFIED MOTION FOR CARY MCCLELLAND TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Cary McClelland of the law firm of Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 21st Floor, New York, New York 10020, (212) 489-8230, for purposes of appearance as co-counsel on behalf of Defendants BuzzFeed, Inc. and Ben Smith in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Cary McClelland to receive electronic filings in this case, and in support thereof states as follows:

    1.    Cary McClelland, though not admitted to practice in the Southern District of Florida, certifies that he has studied the Local Rules of this Court and is a member in good standing of the State of New York. Attached hereto is a certificate of good standing from the Clerk of the Appellate Division of the New York Supreme Court, Second Department.

2. Movant, Roy Black, Esquire, of the law firm of Black, Srebnick, Kornspan & Stumpf, P.A., 201 South Biscayne Blvd., Miami, Florida 33131, (305) 371-6421, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as the member of the Bar of this Court with whom opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Cary McClelland has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Cary McClelland, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Cary McClelland at the e-mail address: carymcclelland@dwt.com.

WHEREFORE, Roy Black moves this Court to enter an Order for Cary McClelland to appear before this Court on behalf of Defendants BuzzFeed, Inc. and Ben Smith, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Cary McClelland.

Date: October 31, 2018

                                                    Respectfully submitted,

                                                      /s/ Roy Black
                                                    Roy Black, Esq.

Jared Lopez, Esq.
BLACK, SREBNICK, KORNSPAN &
STUMPF, P.A.
201 So. Biscayne Boulevard
Miami, Florida 33131
rblack@royblack.com
Bar No. 126088

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## CERTIFICATION OF CARY MCCLELLAND

Cary McClelland, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State of New York Bar.

_____
Cary McClelland

Case No.: 17-cv-60426-UU

## **CERTIFICATION PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)**

Defendants' undersigned counsel, Roy Black, hereby certifies that counsel for Defendants has conferred with counsel for Plaintiffs and they have consented to the filing of this motion.

   /s/ Roy Black
Roy Black, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

       Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

       Defendants.
_____/

CERTIFICATE OF SERVICE

I CERTIFY that on October 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       By: /s/ Roy Black
           Roy Black, Esq.

Case No.: 17-cv-60426-UU

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE,* CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Verified Motion for Cary McClelland to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Cary McClelland may appear and participate in this action on behalf of defendants BuzzFeed, Inc. and Ben Smith. The Clerk shall provide electronic notification of all electronic filings to Cary McClelland at carymclelland@dwt.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____, 2018.

_____
HONORABLE. URSULA UNGARO
United States District Judge

Copies furnished to:
All Counsel of Records

# EXHIBIT "1"



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Cary McClelland** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 24th day of May 2017, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 25, 2018.

*Aprilanne Agostino*

Clerk of the Court

No. 273823

# EXHIBIT "2"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE,* CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Verified Motion for Cary McClelland to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Cary McClelland may appear and participate in this action on behalf of defendants BuzzFeed, Inc. and Ben Smith. The Clerk shall provide electronic notification of all electronic filings to Cary McClelland at carymclelland@dwt.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____, 2018.

_____
HONORABLE. URSULA UNGARO
United States District Judge

Copies furnished to:
All Counsel of Records