Case No.: 17-cv-60426-UU

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

Defendants.

_____/

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Verified Motion for Cary McClelland to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Cary McClelland may appear and participate in this action on behalf of defendants BuzzFeed, Inc. and Ben Smith. The Clerk shall provide electronic notification of all electronic filings to Cary McClelland at carymclelland@dwt.com.

DONE AND ORDERED in Chambers at \_\_\_\_Miami\_\_\_\_, Florida, this 31 day of \_\_\_Oct.\_\_\_, 2018.

*Ursula Ungaro*

HONORABLE. URSULA UNGARO
United States District Judge

Copies furnished to:
All Counsel of Records