# EXHIBITS 1-4

# REDACTED