# EXHIBITS 6-10

# REDACTED