# EXHIBITS 1-5

# REDACTED