# EXHIBITS 2-3

# REDACTED