# EXHIBITS 1

# REDACTED