# **EXHIBIT 3**

Case 0:17-cv-60426-UU Document 292-3 Entered on FLSD Docket 11/05/2018 Page 2 of 7
Case 0:17-cv-60426-UU Document 109-3 Entered on FLSD Docket 01/12/2018 Page 1 of 62
1 of 62

```
 1                    IN THE UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA
 2                              FORT LAUDERDALE
                            CASE NO. 17-CV-60426-UU
 3      _____

 4      ALEKSEJ GUBAREV, XBT HOLDINGS
        S.A., WEBZILLA INC,
 5                      Plaintiffs         January 10, 2018
              vs.
 6
        BUZZFEED, INC., BEN SMITH,
 7                      Defendants.

 8      _____

 9                             STATUS CONFERENCE

10                  BEFORE THE HONORABLE URSULA UNGARO,

11                  UNITED STATES DISTRICT COURT JUDGE

12      _____

                               A P P E A R A N C E S
13
        FOR THE PLAINTIFF:      EVAN FRAY-WITZER, ESQ
14      ALEKSEJ GUBAREV         Ciampa Fray-Witzer LLP
                                20 Park Plaza, Suite 505
15                              Boston, MA 02116
                                (617) 426-0000
16                              Evan@cfwlegal.com.

17                              BRADY J. COBB, ESQ.
                                Tripp Scott.
18                              110 SE 6th Street, 15th FL.
                                Fort Lauderdale, FL  33302.
19                              (954) 527-4111.
                                Bcobb@cobbeddy.com
20
        FOR THE DEFENDANT:      NATHAN SIEGEL, ESQ
21      BUZZFEED, INC.          KATHERINE M. BOLGER, ESQ  (via phone)
                                Davis Wright Tremaine LLC
22                              1919 Pennsylvania Avenue NW Suite 800
                                Washington, DC 20006
23                              (202) 973-4200
                                Nathansiegel@dwt.com.
24                              Katebolger@dwt.com

25
```

Case 0:17-cv-60426-UU Document 292-3 Entered on FLSD Docket 11/05/2018 Page 3 of 7
Case 0:17-cv-60426-UU Document 109 Entered on FLSD Docket 01/12/2018 Page 2 of 62
2 of 62

```
 1   FOR THE DEFENDANT:      ROY BLACK, ESQ.
     BUZZFEED, INC.          JARED M. LOPEZ, ESQ
 2                           Black Srebnick Kornspan & Stumpf
                             201 S. Biscayne, Suite 1300
 3                           Miami, FL 33131
                             (305) 371-6421
 4                           Rblack@royblack.com
                             Jlopez@royblack.com
 5

 6
     REPORTED BY:            GIZELLA BAAN-PROULX, RPR, FCRR
 7                           United States Court Reporter
                             400 North Miami Avenue, Suite 8S32
 8                           Miami  FL  33128
                             (305) 523-5294
 9                           gizella_baan-proulx@flsd.uscourts.gov

10

11

12                     P R O C E E D I N G S

13         (The following proceedings were held in open court.)

14            THE COURT:  Good afternoon.  So the case before the

15   Court is Gubarev, et al. versus BuzzFeed, et al., Case Number

16   17-60426.

17            Who is here for the plaintiffs?

18            MR. FRAY-WITZER:  Good afternoon, Your Honor, Evan

19   Fray-Witzer for the plaintiffs.

20            MR. COBB:  And good afternoon, Your Honor, Brady Cobb

21   for the plaintiffs.

22            THE COURT:  Okay, fine.  Good afternoon.  And who is

23   here for the defendants?

24            MR. SIEGEL:  Nathan Siegel for the defendants, Your

25   Honor.
```

Case 0:17-cv-60426-UU Document 293-3 Entered on FLSD Docket 11/05/2018 Page 4 of 7
Case 0:17-cv-60426-UU Document 193-3 Entered on FLSD Docket 01/12/2018 Page 30 of 62
30 of 62

|  |  |
|---|---|
| 1 | **MR. SIEGEL**: February 15th. |
| 2 | **THE COURT**: February 15th. Okay. |
| 3 | **MR. SIEGEL**: We also, as you know, Your Honor might |
| 4 | imagine in the context of trying to prove truth, we issued a |
| 04:43 5 | subpoena a couple of months ago to the DNC and, you know, some |
| 6 | others related, and in order to try to obtain, you know, |
| 7 | technical information about how they got hacked. |
| 8 | **THE COURT**: So their own internal investigation? |
| 9 | **MR. SIEGEL**: Yes, their own internal investigation. |
| 04:43 10 | We have had a lot of negotiation back and forth with them as |
| 11 | well, in which they said, "Well, maybe we think we can give you |
| 12 | something." |
| 13 | So the long and short of it is as of January 5th, they |
| 14 | said, "No, sorry, we're not giving you anything," so we need to |
| 04:43 15 | move -- |
| 16 | **THE COURT**: Are they moving for a protective order? |
| 17 | **MR. SIEGEL**: Well, it's a document subpoena so they |
| 18 | simply asserted objections. They served Rule 45 objections. |
| 19 | And so the onus is now on us to move to compel, which we plan |
| 04:44 20 | to do within a week or so. So that's just going to get |
| 21 | started. |
| 22 | There is, in terms of -- oh. Somewhat related to |
| 23 | these damages issues, we have been waiting to move this Court, |
| 24 | Mr. Gubarev apparently contends that he has not been able to |
| 04:44 25 | get a variety of financing as a result of the dossier, and we |

|    |    |
|----|----|
| 1  | have gone back and forth for several months about saying, "Give |
| 2  | us specifically what banks, where are they, who do we need to |
| 3  | subpoena?"  We are waiting.  We want to move to file a letter |
| 4  | of request before this Court to depose these banks in Cypress |
| 04:44  5 | and I think maybe one is in the Netherlands, and it has been |
| 6  | sort of pulling teeth, at least in our view, to get this |
| 7  | information out of them. |
| 8  | **THE COURT**:  So I'm not really -- like you said, you |
| 9  | don't really know what the damages are that are being |
| 04:45 10 | requested.  Is it clear that he's claiming that he has been cut |
| 11 | off from avenues to obtain financing? |
| 12 | **MR. SIEGEL**:  Oh, yes.  Yes, he says that. |
| 13 | **THE COURT**:  But is he maintaining that as an element |
| 14 | of damages, Mr. Fray-Witzer? |
| 04:45 15 | **MR. FRAY-WITZER**:  He is, Your Honor, and my |
| 16 | understanding, although I will admit that I have not been as |
| 17 | intimately involved with the production, but my understanding |
| 18 | is that the names and the details of the banks and the |
| 19 | individuals whom have denied Mr. Gubarev loans have all been |
| 04:45 20 | provided.  I think I saw something a few days ago that said we |
| 21 | need some more information about these folks, and we have been |
| 22 | endeavoring to get that information.  But yes, it is an element |
| 23 | of damages. |
| 24 | **THE COURT**:  Well, I hate to see them have to go |
| 04:45 25 | through a fishing expedition with other damages analysis of |

Case 0:17-cv-60426-UU Document 293-3 Entered on FLSD Docket 11/05/2018 Page 6 of 7
Case 0:17-cv-60426-UU Document 193-3 Entered on FLSD Docket 01/12/2018 Page 32 of 62
32 of 62

04:46   1  some sort that establishes the parameters of what's being
        2  sought here.
        3          Isn't there some way that we can narrow this down or
        4  at least identify what the elements of damage are and their
04:46   5  sources?
        6          **MR. FRAY-WITZER**: I believe we have done that, Your
        7  Honor, though obviously having the damages expert produce a
        8  report sooner rather than later would make sense.
        9          **MR. SIEGEL**: Yeah, I guess I would respectfully
04:46  10  disagree. I mean, I think if you asked any of us how much of
       11  Mr. Gubarev -- I mean, how much are the plaintiffs claiming in
       12  damage and what does that consist of, the answer to that
       13  question is a complete mystery.
       14          **THE COURT**: Well, I'm going to order you, by the end
04:46  15  of February, to provide a damage analysis that identifies the
       16  element of damages and the source of the damage, and the
       17  amounts. Okay?
       18          **MR. FRAY-WITZER**: Yes.
       19          **THE COURT**: Okay. Because, you know, I mean, I see
04:46  20  what's coming. Letters rogatory to take discovery from banks
       21  in Cypress and God knows where else, and endless foray into
       22  international service of process and the enforcement of letters
       23  rogatory all around the world.
       24          And so I guess if Mr. Gubarev never wants to go to
04:47  25  trial, that is fine.

```
              1              MR. FRAY-WITZER:  No, Mr. Gubarev --
              2              THE COURT:  Well, then Mr. Gubarev needs to think this
              3   through and you need to think it through.
              4              MR. FRAY-WITZER:  And we'll provide the information as
     04:47    5   soon as possible.
              6              THE COURT:  Okay.  Fine.  Thank you.
              7              Okay.  Go ahead.
              8              MR. SIEGEL:  And just a couple of points.  Mr. Evan
              9   covered in part the Steele deposition, but just to give you a
     04:47   10   full sense of what's going on there.
             11              THE COURT:  Right.
             12              MR. SIEGEL:  I think it's fair to say --
             13              THE COURT:  I take it you all are not the only people
             14   who want to depose Mr. Steele?
     04:47   15              MR. FRAY-WITZER:  Strangely enough, so far we are.  No
             16   one else has sought to.
             17              MR. SIEGEL:  I think that's one of Mr. Steele's
             18   arguments.
             19              THE COURT:  Are you representing the plaintiffs in all
     04:48   20   the domestic cases, or only Mr. Gubarev?
             21              MR. FRAY-WITZER:  We only have one case, Your Honor.
             22              THE COURT:  Okay.  Fine.
             23              MR. FRAY-WITZER:  This case.
             24              THE COURT:  This case.  Okay.
     04:48   25              MR. SIEGEL:  So I think it's fair to say that there
```