# EXHIBITS 4-5

# REDACTED