# EXHIBIT 1

# FLORIDA STANDARD JURY INSTRUCTIONS IN CONTRACT AND BUSINESS CASES

The Florida Supreme Court
Committee on Standard Jury Instructions
in Contract and Business Cases

All Rights Reserved
The Florida Bar

## 504.4 DAMAGES FOR COMPLETE DESTRUCTION OF BUSINESS

**If** (claimant) **proved that** (defendant) **completely destroyed** (claimant's) **business, then you must award** (claimant) **damages based upon the market value of** (claimant's) **business on the date** (claimant's) **business was destroyed.**

### NOTE ON USE FOR 504.4

The court should give this instruction when the claimant seeks damages for the complete destruction of a business. If a business has not been completely destroyed, then damages based upon the market value of the business are not appropriate, and the court should not give this instruction. Instead, the court should give instruction 504.3 regarding lost profits.

### SOURCES AND AUTHORITIES FOR 504.4

1. "If a business is completely destroyed, the proper total measure of damages is the market value of the business on the date of the loss. If the business is not completely destroyed, then it may recover lost profits. A business may not recover both lost profits and the market value of the business." *Montage Grp., Ltd. v. Athle-Tech Computer Systems, Inc.*, 889 So.2d 180, 193 (Fla. 2d DCA 2004) (citations omitted).

2. "Market value," as used in this instruction, is not meant to suggest a particular approach to determining market value. *See*, *e.g.*, *Fidelity Warranty Servs., Inc. v. Firstate Ins. Holdings, Inc.*, 74 So.3d 506, 514 n.5 (Fla. 4th DCA 2011) (discussing various approaches).

3. "Courts in other jurisdictions have generally rejected the notion that 'fair value' is synonymous with 'fair market value.'" *Boettcher v. IMC Mortg. Co.*, 871 So.2d 1047, 1052 (Fla. 2d DCA 2004). "The rationale underlying this language is the recognition that the events that trigger the valuation process may either disrupt or preclude the market for the shares, if in fact such a market ever existed – as in the case of a closely held corporation." *Id.* (citation omitted).