# EXHIBIT 2

```
                     C O N F I N D E N T I A L
1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
2                        MIAMI DIVISION
                   CASE NO.: 1:17-CV-60426-UU
3

4

5   ALEKSEJ GUBAREV, XBT HOLDING
    S.A., AND WEBZILLA, INC.,
6

7                          Plaintiffs,

8   -vs-

9   BUZZFEED, INC. AND BEN SMITH,

10

11                         Defendant.
    _____/
12

13                         CONFIDENTIAL

14         VIDEOTAPED DEPOSITION OF RAJESH MISHRA

15

16

17                    Monday, May 1, 2018
                    10:08 a.m. - 6:38 p.m.
18            Black, Srebnick, Kornspan & Stumpf
              201 S. Biscayne Blvd., Suite 1300
19                    Miami, Florida 33133

20

21

22

23

24           Stenographically reported by:
                    Shari M. Thrasher
25
```

1        10:38 a.m.

2        Q   (BY MR. SIEGEL)  One more question about

3    Exhibit 1:  It says for your current job, you list XBT

4    Holding and datacenter.com.  What is datacenter.com?

5        A   Datacenter.com is the company which has the

6    reason to construct or get their other data center

7    facility like collocation.

8            COURT REPORTER:  Like what?

9            WITNESS:  To have collocation.

10           COURT REPORTER:  Thank you.

11       Q   (BY MR. SIEGEL)  I'm just curious to why in

12   addition to XBT Holding was -- is datacenter.com a

13   subsidiary of XBT Holding SA?

14       A   No.

15       Q   It's not?

16       A   No.

17       Q   What is its relationship?

18       A   It has same investor, but on the top of the

19   line, but it's the same.

20       Q   So it's a separate company?

21       A   Yeah.

22       Q   And is the investor Mr. Gubarev?

23       A   Yes, one of them.

24       Q   Is he the -- more than a 50 percent investor?

25       A   Yes.

1   from -- our dedicated server revenue jumped from
2   2.4 million in August to 3.5 million, what happened?
3   Where did we get all that money from?  How would you
4   answer that question?  Would you have to go and look at
5   the underlining invoices to try to figure that out?
6          MR. FRAY-WITZER:  Objection.  You can answer.
7       A   Yes.
8       Q   (BY MR. SIEGEL)  And sitting here today, you
9   don't have any idea what the cause of that increase was?
10      A   No.
11      Q   (BY MR. SIEGEL)  Let's do the business plan
12  now.
13         (Defendant's Exhibit No. 33 was marked for
14  identification.)
15      Q   (BY MR. SIEGEL)  I'll show you what is marked
16  Exhibit 33.
17         What is Exhibit 33?
18      A   Business plan.
19      Q   And is this the business plan that you
20  prepared in or around November 2016?
21      A   Yeah.
22      Q   Okay.  Now based on what we've already
23  discussed, is it fair to say that the projections in
24  this plan were later updated to take into account the
25  loss of that customer?

1     A    Yes.

2     Q    Okay.  So is this an example of what you do

3  every year?

4     A    In this software --

5     Q    Yes.

6     A    -- this is the first year.  Before we were

7  doing it in Excel.

8     Q    Okay.  So when you did it in Exel, was it just

9  numbers?  Projections?

10    A    Yeah, numbers.

11    Q    So this is the first time that you have a lot

12 of the words, a lot of the explanation?

13    A    Yes.

14    Q    Why did you do that in 2016 for the first

15 time, do your planning that way?

16    A    Because we wanted to give it to the -- attract

17 more investor to raise the data equipment and to post

18 other sales.

19    Q    And the -- when you had previously just done

20 them on Exel spreadsheets, was that something you shared

21 with investors?

22    A    I did.

23    Q    You did, okay.  Would it be fair to say, that

24 you thought that this would be a more attractive format

25 to show investors, the way you're doing in 2016?

1    A    Yes.

2    Q    Okay.  Let's go to page 1,050.

3         You see where it says, who you're listing as

4  your direct competitors?  The first one is a company

5  called Softlayer.com?

6    A    Yeah.

7    Q    What is or was Softlayer.com in November of

8  2016?

9    A    It was IBM.  It was a software in IBM.

10   Q    It was -- it had already been purchased by

11 IBM?

12   A    I think, yes.

13   Q    It was operating as a subsidiary of IMB

14 essentially, is that right, or as you understood it?

15   A    Yes.

16   Q    But was it -- it was still competing with you

17 as whatever IBM entity it was at the time?

18   A    That's what I believe.

19   Q    What is Leaseweb.com?

20   A    Similar hosting company.

21   Q    Okay.  And OVH.com, same thing?

22   A    Yeah, hosting company.

23   Q    Okay.  And Rackspace.com also, right?  Is

24 Rackspace a little bit different from those other

25 companies?

1                    CERTIFICATE OF OATH

2

3   STATE OF FLORIDA

4   COUNTY OF MIAMI-DADE

5

6        I, SHARI M. THRASHER, Notary Public in and for

7   the State of Florida at Large, certify that the

8   witness, RAJESH MISHRA, personally appeared before

9   me on Tuesday, May 1, 2018, and was duly sworn.

10

11       WITNESS my hand and official seal this 9th day

12  of May, 2018.

13

14

15  _____
    SHARI M. THRASHER, Court Reporter
16  Notary No. #GG156912
    Expires: December 17, 2021

REPORTER'S DEPOSITION CERTIFICATE

    I, SHARI M. THRASHER, Court Reporter, certify that I was authorized to and did stenographically report the deposition of RAJESH MISHRA, the witness herein, on MAy 1, 2018; that a review of the transcript was requested; and that the foregoing pages numbered from 1 to 243 inclusive is a true and complete record of my stenographic notes of the deposition by said witness; that the foregoing pages constitute a true and correct transcript of my shorthand notes; and that this computer-assisted transcript was prepared by me and/or under my supervision.

    I further certify that I am not a relative, employee, attorney or counsel for any of the parties in this cause nor related to nor employed by any attorney or counsel herein nor financially interested in the outcome of this action.

    Dated this 9th day of May, 2018.

_____
SHARI M. THRASHER, Court Reporter