IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

  Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.
_____/

## DECLARATION OF KATHERINE M. BOLGER

I, Katherine M. Bolger, declare as follows:

1. I am a partner at Davis Wright Tremaine LLP, counsel to Defendants, BuzzFeed, Inc. and Ben Smith, in this action.

2. I make this declaration in order to annex exhibits relied upon in Defendants' Opposition to Plaintiffs' *Daubert* Motion to Exclude the Testimony of Anthony J. Ferrante.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of the document widely referred to as the "Dossier," which was attached Exhibit 3 to Plaintiffs' Complaint.

4. ████████████████████████████████████████████████████████████
████████████████████████

5. Annexed hereto as **Exhibit 3** is a true and correct copy of a May 13, 2016 article entitled *Russia 'was behind German parliament hack"* for BBC News, printed from the website https://www.bbc.com/news/technology-36284447.

6. Annexed hereto as **Exhibit 4** is a true and correct copy of the July 13, 2018 federal indictment in *U.S. v. Netyksho*, Case No. 1:18-cr-00215-ABJ (D.D.C.) (the "Mueller Indictment").

7. ████████████████████████████████████████████████████████████
████████████████████████████

8. ███████████████████████████████████████████████████████
███████████████████████████████████████

9. ███████████████████████████████████████████████████████
███████████████████████████████████████████████

10. ██████████████████████████████████████████████████████
████████████████████████████████

11. ██████████████████████████████████████████████████████
██████████████████████

12. ██████████████████████████████████████████████████████
██████████████████████████████

13. ██████████████████████████████████████████████████████
████████████████████

      14.       Annexed hereto as **Exhibit 12** is a true and correct copy of a January 12, 2017 statement by XBT Holding S.A., printed from the website http://xbtholding.com/news/2017/01/xbt-statement-on-unsubstantiated-buzzfeed-report.html.

15. ██████████████████████████████████████████████████████
██████████████████████

16. ██████████████████████████████████████████████████████
████████████████

17. ██████████████████████████████████████████████████████
████████████████

18. ██████████████████████████████████████████████████████
████████████████

19. ██████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████

      20.       Annexed hereto as **Exhibit 18** is a true and correct copy of an October 10, 2017 email from Katherine M. Bolger to counsel for Plaintiffs and the reply October 12, 2017 email from Matthew Shayefar to counsel for Defendants.

21. ██████████████████████████████████████████████████████
████████████████████████████

22.     Annexed hereto as **Exhibit 20** is a true and correct copy of the *curriculum vitae* of Anthony Ferrante, which is Exhibit 1 to his Report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 29, 2018                   */s/ Katherine M. Bolger*
                                                 Katherine M. Bolger