# EXHIBIT 5-11

# REDACTED