# EXHIBIT 13-17

# REDACTED