**EXHIBIT 18**

**Shapiro, Marni**

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Tuesday, October 10, 2017 5:05 PM |
| **To:** | Evan@cfwlegal.com; Val Gurvits; Matthew Shayefar; Brady Cobb |
| **Cc:** | Siegel, Nathan; Lazier, Adam |
| **Subject:** | Gubarev v. BuzzFeed - Request 32 |

Dear Counsel
In an effort to facilitate the production of the logs we requested in Request 32 of the document requests, below please find a list of the fields we would like to receive from the Plaintiffs. I thought it wise to forward it on to you now so that, if need be, your IT vendor could speak to my IT vendor to facilitate the transfer.

Please let me know if you would like to speak about it before Thursday or, in the alternative, whether I should have my IT vendor speak to yours.
Thanks
Kate Bolger


The data requested is from 1/1/2015 to the present:

- **Intrusion Detection System (IDS) / Intrusion Prevention System (IPS) logs**
    o Expected format: text file, preferably double pipe delimited. Headers should be present.
    o Minimum fields: timestamp, signature id, message, protocol, source ip, destination ip, source port, destination port, tcp length, signature generator, tcp flags, tcp sequence, tcp ack, ttl

- **Proxy Logs**
    o Expected format: text file, preferably double pipe delimited. Headers should be present.
    o Minimum fields: date, time, bytes, source ip, destination ip, source port, destination port, hostname, domain category, dns name, proxy ip, http status code, uri, uri-query

- **Domain Name Server (DNS) Logs**
    o Expected format: text file, preferably double pipe delimited. Headers should be present.
    o Minimum fields: date, time, type of event, protocol, replay ip, reply/query, flag, record, domain

- **Netflow**
    o Expected format: text file, preferably double pipe delimited, or binary. Headers should be present.
    o Minimum fields: Ingress interface, source ip, destination ip, protocol, source port, destination port, ip type of service

- **Address resolution protocol (ARP) Logs / Tables**
    o Expected format: text file, preferably double pipe delimited. Headers should be present.
    o Minimum fields: IP address, hardware type, mac address, interface type

- **Dynamic Host Configuration Protocol (DHCP) Logs**

1

- o   Expected format: text file, preferably double pipe delimited. Headers should be present.
- o   Minimum fields: event id, date, time, description of event, ip address, hostname, MAC address

- **Ifconfig (or equivalent) output (network interface configuration)**
    - o   Expected format: text file, preferably double pipe delimited. Headers should be present.
    - o   Minimum fields: ip address, broadcast ip address, mask, link encapsulation, mac address

- **Network traffic (packet capture)**
    - o   Expected format: raw .pcap file

**Katherine Bolger** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 402-4068 | Fax: (212) 379-5201
Email: katebolger@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

Case 0:17-cv-60426-UU Document 297-9 Entered on FLSD Docket 11/05/2018 Page 4 of 6

**Shapiro, Marni**

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@bostonlawgroup.com> |
| **Sent:** | Thursday, October 12, 2017 6:15 PM |
| **To:** | rblack@royblack.com; Bolger, Kate; Lazier, Adam; jlopez@royblack.com; Siegel, Nathan |
| **Cc:** | evan@cfwlegal.com; Val Gurvits; 'Brady Cobb' |
| **Subject:** | XBT v Buzzfeed - Plaintiffs' Supplemented Document Production |

Dear Counsel,

Plaintiffs have supplemented their document production in accordance with the documents bates stamped as follows:
   P-A000132 through P-A000154
   P-I000051 through P-I000057
   P-K000001 through P-K000227
   P-L000001 through P-L000023

The documents have been added to the Dropbox repository containing Plaintiffs' prior production.  You can find the in the following Dropbox link:
   URL:       https://www.dropbox.com/sh/x5ya97ook8b9xqq/AAD82ZvHhhtL2wEoGhY3Fziqa?dl=0
   Password:       Martin1836VanBurn

Let me know if you have any trouble at all accessing the files.

Note that certain documents are being produced pursuant to the confidentiality stipulation and protective order and are marked as confidential either directly on the document itself, or in the file name or in the folder in which they are being produced.

Furthermore, please note that we were in fact able to prepare in time the log files requested (Request No. 32), and they are included in this production (P-L000001 through P-L000023), so no need to wait until Monday as requested in Evan's previous email.

To specifically respond to the types of logs that Kate requested in her email from October 10:
   IDS/IPS logs:       Not available
   Proxy logs:         Not available
   DNS logs:           Not available
   Netflow logs:       Produced
   ARP logs:           Produced
   DHCP logs:          Not available
   Ifconfig:           Not available
   Network traffic:    Not available

Finally, Mr. Gubarev's supplemental response to Interrogatory No. 4 is almost ready, we are simply waiting on the signature, which I expect to have by tomorrow.

Very truly yours,

Matthew Shayefar

1

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

--------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.