# Exhibit 3



# SUBSIDIARIES

**7 existing and fully-functioning subsidiaries collaborating over 3 continents**

Although the general direction of our companies is the same, they cater to the needs of different businesses. From the network services of IP Transit to the dedicated hosting and colocation of Webzilla and Root, each subsidiary is targeting a unique niche.



**XBT focuses on delivering the best possible solutions to bolster your business efficiency**

Through years of perfecting the art of building IT infrastructure, we are able to provide a secure backbone to every operation. High datacenter standards and a creative team allow us to maintain uninterrupted, reliable network connectivity while having a presence on three continents helps us stay close to our customers and deliver immaculate service.



### Fozzy

Shared Hosting, Forex VPS, Linux and Windows VPS

Fozzy Inc., a U.S.-based web hosting provider, offers a wide range of affordable Internet services from basic domain registration to advanced Linux/Windows VPS, Forex VPS and shared hosting solutions to individuals and entrepreneurs across North America, Europe and Asia. The philosophy of the brand is about serving fast hosting solutions, ensuring up to three times faster website load, high-speed of customer support and instant deployment of services.

VISIT US >



