# Exhibit 7



PORTAL LOGIN    Search...

SOLUTIONS    DATA CENTERS    MARKETS    NEWS & INSIGHTS    **ABOUT US**    CONTACT    GET A QUOTE



# ABOUT US

Home  >  About us

Datacenter.com operates large scale data centers to deliver the foundation of the digital economy. Our foundation is based on making our customers successful by using proven, reliable, innovative and energy-efficient data center technologies combined with best customer support experience.



We use cookies to analyze traffic and improve your experience. Find out more.

SOLUTIONS    DATA CENTERS    MARKETS    NEWS & INSIGHTS    ABOUT US    CONTACT    GET A QUOTE    Search...

## Who We Are

We are a data center facility with a personal touch: we truly put the customer first. Our vision is to lead the industry by being different.

READ MORE

## Why Datacenter.com

We provide the most advanced data center capabilities in the industry, backed up with a 100 percent uptime SLA and 24×7 support.

READ MORE

## Customer Commitment

The only way to make our customers successful is by creating a close relationship, by being flexible and by providing the best personal support.

READ MORE



## Careers

Are you our next future "A" player? We are always looking for dedicated, highly motivated, hard-working and smart colleagues.

READ MORE



## Certifications

Proven by several certifications, Datacenter.com provides an integrated approach towards quality management, sustainability and data security.

READ MORE

Would you like to receive more information about our services?
Feel free to contact us!



# amsterdam ams1

Datacenter.com's AMS1 is strategically located in Amsterdam, surrounded by many international, financial, media and high-tech companies. Located close to Schiphol Airport, public transport and all important highways.

DOWNLOAD FACTSHEET

Call us on +31 (0)20 - 2384 200
We are happy to answer your question

Email us for more information

### DATACENTER.COM

Datacenter.com operates large scale flexible data center facilities to meet the market's growing need for energy-efficient, highly interconnected, neutral facilities, in which organizations can host their critical IT infrastructure. We address the increased demand for cloud computing. The foundation for Datacenter.com is based on making the digital business of our customers successful, by offering custom-made, proven, reliable, secure, innovative and energy-efficient data center solutions, combined with best-in-class customer support.

### SUBSCRIBE TO MAILINGLIST

Subscribe to our newsletter and stay updated on the latest developments and special offers!

Your first name*
Your last name*
Email address*

Submit

© 2018 Datacenter.com | Terms & Conditions | Disclaimer | Privacy Statement