# EXHIBIT 1

Case 0:17-cv-60426-UU   Document 308-1   Entered on FLSD Docket 11/13/2018   Page 1 of 3

**Lazier, Adam**

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@bostonlawgroup.com> |
| **Sent:** | Thursday, October 12, 2017 6:15 PM |
| **To:** | rblack@royblack.com; Bolger, Kate; Lazier, Adam; jlopez@royblack.com; Siegel, Nathan |
| **Cc:** | evan@cfwlegal.com; Val Gurvits; 'Brady Cobb' |
| **Subject:** | XBT v Buzzfeed - Plaintiffs' Supplemented Document Production |

Dear Counsel,

Plaintiffs have supplemented their document production in accordance with the documents bates stamped as follows:
  P-A000132 through P-A000154
  P-I000051 through P-I000057
  P-K000001 through P-K000227
  P-L000001 through P-L000023

The documents have been added to the Dropbox repository containing Plaintiffs' prior production. You can find the in the following Dropbox link:
  URL: 
  Password:

Let me know if you have any trouble at all accessing the files.

Note that certain documents are being produced pursuant to the confidentiality stipulation and protective order and are marked as confidential either directly on the document itself, or in the file name or in the folder in which they are being produced.

Furthermore, please note that we were in fact able to prepare in time the log files requested (Request No. 32), and they are included in this production (P-L000001 through P-L000023), so no need to wait until Monday as requested in Evan's previous email.

To specifically respond to the types of logs that Kate requested in her email from October 10:
  IDS/IPS logs:      Not available
  Proxy logs:        Not available
  DNS logs:          Not available
  Netflow logs:      Produced
  ARP logs:          Produced
  DHCP logs:         Not available
  Ifconfig:          Not available
  Network traffic:   Not available

Finally, Mr. Gubarev's supplemental response to Interrogatory No. 4 is almost ready, we are simply waiting on the signature, which I expect to have by tomorrow.

Very truly yours,

Matthew Shayefar

1

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

---------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.