# EXHIBIT 1

# In The Matter Of:

*ALEKSEJ GUBAREV, XBT HOLDING SA and WEBZILLA, INC v. BUZZFEED, INC and BEN SMITH*

*Mr Christopher Steele*
*June 18, 2018*



EUROPEAN DEPOSITION SERVICES

*Original File C Steele Deposition.txt*
*Min-U-Script® with Word Index*

1                    Mr Christopher Steele

2           CONFIDENTIAL - ATTORNEYS' EYES ONLY
            IN THE UNITED STATES DISTRICT COURT
3                SOUTHERN DISTRICT OF FLORIDA
   _____
4                                    :
   ALEKSEJ GUBAREV, XBT HOLDING      : Case No:
5  SA and WEBZILLA, INC              : 17-cv-60426-UU
                                     :
6                Plaintiffs          :
                                     :
7                  -v-               :
                                     :
8  BUZZFEED, INC and BEN SMITH       :
                                     :
9                Defendants          :
   _____:
10

11              Videotaped deposition

12                       of

13             Mr Christopher Steele

14

15           On Monday, June 18th 2018

16

17            Commencing at 9.35 am

18

19                   Taken at:

20                 15 Old Bailey

21                    London

22                   EC4M 7EF

23                United Kingdom

24

25 Reported by: Miss Pamela Henley

Mr Christopher Steele

Q. And what efforts did you make to verify the allegations concerning Mr Gubarev?

A. The same.

Q. What did you learn about XBT?

A. From the open source search?

Q. If that is what you are willing to tell us about.

A. We did not find anything of relevance on XBT from the open source search.

Q. Did you find anything of relevance concerning Webzilla?

A. We did.

Q. And what was that?

A. It is an article I have got here, which is -- was posted on 28 July 2009, on something called CNN iReport, which is -- I can circulate it if you like.

Q. What do you understand iReports to be on CNN?

A. I do not have any particular knowledge of that.

Q. Do you understand that they have no connection to any CNN reporters?

A. I do not.

# CERTIFICATE OF COURT REPORTER

I, Pamela E Henley, Court Reporter, do hereby certify that I took the stenotype notes of the foregoing deposition and that the transcript thereof is a true and accurate record transcribed to the best of my skill and ability

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

_____

Pamela E Henley