**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

## DEFENDANTS' NOTICE OF SEALED FILING

     Defendants BuzzFeed, Inc. and Ben Smith hereby provide notice pursuant to Southern District of Florida Local Rule 5.4(b)(1) and the Court's Order entered September 19, 2018, Dkt. 205 (the "September 19 Order"), of the filing of Defendants' Opposition to Plaintiffs' Motion *In Limine* No. 3 and its attached exhibits.

     Good cause exists for the sealing of these papers because they contain information and documents that were designated Confidential or Attorneys' Eyes only pursuant to the Court's Amended Protective Order, Dkt. 97, or that have been filed under seal.

     Pursuant to the September 19 Order, Defendants will file a public, redacted version of this Motion and its supporting papers within seven days.

Dated:  November 13, 2018

                                        Respectfully submitted,

                                        /s/ Katherine M. Bolger
                                        Katherine M.  Bolger
                                        Nathan Siegel
                                        Adam Lazier
                                        Alison Schary
                                        DAVIS WRIGHT TREMAINE LLP

1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
nathansiegel@dwt.com
adamlazier@dwt.com
alisonschary@dwt.com

/s/ Roy Black
Roy Black
Jared Lopez
BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
201 So. Biscayne Boulevard
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Counsel for Defendants*