# EXHIBIT D

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Additional Question
**From:** Nick Dvas <dvas@servers.com>
**Date:** 12/22/2016 10:38 AM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**CC:** Alexey Gubarev <alex@servers.com>

Hi Chuck,
We've made our decision, and I'm already regretting that. However, we have a popular saying in Russia, that a terrible end is better than an endless terror.

We've decided to let out the information about Webzilla being a hosting provider for this customer. We believe, we should not disseminate this information widely. It should go from you only to:
- WhiteOps themselves
- Brian Krebs

Please, be very careful with Mr. Krebs. He has been performing lots of research in connection with cybercrime originating from Russia, and he might jump to some sort of unnecessary conclusions. We were 100% positive this customer is legitimate. Webzilla had some ambivalent episodes in its history, and has had some customers with doubtful reputation. However, many of them are now performing legal and legitimate business. Please, make sure, Krebs understands, we're victims, and we were sure customer's business is legitimate.

Also, if you can find some Russian-speaker who will be able to perform your services for us with connection to Russian media (we're far better known in Russian business community than in the US one), that'd be very benefitial. This story might catch some fire in Russia, and then someone in the US may pick it up from Russia in the developed stage. In fact, we would really like you to prepare to such development.

One more thing. Whiteops has published a full list of networks here: http://methbot.s3-website-us-east-1.amazonaws.com/IPs.txt. **this part is not for sharing** Of these 161 networks, just 21 originated from Servers.com. However, they're both in the top and in the bottom of the list - so, if a "researcher" is random, most probably he will meet Webzilla, not Servers. If he is not so random, he might pop into Servers. **end** Only, and only if anyone asks "What about Servers.com, we see their networks as well", you can communicate that,
- The holding management made a decision to invest heavier in Servers.com infrastructure, since it is way more modern and better built compared to Webzilla
- So, once customer needed one more batch of servers, Webzilla recommended him to order them from Servers.com since Servers.com had more capacity.
- We let the customer to Servers.com after he had been with Webzilla for several months with zero abuses towards him from anyone, and we had no reason to doubt his story about being a big data/analytics service

EXHIBIT 65
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001532

But please, don't be proactive with Servers.com mentioning. We want the damage to be limited to Webzilla.

> On Dec22 2016, at 19:32, Nick Dvas <dvas@servers.com> wrote:
>
> Nope, no contacts so far.
>
>> On Dec22 2016, at 18:37, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>>
>> Any media or customers contacted you about the story?
>>
>> FYI
>>
>> We have been and will continue to monitor traditional and social media – we will provide you with a daily report.