UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

# DECLARATION OF NATHAN SIEGEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* NO. 4 TO PRECLUDE THE INTRODUCTION OF TESTIMONY OR EVIDENCE CONCERNING THE RELIABILITY OF CHRISTOPHER STEELE OR FUSION GPS OR ANY EFFORTS ALLEGEDLY UNDERTAKEN BY EITHER TO VERIFY ALLEGATIONS CONTAINED IN THE DOSSIER

I, Nathan Siegel, pursuant to 29 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, counsel for Defendants BuzzFeed, Inc. and Ben Smith in the above-captioned proceeding.

2. I make this declaration in order to annex exhibits relied upon in Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 4;

3. Annexed hereto as **Exhibit 1** is a true and correct copy of Dkt. 1-3 in *In re Third Party Subpoena to Fusion GPS*, No. 0:18-mc-60528-UU (subpoena to Fusion GPS to testify).

4. Annexed hereto as **Exhibit 2** is a true and correct copy of relevant excerpts from the transcript of the August 30, 2018 30(b)(6) deposition of Fusion GPS 30(b)(6) designee.

5. Annexed hereto as **Exhibit 3** is a true and correct copy of the Second Witness Statement of Steven Loble dated January 16, 2018 in the *Gubarev v. BuzzFeed* proceeding in the United Kingdom.

6. Annexed hereto as **Exhibit 4** is a true and correct copy of the Civil Rules of Evidence for the United Kingdom, available at the website https://www.justice.gov.uk/courts/procedure-rules/civil/rules/part32#32.14.

7. Annexed hereto as **Exhibit 5** is a true and correct copy of relevant excerpts from the transcript of an oral hearing dated February 5, 2018 in the *Gubarev v. FuzzFeed* proceeding in the United Kingdom.

8. Annexed hereto as **Exhibit 6** is a true and correct copy of Dkt. 46 in *In re Third Party Subpoena to Fusion GPS*, No. 0:18-mc-60528-UU (Plaintiffs' Opposition to Fusion GPS's Recast Motion to Quash Subpoena or, in the Alternative, for a Protective Order, dated June 15, 2018).

9. Annexed hereto as **Exhibit 7** is a true and correct copy of a June 4, 2018 article in *Vanity Fair*, by Joe Pompeo entitled, *"'We Could Fight This Thing To The End': As Christopher Steele Prepares To Be Deposed About His Dossier In London, BuzzFeed Girds For A Long Struggle."*

10. Annexed hereto as **Exhibit 8** is a true and correct copy of relevant excerpts from the June 18, 2018 deposition of Christopher Steele.

11. Annexed hereto as **Exhibit 9** is a true and correct copy of Dkt. 35 in *In re Third Party Subpoena to Fusion GPS*, No. 0:18-mc-60528-UU (Plaintiffs' Reply to Fusion GPS' Motion for Leave to Supplement Motion to Quash, dated March 29, 2018).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2018 in Washington, District of Columbia.

/s/ Nathan Siegel
Nathan Siegel