# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/


**RESPONSES AND OBJECTIONS OF DEFENDANT BUZZFEED, INC. TO PLAINTIFFS'
FIRST SET OF INTERROGATORIES TO DEFENDANT BUZZFEED, INC.**

     Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant BuzzFeed, Inc.

("BuzzFeed"), by and through its attorneys, hereby responds and objects as follows to Plaintiffs'

Interrogatories (the "Interrogatories"), without waiving any rights or objections to the

Interrogatories and without admitting the relevance, materiality or admissibility of the subject

matter or facts contained in the Interrogatories or responses.

**RESPONSES AND OBJECTIONS**

**Interrogatory No. 1:** Please identify each individual providing information to answer these
    Interrogatories.

**Response:** BuzzFeed objects to this Interrogatory to the extent it purports to require it to provide

information privileged or confidential pursuant to attorney-client confidentiality or the work

product doctrine.

     Subject to, and without waiving, the foregoing objection, BuzzFeed identifies the following

people: Ben Smith, Mark Schoofs, Miriam Elder, Ken Bensinger.

**Interrogatory No. 5:** Please describe in detail any and all efforts taken by Buzzfeed to determine the truth or veracity of the allegations in the Dossier concerning the Plaintiffs.

**Response:** BuzzFeed objects to this Interrogatory as overly broad and not reasonably calculated to lead to discovery of admissible evidence to the extent that it seeks information about reporting that took place after January 10, 2017.  BuzzFeed further objects to this Interrogatory to the extent it purports to require it to provide information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Interrogatory to the extent it purports to require it to provide information privileged or confidential pursuant to attorney-client confidentiality.  BuzzFeed further objects to this Interrogatory on the grounds that it seeks information better obtained through deposition testimony.  Buzzfeed further objects to the extent that this Interrogatory assumes there are allegations in the Dossier concerning "Webzilla", which Buzzfeed denies.

Subject to, and without waiving, the foregoing objections, prior to publishing the Article Buzzfeed did not specifically investigate any of the allegedly defamatory statements concerning any of the Plaintiffs.

**Interrogatory No. 6:** Please identify each person contacted by Buzzfeed or any of its reporters in connection with its reporting on the Dossier.

**Response:** BuzzFeed objects to this Interrogatory as overly broad and not reasonably calculated to lead to discovery of admissible evidence to the extent that it seeks information about reporting that took place after January 10, 2017.  BuzzFeed further objects to this Interrogatory to the extent it purports to require it to provide information that is protected by the Reporter's Privilege. BuzzFeed further objects to this Interrogatory to the extent it purports to require it to provide information privileged or confidential pursuant to attorney-client confidentiality or the work product doctrine.

Signed as to objections:


Dated:  July 17, 2017                        Respectfully submitted,

                                             */s/ Katherine M. Bolger*
                                             Katherine M. Bolger
                                             (admitted *pro hac vice*)
                                             Nathan Siegel
                                             (admitted *pro hac vice*)
                                             Adam Lazier
                                             (admitted *pro hac vice*)
                                             LEVINE SULLIVAN KOCH & SCHULZ, LLP
                                             321 West 44th Street, Suite 1000
                                             New York, NY 10036
                                             Tel:  (212) 850-6100

                                             Lawrence A. Kellogg, P.A.
                                             Jezabel P. Lima
                                             LEVINE KELLOGG LEHMAN SCHNEIDER +
                                             GROSSMAN LLP
                                             201 South Biscayne Boulevard
                                             Miami Center, 22nd Floor
                                             Miami, FL 33131
                                             Tel: (305) 403-8788

                                             *Counsel for Defendants*