# Exhibit 1

```
 1

 2       IN THE UNITED STATES DISTRICT COURT

 3          SOUTHERN DISTRICT OF FLORIDA

 4

 5   ALEKSEJ GUBAREV, XBT HOLDING    )Case No.
     S.A., AND WEBZILLA, INC.,       )17-CV-60426-
 6                                   )UU
               Plaintiffs,           )
 7                                   )
           vs.                       )
 8                                   )
     BUZZFEED, INC. AND BEN          )
 9   SMITH,                          )
                                     )
10             Defendants.           )
     --------------------------------)
11

12

13          DEPOSITION OF BENJAMIN SMITH

14             New York, New York

15          Thursday, February 8, 2018

16

17

18

19

20

21

22

23

24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. J1400363
```



```
 1
 2   B E N J A M I N   S M I T H, called as a
 3       witness, having been duly sworn by a
 4       notary public, was examined and testified
 5       as follows:
 6                       EXAMINATION
 7   BY MR. FRAY-WITZER:
 8       Q.   Good morning.
 9       A.   Good morning.
10       Q.   Let me start by asking you if you
11   have ever been deposed before.
12       A.   No, I haven't.
13       Q.   Okay.  So I'm going to lay out for
14   you some of the ground rules of a deposition.
15            The first thing is that I will ask
16   you a series of questions.  Hopefully you'll
17   give a series of answers.  All of your
18   answers need to be verbal so head nods,
19   um-hums, uh-uhs, can't be recorded accurately
20   by the transcriptionist, so I would ask that
21   if you're giving an answer -- yes-or-no
22   answer that you say "yes" or "no"; if it's a
23   longer answer, that you give your longer
24   answer but your answers be verbal.
25            Is that okay?
```



```
 1                CONFIDENTIAL - Smith
 2   reaching out to the plaintiffs?
 3        A.    In what period?
 4        Q.    After the publication of the
 5   dossier.
 6        A.    I believe that when the plaintiffs
 7   filed suit against us, our media reporter,
 8   Steven Perlberg, contacted a lawyer for the
 9   plaintiffs.
10        Q.    Prior to the lawsuit being filed,
11   did anyone at BuzzFeed reach out to the
12   plaintiffs, that you know of?
13        A.    I can't speak for everyone at
14   BuzzFeed, but not that I know of.
15        Q.    You said, "I think I actually don't
16   see the case for the middle position."  Do
17   you not think that BuzzFeed could have just
18   as effectively written an article about the
19   dossier without printing the actual dossier?
20        A.    No.
21        Q.    On page 4943 in the middle of the
22   page you say, "I think that I would say is
23   that, I think -- it's -- if you're going to
24   report on a document, the presumption is that
25   you share the document with your audience,
```



```
 1              CONFIDENTIAL - Smith
 2        A.    You know, I don't have a detailed
 3   recollection of what I said.  Could you give
 4   me the transcript?
 5        Q.    Do you have a general recollection?
 6        A.    You know, I'd just wouldn't want to
 7   rely on my recollection.  Could you give me
 8   the transcript?
 9        Q.    And again, I'm afraid in the
10   depositions I get to ask the questions.  And
11   so you can give me the answer.  That is a
12   perfectly fine answer.  And we'll make a
13   determination as to what to do about the
14   transcript.
15              But do you have a recollection as
16   to saying anything to that effect?
17        A.    You know, I just don't have a
18   detailed recollection of my exact words on
19   that show and I'd really want to look at the
20   transcript before I kind of opined on them.
21        Q.    I think you testified earlier that
22   you don't believe that BuzzFeed could have
23   effectively reported on the dossier without
24   publishing the dossier.  Am I remembering
25   that correctly?
```



```
 1                  CONFIDENTIAL - Smith
 2       A.   I certainly believe it was
 3   important that we publish the dossier.
 4            MR. FRAY-WITZER:  15 and 16.
 5            (Plaintiffs' Exhibit 15, Article
 6       entitled, "What To Do With 'Shitty Media
 7       Men'?" marked for identification as of
 8       this date.)
 9            (Plaintiffs' Exhibit 16, Article
10       entitled, "Moira Donegan Says She Is The
11       Woman Who Created The 'Shitty Media
12       Men,'" marked for identification as of
13       this date.)
14   BY MR. FRAY-WITZER:
15       Q.   You've just been handed what's been
16   marked as Exhibits 15 and 16.  Can you tell
17   me what those exhibits are?
18       A.   One is an article titled "What To
19   Do With the Shitty" -- quote, "Shitty Media
20   Men."
21            Sorry.  One is an article entitled
22   "What To Do With 'Shitty Media Men,'" phrased
23   as a question.  It's an article by a reporter
24   named Doree Shafrir, D-O-R-E-E S-H-A-F-R-I-R,
25   posted on October 20, 2017.
```



```
 1                CONFIDENTIAL - Smith
 2           And the second is a story from
 3   January 11th of this year titled "Moira
 4   Donegan Says She Is The Woman Who Created the
 5   'Shitty Media Men' List."
 6      Q.   What is the "shitty media men
 7   list"?
 8      A.   It was a list of -- it was an
 9   anonymously created list of men who worked in
10   media against whom there had been allegations
11   made of sexual misconduct or other kinds of
12   bad behavior.
13      Q.   Were any BuzzFeed reporters on that
14   list?
15      A.   Yes.
16      Q.   How many BuzzFeed reporters or
17   editors?
18      A.   I believe there were four BuzzFeed
19   employees.
20      Q.   And there were employees from
21   major -- and no offense, I don't mean that
22   BuzzFeed is not major.  There were reporters
23   from other major media outlets on that list;
24   is that correct?
25      A.   Yes.
```



```
 1              CONFIDENTIAL - Smith
 2        Q.    And that list was available on the
 3   Internet; is that correct?
 4        A.    Yes.
 5        Q.    And --
 6        A.    Well --
 7        Q.    -- it was available through Reddit;
 8   is that correct?
 9        A.    It was at some point posted to
10   Reddit.  I'm just -- it was -- I'm not sure
11   it was available in different ways at
12   different precise moments.
13        Q.    And the list had gone viral; is
14   that correct?
15        A.    Yes.
16        Q.    And BuzzFeed chose to write two
17   different articles about the list; is that
18   correct?
19        A.    Yes.
20        Q.    Yet BuzzFeed never published the
21   list, correct?
22        A.    Yes.
23        Q.    Why not?
24        A.    Well, this list hadn't been briefed
25   to the president of the United States, the
```



```
 1                   CONFIDENTIAL - Smith
 2    president-elect of the United States and
 3    wasn't being shared or used by American
 4    intelligence officials at the -- or affecting
 5    the actions of -- yeah, of American officials
 6    at the top levels of government, but
 7    specifically it had not been briefed to one
 8    president, much less two.
 9         Q.   It was a story that was important;
10    is that correct?
11         A.   Yes.
12         Q.   The Me Too movement is important;
13    is that correct?
14         A.   Yes.
15         Q.   The issues of sexual harassment in
16    the media is important; is that correct?
17         A.   Yes.
18         Q.   This was a document that was
19    exposing the identities of media
20    personalities alleged to have committed
21    serious acts of sexual harassment and
22    sometimes abuse; is that correct?
23         A.   Yes.
24         Q.   Why isn't there a presumption that
25    your readers are adult enough to see the list
```



```
 1                CONFIDENTIAL - Smith
 2   itself?
 3       A.   Well, you know, every editorial
 4   situation is a different call and a different
 5   balance.  In this case, unlike the dossier,
 6   for instance, the document had not been
 7   briefed to the president of the United
 8   States.
 9       Q.   Is that the only litmus test?
10       A.   No.
11       Q.   Okay.  So with respect to this
12   particular situation, what were the factors
13   that made you decided not to publish the
14   shitty media men list?
15       A.   Well, we didn't -- the -- with the
16   dossier we knew that it had been written by a
17   former senior British intelligence official
18   who had had a specialty in Russia and Russian
19   intelligence and whose work was very highly
20   respected by his peers and that -- and was
21   being taken serious by American intelligence
22   agencies.
23            In this case we didn't know the
24   identity of the author of the dossier in
25   either way -- I'm sorry, of this memo -- of
```



```
 1                  CONFIDENTIAL - Smith
 2   this list, for instance.  So that was a
 3   factor.
 4        Q.   You didn't know the identity of the
 5   person who made the allegations concerning
 6   Aleksej Gubarev, right?
 7        A.   Well, we knew the identity of
 8   Christopher Steele, who is the person who
 9   wrote those allegations in the dossier, yes.
10        Q.   And you knew that Christopher
11   Steele didn't himself make those allegations;
12   he was relying on someone, correct?
13        A.   We didn't know the identify of the
14   Christopher Steele's source, that's correct.
15   Though we knew that Christopher Steele was a
16   very credible figure who had operated at the
17   top level of British intelligence.
18        Q.   By the time BuzzFeed published the
19   second story, it had conducted an
20   investigation and had terminated at least one
21   person on the list for conduct that comports
22   with what was reported on the list; is that
23   correct?
24        A.   Not exactly.
25        Q.   Did BuzzFeed do any investigation
```



```
 1                  CONFIDENTIAL - Smith
 2   as to the credibility of the allegations
 3   contained on the list?
 4        A.   Yes, and it -- yes.
 5        Q.   Did it substantiate any of the
 6   allegations made in the list?
 7             MR. SIEGEL:  I'm going to -- I
 8        think you're getting pretty deep into
 9        other stories and any sources.  You're
10        asking him about why he --
11             THE COUR REPORTER:  I'm sorry, I
12        can barely hear you.
13             MR. FRAY-WITZER:  Yeah, I can't
14        hear you.
15             MR. SIEGEL:  I think -- I think
16        you're getting -- I think you're getting
17        to the point where you're going --
18        you're asking him directly about his
19        gathering sources, et cetera, and about
20        a total unrelated story.
21             MR. FRAY-WITZER:  I'm not asking
22        about news-gathering or sources.
23             MR. SIEGEL:  Well, sure you are.
24        You're asking him which allegations he
25        substantiated, which he didn't, who --
```



```
 1                  CONFIDENTIAL - Smith
 2              MR. FRAY-WITZER:  Okay.  That
 3       doesn't require anything about sources.
 4   BY MR. FRAY-WITZER:
 5       Q.   You've said that certain
 6   allegations were substantiated, there was
 7   some confidence level.  Why not publish the
 8   list?
 9              MR. SIEGEL:  Well, wait a minute.
10         I don't think he said that.
11              THE WITNESS:  Sorry, just what --
12         I've lost the thread here.  What's the
13         question?
14              MR. BLACK:  There's no question
15         pending.
16   BY MR. FRAY-WITZER:
17       Q.   Were any allegations substantiated?
18              MR. SIEGEL:  Objection.
19   BY MR. FRAY-WITZER:
20       Q.   That doesn't mean you can't answer.
21   DI         MR. SIEGEL:  Well, no.  Objection;
22         privilege.  I think you're asking him
23         about --
24              I'm going to object to that and
25         instruct him not to answer.
```



```
 1                  CONFIDENTIAL - Smith
 2    BY MR. FRAY-WITZER:
 3         Q.   Without revealing any sourcing
 4    information whatsoever, was BuzzFeed able to
 5    substantiate any allegations contained in the
 6    list?
 7              MR. SIEGEL:  Well --
 8         A.   Sorry.  Are you asking about our
 9    internal HR investigation?
10    BY MR. FRAY-WITZER:
11         Q.   No.  I'm asking just about any
12    allegations that were contained in the shitty
13    media men list.
14    DI        MR. SIEGEL:  I'm still going to
15         object as privileged.  It goes beyond
16         confidential sources.  And I think you
17         are at this point asking him about the
18         details of BuzzFeed's news-gathering,
19         about entirely different stories, so I'm
20         going to instruct him not to answer.
21              MR. FRAY-WITZER:  The only thing
22         I'll ask you to say louder is your
23         instruction not to answer.
24    DI        MR. SIEGEL:  I instruct the witness
25         not to answer.
```



```
 1            CONFIDENTIAL - Smith
 2   BY MR. FRAY-WITZER:
 3       Q.   Were you more concerned about
 4   publishing the list when it dealt with
 5   mention of the media than you were when it
 6   dealt with Alex Gubarev?
 7       A.   No.
 8       Q.   Sometimes it's possible to report
 9   on the story and report on the document
10   without publishing the document, isn't it?
11       A.   You know, every editorial decision
12   is made on a case-by-case basis.
13       Q.   Is it accurate to say that you have
14   met with the Emerson Collective recently?
15       A.   Yes.
16       Q.   Was the purpose of that meeting to
17   discuss possible investment in BuzzFeed?
18       A.   We did discuss that.
19       Q.   Did you discuss the publication of
20   the dossier in that meeting?
21       A.   Not that I recall.
22       Q.   Have you, in any conversations with
23   potential investors, used the publication of
24   the dossier as a selling point?
25       A.   Not that I recall.
```



```
 1                  CONFIDENTIAL - Smith
 2        Q.   Have you pointed to the publication
 3   of the dossier as an important scoop that
 4   BuzzFeed made?
 5        A.   Yes.  I wrote an article in The New
 6   York Times whose headline was "I'm Proud We
 7   Published the Trump-Russia Dossier."
 8        Q.   Have you ever used BuzzFeed's scoop
 9   in publishing the dossier in connection with
10   wooing investors?
11        A.   Not that I recall.
12             MR. FRAY-WITZER:  Let's take a
13        five-minute break, if we could.
14             MR. BLACK:  Sure.
15             MR. SIEGEL:  Sure.
16             (Recess taken.)
17             (Plaintiffs' Exhibit 15, Article
18        entitled, "What To Do With "Shitty Media
19        Men"?, marked for identification as of
20        this date.)
21   BY MR. FRAY-WITZER:
22        Q.   If you look at the article "What to
23   do with 'Shitty Media Men,'" your reporter
24   wrote, "On Wednesday afternoon, I received an
25   e-mail from a friend, a woman writer, that
```



```
 1                CONFIDENTIAL - Smith
 2     had been forwarded from another woman, also a
 3     writer.  The body of the e-mail contained an
 4     anonymous Google spreadsheet labeled 'Shitty
 5     Media Men.'  On the top it said, 'Disclaimer:
 6     This document is only a collection of
 7     misconduct allegations and rumors.  Take
 8     everything with a grain of salt.  If you see
 9     something about a man you're friends with,
10     don't freak out.  Men accused of physical
11     sexual violence by multiple women are
12     highlighted in red.'  I saw some of the names
13     and thought:  Fucking finally.  Finally the
14     grossest men in media will be exposed."
15              Did I read that correctly?
16         A.   Yes.
17         Q.   Is Doree Shafrir someone who you
18     trust?
19         A.   Yes.
20         Q.   Is Doree Shafrir someone who you
21     believe would report accurately to you?
22         A.   Yes.
23         Q.   So you have someone who knows some
24     of the people on the list and has confirmed
25     being relieved that the names are out there;
```



```
 1                CONFIDENTIAL - Smith
 2   is that correct?
 3        A.   Yes.
 4        Q.   And you reported extensively in not
 5   just one but two articles on this list,
 6   correct?
 7        A.   Yes.
 8        Q.   Isn't the reason that you didn't
 9   publish the list because it contained names
10   of BuzzFeed reporters and it contained names
11   of your colleagues and friends in the media?
12        A.   No.
13             (Continued on next page to include
14        jurat.)
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                   CONFIDENTIAL - Smith
 2          MR. FRAY-WITZER:  I have no further
 3     questions.
 4          MR. BLACK:  Okay.
 5          MR. SIEGEL:  Okay.
 6          (Time noted:  3:04 p.m.)
 7
 8
 9                       _____
10                       BENJAMIN SMITH
11
12   Subscribed and sworn to before me
13   this____ day of _____, 2018.
14
15   _____
16
17
18
19
20
21
22
23
24
25
```



```
 1
 2              C E R T I F I C A T E
 3   STATE OF NEW YORK     )
 4                         : ss.
 5   COUNTY OF NEW YORK    )
 6
 7         I, TAMI H. TAKAHASHI, a Notary
 8   Public within and for the State of New
 9   York, do hereby certify:
10         That BENJAMIN SMITH, the witness
11   whose deposition is hereinbefore set
12   forth, was duly sworn by me and that
13   such deposition is a true record of the
14   testimony given by the witness.
15         I further certify that I am not
16   related to any of the parties to this
17   action by blood or marriage, and that I
18   am in no way interested in the outcome
19   of this matter.
20         IN WITNESS WHEREOF, I have hereunto
21   set my hand this 13th day of February
22   2018.
23
24                 _____
25                 TAMI H. TAKAHASHI
```

