# Exhibit 1

```
           IN THE UNITED STATES DISTRICT COURT

              SOUTHERN DISTRICT OF FLORIDA


 ALEKSEJ GUBAREV, XBT HOLDING    )Case No.
 S.A., AND WEBZILLA, INC.,       )17-CV-60426-
                                 )UU
           Plaintiffs,           )
                                 )
          vs.                    )
                                 )
 BUZZFEED, INC. AND BEN          )
 SMITH,                          )
                                 )
           Defendants.           )
 --------------------------------)



              DEPOSITION OF BENJAMIN SMITH

                  New York, New York

              Thursday, February 8, 2018










 Reported by:
 TAMI H. TAKAHASHI, RPR, CSR
 JOB NO. J1400363
```



```
 1
 2   B E N J A M I N   S M I T H, called as a
 3      witness, having been duly sworn by a
 4      notary public, was examined and testified
 5      as follows:
 6                   EXAMINATION
 7   BY MR. FRAY-WITZER:
 8       Q.   Good morning.
 9       A.   Good morning.
10       Q.   Let me start by asking you if you
11   have ever been deposed before.
12       A.   No, I haven't.
13       Q.   Okay.  So I'm going to lay out for
14   you some of the ground rules of a deposition.
15            The first thing is that I will ask
16   you a series of questions.  Hopefully you'll
17   give a series of answers.  All of your
18   answers need to be verbal so head nods,
19   um-hums, uh-uhs, can't be recorded accurately
20   by the transcriptionist, so I would ask that
21   if you're giving an answer -- yes-or-no
22   answer that you say "yes" or "no"; if it's a
23   longer answer, that you give your longer
24   answer but your answers be verbal.
25            Is that okay?
```



```
 1                       Smith
 2       A.   What do you mean by "continuing
 3   education"?
 4       Q.   Have you had taken any classes or
 5   courses?
 6       A.   I took language courses at one
 7   point.
 8       Q.   Where did you go after the
 9   Indianapolis Star?
10       A.   Do you mean professionally?
11       Q.   Yes.
12       A.   To work for The Baltic Times.
13       Q.   Where is The Baltic Times located?
14       A.   In Riga, Latvia.
15       Q.   How long were you at The Baltic
16   Times?
17       A.   Less than a year.
18       Q.   And what was your position with
19   The Baltic Times?
20       A.   I was a reporter.
21       Q.   Did you have any particular beat
22   with The Baltic Times?
23       A.   No.
24       Q.   Why did you choose to leave
25   The Baltic Times?
```



```
 1                       Smith
 2         A.   I was offered -- I was offered a
 3    string for The Wall Street Journal.
 4              I'm sorry, for The Wall Street
 5    Journal Europe.
 6         Q.   So to clarify, you were offered a
 7    position as a stringer working for The Wall
 8    Street Journal in Europe; is that correct?
 9         A.   For The Wall Street Journal Europe.
10         Q.   And were you covering any
11    particular type of story while you were a
12    stringer for The Wall Street Journal Europe?
13         A.   Stories about Estonia, Latvia,
14    Lithuania and sometimes other countries in
15    the region.
16         Q.   How long did you do that?
17         A.   Between one year and two years.
18         Q.   And did you leave The Journal or
19    did you take another position with
20    The Journal?
21         A.   I took a job somewhere else.
22         Q.   Okay.  Why did you decide to leave
23    The Journal?
24         A.   It was right after 9/11 and I
25    wanted to go home.
```



BENJAMIN SMITH  Confidential                                February 08, 2018
GUBAREV vs BUZZFEED                                                        12

```
 1                    Smith
 2        Q.    And where was your next position?
 3        A.    At The New York Sun.
 4        Q.    What was your position with The
 5   Sun?
 6        A.    I was a reporter.
 7        Q.    Did you have any particular beat
 8   with The Sun?
 9        A.    Yes.
10        Q.    And what was that?
11        A.    New York City Hall.
12        Q.    And how long did you stay with The
13   Sun?
14        A.    About two years.
15        Q.    Did your position remain the same
16   throughout those two years?
17        A.    I don't specifically remember.
18        Q.    Did your beat remain the same?
19        A.    Broadly, yes.
20        Q.    Were there any other things that
21   you were covering while you were reporting
22   for The Sun?
23        A.    Yes.
24        Q.    What kind of things?
25        A.    Specifically, once I wrote an
```



```
 1                         Smith
 2    article about a chocolate shop on Chambers
 3    Street.  I wrote an article about the Queens
 4    democratic political organization.  I wrote
 5    an article about -- or when the Iraq War
 6    broke out I wrote stories or -- about
 7    elements of the Iraq War or of the run-up to
 8    the Iraq War.
 9         Q.   After your time at The New York Sun
10    what was your next professional position?
11         A.   I was a reporter for The New York
12    Observer.
13         Q.   And did you have a particular beat
14    for The Observer?
15         A.   New York City politics.
16         Q.   And how long did you hold that
17    position?
18         A.   About two years.
19         Q.   And what was your next professional
20    position after The Observer?
21         A.   I was a reporter for the New York
22    Daily News.
23         Q.   What year was that that you started
24    with The News?
25         A.   2006.
```



```
 1                      Smith
 2        Q.   And did you have a particular beat
 3   for The Daily News?
 4        A.   Yes.
 5        Q.   And what was that?
 6        A.   New York City politics.
 7        Q.   And how long did you remain at
 8   The News?
 9        A.   One year.
10        Q.   Where did you go after The Daily
11   News?
12        A.   The Politico.
13        Q.   What was your original role at
14   Politico?
15        A.   I covered the democratic
16   presidential primary.
17        Q.   Did you have any other roles at
18   Politico?
19        A.   Yes.
20        Q.   What were those other roles?
21        A.   I covered politics.
22        Q.   In addition to writing straight
23   news for Politico, did you also write opinion
24   pieces?
25        A.   No.
```



```
 1                      Smith
 2       Q.   Did you obtain a blog for Politico?
 3       A.   Yes.
 4       Q.   Did you consider your blog to be
 5  straight news, opinion, or a mixture of the
 6  two?
 7       A.   Straight news.
 8       Q.   How long did you stay at Politico?
 9       A.   Five years.
10       Q.   And following Politico, where did
11  you go?
12       A.   To BuzzFeed.
13       Q.   And that was 2014; is that correct?
14       A.   No.
15       Q.   2015?
16       A.   No.
17       Q.   When did you go to BuzzFeed?
18       A.   2012.
19       Q.   What made you decide to leave
20  Politico for BuzzFeed?
21       A.   The job seemed interesting and
22  challenging.
23       Q.   What was the job?
24       A.   To be editor-in-chief.
25       Q.   Is that your title today?
```



1                       Smith
2        A.   Yes.
3        Q.   If you could explain broadly what
4    that job entails.
5        A.   Now or in 2012?
6        Q.   Let's do both actually.  In 2012,
7    what did that entail?
8        A.   In 2012 it involved hiring
9    reporters and covering the presidential
10   campaign of 2012 as well as other topics, and
11   overseeing the existing BuzzFeed
12   entertainment side as well.
13       Q.   And has your role with BuzzFeed
14   developed or changed in some way between then
15   and now?
16       A.   Yes.
17       Q.   In what ways has it changed?
18       A.   Could you be more specific?  I
19   could talk for hours.
20       Q.   Well, you've told us broadly what
21   the job entailed in 2012.  What does the job
22   entail today?
23       A.   I manage a team of reporters and
24   editors and support staff covering news
25   around the world and I no longer -- and as



```
 1                        Smith
 2    well as producers producing shows and no
 3    longer oversee the entertainment side.
 4         Q.   Did that change in 2016?
 5         A.   Different changes happened at
 6    different times.
 7         Q.   At some point did BuzzFeed separate
 8    out their news division and entertainment
 9    division?
10         A.   Yes.
11         Q.   When was that?
12         A.   I don't recall the specific day.
13         Q.   Do you remember the year?
14         A.   2016.
15         Q.   When you were working with The Wall
16    Street Journal did The Journal have rules
17    about the sourcing of stories that you knew
18    of?
19         A.   No.
20         Q.   Let me rephrase the question.
21              Did The Journal have rules about
22    sourcing?
23         A.   I don't specifically remember.
24         Q.   Do you know if The Journal had any
25    requirement that stories have two sources?
```



```
 1                CONFIDENTIAL - Smith
 2          page 1.
 3    BY MR. FRAY-WITZER:
 4          Q.   So as part of one of your answers
 5    here you stated, "I do think before you
 6    publish something, at least, you should not
 7    surprise people.  And we have a practice here
 8    of writing what we call a 'no surprises'
 9    letter to the subject of an investigation
10    that lays out in great, great detail what's
11    in a story.  And then you make sure you slip
12    that under their door, you mail it to them,
13    you e-mail it to them, you send it to their
14    lawyer.  It often adds to your reporting.
15    There's no reason that the subject of a story
16    should be surprised.  Maybe there's
17    occasionally a reason, but in most cases,
18    there isn't a reason, and you should test
19    your stronger reporting against their
20    response before you publish, not after."
21               Did I read that correctly?
22          A.   Yes.
23          Q.   Was it accurately reported that you
24    said that?
25          A.   Yes.
```



```
 1
 2              C E R T I F I C A T E
 3   STATE OF NEW YORK    )
 4                        : ss.
 5   COUNTY OF NEW YORK   )
 6
 7         I, TAMI H. TAKAHASHI, a Notary
 8   Public within and for the State of New
 9   York, do hereby certify:
10         That BENJAMIN SMITH, the witness
11   whose deposition is hereinbefore set
12   forth, was duly sworn by me and that
13   such deposition is a true record of the
14   testimony given by the witness.
15         I further certify that I am not
16   related to any of the parties to this
17   action by blood or marriage, and that I
18   am in no way interested in the outcome
19   of this matter.
20         IN WITNESS WHEREOF, I have hereunto
21   set my hand this 13th day of February
22   2018.
23
24         
                 _____
25               TAMI H. TAKAHASHI
```