# Exhibit 3



# BuzzFeed was wrong to publish the Trump rumours. Here's why

## Jane Martinson

Printing unverified claims, no matter how newsworthy they may appear to be, damages proper journalism. And that's a very dangerous thing to do

Thu 12 Jan 2017 06.37 EST



Why did BuzzFeed publish an "unverified" dossier on Donald Trump's ties with Moscow? It wasn't for clickbait or financial gain, according to the editor-in-chief, Ben Smith, but because "it reflected how we see the job of reporters in 2017", which is possibly the most worrying reason of all.

After admitting that he wasn't entirely sure whether the dossier was dodgy or not in his note to staff, Smith predictably earned the ire of Trump, who called BuzzFeed a "disgrace" and the website "a failing pile of garbage". The next US president then resorted to the modern version of the playground chant of "liar, liar, pants of fire" when he said of the report: "It's all fake news."

The widespread media condemnation of BuzzFeed's actions was less predictable. CNN, the network which first reported that security forces had given Trump and President Obama a summary of the dossier, distanced itself from BuzzFeed's "decision to publish unsubstantiated memos" in the form of the unexpurgated 35-page document, arguing that it had allowed Trump to tar all reporting on the issue as "fake". CNN reporter Jake Tapper called the site "irresponsible".

Other news organisations, including the Guardian, had seen the dossier but were unable to verify its claims. In suggesting that the role of journalists is simply to put the information out there and allow readers to "make up their own minds", Smith put himself at the centre of a huge battle being waged in the media.

For the media is currently at war, an information war in which no one really knows who or what to trust, and the nature of truth itself is in danger. Careless talk in any battle costs lives, which is one way to explain the furore over BuzzFeed's decision.

The much-respected media columnist and former public editor of the New York Times Margaret Sullivan accused Buzzfeed of breaking the golden journalistic rule that "it's never been acceptable to publish rumour and innuendo".

"In an era when trust in the media is already in the gutter, this does absolutely nothing to help," she added.

BuzzFeed's defence – both in Smith's note and in comments made by Jim Waterson, its UK political editor, at an event about fake news in London on Wednesday – was essentially that the site's readers deserve to read what the media and political elite were reading and talking about, even if not all the claims were true. Waterson, at the ITN-hosted event, said the dossier was "being discussed across media circles and across security circles".

News organisations make difficult editorial decisions all the time, and we all make mistakes, but such thinking would have once been welcomed as a sign that the web was part of greater democratic openness. That was before post-truth became the word of the year in 2016.

The wisdom of crowds, which once promised open democracy and truth for all, is now looking like a mob that stamps on the facts because scurrilous lies are not only easier to produce but can be just as popular online.

If journalism is about publishing stuff that everyone is talking about, what makes it different to the sort of unproven nonsense written and published about Obama being the founder of Isis or even that David Cameron had sex with a pig's head? Hence Sullivan calling out BuzzFeed's actions as "plunging down a slippery ethical slope from which there is no return".

Publishing something someone doesn't like to hear is pretty much the essence of journalism, at least the kind that believes itself deserving of a special status, the sort of status that grants audiences with pope or president and the ability to hold the powerful to account. Or, as is often said: "Journalism is printing what someone else does not want printed: everything else is public relations."

But such works, especially investigating the misdeeds of the rich and powerful, costs money, time and effort to check the facts and ensure that something, to the best of the writer's knowledge, really did happen.

The economics of the news business today sees online media platforms such as Facebook put essentially the same value on an outlandish story created by a teenager in the Balkans as a fully verified investigation such as the Panama Papers.

Not that the economic crisis in the media business explains BuzzFeed's decision entirely: the irony in some ways is that the site was not publishing the story for financial gain as, unlike much of the old media, which depends on display advertising, BuzzFeed is funded by sponsored content. So its news division is all about prestige.

Prestige, trust, truth: flimsy and amorphous but essential for the survival of good journalism, as opposed to rumour and lies. In these dangerous times - both for journalism and the world - "newsworthy" is not enough. It is wrong for any respected news organisation to publish information it knows may not be true.

## Since you're here…

… we have a small favour to ask. More people are reading the Guardian than ever, but advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall – we want to keep our journalism as open as we can. So you can see why we need to ask for your help.

The Guardian is editorially independent. So we set our own agenda. Our journalism is free from commercial bias. It isn't influenced by billionaire owners, politicians or shareholders. No one edits our Editor. No one steers our opinion. This means we can give a voice to the voiceless. It lets us challenge the powerful - and hold them to account. And at a time when factual, honest reporting is critical, it's what sets us apart from so many others.

The Guardian's long term sustainability relies on the support that we receive directly from our readers. And we would like to thank the hundreds of thousands who are helping to secure our future. But we cannot stop here. As more of you offer your ongoing support, we can keep investing in quality investigative journalism and analysis. We can remain a strong, progressive force that is open to all.

If everyone who reads our reporting, who likes it, helps to support it, our future would be much more secure. **For as little as $1, you can support the Guardian – and it only takes a minute. Thank you.**

Support The Guardian

   

Topics
- Donald Trump
- First thoughts
- BuzzFeed
- comment