# EXHIBIT 3

1          IN THE UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF FLORIDA

3    _____
                                            )
4    ALEKSEJ GUBAREV, XBT HOLDING S.A.,    )
     and WEBZILLA, INC.,                    )
5                                            )
               Plaintiffs,                  )
6    vs.                                     ) Case No.:
                                            ) 17-CV-60426-UU
7    BUZZFEED, INC., and BEN SMITH,        )
                                            )
8               Defendants.                 )
     _____)
9

10

11              ** CONFIDENTIAL **

12       ** PURSUANT TO A PROTECTIVE ORDER **

13

14

15            VIDEOTAPED DEPOSITION OF

16                NIKOLAY DVAS

17             LIMASSOL, CYPRUS

18           THURSDAY, MAY 17, 2018

19                9:45 A.M.

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR 9243

```
 1              Videotaped deposition of NIKOLAY DVAS,

 2    taken in the above-entitled cause pending in the

 3    United States District Court, Southern District of

 4    Florida, pursuant to notice, before BRENDA MATZOV,

 5    CA CSR 9243, at Elias Neocleous & Co., Neocleous

 6    House, 195 Makarious III Avenue, Floor -1, Limassol,

 7    Cyprus, on Thursday, the 17th day of May, 2018, at

 8    9:45 a.m.

 9


10


11    APPEARANCES:

12    FOR PLAINTIFFS:

13              BOSTON LAW GROUP, PC
                By:  VAL GURVITS, ESQ.
14              825 Beacon Street
                Suite 20
15              Newton Centre, Massachusetts 02459
                (617) 928-1800 / Fax (617) 928-1802
16              vgurvits@bostonlawgroup.com

17


18    FOR DEFENDANT BUZZFEED, INC.:

19              DAVIS WRIGHT TREMAINE, LLP
                By:  NATHAN SIEGEL, ESQ.
20                   ALISON SCHARY, ESQ.
                1919 Pennsylvania Avenue NW
21              Suite 800
                Washington, DC 20006-3401
22              (202) 973-4200 / Fax (202) 973-4499
                nathansiegel@dwt.com
23              alisonschary@dwt.com

24


25
```

```
 1   APPEARANCES (Continued):

 2   FOR DEFENDANT BUZZFEED, INC.:

 3            DAVIS WRIGHT TREMAINE, LLP
              By:  KATHERINE M. BOLGER, ESQ.
 4            1251 Avenue of the Americas
              21st Floor
 5            New York, New York 10020-1104
              (212) 489-8230 / Fax (212) 489-8340
 6            katebolger@dwt.com

 7

 8   ALSO PRESENT:

 9            ALON MATZOV, Videographer

10            ALEKSEJ GUBAREV (partial)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 09:58:04 | 1 | Q.   Okay.  And when you provide managed |
| 09:58:07 | 2 | hosting, what kind of management services do |
| 09:58:10 | 3 | you provide? |
| 09:58:16 | 4 | A.   I don't know. |
| 09:58:17 | 5 | Q.   Well, you were the project manager |
| 09:58:18 | 6 | of Webzilla for a year and a half; right? |
| 09:58:21 | 7 | A.   Yes. |
| 09:58:21 | 8 | Q.   And you are saying you don't know |
| 09:58:23 | 9 | what -- |
| 09:58:23 | 10 | A.   I don't know. |
| 09:58:24 | 11 | Q.   You have no idea what managed services |
| 09:58:28 | 12 | Webzilla provides? |
| 09:58:29 | 13 | A.   I have no idea. |
| 09:58:31 | 14 | Q.   Why is that? |
| 09:58:37 | 15 | A.   I didn't happen to learn that. |
| 09:58:39 | 16 | Q.   Okay.  So it was not part of your |
| 09:58:43 | 17 | responsibilities as a project manager to know |
| 09:58:45 | 18 | what management [sic] services Webzilla provided? |
| 09:58:48 | 19 | A.   Absolutely not. |
| 09:58:50 | 20 | Q.   Why? |
| 09:58:51 | 21 | A.   It wasn't. |
| 09:58:57 | 22 | Q.   Okay.  Who are -- who are the -- today -- |
| 09:59:06 | 23 | right? -- who are the five biggest customers that |
| 09:59:13 | 24 | XBT Holding has? |
| 09:59:20 | 25 | A.   I don't have this information right now. |

| | | |
|---|---|---|
| 09:59:21 | 1 | Q.   Okay.   Rather than giving me precisely |
| 09:59:27 | 2 | who the five might be -- |
| 09:59:28 | 3 | Okay? |
| 09:59:28 | 4 | A.   Uh-huh. |
| 09:59:28 | 5 | Q.   -- give me five -- five names of five |
| 09:59:31 | 6 | customers that you consider large customers for |
| 09:59:35 | 7 | the company. |
| 10:00:12 | 8 | A.   That's Multiplay, 101XP, YzerChat. |
| 10:00:25 | 9 | Q.   YzerCheck [sic]? |
| 10:00:28 | 10 | A.   Y-z-e-r-C-h-a-t. |
| 10:00:32 | 11 | Q.   Okay. |
| 10:00:32 | 12 | A.   That was three; yes?  Yes?  That was |
| 10:00:36 | 13 | three? |
| 10:00:38 | 14 | Q.   Yes. |
| 10:00:49 | 15 | A.   IQ Options.  IQ, like an IQ test, |
| 10:00:51 | 16 | Options.  And Go Travel Unlimited. |
| 10:01:15 | 17 | Q.   Okay.  What was the first one again? |
| 10:01:18 | 18 | A.   Multiplay. |
| 10:01:20 | 19 | Q.   Multiplay.  Okay. |
| 10:01:24 | 20 | A.   Yes. |
| 10:01:24 | 21 | Q.   Do you know approximately how long |
| 10:01:26 | 22 | Multiplay has been a customer? |
| 10:01:31 | 23 | A.   I do. |
| 10:01:32 | 24 | Q.   How long? |
| 10:01:38 | 25 | A.   Approximately a year. |

| | | |
|---|---|---|
| 10:01:39 | 1 | Q.   Okay.  What about 101X -- did you say |
| 10:01:42 | 2 | Expo? |
| 10:01:47 | 3 | A.   101XP. |
| 10:01:47 | 4 | Q.   XP. |
| 10:01:51 | 5 | A.   That has been for approximately 20 |
| 10:02:05 | 6 | months. |
| 10:02:09 | 7 | Q.   So would that make it sometime in |
| 10:02:12 | 8 | late 2016 it became a customer? |
| 10:02:18 | 9 | A.   Sometime -- sometime in 2016. |
| 10:02:21 | 10 | Q.   Okay. |
| 10:02:22 | 11 | A.   Second half. |
| 10:02:23 | 12 | Q.   What about -- I'm not sure that |
| 10:02:26 | 13 | I could -- the third one was Y-z -- |
| 10:02:30 | 14 | A.   YzerChat. |
| 10:02:31 | 15 | Q.   Okay.  YzerChat. |
| 10:02:33 | 16 | How long? |
| 10:02:34 | 17 | A.   That's around 14 months -- more.  No, |
| 10:02:40 | 18 | more.  That's a late -- late 2016. |
| 10:02:49 | 19 | Q.   Okay.  What -- |
| 10:02:49 | 20 | (Court reporter clarification.) |
| 10:02:49 | 21 | THE WITNESS:  Late 2016. |
| 10:02:49 | 22 | Q.   BY MR. SIEGEL:  What about IQ Options? |
| 10:02:52 | 23 | A.   That I don't know. |
| 10:02:53 | 24 | Q.   And Go Travel? |
| 10:02:55 | 25 | A.   That I don't know. |

| | | |
|---|---|---|
| 10:02:59 | 1 | Q.   Okay.  Do you think, for IQ Options, |
| 10:03:02 | 2 | it's been longer than a year? |
| 10:03:04 | 3 | A.   Yes. |
| 10:03:09 | 4 | Q.   Same -- and what about Go Travel? |
| 10:03:12 | 5 | A.   Longer than a year. |
| 10:03:13 | 6 | Q.   Longer than a year and a half for both |
| 10:03:15 | 7 | of those? |
| 10:03:21 | 8 | A.   Longer than a year and a half for both |
| 10:03:23 | 9 | of those. |
| 10:03:24 | 10 | Q.   Okay.  Do any of those customers provide |
| 10:03:29 | 11 | as much as 5 percent of the revenue of the entire |
| 10:03:33 | 12 | company? |
| 10:03:35 | 13 | A.   That I don't know. |
| 10:03:36 | 14 | Q.   You don't?  Do you have any idea? |
| 10:03:50 | 15 | A.   That I don't know. |
| 10:03:51 | 16 | Q.   Okay.  Do any of them provide as much |
| 10:03:56 | 17 | as 1 percent of the revenue of the whole company? |
| 10:03:59 | 18 | A.   I don't know that for sure.  Well, |
| 10:04:02 | 19 | actually, I -- I have to do the math.  I'm |
| 10:04:13 | 20 | sorry. |
| 10:04:16 | 21 | Q.   Well, if -- if -- do you know |
| 10:04:18 | 22 | approximately how much revenue any of those |
| 10:04:21 | 23 | customers provide, putting aside the percentages? |
| 10:04:28 | 24 | A.   I know for some. |
| 10:04:29 | 25 | Q.   Okay.  Tell me which ones you know |

| | | |
|---|---|---|
| 10:04:31 | 1 | and what -- and what the revenue is approximately. |
| 10:04:36 | 2 | A.   I know -- no, I don't know, actually, |
| 10:04:40 | 3 | Multiplay. |
| 10:04:40 | 4 | I know 101XP.  That would be approximately |
| 10:04:47 | 5 | 50,000 a month.  50,000 euro a month, not dollars. |
| 10:04:54 | 6 | Q.   Okay. |
| 10:04:56 | 7 | A.   And then I know YzerChat.  That would |
| 10:05:03 | 8 | be 30,000.  I don't remember which currency. |
| 10:05:06 | 9 | Q.   Okay. |
| 10:05:08 | 10 | A.   Either euros or dollars. |
| 10:05:11 | 11 | Q.   Any others? |
| 10:05:12 | 12 | A.   No.  I don't know the revenue of others. |
| 10:05:14 | 13 | Q.   Do you believe that Multiplay provides |
| 10:05:17 | 14 | more revenue than 101XP or less revenue? |
| 10:05:23 | 15 | A.   That I don't know. |
| 10:05:24 | 16 | Q.   You don't know. |
| 10:05:25 | 17 | And what about IQ Options and Go Travel, |
| 10:05:29 | 18 | more or less? |
| 10:05:39 | 19 | A.   I don't know exact numbers of their |
| 10:05:40 | 20 | revenue.  So no. |
| 10:05:43 | 21 | Q.   Okay.  Do you think that there are |
| 10:05:45 | 22 | any customers -- or do you -- are there any |
| 10:05:47 | 23 | customers that provide as much as 100,000 |
| 10:05:52 | 24 | euro a month in revenue currently? |
| 10:06:09 | 25 | A.   I don't know that for sure.  No, |

```
10:06:15   1   I don't know that for sure.
10:06:17   2       Q.   I'm -- recognizing that you don't know
10:06:19   3   for certain -- I understand you don't have the
10:06:23   4   books in front of you.
10:06:24   5           Just as the CEO of the company, what
10:06:26   6   is your best estimate as to whether there are
10:06:28   7   any customers today who provide as much as
10:06:30   8   100,000 euro a month in revenue?
10:06:39   9       A.   My best estimate is that there are
10:06:41  10   such customers.
10:06:42  11       Q.   And are they among the five here?
10:06:45  12       A.   My -- I estimate that IQ Options is
10:06:47  13   such customer.
10:06:48  14       Q.   Okay.  How much would you estimate that
10:06:51  15   IQ Options --
10:06:53  16       A.   I'm not -- I'm unable to give an estimate.
10:06:55  17       Q.   Okay.  Do you think it's less than 200,000
10:07:03  18   euro?
10:07:04  19       A.   I'm unable to --
10:07:05  20       Q.   Okay.
10:07:05  21       A.   -- make any further estimates --
10:07:07  22       Q.   Okay.
10:07:07  23       A.   -- I'm afraid.
10:07:08  24       Q.   Does Servers have -- .com have any
10:07:10  25   policy about hosting adult content?
```

| | | |
|---|---|---|
| 10:20:21 | 1 | the brand of Servers.com. |
| 10:20:24 | 2 | Q.   Okay.  And why did you -- why did you |
| 10:20:28 | 3 | want to hire a public relations agency to help |
| 10:20:31 | 4 | do that? |
| 10:20:39 | 5 | A.   Because we believed that public |
| 10:20:49 | 6 | relations is a part of marketing activities. |
| 10:20:54 | 7 | Q.   A part of what? |
| 10:20:55 | 8 | A.   Of marketing activities. |
| 10:20:56 | 9 | Q.   Okay.  And why -- explain to me what |
| 10:21:00 | 10 | you mean by that. |
| 10:21:03 | 11 | A.   We believed that we need to have |
| 10:21:08 | 12 | marketing activities -- |
| 10:21:09 | 13 | Q.   Uh-huh. |
| 10:21:09 | 14 | A.   -- to promote Servers.com brand. |
| 10:21:13 | 15 | And we believed that public relations is |
| 10:21:17 | 16 | a part of marketing activities. |
| 10:21:21 | 17 | Q.   I understand that. |
| 10:21:21 | 18 | My question was:  Why is it a part? |
| 10:21:24 | 19 | Why did you believe it was a part of marketing |
| 10:21:27 | 20 | activities? |
| 10:21:30 | 21 | A.   I don't remember where I got this |
| 10:21:31 | 22 | knowledge. |
| 10:21:32 | 23 | Q.   Well, what did you believe that |
| 10:21:34 | 24 | a public relations firm would offer to you, |
| 10:21:37 | 25 | in terms of marketing activities, that you |

| | | |
|---|---|---|
| 14:38:46 | 1 | Journal).  (As read.) |
| 14:38:46 | 2 | Do you know what he was referring to |
| 14:38:49 | 3 | when he said "I'm personally trying to convince |
| 14:38:52 | 4 | them"? |
| 14:38:52 | 5 | A.   No.  I don't know. |
| 14:38:52 | 6 | Q.   No idea at all? |
| 14:38:56 | 7 | A.   No idea. |
| 14:38:57 | 8 | MR. SIEGEL:  Okay.  Why don't we take |
| 14:39:00 | 9 | a break and -- because I'll mark a bunch more |
| 14:39:04 | 10 | exhibits. |
| 14:39:20 | 11 | THE VIDEOGRAPHER:  Going off the record |
| 14:39:22 | 12 | at 2:38. |
| 14:39:24 | 13 | (Recess from 2:38 p.m. to 2:53 p.m.) |
| 14:53:53 | 14 | THE VIDEOGRAPHER:  This is the |
| 14:53:54 | 15 | beginning of DVD No. 3.  Back on the record |
| 14:53:56 | 16 | at 2:53. |
| 14:53:59 | 17 | Q.   BY MR. SIEGEL:  Mr. Dvas, are you |
| 14:54:00 | 18 | familiar with the word "methbot"? |
| 14:54:03 | 19 | A.   Yes, I am. |
| 14:54:05 | 20 | Q.   What is it?  What is -- or what was |
| 14:54:08 | 21 | it?  What was methbot? |
| 14:54:11 | 22 | A.   It is a name suggested by a White Ops |
| 14:54:23 | 23 | company. |
| 14:54:23 | 24 | (Court reporter clarification.) |
| 14:54:23 | 25 | THE WITNESS:  It is the name suggested |

| | | |
|---|---|---|
| 14:54:23 | 1 | by White Ops company for the alleged fraud. |
| 14:54:30 | 2 |     Q.  BY MR. SIEGEL:  Okay.  And what did you |
| 14:54:32 | 3 | understand the -- the fraud to be that White Ops |
| 14:54:37 | 4 | was alleging had occurred? |
| 14:54:43 | 5 |     A.  I don't -- I don't know. |
| 14:54:46 | 6 |     Q.  You don't know what it was?  You -- |
| 14:54:47 | 7 | I'm sorry. |
| 14:54:48 | 8 |     You don't know the nature of the |
| 14:54:51 | 9 | fraud that White Ops alleged happened? |
| 14:54:56 | 10 |     A.  I don't remember. |
| 14:54:57 | 11 |     Q.  You don't remember? |
| 14:54:58 | 12 |     A.  That I don't remember. |
| 14:55:02 | 13 |     Q.  Do you believe that you ever knew? |
| 14:55:06 | 14 |     A.  I read the report. |
| 14:55:09 | 15 |     Q.  You read the report.  Okay. |
| 14:55:12 | 16 |     So -- and what was the connection |
| 14:55:18 | 17 | between the -- we'll call it the methbot report |
| 14:55:21 | 18 | that White Ops did and XBT or any subsidiary |
| 14:55:26 | 19 | of XBT? |
| 14:55:29 | 20 |     A.  This report included IP addresses |
| 14:55:33 | 21 | announced from the networks of Webzilla and |
| 14:55:38 | 22 | Servers.com. |
| 14:55:38 | 23 |     Q.  Okay.  And what did the report say -- |
| 14:55:43 | 24 | indicate occurred on those networks? |
| 14:55:54 | 25 |     A.  Can you please rephrase that? |

| | | |
|---|---|---|
| 14:55:55 | 1 | Q. Well, what did the report say happened |
| 14:55:57 | 2 | on those networks? |
| 14:55:59 | 3 | A. On these networks? |
| 14:56:00 | 4 | Q. Yes. The ones owned by Webzilla and |
| 14:56:05 | 5 | Servers. |
| 14:56:11 | 6 | A. They were not owned by Webzilla and |
| 14:56:13 | 7 | Servers. |
| 14:56:14 | 8 | Q. Leased? Is that fair? |
| 14:56:15 | 9 | A. They were not leased by Webzilla and |
| 14:56:16 | 10 | Servers. |
| 14:56:17 | 11 | Q. What firm would -- what phrase would |
| 14:56:18 | 12 | you use? |
| 14:56:21 | 13 | A. Hmm? |
| 14:56:22 | 14 | Q. What phrase -- what word would you use? |
| 14:56:26 | 15 | A. They were announced from Webzilla and |
| 14:56:27 | 16 | Servers.com networks. |
| 14:56:30 | 17 | Q. Did you say -- |
| 14:56:30 | 18 | A. They were announced. |
| 14:56:32 | 19 | Q. "Announced." |
| 14:56:33 | 20 | Do you mean the IP addresses were |
| 14:56:35 | 21 | announced? |
| 14:56:36 | 22 | A. The networks. |
| 14:56:37 | 23 | Q. The networks were announced? |
| 14:56:38 | 24 | A. That's correct. |
| 14:56:39 | 25 | Q. Is there a way that you could describe |

| | | |
|---|---|---|
| 14:56:41 | 1 | that in layperson's terms?  What does it mean |
| 14:56:45 | 2 | for a network to be announced? |
| 14:56:54 | 3 | A.   It means that other networks sent |
| 14:57:04 | 4 | traffic destined to the IPs from this network |
| 14:57:10 | 5 | to the network that is announcing them. |
| 14:57:15 | 6 | Q.   Okay.  Did you come to believe |
| 14:57:20 | 7 | that the -- the person or a person involved |
| 14:57:25 | 8 | in perpetuating this alleged fraud was a |
| 14:57:29 | 9 | customer of Webzilla and Servers? |
| 14:57:37 | 10 | A.   It's a bit complicated question. |
| 14:57:39 | 11 | Wait for a moment.  Just repeat it once more. |
| 14:57:41 | 12 | Okay?  There is no need to rephrase.  Just |
| 14:57:44 | 13 | repeat it. |
| 14:57:50 | 14 | Q.   Did you come to believe that a person |
| 14:57:53 | 15 | who was alleged to have been involved in this |
| 14:57:58 | 16 | fraud was a customer of Webzilla and Servers? |
| 14:58:04 | 17 | A.   I don't remember if a person was -- |
| 14:58:06 | 18 | if any person was alleged to be involved in |
| 14:58:12 | 19 | this fraud. |
| 14:58:12 | 20 | Q.   Okay.  Well, would it be fair to say |
| 14:58:14 | 21 | that -- did you come to believe that there was |
| 14:58:17 | 22 | a customer of Webzilla that was leasing servers -- |
| 14:58:21 | 23 | right? -- and the activity connected with that |
| 14:58:29 | 24 | customer was alleged to have been involved in |
| 14:58:31 | 25 | the fraud? |

| | | |
|---|---|---|
| 14:58:40 | 1 | A. Yes. |
| 14:58:40 | 2 | Q. Okay. And how did you find that out? |
| 14:58:47 | 3 | A. I was shown the report. |
| 14:58:49 | 4 | Q. The White Ops report? |
| 14:58:51 | 5 | A. The White Ops report. |
| 14:58:53 | 6 | Q. Okay. So -- but the White Ops report |
| 14:58:56 | 7 | didn't contain the name of any customer; right? |
| 14:58:57 | 8 | It didn't even contain the name of Webzilla or |
| 14:59:00 | 9 | Servers; right? |
| 14:59:01 | 10 | A. No. |
| 14:59:02 | 11 | Q. Okay. So how did you determine who |
| 14:59:08 | 12 | the customer was that appeared to be connected |
| 14:59:13 | 13 | to the information in the report? |
| 14:59:21 | 14 | A. We checked to which servers were the |
| 14:59:27 | 15 | IPs from these networks attached. I may be |
| 14:59:36 | 16 | incorrect with this term. |
| 14:59:36 | 17 | (Court reporter clarification.) |
| 14:59:36 | 18 | THE WITNESS: I may be incorrect in |
| 14:59:36 | 19 | this term -- in the term "attached." But we |
| 14:59:36 | 20 | checked to which servers these IPs were attached. |
| 14:59:41 | 21 | And then we knew which customer was leasing these |
| 14:59:49 | 22 | servers from Webzilla. |
| 14:59:52 | 23 | Q. BY MR. SIEGEL: And which customer was |
| 14:59:53 | 24 | it? What was the name of the customer? |
| 14:59:55 | 25 | A. His name was Alexander Zhukov. |

| | | |
|---|---|---|
| 15:00:00 | 1 | Q.   And who checked that?   Who checked that |
| 15:00:03 | 2 | information? |
| 15:00:10 | 3 | A.   I did. |
| 15:00:10 | 4 | Q.   You did? |
| 15:00:11 | 5 | A.   I did. |
| 15:00:11 | 6 | Q.   Yourself? |
| 15:00:11 | 7 | A.   I did it myself. |
| 15:00:14 | 8 | Q.   And was anyone else involved in checking |
| 15:00:17 | 9 | it? |
| 15:00:20 | 10 | A.   I don't know. |
| 15:00:22 | 11 | Q.   And did you communicate your findings |
| 15:00:24 | 12 | to anybody else in the company? |
| 15:00:28 | 13 | A.   Yes. |
| 15:00:29 | 14 | Q.   To who? |
| 15:00:30 | 15 | A.   To Aleksej Gubarev. |
| 15:00:31 | 16 | Q.   And how did you communicate those |
| 15:00:33 | 17 | findings? |
| 15:00:36 | 18 | A.   Orally. |
| 15:00:36 | 19 | Q.   Orally? |
| 15:00:36 | 20 | And to anyone else in the company? |
| 15:00:42 | 21 | A.   I don't remember that. |
| 15:00:46 | 22 | Q.   What did you check?   In other words, |
| 15:00:47 | 23 | what record system did you check to make that |
| 15:00:51 | 24 | determination? |
| 15:00:53 | 25 | A.   I checked the system that contains |

| | | |
|---|---|---|
| 15:00:58 | 1 | the information about allocation of IP addresses |
| 15:01:04 | 2 | to servers. |
| 15:01:06 | 3 | Q.   And did you know Mr. Zhukov? |
| 15:01:13 | 4 | A.   I met him. |
| 15:01:14 | 5 | Q.   When did you meet him? |
| 15:01:17 | 6 | A.   Fall 2016.  Or maybe it was not fall. |
| 15:01:20 | 7 | 2016 for sure. |
| 15:01:23 | 8 | Q.   And where? |
| 15:01:24 | 9 | A.   Maybe it was summer.  I -- I really -- |
| 15:01:26 | 10 | I'm not very good at remembering dates. |
| 15:01:30 | 11 | Q.   And where did you meet him? |
| 15:01:31 | 12 | A.   In Cyprus. |
| 15:01:33 | 13 | Q.   And what was the purpose of your meeting |
| 15:01:38 | 14 | him? |
| 15:01:47 | 15 | A.   I don't know the purpose. |
| 15:01:48 | 16 | Q.   Well, did he come to Cyprus to meet with |
| 15:01:51 | 17 | you or others at XBT? |
| 15:01:55 | 18 | A.   The meeting was -- I learned about this |
| 15:02:03 | 19 | meeting from Aleksej Gubarev. |
| 15:02:04 | 20 | Q.   Okay. |
| 15:02:04 | 21 | A.   He was -- he was the one who told me |
| 15:02:08 | 22 | about the meeting. |
| 15:02:08 | 23 | Q.   And what did you talk about with |
| 15:02:11 | 24 | Mr. Zhukov when you met him? |
| 15:02:19 | 25 | A.   We talked about lots of stuff. |

| | | |
|---|---|---|
| 15:02:31 | 1 | Q.   Tell me some of the things that you |
| 15:02:33 | 2 | talked about. |
| 15:02:42 | 3 | A.   We talked about the music. |
| 15:02:43 | 4 | (Court reporter clarification.) |
| 15:02:43 | 5 | THE WITNESS:  We talked about the |
| 15:02:48 | 6 | music, about climate in Cyprus. |
| 15:02:57 | 7 | (Court reporter clarification.) |
| 15:02:57 | 8 | THE WITNESS:  About climate in Cyprus. |
| 15:02:57 | 9 | And we talked about the nature of his business. |
| 15:03:03 | 10 | Q.   BY MR. SIEGEL:  And tell me what he |
| 15:03:05 | 11 | said about the nature of his business. |
| 15:03:08 | 12 | A.   He said that he's doing some video |
| 15:03:14 | 13 | ad analytics. |
| 15:03:21 | 14 | Q.   Okay.  Did you ever -- did you do |
| 15:03:26 | 15 | anything to verify whether that was true? |
| 15:03:29 | 16 | A.   Did -- when you say "you" -- |
| 15:03:41 | 17 | Q.   Well, you testified that he told |
| 15:03:42 | 18 | you -- |
| 15:03:42 | 19 | A.   Yes. |
| 15:03:42 | 20 | Q.   -- that his business involved video -- |
| 15:03:44 | 21 | A.   Yes. |
| 15:03:44 | 22 | Q.   -- analytics; right? |
| 15:03:46 | 23 | A.   Yes. |
| 15:03:47 | 24 | Q.   And my question was:  Did you do |
| 15:03:48 | 25 | anything to verify whether that, in fact, |

| | | |
|---|---|---|
| 15:03:50 | 1 | was the business that he was conducting? |
| 15:04:12 | 2 | A.   Yes. |
| 15:04:12 | 3 | Q.   What did you do? |
| 15:04:15 | 4 | A.   I asked him why, for this purpose, |
| 15:04:19 | 5 | he requires the type of servers he was using. |
| 15:04:31 | 6 | Q.   And what type is that? |
| 15:04:34 | 7 | A.   That was the -- to a large extent, |
| 15:04:39 | 8 | that was the single CPU, high CPU frequency |
| 15:04:49 | 9 | server. |
| 15:04:51 | 10 | Q.   In non-technical layperson's terms, |
| 15:04:54 | 11 | was that one of the more powerful types of |
| 15:04:59 | 12 | servers that you offered? |
| 15:05:01 | 13 | A.   No. |
| 15:05:02 | 14 | Q.   No? |
| 15:05:02 | 15 | So what was it about that server that -- |
| 15:05:04 | 16 | that caused you to ask him why he needed it for |
| 15:05:09 | 17 | a video analytics business? |
| 15:05:13 | 18 | A.   I just wanted to understand. |
| 15:05:14 | 19 | When you talk about CPUs in the server, |
| 15:05:19 | 20 | there are two characteristics, amount of cores |
| 15:05:28 | 21 | and CPU frequency.  This type of server has low |
| 15:05:37 | 22 | amount -- low amount of cores.  It doesn't have |
| 15:05:40 | 23 | much cores but high frequency, which means -- |
| 15:05:45 | 24 | which is like -- yeah, which -- which means |
| 15:05:52 | 25 | what it means -- which means that it has less |

| | | |
|---|---|---|
| 15:05:55 | 1 | cores, each of them more powerful compared |
| 15:06:00 | 2 | to an individual core -- |
| 15:06:03 | 3 | Q.   Okay. |
| 15:06:04 | 4 | A.   -- in a different server. |
| 15:06:04 | 5 | Q.   And what answer did Mr. Zhukov give |
| 15:06:06 | 6 | you? |
| 15:06:09 | 7 | A.   He told that -- that the analytics |
| 15:06:14 | 8 | requires heavy computation load and that, for -- |
| 15:06:20 | 9 | for this purpose, such servers were better. |
| 15:06:24 | 10 | Q.   What did you understand that he was -- |
| 15:06:26 | 11 | his business was analyzing? |
| 15:06:30 | 12 | A.   Video ad performance, video ads. |
| 15:06:34 | 13 | Q.   The performance of video ads? |
| 15:06:36 | 14 | A.   Yes. |
| 15:06:37 | 15 | Q.   What does that mean?  Performance |
| 15:06:39 | 16 | in what sense? |
| 15:06:40 | 17 | A.   I didn't fully realize that. |
| 15:06:42 | 18 | Q.   Okay.  Other than talking to Mr. Zhukov, |
| 15:06:44 | 19 | did you do anything else to verify whether he, |
| 15:06:49 | 20 | in fact, was conducting the business that he |
| 15:06:50 | 21 | described? |
| 15:06:51 | 22 | A.   I did not do anything else. |
| 15:06:52 | 23 | Q.   Are you aware of anyone else connected |
| 15:06:53 | 24 | with XBT that did anything? |
| 15:06:57 | 25 | A.   I don't know. |

| | | |
|---|---|---|
| 15:06:57 | 1 | Q.   Meaning you are not aware -- |
| 15:06:59 | 2 | A.   I'm not -- |
| 15:07:00 | 3 | Q.   -- sitting here today? |
| 15:07:05 | 4 | A.   I'm not aware.  I'm not aware. |
| 15:07:05 | 5 | Q.   Okay.  Was it your understanding that |
| 15:07:08 | 6 | Mr. Gubarev invited Mr. Zhukov to come to Cyprus? |
| 15:07:11 | 7 | A.   No, I don't know. |
| 15:07:14 | 8 | Q.   Do you know if XBT or any of its |
| 15:07:21 | 9 | subsidiaries paid for Mr. Zhukov to come to |
| 15:07:24 | 10 | Cyprus? |
| 15:07:24 | 11 | A.   I don't know that. |
| 15:07:26 | 12 | Q.   You don't know one way or the other? |
| 15:07:29 | 13 | A.   I don't know one way or the other. |
| 15:07:30 | 14 | Q.   Do you have any understanding as |
| 15:07:32 | 15 | to whether the company paid for him to come? |
| 15:07:36 | 16 | A.   I don't have any understanding. |
| 15:07:47 | 17 | Q.   Did you have an understanding of |
| 15:07:49 | 18 | whether Mr. Zhukov was coming -- the main |
| 15:07:52 | 19 | reason for Mr. Zhukov coming to Cyprus was |
| 15:07:54 | 20 | to meet with Mr. Gubarev and whoever else he |
| 15:07:58 | 21 | invited to come? |
| 15:07:59 | 22 | A.   I don't know what was his main reason. |
| 15:08:01 | 23 | Q.   Okay.  The -- the number of servers |
| 15:08:09 | 24 | that Mr. Zhukov was leasing was ultimately a |
| 15:08:18 | 25 | thousand or more; right? |

```
16:18:21   1        Q.   BY MR. SIEGEL:  This is 73 and this --
16:18:25   2   these -- I'll tell you these all appear to me
16:18:29   3   to be communications that relate to Mr. Zhukov
16:18:33   4   at this time in some respect.
16:18:34   5             But what is Exhibit 73?
16:18:37   6        A.   (Examining.)  It is a printout from
16:18:39   7   a ticket system used by Servers.com.
16:18:45   8        Q.   Okay.  And what does the printout
16:18:51   9   reflect?  What is being communicated here?
16:18:55  10        A.   It is a pretty large printout.  Which
16:18:59  11   part of it are you referring to specifically?
16:19:01  12        Q.   Well, for example, it says -- under
16:19:03  13   "People," it says:
16:19:04  14             "Requestors."
16:19:05  15             "dvas@servers.com."
16:19:05  16             "i-betters@yandex.ru."
16:19:05  17             "ibetters2@gmail.com."
16:19:12  18             What does that mean?
16:19:24  19        A.   I'm not really sure about -- about that.
16:19:26  20        Q.   Okay.  Look at the bottom under:
16:19:31  21             "History."
16:19:31  22             It says:
16:19:32  23             "Subject:  Service suspension due to
16:19:34  24   allegedly suspicious activity."
16:19:35  25             "From:  Dvas@servers.com."
```

| | | |
|---|---|---|
| 16:19:37 | 1 | "To:  Abuse@servers.com." |
| 16:19:40 | 2 | And then it has a number of lines. |
| 16:19:42 | 3 | A.    Yes. |
| 16:19:43 | 4 | Q.    Do you understand what that means? |
| 16:19:44 | 5 | A.    Yes. |
| 16:19:44 | 6 | Q.    What does it mean? |
| 16:19:46 | 7 | A.    Basically from here and then one, two, |
| 16:19:49 | 8 | three, four -- four lines was creating a ticket |
| 16:19:58 | 9 | that would go to the customer with the subject: |
| 16:20:02 | 10 | "Service suspension due to allegedly" -- |
| 16:20:05 | 11 | Q.    Right. |
| 16:20:05 | 12 | A.    (Reading.) |
| 16:20:05 | 13 | -- "suspicious activity." |
| 16:20:07 | 14 | Q.    Okay.  And is this -- is this the |
| 16:20:09 | 15 | notification to the customer that their services |
| 16:20:11 | 16 | are being suspended immediately, as it indicates |
| 16:20:14 | 17 | on the next page? |
| 16:20:15 | 18 | Is that what this is? |
| 16:20:17 | 19 | A.    Can you please repeat the question? |
| 16:20:19 | 20 | Q.    Is this a notification that went to |
| 16:20:20 | 21 | the customer? |
| 16:20:22 | 22 | A.    This is a notification that went to |
| 16:20:23 | 23 | the customer. |
| 16:20:24 | 24 | MR. SIEGEL:  Okay.  Show you 74. |
| 16:20:38 | 25 | (Exhibit 74 marked.) |

| | | |
|---|---|---|
| 16:20:47 | 1 | Q.   BY MR. SIEGEL:  So if you look at the |
| 16:20:48 | 2 | first page of Exhibit 74 where it says: |
| 16:20:51 | 3 | "History." |
| 16:20:52 | 4 | A.   (Examining.)  Uh-huh.  "History." |
| 16:20:55 | 5 | "History." |
| 16:20:56 | 6 | Yeah, I see it. |
| 16:20:57 | 7 | Q.   Yes. |
| 16:20:58 | 8 | A.   Yes. |
| 16:20:58 | 9 | Q.   And, again, it's -- obviously, it's |
| 16:20:58 | 10 | in Russian. |
| 16:20:59 | 11 | A.   It's in Russian. |
| 16:21:00 | 12 | Q.   What does this reflect? |
| 16:21:04 | 13 | A.   It is a request to on-site engineers -- |
| 16:21:09 | 14 | Q.   Uh-huh. |
| 16:21:09 | 15 | A.   -- to remove the drives from the server |
| 16:21:16 | 16 | and to store them securely, not to ever use them |
| 16:21:26 | 17 | in any other servers and not to destroy them in |
| 16:21:33 | 18 | any way. |
| 16:21:33 | 19 | Q.   Okay.  And why is it written in Russian? |
| 16:21:42 | 20 | A.   Because I wrote it in Russian.  I wrote |
| 16:21:46 | 21 | it in Russian because I wrote it to the on-site |
| 16:21:50 | 22 | team in Amsterdam, which at that moment was Russian |
| 16:21:58 | 23 | speaking -- |
| 16:22:02 | 24 | Q.   Okay. |
| 16:22:02 | 25 | A.   -- 100 percent. |

```
16:22:03   1        Q.   And were the -- and so the servers are
16:22:07   2   in -- you wrote it to -- were there also servers
16:22:12   3   in Dallas?
16:22:13   4        A.   Yes, there were.
16:22:14   5        Q.   Would the same communication go to the
16:22:17   6   servers in Dallas?
16:22:19   7        A.   In English.
16:22:19   8        Q.   In English.  Okay.
16:22:23   9             MR. SIEGEL:  I'll show you quickly
16:22:25  10   Exhibit 75.
16:22:32  11             (Exhibit 75 marked.)
16:22:38  12        Q.   BY MR. SIEGEL:  And what is 75?
16:22:45  13        A.   (Examining.)  It --
16:22:46  14        Q.   Other than I've learned that the last
16:22:48  15   word means "thank you."
16:22:50  16        A.   That's correct.
16:22:54  17             It is an e-mail generated by the ticket
16:22:58  18   system to my corporate e-mail address.
16:23:03  19        Q.   And what does it say?
16:23:05  20        A.   It says that the drives -- the drives
16:23:09  21   have been removed, marked, and stored.
16:23:11  22        Q.   Okay.  So this is, essentially,
16:23:13  23   confirming that the instructions that you
16:23:15  24   gave have been carried out?
16:23:20  25        A.   Yes.
```

```
16:23:20    1              MR. SIEGEL:  Okay.  We'll go to 76.
16:23:26    2              (Exhibit 76 marked.)
16:23:40    3          Q.   BY MR. SIEGEL:  Okay.  Now, unit [sic]
16:23:41    4    76 has -- is, again, a printout of some sort.
16:23:44    5    It has the name Alexander Zhukov at the top.
16:23:49    6              Do you understand what this printout
16:23:51    7    reflects?
16:23:51    8          A.   (Examining.)  Yes.
16:23:52    9          Q.   What is it?
16:23:53   10          A.   It is part of a customer information
16:24:04   11    in an internal system of Servers.com used for
16:24:10   12    tracking customers.
16:24:11   13          Q.   Okay.  Where it says "Fraud check
16:24:14   14    status:  Legitimate," what does that mean?
16:24:18   15          A.   It means that the credit card for the
16:24:25   16    customer has not -- that we did not assume that
16:24:34   17    the credit card used for the customer was stolen
16:24:41   18    or something like that.
16:24:42   19          Q.   And "Fraud validation request," what
16:24:47   20    does that refer to?
16:24:48   21          A.   It means that we did not request the
16:24:52   22    information in order to prove that this credit
16:24:59   23    card is not stolen.
16:25:01   24          Q.   And where it says "Tolerance threshold,"
16:25:04   25    a thousand dollars, what does that mean?
```

```
16:25:06   1          A.   It means nothing.

16:25:08   2          Q.   It's nothing.  Okay.  It doesn't --

16:25:09   3     has no significance?

16:25:11   4          A.   It has zero significance.

16:25:13   5          Q.   Okay.  "Billing traffic method:  Per

16:25:18   6     server," what does that mean?

16:25:23   7          A.    It means that the customer is charged

16:25:34   8     for bandwidth consumed for each server individually.

16:25:41   9          Q.   Okay.  And so does the -- does the payment

16:25:46  10     depend on the amount of bandwidth that's actually

16:25:49  11     consumed?

16:25:50  12          A.   Yes.

16:25:50  13          Q.   Okay.  So it's not a fixed payment for

16:25:56  14     each server?

16:25:56  15          A.   It's not a fixed payment.

16:25:58  16          Q.   And last question is:  Under "Billing

16:26:00  17     address" and "Shipping address," there's an

16:26:02  18     address listed in the Seychelles.

16:26:06  19               Based on your having met Mr. Zhukov,

16:26:08  20     where did you understand that he was from?  Or

16:26:10  21     where he resided?

16:26:15  22          A.   I -- I didn't ask.

16:26:20  23          Q.   Do you have any understanding that

16:26:21  24     he had any connection to the Seychelles?

16:26:24  25          A.   He had some.
```

| | | |
|---|---|---|
| 16:26:26 | 1 | Q.   What was that? |
| 16:26:30 | 2 | A.   The company that was paying the invoices |
| 16:26:35 | 3 | was from the Seychelles. |
| 16:26:44 | 4 | Q.   Did you -- do -- do you know whether |
| 16:26:46 | 5 | Mr. Zhukov lived in the Seychelles? |
| 16:26:48 | 6 | A.   I don't know that. |
| 16:26:51 | 7 | Q.   Do you have any idea why that company |
| 16:26:53 | 8 | was located in the Seychelles? |
| 16:26:57 | 9 | A.   I don't know that. |
| 16:26:58 | 10 | Q.   Did you ever ask? |
| 16:26:59 | 11 | A.   No. |
| 16:27:06 | 12 | MR. SIEGEL:  Last exhibit in this group. |
| 16:27:10 | 13 | (Exhibit 77 marked.) |
| 16:27:23 | 14 | Q.   BY MR. SIEGEL:  And, again, this is |
| 16:27:24 | 15 | a printout.  The first page 1770 -- I'm sorry -- |
| 16:27:28 | 16 | 1776 contains some names. |
| 16:27:31 | 17 | Do you know what this printout reflects? |
| 16:27:34 | 18 | A.   (Examining.)  Yes. |
| 16:27:34 | 19 | Q.   What does it reflect? |
| 16:27:36 | 20 | A.   It is a list of users -- |
| 16:27:41 | 21 | Q.   Uh-huh. |
| 16:27:41 | 22 | A.   -- that are allowed to -- no.  It is |
| 16:27:43 | 23 | a list of contacts that the customer provided |
| 16:27:48 | 24 | for his account. |
| 16:27:51 | 25 | Q.   Mr. Zhukov provided? |

```
16:27:53    1         A.   I don't know that.

16:27:55    2         Q.   Oh, okay.  Well, in your --

16:27:58    3         A.   Some customer.

16:27:59    4         Q.   Some customer?

16:28:00    5         A.   Some customer.

16:28:01    6         Q.   And what -- contacts about -- contacts

16:28:03    7    in what respect?  Contacts for what purpose?

16:28:09    8         A.   For any communication Servers.com might

16:28:21    9    want to address to the customer in a written form.

16:28:26   10         Q.   And so are -- so this is a list of

16:28:30   11    people that some customer directed Servers.com

16:28:34   12    to communicate with?

16:28:36   13         A.   The first -- yes, the first page is

16:28:37   14    the list of people.  Yes.

16:28:39   15         Q.   And what is the second page?

16:28:41   16         A.   The second page is the list of user

16:28:44   17    log-ins together with their names and statuses.

16:28:50   18    Last IP that was used to log in to the system.

16:29:00   19         Q.   Okay.  And what does "Status:  Disabled"

16:29:03   20    mean?

16:29:04   21         A.   Hmm?

16:29:04   22         Q.   What does "Status:  Disabled" mean?

16:29:07   23         A.   "Status:  Disabled" means that this

16:29:09   24    user cannot log in.

16:29:11   25         Q.   Because -- because the company has
```

| | | |
|---|---|---|
| 16:29:14 | 1 | prevented future log-ins? |
| 16:29:16 | 2 | A.    Because Servers.com has prevented |
| 16:29:16 | 3 | future log-ins. |
| 16:29:19 | 4 | Q.    Okay.  Does this -- I mean, I'll |
| 16:29:23 | 5 | represent to you that I believe this was |
| 16:29:24 | 6 | produced to us in connection with a request |
| 16:29:28 | 7 | for any documents related to methbot. |
| 16:29:34 | 8 | Does this appear to you to be related |
| 16:29:37 | 9 | to the methbot matter? |
| 16:29:49 | 10 | A.    Yes. |
| 16:29:49 | 11 | Q.    And why do you say that? |
| 16:29:51 | 12 | A.    This appears to be the e-mail -- |
| 16:29:53 | 13 | the first log-in e-mail "ibetters2@gmail.com." |
| 16:29:59 | 14 | (Court reporter clarification.) |
| 16:29:59 | 15 | THE WITNESS:  The first e-mail |
| 16:29:59 | 16 | "ibetters2@gmail.com" -- |
| 16:29:59 | 17 | Q.    BY MR. SIEGEL:  Okay. |
| 16:30:03 | 18 | A.    -- is the e-mail that customer used |
| 16:30:12 | 19 | as -- that Alexander Zhukov used as a log-in |
| 16:30:19 | 20 | for Servers.com -- |
| 16:30:21 | 21 | Q.    Okay. |
| 16:30:21 | 22 | A.    -- portal. |
| 16:30:23 | 23 | Q.    Do you have any idea who Alexander |
| 16:30:25 | 24 | Batrakov is? |
| 16:30:28 | 25 | A.    I have no idea about that. |

| | | |
|---|---|---|
| 16:30:29 | 1 | Q.   Do you have any idea who Dennis -- or |
| 16:30:32 | 2 | Denis Avdeev -- Avdeev is, which is -- this is |
| 16:30:36 | 3 | on the second page? |
| 16:30:39 | 4 | A.   Yes, I do. |
| 16:30:40 | 5 | Q.   Who is Denis Avdeev? |
| 16:30:45 | 6 | A.   It is a system administrator. |
| 16:30:48 | 7 | Q.   And where? |
| 16:30:51 | 8 | A.   I don't know where he is now. |
| 16:30:53 | 9 | Q.   Was he with Servers.com at the time? |
| 16:30:56 | 10 | A.   No.  He was not with Servers.com. |
| 16:30:58 | 11 | Q.   So how do you know him? |
| 16:31:04 | 12 | A.   He was allowed log-ins to Servers.com |
| 16:31:08 | 13 | self-service portal as well. |
| 16:31:11 | 14 | Q.   And how does he relate to Mr. Zhukov? |
| 16:31:15 | 15 | A.   I don't know the nature of their |
| 16:31:16 | 16 | relationship. |
| 16:31:17 | 17 | Q.   No, but in other words, how does this |
| 16:31:19 | 18 | in any way connect to the methbot matter with |
| 16:31:25 | 19 | respect to Mr. -- with Denis Avdeev? |
| 16:31:29 | 20 | A.   Mr. Denis Avdeev was -- I don't know |
| 16:31:40 | 21 | who Mr. Denis Avdeev is.  But someone using the |
| 16:31:44 | 22 | e-mail "aviapost08@gmail.com" -- |
| 16:31:49 | 23 | Q.   Uh-huh. |
| 16:31:49 | 24 | A.   -- and presenting himself as Denis |
| 16:31:52 | 25 | Avdeev was performing some technical actions |

| | | |
|---|---|---|
| 16:32:01 | 1 | like re-booting the servers or re-installing |
| 16:32:05 | 2 | the servers. |
| 16:32:06 | 3 | Q.   Okay.  Did you ever communicate |
| 16:32:07 | 4 | with whoever it was holding themselves [sic] |
| 16:32:09 | 5 | out as Denis Avdeev? |
| 16:32:12 | 6 | A.   I did. |
| 16:32:13 | 7 | Q.   When? |
| 16:32:16 | 8 | A.   Late summer, early spring. |
| 16:32:19 | 9 | Q.   Of 2016? |
| 16:32:21 | 10 | A.   Yes. |
| 16:32:21 | 11 | Q.   And in what context did you -- what |
| 16:32:23 | 12 | were those communications about? |
| 16:32:33 | 13 | A.   It was him asking how to re-boot and -- |
| 16:32:43 | 14 | how to re-boot many servers at once, many servers |
| 16:32:53 | 15 | belonging to one account at once. |
| 16:32:55 | 16 | Q.   And did you provide that information? |
| 16:33:00 | 17 | A.   Yes, I did. |
| 16:33:01 | 18 | Q.   Any other communication with whoever |
| 16:33:03 | 19 | this was holding themself out as Denis Avdeev? |
| 16:33:07 | 20 | A.   I don't remember anything else. |
| 16:33:08 | 21 | Q.   In -- on page 1767, it indicates that |
| 16:33:13 | 22 | his last log-on was October 24th, 2016, and that |
| 16:33:18 | 23 | his log-in was disabled. |
| 16:33:21 | 24 | Does that indicate that it was disabled |
| 16:33:24 | 25 | in October 2016? |

| | | |
|---|---|---|
| 16:33:26 | 1 | A.   No. |
| 16:33:26 | 2 | Q.   It says -- do you know what date it |
| 16:33:29 | 3 | was disabled just from reading this? |
| 16:33:31 | 4 | A.   No. |
| 16:33:31 | 5 | Q.   Okay.  Have you or anyone else, to your |
| 16:33:35 | 6 | knowledge, ever tried to contact this person Denis |
| 16:33:38 | 7 | Avdeev? |
| 16:33:41 | 8 | A.   No. |
| 16:33:45 | 9 | Q.   On the first page, do you know who the |
| 16:33:48 | 10 | second name is, Deny McGrey?  Do you know that -- |
| 16:33:52 | 11 | do you know that name? |
| 16:33:52 | 12 | A.   No. |
| 16:33:54 | 13 | Q.   So you never communicated with anybody |
| 16:33:56 | 14 | purporting to be Deny? |
| 16:33:58 | 15 | A.   No. |
| 16:33:58 | 16 | Q.   And last, Renat Litvinov, same question? |
| 16:34:03 | 17 | A.   No to both answer -- to both -- |
| 16:34:10 | 18 | Q.   Okay. |
| 16:34:10 | 19 | A.   -- questions. |
| 16:34:11 | 20 | MR. SIEGEL:  Okay.  I'm going to show |
| 16:34:15 | 21 | you Exhibit 78. |
| 16:34:17 | 22 | (Exhibit 78 marked.) |
| 16:34:20 | 23 | THE WITNESS:  (Examining.)  Okay. |
| 16:34:32 | 24 | Q.   BY MR. SIEGEL:  Okay.  And I'll represent |
| 16:34:34 | 25 | to you that Exhibit 78 is a series of text messages |