# EXHIBIT 5

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Questions for 10:00 AM Call
**From:** Alexey Gubarev <alex@servers.com>
**Date:** 12/22/2016 7:33 AM
**To:** "Dolan, Charles" <charles.dolan@kglobal.com>
**CC:** Nick Dvas <dvas@servers.com>

Hello,

1. Who at the law firm should we send messages to for approval?

Val Gurvits <vgurvits@bostonlawgroup.com>, but I do not think we have to approve with them at this stage each message.

2. What exactly were these video ads doing?

We do not know nothing about this, we got information when it publish. It is come for us as surprise.

3. Do you know who the person is? Was this a phony credit card? Which Bank?

We know him personally many years, he come to Cyprus several times. We would not be able to sell such amount of servers without knowing him personally.
It is a really over 1000 servers, we was under impression that it is a a big data analytics system for ad networks as per his
explanation and due to fact we do not have any abuse communication in history of this client at all, we was believe in that.

4. Who at Servers.com was the client contact?



EXHIBIT 64
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

Everybody, it was a big client.

5. How much was Servers.com paid during the extent of this account?

P-P001536

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Over 1M$, but we have lease on all servers and actually right now in terms of financial we will start loosing over 200.000 USD a month.
Company do not make any profit on that, but will start lose significant amount of money.

### 6. When were you paid during the duration of this account?

Usually this client paid his invoices in time on monthly invoices.

### 7. Can this be prevented this from happening again? Please explain in detail

Yes, we will make new policy not to announce external or customer IP blocks in our network, without deep KYC business of the client.
it will be prevent to make this happen in the future.

### 8. Has anyone contacted anyone in the c-suite?

Yes, I was personally speaking with him as well.

### 9. If you get a call from a reporter what will you do (we have a recommendation)

Our position on the call:

We was have this client for over a year and we know his personally, we will not sell such amount of servers to a walk-in customer. We was not aware about his business in details, he describe us that it is a big data analytics system for video advertisement.
We never have access to his servers.

### 10. How would you describe your role in this?

We was a hosting provider which was abused by trust to this customer. We disconnected this

P-P001537

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

customer as soon as we've found out this publication and inform him that he broke our AUP and we are waiting explanation, we do not receive it up to now. and a result we come to a situation where we will lose few millions dollars till time we will found clients on this servers and datacenter space, we now will start loosing over 200.000 USD a month.

Alex.

---

**From:** Nick Dvas <dvas@servers.com>
**Date:** Thursday, December 22, 2016 at 7:38 AM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**Cc:** Alexey Gubarev <alex@servers.com>
**Subject:** Re: Call tomorrow

Sure, just dial me.

> On Dec22 2016, at 02:56, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>
> Nick:
>
> Can we do a call at 10:00 AM EST?
>
> I will have some questions to send you ahead of time to assist with developing messages.
>
> We will get an invoice out tomorrow. Our Bookeeper was out sick today.
>
> Best,

P-P001538

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Chuck

P-P001539