# EXHIBIT 6

**From:**          Alexey Gubarev <alex@servers.com>
**Sent:**          Wednesday, December 21, 2016 12:33 PM
**To:**            Dolan, Charles
**Cc:**             Nick Dvas
**Subject:**       Re: Reputation management services

We had zero abuses about this client from anybody from day one till yeasterday,
and never know exactly what he is doing

Also, he was paying from his personal card and to our US bank, we was
never think that if you pay from personal card you will do something like that.

We contact to our legal team in USA with a list of what we did up to now, they
confirm us that we do not have to do nothing extra at this moment from a legal side

Alex.

On Dec 21, 2016, at 1:36 PM, Nick Dvas <dvas@servers.com> wrote:

Hello,
that's pretty simple
- the customer ordered his first servers from us back in 2015
- yesterday we've read the materials published on the web about Methbot, went to whiteops
website https://www.whiteops.com/ and found list of IP addresses http://methbot.s3-website-us-
east-1.amazonaws.com/IPs-CIDR.txt
- some of these IPs coincided with that used by this customer
- we notified him about service suspension and suspended services immediately

On Dec21 2016, at 12:51, Dolan, Charles <charles.dolan@kglobal.com> wrote:

## Dear Nick:

In preparation for further discussion and
for Servers.com reputation. Please have someone
prepare a chronological outline of what happened
(including technical elements) when and how.
Especially when Servers.com became aware of the
situations and what you have done to prevent a
recurrence. I will meet with the team first thing and



CONFIDENTIAL

KGlobal 000580

get a cost estimate and if that is acceptable, we can schedule a call this morning.

Best,

Chuck

**From:** Nick Dvas <dvas@servers.com>
**Date:** Wednesday, December 21, 2016 at 4:31 AM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**Cc:** Alexey Gubarev <alex@servers.com>
**Subject:** Reputation management services

Hello Chuck,
we might need some of your services.

Yesterday, a series of publications were made:

http://www.forbes.com/sites/thomasbrewster/2016/12/20/methbot-biggest-ad-fraud-busted/#76094984ca8c
http://fortune.com/2016/12/20/methbot-ad-fraud/
http://www.nytimes.com/2016/12/20/technology/forgers-use-fake-web-users-to-steal-real-ad-revenue.html?_r=0
http://money.cnn.com/2016/12/20/technology/ad-fraud-online-methbot/

It turned out that this network was using our servers. We were completely unaware of the nature of their business, and performed our actions in a very transparent and legal manner. We have shut down this customer immediately upon publication

It is possible that some curious journalist might eventually find out that the servers were ours, and our name might start appearing in this context. It is very obvious we would like to avoid that since regardless of the fact that there was no wrongdoing in our actions, the publication of such nature might make harm to our reputation.

We need your help to establish control on the media field in this aspect, and not to let our name be stained.

Can you please tell us,
- are you taking this kind of a job,
- if yes, what is the general course of action you're planning to execute
- and what will be the retainer for that.

Thank you.

CONFIDENTIAL

KGlobal 000582

136,176 views | Dec 20, 2016, 09:00am

# 'Biggest Ad Fraud Ever': Hackers Make $5M A Day By Faking 300M Video Views

**Thomas Brewster** Forbes Staff

Security

*I cover crime, privacy and security in digital and physical forms.*

A group of Russian criminals are making between $3 million and $5 million every day in a brazen attack on the advertising market, security firm White Ops claimed today. It's the biggest digital ad fraud ever uncovered and perpetrated by faking clicks on video ads, the company said.

The crew, which White Ops dubbed Ad Fraud Komanda or "AFK13", planned their machinations in meticulous detail. First, they created more than 6,000 domains and 250,267 distinct URLs within those that appeared to belong to real big-name publishers, from ESPN to Vogue. But all that could be hosted on the page was a video ad.

With faked domain registrations, they were able to trick algorithms that decided where the most profitable ads would go into buying their fraudulent web space. Those algorithms typically make bids for ad space most suitable for the advertisement's intended audience, with the auction complete in milliseconds. But AFK13 were able to game the system so their space was purchased over big-name brands.

AFK13 then invested heavily in a bot farm, taking up space in data centers so they could fire faked traffic from more than 570,000 bots at those ads, thereby driving revenue thanks to the pay per click system they exploited. As part of what White Ops called the Methbot campaign, those bots "watched" as many as 300 million video ads a day, with an average payout of $13.04 per thousand faked views. And the fraudsters had their bot army replicate the actions of real people, with faked clicks, mouse movements and social network login information.



White Ops provided an example of how Methbot faked a domain.

Some serious technical effort went into the illegal campaign too, as the crew's hackers reverse engineered ad-quality verification processes and determined how to pass off the impressions as legitimate, according to a white paper released today by White Ops.

---

**MORE FROM FORBES**

---

To make those bots appear more real, and thereby bypass normal anti-fraud detection measures, the group obtained hundreds of thousands of IP addresses and associated them with major U.S. internet providers so it looked like they were based in American homes. Those IP addresses were

"fraudently obtained" from at least two of the world's five regional Internet registries.

White Ops began tracking the activity back in September 2015, when it saw unique bot traffic passing over a customer's network. It wasn't until October 2016 that Methbot went into full swing, however.

It's unclear where the Russian link comes from. Eddie Schwartz, chief operating officer at White Ops, told me the company found links between the data centers and the "unique signals" used by the hackers. He couldn't provide more details for fear of revealing too much about White Ops' methods. Nevertheless, he claimed to have "direct attribution" for those behind the crime.

"We have zero doubt this is a group based in Russia, it's a single group. We've actually been working with federal law enforcement for weeks now," Schwartz added.

**Ad buyers losing big time**

Those spending money on the automated systems are losing significant sums, not just from Methbot but from other similar campaigns. Those funds might never be retrieved, however. "That's part of the challenge," Schwartz added, noting that where prosecutions have been possible in Western nations, money has been recovered. "Historically... it's been challenging to get cooperation with Russia to prosecute cyber-related crimes."

White Ops said it had provided the information to law enforcement, which was investigating. It didn't say which agency. Geir Magnusson, an ad fraud expert and CTO at Sourcepoint Technologies, said it should be possible to shut AFK13 out of the ad market.

"All actors in a bidding ecosystem are known and have contractual business relationships – this isn't a 'dark web' of anonymous buyers and sellers," added Magnusson, who reviewed White Ops' findings prior to publication.

"I think the key will be ensuring that information like what White Ops has found gets broadly disseminated, and that the actors in the ecosystem work closely to help each other 'follow the money' and enforce the shunning of bad actors."

Worryingly, the fraud could be even bigger than reported today. "Because White Ops is only able to analyze data directly observed by White Ops, the total ongoing monetary losses within the greater advertising ecosystem may be exponentially greater," the company wrote in its white paper. "At this point the Methbot operation has become so embedded in the layers of the advertising ecosystem, the only way to shut it down is to make the details public to help affected parties take action."

With today's release, it's hoped the industry will collaborate to shut Methbot down.

*I cover security and privacy for Forbes. I've been breaking news and writing features on these topics for major publications since 2010. As a freelancer, I worked for The Guardian, Vice Motherboard, Wired and BBC.com, amongst many others. I was named BT Security Journalist o...*

MORE

*Got a tip? Get me on Signal on +447837496820 or use SecureDrop to tip anyone at Forbes. Email at TBrewster@forbes.com or tbthomasbrewster@gmail.com for PGP mail.*

97,534 views | Aug 2, 2018, 03:20pm

# AI Meets HR: Planning Tomorrow's Workforce

**Mike DiClaudio**   Brand Contributor
KPMG BRANDVOICE

The potential of artificial intelligence to transform the workplace is no longer the stuff of science fiction. It's a *today* reality that companies—and especially their executive teams and Human Resources (HR) leaders—are meeting head-on.



Gone are the days of installing technology systems that served as fixed tools over a fixed lifecycle. ISTOCK

Dynamic technology innovations including machine learning and artificial intelligence are already changing the way companies operate, and redefining the very concept of *work* in the process. And while major technology breakthroughs that fundamentally reshape the workplace have a history of driving net job gains and improved employee satisfaction over the long term, the path is often complicated by short-term concerns or wake-me-when-it's-over inertia.

**Shape the future**

Workforce automation, when thoughtfully designed and intelligently deployed, offers companies and their employees new levels of innovation and growth—and a next-generation competitive advantage. But to get there, company leaders should be forward-thinking about their HR strategies, and always mindful of their people.

Specifically, executives and HR leaders need to start planning today for long-term workforce shaping. Well-positioned companies are developing a comprehensive strategic view that contemplates the types of skills and people they'll need over the next decade, the potential technology and automation systems those people will be using, and even the new *ways* those people will be working (cross-functional, virtual, contractors, part-time, "unretired," etc.)

Learn more about the future of work.

AI and intelligent automation feature a wide spectrum of potential business applications, and the right mix will be unique to each company. But there are some common guardrails to guide executives and HR leaders in their planning for an empowered workforce:

- **Automation is a capability, not a tool**

Along with the workforce, AI is reshaping the concept of enterprise technology, so avoid the trap of "legacy tech" thinking. Gone are the days of installing technology systems that served as fixed tools over a fixed lifecycle. Much of the technology coming online today is using AI to continually add capabilities and grow smarter over time. Think of it this way: When you buy technology, you're buying a popcorn kernel that will pop into greater capabilities and keep popping all over your organization. These technologies will enable people and the technology itself to steadily adapt and enhance.

- **Replace skills, not jobs**

Intelligent automation drives growth and long-term value—it's about addition, not subtraction. The right strategy will enhance and empower a company's workforce by automating and more efficiently delivering essential processes, nurturing employee skills and generally extending and growing the company's overall capabilities. Focus first on the required skills, and the job titles and descriptions—whether tomorrow or in 5 years —will be the easy part.

- **Look for Learners**

Humans have been adapting to changes in the workplace for centuries— and they keep coming back to work, in greater numbers and with increasing ingenuity. People will always be the core asset of any business because of our unique ability to continually learn and to continually adopt new skills. HR leaders need to consider methods to keep that focus front-of-mind in their workforce planning. Invest in training, foster learning and cultivate people who are not satisfied by doing the same job they've been doing for 15 years.

- **Avoid financial fallacies**

Companies that approach workforce automation as a way to cut staff and save money do so at their peril because they will often find themselves needing to hire back more skills—at more expense. Organizations that focus on using automation to increase company value and create jobs will, in the long run, be the most successful. The rosy savings forecasts and "margin improvements" always look great in the PowerPoint slides, but they rarely play out.

**The future is now**

The latest KPMG CEO Outlook report found that 80% of businesses plan to increase recruiting budgets and 58% are planning investment in automation technologies. Indeed, the CEO survey found that the vast majority of organizations were "sold" on the business case for AI and intelligent automation.

The next step, of course, is the biggest one: Execution. Properly integrating AI and automation into a growing and evolving workforce will require a comprehensive new approach to governance from executives and HR leaders. Organizations that can marry that governance with how they add people, enhance processes and upgrade skills will have a much greater chance of driving growth and return on investment.

In fact, much like their new intelligent automation technology, they will be setting up their own companies to continually grow and get smarter.

Learn more about the future of work.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. The KPMG name and logo are registered trademarks or trademarks of KPMG International. The information contained herein is of a general nature and is not intended to address the specific circumstances of any particular individual or entity. Some of the services or offerings provided by KPMG LLP are not permissible for its audit clients or affiliates.



**Mike DiClaudio** Brand Contributor

Follow

Principal, Advisory, KPMG LLP Mike is a Principal in KPMG's Advisory Services practice with more than 15 years of business consulting experience. He has a specific background across the full HR value chain, including HR strategy development, organizational design, techn... **Read More**

96,480 views | Sep 12, 2018, 09:00am

# 5 Best Travel Headphones Of 2018

RTINGS.com  Partner
**Forbes Finds** ⓘ
Style & Design
We offer buying recommendations based on in-depth reviews.

*This post was done in partnership with RTINGS.com, a buying guide to help people find the best product for their needs.*
*When readers choose to buy RTINGS.com's recommended picks, RTINGS and Forbes may earn affiliate commission.*



RTINGS.COM

We buy our own products and put them under the same testing methodology so that you can easily compare them. Unlike most websites, we do not get our products directly from the manufacturers, which means our units aren't handpicked and actually represent what you would buy yourself. We spend a lot of time comparing the products side-by-side to validate our results and we keep them until they are discontinued so we can continually go back and make sure our reviews are always accurate.

Shopping for travel headphones can be a bit challenging. You usually want something compact and lightweight without compromising on sound, but you also need good noise isolation. Thankfully, there are travel headphones that fit pretty much every need, from larger, comfortable over-ears to the most compact truly wireless headphones. We've reviewed 230 headphones and below are our top five picks.

**Bose QuietComfort 35 II: The best travel headphones overall**



RTINGS.COM

**Type**: Over-ear

**Enclosure**: Closed-Back

**Noise canceling**: Yes

**Wireless**: Yes (can also be used wired)

If you want the best of the best for travel, look no further than the Bose QuietComfort 35 II. These wireless headphones are one of the most comfortable over-ears we've ever tested. They're lightweight, comfortable and easy-to-use. They also have excellent isolation, suitable for most noisy environments and deliver a good, exciting sound with a lot of bass.

MORE FROM FORBES

They have a decent wireless range and a reliable 20-hour battery life, with power-saving features, so they should easily last you long enough for most

commutes and even long international flights. Unfortunately, they do leak a bit at higher volumes so in quieter conditions, what you're listening to will be audible to the people around you. Also, like most Bluetooth headphones, they have a bit too much latency to be the ideal option for watching a lot of videos.

On the upside, you can use them wired, which removes all latency and makes them suitable to watch movies on long flights. The QC35 II also work passively, with the provided audio cable, so you can still listen to your audio, even when the battery dies.

Shop Now

### Sony WH-1000XM2: Highly customizable travel headphones



RTINGS.COM

**Type**: Over-ear

**Enclosure**: Closed-Back

**Noise canceling**: Yes

**Wireless**: Yes (can also be used wired)

If you want a similar experience to the Bose QC35 IIs, but want to be able to customize their sound and noise cancellation feature to your liking, then get the Sony WH-1000XM2 instead. These wireless over-ears have a have a slightly more polished design than the Bose QC35 II but are not as comfortable. They also have an excellent noise cancelling feature that rivals and sometimes outperforms that of the Bose, since you can optimize it for your environment and how the headphones fit over your ears.

The biggest advantage of the WH-1000XM2 however, is the great companion app that is available for iOS and Android. The app can be used to customize their sound profile, with everything from a custom equalizer to room effects and sound position options. It also gives you more control over the ANC feature than most noise cancelling headphones.

They're not as easy to use as the Bose. They're also a bit heavier, bulkier and slightly more cumbersome to wear. But on the upside, the new WH-1000XM3 solves some of these inconveniences and improves on the XM2's design, so maybe wait for that model instead.

Shop Now

**Jabra Elite Active 65t: Truly wireless headphones great for travelling**



RTINGS.COM

**Type**: In-ear

**Enclosure**: Closed-Back

**Noise canceling**: No

**Wireless**: Truly Wireless

If you want a travel headset that you can easily carry around in your pockets, then check out the Jabra Elite Active 65t. These truly wireless headphones are great for commute and travel, thanks to their strong passive isolation, great portability and above-average sound that you can EQ via the Jabra Sound+ app. They also have a decent 5-hour battery life, with two additional charges stored in their compact case, for a total of 15 hours.

Unfortunately, they won't be as comfortable as the over-ears on this list. They have slightly larger earbuds than most in-ears, so depending on the size and shape of your ears, they may get a little uncomfortable during longer listening sessions. Also, like most Bluetooth headphones, they have a bit too much latency for watching movies, and sadly they can't be used wired to mitigate this issue.

On the upside, their latency is better than most truly wireless designs and their passive isolation is as good at blocking noise as some of the active noise cancelling headphones we've tested. They also have nearly perfect leakage, so you can play you music at high volumes and not bother the people around you.

[ **Shop Now** ]

---

**JBL E25BT: Best budget travel headphones**



RTINGS.COM

**Type**: In-ear

**Enclosure**: Closed-Back

**Noise canceling**: No

**Wireless**: Yes

If you want a decent sounding pair of wireless headphones for your morning commute for less than $50, get the JBL E25BT. These wireless headphones have a simple, compact, highly portable design. Like most in-

ears, not everyone will enjoy the fit, but they come with 3 sizes of
interchangeable earbud tips, so you should be able to find a fit that works
for you.

They have a decent sound, with a deep bass, an even mid-range and a well-
balanced treble. Their in-ear fit also blocks a decent amount of noise but
unfortunately, it's not as effective against the deep rumbling noises of a
bus or airplane engine, which will still seep into your audio from time to
time.

On the upside, although the JBL E25BT can't be used wired if the battery
dies, they should last long enough for most trips thanks to the 9.5-hour
battery life. They aren't perfect, but for the price, they are a decent pair
option for commute and travel that should please most listeners.

Shop Now

**Bose SoundTrue Ultra In-Ear: Budget wired headphones with
above-average sound**



RTINGS.COM

**Type**: In-ear

**Enclosure**: Closed-Back

**Noise canceling**: No

**Wireless**: No

If you prefer to not worry about keeping the batteries charged, check out
the Bose SoundTrue Ultra In-Ear headphones. These compact wired
earbuds offer a better, more comfortable fit than typical in-ears. They have
excellent breathability, they're stable enough for sports and have good
passive isolation. They are a great choice for your morning commute, long
trips, or even running and working out. They have an above-average
sound, and excellent leakage control, so you won't bother anyone at work
or in a quiet room.

Unfortunately, they only isolate with the tight seal the buds create in your
ears, so they won't be the ideal option for really noisy environments. On
the upside, they should do well enough passively for most commutes.

The SoundTrue can only be used wired, so they won't be as convenient as
the wireless recommendations on this list. But on the other hand, you do
not have to worry about battery life or latency, and they will work with all
devices that have a headphone jack.

Shop Now

This guide may have been updated. To see all measurements and the
current recommendations for the best travel headphones, please go *here*.

*We purchase our own products and put them under the same test bench
so that you can compare the results easily. No cherry-picked units sent by
brands. If you buy something using a link on this page, Forbes Finds and
RTINGS.com may receive a small share of that sale.*

FORTUNE

# The Russian Methbot Scam Is Just the Tip of the Ad Fraud Iceberg



Photographs by Getty Images

By **MATHEW INGRAM** December 20, 2016

In what appears to be the largest digital advertising scam in history, a group of Russian hackers reportedly built a click-fraud machine that stole up to $5 million daily from top advertisers and publishers. But even that is just the tip of the iceberg when it comes to online ad fraud.

Estimates are that billions of dollars are lost annually because of fraudulent clicks, fake traffic, and other scams. But because of the way the online-advertising market is structured, with several layers of middlemen and ad networks, there is little incentive to stop it.

In fact, the rise of sophisticated bot-nets and other forms of click fraud is part of the reason why less than half of all Internet ads are even seen by humans, according to a study done by online analytics firm comScore in 2013.

The latest scam involved a network of computers that pretended to be human web surfers so they could generate fake traffic to bogus websites and report fake clicks. It was discovered by a security firm called White Ops, which dubbed the "bot-net" operation Methbot, after a code word found in the program the hackers used to operate the network.

*Get Data Sheet, Fortune's technology newsletter.*

According to White Ops, the combined financial impact of the fraud was several times larger than the largest previous "bot-net," known as ZeroAccess, which was uncovered in 2011. The security firm estimated the hackers generated $3 million to $5 million daily in revenue.

The hackers registered hundreds of thousands of fake Internet addresses and then used a network of computers in Dallas and Amsterdam that were running the Methbot program to simulate normal human behavior such as clicking to start and stop videos and registering fake logins to sites like Facebook. All of this generated traffic and activity that was then reported to ad networks as real.

According to White Ops, the bot-net was "watching" as many as 300 million video ads daily on fake websites that the hackers had created to look like web pages from leading publishers such as the *New York Times* and CNN, by spoofing thousands of legitimate web addresses.

Although it may be the largest such scam, the Methbot operation is far from unusual. The online advertising market has been riddled with similar kinds of

fraud for years. Some advertisers say bots make up as much as a third of the traffic they see on their ads.

According to an estimate earlier this year by the Association of National Advertisers, more than $7 billion will be lost this year to various kinds of digital-advertising fraud. And much of that is coming from ads involving video, since CPMs (or cost per thousand impressions, which is the way most online advertising is billed) are much higher for video.

"The level of criminal, non-human traffic literally robbing marketers' brand-building investments is a travesty," ANA president Bob Liodice said in a statement at the time the study was released.

*Facebook's fake news problem is worse than it looks:*

Last year, an online security company said that it had identified an ad fraud "zombie army" called Xindi, a bot-net that it estimated would likely cost advertisers as much as $3 billion in 2015. The firm said as many as 8 million computers, many of them on corporate networks, had been infected.

Although Methbot had its own dedicated servers running its software, many bot-nets are constructed out of ordinary PCs owned by unsuspecting victims, who download "malware" or malicious programs from the Internet. Clicking on a link or a popup ad can install software in the background that then commandeers the computer for a variety of purposes.

There are many other kinds of ad fraud as well, apart from the bot-net driven kind that Methbot and others use. Some sites use what is called "pixel stuffing," where large display ads are squished into a tiny square but are still counted as an impression. Others run multiple ads on top of each other in the same slot, so that only one can be seen at a time.

Advertising industry insiders say these and other tricks and scams are well known, and some ad networks and ad buyers are aware that their inventory and traffic numbers are being inflated by bot-nets, but as long as they are getting paid by their clients they don't really care.

Ad fraudsters are also rarely prosecuted because they base their operations in countries where it is difficult for advertisers or even large digital players such as Google to go after them.

TECHNOLOGY

*The New York Times*

# Russian Cyberforgers Steal Millions a Day With Fake Sites

By Vindu Goel

Dec. 20, 2016

SAN FRANCISCO — In a twist on the peddling of fake news to real people, researchers say a Russian cyberforgery ring has created more than half a million fake internet users and 250,000 fake websites to trick advertisers into collectively paying as much as $5 million a day for video ads that are never watched.

The fraud, which began in September and is still going on, represents a new level of sophistication among criminals who seek to profit by using bots — computer programs that pretend to be people — to cheat advertisers.

"We think that nothing has approached this operation in terms of profitability," said Michael Tiffany, a founder and the chief executive of White Ops, the ad-focused computer security firm that publicly disclosed the fraud in a report on Tuesday. "Our adversaries are bringing whole new levels of innovation to ad fraud."

The thieves impersonated more than 6,100 news and content publishers, stealing advertising revenue that marketers intended to run on those sites, White Ops said.

The scheme exploited known flaws in the system of digital advertising, including the lack of a consistent, reliable method for tracking ads and ensuring that they are shown to the promised audience.

The spoofed outlets include a who's who of the web: video-laden sites like Fox News and CBS Sports, large news organizations like The New York Times and The Wall Street Journal, major content platforms like Facebook and Yahoo, and niche sites like Allrecipes.com and AccuWeather. Although the main targets were in the United States, news organizations in other countries were also affected.

---

You have 3 free articles remaining.
Subscribe to The Times

---

"It will be a big shock to all of these publishers that someone was selling inventory supposedly on their sites," Mr. Tiffany said in an interview on Monday, before the report's release. White Ops and an advertising industry organization, the Trustworthy Accountability Group, held a conference call with about 170 advertisers, ad networks and content publishers on Tuesday morning to brief them on their findings.

Mr. Tiffany said White Ops had traced the fraud to Russia and believed that the organization behind it was a criminal enterprise out to make money. There was no evidence of a connection between the fraud and the politically motivated hacking during the United States election that American intelligence agencies and President Obama have linked to the Russian government.

The Methbot scheme — named after the word "meth," which shows up in its software code — was carefully designed to evade the antifraud mechanisms the advertising industry has put in place in recent years. Digital ad fraud was projected to cost marketers more than $7 billion in 2016, according to a study by the Association of National Advertisers and White Ops.

To carry out the operation:

## The Methbot forgers first took numeric internet addresses they controlled and falsely registered them in the names of well-known internet service providers.

Among those were Comcast, AT&T and Cox, as well as fake companies like AmOL. This allowed the thieves to make it look as if the web traffic from Methbot's servers in Dallas and Amsterdam were really coming from individual users of those internet providers.

## The forgers then associated the addresses with 571,904 bots designed to mimic human web surfers.

Embedded in the bots' web browsers were fake geographic locations, a fake history of other sites visited and fake logins to social networks like Facebook. "The bots would start and stop video just like people do and move the mouse and click," Mr. Tiffany said.

## The perpetrators connected the bots to the automated advertising networks that sell unsold ad space for thousands of websites.

A bot would pretend to visit a website like CNN.com, and the ad networks would conduct a microsecond bidding war against one another to show a brand's video ad. But instead of going to the real CNN, the bot's web browser would go to a fake site that nobody could see, and the ad would play there.

## Finally, the system would report fake data to the ad networks and advertisers to convince them that humans had watched the ad on the real content site.

"It would send just the right kind of metrics back to look like real live audiences that were logged into Facebook and watching videos all day," Mr. Tiffany said. The thieves then collected payment for the ads.

The report did not name the advertisers tricked by the fraud.

David Hahn, the executive vice president of strategy at Integral Ad Science, an advertising security firm that competes with White Ops, said the Methbot fraud affected just a tiny portion of the ad traffic of his own clients.

"There are new bots and new ways in which the bad guys are trying to figure out ways around our technology all the time," he said.

The automated ad networks that buy and sell access to ad space on popular websites operate in a murky, fast-paced world, and it's often unclear to advertisers who such middlemen truly represent.

"As a buyer, how do you check that those other companies are authorized sellers of the ad inventory?" said Neal Richter, who until recently was the chief technology officer for Rubicon Project, a major exchange for automated ad sales. "You need to know who you're doing business with."

Trustworthy Accountability Group, which is a joint effort of the ad industry's major trade groups, is already blacklisting the internet addresses used by Methbot's bots, adding them to a master list used by many in the industry to screen out fraud.

Mike Zaneis, the chief executive of the organization, said his group began a certification program last week to verify that ad exchanges truly represent the buyers and sellers they are claiming to represent. Under the system, payment for an ad flows directly to the website publisher, which would make it more difficult for forgers like the Methbot crew to get paid for their deception.

Several news organizations whose websites were faked by Methbot, including The Times, said Tuesday they were still evaluating the fraud case.

White Ops said the thieves received high prices for the fake ad views, garnering an average price of $13 per 1,000 video views. Over all, the botnet delivered 200 million to 300 million fake ad views per day and brought in $3 million to $5 million in daily revenue, according to the company's analysis.

White Ops released the full list of fake internet addresses and impersonated websites so that fraud-detection services and ad networks can block them. The company has also shared its findings with United States law enforcement authorities and is working with them to further investigate the fraud.

Mr. Tiffany said the use of bots to steal ad revenue is not new in the industry, but it "has never happened at this scale before."

He continued, "It all adds up to the most profitable bot operation we've ever seen."

Sapna Maheshwari contributed reporting from New York.

A version of this article appears in print on Dec. 21, 2016, on Page B1 of the New York edition with the headline: Selling Ads on Fake Sites, Russian Ring Steals Up to $5 Million Daily

Russian 'methbot' fraud steals $180 million in online ads



**tech**

BUSINESS    CULTURE    GADGETS    FUTURE    STARTUPS    CNNMONEY

  

Unhackable

# Russian 'methbot' fraud steals $180 million in online ads

by Jose Pagliery    @Jose_Pagliery

December 20, 2016: 10:07 AM ET

Recommend 0    ✉ f 𝕏 in •••



Russian cybercriminals have built a new high-tech fraud enterprise: Showing real ads to fake people.

The fraud has siphoned more than $180 million from the online ad industry, according to researchers.

Dubbed "Methbot," it is a new twist in an increasingly complex world of online crime, according to White Ops, the cybersecurity firm that discovered the operation.

"This is a very advanced cyber operation on a scale no one's seen before," said Eddie Schwartz, White Ops chief operating officer.

Methbot, so nicknamed because the fake browser refers to itself as the "methbrowser," operates as a sham intermediary advertising ring: Companies would pay millions to run expensive video ads. Then they would deliver those ads to what appeared to be major websites. In reality, criminals had created more than 250,000 counterfeit web pages no real person was visiting.

White Ops first spotted the criminal operation in October, and it is making up to $5 million per day -- by generating up to 300 million fake "video impressions" daily.

In the past, hackers have figured out how to deliver malvertising (viruses through ads) and how to fake clicks on ads. But this is another level.

According to White Ops, criminals acquired massive blocks of IP addresses -- 500,000 of them -- from two of the world's five major internet registries. Then they configured them so that they appeared to be located all over the United States.

They built custom software so that computers (at those legitimate data centers) acted like real people viewing those ads. These "people" even appeared to have Facebook accounts (they didn't), so that premium ads were served.

Hackers fooled ad fraud blockers because they figured out how to build software that mimicked a real person who only surfed during the daytime -- using the Google Chrome web browser on a Macbook laptop.

"The Methbot is a beautiful simulacrum of a real browser. It's gotten better over time. And by better, I mean, a more perfect life-like copy," said White Ops CEO Michael Tiffany.

That's why it wasn't caught for two months.

"This is the kind of theft in which nothing has gone missing," Tiffany said.

Advertisement

**Personal Finance**

**Open a New Savings Account**


High-Yield Savings Account — 1.85% APY Member FDIC — Open Account


PERSONAL SAVINGS — High-Yield Savings Account — 1.80% APY $1 Min To Earn APY FDIC Insured — Open Account


Online Savings Account — 1.85% APY $0 To Open Member FDIC — Open Account

Sponsors of BankingRates    Advertiser Disclosure

**Paid Content**    by Outbrain


The New Galaxy Watch May Be the Most Stunning Watch...
Fossil


Six Proven Ways To Money By Blogging
WordPress.com


Love Baths? Then These Walk In Bath Tubs May Be For You!...
Beautiful Baths | Sponsored Links


If You Can Qualify for Any Credit Card, These Are the Top 6
NerdWallet

**More from CNNMoney**


Gary Cohn: Jamie Dimon would be 'phenomenal' president


BMW unveils its vision for a self-driving electric car

However, media experts noted that the additional fake 300 million "views" now existing in the advertising marketplace does put significant pressure on media companies who are competing over an audience that doesn't really exist.

White Ops said its researchers traced back Methbot's creators to individual hackers in Russia, but the firm would not release additional details on the record.

Traditionally, doing so could prevent FBI agents from setting up sting operations to arrest them when traveling abroad.

White Ops said it's going public with this information -- including technical details of the criminal enterprise -- in an attempt to coordinate an industrywide effort to stop it.

CNNMoney (New York)
First published December 20, 2016: 9:12 AM ET

---

**PAID CONTENT**


The Neat Technology Replacing Business Phones and Landlines
Sponsored: Yahoo! Search


These Luxury Cars Will Blow Your Mind
Sponsored: Faqeo


Don't Shop on Amazon Without Using This Trick - Here's Why
Sponsored: Honey


Edmunds 25 Best SUVs of 2018
Sponsored: Edmunds


I Gave HelloFresh A Taste. Here's Why I'm Never Going Back.
Sponsored: Popdust


Style
Are these unnerving body modifications the future of...


CNN
Tesla's magic is wearing off as Model 3 excitement dwindles


Bleacher Report - UFC
UFC Fighter Suffers Gruesome Injury in Accident with Power Drill


CNN
Sheryl Sandberg donating the proceeds of her stock in SurveyMonkey


CNN
Younger workers are making this major financial mistake


Why on Earth would a company offer insurance for space travel?


Legendary investor Jim Rogers: 'All-time lows excite me'


5 things you must do before you retire

CNNMoney Sponsors

SmartAsset · Paid Partner
Savings APY Keeps Climbing - Top Banks Offering 1.86%
Certificate of Deposit Rates
Compare the Top 3 Financial Advisors in Your Neighborhood
Is a Money Market Account or CD Right for You?

NextAdvisor · Paid Partner
An Insane Card Offering 0% Interest Until Nearly 2020
Transferring Your Balance to a 14-Month 0% APR is Ingenious
The Top 7 Balance Transfer Credit Cards On The Market Today
Get $300 Back With This Outrageous New Credit Card

Advertisement



U.S Cardiologist: "This Is Why You Have Less Energy After 50"
Sponsored: SmartConsumerToday



Discover The Six 2018 Luxury Cars That Are Under $50K! They're...
Sponsored: Faqeo



Dell Precision 5720 All-in-One Review & Rating
Sponsored: Dell on PC Magazine



What's The Best AWD Sedan of 2018?
Sponsored: Edmunds



Learn How You Can Get Glucose Readings On Your Smartwatch
Sponsored: Dexcom



U.S.
A man cheated with someone else's wife and is now paying for...



CNN
3 Social Security mistakes that could cost you a fortune



Entertainment
Sarah Silverman latest in Hollywood to have past social media commentary resurface



CNN
Jeff and MacKenzie Bezos create $2 billion fund to fight homelessness



Entertainment
Demi Lovato's backup dancer asks for an end to 'negative' speculation



They're Here! Meet the Stunning New iPhones and Find the Best...
Sponsored: Faqeo



Famous Automaker Mistakes: How Many Do You Know?
Sponsored: HowStuffWorks



The App Millennials Are Using to Learn a Language in 20 Minutes a Day
Sponsored: Babbel



Cardiologist: I Beg Everyone To Quit 3 Foods
Sponsored: SmartConsumerToday



U.S. Cardiologist: It's Like Superfuel for Your Gut
Sponsored: Health Headlines



CNN

**More people are saving $1 million in their 401(k)s. Here's how you...**



CNN

**What Android Pie means for the future of smartphones**



Style

**Striking infrared photographs retell the horror of D-Day**



CNN Travel Videos

**World's longest aircraft to have glass floors**



CNN

**Facebook stock plunges 20% after CFO warns sales growth will slow**



**Reclusive Millionaire Warns: "Get Out of Cash Now"**
Sponsored: The Crux



**World's Worst Airlines, Ranked**
Sponsored: Far and Wide



**The New Fitness Tracker You Wear On Your Finger**
Sponsored: Motiv



**It's Here — The New Samsung Galaxy Note 9 -- and It's Shockingly Affordable!**
Sponsored: Faqeo



**The Best Dressed Couples At The 2018 Emmy Awards**
Sponsored: Livingly



Opinion

**This is one essential truth about the Dallas shooting**



CNN

**Steve Jobs' widow pushes back on her stepdaughter's memoir**


**News**
Read Elon Musk's email to Tesla employees


**Travel**
The world's most beautiful city?


**CNN**
Read Jeff Bezos' full statement about his $2 billion Day One fund


[Pics] Photoshop Didn't Exist Back Then, So Yes This Is Real
Sponsored: Ice Pop


15 Discounts Seniors Get Only If They Know
Sponsored: Improve Budget


Workstation PC - Precision Laptops and Desktops
Sponsored: Dell


Discover The Six 2018 SUVS & Crossovers That Are Under $30K! They Come Loaded With New...
Sponsored: Faqeo


Top Cardiologist: "This Is Why You Have Less Energy After 50"
Sponsored: Health Headlines


**CNN**
Tesla in turmoil: Stock plunges after executive shakeup


**Style**
Infrared photographs retell horrors of D-Day


**News**
Tesla reported the biggest loss in its history. But it could've been worse


**CNN**
Qualcomm: Apple won't use our chips in the next iPhone


**Style**
Plus-size sculptures celebrate marginalized bodies


If Your IQ is Above 148, You'll Get These Jokes
Sponsored: Offbeat


[Pics] This Massive Athlete Is Larger Than You Realize
Sponsored: Teastart

Paid Content

More from CNN Money

Try Not to Laugh Seeing These Pictures *Topix Pawsome*

NFL Power Rankings: B/R's Expert Consensus Rank for Every Team Entering Week 3

8 Cars So Cool It's Hard to Believe They Cost Under $20k *Fazeo*

'Black-ish' star Jenifer Lewis wore Nike on the red carpet to support Colin Kaepernick

Glasses-Lovers Are Going Crazy Over This Website *GlassesUSA*

Trump is in for a rude awakening in Middle East

Apple's A12 Is in the Works, But What About That Intel Modem? *PC Magazine*

CNN commentator relates to Kavanaugh's accuser

Recommended by

Paid Links

| | |
|---|---|
| AVERAGE RETIREMENT SAVINGS | BEST INVESTMENTS FOR BEGINNERS |
| CHOOSING A DOMAIN NAME | HIGHEST RATED MATTRESSES |
| BEST MEDICARE PLANS FOR SENIORS | BEST INVESTMENTS FOR 2018 |
| SOCIAL MEDIA MARKETING TOOLS | 7% INTEREST SAVINGS ACCOUNTS |

CNN

FOLLOW US!

Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © 2018 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc. 2018. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2018 and/or its affiliates.

© 2018 Cable News Network. A WarnerMedia Company. All Rights Reserved. Terms under which this service is provided to you.

Privacy Policy   AdChoices