# EXHIBIT 8

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: New Issue
**From:** Nick Dvas <dvas@servers.com>
**Date:** 1/6/2017 7:04 AM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**CC:** Alexey Gubarev <alex@servers.com>, "Malunda, Joe" <joe.malunda@kglobal.com>, "Jahamaliah, Modupeh" <modupeh.jahamaliah@kglobal.com>

Good morning Chuck,

We don't have any insight into this part. These IPs were not ours, they were brought by customer from IP sellers/brokers with Letters of Authorisation in place. Our job was to deliver traffic to/from these IPs, and that's it. Whatever customer might have done with these IPs regarding their positioning in GeoIP databases (special kind of databases used to determine where each IP is physically located, MaxMind being the most well-known of them) is completely unknown to us.

> On Jan06 2017, at 16:56, Dolan, Charles <charles.dolan@kglobal.com> wrote:
>
> Gentlemen:
>
> We may need to address the issue as to how this was done.
>
> "He added: "Some of the servers used to do this were based in Dallas [Texas] and Amsterdam [in the Netherlands] but they made the IP addresses look as though they were spread across Middle America, so they could make their bot network look like a series of home computers, instead of a server-based bot farm. That was radically original."
>
> http://www.thedrum.com/news/2017/01/04/federal-law-enforcement-probe-methbot-claims-the-media-industry-drills-down-fraud
>
> Can you please provide a brief explanation and I will redraft and submit for your approval (and your attorneys) before adding it to our talking points. We may get a press call but you will also likely be contacted by law enforcement.
>
> Alex - счастливого Рождества!
>
> Best,
>
> Chuck



EXHIBIT 67
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

P-P001546