# EXHIBIT 9

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Subject:** Re: Meth.bot
**From:** Nick Dvas <dvas@servers.com>
**Date:** 1/9/2017 1:05 PM
**To:** "Dolan, Charles" <charles.dolan@kglobal.com>
**CC:** Alexey Gubarev <alex@servers.com>

This response might be misleading a bit. Please, avoid the word spoof, it has a very different meaning in this context. The quoted text is about mocked location of IP address and location only

On 9 Jan 2017, at 22:42, Dolan, Charles <charles.dolan@kglobal.com> wrote:

> Most of the articles have been rewrites of the original but the drum seems to incorrectly i.d. the servers as the way it made the ip addresses were spread.
>
> *"He added: "Some of the servers used to do this were based in Dallas [Texas] and Amsterdam [in the Netherlands] but they made the IP addresses look as though they were spread across Middle America, so they could make their bot network look like a series of home computers, instead of a server-based bot farm. That was radically original."*
>
> http://www.thedrum.com/news/2017/01/04/federal-law-enforcement-probe-methbot-claims-the-media-industry-drills-down-fraud
>
> If we should get the following question, I suggest the following repy based on what Nick sent me last week.
>
> **Question:** It was reported that your servers in Dallas and Amsterdam made IP addresses look as though they were spread across America, instead of centralized. Is that true?
>
> **Answer:** Our servers do not spoof IP addresses. The spoofed IP addresses using Servers.com hardware were completely unknown to us and we would have no way of knowing that our services were being used in this manner.
>
> Let me know if that makes sense.
>
> Chuck



EXHIBIT 68
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

> http://www.pymnts.com/news/security-and-risk/2017/hacker-tracker-call-center-scams-methbot-rising-and-password-reuse-dangers/
>
> http://www.thedrum.com/news/2017/01/05/audiencescience-says-it-gave-120-every-10m-media-spend-methbot
>
> http://searchengineland.com/fake-information-epidemic-will-hurt-local-search-2017-266443

P-P001547