# EXHIBIT 10

**From:** Dolan, Charles
**Sent:** Wednesday, December 28, 2016 12:55 AM
**To:** Nick Dvas;Alexey Gubarev
**Cc:** Jahamaliah, Modupeh;Malunda, Joe;Petropoulos, Stefanie
**Subject:** White ops and Krebs

I spoke with Krebs today and he was fine. The main question he had was when the contract started. I provided that information to him after a follow-up call to Nick.

He said he was still trying to determine whether it is worth a follow up story, but did not seem overly interested in Webzilla's role, once he learned that you were a victim and financially liable for contractual agreements related to the account even after you suspended the account. He also seemed to appreciate the call.

I have a call and an e-mail into White Ops. Will try them again tomorrow.

In terms of the Russian media, I have a very capable woman that I have worked with in Moscow. She is a native Russian speaker and I recently worked with her on a trip for 50 international CEO's to Moscow.

I'll follow up with White ops and you tomorrow.

Best,

Chuck



EXHIBIT __69__
WIT _Nikolay Dvas_
DATE _May 17, 2018_
BRENDA MATZOV CA CSR 9243

1

CONFIDENTIAL

KGlobal 003443