# EXHIBIT 11

**From:** Dolan, Charles
**Sent:** Friday, December 23, 2016 11:13 PM
**To:** Nick Dvas
**Cc:** Alexey Gubarev
**Subject:** Servers.com Daily Monitoring (12/23/16) and CHD Talking points for approval
**Attachments:** CHD - Webzilla.docx

Gentlemen – let me know if the attached talking points are accurate.

Best,

Chuck

**Overview:**

Servers.com is not mentioned anywhere within the media, however, "methbot" continues to be a topic of conversation. The topic has driven away from top outlets and is now being focused on by niche outlets. I'll be sure to have another monitoring report prepared Tuesday, but I will continue to monitor daily in case a "Servers.com" mention arises.

Please find the major headlines below:

Exchanges Downplay Methbot's Impact, But The Fallout Will Extend Into 2017
December 23 – Ad Exchanger

Major Publishers Losing Up to $5M Daily to Russian Ad Fraud Botnet, White Ops Found
December 23 – CMSWire

Methbot 'BOT farm' makes $5 million a day through Ad Fraud
December 22 – TWCN Tech News

An ad fraud scam called 'Methbot' has allegedly been costing online advertisers up to $5 million a day
December 22 – Business Insider



EXHIBIT 70
WIT Nikolay Dvas
DATE May 17, 2018
BRENDA MATZOV CA CSR 9243

1

*Privileged and Confidential*

**TAKING POINTS FOR CHD**

- My name is Chuck Dolan and I am a spokesperson for Webzilla, an enterprise hosting company, providing enterprise-class IT infrastructure solutions to businesses in the most data intensive industries.

- We saw your report on the fraudulent activities of Methbot and after some research discovered we unknowingly provided web services to this company. Webzilla does not tolerate violations of international law or of our terms of services.

- We immediately suspended all services to this user. As you know, this highly sophisticated operation was, as news reports put it: "carefully designed to evade the antifraud mechanisms the advertising industry has put in place in recent years."

- Again once we were made aware, we immediately suspended the user which is resulting in significant financial losses to us due to other contractual arrangements we entered into. (Nick can you provide me info on the nature of those contractual arrangements?)

- I wanted to contact you so that you have a full understanding of the fact that we unknowingly provided services and to stress the fact that Webzilla does not tolerate any violation of good business practices or international law.

- It is deeply troubling to the Webzilla team that someone misused our servers to commit digital advertising fraud.

- Webzilla was never aware of the specific business details regarding the client's operations. It had been described to us as "big data analytics system for video advertisement."

- Again I want to stress that our management took immediate action against this user and suspended all accounts connected with the fraudulent acts.

- We are now focused on working to ensure that an incident like this is never repeated.

- Webzilla is now working to create new company guidelines including: ceasing to announce external or customer IP blocks within our network without deep KYC business of the client.

- We will fully cooperate with the appropriate regulatory authorities.

CONFIDENTIAL

KGlobal 000825