# EXHIBIT 12

| | |
|---|---|
| **From:** | Nick Dvas <dvas@servers.com> |
| **Sent:** | Saturday, December 24, 2016 5:39 PM |
| **To:** | Dolan, Charles |
| **Cc:** | Alexey Gubarev |
| **Subject:** | Re: Servers.com Daily Monitoring (12/23/16) |

The exact answer from the lawyer is ""For privacy reasons we cannot divulge such information without a Court order."

On 24 Dec 2016, at 19:05, Dolan, Charles <charles.dolan@kglobal.com> wrote:

> P.S.  I know Alex gave me the reason for not naming the individual but since this will be a very technical legal answer and on the record. I want to be absolutely accurate.

> Sent from my iPhone

> On Dec 24, 2016, at 7:55 AM, Dolan, Charles <charles.dolan@kglobal.com> wrote:

>> Gentlemen: Attached are the Q&A I will follow if we get any questions. Please review.

>> The question which is not there but will be asked is "Do you know the name of the person and can you provide it?"

>> I suggest you submit it to your lawyers and have them provide us with a very specific answer.

>> In the unlikely event you do get any inquiries from the press over the next few days – please refer them to me at +1 – 202-445-0422 and I will follow the approved script as the spokesperson for Webzilla.

>> Best,

>> Chuck

>> <Privileged and Confidential - Servers.com Q&A.docx>

EXHIBIT _71_
WIT _Nikolay Dvas_
DATE _May 17, 2018_
BRENDA MATZOV CA CSR 9243

1

CONFIDENTIAL