# EXHIBIT 13

**From:** Dolan, Charles
**Sent:** Thursday, December 22, 2016 4:08 PM
**To:** Alexey Gubarev
**Cc:** Nick Dvas
**Subject:** Re: Additional Question?

Thanks!

**From:** Alexey Gubarev <alex@servers.com>
**Date:** Thursday, December 22, 2016 at 10:54 AM
**To:** Charles Dolan <charles.dolan@kglobal.com>
**Cc:** Nick Dvas <dvas@servers.com>
**Subject:** Re: Additional Question?

Hello,

> Can we get a copy of the contract you had with the company in question?

We use our official AUP which located on website - webzilla.com and servers.com, due to fact we was know this customer, we do not
ask him to sign contract by mistake as a result we can't claim now damages.

> How much longer do you have to pay $200,000 a month for and what are the specific services provided?

If we will not sell this servers to nobody, another 24 month around.

> Who are those companies you are paying the $200,000 to? For how long will you be paying.

Leasing companies who give us servers like Dell DFS, we do not own servers but have financial lease on 36 month, data centers which provide us a space - TierPoint for example,
we have commit for 24-36 month for power and space.

> How much will you lose on this project?

1


DEFENDANT'S
EXHIBIT
28
5/1/18
PENGAD 800-631-6989

KGlobal 001041

As per our expectation around from 2-2.5M$, if we will not sell this servers to somebody else asap, we have some plans, but it will no go so fast of course.

CONFIDENTIAL

KGlobal 001042