# EXHIBIT 14

ATTORNEYS EYES ONLY PURSUANT TO PROTECTIVE ORDER

# WEBZILLA

**Invoice** — Paid

No: 24964
Customer No: 1772

Date: October 1, 2016
Due Date: October 15, 2016

| **Prepared For** | | |
|---|---|---|
| Alexander Zhukov | Billing Period: 01.10.16 – 31.10.16<br>Terms: Net 15 Days<br>Currency: USD<br>Conversion Rate: no conversion<br>Sales Tax Rate: 0% | **Contact Us**<br>Webzilla inc<br>20801 Biscayne Boulevard, Suite 403<br>Aventura<br>33180 FL<br>United States |



EXHIBIT 6
Aue 6/28/18

| # | Description | Period | Quantity | Unit Price | Subtotal |
|---|---|---|---|---|---|
| 1 | Hosting: Server DELL R210 II / 1x E3-1270v2 / 32GB UDIMM (4x8) / 2x 500gb SATA / H200 / iDRAC6 / chassis 2.5<br>u2225 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 2 | Hosting: Server DELL R210 II / 1x E3-1270v2 / 32GB UDIMM (4x8) / 2x 500 GB SATA / H200 / iDRAC6 / chassis 2.5<br>u2226 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 3 | Hosting: Server DELL R210 II / 1x E3-1270v2 / 32GB UDIMM (4x8)/ 2x 500GB SATA / H200 / iDRAC6 / chassis 2.5<br>u2231 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 4 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2351 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 5 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2352 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 6 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2353 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 7 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2354 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 8 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2356 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 9 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2357 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 10 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2358 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 11 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2359 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 12 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2381 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 13 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2382 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 14 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2383 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 15 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2384 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |
| 16 | Hosting: Server DELL R210 II / E3-1270v2 / 32GB UDIMM (4x8) / 2x 500GB SATA / H200 / iDRAC6 ent.<br>u2385 | 01.10.16 – 31.10.16 | 1 | $97.00 | $97.00 |