# EXHIBIT 15

Aleksej Gubarev
June 28, 2018                                                                   1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF FLORIDA
 2   -------------------------------x
     ALEKSEJ GUBAREV, XBT HOLDING
 3   S.A., AND WEBZILLA, INC.,

 4              Plaintiffs,

 5        vs.      Case No. 1:17-cv-60426-UU

 6   BUZZFEED, INC. AND BEN SMITH,

 7              Defendants.
     -------------------------------x
 8

 9

10             ALEKSEJ GUBAREV

11            New York, New York

12          Thursday, June 28, 2018

13

14

15

16

17

18

19

20

21

22   Reported by: Steven Neil Cohen, RPR

23   Job No. 237459

24

25
```

```
 1                  June 28, 2018

 2                    9:39 a.m.

 3

 4          Videotaped Deposition of ALEKSEJ

 5    GUBAREV, taken by Defendants, pursuant to

 6    notice, at the offices of Davis Wright

 7    Tremaine LLP, 1251 Avenue of the Americas,

 8    New York, New York,  before Steven Neil

 9    Cohen, a Registered Professional Reporter

10    and Notary Public of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      APPEARANCES

 2

 3       BOSTON LAW GROUP, PC

 4       825 Beacon Street

 5       Suite 20

 6       Newton Center, Massachusetts 02459

 7              Attorneys for Plaintiffs

 8       BY:    VAL GURVITS, ESQ.

 9

10       DAVIS WRIGHT TREMAINE LLP

11       1251 Avenue of the Americas

12       New York, New York 10020

13              Attorneys for Defendants

14       BY:    KATHERINE M. BOLGER, ESQ.

15              NATHAN SIEGEL, ESQ.

16              ADAM LAZIER, ESQ.

17

18

19       ALSO PRESENT:

20              Elana Pick, Interpreter

21              Kevin Marth, Videographer

22

23

24

25
```

```
 1              IT IS HEREBY STIPULATED AND
 2    AGREED, by and between counsel for the
 3    respective parties hereto, that the sealing
 4    and filing of the within deposition be
 5    waived; that such deposition may be signed
 6    and sworn to before any officer authorized
 7    to administer an oath; that all objections,
 8    except as to form are reserved to the time
 9    of trial.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  already.
2      Q.   It is like a GoDaddy, is it?
3      A.   GoDaddy also offer hosting but we
4  offer just domain name.
5      Q.   Okay. Now looking at the third
6  page, the 2016 numbers, between August and
7  September 16th there was an increase of
8  about a million dollars which appears to be
9  largely or almost entirely in the managed
10 servers category.
11          Do you know what was the cause of
12 that increase?
13     A.   I mean it was several customers
14 who sign up for services and there also was
15 one big deal we sold some services also.
16     Q.   So can you be more specific?
17     A.   Some customers you mean?
18     Q.   Yes.
19     A.   Well, I mean in general it is very
20 hard to tell about all customers because we
21 have tens of thousands of them. I mean we
22 cannot remember them. It is impossible for
23 anybody.
24          But some customer like in this
25 period of the time from August to December,

1   I will tell about this one if it is okay for
2   you.
3       Q.   From August to December?
4       A.   Yes.  Just because it is more for
5   me like because people sign up in August and
6   continue using during this month.
7       Q.   Okay.
8       A.   Like Exness take services from us
9   at that time.
10           Another one who take services, IQ
11  Options.
12           It was also Go Travel.
13      Q.   Go Travel?
14      A.   Yes.  Go Travel USA I think is the
15  name of the company.
16           Let me remember some.  MQL5.
17      Q.   MQL5?
18      A.   They also take -- bunch of others.
19  It is hard to remember.  Really thousands of
20  them.  But these are some of the big ones.
21      Q.   Okay.  Do you have an estimate of
22  how much monthly revenue came from each of
23  these four starting with Exness?
24      A.   Exness I think they bring over
25  60,000 a month.

```
 1      Q.   Okay.  What about IQ Options?
 2      A.   Over 50 or 60 also.
 3      Q.   Go Travel?
 4      A.   Over 25 I think.
 5      Q.   Okay.
 6      A.   And almost 20 is the MQL5.
 7      Q.   That roughly would be 150,000 plus
 8   a month or something.
 9           Other than those do you have any
10   other information about the jump of a
11   million dollars in managed servers revenue
12   between August and September of 2016?
13      A.   As I told you it is really
14   thousands of customers.  You have to -- each
15   customer's goal one month, maybe he cancels
16   some service.  Nobody can remember them.  It
17   is just impossible.
18      Q.   Okay.  Is Excess still a customer
19   today?
20      A.   Yes.
21      Q.   What about IQ Options?
22      A.   Yes.
23      Q.   What about Go Travel USA?
24      A.   Yes.
25      Q.   What about MQL5?
```

1      A.    Yes.
2      Q.    Do they still -- is the level of
3  service that they use similar, has it gone
4  up?
5      A.    2017, Exness go a little bit; IQ
6  Option go a little bit more; Go Travel, I am
7  not sure, and MQL is something like 12 or
8  $15,000.
9      Q.    Okay.  Let's turn over to the
10 fourth page, the 2017 numbers.
11           So the -- just looking at January
12 and February, so the managed servers number
13 is reduced.  Do you have -- what is the
14 source of the reduction in that revenue?
15     A.    Again, there are thousands of
16 customers.  I cannot control them.
17           This was a reduction because
18 people just don't use the services or
19 cancels them or use this month much less.
20     Q.    Okay.  Is there -- are there any
21 particular customers that you can attribute
22 that reduction to?
23     A.    It is really hard I told you,
24 there are tens of thousands of customers.
25     Q.    Okay.  When you say people use it

1          So your counsel produced to us a
2    few days ago a bunch of invoices related
3    to -- what we understand to be related to
4    Alexander Zhukov although I am asking you
5    about that but the-- actually, I am going
6    to -- let's go ahead and mark this.
7               MR. SIEGEL:  This is Exhibit 5.
8               (Invoice from servers.com to
9    customer ibetters2@gmail.com. was marked
10   Exhibit 5 for identification)
11   BY MR. SIEGEL:
12        Q.    So just for the record, this
13   appears to be an invoice from servers.com to
14   the customer ibetters2@gmail.com.  Is that
15   right?
16        A.    Yes.
17        Q.    Turn to the last page.
18        A.    Completely last page?
19        Q.    The completely last page, yes.
20              So it indicates that the total for
21   the invoice is $151,169.33, right.  That is
22   what this customer is being billed in
23   October 2016, right?
24        A.    This looks correct, yes.
25        Q.    Okay.  And just so I understand

1   how to read these, it then says, closing
2   balance negative $115,000 and change.
3           Does that mean that is how much he
4   actually owes -- the customer actually owes
5   at the point of this invoice?
6       A.   Yes.  Most probably he has some
7   positive balance.
8       Q.   Okay.  Meaning from prior months?
9       A.   Yes.
10      Q.   Why was this customer billed at
11  ibetters2@gmail.com in St. Petersburg?
12      A.   This is what he give us
13  information.  He was -- as I know he born in
14  St. Petersburg.
15      Q.   You knew that he was born in
16  St. Petersburg?
17      A.   Yes.
18           MR. SIEGEL:  Exhibit 6.
19           (Invoice from Webzilla to
20  Alexander Zhukov was marked Exhibit 6 for
21  identification)
22           THE WITNESS:  Are we finish with
23  this one?
24  BY MR. SIEGEL:
25      Q.   Probably, yes.

1    A.    I don't know but I believe it is
2  the same because it was only e-mail which he
3  was used for communication.
4         MR. SIEGEL:  Let's mark this as
5  Exhibit 7.
6         (Invoice for November 2016 with
7  total of $379,483.72 was marked Exhibit 7
8  for identification)
9  BY MR. SIEGEL:
10   Q.    This is -- was produced to us as
11 an invoice for November 2016 and according
12 to page 171 the total was for November
13 $379,483.72?
14   A.    Where I have to look?
15   Q.    Look at the next to last page
16 actually.
17   A.    Next to last.  Okay.  Just a
18 second.
19        Yes.
20   Q.    Okay.  How is it determined how
21 much to bill somebody for the next month?
22   A.    Depends on the services which he
23 has from the first of the month which he
24 don't cancel before.
25   Q.    Just for example in this case

```
 1    there was roughly 151, $152,000 billed on
 2    October 1st and then there is roughly
 3    $380,000 billed on November 1st?
 4         A.   Yes.  If you check it it was
 5    partially -- for example, if you did get the
 6    service in the middle of the month we bill
 7    it the next month.
 8         Q.   Okay.  I see.
 9         A.   If you check right here you will
10    find out this.
11         Q.   I see.
12              So some of the entries indicate
13    they were servers that were started to be
14    used in October?
15         A.   Yes.
16         Q.   I understand.
17              If you look at the first page
18    again it says this is prepared for the
19    Mintek Group in the Seychelles?
20         A.   Yes.
21         Q.   Why?  Why did this now get billed
22    to the Mintek Group in the Seychelles?
23         A.   He asked us to issue invoice of
24    this company, just he -- this is his
25    operation company.  He asked us to invoice
```

```
 1    under this company name.
 2         Q.    When did he ask you to do that?
 3         A.    If it was in November invoice 2016
 4    this means he asked us to change in October
 5    because the invoice is issued automatically.
 6         Q.    Do you know who he asked?
 7         A.    This I don't know.
 8         Q.    Do you know if -- did he provide a
 9    reason for asking you now to bill him at
10    some group in the Seychelles as opposed to
11    St. Petersburg?
12         A.    Well, I don't understand, like
13    which he -- for example, if you have a
14    company which you operate and you want to
15    switch operations of this company from
16    here -- actually, for me it was strange that
17    he -- originally because he like have to use
18    a company but it was still his account and
19    we know about that.  We still have his
20    passport and we know it was his company.
21         Q.    How do you know that the Mintek
22    Group was his company?
23         A.    That is what he told us.
24         Q.    Did he give you an explanation for
25    why he previously had wanted to be billed at
```

```
 1      his personal e-mail address or a personal
 2      e-mail address?
 3              MR. GURVITS:  Objection.
 4              THE WITNESS:  I don't know, that
 5         is how he registered.
 6   BY MR. SIEGEL:
 7         Q.   Okay.
 8              MR. SIEGEL:  Exhibit 8.
 9              (Invoice dated October 18, 2016
10       was marked Exhibit 8 for identification)
11   BY MR. SIEGEL:
12         Q.   I will just represent to you that
13      this is an invoice that is dated October 18,
14      2016 but there are similar ones for other
15      months.
16              The description is "Transfer of
17      balance to account 1772 Alexander Zhukov,
18      Webzilla, Inc."
19              Can you explain what that means?
20         A.   He have some money on account and
21      he asked us to pay his bill of Webzilla.
22         Q.   Let's do the next one.
23              MR. SIEGEL:  Exhibit 9.
24              (Invoice dated December 1, 2016
25       was marked Exhibit 9 for identification)
```