# EXHIBIT 16

ATTORNEYS EYES ONLY PURSUANT TO PROTECTIVE ORDER



# Invoice
No: 23099
Customer No: 1300

# Paid
Date: October 1, 2016
Due Date: October 15, 2016

| **Prepared For** | | |
|---|---|---|
| ibetters2@gmail.com | | |
| Vishnevskogo 11 | | |
| St.Petersburg | | |
| 197022 na | | |
| Российская Федерация | | |

| | |
|---|---|
| Billing Period | 01.10.16 – 31.10.16 |
| Terms | Net 15 Days |
| Currency | USD |
| Sales Tax Rate | 0.00% |

**Contact Us**

Servers.com Inc
2777 N Stemmons Fwy., Suite 1655
Dallas
75207 TX
United States


EXHIBIT 5

| # | Description | Period | Quantity | Unit Price | Original Subtotal | Subtotal |
|---|---|---|---|---|---|---|
| 1 | **Hosting:** Dell R530, 8 x 16GB, 2 x 960 GB SSD, Perc H730<br>cbc-vast | 01.10.16 – 31.10.16 | 1 | $0.00 | $0.00 (27%) | $0.00 |
| 2 | Server Hardware | 01.10.16 – 31.10.16 | 1 | $389.00 | $283.97 (27%) | $283.97 |
| 3 | Uplink: public 10000 redundancy | 01.10.16 – 31.10.16 | 1 | $24.99 | $18.24 (27%) | $18.24 |
| 4 | Uplink: private 10000 redundancy | 01.10.16 – 31.10.16 | 1 | $24.99 | $18.24 (27%) | $18.24 |
| 5 | Server RAM | 01.10.16 – 31.10.16 | 1 | $150.00 | $109.50 (27%) | $109.50 |
| 6 | Server HDD | 01.10.16 – 31.10.16 | 1 | $80.00 | $58.40 (27%) | $58.40 |
| 7 | Server HDD | 01.10.16 – 31.10.16 | 1 | $80.00 | $58.40 (27%) | $58.40 |
| 8 | **Hosting:** Dell R430, 4 x 16GB, 2 x 480 GB SSD, Perc H730<br>cpp | 01.10.16 – 31.10.16 | 1 | $0.00 | — | $0.00 |
| 9 | Server Hardware | 01.10.16 – 31.10.16 | 1 | $449.00 | — | $449.00 |
| 10 | Server RAM | 01.10.16 – 31.10.16 | 1 | $50.00 | — | $50.00 |
| 11 | **Hosting:** Dell R430, 6 x 16GB, 2 x 2 TB SATA, Perc H730<br>l1 | 01.10.16 – 31.10.16 | 1 | €0.00 | €0.00 | $0.00 |
| 12 | Server Hardware | 01.10.16 – 31.10.16 | 1 | €218.84 | €218.84 | $243.91 |
| 13 | Uplink: public 1000 redundancy | 01.10.16 – 31.10.16 | 1 | €9.99 | €9.99 | $11.13 |
| 14 | Uplink: private 1000 redundancy | 01.10.16 – 31.10.16 | 1 | €9.99 | €9.99 | $11.13 |
| 15 | **Hosting:** Dell R430, 12 x 16GB, 4 x 480 GB SSD, Perc H730<br>l2 | 01.10.16 – 31.10.16 | 1 | €0.00 | €0.00 | $0.00 |
| 16 | Server Hardware | 01.10.16 – 31.10.16 | 1 | €218.84 | €218.84 | $243.91 |
| 17 | Uplink: public 1000 redundancy | 01.10.16 – 31.10.16 | 1 | €9.99 | €9.99 | $11.13 |
| 18 | Uplink: private 1000 redundancy | 01.10.16 – 31.10.16 | 1 | €9.99 | €9.99 | $11.13 |
| 19 | **Hosting:** Dell R430, 6 x 16GB, 2 x 2 TB SATA, Perc H730<br>l3 | 01.10.16 – 31.10.16 | 1 | €0.00 | €0.00 | $0.00 |
| 20 | Server Hardware | 01.10.16 – 31.10.16 | 1 | €218.84 | €218.84 | $243.91 |
| 21 | Uplink: public 1000 redundancy | 01.10.16 – 31.10.16 | 1 | €9.99 | €9.99 | $11.13 |