# EXHIBIT 17

ATTORNEYS EYES ONLY PURSUANT TO PROTECTIVE ORDER



### Invoice — Paid

No: 26563  
Customer No: 1300  

Date: November 1, 2016  
Due Date: November 15, 2016  

**Prepared For**  
Mintek Group  
Suite 1, second floor, suund & vision  
House, Francis Rachel Street  
Victoria  
Mahe  
Seychelles  

Billing Period: 01.11.16 – 30.11.16  
Terms: Net 15 Days  
Currency: USD  
Sales Tax Rate: 0.00%  

**Contact Us**  
Servers.com Inc  
2777 N Stemmons Fwy., Suite 1655  
Dallas  
75207 TX  
United States  



EXHIBIT 7

| # | Description | Period | Quantity | Unit Price | Original Subtotal | Subtotal |
|---|---|---|---|---|---|---|
| 1 | **Hosting:** Dell R530, 8 x 16GB, 2 x 960 GB SSD, Perc H730 <br> cbc-vast | 01.11.16 – 30.11.16 | 1 | $0.00 | $0.00 (27%) | $0.00 |
| 2 | **Server Hardware** | 01.11.16 – 30.11.16 | 1 | $389.00 | $283.97 (27%) | $283.97 |
| 3 | **Uplink:** public 10000 redundancy | 01.11.16 – 30.11.16 | 1 | $24.99 | $18.24 (27%) | $18.24 |
| 4 | **Uplink:** private 10000 redundancy | 01.11.16 – 30.11.16 | 1 | $24.99 | $18.24 (27%) | $18.24 |
| 5 | **Server RAM** | 01.11.16 – 30.11.16 | 1 | $150.00 | $109.50 (27%) | $109.50 |
| 6 | **Server HDD** | 01.11.16 – 30.11.16 | 1 | $80.00 | $58.40 (27%) | $58.40 |
| 7 | **Server HDD** | 01.11.16 – 30.11.16 | 1 | $80.00 | $58.40 (27%) | $58.40 |
| 8 | **Hosting:** Dell R430, 8 x 16GB, 2 x 480 GB SSD, Perc H730 <br> cpp | 01.11.16 – 30.11.16 | 1 | $0.00 | — | $0.00 |
| 9 | **Server Hardware** | 01.11.16 – 30.11.16 | 1 | $449.00 | — | $449.00 |
| 10 | **Server RAM** | 01.11.16 – 30.11.16 | 1 | $50.00 | — | $50.00 |
| 11 | **Hosting:** Dell R430, 6 x 16GB, 2 x 2 TB SATA, Perc H730 <br> I1 | 01.11.16 – 30.11.16 | 1 | €0.00 | €0.00 | $0.00 |
| 12 | **Server Hardware** | 01.11.16 – 30.11.16 | 1 | €218.84 | €218.84 | $244.24 |
| 13 | **Uplink:** public 1000 redundancy | 01.11.16 – 30.11.16 | 1 | €9.99 | €9.99 | $11.14 |
| 14 | **Uplink:** private 1000 redundancy | 01.11.16 – 30.11.16 | 1 | €9.99 | €9.99 | $11.14 |
| 15 | **Hosting:** Dell R430, 12 x 16GB, 4 x 480 GB SSD, Perc H730 <br> I2 | 01.11.16 – 30.11.16 | 1 | €0.00 | €0.00 | $0.00 |
| 16 | **Server Hardware** | 01.11.16 – 30.11.16 | 1 | €218.84 | €218.84 | $244.24 |
| 17 | **Uplink:** public 1000 redundancy | 01.11.16 – 30.11.16 | 1 | €9.99 | €9.99 | $11.14 |
| 18 | **Uplink:** private 1000 redundancy | 01.11.16 – 30.11.16 | 1 | €9.99 | €9.99 | $11.14 |
| 19 | **Hosting:** Dell R430, 6 x 16GB, 2 x 2 TB SATA, Perc H730 <br> I3 | 01.11.16 – 30.11.16 | 1 | €0.00 | €0.00 | $0.00 |
| 20 | **Server Hardware** | 01.11.16 – 30.11.16 | 1 | €218.84 | €218.84 | $244.24 |
| 21 | **Uplink:** public 1000 redundancy | 01.11.16 – 30.11.16 | 1 | €9.99 | €9.99 | $11.14 |