# EXHIBIT 22

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF FLORIDA

 3

 4

 5

 6
     ****************************
 7   ALEKSEJ GUBAREV, XBT HOLDING
     S.A., AND WEBZILLA, INC.,
 8
          Plaintiffs,
 9
     vs.                                   Case No.:
10                                         1:17-cv-60426-UU
     BUZZFEED, INC. AND BEN SMITH,
11
          Defendants
12   ****************************

13

14                       CONFIDENTIAL

15      VIDEOTAPED DEPOSITION OF JEFFREY ANDERSON

16                Thursday, May 31, 2018

17                      10:12 a.m.

18                      Held at:

19              Ciampa Fray-Witzer, LLP

20                    20 Park Plaza

21                      Suite 505

22               Boston, Massachusetts

23

24      Judith McGovern Williams, CSR, CRR
          Registered Professional Reporter
25
```

```
 1      APPEARANCES:

 2      CIAMPA FRAY-WITZER LLP

 3       Evan Fray-Witzer, Esquire

 4       20 Park Plaza

 5       Suite 505

 6       Boston, Massachusetts 02116

 7       617-426-0000

 8       evan@cfwlegal.com

 9      and

10      BOSTON LAW GROUP, PC

11       Val Gurvits, Esquire

12       825 Beacon Street

13       Suite 20

14       Newton Center, Massachusetts  02459

15       617-928-1800

16       vgurvits@bostonlawgroup.com

17       Both on behalf of the Plaintiffs

18

19

20

21

22

23

24

25
```

```
 1      APPEARANCES (continued):
 2      DAVIS WRIGHT TREMAINE LLP
 3       Nathan Siegel, Esquire
 4       Alison B. Schary, Esquire
 5       1919 Pennsylvania Avenue NW
 6       Suite 800
 7       Washington, D.C.  20006-3401
 8       202-973-4237
 9       nathansiegel@dwt.com
10       alisonschary@dwt.com
11       On behalf of the Defendants
12
13      Also present:
14       Robert Giannini, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

1      A.   As close as possible to the
2    valuation date of January 1, 2018.
3      Q.   Okay.  Now for your purposes -- and
4    the adjustments you made when you wrote your
5    second report, right, were, number one, you
6    used their updated revenue number?  Right?
7      A.   Correct.
8      Q.   And secondly, you backed out your
9    estimate of revenue from the Methbot customer?
10     A.   From the projections.
11     Q.   From their 2016 projections?
12     A.   Well, their 2017 projection.
13     Q.   Yes.
14     A.   Done in November of 2016.
15     Q.   Correct.  You are absolutely right.
16   Okay.
17          So it seemed to me that there were a
18   number of assumptions that you made in this
19   analysis, but I want you to tell me if I am
20   wrong.  Okay?
21          Assumption number one is that once
22   you adjusted the November of 2016 projection
23   for your estimate of the Methbot customer,
24   right, which brought the number I think to
25   62.8, okay, you are asserting, right, that the

```
 1    difference between what XBT says they have
 2    actually earned in 2018 -- at least as of the
 3    most recent information, right, which is 58.27
 4    million?
 5         A.   2017.
 6         Q.   Yes.  Okay.  Thank you.  I will try
 7    to make this even simpler.  Right?
 8              You adjusted the projection for 2017
 9    to 62.8 million, right, to take into account
10    the Methbot customer?  Right?
11         A.   Yes.
12         Q.   XBT at least as of the most recent
13    information they have provided says that they
14    have earned -- that their revenue in 2017,
15    their actual revenue, was 58.27?  Right?
16         A.   Correct.
17         Q.   And your report asserts that the --
18    that but for the publication of the dossier,
19    right, they would have hit 62.8 instead of
20    58.27?  Right?
21         A.   That's correct.
22         Q.   Okay.  And you are also asserting,
23    right, that but for the dossier they would
24    also have hit their projections of operating
25    costs and EBITDA?  Right?
```

1   replacement for Methbot in 2016 and Methbot.
2   I don't necessarily agree with that assertion.
3       Q.   So are you saying that they were at
4   100 percent capacity when they had the Methbot
5   customer?
6       A.   I don't know what capacity they were
7   at.
8       Q.   You don't know.  Okay.  Okay.
9            Now in November of 2016, right, the
10  company had $5.3 million in revenue?  Right?
11      A.   Roughly, yes.
12      Q.   And in November of '16, November of
13  2016, $400,000 of that came from the Methbot
14  customer?  Right?
15      A.   Just under 400,000, yes.
16      Q.   Okay.  That is over 7 percent of the
17  company's total revenue for that month was
18  coming from the Methbot customer?
19      A.   Approximately.
20      Q.   That's a lot, isn't it?
21              MR. FRAY-WITZER:  Objection.
22      A.   I don't know.
23  BY MR. SIEGEL:
24      Q.   How do you know that that customer
25  was the only customer that may have been

1  involved in Methbot?
2      A.   I -- I don't -- I don't know.
3      Q.   So is it possible that there were
4  other customers that left as a result of the
5  exposure of Methbot?
6      A.   I have --
7          MR. FRAY-WITZER:  Objection.
8      You can answer.
9      A.   I have no idea.
10 BY MR. SIEGEL:
11     Q.   You have no idea?
12     A.   I don't know.
13     Q.   Okay.  You didn't try to find out,
14 did you?
15     A.   I do not know if there is a
16 possibility.  I suppose anything is possible.
17     Q.   Right.
18     A.   But I don't know.
19     Q.   So you don't actually know whether
20 the only losses that the company experienced
21 in 2017 as a result of the exposure of
22 Methbot, right, was the loss of that single
23 customer?
24         MR. FRAY-WITZER:  Objection.
25     You can answer.

```
 1        A.   I was provided with the customer
 2   involved in the allegations, and so I have no
 3   reason to believe this information is not
 4   accurate.
 5   BY MR. SIEGEL:
 6        Q.   Well, but wouldn't it be -- you
 7   don't know that XBT knows?  Right?  In other
 8   words, there was -- they -- White OPS exposed
 9   some Methbot activity?  Right?
10        A.   Correct.
11        Q.   Alleged Methbot activity?
12        A.   Correct.
13        Q.   But there may have been other
14   Methbot activity White OPS didn't discover;
15   right?
16             MR. FRAY-WITZER:  Objection.
17   BY MR. SIEGEL:
18        Q.   White OPS didn't purport to say this
19   is 100 percent of all activity involved in
20   this alleged fraud?
21        A.   I have no idea if there was anything
22   else.
23        Q.   Okay.  Let's go to page 11 of your
24   report.
25             (Witness complying.)
```