# Exhibit 1

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2                     MIAMI DIVISION

3

4   ALEKSEJ GUBAREV, XBT     :
    HOLDING S.A., and        :
5   WEBZILLA, INC.,          :
                             :
6          Plaintiffs,       : Case No:
                             : 1:17-cv-60426-UU
7   v.                       :
                             :
8   BUZZFEED, INC., and      :
    BEN SMITH,               :
9                            :
           Defendants.       :
10

11

12              **CONFIDENTIAL**

13      DEPOSITION OF ANTHONY J. FERRANTE

14

15           Friday, July 27, 2018

16                10:20 a.m.

17

18            Davis Wright Tremaine
         1919 Pennsylvania Avenue, N.W.
19              Washington, D.C.

20

21      Terry L. Bradley, Court Reporter

22
```



```
 1                P R O C E E D I N G S
 2
 3              ANTHONY J. FERRANTE
 4    having been first duly sworn, testified as
 5    follows:
 6
 7                    EXAMINATION
 8   BY MR. FRAY-WITZER:
 9      Q.    Good morning.
10      A.    Good morning.
11      Q.    Would you please state your name for
12   the record.
13      A.    Anthony Ferrante.
14      Q.    And Mr. Ferrante, can you tell me,
15   have you ever been deposed before?
16      A.    I have not.
17      Q.    So the ground rules are pretty
18   simple, I think.  I'll try and ask you a series
19   of questions, you'll get a chance to answer.
20   If I ask you a question and you respond to it,
21   I will assume that you understood the question.
22   Is that fair?
```



```
 1              -- can take care of himself.
 2              MR. FRAY-WITZER:  You can answer the
 3     question.
 4              THE WITNESS:  My answer to your
 5     question is:  You mischaracterized the scope of
 6     my assignment.
 7     BY MR. FRAY-WITZER:
 8        Q.    Why don't you tell me how you think
 9     I've mischaracterized that?
10        A.    So I will tell you the scope of my
11     assignment.  The first part of what you read.
12     The scope of my assignment was to conduct a
13     technical investigation to collect evidence
14     related to:  "A company called XBT/Webzilla and
15     its affiliates had been using botnets and porn
16     traffic to transmit viruses, plant bugs, steal
17     data and conduct 'altering operations' against
18     the Democratic Party leadership."
19        Q.    So just so that I understand, the
20     second sentence that I had read:  "Entities
21     linked to one Aleksej Gubarev were involved and
22     he and another hacking expert, both recruited
```



```
 1   under duress by the FSB, Seva Kapsugovich, were
 2   significant players in this operation."
 3           Do I understand you to be saying
 4   that you were not investigating the part that I
 5   just read?
 6       A.   Other than the fact that Aleksej
 7   Gubarev owned and operated XBT, it was outside
 8   the scope of my investigation.
 9       Q.   So am I correct that you didn't
10   investigate, for example, whether or not
11   Aleksej Gubarev was working for the FSB?
12       A.   Other than the fact that Aleksej
13   Gubarev owns and operates XBT, that was outside
14   the scope of my investigation.
15       Q.   So you were not investigating
16   whether or not he was working for the FSB?
17       A.   Other than the fact that Aleksej
18   Gubarev owns and operates XBT, it was outside
19   the scope of my investigation.
20       Q.   Did you do any investigation with
21   respect to Seva Kapsugovich?
22       A.   The scope of my investigation was to
```



```
 1   altering operations?
 2              MS. BOLGER:  Object to the form of
 3   the question.
 4              THE WITNESS:  I think we can
 5   disagree that I believe I have answered the
 6   question.  But I will further state that other
 7   than the fact that XBT employees did little to
 8   nothing to detect, stop and prevent the
 9   significant malicious activity, I have no
10   evidence of them actually sitting behind a
11   keyboard.
12   BY MR. FRAY-WITZER:
13       Q.    And you have no evidence that Aleks
14   Gubarev personally did any of the things
15   alleged in the Steele dossier?
16       A.    Other than the fact that Aleksej
17   Gubarev owns and operates XBT and related
18   entities, he was outside the scope of my
19   assignment.
20       Q.    When you say that XBT employees did
21   not do enough in response to what you say is
22   use of XBT's infrastructure --
```



```
 1                  CERTIFICATE OF NOTARY PUBLIC

 2           I, Terry L. Bradley, the officer before

 3   whom the foregoing deposition was taken, do

 4   hereby certify that the witness whose testimony

 5   appears in the foregoing deposition was duly

 6   sworn by me; that the testimony of said witness

 7   was taken by me in shorthand and thereafter

 8   reduced to computerized transcription under my

 9   direction; that said deposition is a true

10   record of the testimony given by said witness;

11   that I am neither counsel for, related to, nor

12   employed by any of the parties to the action in

13   which this deposition was taken; and further,

14   that I am not a relative or employee of any

15   attorney or counsel employed by the parties

16   hereto, nor financially or otherwise interested

17   in the outcome of the action.

18                       _____

19                       Notary Public in and for
                         the District of Columbia
20
     My Commission expires:  April 30, 2022
21

22
```

