UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>　　Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>　　Defendants. | Case No.<br><br>0:17-cv-60426-UU |

## NOTICE OF SEALED FILING

Pursuant to the Court's Order dated September 19, 2018 (Dkt. 210) (the "Sealing Order") and the Court's Amended Protective Order entered December 8, 2017 (Dkt. 97) (the "Protective Order"), Plaintiffs in the above captioned action, by and through their undersigned counsel, hereby provide notice pursuant to Local Rule 5.4(b)(1) of the filing of Plaintiffs' Opposition to Defendants' Motion in Limine No. 7 to Exclude Evidence and Argument Regarding Alleged Lost Business Value, "Benefit to Buzzfeed," and Lost Profits as Measures of Claimed Damages (the "Opposition"). A redacted version of the Opposition will be filed on the public docket in accordance with the Sealing Order.

The Opposition contains information has been designated by Plaintiffs, Defendants and/or third-parties as either Confidential or Attorneys' Eyes Only under the Protective Order. Accordingly, there is good cause for sealing the documents.

1

Dated: November 13, 2018

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
Dylan Fulop (Fla. Bar No. 123809)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via email on all counsel or parties of record on the service list below on November 13, 2018.

                /s/ Matthew Shayefar
                Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com