UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **1:17-cv-60426-UU**

ALEKSEJ GUBAREV, et al.,


Plaintiff

vs.

BUZZFEED, INC., et al.,


Defendant.
_____ /


## NOTICE OF CHANGE OF ADDRESS

Attorney **Brady J. Cobb** _____ files this Notice of Change

of Address in the above captioned case.   All future pleadings, memoranda, correspondence, orders,

etc., shall be sent to:

Law Firm: **Cobb Eddy, PLLC**

Address:  **1112 North Flagler Drive**
**Fort Lauderdale, FL 33304**


## Certificate of Service

I **hereby certify** that a true and correct copy of the Notice of Change of Address was
furnished via electronic filing, U.S. Mail and/or facsimile to:

Katherine M. Bolger, Esq., Davis Wright Tremaine, LLP

Jared Lopez, Esq.,  Black, Srebnick, Kornspan & Stumpf, P.A.

Evan Fray-Witzer, Esq.,  Ciampa Fray-Witzer, LLP

Valentin D. Gurvits, Esq.,  Boston Law Group, PC

Matthew Shayefar, Esq., Boston Law Group, PC

Dated: _____ 11/20/18

Respectfully submitted,

**Brady J. Cobb**      **031018**
*Attorney Name*      *Bar Number*

**bcobb@cobbeddy.com**
*Attorney E-mail Address*

**Cobb Eddy, PLLC**
*Firm Name*

**1112 North Flagler Drive**
*Street Address*

**Fort Lauderdale, FL 33304**
*City, State, Zip Code*

**(954) 527-4111**      **(954) 900-5507**
*Telephone: (xxx)xxx–xxxx*      *Facsimile: (xxx)xxx–xxxx*

**Attorneys for Plaintiff**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*