# EXHIBITS 1-22
# REDACTED