# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

**DECLARATION OF BEN SMITH
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Ben Smith, declare as follows:

1. I submit this declaration in support of the motion for summary judgment of Defendants BuzzFeed, Inc. and me (the "Defendants"). I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. I am the Editor-in Chief of BuzzFeed News and I was when we published the story "These Reports Allege Trump Has Deep Ties To Russia," which was published on January 10, 2017 (the "Article"). Embedded in the Article is the 35-page document written by Christopher Steele that has come to be known as the Dossier.

3. After I graduated from college, I got my first job in journalism as the Pulliam Fellow for the *Indianapolis Star* where I primarily covered the crime beat.

4. At the end of the three-month fellowship, I moved to Riga, Latvia, to work as a reporter for *The Baltic Times* for several months. I also began reporting as a stringer for the *Wall Street Journal Europe*, a job which I had for two years.

{01032666;v1}

5. In 2002, I took a job working at the *New York Sun*, where I covered New York City Hall. I worked there until 2003. In 2003, I took a job at the *New York Observer*, where I also covered New York City politics. In 2006, I joined the *New York Daily News*, where I wrote a political column. Between 2004 and 2006, I also started three New York City political blogs, the Politicker, the Daily Politics, and Room Eight.

6. I then left the *Daily News* and wrote for the news outlet *Politico* from 2008 to 2011. In December 2011, I was named Editor-in-Chief of BuzzFeed News, beginning work there in 2012.

7. I first became aware that the FBI apparently had some information regarding then presidential candidate Donald Trump's alleged ties to Russia in October 2016, when I learned that Senator Harry Reid had written a public letter to then-FBI Director James Comey in which he stated that the FBI allegedly possessed explosive information about such ties.

8. I also read an article written by David Corn that was published in *Mother Jones* on October 31, 2016, entitled "A Veteran Spy Has Given the FBI Information Alleging a Russian Operation to Cultivate Donald Trump: Has the bureau investigated this material?". The article reported that reported, among other things, that a "a former senior intelligence officer for a Western country who specialized in Russian counterintelligence tells *Mother Jones* that in recent months he provided the bureau with memos, based on his recent interactions with Russian sources, contending the Russian government has for years tried to co-opt and assist Trump—and that the FBI requested more information from him."

9. On December 23, 2016, a confidential source told me some information about the existence of an alleged Dossier about ties between then President-elect Trump and Russia. The source told me that David Kramer may have a copy and that Kramer had talked to several other

news organizations about it. He also told me that Senator John McCain had assigned David Kramer to talk to a British government official with responsibilities related to Russia about it.

10. I was familiar with who David Kramer was from my time covering politics in Washington, D.C. I understood him to be someone involved in pro-democracy politics and a long-time political ally of the late Senator McCain. I understood he had held a leading role at Freedom House, a well-regarded pro-democracy non-governmental organization.

11. I sent an e-mail to Mark Schoofs, the head of BuzzFeed's investigative reporting team, and Aram Roston, one of our reporters, with this information and suggesting that Kramer would be someone to call to try to obtain a copy.

12. On December 29, 2016, I received a copy of the Dossier from Mark Schoofs, which I learned had been obtained by Ken Bensinger from Mr. Kramer. At the time, I treated Mr. Kramer as a confidential source. Since that time, however, I have come to learn that Mr. Kramer has testified about his interactions with BuzzFeed as they related to the Dossier. Had he not done so, I would not have revealed his identity in this litigation.

13. I read the Dossier and discussed with Mark Schoofs and Miriam Elder, BuzzFeed's world editor who has particular expertise in reporting about Russia, about how to begin investigating it. We discussed investigating a few specific allegations that we thought we might be able to prove or disprove. I recall discussing the allegation that Michael Cohen had met with Russian agents in Prague, and the allegations about pension distributions to Russian emigrants as cover for illegal activity.

14. We did not publish the Dossier at that point, because we wanted to investigate some specific allegations and see where those investigative efforts led. Mark and Miriam were

directly involved in spearheading our investigation. I knew generally that we were making efforts to verify allegations in the Dossier, but I do not know all the specifics of those actions.

15. On January 10, 2017, CNN published a report, both on television and on its website, which revealed in broad terms what the Dossier was and what it alleged. CNN reported that the Dossier had become the subject of recent briefings given by senior intelligence officials to President Obama and President-elect Trump, including a two-page synopsis that had been shared with them. CNN also reported that the Dossier was the subject of a government investigation. The article as it appeared prior to BuzzFeed's publication of the Dossier is attached hereto as Exhibit 1.

16. Shortly after CNN published its article, I met with Mark Schoofs, Miriam Elder, and BuzzFeed Executive Editor Shani Hilton in New York to discuss whether to publish the Dossier itself. I made the final decision to publish the Dossier because I believed that the information reported in the CNN story made the Dossier itself, rather than the allegations therein, an important story. From the CNN report, we learned that the Dossier had been briefed to the President and the President elect and was being investigated seriously by the government. The CNN report made clear that the Dossier was affecting the conduct of people at the highest level of the American government, including also Senators Reid and McCain. I believed then, and still believe now, that the public had a right to see the specifics of these documents that were informing the action of their government at the highest levels. My reasons for publishing the Dossier are set out in more detail in an op-ed article I wrote in *The New York Times* on January 23, 2017, which is attached hereto as Exhibit 2.

17. I recall that the others in New York agreed with the decision to publish the Dossier. Ken Bensinger, who we talked to on the telephone, initially raised a concern that we

might be sued.  He also asked for some additional time before we published the document to contact sources to let them know it would be published.  I thought that Ken's concern was well-considered, but concluded we should publish it as soon as we had a final draft of a story that the Dossier itself would accompany.

18.     We also agreed, however, that the story we wanted to report in light of these new developments was not the story we had been investigating up to that point, which was trying to ascertain the truth or falsity of underlying allegations within the Dossier.  Rather, the story we now wanted to report was a different one, a story explaining to readers what the Dossier was and how it was affecting government actions.

19.     When we published the Dossier, I knew that some of the specific factual allegations it made had, in broad outline, been confirmed by government agencies and press reports.  For example, the allegation that Russia was behind the hack of Democratic party operatives and release of emails to Wikileaks had been confirmed in multiple public reports.  The allegation that Carter Page had actually met with Russian officials in Moscow had also been reported by other news organizations.  And it was apparent to me that Christopher Steele was able to report this information before Western intelligence agencies could.  I also had familiarized myself with Mr. Steele's reputation, and the CNN report made clear that the document was being taken seriously at high levels of government.  The fact that well-regarded persons from both parties were apparently taking the document seriously, like David Kramer and Senator McCain, also impressed me.  That knowledge contributed to my personal belief that Mr. Steele's claims were credible.

20.     As the Article explained, however, what we regarded as the Dossier's core claims were "allegations that the Russian government has been "cultivating, supporting and assisting"

President-elect Donald Trump for years and gained compromising information about him" and "allegations of contact between Trump aides and Russian operatives, and graphic claims of sexual acts documented by the Russians." Because we had not independently verified those allegations, we thought it important not to present them as established fact or editorialize about any of our personal views. Rather, we wanted to make clear that those allegations had not been verified or disproven. We also noted a couple of factual errors Miriam Elder had found, and explained to readers that the Dossier had been "prepared by political opponents of President-elect Trump." After the Dossier was published, BuzzFeed redacted certain names because of concerns about the safety of certain sources.

21. I understood that information could and likely would lead reasonable readers to have different views about the Dossier's key claims – some would doubt or distrust their veracity, while others would be more inclined to credit them. But we thought it important to try to present the Dossier in a neutral manner so that, as the Article said, readers could draw their own conclusions.

22. Before reading the Dossier, I do not think I had heard of Aleksej Gubarev, XBT, or Webzilla. The specific allegations about "Gubarov" and "XBT/Webzilla" struck me as credible and plausible. They were specific details about a broader allegation which had been publicly investigated and confirmed - that Russia was responsible for the Democratic hack. They also were details relating to the Dossier's broader allegations about Michael Cohen, which I thought were consistent with Cohen's known role as Trump's "fixer." I had no awareness that the allegations about the Plaintiffs were false or probably false, nor did I have serious doubts about their accuracy.

23. I was and remain convinced that publishing the Dossier was the right thing to do. I believe it would be impossible to understand what has happened in our nation had the Dossier not been published. The public would not fully understand President Trump's firing of Comey, or his anger at federal law enforcement agencies, Carter Page's public statements or the basis for the report entitled "Foreign Intelligence Surveillance Act Abuses at the Department of Justice and the Federal Bureau of Investigation" issued by Devin Nunes. Had BuzzFeed not published the Dossier on January 10, 2017, I have no doubt that it would have inevitably been published at some point shortly thereafter, given the central role it was playing and would continue to play in political evens by that point.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 19, 2018

_____
Ben Smith

# Exhibit 1
# to Smith Declaration

# Intel chiefs presented Trump with claims of Russian efforts to compromise him

By Evan Perez, Jim Sciutto and Jake Tapper and Carl Bernstein, CNN

Updated 5:09 PM ET, Tue January 10, 2017

**(CNN)** — Classified documents presented last week to President Obama and President-elect Trump included allegations that Russian operatives claim to have compromising personal and financial information about Mr. Trump, multiple US officials with direct knowledge of the briefings tell CNN.

The allegations were presented in a two-page synopsis that was appended to a report on Russian interference in the 2016 election. The allegations came, in part, from memos compiled by a former British intelligence operative, whose past work US intelligence officials consider credible. The FBI is investigating the credibility and accuracy of these allegations, which are based primarily on information from Russian sources, but has not confirmed many essential details in the memos about Mr. Trump.

The classified briefings last week were presented by four of the senior-most US intelligence chiefs -- Director of National Intelligence James Clapper, FBI Director James Comey, CIA Director John Brennan, and NSA Director Admiral Mike Rogers.

One reason the nation's intelligence chiefs took the extraordinary step of including the synopsis in the briefing documents was to make the President-elect aware that such allegations involving him are circulating among intelligence agencies, senior members of Congress and other government officials in Washington, multiple sources tell CNN.

These senior intelligence officials also included the synopsis to demonstrate that Russia had compiled information potentially harmful to both political parties, but only released information damaging to Hillary Clinton and Democrats. This synopsis was not an official part of the report from the intelligence community case about Russian

hacks, but some officials said it augmented the evidence that Moscow intended to harm Clinton's candidacy and help Trump's, several officials with knowledge of the briefings tell CNN.

The two-page synopsis also included allegations that there was a continuing exchange of information during the campaign between Trump surrogates and intermediaries for the Russian government, according to two national security officials.

Sources tell CNN that these same allegations about communications between the Trump campaign and the Russians, mentioned in classified briefings for congressional leaders last year, prompted then-Senate Democratic Leader Harry Reid to send a letter to FBI Director Comey in October, in which he wrote, "It has become clear that you possess explosive information about close ties and coordination between Donald Trump, his top advisors, and the Russian government -- a foreign interest openly hostile to the United States."

CNN has confirmed that the synopsis was included in the documents that were presented to Mr. Trump but cannot confirm if it was discussed in his meeting with the intelligence chiefs.

The Trump transition team declined repeated requests for comment.

CNN has reviewed a 35-page compilation of the memos, from which the two-page synopsis was drawn. The memos originated as opposition research, first commissioned by anti-Trump Republicans, and later by Democrats. At this point, CNN is not reporting on details of the memos, as it has not independently corroborated the specific allegations. But, in preparing this story, CNN has spoken to multiple high ranking intelligence, administration, congressional and law enforcement officials, as well as foreign officials and others in the private sector with direct knowledge of the memos.

Some of the memos were circulating as far back as last summer. What has changed since then is that US intelligence agencies have now checked out the former British intelligence operative and his vast network throughout Europe and find him and his sources to be credible enough to include some of the information in the presentations to the President and President-elect a few days ago.

On the same day that the President-elect was briefed by the intelligence community, the top four Congressional leaders, and chairmen and ranking members of the House and Senate intelligence committees -- the so-called "Gang of Eight" -- were also provided a summary of the memos regarding Mr. Trump, according to law enforcement, intelligence and administration sources.

The two-page summary was written without the detailed specifics and information about sources and methods included in the memos by the former British intelligence official. That said, the synopsis was considered so sensitive it was not included in the classified report about Russian hacking that was more widely distributed, but rather in an annex only shared at the most senior levels of the government: President Obama, the President-elect, and the eight Congressional leaders.

CNN has also learned that on December 9, Senator John McCain gave a full copy of the memos -- dated from June through December, 2016 -- to FBI Director James Comey. McCain became aware of the memos from a former British diplomat who had been posted in Moscow. But the FBI had already been given a set of the memos compiled up to August 2016, when the former MI6 agent presented them to an FBI official in Rome, according to national security officials.

The raw memos on which the synopsis is based were prepared by the former MI6 agent, who was posted in Russia in the 1990s and now runs a private intelligence gathering firm. His investigations related to Mr. Trump were initially funded by groups and donors supporting Republican opponents of Mr. Trump during the GOP primaries, multiple sources confirmed to CNN. Those sources also said that once Mr. Trump became the nominee, further investigation was funded by groups and donors supporting Hillary Clinton.

Spokespeople for the FBI and the Director of National Intelligence declined to comment. Officials who spoke to CNN declined to do so on the record given the classified nature of the material.

Some of the allegations were first reported publicly in Mother Jones one week before the election.

One high level administration official told CNN, "I have a sense the outgoing administration and intelligence community is setting down the pieces so this must be investigated seriously and run down. I think [the] concern was to be sure that whatever information was out there is put into the system so it is evaluated as it should be and acted upon as necessary."

# Exhibit 2
# to Smith Declaration

*The New York Times*

OP-ED CONTRIBUTOR

# Why BuzzFeed News Published the Dossier

By Ben Smith

Jan. 23, 2017

Since BuzzFeed News published a 35-page dossier of unverified allegations about ties between President Donald J. Trump and Russia, I've heard a chorus of criticism from journalists who say we abdicated our role as gatekeeper, and a chorus of thanks from readers who want to be trusted to judge dubious documents.

BuzzFeed News decided to publish the dossier, with appropriate context and caveats, for two related reasons, and only after we had spent weeks with reporters in the United States and Europe trying to confirm or disprove specific claims.

First, the documents were in wide circulation among top intelligence and elected officials and news organizations. They were being fought over — and acted on — at the highest levels of power. But the rest of the country was getting only the occasional glimpse of those battles, never the source documents themselves.

"The only party to this whole affair that didn't know about it, it seems, was the public," as the newspaper editor Seth Lipsky wrote in The Wall Street Journal.

Second, the dossier's contents spilled into view last week when CNN broke the news that both President Obama and Mr. Trump had received an intelligence briefing that included a synopsis of the document, whose allegations CNN summarized as "compromising personal and financial information about Mr. Trump."

We at BuzzFeed News had, of course, considered that someone else would post the dossier, and planned in that case to follow by adding what we knew on it. We hadn't anticipated what actually happened: a bombshell report that described the document, while the document itself remained secret.

That halfway position ran contrary to how we think of our compact with our audience: You trust us to give you the full story; we trust you to reckon with a messy, sometimes uncertain reality. And with other news organizations already trumpeting the dossier's central allegation — that the Trump campaign maintained secret ties to the Russian leadership — our decision to publish it in full rapidly advanced the story.

The public soon learned the tale of the former spy who compiled the dossier and his earnest efforts to publicize it; of the F.B.I.'s knowledge of it before the election; and of Senator John McCain's also passing it to the F.B.I. in December. BuzzFeed News reported that foreign intelligence agencies are investigating its allegations. Whether reporters from Washington to Budapest succeed in verifying its claims or otherwise does not diminish the compelling public interest in the story — or the presumptive right of the public, and not just a Beltway elite, to see the document.

The incoming administration dismissed CNN and BuzzFeed News's report as "fake news," a term now used by partisans and cynics to discredit reporting they don't like. We should have seen that coming. BuzzFeed News's reporting helped popularize the term to describe a new breed of fraudsters. But the dossier is a real document that has been influencing senior officials, lawmakers, intelligence agencies and, potentially, the new commander in chief. Nobody should fall for this attempt to turn the press on itself by making a reasonable debate about transparency into a media civil war.

News organizations should instead consider this reality: Our audience inhabits a complex, polluted information environment; our role is to help them navigate it — not to pretend it doesn't exist. The need to show our work and earn trust has never been more important, since once reliable official sources are peddling "alternative facts" — as the White House press secretary did Saturday.

If I were to design a media ecosystem from scratch, it wouldn't be this one. And I certainly did not anticipate this environment in the utopian, early days of digital journalism 15 years ago. The web was supposed to allow powerful media organizations to build trust and connections to their audience by sharing their knowledge and sources. The audience could hold power to account. At its best, that kind of transparency has been powerful.

Today, we can see a dystopian path clearly, too. Every Facebook user encounters a profusion of sources and claims. If the presidential campaign did nothing else, it gave Americans reason to read carefully, exercise judgment and view with skepticism what they heard — even from the most powerful man in the nation.

There is an instinct, easy to understand, to turn away from this chaos. Some legacy media organizations have reacted to the new challenges by retreating to traditional reporting procedures of ostentatious, and sometimes false, balance and voice-of-God authority. Their theory is that the media can confront power by engaging in a theater of traditional journalism and proving their purity and incorruptibility — in short, hew to the same rules that got them steamrolled in 2016.

This retreat is dangerous. Instead, we need to develop new rules that adhere to the core values of honesty and respect for our audience. That means debunking falsehoods, and being transparent with readers about our process of reporting. Sometimes, it means publishing unverified information in a transparent way that informs our users of its provenance, its impact and why we trust or distrust it.

Of course, there are lines to be drawn, and we draw them every day. BuzzFeed News receives false tips that lead to dead ends we do not publish. But the Trump dossier was legitimate news: a document that was already influencing decision makers at the very highest levels. In a democracy, the justification for shielding the public from something like that must be overwhelming. The instinct to suppress news of this significance is precisely the wrong one for journalism in 2017.

Ben Smith (@BuzzFeedBen) is the editor in chief of BuzzFeed.

*Follow The New York Times Opinion section on Facebook and Twitter (@NYTOpinion), and sign up for the Opinion Today newsletter.*

A version of this article appears in print on Jan. 23, 2017, on Page A23 of the New York edition with the headline: Why BuzzFeed Published the Dossier

**READ 432 COMMENTS**