**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No: 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

      Plaintiffs,

v.

BUZZFEED, INC., *et al*.,

      Defendants.

_____/

**DECLARATION OF NATHAN SIEGEL IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* NO. 4
TO PRECLUDE THE INTRODUCTION OF TESTIMONY OR EVIDENCE
CONCERNING THE RELIABILITY OF CHRISTOPHER STEELE OR
FUSION GPS OR ANY EFFORTS ALLEGEDLY UNDERTAKEN BY
<u>EITHER TO VERIFY ALLEGATIONS CONTAINED IN THE DOSSIER</u>**

I, Nathan Siegel, pursuant to 29 U.S.C. § 1746, hereby declare as follows:

1.      I am a partner at the law firm of Davis Wright Tremaine LLP, counsel for

Defendants BuzzFeed, Inc. and Ben Smith in the above-captioned proceeding.

2.      I make this declaration in order to annex exhibits relied upon in Defendants'

Opposition to Plaintiffs' Motion *in Limine* No. 4;

3.      Annexed hereto as **Exhibit 1** is a true and correct copy of Dkt. 1-3 in *In re Third

Party Subpoena to Fusion GPS*, No. 0:18-mc-60528-UU (subpoena to Fusion GPS to testify).

4.      █████████████████████████████████████

████████████████████████████████████████

5.      Annexed hereto as **Exhibit 3** is a true and correct copy of the Second Witness Statement of Steven Loble dated January 16, 2018 in the *Gubarev v. BuzzFeed* proceeding in the United Kingdom.

6.      Annexed hereto as **Exhibit 4** is a true and correct copy of the Civil Rules of Evidence for the United Kingdom, available at the website https://www.justice.gov.uk/courts/procedure-rules/civil/rules/part32#32.14.

7.      Annexed hereto as **Exhibit 5** is a true and correct copy of relevant excerpts from the transcript of an oral hearing dated February 5, 2018 in the *Gubarev v. FuzzFeed* proceeding in the United Kingdom.

8.      Annexed hereto as **Exhibit 6** is a true and correct copy of Dkt. 46 in *In re Third Party Subpoena to Fusion GPS*, No. 0:18-mc-60528-UU (Plaintiffs' Opposition to Fusion GPS's Recast Motion to Quash Subpoena or, in the Alternative, for a Protective Order, dated June 15, 2018).

9.      Annexed hereto as **Exhibit 7** is a true and correct copy of a June 4, 2018 article in *Vanity Fair*, by Joe Pompeo entitled, *"'We Could Fight This Thing To The End': As Christopher Steele Prepares To Be Deposed About His Dossier In London, BuzzFeed Girds For A Long Struggle."*

10.      ███████████████████████████████████████████
████████████████████████████

11.      Annexed hereto as **Exhibit 9** is a true and correct copy of Dkt. 35 in *In re Third Party Subpoena to Fusion GPS*, No. 0:18-mc-60528-UU (Plaintiffs' Reply to Fusion GPS' Motion for Leave to Supplement Motion to Quash, dated March 29, 2018).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2018 in Washington, District of Columbia.

/s/ Nathan Siegel
Nathan Siegel