# EXHIBIT 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| *IN RE* THIRD PARTY SUBPOENA TO FUSION GPS | Case No. 0:18-mc-60528-UU |
| ALEKSEJ GUBAREV, XBT HOLDING S.A., and WEBZILLA, INC.<br>   Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br>   Defendants. | Case No. 0:17-cv-60426-UU |

**PLAINTIFFS' OPPOSITION TO FUSION GPS' MOTION FOR LEAVE
TO SUPPLEMENT MOTION TO QUASH**

Enough is enough.

A full seven (7) months after moving to quash what should have been a relatively straight-forward third-party deposition, Fusion GPS asks this Court for leave to engage in yet another round of briefing in support of its Motion to Quash. This comes after Fusion GPS' unsuccessful motion to recuse the judge presiding over its motion in Washington D.C. (the briefing and ruling on which delayed the proceedings by months) and its request for the Motion to be moved to this Court (which has engendered additional delay).

The hypocrisy of Fusion GPS' delay tactics is staggering: while its Motion to Quash was pending, Fusion GPS' founders constantly (and publicly) bemoaned the fact that they wanted their story told (including in an Op-Ed they authored for The New York Times). *See* D.E. 13-2. And, in another related case in which Fusion GPS moved to quash a Congressional subpoena

1

seeking certain corporate bank records, another federal judge flatly rejected many of the same arguments made by Fusion in this case. *See* D.E. 13-1.

Contrary to Fusion GPS' contention, the passage of time has not made its arguments stronger, it has obliterated them almost entirely. The congressional testimony of Fusion GPS' founders has been made public (at their urging), eliminating their "confidentiality" arguments and the identity of its clients has been made public, eliminating their "privilege" arguments.

All that is left is Fusion GPS' continued attempts to delay the inevitable and its plaintive whine: "we really don't want to." Few deponents do. But, if *wanting* to be deposed was the litmus test applied by the Courts, depositions would have already gone the way of the Dodo bird.

## Conclusion

For the reasons stated hereinabove, Fusion GPS' Motion for Leave to Supplement should be denied.

2

Dated: March 29, 2018

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (Mass. Bar No. 564349 – *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505, Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (Mass. Bar No. 643572 – *pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20, Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs Aleksej Gubarev, XBT Holding S.A. and Webzilla Inc.*

## CERTIFICATE OF SERVICE

    **I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record this 29th day of March, 2018.

                                                     /s/ Matthew Shayefar
                                                     Matthew Shayefar