# EXHIBIT 1

| FUSION GPS 30(b)(6), Attorneys Eyes Only | August 30, 2018 |
|---|---|
| ALEKSEJ GUBAREV -v- BUZZFEED INC. | 1 |

```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF FLORIDA

 3                         MIAMI DIVISION

 4

 5       _____

 6       IN RE THIRD PARTY SUBPOENA TO      |   Case No.

 7       FUSION GPS                         |   0 18-mc-60528-UU

 8       _____|

 9       ALEKSEJ GUBAREV,                   |

10       XBT HOLDING S.A. and               |

11       WEBZILLA, INC.                     |   Case No.

12            Plaintiffs,                   |   0 17-cv-60426-UU

13       -v-                                |

14       BUZZFEED, INC., and                |

15       BEN SMITH                          |

16            Defendants.                   |

17       _____|

18

19

20

21
```



800.211.DEPO (3376)  
*EsquireSolutions.com*

```
 1              Deposition of Peter R. Fritsch

 2                     Washington, DC

 3                Thursday, August 30, 2018

 4                       10:00 a.m.

 5

 6

 7   Job No: J2625547

 8   Pages:  1-271

 9   Reported by:  Kenneth Norris
```



```
 1   network, wherever they may be -- it may be.
 2       Q.   And if you look at the first page at the
 3   top, it reads:  Company Intelligence Report 2016-080.
 4            What do you understand the purpose of
 5   company intelligence report to be?
 6       A.   Orbis's internal nomenclature or labelling
 7   system.
 8       Q.   And did you understand the reference to
 9   company intelligence report to distinguish it from,
10   for example, a government document?
11            MR. SIEGEL:  Objection.
12            THE WITNESS:  I don't know.  I never thought
13   of that.
14   BY MR. FRAY-WITZER:
15       Q.   And I'd like for you to take a look through
16   what's been marked as Exhibit Number 8.  And tell me,
17   if you can, does this represent all of the memorandum
18   that Christopher Steele produced and provided to
19   Fusion GPS?
20       A.   Yes, I believe so.
21       Q.   If you would look back for a moment at what
```



| | |
|---|---|
| FUSION GPS 30(b)(6), Attorneys Eyes Only | August 30, 2018 |
| ALEKSEJ GUBAREV -v- BUZZFEED INC. | 270 |

```
 1              REPORTER'S CERTIFICATE

 2              District of Columbia

 3              County of Washington, to wit:

 4              I, KENNETH NORRIS, a Notary Public of

 5   the District of Columbia, County of Washington, do

 6   hereby certify that the within named witness

 7   personally appeared before me at the time and place

 8   herein set out, and after having been duly sworn by

 9   me, according to law, was examined.

10              I further certify that the examination

11   was recorded stenographically by me and this

12   transcript is a true record of the proceedings.

13              I further certify that I am not of

14   counsel to any of the parties, nor in any way

15   interested in the outcome of this action.

16              As witness my hand and notarial seal

17   this 30th day of August 2018.

18

19

20

21
```

