# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## DECLARATION OF MARK SCHOOFS

I, Mark Schoofs, declare as follows:

1. I am employed by Defendant BuzzFeed, Inc. ("BuzzFeed") as the investigations and projects editor at BuzzFeed News. I live in Manhattan, New York, and work at BuzzFeed's headquarters in New York City. I submit this declaration in support of Defendants' motion for summary judgment in this action. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. I am one of the journalists with a byline on the article *These Reports Allege Trump Has Deep Ties To Russia*, published by BuzzFeed News on January 10, 2017 (the "Article").

3. As BuzzFeed News's investigations and projects editor, I supervise and direct its investigative journalism. Before joining BuzzFeed in 2014, I was a senior editor at ProPublica and spent ten years as a foreign correspondent and investigative journalist for *The Wall Street Journal*. I have won or shared two Pulitzer Prizes: in 2000, while a staff reporter at the *Village*

*Voice*, I won the Pulitzer Prize for an eight-part series about the AIDS crisis in Africa, and in 2002, I was part of the large *Wall Street Journal* team that won the Pulitzer Prize for its breaking news coverage of the 9/11 terrorist attacks. I have also won the American Association for the Advancement of Science's Science Journalism Award, the New York Association of Black Journalists Award for International Reporting, and the Overseas Press Club Bob Considine Award.

4. As of December 1, 2018, I will be joining the Annenberg School of Journalism at the University of Southern California, where I will be leading investigative journalism programming.

5. One of the BuzzFeed investigative reporters I supervise is Ken Bensinger. On or about December 2, 2016, Ken called and said one or more sources had told him that Christopher Steele, a respected former MI6 agent with extensive Russia experience, had produced a series of memos alleging that the Russian government had gathered compromising information about President-elect Trump. Ken also said that Mr. Steele had delivered a copy of the Dossier to the FBI. Although he was on leave at the time to write a book, I asked Ken to try to confirm that the Dossier existed and obtain a copy.

6. Over the next few weeks, Ken gave me updates on his progress, but he was not able to obtain a copy of the Dossier. Shortly before Christmas, I received an email from BuzzFeed Editor-in-Chief Ben Smith suggesting that we contact David Kramer about the Dossier. I passed that tip along to Ken.

7. On December 29, Ken let me know that he had received a copy of the Dossier from Mr. Kramer, and he sent me photos of the Dossier. The document closely matched the

document described in David Corn's October 31, 2016 *Mother Jones* article entitled *A Veteran Spy Has Given the FBI Information Alleging a Russian Operation to Cultivate Donald Trump.*

8. At the time, I treated Mr. Kramer as a confidential source. Since that time, however, I have come to learn that Mr. Kramer has testified about his interactions with BuzzFeed as they related to the Dossier. Had he not done so, I would not have revealed his identity in this litigation.

9. After I read the Dossier, I realized that some of its specific, factual allegations had already been verified in broad outline. For example, that Russia was behind the hacking of Democratic party leaders and leaking their e-mails to Wikileaks had already been discussed in several news articles that I had read and by Crowdstrike, the private security firm that was hired to investigate the hack of the DNC. And, in fact, on the very same day we received the Dossier, the United States released a report, called "GRIZZLY STEPPE – Russian Malicious Cyber Activity" that detailed the efforts of Russian State Actors to interfere in the United States election. In addition, press reports about Carter Page's meeting with Russian officials first surfaced in or around September 2016. I recognized, however, that what I considered to be two of the Dossier's core allegations – that Russia had deliberately cultivated and held "kompromat" on President-elect Trump, and that Russia had engaged in a wide-ranging effort to influence the 2016 Presidential election – were not yet verified. I also thought that it would likely be difficult for a news organization to independently verify many of the allegations. Definitive proof of some of the allegations, such as the existence of a sex video, might only be possessed by the Russian government. And the sheer breadth of detail in the 35 pages of the Dossier would likely be more than a news organization with BuzzFeed's resources could try to track down.

10. As a result, after consulting with my colleagues I thought it best for BuzzFeed to try to investigate a few of the allegations that we thought might be capable of independent verification. As I recall, those included whether Michael Cohen had traveled to Prague, and the nature of the pension payments system described in the Dossier. So we assigned a team of reporters who, to varying degrees, worked on the investigation. Stuart Millar, an editor in London, helped coordinate investigation efforts by reporters in London, as did Heidi Blake, BuzzFeed's UK investigations editor. Under Heidi's and my supervision, one of our London-based investigative reporters, Jane Bradley, went to Prague from London to see if any hotels there would tell us whether Mr. Cohen had stayed there (the hotels she visited would and/or did not tell us, or told us that Michael Cohen did not stay there). Miriam Elder, Sheera Frankel, Ali Watkins and Aram Roston were also involved, as was Ken Bensinger.

11. As of January 10, 2017, we had not yet confirmed nor refuted any of the Dossier's allegations we had set out to investigate. This did not surprise me, as I expected that it might prove difficult to verify or refute them.

12. That afternoon, CNN published an article reporting that the Dossier had become the subject of, among other things, a government investigation and briefings given by senior intelligence officials to the President and President-elect. Shortly after CNN published its article, I met with Ben Smith, Miriam Elder, and BuzzFeed Executive Editor Shani Hilton to discuss whether to publish the Dossier itself. Although the final decision to publish was made by Ben, I agreed with it. We also agreed, however, not to present the Dossier to our readers as established fact, but to make clear that, despite its role in official activity, its core allegations remained unverified.

13. Although I knew of course that the allegations were unverified, I believed its allegations were credible and plausible for a number of reasons. Its author was a respected former British intelligence agent with deep connections in Russia, and U.S. government authorities evidently took its allegations seriously enough to brief the President and President-elect about them. I understood from Ken that Mr. Kramer appeared to him to be a serious and credible person who took the Dossier's allegations very seriously. In addition, the Dossier's allegations, including those contained in the December Memo, fit with Donald Trump's regular praise for Vladimir Putin, with months of public reports apparently establishing that the Russian government-backed hackers were responsible for hacking the Democratic National Committee and other officials close to Hillary Clinton, and with reports about Carter Page's trip to Moscow. The events described in the Dossier were also consistent with the dismissal of Sergei Ivanov, the Presidential Administration head who the Dossier claims opposed Russian interference in the election, and the recall of Mikhail Kalugin, a Russian diplomat who the Dossier claims was at risk of being exposed for participating in the election interference. I also thought it significant that Senator McCain had apparently thought it sufficiently important to deliver the document to James Comey, then the director of the FBI.

14. Before reading the December Memo, I had never heard of Aleksej Gubarev, XBT, or Webzilla. The specific allegations about "Gubarov" and "XBT/Webzilla" struck me as credible and plausible. They were specific details about a broader allegation which had been publicly investigated and confirmed – that Russia was responsible for the Democratic Party hack. There also were details relating to the Dossier's broader allegations about Michael Cohen, which I thought were consistent with Cohen's known role as Trump's "fixer." I had no awareness that

the allegations referred to in paragraph 26 of the Complaint were false or probably false, nor did I have serious doubts about their accuracy.

15. I drafted the article which BuzzFeed ultimately published with the Dossier ("the Article"). Miriam Elder, who is an expert on Russia, corrected certain factual details and pointed out the errors we cited in the Dossier, and Ben Smith edited it. Ken Bensinger then suggested a minor change by telephone. Our intention in writing the Article was not to present the Dossier's core allegations as fact. Rather, the purpose of the Article was to explain what the Dossier was and the role the Dossier had come to play in government-decision making. I thought it important to be clear to readers that by that point we had neither independently verified the Dossier nor had we found any of its key allegations to be false; to note where we had noticed a couple of factual errors; and to explain that the Dossier was prepared by political opponents of President-elect Trump.

16. Shortly after the Dossier was published, I learned that Ken Bensinger had been contacted with concerns about the safety of Steele's sources. We then redacted some information regarding one source we thought might be more readily identifiable.

17. I believed then and believe now that publishing the Dossier was the right thing to do as a news organization. I do not think it would be possible to understand what has happened in our nation had the Dossier not been published. I also have no doubt that had BuzzFeed not published the Dossier on January 10, 2017, others would have inevitably published it thereafter given its importance in government activity and political debate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 19, 2018

Mark Schoofs

6