# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

## DECLARATION OF MIRIAM ELDER

I, Miriam Elder, declare as follows:

1. I am employed by Defendant BuzzFeed, Inc. ("BuzzFeed") as the world editor at BuzzFeed News. I live in Manhattan, New York and work at BuzzFeed's headquarters in New York City. I submit this declaration in support of Defendants' motion for summary judgment in this action. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. I am one of the journalists with a byline on the article *These Reports Allege Trump Has Deep Ties to Russia*, published by BuzzFeed News on January 10, 2017 (the "Article").

3. As BuzzFeed News's world editor, I supervise and direct its foreign coverage. I personally, however, have particular interest and experience in covering Russia. I am fluent in Russian, and before joining BuzzFeed News in 2013, I spent seven years in Russia, two years as *The Guardian*'s Moscow Bureau Chief, three years as a freelance reporter, including stringing

for the *Guardian* and two years at the *Moscow Times*. Before that, I worked for *Agence France Presse* and the *International Herald Tribune*, which included a stint as a Russia correspondent for AFP from 2002-2003. I hold a B.A. from Barnard College and an M.A. from Johns Hopkins University's School of Advanced International Studies, with a focus on strategic studies and international economics. My reporting at BuzzFeed has focused on Russia, and I am often interviewed or asked to speak on issues related to Russia.

4. I first became aware of the document attached as Exhibit C to Plaintiffs' Complaint (the "Dossier") in late December 2016. I received a copy of the Dossier from BuzzFeed investigation editor Mark Schoofs. I reviewed the entire Dossier and noticed certain factual errors, namely a misspelling of Alfa Group and a claim that the settlement of Barvikha is "reserved for the residences of the top leadership and their close associates," when in fact it is not reserved for anyone and is also populated by very wealthy Russians. I did not consider these to be errors in the substance of allegations in the Dossier.

5. I believed the Dossier's substance was plausible because it was consistent with things I knew – including, among other things: (a) Donald Trump's repeated praise for Vladimir Putin and his autocratic regime; (b) the penchant of Russian intelligence services for conducting surveillance on prominent foreigners visiting Russia; (c) Russian intelligence services' use of *kompromat* to gain leverage over potential sources, (d) months of credible public reports about the Russian government's role in the hack of the Democratic National Committee (the "DNC Hack"); and (e) Sergei Ivanov's replacement as head of the Russian Presidential Administration in the summer of 2016, shortly after the Dossier reported that he was "angry" about Russian interference in the US election. The Dossier's reporting on Trump campaign advisor Carter Page was also consistent with a September 2016 Yahoo! News report about the U.S. intelligence

community's interest in Page's trip to Moscow and the possibility that he had "opened up private communications with senior Russian officials."

6. As part of my review of the Dossier, I read Company Report 2016/166 (the "December Memo"). Before reading the Dossier, I do not believe I had ever heard of Aleksej Gubarev, XBT, or Webzilla. The allegations in the December Memo also seemed plausible, both because of what I said above about the credibility of the Dossier as a whole, and because these allegations in particular seemed consistent with public reports (including those from the US government) detailing the role of Russian-backed hackers in the DNC Hack.

7. On January 10, 2017, I saw that CNN had published an article reporting that the Dossier had, among other things, become the subject of briefings to President Obama and President-elect Trump and US government investigations. Because of my Russia expertise, Ben Smith and Mark Schoofs asked me to join in their discussion about whether to publish the Dossier. I supported publishing it because I believed that, given CNN's report, the public had a right to know what the government was investigating and using as a basis for a presidential briefing.

8. Mark Schoofs drafted the Article, and Ben Smith edited it. I fixed some factual details in the Article, and BuzzFeed investigative reporter Ken Bensinger talked with us over the phone.

9. At the time we published the Dossier, I did not believe that the allegations referred to in paragraph 26 of the Complaint were false. While I knew the allegations were unconfirmed, I had no awareness of their being false or serious doubts about their accuracy. To the contrary, for the reasons described above I believed that they were plausible and credible.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 20, 2018

_____
Miriam Elder