# EXHIBIT 8

1           IN THE UNITED STATES DISTRICT COURT

2               SOUTHERN DISTRICT OF FLORIDA

3

4

5

6
    ****************************
7   ALEKSEJ GUBAREV, XBT HOLDING
    S.A., AND WEBZILLA, INC.,
8
         Plaintiffs,
9
    vs.                                    Case No.:
10                                         1:17-cv-60426-UU
    BUZZFEED, INC. AND BEN SMITH,
11
         Defendants
12  ****************************

13

14                   CONFIDENTIAL

15      VIDEOTAPED DEPOSITION OF JEFFREY ANDERSON

16              Thursday, May 31, 2018

17                   10:12 a.m.

18                   Held at:

19          Ciampa Fray-Witzer, LLP

20              20 Park Plaza

21               Suite 505

22          Boston, Massachusetts

23

24      Judith McGovern Williams, CSR, CRR
          Registered Professional Reporter
25

Jeffrey Anderson - Confidential
May 31, 2018                                                    62

1       get a chance.
2               MR. SIEGEL: Okay. I have
3       got a few more just on this.
4               MR. FRAY-WITZER: That's
5       fine.
6               MR. SIEGEL: And then that
7       will be a good breaking point.
8               Could we have the
9       supplemental report?
10              Let's mark this as Exhibit 2.
11      (Supplemental Expert Report marked
12      Exhibit 2 for identification.)
13              (Handing Exhibit 2 to the
14      witness.)
15  BY MR. SIEGEL:
16      Q.   I ask you to turn to page 8,
17  Mr. Anderson.
18              (Witness complying.)
19      Q.   I'm sorry. I meant page 7.
20              (Witness complying.)
21      Q.   If you look under "Damages
22  analysis," subpoint 5, the first sentence says
23  you have asked counsel to analyze damages.
24  The second sentence says:
25              "Damages stemming from these actions

1   include but are not limited to XBT's lost
2   business value."
3           So but are you providing any measure
4   or estimate of damages other than lost
5   business value?
6       A.   In this report?
7       Q.   Yes.
8       A.   That's the only measure of damages
9   that I have presented.
10      Q.   And so does that -- does that mean
11  that you are -- and I'm not talking about the
12  benefit to BuzzFeed for the moment -- I am
13  talking about damages to the plaintiff,
14  okay? --
15      A.   Okay.
16      Q.   -- for purposes of these questions.
17          So is there any -- is there any
18  other damages theories that you are intending
19  to testify about?
20      A.   Again at this point in time other
21  than what I've put in my report is what I
22  intend to testify to.
23      Q.   All right.  So the question is
24  simply when you said "include but are not
25  limited to," what did you mean by that?

```
 1        A.   I mean that statement means that
 2   we're not making any claims there are not
 3   potentially other damage elements that we have
 4   not been asked to address.  It is just not to
 5   focus or limit it to XBT's lost business
 6   value.
 7        Q.   Okay.  Let me ask you, setting aside
 8   Mr. Gubarev personally, if you are valuing the
 9   entire business, right, the entire value of
10   the business, what other damages could there
11   be with respect to the business?
12        A.   I don't know.
13        Q.   Okay.  So you are not intending to
14   offer any testimony on anything other than
15   measuring the lost business value, setting
16   aside the benefit to BuzzFeed?
17        A.   And again unless new information
18   comes up I'm asked to address something else,
19   for right now this is all I'm -- this is all I
20   have analyzed.
21        Q.   Okay.  And in your estimate of
22   business value, right, is an estimate for as
23   an accountant would call it the consolidated
24   company?  Is that fair?
25        A.   It's a fair market value of XBT and
```

```
 1    looked at the best data that you had for their
 2    actual 2017 revenue numbers?  Right?
 3         A.    I did.
 4         Q.    Okay.  Now would it be correct to
 5    say that even in your supplemental report you
 6    do not have data about their actual 2017
 7    costs?
 8         A.    That's correct.
 9         Q.    Okay.  So even today, right, we
10    don't know what their actual 2017 EBITDA was?
11         A.    That's -- I have not seen it.
12         Q.    Okay.  And similarly, so we don't
13    know what their actual 2017 margin?  Right?
14         A.    EBITDA margin?
15         Q.    Right.
16         A.    Correct.
17         Q.    So in order to make your
18    calculations, you estimated, right, what their
19    2017 EBITDA would be?
20         A.    For one element, I did, yes.
21         Q.    Okay.  Can you go to Exhibit 5 of
22    your supplemental report?
23               (Witness complying.)
24         Q.    If you look at Exhibit 5, do you see
25    where it says "as is scenario 2017"?
```

1     A.    I do.
2     Q.    So revenue is 58.27 million.  That
3  is based on the actual numbers that XBT
4  provided, right, as of the time of this
5  report?
6     A.    Correct.
7     Q.    Just based on your understanding,
8  are those -- are those numbers still
9  unaudited?
10    A.    Yes.
11    Q.    Okay.  So it is at least possible
12 that that number could change in their final
13 audited statements?
14    A.    Sure.
15    Q.    Okay.  Now operating profit, you
16 have in italics, I believe, 9.8 million
17 roughly.  How did you calculate that number?
18    A.    So that is based on common size,
19 which is essentially different elements of an
20 income statement in relation to a percentage
21 in relation to revenues.  And we used 2016's
22 relational percentages for each of those
23 measures, operating profit, et cetera, to get
24 to the number, since we didn't have the
25 expenses, as you said.

1    Q.   So in my -- I am going to ask you to
2  in my more simpleton terms -- if I am
3  understanding accurately what you are saying,
4  okay, are you saying that -- I am just going
5  to give you a hypothetical for purposes of if
6  I am understanding it, right.  Are you saying
7  that if hypothetically XBT had $50 million of
8  revenue in 2016 and they had $30 million of
9  cost, right, so the percentage was 60 percent
10 in 2016, are you saying that you apply that
11 same percentage to their 2017 revenue to
12 estimate EBITDA, or is that not what you're
13 saying?
14   A.   I think you are on the right track.
15   Q.   Okay.
16   A.   We are just saying whatever the
17 relationship to expenses and revenue and
18 depreciation, amortization, which are elements
19 you need to get to an EBITDA number --
20   Q.   Okay.
21   A.   -- what that relationship to revenue
22 was in 2016 we assumed that relationship would
23 be the same in 2017.
24   Q.   Okay.  And if -- so would it be fair
25 to say that if it turns out that the

```
 1    proportion in 2017 changed, the relationship
 2    changed, then their actual EBITDA number would
 3    be different than what you have calculated
 4    here?  Right?
 5         A.   Sure.  If the numbers change, they
 6    would change.
 7         Q.   Okay.  Have you had any discussions
 8    with XBT about when they expect the actual
 9    2017 numbers to be available?
10         A.   I have asked for actual or audited.
11         Q.   Um-hmm.
12         A.   And my understanding is that they're
13    in the works.  I haven't seen them yet.
14         Q.   Okay.  And would it be your
15    intention to revise these numbers once the
16    actual audited 2017 financials are available?
17         A.   Yes.  If that's -- if that is
18    provided to me and asked of me, I will
19    supplement this.
20         Q.   Okay.  Okay.  Okay.
21              So after performing these
22    calculations, what I understand you did next
23    was you compared your estimate of what you
24    call as is 2017 EBITDA, right, with two
25    different calculations?  Right?  One was XBT's
```