# EXHIBIT 1

From: Jill Abramson <abramsonnyc@gmail.com>
Date: Sat, Mar 17, 2018 at 5:32 PM
Subject: Fwd: Potential expert witness engagement
To: Nabiha Syed <nabiha.syed@gmail.com>

FYI!!

---------- Forwarded message ---------
From: Jill Abramson <abramsonnyc@gmail.com>
Date: Sat, Mar 17, 2018 at 3:53 PM
Subject: Re: Potential expert witness engagement
To: <evan@cfwlegal.com>

If you checked. You would see that I have publicacly praised and supported Ben Smith's decision to have BuzzFeed publish the dossier.
It wS a newsworthy story, especially since President Obama's and trump we're both briefed on it.

On Sat, Mar 17, 2018 at 2:39 PM <evan@cfwlegal.com> wrote:

> Dear Professor Abramson:
>
> My colleague, Val Gurvits (copied here) and I represent Aleksej Gubarev, Webzilla Inc., and XBT Holdings S.A. in an action pending in the Southern District of Florida against Buzzfeed and its editor, Ben Smith, arising out of Buzzfeed's publication of the "Steele Dossier."
>
> We are in the process of retaining expert witnesses and we would be very interested in speaking to you about the possibility of your serving as our expert witness on Journalistic Ethics.  Essentially, we are looking for an expert to opine on Buzzfeed's decision to publish the Dossier – and the allegations contained therein about the plaintiffs – without having verified

1

those allegations or even contacted the Plaintiffs to give them an opportunity to respond to such allegations.  Obviously, you are uniquely qualified to present such an opinion.

Would you be interested/available to speak more about this.  I would be happy to come to your office at Harvard or we could arrange a call, whichever you might prefer.

Thank you.

Evan

---

Evan Fray-Witzer

Ciampa Fray-Witzer, LLP

20 Park Plaza, Suite 505

Boston, MA 02116

(617) 426-0000

(617) 507-8043 (facsimile)
Evan@CFWLegal.com

2