# **EXHIBIT 1**

Anderson
EXHIBIT NO. 7
nw 5-31-18

| | |
|---|---|
| From: | stephan.ramb@nl.abnamro.com |
| Sent: | Wednesday, January 31, 2018 4:30 AM |
| To: | RAJESH KUMAR MISHRA |
| Cc: | rob.van.willigen@nl.abnamro.com; ruud.van.wijngaarde@nl.abnamro.com |
| Subject: | Periodic review Webzilla |

Dear Rajesh,

It's been a while since our last meeting in October. I hope everything is going well. As you probably know, due to the bad press regarding Webzilla, ABN AMRO is obliged to perform periodic reviews for all Webzilla accounts. Unfortunately, our files are not yet complete for ABN AMRO to comply to our regulators. We are missing the necessary documentation on Webzilla's ultimate beneficial owners and would like to discuss several questions on incoming and outgoing payments of Webzilla B.V. and Webzilla LTD.
This is the reason why I would like to plan a new meeting. When is the next time you will be in the Netherlands?

Prior to our meeting, I would like to share the documentation we are looking for and the questions we have on on in- and outgoing payments of Webzilla B.V. and Webzilla LTD.

**Missing documents:**
- Supporting evidence concerning the UBO* (Ultimate Beneficial Owner) trail of the following entities:
  - Webzilla LTD (Cyprus)
  - Datacenter.com Netherlands B.V.
  - XBT Holding LTD

A share register or statement of your accountant will suffice.
- Extract Chamber of Commerce of Datacenter.com Cyprus LTD.
- A signed and dated organization chart which contains the following:
  - The full legal name of each entity;
  - The legal form;
  - Ownership ratio (in %) and;
  - The full names of the UBO 's (natural persons) and (silent) partners.
- What is the source/origination of the private wealth of the UBO's?
  - In previous information inquiries regarding this matter, we have received the tax returns of the majority beneficial owners. However, this is not the information we are looking for. Instead we are curious as to how the UBOs earnt/received their net worth?

* A UBO is where a person either directly or indirectly, owns more than 25% of the shares of the entitity.

**Questions on incoming and outgoing payments Webzilla Limited**
Account numbers: ABNANL2A00527611158 (EUR) / ABNANL2A00427008743 (USD)
*Incoming*:
1. What is the relationship between Webzilla LTD and SAMOUKALE ENTERPRISES LIMITED from Cyprus?
   o Between 12-07-2017 and 14-08-2017, Webzilla LTD received a total amount of €307.019,54 from this company.
   o Could you tell us for what services and/or products these payments have been received?
   o Could you provide us with the specific invoice/receipt?
2. What is the relationship between Webzilla LTD and Encorporate LTD from Cyprus?
   o Between 25-07-2017 and 16-08-2017, Webzilla LTD has received a total amount of €60.578,56 from this company.
   o Could you tell us for what services and/or products these payments have been received?
   o Could you provide us with the specific invoice/receipt?
3. What is the relationship between Webzilla LTD and Chigwell LTD
   o Between 12-07-2017 and 14-11-2017, Webzilla LTD received a total amount of $589.455,80 from this company.
   o Could you tell us for what services and/or products these payments have been made?
   o Could you provide us with the specific invoice/receipt?

1

P-A000734

*Outgoing*
4. What is the relationship between Webzilla LTD and TOV Technoweb from Ukraine?
   - Between 03-08-2017 and 11-12-2017 a total amount of €204.180,10 has been transferred to this company.
   - Could you tell us for what services and/or products these payments have been made?
   - Could you provide us with the specific invoice/receipt?

**Questions on incoming and outgoing payments Webzilla B.V.**
Account number: NL09ABNA0561917809
*Incoming*
1. What is the relationship between Webzilla B.V. and BRONX TICARET LTD from Turkey?
   - A total amount of USD 602.244,40 has been received from this company.
   - Could you tell us for what services and/or products these payments have been received?
   - Could you provide us with the specific invoice/receipt?
2. What is the relationship between Webzilla B.V. and NORFEX HOLDINGS LTD.?
   - Periodically, Webzilla B.V. receives payments from this company.
   - Could you tell us for what services and/or products these payments are made?
   - Could you provide us with the specific invoice/receipt?
3. What is the relationship between Webzilla B.V. and CTE PRODUCTS LEASING BV.?
   - Between 15-7-2016 and 18-12-2017, a total amount of EUR 6.766.858,99 has been received from this company.
   - Could you tell us for what services and/or products these payments are made?
   - Could you provide us with the specific invoice/receipt?
4. What is the relationship between Webzilla B.V. and Paypal?
   - Between 15-7-2016 and 8-11-2017, a total amount of EUR 529.742,00 has been received Paypal.
   - Is this account linked to a webshop?
   - If so, who are the customers?
   - Could you tell us for what services and/or products these payments have been received?
   - Could you provide us with the specific invoice/receipt?
5. What is the relationship between Webzilla B.V. and OOO EDINAYA SET from Russia?
   - Periodically, Webzilla B.V. receives payments from this company.
   - Could you tell us for what services and/or products these payments are made?
   - Could you provide us with the specific invoice/receipt?

*Outgoing*
1. What is the relationship between Webzilla B.V. and KDS SUPERNOVA BUS.SOLUTIONS&CONS.LTD?
   - Between 13-12-2016 and 22-6-2017, a total amount EUR 235.372,77 has been transferred to this company.
   - Could you tell us for what services and/or products these payments are made?
   - Could you provide us with the specific invoice/receipt?
2. What is the relationship between Webzilla B.V. and METEOR CO. LTD.?
   - Periodically, Webzilla B.V. performs payments to this company.
   - Could you tell us for what services and/or products these payments are made?
   - Could you provide us with the specific invoice/receipt?
3. What is the relationship between Webzilla B.V. and Data Sales Co of the Netherlands BV.?
   - Periodically, Webzilla B.V. performs payments to this company.
   - Could you tell us for what services and/or products these payments are made?
   - Could you provide us with the specific invoice/receipt?

Thank you for your cooperation, which will enable us to complete and update Webzilla's client file.

I look forward to your response so we can plan our new meeting.

With kind regards,

Met vriendelijke groet,

Stephan Ramb | Relatiemanager | Technologie, Media & Telecom
ABN AMRO | Commercial Banking
Foppingadreef 22 | 1102 BS Amsterdam | Nederland | PAC: AA6213
Mob +31 (0)6 21980692 | Internet abnamro.com

P-A000735

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Voor al uw service gerelateerde vragen kunt u contact opnemen met Client Services:
Tel +31 (0)20 3831364 | Email clientservices@nl.abnamro.com

Alle relevante sectorinformatie van ABN AMRO met betrekking tot uw sector TMT vindt u op insights.
Denk aan het milieu voordat u deze e-mail print.

This message has been sent by ABN AMRO Bank N.V., which has its seat at Gustav Mahlerlaan 10 (1082 PP) Amsterdam, the Netherlands, and is registered in the Commercial Register of Amsterdam under number 34334259.