# Exhibit
# 1

1

2          IN THE UNITED STATES DISTRICT COURT

3              SOUTHERN DISTRICT OF FLORIDA

4

5    ALEKSEJ GUBAREV, XBT HOLDING    )Case No.
     S.A., AND WEBZILLA, INC.,       )17-CV-60426-
6                                    )UU
                   Plaintiffs,       )
7                                    )
              vs.                    )
8                                    )
     BUZZFEED, INC. AND BEN          )
9    SMITH,                          )
                                     )
10                 Defendants.       )
     -------------------------------)

11

12

13             DEPOSITION OF BENJAMIN SMITH

14                  New York, New York

15              Thursday, February 8, 2018

16

17

18

19

20

21

22

23

24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. J1400363



```
 1

 2  B E N J A M I N   S M I T H, called as a

 3      witness, having been duly sworn by a

 4      notary public, was examined and testified

 5      as follows:

 6                    EXAMINATION

 7  BY MR. FRAY-WITZER:

 8      Q.    Good morning.

 9      A.    Good morning.

10      Q.    Let me start by asking you if you

11  have ever been deposed before.

12      A.    No, I haven't.

13      Q.    Okay.  So I'm going to lay out for

14  you some of the ground rules of a deposition.

15          The first thing is that I will ask

16  you a series of questions.  Hopefully you'll

17  give a series of answers.  All of your

18  answers need to be verbal so head nods,

19  um-hums, uh-uhs, can't be recorded accurately

20  by the transcriptionist, so I would ask that

21  if you're giving an answer -- yes-or-no

22  answer that you say "yes" or "no"; if it's a

23  longer answer, that you give your longer

24  answer but your answers be verbal.

25          Is that okay?
```



```
 1              CONFIDENTIAL - Smith
 2   reaching out to the plaintiffs?
 3       A.    In what period?
 4       Q.    After the publication of the
 5   dossier.
 6       A.    I believe that when the plaintiffs
 7   filed suit against us, our media reporter,
 8   Steven Perlberg, contacted a lawyer for the
 9   plaintiffs.
10       Q.    Prior to the lawsuit being filed,
11   did anyone at BuzzFeed reach out to the
12   plaintiffs, that you know of?
13       A.    I can't speak for everyone at
14   BuzzFeed, but not that I know of.
15       Q.    You said, "I think I actually don't
16   see the case for the middle position."  Do
17   you not think that BuzzFeed could have just
18   as effectively written an article about the
19   dossier without printing the actual dossier?
20       A.    No.
21       Q.    On page 4943 in the middle of the
22   page you say, "I think that I would say is
23   that, I think -- it's -- if you're going to
24   report on a document, the presumption is that
25   you share the document with your audience,
```



```
 1                  CONFIDENTIAL - Smith
 2        A.   You know, I don't have a detailed
 3   recollection of what I said.  Could you give
 4   me the transcript?
 5        Q.   Do you have a general recollection?
 6        A.   You know, I'd just wouldn't want to
 7   rely on my recollection.  Could you give me
 8   the transcript?
 9        Q.   And again, I'm afraid in the
10   depositions I get to ask the questions.  And
11   so you can give me the answer.  That is a
12   perfectly fine answer.  And we'll make a
13   determination as to what to do about the
14   transcript.
15            But do you have a recollection as
16   to saying anything to that effect?
17        A.   You know, I just don't have a
18   detailed recollection of my exact words on
19   that show and I'd really want to look at the
20   transcript before I kind of opined on them.
21        Q.   I think you testified earlier that
22   you don't believe that BuzzFeed could have
23   effectively reported on the dossier without
24   publishing the dossier.  Am I remembering
25   that correctly?
```



```
 1                  CONFIDENTIAL - Smith
 2        A.   I certainly believe it was
 3   important that we publish the dossier.
 4             MR. FRAY-WITZER:  15 and 16.
 5             (Plaintiffs' Exhibit 15, Article
 6        entitled, "What To Do With 'Shitty Media
 7        Men'?" marked for identification as of
 8        this date.)
 9             (Plaintiffs' Exhibit 16, Article
10        entitled, "Moira Donegan Says She Is The
11        Woman Who Created The 'Shitty Media
12        Men,'" marked for identification as of
13        this date.)
14   BY MR. FRAY-WITZER:
15        Q.   You've just been handed what's been
16   marked as Exhibits 15 and 16.  Can you tell
17   me what those exhibits are?
18        A.   One is an article titled "What To
19   Do With the Shitty" -- quote, "Shitty Media
20   Men."
21             Sorry.  One is an article entitled
22   "What To Do With 'Shitty Media Men,'" phrased
23   as a question.  It's an article by a reporter
24   named Doree Shafrir, D-O-R-E-E S-H-A-F-R-I-R,
25   posted on October 20, 2017.
```



```
 1                CONFIDENTIAL - Smith
 2             And the second is a story from
 3    January 11th of this year titled "Moira
 4    Donegan Says She Is The Woman Who Created the
 5    'Shitty Media Men' List."
 6         Q.   What is the "shitty media men
 7    list"?
 8         A.   It was a list of -- it was an
 9    anonymously created list of men who worked in
10    media against whom there had been allegations
11    made of sexual misconduct or other kinds of
12    bad behavior.
13         Q.   Were any BuzzFeed reporters on that
14    list?
15         A.   Yes.
16         Q.   How many BuzzFeed reporters or
17    editors?
18         A.   I believe there were four BuzzFeed
19    employees.
20         Q.   And there were employees from
21    major -- and no offense, I don't mean that
22    BuzzFeed is not major.  There were reporters
23    from other major media outlets on that list;
24    is that correct?
25         A.   Yes.
```



```
 1              CONFIDENTIAL - Smith
 2        Q.   And that list was available on the
 3    Internet; is that correct?
 4        A.   Yes.
 5        Q.   And --
 6        A.   Well --
 7        Q.   -- it was available through Reddit;
 8    is that correct?
 9        A.   It was at some point posted to
10    Reddit.  I'm just -- it was -- I'm not sure
11    it was available in different ways at
12    different precise moments.
13        Q.   And the list had gone viral; is
14    that correct?
15        A.   Yes.
16        Q.   And BuzzFeed chose to write two
17    different articles about the list; is that
18    correct?
19        A.   Yes.
20        Q.   Yet BuzzFeed never published the
21    list, correct?
22        A.   Yes.
23        Q.   Why not?
24        A.   Well, this list hadn't been briefed
25    to the president of the United States, the
```



```
 1                CONFIDENTIAL - Smith

 2    president-elect of the United States and

 3    wasn't being shared or used by American

 4    intelligence officials at the -- or affecting

 5    the actions of -- yeah, of American officials

 6    at the top levels of government, but

 7    specifically it had not been briefed to one

 8    president, much less two.

 9         Q.   It was a story that was important;

10    is that correct?

11         A.   Yes.

12         Q.   The Me Too movement is important;

13    is that correct?

14         A.   Yes.

15         Q.   The issues of sexual harassment in

16    the media is important; is that correct?

17         A.   Yes.

18         Q.   This was a document that was

19    exposing the identities of media

20    personalities alleged to have committed

21    serious acts of sexual harassment and

22    sometimes abuse; is that correct?

23         A.   Yes.

24         Q.   Why isn't there a presumption that

25    your readers are adult enough to see the list
```



```
 1                  CONFIDENTIAL - Smith
 2   itself?
 3         A.   Well, you know, every editorial
 4   situation is a different call and a different
 5   balance.  In this case, unlike the dossier,
 6   for instance, the document had not been
 7   briefed to the president of the United
 8   States.
 9         Q.   Is that the only litmus test?
10         A.   No.
11         Q.   Okay.  So with respect to this
12   particular situation, what were the factors
13   that made you decided not to publish the
14   shitty media men list?
15         A.   Well, we didn't -- the -- with the
16   dossier we knew that it had been written by a
17   former senior British intelligence official
18   who had had a specialty in Russia and Russian
19   intelligence and whose work was very highly
20   respected by his peers and that -- and was
21   being taken serious by American intelligence
22   agencies.
23              In this case we didn't know the
24   identity of the author of the dossier in
25   either way -- I'm sorry, of this memo -- of
```



```
 1              CONFIDENTIAL - Smith
 2    this list, for instance.  So that was a
 3    factor.
 4         Q.   You didn't know the identity of the
 5    person who made the allegations concerning
 6    Aleksej Gubarev, right?
 7         A.   Well, we knew the identity of
 8    Christopher Steele, who is the person who
 9    wrote those allegations in the dossier, yes.
10         Q.   And you knew that Christopher
11    Steele didn't himself make those allegations;
12    he was relying on someone, correct?
13         A.   We didn't know the identify of the
14    Christopher Steele's source, that's correct.
15    Though we knew that Christopher Steele was a
16    very credible figure who had operated at the
17    top level of British intelligence.
18         Q.   By the time BuzzFeed published the
19    second story, it had conducted an
20    investigation and had terminated at least one
21    person on the list for conduct that comports
22    with what was reported on the list; is that
23    correct?
24         A.   Not exactly.
25         Q.   Did BuzzFeed do any investigation
```



```
 1              CONFIDENTIAL - Smith
 2    as to the credibility of the allegations
 3    contained on the list?
 4         A.   Yes, and it -- yes.
 5         Q.   Did it substantiate any of the
 6    allegations made in the list?
 7              MR. SIEGEL:  I'm going to -- I
 8         think you're getting pretty deep into
 9         other stories and any sources.  You're
10         asking him about why he --
11              THE COUR REPORTER:  I'm sorry, I
12         can barely hear you.
13              MR. FRAY-WITZER:  Yeah, I can't
14         hear you.
15              MR. SIEGEL:  I think -- I think
16         you're getting -- I think you're getting
17         to the point where you're going --
18         you're asking him directly about his
19         gathering sources, et cetera, and about
20         a total unrelated story.
21              MR. FRAY-WITZER:  I'm not asking
22         about news-gathering or sources.
23              MR. SIEGEL:  Well, sure you are.
24         You're asking him which allegations he
25         substantiated, which he didn't, who --
```



```
 1                    CONFIDENTIAL - Smith
 2              MR. FRAY-WITZER:  Okay.  That
 3         doesn't require anything about sources.
 4    BY MR. FRAY-WITZER:
 5         Q.   You've said that certain
 6    allegations were substantiated, there was
 7    some confidence level.  Why not publish the
 8    list?
 9              MR. SIEGEL:  Well, wait a minute.
10         I don't think he said that.
11              THE WITNESS:  Sorry, just what --
12         I've lost the thread here.  What's the
13         question?
14              MR. BLACK:  There's no question
15         pending.
16    BY MR. FRAY-WITZER:
17         Q.   Were any allegations substantiated?
18              MR. SIEGEL:  Objection.
19    BY MR. FRAY-WITZER:
20         Q.   That doesn't mean you can't answer.
21    DI        MR. SIEGEL:  Well, no.  Objection;
22         privilege.  I think you're asking him
23         about --
24              I'm going to object to that and
25         instruct him not to answer.
```



```
 1              CONFIDENTIAL - Smith
 2   BY MR. FRAY-WITZER:
 3        Q.   Without revealing any sourcing
 4   information whatsoever, was BuzzFeed able to
 5   substantiate any allegations contained in the
 6   list?
 7             MR. SIEGEL:  Well --
 8        A.   Sorry.  Are you asking about our
 9   internal HR investigation?
10   BY MR. FRAY-WITZER:
11        Q.   No.  I'm asking just about any
12   allegations that were contained in the shitty
13   media men list.
14   DI        MR. SIEGEL:  I'm still going to
15           object as privileged.  It goes beyond
16           confidential sources.  And I think you
17           are at this point asking him about the
18           details of BuzzFeed's news-gathering,
19           about entirely different stories, so I'm
20           going to instruct him not to answer.
21             MR. FRAY-WITZER:  The only thing
22           I'll ask you to say louder is your
23           instruction not to answer.
24   DI        MR. SIEGEL:  I instruct the witness
25           not to answer.
```



```
 1              CONFIDENTIAL - Smith
 2    BY MR. FRAY-WITZER:
 3        Q.   Were you more concerned about
 4    publishing the list when it dealt with
 5    mention of the media than you were when it
 6    dealt with Alex Gubarev?
 7        A.   No.
 8        Q.   Sometimes it's possible to report
 9    on the story and report on the document
10    without publishing the document, isn't it?
11        A.   You know, every editorial decision
12    is made on a case-by-case basis.
13        Q.   Is it accurate to say that you have
14    met with the Emerson Collective recently?
15        A.   Yes.
16        Q.   Was the purpose of that meeting to
17    discuss possible investment in BuzzFeed?
18        A.   We did discuss that.
19        Q.   Did you discuss the publication of
20    the dossier in that meeting?
21        A.   Not that I recall.
22        Q.   Have you, in any conversations with
23    potential investors, used the publication of
24    the dossier as a selling point?
25        A.   Not that I recall.
```



```
 1                   CONFIDENTIAL - Smith
 2          Q.   Have you pointed to the publication
 3     of the dossier as an important scoop that
 4     BuzzFeed made?
 5          A.   Yes.  I wrote an article in The New
 6     York Times whose headline was "I'm Proud We
 7     Published the Trump-Russia Dossier."
 8          Q.   Have you ever used BuzzFeed's scoop
 9     in publishing the dossier in connection with
10     wooing investors?
11          A.   Not that I recall.
12               MR. FRAY-WITZER:  Let's take a
13          five-minute break, if we could.
14               MR. BLACK:  Sure.
15               MR. SIEGEL:  Sure.
16               (Recess taken.)
17               (Plaintiffs' Exhibit 15, Article
18          entitled, "What To Do With "Shitty Media
19          Men"?, marked for identification as of
20          this date.)
21     BY MR. FRAY-WITZER:
22          Q.   If you look at the article "What to
23     do with 'Shitty Media Men,'" your reporter
24     wrote, "On Wednesday afternoon, I received an
25     e-mail from a friend, a woman writer, that
```



```
 1                 CONFIDENTIAL - Smith
 2   had been forwarded from another woman, also a
 3   writer.  The body of the e-mail contained an
 4   anonymous Google spreadsheet labeled 'Shitty
 5   Media Men.'  On the top it said, 'Disclaimer:
 6   This document is only a collection of
 7   misconduct allegations and rumors.  Take
 8   everything with a grain of salt.  If you see
 9   something about a man you're friends with,
10   don't freak out.  Men accused of physical
11   sexual violence by multiple women are
12   highlighted in red.'  I saw some of the names
13   and thought:  Fucking finally.  Finally the
14   grossest men in media will be exposed."
15            Did I read that correctly?
16        A.   Yes.
17        Q.   Is Doree Shafrir someone who you
18   trust?
19        A.   Yes.
20        Q.   Is Doree Shafrir someone who you
21   believe would report accurately to you?
22        A.   Yes.
23        Q.   So you have someone who knows some
24   of the people on the list and has confirmed
25   being relieved that the names are out there;
```



```
 1                    CONFIDENTIAL - Smith
 2    is that correct?
 3         A.   Yes.
 4         Q.   And you reported extensively in not
 5    just one but two articles on this list,
 6    correct?
 7         A.   Yes.
 8         Q.   Isn't the reason that you didn't
 9    publish the list because it contained names
10    of BuzzFeed reporters and it contained names
11    of your colleagues and friends in the media?
12         A.   No.
13              (Continued on next page to include
14         jurat.)
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                    CONFIDENTIAL - Smith

 2              MR. FRAY-WITZER:  I have no further

 3         questions.

 4              MR. BLACK:  Okay.

 5              MR. SIEGEL:  Okay.

 6              (Time noted:  3:04 p.m.)

 7

 8

 9                      _____

10                      BENJAMIN SMITH

11

12    Subscribed and sworn to before me

13    this_____ day of _____, 2018.

14

15    _____

16

17

18

19

20

21

22

23

24

25
```



```
 1

 2                C E R T I F I C A T E

 3    STATE OF NEW YORK      )

 4                              : ss.

 5    COUNTY OF NEW YORK      )

 6

 7            I, TAMI H. TAKAHASHI, a Notary

 8        Public within and for the State of New

 9        York, do hereby certify:

10            That BENJAMIN SMITH, the witness

11        whose deposition is hereinbefore set

12        forth, was duly sworn by me and that

13        such deposition is a true record of the

14        testimony given by the witness.

15            I further certify that I am not

16        related to any of the parties to this

17        action by blood or marriage, and that I

18        am in no way interested in the outcome

19        of this matter.

20            IN WITNESS WHEREOF, I have hereunto

21        set my hand this 13th day of February

22        2018.

23

24

25                TAMI H. TAKAHASHI
```

