# Exhibit
# 3

**In the Matter Of:**

IN RE: GUBAREV vs BUZZFEED

---

# TRANSCRIPT OF VIDEO LINK

*October 05, 2018*

---



800.211.DEPO (3376)
EsquireSolutions.com

1

2

3

4

5

6

7

8                    TRANSCRIPT OF VIDEO LINK
         Http://www.msnbc.com/mtp-daily/watch/chuck-todd-goes-
9        one-on-one-with-buzzfeed-editor-852858947658?v=raila&

10
     IN RE:  GUBAREV v. BUZZFEED, INC.
11

12

13

14

15

16

17

18

19

20

21

22    Transcribed by:
      Christine Aiello
23
      Job No. J2910305
24

25



```
 1                    V I D E O   L I N K

 2

 3            CHUCK TODD:  Ben Smith joins me now.

 4            Ben, welcome, sir.

 5            BEN SMITH:  Thanks for having me on, Chuck.

 6            CHUCK TODD:  Okay.  I want you to explain this

 7    sentence, publishing this dossier reflects how we see,

 8    referring to yourself, the job of reporters in 2017.

 9    That makes the -- makes me think this is a decision you

10    would have -- you would not have made the same decision

11    in the pre-Trump era.

12            BEN SMITH:  Oh, no, I don't -- I'm not really

13    referring to the pre-Trump era, I think more the

14    pre-Internet era.  I mean, I think there was an era,

15    and I think there are reasons for us to be nostalgic

16    for it, reasons for us to have issues with it, where we

17    could act as gatekeepers, where we could say, you know

18    what, crazy people are claiming that Barrack Obama's

19    birth certificate is forged, but we're not going to --

20    we're not going to write about that.  That's crazy.

21            CHUCK TODD:  Uh-huh.

22            BEN SMITH:  And -- and remember, during -- if

23    you remember, we were both there, during Obama's first

24    campaign, that was at first the approach; and then you

25    see these things spread, and you have to engage them.
```



 1 | And I think -- I think there -- there was an era when

 2 | you -- you would -- when you would be the gatekeeper

 3 | for -- - for information, and you would say to --

 4 | and -- and you would say to your audience, trust us --

 5 |            CHUCK TODD:  Uh-huh.

 6 |            BEN SMITH:  -- we're keeping things from you,

 7 | we have lots of secrets we're not telling you, but you

 8 | should trust us.  I think you could say that was a good

 9 | era or you could say that was a bad era.  That is not

10 | the present day.

11 |            CHUCK TODD:  What --

12 |            BEN SMITH:  And so I guess I would -- I mean,

13 | I think that -- so there were --

14 |            CHUCK TODD:  Yeah.

15 |            BEN SMITH:  And in that context, I'd say there

16 | were --

17 |            CHUCK TODD:  Uh-huh.

18 |            BEN SMITH:  -- really two reasons that we --

19 | that we did decide to publish this.  And we, like --

20 | like many other organizations, had had it for weeks,

21 | had reporters --

22 |            CHUCK TODD:  Uh-huh.

23 |            BEN SMITH:  -- in Europe and the United

24 | States --

25 |            CHUCK TODD:  Right.



1    BEN SMITH:  -- trying to stand up or knock

2    down specific details.  They're -- and but this -- this

3    was a document that was not just circulating at the

4    highest levels of the intelligence community, the most

5    powerful intelligence officials in the country

6    referring to it in briefings to the President of the

7    United States, the President Elect,

8    reportedly disputedly --

9    CHUCK TODD:  Uh-huh.

10    BEN SMITH:  -- the political elite, you know,

11    top elected officials, the Gang of Eight, John --

12    CHUCK TODD:  Right.

13    BEN SMITH:  -- McCain, Susaad (phonetic),

14    certainly the media elite had it.

15    CHUCK TODD:  Right.

16    BEN SMITH:  And I think -- and we're not --

17    and not -- didn't just have it, we're starting to act

18    on it.  Harry Reid had written the letter referring to

19    it.  And I think when you have an object that is in

20    play that is --

21    CHUCK TODD:  Uh-huh.

22    BEN SMITH:  -- having consequences for the

23    way our elected leaders are acting, the question -- you

24    do have to ask the question of why should I suppress

25    them.  There are then good reasons, right?



1        CHUCK TODD:  Right.

2        BEN SMITH:  Once though it emerges, as it did

3   last night, the -- in the public conversation that

4   there is this secret document floating around full of

5   dark allegations --

6        CHUCK TODD:  Right.

7        BEN SMITH:  -- that we will not repeat to

8   you, that I feel like in this era you really have to

9   show your readers what that is in an appropriate

10  context.

11       CHUCK TODD:  Right.

12       BEN SMITH:  In our original report, I mean,

13  if you read what we wrote --

14       CHUCK TODD:  Yeah.

15       BEN SMITH:  -- it stressed that there were --

16  that -- that there were real solid reasons to --

17       CHUCK TODD:  Right.

18       BEN SMITH:  -- distrust this that noted to

19  specific eras.

20       CHUCK TODD:  All right.  But -- but you -- you

21  talk about context and you talk about putting the

22  responsibility on the readers, but at the -- at the

23  same time, don't you have a responsibility of not

24  spreading false information?  You are -- you -- you --

25  did you -- do you -- are you knowingly spreading false



 1  information?

 2          BEN SMITH:  I mean, I think as with the Obama

 3  birth certificate thing during the Obama campaign, this

 4  is an incredibly difficult balance that everybody in

 5  our business navigates every day.

 6          CHUCK TODD:  But you're not publishing a --

 7          BEN SMITH:  There are false claims.

 8          CHUCK TODD:  You're not publishing -- you --

 9          BEN SMITH:  You are quoting people saying --

10          CHUCK TODD:  I understand, but did you --

11          BEN SMITH:  You're quoting people, whether

12  it --

13          CHUCK TODD:  -- publish a false birth

14  certificate?

15          BEN SMITH:  You -- well, you -- we certainly

16  quoted the President of the Elect of the United States

17  making false claims about it.  And years ago we debated

18  rather we should quote regular citizens in Iowa saying,

19  I -- you know, I don't believe his birth certificate.

20  And I remember us thinking at first, we probably

21  shouldn't, that we shouldn't pass that on; and then

22  saying --

23          CHUCK TODD:  Uh-huh.

24          BEN SMITH:  -- you know what, this has become

25  a force that is impacting conversation.  The



```
 1   information environment, fake news, are now these --
 2   they are factors in the conversation --
 3            CHUCK TODD:  But haven't you just --
 4            BEN SMITH:  -- they are things that we all --
 5            CHUCK TODD:  -- participated in --
 6            BEN SMITH:  -- navigate.
 7            CHUCK TODD:  I mean, it -- look, the fake news
 8   thing has turned into this -- you know, that it's the
 9   worst phrase.
10            BEN SMITH:  I think different kinds of
11   information -- I think --
12            CHUCK TODD:  But didn't you just -- did --
13   did -- do you -- and -- and now I'm sure -- I know this
14   was not your intent, I've known you a long time, but
15   you just published fake news.
16            BEN SMITH:  We just published the dossier.
17   No, I think that's a really -- I think --
18            CHUCK TODD:  Why is that not a --
19            BEN SMITH:  -- people are throwing --
20            CHUCK TODD:  -- fair -- why is that an unfair
21   description?
22            BEN SMITH:  I think people love to throw the
23   term fake news around --
24            CHUCK TODD:  Trust me --
25            BEN SMITH:  -- to -- to --
```



 1              CHUCK TODD:  -- I'm aware.

 2              BEN SMITH:  -- to diminish anything they don't

 3    like.

 4              CHUCK TODD:  Of course.

 5              BEN SMITH:  But I think this was a real story

 6    about a real document that was really being passed

 7    around between the very top officials of this country.

 8    And then the question you say is, okay, it's okay for

 9    you to, Chuck Todd to see this document --

10              CHUCK TODD:  Uh-huh.

11              BEN SMITH:  -- it's okay for me to see it,

12    okay for John McCain, okay for the CIA.  What's --

13              CHUCK TODD:  Uh-huh.

14              BEN SMITH:  Why is it not okay for your

15    audience?  Or why is it -- like, which of your audience

16    members are you comfortable showing it to.  And I think

17    when people are, as Harry Reid did, top officials are

18    making, not just --

19              CHUCK TODD:  Uh-huh.

20              BEN SMITH:  -- seeing it making decisions

21    based on it; it is appropriate --

22              CHUCK TODD:  But --

23              BEN SMITH:  -- to tell your audience and to

24    respect the fact that they can say --

25              CHUCK TODD:  All right.



1    BEN SMITH:  -- this looks like nonsense.

2    CHUCK TODD:  All right.  It seems to me

3  there -- there -- it's almost as if you're saying,

4  there was -- there was only two choices you had here,

5  not publish or publish.  There is a gray area.  I

6  understand this idea in this day and age that -- that

7  there are many readers that feel as if proof, show me

8  that you have the goods.  There is such thing as

9  redactions, and you could have redacted.

10    BEN SMITH:  There are --

11    CHUCK TODD:  You could have --

12    BEN SMITH:  There are --

13    CHUCK TODD:  -- said, here it is, and --

14    BEN SMITH:  I would say there are --

15    CHUCK TODD:  -- you know what --

16    BEN SMITH:  -- redactions in there.

17    CHUCK TODD:  -- and -- you didn't do many.

18  You did --

19    BEN SMITH:  That's correct.

20    CHUCK TODD:  -- very, very few, and in some

21  cases not enough, as far as even I -- I believe one

22  of -- one of the people that contributed to it.  So

23  it -- why not do that?  Why not go that middle ground?

24  I understand --

25    BEN SMITH:  I think --



1              CHUCK TODD:  -- you're making a case here.

2     Hey --

3              BEN SMITH:  I would say that --

4              CHUCK TODD:  -- all these leaders have this,

5     we know this is available.  CNN made the decision to

6     say -- to do what you just do, which said, hey, this is

7     out there, we know that this report exists, it's a

8     dossier, it's unverified information, stop.

9              BEN SMITH:  I think that there is obviously a

10    spectrum and a lot of decisions, and I think reasonable

11    people can really disagree about where you do that.

12             CHUCK TODD:  Uh-huh.

13             BEN SMITH:  To me, to say, as some of -- as

14    some organizations did, there is a secret document,

15    here is our summary of it, we are going to protect your

16    eyes from it --

17             CHUCK TODD:  Uh-huh.

18             BEN SMITH:  -- is an untenable -- is -- is --

19    is very difficult to explain or maintain because --

20    because you're -- so you're allowed to take false

21    claims and summarize them, but not show -- I mean, I

22    guess our impulse and I think the -- is -- is to show

23    the audience the underlying document and let them make

24    their own decisions and -- and -- and respect them

25    to -- to -- to doubt -- to be able to doubt --



```
 1              CHUCK TODD:  But --

 2              BEN SMITH:  -- this.

 3              CHUCK TODD:  But at one point -- I understand

 4   this, and that's all in transparency, but transparency

 5   can turn into a crutch to turn into laziness.  I mean,

 6   the job of the reporters is we're doing -- we're doing

 7   our best to find truth, okay?  At the end of the day,

 8   it's the best truth we can have.  And -- and --

 9              BEN SMITH:  If we had --

10              CHUCK TODD:  And you are -- you are --

11              BEN SMITH:  If we had a -- if we had an

12   unlimited amount --

13              CHUCK TODD:  You made a knowingly decision --

14   you made a knowing decision to put out an untruth --

15              BEN SMITH:  If -- if we had --

16              CHUCK TODD:  -- or at least something --

17              BEN SMITH:  If we had --

18              CHUCK TODD:  -- you hadn't proven true yet.

19              BEN SMITH:  -- if we had -- if -- if we had

20   gotten that dossier, if -- if there had not been

21   public -- if there had not been a public conversation

22   about secret documents that no one was allowed to

23   see --

24              CHUCK TODD:  Uh-huh.

25              BEN SMITH:  -- we -- we -- we would have
```



1    continued, as I think we did, and our other competitors

2    did in Prague and other places to try to report this

3    out.  I mean, I would agree with you.  When you get a

4    tip, when you get an anonymous document --

5              CHUCK TODD:  Uh-huh.

6              BEN SMITH:  -- you know, as we do every day

7    at Buzzfeed news, is we -- when we -- you know,

8    recently --

9              CHUCK TODD:  But why aren't you?  Look,

10   take -- like go down that logical road.  You're

11   getting -- there's a lot of unsubstantiated sources on

12   there.  Why aren't you reporting all of your

13   unsubstantiated sources?  Why in this --

14             BEN SMITH:  I think --

15             CHUCK TODD:  -- particular case --

16             BEN SMITH:  I think if it was reported that

17   the President of the United States was being briefed

18   on -- on a salacious personal report about me or

19   about -- or some --

20             CHUCK TODD:  Uh-huh.

21             BEN SMITH:  -- other piece of gossip, we

22   would -- I think we would feel compelled to -- to --

23             CHUCK TODD:  By the way --

24             BEN SMITH:  -- print that document.

25             CHUCK TODD:  -- it's -- it's not confirmed



 1  that he was definitely briefed on this document.

 2          BEN SMITH:  I know, I saw your report on that.

 3          CHUCK TODD:  Okay.  We have not --

 4          BEN SMITH:  It had --

 5          CHUCK TODD:  -- done that.

 6          BEN SMITH:  -- been reported.  It was reported

 7  last night.  I realize that that was done --

 8          CHUCK TODD:  Did you guys make an effort to

 9  confirm whether or not he actually was briefed on this,

10  and would that have made a decision -- difference in

11  your decision?

12          BEN SMITH:  We -- we did a lot of -- we did a

13  lot of reporting about the extent to which this was --

14  this was widely distributed at the highest levels.  I

15  do think there was also a big -- a report last night

16  that was part of that, we did not have all of that

17  ourselves.

18          CHUCK TODD:  Do you believe it's never -- let

19  me -- let me quote Margaret Sullivan, she just states

20  this flatly, it's never been acceptable to publish

21  rumor and innuendo, period.

22          BEN SMITH:  I think --

23          CHUCK TODD:  Do you agree with her?

24          BEN SMITH:  I think that we are now in a media

25  environment where you have to engage in false



 1  statements.

 2          CHUCK TODD:  In rumor and innuendo?

 3          BEN SMITH:  I mean, I guess I -- I -- I

 4  think -- I think it's an environment where you have

 5  to -- you -- you no longer have the luxury, where

 6  the -- and where the legacy media, which has at times

 7  turned away from saying, wow, there is all of this

 8  crazy stuff on the Internet, we're not going to touch

 9  it, we're going to stay out of it --

10          CHUCK TODD:  Uh-huh.

11          BEN SMITH:  -- we're going -- just going to

12  kind of let it spread; and I think that this is a place

13  where sunlight is a disinfectant, where it's important

14  to show your audience --

15          CHUCK TODD:  Well --

16          BEN SMITH:  -- what you have.

17          CHUCK TODD:  It -- there was a line.  When

18  does the line become yelling fire in a theater?

19          BEN SMITH:  I think that you're absolutely

20  right that there is -- that -- that -- that you can --

21  reasonable people can disagree.  I mean, I'm not sure

22  that you would say that the effect of publishing --

23  that the effect of publishing this has made people

24  think it's more credible, by the way.  Do you

25  believe -- do you think that?



1          CHUCK TODD:  No.  But do you believe that you

2     have helped the credibility of the media with the

3     public or hurt the credibility of journalism with the

4     public?

5          BEN SMITH:  I think in the long term we all

6     have to reckon with the reality that we've got to

7     engage information that is out there, true and false;

8     do our best to verify it; and be as transparent as we

9     can with our readers about what we know, what we don't

10    know, what we doubt.  It's an incredibly uncomfortable

11    thing, I think, for everybody.  I -- I realize lots

12    of --

13         CHUCK TODD:  Are you still comfortable --

14         BEN SMITH:  -- editors --

15         CHUCK TODD:  -- with this decision, or are

16    you --

17         BEN SMITH:  Oh, absolutely.  I think this was

18    exactly -- absolutely the right thing to do.

19         CHUCK TODD:  All right.  Ben Smith.  We could

20    go on and on, but my producer is yelling at me because

21    the clock keeps ticking.  Anyway, I appreciate you

22    coming in.

23         BEN SMITH:  Thanks for having me on --

24         CHUCK TODD:  Not --

25         BEN SMITH:  -- Chuck.



 1           CHUCK TODD:  Not easy debating these things,

 2   and yet I love having these media debates.  They are

 3   exciting in newsrooms.  Anyway, Ben Smith, thank you.

 4   We'll be right back.

 5                         - - -

 6           (Whereupon, the video link was concluded)

 7                         - - -

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1   STATE OF WASHINGTON)
                        ) SS:
 2   COUNTY OF WHATCOM  )

 3

 4

 5            I, CHRISTINE AIELLO, do hereby certify

 6   that I transcribed the audio, and that the foregoing is

 7   a true and complete transcription of the audio

 8   transcribed under my personal direction.

 9            IN WITNESS WHEREOF, I do hereunto set my

10   hand at Blaine, Washington, this 5th day of October,

11   2018.

12

13

14

15

16            _____

17                   Christine Aiello

18

19

20

21

22

23

24

25
```



TRANSCRIPT OF VIDEO LINK
IN RE: GUBAREV vs BUZZFEED

October 05, 2018
Index: 2017..crutch

**2**

2017
2:8

**A**

absolutely
14:19
15:17,18

acceptable
13:20

act
2:17 4:17

acting
4:23

age
9:6

agree
12:3
13:23

allegations
5:5

allowed
10:20
11:22

amount
11:12

anonymous
12:4

approach
2:24

area
9:5

audience
3:4 8:15,
23 10:23
14:14

aware
8:1

**B**

back
16:4

bad
3:9

balance
6:4

Barrack
2:18

based
8:21

Ben
2:3,4,5,
12,22
3:6,12,
15,18,23
4:1,10,
13,16,22
5:2,7,12,
15,18
6:2,7,9,
11,15,24
7:4,6,10,
16,19,22,
25 8:2,5,
11,14,20,
23 9:1,
10,12,14,
16,19,25
10:3,9,
13,18
11:2,9,
11,15,17,
19,25
12:6,14,
16,21,24
13:2,4,6,
12,22,24
14:3,11,
16,19

15:5,14,
17,19,23,
25 16:3

big
13:15

birth
2:19 6:3,
13,19

briefed
12:17
13:1,9

briefings
4:6

business
6:5

Buzzfeed
12:7

**C**

campaign
2:24 6:3

case
10:1
12:15

cases
9:21

certificate
2:19 6:3,
14,19

choices
9:4

Chuck
2:3,5,6,
21 3:5,
11,14,17,
22,25
4:9,12,
15,21
5:1,6,11,
14,17,20

6:6,8,10,
13,23
7:3,5,7,
12,18,20,
24 8:1,4,
9,10,13,
19,22,25
9:2,11,
13,15,17,
20 10:1,
4,12,17
11:1,3,
10,13,16,
18,24
12:5,9,
15,20,23,
25 13:3,
5,8,18,23
14:2,10,
15,17
15:1,13,
15,19,24,
25 16:1

CIA
8:12

circulating
4:3

citizens
6:18

claiming
2:18

claims
6:7,17
10:21

clock
15:21

CNN
10:5

comfortable
8:16
15:13

community
4:4

compelled
12:22

competitors
12:1

concluded
16:6

confirm
13:9

confirmed
12:25

consequence
s
4:22

context
3:15
5:10,21

continued
12:1

contributed
9:22

conversatio
n
5:3 6:25
7:2 11:21

correct
9:19

country
4:5 8:7

crazy
2:18,20
14:8

credibility
15:2,3

credible
14:24

crutch
11:5



**D**

dark
5:5

day
3:10 6:5
9:6 11:7
12:6

debated
6:17

debates
16:2

debating
16:1

decide
3:19

decision
2:9,10
10:5
11:13,14
13:10,11
15:15

decisions
8:20
10:10,24

description
7:21

details
4:2

difference
13:10

difficult
6:4 10:19

diminish
8:2

disagree
10:11
14:21

disinfectant
14:13

disputedly
4:8

distributed
13:14

distrust
5:18

document
4:3 5:4
8:6,9
10:14,23
12:4,24
13:1

documents
11:22

dossier
2:7 7:16
10:8
11:20

doubt
10:25
15:10

**E**

easy
16:1

editors
15:14

effect
14:22,23

effort
13:8

Elect
4:7 6:16

elected
4:11,23

elite

4:10,14

emerges
5:2

end
11:7

engage
2:25
13:25
15:7

environment
7:1 13:25
14:4

era
2:11,13,
14 3:1,9
5:8

eras
5:19

Europe
3:23

exciting
16:3

exists
10:7

explain
2:6 10:19

extent
13:13

eyes
10:16

**F**

fact
8:24

factors
7:2

fair
7:20

fake
7:1,7,15,
23

false
5:24,25
6:7,13,17
10:20
13:25
15:7

feel
5:8 9:7
12:22

find
11:7

fire
14:18

flatly
13:20

floating
5:4

force
6:25

forged
2:19

full
5:4

**G**

Gang
4:11

gatekeeper
3:2

gatekeepers
2:17

good
3:8 4:25

goods
9:8

gossip
12:21

gray
9:5

ground
9:23

guess
3:12
10:22
14:3

guys
13:8

**H**

Harry
4:18 8:17

helped
15:2

hey
10:2,6

highest
4:4 13:14

hurt
15:3

**I**

idea
9:6

impacting
6:25

important
14:13

impulse
10:22

incredibly
6:4 15:10

information



    3:3 5:24
6:1 7:1,
11 10:8
15:7

**innuendo**
    13:21
14:2

**intelligenc
e**
    4:4,5

**intent**
    7:14

**Internet**
    14:8

**Iowa**
    6:18

**issues**
    2:16

---

        J

**job**
    2:8 11:6

**John**
    4:11 8:12

**joins**
    2:3

**journalism**
    15:3

---

        K

**keeping**
    3:6

**kind**
    14:12

**kinds**
    7:10

**knock**
    4:1

**knowing**
    11:14

**knowingly**
    5:25
11:13

---

        L

**laziness**
    11:5

**leaders**
    4:23 10:4

**legacy**
    14:6

**letter**
    4:18

**levels**
    4:4 13:14

**link**
    16:6

**logical**
    12:10

**long**
    7:14 15:5

**longer**
    14:5

**lot**
    10:10
12:11
13:12,13

**lots**
    3:7 15:11

**love**
    7:22 16:2

**luxury**
    14:5

---

        M

**made**

    2:10 10:5
11:13,14
13:10
14:23

**maintain**
    10:19

**make**
    10:23
13:8

**makes**
    2:9

**making**
    6:17
8:18,20
10:1

**Margaret**
    13:19

**Mccain**
    4:13 8:12

**media**
    4:14
13:24
14:6 15:2
16:2

**members**
    8:16

**middle**
    9:23

---

        N

**navigate**
    7:6

**navigates**
    6:5

**news**
    7:1,7,15,
23 12:7

**newsrooms**
    16:3

**night**
    5:3 13:7,
15

**nonsense**
    9:1

**nostalgic**
    2:15

**noted**
    5:18

---

        O

**Obama**
    6:2,3

**Obama's**
    2:18,23

**object**
    4:19

**officials**
    4:5,11
8:7,17

**organizatio
ns**
    3:20
10:14

**original**
    5:12

---

        P

**part**
    13:16

**participate
d**
    7:5

**pass**
    6:21

**passed**
    8:6

**people**
    2:18 6:9,
11 7:19,
22 8:17
9:22
10:11
14:21,23

**period**
    13:21

**personal**
    12:18

**phonetic**
    4:13

**phrase**
    7:9

**piece**
    12:21

**place**
    14:12

**places**
    12:2

**play**
    4:20

**point**
    11:3

**political**
    4:10

**powerful**
    4:5

**Prague**
    12:2

**pre-
internet**
    2:14

**pre-trump**
    2:11,13

**present**
    3:10

**President**
    4:6,7



6:16
12:17

**print**
12:24

**producer**
15:20

**proof**
9:7

**protect**
10:15

**proven**
11:18

**public**
5:3 11:21
15:3,4

**publish**
3:19 6:13
9:5 13:20

**published**
7:15,16

**publishing**
2:7 6:6,8
14:22,23

**put**
11:14

**putting**
5:21

——————————

                Q

**question**
4:23,24
8:8

**quote**
6:18
13:19

**quoted**
6:16

**quoting**
6:9,11

——————————

                R

**read**
5:13

**readers**
5:9,22
9:7 15:9

**real**
5:16 8:5,
6

**reality**
15:6

**realize**
13:7
15:11

**reasonable**
10:10
14:21

**reasons**
2:15,16
3:18 4:25
5:16

**recently**
12:8

**reckon**
15:6

**redacted**
9:9

**redactions**
9:9,16

**referring**
2:8,13
4:6,18

**reflects**
2:7

**regular**
6:18

**Reid**
4:18 8:17

**remember**
2:22,23
6:20

**repeat**
5:7

**report**
5:12 10:7
12:2,18
13:2,15

**reported**
12:16
13:6

**reportedly**
4:8

**reporters**
2:8 3:21
11:6

**reporting**
12:12
13:13

**respect**
8:24
10:24

**responsibil
ity**
5:22,23

**road**
12:10

**rumor**
13:21
14:2

——————————

                S

**salacious**
12:18

**secret**
5:4 10:14
11:22

**secrets**

3:7

**sentence**
2:7

**show**
5:9 9:7
10:21,22
14:14

**showing**
8:16

**sir**
2:4

**Smith**
2:3,5,12,
22 3:6,
12,15,18,
23 4:1,
10,13,16,
22 5:2,7,
12,15,18
6:2,7,9,
11,15,24
7:4,6,10,
16,19,22,
25 8:2,5,
11,14,20,
23 9:1,
10,12,14,
16,19,25
10:3,9,
13,18
11:2,9,
11,15,17,
19,25
12:6,14,
16,21,24
13:2,4,6,
12,22,24
14:3,11,
16,19
15:5,14,
17,19,23,
25 16:3

**solid**
5:16

**sources**
12:11,13

**specific**
4:2 5:19

**spectrum**
10:10

**spread**
2:25
14:12

**spreading**
5:24,25

**stand**
4:1

**starting**
4:17

**statements**
14:1

**states**
3:24 4:7
6:16
12:17
13:19

**stay**
14:9

**stop**
10:8

**story**
8:5

**stressed**
5:15

**stuff**
14:8

**Sullivan**
13:19

**summarize**
10:21

**summary**
10:15

**sunlight**



14:13

**suppress**
4:24

**Susaad**
4:13

_____

**T**
_____

**talk**
5:21

**telling**
3:7

**term**
7:23 15:5

**theater**
14:18

**thing**
6:3 7:8
9:8
15:11,18

**things**
2:25 3:6
7:4 16:1

**thinking**
6:20

**throw**
7:22

**throwing**
7:19

**ticking**
15:21

**time**
5:23 7:14

**times**
14:6

**tip**
12:4

**Todd**
2:3,6,21

**3:5,11,**
14,17,22,
25 4:9,
12,15,21
5:1,6,11,
14,17,20
6:6,8,10,
13,23
7:3,5,7,
12,18,20,
24 8:1,4,
9,10,13,
19,22,25
9:2,11,
13,15,17,
20 10:1,
4,12,17
11:1,3,
10,13,16,
18,24
12:5,9,
15,20,23,
25 13:3,
5,8,18,23
14:2,10,
15,17
15:1,13,
15,19,24
16:1

**top**
4:11 8:7,
17

**touch**
14:8

**transparenc
y**
11:4

**transparent**
15:8

**true**
11:18
15:7

**trust**
3:4,8

7:24

**truth**
11:7,8

**turn**
11:5

**turned**
7:8 14:7

_____

**U**
_____

**Uh-huh**
2:21 3:5,
17,22
4:9,21
6:23
8:10,13,
19 10:12,
17 11:24
12:5,20
14:10

**uncomfortab
le**
15:10

**underlying**
10:23

**understand**
6:10 9:6,
24 11:3

**unfair**
7:20

**United**
3:23 4:7
6:16
12:17

**unlimited**
11:12

**unsubstanti
ated**
12:11,13

**untenable**
10:18

**untruth**
11:14

**unverified**
10:8

_____

**V**
_____

**verify**
15:8

**video**
16:6

_____

**W**
_____

**weeks**
3:20

**widely**
13:14

**worst**
7:9

**wow**
14:7

**write**
2:20

**written**
4:18

**wrote**
5:13

_____

**Y**
_____

**years**
6:17

**yelling**
14:18
15:20

