# Exhibit 1

```
 1

 2         IN THE UNITED STATES DISTRICT COURT

 3            SOUTHERN DISTRICT OF FLORIDA

 4

 5    ALEKSEJ GUBAREV, XBT HOLDING    )Case No.
      S.A., AND WEBZILLA, INC.,       )17-CV-60426-
 6                                    )UU
                 Plaintiffs,          )
 7                                    )
               vs.                    )
 8                                    )
      BUZZFEED, INC. AND BEN          )
 9    SMITH,                          )
                                      )
10               Defendants.          )
      --------------------------------)
11

12

13            DEPOSITION OF BENJAMIN SMITH

14                 New York, New York

15            Thursday, February 8, 2018

16

17

18

19

20

21

22

23

24    Reported by:
      TAMI H. TAKAHASHI, RPR, CSR
25    JOB NO. J1400363
```



```
 1
 2   B E N J A M I N   S M I T H, called as a
 3       witness, having been duly sworn by a
 4       notary public, was examined and testified
 5       as follows:
 6                    EXAMINATION
 7   BY MR. FRAY-WITZER:
 8       Q.   Good morning.
 9       A.   Good morning.
10       Q.   Let me start by asking you if you
11   have ever been deposed before.
12       A.   No, I haven't.
13       Q.   Okay.  So I'm going to lay out for
14   you some of the ground rules of a deposition.
15            The first thing is that I will ask
16   you a series of questions.  Hopefully you'll
17   give a series of answers.  All of your
18   answers need to be verbal so head nods,
19   um-hums, uh-uhs, can't be recorded accurately
20   by the transcriptionist, so I would ask that
21   if you're giving an answer -- yes-or-no
22   answer that you say "yes" or "no"; if it's a
23   longer answer, that you give your longer
24   answer but your answers be verbal.
25            Is that okay?
```



```
 1                        Smith
 2        A.   What do you mean by "continuing
 3   education"?
 4        Q.   Have you had taken any classes or
 5   courses?
 6        A.   I took language courses at one
 7   point.
 8        Q.   Where did you go after the
 9   Indianapolis Star?
10        A.   Do you mean professionally?
11        Q.   Yes.
12        A.   To work for The Baltic Times.
13        Q.   Where is The Baltic Times located?
14        A.   In Riga, Latvia.
15        Q.   How long were you at The Baltic
16   Times?
17        A.   Less than a year.
18        Q.   And what was your position with
19   The Baltic Times?
20        A.   I was a reporter.
21        Q.   Did you have any particular beat
22   with The Baltic Times?
23        A.   No.
24        Q.   Why did you choose to leave
25   The Baltic Times?
```



Smith

2  A.  I was offered -- I was offered a
3  string for The Wall Street Journal.
4      I'm sorry, for The Wall Street
5  Journal Europe.
6  Q.  So to clarify, you were offered a
7  position as a stringer working for The Wall
8  Street Journal in Europe; is that correct?
9  A.  For The Wall Street Journal Europe.
10 Q.  And were you covering any
11 particular type of story while you were a
12 stringer for The Wall Street Journal Europe?
13 A.  Stories about Estonia, Latvia,
14 Lithuania and sometimes other countries in
15 the region.
16 Q.  How long did you do that?
17 A.  Between one year and two years.
18 Q.  And did you leave The Journal or
19 did you take another position with
20 The Journal?
21 A.  I took a job somewhere else.
22 Q.  Okay.  Why did you decide to leave
23 The Journal?
24 A.  It was right after 9/11 and I
25 wanted to go home.



```
 1                        Smith
 2       Q.    And where was your next position?
 3       A.    At The New York Sun.
 4       Q.    What was your position with The
 5　Sun?
 6       A.    I was a reporter.
 7       Q.    Did you have any particular beat
 8　with The Sun?
 9       A.    Yes.
10       Q.    And what was that?
11       A.    New York City Hall.
12       Q.    And how long did you stay with The
13　Sun?
14       A.    About two years.
15       Q.    Did your position remain the same
16　throughout those two years?
17       A.    I don't specifically remember.
18       Q.    Did your beat remain the same?
19       A.    Broadly, yes.
20       Q.    Were there any other things that
21　you were covering while you were reporting
22　for The Sun?
23       A.    Yes.
24       Q.    What kind of things?
25       A.    Specifically, once I wrote an
```



BENJAMIN SMITH  Confidential                                    February 08, 2018
GUBAREV vs BUZZFEED                                                            13

```
 1                       Smith
 2   article about a chocolate shop on Chambers
 3   Street.  I wrote an article about the Queens
 4   democratic political organization.  I wrote
 5   an article about -- or when the Iraq War
 6   broke out I wrote stories or -- about
 7   elements of the Iraq War or of the run-up to
 8   the Iraq War.
 9         Q.   After your time at The New York Sun
10   what was your next professional position?
11         A.   I was a reporter for The New York
12   Observer.
13         Q.   And did you have a particular beat
14   for The Observer?
15         A.   New York City politics.
16         Q.   And how long did you hold that
17   position?
18         A.   About two years.
19         Q.   And what was your next professional
20   position after The Observer?
21         A.   I was a reporter for the New York
22   Daily News.
23         Q.   What year was that that you started
24   with The News?
25         A.   2006.
```



```
 1                         Smith
 2          Q.    And did you have a particular beat
 3    for The Daily News?
 4          A.    Yes.
 5          Q.    And what was that?
 6          A.    New York City politics.
 7          Q.    And how long did you remain at
 8    The News?
 9          A.    One year.
10          Q.    Where did you go after The Daily
11    News?
12          A.    The Politico.
13          Q.    What was your original role at
14    Politico?
15          A.    I covered the democratic
16    presidential primary.
17          Q.    Did you have any other roles at
18    Politico?
19          A.    Yes.
20          Q.    What were those other roles?
21          A.    I covered politics.
22          Q.    In addition to writing straight
23    news for Politico, did you also write opinion
24    pieces?
25          A.    No.
```



BENJAMIN SMITH  Confidential                                February 08, 2018
GUBAREV vs BUZZFEED                                                        15

```
 1                      Smith
 2       Q.   Did you obtain a blog for Politico?
 3       A.   Yes.
 4       Q.   Did you consider your blog to be
 5  straight news, opinion, or a mixture of the
 6  two?
 7       A.   Straight news.
 8       Q.   How long did you stay at Politico?
 9       A.   Five years.
10       Q.   And following Politico, where did
11  you go?
12       A.   To BuzzFeed.
13       Q.   And that was 2014; is that correct?
14       A.   No.
15       Q.   2015?
16       A.   No.
17       Q.   When did you go to BuzzFeed?
18       A.   2012.
19       Q.   What made you decide to leave
20  Politico for BuzzFeed?
21       A.   The job seemed interesting and
22  challenging.
23       Q.   What was the job?
24       A.   To be editor-in-chief.
25       Q.   Is that your title today?
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                        Smith
 2        A.   Yes.
 3        Q.   If you could explain broadly what
 4   that job entails.
 5        A.   Now or in 2012?
 6        Q.   Let's do both actually.  In 2012,
 7   what did that entail?
 8        A.   In 2012 it involved hiring
 9   reporters and covering the presidential
10   campaign of 2012 as well as other topics, and
11   overseeing the existing BuzzFeed
12   entertainment side as well.
13        Q.   And has your role with BuzzFeed
14   developed or changed in some way between then
15   and now?
16        A.   Yes.
17        Q.   In what ways has it changed?
18        A.   Could you be more specific?  I
19   could talk for hours.
20        Q.   Well, you've told us broadly what
21   the job entailed in 2012.  What does the job
22   entail today?
23        A.   I manage a team of reporters and
24   editors and support staff covering news
25   around the world and I no longer -- and as
```



BENJAMIN SMITH  Confidential                         February 08, 2018
GUBAREV vs BUZZFEED                                                 17

```
 1                    Smith
 2   well as producers producing shows and no
 3   longer oversee the entertainment side.
 4        Q.   Did that change in 2016?
 5        A.   Different changes happened at
 6   different times.
 7        Q.   At some point did BuzzFeed separate
 8   out their news division and entertainment
 9   division?
10        A.   Yes.
11        Q.   When was that?
12        A.   I don't recall the specific day.
13        Q.   Do you remember the year?
14        A.   2016.
15        Q.   When you were working with The Wall
16   Street Journal did The Journal have rules
17   about the sourcing of stories that you knew
18   of?
19        A.   No.
20        Q.   Let me rephrase the question.
21             Did The Journal have rules about
22   sourcing?
23        A.   I don't specifically remember.
24        Q.   Do you know if The Journal had any
25   requirement that stories have two sources?
```



```
 1               CONFIDENTIAL - Smith
 2        page 1.
 3   BY MR. FRAY-WITZER:
 4        Q.   So as part of one of your answers
 5   here you stated, "I do think before you
 6   publish something, at least, you should not
 7   surprise people.  And we have a practice here
 8   of writing what we call a 'no surprises'
 9   letter to the subject of an investigation
10   that lays out in great, great detail what's
11   in a story.  And then you make sure you slip
12   that under their door, you mail it to them,
13   you e-mail it to them, you send it to their
14   lawyer.  It often adds to your reporting.
15   There's no reason that the subject of a story
16   should be surprised.  Maybe there's
17   occasionally a reason, but in most cases,
18   there isn't a reason, and you should test
19   your stronger reporting against their
20   response before you publish, not after."
21             Did I read that correctly?
22        A.   Yes.
23        Q.   Was it accurately reported that you
24   said that?
25        A.   Yes.
```



```
 1
 2              C E R T I F I C A T E
 3    STATE OF NEW YORK     )
 4                          : ss.
 5    COUNTY OF NEW YORK    )
 6
 7            I, TAMI H. TAKAHASHI, a Notary
 8    Public within and for the State of New
 9    York, do hereby certify:
10            That BENJAMIN SMITH, the witness
11    whose deposition is hereinbefore set
12    forth, was duly sworn by me and that
13    such deposition is a true record of the
14    testimony given by the witness.
15            I further certify that I am not
16    related to any of the parties to this
17    action by blood or marriage, and that I
18    am in no way interested in the outcome
19    of this matter.
20            IN WITNESS WHEREOF, I have hereunto
21    set my hand this 13th day of February
22    2018.
23
24            _____
25                  TAMI H. TAKAHASHI
```

