# Exhibit 2

ADVERTISEMENT

# Poynter.

MENU

Ethics   Fact-Checking   Innovation   Digital Tools   Leadership



ETHICS

# BuzzFeed drops a Trump bombshell, irresponsibly

BY KELLY MCBRIDE · JANUARY 11, 2017



As CNN reported on a private intelligence report claiming that Russia has dirt on President-elect Donald Trump Tuesday night, BuzzFeed published the basis of the report, a 35-page dossier, online.

## Stay Up-to-Date

✉ SIGN UP FOR OUR NEWSLETTERS

That's certainly what Wikileaks does. But publishing an entirely unvetted document is a significant departure from the way editors of most significant publications would define the role of reporting.

Sure, editors everywhere get queasy when they consider withholding information from the public. But historically, when editors have wrestled with this challenge, they agonized over information reporters had already vetted.

Here are some sentences I wish Smith had included in his note:

"Here's what we are doing to verify or debunk the claims…"

"Here's a list of the people that helped us identify the harm we might cause in publishing this…"

"Here are the most important facts we've already independently verified…"

At least one other organization took the opposite approach. The Lawfare Blog said it was in possession of the documents but opted not to publish them because their allegations were unproven.

"First, we have no idea if any of these allegations are true," wrote Lawfare staffers Quinta Jurecic, Susan Hennessey and Benjamin Wittes. "Yes, they are explosive; they are also entirely unsubstantiated, at least to our knowledge, at this stage. For this reason, even now, we are not going to discuss the specific allegations within the document."

Other news organizations, such as The New York Times and The Daily Beast, described the allegations without publishing the document in full. Times Executive Editor Dean Baquet defended that decision, saying that the newspaper is "not in the business of publishing things we can't stand by."

Critics will probably say that BuzzFeed's decision to publish the document had more to do with asserting its own relevance than it did with public-spirited reporting. And BuzzFeed's retort would likely be that the public deserves to see a report that hundreds of political insiders are talking about.

But the act of publishing the dossier in its entirety isn't journalism. Vetting the document and determining its veracity? That's the work of journalists in 2017, or any other year.

## Stay Up-to-Date

SIGN UP FOR OUR NEWSLETTERS

# Kelly McBride

 kellymcb

Kelly McBride is a writer, teacher and one of the country's leading voices when it comes to media ethics. She has been on the faculty of The Poynter Institute since 2002 and is now its senior vice president.

# Comments

# Stay Up-to-Date

SIGN UP FOR OUR NEWSLETTERS



**Little Joe** • 2 years ago

Ha ha! The news media got trolled with a fake story planted by 4chan, and BuzzFeed bought it hook line and sinker. I can't wait to see the fallout for their desperate need to publish fake news to try to discredit Trump.

• Share ›



**Guest** • 2 years ago

The corrupt media is out of control. The government gave the corrupt media the authority to lie and the corrupt media can destroy anyone's reputation and your reputation with lies and unverified information if they wish to do that.

GOOGLE The NDAA Legalizes The Use Of Propaganda On The US Public

Yes. The government has the authority to LIE to the American people and this was legalized in 2013 under Obama.
YOUTUBE watch?v=uAYhgUlwo2M

• Share ›



**Cleveland Gary** • 2 years ago

this is perfectly acceptable and very conservative church / republican behavior . Usually those homos are raping little boys . god bless those church pedopjile rapists , they put trump in !!

• Share ›



**Kerryman** • 2 years ago

What's a "golden shower" mommy?

• Share ›



**Guest** → Kerryman • 2 years ago

GOOGLE 4Chan Claims To Have Fabricated Anti-Trump Report As A Hoax

• Share ›



**HWall Wally** • 2 years ago

Trump has already declared that he could shoot or kill someone and his supporters would still support him....anyway nothing about Trump's life or lifestyle now and or then would surprise of shock me.

• Share ›

# Stay Up-to-Date

SIGN UP FOR OUR NEWSLETTERS



ADVERTISEMENT



Around here, we Honda.

See Offers

---

# FIND A JOB

TITLE     SEARCH

# Stay Up-to-Date

SIGN UP FOR OUR NEWSLETTERS

Career

Commentary

Culture

Digital Tools

Ethics

Fact-Checking

Innovation

Leadership

Legal

Safety

Storytelling

Tips/Training

Uncategorized

ADVERTISEMENT

# Stay Up-to-Date

SIGN UP FOR OUR NEWSLETTERS

ADVERTISEMENT

ADVERTISEMENT

## Stay Up-to-Date

SIGN UP FOR OUR NEWSLETTERS



## Contact Us

EMAIL DIRECTORY

## Follow Us

    

## Newsletters

SIGN UP

ABOUT US

ADVERTISE

MEDIA REQUESTS

ETHICS POLICY

PRIVACY POLICY

## The Poynter Institute

801 Third Street South
St. Petersburg, FL 33701

# Stay Up-to-Date

SIGN UP FOR OUR NEWSLETTERS