UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>    Defendants. | Case No.<br><br>0:17-cv-60426-UU |

## NOTICE OF SEALED FILING

Pursuant to the Court's Order dated September 19, 2018 (Dkt. 210) (the "Sealing Order") and the Court's Amended Protective Order entered December 8, 2017 (Dkt. 97) (the "Protective Order"), and consistent with this Court's Order on Emergency Motion dated September 28, 2018 (Dkt. 224) (the "Emergency Order"), Plaintiffs in the above captioned action, by and through their undersigned counsel, hereby provide notice pursuant to Local Rule 5.4(b)(1) of the filing of Plaintiffs' Reply in Support of Motion *in Limine* #4 to Preclude the Introduction of Testimony or Evidence Concerning the Reliability of Christopher Steele or Fusion GPS or Any Efforts Allegedly Undertaken by Either to Verify Allegations Contained in the Dossier and the supporting papers thereto (the "Reply").  A redacted version of the Reply will be filed on the public docket in accordance with the Sealing Order.

Good cause exists for sealing the Reply because it references and incorporates the testimony of a third-party, Mr. Christopher Steele, which Mr. Steele designated as Attorneys' Eyes Only pursuant to the Protective Order.  The Reply also references and incorporates the testimony of the third-party Fusion GPS, which Fusion GPS has designed as Attorneys' Eyes Only pursuant to the Protective Order.

Moreover, the Reply contains references to material and information that this Court has ruled, pursuant to the Emergency Order, should be kept under seal until such time as the record can be more fully reviewed so as to preserve the status quo.  Specifically, the Reply relates to pornography, child-pornography, and the alleged wrongdoings of other persons other than

1

Plaintiffs. The materials and information referenced, if made public, would cause substantial and likely injury to Plaintiffs (as detailed in Plaintiffs' briefings on the Emergency Order). Some of the materials and information are also unreliable (as detailed in Plaintiffs' briefings on the Emergency Order). The materials and information covered by the Emergency Order in the Reply do not concern public officials or public concerns.

The Reply also references information and testimony of Defendants' expert witness, Mr. Anthony Ferrante, regarding his compensation and a purported joint defense agreement, which Defendants have designated as confidential pursuant to the Protective Order.

Accordingly, there is good cause for sealing the documents.

Dated: November 20, 2018

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
Dylan Fulop (Fla. Bar No. 123809)
COBB EDDY, PLLC
1112 North Flagler Drive
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      **I hereby certify** that a true and correct copy of the foregoing was served electronically via email on all counsel or parties of record on the service list below on November 20, 2018.

                                              /s/ Matthew Shayefar
                                              Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com