# Exhibit 2

## Page 1

```
 1                  Mr Christopher Steele
 2        CONFIDENTIAL - ATTORNEYS' EYES ONLY
          IN THE UNITED STATES DISTRICT COURT
 3             SOUTHERN DISTRICT OF FLORIDA
 4   _____ :
                                    :
 5   ALEKSEJ GUBAREV, XBT HOLDING   : Case No:
     SA and WEBZILLA, INC           : 17-cv-60426-UU
                                    :
 6             Plaintiffs           :
                                    :
 7               -v-                :
                                    :
 8   BUZZFEED, INC and BEN SMITH    :
                                    :
 9             Defendants           :
     _____ :
10
11                 Videotaped deposition
12                         of
13                 Mr Christopher Steele
14
15              On Monday, June 18th 2018
16
17                 Commencing at 9.35 am
18
19                      Taken at:
20                     15 Old Bailey
21                       London
22                       EC4M 7EF
23                    United Kingdom
24
25   Reported by: Miss Pamela Henley
```

## Page 2

```
 1                  Mr Christopher Steele
 2
 3              A P P E A R A N C E S
 4
 5   On behalf of the Plaintiffs:
 6        CIAMPA FRAY-WITZER, LLP
 7        20 Park Plaza
 8        Suite 505
 9        Boston, MA 02116
10        Telephone:  617 426 0000
11        Email: Evan@CRWLegal.Com
12             BY:   MR EVAN FRAY-WITZER
13
14        BOSTON LAW GROUP, PC
15        825 Beacon Street
16        Suite 20
17        Newton Centre, MA 02459
18        Telephone:  617 928 1800
19        Email: vgurvits@bostonlawgroup.com
20             BY:   MR VAL GURVITS
21
22
23
24
25
```

## Page 3

```
 1                  Mr Christopher Steele
 2        W LEGAL LIMITED
 3        47 Red Lion Street
 4        London WC1R 4PF
 5        United Kingdom
 6        Telephone: 020 7220 9139
 7        Email: steven.loble@wlegal.co.uk
 8             BY:   MR STEVEN LOBLE
 9
10        W LEGAL LIMITED
11        47 Red Lion Street
12        London WC1R 4PF
13        United Kingdom
14        Telephone: 020 7220 9136
15        Email: sonalsachania@wlegal.co.uk
16             BY:   MS SONAL SACHANIA
17
18        ONE ESSEX COURT
19        Temple
20        London EC4Y 9AR
21        Telephone:  020 7583 2000
22        Email: hbrown@oeclaw.co.uk
23             BY:   MS HANNAH BROWN QC
24
25
```

## Page 4

```
 1                  Mr Christopher Steele
 2   On behalf of the Defendants:
 3        DAVIS WRIGHT TREMAINE LLP
 4        1251 Avenue of the Americas
 5        New York, New York 10021
 6        Telephone:  212 402 4068
 7        Email: katebolger@dwt.com
 8             BY:   MS KATHERINE M BOLGER
 9
10        BLACK SREBNICK KORNSPAN STUMPF
11        201 S Biscayne Boulevard
12        Suite 1300
13        Miami, Florida 33131
14        Telephone:  305 371 6421
15        Email: rblack@royblack.com
16             BY:   MR ROY BLACK
17
18        MATRIX CHAMBERS
19        Griffin Building
20        Gray's Inn
21        London WC1R 5LN
22        United Kingdom
23        Telephone:  020 7404 3447
24             BY:   MR ALEX BAILIN QC
25
```

Page 45

1                Mr Christopher Steele
2        Q.    And, again, just for the record,
3   prior to receiving this unsolicited raw
4   information had you ever heard of Aleksej Gubarev?
5             MR MILLAR:   Same objections.
6        A.    Same answer.
7   BY MR FRAY-WITZER:
8        Q.    You have stated that you have
9   considered that the unsolicited raw intelligence
10  needed to be further analyzed and verified, so
11  focussing your attention first on the time between
12  when you received this information and when you
13  included it in the December memo what steps did
14  you take to independently verify the allegations
15  concerning XBT?
16            MS EIKHOFF:   Object to form.
17       A.    Could you clarify what you mean by,
18  "independently verify"?
19            MR MILLAR:   I do not know what he
20  means.
21  BY MR FRAY-WITZER:
22       Q.    Did you take any steps to verify
23  the information concerning XBT?
24       A.    I did.
25       Q.    What steps were those?

Page 46

1                Mr Christopher Steele
2        A.    I believe the only step I can
3   describe within the bounds of the order is what we
4   could call an open source search.
5        Q.    What is an open source search?
6        A.    It is where you go into the
7   Internet and you access material that is available
8   on the Internet that is of relevance or reference
9   to the issue at hand or the person under
10  consideration.
11       Q.    So if I understand your testimony
12  the extent of your attempts to verify information
13  about XBT is that you did some Internet searches
14  as to who or what XBT was, is that accurate?
15       A.    It is not accurate.
16       Q.    Please tell how that is not
17  accurate.
18       A.    It is not accurate because other
19  efforts to verify relate to sources or sources
20  and, therefore, are not allowed under the terms of
21  the order.
22       Q.    What can you tell us about any
23  efforts that you made to verify allegations
24  concerning Webzilla?
25       A.    The same.  So open source searches.

Page 47

1                Mr Christopher Steele
2        Q.    And what efforts did you make to
3   verify the allegations concerning Mr Gubarev?
4        A.    The same.
5        Q.    What did you learn about XBT?
6        A.    From the open source search?
7        Q.    If that is what you are willing to
8   tell us about.
9        A.    We did not find anything of
10  relevance on XBT from the open source search.
11       Q.    Did you find anything of relevance
12  concerning Webzilla?
13       A.    We did.
14       Q.    And what was that?
15       A.    It is an article I have got here,
16  which is -- was posted on 28 July 2009, on
17  something called CNN iReport, which is -- I can
18  circulate it if you like.
19       Q.    What do you understand iReports to
20  be on CNN?
21       A.    I do not have any particular
22  knowledge of that.
23       Q.    Do you understand that they have no
24  connection to any CNN reporters?
25       A.    I do not.

Page 48

1                Mr Christopher Steele
2        Q.    Do you understand that CNN iReports
3   are or were nothing more than any random
4   individuals' assertions on the Internet?
5             MS EIKHOFF:   Object to form.
6             MR MILLAR:   I do not -- it does not
7   have anything to do with his efforts to verify the
8   allegations.  He has explained what efforts he
9   made, which included open sourcing this article.
10            His understanding as to the status
11  of the media outlet concerned is not part of his
12  efforts to verify.
13            THE EXAMINER:   US plaintiffs.
14            MR FRAY-WITZER:   It could not be
15  more relevant to this topic or this question.  It
16  is probing the witness's understanding of the
17  search that he says that he himself did, and the
18  efforts that he himself says he made, and the
19  things that he has told us that he has discovered.
20            THE EXAMINER:   US defendants?
21            MR BLACK:   We support the
22  relevance of the question by the plaintiff.
23            THE EXAMINER:   My opinion is this
24  far it is within the topic.  The witness can
25  choose whether to answer or not.

Page 49

1            Mr Christopher Steele
2       A.   What was the question again,
3  please?
4  BY MR FRAY-WITZER:
5       Q.   Do you understand that CNN iReports
6  are nothing more than any random person posting
7  things on the Internet?
8            MS EIKHOFF:  Objection.  Object to
9  form.
10      A.   So I have got to answer?
11           MR FRAY-WITZER:  You may.
12      A.   No, I, obviously, presume that if
13 it is on a CNN site that it has some kind of CNN
14 status. Albeit that it may be an independent
15 person posting on the site.
16      Q.   Did you learn any information about
17 Mr Gubarev?
18      A.   From this?
19      Q.   No, I am separately asking if you
20 learned anything --
21      A.   Not from my open source search.
22      Q.   -- without telling us what the
23 information was, did you learn any information
24 about Mr Gubarev from any other source?
25      A.   We are talking about the period

Page 50

1            Mr Christopher Steele
2  between the receipt of the intelligence and the
3  issuing of the report, are we?
4       Q.   And the issuance of the December
5  memo, correct.
6       A.   Not in that period.
7       Q.   In that period, without telling us
8  what the information is, did you learn any other
9  information about XBT?
10      A.   No.
11      Q.   And, again, within that same
12 period, and other than the iReport article that
13 you have identified, did you learn any other
14 information about Webzilla and, again, just "yes"
15 or "no", not the content of any information?
16      A.   Not in that period.
17      Q.   Between the time that you received
18 the unsolicited information and the time that you
19 included it in the December memo did you make any
20 attempts to contact anyone at XBT?
21      A.   No.
22      Q.   Did make any attempts to contact
23 anyone at Webzilla?
24      A.   No.
25      Q.   Did you make any attempts to

Page 51

1            Mr Christopher Steele
2  contact Aleksej Gubarev?
3       A.   No. And can I just add to that,
4  that that would not be standard practice in our
5  industry.
6       Q.   Why would it not be standard
7  practice?
8       A.   We are not journalists.  We are not
9  seeking to publish information.  We are doing
10 research, which is confidential for a client, in
11 general.
12      Q.   Would you want that information to
13 be as accurate as possible?
14      A.   Of course.
15      Q.   And so why would you not contact
16 the subjects of the information you have been
17 given?
18      A.   It is not standard practice in our
19 sector because of the exposure of sources,
20 potentially.  And, indeed, the confidentiality of
21 enquiries made by clients.
22           Unlike in journalism, for example,
23 where I do believe it is standard practice to put
24 allegations to a subject.
25      Q.   In the same time period we have

Page 52

1            Mr Christopher Steele
2  been discussing did you conduct any research to
3  determine whether there had been attempts by
4  anyone to:
5            "...use botnets and porn traffic to
6  transit viruses, plant bugs, steal data and
7  conduct 'altering operations' against the
8  Democratic Party leadership."?
9            MR MILLAR:  I object to that on the
10 basis that it is not one of the allegations
11 against the US plaintiffs pleaded in the American
12 proceedings.
13           The -- we went through this with
14 the original order the US plaintiffs sought to
15 have made, which was included more generally, the
16 steps Mr Steele took to obtain information for the
17 dossier beyond the specific factual allegations
18 about the US plaintiffs.  That was item 4 in the
19 original list of 9th November. That was struck
20 out.
21           And the purpose of the confining of
22 topic A to the allegations in paragraph 3 was to
23 confine questioning about efforts to verify to the
24 specific allegations about these US plaintiffs
25 that were at issue in the proceedings there in