# **<u>EXHIBIT 1</u>**

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT HOLDING S.A.**

CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

P-G004690

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**XBT HOLDING S.A.**

CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

CONTENTS

| | Page |
|---|---|
| Officers and Professional Advisors | 1 |
| Independent Auditors' report | 2 - 4 |
| Consolidated statement of profit or loss and other comprehensive income | 5 |
| Consolidated statement of financial position | 6 & 7 |
| Consolidated statement of changes in equity | 8 |
| Consolidated statement of cash flows | 9 |
| Notes to the consolidated financial statements | 10 - 46 |

P-G004691

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

1

# XBT HOLDING S.A.

<u>OFFICERS AND PROFESSIONAL ADVISORS</u>

| | |
|---|---|
| Board of Directors | Rajesh Kumar Mishra<br>Kostyantyn Bezruchenko<br>Nikolay Dvas |
| Independent Auditors | KPMG Limited |
| Management | Nikolay Dvas (CEO)<br>Rajesh Kumar Mishra (CFO) |
| Legal Advisors | Boston Law Group PC<br>De Groen & Van Lint Advocated<br>McDermott Will & Emery |
| Bankers | ABN AMRO<br>National Bank of Greece (Cyprus) Bank<br>Bank of America<br>ING Bank |
| Registered Office | 3 op der Poukewiss<br>L-7795<br>Roost<br>Luxemburg |
| Registration number | AE191313 |

P-G004692

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



2

KPMG Limited
Chartered Accountants
Millenium Lion House
1 G. Aradippioti Street, 6016 Larnaca, Cyprus
P.O. Box 40075, 6300 Larnaca, Cyprus
T: +357 24 200000, F: +357 24 200200

## INDEPENDENT AUDITORS' REPORT

## TO THE DIRECTORS OF

## XBT HOLDING S.A.

*Opinion*

We have audited the accompanying consolidated financial statements of XBT Holding S.A. (the "Company") and its subsidiaries (the "Group"), which are presented on pages 5 to 46 and comprise the consolidated statement of financial position as at 31 December 2017, and the consolidated statements of profit or loss and other comprehensive income, changes in equity and cash flows for the year then ended, and notes to the consolidated financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying consolidated financial statements give a true and fair view of the consolidated financial position of the Group as at 31 December 2017, and of its consolidated financial performance and its consolidated cash flows for the year then ended in accordance with International Financial Reporting Standards as issued by the IASB.

*Basis for opinion*

We conducted our audit in accordance with International Standards on Auditing ("ISAs"). Our responsibilities under those standards are further described in the *"Auditors' responsibilities for the audit of the consolidated financial statements'"* section of our report. We are independent of the Company in accordance with the Code of Ethics for Professional Accountants of the International Ethics Standards Board for Accountants ("IESBA Code") and the ethical requirements in Cyprus that are relevant to our audit of the consolidated financial statements, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

Nicosia
P.O. Box 21121, 1502
T: +357 22 209000
F: +357 22 678200

Paphos
P.O. Box 60288, 8101
T: +357 26 943050
F: +357 26 943062

Polis Chrysochous
P.O. Box 66014, 8330
T: +357 26 322098
F: +357 26 322722

Limassol
P.O.Box 50161, 3601
T: +357 25 869000
F: +357 25 363842

Paralimni / Ayia Napa
P.O. Box 33200, 5311
T: +357 23 820080
F: +357 23 820084

KPMG Limited, a private company limited by shares, registered in Cyprus under registration number HE 132822 with its registered office at 14, Esperidon Street, 1087, Nicosia, Cyprus.

P-G004693

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**KPMG**

# INDEPENDENT AUDITORS' REPORT

## TO THE DIRECTORS OF

## XBT HOLDING S.A.

*Responsibilities of the Board of Directors for the consolidated financial statements*

The Board of Directors is responsible for the preparation of consolidated financial statements that give a true and fair view in accordance with  issued by the IASB, and for such internal control as the Board of Directors determines is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, the Board of Directors is responsible for assessing the Group's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting, unless there is an intention to either liquidate the Group or to cease operations, or there is no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Group's financial reporting process.

*Auditors' responsibilities for the audit of the consolidated financial statements*

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these consolidated financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Group's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Board of Directors.
- Conclude on the appropriateness of the Board of Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the consolidated financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Group to cease to continue as a going concern.

P-G004694

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**KPMG**

## INDEPENDENT AUDITORS' REPORT

## TO THE DIRECTORS OF

## XBT HOLDING S.A.

**Auditors' responsibilities for the audit of the consolidated financial statements** *(continued)*

- Evaluate the overall presentation, structure and content of the consolidated financial statements, including the disclosures, and whether the consolidated financial statements represent the underlying transactions and events in a manner that achieves a true and fair view.
- Obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the Group to express an opinion on the consolidated financial statements. We are responsible for the direction, supervision and performance of the group audit. We remain solely responsible for our audit opinion.

We communicate with the Board of Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other matter**

This report, including the opinion, has been prepared for and only for the Directors, as amended from time to time and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whose knowledge this report may come to.

These financial statements have not been prepared in accordance to the legal requirements of Luxemburg Companies Ordinance and are not intended for statutory filing.

*KPMG Limited*

KPMG Limited
Certified Public Accountants and Registered Auditors
P.O.Box 40075
6300 Larnaca
Cyprus

26 September 2018

P-G004695

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

5

## XBT HOLDING S.A.

CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

For the year ended 31 December 2017

| | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| **Revenue** | 6 | 58.414.643 | 49.727.371 |
| Cost of sales | 7 | (15.974.284) | (12.889.527) |
| **Gross profit** | | 42.440.359 | 36.837.844 |
| | | | |
| Other operating income | 8 | 530.772 | 15.720 |
| Selling and distribution expenses | 9 | (1.830.793) | (698.770) |
| Administrative expenses | 10 | (34.305.529) | (27.784.548) |
| Other operating expenses | | (51.406) | - |
| **Operating profit** | | 6.783.403 | 8.370.246 |
| | | | |
| Finance income | | 266.014 | 182.980 |
| Finance expenses | | (3.652.570) | (2.120.247) |
| **Net finance expenses** | 12 | (3.386.556) | (1.937.267) |
| **Profit before tax** | | 3.396.847 | 6.432.979 |
| Tax | 13 | (546.679) | (180.205) |
| **Profit for the year** | | 2.850.168 | 6.252.774 |
| | | | |
| **Other comprehensive income** | | | |
| Available-for-sale financial assets - Fair value gains | | 1.724.100 | - |
| Exchange difference arising on the translation and consolidation of foreign companies' financial statements | | 64.758 | (57.715) |
| | | | |
| **Other comprehensive income/(expense) for the year** | | 1.788.858 | (57.715) |
| **Total comprehensive expense for the year** | | 4.639.026 | 6.195.059 |
| | | | |
| **Profit attributable to:** | | | |
| Shareholders of the Company | | 2.876.752 | 6.105.093 |
| Non-controlling interests | | (26.584) | 147.681 |
| | | | |
| **Profit for the year** | | 2.850.168 | 6.252.774 |
| | | | |
| **Total comprehensive income for the year attributable to:** | | | |
| Shareholders of the Company | | 4.665.610 | 6.047.378 |
| Non-controlling interests | | (26.584) | 147.681 |
| **Total comprehensive income for the year** | | 4.639.026 | 6.195.059 |

The notes on pages 10 to 46 are an integral part of these consolidated financial statements.

P-G004696

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

6

## XBT HOLDING S.A.

CONSOLIDATED STATEMENT OF FINANCIAL POSITION

As at 31 December 2017

|  | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 14 | 42.774.513 | 32.686.479 |
| Intangible assets and goodwill | 15 | 233.918.025 | 238.934.493 |
| Available-for-sale financial assets | 17 | 2.400.000 | 675.900 |
| Loans receivable | 18 | 860.936 | 933.296 |
| Deferred tax assets | | 68.442 | - |
| **Total non-current assets** | | 280.021.916 | 273.230.168 |
| | | | |
| **Current assets** | | | |
| Inventories | 19 | 75.287 | 67.795 |
| Trade and other receivables | 20 | 10.030.184 | 8.903.264 |
| Cash and cash equivalents | 21 | 6.182.033 | 5.807.698 |
| **Total current assets** | | 16.287.504 | 14.778.757 |
| | | | |
| **Total assets** | | 296.309.420 | 288.008.925 |
| | | | |
| **Equity** | | | |
| Share capital | 22 | 1.306.566 | 1.306.566 |
| Reserves | 23 | 255.339.105 | 250.030.329 |
| **Total equity attributable to shareholders of the Company** | | 256.645.671 | 251.336.895 |
| **Non-controlling interests** | | (180.362) | 489.388 |
| **Total equity** | | 256.465.309 | 251.826.283 |

The notes on pages 10 to 46 are an integral part of these consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

7

**XBT HOLDING S.A.**

CONSOLIDATED STATEMENT OF FINANCIAL POSITION *(continued)*

As at 31 December 2017

| | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| **Liabilities** | | | |
| **Non-current liabilities** | | | |
| Loans and borrowings | 24 | 3.050.751 | 3.854.814 |
| Long-term portion of obligations under finance leases | 25 | 13.972.537 | 11.419.634 |
| **Total non-current liabilities** | | 17.023.288 | 15.274.448 |
| | | | |
| **Current liabilities** | | | |
| Bank overdrafts | 21 | 546.474 | 466.906 |
| Obligations under finance leases | 25 | 11.783.573 | 8.773.990 |
| Trade and other payables | 26 | 10.108.957 | 11.517.766 |
| Tax liability | 27 | 381.819 | 149.532 |
| **Total current liabilities** | | 22.820.823 | 20.908.194 |
| | | | |
| **Total liabilities** | | 39.844.111 | 36.182.642 |
| | | | |
| **Total equity and liabilities** | | 296.309.420 | 288.008.925 |

On 26 September 2018 the Board of Directors of XBT Holding S.A. approved and authorised these consolidated financial statements for issue.

.............................................
Rajesh Kumar Mishra
Director

.............................................
Kostyantyn Bezruchenko
Director

The notes on pages 10 to 46 are an integral part of these consolidated financial statements.

P-G004698

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

P-G004699

8

## XBT HOLDING S.A.

### CONSOLIDATED STATEMENT OF CHANGES IN EQUITY

For the year ended 31 December 2017

Attributable to shareholders of the Company

| | Note | Share capital US$ | Share premium US$ | Fair value reserve - available-for-sale financial assets US$ | Translation reserve US$ | Retained earnings US$ | Total US$ | Non-controlling interests US$ | Total equity US$ |
|---|---|---|---|---|---|---|---|---|---|
| Balance at 1 January 2016 | | 1,306.566 | 240,633.434 | - | 13.311 | 3,336.206 | 245,289.517 | 341.707 | 245,631.224 |
| Profit for the year | | - | - | - | - | 6,105.093 | 6,105.093 | 147.681 | 6,252.774 |
| Exchange difference arising on the translation and consolidation of foreign companies' financial statements | | - | - | - | (57.715) | - | (57.715) | - | (57.715) |
| Balance at 31 December 2016 | | 1,306.566 | 240,633.434 | - | (44.404) | 9,441.299 | 251,336.895 | 489.388 | 251,826.283 |
| | | | | | | | | | |
| Balance at 1 January 2017 | | 1,306.566 | 240,633.434 | - | (44.404) | 9,441.299 | 251,336.895 | 489.388 | 251,826.283 |
| Profit for the year | | - | - | - | - | 2,876.752 | 2,876.752 | (26.584) | 2,850.168 |
| Fair value reserve - available-for-sale financial assets | | | | | | | | | |
| Fair value adjustment | 23 | - | - | 1,724.100 | - | - | 1,724.100 | - | 1,724.100 |
| Exchange difference arising on the translation and consolidation of foreign companies' financial statements | | - | - | - | 64.758 | - | 64.758 | - | 64.758 |
| Transfer | | - | - | - | - | 643.166 | 643.166 | (643.166) | - |
| Balance at 31 December 2017 | | 1,306.566 | 240,633.434 | 1,724.100 | 20.354 | 12,961.217 | 256,645.671 | (180.362) | 256,465.309 |

The notes on pages 10 to 46 are an integral part of these consolidated financial statements.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

9

# XBT HOLDING S.A.

CONSOLIDATED STATEMENT OF CASH FLOWS

For the year ended 31 December 2017

| | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit for the year | | 2.850.168 | 6.252.774 |
| Adjustments for: | | | |
| Depreciation of property, plant and equipment | 14 | 10.610.615 | 9.938.410 |
| Unrealised exchange loss/(profit) | | 436.935 | (97.751) |
| Amortisation of computer software | 15 | 3.547.680 | 2.593.883 |
| (Profit) from the sale of investments in subsidiaries | | (513.510) | - |
| Interest income | 12 | (26.856) | (14.592) |
| Interest expense | 12 | 2.365.855 | 1.569.602 |
| Income tax expense | | 546.679 | 180.205 |
| **Cash generated from operations before working capital changes** | | 19.817.566 | 20.422.531 |
| (Increase)/decrease in inventories | | (7.492) | 1.600.217 |
| Decrease in trade and other receivables | | 1.310.444 | 2.198.346 |
| Decrease in trade and other payables | | (1.408.809) | (963.252) |
| Decrease in deferred income | | - | (31.728) |
| **Cash generated from operations** | | 19.711.709 | 23.226.114 |
| Tax paid | | (314.392) | (305.066) |
| **Net cash generated from operating activities** | | 19.397.317 | 22.921.048 |
| | | | |
| **Cash flows from investing activities** | | | |
| Payment for acquisition of intangible assets | 15 | (570.571) | (6.486.662) |
| Payment for acquisition of property, plant and equipment | 14 | (21.023.763) | (21.917.949) |
| Payment for acquisition of available-for-sale financial assets | | - | (675.900) |
| Loans granted | 18 | (50.000) | (1.672.302) |
| Loans repayments received | 18 | 122.360 | 997.369 |
| Interest received | | 26.856 | - |
| **Net cash used in investing activities** | | (21.495.118) | (29.755.444) |
| | | | |
| **Cash flows from financing activities** | | | |
| Repayment of borrowings | 24 | (804.063) | (2.518.050) |
| Repayments of obligations under finance leases | 25 | (9.433.941) | (6.216.862) |
| Proceeds from borrowings | 24 | - | 1.315.957 |
| Proceeds from obligations under finance leases | 25 | 14.996.427 | 15.661.456 |
| Unrealised exchange profit | | - | (31.946) |
| Interest paid | | (2.365.855) | (1.267.246) |
| **Net cash generated from financing activities** | | 2.392.568 | 6.943.309 |
| | | | |
| **Net increase in cash and cash equivalents** | | 294.767 | 108.913 |
| Cash and cash equivalents at beginning of the year | | 4.932.529 | 4.823.616 |
| | | | |
| **Cash and cash equivalents at end of the year** | 21 | 5.227.296 | 4.932.529 |

The notes on pages 10 to 46 are an integral part of these consolidated financial statements.

P-G004700

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

10

# XBT HOLDING S.A.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### For the year ended 31 December 2017

## 1.  INCORPORATION AND PRINCIPAL ACTIVITIES

XBT Holding S.A. (the "Company") was incorporated in Luxembourg on 8 April 2010 as a private company with limited liability.  Its registered office is at 3 op der Poukewiss, L-7795, Roost, Luxemburg.

The principal activities of the Group are the provision of web hosting, data storage and trading of network equipment.

## 2.  BASIS OF PREPARATION

The consolidated financial statements for the year ended 31 December 2017 consist of the financial statements of the Company and its subsidiaries (which together referred to as "the Group").

**(a) Statement of compliance**
These consolidated financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as issued by the IASB.

**(b) Basis of measurement**
These consolidated financial statements have been prepared under the historical cost convention, except in the case of available for sale financial assets, which are measured at their fair value.

**(c) Adoption of new and revised International Financial Reporting Standards and Interpretations as adopted by the European Union (EU)**
During the current year the Group adopted all the changes to International Financial Reporting Standards (IFRS) that are relevant to its operations and are effective for accounting periods beginning on 1 January 2017. This adoption did not have a material effect on the accounting policies of the Group.

At the date of approval of these consolidated financial statements, Standards, Revised Standards and Interpretations were issued by the International Accounting Standards Board which were not yet effective.  The Board of Directors expects that the adoption of these financial reporting standards in future periods will not have a significant effect on the consolidated financial statements of the Group.

**(d) Use of estimates and judgments**
The preparation of consolidated financial statements in accordance with IFRSs requires from Management the exercise of judgment, to make estimates and assumptions that influence the application of the Group's accounting policies and the reported amounts of assets, liabilities, income and expenses. The estimates and underlying assumptions are based on historical experience and various other factors that are deemed to be reasonable based on knowledge available at that time. Actual results may deviate from such estimates.

The estimates and underlying assumptions are revised on a continuous basis. Revisions in accounting estimates are recognised in the period during which the estimate is revised, if the estimate affects only that period, or in the period of the revision and future periods, if the revision affects the present as well as future periods.

**(e) Functional and presentation currency**
The consolidated financial statements are presented in United States Dollars (US$) which is the functional currency of the Group.

P-G004701

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

11

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

### 3.  SIGNIFICANT ACCOUNTING POLICIES

The following accounting policies have been applied consistently for all the years presented in these consolidated financial statements. The accounting policies have been consistently applied by all companies of the Group.

Basis of consolidation
Subsidiaries are entities controlled by the Group. Control exists where the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

The financial statements of subsidiaries acquired or disposed of during the year are included in the consolidated statement of profit or loss and other comprehensive income from the date that control commences until the date control ceases.

Where necessary, adjustments are made to the financial statements of subsidiaries to bring them in line with the accounting policies of the Group.

Changes in the Group's ownership interests in existing subsidiaries
Changes in the Group's ownership interests in subsidiaries that do not result in the Group losing control over the subsidiaries are accounted for as equity transactions. The carrying amounts of the Group's interests and the non-controlling interests are adjusted to reflect the changes in their relative interests in the subsidiaries. Any difference between the amount by which the non-controlling interests are adjusted and the fair value of the consideration paid or received is recognised directly in equity as transactions with shareholders acting in their capacity as shareholders. No adjustments are made to goodwill and no gain or loss is recognised in profit or loss.

When the Group loses control of a subsidiary, the resulting profit or loss is calculated as the difference between (i) the aggregate of the fair value of the consideration received and the fair value of any retained interest and (ii) the previous carrying amount of the assets (including goodwill), and liabilities of the subsidiary and any non-controlling interests. The resulting profit or loss is recognised in profit or loss.

Any interest retained in the former subsidiary is measured at fair value when control is lost.

Business combinations

Acquisitions of businesses are accounted for using the acquisition method. The consideration transferred in a business combination is measured at fair value, which is calculated as the sum of the acquisition-date fair values of the assets transferred by the Group, liabilities incurred by the Group to the former owners of the acquiree and the equity interests issued by the Group in exchange for control of the acquiree. Acquisition-related costs are generally recognised in profit or loss as incurred.

Goodwill is measured as the excess of the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree, and the fair value of the acquirer's previously held equity interest in the acquiree (if any) over the net of the acquisition-date amounts of the identifiable assets acquired and the liabilities assumed. If, after reassessment, the net of the acquisition-date amounts of the identifiable assets acquired and liabilities assumed exceeds the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree and the fair value of the acquirer's previously held interest in the acquiree (if any), the excess is recognised immediately in profit or loss as a bargain purchase gain.

P-G004702

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

12

## XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**3.    SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

*Business combinations* (continued)

At the acquisition date, the identifiable assets acquired and the liabilities assumed are recognised at their fair value at the acquisition date, except that:

- deferred tax assets or liabilities and liabilities or assets related to employee benefit arrangements are recognised and measured in accordance with IAS 12 Income Taxes and IAS 19 Employee Benefits respectively;

- liabilities or equity instruments related to share-based payment arrangements of the acquiree or share-based payment arrangements of the Group entered into to replace share-based payment arrangements of the acquiree are measured in accordance with IFRS 2 Share-based Payment at the acquisition date; and

- assets (or disposal groups) that are classified as held for sale in accordance with IFRS 5 Non-current Assets Held for Sale and Discontinued Operations are measured in accordance with that Standard.

Non-controlling interests that are present ownership interests and entitle their holders to a proportionate share of the entity's net assets in the event of liquidation may be initially measured either at fair value or at the non-controlling interests' proportionate share of the recognised amounts of the acquiree's identifiable net assets. The choice of measurement basis is made on a transaction-by-transaction basis. Other types of non-controlling interests are measured at fair value or, when applicable, on the basis specified in another IFRS.

When the consideration transferred by the Group in a business combination includes assets or liabilities resulting from a contingent consideration arrangement, the contingent consideration is measured at its acquisition-date fair value and included as part of the consideration transferred in a business combination. Changes in the fair value of the contingent consideration that qualify as measurement period adjustments are adjusted retrospectively, with corresponding adjustments against goodwill. Measurement period adjustments are adjustments that arise from additional information obtained during the 'measurement period' (which cannot exceed one year from the acquisition date) about facts and circumstances that existed at the acquisition date.

The subsequent accounting for changes in the fair value of the contingent consideration that do not qualify as measurement period adjustments depends on how the contingent consideration is classified. Contingent consideration that is classified as equity is not remeasured at subsequent reporting dates and its subsequent settlement is accounted for within equity. Contingent consideration that is classified as an asset or a liability is remeasured at subsequent reporting dates in accordance with IAS 39, or IAS 37 Provisions, Contingent Liabilities and Contingent Assets, as appropriate, with the corresponding gain or loss being recognised in profit or loss.

When a business combination is achieved in stages, the Group's previously held equity interest in the acquiree is remeasured to fair value at the acquisition date (i.e. the date when the Group obtains control) and the resulting gain or loss, if any, is recognised in profit or loss. Amounts arising from interests in the acquiree prior to the acquisition date that have previously been recognised in other comprehensive income are reclassified to profit or loss where such treatment would be appropriate if that interest were disposed of.

P-G004703

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

13

## XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2017

**3.   SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

*Business combinations* (continued)

If the initial accounting for a business combination is incomplete by the end of the reporting period in which the combination occurs, the Group reports provisional amounts for the items for which the accounting is incomplete. Those provisional amounts are adjusted during the measurement period (see above), or additional assets or liabilities are recognised, to reflect new information obtained about facts and circumstances that existed at the acquisition date that, if known, would have affected the amounts recognised at that date.

Business combinations that took place prior to 1 January 2010 were accounted for in accordance with the previous version of IFRS 3.

Operational reporting by region
The Group is organised by operational regions and this is the primary format for operational reporting by region. Each operational region provides products or services which are subject to risks and returns that are different from those of other operational regions.

Revenue recognition
Revenues earned by the Group are recognised on the following bases:

- *Rendering of services*
  Sales of services are recognised in the accounting period in which the services are rendered by reference to completion of the specific transaction assessed on the basis of the actual service provided as a proportion of the total services to be provided.

Finance income
Interest income is recognised on a time-proportion basis using the effective method.

Finance expenses
Interest expense and other borrowing costs are recognised in profit or loss using the effective interest method.

Foreign currency translation

(i)  *Functional currencies*
     Items included in the financial statements of each Group entity are measured using the currency of the primary economic environment in which each entity operates ('the functional currency').

P-G004704

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

14

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**3.   SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Foreign currency translation (continued)

*(ii)   Transactions and balances*

Foreign currency transactions are translated into respective functional currencies of the Group companies  using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in profit or loss. Non-monetary assets and liabilities that are measured at fair value in a foreign currency are translated into the functional currency at the exchange rate when the fair value is determined. Translation differences on available-for-sale financial assets are recognised in other comprehensive income and then included in the fair value reserve in equity (except on impairment, in which case translation differences that have been recognised in other comprehensive income are reclassified to profit or loss). Non-monetary items that are measured based on historical cost in a foreign currency are not translated.

Tax

Income tax expense comprises current and deferred tax. It is recognised in profit or loss except to the extent that it relates to a business combination, or items recognised directly in equity or in other comprehensive income.

*Current tax*

Tax liabilities and assets for the current and prior periods are measured at the amount expected to be paid to or recovered from the taxation authorities, using the tax rates and laws that have been enacted, or substantively enacted, by the reporting date. Current tax includes any adjustments to tax payable in respect of previous periods.

*Deferred tax*

Deferred tax is provided in full, using the liability method, on temporary differences arising between the tax bases of assets and liabilities and their carrying amounts in the consolidated financial statements. Currently enacted tax rates are used in the determination of deferred tax.

Deferred tax assets are recognised to the extent that it is probable that future taxable profit will be available against which the temporary differences can be utilised.

Deferred tax assets and liabilities are offset when there is a legally enforceable right to set off current tax assets against current tax liabilities and when they relate to income taxes levied by the same taxation authority and the Group intends to settle its current tax assets and liabilities on a net basis.

Dividends

Dividend distribution to the Company's shareholders is recognised in the Group's consolidated financial statements in the year in which they are approved by the Company's shareholders.

P-G004705

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

15

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**3.    SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Property, plant and equipment

Property, plant and equipment are measured at cost less accumulated depreciation and impairment losses.

Depreciation is recognised in profit or loss on the straight-line method over the useful lives of each part of an item of property, plant and equipment. The annual depreciation rates used for the current and comparative periods are as follows:

|  | % |
|---|---|
| Motor vehicles | 20 |
| Furniture, fixtures and office equipment | 20 |
| Computer and network equipment | 20 |

Leased assets are depreciated over the shorter of lease term and their useful lives unless it is reasonably certain that the Group will obtain ownership by the end of the lease term.

Depreciation methods, useful lives and residual values are reassessed at each reporting date and adjusted if appropriate.

Where the carrying amount of an asset is greater than its estimated recoverable amount, the asset is written down immediately to its recoverable amount.

Expenditure for repairs and maintenance of property, plant and equipment is charged to profit or loss of the year in which it is incurred. The cost of major renovations and other subsequent expenditure are included in the carrying amount of the asset when it is probable that future economic benefits in excess of the originally assessed standard of performance of the existing asset will flow to the Group. Major renovations are depreciated over the remaining useful life of the related asset.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

Intangible assets

(i)    *Goodwill*

Goodwill represents the excess of the cost of an acquisition over the fair value of the Group's share of the net identifiable assets of the acquired undertaking at the date of acquisition. Goodwill on acquisition of subsidiaries is included in "intangible assets". Goodwill on acquisitions of associates is included in 'investments in associates'.

Goodwill is tested annually for impairment and carried at cost less accumulated impairment losses. Gains and losses on the disposal of an undertaking include the carrying amount of goodwill relating to the undertaking sold. Goodwill is allocated to cash-generating units for the purpose of impairment testing.

Any excess of the interest in the net fair value of acquiree's identifiable assets, liabilities and contingent liabilities over cost is recognised immediately in profit or loss.

P-G004706

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

16

## XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**3.   SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Intangible assets (continued)

*(ii)  Computer software*

Costs that are directly associated with identifiable and unique computer software products controlled by the Group and that will probably generate economic benefits exceeding costs beyond one year are recognised as intangible assets. Subsequently computer software is carried at cost less any accumulated amortisation and any accumulated impairment losses. Expenditure which enhances or extends the performance of computer software programs beyond their original specifications is recognised as a capital improvement and added to the original cost of the computer software. Costs associated with maintenance of computer software programs are recognised as an expense when incurred. Computer software costs are amortised using the straight-line method over their useful lives, not exceeding a period of three years. Amortisation commences when the computer software is available for use and is included within administrative expenses. The annual depreciation rates used for the current and comparative periods are 20%.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Amortisation methods, useful lives and residual values are reviewed at each reporting date and adjusted accordingly.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains or losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

Leases

At inception of an arrangement, the Group determines whether an arrangement is or contains a lease.

At inception or on reassessment of an arrangement that contains a lease, the Group separates payments and other consideration required by the arrangement into those for the lease and those for other elements on the basis of their relative fair values. If the Group concludes for a finance lease that it is impracticable to separate the payments reliably, then an asset and a liability are recognised at an amount equal to the fair value of the underlying asset, subsequently, the liability is reduced as payments are made and an imputed finance cost on the liability is recognised using the Group's incremental borrowing rate.

Leases are classified as finance leases whenever the terms of the lease transfer substantially all the risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

P-G004707

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

17

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**3.   SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Leases (continued)

*Finance leases - The Group as lessee*
The leases of the Group are classified as finance leases, if they transfer to the Group substantially all the risks and rewards incidental to ownership of an asset. The Group recognises a finance lease as an asset and liability at the lower of the fair value of the leased asset and the present value of minimum lease payments. Subsequent to initial recognition, the assets are accounted for in accordance with the accounting policy applicable to that asset.

The payments are apportioned between the finance expenses and the decrease of the finance lease obligations based on the effective interest method.

*Operating leases*
Rentals payable under operating leases are charged to profit or loss on a straight-line basis over the term of the relevant lease. Benefits received and receivable as an incentive to enter into an operating lease are also spread on a straight-line basis over the lease term.

Financial instruments
Financial assets and financial liabilities are recognised when the Group becomes a party to the contractual provisions of the instrument.

*(i)   Trade and other receivables*
Trade and other receivables are initially recognised at fair value and are subsequently measured at amortised cost using the effective interest rate method. Trade and other receivables are stated after deducting the appropriate allowances for any impairment.

*(ii)   Loans granted*
Loans originated by the Group by providing money directly to the borrower are categorised as loans and are carried at amortised cost. The amortised cost is the amount at which the loan granted is measured at initial recognition minus principal repayments, plus or minus the cumulative amortization using the effective interest method of any difference between the initial amount and the maturity amount, and minus any reduction for impairment or uncollectibility. All loans are recognised when cash is advanced to the borrower.

The effective interest method is a method of calculating the amortised cost of a financial asset or a financial liability (or group of financial assets or financial liabilities) and of allocating the interest income or interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument or, when appropriate, a shorter period to the net carrying amount of the financial asset or financial liability.

*(iii) Investments*
The Group classifies its investments in equity and debt securities in the following categories: loans and receivables and available-for-sale financial assets. The classification depends on the purpose for which the investments were acquired. Management determines the classification of investments at initial recognition.

P-G004708

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

18

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**3.   SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(iii) Investments* (continued)

- *Available-for-sale financial assets*
  Investments intended to be held for an indefinite period of time, which may be sold in response to needs for liquidity or changes in interest rates, are classified as available-for-sale; these are included in non-current assets unless management has the express intention of holding the investment for less than 12 months from the reporting date or unless they will need to be sold to raise operating capital, in which case they are included in current assets.

- *Loans and receivables*
  Investments with fixed or determinable payments that are not quoted in an active market and are not classified as financial assets at fair value through profit or loss or as financial assets available-for-sale.

  *Recognition and measurement:*
  Regular way purchases and sales of investments are recognised on trade-date which is the date on which the Group commits to purchase or sell the asset. Investments are initially recognised at fair value plus directly attributable transaction costs for all financial assets not carried at fair value through profit or loss. For financial assets at fair value through profit or loss the directly attributable transaction costs are recognised in profit or loss as incurred.

  Realised and unrealised gains and losses arising from changes in the fair value of financial assets at fair value through profit or loss are included in profit or loss. Unrealised gains and losses arising from changes in the fair value of available-for-sale financial assets are recognised  in other comprehensive income and then in equity. When available-for-sale financial assets are sold or impaired, the accumulated fair value adjustments are included in equity are reclassified to profit or loss.

  The fair values of quoted investments are based on current bid prices. If the market for a financial asset is not active (and for unlisted securities), the Group establishes fair value by using valuation techniques. These include the use of recent arm's length transactions, reference to other instruments that are substantially the same and discounted cash flow analysis, making maximum use of market inputs and relying as little as possible on entity specific inputs. Equity investments for which fair values cannot be measured reliably are recognised at cost less impairment.

P-G004709

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

19

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(iii) Investments (continued)*

*(iv) Impairment:*

The Group assesses at each reporting date whether there is objective evidence that a financial asset, other than financial assets at fair value through profit or loss, or a group of financial assets, other than financial assets at fair value through profit or loss is impaired. Objective evidence that financial assets are impaired includes:

- default or delinquency by a debtor;
- restructuring of an amount due to the Group on terms that the Group would not consider otherwise;
- indications that a debtor or issuer will enter bankruptcy;
- adverse changes in the payment status of borrowers or issuers;
- the disappearance of an active market for a security; or
- observable data indicating that there is measurable decrease in the expected cash flows from a group of financial assets.

In the case of available-for-sale equity securities, a significant or prolonged decline in the fair value of the security below its cost is considered as an indicator that the securities are impaired.

For financial assets measured at amortised cost, the Group considers evidence of impairment for these assets at both an individual and a collective level. All individually significant assets are individually assessed for impairment. Those found not to be impaired are then collectively assessed for any impairment that has been incurred but not yet individually identified. Assets that are not individually significant are collectively assessed for impairment. Collective assessment is carried out by grouping together assets with similar risk characteristics.

In assessing collective impairment, the Group uses historical information on the timing of recoveries and the amount of loss incurred, and makes an adjustment if current economic and credit conditions are such that the actual losses are likely to be greater or lesser than suggested by historical trends.

An impairment loss is calculated as the difference between the asset's carrying amount and the present value of the estimated future cash flows discounted at the asset's original effective interest rate. Losses are recognised in profit or loss. When the Group considers that there are no realistic prospects of recovery of the asset, the relevant amounts are written off. If in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognised, the previously recognised impairment loss is reversed through profit or loss to the extent that the carrying amount of the investment at the date the impairment is reversed does not exceed what the amortised cost would have been had the impairment not been recognised.

P-G004710

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

20

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

3.   **SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Financial instruments (continued)

*(iii) Investments* (continued)

> In respect of available for sale equity securities, impairment losses are measured by comparing the recoverable amount of the investment with its carrying amount. An impairment loss is recognised in profit or loss, and is reversed if there has been a favourable change in the estimates used to determine the recoverable amount. Impairment losses previously recognised in profit or loss are not reversed through profit or loss. Any increase in fair value subsequent to an impairment loss is recognised in other comprehensive income and accumulated under the heading of investments revaluation reserve.

*(v) Cash and cash equivalents*
> For the purpose of the consolidated statement of cash flows, cash and cash equivalents comprise cash in hand, cash at bank and bank overdrafts.

*(vi) Borrowings*
> Borrowings are recorded initially at the proceeds received, net of transaction costs incurred. Borrowings are subsequently stated at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption value is recognised in profit or loss over the period of the borrowings using the effective interest method.

*(vii) Trade and other payables*
> Trade payables are initially recognised at fair value and are subsequently measured at amortised cost, using the effective interest rate method.

Derecognition of financial assets and liabilities

> *Financial assets*
> A financial asset (or, where applicable a part of a financial asset or part of a group of similar financial assets) is derecognised when:
> - the contractual rights to receive cash flows from the asset have expired;
> - the Group retains the right to receive cash flows from the asset, but has assumed an obligation to pay them in full without material delay to a third party under a 'pass through' arrangement; or
> - the Group has transferred its rights to receive cash flows from the asset and either (a) has transferred substantially all the risks and rewards of the asset, or (b) has neither transferred nor retained substantially all the risks and rewards of the asset, but has transferred control of the asset.
>
> Any interest in such derecognized financial assets that is created or retained by the Group is recognised as a separate asset or liability

P-G004711

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

21

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**3.    SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

Derecognition of financial assets and liabilities (continued)

*Financial liabilities*
A financial liability is derecognised when the obligation under the liability is discharged or cancelled or expires.

When an existing financial liability is replaced by another from the same lender on substantially different terms, or the terms of an existing liability are substantially modified, such an exchange or modification is treated as a derecognition of the original liability and the recognition of a new liability, and the difference in the respective carrying amounts is recognised in profit or loss.

Offsetting financial instruments
Financial assets and financial liabilities are offset and the net amount reported in the consolidated statement of financial position if, and only if, there is a currently enforceable legal right to offset the recognised amounts and there is an intention to settle on a net basis, or to realise the asset and settle the liability simultaneously. This is not generally the case with master netting agreements, and the related assets and liabilities are presented gross in the consolidated statement of financial position.

Inventories
Inventories are stated at the lower of cost and net realisable value. The cost is determined using the weighted average method. Net realisable value is the estimated selling price in the ordinary course of business, less the costs to completion and selling expenses.

Share capital
Ordinary shares are classified as equity. The difference between the fair value of the consideration received by the Company and the nominal value of the share capital being issued is taken to the share premium account. Incremental costs directly attributable to the issue of ordinary shares, net of any tax effects, are recognised as a deduction from equity.

Non-current liabilities
Non-current liabilities represent amounts that are due more than twelve months from the reporting date.

Comparatives
Where necessary, comparative figures have been adjusted to conform to changes in presentation in the current year.

**4. FAIR VALUE MEASUREMENT**

The table below analyses assets and liabilities carried at fair value, by valuation method. The different levels have been defined as follows:
- Level 1 - quoted prices (unadjusted) in active markets for identical assets or liabilities.
- Level 2 - inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly (i.e. as prices) or indirectly (i.e. derived from prices).
- Level 3 - inputs for the asset or liability that are not based on observable market data (unobservable inputs).

P-G004712

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

22

## XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

## 4. FAIR VALUE MEASUREMENT (continued)

| 31 December 2017 | Level 1 US$ | Level 2 US$ | Level 3 US$ | Total US$ |
|---|---|---|---|---|
| **Assets measured at fair value** | | | | |
| Available-for-sale financial assets (Note 17) | - | - | 2.400.000 | 2.400.000 |
| Total | - | - | 2.400.000 | 2.400.000 |
| **31 December 2016** | Level 1 US$ | Level 2 US$ | Level 3 US$ | Total US$ |
| **Assets measured at fair value** | | | | |
| Available-for-sale financial assets (Note 17) | - | - | 675.900 | 675.900 |
| Total | - | - | 675.900 | 675.900 |

**Transfers between levels**

There have been no transfers between different levels during year.

**Valuation techniques**

*Non-listed investments*
The fair values of non-listed securities are determined in accordance with generally accepted pricing models based on discounted cash flow analysis using prices from observable current market transactions and dealer quotes for similar instruments. The Group classifies the fair value of these investments as Level 3.

**Reconciliation of Level 3 fair value measurements**

| | | Total |
|---|---|---|
| | US$ | US$ |
| Balance at 1 January | 675.900 | 675.900 |
| Total gains or losses: in profit or loss in other comprehensive income | 1.724.100 | 1.724.100 |
| Balance at 31 December | 2.400.000 | 2.400.000 |

P-G004713

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

23

### XBT HOLDING S.A.

#### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

#### For the year ended 31 December 2017

**5. OPERATIONAL REPORTING BY REGION**

| 2017 | U.S.A. US$ | Europe US$ | Asia US$ | Total US$ |
|---|---|---|---|---|
| Revenue | 32.383.282 | 19.681.224 | 6.350.137 | 58.414.643 |
| Cost of sales | (6.029.485) | (7.162.171) | (2.782.628) | (15.974.284) |
| Gross profit | 26.353.796 | 12.519.053 | 3.567.510 | 42.440.359 |
| SGA | (6.578.060) | (13.432.324) | (1.967.643) | (21.978.027) |
| EBITA | 19.775.736 | (913.271) | 1.599.867 | 20.462.332 |
| Depreciation | 3.766.811 | 9.361.918 | 1.029.566 | 14.158.295 |
| Capital expenditure | 3.726.085 | 16.356.334 | 1.498.111 | 21.580.530 |

| 2016 | U.S.A. US$ | Europe US$ | Asia US$ | Total US$ |
|---|---|---|---|---|
| Revenue | 27.882.710 | 17.401.172 | 4.443.489 | 49.727.371 |
| Cost of sales | (4.929.993) | (5.632.585) | (2.326.949) | (12.889.527) |
| Gross profit | 22.952.716 | 11.768.589 | 2.116.539 | 36.837.844 |
| SGA | (6.752.939) | (7.923.592) | (1.274.494) | (15.951.025) |
| EBITA | 16.199.778 | 3.860.717 | 842.044 | 20.902.539 |
| Depreciation | 3.481.412 | 8.392.440 | 658.442 | 12.532.293 |
| Capital expenditure | 9.858.430 | 16.443.471 | 2.102.710 | 28.404.611 |

The Group is organised by operational regions and this is the primary format for operational reporting by region. Each operational region provides products or services which are subject to risks and returns that are different from those of other operational region.

**6. REVENUE**

| | 2017 US$ | 2016 US$ |
|---|---|---|
| Managed servers revenue | 42.964.895 | 32.117.124 |
| Co-location revenue | 5.123.485 | 5.969.623 |
| Bandwidth revenue | 5.030.566 | 6.117.448 |
| Shared / VPS / Cloud revenue | 1.765.567 | 2.059.631 |
| Equipment revenue | 307.296 | 241.947 |
| Domain and application revenue | 3.222.834 | 3.221.598 |
| | 58.414.643 | 49.727.371 |

P-G004714

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

24

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**7. COST OF SALES**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Materials costs | 474.717 | 606.469 |
| Co-location costs | 7.879.125 | 5.703.204 |
| Bandwidth costs | 5.559.349 | 4.345.469 |
| Domains costs | 475.691 | 354.792 |
| Equipment costs | 1.585.402 | 1.879.593 |
|  | 15.974.284 | 12.889.527 |

**8. OTHER OPERATING INCOME**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Profit from sale of investments in subsidiaries | 513.510 | - |
| Sundry operating income | 17.262 | 15.720 |
|  | 530.772 | 15.720 |

**9. SELLING AND DISTRIBUTION EXPENSES**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| General selling and distribution expenses | 1.830.793 | 698.770 |
|  | 1.830.793 | 698.770 |

P-G004715

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

25

### XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**10.  ADMINISTRATIVE EXPENSES**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Staff costs (Note 11) | 5.520.677 | 3.749.340 |
| Rent | 548.420 | 399.315 |
| Common expenses | 257.432 | 161.295 |
| Immovable property tax | 47.059 | 27.685 |
| Insurance | 67.809 | 42.591 |
| Sales and marketing expenses | 7.234.766 | 5.963.697 |
| Advertising expenses | 723.299 | 1.650.282 |
| Operating lease rentals | 61.479 | 215.667 |
| Independent auditors' remuneration - current year | 126.119 | 122.839 |
| Independent auditors' remuneration - prior years | 10.803 | 27.172 |
| Legal and professional | 1.677 | 2.293 |
| Other professional fees | 4.243.892 | 1.603.586 |
| Revenue stamps | - | 112 |
| Fines | 55.437 | 15.149 |
| Travelling | 580.035 | 474.375 |
| Irrecoverable VAT | 187.757 | 261.920 |
| Motor vehicle running costs | 157.136 | - |
| General administration expenses | 307.725 | 534.938 |
| Amortisation of computer software (Note 15) | 3.547.680 | 863.617 |
| Depreciation (Note 14) | 10.610.615 | 11.668.675 |
| Sundry expenses | 15.712 | - |
|  | 34.305.529 | 27.784.548 |

**11.  STAFF COSTS**

|  | Note | 2017 US$ | 2016 US$ |
|---|---|---|---|
| Salaries | | 5.520.677 | 3.749.340 |
| Total staff costs | | 5.520.677 | 3.749.340 |

The average number of employees employed by the Group during the year 2017  and 2016 were 208 and 195 respectively.

P-G004716

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

26

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**12. NET FINANCE INCOME AND EXPENSES**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Interest income | 26.856 | 14.592 |
| Exchange profit | 239.158 | 168.388 |
|  | 266.014 | 182.980 |
| Net foreign exchange transaction losses | (887.296) | (234.895) |
| Interest expense | (2.365.855) | (1.569.602) |
| Sundry finance expenses | (399.419) | (315.750) |
| Finance expenses | (3.652.570) | (2.120.247) |
| **Net finance expenses** | (3.386.556) | (1.937.267) |

**13. TAXATION**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Corporation tax - current year | 484.573 | 180.205 |
| Corporation tax - prior years | (596) | - |
| Overseas tax | 62.702 | - |
| Charge for the year | 546.679 | 180.205 |

**14. PROPERTY, PLANT AND EQUIPMENT**

| 2017 | Motor vehicles | Furniture, fixtures and office equipment | Computer equipment | Total |
|---|---|---|---|---|
|  | US$ | US$ | US$ | US$ |
| **Cost** |  |  |  |  |
| Balance at 1 January | 905.034 | 760.262 | 69.741.363 | 71.406.659 |
| Additions | 47.588 | 5.059.698 | 15.916.477 | 21.023.763 |
| Balance at 31 December | 952.622 | 5.819.960 | 85.657.840 | 92.430.422 |
| **Depreciation** |  |  |  |  |
| Balance at 1 January | 460.242 | 415.299 | 37.844.639 | 38.720.180 |
| Depreciation for the year | 145.059 | 2.122.297 | 8.343.259 | 10.610.615 |
| Exchange differences | 3.990 | 16.724 | 304.400 | 325.114 |
| Balance at 31 December | 609.291 | 2.554.320 | 46.492.298 | 49.655.909 |
| **Carrying amounts** |  |  |  |  |
| Balance at 31 December | 343.331 | 3.265.640 | 39.165.542 | 42.774.513 |

P-G004717

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

27

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**14. PROPERTY, PLANT AND EQUIPMENT** *(continued)*

| 2016 | Motor vehicles | Furniture, fixtures and office equipment | Computer equipment | Total |
|---|---|---|---|---|
| | US$ | US$ | US$ | US$ |
| **Cost** | | | | |
| Balance at 1 January | 787.308 | 677.830 | 48.023.572 | 49.488.710 |
| Additions | 117.726 | 82.432 | 21.717.791 | 21.917.949 |
| Balance at 31 December | 905.034 | 760.262 | 69.741.363 | 71.406.659 |
| **Depreciation** | | | | |
| Balance at 1 January | 313.277 | 281.801 | 28.186.692 | 28.781.770 |
| Depreciation for the year | 146.965 | 133.498 | 9.657.947 | 9.938.410 |
| Balance at 31 December | 460.242 | 415.299 | 37.844.639 | 38.720.180 |
| **Carrying amounts** | | | | |
| Balance at 31 December | 444.792 | 344.963 | 31.896.724 | 32.686.479 |

**15. INTANGIBLE ASSETS AND GOODWILL**

| 2017 | Goodwill US$ | Computer software US$ | Total US$ |
|---|---|---|---|
| **Cost** | | | |
| Balance at 1 January | 226.020.382 | 19.001.838 | 245.022.220 |
| Additions/(disposals) - net | 570.571 | (13.804) | 556.767 |
| Adjustment on restructuring | (2.242.180) | - | (2.242.180) |
| Balance at 31 December | 224.348.773 | 18.988.034 | 243.336.807 |
| **Amortisation** | | | |
| Balance at 1 January | - | 6.087.727 | 6.087.727 |
| Amortisation for the year | - | 3.547.680 | 3.547.680 |
| Exchange differences | - | (216.625) | (216.625) |
| Balance at 31 December | - | 9.418.782 | 9.418.782 |
| **Carrying amounts** | | | |
| Balance at 31 December | 224.348.773 | 9.569.252 | 233.918.025 |

P-G004718

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

28

## XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### For the year ended 31 December 2017

**15. INTANGIBLE ASSETS AND GOODWILL** *(continued)*

**2016**

|  | Goodwill US$ | Computer software US$ | Total US$ |
|---|---|---|---|
| **Cost** |  |  |  |
| Balance at 1 January | 226.020.382 | 12.515.176 | 238.535.558 |
| Additions | - | 6.486.662 | 6.486.662 |
| Balance at 31 December | 226.020.382 | 19.001.838 | 245.022.220 |
| **Amortisation** |  |  |  |
| Balance at 1 January | - | 3.493.844 | 3.493.844 |
| Amortisation for the year | - | 2.593.883 | 2.593.883 |
| Balance at 31 December | - | 6.087.727 | 6.087.727 |
| **Carrying amounts** |  |  |  |
| Balance at 31 December | 226.020.382 | 12.914.111 | 238.934.493 |

**16. INVESTMENTS IN SUBSIDIARIES**

The details of the subsidiaries are as follows:

| Name | Country of incorporation | Principal activities | 2017 Holding % | 2016 Holding % |
|---|---|---|---|---|
| 1GB.com Inc | USA | Bandwidth services | - | 100 |
| Dedicated Servers Inc | USA | Data storage services and trace and renting servers | 100 | 100 |
| DFW Internet Services Inc | USA | IP addresses space | 100 | 100 |
| Fozzy Inc | USA | Virtual private servers and other web hosting services | 100 | 100 |
| IP Transit Inc | USA | Network services, IP transiting, transport peering and content delivery network | 100 | 100 |
| Servers.com Inc | USA | Distribution of denial service educational portal | 100 | 100 |
| Travail Systems Inc | USA | Colocation services | 100 | 100 |
| Universal CDN Inc | USA | Content delivery network services | 100 | 95 |
| Universal CDN (Cyprus) Ltd | Cyprus | Content delivery network services | - | 95 |
| TM Web Properties Ltd | Cyprus | Services in the fields of trademarkets and other intellectual property | 100 | 100 |
| Webzilla Dallas Inc | USA | Web hosting services | 100 | 100 |
| Webzilla Apps Inc | USA | Sharing internet protocols and virtual private networks | 100 | 100 |

P-G004719

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

29

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**16.  INVESTMENTS IN SUBSIDIARIES** *(continued)*

| | | | | |
|---|---|---|---|---|
| Webzilla Inc | USA | Data storage services and bundled services consisting of web hosting services | 100 | 100 |
| iMarketing Solutions Ltd | Belize | Holding of investments | 100 | 100 |
| URL Solutions Inc | Panama | Uniform resources locators and domain names | 100 | 100 |
| Webzilla B.V | Netherlands | Trading and renting of servers and bundled services including web hosting services | 100 | 100 |
| ITPan.com Ltd | Gibraltar | Holding of investments | - | 100 |
| Root S.A | Luxembourg | Web hosting services and leasing and selling of servers | 100 | 100 |
| Servers.com B.V | Netherlands | Information storage and network services | 100 | 100 |
| Servers.com CY Ltd | Cyprus | Development of computer software | 100 | - |
| Webzilla Ltd | Cyprus | Web hosting services and leasing and selling of computer servers | 92,94 | 100 |
| Devazilla EOOD | Bulgaria | Development and sale of information systems and software products | 100 | - |
| IBEE Software Solutions PVT Ltd | India | Internet hosting services, software development and web design | 70 | 70 |
| Servers.com Asia Ltd | Hong Kong | Information storage and network services | 100 | 100 |
| Webzilla Singapore PTE Ltd | Singapore | Internet access and other computer service activities | 100 | 100 |
| Brandnames.com Sarl | Switzerland | Holding of investments | - | 100 |
| BN Domains Trust Services Ltd | Cyprus | Dormant | - | 100 |
| Servers.com Eesti OU | Estonia | Advertising and marketing services | 100 | |
| Edinaya Set LLC | Russia | Communication and data center services | 100 | 99 |

The Group periodically evaluates the recoverability of investments in subsidiaries whenever indicators of impairment are present. Indicators of impairment include such items as declines in revenues, earnings or cash flows or material adverse changes in the economic or political stability of a particular country, which may indicate that the carrying amount of an asset is not recoverable. If facts and circumstances indicate that investment in subsidiaries may be impaired, the estimated future discounted cash flows associated with these subsidiaries would be compared to their carrying amounts to determine if a write-down to fair value is necessary.

P-G004720

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

30

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**17.   AVAILABLE-FOR-SALE FINANCIAL ASSETS**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Balance at 1 January | 675.900 | - |
| Additions | - | 675.900 |
| Revaluation difference transferred to equity (Note 23) | 1.724.100 | - |
| Balance at 31 December | 2.400.000 | 675.900 |

|  | Fair values 2017 US$ | Cost 2017 US$ | Fair values 2016 US$ | Cost 2016 US$ |
|---|---|---|---|---|
| Non-listed securities | 2.400.000 | 675.900 | 675.900 | 675.900 |
|  | 2.400.000 | 675.900 | 675.900 | 675.900 |

The details of the investments are as follows:

| Name | Country of incorporation | Principal activities | Holding % |
|---|---|---|---|
| Prisma Labs, Inc | Delaware, USA | Development of mobile application | 8,264 |

**18.   LOANS RECEIVABLE**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Balance at 1 January | 933.296 | 258.363 |
| New loans granted | 50.000 | 1.672.302 |
| Repayments | (180.667) | (995.240) |
| Interest charged | 24.207 | 11.787 |
| Exchange difference | 34.100 | (13.916) |
| Balance at 31 December | 860.936 | 933.296 |

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Loans receivable | 860.936 | 840.422 |
| Loans to related companies (Note 28 (v)) | - | 2.017 |
| Loans to directors (Note 28 (vi)) | - | 90.857 |
|  | 860.936 | 933.296 |

P-G004721

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

31

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

18. **LOANS RECEIVABLE** *(continued)*

The loans are repayable as follows:

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Between one and five years | 860.936 | 933.296 |

The exposure of the Group to credit risk is reported in note 29 to the consolidated financial statements.

The fair values of non-current receivables approximate to their carrying amounts as presented above.

The loans to Directors were provided interest free and are repayable monthly over three years. Upon origination these loans were re-measured at fair value, being the future cash flows discounted at market interest rates prevailing for similar instruments. The interest income is recognised on the fair value of the loans using the effective interest method. The difference between the fair value and the nominal value of the loans is taken to profit or loss.

The effective interest rates on loans receivable (current and non-current) were as follows:

|  | 2017 % | 2016 % |
|---|---|---|
| Loans receivable | 3,06 | 2,41 |

19. **INVENTORIES**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Finished products | 75.287 | 67.795 |
|  | 75.287 | 67.795 |

The Group reviews its inventory records for evidence regarding the saleability of inventory and its net realizable value on disposal. The provision for obsolete and slow-moving inventory is based on management's past experience, taking into consideration the value of inventory as well as the movement and the level of stock of each category of inventory.

The amount of provision is recognized in the profit or loss. The review of the net realisable value of the inventory is continuous and the methodology and assumptions used for estimating the provision for obsolete and slow-moving inventory are reviewed regularly and adjusted accordingly.

The cost of inventories recognised as expense and included in "cost of sales" amounted to US$14.820.831 (2016: US$12.889.527).

P-G004722

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

32

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**20.   TRADE AND OTHER RECEIVABLES**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Trade receivables | 4.885.830 | 8.548.579 |
| Less: Provision for impairment of receivables | (354.313) | (570.003) |
| Trade receivables - net | 4.531.517 | 7.978.576 |
| Receivables from related companies (Note 28 (iv)) | 599.454 | - |
| Directors' current accounts - debit balances (Note 28 (vii)) | 58.952 | 119.607 |
| Shareholders' current accounts - debit balances (Note 28 (vii)) | 2.860.615 | - |
| Receivables from parent (Note 28 (iii)) | 601.781 | - |
| Deposits and prepayments | 664.751 | 158.601 |
| Deferred expenses | 1.740 | - |
| Other receivables | 143.227 | 104.409 |
| Refundable VAT | 568.147 | 542.071 |
|  | 10.030.184 | 8.903.264 |

Movement in provision for impairment of receivables:

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Balance at 1 January | 570.003 | 79.727 |
| Impairment losses recognised on receivables | - | 490.276 |
| Amount written off as uncollectible | (215.690) | - |
| Balance at 31 December | 354.313 | 570.003 |

The fair values of trade and other receivables due within one year approximate to their carrying amounts as presented above.

The exposure of the Group to credit risk and impairment losses in relation to trade and other receivables is reported in note 29 to the consolidated financial statements.

| **Currency:** | 2017 US$ | 2016 US$ |
|---|---|---|
| United States Dollars | 9.704.886 | 8.589.145 |
| Euro | 78.789 | 98.161 |
| Indian rupee | 168.764 | 130.975 |
| Singapore dollar | 77.745 | 84.983 |
|  | 10.030.184 | 8.903.264 |

P-G004723

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

33

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**21.  CASH AND CASH EQUIVALENTS**

|  | 2017<br>US$ | 2016<br>US$ |
|---|---|---|
| Cash at bank and in hand | 5.773.770 | 5.399.435 |
| Bank deposits | 408.263 | 408.263 |
|  | 6.182.033 | 5.807.698 |

For the purposes of the consolidated statement of cash flows, the cash and cash equivalents include the following:

|  | 2017<br>US$ | 2016<br>US$ |
|---|---|---|
| Cash and cash equivalents | 5.773.770 | 5.399.435 |
| Bank overdrafts | (546.474) | (466.906) |
|  | 5.227.296 | 4.932.529 |

| **Currency:** | 2017<br>US$ | 2016<br>US$ |
|---|---|---|
| Euro | 2.991.042 | 1.748.507 |
| United States Dollars | 1.822.004 | 3.009.876 |
| Bulgarian Lev | 2.317 | 634 |
| Singapore Dollars | 14.692 | 21.434 |
| Russian rouble | 390.278 | 140.537 |
| Indian rupee | 6.963 | 11.541 |
|  | 5.227.296 | 4.932.529 |

The exposure of the Group to credit risk and impairment losses in relation to cash and cash equivalents is reported in note 29 to the consolidated financial statements.

P-G004724

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

34

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

22.  **SHARE CAPITAL**

| | 2017 Number of shares | 2017 US$ | 2016 Number of shares | 2016 US$ |
|---|---|---|---|---|
| **Authorised** | | | | |
| Ordinary shares of US$1 each | 5.000.000 | 5.000.000 | 5.000.000 | 5.000.000 |
| | | US$ | | US$ |
| **Issued and fully paid** | | | | |
| Balance at 1 January | 1.306.566 | 1.306.566 | 1.306.566 | 1.306.566 |
| Balance at 31 December | 1.306.566 | 1.306.566 | 1.306.566 | 1.306.566 |

P-G004725

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

35

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**23. RESERVES**

| | Share premium US$ | Fair value reserve - available-for-sale financial assets US$ | Translation reserve US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|---|---|
| Balance at 1 January 2016 | 240.633.434 | - | 13.311 | 3.336.206 | 243.982.951 |
| Profit for the year | - | - | - | 6.105.093 | 6.105.093 |
| Exchange difference | - | - | (57.715) | - | (57.715) |
| Balance at 31 December 2016 | 240.633.434 | - | (44.404) | 9.441.299 | 250.030.329 |
| Balance at 1 January 2017 | 240.633.434 | - | (44.404) | 9.441.299 | 250.030.329 |
| Fair value adjustment (Note 17) | - | 1.724.100 | - | - | 1.724.100 |
| Exchange difference arising on the translation and consolidation of foreign companies' financial statements | - | - | 64.758 | - | 64.758 |
| Profit for the year | - | - | - | 2.876.752 | 2.876.752 |
| Transfer | - | - | - | 643.166 | 643.166 |
| Balance at 31 December 2017 | 240.633.434 | 1.724.100 | 20.354 | 12.961.217 | 255.339.105 |

P-G004726

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

36

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

23. **RESERVES** *(continued)*

The fair value reserve for investments represents accumulated gains and losses arising on the revaluation of available-for-sale financial assets that have been recognised in other comprehensive income, net of amounts reclassified to profit or loss when those assets have been disposed of or are determined to be impaired.

24. **LOANS AND BORROWINGS**

| | 2017 US$ | 2016 US$ |
|---|---|---|
| Balance at 1 January | 3.854.814 | 4.841.125 |
| Additions | - | 1.315.957 |
| Repayments | (1.071.259) | (2.518.050) |
| Interest charged | 238.313 | 301.525 |
| Exchange difference | 28.883 | (85.743) |
| Balance at 31 December | 3.050.751 | 3.854.814 |

| | 2017 US$ | 2016 US$ |
|---|---|---|
| **Non-current liabilities** | | |
| Credit facilities | 3.050.751 | 3.854.814 |
| Total | 3.050.751 | 3.854.814 |

Maturity of borrowings:

| | 2017 US$ | 2016 US$ |
|---|---|---|
| Between one and five years | 3.050.751 | 3.854.814 |

The effective interest rates at the reporting date were as follows:

| | 2017 | 2016 |
|---|---|---|
| Credit facilities | 8,47% | 8,98% |

The exposure of the Group to interest rate risk in relation to financial instruments is reported in note 29 to the consolidated financial statements.

P-G004727

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

37

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**25.  OBLIGATIONS UNDER FINANCE LEASES**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Balance at 1 January | 20.193.624 | 10.749.030 |
| Additions | 14.996.427 | 15.661.456 |
| Repayments | (11.793.350) | (7.484.108) |
| Interest charge | 2.122.639 | 1.267.246 |
| Exchange difference | 236.770 | - |
| Balance at 31 December | 25.756.110 | 20.193.624 |

|  | Minimum lease payments 2017 US$ | Interest 2017 US$ | Principal 2017 US$ | Minimum lease payments 2016 US$ | Interest 2016 US$ | Principal 2016 US$ |
|---|---|---|---|---|---|---|
| Within one year | 14.254.861 | 2.471.288 | 11.783.573 | 10.299.250 | 1.525.260 | 8.773.990 |
| Between one and five years | 15.137.633 | 1.165.096 | 13.972.537 | 12.478.735 | 1.059.101 | 11.419.634 |
|  | 29.392.494 | 3.636.384 | 25.756.110 | 22.777.985 | 2.584.361 | 20.193.624 |

It is the Group's policy to lease certain of its computer equipment under finance leases. The average lease term is 42 months. For year ended 31 December 2017, the average effective borrowing rate was 10,6% (2016: 10,6%). Interest rates are fixed at the contract date, and thus expose the Group to fair value interest rate risk. All leases are on a fixed repayment basis and no arrangements have been entered into for contingent rental payments.

The fair values of lease obligations approximate to their carrying amounts as presented above.

The Group's obligations under finance leases are secured by the lessors' title to the leased assets.

The exposure of the Group to interest rate risk in relation to financial instruments is reported in note 29 to the consolidated financial statements.

P-G004728

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

38

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**26. TRADE AND OTHER PAYABLES**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Trade payables | 8.728.039 | 10.672.755 |
| Directors' current accounts - credit balances (Note 28 (viii)) | 10.210 | 130.258 |
| Shareholders' current accounts - credit balances (Note 28 (viii)) | 159.930 | - |
| Accruals | 358.997 | 328.856 |
| Other creditors | 155.106 | 265.211 |
| Deferred income | 696.675 | 120.686 |
|  | 10.108.957 | 11.517.766 |

| **Currency:** | 2017 US$ | 2016 US$ |
|---|---|---|
| United States Dollars | 9.419.755 | 10.769.198 |
| Euro | 309.916 | 381.428 |
| Indian rupee | 183.371 | 185.022 |
| Singapore dollar | 195.915 | 182.118 |
|  | 10.108.957 | 11.517.766 |

The fair values of trade and other payables due within one year approximate to their carrying amounts as presented above.

The exposure of the Group to liquidity risk in relation to financial instruments is reported in note 29 to the consolidated financial statements.

**27. TAX LIABILITY**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Corporation tax | 381.574 | 149.532 |
| Special contribution to the defence fund | 245 | - |
|  | 381.819 | 149.532 |

There are transactions and calculations for which the ultimate tax determination is uncertain during the ordinary course of business. The Group recognises liabilities for anticipated tax audit issues based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such differences will impact the income tax and deferred tax provisions in the period in which such determination is made.

P-G004729

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

39

**XBT HOLDING S.A.**

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

## 28. RELATED PARTY TRANSACTIONS

The transactions and balances with related parties are as follows:

**(i) Directors' remuneration**

The remuneration of Directors and other members of key management was as follows:

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Directors' fees | 15.217 | - |
|  | 15.217 | - |

**(ii) Purchases of goods and services**

|  | Nature of transactions | 2017 US$ | 2016 US$ |
|---|---|---|---|
| Blackdiamond Trading Ltd | Trade | 1.800.000 | - |
|  |  | 1.800.000 | - |

**(iii) Receivables from parent company**

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Name |  |  |
| AUKA Invest PTE Ltd | 601.781 | - |
|  | 601.781 | - |

**(iv) Receivables from related companies (Note 20)**

|  | Nature of transactions | 2017 US$ | 2016 US$ |
|---|---|---|---|
| Name |  |  |  |
| Blackdiamond Trading Limited | Trade | 599.454 | - |
|  |  | 599.454 | - |

P-G004730

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

40

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**28.   RELATED PARTY TRANSACTIONS** *(continued)*

### (v) Loans to related parties (Note 18)

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| AUKA Invest PTE Ltd | - | 290 |
| BK Tech Investments PTE LTD | - | 1.727 |
|  | - | 2.017 |

### (vi) Loans to directors (Note 18)

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Aleksey Gubarev | - | 90.857 |
|  | - | 90.857 |

The loan was provided interest free, and there was no specified repayment date.

### (vii) Directors' / shareholders' current accounts – debit balances (Note 20)

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Aleksey Gubarev | 2.860.615 | 119.607 |
| Kostyantyn Bezruchenko | 13.268 | - |
| Regina Biktimirova | 45.684 | - |
|  | 2.919.567 | 119.607 |

The shareholders' current accounts are interest free, and have no specified repayment date.

### (viii) Directors'/shareholders' current accounts – credit balances

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Kostyantyn Bezruchenko | 51.240 | 13.272 |
| Alexander Borodin | 116.288 | 116.288 |
| Rajesh Kumar Mishra | 2.612 | 698 |
|  | 170.140 | 130.258 |

The shareholders' current accounts are interest free, and have no specified repayment date.

P-G004731

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

41

## XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**29.   FINANCIAL INSTRUMENTS - FAIR VALUES AND RISK MANAGEMENT**

**Financial risk factors**

The Group is exposed to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Market risk
- Other risks

The Board of Directors has overall responsibility for the establishment and oversight of the Group's risk management framework.

The Group's risk management policies are established to identify and analyse the risks faced by the Group, to set appropriate risk limits and controls, and monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and in the Group's activities.

**A. Financial risk management**

*(i)   Credit risk*

Credit risk arises when a failure by counter parties to discharge their obligations could reduce the amount of future cash inflows from financial assets on hand at the reporting date.  The Group has policies in place to ensure that sales of products and services are made to customers with an appropriate credit history and monitors on a continuous basis the ageing profile of its receivables.

*Trade and other receivables*

The Group's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 20.

The Group's exposure to credit risk is influenced mainly by the individual characteristics of each customer. However, management also considers the factors that may influence the credit risk of its customer base, including the default risk of the industry and country in which customers operate. Further details of concentration of revenue are included in note 20.

The Board of Directors has established a credit policy under which each new customer is analysed individually for creditworthiness before the Group's standard payment and delivery terms and conditions are offered. The Group's review includes external ratings, if they are available, and in some cases bank references. Sale limits are established for each customer and reviewed quarterly. Any sales exceeding those limits require approval from the Board of Directors.

The Group establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified.

P-G004732

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

42

## XBT HOLDING S.A.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**29.  FINANCIAL INSTRUMENTS - FAIR VALUES AND RISK MANAGEMENT** *(continued)*

*(i)  Credit risk (continued)*

Management believes that the unimpaired amounts that are past due by more than 30 days are still collectible in full, based on historical payment behaviour and extensive analysis of customer credit risk, including underlying customer credit ratings if they are available.

*(ii)  Liquidity risk*

Liquidity risk is the risk that arises when the maturity of assets and liabilities does not match. An unmatched position potentially enhances profitability, but can also increase the risk of losses. The Group has procedures with the object of minimising such losses such as maintaining sufficient cash and other highly liquid current assets and by having available an adequate amount of committed credit facilities.

The following tables detail the Group's remaining contractual maturity for its financial liabilities. The tables have been drawn up based on the undiscounted cash flows of financial liabilities based on the earliest date on which the Group can be required to pay. The table includes both interest and principal cash flows.

| 31 December 2017 | Carrying amounts US$ | Contractual cash flows US$ | 3 months or less US$ | Between 3-12 months US$ | Between 1-5 years US$ | Over than 5 years US$ |
|---|---|---|---|---|---|---|
| **Non-derivative financial liabilities** | | | | | | |
| Obligations under finance leases | 25.756.110 | 29.392.495 | 3.563.715 | 10.691.146 | 15.137.634 | - |
| Credit facilities | 3.050.751 | 3.294.707 | - | - | 3.294.707 | - |
| Bank overdrafts | 546.474 | 546.474 | - | 546.474 | - | - |
| Trade and other payables | 9.579.820 | 9.579.820 | - | 9.579.820 | - | - |
| Payables to related parties | 170.140 | 170.140 | - | 170.140 | - | - |
| | 39.103.295 | 42.983.636 | 3.563.715 | 20.987.580 | 18.432.341 | - |

P-G004733

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

43

## XBT HOLDING S.A.

<u>NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS</u>

<u>For the year ended 31 December 2017</u>

**29.  FINANCIAL INSTRUMENTS - FAIR VALUES AND RISK MANAGEMENT** *(continued)*

*(ii)  Liquidity risk (continued)*

| 31 December 2016 | Carrying amounts US$ | Contractual cash flows US$ | 3 months or less US$ | Between 3- 12 months US$ | Between 1-5 years US$ | More than 5 years US$ |
|---|---|---|---|---|---|---|
| **Non-derivative financial liabilities** | | | | | | |
| Obligations under finance leases | 20.193.624 | 22.777.985 | 2.574.813 | 7.724.437 | 12.478.735 | - |
| Credit facilities | 3.854.814 | 4.220.748 | - | - | 4.220.748 | - |
| Bank overdrafts | 466.906 | 466.906 | - | 466.906 | - | - |
| Trade and other payables | 11.058.652 | 11.058.652 | - | 11.058.652 | - | - |
| Payables to related parties | 130.258 | 130.258 | - | 130.258 | - | - |
| | 35.704.254 | 38.654.549 | 2.574.813 | 19.380.253 | 16.699.483 | - |

*(iii)  Market risk*

Market risk is the risk that changes in market prices, such as foreign exchange rates, interest rates and equity prices will affect the Company's income or the value of its holdings of financial instruments.

The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimising the return.

*Interest rate risk*

Interest rate risk is the risk that the value of financial instruments will fluctuate due to changes in market interest rates. Borrowings issued at variable rates expose the Group to cash flow interest rate risk. Borrowings issued at fixed rates expose the Group to fair value interest rate risk. Group's management monitors the interest rate fluctuations on a continuous basis and acts accordingly.

At the reporting date the interest rate profile of interest- bearing financial instruments was:

| | 2017 US$ | 2016 US$ |
|---|---|---|
| *Fixed rate instruments* | | |
| Financial assets | 860.936 | 933.296 |
| Financial liabilities | (28.806.861) | (24.048.438) |
| *Variable rate instruments* | | |
| Financial assets | 6.182.033 | 5.807.698 |
| Financial liabilities | (546.474) | (466.906) |
| | (22.310.366) | (17.774.350) |

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

44

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**29.   FINANCIAL INSTRUMENTS - FAIR VALUES AND RISK MANAGEMENT** *(continued)*

*(iii) Market risk (continued)*

*Interest rate risk (continued)*

Sensitivity analysis
An increase of 100 basis points in interest rates at 31 December 2017 would have increased/(decreased) equity and profit or loss by the amounts shown below. This analysis assumes that all other variables, in particular foreign currency rates, remain constant. For a decrease of 100 basis points there would be an equal and opposite impact on the profit or loss.

|  | Profit or loss | |
|---|---|---|
|  | 2017 US$ | 2016 US$ |
| Variable rate instruments | 56.356 | 53.408 |
|  | 56.356 | 53.408 |

*Currency risk*
Currency risk is the risk that the value of financial instruments will fluctuate due to changes in foreign exchange rates. Currency risk arises when future commercial transactions and recognised assets and liabilities are denominated in a currency that is not the Group's functional currency. The Group is exposed to foreign exchange risk arising from various currency exposures primarily with respect to the Euro, the Indian rupee and the Singapore dollar. The Group's management monitors the exchange rate fluctuations on a continuous basis and acts accordingly.

The Group's exposure to foreign currency risk was as follows:

| 31 December 2017 | Euro US$ | Indian rupee US$ | Singapore dollar US$ |
|---|---|---|---|
| Assets |  |  |  |
| Cash at bank | 2.991.042 | - | - |
| Trade Receivables | 78.789 | 168.764 | 77.745 |
|  | 3.069.831 | 168.764 | 77.745 |
| Liabilities |  |  |  |
| Trade Payables | (309.916) | (183.371) | (195.915) |
|  | (309.916) | (183.371) | (195.915) |
| Net exposure | 2.759.915 | (14.607) | (118.170) |

P-G004735

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

45

# XBT HOLDING S.A.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### For the year ended 31 December 2017

**29. FINANCIAL INSTRUMENTS – FAIR VALUES AND RISK MANAGEMENT** *(continued)*

*(iii) Market risk (continued)*

*Currency risk (continued)*

| 31 December 2016 | Euro US$ | Indian rupee US$ | Singapore dollar US$ |
|---|---|---|---|
| **Assets** | | | |
| Cash at bank | 1.748.507 | - | - |
| Trade receivables | 98.161 | 130.975 | 84.983 |
| | 1.846.668 | 130.975 | 84.983 |
| **Liabilities** | | | |
| Tade payables | (381.428) | (185.022) | (182.118) |
| | (381.428) | (185.022) | (182.118) |
| Net exposure | 1.465.240 | (54.047) | (97.135) |

<u>Sensitivity analysis</u>
A 10% strengthening of the United States Dollars against the following currencies at 31 December 2017 would have increased (decreased) profit or loss by the amounts shown below. This analysis assumes that all other variables, in particular interest rates, remain constant. For a 10% weakening of the United States Dollars against the relevant currency, there would be an equal and opposite impact on the profit or loss.

| | Profit or loss | |
|---|---|---|
| | 2017 US$ | 2016 US$ |
| Euro | 275.992 | 146.524 |
| Indian rupee | 1.461 | 5.405 |
| Singapore dollar | 11.817 | 9.714 |
| | 289.270 | 161.643 |

(iv) <u>Other risks</u>
The general economic environment prevailing internationally may affect the Group's operations to a great extent. Economic conditions such as inflation, unemployment, and development of the gross domestic product are directly linked to the economic course of every country and any variation in these and the economic environment in general may create chain reactions in all areas hence affecting the Group.

<u>Capital management</u>
The Group manages its capital to ensure that it will be able to continue as a going concern while increasing the return to shareholders through the strive to improve the debt to equity ratio. The Group's overall strategy remains unchanged from last year.

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

46

## XBT HOLDING S.A.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2017

**30.  COMMITMENTS**

**Operating lease commitments**

Finance leases - The Group as lessee
The future aggregate minimum lease payments under non-cancellable operating leases are as follows:

|  | 2017 US$ | 2016 US$ |
|---|---|---|
| Within one year | 259.095 | 214.816 |
| Between one and five years | 1.004.949 | 68.670 |
| After five years | 806.630 | - |
|  | 2.070.674 | 283.486 |

On 26 September 2018 the Board of Directors of XBT Holding S.A. approved and authorised these consolidated financial statements for issue.

P-G004737