# EXHIBIT 2

1        IN THE UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF FLORIDA

3

4

5

6
    ****************************
7   ALEKSEJ GUBAREV, XBT HOLDING
    S.A., AND WEBZILLA, INC.,
8
         Plaintiffs,
9
    vs.                              Case No.:
10                                   1:17-cv-60426-UU
    BUZZFEED, INC. AND BEN SMITH,
11
         Defendants
12  ****************************

13

14                CONFIDENTIAL

15   VIDEOTAPED DEPOSITION OF JEFFREY ANDERSON

16            Thursday, May 31, 2018

17                  10:12 a.m.

18                   Held at:

19           Ciampa Fray-Witzer, LLP

20                 20 Park Plaza

21                   Suite 505

22             Boston, Massachusetts

23

24    Judith McGovern Williams, CSR, CRR
         Registered Professional Reporter
25

1     A.   I mean that statement means that
2  we're not making any claims there are not
3  potentially other damage elements that we have
4  not been asked to address.  It is just not to
5  focus or limit it to XBT's lost business
6  value.
7     Q.   Okay.  Let me ask you, setting aside
8  Mr. Gubarev personally, if you are valuing the
9  entire business, right, the entire value of
10 the business, what other damages could there
11 be with respect to the business?
12    A.   I don't know.
13    Q.   Okay.  So you are not intending to
14 offer any testimony on anything other than
15 measuring the lost business value, setting
16 aside the benefit to BuzzFeed?
17    A.   And again unless new information
18 comes up I'm asked to address something else,
19 for right now this is all I'm -- this is all I
20 have analyzed.
21    Q.   Okay.  And in your estimate of
22 business value, right, is an estimate for as
23 an accountant would call it the consolidated
24 company?  Is that fair?
25    A.   It's a fair market value of XBT and

1    its subsidiaries.
2        Q.   And all of its subsidiaries?  Right?
3        A.   Correct.
4        Q.   So you have not made any effort to
5    apportion that market value by figuring out
6    the market value of each subsidiary?  Is that
7    fair?
8        A.   I have not.
9        Q.   Okay.  And you have not made any
10   effort to calculate any business value for
11   Webzilla, Inc. specifically?
12       A.   I have not.
13       Q.   Okay.  Is it -- would it also be
14   accurate to say that you have not made any
15   effort to determine how much of what you
16   contend is lost business valuable should be
17   attributed to BuzzFeed and how much should be
18   attributed to Christopher Steele?
19              MR. FRAY-WITZER:  Objection.
20       A.   Business valuable?
21   BY MR. SIEGEL:
22       Q.   Back up.
23            Are you aware that XBT is also suing
24   and  Mr. Gubarev and one of its European
25   subsidiaries are suing Mr. Steele in London?

1	Q.	-- as of January of 2018?
2	A.	My understanding was that this was
3	-- this was not the case prior to the release
4	of the dossier.
5	Q.	No, no, no.  I'm not saying that.  I
6	am saying do you have any understanding
7	whether as of January 2018 --
8	A.	Um-hmm.
9	Q.	-- right, the kinds of questions
10	that are being asked in this email are typical
11	of the same scrutiny being applied by
12	Webzilla's other sources of finance.
13	A.	Yeah, I don't know.
14	Q.	You don't know.  Okay.
15		Let me -- right.  These -- this
16	particular email, right, relates to financing
17	for Webzilla BV?  Right?
18		(Pause.)
19		(Witness viewing Exhibit 7.)
20	A.	Correct.
21	Q.	And Webzilla Limited?  Right?
22	A.	Correct.
23	Q.	Not Webzilla, Inc.?
24	A.	Correct.
25	Q.	Okay.  Does this email indicate to

1                          CERTIFICATE

2     Commonwealth of Massachusetts

3     Plymouth, ss.

4

5

6              I, Judith McGovern Williams, a

7     Notary Public in and for the Commonwealth of

8     Massachusetts, do hereby certify:

9              That JEFFREY ANDERSON, the witness

10    whose deposition is hereinbefore set forth,

11    was duly sworn by me and that such deposition

12    is a true record of the testimony given by the

13    said witness.

14             IN WITNESS WHEREOF, I have hereunto

15    set my hand this 5th day of June, 2018.

16             *[signature: Judith McGovern Williams]*

17
              Judith McGovern Williams
18          Registered Professional Reporter
              Certified Realtime Reporter
19            Certified LiveNote Reporter
         Certified Shorthand Reporter No. 130993
20

21
      My Commission expires:
22
      April 19, 2024
23

24

25