# **EXHIBIT 4**

**From:** Val Gurvits [mailto:vgurvits@bostonlawgroup.com]
**Sent:** Thursday, February 01, 2018 12:38 PM
**To:** Siegel, Nathan; evan@cfwlegal.com; Bolger, Kate
**Cc:** Matthew Shayefar; bcobb@CobbEddy.com; rblack@royblack.com; 'Jared Lopez'
**Subject:** RE: Gubarev - depo scheduling

Nathan,

I write to respond to your comments about the documents stamped P-R000001 through P-R000004, and the other issues you raise in the below copied email.

Please note that these documents are not emails, therefore many of the assumptions and comments you have made are inapplicable.  The documents are internal reports of the XBT companies.  Furthermore, your assumed dates of when the reports were written are incorrect.

We object to your implication that these reports were responsive to any requests previously made or that they were inappropriately withheld.  We especially object to the implication that these reports were somehow responsive and relevant to the motion to compel brought before Judge O'Sullivan.  Judge O'Sullivan's order only required Defendants to produce "All current and historical logs."  The reports are not logs.

To the contrary, from the very beginning of this litigation, we noted that the actions of Plaintiffs' customers are irrelevant to the allegations in the Dossier, which only (falsely) states that Plaintiffs *themselves* perpetrated the hack on the DNC.

Notwithstanding the foregoing, these internal reports were recently produced because of our last meet and confer call where we, despite the actions and omissions of customers being irrelevant to the case, voluntarily agreed to produce abuse documentation from 2016.  All these documents have now been produced well in advance of the discovery cutoff, and your claims of prejudice are therefore baseless.

Should you have further inquiries or requests relating to the reports or the matters therein, you may propound the appropriate discovery, which we will then review and respond as required under the Rules.

Finally, we can agree to schedule the depositions of Plaintiffs' witnesses as follows for the week of March 12:

Gubarev – March 12 (this way he can attend the mediation on March 13th)
Kumar Mishra – March 14 (this way he also can attend the mediation on March 13th)
Bezruchenko – March 15
Luchian – March 16 (Recognizing that his date is one day after the end of the discovery period. However, we do not agree to further extend the discovery deadline).

With respect to your request to depose Mr. Goedrich, he is the CEO of Root S.A., a non-party wholly owned subsidiary of XBT, located in Luxemburg (where Mr. Goedrich lives and works).  Please let us know what date would be convenient for you to depose him in Luxemburg.

Lastly, please confirm that March 9 for Anna Gubarev's deposition in Cyprus is acceptable.

Best regards,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com