# Exhibits 1-3
# [REDACTED]