# Exhibits 1-2
# [REDACTED]