IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

  Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.
_____/

**REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* NO. 9 TO EXCLUDE TESTIMONY ABOUT THE MEANING OF STATEMENTS AT ISSUE AND INCORPORATED MEMORANDUM OF LAW**

    This motion *in limine* is not the place to litigate the question of what the Dossier means, or what sort of evidence is relevant to Plaintiffs' burden to establish that it is substantially false – that is for the Court and the jury to decide.  And it is certainly not the place to once again litigate the relevance of Anthony Ferrante's testimony – the Court already has a fully-briefed *Daubert* motion on that issue.  Instead, this motion is about a much narrower question: whether witness testimony can help the jury in its duty to assess the meaning of the allegations at issue through the eyes of an ordinary person.

    In response to this motion *in Limine*, Plaintiffs conceded "that the words are, indeed, clear and that expert testimony concerning the words used in the December Memo" is unnecessary.  Opp. at 3.  In light of this concession, Defendants request that the Court exclude expert testimony concerning the meaning of the Dossier, or any statements at issue in this action.

Dated:  November 20, 2018        Respectfully submitted,

                                                   /s/ Katherine M. Bolger
                                                   Katherine M. Bolger
                                                   Nathan Siegel
                                                   Adam Lazier
                                                   Alison Schary
                                                 Davis Wright Tremaine LLP

1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
nathansiegel@dwt.com
adamlazier@dwt.com
alisonschary@dwt.com

<u>/s/ Roy Black</u>
Roy Black
Jared Lopez
Black, Srebnick, Kornspan & Stumpf, P.A.
201 So. Biscayne Boulevard
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, together with its exhibits, will be served electronically by email on all counsel or parties of record on the service list below this 20th day of November, 2018.

By: /s/ Adam Lazier
Adam Lazier

## SERVICE LIST

Matthew Shayefar
Valentin D. Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1806
Facsimile: 617-928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Brady J. Cobb
Dylan Fulop
COBB EDDY, PLLC
1112 North Flagler Drive
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

4832-4003-0080v.2 0100812-000009