# **<u>EXHIBIT 3</u>**

**From:** Val Gurvits [mailto:vgurvits@bostonlawgroup.com]
**Sent:** Wednesday, March 07, 2018 2:02 PM
**To:** Siegel, Nathan; Bolger, Kate; evan@cfwlegal.com; Matthew Shayefar; bcobb@CobbEddy.com
**Cc:** 'Roy Black'; Jared Lopez; Schary, Alison; Lazier, Adam; Alice Ferot
**Subject:** RE: Gubarev v. BuzzFeed - Depo scheduling.

Hi Nathan,

WE can have Mr. Goederich's deposition within the April 10-12 timeframe in Brussels.  Mrs. Gubareva agrees to be deposed by Skype.  As for Mr. Steman, he is in Cyprus and is not an employee of any of the Plaintiffs.  Accordingly, he can be deposed in Cyprus or by Skype.

Best,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

--------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com

**From:** Siegel, Nathan [mailto:NathanSiegel@dwt.com]
**Sent:** Wednesday, March 07, 2018 12:38 PM
**To:** Val Gurvits <vgurvits@bostonlawgroup.com>; Bolger, Kate <KateBolger@dwt.com>; evan@cfwlegal.com; Matthew Shayefar <matt@bostonlawgroup.com>; bcobb@CobbEddy.com
**Cc:** 'Roy Black' <RBlack@royblack.com>; Jared Lopez <JLopez@royblack.com>; Schary, Alison <AlisonSchary@dwt.com>;

Lazier, Adam <AdamLazier@dwt.com>; Alice Ferot <AFerot@royblack.com>
**Subject:** RE: Gubarev v. BuzzFeed - Depo scheduling.

Val,

Kate will respond about the depositions in Florida, I am following up on the ones in Europe.

We would also like to take the deposition of Jochem Steman (who is in Amsterdam) when we take the deposition of Mr. Goederich.  I could do those depositions in Brussels on March 26 and 27, but not any later that week because I would need to return for Passover.  Alternatively, I could take them in Brussels on any two days within April 10-12.

As for Mrs. Gubareva, we propose that we simply take her deposition by Skype or other similar video means, and we can set that date once we have set the other two.

Regards,

Nathan

**From:** Val Gurvits [mailto:vgurvits@bostonlawgroup.com]
**Sent:** Tuesday, March 06, 2018 12:04 PM
**To:** Bolger, Kate; evan@cfwlegal.com; Matthew Shayefar; bcobb@CobbEddy.com
**Cc:** Siegel, Nathan; 'Roy Black'; Jared Lopez; Schary, Alison; Lazier, Adam; Alice Ferot
**Subject:** RE: Gubarev v. BuzzFeed - Depo scheduling.

Dear Counsel,

Per your suggestion below, Mr. Gubarev, Rajesh Mishra, and Konstantin Bezruchenko can appear for depositions the week of April 23-26 and Mr. Goederich can appear any day the week of March 26th.  Mrs. Gubareva will appear in Cyprus.  We can schedule that deposition a few days following Mr. Goederich if you wish.

Best,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

---------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com

**From:** Bolger, Kate [mailto:KateBolger@dwt.com]
**Sent:** Wednesday, February 21, 2018 3:57 PM

**To:** Val Gurvits <vgurvits@bostonlawgroup.com>; evan@cfwlegal.com; Matthew Shayefar <matt@bostonlawgroup.com>; bcobb@CobbEddy.com
**Cc:** Siegel, Nathan <NathanSiegel@dwt.com>; 'Roy Black' <RBlack@royblack.com>; Jared Lopez <JLopez@royblack.com>; Schary, Alison <AlisonSchary@dwt.com>; Lazier, Adam <AdamLazier@dwt.com>; Alice Ferot <AFerot@royblack.com>
**Subject:** Gubarev v. BuzzFeed - Depo scheduling.

Dear Counsel

I am following up on our discussion regarding scheduling Plaintiffs' depositions.  Given that Defendants do not yet have full document discovery from Plaintiffs, including the documents set to be discussed at the hearing on February 27 and the damages discovery ordered by Judge Ungaro, Defendants propose scheduling the depositions of Plaintiffs in April.   Specifically, we would like to depose Mr. Gubarev, Rajesh Mishra, and Kostyantyn Bezruchenko the weeks of April 9- 13 or April 23-26.  We would also like to depose Mr. Luchian.

You mentioned that Mr Gubarev is reluctant to travel to Florida twice - i.e. for both his deposition and the mediation. If that is the case, then Defendants will agree to reschedule the mediation.

We would also propose deposing Mr. Goederich in Brussels early in the week of March 26.  If Mrs. Gubareva was to travel to Brussels, we could also take her deposition then.
Thanks
Kate Bolger


**Katherine Bolger** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 402-4068 | Fax: (212) 379-5201
Email: katebolger@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.