# EXHIBIT 6-9
# REDACTED