# **EXHIBIT 2**

The Volkskrant invests **25 million euros** each year in top journalism   SUBSCRIBE

<   the Volkskrant

# Dutch company appears in 'secret' Trump memos

Russia at the wheel of Dutch web company

Webzilla, a Dutch company offering web services, a so-called hosting provider, appeared in a report with compromising information about Donald Trump which leaked early Wednesday morning. The report attributed a 'facilitating role' to the company, without offering any proof of this.

**Huib Modderkolk and Tom Kreling** January 11, 2017, 7:28 pm

Photo EPA

The Director of XBT Holding is 36-year-old, Russian Aleksej Gubarev, while the owner of XBT is unknown. In the report that leaked early Wednesday morning, the 'facilitating' role of Gubarev and Webzilla are described on the last page. He was allegedly recruited by the Russian secret service, FSB, together with another hacking expert. According to the report, the company supposedly helped spread viruses, steal data, and other operations against the Democrats.

However, experts, including the Dutch security company Fox-IT, have serious reservations about the alleged role of XBT/Webzilla in the Russian hacking operations. In particular, it doesn't correspond with the well-known procedures of hackers affiliated with Russia, who do everything to rent server space from small, vague companies. They pay for these servers with the digital currency Bitcoin; then, they shield their IP address to remain anonymous.

| Start | Best-read | Just in | Newspaper | More |

EXHIBIT 6B
WIT: Jochem Steman
DATE: May 16, 2018
BRENDA MATZOV CA CSR 9243

With that angle, having a multimillion dollar company play a facilitating role is much too risky. The chance for leakage of their involvement is high.

The company itself communicated that they weren't involved in "potential hacks" in any manner, and that they are not working with Russian security services.



ALSO READ:

**Kremlin: American accusations about hacks are reminders of witch hunt**

**US intelligence service:** "Putin gave orders to influence election"

**There was previous talk of a private server of a Dutch researcher possibly being used during Russian hacks**

**Just before Christmas, Bert Lanting wrote: New evidence: Russian intelligence service behind Democrat hack**

## Attractive

Webzilla BV was formed in 2007, and has long been a small, marginal company with an equity of approximately 250,000 euros- until it was taken over in the summer of 2011 by XBT, Gubarev and his business partners. Afterwards, the company grew fast in The Netherlands, as shown by annual statements from the Chamber of Commerce. Webzilla borrowed millions to expand, which made them a serious player in The Netherlands. It is not known who issued this loan. Webzilla had revenue of around 10 million dollars (9.5 million euros) in 2015, and made a profit of approximately 400,000 euros.

The company offers data servers, as well as managing data for large companies. Because Webzilla doesn't yet have their own data center in The Netherlands, the company leases capacity from Leaseweb, among others. Webzilla has started building its own data center in Amsterdam-Southeast in the meantime. The mother company, XBT, has grown considerably in recent years, and is now active on four continents, including the United States. In spite of the lack of evidence and the doubts from experts, someone who has worked with Webzilla and wishes to remain anonymous due to fear of repercussions said that it could be attractive for the Russian secret service (for example) to use a company like Webzilla, because they have "a good global infrastructure," and they can work with people who are loyal.

## Wall Street Journal

The Volkskrant received knowledge of the report on December 24. A journalist from the Wall Street Journal came to The Netherlands a day before Christmas with a copy of the report. He'd read the link with the Dutch company in the report, and flew here to see if he could get the information confirmed.

The American journalist requested the Volkskrant's help with this. They attempted to verify various components. That is difficult, because the information in the report seems to be particularly based on spoken sources who shared information. As it did not work to firm up the allegations, we have decided not to publish information from the report at this time.

**MORE ABOUT** WEBZILLA ECONOMY, BUSINESS, AND FINANCES CRIME, LAW, AND JUSTICE ECONOMIC SECTOR POLITICAL CRIME COMPUTER CRIME BUSINESS INFORMATION

## Culture & Media

INTERVIEW

# The new
[TN: Text cut off]

V

| Start | Best-read | Just in | Newspaper | More |

# Witte de With already knows she's going to get criticism



| KUNST | ART PRINT, MEME, AND EMOJI |
|---|---|

Hokusai's wave- Even those who aren't aware of him know him

| V Start | ↗ Best-read | 🕒 Just in | 📰 Newspaper | ○○○ More |
|---|---|---|---|---|





MEDIA     NETFLIX SERIES

In the post-Apocalyptic *The Rain*, nature strikes back

V Start     Best-read     Just in     Newspaper     More

TV REVIEW

HARO KRAAK

How a parent's war history casts its shadow a generation later





**REVIEW**        BENEATHA'S PLACE (\*\*\*)

A hopeful "black play" about racism, then and now

V Start        Best-read        Just in        Newspaper        More



**NEWS**     #METOO

# Writer Junot Díaz accused of sexual boundary-crossing behavior

**SIGMUND** PETER DE WIT

  

[TN: "Doctor Sigmund, I'm looking forward to life again!"
"How is that possible?"]

["Yesterday you were at wit's end! I laughed at you, and made fun of you!]

[Cut off]

MORE CULTURE AND MEDIA

V      ↗      🔍      📰      ○○○
Start      Best-read      Just in      Newspaper      More

Your feedback

V Start | Best-read | Just in | Newspaper | More



**Schreiber Translations, Inc.**
51 Monroe Street
Suite 101
Rockville, MD 20850

P: 301.424.7737
F: 301.424.2336

# CERTIFICATION

This is to certify that the attached English language document, identified as <u>Nederlands bedrijf duikt op in 'geheime' Trump-memo's _ De Volkskrant_ENG</u> is a true and accurate translation of the original Dutch language document to the best of our knowledge and belief.

Executed this 11th day
of May, 2018

_____
Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com
www.schreibernet.com

Aleksej Gubarev

# "Someone is trying to pull a trick on me"

Russian from the Trump report speaks

ARTICLE Russian Aleksej Gubarev is mentioned in the explosive report about Donald Trump. He had conspired against Hillary Clinton with Trump employees. We speak with him in Cyprus. "This is bullshit."

By: Tom Kreling, Huib Modderkolk January 19, 2017, 02:00

    

#### Want to stay informed

every day at lunchtime with the most important news of the morning, the most beautiful pictures and the topic of the day? Sign up for our free newsletter.

yourname@email.nl                                                                    OK

The 36-year old Aleksej Gubarev managed to stay calm for twenty minutes. Leaning back in his office chair talking about his international internet company –"Top 20 in the world"– while his arms rested on a belly growing underneath his white shirt.



https://www.volkskrant.nl/buitenland/-iemand-probeert-mij-een-kunstje-te-flikken~a4450173/

"Someone is trying to pull a trick on me" – Abroad – For news, backgrounds and columns

But now the Russian suddenly rises to his feet and hits the 20-foot long conference table with his left fist. "I have zero contact with Russian intelligence services. I do not talk to anyone. Never." He looks angry for a moment and then sinks back into his seat.



### I have zero contact with Russian intelligence services. I do not talk to anyone. Never

— Aleksey Gubarev

Aleksej Gubarev was suddenly world news last week. He would be a spy, recruited by the Russian security service FSB. His name and that of his Dutch company Webzilla were on page 35 of the explosive report about the incoming American President Donald Trump. Gubarev and another "hack expert" would be important players in the Russian hacks during the US elections. With Trump's campaign staff, they would have conspired against the Democrats. And his company Webzilla would have "facilitated" that.

A Dutch link in an international scandal. Spectacular news, but to date without proof, as well as for other statements in the report.

And that is why Gubarev is angry. "My reputation is being ruined this way. And now I must spend time on this 'bullshit'." Occasionally he laughs during the conversation, but his dark eyes never take part of it. He does have a suspicion about why his name suddenly appeared in the report. "Someone tries to screw me, pulling a trick on me." But he will explain that immediately.

**Riddles**



### Why was Webzilla registered for years at Dutch addresses of unsuspicious people in Amersfoort?

https://www.volkskrant.nl/buitenland/-iemand-probeert-mij-een-kunstje-te-flikken~a4450173/

"Someone is trying to pull a trick on me" – Abroad – For news, backgrounds and columns

At first sight it does not seem logical to call in the director of a hosting company that offers web space for digital attacks. Hackers work just the opposite way: they rent servers at dubious businesses, pay with the digital currency bitcoin and then disappear. That makes naming the perpetrators, let alone clients, extremely difficult in these cases: hackers do not leave a signature. Only the chosen route, the time of the hack and the method can give away something about their origin. So, why would the Russian secret service use Webzilla to hack the Democrats? It seems unlikely.

Yet there are also a number of peculiar aspects. For, why was Webzilla registered for years at Dutch addresses of unsuspicious people in Amersfoort?

How is it possible that Gubarev's company experienced huge growth in a short period of time and the young Russian rapidly became a millionaire? The company does nothing more than what other so-called hosting providers do worldwide: offering web space where customers store or transfer their data.

Why did Gubarev go to Cyprus at the age of 22, while he had not completed his studies at the technical university in Siberia yet? And why did he choose Cyprus as the location for the head office of parent company XBT, an island off the coast of Turkey with excellent opportunities for inventive tax schemes?

**Dragons**



> I wanted to be connected to the culture. I think we are the only office with an amphitheater
>
> — Aleksey Gubarev

Before Gubarev addresses these questions, he proudly shows his office, located on a cluttered, busy road in the Cypriot coastal town of Limassol. A few feet long wooden dragon stands in front of the office. "The Webzilla logo is a dragon. I have selected these myself in Indonesia and had them shipped here." Gubarev wears a blue linen suit, with blue suede loafers underneath. Rapidly he walks through the building, a hand in his pocket.

"Someone is trying to pull a trick on me" – Abroad – For news, backgrounds and columns

Gubarev –a distant cousin of the Russian astronaut and folk hero who died in 2015– was born in the Siberian city of Oest-Ilimsk. There, his father, who was an engineer, had a business in exporting wood. A serious business venture, says Gubarev. "He cut about 16.5 thousand feet a month. A decent volume." He sold mainly to China and Japan.

After high school, Gubarev started at the famous university of Novosibirsk, where he studied mathematics. He did complete his studies because his wife got pregnant and he became a father at the age of 20.

To support his family, he became a consultant in the "Internet business". "That's how I earned my first money." Two years later he started his own company, in Cyprus. Why there? "Because I could not afford it in Moscow." Once he got there, he realized that the island was not a bad place to live at all. "I obtained a loan here at 6 percent, bought a house and moved my family here." It was that simple.



He can easily explain his growth: He offers better service than his competitors and at lower rates.

Just like that, according to him, the way he subsequently built up his business at an extreme pace, expanded and became rich. He can easily explain his growth: He offers better service than his competitors and at lower rates. "I started renting ten servers in the Netherlands, from Leaseweb." And then he flew around the world and was on the phone day in and day out to rent the space on the servers. Last year he had a turnover of 50 million dollars.

As a hosting provider, he leases space for internet traffic via his servers. When technically something goes wrong, Gubarev promises to solve this immediately, 24 hours a day. In the analogy of a highway: Webzilla not only offers a perfect paved highway, but also a quick roadside assistance. Because the company lets its own technicians work at large data centers, it guarantees every customer that troubleshooting is completed within 15 minutes. "Customers do not have to pay extra for this, as with other companies." He can work cheaper because he hires relatively cheap labor for technical support, for example, from Ukraine.

https://www.volkskrant.nl/buitenland/-iemand-probeert-mij-een-kunstje-te-flikken~a4450173/

"Someone is trying to pull a trick on me" – Abroad – For news, backgrounds and columns



## Gubarev joined the political high rank of Clinton, Trump and Putin, and now someone is trying to put him in trouble by mentioning his name in a report

Gubarev then told Bloomberg that those files on data traffic could never be "legally" obtained. In other words, servers from, for example, the Alfa Bank were hacked to see the files.

That comment brought him trouble, Gubarev thinks. With that, he joined the political forces of Hillary Clinton, Donald Trump and Vladimir Putin. And now someone is trying to make trouble by mentioning his name in a report.

**Prague**

The consequences are already there. Tuesday evening, January 10, the report was on the American website Buzzfeed. The next morning Gubarev saw it and he was overwhelmed by phone calls from concerned relations. He wanted to announce this week that Webzilla would open two more locations, but that was put on hold.

But was Gubarev in Prague last year, as the report suggests? "I am normally in Prague every year because I have friends living there. But last year I only spent one hour there with my wife and daughter. On the July, 21st. We had a layover for a flight connection to Riga."

Was his partner Bezruchenko perhaps in Prague? He would also have been involved in secret deals. "Bezruchenko was in Prague for four days in October for a conference, neither in August nor in September as the report states."

Is it true that he himself keeps in touch with his customers, by all means an impressive number? "People trust me."

Could the hacks have taken place via his servers without him knowing? Nonsense, says Gubarev. "With us you pay by credit card or a bank transfer. We do not accept bitcoins. Never. This means that every transaction with every customer is kept on file."

But, has he recently looked into whether or not strange data traffic may have gone via his servers? No, he says. "It is not allowed. I have 37 thousand servers worldwide. We are not

https://www.volkskrant.nl/buitenland/-iemand-probeert-mij-een-kunstje-te-flikken~a4450173/

"Someone is trying to pull a trick on me" – Abroad – For news, backgrounds and columns

allowed to do that by law."

So, could it be that hacks have been perpetrated through his servers in The Netherlands?



Gubarev will no longer comment on politics. "They never have to call me again for a comment."

On the list of almost nine hundred IP addresses that Russian hackers used in attacks on the Democratic Party, seventy addresses turned out to be in The Netherlands. That does not say anything in itself. Just as the Department of Waterways and Public Works does not know exactly who is driving their roads at any given time, hosting providers do not know which data passes through their servers. Gubarev *dixit*: "There were no IP addresses from me."

Gubarev just wants to do his business, make money and spend time on his hobbies. He has a big collection of cars, including a white Rolls Royce Ghost. And, in the morning during weekends, when the sea is calm, he likes to wakeboard behind his 82-foot LOA yacht Just4Us. Just give a good boost with the yacht from 1997 and then you get beautiful waves. "Up to three meters high. Then you can jump." Gubarev will no longer comment on politics. "They never have to call me again for a comment."

**Russian hack and the FBI**

How difficult it is to find out who is involved in a hack is shown by an example from last summer. From June to August 2016, voting computers in the US states of Arizona and Illinois were attacked by hackers. The FBI stated in a report that the Russian government was behind the hacks and published the eight IP addresses that were used for this purpose. An American security company analyzed that six of those eight addresses belonged to an internet company owned by a 26-year-old Russian. He had set up a hosting company in The Netherlands from his apartment in Russia: King Servers in Dronten. According to their own words, with a thousand customers of whom between 20 and 30 percent offer porn. Dutch authorities, he told The New York Times, had warned him several times that

https://www.volkskrant.nl/buitenland/-iemand-probeert-mij-een-kunstje-te-flikken~a4450173/

<mark>

<mark />

<mark />

malware and child pornography were being offered through his servers. In all cases he had canceled the contract with those clients. If the FBI were to come to Russia, he would hand over all data about his customers so they could look for the perpetrators of the hacks. Was it offered as a gesture of good will, bluff or a friendly offer? Was the 26-year-old owner involved in the hacks or were his servers unintentionally misused? There will probably never be an answer. The FBI did not go to Russia to retrieve the data. The exact role of King Servers in the hacks at the polling stations therefore remains uncertain.

**This is an article from Volkskrant Plus.** Volkskrant Plus articles are exclusively for subscribers.

     

Follow and read more about:
- ELECTIONS IN THE UNITED STATES
- DONALD TRUMP
- RUSSIA
- INTERNETCRIMINALITY



**TOM KRELING**
- TO FOLLOW
- 0 MORE TOM KRELING



**HUIB MODDERKOLK**
- TO FOLLOW
- 0 MORE HUIB MODDERKOLK

**ELECTIONS IN THE USA**
2035 ARTICLES

Telephone: +1(877)255-0717
Web: www.TrustedTranslations.com
Email: sales@TrustedTranslations.com



April 26, 2018

**CERTIFICATION**

To Whom It May Concern:

The Excerpt from the webpage ( https://www.volkskrant.nl/buitenland/-iemand-probeert-mij-een-kunstje-te-flikken~a4450173) was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from Dutch to English to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By Ana Whitby
Office Manager

Miami Dade County
State of Florida

The foregoing instrument was acknowledged by Ana Whitby and signed before me on this 26th day of April 2018, by Ana Whitby.

BOBBIE JEAN D. RAPOZA
MY COMMISSION #FF171334
EXPIRES October 23, 2018
(407) 398-0153   FloridaNotaryService.com

Notary Public
My commission expires 10/23/18

GLOBAL LEADER IN TRANSLATION AND INTERPRETATION SERVICES
AN ISO 9001: 2008 QUALITY CERTIFIED COMPANY

Atlanta    Chicago    Dallas    Los Angeles    Miami    New York    Washington D.C.