UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

## ORDER

The Pretrial Conference in this matter is hereby re-set to **Friday, December 21, 2018 at 2:30 p.m.**

DONE AND ORDERED in Chambers at Miami, Florida, this _3rd_ day of December, 2018.

/s/ *(signature)*
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf