UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

Given the Court closure on Wednesday, December 5, 2018, in observance of the National Day of Mourning to honor the memory of former President George H. W. Bush, it is hereby ORDERED AND ADJUDGED that the parties shall have until **THURSDAY, DECEMBER 6, 2018**, to submit their list pursuant to the Court's Order dated November 20, 2018, D.E. 327.

DONE AND ORDERED in Chambers, Miami, Florida, this 4th__ day of December, 2018.

*/s/ Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf