**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>    Defendants. | **Case No.**<br><br>**0:17-cv-60426-UU**<br><br><br>**FILED UNDER SEAL** |

**JOINT RESPONSE TO COURT'S**
**ORDER OF NOVEMBER 20, 2018**
**RELATING TO SEALED OR REDACTED DOCUMENTS**

Plaintiffs and Defendants in the above captioned action hereby jointly respond to the Court Order dated November 20, 2018 (Docket No. 327) to provide the Court with a list of each of the sealed and redacted documents, testimony or other information filed in this case, including, but not limited to deposition testimony, affidavits, and declarations with additional information setting forth, *inter alia*, the basis for the sealing or redaction of the same. In response thereto, the parties hereby provide the following list.

So as not to overcomplicate the following list, the Parties state that the arguments relating to good cause (or lack thereof) for sealing the below listed documents are set forth in greater detail in the various motions already briefed for the court, including *Daubert* motions, motions *in limine*, briefings on Plaintiffs' Emergency Motion to Continue to Seal, and briefings on the *New York Times*' Motion to Intervene and for Access to Judicial Records. The Parties do not repeat in full the arguments set forth therein, but

instead respectfully make brief reference to the arguments therein below.  Plaintiffs also note that, as argued in previous briefings, although some documents listed below have previously been in the public domain, they are not currently on the active internet.

Defendants, in turn, note that whether a document is publicly available is unrelated to whether it now is, or has ever been, on the "active internet."  Defendants also believe it may assist the Court to understand that their position with respect to each entry below reflects the same basic position, summarized as follows:  In Defendants' view there is no "good cause" to maintain under seal any material that was originally marked by either Defendants or Plaintiffs as "Confidential" or "Attorney Eyes Only", nor any materials submitted by the Parties from the public domain.  With respect to materials that are sealed or redacted because they contain information that was marked "Confidential" or "Attorney Eyes Only" by third parties, Defendants do not object to unsealing such material (except for information covered by D.E. 144, which Defendants do not understand to be at issue here), but defer to the Court's determination of whether any third-party objections constitute good cause.

|   | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 1 | Plaintiffs' MSJ on Public Figure Affirmative Defense | 211-1<br><br>Partially redacted as 208-0 | *Plaintiffs:*<br>N<br><br>*Defendants:*<br>Y (except the words "David Kramer" on p. 7 would be redacted pursuant to D.E. 144).[1] | *Plaintiffs:*<br>  References to pornography and webmaster conferences would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>  Reference to testimonies of Fusion GPS, Kramer, Ferrante, Smith and Bensinger redacted on account of third-parties or Defendants. | N | Fusion GPS, Kramer | [Please see responses in connection with transcripts for Kramer/Fusion GPS/Steele] |

---

[1] Defendants are mindful that the Court ordered the Parties to reply "Y" or "N."  However, there are some documents in which material protected by D.E. 144 is contained within larger documents.  As a result, in those circumstances only Defendants have

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | *Defendants:*   This is *Plaintiffs'* motion for SJ, so arguing that "references" they chose to put in their own motion are irrelevant is frivolous. Moreover, neither relevance nor "undue prejudice" would be good cause for sealing. In any event, webmaster conferences involving pornography are directly relevant to whether Plaintiffs acted in a manner which invited public comment, and their voluntary efforts to legitimize Russian-related "porn traffic." Finally, Defendants do not object to unsealing third-party material unrelated to D.E. 144, but leave it to the Court to consider any balancing of those interests. | Y[2] | | |

indicated which portions of documents would remained sealed pursuant to that Order, to avoid any inadvertent unsealing of information which this Court's order indicated should be excluded.

[2] Plaintiffs' involvement in webmaster conferences and the pornography industry is information that has been in the public domain dating back 15 years, and most of the exhibits they attach pertinent to this topic are from the public domain.

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 2 | Plaintiffs' Statement of Material Facts i/s/o MSJ | 211-2<br><br>Partially redacted as 208-1 | *Plaintiffs:*<br>  N<br><br>*Defendants:*<br>  Y (except for SMF ¶¶ 39-41, which would remain redacted pursuant to D.E. 144). | *Plaintiffs:*<br>  Makes reference to internal private business communications of Plaintiffs irrelevant to public parties or concerns.<br>  References to pornography and webmaster conferences would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>  History of Dossier with reference to testimonies of Fusion GPS, Kramer, Ferrante, Smith and Bensinger redacted on account of third-parties or Defendants.<br><br>*Defendants:*<br>  This is *Plaintiffs'* statement of material facts.  Arguing that facts their own motion submits as material are irrelevant is frivolous.  In any event, references to pornography and webmaster conferences are directly relevant to Plaintiffs' voluntary efforts to seek | N<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Y (as to pornography, web conferences, and some of the "history of the dossier." | Fusion GPS, Kramer, Steele | [Please see responses in connection with transcripts for Kramer/Fusion GPS/Steele] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | public attention, which relates to the first part of the public figure analysis; to publicly legitimize the Russian-based "porn traffic" industry, which relates to all elements of the public figure analysis; and the subject has long been in the public domain.  Moreover, neither relevance nor "undue prejudice" would be legitimate grounds for sealing | | | |
| 3 | Declaration of Aleksej Gubarev i/s/o Plaintiffs' MSJ | 211-3  Partially redacted as 208-2 | | *Plaintiffs:*   References to pornography and webmaster conferences would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.  *Defendants:*   This is *Plaintiff Gubarev's* declaration in support of his own affirmative motion for summary judgment.  Arguing that facts his own motion submits as material are irrelevant is frivolous.  Moreover, neither relevance nor "undue | N   Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | prejudice" would be legitimate grounds for sealing, and the subject (including Gubarev's personal involvement) has long been in the public domain. | | | |
| 4 | Declaration of Matthew Shayefar i/s/o Plaintiffs' MSJ | 211-5<br><br>Partially redacted as 208-4 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>  References to pornography would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>*Defendants:*<br>  This is a declaration of *Plaintiff's counsel* in support of their own affirmative motion for summary judgment.  Arguing that facts and exhibits their own motion submits as material are irrelevant is frivolous. Moreover, neither relevance nor "undue prejudice" would be legitimate grounds for sealing, and the subject has long been in the public domain. | N<br><br><br><br><br><br>Y | None | |
| 5 | Gizmodo – Finally, Some Actual | 211-7, Exhibit 3 | *Plaintiffs:* N<br>*Defendants:* | *Plaintiffs:*<br>  References to pornography would likely unduly prejudice | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Stats on Internet Porn | | Y | Plaintiffs and do not relate to public officials or public concerns. *Defendants:* No good cause for the same reasons as Nos. 1-4. Nor can good cause can exist to seal a public domain media article. | | | |
| 6 | BBC News – Web porn: Just how much is there? | 211-7, Exhibit 4 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to pornography would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* No good cause for the same reasons as Nos. 1-5 above. | Y | None | |
| 7 | PornHub Insights – 2017 Year in Review | 211-7, Exhibit 5 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to pornography would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* No good cause for the same reasons as Nos. 1-5 above. | Y | None | |
| 8 | Portions of transcript of | 211-10, Exhibit 12 | *Plaintiffs:* N | *Plaintiffs:* | N | Telin (business | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | deposition of Aleksej Gubarev, April 30, 2018 | | *Defendants:* Y | Discussions of confidential business history, details and relationships of Plaintiffs that do not relate to public officials or concerns. | | associate of Plaintiffs) | |
| | | | | References to irrelevant third parties who allegedly engaged in unlawful acts irrelevant to this action. | | None[3] | |
| | | | | *Defendants:* No good cause for the same reasons as Nos. 1-4 above. Nor, in a case seeking business damages, do Plaintiffs have any good cause to seal information about their business or their alleged damages (as in the "Telin" entity). | Y (as to the acts of "third parties"_ | | |
| 9 | Portions of transcript of deposition of Anna Gubareva | 211-10, Exhibit 13 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to pornography and webmaster conferences would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* | N | None | |
| | | | | | Y | | |

---

[3] Defendants see no *adverse* affect on any third parties.

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | No good cause for the same reasons as Nos. 1-4 above. | | | |
| 10 | Portions of transcript of deposition of Nikolay Dvas | 211-12, Exhibit 15 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Discussions of specific internal and confidential business issues, including marketing strategies and employee matters that do not relate to public officials or public concerns. *Defendants:* No good cause for the same reasons as Nos. 1-4 above. Nor, in a case seeking business damages, do Plaintiffs have any good cause to seal information about their business. Dvas was also directly tasked with Plaintiffs' public relations efforts, which are relevant to a public figure motion. | N | Olga Galkina<br><br>None[4] | |
| 11 | Email from Cutler PR to Nick Dvas | 211-12, Exhibit 16 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal and confidential business email of Plaintiffs | N | None | |

---

[4] Ms. Galkina at the time was Plaintiffs' marketing director, not a "third party." Generally, Defendants do not understand the Court's Order to identify Plaintiffs' employees or agents as "non-parties" to the extent that their actions are within the scope of their duties.

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | that does not relate to public officials or public concerns. *Defendants:* No good cause for the same reasons as Nos. 1-4 above. Nor, in a case seeking business damages, do Plaintiffs have any good cause to seal information about their business.  This also concerns Plaintiffs' public relations campaigns. | | | |
| 12 | Email from Cutler PR to Nick Dvas | 211-12, Exhibit 17 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Internal and confidential business email of Plaintiffs about marketing strategies that does not relate to public officials or public concerns.  *Defendants:* No good cause for the same reasons as Nos. 1-4 above. Nor, in a case seeking business damages, do Plaintiffs have any good cause to seal information about their business. This also concerns Plaintiffs' public relations campaigns. | N | Cutler PR  None. | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 13 | Email from Cutler PR to Nick Dvas | 211-12, Exhibit 18 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Internal and confidential business email of Plaintiffs about marketing strategies that does not relate to public officials or public concerns. *Defendants:* No good cause for the same reasons as Nos. 1-4 above. Nor, in a case seeking business damages, do Plaintiffs have any good cause to seal information about their business. This also concerns Plaintiffs' public relations campaigns. | N | None | |
| 14 | Email from Nick Dvas to Cutler PR | 211-12, Exhibit 19 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Internal and confidential business email of Plaintiffs about marketing strategies and relationship that does not relate to public officials or public concerns. *Defendants:* No good cause for the same reasons as Nos. 1-4 above. Nor, in a case seeking business damages, do Plaintiffs have any good cause to seal information about their | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | business. This also concerns Plaintiffs' public relations campaigns. | | | |
| 15 | Email w/ Agreement between Servers.com and KGlobal | 211-12, Exhibit 20 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal and confidential business agreement with Servers.com's Marketing company with confidentiality clause that does not relate to public officials or public concerns *Defendants:* No good cause for the same reasons as Nos. 1-4 above. Nor, in a case seeking business damages, do Plaintiffs have any good cause to seal information about their business. This also concerns Plaintiffs' public relations campaigns. | N | KGlobal None | |
| 16 | Email from KGlobal to Fortune | 211-14, Exhibit 22 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |
| 17 | Email from KGlobal to Thrillist | 211-14, Exhibit 23 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 18 | Collection of various emails between KGlobal and Media | 211-14, Exhibit 24 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |
| 19 | Email from Appmasters to KGlobal | 211-14, Exhibit 25 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |
| 20 | Emails between KGlobal and XBT | 211-14, Exhibit 26 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Internal and confidential business email of Plaintiffs about marketing strategies and relationship that does not relate to public officials or public concerns. *Defendants:*   No good cause for the same reasons as Nos. 1-4 above. Nor, in a case seeking business damages, do Plaintiffs have any good cause to seal information about their business. This also concerns Plaintiffs' public relations campaigns. | N | None | |
| 21 | Emails between | 211-14, Exhibit 27 | *Plaintiffs:* N *Defendants:* | *Plaintiffs:*   Internal and confidential business email of Plaintiffs | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | KGlobal and XBT | | Y | about marketing strategies and metrics that does not relate to public officials or public concerns. *Defendants:* No good cause for the same reasons as Nos. 1-4 above. Nor, in a case seeking business damages, do Plaintiffs have any good cause to seal information about their business. This also concerns Plaintiffs' public relations campaigns. | | | |
| 22 | Emails between KGlobal and XBT | 211-14, Exhibit 28 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal and confidential business email of Plaintiffs about marketing strategies and relationship that does not relate to public officials or public concerns. *Defendants:* No good cause for the same reasons as Nos. 1-4 above. Nor, in a case seeking business damages, do Plaintiffs have any good cause to seal information about their business. This also concerns | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Plaintiffs' public relations campaigns. | | | |
| 23 | Portions of transcript of Deposition of Kostyantyn Bezruchenko | 211-16, Exhibit 37 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to pornography and webmaster conferences would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* No good cause for the same reasons as Nos. 1-4 above. | N  Y | None | |
| 24 | News Dashboard Report | 211-18, Exhibit 41 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal and confidential business record regarding marketing metrics that do not relate to public officials or public concerns. *Defendants:* No good cause for the same reasons as Nos. 1-4 above. Nor, in a case seeking business damages, do Plaintiffs have any good cause to seal information about their business. This also concerns Plaintiffs' public relations campaigns. | N | None | |
| 25 | Portions of transcript of | 211-18, Exhibit 42 | *Plaintiffs:* Y | *Plaintiffs:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Deposition of Aleksej Gubarev, May 16, 2018 | | *Defendants:* Y | *Defendants:* | | | |
| 26 | Emails b/w Leonid Bershidsky and Gubarev | 211-18, Exhibit 43 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |
| 27 | Emails b/w Leonid Bershidsky and Gubarev | 211-18, Exhibit 43 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |
| 28 | Portions of transcript of deposition of Fusion GPS | 211-20, Exhibit 46 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | Fusion GPS, Steele | Fusion GPS and its principals have received multiple threats of bodily harm as a result of their well-known roles in the creation of the so-called "Trump dossier". Fusion employees who worked on the matter are not so known and Fusion seeks the redaction and/or continued sealing of their identities, in order |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | | | | to protect them from receiving threats (or worse). Their names and their activities in connection with the "Trump dossier" appear on pages 15,16,17,18,23,65,78,79,98,113,114,115,116,130,152,202,216,213,214,217,225,226,227,254,259,264,266, and 267 of the Fusion Rule 30(b)(6) transcript. See Perez-Guerrero v. U.S. Atty. Gen., 717 F.3d 1224,1235-1236 (11th Cir. 2013) (directing clerk to seal portions of record containing information about identities of family members of confidential informant due to prior threats). |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 29 | Portions of transcript of deposition of David Kramer | 211-21, Exhibit 47 | *Plaintiffs:* Y *Defendants:* N | Under seal pursuant to Magistrate Judge O'Sullivan's Sealed Order Dated Feb. 23, 2018 (D.E. 144) | N | Kramer, Steele, Fusion GPS | On February 23, 2018, Judge O'Sullivan issued a sealed order. In that order, he ruled that "[t]he deposition transcript of David J. Kramer shall remain confidential." Given Judge O'Sullivan's ruling, Mr. Kramer asks that these portions of the deposition transcript remain sealed and/or be redacted. |
| 30 | Portions of transcript of deposition of Ken Bensinger | 211-21, Exhibit 48 | *Plaintiffs:* Y *Defendants:* Y (except for 102:8-103:25 and 120:2-17, which would remain | *Plaintiffs:* *Defendants:* The only remaining redactions are required by D.E. 144. | N | Kramer | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | redacted because it would reveal information subject to D.E. 144). | | | | |
| 31 | Portions of transcript of deposition of Ben Smith | 211-21, Exhibit 49 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |
| 32 | Portions of transcript of deposition of Anthony J. Ferrante | 211-21, Exhibit 50 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |
| 33 | Defendants' Memo in Opposition to Plaintiffs' MSJ | 228 Public redaction at 236 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to pornography, child pornography, and webmaster conferences, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. Reference to testimonies of Fusion GPS and Steele | N | Fusion GPS, Steele | [Please see responses in connection with transcripts for Fusion GPS/Steele] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | redacted on account of third-parties.<br>*Defendants:*<br>*Plaintiffs'* motion for SJ introduced the issue of pornography and all references herein respond to Plaintiffs' arguments, so arguing that topic is irrelevant is frivolous. Moreover, neither relevance nor "undue prejudice" would be good cause for sealing. In any event, webmaster conferences involving pornography and their proactive PR efforts concerning Methbot are directly relevant to whether Plaintiffs acted in a manner which invited public comment; their voluntary efforts to legitimize Russian-related "porn traffic" and influence public opinion concerning another Russia-based bot scandal; and all are topics in the public domain which Plaintiffs have discussed in the media. Finally, Defendants do not | Y (as to pornography, webmaster conferences, Methbot, and all "unlawful acts of third parties", which come from media reports | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | object to unsealing third-party material unrelated to D.E. 144, but leave it to the Court to consider any balancing of those interests. | | | |
| 34 | Defendants' Opposition to Plaintiffs' Statement of Undisputed Facts | 228-1<br><br>Public redaction at 236-1 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>    References to pornography, child pornography, and webmaster conferences, alleged unlawful acts of third parties and "Methbot" would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>    References to internal and confidential business matters of Plaintiffs not related to public officials or public concerns.<br>    References to pornography, webmaster conferences, alleged unlawful acts of third parties and "Methbot," based on unreliable evidence and hearsay, would likely unduly prejudice Plaintiffs and do not | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | relate to public officials or public concerns. *Defendants:* *Plaintiffs'* motion for SJ introduced the issue of pornography and all references herein respond to Plaintiffs' arguments, so arguing those topics are irrelevant are frivolous. Moreover, neither relevance nor "undue prejudice" would be good cause for sealing. In any event, webmaster conferences involving pornography, proactive PR efforts concerning Methbot and all other PR matters are directly relevant to whether Plaintiffs acted in a manner which invited public comment, and their voluntary efforts to legitimize Russian-related "porn traffic", influence public opinion concerning another Russia-based bot scandal. In a case in which Plaintiffs are seeking business damages, there is no good cause to seal | Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties" | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | information about those businesses. | | | |
| 35 | Declaration of Nathan Siegel i/s/o Opposition to Plaintiffs' MSJ | 228-2 Public redaction at 236-2 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |
| 36 | Email between Cutler PR and Galkina | 228-3, Exhibit 1 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |
| 37 | Emails between Cutler PR and Dvas | 228-4, Exhibit 2 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |
| 38 | Portion of transcript of deposition of Kostyantyn Bezruchenko | 228-7, Exhibit 5 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to pornography, webmaster conferences, and unreliable alleged unlawful acts of third parties would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. Reference to private customer information of Plaintiffs. *Defendants:* | N Y | Anton Titov | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | See Defendants' Response to No. 34. References to Mr. Titov are not "private customer information"; Titov was a defendant in three lawsuits filed in this Court (and represented by Plaintiffs' counsel in all three) for operating "Hotfile", a notorious engine of copyright infringement operated from Webzilla servers. Those details are available in this Court's public files, as well as the press (e.g., https://www.mcclatchydc.com /news/nation-world/national/article1847863 28.html). | | | |
| 39 | Portion of transcript of deposition of Fusion GPS | 228-10, Exhibit 8 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to unreliable and hearsay information relating to pornography, and allegations of unlawful actions by third-parties, and "Methbot" would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* | N | Fusion GPS | [See response to #28 above] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | See Response to No. 34. | Y (as to the subject-matter, not the specific testimony transcript) | | |
| **40** | Plaintiffs' Reply Brief i/s/o MSJ | 238-1<br><br>Public redaction at 252 | *Plaintiffs:* N<br>*Defendants:* Y (except the first bullet point on p.2, which summarizes information subject to D.E. 144, would remain redacted). | *Plaintiffs:* References testimonies of third-parties Fusion GPS, Kramer and Ferrante designated as confidential or attorneys' eyes only.<br>*Defendants:* Defendants are not seeking to seal any of their own witness materials (such as Ferrante's testimony); see their response to No. 33 regarding third parties. | N | Fusion GPS, Kramer, Ferrante | [Please see responses in connection with transcripts for Kramer/Fusion GPS] |
| **41** | Reply Declaration of Matthew Shayefar i/s/o Plaintiffs' MSJ Reply | 238-2<br><br>Public redaction at 252-1 | *Plaintiffs:* Y<br>*Defendants:* Y (except paragraph 3 per D.E. 144) | *Plaintiffs:* Makes reference to testimonies of third-parties Fusion GPS, Kramer and Ferrante designated as confidential or attorneys' eyes only.<br>*Defendants:* | N | Fusion GPS, Kramer, Ferrante | [Please see responses in connection with transcripts for Kramer/Fusion GPS] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Defendants note that other than the perhaps the deposition of Kramer, that these depositions took place is already public knowledge, which is all that is noted in this Declaration. | | | |
| 42 | Portion of transcript of deposition of Anthony J. Ferrante | 238-3, Exhibit 1 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* Professional background of Mr. Ferrante. *Defendants:* | N | Ferrante | |
| 43 | Portion of transcript of deposition of David Kramer | 238-4, Exhibit 2 | *Plaintiffs:* Y *Defendants:* N | Under seal pursuant to Magistrate Judge O'Sullivan's Sealed Order Dated Feb. 23, 2018 (D.E. 144) | N | Kramer | [See response to #29 above] |
| 44 | Portion of transcript of interview of Glenn Simpson before House Intelligence Committee | 238-5, Exhibit 3 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* The use of this otherwise public transcript would make public otherwise confidential testimony by Fusion GPS given in this case. *Defendants:* | Y | Glenn Simpson (of Fusion GPS) | [See response to #28 above] |
| 45 | Portion of transcript of deposition of Ben Smith | 238-6, Exhibit 4 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 46 | Portion of transcript of deposition of Ken Bensinger | 238-7, Exhibit 5 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |
| 47 | Email from Dvas to KGlobal re Methbot | 238-13, Exhibit 11 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* These emails demonstrate Plaintiffs' access to the media and efforts to reach out to media. Methbot is also directly relevant to Plaintiffs' own calculation of their damages; Defendants' case on damages; Plaintiffs' reputation and character; whether they allow Russian operatives to conduct malicious activities on their | N Y (as to the subject of Methbot, including Plaintiffs' involvement) | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | networks, which relates to truth; and is independently a matter of public interest as demonstrated both by the widespread press coverage Methbot received at the time, and the Justice Department's recent indictment of the Methbot operatives who operated from Plaintiffs' servers. Plaintiffs' have also waived any objection to Methbot, because on the same day they first filed such information under seal they released a self-serving press statement about Methbot to the *Miami Herald*. https://www.mcclatchydc.com /latest- news/article218740565.html. In any event, relevance and undue prejudice would not constitute good cause for sealing. | | | |
| 48 | Defendants' "Main" MSJ | 214  Public redaction at 226 | *Plaintiffs:* Y *Defendants:* Y (except references | Portions under seal pursuant to D.E. 144 and 203. *Plaintiffs:* | N | Steele, Fusion GPS, Kramer, FBI | [Please see responses in connection with transcripts for |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | to Kramer on pp. 3-10, 13 per D.E. 144). | Other portions subject to designation by Fusion GPS and Steele. *Defendants:* See Response to No. 33 regarding third-parties. | | | Kramer/Fusion GPS/Steele] |
| 49 | Defendants' Statement of Material Facts i/s/o "Main" MSJ | 214-2 Public redaction at 226-2 | *Plaintiffs:* Y *Defendants:* Y (except paragraphs 20-30, 34-35, 37-39, 47 (the last line)-51, 58(e) & 63 (Kramer's name) per D.E. 144). | Portions under seal pursuant to D.E. 144 and 203. *Plaintiffs:* Other portions subject to designation by Fusion GPS and Steele. *Defendants:* See Response to No. 33 regarding third-parties. | N | Steele, Fusion GPS, Kramer, FBI | [Please see responses in connection with transcripts for Kramer/Fusion GPS/Steele] |
| 50 | Bolger Declaration i/s/o "Main" MSJ | 214-3 Public redaction at 226-3 | *Plaintiffs:* Y *Defendants:* Y (except ¶¶ 9, 15-17 per D.E. 144). | *Plaintiffs:* *Defendants:* | N | Kramer | [See response to #29 above] |
| 51 | Smith Declaration i/s/o MSJ | 214-5 Exhibit 2 | *Plaintiffs:* Y *Defendants:* N | *Plaintiffs:* *Defendants:* | N | Kramer | [See response to #29 above] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | Public redaction at 226-5 | | The only redactions are per D.E. 144. | | | |
| 52 | Bensinger Declaration i/s/o MSJ | 214-6 Exhibit 3 Public redaction at 226-6 | *Plaintiffs:* Y *Defendants:* N | *Plaintiffs:* *Defendants:* Redactions on paragraphs 13 and 23 can be removed. Otherwise, the only other redactions are per D.E. 144. | N | Kramer | [See response to #29 above] |
| 53 | Schoofs Declaration | 214-7 Exhibit 4 Public redaction at 226-7 | *Plaintiffs:* Y *Defendants:* N | *Plaintiffs:* *Defendants:* The only redactions are per D.E. 144. | N | Kramer | [See response to #29 above] |
| 54 | Kramer Declaration | 214-10 Exhibit 7 | *Plaintiffs:* Y *Defendants:* N (per D.E. 144) | *Plaintiffs:* *Defendants:* This concerns the same information that is the subject of D.E. 144. | N | Kramer | The Kramer Declaration restates parts of Mr. Kramer's deposition testimony. And, as previously noted, Judge O'Sullivan has ruled that the entirety of Mr. Kramer's deposition testimony should remain confidential. |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | | | | If the declaration were unsealed, it would both undermine Judge O'Sullivan's order and put Mr. Kramer in danger. Finally, as made clear in the declaration itself, Mr. Kramer signed the declaration subject to his understanding that it be kept confidential in accordance with Judge O'Sullivan's February 23, 2018 order. |
| 55 | FBI Declaration | 214-11 Exhibit 8 | *Plaintiffs:* Y *Defendants:* Y | Under seal pursuant to D.E. 203 | N | FBI | |
| 56 | Entirety of transcript of deposition of Aleksej Gubarev, April 30, 2018 | 214-12 Exhibit 9 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* The entirety of the deposition transcript contains a wide range of irrelevant, unreliable, unduly prejudicial, business confidential, employee matters and other | N | Many various persons | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | issues that are not related to public officials or public matters. Without limitation, it also makes reference to pornography, child pornography, bestiality, alleged unlawful acts of third parties, adult webmaster conferences, and Methbot, all of which are irrelevant, unduly prejudicial, based on hearsay, speculation, and/or unreliable evidence. *Defendants:* See Response to No. 34. Defendants also note that much of this deposition is specifically referenced in legal memoranda filed in the record, but if the Court prefers Defendants would have no objection to substituting for this docket entry all the specific pages cited in the motions record. | Y (in part) | | |
| 57 | Entirety of transcript of deposition of Rajesh Mishra | 214-13 Exhibit 10 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* The entirety of the deposition transcript contains a wide range of irrelevant, unreliable, unduly prejudicial, | N | Various business associates of Plaintiffs | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | business confidential, and other issues that are not related to public officials or public matters. Without limitation, it also makes reference to pornography, alleged unlawful acts of third parties, adult webmaster conferences, and Methbot, all of which are irrelevant, unduly prejudicial, based on hearsay, speculation, and/or unreliable evidence. There are also significant discussions regarding financial matters of Plaintiffs, including confidential finances. *Defendants:* See Responses to Nos. 34 and 47. Defendants also note that much of this deposition is specifically referenced in legal memoranda filed in the record, but if the Court prefers Defendants would have no objection to substituting for this docket entry all the specific pages cited in the motions filed in record. | | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 58 | Entirety of transcript of deposition of Kostyantyn Bezruchenko | 214-14 Exhibit 11 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   The entirety of the deposition transcript contains a wide range of irrelevant, unreliable, unduly prejudicial, business confidential, employee matters and other issues that are not related to public officials or public matters.  Without limitation, it also makes reference to pornography alleged unlawful acts of third parties, adult webmaster conferences, and Methbot, all of which are irrelevant, unduly prejudicial, based on hearsay, speculation, and/or unreliable evidence.   There are also significant discussions regarding business confidential security measures of Plaintiffs. *Defendants:*   See Responses to Nos. 34 and 47.  Moreover, if the Court prefers Defendants would also have no objection to substituting for this docket entry all the specific pages cited in the motions record. | N | Various business associates and employees of Plaintiffs | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 59 | Entirety of transcript of deposition of Constantin Luchian | 214-15 Exhibit 12 | *Plaintiffs:* N *Defendants:* | *Plaintiffs:* The entirety of the deposition transcript contains a wide range of irrelevant, unreliable, unduly prejudicial, business confidential, financial, and other issues that are not related to public officials or public matters. Without limitation, it also makes reference to pornography alleged unlawful acts of third parties, and adult webmaster conferences, all of which are irrelevant, unduly prejudicial, based on hearsay, speculation, and/or unreliable evidence. There are also significant discussions regarding Mr. Luchian's business and history separate from Plaintiffs, including his own customers from his other business. *Defendants:* See Response to No. 34. Moreover, if the Court prefers Defendants would also have no objection to substituting | N | Constantin Luchian, Sun Social Media, other associates of Plaintiffs of Mr. Luchian<br><br>Luchian is not a non-party. References to non-parties | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | for this docket entry all the specific pages cited in the motions record. | | like Sun Social Media involve public domain information, including litigation on this Court's docket. | |
| 60 | Portions of transcript of deposition of David Kramer | 214-16 Exhibit 13 | *Plaintiffs:* Y *Defendants:* N | Under seal pursuant to D.E. 144 | N | Kramer | [See response to #29 above] |
| 61 | Partially unredacted Dossier | 214-17 Exhibit 14 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | | |
| 62 | Partially unredacted Dossier | 214-18 Exhibit 15 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | | |
| 63 | Portions of transcript of deposition of Christopher Steele | 214-19 Exhibit 16 | *Plaintiffs:* Y *Defendants:* Y (except p. 99:16-101:3 per D.E. 144) | *Plaintiffs:* *Defendants:* Some content is sealed pursuant to D.E. 144 | N | Steele, Kramer, Fusion GPS | Producing Party Christopher Steele objects to the publication of these materials because they were properly designated |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | | | | Attorneys' Eyes Only under the Amended Confidentiality Stipulation & Protective Order dated Dec. 7, 2017 (ECF No. 97). Plaintiffs are pursuing in the United Kingdom a defamation claim against Mr. Steele for the exact same publication as the instant case. Under English civil procedure, Plaintiffs are not entitled to obtain from their adversary Mr. Steele the testimony they elicited from Mr. Steele here as an unwilling third party witness. This Court should not permit Plaintiffs to |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | | | | use this case as a strategic end-run around their procedural and substantive limitations in their parallel English action to the prejudice of Mr. Steele. |
| 64 | Portions of transcript of deposition of Fusion GPS | 214-20 Exhibit 17 | *Plaintiffs:* Y *Defendants:* Y (except for 160:9-14 per D.E. 144) | *Plaintiffs:* <br><br> *Defendants:* Some content is sealed pursuant to D.E. 144 | N | Steele, Kramer, Fusion GPS | [See response to #28 above] |
| 65 | Webzilla's Supp. Resp. to Ints. | 214-26 Exhibit 23 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal and confidential business matters of Plaintiffs, not connected to any public officials or concerns. *Defendants:* See Response to No. 34. This exhibit also contains no substantive information and merely refers to other disclosures, and relates | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | directly to the court's choice of law determinations. | | | |
| 66 | Email b/w Dell EMC Financial Services and Plaintiffs | 214-27 Exhibit 24 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Confidential business email between Plaintiffs and business associate not related to any public officials or concerns. *Defendants:* See Response to No. 34. This exhibit also relates directly to the court's choice of law determinations. | N | Dell EMC Financial Services | |
| 67 | Emails b/w DLL Group and Plaintiffs | 214-28 Exhibit 25 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Confidential business email between Plaintiffs and business associate not related to any public officials or concerns. *Defendants:* See Response to No. 34. This exhibit also relates directly to the court's choice of law determinations. | N | DLL Group | |
| 68 | Email b/w bank and Plaintiffs | 214-29 Exhibit 26 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Confidential business email between Plaintiffs and business associate not related to any public officials or concerns. Further contains | N | ABM AMRO Bank | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | confidential financial and security information. *Defendants:* See Response to No. 34. This exhibit also relates directly to the court's choice of law determinations. | | | |
| 69 | XBT Holding S.A. 2016 Financial Statement | 214-45 Exhibit 41 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Confidential financial information of XBT Holding S.A. irrelevant to public officials or concerns. *Defendants:* In a case seeking business damages, Plaintiffs have waived any claim that the basis for those alleged damages should be sealed. The public also has an independent interest in understanding how and why Plaintiffs are seeking $150 million in damages against a media defendant for publishing a document of enormous public interest. | N | None | |
| 70 | Plaintiffs' Opp. to Defendants' "Main" MSJ | 234-1 | *Plaintiffs:* Y *Defendants:* | Portions under seal pursuant to D.E. 144 and 203. *Plaintiffs:* | N | CNN, Efim Shusterman, Fusion GPS, | [Please see responses in connection with transcripts for |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | Public redaction at 240-0 | Y (except for p. 4 at n. 1 and Kramer's name on p. 19, per D.E. 144) | Other portions subject to designation by Fusion GPS, Steele and CNN. *Defendants:* Some content is sealed pursuant to D.E. 144 | | Steele, Kramer | Kramer/Fusion GPS/Steele] |
| 71 | Plaintiffs' Opp. to Defendants' "Main" Statement of Facts | 234-2 Public redaction at 240-1 | *Plaintiffs:* Y *Defendants:* Y (except ¶¶ 24, 29-30, 34-35, 38-39, 48-49, 51 per D.E. 144) | Portions under seal pursuant to D.E. 144 and 203. *Plaintiffs:* Other portions subject to designation by Fusion GPS, Steele and CNN. *Defendants:* Some content is sealed pursuant to D.E. 144. | N | CNN, Efim Shusterman, Fusion GPS, Steele, Kramer | [Please see responses in connection with transcripts for Kramer/Fusion GPS/Steele] |
| 72 | Shayefar Decl. i/s/o Opp. to "Main" MSJ | 234-3 Public redaction at 240-2 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | None | |
| 73 | Emails b/w Ben Smith and Jake Tapper | 234-4, Exhibit 61 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | | | |
| 74 | Emails b/w Ben Smith and Jake Tapper | 234-4, Exhibit 62 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 75 | Declaration of Aleksej Gubarev | 234-4, Exhibit 64 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Responds to unverified and irrelevant allegations regarding allegations of unlawful acts of third parties and also references pornography and adult webmaster conferences, all of which is irrelevant and unduly prejudicial, and which has no relevance to public officials or concerns. *Defendants:* See Response to No. 34. | N Y (most of the information discussed) | None | |
| 76 | Portions of transcript of deposition of Christopher Steele | 234-5, Exhibit 66 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | Steele, Fusion GPS | [See response to #63 above] |
| 77 | Portions of transcript of deposition of Ken Bensinger | 234-5, Exhibit 71 | *Plaintiffs:* Y *Defendants:* Y (except 128:15-18 per D.E. 144). | *Plaintiffs:* *Defendants:* Some content is sealed pursuant to D.E. 144 | N | | |
| 78 | Portions of transcript of | 234-5, Exhibit 72 | *Plaintiffs:* Y | Under seal pursuant to D.E. 144. | N | Kramer | [See response to #29 above] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | deposition of David Kramer | | *Defendants:* N (per D.E. 144). | | | | |
| 79 | Buzzfeed Responses to Ints. | 234-5, Exhibit 73 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | | |
| 80 | Buzzfeed Responses to RFAs | 234-5, Exhibit 74 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | | |
| 81 | Portions of transcript of deposition of Ben Smith | 234-5, Exhibit 76 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | | |
| 82 | Unredacted portion of Dossier | 234-7, Exhibit 78 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | Efim Shusterman | |
| 83 | Smith Responses to Ints. | 234-7, Exhibit 79 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | | | |
| 84 | Smith Responses to Ints. | 234-7, Exhibit 80 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | | | |
| 85 | CNN Subpoena Response | 234-7, Exhibit 81 | *Plaintiffs:* Y *Defendants:* | *Plaintiffs:* | N | CNN | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | Y | CNN produced as Confidential under Protective Order. *Defendants:* | | | |
| 86 | Portion of transcript of deposition of Anthony Ferrante | 234-7, Exhibit 83 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References confidential security measures of Plaintiffs that constitute business trade secrets. References unreliable and hearsay alleged unlawful acts of third parties that are unduly prejudicial and that do not relate to public officials or concerns. *Defendants:* See Response to No. 34. Defendants also note that this exhibit is a couple of pages, was introduced by Plaintiffs because they deemed it relevant, and the above objection has no apparent relationship to its content. | N | | |
| 87 | Email from Smith to Buzzfeed Staff | 234-7, Exhibit 85 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 88 | Portion of transcript of deposition of Fusion GPS | 234-7, Exhibit 86 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | Fusion GPS, Steele, Kramer | [See response to #28 above] |
| 89 | Defendants' Reply i/s/o "Main" MSJ | 243 Public redaction at 255 | *Plaintiffs:* Y *Defendants:* Y (except Kramer's name on p. 10, per D.E. 144 | *Plaintiffs:* *Defendants:* Some content is sealed pursuant D.E. 144 | N Y | Fusion GPS, Steele, Kramer | [Please see responses in connection with transcripts for Kramer/Fusion GPS/Steele] |
| 90 | Bolger Decl. i/s/o "Main" Reply | 243-1 Public redaction at 255-1 | *Plaintiffs:* Y *Defendants:* Y (except ¶ 9 per D.E. 144) | *Plaintiffs:* *Defendants:* Some content is sealed pursuant to D.E. 144 | | | |
| 91 | Portion of Kramer Depo. Trans. | 243-8, Exhibit 7 | *Plaintiffs:* Y *Defendants:* N | Under seal pursuant to D.E. 144. | N | Kramer | [See response to #29 above] |
| 92 | Defendants' Partial MSJ on Public Figure | 212 Public redaction at 225 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to pornography and webmaster conferences would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. | N | Steele | [Please see responses in connection with transcripts for Kramer/Fusion GPS/Steele] |

| Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|
| | | | Reference to testimonies of Fusion GPS, Kramer, Ferrante, Smith and Bensinger redacted on account of third-parties or Defendants.<br><br>*Defendants:*<br>Plaintiff also requested redactions relevant to the Methbot fraud.<br><br>Neither relevance nor "undue prejudice" would be good cause for sealing. In any event, webmaster conferences involving pornography, proactive PR efforts concerning Methbot and anything else are directly relevant to whether Plaintiffs voluntary injected themselves into controversy related to Russian cyber activities. Methbot is also directly relevant to Plaintiffs' own calculation of their damages; Defendants' case on damages; Plaintiffs' reputation and character; whether they allow Russian operatives to conduct | Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties") N (as to Steele) | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | malicious activities on their networks, which relates to truth. Plaintiff's relationships with third party cyber-criminals and information about malicious cyber events on Platintiff's infrastructure are also relevant to truth. In a case in which Plaintiffs are seeking business damages, there is no good cause to seal information about those businesses. Finally, Defendants do not object to unsealing third-party material unrelated to D.E. 144, but leave it to the Court to consider any balancing of those interests. | | | |
| 93 | Defendants' Statement of Facts i/s/o Partial MSJ | 212-2

Public redaction at 255-2 | *Plaintiffs:* N
*Defendants:* Y | *Plaintiffs:*
   References to pornography, child pornography, adult webmaster conferences, alleged unlawful acts of third parties and "Methbot," much of which is based on unreliable evidence and hearsay, would likely unduly prejudice Plaintiffs | N | Steele | [Please see responses in connection with transcripts for Steele] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | and do not relate to public officials or public concerns.    References to internal and confidential business matters of Plaintiffs (including internal finances) not related to public officials or public concerns.    Reference to testimony of Christopher Steele.  *Defendants:*   No good cause for the reasons set forth in No. 92 above. . | Y  (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties") N (as to Steele) | | |
| 94 | Siegel Decl. i/s/o Partial MSJ | 212-3  Public redaction at 255-3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*    References to pornography, child pornography, adult webmaster conferences, alleged unlawful | N | | |

| Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|
| | | | acts of third parties and "Methbot," much of which is based on unreliable evidence and hearsay, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br><br>    References to internal and confidential business matters of Plaintiffs (including internal finances) not related to public officials or public concerns.<br><br>    Reference to testimony of Christopher Steele.<br><br>*Defendants:*<br> No good cause for the reasons set forth in No. 92 above. | Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties"); N (as to Steele) | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 95 | XBT 3d Supp. Resp. to Ints. | 212, Exhibit 2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Confidential financial and business information of Plaintiffs, including revenue, not related to public officials or public concerns. *Defendants:* In a case in which Plaintiffs are seeking business damages, there is no good cause to seal information about those businesses. | N | None | |
| 96 | Entirety of transcript of deposition of Aleksej Gubarev, April 30, 2018 | 212, Exhibit 3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* The entirety of the deposition transcript contains a wide range of irrelevant, unreliable, unduly prejudicial, business confidential, employee matters and other issues that are not related to public officials or public matters. Without limitation, it also makes reference to pornography, child pornography, bestiality, alleged unlawful acts of third parties, adult webmaster conferences, and Methbot, all of which are irrelevant, | N | Many various persons | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | unduly prejudicial, based on hearsay, speculation, and/or unreliable evidence. *Defendants:* No good cause for the reasons set forth in No. 92 above.  Moreover, if the Court prefers Defendants would also have no objection to substituting for this docket entry all the specific pages cited in the motions record | Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties"); N as to individual business transactions | | |
| 97 | Internet Archive of AWM Open Website | 121, Exhibit 4 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Archive of webpage from 10 years ago relating to pornography and adult webmaster conference that are unduly prejudicial to Plaintiffs and irrelevant, and are not related to public officials or public matters. *Defendants:* | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | No good cause exists for the reasons set forth for No. 92 above. Nor can good cause can exist to seal a public domain media article. | | | |
| 98 | Internet Archive AWM Open Website | 121, Exhibit 5 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Archive of webpage from 9 years ago relating to pornography, adult webmaster conference and third parties that are unduly prejudicial to Plaintiffs and irrelevant, and are not related to public officials or public matters. *Defendants:* No good cause exists for the reasons set forth for No. 97 above. | Y | None | |
| 99 | Internet Archive AWM Open Website | 121, Exhibit 6 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Archive of webpage from 9 years ago relating to pornography, adult webmaster conference and third parties that are unduly prejudicial to Plaintiffs and irrelevant, and are not related to public officials or public matters. | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | *Defendants:*<br>   No good cause exists for the reasons set forth for No. 97 above. | | | |
| **100** | Internet Archive AWM Open Website | 121, Exhibit 7 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>   Archive of webpage from 9 years ago relating to pornography, adult webmaster conference and third parties that are unduly prejudicial to Plaintiffs and irrelevant, and are not related to public officials or public matters.<br>*Defendants:*<br>   No good cause exists for the reasons set forth for No. 97 above. | Y | None | |
| **101** | Screenshot from Online Forum | 121, Exhibit 8 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>   Unreliable and hearsay of unidentified person on pornography forum commenting about adult webmaster conference and third parties, which is unduly prejudicial to Plaintiffs and irrelevant, and not related to public officials or public matters.<br>*Defendants:* | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | No good cause exists for the reasons set forth for No. 97 above. | | | |
| 102 | Internet Archive of AWM Open Website | 121, Exhibit 9 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Archive of webpage from 7 years ago relating to pornography, adult webmaster conference and third parties that are unduly prejudicial to Plaintiffs and irrelevant, and are not related to public officials or public matters. *Defendants:* No good cause exists for the reasons set forth for No. 97 above. | Y | None | |
| 103 | Internet Archive of AWM Open Website | 121, Exhibit 10 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Archive of webpage from 9 years ago relating to pornography, adult webmaster conference and third parties that are unduly prejudicial to Plaintiffs and irrelevant, and are not related to public officials or public matters. *Defendants:* | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | No good cause exists for the reasons set forth for No. 97 above. | | | |
| 104 | Internet Archive of AWM Open Website | 121, Exhibit 11 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*    Archive of webpage from 9 years ago relating to pornography, adult webmaster conference and third parties that are unduly prejudicial to Plaintiffs and irrelevant, and are not related to public officials or public matters. *Defendants:* No good cause exists for the reasons set forth for No. 97 above. | Y | None | |
| 105 | Entirety of transcript of deposition of Rajesh Mishra | 121, Exhibit 12 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*    The entirety of the deposition transcript contains a wide range of irrelevant, unreliable, unduly prejudicial, business confidential, and other issues that are not related to public officials or public matters. Without limitation, it also makes | N | Various business associates of Plaintiffs | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | reference to pornography, alleged unlawful acts of third parties, adult webmaster conferences, and Methbot, all of which are irrelevant, unduly prejudicial, based on hearsay, speculation, and/or unreliable evidence.<br><br>   There are also significant discussions regarding financial matters of Plaintiffs, including confidential finances.<br>*Defendants:*<br>   No good cause exists for the reasons set forth at No. 92 above.  Moreover, if the Court prefers Defendants would also have no objection to substituting for this docket entry all the specific pages cited in the motions record. | Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties"); N (as to individual business transactions) | | |
| **106** | Internet Archive of | 121, Exhibit 13 | *Plaintiffs:* N | *Plaintiffs:* | Y | Hundreds of persons | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | List of Attendees to Webmaster Conference | | *Defendants:* Y | Archive of webpage relating to pornography, adult webmaster conference and third parties that are unduly prejudicial to Plaintiffs and irrelevant, and are not related to public officials or public matters. *Defendants:* No good cause exists for the reasons set forth for No. 97 above. | | | |
| 107 | Internet Archive of List of Attendees to Webmaster Conference | 121, Exhibit 14 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Archive of webpage relating to pornography, adult webmaster conference and third parties that are unduly prejudicial to Plaintiffs and irrelevant, and are not related to public officials or public matters. *Defendants:* No good cause exists for the reasons set forth for No. 97 above. | Y | Hundreds of persons | |
| 108 | Internet Archive of AWM Open | 121, Exhibit 15 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Archive of webpage from 10 years ago relating to pornography and adult | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Magazine Website | | | webmaster conference that are unduly prejudicial to Plaintiffs and irrelevant, and are not related to public officials or public matters. *Defendants:* No good cause exists for the reasons set forth for No. 97 above. | | | |
| 109 | *Plaintiffs*: Unexplained document relating to AWM Open Magazine *Defendants*: Printout from Webpage of AWM Open Magazine | 121, Exhibit 16 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* It is unclear where this document was obtained from and there is no indicia of reliability whatsoever. Relates to pornography and adult webmaster conference that are unduly prejudicial to Plaintiffs and irrelevant, and are not related to public officials or public matters. *Defendants:* No good cause exists for the reasons set forth for No. 97 above. | Unknown | None | |
| 110 | Internet Archive of FUBAR website | 121, Exhibit 17 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Archive of webpage from 10 years ago relating to pornography and adult webmaster conference that are unduly prejudicial to | Y | Numerous others in photographs | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Plaintiffs and irrelevant, and are not related to public officials or public matters. *Defendants:* No good cause exists for the reasons set forth for No. 97 above. | | | |
| **111** | Translation of Russian Forbes Article | 121, Exhibit 18 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* 12 year old article makes NO reference whatsoever to Plaintiffs or any of their businesses, but only to purportedly illegitimate activities of a third-party, which is unduly prejudicial to Plaintiffs and irrelevant, and not related to public officials or public matters. *Defendants:* No good cause exists for the reasons set forth for No. 97 above. Moreover, because the public figure analysis focuses in part on the existence of a controversy into which the plaintiff injected himself, articles that establish the existence of such a controversy are clearly | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | relevant to the public figure analysis. | | | |
| 112 | Krebs on Security, Pavel Vrublevsky Sentenced to 2.5 Years | 121, Exhibit 19 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* 5 year old article makes NO reference whatsoever to Plaintiffs or any of their businesses, but instead to the arrest of a third-party, which is unduly prejudicial to Plaintiffs and irrelevant, and not related to public officials or public matters. *Defendants:* No good cause exists for the reasons set forth for No. 111 above. | Y | None | |
| 113 | Memorandum in FTC v Pricewert et al | 121, Exhibit 20 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Over 9 year old filing in another case that makes NO reference whatsoever to Plaintiffs or their businesses, but instead relates to the alleged illegitimate activities of third parties, which is unduly prejudicial to Plaintiffs and irrelevant, and not related to public officials or public matters. *Defendants:* | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | No good cause exists for the reasons set forth for No. 111 above. In addition, this is a public court filing. | | | |
| 114 | Internet Archive of AWM Open Magazine Website | 121, Exhibit 21 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Archive of webpage from 10 years ago relating to pornography, adult webmaster conference, and third parties that are unduly prejudicial to Plaintiffs and irrelevant. *Defendants:*   No good cause exists for the reasons set forth for No. 97 above. | Y | None | |
| 115 | Slate, The Spam Wars | 121, Exhibit 22 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   4 year old article relating to third-parties using botnets and spam, but which makes NO reference to Plaintiffs or their businesses, but which is unduly prejudicial and irrelevant. *Defendants:*   No good cause exists for the reasons set forth for No. 111 above. | Y | None | |
| 116 | Newsweek, Russian Computer | 121, Exhibit 23 | *Plaintiffs:* N *Defendants:* | *Plaintiffs:*   9 year old news article relating to third-party Russian | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Hackers are Global Threat | | Y | hackers which makes NO reference to Plaintiffs or their businesses, but which is unduly prejudicial and irrelevant. *Defendants:* No good cause exists for the reasons set forth for No. 111 above. | | | |
| 117 | Washington Post, Host of Internet Spam Groups is Cut Off | 121, Exhibit 24 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Portion of 10 year old article relating to third-parties allegedly engaged in illegitimate activities, but which makes NO reference to Plaintiffs or their businesses and is unduly prejudicial and irrelevant. *Defendants:* No good cause exists for the reasons set forth for No. 111 above. | Y | None | |
| 118 | Krebs on Security, Major Source of Online Scams and Spams | 121, Exhibit 25 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* 10 year old post relating to third-parties allegedly engaged in illegitimate activities, but which makes NO reference to Plaintiffs or their businesses and is unduly prejudicial and irrelevant. | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Knocked Offline | | | *Defendants:*<br>No good cause exists for the reasons set forth for No. 111 above. | | | |
| 119 | FTC Release | 121, Exhibit 26 | *Plaintiffs:*<br>N<br>*Defendants:*<br>Y | *Plaintiffs:*<br>9 year old release by FTC about the shut down of a third-party hosting provider, but which makes NO reference to Plaintiffs or their businesses and is unduly prejudicial and irrelevant.<br>*Defendants:*<br>No good cause exists for the reasons set forth for No. 111 above. | Y | None | |
| 120 | FTC Release | 121, Exhibit 27 | *Plaintiffs:*<br>N<br>*Defendants:*<br>Y | *Plaintiffs:*<br>8 year old release by FTC about the shut down of a third-party hosting provider, but which makes NO reference to Plaintiffs or their businesses and is unduly prejudicial and irrelevant.<br>*Defendants:*<br>No good cause exists for the reasons set forth for No. 111 above.<br>Nor can good cause can exist because this is a press release | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | issued by the United States Government. | | | |
| 121 | Screenshot from "designforadult.com" | 121, Exhibit 28 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Unexplained and unreliable screenshot from a website relating to an event from 2005 about pornography and adult webmaster conference that are unduly prejudicial to Plaintiffs and irrelevant, and are not related to public officials or public matters. *Defendants:* No good cause exists for the reasons set forth for No. 97 above. | Unkown  Y (URL on bottom of page) | None | |
| 122 | Entirety of transcript of deposition of Nikolay Dvas | 121, Exhibit 38 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* The entirety of the deposition transcript contains a wide range of irrelevant, unreliable, unduly prejudicial, business confidential, employee matters and other issues that are not related to public officials or public matters. Without limitation, it also makes reference to pornography, child pornography, alleged unlawful acts of third parties, | N | Various customers of Plaintiffs | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | adult webmaster conferences, and Methbot, all of which are irrelevant, unduly prejudicial, based on hearsay, speculation, and/or unreliable evidence.<br><br>    There are also significant discussions regarding business confidential security measures, finances and customers of Plaintiffs.<br>*Defendants:*<br>No good cause exists for the reasons set forth for No. 92 above. | Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties"); N (as to individual business transactions) | | |
| 123 | Entirety of transcript of deposition of Aleksej Gubarev, | 121, Exhibit 49 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>    The entirety of the deposition transcript contains a wide range of irrelevant, unreliable, unduly prejudicial, | N | Various business associates and | |

| Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|
| June 28, 2018 | | | business confidential, employee matters and other issues that are not related to public officials or public matters. Without limitation, it also makes reference to alleged unlawful actions of third parties and "Methbot," which are irrelevant, unduly prejudicial, based on hearsay, speculation, and/or unreliable evidence.<br><br>    There are also significant discussions regarding business confidential security measures, finances and customers of Plaintiffs.<br>*Defendants:*<br>    No good cause exists for the reasons set forth for No. 92 above. | Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties"); N (as to | customers of Plaintiffs | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | | individual business transactions) | | |
| 124 | Email w/ Agreement between Servers.com and KGlobal | 121, Exhibit 66 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal and confidential business agreement with Servers.com's Marketing company with confidentiality clause that does not relate to public officials or public concerns *Defendants:* No good cause exists for the reasons set forth for No. 95 above. | N | KGlobal | |
| 125 | Entirety of transcript of deposition of Aleksej Gubarev, May 16, 2018 | 121, Exhibit 86 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Makes reference to former employee of Plaintiff, Sergei Karatkevich, including personal details about him, irrelevant to any public concerns or officials. Attachment of the entirety of the transcript was unnecessary. Discussions of confidential business relationships and investments of Mr. Gubarev, including business partners in other projects. Discussions | N | Sergei Karatkevich, Yuri Gursky, Andrey Romanenko, Natalia (Gubarev's sister), Dmitry Zeleznov, Alexander Chekan | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | about Mr. Gubarev's private relations, including his friends and family.<br>  Includes discussions about "Methbot" issue, which is irrelevant and unduly prejudicial.<br>*Defendants:*<br>   No good cause exists for the reasons set forth for No. 92 above. | Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties"); N (as to individual business transactions) | | |
| 126 | Email b/w Dvas and KGlobal | 121, Exhibit 90 | *Plaintiffs:*<br>N<br>*Defendants:*<br>Y | *Plaintiffs:*<br>   Internal confidential email of Plaintiffs relating to crisis management, marketing of Plaintiffs, and internal customer management and security practices, particularly potential response to | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | "Methbot," which is irrelevant and unduly prejudicial. *Defendants:* No good cause exists for the reasons set forth for No. 95 above. . | | | |
| **127** | WhiteOps, The Methbot Operation | 121, Exhibit 91 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* The unreliable "Methbot" report, which relates to the purported unlawful acts of a third-party, which is irrelevant and unduly prejudicial to Plaintiffs. *Defendants:* No good cause exists for the reasons set forth for No. 97 above. | Y | None | |
| **128** | Email b/w Plaintiffs and KGlobal | 121, Exhibit 92 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal confidential email of Plaintiffs relating to crisis management, marketing of Plaintiffs, and internal customer management and security practices, particularly potential response to "Methbot," which is irrelevant and unduly prejudicial. *Defendants:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | No good cause exists for the reasons set forth for No. 92 above. | | | |
| 129 | Forbes, 'Biggest Ad Fraud Ever' | 121, Exhibit 93 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Article about unreliable "Methbot" report, which relates to the purported unlawful acts of a third-party, which is irrelevant and unduly prejudicial to Plaintiffs. *Defendants:*   No good cause exists for the reasons set forth for No. 97 above. | Y | None | |
| 130 | Emails b/w Plaintiffs and KGlobal | 121, Exhibit 94 | *Plaintiffs:* N *Defendants:* | *Plaintiffs:*   Internal confidential email of Plaintiffs relating to crisis management, marketing of Plaintiffs, financial information, and internal customer management and security practices, particularly potential response to "Methbot," which is irrelevant and unduly prejudicial. *Defendants:*   Communications with a third party are not internal communications. | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | No good cause exists for the reasons set forth for No. 92 above. | | | |
| 131 | Spreadsheet of Plaintiffs' Revenues | 121, Exhibit 95 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Confidential financial information of Plaintiffs, constituting trade secrets. *Defendants:* Summary spreadsheets of revenues are not trade secrets. In addition, in a case in which Plaintiffs are seeking business damages, there is no good cause to seal information about those businesses. Finally, Methbot is also directly relevant to Plaintiffs' own calculation of their damages and is independently a matter of public interest as demonstrated both by the widespread press coverage Methbot received at the time, and the Justice Department's recent indictment of the Methbot operatives who operated from Plaintiffs' servers. | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 132 | Table of Revenue from Customer | 121, Exhibit 96 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Confidential financial information of Plaintiffs, constituting trade secrets. Also relates to customer implicated by "Methbot," which is irrelevant and unduly prejudicial. *Defendants:* Summary spreadsheets of revenues are not, as a matter of law, trade secrets. In addition, in a case in which Plaintiffs are seeking business damages, there is no good cause to seal information about those businesses. Finally, Methbot is also directly relevant to Plaintiffs' own calculation of their damages and is independently a matter of public interest as demonstrated both by the widespread press coverage Methbot received at the time, and the Justice Department's recent indictment of the Methbot operatives who operated from Plaintiffs' servers. | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 133 | Spreadsheet of Plaintiffs' Revenues | 121, Exhibit 97 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*     Confidential financial information of Plaintiffs, constituting trade secrets. *Defendants:* No good cause exists for the reasons set forth in No. 133. | N | None | |
| 134 | Emails b/w Plaintiffs and KGlobal | 121, Exhibit 98 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*     Internal confidential email of Plaintiffs relating to crisis management, marketing of Plaintiffs, and internal customer management and security practices, particularly potential response to "Methbot," which is irrelevant and unduly prejudicial. *Defendants:* No good cause exists for the reasons set forth for No. 130 above. | N | None | |
| 135 | Emails b/w Plaintiffs and KGlobal | 121, Exhibit 99 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*     Internal confidential email of Plaintiffs relating to crisis management, marketing of Plaintiffs, and internal customer management and security practices, particularly potential response to | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | "Methbot," which is irrelevant and unduly prejudicial. *Defendants:* No good cause exists for the reasons set forth for No. 130 above. | | | |
| **136** | Emails b/w Plaintiffs and KGlobal | 121, Exhibit 100 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal confidential email of Plaintiffs relating to crisis management, particularly the response to "Methbot," which is irrelevant and unduly prejudicial. *Defendants:* No good cause exists for the reasons set forth for No. 130 above. | N | None | |
| **137** | Emails b/w Plaintiffs and KGlobal | 121, Exhibit 101 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal confidential email of Plaintiffs relating to crisis management and marketing of Plaintiffs, particularly potential response to "Methbot," which is irrelevant and unduly prejudicial. *Defendants:* No good cause exists for the reasons set forth for No. 130 above. | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 138 | Emails b/w Gubarev and KGlobal | 121, Exhibit 102 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal confidential email of Plaintiffs relating to crises management for Plaintiffs. *Defendants:* No good cause exists for the reasons set forth for No. 130 above. | N | None | |
| 139 | Emails b/w Plaintiffs and KGlobal | 121, Exhibit 103 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal confidential email of Plaintiffs relating to crises management for Plaintiffs. *Defendants:* No good cause exists for the reasons set forth for No. 130 above. | N | None | |
| 140 | Entirety of transcript of deposition of Jochem Steman | 121, Exhibit 105 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* The entirety of the deposition transcript contains a wide range of irrelevant, unreliable, unduly prejudicial, employee, associate, business confidential, and other issues that are not related to public officials or public matters. *Defendants:* No good cause exists for the reasons set forth for No. 92 above. | N Y (as to pornography, child pornography, webmaster | Various customers, employees and business associates of Plaintiffs | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | | conferences, Methbot, and "alleged unlawful acts of third parties"); N (as to individual business transactions) | | |
| 141 | Invoice from Hill+Knowlton | 121, Exhibit 106 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Non-public invoice relating to Plaintiffs' crisis management and marketing. *Defendants:* No good cause exists for the reasons set forth for No. 130 above. | N | Hill+Knowlton | |
| 142 | Email from KGlobal to Plaintiffs | 121, Exhibit 107 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal confidential email regarding crisis management services for Plaintiffs. *Defendants:* No good cause exists for the reasons set forth for No. 130 above. | N | None | |
| 143 | Variety of messages b/w Gubarev and others | 121, Exhibit 108 | *Plaintiffs:* N *Defendants:* N | *Plaintiffs:* Contains Mr. Gubarev's personal telephone number. *Defendants:* | N | Various | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | |     Neither relevance nor "undue prejudice" nor unreliability nor hearsay would be good cause for sealing. In any event, these messages relate to proactive PR efforts and all PR matters are directly relevant to whether Plaintiffs acted in a manner that invited public comment, and their voluntary efforts to legitimize Russian-related "porn traffic", and influence public opinion concerning another Russia-based bot scandal.  These subject matters relate to all elements of the public figure analysis; and the subject has long been in the public domain. | | | |
| 144 | Email b/w Steman and Gubarev | 121, Exhibit 112 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*     Internal confidential business email of Plaintiffs (from *after* Buzzfeed published the Dossier and not related to issues argued below). *Defendants:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Internal confidential business emails are not trade secrets such that sealing is justified.  In any event, these messages relate to proactive PR efforts and all PR matters are directly relevant to whether Plaintiffs acted in a manner that invited public comment, and their voluntary efforts to legitimize Russian-related "porn traffic", and influence public opinion concerning another Russia-based bot scandal.  These subject matters relate to all elements of the public figure analysis; and the subject has long been in the public domain. | | | |
| 145 | Email from HK to Plaintiffs | 121, Exhibit 113 | *Plaintiffs:*<br><br>*Defendants:*<br>Y | *Plaintiffs:*<br>   Internal confidential email of Plaintiffs relating to crises management for Plaintiffs (from *after* Buzzfeed published the Dossier and not related to issues argued below).<br>*Defendants:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Internal confidential business emails are not trade secrets such that sealing is justified. In any event, these messages relate to proactive PR efforts and all PR matters are directly relevant to whether Plaintiffs acted in a manner that invited public comment, and their voluntary efforts to legitimize Russian-related "porn traffic", and influence public opinion concerning another Russia-based bot scandal. These subject matters relate to all elements of the public figure analysis; and the subject has long been in the public domain. | | | |
| 146 | Emails b/w Gubarev and KGlobal | 121, Exhibit 117 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal confidential email of Plaintiffs relating to crises management for Plaintiffs (from *after* Buzzfeed published the Dossier and not related to issues argued below). *Defendants:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | No good cause exists for the reasons set forth for No. 130 above. | | | |
| 147 | GRIZZLY STEPPE Report | 121, Exhibit 128 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Irrelevant, unduly prejudicial and unreliable claims of potential bad behaviors by thousands of other third-parties. *Defendants:* No good cause can exist to seal a report released by the government of the United States of America. Moreover, neither relevance nor "undue prejudice" nor unreliability nor hearsay would be good cause for sealing. The Grizzly step, which lists IP addresses owned by Plaintiffs as involved in malicious cyber-activity is directly relevant because it undercuts Plaintiffs' ability to prove that the Dossier is materially false and allows Defendants, in | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | contrast, to develop circumstantial evidence that the Dossier was substantially true. Plaintiffs' relationships with third party cyber-criminals and information about malicious cyber events on Plaintiffs' infrastructure are also relevant to truth. | | | |
| 148 | Karin Spaink, Child pornography | 121, Exhibit 129 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Unreliable blog post from over 10 years ago claiming the existence of child pornography on the internet and references Webzilla as a hosting company for two websites blogger found. Unduly prejudicial and irrelevant. *Defendants:* No good cause exists for the reasons set forth in Number 97. Defendants' note this is not a blog "post", but rather an article by a Dutch investigative journalist published after a lengthy investigation, whose bona | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | fides was upheld by the Dutch Council for Journalism after this article was challenged. This information also relates to Plaintiffs' reputation and alleged damage thereto, because Plaintiffs allege it was harmed by the Dossier's associating them with pornographers. Defendants also note that Plaintiffs have, to this day, pointedly declined to provide any evidence as to why the contents of this article is supposedly "unreliable." | | | |
| 149 | Het Petrool Article | 121, Exhibit 130 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Over 10 year old article referencing allegations in unreliable blog post about child pornography. Unduly prejudicial and irrelevant. *Defendants:* No good cause exists for the reasons set forth for No. 148 above. | Y | None | |
| 150 | WebWereld Article | 121, Exhibit 131 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Ten year old article referencing allegations in an unreliable blog post about | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | child pornography. Unduly prejudicial and irrelevant. *Defendants:* No good cause exists for the reasons set forth for No. 148 above. | | | |
| **151** | CNN iReport | 121, Exhibit 132 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Unreliable and unverified post from anonymous source from nine years ago making claims that customers of Webazilla hosted child pornography. Unduly prejudicial and irrelevant. *Defendants:* No good cause exists for sealing a public domain article available on CNN.com. This article was also specifically read by Christopher Steele or purposes of assessing the credibility of the information about Plaintiffs in the Dossier, and is relevant to damages because it goes to Plaintiffs' pre-existing reputation. | Y | None | |
| **152 a** | Excerpts of the Deposition | 121, Exhibit 133 | *Plaintiffs:* Y *Defendants:* | *Plaintiffs:* *Defendants:* | N | Steele | [See response to #63 above] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | of Christopher Steele, Pages 1 and 47 | | Y | No good cause exists for the reasons set forth in No 92. | | | |
| **152** | Comments of MPAA on IP Enforcement | 121, Exhibit 134 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Prejudiced industry comment that makes only a single passing reference to Webzilla as a hosting provider of websites in 2014, but otherwise unreliably discusses the alleged wrongs of third-parties, being unduly prejudicial and irrelevant. *Defendants:* No good cause exists to seal a public record. This information also relates to Webzilla's pre-existing reputation for shady business practices, which relates directly to its claim for damages.. | Y | None | |
| **153** | Joint Comments of Music Companies | 121, Exhibit 135 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Inexplicable, unauthenticated, prejudiced industry publication making a single passing reference to Webzilla as a hosting | Unknown | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | provider, but otherwise unreliably discusses the alleged wrongs of third-parties, being unduly prejudicial and irrelevant. *Defendants:* No good cause exists for the reasons set forth for No. 152 above. | Y | | |
| 154 | McClatchy DC Article | 121, Exhibit 136 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Unreliable news article with prejudiced comments by unreliable individuals claiming that Webzilla previously had customers who allegedly engaged in bad acts. Unduly prejudicial and irrelevant. *Defendants:* Defendants note that McClatchy is not an "unreliable" news organization and that Plaintiffs' counsel is quoted in the Article. No good cause exists to seal a media article. | Y | None | |
| 155 | Volksrant Article | 121, Exhibit 137 | *Plaintiffs:* N *Defendants:* | *Plaintiffs:* News article about Plaintiffs that, in a complete non- | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | Y | sequitur, also discusses unrelated third parties engaging in hacking, pornography and child-pornography. Unduly prejudicial and irrelevant.<br><br>*Defendants:*<br>   No good cause exists to seal a media article. Gubarev is the main subject of this article, provided an interview for it, and is evidence of Plaintiffs' access to the media since they were heavily involved as it was reported. Moreover, this article post-dates the publication of the Dossier and is critical of Plaintiffs for other reasons, so it relates directly to damages as a potential independent cause. | | | |
| 156 | Edits to Volksrant Article | 121, Exhibit 138 | *Plaintiffs:*<br>   N<br>*Defendants:*<br>   Y | *Plaintiffs:*<br>   Confidential internal communications between Plaintiffs and marketing persons.<br>*Defendants:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Communications with third party marketing persons are not internal communications, nor are these proposed edits confidential because they were shared with the newspaper. This also relates directly to Plaintiffs' access to the media, because it demonstrates their ability to use professionals to try to share media coverage. | | | |
| 157 | AP, Overseas Web Kid Porn Laws Loose | 121, Exhibit 140 | *Plaintiffs:* N *Defendants:* | *Plaintiffs:* Article from August 9, 2001 that states only that (at that time) enforcing child pornography laws in Indonesia and Russia was difficult. The article makes no reference to Plaintiffs or their businesses (unsurprising given that the companies didn't exist yet). Unduly prejudicial and irrelevant. *Defendants:* No good cause exists to seal a public domain media article. | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Moreover, because the public figure analysis focuses in part on the existence of a controversy into which the plaintiff injected himself, articles that establish the existence of such a controversy prior to Plaintiffs' involvement are clearly relevant to the public figure analysis. | | | |
| 158 | Plaintiffs' Opp. to Partial MSJ on Public Figure | 235-1  Public redaction at 241 | *Plaintiffs:* N  *Defendants:* Y | *Plaintiffs:*  References to pornography, child pornography, and adult webmaster conferences, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.  References designated testimony of non-party Christopher Steele.  *Defendants:* No good cause exists for the reasons set forth for No. 92 above. | N | Steele | [Please see responses in connection with transcripts for Steele] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 159 | Plaintiffs' Opp. to Material Facts i/s/o Partial MSJ on Public Figure | 235-2<br><br>Public redaction at 241-1 | *Plaintiffs:*<br>N<br>*Defendants:*<br>Y | *Plaintiffs:*<br>References to pornography, child pornography, and adult webmaster conferences, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>  References internal confidential business communications of Plaintiffs.<br><br>*Defendants:*<br>This is *Plaintiffs'* opposition motion for SJ, so arguing that "references" they chose to put in their own motion are hearsay and unreliable are frivolous.<br><br>Otherwise, no good cause exists for the reasons set forth for No. 92. | N<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties") N (as to Steele, internal business documents) | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 160 | Shayefar Decl. i/s/o Opp. to Partial MSJ on Public Figure | 235-3<br><br>Public redaction at 241-2 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>   Relates to unreliable, unverified and anonymous reporting re child pornography on CNN iReport noted above. Unduly prejudicial.<br>*Defendants:*<br>This is a declaration of *Plaintiff's counsel* in support of their own affirmative motion for summary judgment. Arguing that facts and exhibits their own motion submits as material are unverified and unreliable is frivolous.<br>No good cause shown for the reasons set forth in No. 159 above. | N<br><br><br><br><br><br>Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties") N (as to Steele, internal business documents) | None | |
| 161 | Declaration of Aleksej Gubarev | 235-4, Exhibit 141 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>   Responds to unverified and irrelevant allegations regarding allegations of unlawful acts of third parties and also references pornography and adult webmaster conferences, all of | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | which is irrelevant and unduly prejudicial, and which has no relevance to public officials or concerns. *Defendants:*  This is Plaintiff Gubarev's own submission in a libel suit he chose to bring.  Arguing that facts and exhibits their own motion submits as material are unverified  is frivolous. No good cause shown for the reasons set forth in No. 159 above | Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties") N (as to Steele, internal business documents) | | |
| 162 | Emails b/w Dvas and KGlobal | 235-4, Exhibit 142 | *Plaintiffs:*  N *Defendants:*  Y | *Plaintiffs:*  Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns.  References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | and do not relate to public officials or public concerns. *Defendants:* No good cause exists for the reason set forth in Nos. 34 and 47. | | | |
| **163** | Emails b/w Plaintiffs and KGlobal | 235-4, Exhibit 143 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*    Internal confidential email of Plaintiffs relating to crisis management and marketing of Plaintiffs, particularly potential response to "Methbot," which is irrelevant and unduly prejudicial. *Defendants:* No good cause exists for the reason set forth in Nos. 34 and 47. | N | None | |
| **164** | About CNN iReport | 235-4, Exhibit 145 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*    Relates to unreliable, unverified and anonymous reporting re child pornography on CNN iReport noted above. Unduly prejudicial. *Defendants:*    No good cause exists for the reason set forth in No. 151 (same document) | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 165 | Portion of transcript of deposition of Christopher Steele (pages 1, 5, 15-25, 78, 195) | 235-5, Exhibit 146 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*  Relates to an unreliable and unverified post from anonymous source on CNN iReport from nine years ago making claims that customers of Webazilla hosted child pornography.  Unduly prejudicial and irrelevant.  Marked as attorneys' eyes only by non-party Christopher Steele. *Defendants:*  No good cause exists for the reason set forth in No. 148  Defendants do not object to unsealing third-party material unrelated to D.E. 144, but leave it to the Court to consider any balancing of those interests. | N | Steele | [See response to #63 above] |
| 166 | Defendants' Reply i/s/o MSJ on Public Figure | 244  Public redaction at 256 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*  References to pornography, child pornography, and adult webmaster conferences, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs | N | Steele | [Please see responses in connection with transcripts for Steele] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | and do not relate to public officials or public concerns.<br>*Defendants:*<br>No good cause exists for the reason set forth in No. 92 | Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties") | | |
| 167 | Siegel Reply Decl. i/s/o MSJ on Public Figure | 244-1<br><br>Public redaction at 256-1 | *Plaintiffs:* N<br>*Defendants:* | *Plaintiffs:*<br>References to pornography and adult webmaster conference, which would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>*Defendants:*<br>No good cause exists for the reason set forth in No. 92 | N<br><br><br><br><br>Y (as to pornography, child pornography, webmaster conferences, Methbot, and "alleged unlawful acts of third parties") | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 168 | Photographs from fubarwebmasters.com | 244-2 Exhibit 1 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to pornography and adult webmaster conference, which would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* No good cause exists for the reason set forth in No. 34 | Y | Non-parties in photographs | |
| 169 | Defendants' Cole *Daubert* Motion | 246 Public redaction at 259 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters. Release of such information and material could result in significant harm to Plaintiffs. References to alleged unlawful acts of third parties, which are unreliable, irrelevant and based on hearsay, would likely unduly prejudice Plaintiffs and do not | N | Bitly, Crowdstrike | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | relate to public officials or concerns.    Includes references to information and materials produced by Bitly and Crowdstrike designated pursuant to Protective Order. *Defendants:*    This is a motion to strike *Plaintiff's* expert; unless Plaintiffs maintain that evidence that their networks were used to try to hack the DNC is a "trade secret", the brief contains nothing remotely like trade secret or genuinely confidential information of Plaintiffs.  The issues in this motion go directly to the question of truth in this case, which is both highly relevant and a matter of enormous public concern.   In any event, "reliability", "relevance", "hearsay" and Plaintiffs' desire to keep from public view any information they consider "harmful" are not good cause for sealing.  A | | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | substantial amount of information produced by Crowdstrike and Bitly about the DNC hack is already in the public domain, the interests in public access clearly outweigh any private confidentiality concerns here, and Plaintiffs have waived any objection to unsealing by purporting to characterize what this evidence shows (or doesn't show) in press statements (e.g. https://www.washingtontimes.com/news/2018/nov/27/new-york-times-fights-aleksej-gubarev-russia-dossi/ - claiming the sealed record shows "They [Defendants] don't have evidence of any wrongdoing by plaintiff or the plaintiff's customers" or that "Webzilla hardware was used" in the DNC hack). | | | |
| 170 | Ferrante Expert Report | 246-1 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which | N | Bitly, Crowdstrike | |

| Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|
| | | | do not relate to any public officials or matters. Release of such information and material could result in significant harm to Plaintiffs.  Includes references to information and materials produced by Bitly, Crowdstrike and other third-parties designated pursuant to Protective Order.  References to pornography, child pornography, adult webmaster conferences, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:*  See Responses to Nos. 34, 47 and 169.  Plaintiffs' involvement is "porn traffic" is also relevant to the element of falsity and damages, as it goes to their pre-existing reputation. | Y (as to pornography, child pornography, webmaster conferences, and much of the information about Methbot) | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 171 | Cole Expert Report | 246-2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters. Release of such information and material could result in significant harm to Plaintiffs. Includes references to information and materials produced by Bitly, Crowdstrike and other third-parties designated pursuant to Protective Order. References to pornography, child pornography, adult webmaster conferences, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Defendants' Responses to Nos. 34, 47 and 169. Plaintiffs' involvement is | N | Bitly, Crowdstrike | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | "porn traffic" is also relevant to the element of falsity and damages, as it goes to their pre-existing reputation. | | | |
| 172 | Entirety of transcript of deposition of Eric Cole | 246-3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters. Release of such information and material could result in significant harm to Plaintiffs. Includes references to information and materials produced by Bitly, Crowdstrike and other third-parties designated pursuant to Protective Order. References to pornography, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* | N | Bitly, Crowdstrike | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | See Responses to Nos. 34, 47 and 169. Defendants would also have no objection to substituting the specific transcript pages cited in their Daubert motion and reply for this exhibit. | | | |
| 173 | Entirety of transcript of deposition of Kostyantyn Bezruchenko | 246-4 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* The entirety of the deposition transcript contains a wide range of irrelevant, unreliable, unduly prejudicial, business confidential, employee matters and other issues that are not related to public officials or public matters. Without limitation, it also makes reference to pornography alleged unlawful acts of third parties, adult webmaster conferences, and Methbot, all of which are irrelevant, unduly prejudicial, based on hearsay, speculation, and/or unreliable evidence. Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public | N | Various business associates and employees of Plaintiffs | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | officials or matters, the release of which could result in significant harm to Plaintiffs. *Defendants:* See Responses to Nos. 34, 47 and 169. Defendants would also have no objection to substituting the specific transcript pages cited in their Daubert motion and reply for this exhibit. | | | |
| 174 | Plaintiffs' Opposition to Cole *Daubert* | 280-1 Public Redaction at 299 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters, the release of which could result in significant harm to Plaintiffs. References to alleged unlawful acts of third parties, much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. | N | Bitly, Crowdstrike | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Includes references to information and materials produced by Bitly, Crowdstrike and other third-parties designated pursuant to Protective Order. *Defendants:*   See Response to No. 169. | | | |
| **175** | Defendants' Reply i/s/o Cole *Daubert* | 295 Public Redaction at 308 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters, the release of which could result in significant harm to Plaintiffs.   References to alleged unlawful acts of third parties, much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.   Includes references to information and materials produced by Bitly, Crowdstrike and other third- | N | Bitly, Crowdstrike | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | parties designated pursuant to Protective Order. *Defendants:* See Response to No. 169 | | | |
| 176 | Defendants' Anderson *Daubert* Motion | 249 Public Redaction at 260 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* This is a motion to strike *Plaintiff's* damages expert; by asserting damage claims Plaintiffs have waived any contention that the evidence pertaining to those claims is "confidential." Methbot is integral to *Plaintiff's expert's own* damage calculations, so any contention that it is "irrelevant or "unreliable" is frivolous, and in any event | N Y (as to much of the information about Methbot) | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | would not be good cause for sealing. Methbot is also a matter of substantial public concern, as evidenced by the multiple press articles in the record and the recent indictment. Finally, Plaintiffs' have waived any objection to Methbot, because on the same day they first filed such information under seal they released a self-serving press statement about Methbot to the *Miami Herald*. | | | |
| 177 | Anderson Expert Report | 249-2 Exhibit 1 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*   This is a motion to strike *Plaintiff's* damages expert; by asserting damage claims Plaintiffs have waived any contention that the evidence pertaining to those claims is "confidential." The public also has an independent | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | interest in understanding how and why Plaintiffs seek $150 million in damages against a media entity for publishing a document of enormous pubic concern like the Dossier | | | |
| 178 | Anderson Supplemental Expert Report | 249-3 Exhibit 2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See response to No. 177. | N | None | |
| 179 | Entirety of transcript of deposition of Jeffrey Anderson | 249-4 Exhibit 3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. The entirety of the deposition transcript contains a wide range of irrelevant, unreliable and confidential matters that are not related to public officials or public matters. Without limitation, it also makes reference to | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | "Methbot," all of which is unduly prejudicial, based on hearsay, speculation and/or other unreliable evidence. *Defendants:* See Response to No. 176. Defendants would have no objection to substituting the specific deposition pages cited for this exhibit. | Y (in part as to Methbot) | | |
| **180** | Portions of transcript of deposition of Rajesh Mishra | 249-5 Exhibit 4 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Response to No. 176 | N Y (in part as to Methbot) | None | |
| **181** | Portions of transcript of deposition of Kostyantyn Bezruchenko | 249-6 Exhibit 5 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | and do not relate to public officials or public concerns.<br>   Relates to internal security matters of Plaintiffs, the release of which could result in significant harm to Plaintiffs.<br>*Defendants:*<br>   See response to No. 176.  In addition, this relates directly to damages because it describes tightened screening measures for new clients Plaintiffs supposedly adopted in response to Methbot, which they admit could have reduced their revenues in 2017. | Y (in part of to Methbot) | | |
| 182 | Portions of transcript of deposition of Aleksej Gubarev, June 28, 2018 | 249-7 Exhibit 6 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters.<br>   References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | and do not relate to public officials or public concerns. *Defendants:*   See Response to No. 176. | Y (in part as to Methbot) | | |
| **183** | 1GB.com Report and Financial Statements | 249-8 Exhibit 7A | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*   See Response to No. 177. | N | None | |
| **184** | Servers.com Asia Limited Report and Financial Statements | 249-9 Exhibit 7B | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*   See Response to No. 177. | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 185 | Webzilla Dallas Inc Report and Financial Statements | 249-10 Exhibit 7C | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See Response to No. 177. | N | None | |
| 186 | XBT Holding S.A. Consolidated Financial Statements | 249-11 Exhibit 8 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See Response to No. 177. | N | None | |
| 187 | Revenue Figures | 249-12 Exhibit 9 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | and do not relate to public officials or public concerns. *Defendants:* See Response to No. 177. | | | |
| 188 | XBT Business Plan/Projecti ons | 249-13 Exhibit 10 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See Response to No. 177. | N | None | |
| 189 | XBT Holding Limited Equity Valuation | 249-14 Exhibit 11 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See Response to No. 177. | N | None | |
| 190 | XBT Monthly Revenues | 249-16 Exhibit 13 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | See Response to No. 177. | | | |
| 191 | XBT Holding S.A. Report and Consolidated Financial Statements | 249-17 Exhibit 14 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See Response to No. 177. | N | None | |
| 192 | Portions of transcript of deposition of Nikolay Dvas | 249-26 Exhibit 23 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See Response to No. 176. | N | None | |
| 193 | XBT Third Supp. Response to Interrogatories | 249-27 Exhibit 24 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | to any public officials or matters. *Defendants:*   See Response to No. 177. | | | |
| **194** | Plaintiffs' Opp. to Anderson *Daubert* | 279-1 Public Redaction at 298 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters.   References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:*   See Response to No. 176. | N Y (in part as to Methbot) | None | |
| **195** | Defendants' Reply i/s/o Anderson *Daubert* | 296 Public Redaction at 309 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters.   References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | and do not relate to public officials or public concerns. *Defendants:* See Response to No. 176. | Y (in part as to Methbot) | | |
| 196 | Portions of transcript of deposition of Rajesh Mishra | 296-2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Response to No. 176. | N  Y (in part as to Methbot) | None | |
| 197 | Plaintiffs' Ferrante *Daubert* Motion | 248-1  Public redaction at 261 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters. Release of such information and material could result in significant harm to Plaintiffs. | N | Bitly, Crowdstrike | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Includes references to information and materials produced by Bitly, Crowdstrike and other third-parties designated pursuant to Protective Order. References to pornography, child pornography, adult webmaster conferences, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Responses to Nos. 34, 47 and 169. | Y (as to pornography, child pornography, webmaster conferences, and in large part Methbot) | | |
| 198 | Ferrante Expert Report | 248-2 (Exhibit 1) | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public | N | Bitly, Crowdstrike | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | officials or matters. Release of such information and material could result in significant harm to Plaintiffs.<br><br>Includes references to information and materials produced by Bitly, Crowdstrike and other third-parties designated pursuant to Protective Order.<br><br>References to pornography, child pornography, adult webmaster conferences, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>*Defendants:*<br>See Responses to Nos. 34, 47 and 169. | | | |
| 199 | Entire transcript of deposition of Anthony Ferrante | 248-4 (Exhibit 3) | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters. Release | N | Bitly, Crowdstrike | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | of such information and material could result in significant harm to Plaintiffs. Includes references to information and materials produced by Bitly, Crowdstrike and other third-parties designated pursuant to Protective Order. References to pornography, child pornography, adult webmaster conferences, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Responses to Nos. 34, 47 and 169. While this was a deposition taken by Plaintiff, Defendants would have no objection to substituting the specific transcript pages cited in the record. | Y (in part) | | |
| 200 | GRIZZLY STEPPE Report | 248-5 (Exhibit 4) | *Plaintiffs:* N *Defendants:* | *Plaintiffs:* Irrelevant, unduly prejudicial and unreliable | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | Y | claims of potential bad behaviors by thousands of other third-parties. *Defendants:* This is widely distributed government report. Any claim that it should be sealed is frivolous. See also Response to No. 147 (same document). | | | |
| 201 | Defendants' Opp. to Ferrante *Daubert* | 275 Public redaction at 297 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to financial, internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters. Release of such information and material could result in significant harm to Plaintiffs. Includes references to information and materials produced by Bitly, Crowdstrike and other third-parties designated pursuant to Protective Order. References to pornography, child pornography, adult webmaster conferences, alleged unlawful acts of third | N | Bitly, Crowdstrike | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Responses to Nos. 34, 47 and 169. Plaintiffs' involvement is "porn traffic" is also relevant to the element of falsity and damages, as it goes to their pre-existing reputation. | Y (in part) | | |
| 202 | Bolger Declaration | 275-2 Public redaction at 297-1 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | Bitly | |
| 203 | Entire transcript of deposition of Anthony Ferrante | 275-4 Exhibit 2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters. Release of such information and material could result in significant harm to Plaintiffs. | N | Bitly, Crowdstrike | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Includes references to information and materials produced by Bitly, Crowdstrike and other third-parties designated pursuant to Protective Order.  References to pornography, child pornography, adult webmaster conferences, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Responses to Nos. 34 and 169.  Plaintiffs' involvement is "porn traffic" is also relevant to the element of falsity and damages, as it goes to their pre-existing reputation.  Defendants would have no objection to substituting specific pages cited in the record for this exhibit. | Y (in part) | | |
| 204 | Portions of transcript of | 275-7 Exhibit 5 | *Plaintiffs:* N | *Plaintiffs:* | N | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | deposition of Nikolay Dvas | | *Defendants:* Y | Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Response to Nod. 34 and 47. | Y (in part) | | |
| 205 | Portions of transcript of deposition of Kostyantyn Bezruchenko | 275-8 Exhibit 6 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to alleged unlawful acts of third parties, much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters, the release of which could result | N | Luxembourg Secret Service | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | in significant harm to Plaintiffs.    References to communications with Luxembourg secret service. *Defendants:*    There are no "references to unlawful acts of third parties", and even if there were that would not be good cause to seal.  This concerns Plaintiffs' response (or lack thereof) to the Grizzly Steepe, which is of obvious relevance and public interest.  See also Response to No. 169.  None of the documents indicate that the "Luxembourg secret service" has any confidentiality interest in their e-mails with Plaintiffs, and Plaintiffs never claimed they did when producing these documents. | | N (that are apparent to Defendants) | |
| 206 | Portions of transcript of deposition of Aleksej Gubarev, | 275-9 Exhibit 7 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*    Relates to financial, internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | April 30, 2018 | | | public officials or matters, the release of which could result in significant harm to Plaintiffs.<br><br>  References to alleged unlawful acts of third parties, "Methbot," and pornography, much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br><br>*Defendants:*<br>  See Responses to Nos. 34 and 169.   Plaintiffs' involvement is "porn traffic" is also relevant to the element of falsity and damages, as it goes to their pre-existing reputation. | Y (in part) | | |
| 207 | Portions of transcript of deposition of Marc Goederich | 275-10 Exhibit 8 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>  References to communications with Luxembourg secret service.<br>  References to alleged unlawful acts of third parties, much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs | N | Luxembourg secret service | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | and do not relate to public officials or public concerns. *Defendants:* There are no "references to unlawful acts of third parties", and even if there were that would not be good cause to seal. This concerns Plaintiffs' response (or lack thereof) to the Grizzly Steppe (report), which is of obvious relevance and public interest. See also Response to No. 169. None of the documents indicate that the "Luxembourg secret service" has any confidentiality interest in their e-mails with Plaintiffs, and Plaintiffs never claimed they did when producing these documents. | | N (that are apparent to Defendants) | |
| 208 | Emails b/w Goederich and Luxembourg secret service | 275-11 Exhibit 9 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to communications with Luxembourg secret service. References to alleged unlawful acts of third parties, much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs | N | Luxembourg secret service | |

124

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | and do not relate to public officials or public concerns. *Defendants:* There are no "references to unlawful acts of third parties", and even if there were that would not be good cause to seal. This concerns Plaintiffs' response (or lack thereof) to the Grizzly Steppe report, which is of obvious relevance and public interest. See also Response to No. 169. None of the documents indicate that the "Luxembourg secret service" has any confidentiality interest in their e-mails with Plaintiffs, and Plaintiffs never claimed they did when producing these documents. | | N (apparent to Defendants) | |
| **209** | XBT Internal Investigation Report on GRISSLY STEPPE | 275-12 Exhibit 10 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters, the release of which could result | N | Luxembourg secret service | |

| Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|
| | | | in significant harm to Plaintiffs.<br><br>   References to alleged unlawful acts of third parties, which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials.<br><br>   References to communications with Luxembourg secret service.<br>*Defendants:*<br>   There are no "references to unlawful acts of third parties", and even if there were that would not be good cause to seal.  This concerns Plaintiffs' response (or lack thereof) to the Grizzly Steppe report, which is of obvious relevance and public interest.  See also Response to No. 169.  None of the documents indicate that the "Luxembourg secret service" has any confidentiality interest in their e-mails with Plaintiffs, and Plaintiffs never claimed they | | N (apparent to Defendants) | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | did when producing these documents. | | | |
| **210** | Emails b/w Plaintiffs and KGlobal | 275-13 Exhibit 11 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Responses to Nos. 34 and 47. | N | None | |
| **211** | Internal Investigation Report on BuzzFeed publication | 275-15 Exhibit 13 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters, the release of which could result in significant harm to Plaintiffs. *Defendants:* This concerns Plaintiffs' response (or lack thereof) to | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | the publication of the Dossier, which is of obvious relevance and public interest. See also Response to No. 169. | | | |
| 212 | Portions of transcript of deposition of Jochem Steman | 275-16 Exhibit 14 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | | |
| 213 | Email from KGlobal to Plaintiffs | 275-17 Exhibit 15 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal confidential email regarding crisis management services for Plaintiffs. *Defendants:* See Response to No. 34. This email also goes to the heart of the case – addressing whether or not the allegations in the Dossier are true – and to damages, because Plaintiffs are seeking reimbursement for what they paid the PR firm for these services. | N | | |
| 214 | Email from HK to Plaintiffs | 275-18 Exhibit 16 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal confidential email of Plaintiffs relating to crises management for Plaintiffs. *Defendants:* See Response to No. 34. This email also relates to | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Plaintiffs response to the Dossier and to damages, because Plaintiffs' are seeking reimbursement for what they paid the PR firm for these services. | | | |
| **215** | Bitly production | 275-19 Exhibit 17 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Marked as confidential by non-party Bitly.   Irrelevant, unduly prejudicial and unreliable claims of alleged bad acts of third-parties that would unduly prejudice Plaintifffs. *Defendants:*   This information relates to directly to whether, or to what extent, Plaintiffs were involved in the DNC hack. Having brought a lawsuit denying such activity, Plaintiffs have no basis to shield from public view evidence which goes directly to the truth of their claims. Nor would "reliability" or supposed "prejudice" be good cause for sealing. | N | Bitly | |
| **216** | Bitly declaration | 275-21 Exhibit 19 | *Plaintiffs:* Y | *Plaintiffs:* | | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | *Defendants:* Y | *Defendants:* | | | |
| **217** | Plaintiffs' Reply i/s/o Ferrante *Daubert* | 304-1 Public redaction at 313 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters.  Release of such information and material could result in significant harm to Plaintiffs.   Includes references to information and materials produced by Bitly, Crowdstrike and other third-parties designated pursuant to Protective Order.   References to pornography, child pornography, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:*   See Response to Nos. 34, 47 and 169. | N Y (in part) | Bitly, Crowdstrike | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 218 | Plaintiffs' Motion in Limine No. 1 | 277-1<br><br>Public redaction at 300 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>   References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>*Defendants:*<br>   See Responses to Nos. 34, 47 and 169. | N<br><br><br><br><br><br><br><br>Y (in part) | None | |
| 219 | WhiteOps, The Methbot Operation | 277-2 | *Plaintiffs:* N<br>*Defendants:* | *Plaintiffs:*<br>   The unreliable "Methbot" report, which relates to the purported unlawful acts of a third-party, which is irrelevant and unduly prejudicial to Plaintiffs.<br>*Defendants:*<br>   See Responses to Nos. 34, 47 and 169. There is also no good cause to seal a public domain report. Defendants also note that on 11/27/2018, the Department of Justice extended thanks to White Ops for its assistance in exposing Methbot, and an updated version of this supposedly "unreliable" report is now posted on the Department of | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Homeland Security's website. https://www.us-cert.gov/ncas/alerts/TA18-331A | | | |
| **220** | AdAge Article | 277-3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* The unreliable "Methbot" report, which relates to the purported unlawful acts of a third-party, which is irrelevant and unduly prejudicial to Plaintiffs. *Defendants:* See Response to Nos. 34, 47 and 169. There is also no good cause to seal a media article. | Y | None | |
| **221** | Business Insider Article | 277-4 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* The unreliable "Methbot" report, which relates to the purported unlawful acts of a third-party, which is irrelevant and unduly prejudicial to Plaintiffs. *Defendants:* See Response to No. 47. There is also no good cause to seal a media article. | Y | None | |
| **222** | NYU Journalism Article | 277-5 | *Plaintiffs:* N *Defendants:* | *Plaintiffs:* | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | Y | References to irrelevant bot matters unduly prejudice Plaintiffs.<br>*Defendants:*<br>There is no good cause to seal a media article. This is also an exhibit submitted by *Plaintiffs*, in support of a motion filed by *Plaintiffs*. And claim that it is 'irrelevant" is therefore frivolous, nor does the content of this article (which just describes background information about bots) say anything about Plaintiffs | | | |
| 223 | Pew Research Center Post | 277-6 | *Plaintiffs:*<br>N<br>*Defendants:*<br>Y | *Plaintiffs:*<br>References to irrelevant bot matters unduly prejudice Plaintiffs.<br>*Defendants:*<br>There is no good cause to seal a media article. This is also an exhibit submitted by *Plaintiffs*, in support of a motion filed by *Plaintiffs*. And claim that it is 'irrelevant" is therefore frivolous, nor does the content of this article (which just | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | describes background information about bots) say anything about Plaintiffs | | | |
| 224 | Defendants' Opp. to Plaintiffs' MiL No. 1 | 319<br><br>Public redaction at 328 | *Plaintiffs:* N<br>*Defendants:* | *Plaintiffs:*<br>    References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>    Relates to internal financial, security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters. Release of such information and material could result in significant harm to Plaintiffs.<br>*Defendants:*<br>    See Responses to Nos. 47 and 169. | N<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Y (in part) | None | |
| 225 | WhiteOps, The Methbot Operation | 319-2 Exhibit 1 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>    The unreliable "Methbot" report, which relates to the purported unlawful acts of a third-party, which is irrelevant and unduly prejudicial to Plaintiffs.<br>*Defendants:* | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | See Responses to Nos. 47 & 219 (which addresses the same document). | | | |
| 226 | Emails between Plaintiffs and KGlobal | 319-3 Exhibit 2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*     Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns.     References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:*     See Response to Nos. 34 and 47.  Defendants also note that it is particularly frivolous to assert that e-mails which discuss how to "establish control on the media field" about a major story are "irrelevant to" and "do not relate to public officials or public concerns." | N   Y (in part) | None | |
| 227 | Portions of deposition of transcript of | 319-4 Exhibit 3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*     Relates to internal financial, security and business practices of Plaintiffs that are | N | Various customers of Plaintiffs | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Nikolay Dvas | | | confidential and trade secrets, and which do not relate to any public officials or matters. Release of such information and material could result in significant harm to Plaintiffs. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Responses to Nos. 34, 47 and 169. | Y (in part) | | |
| 228 | Kaplan Expert Report | 319-5 Exhibit 4 | *Plaintiffs:* *Defendants:* Y | *Plaintiffs:* Relates to internal financial and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | See Response to Nos. 47 and 176. This is simply the rebuttal expert report to Plaintiffs' damages expert. | | | |
| 229 | Emails between Plaintiffs and KGlobal | 319-6 Exhibit 5 | *Plaintiffs:* N *Defendants:* | *Plaintiffs:* Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns, including confidential financial information. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Response to Nos. 34, 47 and 176. These emails also discuss Plaintiff's own estimates of their damages from Methbot. | N  Y (in part) | None | |
| 230 | Emails between Plaintiffs and KGlobal | 319-7 Exhibit 6 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns. | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Response to Nos. 34, 47 and 176.  These emails also discuss Plaintiff's own estimates of their damages from Methbot. | | | |
| 231 | Emails between Plaintiffs and KGlobal | 319-8 Exhibit 7 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Responses to Nos. 34, 47 and 176. These emails also discuss Plaintiff's own estimates of their damages from Methbot. | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 232 | Emails between Plaintiffs and KGlobal | 319-9 Exhibit 8 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*    Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns.   References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:*   See Response to Nos. 34, 47 and 176. These emails also discuss Plaintiff's own estimates of their damages from Methbot. | N | None | |
| 233 | Emails between Plaintiffs and KGlobal | 319-10 Exhibit 9 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*    Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns.   References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. | N | None | |

|  | **Brief description** | **Docket entry number(s)** | **Consent to unseal? (Y/N)** | **Description of good cause (or lack thereof)** | **Ever in public?** | **Non-parties affected** | **Non-Party Position (If Known).** |
|---|---|---|---|---|---|---|---|
|  |  |  |  | *Defendants:*<br>See Response to No. 34 and 47. |  |  |  |
| **234** | Emails between Plaintiffs and KGlobal | 319-11<br>Exhibit 10 | *Plaintiffs:*<br>N<br>*Defendants:*<br>Y | *Plaintiffs:*<br>Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns.<br>References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>*Defendants:*<br>See Response to No. 34 and 47. This email also recounts Plaintiffs' PR statements to a journalist for purposes of publication, so its contents were placed in the public domain. | N<br><br><br><br><br><br><br><br><br><br><br>Y | None |  |
| **235** | Emails between Plaintiffs and KGlobal | 319-12<br>Exhibit 11 | *Plaintiffs:*<br>N<br>*Defendants:*<br>Y | *Plaintiffs:*<br>Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns. | N | None |  |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Response to Nos. 34 and 47. | | | |
| 236 | Emails between Plaintiffs and KGlobal | 319-13 Exhibit 12 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Response to Nos. 34 and 47. | N | None | |
| 237 | Emails between Plaintiffs and KGlobal | 319-14 Exhibit 13 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns, | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | including confidential financial information.  References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:*  See Response to Nos. 34 and 47. | | | |
| 238 | Webzilla Invoice | 319-15 Exhibit 14 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*  Confidential financial information of Plaintiffs.  References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:*  See response to Nos. 34, 47 and 176.  This is a Webzilla invoice to the chief Methbot customer, which relates directly to damages. | N | None | |
| 239 | Portions of transcript of deposition of | 319-16 Exhibit 15 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*  Confidential financial and customer information of Plaintiffs. | N | Various named customers of Plaintiffs | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Aleksej Gubarev | | | References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See responses to Nos. 34, 47 and 176. | | | |
| 240 | Severs.com Invoice | 319-17 Exhibit 16 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Confidential financial information of Plaintiffs. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See responses to Nos. 34, 47 and 176. This is a Servers.com invoice to the chief Methbot customer, which relates directly to damages. | N | None | |
| 241 | Severs.com Invoice | 319-18 Exhibit 17 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Confidential financial information of Plaintiffs. References to Methbot matter are unreliable and | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>*Defendants:*<br>   See responses to Nos. 34, 47 and 176.  This is a Servers.com invoice to the chief Methbot customer, which relates directly to damages. | | | |
| 242 | XBT Monthly Revenues | 319-19 Exhibit 18 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters.<br>*Defendants:*<br>   See response to No. 177.  Alleged changes in XBT's monthly revenues are the foundation of their damage theories. | N | None | |
| 243 | Table of Revenue from Customer | 319-20 Exhibit 19 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>   Confidential financial information of Plaintiffs, constituting trade secrets.<br>   Also relates to customer implicated by "Methbot," | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | which is irrelevant and unduly prejudicial. *Defendants:* See responses to Nos. 34, 47 and 176. This document shows that Plaintiffs earned $2.2 million from Alexander Zhukov in 2016, who was just indicted and arrested by US authorities as one of the ringleaders of the Methbot scam. | | | |
| 244 | Emails between Plaintiffs and KGlobal | 319-21 Exhibit 20 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns, including confidential financial information. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See responses to Nos. 34 and 47. | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 245 | XBT Business Plan/Projections | 319-22 Exhibit 21 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*   See response to No. 176. This is the foundational document for Plaintiffs' expert's damage theories. | N | None | |
| 246 | Portions of transcript of deposition of Jeffrey Anderson | 319-23 Exhibit 22 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Confidential financial information of Plaintiffs, constituting trade secrets.   References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:*   See response to Nos. 176 and 177. | N | None | |
| 247 | Plaintiffs' Reply i/s/o MiL No. 1 | 349-1 Public redaction at 362 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | and do not relate to public officials or public concerns. *Defendants:* See responses to Nos. 34, 47 and 176. | | | |
| 248 | Digiday Article | 349-2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See responses to Nos. 34, 47 and 176. There is also no good cause for sealing a media article. | Y | None | |
| 249 | AdAge Article | 349-3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See responses to Nos. 34, 47 and 176. There is also no good cause for sealing a media article. | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 250 | IAS Insider Article | 349-4 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:*   See responses to Nos. 34, 47 and 176. There is also no good cause for sealing a media article. | Y | None | |
| 251 | Plaintiffs' Motion in Limine No. 2 | 278-1 Public redaction at 301 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   References to pornography, child pornography, adult webmaster conferences, and alleged unlawful acts of third parties, much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:*   See Response to No. 34 and 47. Plaintiffs' involvement is "porn traffic" and "botnets" is also relevant to the elements of falsity and damages, as it goes to their pre-existing | N<br><br><br><br><br><br><br><br><br><br>Y (the information at issue is in the public domainn) | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | reputation. The public also has an interest in assessing any evidentiary disputes. | | | |
| 252 | Defendants' Opp. to Plaintiffs' MiL No. 2 | 310  Public redaction at 329 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   References to pornography, child pornography, adult webmaster conferences, "Methbot" and alleged unlawful acts of third parties, much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.   Relates to internal security practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters, release of which could result in significant harm to Plaintiffs. *Defendants:*   See Response to No. 34 and 47.  Plaintiffs' involvement in "porn traffic" and "botnets" is also relevant to the element of falsity and damages, as it goes to their pre-existing reputation.  The public also | N   Y | Steele, Fusion GPS | [Please see responses in connection with transcripts for Fusion GPS/Steele] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | has an interest in assessing any evidentiary disputes | | | |
| 253 | Portions of transcript of deposition of Christopher Steele | 310-2 Exhibit 1 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   References unreliable and unverified post from anonymous source from nine years ago making claims that customers of Webazilla hosted child pornography. Unduly prejudicial and irrelevant. *Defendants:*   See Response to No. 34. There is also no good cause for sealing testimony about a CNN.com article.  The testimony concerns Steele's efforts to verify the allegations against Plaintiffs. | N   Y (the testimony is a about an article on CNN.com) | Steele | [See response to #63 above] |
| 254 | Portions of transcript of deposition of Fusion GPS | 310-4 Exhibit 3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   References to unreliable and hearsay information relating to pornography, and allegations of unlawful actions by third-parties, and "Methbot" would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* | N | Fusion GPS | [See response to #28 above] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | See Responses to Nos. 34 and 47. The testimony concerns Fusion's efforts to verify the allegations against Plaintiffs. | Y (in part, much of the testimony concern public domain information like lawsuit involving plaintiff) | | |
| **255** | Plaintiffs' Reply i/s/o MiL No. 2 | 350-1 <br><br> Public redaction at 363 | *Plaintiffs:* N <br> *Defendants:* Y | *Plaintiffs:* References to pornography, child pornography, adult webmaster conferences, and alleged unlawful acts of third parties, much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. <br> *Defendants:* See Response to No. 34. Plaintiffs' involvement is "porn traffic" and "botnets" is also relevant to the elements of falsity and damages, as it goes to their pre-existing reputation. The public also | N | Steele, Fusion GPS | [Please see responses in connection with transcripts for Fusion GPS/Steele] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | has an interest in assessing any evidentiary disputes | | | |
| 256 | Krebs on Security Article | 350-2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Irrelevant, unduly prejudicial and unreliable claims of potential bad behavior by third-parties connected to hundreds of other persons. *Defendants:*   There is no good cause for sealing a media article. Plaintiffs' involvement is "porn traffic" and "botnets" is also relevant to the elements of falsity and damages, as it goes to their pre-existing reputation. | Y | None | |
| 257 | GRIZZLY STEPPE Report | 350-3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Irrelevant, unduly prejudicial and unreliable claims of potential bad behaviors by thousands of other third-parties. *Defendants:*   This is widely distributed government report. Any claim that it should be sealed is frivolous. See also | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Response to No. 147 (same document). | | | |
| 258 | Defendants' Opp. to Plaintiffs' MiL No. 3 | 311<br><br>Public redaction at 330 | *Plaintiffs:*<br><br>*Defendants:* | *Plaintiffs:*<br>   References to pornography, adult webmaster conferences, and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>*Defendants:*<br>   See Responses to Nos. 34 and 47.  Plaintiffs' involvement is "porn traffic" and "botnets" is also relevant to the elements of falsity and damages, as it goes to their pre-existing reputation.  The public also has an interest in assessing any evidentiary disputes | N<br><br><br><br><br><br><br><br><br><br><br>Y (in part) | None | |
| 259 | Emails between Plaintiffs and KGlobal | 311-5, Exhibit D | *Plaintiffs:*<br>N<br>*Defendants:*<br>Y | *Plaintiffs:*<br>   Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns.<br>   References to Methbot matter are unreliable and | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Responses to Nos. 34 and 47. | | | |
| 260 | Plaintiffs' Reply i/s/o MiL No. 3 | 351-1 Public redaction at 364 | *Plaintiffs:* N *Defendants:* Y (except for the paragraphs concerning Kramer on pp. 2-3, per D.E. 144. | *Plaintiffs:* References to adult webmaster conferences and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* D.E. 144. Otherwise see Responses to Nos. 34 and 47. However, Defendants note this filing does not appear to contain any of the "references" Plaintiffs discuss above. | N | Steele, Fusion GPS, Kramer | [Please see responses in connection with transcripts for Kramer/Fusion GPS/Steele] |
| 261 | Plaintiffs' Motion in Limine No. 4 | 281-1 Public redaction at 302 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | Steele, Fusion GPS | [Please see responses in connection with transcripts for Kramer/Fusion GPS/Steele] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 262 | Defendants' Opp. to Plaintiffs' MiL No. 4 | 312<br><br>Public redaction at 331 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>   References to pornography and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>*Defendants:*<br>   See Defendants' Responses to No. 34 and 47.  In any event, the word "Methbot" appears once and "porn" once, hardly meaningful "references" to anything. | N | Steele, Fusion GPS | [Please see responses in connection with transcripts for Fusion GPS/Steele] |
| 263 | Siegel Declaration | 312-1<br><br>Public redaction at 331-1 | *Plaintiffs:* Y<br>*Defendants:* Y | *Plaintiffs:*<br><br>*Defendants:* | N | None | |
| 264 | Portions of transcript of deposition of Fusion GPS | 312-3<br>Exhibit 2 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>   References to unreliable and hearsay information relating to pornography, and allegations of unlawful actions by third-parties, and "Methbot" would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. | N | Fusion GPS | [See response to #28 above] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | *Defendants:* See Responses to Nos. 34 and 47. | Y( the "references" are to information in the public domain) | | |
| **265** | Portions of transcript of deposition of Christopher Steele | 312-9 Exhibit 8 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to an unreliable and unverified post from anonymous source on CNN iReport from nine years ago making claims that customers of Webazilla hosted child pornography. Unduly prejudicial and irrelevant. Marked as attorneys' eyes only by non-party Christopher Steele. *Defendants:* This concerns Steele's efforts to verify the allegations against Plaintiffs, and in any event involves a public domain article on CNN.com. In any event, relevance and "prejudice" would not be good cause for sealing. | N  Y (the CNN.com article at issue is in the public domain) | Steele | [See response to #63 above] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 266 | Plaintiffs' Reply i/s/o MiL No. 4 | 352-1<br><br>Public redaction at 365 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>    Relates to an unreliable and unverified post from anonymous source on CNN iReport from nine years ago making claims that customers of Webazilla hosted child pornography, which is unduly prejudicial and irrelevant.<br>    References to pornography and alleged unlawful acts of third parties, much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>    Contains references to information designated under Protective Order by Fusion GPS and Christopher Steele.<br>*Defendants:*<br>    This concerns Steele and Fusion's efforts to verify the allegations against Plaintiffs, and in any event involves a public domain article on CNN.com and other open-source, public domain information identified by | N<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Y (in that the information discussed is material in the public domain) | Fusion GPS | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Fusion. Nor, in any event, would relevance and "prejudice" be good cause for sealing. | | | |
| 267 | Portions of transcript of deposition of Fusion GPS | 352-2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to unreliable and hearsay information relating to pornography, and allegations of unlawful actions by third-parties, and "Methbot" would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See response to Nos. 34 and 47. This concerns Fusion's efforts to verify the allegations against Plaintiffs, and in any event involves open-source, public domain information identified by Fusion. | N  Y (as to the information that is the subject of the testimony) | Fusion GPS | [See response to #28 above] |
| 268 | Portions of transcript of deposition of Christopher Steele | 352-3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to an unreliable and unverified post from anonymous source on CNN iReport from nine years ago making claims that customers | N | Steele | [See response to #63 above] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | of Webazilla hosted child pornography. Unduly prejudicial and irrelevant. Marked as attorneys' eyes only by non-party Christopher Steele. *Defendants:* This concerns Steele's efforts to verify the allegations against Plaintiffs, and in any event involves a public domain article on CNN.com. | | | |
| 269 | Portions of transcript of deposition of Anthony Ferrante | 352-4 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | | |
| 270 | Smith Decl. i/s/o MSJ | 264-3 Public redacted at 287-2 | *Plaintiffs:* Y *Defendants:* N | *Plaintiffs:* *Defendants:* The only redacted words are per D.E. 144. | N | Kramer | [Please see responses in connection with transcripts for Kramer] |
| 271 | Bensinger Decl. i/s/o MSJ | 264-4 Public redaction at 287-3 | *Plaintiffs:* Y *Defendants:* N | *Plaintiffs:* *Defendants:* Redactions on paragraphs 13 and 23 can be removed. Otherwise, all redactions are per D.E. 144. | N | Kramer | [Please see responses in connection with transcripts for Kramer] |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 272 | Schoofs Decl. i/s/o MSJ | 264-5<br><br>Public redaction at 287-4 | *Plaintiffs:* Y<br>*Defendants:* N | *Plaintiffs:*<br><br>*Defendants:*<br>    The only redacted words are per D.E. 144. | N | Kramer | [Please see responses in connection with transcripts for Kramer] |
| 273 | Defendants' Motion in Limine No. 3 | 266<br><br>Public redaction at 288 | *Plaintiffs:* Y<br>*Defendants:* Y | *Plaintiffs:*<br><br>*Defendants:* | N | | |
| 274 | Defendants' Motion in Limine No. 4 | 270<br><br>Public redaction at 289 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>    Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters.<br>*Defendants:*<br>This concerns evidence that *Plaintiffs* seek to admit to support their alleged damages. By asserting damage claims Plaintiffs have waived any contention that facts and arguments about the proper scope of those claims are "confidential." The public also has an independent interest in understanding how | N<br><br><br><br><br><br><br><br><br><br>Y (as to Plaintiffs' corporate structure). | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | and why Plaintiffs seek $150 million in damages against a media entity for publishing a document of enormous pubic concern like the Dossier. Much of the information in this motion concerns Plaintiffs' corporate structure, which is a matter of public record. | | | |
| 275 | Portions of transcript of deposition of Rajesh Mishra | 270-2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*    Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274. | N | None | |
| 276 | XBT Holding S.A. Report and Financial Statement | 270-3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*    Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*    See No. 274. | N | None | |
| 277 | XBT Holding S.A. | 270-4 | *Plaintiffs:* N | *Plaintiffs:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Report and Consolidated Financial Statement | | *Defendants:* Y | Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274 | | | |
| 278 | XBT Holding LTD Report and Financial Statements | 270-5 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See. No. 274. | N | None | |
| 279 | Portion of transcript of deposition of Jeffrey Anderson | 270-7 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274. | N | None | |
| 280 | XBT's Third Supp. Responses to | 270-8 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Interrogatories | | | Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274. | | | |
| 281 | Webzilla's Supp. Responses to Interrogatories | 270-9 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274. | N | None | |
| 282 | Emails and Notifications b/w Plaintiffs and Bank | 270-10 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Confidential business correspondence and documentation relating to financial and business matters of Plaintiffs and their lenders and vendors, not related to any public officials or matters. *Defendants:* See No. 274. | N | Brocade, BNP Paribas | |
| 283 | Webzilla Inc Financial Statements | 270-11 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | to any public officials or matters. *Defendants:*   See No. 274. | | | |
| 284 | Plaintiffs' Opp. to Defendants' MiL No. 4 | 317-1 Public redaction at 343 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Includes confidential business information of Plaintiffs regarding its subsidiaries. *Defendants:*   See No. 274. | N | None | |
| 285 | Anderson Supplemental Expert Report | 317-2 | *Plaintiffs:* N *Defendants:* T | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*   See No. 274. | N | None | |
| 286 | Defendants' Motion in Limine No. 4 | 353 Public redaction at 370 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*   See No. 274. | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 287 | XBT Holding S.A. Consolidated Financial Statements | 353, Exhibit 1 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*   See No. 274. | N | None | |
| 288 | Portion of transcript of deposition of Jeffrey Anderson | 353, Exhibit 2 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:*   *Defendants:* | | | |
| 289 | Defendants' Motion in Limine No. 5 | 271 Public redaction at 290 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters.   Relates to personal matters of Mr. Gubarev. *Defendants:*   See No. 274. The "personal matters" involve alleged personal damages. By seeking to introduce this evidence at trial, Gubarev has | N | Various banks and lenders, including individuals working at the same, vendors and business associates of Plaintiffs | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | waived any claim to "personal" confidentiality. | | | |
| 290 | Anderson Supplemental Expert Report | 271-2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*   See No. 274. | N | None | |
| 291 | Gubarev Second Supp. Resp. to Interrogatories | 271-3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters.   Relates to personal matters of Mr. Gubarev, including relations with his personal friends and family. *Defendants:*   See No. 274.  The "personal matters" involve alleged personal damages.  By seeking to introduce this evidence at trial, Gubarev has waived any claim to "personal" confidentiality. | N | Numerous banks and lenders, including individuals working at the same, numerous vendors and business associates of Plaintiffs, numerous friends and relations of Mr. Gubarev | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 292 | Gubarev Third Supp. Resp. to Interrogatories | 271-4 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters.   Relates to personal matters of Mr. Gubarev, including relations with his personal friends and family. *Defendants:*   See No. 274. The "personal matters" involve alleged personal damages. By seeking to introduce this evidence at trial, Gubarev has waived any claim to "personal" confidentiality. | N | Numerous banks and lenders, including individuals working at the same, numerous vendors and business associates of Plaintiffs, numerous friends and relations of Mr. Gubarev | |
| 293 | Portions of transcript of deposition of Rajesh Mishra | 271-5 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*   See No. 274. | N | Various banks, lenders and business associates of Plaintiffs (e.g., DLL, CTE, BNP Paribas, Associated General, | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | | | Dell, IBM, etc.) | |
| 294 | Portions of transcript of deposition of Jeffrey Anderson | 271-6 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*   See No. 274. | N | ABN AMRO | |
| 295 | Plaintiffs' Opp. to Defendants' MiL No. 5 | 318-1 Public redacted at 344 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*   See No. 274. | N | None | |
| 296 | Defendants' Reply i/s/o MiL No. 5 | 339 Public redacted at 372 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*   Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:*   See No. 274. | N | None | |

|  | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 297 | Emails b/w ABN AMRO and Plaintiffs | 339, Exhibit 1 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274. | N | ABN AMRO | |
| 298 | McClatchyDC Article | 339, Exhibit 3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References to alleged unlawful acts of third parties, much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* This is a public domain article from the *Miami Herald* published in 2017 about this case; Plaintiffs' counsel spoke to the reporter and the article repeatedly quotes him. It exemplifies the total lack of regard for what the law recognizes as "good cause" for sealing that pervades all of Plaintiffs' arguments in this document. | Y | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 299 | Defendants' Motion in Limine No. 6 | 272<br><br>Public redacted at 291 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>    Relates to highly personal issues related to Mr. Gubarev, his wife and his mother that are sensitive and not related to public officials or public concerns.<br>*Defendants:*<br>    All such references come from quoting Gubarev's interrogatory responses stating his purported personal damages.  As such Gubarev has waived any claim that such information is confidential.  Plaintiffs have listed Anna Gubareva as a trial witness. | N | Anna Gubareva, Mr. Gubarev's Mother | |
| 300 | Gubarev Third Supp. Resp. to Interrogatories | 272-3 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>    Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters.<br>    Relates to personal matters of Mr. Gubarev, including relations with his personal friends and family.<br>*Defendants:* | N | Numerous banks and lenders, including individuals working at the same, numerous vendors and business associates of Plaintiffs, | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | See No. 274. The "personal matters" involve alleged personal damages. By seeking to introduce this evidence at trial, Gubarev has waived any claim to "personal" confidentiality. | | numerous friends and relations of Mr. Gubarev | |
| 301 | Portions of transcript of deposition of Aleksej Gubarev, April 30, 2018 | 272-4 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to highly personal issues related to Mr. Gubarev, his wife and his mother that are sensitive and not related to public officials or public concerns. Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274. The "personal matters" involve alleged personal damages. By seeking to introduce this evidence at trial, Gubarev has waived any claim to "personal" confidentiality. | N | Anna Gubarev, Mr. Gubarev's mother, Bosch Bank | |
| 302 | Defendants' Motion in | 267 | *Plaintiffs:* N | *Plaintiffs:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Limine No. 7 | Public redaction at 292 | *Defendants:* Y | Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274. | | | |
| 303 | XBT Holding S.A. Consolidated Financial Statements | 267-2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274 | N | None | |
| 304 | XBT's Third Supp. Responses to Interrogatories | 267-5 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274 | N | None | |
| 305 | Portions of transcript of deposition of | 267-6 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of | N | ABN AMRO | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Jeffrey Anderson | | | Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274 | | | |
| 306 | Plaintiffs' Opp. to Defendants' MiL No. 7 | 324-1 Public redaction at 345 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274 | N | None | |
| 307 | Defendants' Reply i/s/o MiL No. 7 | 337 Public redaction at 371 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants:* See Nos. 47 and 274. | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 308 | Expert Report of Jeff Anderson | 337, Exhibit 6 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See Nos. 177 (same document) and 274. | N | None | |
| 309 | Anderson Supplemental Expert Report | 337, Exhibit 7 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See Nos. 177 and 274. | N | None | |
| 310 | Portions of transcript of deposition of Jeffrey Anderson | 337, Exhibit 8 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274. | N | None | |
| 311 | XBT Holding S.A. | 337, Exhibit 9 | *Plaintiffs:* N | *Plaintiffs:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Consolidated Financial Statements | | *Defendants:* Y | Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See No. 274 | | | |
| 312 | Defendants' Motion in Limine No. 8 | 263 Public redacted at 293 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | | | |
| 313 | Anderson Supplemental Expert Report | 263-3 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters. *Defendants:* See Nos. 177 & 274 | N | None | |
| 314 | Cole Expert Report | 265-2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal security and business practices of Plaintiffs that are confidential and trade secrets, and which do not relate to any public officials or matters. Release of such information and | N | Bitly, Crowdstrike | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | material could result in significant harm to Plaintiffs.<br>  Includes references to information and materials produced by Bitly, Crowdstrike and other third-parties designated pursuant to Protective Order.<br>  References to pornography, child pornography, adult webmaster conferences, alleged unlawful acts of third parties and "Methbot," much of which are hearsay and unreliable, would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns.<br>*Defendants:*<br>  See No. 171 (same document). | | | |
| 315 | Portions of transcript of deposition of Eric Cole | 265-3 | *Plaintiffs:*<br>N<br>*Defendants:*<br>Y | *Plaintiffs:*<br>  References alleged unlawful acts of third parties and "Methbot", which are hearsay and unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials. | N | Crowdstrike, Bitly | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | Includes references to information and materials produced by Bitly and Crowdstrike and designated pursuant to Protective Order.<br>*Defendants:*<br>   See Responses to Nos. 34 and 169 (#172 is the same document). | | | |
| 316 | Portions of transcript of deposition of Aleksej Gubarev, April 30, 2018 | 265-4 | *Plaintiffs:* N<br>*Defendants:* Y | *Plaintiffs:*<br>   Relates to internal confidential business information and communications of Plaintiffs, which do not relate to any public officials or matters.<br>   References alleged unlawful acts of third parties, pornography, and adult conferences, some of which are hearsay and unreliable, and all of which would likely unduly prejudice Plaintiffs and do not relate to public officials.<br>   References to internal and confidential business communications of Plaintiffs re crisis management | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | irrelevant to public officials or concerns. *Defendants:* See Responses to Nos. 34 and 169 | | | |
| 317 | Portions of transcript of deposition of Kostyantyn Bezruchenko | 265-5 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* Relates to internal security matters of Plaintiffs, the release of which could result in significant harm to Plaintiffs. *Defendants:* This excerpt specifically concerns Plaintiffs "investigation" (or lack thereof") of the allegations in the Dossier. There is no conceivable good cause for sealing it in this case. Plaintiffs have also waived any claim to confidentiality because they have repeatedly spoken out publicly to claim that they have no involvement in the DNC hack. | N | None | |
| 318 | Portions of transcript of deposition of Nikolay Dvas | 265-6 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:* References alleged unlawful acts of third parties and "Methbot", which are hearsay and unreliable, and would | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | likely unduly prejudice Plaintiffs and do not relate to public officials.  References to internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns. *Defendants:*  This excerpt specifically concerns Plaintiffs "investigation" (or lack thereof") of the allegations in the Dossier.  There is no conceivable good cause for sealing it in this case. Plaintiffs have also waived any claim to confidentiality because they have repeatedly spoken out publicly to claim that they have no involvement in the DNC hack. | | | |
| 319 | Portion of transcript of deposition of Anthony Ferrante | 321-2 | *Plaintiffs:* N *Defendants:* Y | *Plaintiffs:*  Relates to internal security matters of Plaintiffs, the release of which could result in significant harm to Plaintiffs. | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | References alleged unlawful acts of third parties, which are hearsay and unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials. *Defendants:* This simply concerns the scope of Ferrante's assignment. The grounds Plaintiffs assert would not be good cause if they did relate to this actual testimony, but in any event it contains no such "references." | | | |
| **320** | Plaintiffs' Opp. to Defendants' MiL No. 10 | 322-1 Public redaction at 348 | *Plaintiffs:* Y *Defendants:* Y (except for the three paragraphs beginning with the first full paragraph on p. 2, per D.E. 144). | *Plaintiffs:* *Defendants:* D.E. 144. | N | Steele, Fusion GPS, Kramer | [Please see responses in connection with transcripts for Kramer/Fusion GPS/Steele] |
| **321** | Defendants' Reply i/s/o MiL No. 10 | 333 | *Plaintiffs:* Y *Defendants:* | *Plaintiffs:* *Defendants:* | N | Fusion GPS, Kramer | [Please see responses in connection with |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | Public redaction at 374 | Y | Defendants note that Kramer's name is mentioned once, but they do not see any references subject to D.E. 144. | | | transcripts for Kramer/Fusion GPS] |
| **322** | Portions of transcript of deposition of Fusion GPS | 333, Exhibit 1 | *Plaintiffs:* Y *Defendants:* Y | *Plaintiffs:* *Defendants:* | N | Fusion GPS | [See response to #28 above] |
| **323** | Smith Decl. i/s/o MSJ | 333, Exhibit 3 Public redaction at 374-3 | *Plaintiffs:* Y *Defendants:* N | *Plaintiffs:* *Defendants:* The only redacted words are per D.E. 144. | | Kramer | [See response to #29 above] |
| **324** | Bensinger Decl. i/s/o Motion to Dismiss | 333, Exhibit 4 Public redaction at 374-4 | *Plaintiffs:* Y *Defendants:* N | *Plaintiffs:* *Defendants:* Redactions on paragraphs 13 and 23 can be removed. Otherwise, all redactions are per D.E. 144. | | Kramer | [See response to #29 above] |
| **325** | Schoofs Declaration | 333, Exhibit 5 Public redaction at 374-5 | *Plaintiffs:* Y *Defendants:* N | *Plaintiffs:* *Defendants:* The only redacted words are per D.E. 144. | | Kramer | [See response to #29 above] |
| **326** | Joint Pretrial Stip | 237-1 | *Plaintiffs:* N | *Plaintiffs:* | N | None | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | Public version: 253 | *Defendants:* Y | Relates to internal confidential financial and business information of Plaintiffs, which do not relate to any public officials or matters.<br> References alleged unlawful acts of third parties, pornography and "Methbot," which are hearsay and unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials.<br>*Defendants:*<br> No good cause to seal for all of the reasons listed above – all of the information contained therein, much of which is proferred by Plaintiffs themselves, is relevant to this litigation and is not commercially sensitive | N (as to the stipulation itself); Y (as to information contained therein) | | |
| 327 | Plaintiffs' Exhibit List | 237-2 Ex. A<br><br>Public version: 253-1 | *Plaintiffs*: N<br>*Defendants*: Y | *Plaintiffs:*<br> References alleged unlawful acts of third parties, pornography, child pornography, and "Methbot," which are hearsay and | N | Many third parties are listed as recipients of exhibits | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials. *Defendants:* No good cause to seal for all of the reasons listed above – all this is is a listing of exhibits (many of which are on this list). The names and existence of these documents, are proffered by Plaintiffs themselves, is relevant to this litigation and is not commercially sensitive | N (as to the exhibit lit itself); Y (as to information contained therein) | | |
| 328 | Defendants' Exhibit List | 237-3 Ex. B  Public version: 253-2 | *Plaintiffs*: N *Defendants*: Y | *Plaintiffs:* Relates to internal confidential business information, security information, and communications of Plaintiffs, which do not relate to any public officials or matters. References alleged unlawful acts of third parties, pornography, child pornography, adult webmaster conferences, and "Methbot," which are hearsay and | N | Many third parties are listed as recipients of exhibits; many other non-party names are mentioned as well | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials. *Defendants:* No good cause to seal for all of the reasons listed above – all this is is a listing of exhibits (many of which are on this list). The names and existence of these documents, are relevant to this litigation and is not commercially sensitive | N (as to the exhibit lit itself); Y (as to information contained therein) | | |
| **329** | Plaintiffs' Emergency Motion to Seal | 223 | *Plaintiffs*: N *Defendants*: Y | *Plaintiffs*: References alleged unlawful acts of third parties, pornography, child pornography, adult webmaster conferences, and "Methbot," which are hearsay and unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials. *Defendants*: No good cause exists to seal these papers for the reasons | N | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | set forth above at No. 92, 97, 111. | | | |
| **330** | Email from Charles KGlobal to Nick Dvas | 223-1 (Exhibit 1) | *Plaintiffs*: N *Defendants*: Y | *Plaintiffs*: Internal and confidential business communications of Plaintiffs re crisis management irrelevant to public officials or concerns. References to Methbot matter are unreliable and irrelevant and would likely unduly prejudice Plaintiffs and do not relate to public officials or public concerns. *Defendants*: No good cause exists to seal these papers for the reasons set forth above at No. 92, 97, 111. | N | | |
| **330** | Email from Nathan Siegel to Evan Fray-Witzer | 223-2 (Exhibit 2) | *Plaintiffs*: N *Defendants*: Y | *Plaintiffs*: References alleged unlawful acts of third parties, pornography, child pornography, adult webmaster conferences, and "Methbot," which are hearsay and unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials. | N | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | *Defendants*: No good cause exists to seal an email between opposing counsel in this litigation | | | |
| 331 | Proposed Order | 223-3 | *Plaintiffs*: N *Defendants*: Y | *Plaintiffs*: References alleged unlawful acts of third parties, pornography, child pornography, adult webmaster conferences, and "Methbot," which are hearsay and unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials. *Defendants*: No good cause exists to seal a proposed order because it contains no sensitive or personal information. The presence of the words "pornography" or "Methbot" does not itself warrant sealing. | N | | |
| 332 | Certification of Emergency | 223-4 | *Plaintiffs*: Y *Defendants*: Y | *Plaintiffs*: *Defendants*: No good cause exists to seal a proposed order because it contains no sensitive or | N | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | personal information.  The presence of the words | | | |
| 333 | Defendants' Opposition to Emergency Motion | 242 | *Plaintiffs*: N *Defendants*: Y | *Plaintiffs*:    References alleged unlawful acts of third parties, pornography, child pornography, adult webmaster conferences, and "Methbot," which are hearsay and unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials. *Defendants*: No good cause exists to seal these papers for the reasons set forth above at No. 92, 97, 111. | N | | |
| 334 | Defendants' Motion for Partial Summary Judgment (Public Figure) | 242-1 | *Plaintiffs*: N *Defendants*: Y | Same document as No. 92 (please see above). | N | | |
| 335 | Plaintiffs' Reply in Support of Emergency | 257-1 | *Plaintiffs*: N *Defendants*: Y | *Plaintiffs*:    References alleged unlawful acts of third parties, pornography, child pornography, adult webmaster | N | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | Motion to Seal | | | conferences, and "Methbot," which are hearsay and unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials. *Defendants*: No good cause exists to seal these papers for the reasons set forth above at No. 92, 97, 111. | | | |
| 336 | Shayefar Declaration in Support of Reply | 257-2 | *Plaintiffs*: N *Defendants*: Y | *Plaintiffs*: References alleged unlawful acts of third parties, pornography, child pornography, adult webmaster conferences, and "Methbot," which are hearsay and unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials. *Defendants*: No good cause exists to seal these papers for the reasons set forth above at No. 92, 97, 111. | N | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| 337 | List of Exhibits | 257-3 | *Plaintiffs*: N <br> *Defendants*: Y | *Plaintiffs:* References alleged unlawful acts of third parties, pornography, child pornography, adult webmaster conferences, and "Methbot," which are hearsay and unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials. <br> *Defendants*: No good cause exist to see for the reasons set forth in No. 328 | N <br><br><br><br><br><br><br><br><br><br><br> N (as to the exhibit lit itself); Y (as to information contained therein) | Many third parties are listed | |
| 338 | Defendants' Response to New York Times Motion to Unseal | 285 Public version: 286 | *Plaintiffs*: N <br> *Defendants*: Y | *Plaintiffs:* References alleged unlawful acts of third parties, pornography, child pornography, adult webmaster conferences, and "Methbot," which are hearsay and unreliable, and would likely unduly prejudice Plaintiffs and do not relate to public officials. | N | | |

| | Brief description | Docket entry number(s) | Consent to unseal? (Y/N) | Description of good cause (or lack thereof) | Ever in public? | Non-parties affected | Non-Party Position (If Known). |
|---|---|---|---|---|---|---|---|
| | | | | *Defendants*: No good cause exists to seal these papers for the reasons set forth above at No. 92, 97, 111. | | | |

Dated:  December 6, 2018

Respectfully submitted,

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
Dylan Fulop (Fla. Bar No. 123809)
COBB EDDY, PLLC
1112 North Flagler Drive
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com
*Attorneys for Plaintiffs*

/s/ Katherine M. Bolger
Katherine M. Bolger (*pro hac vice*)
Adam Lazier (*pro hac vice*)
Nathan Siegel (*pro hac vice*)
Alison Schary (*pro hac vice*)
Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com
alisonschary@dwt.com

/s/ Roy Black
Roy Black
Jared Lopez
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically via email on all counsel or parties of record on the service list below on December 6, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

**SERVICE LIST**

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com