IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

**DEFENDANTS' MOTION FOR PERMISSION TO BRING AND USE ELECTRONIC EQUIPMENT AT THE DECEMBER 21, 2018 PRETRIAL CONFERENCE**

    Defendants BuzzFeed, Inc. and Ben Smith respectfully request, pursuant to Administrative Order 2018-79, that the court enter an order authorizing Defendants' counsel of record, including counsel appearing pro hac vice, attorney Alice Christine Ferot, and paralegal Jane Hill Quinn, to bring in the courthouse and the courtroom their laptop computers, cellular telephones, iPads, hard drives and associated accessories during the December 21, 2018 pretrial conference. In support of the instant Motion, Defendants state as follows:

    1.    During the pretrial conference, Defendants' counsel may have to argue numerous issues raised in the parties' respective motions for summary judgment, Daubert motions, motions in limine and any other motion currently pending before this Court.

    2.    For purposes of document management, the Defendants' counsel and paralegal need access to electronic copies of said motions, as well as court filings and trial exhibits.

3. Plaintiffs' counsel do not object to the relief requested.

A proposed Order is attached as Exhibit A.

Wherefore, Defendants respectfully request permission to bring the above-stated electronic equipment into the courthouse and the courtroom.

Dated: December 17, 2018

                        Respectfully submitted by:

                        Davis Wright Tremaine, LLP
                        1251 Avenue of the Americas, 21st Floor
                        New York, New York 10020
                        Tel:     (212) 489-8230

By: /s/ Katherine M. Bolger
      Katherine M. Bolger, Esq.
      Adam Lazier, Esq.
      Nathan Siegel, Esq.
      katebolger@dwt.com
      adamlazier@dwt.com
      nathansiegel@dwt.com

-and-

Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel:     (305) 371-6421

By: /s/ Jared Lopez
      Roy Black, Esq.
      Florida Bar No. 126088
      Jared Lopez, Esq.
      Florida Bar No. 103616
      rblack@royblack.com
      jlopez@royblack.com
      civilpleadings@royblack.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

        Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

        Defendants.
                                      /

**CERTIFICATE OF SERVICE**

        I CERTIFY that the foregoing was served this 17th day of December, 2018, to all persons listed below via email.

        By: /s/     Jared Lopez
              Jared Lopez, Esq.

Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Brady J. Cobb (Fla. Bar No. 031018)
Dylan Mr. Fulop (Fla. Bar No. 123809)
COBB EDDY, PLLC
1112 North Flagler Drive
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
dfulop@cobbeddy.com
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR PERMISSION**
**TO BRING AND USE ELECTRONIC EQUIPMENT**
**AT THE DECEMBER 21, 2018 PRETRIAL CONFERENCE**

THIS CAUSE is before the Court upon Defendants' Motion for Permission to Bring Electronic Equipment at the December 21, 2018 Pretrial Conference. D.E. 380.

It is ORDERED and ADJUDGED:

1. Defendants' motion is granted.

2. Defendants' counsel of record, including counsel appearing pro hac vice, attorney Alice Christine Ferot, and paralegal Jane Hill Quinn, shall be allowed to bring into the courthouse and the courtroom their laptop computers, cellular telephones, iPads, hard drives and the accessories to these electronic devices.

DONE AND ORDERED at Miami, Florida, this ___ day of December, 2018.

                                                       _____
                                                       URSULA UNGARO
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

*John J. O'Sullivan, United States Magistrate Judge*
*Counsel of Record*