# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
## Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION FOR PERMISSION TO BRING AND USE ELECTRONIC EQUIPMENT AT THE DECEMBER 21, 2018 PRETRIAL CONFERENCE

THIS CAUSE is before the Court upon Defendants' Motion for Permission to Bring Electronic Equipment at the December 21, 2018 Pretrial Conference. D.E. 380.

It is ORDERED and ADJUDGED:

1. Defendants' motion is granted.

2. Defendants' counsel of record, including counsel appearing pro hac vice, attorney Alice Christine Ferot, and paralegal Jane Hill Quinn, shall be allowed to bring into the courthouse and the courtroom their laptop computers, cellular telephones, iPads, hard drives and the accessories to these electronic devices.

DONE AND ORDERED at Miami, Florida, this ___ day of December, 2018.

                                                             _____
                                                             URSULA UNGARO
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

*John J. O'Sullivan, United States Magistrate Judge*
*Counsel of Record*