**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

**0:17-cv-60426-UU**

**PLAINTIFFS' MOTION FOR PERMISSION TO BRING AND USE ELECTRONIC
EQUIPMENT AT THE DECEMBER 21, 2018 PRETRIAL CONFERENCE**

    Plaintiffs Aleksej Gubarev, XBT Holding S.A., and Webzilla, Inc. respectfully request, pursuant to Administrative Order 2018-79, that the court enter an order authorizing Plaintiffs' counsel of record, including counsel appearing pro hac vice, to bring in the courthouse and the courtroom their laptop computers, cellular telephones, iPads, hard drives and associated accessories during the December 21, 2018 pretrial conference. In support of the instant Motion, Plaintiffs state as follows:

    1. During the pretrial conference, Plaintiffs' counsel may have to argue numerous issues raised in the parties' respective motions for summary judgment, Daubert motions, motions in limine and any other motion currently pending before this Court.

    2. For purposes of document management, the Plaintiffs' counsel need access to electronic copies of said motions, as well as court filings and trial exhibits.

    3. Defendants' counsel do not object to the relief requested. A proposed Order is attached as Exhibit A.

1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel has conferred with counsel for Defendants regarding the relief requested herein and counsel for Defendants has advised that there is no objection to this Motion being granted.

Wherefore, Plaintiffs respectfully request permission to bring the above-stated electronic equipment into the courthouse and the courtroom.

Dated: December 18, 2018

                                              Respectfully submitted by,

                                              /s/ Evan Fray-Witzer
Evan Fray-Witzer (pro hac vice)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (pro hac vice)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF filing system, on this 18th day of December, 2018, on all counsel or parties of record on the service list.

        COBB EDDY, PLLC
*Attorneys for Plaintiffs*
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile  (954) 900-5507

**By: /s/ BRADY J. COBB_____**
BRADY J. COBB, ESQUIRE
Florida Bar No. 031018
bcobb@cobbeddy.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

## ORDER GRANTING PLAINTIFFS' MOTION FOR PERMISSION TO BRING AND USE ELECTRONIC EQUIPMENT AT THE DECEMBER 21, 2018 PRETRIAL CONFERENCE

THIS CAUSE is before the Court upon Plaintiffs' Motion for Permission to Bring Electronic Equipment at the December 21, 2018 Pretrial Conference. D.E. 381.

It is ORDERED and ADJUDGED:

1. Plaintiffs' motion is granted.

2. Plaintiffs' counsel of record, including counsel appearing pro hac vice, shall be allowed to bring into the courthouse and the courtroom their laptop computers, cellular telephones, iPads, hard drives and the accessories to these electronic devices.

DONE AND ORDERED at Miami, Florida, this ___ day of December, 2018.

                                              _____
                                              URSULA UNGARO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

*John J. O'Sullivan, United States Magistrate Judge*
*Counsel of Record*