**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
    _____/

**ORDER**

THIS CAUSE is before the Court upon Defendants' and Plaintiffs' Motions for Permission to Bring Electronic Equipment at the December 21, 2018 Pretrial Conference (D.E. 380 & 381)

It is ORDERED and ADJUDGED:

1. The Motions (D.E. 380 & 381) are GRANTED.

2. Plaintiffs' and Defendants' counsel of record, counsel appearing pro hac vice, and paralegals, shall be allowed to bring into the courthouse and the courtroom their laptop computers, cellular telephones, iPads, hard drives and the accessories to these electronic devices.

DONE AND ORDERED at Miami, Florida, this _18th__ day of December, 2018.

*[signature: Ursula Ungaro]*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel of Record*