**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A., AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
   _____/

## DEFENDANTS' NOTICE OF SUPPLEMENTAL FILING

Defendants BuzzFeed, Inc. and Ben Smith hereby file the following documents to supplement the record on their motion for summary judgment, Dkt. 214:

1) Transcript of the first day of the interview of James Comey by the House Judiciary Committee, which was publicly released on December 8, 2018. The Dossier is discussed on pages 109-119, 123-131, 151, 161, and 216-22;

2) Transcript of the final day of the interview of James Comey by the House Judiciary Committee, which was publicly released on December 18, 2018. The Dossier is discussed on pages 30-36, 115-19, and 134-36;

3) Document produced by FBI on December 14, 2018 in response to FOIA request seeking the two-page synopsis of the Dossier provided to President-elect Donald Trump in January 2017, which is also referenced on pages 116-17 and 135 of the transcript released on December 18, 2018. *See James Madison Project v. Dep't of Justice*, No. 1:17-cv-00144-APM, Dkt. 52 (D.D.C.).

1

Dated:  December 19, 2018

        Respectfully submitted,

        /s/ Katherine M. Bolger
        Katherine M.  Bolger
        Nathan Siegel
        Adam Lazier
        Alison Schary
        DAVIS WRIGHT TREMAINE LLP
        1251 Avenue of the Americas, 21st Floor
        New York, New York 10020
        katebolger@dwt.com
        adamlazier@dwt.com
        nathansiegel@dwt.com

        Roy Black
        Jared Lopez
        BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
        201 So.  Biscayne Boulevard
        Miami, Florida 33131
        rblack@royblack.com
        jlopez@royblack.com

        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing, together with its exhibits, will be served electronically via CM/ECF on all counsel or parties of record this 19th day of December, 2018.


      By: /s/ Adam Lazier
           Adam Lazier, Esq.