# EXHIBIT 3

CLASSIFIED BY: NSICG F85N26K45
REASON: 1.4 (C, D)
DECLASSIFY ON: 12-31-2041
DATE: 12-12-2018

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(TS) ~~TOP SECRET//~~ b1 b3 b7E

## (U) Annex A

(U) ~~(S//OC/NF)~~ Additional Reporting From an FBI Source on Russian Influence Efforts   b1 b3 b7A b7E

- (S) ~~(S//OC/NF)~~ An FBI source [redacted] volunteered highly politically sensitive information [redacted] on Russian influence efforts aimed at the US presidential election.[274]

- (S)

- (U) ~~(S//OC/NF)~~ The source is an executive of a private business intelligence firm and a former employee of a friendly foreign intelligence service who has been compensated for previous reporting over the past three years. The source maintains and collects information from a layered network of identified and unidentified subsources, some of which has been corroborated in the past. The source collected this information on behalf of private clients and was not compensated for it by the FBI.[275]

- (U) ~~(S//OC/NF)~~ The source's reporting appears to have been acquired by multiple Western press organizations starting in October.[276]

(TS) [redacted] b1 b3 b7A b7D b7E

(S) [redacted] b1 b3 b7A b7D b7E

(TS) [redacted] b1 b3 b7A b7D b7E

(S) [redacted] b1 b3 b7A b7D b7E

(TS) ~~TOP SECRET//~~ [redacted] b1 b3 b7E

(TS) ~~TOP SECRET~~/ [redacted]  b1 b3 b7E

(S) [redacted]  b1 b3 b7A b7D b7E



(TS) ~~TOP SECRET~~/ [redacted]  b1 b3 b7E