UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

## **JUDGMENT**

THIS CAUSE comes before the Court upon the order granting Defendants' motion for summary judgment entered concurrently herewith. It is hereby

ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant on Plaintiffs' defamation claim. It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings, including the Pretrial Conference set for Friday, December 21, 2018 at 2:30 P.M., are CANCELLED, and all other motions **EXCEPT** the New York Times Company's motion to intervene (D.E. 254) are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf