IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

## JOINT NOTICE OF SEALED FILING

Defendants BuzzFeed, Inc. and Ben Smith ("Defendants"), together with Plaintiffs Aleksej Gubarev, XBT Holdings, S.A., and Webzilla, Inc. ("Plaintiffs"), hereby provide notice pursuant to Southern District of Florida Local Rule 5.4(b)(1) and the Court's Order entered December 18, 2018 (D.E. 384) of the filing under seal of acknowledgement pages ("Exhibit A") from the protective order in this matter executed by the following non-parties:

- Ken Bensinger

- Peter Fritsch

- Rodolfo Sorondo, Jr. (mediator)

Good cause exists for the sealing of these papers because the Court's December 18 Order requires that these documents be filed under seal. *See* D.E. 384 at 2.

Dated:  December 21, 2018                                 Respectfully submitted,

/s/ Evan Fray-Witzer                                      /s/ Katherine M. Bolger
Evan Fray-Witzer (*pro hac vice*)                         Katherine M. Bolger (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP                                   Adam Lazier (*pro hac vice*)
20 Park Plaza, Suite 505                                  Nathan Siegel (*pro hac vice*)
Boston, Massachusetts 02116                               Alison Schary (*pro hac vice*)
Telephone: 617-426-0000                                   Davis Wright Tremaine, LLP
Facsimile: 617-423-4855                                   1251 Avenue of the Americas, 21st Floor
Evan@CFWLegal.com                                         New York, New York 10020
                                                          katebolger@dwt.com
/s/ Valentin Gurvits                                      adamlazier@dwt.com
Valentin D. Gurvits (*pro hac vice*)                      nathansiegel@dwt.com
Matthew Shayefar (Fla. Bar No. 0126465)                   alisonschary@dwt.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20                               /s/ Roy Black
Newton Centre, Massachusetts 02459                        Roy Black
Telephone: 617-928-1804                                   Jared Lopez
Facsimile: 617-928-1802                                   Black, Srebnick, Kornspan & Stumpf, P.A.
vgurvits@bostonlawgroup.com                               201 South Biscayne Boulevard
matt@bostonlawgroup.com                                   Suite 1300
                                                          Miami, Florida 33131
/s/ Brady J. Cobb                                         rblack@royblack.com
Brady J. Cobb (Fla. Bar No. 031018)                       jlopez@royblack.com
Dylan Fulop (Fla. Bar No. 123809)
COBB EDDY, PLLC                                           *Attorneys for Defendants*
1112 North Flagler Drive
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via email on all counsel or parties of record on the service list below on December 21, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

**SERVICE LIST**

Katherine M. Bolger
Adam Lazier
Cary McClelland
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com
carymcclelland@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com