UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' request for stay of ruling on motion to intervene (D.E. 393). It is hereby

ORDERED AND ADJUDGED that Defendants and The New York Times SHALL respond to the request no later than **Friday, January 4, 2019.**

DONE AND ORDERED in Chambers at Miami, Florida, this _21st_ day of December, 2018.

 

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf