**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## JOINT NOTICE OF SEALED FILING

Defendants BuzzFeed, Inc. and Ben Smith ("Defendants"), together with Plaintiffs Aleksej Gubarev, XBT Holdings, S.A., and Webzilla, Inc. ("Plaintiffs"), hereby provide notice pursuant to Southern District of Florida Local Rule 5.4(b)(1) and the Court's Order entered December 18, 2018 (D.E. 384) of the filing under seal of a list of third-party discovery materials that have been designated as confidential and filed under seal ("Exhibit A").

Good cause exists for the sealing of these papers because the Court's December 18 Order requires that these documents be filed under seal. *See* D.E. 384 at 2.

Dated: December 28, 2018

                                                                  Respectfully submitted,

| | |
|---|---|
| /s/ Evan Fray-Witzer | /s/ Katherine M. Bolger |
| Evan Fray-Witzer (pro hac vice) | Katherine M. Bolger (pro hac vice) |
| CIAMPA FRAY-WITZER, LLP | Adam Lazier (pro hac vice) |
| 20 Park Plaza, Suite 505 | Nathan Siegel (pro hac vice) |
| Boston, Massachusetts 02116 | Alison Schary (pro hac vice) |
| Telephone: 617-426-0000 | Davis Wright Tremaine, LLP |
| Facsimile: 617-423-4855 | 1251 Avenue of the Americas, 21st Floor |
| Evan@CFWLegal.com | New York, New York 10020 |

/s/ Valentin Gurvits
Valentin D. Gurvits (pro hac vice)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
Dylan Fulop (Fla. Bar No. 123809)
COBB EDDY, PLLC
1112 North Flagler Drive
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com
alisonschary@dwt.com

/s/ Roy Black
Roy Black
Jared Lopez
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, together with its exhibits, will be served electronically by email on all counsel or parties of record on the service list below this 28th day of December, 2018.

By: /s/ Alison Schary
Alison Schary

## SERVICE LIST

Matthew Shayefar
Valentin D. Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1806
Facsimile: 617-928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Brady J. Cobb
Dylan Fulop
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com