# **EXHIBIT A**

## List of Discovery Materials Designated as Confidential by a Non-Party

| THE MATERIAL | | | | |
|---|---|---|---|---|
| **Relevant Third-Party** | **Parties' ID Number** | **Brief Description** | **Plaintiffs' Position on Sealing/Unsealing** | **Defendants' Position on Sealing/Unsealing** |
| David Kramer | 29 | Excerpts of the deposition of David Kramer (pages 1, 4, 46, 59-61, 105, 132, 133) | Consent to Unsealing | Do Not Consent to Unsealing |
| David Kramer | 40 | Excerpts of the deposition of David Kramer (pages 15 and 130) | Consent to Unsealing | Do Not Consent to Unsealing |
| David Kramer | 43 | Excerpts of the deposition of David Kramer (pages 1, 4, 15, 130, 132, 133) | Consent to Unsealing | Do Not Consent to Unsealing |
| David Kramer | 54 | Kramer Declaration | Consent to Unsealing | Do Not Consent to Unsealing |
| David Kramer | 60 | Excerpts of the deposition of David Kramer (pages 11-35, 38, 42-55, 61-63, 66, 67, 73-77, 84-95, 98-106, 111-122) | Consent to Unsealing | Do Not Consent to Unsealing |
| David Kramer | 78 | Excerpts of the deposition of David Kramer (pages 1, 4, 63-64, 132-134) | Consent to Unsealing | Do Not Consent to Unsealing |
| David Kramer | 91 | Excerpts of the deposition of David Kramer (pages 1, 110-111, 133) | Consent to Unsealing | Do Not Consent to Unsealing |
| David Kramer | 260 | Excerpts of the deposition of David Kramer (pages 27-64, 106) | Consent to Unsealing | Do Not Consent to Unsealing |
| David Kramer | D.E. 124, Ex. 2 | Transcript of Kramer deposition | Consent to Unsealing | Do Not Consent to Unsealing |

| | | | | |
|---|---|---|---|---|
| | | (Exhibit 2 to Plaintiffs' Motion for Partial Judgment on the Pleadings) | | |
| David Kramer | D.E. 130, Attachment C | Transcript of Kramer deposition (Attachment C to Kramer Motion for Protective Order) | Consent to Unsealing | Do Not Consent to Unsealing |
| FBI | 55 | FBI Declaration | Consent to Unsealing | Consent to Unsealing |
| Bitly, Inc. | 215 | Bitly Presentation (BITLY 00004-00026) | Consent to Unsealing | Consent to Unsealing |
| Bitly, Inc. | 216 | Bitly Declaration | Consent to Unsealing | Consent to Unsealing |
| Fusion GPS | 28 | Portions of transcript of deposition of Fusion GPS | Consent to Unsealing | Consent to Unsealing |
| Fusion GPS | 39 | Portions of transcript of deposition of Fusion GPS | Consent to unsealing *except* for lines 189:16-190:4 and 190:9-191:6 | Consent to Unsealing |
| Fusion GPS | 64 | Portions of transcript of deposition of Fusion GPS | Consent to Unsealing | Consent to Unsealing |
| Fusion GPS | 88 | Portions of transcript of deposition of Fusion GPS | Consent to Unsealing | Consent to Unsealing |
| Fusion GPS | 254 | Portions of transcript of deposition of Fusion GPS | Consent to unsealing *except* for lines 189:16-190:4, 190:9-191:6 and 196:5-8 | Consent to Unsealing |
| Fusion GPS | 264 | Portions of transcript of deposition of Fusion GPS | Consent to unsealing *except* for lines 189:16-190:4, 190:9-191:6 and 196:5-8 | Consent to Unsealing |
| Fusion GPS | 267 | Portions of transcript of | Consent to unsealing *except* for lines 189:16-190:4, | Consent to Unsealing |

3

| | | | | |
|---|---|---|---|---|
| | | deposition of Fusion GPS | 190:9-191:6 and 196:5-8 | |
| Fusion GPS | 322 | Portions of transcript of deposition of Fusion GPS | Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 15 | Email w/ Agreement between Servers.com and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 16 | Email from KGlobal to Fortune | Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 17 | Email from KGlobal to Thrillist | Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 18 | Collection of various emails between KGlobal and media | Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 19 | Email from Appmasters to KGlobal | Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 20 | Emails between KGlobal and XBT | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 21 | Emails between KGlobal and XBT | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 22 | Emails between KGlobal and XBT | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 47 | Email from Dvas to KGlobal re Methbot | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 124 | Email w/ Agreement between Servers.com and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 128 | Email b/w Plaintiffs and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 130 | Email b/w Plaintiffs and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |

4

| | | | | |
|---|---|---|---|---|
| KGlobal, LLC | 136 | Email b/w Plaintiffs and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 137 | Emails b/w Plaintiffs and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 139 | Emails b/w Plaintiffs and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 162 | Emails b/w Dvas and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 163 | Emails b/w Plaintiffs and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 210 | Emails b/w Plaintiffs and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 230 | Emails between Plaintiffs and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 234 | Emails between Plaintiffs and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 235 | Emails between Plaintiffs and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 236 | Emails between Plaintiffs and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 237 | Emails between Plaintiffs and KGlobal | Do Not Consent to Unsealing | Consent to Unsealing |
| KGlobal, LLC | 330 | Email from KGLobal to Dvas | Do Not Consent to Unsealing | Consent to Unsealing |
| Christopher Steele | 63 | Excerpts of the deposition of Christopher Steele (pages 1, 18-19, 23-24, 31-33, 40, 54, 66-67, 83, 91-93, 98-102, 133-136, 138-139) | Consent to Unsealing | Consent to Unsealing |
| Christopher Steele | 76 | Excerpts of the | Consent to Unsealing | Consent to Unsealing |

| | | | | |
|---|---|---|---|---|
| | | deposition of Christopher Steele (pages 1-4, 37-44, 141-145) | | |
| Christopher Steele | 151a | Excerpts of the deposition of Christopher Steele (pages 1, 47) | Consent to Unsealing | Consent to Unsealing |
| Christopher Steele | 165 | Excerpts of the deposition of Christopher Steele (pages 1-4, 45-52, 141-145) | Consent to Unsealing | Consent to Unsealing |
| Christopher Steele | 253 | Excerpts of the deposition of Christopher Steele (pages 1, 47, 144) | Consent to Unsealing | Consent to Unsealing |
| Christopher Steele | 265 | Excerpts of the deposition of Christopher Steele (pages 1, 45-47, 54, 66-67, 91-92, 98, 144) | Consent to Unsealing | Consent to Unsealing |
| Christopher Steele | 268 | Excerpts of the deposition of Christopher Steele (page 1-4, 45-52) | Consent to Unsealing | Consent to Unsealing |
| CNN | 85 | CNN Subpoena Response | Consent to Unsealing | Consent to Unsealing |