UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Leave to File Surreply (D.E. 401).

ORDERED AND ADJUDGED that the Motion (D.E. 401) is GRANTED. Plaintiff SHALL file the surreply as a separate docket entry.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf