UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

**ORDER**

    THIS CAUSE comes before the Court *sua sponte*.

    On December 18, 2018, the Court issued an order regarding the procedure for notifying identified non-parties about potential unsealing. D.E. 384. In that order, the Court required the parties to file a list of discovery materials that had been designated confidential by a non-party. *Id.*, p. 2. The parties filed that list and identified seven affected non-parties. Accordingly, it is hereby

    ORDERED AND ADJUDGED that by **January 15, 2019**, the parties SHALL report on the steps they have taken to effectuate notice upon the relevant non-parties as previously ordered. *See* D.E. 384, pp. 2–3.

    DONE AND ORDERED in Chambers at Miami, Florida, this _7th_ day of January, 2019.

*/s/ Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf