UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE comes before the Court upon Defendants' Motion for Leave to File Surreply (D.E. 405).

ORDERED AND ADJUDGED that the Motion (D.E. 405) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _8th_ day of January, 2019.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf