UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the government's motion to stay in light of the government shutdown (D.E. 408).

On December 18, 2018, the Court set forth procedures for non-parties to be notified and to file position statements regarding whether certain documents should be unsealed. One such document is an affidavit provided by the F.B.I. The Department of Justice, which is responding on behalf of the F.B.I. lacks appropriations and so moves to stay until the shutdown is resolved. The Court will not grant the stay. The F.B.I. must timely file its position statement. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 408) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _11th_ day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf