# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

  Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.
_____/

## NOTICE OF SEALED FILING

Defendants BuzzFeed, Inc. and Ben Smith ("Defendants") hereby provide notice pursuant to Southern District of Florida Local Rule 5.4(b)(1) and the Court's Order entered December 18, 2018 (D.E. 384) of the filing under seal of Defendants' proof of service upon non-parties David Kramer; Bitly, Inc.; and the FBI, of notice of the potential unsealing of confidential documents relevant to each of these non-parties ("Exhibit A").

Good cause exists for the sealing of these papers because the Court's December 18 Order required that the materials referring to these non-parties be filed under seal. *See* D.E. 384 at 2.

Dated:  January 11, 2019

Respectfully submitted,

/s/ Katherine M. Bolger
Katherine M. Bolger (pro hac vice)
Adam Lazier (pro hac vice)
Nathan Siegel (pro hac vice)
Alison Schary (pro hac vice)
Davis Wright Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com

adamlazier@dwt.com
nathansiegel@dwt.com
alisonschary@dwt.com

/s/ Roy Black
Roy Black
Jared Lopez
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, together with its exhibits, will be served electronically by email on all counsel or parties of record on the service list below this 11th day of January, 2019.

By: /s/ Alison Schary
Alison Schary

# SERVICE LIST

Matthew Shayefar
Valentin D. Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1806
Facsimile: 617-928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

Evan Fray-Witzer
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Brady J. Cobb
Dylan Fulop
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com