# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

  Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.
_____/

## PROOF OF SERVICE

I, Alison Schary, pursuant to 29 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm of Davis Wright Tremaine LLP, located at 1919 Pennsylvania Avenue NW, Washington, DC 20006. I represent the Defendants in the above-captioned matter.

2. Pursuant to the Court's December 18 Order, D.E. 384, the parties prepared and served notices to third parties concerning the proposed unsealing of materials. By agreement between the parties, Defendants prepared and served notices to David Kramer (on behalf of Defendants only), Bitly, Inc. (on behalf of both parties), and the FBI (on behalf of both parties). Plaintiffs prepared and served notices to Fusion GPS (on behalf of Plaintiffs only), KGlobal (on behalf of Plaintiffs only), Christopher Steele (on behalf of both parties), and CNN (on behalf of both parties).[1]

3. In order to effectuate service upon Mr. Kramer, Bitly, and the FBI, I took the following actions:

---

[1] Defendants expect that Plaintiffs will provide their own submission to the Court with proof of service for these four Notices.

a. On December 27, 2018, I caused to be served via certified mail a Notice of the Potential Unsealing of Confidential Documents upon non-party, the FBI, sent to Ms. Anjali Motgi, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001.  I also sent a courtesy copy of the same Notice to Ms. Motgi via email.  Attached hereto as **Exhibit 1** is a true and correct copy of the certified mail receipt, indicating that this mailing was received on December 31, 2018.

b. On December 27, 2018, I caused to be served via certified mail a Notice of the Potential Unsealing of Confidential Documents upon non-party, Bitly, Inc., sent to its registered agent, The Corporation Trust Company, located at Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.  I also sent a courtesy copy of the same Notice via email to Bitly's counsel, Tyler Newby of Fenwick & West LLP.  Attached hereto as **Exhibit 2** is a true and correct copy of the certified mail receipt, indicating that this mailing was received on December 31, 2018.

c. On December 26, 2018, I emailed Mr. Marcos Jiménez and Mr. John Byrne—counsel for non-party, David Kramer—to ask if they would accept service on behalf of Mr. Kramer.  On December 27, 2018, Mr. Jiménez agreed to accept service on Mr. Kramer's behalf.  On December 28, 2018, I caused to be served via email to Mr. Jiménez and Mr. Byrne a Notice of the Potential Unsealing of Confidential Documents upon non-party, David Kramer.  Attached hereto as **Exhibit 3** is a true and correct copy of my email correspondence with Mr. Jiménez and Mr. Byrne, indicating their consent to receive notice by email on Mr. Kramer's behalf and demonstrating my service of that Notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2019 in Washington, District of Columbia.

*Alison Schary*
Alison Schary

3