# **EXHIBIT 2**

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

**Tracking Number:** 70141820000236518732

Remove ✕

Your item was picked up at the post office at 12:49 pm on December 31, 2018 in WILMINGTON, DE 19801.

## ✓ Delivered

December 31, 2018 at 12:49 pm
Delivered, Individual Picked Up at Post Office
WILMINGTON, DE 19801

Get Updates ∨

---

Text & Email Updates

---

Tracking History

---

Product Information

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total P
Sent To
Street & or PO B
City, Sta

12-27-18
Postmark Here  8.46
DEC 27 2018

Bitly, Inc.
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PS Form 3800, July 2014    See Reverse for Instructions

7014 1820 0002 3651 8732

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.