# **EXHIBIT 3**

# Kelly, Chelsea

| | |
|---|---|
| **From:** | Schary, Alison |
| **Sent:** | Friday, December 28, 2018 6:16 PM |
| **To:** | Marcos Jimenez; jbyrne@leoncosgrove.com |
| **Cc:** | Bolger, Kate; Siegel, Nathan; Kelly, Chelsea; Lazier, Adam; Evan@CFWLegal.com; vgurvits@bostonlawgroup.com; matt@bostonlawgroup.com |
| **Subject:** | Gubarev v. BuzzFeed - Potential unsealing of confidential materials |
| **Attachments:** | Unsealing Notice for David Kramer.pdf |

Marcos, John:

Please find attached the notice regarding potential unsealing of confidential materials, served by email in accordance with Paragraph 3.e of the Court's Order.

Best regards,

Alison

**Alison Schary** | Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800 | Washington, DC 20006
Tel: (202) 973-4248 | Fax: (202) 973-4448
Email: alisonschary@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

---

**From:** Marcos Jimenez <mdj@mdjlegal.com>
**Sent:** Thursday, December 27, 2018 3:05 PM
**To:** Schary, Alison <AlisonSchary@dwt.com>
**Cc:** jbyrne@leoncosgrove.com; Bolger, Kate <KateBolger@dwt.com>; Siegel, Nathan <NathanSiegel@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>; Lazier, Adam <AdamLazier@dwt.com>
**Subject:** Re: Gubarev v. BuzzFeed - Kramer materials filed under seal

**[EXTERNAL]**

Ok to serve by email. Thanks.


Marcos Daniel Jiménez
mdj@mdjlegal.com



On Dec 26, 2018, at 7:56 PM, Schary, Alison <AlisonSchary@dwt.com> wrote:

> Marcos, John:
>
> As you know, the Court recently granted Defendants' motion for summary judgment in the *Gubarev v. BuzzFeed* matter but is continuing to resolve a motion by the New York Times to unseal materials filed in the case. In connection with that motion, the Court issued an order (attached) setting out a process for notifying third parties of any material designated confidential that has been filed under seal with the Court.

1

Pursuant to paragraph 3.E of that order, I'm writing to ask whether David Kramer will waive service of the required notice by registered mail and permit us to serve it by email to you as counsel. We will send the notice by Friday (December 28).

I apologize for the short turnaround during the holidays, and hope you're having a wonderful holiday.

All best,

Alison


**Alison Schary** | Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800 | Washington, DC 20006
Tel: (202) 973-4248 | Fax: (202) 973-4448
Email: alisonschary@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York  | Portland | San Francisco | Seattle  | Washington, D.C.

<384 - [Corrected] Order re Notifying Third Parties About Unsealing.pdf>

2