## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60426-CV-Ungaro/O'Sullivan

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

## NON-PARTY DAVID J. KRAMER'S NOTICE OF FILING SUBMISSION UNDER SEAL

Non-Party David J. Kramer hereby gives notice of filing submission under seal his Position Statement in Accordance with the Court's Order Regarding Procedure for Notifying Identified Non-Parties About Potential Unsealing and Exhibits, as per the Court Order [DE384].

Dated:  January 11, 2019        Respectfully submitted,

                               *Marcos Daniel Jiménez*
                               Marcos Daniel Jiménez
                               Florida Bar No. 441503
                               **Marcos D. Jiménez, P.A.**
                               255 Alhambra Circle, Suite 800
                               Coral Gables, Florida 33134
                               Telephone:    305.740.1975
                               Email:  mdj@mdjlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served by e-mail on this 11th day of January, 2019, on counsel listed through CM/ECF.

                               *Marcos Daniel Jiménez*
                               Marcos Daniel Jiménez