FILED UNDER SEAL PURSUANT TO COURT ORDER

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60426-CV-Ungaro/O'Sullivan

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

    Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

    Defendants.
_____/

**NON-PARTY DAVID J. KRAMER'S SEALED POSITION STATEMENT
IN ACCORDANCE WITH THE COURT'S ORDER REGARDING PROCEDURE
FOR NOTIFYING IDENTIFIED NON-PARTIES ABOUT POTENTIAL UNSEALING
[DE 384]**

On December 28, 2018, Mr. Kramer received the attached notice (Ex. A) regarding potential unsealing of confidential documents noted therein. Only Plaintiffs, who claim this Court does not have jurisdiction over the New York Times' pending motion to unseal, consent to unsealing the noted excerpts of Mr. Kramer's deposition and his related declaration. This is consistent with their unsuccessful opposition to Mr. Kramer's sealed motion for protective order [DE 130 *SEALED*] (the "Sealed Motion"). Magistrate Judge O'Sullivan granted Mr. Kramer's Sealed Motion on February 23, 2018. [DE 144 *SEALED*] (the "Sealed Order"), a copy of which order is attached as Exhibit "B."

For the reasons set forth in the Sealed Motion and the Court's Sealed Order, Mr. Kramer respectfully requests that the Court not unseal and keep as confidential the noted excerpts of Mr. Kramer's deposition and his related declaration. Neither the passing of time nor any other post-

Sealed Order event has affected the threat to Mr. Kramer's personal safety posed by the public release of his testimony.

For the foregoing reasons, Mr. Kramer respectfully requests that this Court maintain the confidentiality of Mr. Kramer's deposition and declaration in accordance with this Court's Sealed Order.

Dated:  January 11, 2019   Respectfully submitted,

*Marcos Daniel Jiménez*
Marcos Daniel Jiménez
Florida Bar No. 441503
**Marcos D. Jiménez, P.A.**
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone: 305.740.1975
Email:  mdj@mdjlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served by e-mail on this 11th day of January, 2019, on counsel listed through CM/ECF.

*Marcos Daniel Jiménez*
Marcos Daniel Jiménez