# EXHIBIT A
*(FILED UNDER SEAL)*



Suite 800
1919 Pennsylvania Avenue NW
Washington, DC 20006-3401

**Alison Schary**
(202) 973-4248 tel
(202) 973-4448 fax

AlisonSchary@dwt.com

**CONFIDENTIAL LETTER—DO NOT PUBLISH**

December 28, 2018

**VIA EMAIL:**

David Kramer
C/O Marcos D. Jimenez
Marcos D. Jimenez, P.A.
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134
mdj@mdjlegal.com

C/O John R. Byrne
Leon Cosgrove
255 Alhambra Circle, Suite 800
Miami, FL 33134
jbyrne@leoncosgrove.com

Re:   *Gubarev v. Buzzfeed, Inc.*, No. 1:17-cv-60426-UU (S.D. Fla.)

**\*TIME SENSITIVE\* - POTENTIAL UNSEALING OF CONFIDENTIAL DOCUMENTS**

Dear. Mr. Kramer,

You are receiving this notice (the "Notice") pursuant to the enclosed Order Regarding Procedure for Notifying Identified Non-Parties About Potential Unsealing (the "Order") in the above-referenced case. Certain material has been filed under seal in this case, which material the parties believe may adversely affect you as a non-party if the Court determines that the material should be unsealed (the "Material"). You have designated the Material as "Confidential" pursuant to the parties' protective order (D.E. 41, amended by D.E. 97). The Material is listed for you below and courtesy copies are enclosed, but may be redacted to protect information pertaining to other non-parties.

Pursuant to the Order, **within fourteen (14) days of the date you received this Notice**, you may file, under seal, a position statement in the above-referenced case, not to exceed **ten (10) pages** in length, as to (1) whether you believe unsealing the Material would adversely

David Kramer
December 28, 2018
Page 2

impact your client, and (2) whether good cause exists to keep the Material under seal, including, if good cause exists only to keep portions of the Material under seal, which specific portions of the Material should be redacted. You may file **only one (1)** position statement, regardless of the volume of Material. No further briefing will be permitted.

<u>This Notice constitutes warning that the Court in the above-referenced case may unseal information that you might consider to be "Confidential." Action on your part is required.</u>

| | THE MATERIAL | | |
|---|---|---|---|
| Parties' ID Number | Brief Description | Plaintiffs' Position on Sealing/Unsealing | Defendants' Position on Sealing/Unsealing |
| 29 | Excerpts of the deposition of David Kramer (pages 1, 4, 46, 59-61, 105, 132, 133) | Consent to Unsealing | Do Not Consent to Unsealing |
| 40 | Excerpts of the deposition of David Kramer (pages 15 and 130) | Consent to Unsealing | Do Not Consent to Unsealing |
| 43 | Excerpts of the deposition of David Kramer (pages 1, 4, 15, 130, 132, 133) | Consent to Unsealing | Do Not Consent to Unsealing |
| 54 | Kramer Declaration | Consent to Unsealing | Do Not Consent to Unsealing |
| 60 | Excerpts of the deposition of David Kramer (pages 11-35, 38, 42-55, 61-63, 66, 67, 73-77, 84-95, 98-106, 111-122) | Consent to Unsealing | Do Not Consent to Unsealing |
| 78 | Excerpts of the deposition of David Kramer (pages 1, 4, 63-64, 132-134) | Consent to Unsealing | Do Not Consent to Unsealing |
| 91 | Excerpts of the deposition of David Kramer (pages 1, 110-111, 133) | Consent to Unsealing | Do Not Consent to Unsealing |
| 260 | Excerpts of the deposition of David Kramer (pages 27-64, 106) | Consent to Unsealing | Do Not Consent to Unsealing |

David Kramer
December 28, 2018
Page 3

| | | | |
|---|---|---|---|
| D.E. 124, Ex. 2 | Transcript of Kramer deposition (Exhibit 2 to Plaintiffs' Motion for Partial Judgment on the Pleadings) | Consent to Unsealing | Do Not Consent to Unsealing |
| D.E. 130, Attachment C | Transcript of Kramer deposition (Attachment C to Kramer Motion for Protective Order) | Consent to Unsealing | Do Not Consent to Unsealing |

**This Notice shall be treated as Confidential pursuant to the parties' protective order. Publication of this Notice may result in legal action.**

Please contact us if you have any questions. You may reach counsel for Defendants, Alison Schary, directly at 202-973-4248 or at alisonschary@dwt.com.

Best regards,

*/s/ Alison Schary/*

Alison Schary, Esq.
*Counsel for Defendants*


Cc: Matthew Shayefar, Esq.
    Boston Law Group, PC
    matt@bostonlawgroup.com
    *Counsel for Plaintiffs*