UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes upon the government's motion to set a deadline for the FBI's position statement (D.E. 412).

On December 18, 2018, the Court set forth procedures for non-parties to be notified and to file position statements regarding whether certain documents should be unsealed. On January 11, the Court denied the government's motion to stay in light of the government shutdown. The government now asks the Court to clarify the government's deadline to file its position statement.

The deadline was made clear in the Court's December 18 order: "No later than **fourteen (14) days** after the date of service . . ." D.E. 384, p. 3. To date, the parties have not filed proofs of service, and so the Court has no way of knowing whether or when the FBI was served. Until the parties file proofs of service, the Court will consider the deadline open.

ORDERED AND ADJUDGED that the Motion (D.E. 412) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of January, 2019.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf