UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the government's motion to set FBI deadline for position statement (D.E. 412).

On December 18, 2018, the Court set forth procedures for non-parties to be notified and to file position statements regarding whether certain documents should be unsealed. On January 11, the Court denied the government's motion to stay in light of the government shutdown. On January 14, the Court denied the government's motion for clarification as to its deadline to respond because it had not received a proof of service. The Court, however, was mistaken; Defendants filed a certified return receipt showing that the FBI had been served on December 31 by certified mail. D.E. 410-2.

Nevertheless, due to the shutdown the certified mail was never received by government counsel. Still, counsel became aware of the Court's order on unsealing on January 2. Accordingly, the goverment requests an extension through January 16 to file its position statement. Upon review, the extension is warranted and fair in light of the challenges undoubtedly facing the government at present. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Court's previous order (D.E. 413) denying the motion is VACATED. It is further

ORDERED AND ADJUDGED that the motion (D.E. 412) is GRANTED. The government shall file its position statement no later than **January 16, 2019.**

DONE AND ORDERED in Chambers at Miami, Florida, this _14th_ day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf