UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>    Defendants. | Case No.<br><br>0:17-cv-60426-UU |

**PROOF OF SERVICE**

I, Matthew Shayefar, do hereby declare as follows:

    1.    I am counsel of record to Plaintiffs in the above captioned action. I am over the age of 18. I make this declaration based on my own personal knowledge.

    2.    Pursuant to the Court's December 18 Order, Docket Entry Number 382, Plaintiffs served notices to third parties concerned the proposed unsealing of materials. By agreement between the parties, Plaintiffs prepared and served notices on Cable News Network/Turner Broadcasting Systems (on behalf of both parties), Christopher Steele (on behalf of both parties), Fusion GPS (on behalf of Plaintiffs only), and KGlobal (on behalf of Plaintiffs only). It is my understanding that Defendants prepared and served notices on David Kramer (on behalf of Defendants only), Bitly, Inc. (on behalf of both parties), and the FBI (on behalf of both parties).

    3.    Each of the parties notified by Plaintiffs has been served in accordance with the Court's order, detailed as follows.

    4.    On December 26, 2018, counsel for Mr. Christopher Steele, Ms. Christly Eikhoff, agreed to waive service by mail and accept service of the notice by email. Attached hereto as

1

Exhibit 1 is a true and correct copy of my email correspondence with Ms. Eikhoff relating to the foregoing. Thereafter, on **December 26, 2018**, I emailed a copy of the notice to Ms. Eikhoff as counsel for **Christopher Steele**. Attached hereto as Exhibit 2 is a true and correct copy of my email to Ms. Eikhoff that attached the notice.

5.  On December 27, 2018, counsel for Fusion GPS, Mr. Steven Salky, agreed to waive mail service in accordance with the Court's order. Thereafter, on **December 27, 2018**, I emailed a copy of the notice to Mr. Salky as counsel for **Fusion GPS**. A true and correct copy of my correspondence with Ms. Salky, including his email accepting service via email and my email attaching the required notice, is attached hereto as Exhibit 3.

6.  On December 26, 2018, I sent two copies of the required notice to Turner Broadcasting System, Inc. and Cable News Network Inc. via certified mail (one copy to their joint headquarters in Atlanta, Georgia and another to CNN's registered agent in Florida). On the same date, I also sent a courtesy copy of the notice via email to Mr. Charles Tobin, who has previously held himself out to be counsel for these parties in connection with discovery they jointly produced in this case, though Ms. Tobin could not confirm whether he could accept service of the notice via email. Thereafter, my office received a return receipt for Cable News Network Inc.'s registered agent in Florida stating that the notice had been delivered on December 31, 2018 (a true and correct copy of which is attached hereto as Exhibit 4) and a return receipt from the **CNN/TBS** headquarters in Atlanta, Georgia stating that the notice had been delivered on **January 2, 2019** (a true and correct copy of which is attached hereto as Exhibit 5).

7.  On December 28, 2018, I emailed a copy of the required notice to KGlobal LLC's counsel Thomas McKee. However, Mr. McKee did not confirm that he was authorized to accept

2

service of the notice via email, so on December 29, 2018 my office sent a copy of the notice to KGlobal directly via certified mail.  Thereafter, my office received a return receipt from **KGlobal** stating that the notice had been delivered on **January 2, 2019**.  A true and correct copy of the return receipt is attached hereto as Exhibit 6.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 14, 2019

_____
Matthew Shayefar

# Exhibit 1

## Gubarev v Buzzfeed - Court Order on Unsealing

**Eikhoff, Christy Hull** <Christy.Eikhoff@alston.com>   Wed, Dec 26, 2018 at 1:34 PM
To: Matthew Shayefar <matt@bostonlawgroup.com>
Cc: "Evan@CFWLegal.com" <Evan@cfwlegal.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, "Ramsay, Kristi" <Kristi.Ramsay@alston.com>

Hello – we agree to waive service by mail and will accept service of the specified Notice by email.

Christy Hull Eikhoff

Alston & Bird, LLP

404-881-4496 direct

404-881-7000 main

Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

--------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

# Exhibit 2

# Gubarev v Buzzfeed - Time Sensitive - Potential Unsealing of Confidential Documents

**Matthew Shayefar** <matt@bostonlawgroup.com>  Wed, Dec 26, 2018 at 7:30 PM
To: "Eikhoff, Christy Hull" <Christy.Eikhoff@alston.com>
Cc: "Evan@CFWLegal.com" <Evan@cfwlegal.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, "Schary, Alison" <AlisonSchary@dwt.com>, "Bolger, Kate" <KateBolger@dwt.com>, "Siegel, Nathan" <NathanSiegel@dwt.com>

Dear Christy,

Please see the attached.

Very truly yours,

Matthew Shayefar

Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

---

The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.


**Notice to Steele 12-26-18 FINAL.pdf**
915K

# Exhibit 3

## Gubarev v Buzzfeed - Court Order on Unsealing

**Matthew Shayefar** <matt@bostonlawgroup.com>   Thu, Dec 27, 2018 at 12:15 PM
To: "Salky, Steven M." <Ssalky@zuckerman.com>
Cc: "Evan@CFWLegal.com" <Evan@cfwlegal.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, "jal@cunninghamlevy.com" <jal@cunninghamlevy.com>, "Schary, Alison" <AlisonSchary@dwt.com>, "Siegel, Nathan" <NathanSiegel@dwt.com>, "Bolger, Kate" <KateBolger@dwt.com>

Thanks Steve.  Please find attached the notice being served on you via email for Fusion GPS.

Best,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

-----Original Message-----
From: Salky, Steven M. <Ssalky@zuckerman.com>
Sent: Thursday, December 27, 2018 8:57 AM
To: Matthew Shayefar <matt@bostonlawgroup.com>
Cc: Evan@CFWLegal.com; Val Gurvits <vgurvits@bostonlawgroup.com>; jal@cunninghamlevy.com
Subject: Re: Gubarev v Buzzfeed - Court Order on Unsealing


Matthew: in accordance with paragraph 3.e of the Court's order, Fusion GPS waives Mail Service.
Sent from my iPhone

On Dec 26, 2018, at 1:18 PM, Matthew Shayefar <matt@bostonlawgroup.com<mailto:matt@bostonlawgroup.com>> wrote:

Hi Steve,

Please recall that I represent the Plaintiffs in the Gubarev v Buzzfeed case.  The Court last week issued an order regarding procedures for notifying non-parties about potential unsealing in the case.  As part of the procedure, we will need to provide Fusion GPS of the notice specified in the attached order, which we intend to do before the end of the week.

Will you please let me know as soon as possible whether your client waives mail service?  This will simply mean that we can get you the notice quicker and without having to print out many pages of documents.

Please let me know as soon as possible.

Happy new year,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806<tel:%28617%29%20928-1806> | Tel: (617) 928-1800<tel:%28617%29%20928-1800> | Fax: (617) 928-1802<tel:%28617%29%20928-1802>
matt@bostonlawgroup.com<mailto:matt@bostonlawgroup.com>

---------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800<tel:%28617%29%20928-1800> | E-mail: info@bostonlawgroup.com<mailto:info@bostonlawgroup.com>

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

<384 - Corrected Order Regarding Procedure for Notifying Non-Parties.pdf>


**Notice to Fusion 12-27-18.pdf**
1910K View as HTML Download

# Exhibit 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cable News Network, Inc.
c/o CT Corporation System
1200 South Pine Island Rd
Plantation, Florida 33324

9590 9402 4276 8121 2866 38

2. Article Number (Transfer from service label)

7018 0680 0002 1484 6867

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. KAMISS_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)
M. KAMISS

C. Date of Delivery
12-31-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



# Exhibit 5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Turner Broadcasting System, Inc.
Cable News Network, Inc.
Turner Headquarters
One CNN Center
Atlanta GA 30303

9590 9402 4276 8121 2866 45

2. Article Number (Transfer from service label)

7018 0680 0002 1484 6850

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name): Kashna Porter
C. Date of Delivery: 1-2-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Coll
☐ Coll

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery

Domestic Return Receipt



# Exhibit 6

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KGlobal, LLC
2001 L Street NW, 6th Floor
Washington, DC 20036

9590 9402 3642 7335 9506 72

2. Article Number (Transfer from service label)

7018 0360 0000 9495 4453

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
1/2/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☑ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

