UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-CV-60426- UNGARO/O'SULLIVAN

ALEKSEJ GUBAREV, XBT HOLDINGS S.A., AND WEBZILLA, INC.,

        Plaintiffs,

v.

BUZZFEED, INC. AND BEN SMITH,

        Defendants.

**DECLARATION OF TYLER NEWBY IN SUPPORT OF NON-PARTY BITLY, INC.'S NOTICE OF FILING POSITION STATEMENT AND POSITION STATEMENT IN RESPONSE TO POTENTIAL UNSEALING OF CONFIDENTIAL DOCUMENTS**

**FILED UNDER SEAL**

I, Tyler Newby, declare as follows:

    1.    I am over the age of 18 and not a party to this action. I am an attorney at the law firm of Fenwick & West LLP, which is counsel in this matter to Bitly, Inc. (Bitly). I have personal knowledge of the facts in this declaration or base them on business records that have been provided to me, and if called as a witness could testify competently thereto.

    2.    The article attached as Exhibit A to Non-Party Bitly, Inc.'s Notice of Filing Position Statement and Position Statement in Response to Potential Unsealing of Confidential Documents, is a copy of a published news article written by Lorenzo Franceschi-Bicchierai publicly available on the Internet with no subscription: *How Hackers Broke into John Podesta and Colin Powell's Gmail Accounts*, Motherboard (Oct. 20, 2016, 6:30 a.m.),

**CASE NO. 0:17-CV-60426-UU**

https://motherboard.vice.com/en_us/article/mg7xjb/how-hackers-broke-into-john-podesta-and-colin-powells-gmail-accounts, which I accessed on January 11, 2019.

    3.    I declare under penalty of perjury that the foregoing is true and correct.

Date: January 14, 2019        _/s/ Tyler Newby_

                                          Tyler Newby