UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-CV-60426- UNGARO/O'SULLIVAN

| |
|---|
| ALEKSEJ GUBAREV, XBT HOLDINGS S.A., AND WEBZILLA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BUZZFEED, INC. AND BEN SMITH, <br><br> Defendants. |

**DECLARATION OF MARK JOSEPHSON IN SUPPORT OF NON-PARTY BITLY, INC.'S NOTICE OF FILING POSITION STATEMENT AND POSITION STATEMENT IN RESPONSE TO POTENTIAL UNSEALING OF CONFIDENTIAL DOCUMENTS**

**FILED UNDER SEAL**

I, Mark Josephson, declare as follows:

1. I am the CEO of Bitly, Inc. ("Bitly"), where I have worked since 2013. Bitly is the world's leading website link shortening and link management business. I have personal knowledge of the facts in this declaration or base them on business records that have been provided to me, and if called as a witness could testify competently thereto.

2. Bitly users can use its service, among other things, to shorten a lengthy URL, or website address, into a short Bitly link, for easier use in social networking, text messages, and email. For example, using Bitly, the URL for the United States Courts website page for Current Rules of Practice & Procedure, which has an original URL of https://www.uscourts.gov/rules-policies/current-rules-practice-procedure, can be shortened to https://bit.ly/2Ch3aZv. Bitly's

services are used to shorten roughly 600 million links every month.

3. Bitly is not a party in the captioned litigation. In response to a subpoena served on Bitly on or about November 15, 2017 by Defendants Buzzfeed, Inc. and Ben Smith, Bitly produced records. Among these records was an internal Bitly presentation numbered BITLY_00004 through BITLY_00026 (Parties ID Number 215) and a declaration authenticating the presentation as a business record (Parties ID Number 216) (collectively, the "Produced Records"). I understand that one of the parties in the litigation used the Produced Records as exhibits in this action.

4. Bitly designated the Produced Records as confidential under the protective order in this action. [DE-41, amended by DE-97]. I understand that when the Produced Records were used as an exhibit in a court filing in this case, they were submitted for filing under seal and were not made publicly available.

5. The presentation in the Produced Records reveals Bitly's internal process for identifying a malicious use of its link shortening platform, including its identification of suspect IP addresses, an email address and username associated with the malicious user, and domains targeted by the malicious actor. The presentation also describes how Bitly tied the original malicious account to other accounts and IP addresses.

6. The information in the internal presentation is not known to the public, competitors, or bad actors seeking to abuse the system. Bitly has not made this information available to the public.

7. On December 31, 2018, Bitly's registered agent received by mail a letter from the law firm Davis Wright Tremaine LLP counsel notifying Bitly of the Court's Order Regarding Procedure for Notifying Identified Non-Parties About Potential Unsealing. The letter stated that

Bitly may file within fourteen days of receipt of the letter a position statement "as to (1) whether you believe unsealing the Material would adversely impact you, and (2) whether good cause exists to keep the Material under seal, including, if good cause exists only to keep portions of the Material under seal, which specific portions of the Material should be redacted."

8. I declare under penalty of perjury that the foregoing is true and correct.

Date: January 14, 2019

*Mark Josephson*
_____
Mark Josephson

30751/00403/FW/10525188.1