# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDING, S.A. and WEBZILLA, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUZZFEED, INC., AND BEN SMITH,<br><br>*Defendants*. | Case No. 17-cv-60426-UU |

## FBI POSITION STATEMENT REGARDING PROPOSED UNSEALING

By Order dated December 18, 2018, this Court invited non-party the Federal Bureau of Investigation ("FBI") to provide a position statement on the Court's proposed unsealing of the currently sealed affidavit the FBI was ordered to produce, pursuant to a protective order, to Defendants in the above-captioned action (hereinafter "FBI Affidavit"). *See* ECF No. 384 (Dec. 18 Order); *see also* ECF No. 194 (entering protective order for FBI Affidavit); ECF No. 2013 (sealing FBI Affidavit).

Pursuant to that invitation, the FBI, through undersigned counsel, hereby advises that it will not oppose the Court's proposed unsealing of the FBI Affidavit.

Respectfully submitted this 15th day of January, 2019,

JOSEPH H. HUNT
Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal Programs Branch

*/s/ Anjali Motgi*
ANJALI MOTGI
Texas Bar # 24092864
United States Department of Justice

1

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-0879 (office)
(202) 616-8470 (fax)
anjali.motgi@usdoj.gov

*Counsel for the Federal Bureau of Investigation*