# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

  Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.

_____/

## DEFENDANTS' NOTICE OF CONDITIONAL CROSS-APPEAL

In response to this Court's Judgment entered on December 19, 2018 (Dkt. 390) and Notice of Appeal filed by Plaintiffs Aleksej Gubarev, XBT Holding S.A., and Webzilla, Inc. on December 19, 2018 (Dkt. 392), Defendants BuzzFeed, Inc. and Ben Smith hereby provide notice of their cross-appeal to the United States Court of Appeals for the Eleventh Circuit from those portions of the order entered June 4, 2018 (Dkt. 169) and corrected order entered June 5, 2018 (Dkt. 171) granting in part Plaintiffs' Motion for Judgment on the Pleadings and striking the neutral report privilege defense from Defendants' Amended Answer.  This cross-appeal becomes effective only if the Eleventh Circuit overturns this Court's order granting Defendants' Motion for Summary Judgment entered on December 19, 2018 (Dkt. 388) and/or its Judgment in favor of Defendants entered on December 19, 2018 (Dkt. 390).

Plaintiffs' appeal has been docketed by the Eleventh Circuit as Appeal No. 18-5295.

Dated:  January 18, 2019        Respectfully submitted,

                                              /s/ Katherine M. Bolger
                                              Katherine M. Bolger
                                              Nathan Siegel
                                              Adam Lazier

2

Alison Schary
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
nathansiegel@dwt.com
adamlazier@dwt.com
alisonschary@dwt.com

/s/ Roy Black
Roy Black
Jared Lopez
Black, Srebnick, Kornspan & Stumpf, P.A.
201 So. Biscayne Boulevard
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Attorneys for Defendants*

4849-4254-2213v.2 0100812-000009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF on all counsel or parties of record this 18th day of January, 2019.

By: /s/ Jared Lopez
Jared Lopez