Case 0:17-cv-60426-UU   Document 420   Entered on FLSD Docket 01/29/2019   Page 1 of 4
Case: 18-15295   Date (48 of 50)/18/2019   Page:

FILED BY HH D.C.

Jan 28, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 28, 2019

Roy Black
Black Srebnick Kornspan & Stumpf, PA
201 S BISCAYNE BLVD STE 1300
MIAMI, FL 33131-4311

Katherine M. Bolger
Davis Wright Tremaine, LLP
1251 AVENUE OF THE AMERICAS STE 2100
NEW YORK, NY 10020

Adam Lazier
Davis Wright Tremaine, LLP
1251 AVENUE OF THE AMERICAS STE 2100
NEW YORK, NY 10020

Jared M. Lopez
Black Srebnick Kornspan & Stumpf, PA
201 S BISCAYNE BLVD STE 1300
MIAMI, FL 33131-4311

Cary McClelland
Davis Wright Tremaine, LLP
1251 AVENUE OF THE AMERICAS STE 2100
NEW YORK, NY 10020

Alison Schary
Davis Wright Tremaine, LLP
1919 PENNSYLVANIA AVE NW STE 800
WASHINGTON, DC 20006-3401

Nathan E. Siegel
Davis Wright Tremaine, LLP
1919 PENNSYLVANIA AVE NW STE 800
WASHINGTON, DC 20006-3401

Appeal Number: 18-15295-JJ

Case Style:  Aleksej Gubarev, et al v. Buzzfeed, Inc., et al
District Court Docket No:  0:17-cv-60426-UU

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

A **cross appeal** has been filed in the above-referenced case. In cross appeals, pursuant to FRAP 28.1(b), the party who first files a notice of appeal is the appellant unless the parties otherwise agree. The parties may refer to FRAP 28.1 and the corresponding rules for information on the briefing schedule in **cross appeals**.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A

TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM JANUARY 18, 2019. See 11th Cir. R. 12-1 and 31-1.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ
Phone #: (404)335-6193

DKT-2 Appeal WITH Deficiency

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

  Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.

_____/

**<u>DEFENDANTS' NOTICE OF CONDITIONAL CROSS-APPEAL</u>**

In response to this Court's Judgment entered on December 19, 2018 (Dkt. 390) and Notice of Appeal filed by Plaintiffs Aleksej Gubarev, XBT Holding S.A., and Webzilla, Inc. on December 19, 2018 (Dkt. 392), Defendants BuzzFeed, Inc. and Ben Smith hereby provide notice of their cross-appeal to the United States Court of Appeals for the Eleventh Circuit from those portions of the order entered June 4, 2018 (Dkt. 169) and corrected order entered June 5, 2018 (Dkt. 171) granting in part Plaintiffs Motion for Judgment on the Pleadings and striking the neutral report privilege defense from Defendants' Amended Answer.  This cross-appeal becomes effective only if the Eleventh Circuit overturns this Court's order granting Defendants' Motion for Summary Judgment entered on December 19, 2018 (Dkt. 388) and/or its Judgment in favor of Defendants entered on December 19, 2018 (Dkt. 390).

Plaintiffs' appeal has been docketed by the Eleventh Circuit as Appeal No. 18-5295.

Dated:  January 18, 2019        Respectfully submitted,

                                          <u>/s/ Katherine M. Bolger</u>
                                          Katherine M. Bolger
                                          Nathan Siegel
                                          Adam Lazier