UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

By consent of the parties (and, where applicable, non-parties who had designated material as confidential), the Court hereby ORDERS AND ADJUDGES that:

1. **Not earlier than seven (7) days after entry of this Order**, the Clerk of Court SHALL UNSEAL the following docket entries:

   - **D.E. 211-20 only** (Exhibit #46)[1];

   - **D.E. 228-2 only** (Declaration of Nathan Siegel in Opposition to Plaintiffs' Motion for Summary Judgment);

   - **D.E. 228-3 only** (Exhibit #1);

   - **D.E. 228-4 only** (Exhibit #2);

   - **D.E. 238-3 only** (Rep. Exhibit #1);

---

[1] Non-party Fusion GPS failed to timely file a position statement and therefore is deemed to have consented to unsealing.

1

- **D.E. 238-5 only** (Rep. Exhibit #3);
- **D.E. 238-6 only** (Rep. Exhibit #4);
- **D.E. 238-7 only** (Rep. Exhibit #5);
- **D.E. 214-11 only** (Exhibit #8);
- **D.E. 214-17 only** (Exhibit #14);
- **D.E. 214-18 only** (Exhibit #15);
- **D.E. 223-4 only** (Certification of Emergency);
- **D.E. 234-3 only** (Shayefar Opposition Declaration);
- **D.E. 263, main document only** (Defendants' Motion in Limine No. 8);
- **D.E. 266 and 266-1** (Defendants' Motion in Limine No. 3);
- **D.E. 275-16 only** (Exhibit #14);
- **D.E. 281-1 only** (Plaintiffs' Motion in Limine No. 4);
- **D.E. 312-1 only** (Siegel Declaration);
- **D.E. 333, main document only** (Defendants' Reply i/s/o Motion in Limine No. 10);
- **D.E. 333-2 only** (Exhibit #1);
- **D.E. 352-4 only** (Exhibit #3);
- **D.E. 353-3 only** (Exhibit #2);

2. <u>**Not earlier than seven (7) days after entry of this Order, but in no event later than February 8, 2019**</u>, Plaintiffs SHALL separately file UNSEALED versions of the following docket entries:

    - **D.E. 211-14, pages 1 through 29 only** (Exhibits #22–25)[2];
    - **D.E. 211-18, pages 20 through 56 only** (Exhibits #42–44);

---

[2] Non-party KGlobal, LLC failed to timely file a position statement and therefore is deemed to have consented to unsealing.

- D.E. 211-21, pages 20 through 33 only (Exhibits #49–50);

- D.E. 234-4, pages 53 through 58 only (Exhibits #61–62);

- D.E. 234-5, pages 119 through 140 only (Exhibits #73–74);

- D.E. 234-5, pages 148 through 159 only (Exhibit #76);

- D.E. 234-7, pages 1 through 22 only (Exhibits #78–81)[3];

- D.E. 234-7, pages 65 through 76 only (Exhibits #85–86);

3. **Not earlier than seven (7) days after entry of this Order, but in no event later than February 8, 2019**, Defendants SHALL separately file UNSEALED versions of the following docket entries:

    - D.E. 211-21, pages 11 through 19 only, with redactions applied per Defendants' objection in the parties' Amended Joint Response (D.E. 378-1) (the "Joint Response") (Exhibit #48);

    - D.E. 238-2 only, with redactions applied per Defendants' objection in the Joint Response (Shayefar Reply Declaration);

    - D.E. 214, main document only, with redactions applied per Defendants' objection in the Joint Response (Defendants' "Main" MSJ);

    - D.E. 214-2 only, with redactions applied per Defendants' objection in the Joint Response (Defendants' Statement of Material Facts i/s/o "Main" MSJ);

    - D.E. 214-3 only, with redactions applied per Defendants' objection in the Joint Response (Bolger Declaration i/s/o "Main" MSJ);

    - D.E. 214-20 only, with redactions applied per Defendants' objection in the Joint Response (Exhibit #17);

    - D.E. 234-1 only, with redactions applied per Defendants' objection in the Joint Response (Plaintiffs' Opposition to Defendants' Motion for Summary Judgment);

    - D.E. 234-2 only, with redactions applied per Defendants' objection in the Joint Response (Opposition to Statement of Material Facts);

---

[3] Non-party CNN failed to timely file a position statement and therefore is deemed to have consented to unsealing.

- **D.E. 243, main document only, with redactions applied per Defendants' objection in the Joint Response** (Reply i/s/o Defendants' "Main" MSJ);

- **D.E. 243-1 only, with redactions applied per Defendants' objection in the Joint Response** (Bolger Decl. i/s/o "Main" Reply); and

- **D.E. 322-1 only, with redactions applied per Defendants' objection in the Joint Response** (Plaintiffs' Opposition to Defendants' Motion in Limine No. 9).

UNLESS OTHERWISE SPECIFIED, ALL OTHER PORTIONS OF THE SEALED DOCKET ENTRIES SHALL REMAIN UNDER SEAL PENDING FURTHER COURT ORDER.

DONE AND ORDERED in Chambers, Miami, Florida, this 30th day of January, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf