UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**PLAINTIFFS' MOTION FOR MINOR MODIFICATION OF COURT'S ORDER
CONCERNING THE UNSEALING OF CERTAIN UNCONTESTED DOCUMENTS**

     Now come Plaintiffs Aleksej Gubarev, XBT Holding, S.A., and Webzilla, Inc. ("Plaintiffs") to respectfully request that the Court make a minor modification to its Order of January 30, 2019, which addressed the unsealing of certain documents, the unsealing of which no party continued to contest. In support of this Motion, Plaintiffs state as follows:

     1.    On December 10, 2019, the Parties filed with the Court their Amended Joint Response to Court's Order of November 20, 2018 Relating to Sealed or Redacted Documents (the "Joint Response"). This 192-page document addressed the Parties' respective positions concerning 338 documents previously filed under seal and/or in a redacted form.

     2.    On January 30, 2019, this Court issued an Order addressing the unsealing of certain documents identified by the Parties in the Joint Response as no longer needing to remain under seal.

     3.    Although Plaintiffs are in agreement with the vast majority of the Court's January 30, 2019 Order, it discovered that portions of one document identified in the Court's Order that Plaintiffs had believed they had identified in the Joint Response as needing to be redacted had inadvertently not been so identified for the Court.

     4.    Specifically, a declaration of Nathan Siegel (DE 228-2, with ID# 35 in the Joint Response) submitted in support of Defendants' Motion for Summary Judgment Concerning its Public Figure Defense (a declaration which itself contained 142 separate paragraphs, each of

1

which referenced documents filed with the declaration) described and specifically identified 17 documents that Plaintiffs have argued should continue to remain under seal because they discuss, among other things, irrelevant and highly prejudicial allegations concerning child pornography, adult webmaster conferences, and Methbot (issues clearly unrelated to Defendants' Public Figure arguments).  This Court is still considering which – if any – of these underlying documents should be unsealed.

5. Because the Siegel Declaration describes each of these 17 documents with great specificity, allowing the descriptions of the documents to be made public would cause the same prejudice to the Plaintiffs as the unsealing of the underlying documents themselves (something the Court has not yet decided to do).

6. Accordingly, Plaintiffs respectfully request that the Court modify its Order of January 30, 2019 so that the Siegel Declaration will still be made public **except that** the descriptions of the documents referenced in paragraphs 19-22, 24-26, 28-29, 130-134, 136, 138, and 142 of the Siegel Declaration be redacted from the publicly-released document.

7. Plaintiffs are more than willing to create the redacted version of the Siegel Declaration so that the task of doing so will not fall upon Defendants.

Accordingly, Plaintiffs respectfully request that the Court's January 30, 2019 Order be modified to provide that the declaration of Nathan Siegel (DE 228-2) be unsealed, except that the descriptions of the documents referenced in paragraphs 19-22, 24-26, 28-29, 130-134, 136, 138, and 142 of the Declaration shall be redacted from the publicly-filed version of the same.

### Certificate of Compliance with Local Rule 7.1

The undersigned certify that Plaintiffs' counsel have conferred with counsel for Defendants in a good-faith effort to resolve the issues raised in this motion but have been unable to.

Dated: January 31, 2019

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
Dylan Fulop (Fla. Bar No. 123809)
COBB EDDY, PLLC
1112 North Flagler Drive
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via email on all counsel or parties of record on the service list below on January 31, 2019.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com