IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY COURT'S ORDER CONCERNING THE UNSEALING OF CERTAIN DOCUMENTS**

Defendants BuzzFeed, Inc. and Ben Smith respectfully submit this Opposition to Plaintiffs' Motion to Modify the Court's Order Unsealing Certain Documents.

Defendants object to the requested sealing and to the filing of this motion under seal. There has never been a finding of good cause to seal this information. In addition, Defendants note that these materials were discussed by the Court in the publicly-issued decision dated December 18, 2018. *See* Dkt 385.

Dated:  January 31, 2019         Respectfully submitted,

                                 /s/ Katherine M. Bolger
                                 Katherine M. Bolger
                                 Nathan Siegel
                                 Adam Lazier
                                 Alison Schary
                                 Davis Wright Tremaine LLP
                                 1251 Avenue of the Americas, 21st Floor
                                 New York, New York 10020
                                 katebolger@dwt.com
                                 nathansiegel@dwt.com
                                 adamlazier@dwt.com

4811-7899-8918v.1 0100812-000009

2

        alisonschary@dwt.com

        <u>/s/ Roy Black</u>
        Roy Black
        Jared Lopez
        Black, Srebnick, Kornspan & Stumpf, P.A.
        201 So. Biscayne Boulevard
        Miami, Florida 33131
        rblack@royblack.com
        jlopez@royblack.com

        *Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing, together with its exhibits, was served via CM/ECF of all counsel of record on the 31st day of January, 2019.

                By: /s/ Adam Lazier
                        Adam Lazier

4811-7899-8918v.1 0100812-000009