UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On January 30, 2019, the Court entered its Order to unseal certain documents by consent of the parties (and, where applicable, non-parties who had designated material as confidential). D.E. 421 (the "Consent Unsealing Order"). The Consent Unsealing Order charges the Clerk of Court with unsealing some documents, the Plaintiffs with unsealing others, and the Defendants with unsealing documents subject to certain requested redactions. The Court is satisfied that the documents which the Clerk of Court will unseal do not contain any material addressed in an objecting non-party's position statement. As to the documents that Plaintiffs and Defendants will be re-filing under the Consent Unsealing Order, for the avoidance of doubt, to the extent that any such documents may contain information that non-parties have designated as confidential, and if those non-parties have objected to unsealing, the parties SHALL NOT at this time unseal that material. This means that Plaintiffs and Defendants SHALL review the non-parties' position

statements and SHALL ensure that, when they file unsealed versions of the documents in paragraphs 2 and 3 of the Consent Unsealing Order, they apply redactions as necessary to protect the interests of objecting non-parties.  The parties MUST confer with the objecting non-parties prior to publicly filing the documents identified in the Consent Unsealing Order.

DONE AND ORDERED in Chambers, Miami, Florida, this _31st_ day of January, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf