UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Minor Modification of Court Order Concerning the Unsealing of Certain Uncontested Documents (D.E. 423) (the "Motion").

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.

Plaintiffs misapprehend the contents of D.E. 228-2.  D.E. 228-2 is Nathan Siegel's declaration authenticating 10 exhibits filed in opposition to Plaintiffs' Motion for Summary Judgment.  D.E. 228-2 is **not** Mr. Siegel's declaration in support of Defendants' Motion for Summary Judgment Concerning its Public Figure Defense.  Accordingly, because Plaintiffs have not demonstrated good cause to modify the Court's order unsealing documents by consent, it is hereby ORDERED AND ADJUDGED that the Motion, D.E. 423, is DENIED.

DONE AND ORDERED in Chambers, Miami, Florida, this _31st_ day of January, 2019.

                                                      _/s/ Ursula Ungaro_
                                                      URSULA UNGARO
                                                      UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf