# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 04, 2019

Roy Black
Black Srebnick Kornspan & Stumpf, PA
201 S BISCAYNE BLVD STE 1300
MIAMI, FL 33131-4311

Katherine M. Bolger
Davis Wright Tremaine, LLP
1251 AVENUE OF THE AMERICAS STE 2100
NEW YORK, NY 10020

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 PARK PLAZA STE 505
BOSTON, MA 02116

Jared M. Lopez
Black Srebnick Kornspan & Stumpf, PA
201 S BISCAYNE BLVD STE 1300
MIAMI, FL 33131-4311

Nathan E. Siegel
Davis Wright Tremaine, LLP
1919 PENNSYLVANIA AVE NW STE 800
WASHINGTON, DC 20006-3401

Appeal Number: 18-15295-JJ
Case Style: Aleksej Gubarev, et al v. Buzzfeed, Inc., et al
District Court Docket No: 0:17-cv-60426-UU

**CORRECTED** letter removing due date for briefing schedule.

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

A **cross appeal** has been filed in the above-referenced case. In cross appeals, pursuant to FRAP 28.1(b), the party who first files a notice of appeal is the appellant unless the parties otherwise agree. The parties may refer to FRAP 28.1 and the corresponding rules for information on the briefing schedule in **cross appeals**.

Although trial exhibits are routinely transmitted to this court, contraband, weapons, and currency may not be sent except by court order. Also, counsel must arrange at their own expense for transportation to and from this office of oversized exhibits. See 11th Cir. R. 11-3.

In lieu of arranging for transmittal by the district court of oversized physical exhibits, parties are encouraged to substitute photographs, diagrams, or models of lesser size and weight, or to stipulate to the nature and content of such exhibits. Exhibits retained by the district court remain a part of the record on appeal for all purposes [Fed.R.App.P. 11], and thus requests to transmit oversized exhibits are discouraged.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ
Phone #: (404)335-6193

DKT-1 Appeal NO Deficiency

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.,

  Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.
_____/

## DEFENDANTS' NOTICE OF CONDITIONAL CROSS-APPEAL

In response to this Court's Judgment entered on December 19, 2018 (Dkt. 390) and Notice of Appeal filed by Plaintiffs Aleksej Gubarev, XBT Holding S.A., and Webzilla, Inc. on December 19, 2018 (Dkt. 392), Defendants BuzzFeed, Inc. and Ben Smith hereby provide notice of their cross-appeal to the United States Court of Appeals for the Eleventh Circuit from those portions of the order entered June 4, 2018 (Dkt. 169) and corrected order entered June 5, 2018 (Dkt. 171) granting in part Plaintiffs Motion for Judgment on the Pleadings and striking the neutral report privilege defense from Defendants' Amended Answer.  This cross-appeal becomes effective only if the Eleventh Circuit overturns this Court's order granting Defendants' Motion for Summary Judgment entered on December 19, 2018 (Dkt. 388) and/or its Judgment in favor of Defendants entered on December 19, 2018 (Dkt. 390).

Plaintiffs' appeal has been docketed by the Eleventh Circuit as Appeal No. 18-5295.

Dated:  January 18, 2019

Respectfully submitted,

/s/ Katherine M. Bolger
Katherine M. Bolger
Nathan Siegel
Adam Lazier