UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEKSEJ GUBAREV,<br>XBT HOLDING S.A., and<br>WEBZILLA, INC.<br>  Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and<br>BEN SMITH<br>  Defendants. | Case No.<br><br>0:17-cv-60426-UU |

## NOTICE OF FILING

Plaintiffs in the above captioned case, in accordance with the Court's Order dated January 30, 2019, Docket Entry no. 421, hereby file unsealed versions of the following documents:

1. Attached hereto as Annex 1 is Exhibit 22 to Plaintiffs' Motion for Summary Judgment on Public Figure Affirmative Defense, previously filed under seal as part of D.E. 211-14.

2. Attached hereto as Annex 2 is Exhibit 23 to Plaintiffs' Motion for Summary Judgment on Public Figure Affirmative Defense, previously filed under seal as part of D.E. 211-14.

3. Attached hereto as Annex 3 is Exhibit 24 to Plaintiffs' Motion for Summary Judgment on Public Figure Affirmative Defense, previously filed under seal as part of D.E. 211-14.

4. Attached hereto as Annex 4 is Exhibit 25 to Plaintiffs' Motion for Summary Judgment on Public Figure Affirmative Defense, previously filed under seal as part of D.E. 211-14.

5. Attached hereto as Annex 5 is Exhibit 42 to Plaintiffs' Motion for Summary Judgment on Public Figure Affirmative Defense, previously filed under seal as part of D.E. 211-18.

6. Attached hereto as Annex 6 is Exhibit 43 to Plaintiffs' Motion for Summary Judgment on Public Figure Affirmative Defense, previously filed under seal as part of D.E. 211-18.

7. Attached hereto as Annex 7 is Exhibit 44 to Plaintiffs' Motion for Summary Judgment on Public Figure Affirmative Defense, previously filed under seal as part of D.E. 211-18.

8. Attached hereto as Annex 8 is Exhibit 49 to Plaintiffs' Motion for Summary Judgment on Public Figure Affirmative Defense, previously filed under seal as part of D.E. 211-21.

9. Attached hereto as Annex 9 is Exhibit 50 to Plaintiffs' Motion for Summary Judgment on Public Figure Affirmative Defense, previously filed under seal as part of D.E. 211-21.

10. Attached hereto as Annex 10 is Exhibit 61 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, previously filed under seal as part of D.E. 234-4.

11. Attached hereto as Annex 11 is Exhibit 62 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, previously filed under seal as part of D.E. 234-4.

12. Attached hereto as Annex 12 is Exhibit 73 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, previously filed under seal as part of D.E. 234-5.

13. Attached hereto as Annex 13 is Exhibit 74 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, previously filed under seal as part of D.E. 234-5.

14. Attached hereto as Annex 14 is Exhibit 76 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, previously filed under seal as part of D.E. 234-5.

15. Attached hereto as Annex 15 is Exhibit 78 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, previously filed under seal as part of D.E. 234-7.

16. Attached hereto as Annex 16 is Exhibit 79 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, previously filed under seal as part of D.E. 234-7.

17. Attached hereto as Annex 17 is Exhibit 80 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, previously filed under seal as part of D.E. 234-7.

18. Attached hereto as Annex 18 is Exhibit 81 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, previously filed under seal as part of D.E. 234-7.

19. Attached hereto as Annex 19 is Exhibit 85 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, previously filed under seal as part of D.E. 234-7.

20. Attached hereto as Annex 20 is Exhibit 86 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, previously filed under seal as part of D.E. 234-7, partially redacted in accordance with the Court's Order dated January 31, 2019 (D.E. 425).

Dated: February 8, 2019

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
Dylan Fulop (Fla. Bar No. 123809)
COBB EDDY, PLLC
1112 North Flagler Drive
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com
dfulop@cobbeddy.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record on the service list below on February 8, 2019.

                                              /s/ Matthew Shayefar
                                              Matthew Shayefar

## SERVICE LIST

Katherine M. Bolger
Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com

Nathan Siegel
Alison Schary
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, Suite 800
Washington, DC 20006
nathansiegel@dwt.com
alisonschary@dwt.com

Roy Eric Black
Jared M. Lopez
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com