# ANNEX 1

# Exhibit 22

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Monday, October 3, 2016 10:43 PM |
| **To:** | lauren.covello@fortune.com |
| **Subject:** | Startup/Tech Industry Thought Leader |

Hi Lauren—

I recently read an article you wrote and I noticed you focused on starting businesses and venture capitalism. I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

1