# ANNEX
# 2

# Exhibit
# 23

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Monday, July 25, 2016 10:23 PM |
| **To:** | tmerevick@thrillist.com |
| **Subject:** | Let's Talk Prisma: The Technology Behind The NEW Photo App |

Hey Tony!

I noticed you're an entertainment writer at Heavy, and you also cover new trends. I represent <u>Servers.com</u>, the initial investor for <u>Prisma</u>, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: <u>@modupehbella</u>
<u>kglobal.com/modupeh-jahamaliah</u>

CONFIDENTIAL                                                                 KGlobal 002689