# ANNEX
# 3

# Exhibit
# 24

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Thursday, July 14, 2016 8:35 PM |
| **To:** | sam.levin@theguardian.com |
| **Subject:** | Further Information on Prisma App |

Hi Sam!

Prisma, the revolutionary app that recreates every single image from scratch using a complicated algorithm for each painting style, is quickly gaining popularity globally.

This real-time capability is solely provided by Servers.com, which is operated by an investor in the app. The server-side AI and rendering is so novel, and demand for Prisma is so intense that Servers.com has to double the app's capacity daily. This is not just a filter, *it completely reprocesses the picture*.

If you're interested in learning more about this interesting app or speaking with Aleksey Gubarev, Chairman & CEO of Servers.com, or one of the other executives at the company feel free to reach out.

Thanks so much,
Modupeh

modupeh jahamaliah
account executive

**kglobal**
public affairs + public relations

phone: 202.538.5875
twitter: @modupehbella
http://kglobal.com/modupeh-jahamaliah

i

**From:** Jahamaliah, Modupeh
**Sent:** Wednesday, August 3, 2016 1:54 PM
**To:** jbeltran@ap.org
**Subject:** Global Tech Company Expands Operations in Dallas

Hi James,

Servers.com is expanding their facility in Dallas. They currently provide 12 good-paying tech jobs and plan to increase that substantially this year. Servers.com has recently been recognized by Bloomberg and Tech Times for their investment in and technological support of Prisma, one of the top-rated apps worldwide.

Servers.com is a quality hosting solutions company with cloud servers and cloud storage. Servers.com satisfies the growing global demand for quality hosting solutions, and unlike other hosting solutions, Servers.com provides meaningful customer care that keeps consumers in control.

On **August 5, 2016**, servers.com CTO and co-founder Konstantin Bezruchenko and CFO Mishra Rajech will be available to discuss the tech job market in Dallas, the growth of tech companies in Dallas and Servers.com's growth in the United States. Rajech was previously a long time resident of the Dallas area and continues to have family here.  Bezruchenko will be moving to the Dallas area to focus on the company's Texas operations.

Let me know if you are available and I will be more than happy to schedule an interview.

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

i

CONFIDENTIAL

KGlobal 002780

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Wednesday, August 3, 2016 1:45 PM |
| **To:** | podonnell@dallasnews.com |
| **Subject:** | Global Tech Company Expands Operations in Dallas |

Hi Paul,

Servers.com is expanding their facility in Dallas. They currently provide 12 good-paying tech jobs and plan to increase that substantially this year. Servers.com has recently been recognized by Bloomberg and Tech Times for their investment in and technological support of Prisma, one of the top-rated apps worldwide.

Servers.com is a quality hosting solutions company with cloud servers and cloud storage. Servers.com satisfies the growing global demand for quality hosting solutions, and unlike other hosting solutions, Servers.com provides meaningful customer care that keeps consumers in control.

On **August 5, 2016**, servers.com CTO and co-founder Konstantin Bezruchenko and CFO Mishra Rajech will be available to discuss the tech job market in Dallas, the growth of tech companies in Dallas and Servers.com's growth in the United States. Rajech was previously a long time resident of the Dallas area and continues to have family here.  Bezruchenko will be moving to the Dallas area to focus on the company's Texas operations.

Let me know if you are available and I will be more than happy to schedule an interview.

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

i

CONFIDENTIAL

KGlobal 002811

**From:** Jahamaliah, Modupeh
**Sent:** Wednesday, July 27, 2016 2:44 PM
**To:** tkoman@hearst.com
**Subject:** Re: Let's Talk Prisma: The Technology Behind The NEW Photo App

Hi Tess!

I wanted to follow up with you to see your thoughts on this story!

Hope to hear from you!

Best,
Mo

**modupeh jahamaliah**
account executive

**kglobal**
public affairs • public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

**From:** Modupeh Jahamaliah <modupeh.jahamaliah@kglobal.com>
**Date:** Monday, July 25, 2016 at 6:32 PM
**To:** "tkoman@hearst.com" <tkoman@hearst.com>
**Subject:** Let's Talk Prisma: The Technology Behind The NEW Photo App

Hey Tess!

I noticed you're an associate editor at Cosmo, and you also cover new trends. I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

modupeh jahamaliah
account executive



i

KGlobal 002835

**From:** Jahamaliah, Modupeh
**Sent:** Wednesday, July 27, 2016 2:44 PM
**To:** angela@heavy.com
**Subject:** Re: Let's Talk Prisma: The Technology Behind The NEW Photo App

Hi Angela!

I wanted to follow up with you to see your thoughts on this story!

Hope to hear from you!

Best,
Mo

modupeh jahamaliah
account executive

kglobal
public affairs ~ public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

**From:** Modupeh Jahamaliah <modupeh.jahamaliah@kglobal.com>
**Date:** Monday, July 25, 2016 at 6:21 PM
**To:** "angela@heavy.com" <angela@heavy.com>
**Subject:** Let's Talk Prisma: The Technology Behind The NEW Photo App

Hey Angela!

I noticed you're an entertainment writer at Heavy, and you also cover new trends. I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

modupeh jahamaliah
account executive



kglobal
public affairs ~ public relations

i

CONFIDENTIAL

**From:** Jahamaliah, Modupeh
**Sent:** Thursday, August 4, 2016 8:32 PM
**To:** outoftheboxmom@gmail.com
**Subject:** Global Tech Company Expands Operations in Dallas

Hi Merrill,

I read your article about Study: Dallas Poised to Overtake San Francisco in Tech Talent.

Servers.com is expanding their facility in Dallas. They currently provide 12 good-paying tech jobs and plan to increase that substantially this year. Servers.com has recently been recognized by Bloomberg and Tech Times for their investment in and technological support of Prisma, one of the top-rated apps worldwide.

Servers.com is a quality hosting solutions company with cloud servers and cloud storage. Servers.com satisfies the growing global demand for quality hosting solutions, and unlike other hosting solutions, Servers.com provides meaningful customer care that keeps consumers in control.

On *August 5, 2016*, servers.com CTO and co-founder Konstantin Bezruchenko and CFO Mishra Rajech will be available to discuss the tech job market in Dallas, the growth of tech companies in Dallas and Servers.com's growth in the United States. Rajech was previously a long time resident of the Dallas area and continues to have family here. Bezruchenko will be moving to the Dallas area to focus on the company's Texas operations.

Also, note the CEO is also available to speak about Servers.com, Prisma and future start-ups they could invest in.

Let me know if you are available and I will be more than happy to schedule an interview.

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs - public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

i

KGlobal 002872

**From:** Jahamaliah, Modupeh
**Sent:** Thursday, August 4, 2016 8:23 PM
**To:** cawley.conor@gmail.com
**Subject:** Global Tech Company Expands Operations in Dallas

Hi Conor,

Servers.com is expanding their facility in Dallas. They currently provide 12 good-paying tech jobs and plan to increase that substantially this year. Servers.com has recently been recognized by Bloomberg and Tech Times for their investment in and technological support of Prisma, one of the top-rated apps worldwide.

Servers.com is a quality hosting solutions company with cloud servers and cloud storage. Servers.com satisfies the growing global demand for quality hosting solutions, and unlike other hosting solutions, Servers.com provides meaningful customer care that keeps consumers in control.

On *August 5, 2016*, servers.com CTO and co-founder Konstantin Bezruchenko and CFO Mishra Rajech will be available to discuss the tech job market in Dallas, the growth of tech companies in Dallas and Servers.com's growth in the United States. Rajech was previously a long time resident of the Dallas area and continues to have family here. Bezruchenko will be moving to the Dallas area to focus on the company's Texas operations.

Also, note the CEO is also available to speak about Servers.com, Prisma and future start-ups they could invest in.

Let me know if you are available and I will be more than happy to schedule an interview.

Best,
Modupeh

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

i

KGlobal 002891

| | |
|---|---|
| **From:** | Jahamaliah, Modupeh |
| **Sent:** | Thursday, August 4, 2016 8:02 PM |
| **To:** | kit@kiteaton.com |
| **Subject:** | Let's Talk Prisma: The Technology Behind Prisma |

Hey Kit!

I read your article about Prisma Adds an Artist's Touch to Photos.

I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO of Prisma, Alexey Moiseenkov and the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,
Mo

**modupeh jahamaliah**
account executive



**kglobal**
public affairs + public relations

phone: 202.538.5875
Twitter: @modupehbella
kglobal.com/modupeh-jahamaliah

i

CONFIDENTIAL

| | |
|---|---|
| **From:** | Nicholas Gray <nick@htcsource.com> |
| **Sent:** | Friday, July 29, 2016 8:34 PM |
| **To:** | Jahamaliah, Modupeh |
| **Subject:** | Re: Servers.com Responds to Prisma Server Capacity Issues |

Thank you for the email. If you are able to offer more information regarding Prisma and the company's plans to improve performance, I would really appreciate it. Any insights would be helpful and would help me pull together another article on the topic.

Regards,

Nick Gray

On Jul 29, 2016 17:17, "Jahamaliah, Modupeh" <modupeh.jahamaliah@kglobal.com> wrote:

Hey Nick!

I read your article about Prisma's server capacity issues.

I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO of Prisma, Alexey Moiseenkov and the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,

Mo

modupeh jahamaliah

account executive



kglobal

i

KGlobal 002981

public affairs • public relations

phone: 202.538.5875

Twitter: @modupehbella

kglobal.com/modupeh-jahamaliah

CONFIDENTIAL

KGlobal 002982

**From:**          Josh TechCrunch <joshc@techcrunch.com>
**Sent:**          Thursday, July 21, 2016 6:28 PM
**To:**            Jahamaliah, Modupeh
**Subject:**       Re: Let's Talk Prisma: The Technology Behind Prisma

Do you know if Prisma is in acquisition talks?

On Wed, Jul 20, 2016 at 7:55 AM, Jahamaliah, Modupeh <modupeh.jahamaliah@kglobal.com> wrote:

Hey Josh!

I read your article about Will photo art phenom Prisma raise or get bought? I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,

Mo

**modupeh jahamaliah**

account executive



**kglobal**

public affairs + public relations

phone: 202.538.5875

i

CONFIDENTIAL                                                          KGlobal 002984

Twitter: @modupehbella

kglobal.com/modupeh-jahamaliah

--
Josh Constine
Editor-At-Large, TechCrunch
(585)750-5674
http://www.twitter.com/JoshConstine
joshc@techcrunch.com

CONFIDENTIAL

KGlobal 002985

**From:** Ilya Khrennikov (BLOOMBERG/ MOSCOW OF) <ikhrennikov@bloomberg.net>
**Sent:** Friday, July 29, 2016 2:53 PM
**To:** Jahamaliah, Modupeh
**Subject:** Re: Let's Talk Prisma: The Technology Behind Prisma

Hi Modupeh,

Thank you! I am eager to talk to him. Does he speak Russian?

---------------------------------------------------
Ilya Khrennikov
Technology/ Retail reporter
Bloomberg News, Moscow

Tel. +7 495 771 7747
Fax +7 495 937 6771
ikhrennikov@bloomberg.net


From: modupeh.jahamaliah@kglobal.com At: 07/29/16 17:49:44
To: Ilya Khrennikov (BLOOMBERG/ MOSCOW OF)
Subject: Re: Let's Talk Prisma: The Technology Behind Prisma

> Hi Ilya!
>
>
> I wanted to follow up to gain your interest in speaking to CEO of Servers.com, prime investor in Prisma.
> Let me know your thoughts!
>
>
> Best,
>
> Modupeh
>
>
> modupeh jahamaliah
>
> account executive



i

KGlobal 003000

kglobal

public affairs + public relations

phone: 202.538.5875

Twitter: @modupehbella

kglobal.com/modupeh-jahamaliah

**From:** Modupeh Jahamaliah <modupeh.jahamaliah@kglobal.com>
**Date:** Wednesday, July 27, 2016 at 1:56 PM
**To:** "ikhrennikov@bloomberg.net" <ikhrennikov@bloomberg.net>
**Subject:** Let's Talk Prisma: The Technology Behind Prisma

Hey Ilya!

I read your article about Eastern Europe Spawns Another Viral Hit With Prisma Photo App.

I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO of Prisma, Alexey Moiseenkov and the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.

Let me know your thoughts, and I would love to chat more about this!

Best,

Mo

modupeh jahamaliah

account executive

kglobal

public affairs + public relations

phone: 202.538.5875

2

CONFIDENTIAL                                                                                   KGlobal 003001

Twitter: @modupehbella

kglobal.com/modupeh-jahamaliah

3

CONFIDENTIAL

KGlobal 003002

| | |
|---|---|
| **From:** | Janko Roettgers <roettgers@gmail.com> |
| **Sent:** | Monday, October 17, 2016 7:10 PM |
| **To:** | Jahamaliah, Modupeh |
| **Subject:** | Re: Startup/Tech Industry Thought Leader |

I didn't cover Oracle's cloud service.

On Mon, Oct 17, 2016 at 12:01 PM, Jahamaliah, Modupeh <modupeh.jahamaliah@kglobal.com> wrote:

Hi Janko—

I saw that you covered Oracle's cloud service last month, and I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com. He has been featured in Business Insider and Venture Beat with other pieces in Bloomberg, Forbes and Wall Street Journal pending.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

The news is **Russian entrepreneurs**. As you may know, Russian entrepreneurs like Alex and his team have developed many of this year's top apps. They are utilizing the gaming and tech platform as an opportunity to infiltrate the U.S. market using simple as apps that attract Millennials.

The real goal isn't to develop new flashy apps, but it's the bigger picture—the servers that these gamers, startups and small entrepreneurs need for data storage and to grow their businesses.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space? Alex is available to chat more about this, and I am more than happy to schedule an interview. Please contact me right away and I'll set it up.**

CONFIDENTIAL                                                                    KGlobal 003262



Thanks,

Modupeh

**modupeh jahamaliah**

phone: 202.538.5875

--
Janko Roettgers
Senior Silicon Valley Correspondent, Variety
++1 415 894 0410 -- http://twitter.com/jank0

CONFIDENTIAL                                                                                    KGlobal 003263

**From:** Konrad, Alexander <AKonrad@forbes.com>
**Sent:** Tuesday, October 4, 2016 4:55 PM
**To:** Jahamaliah, Modupeh
**Subject:** Re: Startup/Tech Industry Thought Leader

Hey I would be happy to chat with him next week.

Alex Konrad
Staff Writer
Forbes Magazine
(o): 212-367-4876
akonrad@forbes.com

**From:** Jahamaliah, Modupeh <modupeh.jahamaliah@kglobal.com>
**Sent:** Tuesday, October 4, 2016 9:52:27 AM
**To:** Konrad, Alexander
**Subject:** Re: Startup/Tech Industry Thought Leader

Hey Alex!

The news is **Russian entrepreneurs**. As you may know, Russian entrepreneurs like Alex and his team have developed many of this year's top apps. They are utilizing the gaming and tech platform as an opportunity to infiltrate the U.S. market using simple as apps that attract Millennials.

The real goal isn't to develop new flashy apps, but it's the bigger picture—the servers that these gamers, startups and small entrepreneurs need for data storage and to grow their businesses.

Alex is available to chat more about this, and I am more than happy to schedule an interview. Please contact me right away and I'll set it up.

Thanks,
Modupeh

modupeh jahamaliah
phone: 202.538.5875

**From:** "Konrad, Alexander" <AKonrad@forbes.com>
**Date:** Monday, October 3, 2016 at 10:38 PM
**To:** Modupeh Jahamaliah <modupeh.jahamaliah@kglobal.com>
**Subject:** Re: Startup/Tech Industry Thought Leader

Hi there, can you give me a sense of what this news coming up is?

Best,
Alex

Alex Konrad
Staff Writer

i

KGlobal 003265

Forbes Magazine
(o): 212-367-4876
akonrad@forbes.com

**From:** Jahamaliah, Modupeh <modupeh.jahamaliah@kglobal.com>
**Sent:** Monday, October 3, 2016 5:03:36 PM
**To:** Konrad, Alexander
**Subject:** Startup/Tech Industry Thought Leader

Hi Alex—

I saw that you cover startups, venture capitalism and enterprises, and I thought you may be interested in speaking with Aleksej Gubarev, CEO of Servers.com.

I want to introduce Russian entrepreneur Aleksej Gubarev, lead investor of the wildly popular Prisma, Virool and founder/CEO of Servers.com. He is a great resource for stories about the Russian tech, startup and business scene, stories about Prisma and general startup/business/entrepreneur tips and advice. With the huge success of Prisma and Virool, more recently Aleksej was named a finalist by Ernst Young Russia's Entrepreneur of the Year.

**Are you interested in speaking with Aleksej about new and upcoming news in the tech space?**



Let me know, and I will be sure to set up an interview.

Thanks so much!

Modupeh Jahamaliah
202-538-5875

CONFIDENTIAL

KGlobal 003266

| | |
|---|---|
| **From:** | Carli Velocci <carli.velocci@gizmodo.com> |
| **Sent:** | Friday, July 29, 2016 8:08 PM |
| **To:** | Jahamaliah, Modupeh |
| **Subject:** | Re: Let's Talk Prisma: The Technology Behind Prisma |

Hi,

Thanks for the offer but we're going to have to pass.

-Carli

On Fri, Jul 29, 2016 at 7:49 AM, Jahamaliah, Modupeh <modupeh.jahamaliah@kglobal.com> wrote:

Hi Ilya!

I wanted to follow up to gain your interest in speaking to CEO of Servers.com, prime investor in Prisma. Let me know your thoughts!

Best,

Modupeh

modupeh jahamaliah

account executive



kglobal

public affairs ▪ public relations

phone: 202.538.5875

i

CONFIDENTIAL

KGlobal 003845

Twitter: @modupehbella

kglobal.com/modupeh-jahamaliah

---

**From:** Modupeh Jahamaliah <modupeh.jahamaliah@kglobal.com>
**Date:** Wednesday, July 27, 2016 at 2:04 PM
**To:** "carli.velocci@gizmodo.com" <carli.velocci@gizmodo.com>
**Subject:** Let's Talk Prisma: The Technology Behind Prisma


Hey Carli!


I read your article about Now You Can Make Your Selfies More Interesting With Prisma On Android.


I represent Servers.com, the initial investor for Prisma, and the real-time server system that processes each users photo that transforms it into the new work of art. I want to offer up further information from the CEO of Prisma, Alexey Moiseenkov and the CEO, Aleksey Gubarev, about servers.com, their capabilities and what they have upcoming in the future.


Let me know your thoughts, and I would love to chat more about this!



Best,

Mo


modupeh jahamaliah

account executive


kglobal

public affairs • public relations

2

CONFIDENTIAL

KGlobal 003846

phone: 202.538.5875

Twitter: @modupehbella

kglobal.com/modupeh-jahamaliah

--
Carli Velocci
Weekend Editor | Gizmodo | @velocciraptor

3

CONFIDENTIAL

KGlobal 003847