# ANNEX 4

# Exhibit 25

| | |
|---|---|
| **From:** | Mary Ruth Tan <mary@appmasters.co> |
| **Sent:** | Tuesday, October 18, 2016 8:00 AM |
| **To:** | Jahamaliah, Modupeh |
| **Cc:** | steve@appmasters.co |
| **Subject:** | App Masters episode is live! |

Aleksej, Your App Masters episode is live!

http://www.appmasters.co/servers-aleksej-gubarev/

Would you please help Steve out and share on your social networks.

Thanks again for your time.

Mary and the entire AppMasters team

--

**Mary Ruth Tan**
*Podcast Producer*



**P.S. If you know of someone who'd be great for the podcast, we'd love an intro.**

1

CONFIDENTIAL KGlobal 003780