# ANNEX 5

# Exhibit 42

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF FLORIDA

 3   _____
                                           )
 4   ALEKSEJ GUBAREV, XBT HOLDING S.A.,    )
     and WEBZILLA, INC.,                   )
 5                                         )
                     Plaintiffs,           )
 6   vs.                                   ) Case No.:
                                           ) 17-CV-60426-UU
 7   BUZZFEED, INC., and BEN SMITH,        )
                                           )
 8                   Defendants.           )
     _____)
 9

10

11                    ** CONFIDENTIAL **

12           ** PURSUANT TO A PROTECTIVE ORDER **

13

14

15              VIDEOTAPED DEPOSITION OF

16                   ALEKSEJ GUBAREV

17                   LIMASSOL, CYPRUS

18              WEDNESDAY, MAY 16, 2018

19                      9:46 A.M.

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR 9243
```

```
                 1     LIMASSOL, CYPRUS; WEDNESDAY, MAY 16, 2018
                 2                    9:46 A.M.
                 3
09:46:11         4          THE VIDEOGRAPHER:  This is the beginning
09:46:12         5   of DVD No. 1 in the videotape deposition of Aleksej
09:46:19         6   Gubarev, being taken on May 16th, 2018, at 9:46
09:46:28         7   a.m., at Elias Neocleous & Co., Limassol, Cyprus,
09:46:34         8   in the matter of Aleksej Gubarev, et al. versus
09:46:39         9   Buzzfeed, Inc., et al., being heard before the
09:46:44        10   United States District Court, Southern District
09:46:46        11   of Florida, case number 17-CV-60426-UU.
09:46:58        12          I am Alon Matzov.  And the court
09:47:00        13   reporter is Brenda Matzov.
09:47:04        14          Would counsel please state their
09:47:06        15   appearances.
09:47:08        16          MR. SIEGEL:  Nathan Siegel, for the
09:47:10        17   defendants.
09:47:14        18          MS. SCHARY:  Alison Schary, for the
09:47:15        19   defendants.
09:47:16        20          MS. BOLGER:  And Kate Bolger, for the
09:47:18        21   defendants.
09:47:18        22          MR. GURVITS:  Val Gurvits, for the
09:47:22        23   plaintiffs.
09:47:23        24          THE VIDEOGRAPHER:  Would the court
09:47:24        25   reporter please swear in or affirm the interpreter
```

```
09:47:26   1    and the witness.
09:47:47   2
09:47:47   3                    BEN-ZION DIMERSKY,
09:29:21   4        the interpreter, was duly affirmed to translate
09:29:21   5        from English to Russian and from Russian to
09:29:21   6        English.
09:29:21   7
09:29:21   8                    ALEKSEJ GUBAREV,
09:29:21   9        called as a witness, being first duly sworn,
09:29:21  10        was examined and testified as hereinafter
09:29:21  11        set forth.
09:29:21  12
09:29:21  13            (The following proceedings were conducted
09:29:21  14        only in English, unless otherwise indicated.)
09:29:21  15
09:47:47  16            MR. SIEGEL:  Okay.  And just for the
09:47:49  17    record, Val, I just want to put on the record
09:47:50  18    that we stipulated that it's fine for the court
09:47:54  19    reporter to swear the witness in?
09:47:56  20            MR. GURVITS:  Yes.
09:47:56  21            MR. SIEGEL:  Okay.
09:47:56  22            MR. GURVITS:  It's so stipulated.
09:47:57  23            MS. BOLGER:  And can we make that
09:47:58  24    stipulation for all the depositions?
09:48:01  25            MR. GURVITS:  Yes.  It's an ongoing
```

| | | |
|---|---|---|
| 09:48:52 | 1 | Q. BY MR. SIEGEL: So if you could take |
| 09:48:54 | 2 | a look at Exhibit 1 and turn to page 99 -- P-H |
| 09:49:02 | 3 | 99, which is the back of this e-mail chain. And |
| 09:49:17 | 4 | turn to page -- turn to Exhibit 2, which is the |
| 09:49:21 | 5 | translation. |
| 09:49:22 | 6 | You have Exhibit 2? |
| 09:49:25 | 7 | A. Aah, this here. Sorry. |
| 09:49:27 | 8 | Q. Yes. |
| 09:49:27 | 9 | A. Yes. |
| 09:49:27 | 10 | Q. Keep that open. |
| 09:49:28 | 11 | A. Before is -- |
| 09:49:28 | 12 | Q. Exhibit 2 is the translation. |
| 09:49:30 | 13 | A. -- was different -- |
| 09:49:30 | 14 | Q. And turn to -- on Exhibit 2 it's page |
| 09:49:33 | 15 | 100 is where the translation of that e-mail on |
| 09:49:36 | 16 | the back starts. |
| 09:49:40 | 17 | And I'll -- I'll just state for the |
| 09:49:42 | 18 | record that Exhibit 3 is the same chain of e-mails |
| 09:49:45 | 19 | almost in its entirety. It's just printed out in |
| 09:49:49 | 20 | a simpler way. So if you want to -- if you want |
| 09:49:51 | 21 | to go to the back of Exhibit 3 and use that because |
| 09:49:53 | 22 | you find it easier to read, you see it doesn't have |
| 09:49:56 | 23 | the -- it doesn't have the long columns at the end. |
| 09:50:03 | 24 | A. Yes. |
| 09:50:03 | 25 | Q. Okay. So Exhibit 1, starting on page |

```
09:50:09   1    99, in Russian, it appears to be an e-mail from
09:50:15   2    a Leonid Bershidsky at Bloomberg --
09:50:18   3         A.   Yes.
09:50:19   4         Q.   -- is that right?
09:50:21   5              Prior to receiving this e-mail, had
09:50:25   6    Mr. Bershidsky contacted you in any other way,
09:50:29   7    by phone or text or anything like that?
09:50:34   8         A.   I don't remember.  I don't think so.
09:50:36   9         Q.   Okay.  So you -- you don't remember
09:50:40  10    whether this -- this e-mail just sort of came
09:50:43  11    out of the blue and was the first communication
09:50:46  12    to you about this particular matter or whether --
09:50:46  13         A.   For this particular round, yes.
09:50:46  14              (Court reporter clarification.)
09:50:46  15              THE WITNESS:  Sorry.  Please continue.
09:50:54  16         Q.   BY MR. SIEGEL:  Was this the first
09:50:56  17    communication to you about the article in Slate
09:51:03  18    magazine that he's asking you about?
09:51:05  19         A.   I don't remember.  I think that maybe
09:51:07  20    this is the first one.  I don't remember that
09:51:09  21    I spoke with him over the phone.
09:51:11  22         Q.   Okay.  Do you -- did you know who
09:51:15  23    Leonid Bershidsky was --
09:51:17  24         A.   Yes.
09:51:17  25         Q.   -- before?
```

```
09:51:18   1              How did you know?
09:51:19   2         A.   We had one-time communication about
09:51:22   3    my investment in Prisma application.  And I was
09:51:27   4    giving comments for some article about Prisma.
09:51:31   5         Q.   Okay.  And I -- I take it that was
09:51:34   6    before November 1st?
09:51:34   7         A.   Much.
09:51:34   8         Q.   That was before?
09:51:35   9         A.   Much.
09:51:36  10         Q.   Okay.
09:51:36  11         A.   I think it was summer.  I don't remember
09:51:39  12    exactly.
09:51:39  13         Q.   Okay.
09:51:39  14         A.   But I think summer.
09:51:41  15         Q.   I am going to -- this first e-mail,
09:51:43  16    which is -- says 9:42 a.m. on November 1st,
09:51:47  17    I'm just going to read the English and make
09:51:51  18    sure that we -- that everyone agrees that it's
09:51:55  19    accurate.  I think this one seems to be fine.
09:51:58  20    In English, it's translated as:
09:52:01  21              "Aleksey.  Hello.  I have a question
09:52:02  22    for you as a specialist.  I don't know if you
09:52:04  23    came across this article.  This is a great
09:52:08  24    scandal in the context of the American election
09:52:11  25    campaign.  The server is ostensibly registered
```

```
09:52:14   1   to Donald Trump's company.  It was operated in
09:52:16   2   some sort of secret communications with servers
09:52:19   3   of the Russian Alpha [sic] Bank.  Could you help
09:52:22   4   me sort out the technical details of what was
09:52:25   5   described here?"
09:52:27   6           Is that accurate?
09:52:32   7      A.   More or less.
09:52:33   8      Q.   Okay.
09:52:33   9           (Court reporter clarification.)
09:52:33  10           THE WITNESS:  More or less.  I don't --
09:52:34  11   can't say it word to word.
09:52:36  12      Q.   BY MR. SIEGEL:  Okay.  But the gist
09:52:38  13   of it is --
09:52:38  14      A.   Yes.
09:52:38  15      Q.   -- correct?
09:52:38  16      A.   Logic is --
09:52:40  17      Q.   Okay.  And then you respond, if you
09:52:45  18   go to page 98.
09:52:48  19      A.   Which?
09:52:49  20      Q.   Exhibit 1, page 98, and then Exhibit 2,
09:52:53  21   page 99.  We have it translated as:
09:53:05  22           "I found the data.  I write to you an
09:53:08  23   expert conclusion with my colleagues."
09:53:11  24           I'm guessing that that's a little --
09:53:13  25   maybe a little inaccurate.
```

```
09:53:15   1              Is -- is an "expert opinion" a more
09:53:18   2   accurate translation of the Russian?
09:53:21   3         A.   Well, if -- like, I can tell you what
09:53:23   4   this mean.
09:53:24   5         Q.   Uh-huh.
09:53:27   6         A.   I answer that we found data.  Because
09:53:30   7   he sent initially some information.  Right?
09:53:32   8              If you check the initial e-mail, he
09:53:33   9   sent us information about this article.  We
09:53:37  10   found some extra data which was available.  And,
09:53:39  11   actually, not even me who found.  Like, I appoint
09:53:43  12   some person who is a technical specialist in the
09:53:46  13   company and asked him to prepare report for us.
09:53:49  14   Or not for us, actually.  For Bloomberg.
09:53:50  15         Q.   Right.
09:53:51  16         A.   And they prepare report and we send
09:53:54  17   it.
09:53:54  18         Q.   Okay.  And just --
09:53:55  19              MR. SIEGEL:  I'll ask the interpreter,
09:53:56  20   was it -- this says:
09:53:58  21              "I write to you an expert conclusion
09:53:59  22   with my colleagues."
09:54:01  23              Do you think that's the --
09:54:01  24              THE INTERPRETER:  Yes.
09:54:01  25              MR. SIEGEL:  -- most accurate?
```

```
09:54:32   1        A.   He's a person in the company.  He
09:54:35   2   don't work now in the company.  He work before,
09:54:37   3   many years.  I think he work with us eight years
09:54:42   4   something.  And he was on different positions.
09:54:46   5   And even one -- I think one or two years he was --
09:54:50   6   manage a office in Singapore as well.  But then,
09:54:53   7   because of his girlfriend, he have to move to
09:54:56   8   Germany.  And he left the company.
09:54:58   9        Q.   Okay.  So was he in Singapore at the
09:55:01  10   time that you communicated with him?
09:55:03  11        A.   I don't think so.  I think he was in
09:55:05  12   Cyprus.
09:55:05  13        Q.   Okay.  And why did you ask him?  Why
09:55:10  14   was he the person that you sent this to?
09:55:14  15        A.   He's a good specialist and a very
09:55:17  16   proper -- I mean, he is doing everything, like,
09:55:19  17   really in details.
09:55:21  18        Q.   Okay.  And what did you understand
09:55:24  19   Mr. Bershidsky to be asking you for?
09:55:30  20        A.   Well, he asked us our opinion about
09:55:32  21   the article and what -- whether this is true
09:55:36  22   or not or what can be done.  And this --
09:55:37  23   that's it.  This is what I remember.
09:55:40  24        Q.   Okay.  I'm just curious.  Because,
09:55:42  25   as I read his e-mail, he's saying:  Can you
```

```
09:55:44   1    help me sort out the technical details?
09:55:47   2            You respond by saying:  We'll give
09:55:48   3    you an expert opinion.
09:55:49   4            Did you understand that that's what
09:55:51   5    he was asking for?
09:55:52   6        A.   Well, I don't understand details
09:55:54   7    myself.  I'm not so high specialist.  That's
09:55:58   8    why I give to somebody who's in the company
09:55:58   9    who is much more specialist than me to give
09:56:02   10   opinion about that.  Because I cannot give
09:56:04   11   opinion on such technical things.
09:56:05   12       Q.   Okay.  Why -- why did you decide
09:56:16   13   to give him an expert opinion?
09:56:19   14       A.   He asked.  Nothing can --
09:56:25   15           (Court reporter clarification.)
09:56:25   16           THE WITNESS:  Nothing can -- I mean,
09:56:25   17   we don't think about anything.  We just give
09:56:28   18   an expert opinion.
09:56:29   19       Q.   BY MR. SIEGEL:  Okay.  So let's
09:56:33   20   go through this e-mail chain.  It looks like
09:56:37   21   Mr. Bershidsky responds 11:17 on November 1st,
09:56:40   22   saying:
09:56:43   23           "Thanks."
09:56:43   24       A.   Where?  Where?  Which page?
09:56:45   25       Q.   Look in page 98 in the Russian, page
```

```
10:15:58   1              MR. GURVITS:  Objection.
10:16:01   2              THE WITNESS:  I don't remember.
10:16:02   3              MR. SIEGEL:  Okay.  Let's go to the
10:16:08   4    next e-mail in the chain, November 21st [sic]
10:16:10   5    at 12:21.  Mr. Bershidsky replies.
10:16:17   6              Could you translate that?
10:16:20   7              MR. GURVITS:  Where are we?
10:16:21   8              MR. SIEGEL:  November 21 [sic] at 12:21.
10:16:24   9              THE INTERPRETER:  (Reading/translating.)
10:16:24  10              "Yes, if I use your quotations -- I
10:16:28  11    still haven't written it -- I don't know how
10:16:31  12    this article will come out."
10:16:33  13              "How it will come out."
10:16:37  14              Sorry.
10:16:37  15              "How it will come out."
10:16:37  16              MR. SIEGEL:  Okay.  And then you --
10:16:40  17    Mr. Gubarev, you respond at 6:22:40.
10:16:44  18              Could you translate that sentence?
10:16:46  19              THE INTERPRETER:  (Reading/translating.)
10:16:47  20              "Excellent.  We are launch -- launching
10:16:49  21    a foundation or a fund together with Yuri Gursky
10:16:54  22    if the material is interesting."
10:16:57  23         Q.   BY MR. SIEGEL:  What is that talking
10:16:58  24    about?
10:16:59  25         A.   It's public information.  I -- I launch
```

```
10:17:02   1    a venture capital fund with the name Haxus.com
10:17:06   2    and together with my partner Yuri Gursky.
10:17:10   3         Q.   And what does that have to do with the --
10:17:12   4    what you're discussing with Mr. Bershidsky?
10:17:17   5         A.   Well, we launch a fund.  And we have
10:17:23   6    some companies within the fund who is looking --
10:17:27   7              (Court reporter clarification.)
10:17:27   8              THE WITNESS:  We have some companies
10:17:27   9    where we invest, like Prisma, which get the
10:17:32  10    attention of the media.  Like Prisma was very
10:17:36  11    big success.  Okay.  We ashame they don't publish
10:17:43  12    almost nothing about us in this story.  But we
10:17:46  13    have some other interesting project where we
10:17:46  14    invest.
10:17:47  15         Q.   BY MR. SIEGEL:  Okay.  So are --
10:17:47  16    are you saying that -- you're saying that if --
10:17:53  17    if we get our name in the media this way, that
10:17:56  18    might interest investors in my venture capital
10:18:01  19    fund?
10:18:01  20              Is that what you mean?
10:18:01  21         A.   Could you please --
10:18:02  22         Q.   Sure.
10:18:02  23         A.   -- rephrase?
10:18:03  24         Q.   Are you -- are you saying that you -- you
10:18:05  25    were commenting that if you are quoted -- right? --
```

| | | |
|---|---|---|
| 10:18:09 | 1 | in this article, that might make investors in your |
| 10:18:18 | 2 | new fund or potential investors more interested |
| 10:18:20 | 3 | in investing? |
| 10:18:21 | 4 | Is that what you're saying? |
| 10:18:23 | 5 | MR. GURVITS: Objection. |
| 10:18:23 | 6 | THE WITNESS: It's completely opposite, |
| 10:18:24 | 7 | actually. |
| 10:18:26 | 8 | Q.   BY MR. SIEGEL:  What? |
| 10:18:26 | 9 | A.   It's completely opposite. |
| 10:18:28 | 10 | Q.   All right.  Go ahead. |
| 10:18:29 | 11 | A.   Actually, he are writing that, if they |
| 10:18:31 | 12 | want to write separate material, completely about |
| 10:18:35 | 13 | different topic, about venture fund, and he would |
| 10:18:38 | 14 | be interested to write about that. |
| 10:18:40 | 15 | Q.   Okay.  Okay.  So you're asking him if |
| 10:18:41 | 16 | he might be interested in writing about that as |
| 10:18:45 | 17 | a separate topic? |
| 10:18:46 | 18 | A.   Completely separate. |
| 10:18:50 | 19 | Q.   Okay.  So then he responds at the top -- |
| 10:18:55 | 20 | the first e-mail at the top of the page in Russian. |
| 10:19:02 | 21 | THE INTERPRETER:  (Reading/translating.) |
| 10:19:02 | 22 | "It will be interesting when you invest |
| 10:19:04 | 23 | in some interesting projects.  By the way, how |
| 10:19:08 | 24 | should I describe Servers.com if I'm going to |
| 10:19:12 | 25 | quote?  Is it a company that does what?  And |

```
 1                  CERTIFICATE OF REPORTER
 2
 3           I, BRENDA MATZOV, CA CSR 9243, do hereby
 4   certify:
 5           That, prior to being examined, the witness
 6   named in the foregoing deposition was duly sworn
 7   by me to testify the truth, the whole truth, and
 8   nothing but the truth;
 9           That the foregoing deposition was taken
10   before me at the time and place herein set forth,
11   at which time the aforesaid proceedings were
12   stenographically recorded by me and thereafter
13   transcribed by me;
14           That the foregoing transcript, as
15   typed, is a true record of the said proceedings;
16           And I further certify that I am not
17   interested in the action.
18
19           Dated this 16th day of May, 2018.
20
21           _____
             BRENDA MATZOV, CA CSR 9243
22
23
24
25
```