# ANNEX
# 7

# Exhibit
# 44

## Certificate of Accuracy

I, Katsiaryna Vaitsiakhovich, hereby certify:

1. That I speak, read, and write both the **Russian** and the **English** languages fluently,

2. That I have made the attached translation of the below mentioned original document(s) from Russian into English and that the same is a true and complete translation to the best of my knowledge, ability and belief.  The formatting of the translation has been modified for ease of reading.

   3. Document names:

      The Communication Log Between Leonid Bershidsky and Alexey Gubarev On November 1, 2016

Signature: _____

By:     Katsiaryna Vaitsiakhovich

Date: September 12, 2018

# Translation

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

From: "Leonid Bershidsky (BLOOMBERG/ NEWSROOM:)" <lbershidsky@bloomberg.net>
To: alex@servers.com
Cc:
Bcc:
Date: Tue, 1 Nov 2016 10:21:06 -0000
Subject: [BULK] Re: [BULK] Re: Question

Yes, if I use your quotes. I haven`t written it yet, I do not know how it will turn out.

……………………………………………………………………………………………………

Sent from Bloomberg Professional for Android

----- Original Message -----
From: Alexey Gubarev <alex@servers.com>
At: 01-Nov-2016 06:19:51

Text if you need anything :)

Will there be a reference for us in the article? ;)

On Nov 1, 2016, at 12:18 PM, Leonid Bershidsky (BLOOMBERG/ NEWSROOM:)
<lbershidsky@bloomberg.net> wrote:

OK, thanks

……………………………………………………………………………………………………

Sent from Bloomberg Professional for Android

----- Original Message -----
From: Alexey Gubarev <ale x@servers.com>
At: 01-Nov-2016 06:14:09

----------------------------------------------------------------------------------------------------------
Here is what it's all about
Some of the most trusted DNS specialists—an elite group of malware hunters, who work for
private contractors—have access to nearly comprehensive logs of communication between
servers. They work in close concert with internet service providers, the networks through which
most of us connect to the internet, and the ones that are most vulnerable to massive attacks.
----------------------------------------------------------------------------------------------------------
we trust them trust them so much, so they can do anything they want
names in the article are not specified, who trusted whom)

On Nov 1, 2016, at 12:09 PM, Leonid Bershidsky (BLOOMBERG/NEWSROOM:)
<lbershidsky@bloomberg.net> wrote:

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

and all three do not look quite legal, do you mean that?

……………………………………………………………………………………………………
Sent from Bloomberg Professional for Android

----- Original Message -----
From: Alexey Gubarev <alex@servers.com>
At: 01-Nov-2016 06:06:55

There are three variants

There are at least three possibilities to get log of DNS queries:

1. access to the all traffic between "Trump" servers and Internet
2. access to the DNS resolvers for the "Trump" servers or to NS servers
3. access to the root DNS servers

**Vixie wrote central strands of the DNS code that makes the internet work. After studying the logs, he concluded, "The parties were communicating in a secretive fashion."**

Actually, here is a nice whitepaper about DNS tunneling from the SANS.
https://www.sans.org/reading-room/whitepapers/dns/detecting-dns-tunneling-34152

I suppose "secretive" channel can be detected based on logs. But here is another question HOW "security experts" got logs, if they sniff all traffic or they had access to resolvers/DNS root. It will affect a fullness of communication log

It is important that how can you trust logs at all if they had access to logs directly on the server:) they can be faked, or simulated DNS attack, as we have already written, it is very simple, you just need to find the server fucked up in Alfabank

On Nov 1, 2016, at 12:04 PM, Leonid Bershidsky (BLOOMBERG/ NEWSROOM:) <lbershidsky@bloomberg.net> wrote:

Thank you. that is the main question, if I correctly understood – how did they get access to logs?

……………………………………………………………………………………………………
Sent from Bloomberg Professional for Android

----- Original Message -----
From: Alexey Gubarev <alex@servers.com>
At: 01-Nov-2016 05:58:27

**Our opinion is that the story was far-fetched fuck**

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Some of the most trusted DNS specialists—an elite group of malware hunters, who work for private contractors—have access to nearly comprehensive logs of communication between servers. They work in close concert with internet service providers, the networks through which most of us connect to the internet, and the ones that are most vulnerable to massive attacks. To extend the traffic metaphor, these scientists have cameras posted on the internet's stoplights and overpasses.**

**But what he saw was a bank in Moscow that kept irregularly pinging a server registered to the Trump Organization on Fifth Avenue. More data was needed, so he began carefully keeping logs of the Trump server's DNS activity. As he collected the logs, he would circulate them in periodic batches to colleagues in the cybersecurity world.**

**since they work for firms trusted by corporations and law enforcement to analyze sensitive data.**

Is it means that somebody had full access to bypassing traffic to the "Trump" servers?

**"I've never seen a server set up like that," says Christopher Davis, who runs the cybersecurity firm HYAS InfoSec Inc. and won a FBI Director Award for Excellence for his work tracking down the authors of one of the world's nastiest botnet attacks. "It looked weird, and it didn't pass the sniff test." But now this capacious server handled a strangely small load of traffic, such a small load that it would be hard for a company to justify the expense and trouble it would take to maintain it. "I get more mail in a day than the server handled," Davis says.**

What was a sniff test? How they derermine an amount of traffic passed through servers? Are they got unauthorized access again?

**When the researchers pinged the server, they received error messages. They concluded that the server was set to accept only incoming communication from a very small handful of IP addresses.**

There is again questions to the security experts, isn't there a common practice to run a firewall on each server instance?

**Spectrum accounted for a relatively trivial portion of the traffic. Eighty-seven percent of the DNS lookups involved the two Alfa Bank servers.**

How they got this numbers (87% from what lookups?) Show the logs what you speaking about to the community and community will proof or decline your conclusions

There is at least three possibilities to get log of DNS queries:

1. access to the all traffic between "Trump" servers and Internet
2. access to the DNS resolvers for the "Trump" servers or to NS servers
3. access to the root DNS servers

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Vixie wrote central strands of the DNS code that makes the internet work. After studying the logs, he concluded, "The parties were communicating in a secretive fashion."**

Actually here is a nice whitepaper about DNS tunneling from the SANS. https://www.sans.org/readingroom/whitepapers/dns/detecting-dns-tunneling-34152

I suppose "secretive" channel can be detected based on logs. But here is another question HOW "security experts" got logs, if they sniff all traffic or they had access to resolvers/DNS root. It will affect a fullness of communication log

Moreover, IF logs is genuine, there is a two more possibilities:

1. Somebody run open DNS-resolver in "AlphaBank" network and accidentally this resolver was used for DNS resolving
2. Somebody run misconfigured DNS server in "AlphaBank" network and had been involved into DNS Amplification attack (https://www.uscert.gov/ncas/alerts/TA13-088A). Most likely in this scenario ANYBODY can create ANY request to ANY server in Internet

On Nov 1, 2016, at 11:17 AM, Leonid Bershidsky (BLOOMBERG/ NEWSROOM:) <lbershidsky@bloomberg.net> wrote:

Thank you!

……………………………………………………………………………………………………
Sent from Bloomberg Professional for Android

----- Original Message -----
From: Alexey Gubarev <alex@servers.com>
At: 01-Nov-2016 05:16:39

I found data, writing you expert conclusion for you with my colleagues

On Nov 1, 2016, at 9:42 AM, Leonid Bershidsky (BLOOMBERG/NEWSROOM:) <lbershidsky@bloomberg.net> wrote:

Alexey, Hello. I have a question for you as a specialist. I don`t know, if you came across this article
http://www.slate.com/articles/news_and_politics/cover_story/2016/10/was_a_server_registered_to_the_trump_organization_communicating_with_russia.html. it is a great scandal under American election campaign programme - ostensibly the server, was registered on Donald Trump`s company, it was involved in some secret communications with servers of Russian Alpha Bank. Could you help to me to sort out technical details of what is described here?

Thank you.
From respect,

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Leonid Bershidsky,
Bloomberg View

Sent from Bloomberg Professional for Android

Original

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

From: "Leonid Bershidsky (BLOOMBERG/ NEWSROOM:)" <lbershidsky@bloomberg.net>
To: alex@servers.com
Cc:
Bcc:
Date: Tue, 1 Nov 2016 10:21:06 -0000
Subject: [BULK] Re: [BULK] Re: Вопрос

да, если использую ваши цитаты. пока не написал еще, не знаю, как она сложится.

---

Sent from Bloomberg Professional for Android

----- Original Message -----
From: Alexey Gubarev <alex@servers.com>
At: 01-Nov-2016 06:19:51

Если что пиши :)

Ссылка на нас в статье будет? ;)

On Nov 1, 2016, at 12:18 PM, Leonid Bershidsky (BLOOMBERG/ NEWSROOM:)
<lbershidsky@bloomberg.net> wrote:

ок, спасибо

---

Sent from Bloomberg Professional for Android

----- Original Message -----
From: Alexey Gubarev <alex@servers.com>
At: 01-Nov-2016 06:14:09

тут вся соль

Some of the most trusted DNS specialists—an elite group of malware hunters, who work for
private contractors—have access to nearly comprehensive logs of communication between
servers. They work in close concert with internet service providers, the networks through
which most of us connect to the internet, and the ones that are most vulnerable to massive
attacks.

мы им так доверяем, так доверяем что им можно все
имена в статье не указаны, кто кому доверился)

On Nov 1, 2016, at 12:09 PM, Leonid Bershidsky (BLOOMBERG/
NEWSROOM:) <lbershidsky@bloomberg.net> wrote:

и все три выглядят не вполне законно, вы это имеете в виду?

---

Sent from Bloomberg Professional for Android

----- Original Message -----
From: Alexey Gubarev <alex@servers.com>

P-H000084

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

At: 01-Nov-2016 06:06:55

всего три варианта

There is at least three possibilities to get log of DNS queries:

1. access to the all traffic between "Trump" servers and Internet
2. access to the DNS resolvers for the "Trump" servers or to NS servers
3. access to the root DNS servers

**Vixie wrote central strands of the DNS code that makes the internet work. After studying the logs, he concluded, "The parties were communicating in a secretive fashion."**

Actually here is a nice whitepaper about DNS tunneling from the SANS.
https://www.sans.org/reading-room/whitepapers/dns/detecting-dns-tunneling-34152

I suppose "secretive" channel can be detected based on logs. But here is another question HOW "security experts" got logs, if they sniff all traffic or they had access to resolvers/DNS root. It will affect a fullness of communication log

Важное - если у них был доступ к logs прямо на сервере, насколько можно доверять логам вообще :)
их можно подделать, ну и симулировать  DNS атаку мы уже написали очень просто, достаточно найти сервер хуево настроенный в альфабанке

> On Nov 1, 2016, at 12:04 PM, Leonid Bershidsky (BLOOMBERG/ NEWSROOM:) <lbershidsky@bloomberg.net> wrote:
>
> спасибо. то есть главный вопрос, если я верно понял, -- как они получили доступ к логам?
>
> ------------------------------------------------------
>
> Sent from Bloomberg Professional for Android
>
>
> ----- Original Message -----
> From: Alexey Gubarev <alex@servers.com>
> At: 01-Nov-2016 05:58:27
>
> > **Наша мнение, история притянута за уши просто пиздец**
> >
> > **Some of the most trusted DNS specialists—an elite**

P-H000085

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**group of malware hunters, who work for private contractors—have access to nearly comprehensive logs of communication between servers. They work in close concert with internet service providers, the networks through which most of us connect to the internet, and the ones that are most vulnerable to massive attacks. To extend the traffic metaphor, these scientists have cameras posted on the internet's stoplights and overpasses.**

**But what he saw was a bank in Moscow that kept irregularly pinging a server registered to the Trump Organization on Fifth Avenue. More data was needed, so he began carefully keeping logs of the Trump server's DNS activity. As he collected the logs, he would circulate them in periodic batches to colleagues in the cybersecurity world.**

**since they work for firms trusted by corporations and law enforcement to analyze sensitive data.**

Is it means that somebody had full access to bypassing traffic to the "Trump" servers?

**"I've never seen a server set up like that,"** says **Christopher Davis, who runs the cybersecurity firm HYAS InfoSec Inc. and won a FBI Director Award for Excellence for his work tracking down the authors of one of the world's nastiest botnet attacks. "It looked weird, and it didn't pass the sniff test." But now this capacious server handled a strangely small load of traffic, such a small load that it would be hard for a company to justify the expense and trouble it would take to maintain it. "I get**

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**more mail in a day than the server handled," Davis says.**

What was a sniff test?
How they derermine an amount of traffic passed through servers? Are they got unauthorized access again?

**When the researchers pinged the server, they received error messages. They concluded that the server was set to accept only incoming communication from a very small handful of IP addresses.**

There is again questions to the security experts, isn't there a common practice to run a firewall on each server instance?

**Spectrum accounted for a relatively trivial portion of the traffic. Eighty-seven percent of the DNS lookups involved the two Alfa Bank servers.**

How they got this numbers (87% from what lookups?) Show the logs what you speaking about to the community and community will proof or decline your conclusions

There is at least three possibilities to get log of DNS queries:

1. access to the all traffic between "Trump" servers and Internet
2. access to the DNS resolvers for the "Trump" servers or to NS servers
3. access to the root DNS servers

**Vixie wrote central strands of the DNS code that makes the internet work. After studying the logs, he concluded, "The parties were communicating in a secretive fashion."**

P-H000087

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Actually here is a nice whitepaper about DNS tunneling from the SANS.
https://www.sans.org/reading-room/whitepapers/dns/detecting-dns-tunneling-34152

I suppose "secretive" channel can be detected based on logs. But here is another question HOW "security experts" got logs, if they sniff all traffic or they had access to resolvers/DNS root. It will affect a fullness of communication log

Moreover, IF logs is genuine, there is a two more possibilities:

1. Somebody run open DNS-resolver in "AlphaBank" network and accidentally this resolver was used for DNS resolving
2. Somebody run misconfigured DNS server in "AlphaBank" network and had been involved into DNS Amplification attack (https://www.us-cert.gov/ncas/alerts/TA13-088A). Most likely in this scenario ANYBODY can create ANY request to ANY server in Internet

On Nov 1, 2016, at 11:17 AM, Leonid Bershidsky (BLOOMBERG/NEWSROOM:) <lbershidsky@bloomberg.net> wrote:

Спасибо!

P-H000088

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Sent from
Bloomberg
Professional for
Android


----- Original
Message -----
From: Alexey
Gubarev
<alex@servers.com>
At: 01-Nov-
2016 05:16:39


Нашел
данные
пишу
тебе
экспертное
заключение
с
моими
сотрудниками


On
Nov
1,
2016,
at
9:42
AM,
Leonid
Bershidsky
(BLOOMBERG/
NEWSROOM:)
<lbershidsky@bloomberg.net>
wrote:

Алексей,

здравствуйте.

У

меня

к

вам

вопрос

как

к

специалисту.

P-H000089

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Не

знаю,

попадалась

ли

вам

на

глаза

вот

эта

статья

http://www.slate.com/articles/
news_and_politics/cover_story/
2016/10/was_a_server_
registered_to_the_trump_
organization_communicating_
with_russia.html.

Это

большой

скандал

в

рамках

американской

предвыборной

кампании

-

-

якобы

сервер,

зарегрстрированный

на

компанию

Дональда

Трампа,

был

P-H000090

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

задействован

в

какой-
то

секретной

коммуникации

с

серверами

российского

Альфа

Банка.

вы

не

могли

бы

помочь

мне

разобраться

в

технических

деталях

того,

что

здесь

описано?
Спасибо.
С

уважением,
Леонид

Бершидский,
Bloomberg

View

P-H000091

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Sent

from

Bloomberg

Professional

for

Android

P-H000092