# ANNEX 8

# Exhibit 49

```
 1
 2        IN THE UNITED STATES DISTRICT COURT
 3           SOUTHERN DISTRICT OF FLORIDA
 4
 5   ALEKSEJ GUBAREV, XBT HOLDING    )Case No.
     S.A., AND WEBZILLA, INC.,       )17-CV-60426-
 6                                   )UU
              Plaintiffs,            )
 7                                   )
              vs.                    )
 8                                   )
     BUZZFEED, INC. AND BEN          )
 9   SMITH,                          )
                                     )
10            Defendants.            )
     --------------------------------)
11
12
13            DEPOSITION OF BENJAMIN SMITH
14                  New York, New York
15             Thursday, February 8, 2018
16
17
18
19
20
21
22
23
24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. J1400363
```



BENJAMIN SMITH  Confidential                                February 08, 2018
GUBAREV vs BUZZFEED                                                          5

```
 1
 2   B E N J A M I N   S M I T H, called as a
 3      witness, having been duly sworn by a
 4      notary public, was examined and testified
 5      as follows:
 6                   EXAMINATION
 7   BY MR. FRAY-WITZER:
 8       Q.   Good morning.
 9       A.   Good morning.
10       Q.   Let me start by asking you if you
11   have ever been deposed before.
12       A.   No, I haven't.
13       Q.   Okay.  So I'm going to lay out for
14   you some of the ground rules of a deposition.
15            The first thing is that I will ask
16   you a series of questions.  Hopefully you'll
17   give a series of answers.  All of your
18   answers need to be verbal so head nods,
19   um-hums, uh-uhs, can't be recorded accurately
20   by the transcriptionist, so I would ask that
21   if you're giving an answer -- yes-or-no
22   answer that you say "yes" or "no"; if it's a
23   longer answer, that you give your longer
24   answer but your answers be verbal.
25            Is that okay?
```



800.211.DEPO (3376)
EsquireSolutions.com

BENJAMIN SMITH  Confidential
GUBAREV vs BUZZFEED
February 08, 2018
15

```
 1                    Smith
 2       Q.   Did you obtain a blog for Politico?
 3       A.   Yes.
 4       Q.   Did you consider your blog to be
 5  straight news, opinion, or a mixture of the
 6  two?
 7       A.   Straight news.
 8       Q.   How long did you stay at Politico?
 9       A.   Five years.
10       Q.   And following Politico, where did
11  you go?
12       A.   To BuzzFeed.
13       Q.   And that was 2014; is that correct?
14       A.   No.
15       Q.   2015?
16       A.   No.
17       Q.   When did you go to BuzzFeed?
18       A.   2012.
19       Q.   What made you decide to leave
20  Politico for BuzzFeed?
21       A.   The job seemed interesting and
22  challenging.
23       Q.   What was the job?
24       A.   To be editor-in-chief.
25       Q.   Is that your title today?
```



```
 1                      Smith
 2        A.    Yes.
 3        Q.    If you could explain broadly what
 4   that job entails.
 5        A.    Now or in 2012?
 6        Q.    Let's do both actually.  In 2012,
 7   what did that entail?
 8        A.    In 2012 it involved hiring
 9   reporters and covering the presidential
10   campaign of 2012 as well as other topics, and
11   overseeing the existing BuzzFeed
12   entertainment side as well.
13        Q.    And has your role with BuzzFeed
14   developed or changed in some way between then
15   and now?
16        A.    Yes.
17        Q.    In what ways has it changed?
18        A.    Could you be more specific?  I
19   could talk for hours.
20        Q.    Well, you've told us broadly what
21   the job entailed in 2012.  What does the job
22   entail today?
23        A.    I manage a team of reporters and
24   editors and support staff covering news
25   around the world and I no longer -- and as
```



```
 1              CONFIDENTIAL - Smith
 2            MR. BLACK:  Those would be
 3       privileged.
 4   BY MR. FRAY-WITZER:
 5       Q.   And yet to the extent there are
 6   conversations that you had that don't involve
 7   your attorneys, were there efforts to verify
 8   or disprove those allegations?
 9       A.   Not that I personally specifically
10   remember.
11       Q.   When you received a copy of the
12   dossier did you read the entire thing?
13       A.   Yes.
14       Q.   Did you have any knowledge prior to
15   receiving the dossier who Aleksej Gubarev
16   was?
17       A.   No.
18       Q.   Had you ever heard of Webzilla?
19       A.   No.
20       Q.   Had you ever heard of XBT?
21       A.   No.
22       Q.   I think you testified that after
23   receiving the dossier there was a discussion
24   or a number of discussions about reporters
25   attempting to verify or disprove certain
```



```
 1
 2              C E R T I F I C A T E
 3   STATE OF NEW YORK     )
 4                         : ss.
 5   COUNTY OF NEW YORK    )
 6
 7          I, TAMI H. TAKAHASHI, a Notary
 8     Public within and for the State of New
 9     York, do hereby certify:
10          That BENJAMIN SMITH, the witness
11     whose deposition is hereinbefore set
12     forth, was duly sworn by me and that
13     such deposition is a true record of the
14     testimony given by the witness.
15          I further certify that I am not
16     related to any of the parties to this
17     action by blood or marriage, and that I
18     am in no way interested in the outcome
19     of this matter.
20          IN WITNESS WHEREOF, I have hereunto
21     set my hand this 13th day of February
22     2018.
23
24     _____
25          TAMI H. TAKAHASHI
```

