# ANNEX
# 9

# Exhibit 50

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                    MIAMI DIVISION


 3


 4   ALEKSEJ GUBAREV, XBT      :
     HOLDING S.A., and         :
 5   WEBZILLA, INC.,           :
                               :
 6        Plaintiffs,          : Case No:
                               : 1:17-cv-60426-UU
 7   v.                        :
                               :
 8   BUZZFEED, INC., and       :
     BEN SMITH,                :
 9                             :
          Defendants.          :

10


11


12             **CONFIDENTIAL**

13      DEPOSITION OF ANTHONY J. FERRANTE


14


15          Friday, July 27, 2018


16             10:20 a.m.


17


18          Davis Wright Tremaine
        1919 Pennsylvania Avenue, N.W.
19             Washington, D.C.


20


21     Terry L. Bradley, Court Reporter


22
```



```
 1              P R O C E E D I N G S

 2

 3              ANTHONY J. FERRANTE

 4    having been first duly sworn, testified as

 5    follows:

 6

 7                    EXAMINATION

 8  BY MR. FRAY-WITZER:

 9      Q.    Good morning.

10      A.    Good morning.

11      Q.    Would you please state your name for

12  the record.

13      A.    Anthony Ferrante.

14      Q.    And Mr. Ferrante, can you tell me,

15  have you ever been deposed before?

16      A.    I have not.

17      Q.    So the ground rules are pretty

18  simple, I think.  I'll try and ask you a series

19  of questions, you'll get a chance to answer.

20  If I ask you a question and you respond to it,

21  I will assume that you understood the question.

22  Is that fair?
```



1        Q.     And for whom are you employed?

2        A.     FTI Consulting.

3        Q.     And what is FTI Consulting?

4        A.     It's a business consulting firm.  A

5    global business consulting firm, headquartered

6    here in Washington, D.C.

7        Q.     And what types of consulting does

8    FTI do?

9        A.     They do a myriad of business

10   consulting services, professional service,

11   around the globe.  29 countries.

12       Q.     And more specifically, what services

13   do you perform for FTI?

14       A.     I lead the global cyber security

15   practice at FTI.

16       Q.     And what does the global cyber

17   security practice do?

18       A.     We offer services to our clients,

19   ranging from proactive cyber security services

20   through reactive cyber security services,

21   breach response, for example, defense

22   compliance, for example, complex cyber



```
 1   BuzzFeed to conduct the investigation that

 2   you're describing, did you have any

 3   preconceived notions about any of the

 4   plaintiffs in this case?

 5        A.    No.

 6        Q.    Had you'd heard of Aleks Gubarev

 7   before being retained by BuzzFeed?

 8        A.    I'm sorry.  Can you repeat that.

 9        Q.    Had you heard of Aleks Gubarev

10   before being retained by BuzzFeed?

11        A.    I'd heard of him as an individual.

12        Q.    And in what context had you heard of

13   him?

14        A.    I just remember hearing of him prior

15   to being retained, just in media reporting.

16        Q.    And when you say "media reporting",

17   are you talking about reporting on the Steele

18   dossier?

19        A.    Don't recall.

20        Q.    Did you have --

21              What was your understanding of Aleks

22   Gubarev as an individual prior to starting
```



1  this?

2      A.    I had no opinion.

3      Q.    Had you heard of XBT Holdings prior

4  to being retained by BuzzFeed?

5      A.    I did not.

6      Q.    Had you heard of Webzilla prior to

7  being retained by BuzzFeed?

8      A.    I did not.

9      Q.    Did BuzzFeed provide you with any

10 materials for you to look at or consider in

11 connection with your assignment?

12     A.    They did not.

13     Q.    They didn't provide you with any

14 documents?

15     A.    They did not, prior to my being

16 retained of course.  Once I was retained and we

17 started working the case, of course we started

18 to collaborate on the case.

19     Q.    So, I'm sorry.  Let me re-ask the

20 question then.

21     A.    Sure.

22     Q.    After you were retained by BuzzFeed



800.211.DEPO (3376)
EsquireSolutions.com

1                    CERTIFICATE OF NOTARY PUBLIC

2              I, Terry L. Bradley, the officer before

3      whom the foregoing deposition was taken, do

4      hereby certify that the witness whose testimony

5      appears in the foregoing deposition was duly

6      sworn by me; that the testimony of said witness

7      was taken by me in shorthand and thereafter

8      reduced to computerized transcription under my

9      direction; that said deposition is a true

10     record of the testimony given by said witness;

11     that I am neither counsel for, related to, nor

12     employed by any of the parties to the action in

13     which this deposition was taken; and further,

14     that I am not a relative or employee of any

15     attorney or counsel employed by the parties

16     hereto, nor financially or otherwise interested

17     in the outcome of the action.

18     _____

19     Notary Public in and for
       the District of Columbia

20

       My Commission expires:  April 30, 2022

21

22

