# ANNEX 10

# Exhibit 61

## Re: Fwiw

From:

"Tapper, Jake" <jake.tapper@turner.com>

To:

Ben Smith <ben@buzzfeed.com>

Date:

Tue, 10 Jan 2017 23:58:55 +0000

I think your move makes the story less serious and credible
I think you damaged its impact

On Jan 10, 2017, at 6:56 PM, Ben Smith <ben@buzzfeed.com> wrote:

> Because we do not know 100%!
>
> I think we changed that language to be clearer.
>
> On Tue, Jan 10, 2017 at 6:50 PM Tapper, Jake <Jake.Tapper@turner.com> wrote:
>
>> Then why are you saying he "claims" to be a former agent?
>>
>> On Jan 10, 2017, at 6:46 PM, Ben Smith <ben@buzzfeed.com> wrote:
>>
>>> Of course we do. There is not an official list of former U.K. intelligence agents or a named source confirming he is a former U.K. Intel agent!

CONFIDENTIAL
BuzzFeed_007839