# ANNEX 11

# Exhibit
# 62

# Re: Fwiw

**From:**

"Tapper, Jake" <jake.tapper@turner.com>

**To:**

Ben Smith <ben@buzzfeed.com>

**Date:**

Wed, 11 Jan 2017 00:10:42 +0000

Because we've been reporting this for weeks and have talked to dozens of people
We didn't just get a document and throw it up online

On Jan 10, 2017, at 7:09 PM, Ben Smith <ben@buzzfeed.com> wrote:

> how do you know he's a former agent? it's slightly awk phrasing and we're changing (or changed I think?) but we're just saying , "we have not infact confirmed w British intelligence agencies that he worked for them, though that's widely understood to be the case by everyone involved"
>
> ---
> Ben Smith
> @buzzfeedben
> cell: 646 369 3687
> PGP: 3DB3 BF94 407C 26D0 789E  D5F4 E71F F1F5 D826 3929
>
> On Tue, Jan 10, 2017 at 6:50 PM, Tapper, Jake <Jake.Tapper@turner.com> wrote:
>> Then why are you saying he "claims" to be a former agent?
>>
>> On Jan 10, 2017, at 6:46 PM, Ben Smith <ben@buzzfeed.com> wrote:
>>
>>> Of course we do. There is not an official list of former U.K. intelligence agents or a named source confirming he is a former U.K. Intel agent!
>>>
>>> On Tue, Jan 10, 2017 at 6:44 PM Tapper, Jake <Jake.Tapper@turner.com> wrote:
>>>
>>>> Collegiality wise it was you stepping on my dick
>>>>
>>>> You could have waited til morning

CONFIDENTIAL

BuzzFeed_007836

Professionally this is unverified info

Your guys unlike us don't even seem to know who the former agent it

On Jan 10, 2017, at 6:39 PM, Ben Smith <ben@buzzfeed.com> wrote:

It was not an easy call. But I don't see a strong reason you and I and John McCain should be talking about this -- and the CIA aggregating it -- and not sharing it with readers.

How uncollegial? We credited you. It was a good story.

On Tue, Jan 10, 2017 at 6:36 PM Tapper, Jake <Jake.Tapper@turner.com> wrote:

That was pretty uncollegial

Not to mention irresponsible

CONFIDENTIAL

BuzzFeed_007837

No one has verified this stuff

CONFIDENTIAL

BuzzFeed_007838