# ANNEX 14

# Exhibit 76

# In the Matter Of:

## GUBAREV vs BUZZFEED

17-CV-60426-UU

# BENJAMIN SMITH

*February 08, 2018*

*Confidential*



800.211.DEPO (3376)
EsquireSolutions.com

BENJAMIN SMITH  Confidential
GUBAREV vs BUZZFEED
February 08, 2018
1

```
 1

 2      IN THE UNITED STATES DISTRICT COURT

 3         SOUTHERN DISTRICT OF FLORIDA

 4

 5   ALEKSEJ GUBAREV, XBT HOLDING   )Case No.
     S.A., AND WEBZILLA, INC.,      )17-CV-60426-
 6                                  )UU
               Plaintiffs,          )
 7                                  )
            vs.                     )
 8                                  )
     BUZZFEED, INC. AND BEN         )
 9   SMITH,                         )
                                    )
10             Defendants.          )
     -------------------------------)
11

12

13         DEPOSITION OF BENJAMIN SMITH

14              New York, New York

15         Thursday, February 8, 2018

16

17

18

19

20

21

22

23

24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. J1400363
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1
 2   B E N J A M I N   S M I T H, called as a
 3      witness, having been duly sworn by a
 4      notary public, was examined and testified
 5      as follows:
 6                    EXAMINATION
 7   BY MR. FRAY-WITZER:
 8        Q.   Good morning.
 9        A.   Good morning.
10        Q.   Let me start by asking you if you
11   have ever been deposed before.
12        A.   No, I haven't.
13        Q.   Okay.  So I'm going to lay out for
14   you some of the ground rules of a deposition.
15             The first thing is that I will ask
16   you a series of questions.  Hopefully you'll
17   give a series of answers.  All of your
18   answers need to be verbal so head nods,
19   um-hums, uh-uhs, can't be recorded accurately
20   by the transcriptionist, so I would ask that
21   if you're giving an answer -- yes-or-no
22   answer that you say "yes" or "no"; if it's a
23   longer answer, that you give your longer
24   answer but your answers be verbal.
25             Is that okay?
```



```
 1                CONFIDENTIAL - Smith
 2         page 1.
 3   BY MR. FRAY-WITZER:
 4         Q.   So as part of one of your answers
 5   here you stated, "I do think before you
 6   publish something, at least, you should not
 7   surprise people.  And we have a practice here
 8   of writing what we call a 'no surprises'
 9   letter to the subject of an investigation
10   that lays out in great, great detail what's
11   in a story.  And then you make sure you slip
12   that under their door, you mail it to them,
13   you e-mail it to them, you send it to their
14   lawyer.  It often adds to your reporting.
15   There's no reason that the subject of a story
16   should be surprised.  Maybe there's
17   occasionally a reason, but in most cases,
18   there isn't a reason, and you should test
19   your stronger reporting against their
20   response before you publish, not after."
21              Did I read that correctly?
22         A.   Yes.
23         Q.   Was it accurately reported that you
24   said that?
25         A.   Yes.
```



```
 1                CONFIDENTIAL - Smith
 2        Q.   Do you know if you reached out to
 3   any of them prior to the publication of the
 4   dossier?
 5        A.   I don't remember reaching out to
 6   any of them about -- specifically about the
 7   dossier prior to the publication of the
 8   dossier.
 9        Q.   Prior to the publication of the
10   dossier did BuzzFeed consider the impact that
11   publication would have on its Web traffic?
12        A.   Yes.
13        Q.   In what way did you consider that?
14        A.   We knew a lot of people would want
15   to read it because it was a very important
16   story.
17        Q.   And a lot of people did want to
18   read it; is that correct?
19        A.   Yes.
20        Q.   How does the story concerning the
21   dossier and the publication of the dossier,
22   how was the traffic for that story compared
23   to other stories run by BuzzFeed?
24        A.   It was one of our most-read stories
25   of the year.
```



```
 1                CONFIDENTIAL - Smith
 2        Q.   Was it one of the most-read stories
 3   since you joined BuzzFeed?
 4        A.   Yes.
 5        Q.   Having widely-read stories is
 6   valuable to BuzzFeed; is that correct?
 7        A.   Yes.
 8        Q.   Having widely-read stories
 9   increases your ability to sell space to
10   advertisers; is that correct?
11        A.   Yes.
12        Q.   There's a direct financial benefit
13   to BuzzFeed in having well-read stories; is
14   that correct?
15        A.   Yes.
16             (The witness was handed a
17        document.)
18             THE WITNESS:   Thank you.
19   BY MR. FRAY-WITZER:
20        Q.   So you're being shown what was
21   marked yesterday as Exhibit 6.
22        A.   Yes.
23        Q.   And can you tell me if you
24   recognize this exhibit?
25        A.   Yes.
```



```
 1              CONFIDENTIAL - Smith
 2   conversation with him about that specific
 3   point.
 4        Q.   Was there a reason that the
 5   publication of the dossier couldn't have
 6   waited a short amount of time?
 7        A.   Well, it did wait a short amount of
 8   time.
 9        Q.   Well, CNN published and within at
10   most an hour BuzzFeed published the entire
11   dossier.
12        A.   Yeah.
13        Q.   Why not wait until the next
14   morning?
15        A.   It was an incredibly important
16   story that was the central story in the
17   United States of America, where Americans had
18   learned of the existence of this incredibly
19   important document that had been briefed to
20   two presidents, and we felt that our
21   obligation was to report -- to fill out that
22   story to tell people what's going on.
23        Q.   You didn't want to be scooped?
24        A.   No, I don't want to be scooped.  Do
25   you mean in that context specifically?
```



```
 1                 CONFIDENTIAL - Smith
 2        Q.   Yeah.
 3        A.   Sorry.  Just rephrase the question.
 4        Q.   Was one of your concerns that you
 5   didn't want to be scooped on the publication
 6   of the dossier?
 7        A.   Yes.
 8        Q.   Next question in the e-mail reads,
 9   "What is, according to you, the difference
10   between publishing the Trump report without
11   verifying it, and publishing a rumor well
12   known in the circles of power?"
13             What is your response to that
14   question?
15        A.   Well, the dossier had been briefed
16   to the president of the United States, to the
17   president-elect of the United States, was
18   being taken seriously by the high -- most
19   important figures in the American
20   intelligence and law enforcement communities
21   and was affecting the actions of key American
22   officials.  So that's the difference.
23        Q.   She asks or someone on BuzzFeed
24   France asks, "Did you think about the
25   consequences this decision would have on
```



```
 1                CONFIDENTIAL - Smith
 2          MR. FRAY-WITZER:  I have no further
 3     questions.
 4          MR. BLACK:  Okay.
 5          MR. SIEGEL:  Okay.
 6          (Time noted:  3:04 p.m.)
 7
 8
 9                    _____
10                    BENJAMIN SMITH
11
12  Subscribed and sworn to before me
13  this____ day of _____, 2018.
14
15  _____
16
17
18
19
20
21
22
23
24
25
```



```
 1
 2            C E R T I F I C A T E
 3   STATE OF NEW YORK    )
 4                        : ss.
 5   COUNTY OF NEW YORK   )
 6
 7          I, TAMI H. TAKAHASHI, a Notary
 8      Public within and for the State of New
 9      York, do hereby certify:
10          That BENJAMIN SMITH, the witness
11      whose deposition is hereinbefore set
12      forth, was duly sworn by me and that
13      such deposition is a true record of the
14      testimony given by the witness.
15          I further certify that I am not
16      related to any of the parties to this
17      action by blood or marriage, and that I
18      am in no way interested in the outcome
19      of this matter.
20          IN WITNESS WHEREOF, I have hereunto
21      set my hand this 13th day of February
22      2018.
23
                    
24          _____
25                    TAMI H. TAKAHASHI
```

```
 1            DEPOSITION ERRATA SHEET
 2
 3   Our Assignment No.:  J1400363
 4   Case Caption:  Gubarev v. BuzzFeed
 5
 6       DECLARATION UNDER PENALTY OF PERJURY
 7
 8            I declare under penalty of perjury
 9   that I have read the entire transcript of my
10   Deposition taken in the captioned matter or
11   the same has been read to me, and the same is
12   true and accurate, save and except for
13   changes and/or corrections, if any, as
14   indicated by me on the DEPOSITION ERRATA
15   SHEET hereof, with the understanding that I
16   offer these changes as if still under oath.
17                           _____
18                            BENJAMIN SMITH
19   Subscribed and sworn to on the ____ day of
20   _____, 20 ____ before me.
21   _____
22   Notary Public,
23   in and for the State of
24   _____.
25
```

