# ANNEX 18

# Exhibit 81

# Ballard Spahr LLP

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Charles D. Tobin
Tel: 202.661.2218
Fax: 202.661.2299
tobinc@ballardspahr.com

July 12, 2018

*Via E-Mail (evan@cfwlegal.com)*

Evan Fray-Witzer, Esq.
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505

Re:   Subpoena to Turner Broadcasting Systems, Inc., d/b/a/ CNN
      *Aleksej Gubarev, et al. v. Buzzfeed, Inc. et al.*
      Case No. 17-cv-60426

Dear Mr. Fray-Witzer:

As you know, we represent Turner Broadcasting Systems, Inc. ("TBS") and Cable News Network, Inc. ("CNN"), in connection with the records subpoena you served, on behalf of the plaintiffs, on TBS in this matter on June 8, 2018.

To confirm the discussions you and I have had, our clients will withdraw the objections we served, in reliance on your representation that the plaintiffs have agreed:

- To narrow the subpoena to documents reflecting (1) the number of clicks from the BuzzFeed article to the CNN article for the time period January 10, 2017 – February 10, 2017; and (2) number of clicks from the BuzzFeed article to the CNN article from January 10, 2017 – present day;
- To not subpoena TBS or CNN again in this case.

Enclosed please find documents Bates stamped CNN_000001 and CNN_000002, which provide the information responsive to your narrowed request. Note that we have marked the documents "Confidential" pursuant to the parties' Amended Confidentiality Stipulation and Protective Order entered by the Court on December 8, 2017.

Thank you for your cooperation in our discussions.

Very truly yours,

*Charles D. Tobin /RTW*

Charles D. Tobin

CDT/rtw

Enclosures

CONFIDENTIAL

# Entry Pages Report

Report Suite: CNN - ADBP Production (5/31/2011)
Date: Tue. 10 Jan. 2017 - Fri. 10 Feb. 2017
Segment: Buzzfeed referrals

| | |
|---|---|
| Report Type: Ranked | Compare to Report Suite: None |
| Selected Metrics: Entries | Compare to Segment: None |
| Broken Down by: None | Item Filter: None |
| Data Filter: (advanced filter...) | Percent Shown as: Number |



Entry Pages Report | Buzzfeed referrals | Tue. 10 Jan. 2017 - Fri. 10 Feb. 2017 | Graph generated by Adobe Analytics at 10:27 AM EDT, 11 Jul 2018

| Entry Pages | Entries | |
|---|---:|---:|
| 1. cnn:c:/2017/01/10/politics/donald-trump-intelligence-report-russia/ | 20,671 | 100.0% |
| Total | 20,671 | |

Adobe® Experience Cloud

Page 1

CNN_000001

# Entry Pages Report

Report Suite: CNN - ADBP Production (5/31/2011)
Date: Tue. 10 Jan. 2017 - Thu. 28 Jun. 2018
Segment: Buzzfeed referrals

| Report Type: Ranked | Compare to Report Suite: None |
| --- | --- |
| Selected Metrics: Entries | Compare to Segment: None |
| Broken Down by: None | Item Filter: None |
| Data Filter: (advanced filter...) | Percent Shown as: Number |



Entry Pages Report | Buzzfeed referrals | Tue. 10 Jan. 2017 - Thu. 28 Jun. 2018 | Graph generated by Adobe Analytics at 10:38 AM EDT, 11 Jul 2018

| Entry Pages | Entries | |
| --- | --- | --- |
| 1. cnn:c:/2017/01/10/politics/donald-trump-intelligence-report-russia/ | 21,889 | 100.0% |
| Total | 21,889 | |

Adobe® Experience Cloud

Page 1

CNN_000002