# ANNEX 19

# Exhibit 85

| | |
|---|---|
| Message | |
| **From:** | Ben Smith [ben@buzzfeed.com] |
| **Sent:** | 1/10/2017 7:25:10 PM |
| **To:** | news@buzzfeed.com |
| **CC:** | Purple Team [purple@buzzfeed.com]; Headsup [headsup@buzzfeed.com] |
| **Subject:** | Publishing the Trump report |

As you have probably seen, this evening we published a secret dossier making explosive and unverified allegations about Donald Trump and Russia. I wanted to briefly explain to you how we made the decision to publish it.

We published the dossier, which Ken Bensinger obtained through his characteristically ferocious reporting, so that, as we wrote, "Americans can make up their own minds about allegations about the president-elect that have circulated at the highest levels of the US government."

Our presumption is to be transparent in our journalism and to share what we have with our readers. We have always erred on the side of publishing. In this case, the document was in wide circulation at the highest levels of American government and media. It seems to lie behind a set of vague allegations from the Senate Majority Leader to the director of the FBI and a report that intelligence agencies have delivered to the president and president-elect.

As we noted in our story, there is serious reason to doubt the allegations. We have been chasing specific claims in this document for weeks, and will continue to.

Publishing this document was not an easy or simple call, and people of good will may disagree with our choice. But publishing this dossier reflects how we see the job of reporters in 2017.

Ben



CONFIDENTIAL                                                                                           BuzzFeed_004051