# ANNEX 20

# Exhibit 86

```
 1               UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF FLORIDA

 3                      MIAMI DIVISION

 4

 5   _____

 6   IN RE THIRD PARTY SUBPOENA TO   |   Case No.

 7   FUSION GPS                      |   0 18-mc-60528-UU

 8   _____|

 9   ALEKSEJ GUBAREV,                |

10   XBT HOLDING S.A. and            |

11   WEBZILLA, INC.                  |   Case No.

12        Plaintiffs,                |   0 17-cv-60426-UU

13   -v-                             |

14   BUZZFEED, INC., and             |

15   BEN SMITH                       |

16        Defendants.                |

17   _____|

18

19

20

21
```



```
 1              MR. LEVY:  Josh Levy for the deponent.
 2              MS. CLATTENBURG:  Rachel Clattenburg for the
 3   deponent.
 4              THE VIDEOGRAPHER:  Will the court reporter
 5   please swear in the witness?
 6   Whereupon,
 7                    Peter R. Fritsch,
 8   a witness of lawful age, after being duly sworn to
 9   tell the truth, the whole truth and nothing but the
10   truth, testified as follows:
11                       EXAMINATION:
12   BY MR. FRAY-WITZER:
13       Q.   Good morning.
14       A.   Good morning.
15       Q.   I'm Evan Fray-Witzer.  I represent the
16   plaintiffs in this matter.
17            If you wouldn't mind, please, first telling
18   us your name for the record?
19       A.   Sure.  It's Peter R. Fritsch, and that's
20   F-R-I-T-S-C-H.
21       Q.   Thank you.
```



```
 1             MR. LEVY:  At what time?
 2   BY MR. FRAY-WITZER:
 3        Q.   At any time.
 4        A.   At any time?
 5        Q.   At any time.
 6        A.   Yes.
 7        Q.   What conversations did Fusion have with the
 8   Department of Justice concerning the pre-election
 9   memos?
10        A.   We recall a meeting between Glenn Simpson
11   and Bruce Ohr, that's O-H-R, which took place at Mr.
12   Steele's request for the purpose of transmitting to
13   Mr. Ohr a copy of these pre-election memoranda.
14             That would have taken place after the
15   election.
16        Q.   On what date?
17        A.   I don't recall the specific date.  I think
18   it was late November.
19        Q.   And did Mr. Simpson provide Mr. Ohr with a
20   copy of the pre-election memo?
21        A.   Yes.  Again, at Mr. Steele's request and for
```



```
 1   the purpose of reporting what Mr. Steele believed to

 2   be a crime to a law enforcement official, one in

 3   progress I should say.

 4        Q.   You said that the provision of the

 5   pre-election memos to Bruce Ohr was at Mr. Steele's

 6   request.  What specifically did Mr. Steele say in

 7   connection with that request?

 8        A.   Could you please arrange to meet with Bruce

 9   Ohr and give him a copy of the pre-election

10   memorandum.

11        Q.   Did he say anything else?

12        A.   No.  Other than -- and I don't know if this

13   was in this conversation or another -- Mr. Steele had

14   a longstanding relationship with Mr. Ohr.  Mr. Ohr, I

15   think is currently or most recently attached to

16   counter-narcotics efforts.

17             But for many years he was involved in Russia

18   matters and transnational crime.

19             So he was known to Mr. Steele.

20        Q.   I believe you testified -- and, again,

21   correct me if I'm wrong, that one of the topics of
```



```
 1   with the December memo after he provided it to you?
 2        A.   Again, as I think I testified or I hope I
 3   testified, his goal in sending us this memorandum was
 4   to supplement our understanding of the work.  But more
 5   importantly to make a report or to have this
 6   information shared with relevant, competent government
 7   investigative authorities.
 8        Q.   ███████████████████████████████████████████
     ████████████████████████████████████████████████████
     ████████████████████████████
     ████████████████
12        Q.   Did Mr. Steele ask Fusion to provide the
13   December memo to anyone other than ██████████?
14        A.   Our recollection is that we may have also
15   given it to Mr. Ohr.
16        Q.   Do you know when Fusion might have given the
17   memo to Mr. Ohr?
18        A.   I don't recall that.
19        Q.   Do you know for certain whether or not
20   Fusion did or did not give the memo to Mr. Ohr?
21        A.   I'm trying to remember and I just don't
```



1    recall.  I believe we did.
2         Q.   Was there a meeting with Mr. Ohr subsequent
3    to the meeting that you had described earlier today?
4         A.   There may have been but we don't recall one.
5         Q.   How would Fusion have provided the memo to
6    Mr. Ohr if there was no meeting?
7         A.   I don't think we would have.
8         Q.   The meeting that you described earlier was
9    before December 13th, 2016.  Is that correct?
10        A.   That's correct.
11        Q.   And so I guess I'm confused.  If the only
12   way that you would have provided the document to Mr.
13   Ohr if you did was in a meeting and there was no
14   meeting after the first meeting, how would you have
15   provided the document to Mr. Ohr?
16        A.   I'm sorry.  I'm just -- we're not able to
17   recall a subsequent meeting.  There may have been.
18        Q.   So Fusion -- and this is fine, but Fusion
19   doesn't know one way or another whether or not there
20   was a meeting and whether or not the document was
21   provided to Mr. Ohr?



```
 1              MR. SIEGEL:  Objection.
 2              MR. LEVY:  Asked and answered, object --
 3   objection.
 4              THE WITNESS:  Right.
 5   BY MR. FRAY-WITZER:
 6        Q.   Did --
 7        A.   I don't dispute that if it would have been
 8   we would have done that.
 9        Q.   But you don't know if you did?
10        A.   I don't recall.
11        Q.   Did Fusion provide the December memo either
12   on its own or as part of the dossier to any media
13   outlets?
14        A.   The December 13th memo?
15        Q.   Yes.
16              MR. LEVY:  Before publication of the
17   dossier?
18              MR. FRAY-WITZER:  Before January 10th, 2017.
19              THE WITNESS:  No. We don't believe so.
20   BY MR. FRAY-WITZER:
21              ████████████████████████████████████████
```



```
 1              REPORTER'S CERTIFICATE

 2              District of Columbia

 3              County of Washington, to wit:

 4              I, KENNETH NORRIS, a Notary Public of

 5   the District of Columbia, County of Washington, do

 6   hereby certify that the within named witness

 7   personally appeared before me at the time and place

 8   herein set out, and after having been duly sworn by

 9   me, according to law, was examined.

10              I further certify that the examination

11   was recorded stenographically by me and this

12   transcript is a true record of the proceedings.

13              I further certify that I am not of

14   counsel to any of the parties, nor in any way

15   interested in the outcome of this action.

16              As witness my hand and notarial seal

17   this 30th day of August 2018.

18

19

20

21
```



800.211.DEPO (3376)
EsquireSolutions.com

1        CERTIFICATE OF DEPONENT

2

3        I hereby certify that I have read and
4   examined the foregoing transcript, and the same is a
5   true and accurate record of the testimony given by me.

6

7        Any additions or corrections that I feel are
8   necessary, I will attach on a separate sheet of paper
9   to the original transcript.

10

11        _____
12        Peter R. Fritsch

13

14

15

16

17

18

19

20

21

