**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60426-UU**

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

  Defendants.

_____/

### NOTICE OF FILING UNSEALED VERSIONS OF DOCKET ENTRIES

Pursuant to the Court's Orders of January 30, 2019 (D.E. 421) and February 1, 2019 (D.E. 425), Defendants BuzzFeed, Inc. and Ben Smith hereby submit unsealed versions of the docket entries requested by the Court, with redactions applied per Defendants' objections in the parties' Amended Joint Response (D.E. 378-1) and/or to protect the interests of objecting non-parties.  The attached exhibits include the following documents:

1.     D.E. 211-21 (Exhibit #48)

2.     D.E. 238-2 (Shayefar Reply Declaration)

3.     D.E. 214 (Defendants' "Main" MSJ)

4.     D.E. 214-2 (Defendants' Statement of Material Facts i/s/o "Main" MSJ)

5.     D.E. 214-3 (Bolger Declaration i/s/o "Main" MSJ)

6.     D.E. 214-20 (Exhibit #17)

7.     D.E. 234-1 (Plaintiffs' Opposition to Defendants' Motion for Summary Judgment)

8.     D.E. 234-2 (Opposition to Statement of Material Facts)

9.      D.E. 243 (Reply i/s/o Defendants' "Main" MSJ)

10.     D.E. 243-1 (Bolger Decl. i/s/o "Main" Reply)

11.     D.E. 322-1 (Plaintiffs' Opposition to Defendants' Motion in Limine No. 10)

Dated:  February 8, 2019                        Respectfully submitted,


                                                /s/ Katherine M. Bolger
                                                Katherine M. Bolger (pro hac vice)
                                                Adam Lazier (pro hac vice)
                                                Nathan Siegel (pro hac vice)
                                                Alison Schary (pro hac vice)
                                                Davis Wright Tremaine, LLP
                                                1251 Avenue of the Americas, 21st Floor
                                                New York, New York 10020
                                                katebolger@dwt.com
                                                adamlazier@dwt.com
                                                nathansiegel@dwt.com
                                                alisonschary@dwt.com

                                                /s/ Roy Black
                                                Roy Black
                                                Jared Lopez
                                                Black, Srebnick, Kornspan & Stumpf, P.A.
                                                201 South Biscayne Boulevard
                                                Suite 1300
                                                Miami, Florida 33131
                                                rblack@royblack.com
                                                jlopez@royblack.com

                                                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, together with its exhibits, will be served electronically via CM/ECF on all counsel or parties of record this 8th day of February, 2019.

By: /s/ Katherine M. Bolger
    Katherine M. Bolger