# EXHIBIT 1

# Exhibit 48

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ALEKSEJ GUBAREV, XBT HOLDING S.A., AND WEBZILLA, INC.,

Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

Defendants.

Case No. 17-CV-60426-UU

DEPOSITION OF KEN BENSINGER

New York, New York

Wednesday, February 7, 2018

Reported by:
TAMI H. TAKAHASHI, RPR, CSR
JOB NO. J1400361



K E N B E N S I N G E R, called as a witness, having been duly sworn by a notary public, was examined and testified as follows:

EXAMINATION

BY MR. FRAY-WITZER:

Q. Good morning.

A. Good morning.

Q. If you would first state your name for the record.

A. My name is Ken Bensinger.

Q. And would you spell your last name, please.

A. B, as in boy, E-N-S-I-N-G-E-R.

Q. Have you ever been deposed before?

A. No, I have not.

Q. So I'd like to explain to you up-front sort of what the ground rules are for a deposition because they can be a little unusual.

I will ask questions and obviously I'm going to hope that we get answers. Is that acceptable?

A. Yes.



CONFIDENTIAL - Bensinger

weather or the holiday season, I cannot recall anything more.

Q. Did anyone else come into the conference room during any of these conversations?

A. No.

[redacted]

A. [redacted]



1                CONFIDENTIAL - Bensinger
2       [redacted]

[redacted content, lines 3–10]

11          [redacted]

[redacted content continues]

ESQUIRE DEPOSITION SOLUTIONS

[redacted]

Q. Have you -- prior to this litigation have you had any conversations with anyone concerning Alex Gubarev?

A. Can you tell me what you mean by "prior to this litigation" as a time frame.

Q. This litigation was filed February of 2018 (sic). Prior to your knowing of the existence of the litigation, did you have any



conversations with anyone about Alex Gubarev?

A. Not that I remember.

MR. BLACK: Do you mean February 2017?

THE WITNESS: No.

MS. BOLGER: 2017. You said 2018.

MR. FRAY-WITZER: 2017, thank you.

MR. BLACK: Sorry to interrupt.

MR. FRAY-WITZER: No, I appreciate the correction.

A. I think there was a letter prior to the filing of suit.

BY MR. FRAY-WITZER:

Q. And that's fair. Let me -- let me say this: Prior to receiving or seeing a copy of a demand letter from Mr. Gubarev, have you ever had had any conversations about Mr. Gubarev?

A. Not that I can recall.

Q. Had you ever had any conversations about Webzilla?

A. Not that I can recall.

Q. Had you ever had any conversations about XBT?



A. Not that I can recall.

Q. After you received a copy of the dossier did you do anything to investigate or report on Alex Gubarev?

A. No.

Q. Did you do anything to investigate or report about Webzilla?

A. No.

Q. Did you do anything to investigate or report about XBT?

A. No.

MR. FRAY-WITZER: We can break for lunch. That's a good spot I think.

MR. BLACK: That's great.

(Time noted: 12:31 p.m.)



C E R T I F I C A T E

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, TAMI H. TAKAHASHI, a Notary Public within and for the State of New York, do hereby certify:

That KEN BENSINGER, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 12th day of February 2018.

Tami H. Takahashi

TAMI H. TAKAHASHI

