# **EXHIBIT 10**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.
_____/

## REPLY DECLARATION OF KATHERINE M. BOLGER

I, Katherine M. Bolger, declare as follows:

1. I am a partner at Davis Wright Tremaine LLP, counsel to Defendants, BuzzFeed, Inc. and Ben Smith, in this action.

2. I make this declaration in order to annex exhibits relied upon in Defendants' Reply in Support of their Motion for Summary Judgment

3. Annexed hereto as **Exhibit 1** is a true and correct copy of the transcript of the oral argument hearing in *BuzzFeed, Inc. v. Dep't of Justice*, No. 17-24-29-APM (D.D.C.), held on February 15, 2018.

4. Annexed hereto as **Exhibit 2** is a true and correct copy of a January 10, 2017 article by Natasha Bertrand entitled *Report: Trump briefed on unverified claims that Russian operatives have compromising information on him* for Business Insider, printed from the website at https://www.businessinsider.com/russians-say-they-have-compromising-information-on-trump-2017-1.

5. Annexed hereto as **Exhibit 3** is a true and correct copy of a January 10, 2017 article by Justin Green entitled *CNN: Trump & Obama briefed on Russian leverage campaign* for Axios, printed from the website at https://www.axios.com/cnn-trump-obama-briefed-on-russian-leverage-campaign-1513299926-74c32587-616e-4404-a354-63e2e525e3bc.html.

6. Annexed hereto as **Exhibit 4** is a true and correct copy of a January 10, 2017 article by David A. Graham entitled *What CNN's Report on Trump and Russia Does and Doesn't Say* for The Atlantic, printed from the website at https://www.theatlantic.com/politics/archive/2017/01/what-cnns-bombshell-report-does-and-doesnt-say/512747/.

7. Annexed hereto as **Exhibit 5** is a true and correct copy of the court's August 20, 2018 decision in *Khan v. Orbis Bus. Intelligence Ltd.*, No. 2018 CA 002667 B (D.C. Sup. Ct.), granting the defendants' anti-SLAPP motion.

8. Annexed hereto as **Exhibit 6** is a true and correct copy of relevant excerpts of the deposition of Ben Smith.

9. ███████████████████████████████████████████████████
███████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 12, 2018                           */s/ Katherine M. Bolger*
                                                        Katherine M. Bolger