UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**PLAINTIFFS' EMERGENCY MOTION FOR PARTIAL RECONSIDERATION**

     Now come Plaintiffs Aleksej Gubarev, XBT Holdings, S.A., and Webzilla, Inc. ("Plaintiffs") to respectfully move for partial reconsideration of the Court's Order dated February 28, 2019 (D.E. 431) in which the Court ordered the unsealing of the majority of sealed documents in this case. Plaintiffs have filed a notice of appeal of that order generally and intend to pursue that appeal but additionally seek reconsideration of one issue from this Court.

     Specifically, Plaintiffs had previously requested that this Court instruct Defendants to file excerpts of the relevant portions of deposition transcripts previously filed to replace the full transcripts filed by Defendants in connection with their summary judgment motions. In its earlier Order of January 23, 2019, this Court stated:

> The Court may entertain Plaintiffs' request to keep full deposition transcripts sealed and require the parties to file unsealed excerpts of the pertinent testimony. See Mot. at 6 n.1. In this way, the appellate record would not be reduced (i.e., the Eleventh Circuit would still have access to the sealed full deposition transcripts) nor increased; the public simply would be able to view a smaller sample of the appellate record than would the Eleventh Circuit.

January 23, 2019 Order (D.E. 419), p.2, fn.1.

1

In its February 28, 2019 Order, however, the Court made no mention of a substitution of deposition transcript excerpts and, as a result, absent reconsideration, the entire deposition transcripts – as opposed to those portions actually cited by Defendants in support of their motions – will be unnecessarily unsealed.

Accordingly, Plaintiffs respectfully request that this Court amend its February 28, 2019 Order to require Defendants to file unsealed excerpts of the pertinent testimony as previously contemplated by this Court and that the full deposition transcripts remain sealed.

## Certificate of Compliance with Local Rule 7.1

I, Evan Fray-Witzer, hereby certify that, prior to filing this notice, I conferred with counsel for the Defendants in a good-faith effort to resolve the issues raised in this motion but was unable to do so.

/s/ Evan Fray-Witzer
Evan Fray-Witzer

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (Mass. Bar No. 564349 – *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (Mass. Bar No. 643572 – *pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Plaintiffs*

Dated:  March 6, 2019

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record this 6th day of March, 2019.

/s/ Matthew Shayefar
Matthew Shayefar