UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Emergency Motion for Partial Reconsideration (D.E. 435) (the "Motion").

THE COURT, having reviewed the Motion and pertinent parts of the record, and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that the Motion is DENIED DUE TO for lack of jurisdiction following the filing of a notice of appeal directed to the unsealing order.  D.E. 433 (appealing D.E. 431); *see United States v. Diveroli*, 729 F.3d 1339, 1341 (11th Cir. 2013) (the filing of a notice of appeal divests district court of jurisdiction to take *any* action with regard to the matter except in aid of the appeal). But if the Court had jurisdiction to consider the Motion, it would deny the same for the reasons set forth in the unsealing order.

DONE AND ORDERED in Chambers, Miami, Florida, this 6th day of March, 2019.

                                                              URSULA UNGARO
                                                              UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf