Case 0:17-cv-60426-UU   Document 438   Entered on FLSD Docket 03/07/2019   Page 1 of 3
Case: 19-10837   Date (25 of 26)/04/2019   Pa

FILED BY HH D.C.
Mar 7, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 07, 2019

Brady J. Cobb
Cobb Eddy
1112 N FLAGLER DR
FT LAUDERDALE, FL 33304

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 PARK PLAZA STE 505
BOSTON, MA 02116

Dylan Michael Fulop
Cobb Eddy
1112 N FLAGLER DR
FT LAUDERDALE, FL 33304

Valentin Gurvits
Boston Law Group, PC
825 BEACON ST STE 20
NEWTON, MA 02459

Matthew Shayefar
Law Office of Matthew Shayefar
7111 SANTA MONICA BLVD STE B125
WEST HOLLYWOOD, CA 90046

Appeal Number: 19-10837-J
Case Style: Aleksej Gubarev, et al v. Buzzfeed, Inc., et al
District Court Docket No: 0:17-cv-60426-UU

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM MARCH 04, 2019. See 11th Cir. R. 12-1 and 31-1.


Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C. Burney-Smith, J
Phone #: (404) 335-6183

DKT-2 Appeal WITH Deficiency

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

## PLAINTIFFS' NOTICE OF APPEAL

The above-named Plaintiffs, Aleksej Gubarev, XBT Holding S.A., and Webzilla, Inc., hereby provide notice of their appeal, from the judgments and orders of the United States District Court for the Southern District of Florida, including but not limited to the Court's Order of February 28, 2019 (D.E. 431) allowing New York Times' Motion to Intervene and for Access to Judicial Records and the Court's Order of January 23, 2019 (D.E. 419) on Notice of Supplemental Authority filed by XBT Holdings S.A., Webzilla, Inc., Aleksej Gubarev.