# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A., AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

## NOTICE OF FILING UNSEALED VERSIONS OF DOCKET ENTRIES

Pursuant to the Court's Order of February 28, 2019 (D.E. 431), Defendants BuzzFeed, Inc. and Ben Smith hereby submit unsealed versions of the docket entries requested by the Court, which redact only the personal contact information contained therein. The attached exhibits include the following documents:

1. D.E. 212-15 (Ex. 12 to Defendants' Partial Motion for Summary Judgment);
2. D.E. 212-110 (Ex. 108 to Defendants' Partial Motion for Summary Judgment); and
3. D.E. 214-13 (Exhibit 10 to Defendants' Main Motion for Summary Judgment)

Dated: March 15, 2019

                                        Respectfully submitted,

                                        /s/ Katherine M. Bolger
                                        Katherine M. Bolger (pro hac vice)
                                        Adam Lazier (pro hac vice)
                                        Nathan Siegel (pro hac vice)
                                        Alison Schary (pro hac vice)
                                        Davis Wright Tremaine, LLP
                                        1251 Avenue of the Americas, 21st Floor

New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com
alisonschary@dwt.com

<u>/s/ Roy Black</u>
Roy Black
Jared Lopez
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, together with its exhibits, will be served electronically via CM/ECF on all counsel or parties of record this 15th day of March, 2019.

By: /s/ Katherine M. Bolger
Katherine M. Bolger