# EXHIBIT 1

Exhibit 12

C O N F I D E N T I A L

1      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA
2            MIAMI DIVISION
       CASE NO.: 1:17-CV-60426-UU
3

4

5   ALEKSEJ GUBAREV, XBT HOLDING
    S.A., AND WEBZILLA, INC.,
6

7                    Plaintiffs,

8   -vs-

9   BUZZFEED, INC. AND BEN SMITH,

10

11                   Defendant.
    _____/
12

13                   CONFIDENTIAL

14      VIDEOTAPED DEPOSITION OF RAJESH MISHRA

15

16

17              Monday, May 1, 2018
             10:08 a.m. - 6:38 p.m.
18      Black, Srebnick, Kornspan & Stumpf
        201 S. Biscayne Blvd., Suite 1300
19             Miami, Florida 33133

20

21

22

23

24          Stenographically reported by:
                Shari M. Thrasher
25

C O N F I D E N T I A L

1   APPEARANCES:

2


3   On behalf of the Plaintiffs:

4        EVAN FRAY-WITZER, ESQUIRE (pro hac vice)
         Ciampa Fray-Witzer, LLP
5        20 Park Plaza, Suite 505
         Boston, Massachusetts 02116
6        Telephone: 617-426-0000
         Facsimile: 617-423-4855
7        E-mail:  Evan@CFWLegal.com

8


9        VALENTIN D. GURVITS, ESQUIRE (pro hac vice)
         Matthew Shayefar (Fla. Bar No. 0126465)
10       Boston Law Group, PC
         825 Beacon Street, Suite 20
11       Newton Centre, Massachusetts 02459
         Telephone: 617-928-1804
12       E-mail: vgurvits@bostonlawgroup.com

13


14  On behalf of the Defendants:

15
         ROY BLACK, ESQUIRE
16       ALICE FEROT, ESQUIRE
         Black, Srebnick, Kornspan & Stumpf, P.A.
17       201 S. Biscayne Boulevard, Suite 1300
         Miami, Florida 33131
18       Telephone:  (305) 371-6421
         Rblack@royblack.com
19       Jlopez@royblack.com

20

21       NABIHA B. SYED, ESQUIRE
         BUZZFEED
22       111 E. 18TH Street, FL 13
         New York, NY 10003-2107
23       Telephone: (714) 200-3983
         E-mail Address: nabiha.syed@buzzfeed.com
24


25

C O N F I D E N T I A L
1              (Appearances continued.)

2         ADAM LAZIER, ESQUIRE
          NATHAN SIEGEL, ESQUIRE
3         Davis Wright Tremaine, LLP
          1251 Avenue of the Americas
4         21st Floor
          New York, New York 10020
5         Telephone:  (212) 489-8230
          E-mail: Katebolger@dwt.com
6         Adamlazier@dwt.com
          Nathansiegel@dwt.com
7

8

9    ALSO PRESENT:

10

11        Barbara Andrade

12        Aleksej Gubarev

13        Rajesh Mishra

14        Konstantin Bezruchenki

15        Roderick Pratt, Videographer

16

17

18

19

20

21

22

23

24

25

C O N F I D E N T I A L
INDEX

WITNESS                                              PAGE

RAJESH MISHRA
     Direct Examination by Mr. Siegal ...........9

     Errata Sheet ............................240

     Certificate of Oath of Witness ...........241

     Letter to Witness Re: Reading ............243


                    -   -   -
          DEFENDANT'S EXHIBITS MARKED
                    -   -   -

NUMBER          DESCRIPTION                    PAGE
_____

Exhibit 1  Mr. Mishra's resume ................23

Exhibit 2  Document printed out from ..........28
           Webzilla.com

Exhibit 3  Corporate structure ................37

Exhibit 4  Consolidated financial statement ....37
           for XBT Limited SA 2016

Exhibit 5  Webazilla corporate records from ....39
           Wisconsin Department of Financial
           Institutions.

Exhibit 6  Document Printed from the Florida ...40
           Department of Corporations.

Exhibit 7  XBT Family IP Subnets ..............44

Exhibit 8  Webzilla, Inc. financial ...........46
           statement for 2011.

Exhibit 9  2012 Webzilla financial ............52
           statement.

Exhibit 11 Consolidated financial statement ....54
           for 2012.

C O N F I D E N T I A L

1   Exhibit 10 2012 corporate tax returns for ......63
            Webzilla, Inc.
2
    Exhibit 12 Evaluation report by KPMG. ..........71
3
    Exhibit 25 XBT Holding SA consolidated 2015 ....89
4           statement.

5   Exhibit 13 Consolidated financial ..............94
            statements for EBT Holding Limited
6           for 2013.

7   Exhibit 14 Report and Financial Statements ....103

8   Exhibit 16 Webzilla, Inc.'s annual report .....107
            filed with the secretary of State
9           of Florida

10  Exhibit 17 2014 Florida Profit Corporation ....107
            Annual Report
11
    Exhibit 19 Webzilla, Inc. financial ..........112
12          statements for year end 2014.

13  Exhibit 18 XBT Holding financial statements ...116
            for year end 2014
14
    Exhibit 20 Webzilla 2016 Consolidated ........118
15          Statement.

16  Exhibit 21 Webzilla's 2014 tax return. .......123

17  Exhibit 22 XBT press release. .................124

18  Exhibit 23 XBT Holding Launches ...............126
            SecureVPN.com article
19
    Exhibit 24 2015 Florida tax return. ..........128
20
    Exhibit 26 2016 Webzilla tax return. .........136
21
    Exhibit 27 Report ............................137
22
    Exhibit 31 Business plan .....................146
23
    Exhibit 32 Monthly revenue ...................151
24
    Exhibit 33 Business plan. ....................156
25
    Exhibit 34 E-mail between Mr. Mishra and ......179

C O N F I D E N T I A L

1              Charles Dolan.

2    Exhibit 35 E-mail between Mr. Mishra and ......179
              Charles Dolan
3
     Exhibit 36 E-mail between Mr. Mishra and ......185
4             Martin Lassaly.

5    Exhibit 37 Article ...........................187

6    Exhibit 38 Printout from fozzy.com ............190

7    Exhibit 39 E-mail ............................190

8    Exhibit 40 E-mail from Mr. Mishra to a Mr. ....198
              Linh Phan-Huynh.
9
     Exhibit 41 E-mail between Mr. Mishra and ......199
10            Robert Smit.

11   Exhibit 42 E-mail from Mr. Lassally to Mr. ....200
              Gubarev.
12
     Exhibit 43 E-mail from Mr. Lassally to Mr. ....201
13            Mishra about BNP

14   Exhibit 44 E-mail from Martin Lass ............201

15   Exhibit 45 E-mail from Mr. Lassally to Mr. ....203
              Gubarev.
16
     Exhibit 46 Document written in Dutch. .........204
17
     Exhibit 47 Document written in Dutch. .........204
18
     Exhibit 48 E-mail from Panos Georgiou to ......205
19            Polydorou Polys.

20   Exhibit 49 E-mail ............................205

21   Exhibit 50 Europe leasing ....................209

22   Exhibit 51 Leasing contract list. ............213

23   Exhibit 52 2015 Amsterdam's attendees. ........229

24   Exhibit 53 Participates 2014 Amsterdam ........230
              attendees.
25
     Exhibit 54 The Hindu newspaper article. .......238

C O N F I D E N T I A L

1        VIDEOGRAPHER:  Good morning.  We're now on the

2    video record.  Today is Tuesday, the 1st day of

3    May 2018.  The time is approximately 10:09 a.m.

4        We're at 201 South Biscayne Boulevard, Suite

5    1300, Miami, Florida for the purpose of taking a

6    video deposition of Rajesh Mishra -- Kumar Mishra,

7    I'm sorry.

8        Taken by the defendant in case No.

9    1:17-CV-60426-UU in the matter of Aleksej Gubarev

10   versus Buzzfeed, Incorporated, which is filed in

11   the United States District Court District of

12   Florida, Miami Division.

13       The court reporter is Shari Thrasher of U.S.

14   Legal Support.  The videographer is Roderick Pratt

15   of U.S. Legal Support.

16       Would all counsel, please state their

17   appearance for the record?

18       MR. SIEGEL:  Nathan Siegel for the defendants.

19       MR. LAZIER:  Adam Lazier for the defendants.

20       MS. SYED:  Nabiha Syed for Buzzfeed and

21   defendants.

22       MR. FRAY-WITZER:  Evan Fray-Witzer for

23   plaintiffs.

24       MR. GURVITS:  Val Gurvits for plaintiffs.

25       COURT REPORTER:  Please, raise your right

1        hand.  Do you swear or affirm the testimony you

2        shall give is the truth, the whole truth, and

3        nothing but the truth?

4             THE WITNESS:  Yes, truth.

5             COURT REPORTER:  Thank you.

6                  DIRECT EXAMINATION

7        Q    (BY MR. SIEGEL)  Good morning, Mr. Mishra.

8   Have you ever had your deposition taken before?

9        A    Not in the United States.

10            COURT REPORTER:  I'm sorry?

11            WITNESS:  Not in the United States.

12            COURT REPORTER:  Thank you.

13       Q    (BY MR. SIEGEL)  I take it from your answer,

14  you've had a deposition taken abroad?

15       A    In Amsterdam.

16       Q    And what -- in connection with what?

17       A    It was one of our trust companies who was

18  providing service, I got a witness depo from the state.

19       Q    You got -- explain to me.

20       A    Request from --

21       Q    That state?

22       A    -- the investigation party to support their

23  investigation as witness for the state.

24       Q    And what were they investigating?

25       A    It was against, I think, some kind of a

1    charges.  They didn't exactly told me what it was, but

2    it was some investigation against that trust company.

3         Q    (BY MR. SIEGEL)  And this was the -- was this

4    the trust -- what was the name of the trust company?

5         A    Blostein (phonetic) Trust.

6         Q    (BY MR. SIEGEL)  Am I correct, if I understand

7    from Mr. Gubarev's testimony, that was the trust company

8    Webzilla had been using in Amsterdam?

9         A    Initially, yes.

10        Q    And so did they ask you questions in person?

11        A    Yes.

12        Q    And that was in Amsterdam, and it was somebody

13   from the state that was asking you the questions?

14        A    Yes.

15        Q    And can you tell me in general terms what the

16   questions were about?

17        A    It was about what document they had, what

18   invoices of our company, which we paid to that

19   professional.

20             COURT REPORTER:  The that, I'm sorry?

21             WITNESS:  The invoices or the money which we

22        paid to that professional.

23        Q    (BY MR. SIEGEL)  About when did XBT stop using

24   the services of -- or whatever company was using the

25   services of that Blaustein (phonetic) in Amsterdam?

1       A     I started moving from the 2012 and when I...

2       Q     Why did you do that?

3       A     Well, when I joined the company, I had

4    discussed with -- I wanted to a Big Four to everywhere

5    that so we can have more working involvement.  He was a

6    partner before and he had a less communication.

7       Q     Okay.  What is Big Four, just for the people?

8       A     KPMG, Deloitte, E&Y, PwC.

9       Q     Kind of the Big Four accounts?

10      A     Yeah.

11      Q     So who did you hire to replace Brow Blaustein

12   in Amsterdam?

13      A     We got KPMG and then they command the trust

14   company who -- on their panel.

15      Q     Okay.  Did you feel like Blaustein had in some

16   way defrauded you or done something that was

17   inappropriate?

18      A     Well, I couldn't say that it was a fraud or

19   anything, but the way he was doing work, I didn't like

20   it.

21      Q     What didn't you like about it?

22      A     Just the work, that I wanted more discussion,

23   more communication.

24      Q     Other than that questioning in Amsterdam, have

25   you ever had a deposition taken?

```
 1      A    No.
 2      Q    Have you ever appeared as a witness in court?
 3      A    I don't remember.
 4           MR. FRAY-WITZER:  Rajesh, you need to keep
 5      your voice up --
 6      A    I don't remember.
 7           MR. FRAY-WITZER:  Or the court reporter will
 8      not be able to hear you.
 9      A    I don't remember.
10      Q    (BY MR. SIEGEL)  You don't remember whether
11  you've ever testified in court?
12      A    No.
13      Q    Meaning, you don't remember you have or
14  haven't?
15      A    Yeah.
16      Q    Okay.  Where do you live now?
17      A    ███████████████████████████████████
18      Q    How long have you lived in the ██████area?
19      A    ██████, we moved in 2013 December.
20      Q    Where did you move from?
21      A    We moved from Cyprus.
22      Q    When did you move to Cyprus?
23      A    It was 2011.
24      Q    Where did you move from, was that from India?
25      A    Yeah.
```

1       Q     So it is accurate that up until 2011 you lived

2    in India?

3       A     Partly.  I was traveling United States coming

4    to the companies where...

5       Q     Okay.  But when you were traveling to the

6    United States, you were traveling on business, you

7    weren't residing?

8       A     Yeah, business.

9       Q     Okay.  Where did you -- what was the highest

10   level of education that you attained?

11      A     Degree from university.

12      Q     Which university?

13      A     Delhi.

14      Q     What was the degree in?

15      A     Bachelor in Commerce.

16      Q     And I'm not familiar with the Indian education

17   system, so is there an equivalent of a master degree or

18   graduate school?

19      A     There's master.

20      Q     Did you pursue that?

21      A     No, master.  I did a chartered accountant,

22   chartered accountant, which is professional education in

23   India, it's not in university.

24      Q     So that's something that is done outside the

25   context of university?

1        A     (The witness nods head.)

2        Q     (BY MR. SIEGEL)  And were you licensed as a

3   chartered accountant in India?

4        A     I didn't apply for a license.

5        Q     Have you ever applied for a license in the

6   chartered accountant?

7        A     No.

8        Q     Have you ever been licensed as a CPA in the

9   United States?

10       A     No.

11       Q     Do you have the equivalent of an accountant's

12  license in any other country?

13       A     No.

14       Q     Let's walk through your professional career.

15  After you graduated from university, what did you do

16  next?

17       A     I did chartered accounting and even when I was

18  working.

19       Q     Where were you working?

20       A     First, I started with the Kothari Products

21  Limited.

22             COURT REPORTER:  I'm sorry?

23             WITNESS:  Kothari Products Limited.

24       Q     (BY MR. SIEGEL)  And what were you doing there?

25       A     Just an accountant just after university.

1        Q      And what did you do after that?

2        A      Then I did training with the Deloitte.

3        Q      Okay.  What kind of training?

4        A      Article training.  When you do charter, you do

5    the training in the chartered accountant.

6        Q      Was that a full-time job with Deloitte?

7        A      Not a full-time job.  They pay you like a 20

8    fee.  It's, like, 20 certain hours you had to go.

9        Q      Do you remember approximately what year that

10   was?

11       A      It was '97 to 2000.

12       Q      '97 to 2000, okay.

13              What did you do after that?

14       A      I joined one German company, EDAG Engineering.

15              COURT REPORTER:  I'm sorry, what is the name?

16              WITNESS:  EDAG Engineering, E-D-A-G.

17              COURT REPORTER:  Thank you.

18       Q    (BY MR. SIEGEL)  What did you do for EDAG?

19       A      I was doing one of the team member of

20   accounting.

21       Q      So was EDAG based in Germany?

22       A      They -- the time they started a legal entity

23   in India, but it's basically based in Germany, yes.

24       Q      Okay.  I take it you worked in the Indian

25   entity or branch or whatever it is; is that right?

1        A     Yeah, it was kind of...

2        Q     In other words, you worked in India, you

3    didn't go to Germany to work for the company in Germany

4    or did you?

5        A     It's not a working day -- they send you time

6    for training on business.

7        Q     Did they ever send you to the United States

8    for training?

9        A     No.

10       Q     When did you stop working for EDAG?

11       A     Around 2004.

12       Q     What did you do next?

13       A     I jointed Affinia which is automobile company.

14   They wanted to start a plant in India.

15       Q     What did you do for Affinia?

16       A     I was the plant -- what's it called?

17   Accounting manager.

18       Q     Where is Affinia based, where's its

19   headquarters?

20       A     In Illinois.

21       Q     In Illinois?  It's American?

22       A     Yes, somewhere.

23       Q     How long did you work for Affinia?

24       A     Two years, approximately two years.

25       Q     Okay.

1       A    Two years, approximately.

2       Q    Why did you leave EDAG?

3       A    Because I got a better opportunity.

4       Q    What was that better opportunity?

5       A    (Unintelligible.)

6            COURT REPORTER:  I'm sorry?

7       A    Better opportunity, plus EDAG used to send

8   people in Germany and there was no English speaking

9   people, so it was very hard to live there for training

10  and all.  They used to send us six month, it's a

11  six-month training, and they keep and then again they

12  send you back to India for like a month, and then again

13  they sent you back to U.S. -- sorry, Germany, which I

14  wasn't agreed with.

15      Q    Why didn't you agree with it?

16      A    Because it was very hard to live there without

17  having English speakers, and the people were telling me

18  that they're not treating them well.  And it's like

19  just -- what you call them?  Paying you Indian salary

20  and using you there for the expenses.  It was like

21  just...

22      Q    If I understand, the people in Germany that

23  you were dealing with did not speak English, that was

24  the problem?

25      A    No.  The college or around the city because it

 1   was a very small city where they were based on.

 2        Q    Did you go directly from EDAG to Affinia?

 3        A    Yeah.

 4        Q    And what did you do next after Affinia?

 5        A    I joined the Primus.

 6        Q    Why did you leave Affinia?

 7        A    Because that time there was bailout going on

 8   in the automobile, and it was very panic, the industry,

 9   and I got a out.

10        Q    Okay.  So were you -- did you leave of your

11   own accord?  Were you laid off at Affinia?

12        A    No.  I was just a little panic.

13        Q    So what did you do for Primus?

14        A    Primus I was doing -- I joined as a manager of

15   financial reporting, as well as the U.S. hotel business.

16   They started a back office in India, captive, for them

17   only.  So I was heading that department.

18        Q    So when you worked for Affinia, did you travel

19   to the United States as part of your job?

20        A    Yes, yes.

21        Q    And the same thing true for Primus?

22        A    Yes.

23        Q    But it was not true for EDAG?

24        A    No.

25        Q    How long did you work at Primus for?

 1       A     About two years.

 2       Q     What did you do next?

 3       A     I join the XBT.

 4       Q     And why did you leave Primus?

 5       A     It was a time Primus filed the bankruptcy, and

 6   out of the bankruptcy when we came out, then overnight

 7   they fired CO and CFO.  I got panicked because I was

 8   working close to CFO.

 9       Q     And how did you come to join XBT?

10       A     When I resigned the Primus, then I contacted

11   my ex-CO that was fired from the Primus, and he started

12   a capital venture company and asked me if I can

13   consultant him to go to do the due diligence.  He wanted

14   to invest in those kind of company, a data type of

15   center, hosting data center business, so that's how I

16   came.  He send me, he contacted me with Aleksej if I can

17   go and do the due diligence on his company.

18       Q     Okay.  So I understand, you resigned from

19   Primus?

20       A     Yeah.

21       Q     Why did you resign if you didn't have another

22   job at the time?

23       A     Because I was panicked there was no -- I was

24   sure that they would lay off one by one, the people

25   because I seeing that every country they were just

1   started firing the people who was close to the CO and

2   CFO.  I was sure that they would fire me.

3        Q    So just curious so I understand, why would you

4   resign rather then wait to be laid off if you didn't

5   have another job?

6        A    Just because I was knowing that I will get

7   something rather than -- I don't know what is the -- I

8   give them proper notice here, I serviced.  And I was

9   looking for a job that time, and then I contacted my

10  ex-CO and he said okay.

11       Q    How did you -- you said you were doing due

12  diligence with -- at XBT how, did that result in your

13  becoming an employee for those companies?

14       A    Well, while doing due diligence we got in

15  contact, and me and Aleksej agreed in the three months

16  that okay, I could work for him.

17       Q    When you started to work there, what was your

18  position?

19       A    CFO.

20       Q    Is that the same position that you have today?

21       A    Yes, correct.

22       Q    When you started working as a CFO for XBT, was

23  you and your family still residing in India?

24       A    No.  My family moved to the Cyprus.

25       Q    In order to start that job?

1      A     Yeah, they moved.

2      Q     What are your -- basically, summarize your

3   duties as the CFO?

4      A     I do have the finance department, and I deal

5   with the bankers, lenders, any equity lenders or call

6   them arranging leasing.

7           COURT REPORTER:  I'm sorry?

8      A     The auditor.  Arranging financial leasing or

9   personal leases.  Whatever capital nature of investment

10  the company has to make, and deal with auditors and deal

11  with the tax department, tax consultants to make sure

12  those things are on time.

13     Q     (BY MR. SIEGEL)  Are you in charge of the

14  process that exists for preparing the company's

15  financial statements?

16     A     Yes.

17     Q     And for the auditing of those financial

18  statements, like the accountants do?

19     A     Say that again.

20     Q     Fair enough.

21           Are you in charge of providing the information

22  to KPMG that is used for auditing the companies that you

23  are the CFO for?

24     A     Yeah.  I review what goes to KPMG.

25     Q     Describe to me what the process is for -- that

1  results in auditing financial statements?

2       A    We keep them as statement and they do all

3  their test and do the audit.  Sorry.

4       Q    Go ahead.

5       A    I have different controllers who provide me

6  all the statements I review and then it goes to the KPMG

7  and they do their audits.

8       Q    So if I understand, you draft the statement,

9  you send it to KPMG and they audit it for accuracy; is

10  that fair?

11            MR. FRAY-WITZER:  Objection.  You can answer.

12       A    We don't draft the statement.  We prepare the

13  trial balance, which is the basic document for audit.

14       Q    (BY MR. SIEGEL)  Okay.  So a trial balance

15  document is prepared every year?

16       A    Yeah.

17       Q    How often is that prepared?

18       A    It's annual.

19       Q    It's annually?

20       A    (The witness nods head.)

21       Q    And are there documents internally that are

22  prepared more frequently than that that are used to

23  draft the trial balance document?

24       A    The accounting system does the trial balance.

25  The document which we prepare, the quarterly or monthly,

```
 1   we just have management report we prepare what is the
 2   sale.  It's kind of a management information.
 3       Q    So you prepare a monthly report with basic
 4   financial information; is that fair?
 5       A    Yes, sir.
 6       Q    I'm going to show you Exhibit 1.
 7            (Defendant's Exhibit No. 1 was marked for
 8   identification.)
 9       Q   (BY MR. SIEGEL)  Do you recognize Exhibit 1?
10       A    Looks like my CV -- resume.
11       Q    Right.  This is a resume we found on your info
12   page.
13       A    Right.
14       Q    This is a resume that you prepared?
15       A    I would say correct.  Normally somebody in the
16   company prepare this, all the consultants.
17       Q    Okay.  What consultant?
18       A    I don't remember.
19       Q    Did you review it?
20       A    Yes.
21       Q    Turn to the last page, page 3.  You see it
22   says "EDAG"?
23       A    Uh-huh.
24       Q    Why does it say EDAG Gastonia, North Carolina?
25       A    That's a typo.
```

1        Q    That's a typo?

2        A    Looks like.  Affinia had the same.

3        Q    Is Affinia based in Gastonia, North Carolina?

4        A    I don't remember.  They have a main office.

5             MR. FRAY-WITZER:  You need to keep your voice

6        up.

7        A    I don't remember.  They have many offices in

8    America.

9        Q    (BY MR. SIEGEL)  Okay.  Do you have any idea

10   why it would say Gastonia, North Carolina for either

11   Affinia or EDAG?

12       A    No.

13       Q    Look under where it says "education."  Read

14   the first line.

15       A    CPA from Colorado U.S.A.

16       Q    Do you have a CPA?

17       A    I was trying to get.

18       Q    But you never actually got it, so this is not

19   accurate, right?

20       A    It's a typo, no.

21       Q    The next one says:  "MBA (Treasury & Forex)

22   from ICFAI in 2004."

23            What does that mean?

24       A    It's kind of diploma.  This is ICFAI, a

25   chartered financial analysis in India.  I did it that

```
 1   way.

 2        Q    What is an MBA?

 3        A    They call it MBA in transient forums, but it's

 4   not real MBA.

 5             COURT REPORTER:  In where, I'm sorry?

 6             WITNESS:  In Haterbot (phonetic) India.

 7             COURT REPORTER:  Thank you.

 8        Q    (BY MR. SIEGEL)  The next line says ACA for

 9   Institute for Chartered Accountants.  What does that

10   mean?

11        A    Institute of -- associated chartered

12   accountant.

13        Q    What is an ACA -- associated chartered

14   accountant, what is that?

15        A    It's like when you get it, if you don't get

16   the license, then this is what you write.

17        Q    Did you, in fact, obtain an ACA?

18        A    Yeah.

19        Q    Okay.

20        A    I need to go to the restroom.

21        Q    You need to take a break?  Okay.

22             VIDEOGRAPHER:  Off the video record at

23        10:33 a.m.

24             (A short recess was taken.)

25             VIDEOGRAPHER:  Back on the video record at
```

1        10:38 a.m.

2        Q   (BY MR. SIEGEL)  One more question about

3   Exhibit 1:  It says for your current job, you list XBT

4   Holding and datacenter.com.  What is datacenter.com?

5        A    Datacenter.com is the company which has the

6   reason to construct or get their other data center

7   facility like collocation.

8             COURT REPORTER:  Like what?

9             WITNESS:  To have collocation.

10            COURT REPORTER:  Thank you.

11       Q   (BY MR. SIEGEL)  I'm just curious to why in

12   addition to XBT Holding was -- is datacenter.com a

13   subsidiary of XBT Holding SA?

14       A    No.

15       Q    It's not?

16       A    No.

17       Q    What is its relationship?

18       A    It has same investor, but on the top of the

19   line, but it's the same.

20       Q    So it's a separate company?

21       A    Yeah.

22       Q    And is the investor Mr. Gubarev?

23       A    Yes, one of them.

24       Q    Is he the -- more than a 50 percent investor?

25       A    Yes.

1      Q     About what percentage is his investment?

2      A     Approximately 63 to 64 percent.

3      Q     Who are the other investors?

4      A     Next to all these things what we have is

5   Lukashenko Constantyn and Alexander Boridean (phonetic).

6      Q     And what is located in Dallas, Texas?

7      A     Dallas, Texas is located Webzilla Dallas.

8      Q     Take a step back:  What is physically there?

9   Is there a building?

10     A     We do not have a building.  We rent an office

11  for Webzilla Dallas in which formally known as

12  1-800-Hosting, Inc. And that's it.

13     Q     Is that the one on Stemmons Parkway?

14     A     Stemmons Freeway.

15     Q     Stemmons Freeway.

16           So that is an office that some company or

17  companies rent?

18     A     Webzilla Dallas, Inc. has rental agreement

19  with Stemmons, or I don't know, there may be G Capital

20  or whoever it is.

21     Q     Approximately how many people work in that

22  office?

23     A     That office, we have an administrator, sales

24  director, on-site manager.  Five people.

25     Q     Five people.

1          So what is Webzilla?

2      A     What is Webzilla?

3      Q     Yes.

4      A     It's a premium hosting company.

5      Q     It is -- would be fair to say that Webzilla is

6  a brand, is a brand name?

7      A     Web hosting, yeah.

8      Q     I'm going to show you Exhibit 2.

9          (Defendant's Exhibit No. 2 was marked for

10  identification.)

11     Q   (BY MR. SIEGEL)  This is a document that is

12  printed out from the Website, Webzilla.com.  See where

13  it says about two-thirds down the page, legal structure,

14  Number 1, Website legal structure, you see that?  It

15  says:  "Webzilla is the brand name under which various

16  independent Webzilla companies operate."

17          Is that correct?

18     A     I don't know what the meaning is here.  It's

19  written on the paper.

20     Q     Okay.  Do you have any reason to think that is

21  inaccurate?

22     A     I'm not a legal guy to understand what exactly

23  it means.

24     Q     Okay.  The next line:  "Each of those

25  companies are separate and distinct corporate entity

1 | that provides services in a particular geographic area."

2 | Is that right?

3 | A    (The witness nods head.)

4 | Q    To do business with a Webzilla company, you

5 | must enter a contract with a relevant Webzilla entity?

6 | A    Yeah.

7 | Q    Okay.  Are there separate audited financial

8 | statements that are prepared for each Webzilla

9 | subsidiary?

10 | A    Yes, correct.

11 | Q    Are there separate audited financial

12 | statements that are prepared for all XBT Holding SA's

13 | subsidiaries?

14 | A    Yes, correct.

15 | Q    And is the -- you described to me before the

16 | process for, then annual process for financial

17 | statements for each XBT Holding.

18 | Is the process the same for each subsidiary?

19 | A    Yeah.

20 | Q    Is there a monthly -- you called it trial

21 | balance document that is prepared for each subsidiary?

22 | A    It generates from the accounting system.

23 | Q    And that is done for each existing subsidiary?

24 | A    Yes.

25 | Q    At some point in time the company, Webzilla,

 1  used to be called Webazilla, right?

 2       A    The time I joined it was Webazilla, yes.

 3       Q    It was Webazilla?

 4       A    Yes.

 5       Q    What was the reason for changing the name?

 6       A    If I recall correctly, that time we didn't

 7  have a Webzilla domain in our name.  I was very new at

 8  that time and I just starting putting up structure.  And

 9  once we acquired the Webzilla domain, I think then we

10  changed the company.

11       Q    And why?  Why did you want to change it from

12  Webazilla to Webzilla?

13       A    Webzilla.com looks more better.  I have no

14  idea.

15       Q    All right.  What is XBT Holding SA?  What is

16  that entity?

17       A    It's the holding entity that holds all for the

18  subsidiaries.

19       Q    When you use the words "holding entity," what

20  do you mean by that?

21       A    It's holding shares of other subsidiaries.

22       Q    It would be accurate to say it is the parent

23  corporation of the various subsidiaries that it holds

24  shares, correct?

25       A    Correct.

1      Q     At some point -- so does XBT Holding SA itself

2    transact any business?

3      A     Transact any business?

4      Q     In other words, is the -- does XBT Holding SA

5    enter into contracts with customers?  Does it conduct

6    any of the business of the company that generates

7    revenue for the consolidated entity?

8      A     No.

9      Q     It does not.  It is accurate that all of the

10   actual revenue of the consolidated entity is generated

11   by the various subsidiaries?

12     A     Correct.

13     Q     At some point, XBT Holding reorganized, right?

14   There used to be an XBT Holding Limited or restructured

15   maybe is a better word?

16     A     Say that again.

17     Q     Fair enough.  Why was -- there used to be an

18   entity called -- strike that.

19           Why was XBT Holding SA created?

20     A     Okay.  So here I think, if I remember

21   correctly, 2013 Cyprus had a bankruptcy, and we were

22   facing a little bit of trouble to cover the lenders,

23   that being the Cyprus holding company.  And we got same

24   time offered one of the good consultant of the

25   Luxembourg Government who was promoting ICT Luxembourg,

 1   if you can open a holding company in Luxembourg get you

 2   to the gateway of investment.  And a lot of people,

 3   bankers all, did the investment.  That's the reason we

 4   decided it's good to have a holding company in

 5   Luxembourg.

 6        Q    Okay.  When you -- what was the name of the

 7   prior holding company that existed in Cyprus?

 8        A    XBT Holding Limited.

 9        Q    When you created XBT Holding SA in Luxembourg,

10   was there any difference in the corporation structure

11   between that entity and XBT Holding Limited?

12        A    I don't understand.

13        Q    If I understand what you said, is that you

14   decided that you wanted to have your holding company

15   based in Luxembourg, right?

16        A    Yeah.

17        Q    When you did that, did you change the

18   structure of the holding company from what had

19   previously existed in any way, other than simply the

20   fact that it was based in Luxembourg?

21        A    No.  Other structures stayed same, just we

22   make XBT Holding SA 100 percent of XBT Limited in

23   Cyprus, the whole entire Cyprus.

24        Q    And what is Servers.com?

25        A    It's servers.com is one of the entities and

 1   what you call them?  Brand in the hosting.  It's kind of

 2   a more famous wholesale business.

 3        Q    When you say "more famous," what do you mean?

 4        A    I meant to say automated.  It's kind of

 5   subway, you go and choose yourself and build your stuff

 6   and you get it quickly.

 7        Q    Okay.  Is there any difference between the

 8   services that Webzilla offers and the services -- and by

 9   Webzilla, I mean the brand Webzilla, okay?  Is there any

10   services -- are there any differences between the

11   services Webzilla offers and the services that the brand

12   Servers.com offers?

13        A    Yeah.  I'm not a technical guy, but I can tell

14   you the prospect, what I understand from the brand.

15        Q    Okay.

16        A    The Webzilla offers the premium hosting.  A

17   customer has the real specific requirement, complicated

18   structure and stuff like that.  And Servers.com is

19   automated process, easy process.  You can go by yourself

20   and do your business.  This is what I understand, it's

21   more difference because it's more attractive,

22   automation.

23        Q    I'm on your level in terms of the technical

24   understanding.

25             Do you know approximately how many -- strike

 1    that.

 2              Various subsidiaries, right, within the XBT

 3    family, I'll call it.  Okay?  Have servers, right?

 4         A     (The witness nods head.)

 5         Q     Do they own those servers or do they lease

 6    those servers or both?

 7         A     Okay, both.

 8         Q     Well, approximately how many servers in toto

 9    are owned and leased --

10         A     Every day it changes, numbers.

11         Q     Right, I understand.  A rough estimate?

12         A     The changing.  Yesterday I signed another

13    contract, so it's like... I think somewhere in lease all

14    would be around 20-, 25,000 servers.

15         Q     And do you know approximately what percentage

16    of those are owned by an XBT subsidiary?

17              MR. FRAY-WITZER:  Objection.  You can answer.

18         A     It's basically it has a terminology of -- if I

19    can talk about accounting terminology where we treat, in

20    accounting, the data allows us the international

21    financial reporting system that whenever we get to

22    leasing service, it goes to the product, to the fixed

23    assets and creates the liability for the leasing

24    company.  So in the term it comes in a book software.

25              COURT REPORTER:  In a what?

1      A    It comes in a book software XBT Webzilla.

2      Q    (BY MR. SIEGEL)  In other words, in lay terms,

3  would it be fair to say, you treat it as an asset of the

4  company whether you purchased or it's a financial lease?

5      A    We don't treat, not we.  It's a standard, has

6  to treat that way.

7      Q    I think Mr. Gubarev used the term yesterday

8  the "financial lease."

9           What does that mean?

10     A    Basically means the equipment we get into --

11  to serve our customer financed for paid to the equipment

12  manufacturer or supplier by leasing or financing

13  company.

14     Q    Which subsidiaries earn the most revenue for

15  the company?

16     A    Which subsidiary?  Webzilla, Inc.

17     Q    Earns the most revenue of any subsidiary?

18     A    I think, yes.  If I'm not wrong.

19     Q    Okay.  What is -- which earns the second most?

20     A    Second most?  Should be Webzilla Limited, I

21  think.

22          MR. FRAY-WITZER:  You need to keep your voice

23     up.

24     A    Webzilla Limited, I think.

25     Q    (BY MR. SIEGEL)  Which Webzilla Limited is the

1    Cyprus based entity, right?

2         A    Yeah.

3         Q    Do you know after those two, which you believe

4    would be the third most, that generates the third most

5    amount of revenue?

6         A    Servers.com, Inc.

7         Q    Where do you believe Webzilla BV fits in terms

8    of the amount of the revenue it generates?

9         A    Webzilla BV fits into intercompany revenue,

10   it's not serving external customer.

11        Q    Okay.  Explain what you mean by that.

12        A    So Webzilla BV only house the infrastructure,

13   no services.  So they just have their assets and used by

14   the other companies in subsidiaries.

15        Q    Okay.  Is that true of any of the other

16   Webzilla subsidiaries?  In other words, is it or -- for

17   any of the other Webzilla subsidiaries, or do they only

18   perform a intercompany function?

19        A    Everyone perform intercompany in case one has

20   to use other infrastructure.

21        Q    You said Webzilla BV doesn't have any

22   customers.

23        A    Has not too many.

24        Q    Not too many?

25        A    Yes.  Has customer if somebody just need as

1    service, yes, they have customer.

2         Q    What about Webzilla Limited, is that true of

3    Webzilla Limited also?

4         A    Webzilla Limited has external customer.

5         Q    Okay.  And what about Webzilla, Inc.?

6         A    Has external customer.

7         Q    Who?  Can you name some of their external

8    customers?

9         A    Meta (phonetic) Court is one of the customers.

10        COURT REPORTER:  Meta Court?

11        WITNESS:  Yeah.

12        A    I don't know exact legal name, but I know that

13   brand, Meta Court, and I think I remember one.

14        Q    Let's go to Exhibit 3 and Exhibit 4.

15        (Defendant's Exhibit Nos. 3 and 4 were marked

16   for identification.)

17        Q    (BY MR. SIEGEL)  I'll show you what's been

18   marked at Exhibit 3.  It looks like a corporate

19   structure.  And then let's look on Exhibit 4 on page

20   P-390.

21        Exhibit 4 is a copy of your consolidated

22   financial statement for XBT Limited SA for the year

23   2016?

24        A    Yeah.

25        Q    Look at page 390.  390, the one that's called

1    a Bates number.  That's a real lawyer term.

2             So just as far as you know on page 390, is

3    that an accurate list of the subsidiaries as of the end

4    of December 2016 of XBT Holding SA?

5        A    Yes.

6        Q    Okay.  If you look at that again, you will see

7    that there are, count them, there are a total of six

8    Webzilla entities in the three geographic regions, and a

9    total of four Servers.com entities in the geographic

10   regions.  Why is that?

11            MR. FRAY-WITZER:  Objection.  You can answer.

12       A    Because we operate from those locations.  We

13   have the collocation there where we serve the servers.

14   We have the office there.

15       Q    (BY MR. SIEGEL)  Okay.  Well, just for example,

16   Webzilla Dallas, Webzilla Apps and Webzilla, Inc. all

17   have the same office in Dallas, right?  They all list

18   that office as the principal place of business?

19       A    That's basically correspondence office where

20   we get -- because we have administrative ladies getting

21   the correspondence.

22       Q    So the Dallas office you're saying is a

23   correspondence office?

24            MR. FRAY-WITZER:  Form.

25       A    Other entities, basically, yeah.

 1      Q   (BY MR. SIEGEL)  Okay.  So, for example, is

 2   there a separate office for Servers.com EESTI and

 3   Servers.com BV?

 4      A     Servers.com BV --

 5      Q     In Europe.

 6      A     In Europe, yes, has a office.

 7      Q     Is it the same office as Webzilla BV?

 8      A     Yes.

 9      Q     Okay.  Regardless of where the offices are,

10   what is the purpose of creating multiple corporate

11   entities under the same brand?

12          MR. FRAY-WITZER:  Objection.  You can answer.

13      A     As I understood -- what is my understanding,

14   it's better to keep a separate bank to be sold to the

15   legal entity so that it's adding value in their market.

16      Q   (BY MR. SIEGEL)  Okay.  Let's do Exhibit 5.

17          (Defendant's Exhibit No. 5 was marked for

18   identification.)

19      Q   (BY MR. SIEGEL)  Exhibit 5 is a document that

20   we got from the -- printed out from the Website of the

21   Wisconsin Department of Financial Institutions, which

22   it's called, which indicates that the company Webzilla,

23   Inc. was originally incorporated in Wisconsin and was

24   dissolved in 2010.

25          MR. FRAY-WITZER:  Objection.  You can answer.

 1          (Defendant's Exhibit No. 6 was marked for

 2    identification.)

 3        Q    (BY MR. SIEGEL)  Let me give you Exhibit 6.

 4    Exhibit 6 is a document printed out from the Florida

 5    Department of Corporations.

 6          If you turn to the third page, it indicates

 7    that Webzilla, LLC was first organized in Wisconsin.

 8          You see that?  Right there.

 9          Did Webzilla, LLC at the time, at this time,

10    essentially move its state of incorporation from

11    Wisconsin to Florida?

12          MR. FRAY-WITZER:  Objection.  You can answer.

13        A    I don't remember.

14        Q    (BY MR. SIEGEL)  You don't know?

15        A    I don't remember.  I was very --

16          COURT REPORTER:  I'm sorry, what was your

17        answer?

18          WITNESS:  I don't remember.  I was very new at

19        that time.  I wasn't looking at that kind of

20        documents.

21          MR. FRAY-WITZER:  You have to speak up.

22        Q    (BY MR. SIEGEL)  Okay, do you have -- fair

23    enough.  Do you have any idea why Webzilla, LLC was

24    incorporated in Florida when it was?

25        A    No, it was before me.

1        Q    How long is the typical customer contract for

2   any of the XBT subsidiaries?

3               MR. FRAY-WITZER:  Objection.  You can answer.

4        A    Normally contracts are one to three years.

5        Q   (BY MR. SIEGEL)  And do you offer contracts

6   that essentially bundle service, in other words, people

7   can buy more than one service from you that you offer?

8        A    They can choose as many as they want to buy.

9        Q    Are there any financial incentives for people

10  to buy multiple services?

11       A    Must be sales department, they offer some

12  discount likely.

13       Q    When a customer terminates, is there a

14  termination fee in your contracts?

15               MR. FRAY-WITZER:  Objection.

16       Q   (BY MR. SIEGEL)  I'm sorry.  When they

17  terminate before the contract expires, is there a

18  termination fee that they have to pay?

19               MR. FRAY-WITZER:  Objection.  You can answer.

20       A    It depends on the customer to customer and

21  their contract.  Exactly, I can't tell you what it is.

22  It always has something in the contract that in case

23  when they terminate what would be the consequences in

24  the financing.

25       Q   (BY MR. SIEGEL)  Are all the accounting

1  functions for all the XBT subsidiaries performed at the

2  parent company level?

3      A    Say again.

4      Q    Well, is there one group of people that

5  performs all the accounting functions for all the XBT

6  subsidiaries?

7           MR. FRAY-WITZER:  Objection.  You can answer.

8      A    No.

9      Q    (BY MR. SIEGEL)  Okay.  So are there

10  accountants that are specifically designated for

11  particular XBT subsidiaries?

12     A    Yes.

13     Q    Are there accountants who work in any place

14  other than Cyprus?

15     A    Yes.

16     Q    Where?

17     A    United States.

18     Q    And where?

19     A    Florida and Dallas.

20     Q    Who in Florida?

21     A    Constantin Luchian, our financial director.

22     Q    Is he an accountant?

23     A    He does work as accountant.

24     Q    Okay.  And where else in the United States?

25  You, obviously, work in the United States?

1        A    Dallas.

2        Q    Okay.

3        A    I have a Sonia Watkins, she takes care of

4    Dallas.

5        Q    Do you have staff in Cyprus?

6        A    Yes, corporate office.

7             COURT REPORTER:  I'm sorry?

8             WITNESS:  Yes.

9             COURT REPORTER:  What was the rest of your

10        answer?

11             WITNESS:  Yes, it's like a corporate located.

12             COURT REPORTER:  Thank you.

13        Q    (BY MR. SIEGEL)  My question though was:  Do

14    all accountants perform functions for all subsidiaries,

15    or are some accountants only perform functions for

16    certain ones?

17        A    Some.

18             MR. FRAY-WITZER:  Objection.  You can answer.

19        A    Okay.  It depends on the time to time, but

20    there are the designated accountants for the entity.

21        Q    (BY MR. SIEGEL)  Okay.  Does each entity have a

22    different designated accountant?

23        A    Not each.

24        Q    Okay.  So, in other words, some accountants

25    are responsible for more than one entity?

1      A    Correct.

2      Q    When KPMG performs its annual audit, is that

3  only performed in Cyprus?

4      A    Okay.  The audit processes starts from

5  physical reverification of assets performs every

6  location they travel.

7      Q    KPMG travels to each location?

8      A    Each location.

9      Q    Okay.

10          MR. SIEGEL:  Let's get the next Exhibit.

11          (Defendant's Exhibit No. 7 was marked for

12  identification.)

13      Q   (BY MR. SIEGEL)  This is a document that your

14  attorneys produced that indicates that it is all the XBT

15  IP subnets.

16          If you go down and look at the subsidiaries

17  under which each of these subnets are listed, Webzilla,

18  Inc. is not listed, right?

19      A    No, I don't see it on the paper.

20      Q    Okay.  Do you have an understanding of why

21  Webzilla, Inc. would not be offering any IP subnets?

22      A    I don't have any idea.

23      Q    You don't?

24      A    No.

25      Q    Who would?

1       A     Should be our CTO.

2       Q     Mr. Bezruchenko?

3       A     Bezruchenko.

4       Q     What services does Webzilla, Inc. offer as an

5   entity?

6       A     Web hosting, premium web hosting.

7       Q     Okay.  If Webzilla, Inc. offers premium web

8   hosting, do you have an understanding of why it wouldn't

9   have any IP subnets listed on this document?

10      A     I don't know if it's term of subnet.

11            COURT REPORTER:  I'm sorry, what was your

12      answer?

13      A     I don't know if even in term of subnet.

14      Q     (BY MR. SIEGEL)  Okay.  In your layman's terms,

15  what is the premium IP -- IP hosting mean?

16      A     Web hosting, what I understood --

17      Q     Yes.

18      A     Is that when you -- I explain you before, if

19  somebody has a complicated structure or they want to run

20  something not ready at that level, that's called premium

21  when they deal with the direct sale with the customer,

22  and the volume of servers.

23      Q     Okay.  And the where are the servers that are

24  used to host Web services located in the United States?

25            MR. FRAY-WITZER:  Objection.  You can answer.

1        Q    (BY MR. SIEGEL)  I'll rephrase it.

2             Where in the United States does any of the XBT

3     subsidiaries have servers that are used to service

4     customers?

5        A    If I remember, we are having two collocations

6     facility where we are leasing the space, one in Dallas

7     and another in Virginia somewhere.

8        Q    Is the facility in Dallas connected physically

9     in any way to your offices in Dallas?

10       A    No.

11       Q    It's at a different place?

12       A    Yeah.

13            MR. SIEGEL:  Let's see the next Exhibit.

14            (Defendant's Exhibit No. 8 was marked for

15     identification.)

16       Q    (BY MR. SIEGEL)  This is a copy of the

17     Webzilla, Inc. financial statement for 2011; is that

18     correct?

19       A    Yes.

20       Q    Let's turn to page 711, marked PJ711 at the

21     bottom.

22            So it would be accurate that this indicates

23     that in 2011 Webzilla, Inc. had a profit of $245,360; is

24     that correct?

25       A    Net profit.

1      Q    Net profit, right.

2           And in 2010, it had a net profit -- sorry, a

3    net loss of $377,608; is that correct?

4      A    Yes.

5      Q    In 2011, right, it indicates that revenue

6    increased by approximately $4.5 million, and selling and

7    distribution expenses increased by approximately $4.5

8    million, right?

9      A    I see the numbers, yes.

10     Q    Okay.  I'm sorry, $3.5 million for selling and

11   distribution expenses.

12          Do you know why expenses went up almost as

13   much as revenue?

14     A    I can't remember now.  It has a lot of work to

15   put in to see the details.  Looking at this, no.

16     Q    Okay.  Let's go to page 719.

17          You see in 2010 the entry for rendering of

18   services zero.  In 2011, it's over $7 million.

19          Do you know why that jumped from 2010 to 2011?

20     A    No, I don't remember.

21     Q    You don't know, okay.

22          Let go to page 723, Note 14 says:  "Trade and

23   other payables."  Right?

24          What does that mean in layman's terms?

25     A    It's the payable, means accounts payable.

1        Q     So does that mean money that is paid to

2   somebody else?

3        A     No.  It's a payable, means liability at the

4   end of the year.  This much was supposed to be payable,

5   stay outstanding.

6        Q     How much is owed to somebody else?

7        A     Yes.

8        Q     And I assume that the opposite of that is a

9   receivable; is that correct?

10       A     A customer receivable.

11       Q     So a receivable is an amount that is owed to

12  be paid to the company?

13       A     Yes.

14       Q     Okay.  If you look at payables under Note 14,

15  there's an entry in 2011 for over $3 million in payables

16  to related companies.

17       A     I see.

18       Q     What does that mean?

19       A     That's it will be outstanding at the year-end

20  between trade related business, outstanding between the

21  intercompanies between subsidiaries.

22       Q     Look at the bottom of Note 15 on the same

23  page.  You see where it says "purchases of goods and

24  services"?

25       A     Uh-huh.

1      Q    There is a total of over $8 million that are

2    purchased from various subsidiaries?

3      A    Yes.

4      Q    So it appears from this, that almost all of

5    Webzilla, Inc. expenses in 2011 consisted of purchases

6    from other places in the company; is that accurate?

7           MR. FRAY-WITZER:  Objection.  You can answer.

8      A    It always depend on the nature of the

9    customer's requirement, nature of sales.  There are the

10   other entities who owns different things, so even to

11   buy.

12     Q    (BY MR. SIEGEL)  Well, go back to page 711.

13          You see the entry in 2011 for the total amount

14   of selling and distribution expenses is $10 million?

15     A    I see.

16     Q    Go back to 723.  Purchases of goods and

17   services from various companies comes to over

18   $8 million?

19     A    I see.

20     Q    And go to the next page.  You see where it

21   says Note 15, sub-note 4IV:  "Payables to related

22   companies a total of $3 million"?

23     A    I see.

24     Q    Okay.  So it would be accurate, would it not,

25   that the very large majority of Webzilla booked expenses

1   consist of transactions with other companies within the

2   XBT family, correct?

3       A    Again, it depends on the nature of purchases

4   Webzilla, Inc. has to do during the period serving the

5   customer.

6       Q    Well, I understand that it may, but the fact

7   is --

8       A    You can see --

9       Q    -- the large majority or vast majority of

10  whatever expenses occurred were from other companies,

11  right, within the XBT family?

12      A    Yeah, it's in the report.

13      Q    So why is that?

14      A    Because it's the requirement of the selling.

15  If they need to sell, the other company has a volume

16  discount, so they would get it cheaper.

17      Q    So you're saying that Webzilla will get it

18  cheaper from another XBT company than from someone else?

19      A    Correct.

20      Q    Who determines the price that Webzilla pays

21  for something they purchase from another company?

22           MR. FRAY-WITZER:  Objection.  You can answer.

23      A    It's -- we have a method we calculate.

24      Q    (BY MR. SIEGEL)  What is that method?

25      A    The method we have a cost price plus margin.

1              COURT REPORTER:  Plus what?

2         A    Cost price plus margin.  Because if you --

3    give you just an example, buys the wholesale bank, which

4    rates are very cheaper than Webzilla, Inc. goes in the

5    market and buys for themself because of the volume.

6         Q    What's the margin?

7         A    Margin on the trade?

8         Q    Yeah.

9         A    It's around 15 percent.

10        Q    Webzilla is paying a 15 percent markup, right,

11   for the cost that some other company has paid, right?

12        A    Yeah.

13        Q    It could be accurate, wouldn't it, that every

14   business tries to sell goods or services at a cost price

15   plus margin, right?

16             MR. FRAY-WITZER:  Objection.  You can answer.

17        Q    (BY MR. SIEGEL)  That's how businesses make

18   profits, right, they try to sell goods and services at

19   some margin above what their cost price is, right?

20        A    Yeah.

21        Q    How do you know whether that's cheaper than

22   what Webzilla can get it from somewhere else?

23        A    What I did my analysis on the bandwidth.

24   Bandwidth is the major part of a hosting.  I see on a

25   lot of bandwidth invoices.  If you buy a small volume of

 1  the bandwidth, that will be -- it's many times expensive

 2  than if some company has had a global contract and buys

 3  the volume.  It's like a dollar to 35 cent.

 4       Q    Okay.  Let's go to the next document.

 5       A    It's help us to serve to the customer to keep

 6  the cost down.

 7       Q    Okay.

 8            MR. GUBAREV:  Excuse me, may we take a break

 9       for me to go?  It's okay for everybody?

10            MR. SIEGEL:  What's that?

11            MR. GUBAREV:  If we take a break for a reason,

12       I can walk out.

13            MR. SIEGEL:  Sure.

14            We go off the record for a second.

15            MR. GUBAREV:  It's okay?

16            MR. SIEGEL:  That's fine.

17            VIDEOGRAPHER:  We're going off the video

18       record at 11:20 a.m.

19            (A short recess was taken.)

20            VIDEOGRAPHER:  Back on the video record at

21       11:25 a.m.

22       Q    (BY MR. SIEGEL)  So we just marked a document

23  named Exhibit 9, which is the 2012 Webzilla financial

24  statement; is that correct?

25            (Defendant's Exhibit No. 9 was marked for

 1    identification.)

 2         A    Yeah.

 3         Q    (BY MR. SIEGEL)  Turn to page 991.

 4              This indicates that in 2012 Webzilla's net

 5    profit was $56,000; is that right?  $56,373 to be

 6    precise.

 7         A    Yeah.

 8         Q    Okay.  If Webzilla made $56,000 roughly in

 9    2012, where did most of the holding company's profits

10    come from?

11              MR. FRAY-WITZER:  Objection.  You can answer.

12         A    I can't say looking at this.

13              COURT REPORTER:  I'm sorry?

14         Q    (BY MR. SIEGEL)  What could you say?  What

15    would give you that information?

16         A    No.  It's some other entity.

17         Q    Would you need to look at the financial

18    statements for all the individual entities to answer

19    that question?

20         A    I can see the consolidation should have

21    somewhere it would have the information of each entity

22    has the profit.

23         Q    Okay.  Let's do that.  Let's do Exhibit 11.

24              MR. FRAY-WITZER:  I think you were on 10.

25              MR. SIEGEL:  Well, I'm going to introduce

1       another one.

2            MR. FRAY-WITZER:  And while we'll doing that,

3       if I can mention, again, that we're going to

4       designate the entire day as confidential in pursuit

5       of the protective order.

6            MR. SIEGEL:  Okay.

7       A    By the way, I wanted to add one thing on the

8  record I forgot.

9       Q    (BY MR. SIEGEL)  Okay.

10      A    I remember now recently I obtained one

11  certificate from the Institute of Chartered Accountants

12  in UK while I was in Cyprus last year.

13           I'm not good, you know, it's a young son, 19

14  years old, just got diagnosed in January.

15      Q    I'm sorry about that.

16           (Defendant's Exhibit No. 1 was marked for

17  identification.)

18      Q    (BY MR. SIEGEL)  Exhibit 11 is the consolidated

19  financial statement for 2012.

20           Where does it list the profit of each

21  individual subsidiary?

22      A    It's on 805.  It's call Segmental Analysis.

23      Q    So where on page 805 does it indicate the

24  profit for each XBT Holding Limited subsidiary?

25      A    It says the operation like the U.S. we count

1    an operation.  All U.S. companies is one place.  All

2    European place one place.  It's segmental reported.

3         Q    So it gives you numbers by region, right?

4         A    Yes.

5         Q    If doesn't tell you which subsidiaries

6    contributed what amount to the net profit of what

7    company, correct?

8         A    I'm looking if there is something else.

9         Q    Okay.

10        A    No.  This all only the original.

11             COURT REPORTER:  I'm sorry, all what?

12             WITNESS:  This is all only, there is no...

13        Q    (BY MR. SIEGEL)  If you keep a pin on that page

14   and go back and look at 791.

15        A    791?

16        Q    Yes -- no, in the same document.

17             So in 2012, it indicates that the consolidated

18   profit -- net profit was $3,752,000, right?

19        A    Uh-huh.

20        Q    Webzilla we saw was $56,000.  So would it be

21   accurate to say that from these documents, if I wanted

22   to know the answer to the question, where did the other

23   $3.7 million come from, these documents will not give me

24   that answer, right?

25        A    It can give a reasonable answer, but...

1      Q    How so?

2      A    It has Europe operation, how much they

3  contributed.  U.S. operation, if I see a profit here --

4  profit and loss there, and how much I can see how many

5  entities are in those countries.

6      Q    But I can't tell which entity within each

7  country contributes?

8      A    Yes, no.

9      Q    Right.

10      A    Yeah.

11      Q    What is the -- we saw that the net profit for

12  the year was $3.752 million, right?

13      A    Uh-huh.

14      Q    How does that 3.752 million number relate to

15  any of the numbers on page 805 that you're pointing?  I

16  don't see a net profit there.

17      A    The profit before tax, 3,952,059.

18      Q    Okay.  That's it.  That's profit before tax?

19      A    Uh-huh.

20      Q    And so -- and the net profit is just

21  subtracting the tax out?

22      A    Right.

23      Q    In 2012, all the U.S. operations lost a

24  combined 312,824?

25      A    What it looks like here.

1      Q    So it looks like all of the net profit was

2  from Europe in 2012; is that fair?

3      A    As per the report.

4      Q    Do you know which entities within Europe are

5  the main contributors to that profit?

6      A    It's hard to remember, no.

7      Q    You don't remember for 2012?  The only way to

8  answer that question would be to get the individual

9  statements for each individual subsidiary; is that

10 correct?

11     A    Or our attorney can say what dealings I...

12     Q    Well, the documents that would show that,

13 right, would be -- would be the annual financial

14 statement for each individual subsidiary in 2012?

15          MR. FRAY-WITZER:  You know what, Resh, you

16     need to say yes, no.

17          WITNESS:  Yes. Yes.

18          MR. FRAY-WITZER:  You can't say uh-huh or

19     uh-uh or nod.  You need to keep your voice up.

20          WITNESS:  Sorry, yes.

21     Q   (BY MR. SIEGEL)  Let's go back to Exhibit 9,

22 the 2012 Webzilla financial statement.

23          So we're all talking the same language, what

24 does the term "cost of sales mean"?

25     A    Any cost which is directly associated to the

1   sales.

2        Q    And what is the difference between cost of

3   sale and the selling and distribution expenses?

4        A    These are -- the selling and distribution is

5   the terminology they use as the overheads, which is not

6   directly associated with the sales.

7        Q    Okay.  So that's something that's the general

8   overhead to the company?

9        A    Correct.

10       Q    As opposed to the actual expense associated to

11  that particular customer or whatever it is.

12            So in 2011 -- look on page 991, I'm sorry.

13       A    Which?

14       Q    Of Exhibit -- 2012 Webzilla statement,

15  Exhibit 9.

16       A    What's the number?

17       Q    991.

18            In 2011, right, it indicates that the actual

19  cost of sales are about $674,000, and the overhead, I'll

20  use it, is about $10 million, right?

21            Then in 2012, cost of sales is over

22  $10 million, and overhead is about 2.4 million.

23            How is that?  How can that be?

24            MR. FRAY-WITZER:  Objection.  You can answer.

25       Q    (BY MR. SIEGEL)  Why is that?

1        A    If I recall, there was some standard change in

2    that period, if I remember.  Before they were

3    treating -- amortization is a part of selling and

4    distribution experts, and later on they decided to add

5    because it is associated with more servers, network

6    equipment associated with the sales.  So they started

7    adding up in the cost of the sales.

8        Q    So okay.  So okay.  Let's go to Exhibit --

9        A    These are prepared by KPMG.  We don't prepare

10    this we give them a trial balance, they do theirs

11    looking at the standard.

12        Q    And do you have categories within the trial

13    balance as to what you are attributing expenses to?

14        A    We have a category in the trial balance.

15        Q    Do those include cost of sales, selling and

16    distribution expenses?

17        A    Yes, as per the chartered accountants of the

18    normal accounting, like, software they always have that.

19        Q    Okay.  Flip to page 999.  In the same

20    document, Exhibit 9.  See where it says, Note 4,

21    revenue, sale of products in 2011 is $3.875 million, and

22    then in 2012, it's 13.484 million.

23             Rendering of services is 7.2224 million in

24    2011, and zero in 2012.

25             Do you know why that is?

1        A     I don't really recall what is this, but I'm

2   sure like a reclassification.

3        Q     Of what a service and what a product is?

4        A     Could be.  It's like -- I don't really recall

5   exactly what it could be.  But sometimes accounting and

6   standard financial reporting is time to change or they

7   can change their own presentations.  It's not what we

8   provide the presentation of.  Whether it's me as a CFO,

9   I look at the total number if it is accurate with my

10  trial balance.

11       Q     What products does Webzilla, Inc. sell?

12       A     Premium web hosting.

13       Q     What services does it sell?

14       A     Web hosting.

15       Q     What's the difference?

16       A     Web hosting.

17             COURT REPORTER:  I'm sorry, what was your

18       answer?

19             WITNESS:  Web hosting.

20       Q     (BY MR. SIEGEL)  What of -- what within that is

21  a product and what within that is a service?

22       A     There can be many kinds of products, but

23  overall for management to quote, we say it's a web

24  hosting services.

25       Q     Well, in 2012 it says that there were 13 --

1   almost $13.5 million in sales of products, and zero

2   rendering of services.

3           So what are some examples of products that

4   Webzilla sells as opposed to services?

5       A   It's same thing, we didn't change -- maybe

6   some new products added, but it's always as web hosting

7   for us.

8       Q   So how do you classify a dollar that Webzilla

9   receives as a product, and how do you classify one as a

10  service?

11      A   We have like how much is the dedicated -- we

12  distributing a difference category in our management

13  report.

14      Q   How do you do that?

15      A   We do on the basis of invoices, how they

16  invoice to the customer, we get a product and,

17  accordingly, it goes to the dedicated servers or

18  bandwidth, or could be management services or domain

19  name these kinds of things.

20      Q   So I'll ask you again:  Can you give me an

21  example of a product that Webzilla, Inc. sells, and an

22  example of a service that Webzilla, Inc. sells?

23      A   For me it looks the same.  We are a service

24  company.

25      Q   Let's look at page 1004.  So Note 14

1   Subsection 2, II indicates that Webzilla, Inc. made over

2   $10 million in purchases of goods and services from

3   other XBT subsidiaries, correct?

4        A    Yes.

5        Q    If you look at Number 4, it indicates that --

6   does that mean that it borrowed a million .567 from XBT

7   holding?  It says payables to parent.

8        A    Yes.

9        Q    Why would it borrow a $1.5 million from the

10  parent company?

11            MR. FRAY-WITZER:  Objection.  You can answer.

12       A    It could be the day-to-day activities

13  requirement when they have -- when one entity doesn't

14  have the cash flow, we normally -- normal practice is we

15  borrow each other entities so that they can meet their

16  own goal.  So they can pay their vendors, suppliers.

17       Q    (BY MR. SIEGEL)  So when Webzilla, Inc., for

18  example, purchases something from IP Transit, Inc., is

19  there a corresponding revenue entry for IP Transit,

20  Inc.?

21       A    Yes.

22       Q    And similarly, as in this case, Webzilla, Inc.

23  appears to have borrowed a million .567 from XBT

24  Holding.  Would there be a corresponding entry for XBT

25  Holding indicating that it's owed that amount of money?

1      A     Yes.

2      Q     And what documents would contain those -- that

3  information, a month lease?

4      A     It depends when they borrowed and what time.

5      Q     Okay.

6      A     It's -- normally it happens when we see -- it

7  can happen any time of the year.

8      Q     Okay.  But this means that at the end of the

9  year, Webzilla owed XBT Holding 1.567 million?

10      A     Looks like, yes.

11          MR. SIEGEL:  Let's go off the record for one

12      sec.

13          VIDEOGRAPHER:  Off the video record at

14      11:44 a.m.

15          (A short recess was taken.)

16          VIDEOGRAPHER:  Back on the video record at

17      11:51 a.m.

18          (Defendant's Exhibit No. 10 was marked for

19  identification.)

20      Q    (BY MR. SIEGEL)  I'll show you Exhibit 10.

21  Exhibit 10, I'll represent, is the document your counsel

22  produced for your 2012 corporate tax returns for

23  Webzilla, Inc.  Let's just go to page 887.

24          So it indicates that in 2012 Webzilla, Inc.

25  for federal tax purposes calculated zero taxable income

1  and zero tax, right?

2       A    That's what I see.

3       Q    Same thing for 2011, right, just based on the

4  same chart?

5       A    Yes, papers says that.

6            COURT REPORTER:  I'm sorry?

7            WITNESS:  Yes, papers says that.

8       Q    (BY MR. SIEGEL)  Now, go to page 889.

9            This indicates, does it not, that in 2012 to

10 the State of Florida, Webzilla reported a loss for tax

11 purposes of $305,996?

12      A    I see that, yes.

13      Q    And it paid zero in Florida taxes?

14      A    Yes.

15      Q    So how it is that a company that had

16 approximately 12-, $13 million in revenue that year paid

17 zero in taxes to the State of Florida?

18           MR. FRAY-WITZER:  Objection.  You can answer.

19      A    I don't prepare the tax of the United States.

20 The tax consultant does this, and I can't answer.  I

21 don't know.

22      Q    (BY MR. SIEGEL)  Has Webzilla ever paid a dime

23 in taxes to the State of Florida?

24           MR. FRAY-WITZER:  Objection.  You can answer.

25      A    I don't remember.

1        Q   (BY MR. SIEGEL)  You don't remember.  Do you

2   believe that it has?

3            MR. FRAY-WITZER:  Objection.

4        A    Maybe.

5        Q   (BY MR. SIEGEL)  Well, since -- when?

6        A    I don't know.

7        Q    You don't know.

8        A    (The witness nods head.)

9        Q    Okay.  We'll go through them.

10           So are you able to explain why Webzilla

11   indicated that it has a loss of $305,996 in 2012 --

12           MR. FRAY-WITZER:  Objection.

13       Q   (BY MR. SIEGEL)  -- for Florida purposes?

14           MR. FRAY-WITZER:  Objection.

15       A    No, I can't.

16       Q   (BY MR. SIEGEL)  Let's just look at page 902.

17           Page 902 indicates that Webzilla took a

18   deduction for federal taxes for bandwidth of over $6.5

19   million, and for collocation of over a million and a

20   half dollars.  Do you know what those deductions were

21   for?

22           MR. FRAY-WITZER:  Objection.  You can answer.

23       A    It's bandwidth cost to serve the customer,

24   collocation cost to serve the customer.

25       Q   (BY MR. SIEGEL)  Okay.  And that is a cost that

1    is actually a payment to another subsidiary, right?

2              MR. FRAY-WITZER:  Objection.  You can answer.

3        A    Maybe, I don't...

4        Q    You don't know?

5        A    I need to check.

6              MR. FRAY-WITZER:  You need to keep your voice

7        up.

8        A    Maybe, I need to check.

9        Q    (BY MR. SIEGEL)  Okay.  Let's go back to the

10   2012 consolidated statement, which is the Exhibit 11.

11   Turn to page 792.

12       A    Do I have it?

13       Q    Yeah.  You have it, I'm sure.

14       A    What's the number?

15       Q    Page 792.

16             You see in the -- towards the top of the page,

17   right, under the category Intangible Assets; you see

18   that?

19       A    Uh-huh.

20       Q    In 2011, it lists for intangible assets

21   $407,699, right?

22       A    Uh-huh.

23       Q    In 2012, it lists it's intangible assets

24   $332,022,999, right?

25             How did Webzilla get -- I'm sorry, how did XBT

 1   Holding get $337 million intangible assets between 2011

 2   and 2012?

 3              MR. FRAY-WITZER:  Objection.  You can answer.

 4       A    I think there was some reporting matter for

 5   IFRS.  They did the --

 6              COURT REPORTER:  I'm sorry, reporting matter

 7       for?

 8       A    Reporting matter IFRS, International Finance

 9   Reporting Standard, which applies in Europe.  And they

10   did a fair market value of all our customer list and

11   brand.

12       Q    Who did?

13       A    Performed by KPMG.

14       Q    When did they do that?

15       A    It was 2012.

16       Q    So you're saying KPMG came up with that

17   figure?

18       A    There was a valuation matter, that's how they

19   came up with it, that fair market value.

20       Q    Okay.  Let's turn to page 809.  So you see on

21   page 809 under 2012, right, Note 13, intangible assets,

22   okay?

23       A    Uh-huh.

24       Q    You see that there was a listing of

25   $331,899,000 for goodwill?

1        A    Yes.

2        Q    What is goodwill?

3             MR. FRAY-WITZER:  Objection.  You can answer.

4        Q    (BY MR. SIEGEL)  What's the objection?

5             MR. FRAY-WITZER:  Well, goodwill can be in any

6        number of contexts.  I think you can ask him about

7        what is in the document.

8        Q    (BY MR. SIEGEL)  What's the meaning of goodwill

9    on this document?

10       A    So in this -- what I told you when I said

11   before, that there was the fair market value of that

12   brand, customer list, IP blocks, the mix of all.  They

13   performed the fair market value.

14       Q    Is there a document that shows that

15   calculation?

16       A    I don't remember.

17       Q    You don't remember?

18       A    (The witness nods head.)

19       Q    (BY MR. SIEGEL)  Let's go to page 789.

20       A    789.

21       Q    You see on the bottom of that page there is a

22   paragraph that starts, basis for adverse opinion?

23       A    Yeah.

24       Q    Could you read that?

25       A    Yeah.

1        Q     Read it out loud.

2        A     "The management has included in the goodwill

3    account the amount of -- with the corresponding entry in

4    the reserve account Note 13.  We were unable to gather

5    relevant and appropriate evidence in order to satisfy

6    ourselves regarding the value of the goodwill."

7        Q     The rest of it.

8        A     "Furthermore, we disagree with the accounting

9    treatment of the goodwill account at consolidation

10   level, which is not in accordance with the requirements

11   of IFRS 3 'Business Combinations.'"

12       Q     So, in fact, KPMG is saying, we can't support

13   this; isn't that right?

14       A     That could be their standard.

15       Q     What?

16       A     It look like here what is written is their

17   standard.

18       Q     You just told us that though KP -- that that

19   valuation was based on a KPMG evaluation?

20       A     That's what I remember.

21       Q     You remember it correctly, right?

22       A     Uh-huh.

23       Q     So why did you produce a financial statement

24   that contained a value for goodwill that KPMG, in their

25   view, thought was unsupportable?

1        A     I recall now, sorry.

2        Q     Go ahead.

3        A     Yes.  They wanted to keep this value only in

4   the independent report of XBT Holding, Limited, and they

5   wanted to eliminate this amount from the consolidation.

6   That's what we were not agreed to eliminating the number

7   from the consolidation.  I remember now.

8        Q     Is there an independent report of XBT Holding,

9   Limited?

10       A     Yes.  It's an audited report.

11       Q     I thought that you said that the Holding

12   company doesn't actually transact any business?

13       A     But there are.  They are activities which you

14   need to do in XBT like some expenses, and stuff like

15   that.  It's not like they're selling practice.

16       Q     And how -- what is your recollection of that

17   being the reason for KPMG adverse opinion based on?

18       A     I don't remember exactly, but we had this

19   discussion that they wanted to eliminate from

20   consolidation and leave it on the independent entity

21   level.

22       Q     That's not what it says here, right?

23       A     XBT level has an adverse opinion.

24             COURT REPORTER:  I'm sorry, what was your

25       answer?

 1        A     XBT level independent financial statement has

 2   an adverse opinion.

 3        Q    (BY MR. SIEGEL)  Okay.

 4        A    If I remember.

 5        Q    Okay.  Obviously, I'll ask for that to be

 6   produced.

 7             Are you familiar with a company called

 8   Megaupload?

 9        A    I read it somewhere.

10        Q    You read it somewhere?

11        A    Uh-huh.

12        Q    What did you read?

13        A    In the news a very long time back.

14        Q    What do you recall Megaupload being?

15        A    Not exact, but they was some kind of document

16   and just a news about one of the CEO -- I think CEO of

17   Megaupload.

18        Q    Wasn't Megaupload a customer?

19             MR. FRAY-WITZER:  Objection.  You can answer.

20        Q    (BY MR. SIEGEL)  Was Megaupload a customer?

21        A    I don't remember now.  I never saw that.

22        Q    Okay.  Let's get the next Exhibit.

23             (Defendant's Exhibit No. 12 was marked for

24   identification.)

25        Q    (BY MR. SIEGEL)  I'll show you what is marked

1  as Exhibit 12.  Do you recognize that document?

2      A    Yes.

3      Q    What is it?

4      A    It's an evaluation report by KPMG.

5      Q    And why was that valuation performed?

6      A    We had a few inquiries from the venture

7  capital that they want -- that they are looking to

8  invest in our company.  So we wanted to perform what

9  value the company has now, so that we can -- it could be

10  a part of the negotiation so we can say what is the

11  value.

12      Q    Did you, ultimately, use the evaluation for

13  that purpose?

14      A    For the equipment --

15          COURT REPORTER:  I'm sorry, what was the

16      answer?

17          WITNESS:  We used it.

18      Q    (BY MR. SIEGEL)  And did you attract any

19  investment in those negotiations?

20      A    I think there was one.  The last shareholder

21  invested the year before -- after this report, no.  We

22  didn't got it.

23      Q    Okay.  Let's first turn to page 667.  Which is

24  also page 22 of the report itself.  On the right-hand

25  side, you see it says operating expenses?

1        A       Uh-huh.

2        Q       In the middle of the second paragraph it says:

3    "Similarly the marketing department in U.S. was set up

4    in 2012 in attempt to gain back the lost customer base

5    caused by the closure of Megaupload in January of 2012."

6             Right?

7        A       That's what is written here.

8        Q       So what lost customer base was caused by the

9    closure of Megaupload?

10       A       I don't remember.  It's like KPMG report wrote

11   it.

12       Q       Well, KPMG says there was a marketing set up

13   in the U.S. to gain back the lost customer base caused

14   by Megaupload, right?  That's not a small activity, is

15   it?

16             MR. FRAY-WITZER:  Objection.  You can answer.

17       A       I really do not remember what does it mean

18   here.  Maybe it's like market -- what I understand from

19   this statement, due to the Megaupload problem, the whole

20   hosting Internet business had a down.

21             So in my interpretation, that's what you want,

22   is when every company was facing down all Internet

23   business even public credit company, many companies were

24   having a fall down.

25       Q       Why?

1        A     There was volatility maybe in the Internet

2   business.

3              COURT REPORTER:  A what?

4              MR. SIEGEL:  Volatility.

5              MR. FRAY-WITZER:  Volatility.

6              COURT REPORTER:  Thank you.

7        Q    (BY MR. SIEGEL)  Why would the closure of

8   Megaupload affect a business that didn't have any

9   business that was closed as a result of what happened to

10  Megaupload?

11             MR. FRAY-WITZER:  Objection.

12       A    I don't know.  But I saw there was in a stock

13  report that caused it to go immediately down.  One of

14  the bank companies and many hosting company was

15  suffering.  It was just in the news going on.

16       Q    (BY MR. SIEGEL)  Okay.  So you still believe

17  that you did not have any customer base that was lost as

18  a result of the closure of Megaupload in 2012; is that

19  your testimony?

20             MR. FRAY-WITZER:  Objection.  You can answer.

21       A    I don't remember.

22       Q    (BY MR. SIEGEL)  You don't remember?

23       A    (The witness nods head.)

24       Q    (BY MR. SIEGEL)  I take it for 2012, there is a

25  document -- there are documents where you calculated the

1  monthly revenues for the company for each month.

2      A    (The witness nods head.)

3          MR. FRAY-WITZER:  You need to say yes or no.

4      A    Yes.

5      Q    (BY MR. SIEGEL)  Did you participate in

6  providing some of the information to KPMG that they used

7  for this valuation?

8      A    Yes.

9      Q    What did you do?

10     A    I provide them business plan and they opted an

11 actual number from their own department.

12     Q    Okay.  Actual numbers of what?

13     A    The audited financial statement.

14     Q    So when you say "business plan," do you mean

15 business plan for the future?

16     A    Yeah.  Budgeting, planning forecast.

17     Q    And did those forecasts you provided include

18 projections for revenue, cost, profit, et cetera?

19     A    Yes.

20     Q    And how did you arrive at those projections?

21     A    It's hard to answer.  There is tons of work

22 and a lot of people, they sit together, calculate

23 everything, and then come up with a business plan.

24     Q    Okay.  Did you believe the projections that

25 you provided at the time were -- were as accurate as you

1    could do?

2         A    Business plans we prepare on the background of

3    all the data we calculate.  Yes, it's an accurate plan.

4         Q    Okay.  Let's turn to page 20.  Or 20 of the

5    document, 665 is the page number.

6              This indicates that for the organic growth

7    strategy, right?

8         A    Yes.

9         Q    Explain what that means.

10        A    Organic growth without acquisitions.

11        Q    You projected that revenue in 2013 would be

12   43.7 million, right?

13        A    I don't remember.  I can see the number here.

14        Q    That is the projection that you made, correct?

15        A    I can't recall the number.  I see the number

16   here.

17        Q    Do you have any reason to believe that that

18   number is not the projection that you made?

19        A    I don't know.  But looking at the report, the

20   numbers are here.

21        Q    Okay.  Is there any -- do you have any reason

22   to believe that that number is not a projection that you

23   provided to KPMG?

24        A    No.

25        Q    Same thing for 2014, you projected 53.1

1    million in revenue, correct?

2         A    Yes.

3         Q    And in 2015, you projected approximately

4    62.8 million in revenue, right?

5         A    As per this report --

6         Q    Yes.

7         A    -- and time, yes.

8         Q    Now, we can and we will go through all the

9    documents, but as CFO of the company, right, would it be

10   accurate to say that those levels of revenue in either

11   2013, 2014 and 2015 were not achieved?  Were not

12   actually achieved, right?

13        A    I need to see the actual number.  This -- the

14   business plan numbers and in 2013.  Business plans are

15   always revised every year -- sorry, bless you -- as well

16   as the forecast need to be revised, because forecast we

17   base on the plan when we prepare the plan looking at the

18   2012 -- if I'm preparing for 2013 look at the last four

19   of 2012, what is my nine month and the what is making

20   the calculation.  There are many calculations

21   accordingly to this.

22             So this number I need to check what is the

23   actual number of 13.

24        Q    Okay.  Do you believe that any of those

25   numbers of revenue projected for 2013, '14 or '15 were

1  achieved?

2      A     In business plan the most --

3      Q     It's a yes or no -- go ahead, go ahead.

4      A     More focus on the next year, coming years are

5  like just forecasted that basis may change in the years.

6  So '13 I need to check, I'm not sure, sorry.  I don't

7  know.

8      Q     Okay.  So you're -- I guess what you're

9  telling me you think now your forecast for 2014 and 2015

10  weren't worth very much?

11          MR. FRAY-WITZER:  Objection.

12     A     No.  I mean to say:  When we prepare the plan,

13  we focus and the current year, means, if I'm preparing

14  plan for 2013 our department or everybody has focus on

15  2013, on the projects.  And, accordingly, it goes for

16  '14 and '15.

17          But when we are '13 October, we always advise

18  the '14, '15 and '16.  It's like five years you plan and

19  then you revise.  It happens in the forecasting.

20  Forecasting no one can predict 100 percent so many years

21  before.

22          So 2013 numbers where we focus more, and then,

23  accordingly, you can see what is going on, what it's

24  going to be afterward.

25     Q    (BY MR. SIEGEL)  And what documents contain

1    those annual forecast?  Is there a document that you

2    generate every year?

3          A     Business plan.

4          Q     You have a business plan for every year?

5          A     We prepared this plan.

6          Q     For the upcoming year?

7          A     Yes.

8          Q     And does it include forecasts for additional

9    years or just the upcoming year?

10         A     No.  It's to forecast for -- always of our

11   business plan has five years.  Four years forecast focus

12   on the plan of next year.  I'm preparing in the system

13   only -- sorry to say that, last year I didn't able to do

14   because I was busy with this gathering all the

15   information, and due to my son's sickness, I didn't do

16   the plan for 2018 in 2017.  So up to, I think, 2017,

17   which I did in 2016, is there.

18         Q     So you did a -- we'll get to this later, but

19   we have a business plan that's dated November 2016.

20         A     Yes.

21         Q     For subsequent years, right?

22         A     Yes.

23         Q     Is that approximately when you do the business

24   plan each year?

25         A     This is the plan we create with a lot of

 1  information.

 2       Q    No, I'm sorry.  It's a similar question.

 3            So in 2016, your counsel gave us a business

 4  plan that is dated November 2016.  Okay?

 5       A    That is a time frame.

 6            MR. FRAY-WITZER:  Objection.

 7       Q    (BY MR. SIEGEL)  That's what I'm asking you.

 8            MR. FRAY-WITZER:  Objection.  Counsel couldn't

 9       have given you anything in 2016.  The case didn't

10       exist then.

11            MR. SIEGEL:  No.  It's dated, the business

12       plan is dated.

13            MR. FRAY-WITZER:  I understand what you wanted

14       to ask.  I think at the beginning you said, your

15       counsel gave us in 2016.

16            MR. SIEGEL:  My mistake.

17       Q    (BY MR. SIEGEL)  You gave a business plan dated

18  November 2016.  What I'm asking you is:  Would that be

19  the approximate time period, October, November,

20  December, is that the approximate time period each year

21  that you do a business plan, that you update your

22  business plan?

23            MR. FRAY-WITZER:  Objection.  You can answer.

24       A    What I remember, the last quarter of every

25  year we prepare the business plan.

1           MR. SIEGEL:  Okay.  We, obviously, asked that

2       those be produced.

3       Q   (BY MR. SIEGEL)  Okay.

4       A   Except 2017 last quarter, I didn't produce.

5       Q   Okay.

6           Let's go to page 658.  On page -- this is the

7   same document.

8       A   Which?

9       Q   658 or 13 on the document.

10          It indicates that where it says, investors

11  exit options:  Manager have provided three exit options

12  at a time arising four years, i.e. by 2016.  Either an

13  IPO sale to a strategic buyer or a sale to a private

14  equity group, right?

15      A   (The witness nods head.)

16      Q   That was your plan as of the time that this

17  document was written?

18      A   That was the plan at that time, yes.

19      Q   Okay.  That didn't happen by 2016, right?

20      A   No.

21      Q   Why is that?

22      A   I don't know why it didn't happen.

23      Q   Did you change your mind as to what your goals

24  were for that time frame?

25      A   It's we saw that Servers.com was unfinished

1    product, we wanted to launch them and go a little more

2    aggressive in the market.  So our enterprise value

3    increases and we can have a more profit in selling the

4    company.

5         Q    Let's go back to page 665.  Look at the entry

6    for 2012, actual and then 2013 estimated.  Right?

7         A    Uh-huh -- sorry, yes.

8         Q    Your revenue in 2012 is 33 million,

9    approximately, right?  Your projection for 2013 was

10   43.7, approximately, right?

11        A    Yes, I see.

12        Q    So you're projecting an increase of a little

13   bit over $10 million in revenue.

14             If you look at cost of sales, right, your

15   projection is roughly flat, right, it will actually go

16   down a little bit in 2013, right?  From 16909 to 16433.

17        A    Yes, I see that.

18        Q    And operating expenses, they'll go up roughly

19   $2 million, right?

20        A    Yes, I see that.

21        Q    So how did you expect that you would generate

22   more than $10 million in additional revenue based on

23   about a million and a half dollars in additional costs

24   and expenses?

25        A    I don't remember.  It's 2013, now '18.

1        Q    You don't remember how you justified that?

2        A    It's too many calculations behind it.  It's

3   hard to look at the number and explain the strategy what

4   was that time.

5        Q    Okay.  And I'll ask you the same question for

6   2013 to 2014.  You project again about $10 million

7   increase in revenue, and a little over $2 million

8   increase in expenses, in cost of sales plus operating

9   expenses.  Why did you expect you would generate so much

10  more revenue but not spend anything close to the

11  corresponding amount of money?

12            MR. FRAY-WITZER:  Objection.  You can answer.

13       A    I don't know.  It's like the amount of

14  calculations behind it, as I said, looking at the total

15  number it's hard to explain.

16       Q    Well, let's look at the profit, okay.  In 2012

17  your profit was $3.75 million, roughly, right?  Your

18  projection for 2013 was 11,986,000, right?  That's over

19  a 300 percent jump in a year.

20            Why did you think that your profit would

21  increase by more than 300 percent a year?

22       A    As I said, looking at this there is many days

23  of work, many people, all put they together the strategy

24  and calculated this, and I couldn't remember what was

25  this strategy that...

1      Q    Well, you're ultimately responsible for that

2  work, right?  And you're ultimately responsible for that

3  strategy, correct?

4      A    Yes.

5      Q    So you're telling me that you can't remember

6  why for purposes of equity valuation of the company, you

7  projected over a 300 percent increase in profit in a

8  single year?

9      A    I don't remember that time, it's '13.

10      Q    Okay.  Let's look at page 672, page 27.  This

11  was a different strategy, right?  Acquisition to growth

12  strategy or alternative; is that strategy fair to say?

13      A    Yes.  It's a different strategy.

14      Q    And without going through the numbers, the

15  assumption of this strategy, right, was that you would

16  make some very substantial acquisition that would result

17  in very large increases in revenue, right?

18      A    I don't know the calculation behind it, and

19  this was the acquisition strategy to acquire the

20  companies.

21      Q    Would it be fair to say that, the strategy

22  that the company ultimately pursued over the next few

23  years, did not rely on these kinds of large scale

24  acquisitions?

25      A    These acquisitions it would be incorrect to

1   say that.  This acquisition plan was the base on raising

2   the equity.  So it's always the acquisition depend on

3   how much is increase the equity in the market and invest

4   in acquisitions.

5        Q    Okay.  But the assumptions here, right, look

6   at 2014, for example, right, is that you would be making

7   acquisitions that would result in almost $73 million in

8   revenue, right?  Right, that was the projection?

9        A    Yes.  If you could have acquired the company.

10       Q    Right.  And that would -- and your cost and

11  expenses would have gone up a lot too, right?  They

12  would have gone to 35,769,000 million cost of sales and

13  22 million in the operating expenses, right?

14       A    That's what it says looking at this, yeah.

15       Q    My question here is simply:  The strategy you

16  ultimately pursued, wasn't a strategy that was dependent

17  upon in this kind of large scale acquisition, right?  In

18  other words, your cost did not go up to 50- or

19  $60 million in a year based on acquisitions; is that

20  fair?

21       A    No.  See this acquisition model was complete

22  in a different calculation on the basis of certain

23  inquiries we did which company we are going to acquire.

24       Q    Right.

25       A    And looking at their preliminary data, how

1   much their cost of sales would be or the accounting

2   further in the future cut their cost.  So this model was

3   complete depending on how much we raised equity from the

4   market.

5         Q    And all I'm saying is that, the companies that

6   you were assuming might be acquired, those companies

7   were not acquired, right, in other words you didn't

8   raise the equity to make that kind of purchase, right?

9         A    Yes.

10        Q    Okay.

11        A    Didn't able to raise the equity.  We didn't

12  got --

13             COURT REPORTER:  I'm sorry.

14        A    Didn't able to raise -- we didn't got the

15  equity to do that acquisition.

16        Q    (BY MR. SIEGEL)  Okay.  Why weren't you able to

17  raise the equity?

18        A    It's kind of negotiation.

19        Q    Let's look at the summary page, which is page

20  652.  Let's actually go to 654, the last page of their

21  key finding.  You see where it says:  "For the organic

22  growth scenario, discount the cash flow analysis."

23  Right?

24             It says:  "The equity value for the group is

25  between the range of 237.6 million and 284.1."  Right?

1    You see that?

2         A    Yes.

3         Q    Is that an equity value that you used for

4    negotiation purposes?

5         A    I don't know what I remember, that's 2013.

6         Q    Okay.

7         A    Hard to...

8         Q    Those evaluations that were based on the

9    projections that were contained that you provided to

10   KPMG, right, that's what those valuations are based on?

11        A    We do not provide the valuation.

12        Q    No, no, I understand that.  You provide the

13   data, the projections and KPMG made an evaluation based

14   on those projections?

15        A    Yes.

16        Q    So the projections turned out not to be

17   correct, right?

18        A    No.

19        Q    By a lot?

20        A    No.

21        Q    You're saying that in 2015, the company had

22   $63 million in revenue?

23        A    It does not mean the projection was wrong.

24        Q    Okay.  The projections -- say that again.  Why

25   is that?

1      A     Projection is made in the previous year for

2   the coming year, and this strategy contains change

3   during the year, the market change.  So I can't remember

4   what was that time what happened to the numbers.

5      Q     You're saying that the numbers may have

6   changed over -- between 2013 and 2015, right?  Your

7   projections may have changed, right?

8      A     No, I didn't say that.

9      Q     Well, did you earn $63 million in revenue in

10  2015?

11     A     63 million, no.

12     Q     Not even close, right?

13     A     I don't know.  I have to check.

14     Q     Really?  You need to check?  You're the CFO of

15  the company.  Do you think that you are anywhere near

16  $62.8 million in 2015?  You need to check that?

17           MR. FRAY-WITZER:  Objection.  You can answer.

18     A     But I explain before 2000 -- this report was

19  done in 2013 on the basis of 2012 that is strategy after

20  three years may have changed.

21     Q   (BY MR. SIEGEL)  I understand.  But that's not

22  the question I asked you.  The question I asked you was:

23  Didn't make anywhere near $62.8 million in 2015, right?

24     A     2015 revenue we made 50 million, I think.

25           MR. SIEGEL:  Let's get the report for --

1          COURT REPORTER:  I'm sorry, what was the last

2      part of your answer?

3      A    I think we made -- what I remember, it was

4  50 million revenue.

5          COURT REPORTER:  Thank you.

6          MR. SIEGEL:  Which number is that?

7          MR. LAZIER:  24.

8          MR. FRAY-WITZER:  Whenever we can do lunch

9      would be good.  I don't want to interrupt.

10          MR. LAZIER:  It's 25.

11          Do you have a...

12          MR. SIEGEL:  Here, I'll go ahead.

13          MR. LAZIER:  It will be marked 25.

14          MR. SIEGEL:  You can mark it the next one, 13.

15          MR. LAZIER:  I already marked the other one

16      15, so...  I'll mark this 25.

17          (Defendant's Exhibit No. 25 was marked for

18  identification.)

19          MR. FRAY-WITZER:  We're going from 12 to 25.

20      I think we can do anything.

21          MR. SIEGEL:  Can I have that for the record?

22          MR. FRAY-WITZER:  You're the one that has gone

23      from 12 to 25, so...

24      Q    (BY MR. SIEGEL)  All right.  I'll show you what

25  is marked Exhibit 25, which is XBT Holding SA

1  consolidated 2015 statement.  Look at page 335.

2          What was the total revenue for the

3  consolidated companies in 2015?

4      A    30 million.

5      Q    30 million, right?

6          COURT REPORTER:  I'm sorry?

7          WITNESS:  The 38.7 million.

8      Q   (BY MR. SIEGEL)  So in 2015 you made

9  38.7 million?

10     A    Yes.

11     Q    You didn't make 62.8 million as had been

12  predicted for the purposes of valuation, right?

13     A    This report was in created in 2012, different

14  strategy, different then, but this actually what we

15  made.

16     Q    Okay.  So the valuation, the company was worth

17  less in 2013 than KPMG valued it at, right, because that

18  valuation was based on projections of much larger

19  revenue than accurately occurred; is that fair?

20     A    No, that's not correct.  Always the valuation

21  has a method of raising equity and debt, which posts

22  into the business to raise and increase the sales.  So

23  that's how the business goes.  So that would be

24  incorrect statement, I can say.

25     Q    Well, explain to me how a company that was --

1  that you projected would earn $62.8 million by 2015,

2  right, and then, in fact, only earned 38 million in 2015

3  could be accurately valued based on the assumption that

4  it would earn 62.8?

5        MR. FRAY-WITZER:  Objection.  You can answer.

6     A    The business plan, which was done in 2012 for

7  2015, the strategy raise equity, raise of debt could be

8  different, so I can't say that.  Different strategy.  I

9  can't remember what was in there what further achieved.

10    Q    (BY MR. SIEGEL)  Okay.

11    A    Can we take a break?

12        MR. GURVITS:  We're almost done to go to

13    lunch.

14    A    Sorry.

15    Q    (BY MR. SIEGEL)  Can we -- what time is it?

16        MR. FRAY-WITZER:  It's 12:30.

17        MR. SIEGEL:  We can break for lunch.

18        VIDEOGRAPHER:  Off the video record at

19    12:36 p.m.

20        (A luncheon recess was taken.)

21        VIDEOGRAPHER:  Back on the video record at

22    1:34 p.m.

23        MR. SIEGEL:  Good afternoon.  I'm showing you

24    Exhibit 12, and turning out of page, PG-694.  This

25    is the appendices and it is the projected income

1          statement for U.S. Operations for the organic

2          growth scenario.

3               I want to show you -- should I start over

4          again?  I could probably formulate a better

5          question, if I do -- strike that.

6               Ready.

7               Mr. Mishra, I'm showing you Exhibit 12 at page

8          PG-694, and in the second paragraph it says:

9          "Profit for the year 2012 stood at .99 million and

10          expected to significantly increase to $8.4 million

11          by 2013."

12               The next sentence: "The decrease of 2012

13          profit was due to the decrease in the revenue

14          caused by the lost customer base as a result of the

15          Megaupload closure in January of 2012."

16               What does that mean?

17          A     I don't know.

18          Q     Does that refresh your recollection that as to

19     whether XBT subsidiaries lost specific customers as a

20     result of the Megaupload closer?

21          A     I don't remember.

22          Q     If you had to go back and look to find out

23     what this meant, what would you look at?  In other

24     words, what would refresh your recollection as to what

25     these sentences say?

 1      A    This sentence of KPMG, I cannot look at this

 2   same page.

 3      Q    Well, KPMG -- KPMG is repeating information

 4   that you gave them; isn't that correct?

 5      A    Numbers, yes.

 6      Q    Okay.  So it is your contention that you never

 7   gave any information to KPMG to the effect that the

 8   decrease of 2012 profit was due to the decrease in the

 9   revenue caused by the lost customer base as a result of

10   the Megaupload closure?

11           MR. FRAY-WITZER:  Objection.

12      A    I can't remember.  There was the market --

13   sorry.  I can't remember and there was a volatile time

14   at that time in the market, and every hosting company

15   and Internet business was going down due to those years.

16      Q    (BY MR. SIEGEL)  How did you communicate with

17   KPMG to provide information for this equity valuation?

18      A    They come to our office and collect the

19   documents there.

20      Q    Okay.  Did you have e-mail communications with

21   them?

22      A    I don't remember.  Could be physical; could be

23   e-mail.

24           COURT REPORTER:  I'm sorry?

25           WITNESS:  I don't remember.  Could be

1        physical; could be e-mail.

2              COURT REPORTER:  Thank you.

3              (Defendant's Exhibit No. 13 was marked for

4        identification.)

5        Q    (BY MR. SIEGEL)  Okay.  Let's go to the next

6        exhibit.  Exhibit 13, Mr. Mishra, is a document your

7        counsel produced.  It says, it's the consolidated

8        financial statements for EBT Holding Limited for 2013,

9        correct?

10       A    Yes.

11       Q    Let's go to page 827.

12            What was XBT Holding Limited's consolidated

13       revenue for 2013, total revenue?

14       A    I see that here, it's $32.6 million.

15       Q    32.6 million, okay.  And your projection for

16       2013 that you gave to KPMG was for 43.7 million, right?

17       A    Yes.

18       Q    That's a difference of $11 million, correct?

19       A    Yes.

20       Q    Why was your projection for that single year

21       off by $11 million?

22       A    I don't remember.

23       Q    Let's go to page -- the next page, 828.

24            Your -- you see where it says intangible asset

25       in goodwill?

1      A     Yes.

2      Q     So that figure has been reduced from

3    332 million in 2012 to the 222 million in 2013

4    approximately, right?

5      A     Yes.

6      Q     Why?

7      A     Can't say looking here.

8      Q     Well, let's go to page 849, page 29 of the

9    report.

10     A     Page 29.

11           COURT REPORTER:  I'm sorry?

12           WITNESS:  I didn't say anything.

13           MR. FRAY-WITZER:  He said, page 29.

14     Q     (BY MR. SIEGEL)  You see on page 849 it

15   indicates that there was a decrease of subsidiaries fair

16   values of about 111 million?

17     A     Yes, I see that.

18     Q     Right.  That accounts for the reduction in the

19   intangible asset number, correct?

20     A     Correct.

21     Q     Why was there a decrease of roughly a third in

22   the fair values of the subsidiaries?

23     A     I don't remember.  It was '13, I don't

24   remember.

25     Q     You don't remember why the value of your

 1  company was marked down by one-third in 2013?

 2          MR. FRAY-WITZER:  Objection.  You can answer.

 3      A    I don't remember.

 4      Q   (BY MR. SIEGEL)  You don't remember, okay.

 5      A    (The witness nods head.)

 6      Q   (BY MR. SIEGEL)  Let's look at page 825.

 7      A    Yes.

 8      Q    Okay.  You see on top of the page where it

 9  says:  "Basis for qualified opinion"?

10      A    Yeah.

11      Q    It says:  "The management has included the

12  fair values of the subsidiary companies in the goodwill

13  account and the corresponding entry in the fair value

14  reserve account, a practice which in our opinion is not

15  in accordance with the requirements of International

16  Financial Reporting Standard 3."

17          Right?

18          And the end of the sentence says:  As a

19  result, the goodwill is overstated by $216 million with

20  a parallel overstatement of the fair value reserve."

21          Correct?

22      A    Yes, that's what this says.

23      Q    Again, KPMG is saying that the value of

24  goodwill is overstated, right, entirely?  Almost

25  entirely.

1        A     Yeah, it says.

2        Q     So why are you continuing to state the company

3  values that your auditors have told you now two years in

4  a row they don't think it's in accordance with

5  accounting standards?

6        A     In the consolidation, they never write this in

7  entity, holding entity, level.

8        Q     So why did you continue to do it?

9        A     Because that's everybody.  When I go to the

10 why -- is an entity, why there is not in consolidation.

11       Q     Okay.

12       A     Because if they ask the XBT individual and ask

13 you holding consolidation.

14       Q     Your testimony is that investors are expecting

15 you state your company's value in a way that's in

16 accordance with accounting standards?

17       A     No.  They want to compare probably the single

18 entity to the consolidation.

19       Q     Okay.  Why couldn't you simply show them both

20 in order to do that?

21       A     That's as per what I see.  As per the KPMG,

22 they want to eliminate, because it's an internal group

23 generated value, so they want to eliminate from

24 consolidation and keep it entity level.

25       Q     Do you disagree with the KPMG that's the

1  appropriate way to do, if that's what they're saying?

2      A    I don't know that time what was the

3  discussion, but seems like they ask the numbers should

4  be the same in the books.

5      Q    Well, I'll ask you just again, why didn't you

6  follow KPMG's advice?

7      A    They prepared this statement, not me.  We give

8  them a number, a trial balance.  They come with whatever

9  is the opinion.

10         COURT REPORTER:  Whatever is the what?  I'm

11     sorry.

12     A    They come up with this opinion.

13     Q    (BY MR. SIEGEL)  They had told you the previous

14 year, in 2012, right?

15     A    Yes.

16     Q    That they didn't agree with the way you were

17 calculating these intangible assets for purposes of the

18 consolidation statements, right?  Okay.  They told you

19 that the year before, right?

20         My question is:  Why didn't you change your

21 practice, given that they had told you that the year

22 before?

23     A    I don't remember.  This is how it is as per

24 the report.

25     Q    Let's look at page 843 -- let's skip that.

1          Let's go to 851.  You see Note 17, which is

2    Acquisition of Subsidiaries?

3        A    Yes.

4        Q    Those are the three acquisitions that were

5    made in 2013, correct?

6        A    Yes.

7        Q    So if I'm reading this correctly here, the

8    most that -- it doesn't indicate how much the group paid

9    for ROOT SA, do you know why, for the remaining

10   50 percent of the shares and voting shares of ROOT SA?

11       A    It's their presentation, KPMG's presentation.

12   I don't know.

13       Q    Okay.  The other two looks like the most

14   expensive acquisition is about $60,000 that's listed

15   there, right, Melior?

16       A    I can't say because there is no value of the

17   ROOT.

18            COURT REPORTER:  I'm sorry?

19       Q    (BY MR. SIEGEL)  The other two that they give

20   value for one is for 60,000 and one is 30,000; is that

21   right?

22       A    I see those two values.

23       Q    It's fair to say that those are relatively

24   low-cost acquisitions for a company XBT's size?

25       A    It's what it is.

1        Q    Let's go to the 2013 Webzilla statement.

2   Let's go to page 371 the second page -- page 2 of the

3   report.

4             So see where it says "financial results"?  It

5   says:  "The net profit for the year attributable to the

6   owners of the company is $16,870; is that right?  Is

7   that accurate?

8             MR. FRAY-WITZER:  Objection.  You can answer.

9        A    This what's written here, yes.

10       Q    (BY MR. SIEGEL)  So Webzilla had roughly

11  $17,000 net profit in 2013?

12       A    Yes.

13       Q    Let's go to page 735, page 6 of the report.

14            Just take a quick look at that.  You see

15  there's about $8 million cost of sales and $4.6 million

16  in overhead expenses, right?

17       A    Yes.

18       Q    Now go to 749.

19       A    Yes.

20       Q    You see where this says "purchases of goods

21  and services"?  So it looks like almost $10 million

22  worth of the Webzilla purchases of goods and services

23  are for related companies; is that right?

24       A    Yes.

25       Q    And then on the next page there's an

     1    additional 936,000 in payables to XBT holding?

     2         A    Yes.

     3         Q    So again, it would appear that almost all of

     4    Webzilla's costs are attributable to intercompany

     5    transactions, right?

     6         A    This means $9 million is attributed to it.

     7         Q    Almost 10 million, right?

     8         A    9.9, yes.

     9         Q    And payables to parent, is that also a cost or

    10    expense?

    11         A    It says here payable.

    12         Q    That means that that's something that Webzilla

    13    owes to its parent, right?

    14         A    To the XBT holding, yes.

    15         Q    Okay.  This would mean that for the subsidiary

    16    TM Web Properties Limited, there was $1.68 million in

    17    some sort of purchase of goods and services; is that

    18    right?

    19         A    I see it, yes.

    20         Q    Let's do the tax return.

    21              MR. LAZIER:  2013?

    22              MR. SIEGEL:  Yes.

    23         Q   (BY MR. SIEGEL)  Okay.  So let's look first at

    24    page 915.  See that the address of Webzilla, Inc. is now

    25    listed as Dallas?  Do you know why that is, why its now

1    using the Dallas address?

2        A    It's for maybe because correspond purpose to

3    get the information.  I don't know.

4        Q    Okay.  Let's go to the next page.  The next

5    page reflects that in 2013 Webzilla paid zero in federal

6    income tax; is that correct?

7        A    It says zero, correct.

8        Q    Look at the second line item under income,

9    cost of goods sold.

10           You see the cost of goods sold is listed as

11   zero in 2012 and 8 million in 2013?  Do you know why

12   that jumped by $8 million?

13       A    No, it's representation of the tax consultant.

14       Q    Well, the tax consultant is basing it on the

15   information you provided the tax consultant, right?

16       A    What I see, the number look like a

17   reclassification of other reductions.  So it was

18   reclassified.

19       Q    So you're telling me you think again in 2013

20   that accounting standards reclassified things from goods

21   to services?

22       A    I don't know maybe.  It's tax consultant.

23       Q    Doing what?

24       A    I don't know.

25       Q    Okay.  Let's go down to other deductions?

1        A    Yes.

2        Q    Which total 4 million -- little over

3   $4 million, right, do you have any idea what those are?

4        A    No.

5        Q    Let's go back to Exhibit --

6             MR. LAZIER:  Fourteen.

7        Q    (BY MR. SIEGEL)  Exhibit 14.

8             MR. SIEGEL:  You have it there?

9             MR. FRAY-WITZER:  Here you go.

10       A    What's the page?  Which page number?

11            (Defendant's Exhibit No. 14 was marked for

12   identification.)

13       Q    (BY MR. SIEGEL)  735.

14       A    Yes.

15       Q    Do you see on page 735 in 2012 it indicates

16   that Webzilla cost of sales was 10,574,000?

17       A    Yes.

18       Q    Go back and look at the tax form for 2012.  It

19   indicates that Webzilla's cost of goods sold is zero.

20       A    Yeah.

21       Q    Can you explain why that is?

22       A    No.  Because I didn't prepare this tax.

23       Q    But, again, you provide the information that

24   the accountants are using to prepare the tax forms,

25   right?

1        A     And the tax expert, they decide themself where

2    to put.

3             COURT REPORTER:  I'm sorry?

4        A     Tax consultant, they decide because they know

5    the U.S. tax, not me.

6        Q    (BY MR. SIEGEL)  The next year it says you

7    reported on your financial statement 8,156,863 in cost

8    of the sales, right, that's reported as cost of goods

9    sold for 2013?

10       A     Yes.

11       Q    Do you know why it's reported in 2013, but

12   reported as zero in 2012?

13       A     No, I don't remember.

14       Q    You don't know?

15       A     No.

16       Q    Okay.  Let's go down and look on the same --

17   on page 916 of the tax form where it says "deductions."

18            In 2012 there's a deduction for about

19   2.6 million for rent, right?  In 2013, the deduction for

20   rental is zero.  Do you know why that is?

21       A     It's a collocation, so it may have gone here.

22       Q    It may have gone where?

23       A     In the cost of sales -- they do it here and

24   here in '13.

25       Q    So you think it got reclassified in the sales

1   cost?

2        A    Looks like it to me.

3        Q    And so it is your testimony that rent would

4   have been reclassified from an overhead expense to a

5   sales cost?

6             MR. FRAY-WITZER:  Objection.  You can answer.

7        A    They say rent it is, basically, the data

8   center collocation cost, a lease.

9        Q    (BY MR. SIEGEL)  Okay.  So it's the lease that

10  you were paying for the physical facility; is that what

11  you mean?

12       A    Physical facility, yeah.

13       Q    And you're saying that that is being

14  reclassified as not part of the overhead?

15            MR. FRAY-WITZER:  Objection.  You can answer.

16       A    Looks like this is there.

17       Q    (BY MR. SIEGEL)  Okay.  Let's go to -- go to

18  page 932.  You see where it says "statement to 420

19  collocation services; is what you're referring to?

20       A    Yes.

21       Q    That's what you mean by rent?

22       A    Yes.

23       Q    You see the collocation services one of the

24  deductions that add up to 4,479,000?  You see that?  The

25  total deductions being claimed at which collocations

1  services one, is 4,479,000; you see that?

2       A    Yes.

3       Q    Go back to page 916.

4       A    There is not.

5            COURT REPORTER:  I'm sorry?

6       A    Yes.

7       Q    (BY MR. SIEGEL)  The collocation services

8  include in the line other deductions, right, it's not

9  rent.

10      A    No.

11      Q    So why is rent zero?

12      A    I don't know.  I was assuming because I can't

13  see the detail here.  I just see the numbers, so I don't

14  remember.

15      Q    Let's go to page Bates number 935.  It's

16  actually obscured.

17      A    Is this it?

18      Q    Yeah, that's it.

19           According to this, Webzilla had a net profit

20  of 17,000, but for Florida tax purposes it stated a loss

21  of about 289,000, right?

22      A    It says here.

23      Q    And the -- as a result, it paid zero in

24  Florida tax in 2013, right?

25      A    Yes.

1        Q     Let's go to the next couple.

2              MR. LAZIER:  Do you want to do exhibit --

3              MR. SIEGEL:  Sure.  Just a second.

4              I'll ask him, while you're doing that.

5        Q     (BY MR. SIEGEL)  We've handed you Exhibit --

6              MR. LAZIER:  Sixteen.

7              (Defendant's Exhibit No. 16 was marked for

8    identification.)

9        Q     (BY MR. SIEGEL)  Sixteen, which is a printout

10   of Webzilla, Inc.'s annual report is filed with the

11   secretary of State of Florida.  And you see in 2013 it

12   lists as the current principle place of business an

13   address in Fort Lauderdale?

14       A     Yes.

15             MR. SIEGEL:  You have the next one?

16             (Defendant's Exhibit No. 17 was marked for

17   identification.)

18       Q     (BY MR. SIEGEL)  Exhibit 17, has the principal

19   place of business in the 2014 report as an address in

20   Dallas, Texas, right?

21       A     On the form, yes.

22       Q     Okay.  So it was the principal place of

23   business of Webzilla, Inc. changed from Fort Lauderdale,

24   Florida to Dallas, Texas in 2014.

25             MR. FRAY-WITZER:  Objection.  You can answer.

1       A    I can't say that.  They just have

2  correspondence they put there.

3       Q    (BY MR. SIEGEL)  Whose signature is on the

4  bottom of those documents?

5       A    Me.

6       Q    So why did the principal place of business of

7  Webzilla, Inc. change from Fort Lauderdale to Dallas in

8  2014?

9       A    I don't remember.  It's -- I don't remember.

10       Q    Are you saying that you're filing inaccurate

11  documents with the Florida Secretary of State?

12            MR. FRAY-WITZER:  Objection.

13       A    No.

14       Q    (BY MR. SIEGEL)  So is it accurate that the

15  principal place of business for Webzilla, Inc. in 2014

16  was Dallas, Texas?

17            MR. FRAY-WITZER:  Objection.  You can answer.

18       A    2014, they were printing from Florida.

19            COURT REPORTER:  I'm sorry?

20       A    They were printing from Florida.

21            COURT REPORTER:  Printing?

22       Q    (BY MR. SIEGEL)  So why did you tell the

23  Secretary of State of Florida and sign a statement that

24  the principal place of business is Dallas, Texas?

25       A    Could be mistake from the current mailing

1   address to copy paste because I was there in the office.

2   In 2014, I was in this office.  When I moved to U.S. to

3   Dallas.  So this looks like mailing address -- current

4   address pasted there.

5        Q    All right.

6             MR. SIEGEL:  Let's go to the next --

7        Q    (BY MR. SIEGEL)  So I handed you the 2014 XBT

8   Consolidated Statement, right?

9        A    Yes.

10       Q    Go to page 288.  It indicates the companies

11  profit, consolidated profit, in 2013 -- I'm sorry, 2014

12  was 3.382 million, right?

13       A    Yes.

14       Q    Okay.  That was down from 5.6 million the year

15  before?

16       A    Yes.

17       Q    Revenues were about 36.221 million, which is

18  up from 32.827 million the year before, right?

19       A    Yes.

20       Q    Why did the company's profits decrease in

21  2014?

22       A    You know, I can't say now.

23       Q    It looks like there were increases in costs

24  and expenses that exceeded the increase in revenue,

25  right, if you look at 292?

1      A    Yes.

2      Q    Do you remember why that happened?

3      A    No.

4      Q    Okay.  Let's go to page 316.  It's page 30 of

5  the report.

6           You see that there is a value for goodwill

7  of -- for end of 2014, 221,000,000 approximately 221141?

8      A    Yes.

9      Q    Let's go to page 290.

10          You see where it says basis for qualified

11 opinion at the bottom of page?

12     A    Yes.

13     Q    The last sentence there says:  "In our

14 opinion, this practice should comply with the

15 International Reporting Standard 3 "Business

16 Combinations" and therefore the amount in goodwill

17 should be decreased by the fair value reserve and the

18 fair value reserve should be with no value."

19          Right?  What is that?

20     A    Yes.

21     Q    Can you explain that in a layman's terms?

22     A    In the consolidation, I told you before, also

23 they wanted to eliminate the number from consolidation.

24     Q    This explanation wasn't in any of the prior

25 two qualified or adverse opinions they gave, right?

1      A     Maybe not.  I didn't check.

2      Q     I mean, this is the first time that we're

3  seeing that say -- that explanation for their qualified

4  opinion; isn't that right?

5      A     Yes.

6      Q     So this is the third year in a row that they

7  have given you either a qualified or an adverse opinion

8  because they don't agree with the way you are stating

9  your goodwill value in your consolidated statement,

10  right?

11      A     Yes.

12      Q     So why did you continue to do that?

13      A     I explained before, I -- it's because we

14  wanted to keep similar to the entity and the

15  consolidation network.

16      Q     What was the basis of saying that the

17  consolidated companies were worth $221 million in

18  goodwill?

19      A     There was a fair market value.

20      Q     Who did the fair market value?

21      A     It's performed by the KPMG.

22      Q     So you're saying that KPMG provided that

23  number?

24      A     They performed the valuation.

25      Q     Is there a document reflecting -- let's back

1   up a second.

2           In 2013, right, there was a document which

3   they performed an equity valuation, right?  Are there

4   similar documents for subsequent years that is the basis

5   of those goodwill valuation numbers?

6       A    No.

7       Q    So do they document the valuation that you say

8   they do?

9       A    We give them a business plan, and then they do

10  the valuation for accounting purpose.

11      Q    Okay.  So you give them a business plan every

12  year as part of what you provide them as your financial

13  statements?

14      A    Yes.

15      Q    Okay.  Let's do the Webzilla one.

16           (Defendant's Exhibit No. 19 was marked for

17  identification.)

18      Q    (BY MR. SIEGEL)  Let's go to 236.

19           So page 236 indicates that in 2014 Webzilla,

20  had a net loss of $6,805, right?

21      A    Yes.

22      Q    Let's go to page 252.

23           Page 252 indicates as is the cash bank balance

24  essentially, right, for 2013 and 2014?  My question

25  simply is:  Where is Webzilla, Inc.'s bank?

1     A     Bank of America.

2     Q     Which is where?

3     A     Florida.

4     Q     Which branch?

5     A     I don't remember exact branch, but it's here

6   somewhere.

7     Q     So there's an actual bank account that you say

8   is at Bank of America there?

9     A     Yeah.

10    Q     Do each of the subsidiaries maintain separate

11  bank accounts?

12    A     Yes.

13    Q     So, for example Webzilla App and Webzilla

14  Dallas would have different bank accounts in the United

15  States?

16    A     Yes.

17    Q     And the same thing for Servers.com and the

18  other subsidiaries?

19    A     Yes.

20    Q     Let's look at 249.  See where it says Note 7,

21  Selling and Distribution Expenses?

22    A     (The witness nods head.)

23    Q     The last line item there is intercompany

24  expense, 1.92 million.

25    A     Yes.

1       Q    How is it that Webzilla, Inc. had precisely

2  $100,929,000 million intercompany expenses in both 2013

3  and 2014?

4       A    I can't remember.

5       Q    Isn't the goal of the way you count for

6  Webzilla, Inc. is to more or less have profits be close

7  zero for tax purposes?

8            MR. FRAY-WITZER:  Objection.

9       A    No.

10      Q    (BY MR. SIEGEL)  Well, then how come every

11  single year Webzilla's profits are zero for tax

12  purposes, and within a hundred thousand dollars plus or

13  minus in actual dollars?

14      A    This is what actually is there as per audit

15  the statement.

16           COURT REPORTER:  I'm sorry?

17      A    This is what actually is there as per audit

18  the statement.

19      Q    (BY MR. SIEGEL)  Well, the reason it's there is

20  because you deduct costs for Webzilla, Inc, right, that

21  are all money that is being given or paid to other

22  companies within XBT, right?

23      A    No.

24      Q    No?

25      A    We do actual service cost which is they obtain

1   every entity to each other.

2        Q    Okay.  So are you saying that Webzilla just is

3   not a very profitable company?

4             MR. FRAY-WITZER:  Objection.  You can answer.

5        A    How can I say -- it's not profitable.

6        Q    (BY MR. SIEGEL)  What?

7        A    No, I didn't say that.

8        Q    Are you saying that Webzilla is a profitable

9   company, Webzilla, Inc.?

10       A    The year which has profit, has a profit.  The

11  year which has no profit, no profit.  Everything in the

12  tax return and financial statement.

13       Q    Well, in 2013 it made $16,870, right?

14       A    Yes.

15       Q    In 2014, it lost $6,850, right.

16       A    Yes.

17       Q    That's not a very profitable company, is it?

18       A    They have revenue.

19            COURT REPORTER:  I'm sorry.

20       A    They have revenue.

21       Q    (BY MR. SIEGEL)  They do have revenue, but they

22  don't have profit, right?  They don't have profit that

23  is even a tiny fraction of the revenue; isn't that

24  correct?

25       A    As per the statement.

1      Q    Why is that year after year after year?

2           MR. FRAY-WITZER:  Objection.  You can answer.

3      A    I can't answer looking at the high level

4  numbers.

5      Q   (BY MR. SIEGEL)  Well, let's go off the record

6  one second.

7           VIDEOGRAPHER:  Off the video record at

8      2:17 p.m.

9           (A short recess was taken.)

10          VIDEOGRAPHER:  Back on the video record at

11     2:26 p.m.

12     Q   (BY MR. SIEGEL)  All right.  So let's quickly

13  compare the revenue and profit of the consolidated

14  companies with the revenue and profit of Webzilla 2013

15  through 2016, okay?

16     A    Okay.

17          (Defendant's Exhibit No. 18 was marked for

18  identification.)

19     Q   (BY MR. SIEGEL)  So in 2013, according to

20  Exhibit 18, XBT has revenue of 32.8 million, right?

21     A    Yes.

22     Q    And net profit of 5.665 million, right?

23     A    Yes.

24     Q    And according to -- oops.  I keep forgetting.

25  Do I need to start over.

1        A    (The witness nods head.)

2            MR. SIEGEL:  Actually -- strike that. I will.

3            MR. FRAY-WITZER:  And that explained it all,

4    didn't it?

5        Q    (BY MR. SIEGEL)  So according to Exhibit 18,

6    the XBT Consolidated Statement of the 2014, right, XBT's

7    revenue in 2013 was 32.8 million and its profit was

8    5.665, right?

9        A    Yes.

10       Q    Okay.  Webzilla's revenue in 2013, according

11   to Exhibit 19, was 13.3 million, right, and its profit

12   was about $17,000, right, net profit?

13       A    Yes, right.

14       Q    So Webzilla, Inc. accounted for almost more

15   than a third of the company's revenue, right, the

16   consolidated company's revenue, correct?

17       A    I see that.

18       Q    And virtually none of its profit, correct?

19       A    Yeah.

20       Q    Okay.  2014 Webzilla's revenue is

21   13.2 million, XBT's revenue is 36.2 million, right?

22       A    Yes.

23       Q    So Webzilla, again, accounts for more than a

24   third of the entire consolidated company's revenue,

25   right?  Webzilla profit is negative 7,000; XBT profit is

1  positive 3.5 million, right?

2      A    Yes.

3      Q    So, again, Webzilla accounts for more than a

4  third of the revenue, and actually zero of the profit,

5  right?

6      A    Yes.

7          (Defendant's Exhibit No. 20 was marked for

8  identification.)

9      Q    (BY MR. SIEGEL)  Okay.  Let's look at 2015 and

10  2016.  This is from Exhibit 4, which is XBT's 2016

11  Consolidated Statement, and Exhibit 20, which is the

12  Webzilla 2016 Consolidated Statement, right.

13          So in 2015 the consolidated revenue is

14  38.8 million, right?

15      A    Yes.

16      Q    And Webzilla's consolidated -- Webzilla's

17  revenue is about 12.7 million, right?

18      A    Yes.

19      Q    And, again, it's roughly a third of the entire

20  company's revenue, right?

21      A    Less than a third.

22          COURT REPORTER:  I'm sorry?

23          WITNESS:  Less than a third okay.

24          COURT REPORTER:  Thank you.

25      Q    (BY MR. SIEGEL)  Less than a third, okay.

1           The consolidated profit is about 3.5 million,

2    right?

3       A    Yes.

4       Q    And Webzilla has a $75,000 loss, right?

5       A    Yes.

6       Q    So, again, approximately a third of the

7    revenue; zero of the profit, right?

8       A    Yes.

9       Q    Finally 2016, the consolidated company has

10   about $49.7 million in revenue, right?

11      A    Yes.

12      Q    Webzilla has 14.2, right?

13      A    Yes.

14      Q    So a little less than a third, maybe closer to

15   30 percent, right, correct?

16      A    Yes.

17      Q    The consolidated company has $6.25 million in

18   profit; Webzilla has $109,000 in the profit, right?

19      A    Yes.

20      Q    So, again, 30 percent of the revenue; almost

21   none of the profit.

22           Why is that year after year after year?

23      A    This is what actually is on the statement.

24      Q    I know it's in the statement, but I'm asking

25   you:  Why has Webzilla made essentially no profit for

1  four years now?

2      A    I don't know.  This is what is actual the

3  cost, and the revenue.  This is the final statement --

4  financial statement.

5      Q    As the CFO of the company, are you telling me

6  you don't know why one of your subsidiaries that

7  accounts for more than a third of your revenue over the

8  last four years, has made virtually no profit?

9          MR. FRAY-WITZER:  Objection.  You can answer.

10      A    I don't know because I see the financial

11  statement.

12      Q    (BY MR. SIEGEL)  Never occurred to you before,

13  is that what your testimony is?

14          MR. FRAY-WITZER:  Objection.

15      A    No.  I see every year there's a statement.

16      Q    (BY MR. SIEGEL)  I understand.  I can see the

17  statement too.  I'm asking you as the CFO of the

18  company:  Why is it that Webzilla contributing that

19  large a share of the consolidated companies' revenue and

20  virtually none of the profit?  Why is your company

21  organized that way?

22      A    I don't know.  This is the profit here in the

23  statement -- the audited statement.

24      Q    Who in the consolidated companies then, is

25  actually responsible primarily for the profits of the

1    consolidated entity?

2            MR. FRAY-WITZER:  Objection.  You can answer.

3            MR. SIEGEL:  What's the objection?

4            MR. FRAY-WITZER:  Literally, didn't under the

5       question.

6       Q   (BY MR. SIEGEL)  Which subsidiaries are

7    principally responsible for the profits of the

8    consolidated entity?

9       A    With this information, I don't know.

10      Q    You can't tell me as the CFO of the company

11   how you're -- which companies make money for you?

12      A    I have to see the financial statement.

13      Q    Does Webzilla BV make money?

14           MR. FRAY-WITZER:  Objection.  You can answer.

15      A    I can't remember.

16      Q   (BY MR. SIEGEL)  Does Servers.com make money?

17           MR. FRAY-WITZER:  Objection.  You can answer.

18      A    I can't remember, maybe.

19      Q   (BY MR. SIEGEL)  Let's -- I'm looking for

20   Exhibit 4.  This is the segmental analysis in the 2016

21   XBT consolidated statement.

22           Now, as of that point, if I'm reading it

23   accurately, that segmental analysis doesn't report net

24   profit or does it?

25      A    It doesn't report.  It reports EBIT.

1            COURT REPORTER:  I'm sorry?

2       A    It reports EBIT, earning before interest tax

3  and allowances.

4       Q    (BY MR. SIEGEL)  Okay.  But that's a number

5  that's considerably different than net profit, right?

6       A    Yes.

7       Q    So the only way that I could learn which

8  subsidiaries are making money for the consolidated

9  entity, would be to review the financial statement for

10  each subsidiary; is that right?

11       A    I couldn't say.

12       Q    Well, I'm asking you:  How would you learn as

13  the CFO of company the answer to the question, which

14  subsidiaries actually primarily contribute to the profit

15  of the consolidated entity?

16       A    I would look at the financial statement.

17       Q    Which financial statement?

18       A    The individual financial statement.

19       Q    Of each subsidiary, right?

20       A    Yes.

21       Q    Would it be a fair statement to say, that

22  given that the consolidated entity has reported profits

23  in the range of 6.5 to -- 3.5 to 6.5 million over the

24  last few years, right, and Webzilla has reported almost

25  no profit.

1          There must be other entities in the company

2   that are considerably more profitable than Webzilla,

3   Inc., correct?

4       A    Yes, if there is profit.  Some subsidiaries

5   had a profit.

6           MR. SIEGEL:  You can take those away for now.

7           Let's get the 2014 tax return.

8           MR. FRAY-WITZER:  What number is that?

9           MR. LAZIER:  Twenty-one.

10          MR. FRAY-WITZER:  Was there a 19?

11          MR. LAZIER:  Nineteen is the 2014 financial

12      statement.

13          Do you need a copy?

14          (Defendant's Exhibit No. 21 was marked for

15   identification.)

16      Q   (BY MR. SIEGEL)  I'm showing you what's been

17   marked Exhibit 21.  Which is Webzilla's 2014 tax return,

18   right.  Let's go to page 70.

19          So once, again, Webzilla paid zero in federal

20   tax in 2014; is that correct?

21      A    Yes.

22      Q    And let's go to page 72.  Page 72, indicates

23   that in 2014 Webzilla reported to the State of Florida a

24   loss of $285,000, right?

25      A    Yes.

1        Q    It paid zero in Florida income tax?

2        A    Yeah.

3        Q    (BY MR. SIEGEL)  Let's get the next two.

4             MR. FRAY-WITZER:  I don't think I have

5        Number 19.

6             MR. SIEGEL:  Okay.  It's in here.  It's one of

7        the statements.

8             MR. LAZIER:  Give me two copies.

9             MR. FRAY-WITZER:  Yes.

10            (Defendant's Exhibit No. 22 was marked for

11       identification.)

12       Q    (BY MR. SIEGEL)  Exhibit 22 is an XBT Holding

13       press release, right?

14       A    Yes.

15       Q    And it's talking about something called

16       DDoS.com?

17       A    Yes.

18       Q    What is the DDoS.com?

19       A    What I heard or remember about this, this is a

20       kind of why the attacks happens very often to every

21       network, and we wanted our purpose we wanted to have a

22       forum to educate people why it's happening and how to

23       prevent it.

24       Q    What do you mean by "forum to educate people"?

25       A    Again, it's all I learned from the board

1   members.  We sit and talk.

2        Q    Sure.

3        A    That very often our network get attack with

4   the DDoS and customer suffers, our network gets down.

5   Not ours only, most the service of Internet has this

6   problem.

7        Q    Okay.

8        A    And so the CO's idea was that if we can buy

9   this domain and create a forum where we can educate the

10  people that how -- if somebody is exposed how to prevent

11  so we don't suffer with this.

12       Q    Okay.  That the overall goal is to let

13  potential customers of XBT know that XBT is a secure

14  place for them to do business, right?

15            MR. FRAY-WITZER:  Objection.

16       Q   (BY MR. SIEGEL)  Is that fair?

17       A    No, it doesn't mean that.

18       Q    Well, it says on the last paragraph of the

19  press release says:  "The acquisition with DDoS combined

20  with the expertise developed by all the companies under

21  the XBT umbrella dealing with threats to security,

22  including DDoS attacks", right, "guarantees a service

23  that will make the online world a safer place."

24       A    That was the idea behind to acquire this

25  domain so we can create some kind of forum.

1      Q    Okay.  And to make the online world a safer

2    place, right?

3      A    Yeah.

4           (Defendant's Exhibit No. 23 was marked for

5    identification.)

6      Q    (BY MR. SIEGEL)  Let's look at the next one.

7           It says:  "XBT Holding launches SecureVPN.com?

8    What was SecureVPN?

9      A    SecureVPN.

10     Q    What is it or what was it?

11     A    It says what is the terms of SecureVPN, that's

12   what I know.

13     Q    Do you know what it is or what it does?

14     A    This is what it does SecureVPN.  It's a term.

15   That's what I understand.

16     Q    Okay.  Well, you were quoted -- you see in the

17   next to last paragraph of the press release before where

18   it says about SecureVPN?

19          It says:  "Rajesh Kumon Mishra said we stay on

20   course towards our long-term goal to make the process of

21   delivering quality services intuitive as possible."

22          Right?

23          "Starting SecureVPN should not be a surprise

24   as online safety is a natural extension of the holding's

25   other services."

1          Right?

2     A    Yes.

3     Q    How does SecureVPN contribute to online

4 safety?

5     A    I don't remember.

6          MR. FRAY-WITZER:  You need to keep your voice

7     up.

8     A    I don't remember.

9     Q   (BY MR. SIEGEL)  So you don't remember what you

10 meant when you said, starting SecureVPN should not be a

11 surprise as online safety is a natural extension of the

12 holding's other services?

13    A    No.

14    Q    Okay.  You're not inaccurately quoted in that

15 press release that, right, it's an accurate quote?

16    A    I don't remember.  I don't remember who quoted

17 that.

18    Q    Do you have any reason to believe that is

19 inaccurate?

20    A    Neither one, no.

21    Q    The press release was said through something

22 called Marketwired.  Do you know what Marketwired is --

23 or it indicates that it was sent through something

24 called Marketwired at the time.  Do you know what

25 Marketwired is?

```
 1        A    I think they are a kind of publication that do
 2   the press release kind of thing, media.
 3        Q    Let's go to the 2015 Florida tax return.
 4             (Defendant's Exhibit No. 24 was marked for
 5   identification.)
 6        Q   (BY MR. SIEGEL)  Exhibit 24 is what's been
 7   produced to us by your counsel as Webzilla's 2015 tax
 8   returns.
 9             Page 136, right, indicates that Webzilla paid
10   zero in federal income tax in 2015, right?
11        A    Yes.
12        Q    Okay.  Let's go to page 160 in this document.
13             160.
14        A    Yes.
15        Q    So 160 indicates that these are a series of
16   schedules for related-party transactions, right?  Is
17   that right?
18        A    Can I see?
19        Q    Sure.  Take a look at it.
20        A    Yeah, foreign-related party.
21             COURT REPORTER:  I'm sorry?
22        A    Foreign-related party.
23             I'm done, sorry.
24        Q   (BY MR. SIEGEL)  This indicates that there was
25   a -- Line 9-B, there's $159,312 loan transaction between
```

1   Fozzy and Webzilla, right?

2        A    Yeah.

3        Q    It looks like Webzilla borrowed $159,000 from

4   Fozzy?

5        A    Where does it say Fozzy.

6        Q    Well, Fozzy is the related party, right?

7        A    Yes.

8        Q    Okay.  Let's go to -- let's go to 170 -- let's

9   go quickly to 170.  On page 170, so line 9-B indicates

10  that Webzilla borrowed $391,332 from Dedicated Servers,

11  Inc., right?

12       A    Yes.

13       Q    Let's go to 172.  This indicates that Webzilla

14  borrowed $628,000 from IP Transit, right?

15       A    Yes.

16       Q    Also indicates that it purchased a

17  $1.7 million from IP Transit, right?

18       A    Yes.

19       Q    Why would it borrow 628,000 and then turn

20  around and purchase 1.7 million from the same company?

21       A    What I understand borrowed means, it could be

22  accounts payable not complete money borrowed.  Maybe

23  didn't pay the bill so balance stays here, as accounts

24  payable to borrow as accounts payable.

25       Q    So you're saying that it's not necessarily

1   that they borrowed, it's just they owe it?

2       A    Yeah, could be.

3       Q    Could be?

4       A    Because I don't know.  I don't have the

5   detailed information to see.

6       Q    Okay.  Let's go to 174.

7       A    Yes.

8       Q    This indicates that Webzilla, Inc. loaned

9   4.429 million to Webzilla limited, right?

10      A    Again, it's --

11           COURT REPORTER:  I'm sorry.

12      A    I do not understand if it's a loan or it's a

13  ongoing transaction balance payment.

14      Q    (BY MR. SIEGEL)  So a loan may not really be a

15  loan?  But aren't there -- there are categories here for

16  transactions, right?  Purchases, leases consideration

17  paid for technical managerial et cetera, right?

18           If that was some sort of transaction goods and

19  services, wouldn't it have to be reported that way?

20      A    Yes.  It can be a loan, it can be -- I'm just

21  looking at the return, in this column it says amount

22  loan balance.

23      Q    Right.

24      A    So, yes.

25      Q    Let's look at 176.

1              176 indicates that Webzilla borrowed

2    $1.95 million from Webzilla BV, right?

3         A    Yes, again, it's payable.

4         Q    And it also purchased $2.3 million worth of

5    leases, licenses or intangible property rights from

6    Webzilla VB?

7         A    Yes.

8         Q    Why would Webzilla, Inc. be loaning

9    $4.5 million to one subsidiary and then borrowing

10   1.9 million from another and $600,000 from another, and

11   $300,000?  Why would it be doing that?  Why would that

12   make rationale business sense?

13        A    Like I said, I don't know if it's borrowed or

14   accounts payable, receivable, buying services from each

15   other.  I don't understand it's all retained in one

16   column.

17        Q    And I assume that your answer would be the

18   same for all the rest of the related party transactions

19   that are listed, I won't go through them one by one,

20   that are listed on this tax return?

21        A    If I can see, than I can explain it.

22        Q    Okay, fine.  Then let's look at 176 -- we

23   already did that, sorry.

24             178, Webzilla borrowed 1.68 million from TM

25   Web Properties?

1        A     Borrowed or payable.  They buy the services.

2        Q     Well, if they bought the services, why

3   wouldn't that be included under sales, leases, licenses,

4   intangible properties, consideration received for

5   technical managerial or like services?

6        A     Maybe they purchased services 420,000.

7        Q     Right.  I understand.  But my question is:

8   Line B indicates that Webzilla borrowed 1.68 million

9   from Web TM Properties right?  You said well maybe they

10  purchased services, right, or got services.  But doesn't

11  Line 7 require that to be reported as a service if that

12  is, in fact, what they did?

13       A     I'm not a tax consultant.  I'm just seeing the

14  numbers like you are looking at.

15       Q     Okay.  Let's skip over then to page 224.  You

16  got it?

17             So in the -- the net effect of all these

18  transactions is that in 2015 Webzilla reports negative

19  $28,844 profit to the State of Florida, right, paid 30

20  income tax?

21       A     Yes.

22       Q     Correct.

23             Why doesn't Webzilla ever pay any taxes to the

24  State of Florida?

25             MR. FRAY-WITZER:  Objection.  You can answer.

1      Q   (BY MR. SIEGEL)  Income taxes to the State of

2   Florida?

3      A   It's in the tax return they don't have a

4   taxable profit.

5      Q   It's the reason they don't have a taxable

6   profit because your accounting moves money around

7   between companies that Webzilla's expenses will almost

8   always, roughly, equal its stated revenue?

9          MR. FRAY-WITZER:  Objection.

10     A   No.

11     Q   (BY MR. SIEGEL)  No?

12     A   It's actual cost of what the services.  That's

13   how they use each other.

14     Q   (BY MR. SIEGEL)  So it's a just a coincidence

15   that Webzilla makes no money and, therefore, pays no

16   taxes to the State of Florida?

17         MR. FRAY-WITZER:  Objection.

18     Q   (BY MR. SIEGEL)  Whereas other entities make

19   money somewhere else?

20     A   There is what we have on the tax returns, that

21   is actual.

22     Q   (BY MR. SIEGEL)  Where does XBT pay income

23   taxes to?

24         MR. FRAY-WITZER:  Objection.

25     Q   (BY MR. SIEGEL)  Which government does XBT

1   actually pay income taxes to, do you know?

2           MR. FRAY-WITZER:  Objection.

3       A    I don't understand.

4       Q   (BY MR. SIEGEL)  Well, XBT every year reports a

5   certain amount of the money it pays in income taxes,

6   right?

7           MR. FRAY-WITZER:  Objection.

8       A    Yes.

9       Q   (BY MR. SIEGEL)  Where does it pay those taxes

10  to, which government?

11          MR. FRAY-WITZER:  Objection.

12      A    Depends which XBT we are talking about, XBT

13  Limited or XBT SA.

14      Q    XBT SA -- the subsidiaries within XBT SA,

15  right, which governments do they actually pay income

16  taxes to?

17      A    Subsidiaries where they're register, that

18  government they pay the taxes.

19      Q    Well, we've already determined that Webzilla

20  paid zero to Florida, right?

21      A    Yes.

22      Q    So my question is:  Which -- and Webzilla paid

23  zero to the United States, right, the IRS?

24      A    It's in the tax return.

25      Q    Okay.  So my question:  Which countries

1   actually receive money in taxes paid from any XBT

2   entity?

3       A    The entity where they're registered whatever

4   countries, they pay the taxes if they have profitable

5   income in that country.

6       Q    Can you tell us today whether the IRS receives

7   any money in taxes from any XBT subsidiaries?

8       A    Out of my head, no.  Maybe they are receiving

9   from the other entity.

10      Q    You don't know?

11      A    From that, no.

12      Q    Does the government of Cyprus?

13      A    On my head, I don't remember.

14      Q    Does the government of Luxembourg?

15      A    As I said before, also, every entity wherever

16  they make profits, they pay taxes in that country.

17      Q    But you can't tell us which countries actually

18  receive any money, right?  In fact, have actually

19  received any money from any XBT subsidiaries?

20      A    I think as per the profit what I recall, every

21  country receives their tax amount, whatever is the

22  taxable income, wherever it operates.

23      Q    Okay.  And including when that taxable income

24  is zero, right, or a negative number?

25      A    This is one entity.

1    Q    Let's go to the 2016 tax return.

2         (Defendant's Exhibit No. 26 was marked for

3    identification.)

4         MR. LAZIER:  Webzilla?

5         MR. SIEGEL:  Uh-huh.

6    Q   (BY MR. SIEGEL)  Let's go to page 512.

7         So, again, just to complete every year, this

8    indicates for 2016 Webzilla reported to the IRS a loss

9    of 733,537 and paid zero in taxes, right?

10   A    Yes.

11   Q    Okay.  And page 617 --

12   A    Yes.

13   Q    -- indicates that Webzilla reported to Florida

14   a loss of 500 some thousand and paid zero taxes, right?

15   A    Yes.

16   Q    Let's go to 562 -- I'm sorry, 563.

17        Actually, I'm sorry, let's go back to

18   Exhibit 24, the 2015 tax return.  Go to 178.  You see on

19   page 178 it indicates Webzilla borrowed 1.68 million

20   from TM Web Property, that's Line 9-B.  And on Line 21,

21   it indicates that it paid $1.68 million -- or was paid

22   to or from TM Web Properties, right?

23   A    Yes.

24   Q    Why did it borrow 1.68 million from the same

25   company and then pay 1.68 in commission?

1          A     I think it does look like it's borrowed.

2     Maybe this amount bill which was billed to them, they

3     enjoyed the services and had to pay, so it's a staying

4     in account payable.

5          Q     Okay.  So it's not really a loan?

6          A     I don't know.  It looks like this to me, but

7     I'm not sure if it's loan or payable with this.

8               COURT REPORTER:  I'm sorry?

9          A     Doesn't look like to me, but I'm not sure if

10    it's loan or payable with this.

11              COURT REPORTER:  Thank you.

12         Q    (BY MR. SIEGEL)  Okay.  Let's get the White

13    Opts Report.

14              Are you familiar with Methbot fraud, if you

15    know what that means or what that's referring to?

16         A     No.

17         Q     You're not.  You have no idea what Methbot

18    fraud is?

19         A     No.

20         Q     As the CFO of XBT, you have no idea what the

21    Methbot fraud is?

22         A     Really no.

23         Q     Okay.

24              Exhibit 27.

25              (Defendant's Exhibit No. 27 was marked for

1  identification.)

2          MR. FRAY-WITZER:  Was there a 26?

3          MR. LAZIER:  26 was the last one, the taxes.

4          MR. FRAY-WITZER:  Okay.

5      Q   (BY MR. SIEGEL)  So have you ever seen this

6  report before?

7      A   No.

8      Q   Are you aware that the end of the 2016 there

9  was a report indicating that there was fraudulent

10 activity that was being conducted through XBT company

11 service?

12         MR. FRAY-WITZER:  Objection.  You can answer.

13     A   Can you say that again?

14     Q   (BY MR. SIEGEL)  Do you have any awareness that

15 at the end of 2016, right, there was a report that was

16 made public, indicating that there was fraudulent

17 activity being conducted by Russian person or entities

18 through Webzilla servers -- or sorry, through XBT

19 subsidiary service?

20     A   I only read of dossier, which was published by

21 Buzzfeed, the rest I don't remember.

22     Q   Have you ever heard of Aleksandr Zhukov?

23     A   Yes.

24     Q   Who is he?

25     A   I met him in a social context in Cyprus.

1      Q     What was he there for?

2      A     Some kind of get together.

3      Q     What was his relationship to the company, at

4    least, as you understood it?

5      A     (The witness nods head.)

6      Q     Is he a customer, client of some kind?

7      A     Maybe.  I don't know, maybe.

8      Q     Do you remember approximately when this was?

9            MR. SIEGEL:  Can I have the next two?

10     A     Year or two years ago, something like that.

11     Q     (BY MR. SIEGEL)  Did you ever learn that he

12   stopped being a customer?

13     A     No.

14     Q     Did you have any idea as to how much revenue

15   his business brought to the consolidated company?

16     A     No.

17     Q     How would I find that out?

18     A     I don't know.

19     Q     You don't know?

20     A     No.

21     Q     How would you find that out?

22     A     Say it, again.

23     Q     If you wanted to know how much revenue, right,

24   the company got from Mr. Khukov, how would you learn the

25   answer to that question?

1        A     I don't know if he's my customer.

2        Q     If you wanted to -- let's take any Webzilla or

3   any customer of any XBT subsidiary, right, if you wanted

4   to know how much money that customer pays to the

5   company, how would you find that out?

6        A     I would check my customer data, if he's my

7   customer or not.

8        Q     Assuming you check and you found out that

9   someone is a customer of the company, and you want to

10  know how much money that customer pays to the company,

11  how would you find that out?

12       A     If he's a customer, I would see my invoice.

13       Q     Your invoices.  You would check the invoices

14  to that customer and that's how you would find that out?

15       A     Yes.

16       Q     So presumably somewhere is the company's

17  records there would invoices to Mr. Khukov?

18            MR. FRAY-WITZER:  Objection.

19       A     I don't know.

20       Q     (BY MR. SIEGEL)  If Mr. Zhukov is a customer or

21  an entity he runs as a customer, there would be some

22  invoice, right?

23       A     If he's customer should be, yes, otherwise,

24  no.

25       Q     Okay.

1          MR. SIEGEL:  Let's introduce the next two

2     documents.

3          Q    (BY MR. SIEGEL)  Take a moment to read the

4     exhibit the 28 and 29.  Let's go off the record for a

5     second -- take a couple of minutes to read through

6     those, okay.

7          VIDEOGRAPHER:  Going off the video record at

8     3:10 p.m.

9          (A short recess was taken.)

10         VIDEOGRAPHER:  Back on the video record at

11     3:22 p.m.

12         Q    (BY MR. SIEGEL)  Mr. Mishra, I've just shown

13     you several e-mails, Exhibits 28 through 30, that were

14     exchanged between Mr. Dvas, Mr. Dolan and Mr. Gubarev

15     about a customer that they are saying was canceled

16     because of a fraud that was discovered, right.

17         Does that your refresh your recollection about

18     this incident?

19         A    I never seen the e-mail before.

20         Q    I'm not asking if you have seen this e-mail.

21     But does that -- were you aware before that there was a

22     customer whose business ended for the reasons that are

23     described in those e-mails?

24         A    Some context, yes.  I was informed by Alex

25     Gubarev that one customer we suspect, as per him, we

1   suspect that he's not doing proper work, so I made a

2   assume in some less revenue, going forward we're going

3   to turn them off.

4        Q    Okay.  Did you calculate how much less revenue

5   the company could assume going forward?

6        A    No.  I tell you, the time I got -- they told

7   me the approximate amount, and we were assuming that

8   much would be the low.  But the server was new, so

9   server will be rented out.

10       Q    Okay.  I wanted to say -- I think you said

11  were assuming the low; is that what you said?

12       A    Yeah.  Approximate, 200 a monthly low revenue,

13  means revenue will reduce.

14       Q    Revenue will be reduced by 200,000 a month?

15       A    Yeah.

16       Q    Did you check that figure, in other words, did

17  you make any determination that that was approximately

18  accurate?

19       A    No, I didn't.

20       Q    You didn't.  Do you have any idea where

21  Mr. Gubarev got that number from?

22       A    No.

23       Q    The e-mails discuss the possibility of a total

24  loss of somewhere in the 2- to $2.5 million range.

25            Do you know where that number comes from, what

1  the basis for that estimation is?

2       A    No.

3       Q    No, okay.

4            I take it -- do you know any understanding why

5  that what would be, I mean, in other words, the company

6  is losing a major customer, why you wouldn't have been

7  involved in trying to figure out how much money that was

8  going to cost the company?

9       A    I wasn't involved in a customer.  Always

10 customer was dealt by the sales team and Alex CEO -- or

11 Alex was previous CEO, so there was a team who was

12 dealing.  I was never dealing with a customer.

13      Q    Did you adjust any of your business plans or

14 projections based on this customer loss?

15      A    Yes, I did.  200,000 a month.

16      Q    When did you do that?

17      A    It was somewhere -- I don't recall.  2017

18 sometime, I got the information.  I don't remember.

19      Q    It looks like this incident happened in the

20 latter part of December of 2016, right, based on these

21 e-mails?

22      A    Yes.

23      Q    Do you think is that approximately when you

24 learned about it?

25      A    I don't remember exactly the time.

1       Q    Okay and how -- which projections did you

2   change based on this information?  Is there a document

3   or a plan or something like that?

4       A    A business plan I was -- I was assuming that

5   going forward the 200,000 will happen less, but sooner

6   that server will be deployed to new customer, so you can

7   recover.

8       Q    Do you remember how much less revenue you

9   assumed the company would earn in 2017 as a result of

10  this incident?

11      A    Approximate, what I was knowing, it will take

12  in five to six months if I'm recall correct,

13  1.2 million.

14      Q    How -- what documents would reflect that?

15  What documents would reflect what amount you reduced

16  your projection for 2017 as a result of this incident?

17      A    It's just, we may have adjust in total

18  revenue.

19           COURT REPORTER:  I'm sorry?

20      A    We may have adjust in total revenue of

21  business plan.

22      Q    (BY MR. SIEGEL)  How often do you adjust your

23  business plan?

24      A    We prepare a business plan for we prepare

25  Outlook up to six months.

1      Q    After it's originally prepared?

2      A    Yeah.

3      Q    Okay.  And do you know how much money the

4  company, in fact, lost as a result of this customer?

5      A    No, I can't be accurate.

6      Q    And why is that?

7      A    I don't know.

8      Q    Well, how would one find that out -- how would

9  one try to calculate that?

10     A    If we turn the customer down the servers

11  becomes free to give to other customer to take over.

12     Q    Right.

13     A    So I don't know.  For me, I'm not the right

14  person who knows that which server was started with

15  which customer again.  So the right calculation -- I

16  don't know when this customer really stopped billing.

17     Q    What does the -- do you know what the $200,000

18  estimate, what was that for?

19     A    It's for the services we provide.

20     Q    Which services were those?  That's what I'm

21  asking.

22     A    Providing the dedicated servers.  That's what

23  I assume.

24     Q    And does the -- do you know whether the

25  $200,000 is an estimate of the actual amount the money

1  that customer was paying each month, or is it an

2  estimate of the monthly loss including factoring in how

3  long it might take to release the server, et cetera?

4          MR. FRAY-WITZER:  Objection.

5  A    I don't know.

6  Q    (BY MR. SIEGEL)  You don't know.

7          MR. SIEGEL:  Let's go to the next exhibit.

8          (Defendant's Exhibit No. 31 was marked for

9  identification.)

10  Q    (BY MR. SIEGEL)  I handed you Exhibit 31, which

11  is a document that was produced by your counsel.

12          Do you know what it is?  I'll represent to you

13  that was a document that indicated was from your files.

14  A    Business plan.

15  Q    This is a business plan?

16          MR. FRAY-WITZER:  Objection.  I'm sorry, did

17      we produce this with a Bates number?

18          MR. SIEGEL:  You did.

19          MR. LAZIER:  I can tell you what the Bates

20      number is.  It's printed off the --

21          MR. SIEGEL:  It's one of those you don't

22      produce the attachment.  You didn't Bates number

23      the attachment.  We had to pull the attachment from

24      the natives.

25          MR. LAZIER:  I can tell you what the Bates

1        number is if that helps.

2             MR. FRAY-WITZER:  Yeah.  Just so I know what

3        it is.

4             MR. SIEGEL:  It's PC79.

5             MR. FRAY-WITZER:  Thank you.

6        Q   (BY MR. SIEGEL)  Okay.  This is a business

7   plan.  Do you know approximately when this business plan

8   was prepared?

9        A    Should be as normally I would last quarter,

10  4th quarter of previous year.

11       Q    So that would be the last quarter of 2015?

12       A    Yeah.

13       Q    And you said that you updated periodically,

14  right, for up to six months?

15       A    We don't change this.  We create another one

16  adjusting actual and outlook.

17       Q    Okay.  So this is the -- this one you believe

18  is the one that was originally done in last quarter of

19  2015?

20       A    That's what I'm looking at.

21       Q    But if I understand what you are saying, there

22  would be -- there would likely be other documents which

23  reflect the adjustment of this including taking into

24  account what your actually experience was?

25       A    If there will be any outlook, there is some

1  month actual.

2       Q    I got it.

3            Now let's compare this to the actual results

4  of 2016, which are on Exhibit 4.  So it looks like as of

5  the time you did this plan you projected about

6  $48 million in revenue for 2016, correct; is that right?

7       A    Yes.

8       Q    And the company realized 49.7 million?

9       A    Yes.

10      Q    Okay.  You projected a net profit of about

11 11.6 million, right, and the actual net profit was 6.2?

12      A    Yes.

13      Q    It is fair to say that the your revenue

14 projection was pretty close, but your cost

15 projections -- the actual costs were significantly

16 different than what you projected, right, about

17 $5 million difference?

18      A    Yes.

19      Q    Do you -- what happened in 2016 that caused

20 the cost to exceed your projections by, I think,

21 actually it's about $7 million.

22           Your actual cost to exceed your projected

23 cost?

24      A    I don't know.  I can't remember what exactly.

25      Q    You can't answer that question?

1        A    I don't remember.

2        Q    Well, for example, it looks like your cost of

3    sales estimate in the plan was 18 million, right?

4        A    Yes.

5        Q    Okay.  And your selling general and

6    administrative estimate was a little over 10 million,

7    right?

8        A    Yes.

9        Q    Okay.  You're actual administrative expenses,

10   at least as listed on the consolidated report, were

11   almost 28 million, right?

12       A    Yes.

13       Q    So what -- I mean, that's a pretty substantial

14   difference.  Why do you think that your estimate of the

15   company's cost for 2016 was that different from what the

16   company actually paid for its expenses in 2016?

17       A    I can't remember that.  I can't remember off

18   my head.

19       Q    You can't remember?

20       A    No, I can't remember.

21       Q    So your projected profit in 2016, according to

22   this plan, was about 11.6 million, right, net profit?

23       A    Yes.

24       Q    Your 2015 profit, your actual net profit, was

25   about 3.5 million, right?

1        A      6.2.

2        Q      Well, no, no, no, I'm sorry.

3               Your -- I'm asking a different question, okay.

4        A      Sorry.

5        Q      Your actual 2015 profit was about 3.5 million,

6     correct?

7        A      (The witness nods head.)

8        Q      You sat down to do this plan right in the last

9     quarter of 2015, right?

10       A      Yes.

11       Q      Okay.  So what you projected was that the next

12    year the company's net profit would more than triple,

13    correct?

14       A      Yes.

15       Q      Why did you think that the company's net

16    profit would more than triple in 2016?

17       A      I don't remember.

18       Q      You don't remember?

19       A      (The witness nods head.)

20       Q      Do you agree with me that that turned out to

21    be inaccurate?

22       A      Looking at the entry, it's less.

23       Q      It's actually a half, right?  The actual

24    profit that the company realized in 2016 was

25    approximately 50 percent of what you projected, correct?

1        A     Yes.

2        Q     And why do you think that occurred?

3        A     I don't know, maybe some cost increase or

4   something.

5              (Defendant's Exhibit No. 32 was marked for

6   identification.)

7        Q     (BY MR. SIEGEL)  Let's look at 177 the next

8   one.  Now, I'll represent to you that Exhibit 32 is also

9   a document produced to us that indicated it was from

10  your files.  Do you recognize what this is?

11       A     Yes.

12       Q     What is it?

13       A     It's the monthly revenue.

14       Q     Okay.  And I asked you this before, but I --

15  just to make sure, what is this a document that you

16  created?

17       A     It's a team work -- come and consolidate.

18             COURT REPORTER:  I'm sorry?

19       A     It's a teamwork.

20             COURT REPORTER:  And then what was --

21       Q     (BY MR. SIEGEL)  Why did it start -- I'm sorry.

22             COURT REPORTER:  I'm sorry, I didn't get after

23       teamwork.

24             WITNESS:  Teamwork, everybody prepares their

25       part and it gets consolidated and then I review.

1           COURT REPORTER:  Thank you.

2      Q   (BY MR. SIEGEL)  Why did it start in 2014 and

3  end in 2017?

4      A    I don't know.  Maybe they asked me in 2014.  I

5  don't know.

6      Q    Is this a document you prepared for

7  Mr. Anderson?

8      A    Normally, this document we prepare every year.

9      Q    Okay.  So is this -- are these different

10 documents that were put together to be one?

11     A    (The witness nods head.)

12     Q    This document starts in 2014 and ends in 2017,

13 right, it doesn't include 2013, it doesn't include 2012.

14 Why those four years -- why does it start in 2014,

15 that's what I'm asking.

16     A    We did start preparing, we are preparing every

17 year.

18     Q    You only started in 2014?

19          MR. FRAY-WITZER:  Objection.

20     A    Was it change of accounting system?  I don't

21 recall.

22     Q   (BY MR. SIEGEL)  Okay.  Let's look at 2016.

23 Now, take out the projections, again, in your original

24 business plan for 2016.

25     A    I didn't this -- no.

1        Q     And just put those side by side, okay.

2              Now, what it looks like is that your -- the

3    projections that you made in this plan, right, over

4    projected revenue for about the first seven months of

5    the year, right, and then starting in August and

6    September, it's close, right, to the projections.  And

7    then in the last three month of the year, your actual

8    revenue significantly exceeds your projections, right?

9        A     Yes, I see that.

10       Q     That's right?

11       A     Yes.

12       Q     And if you look at the actual numbers for

13   2016, you'll see that in September there is a jump in

14   revenue of about a million dollars, you see that?

15       A     Yes.

16       Q     And that jump increase continues and actually

17   gets a little bit larger, right, in each of the

18   following months for the rest of the year, fair enough?

19       A     Yes.

20       Q     Okay.  What happened that caused your revenue

21   to jump about 20 percent in September of 2016?

22       A     I can't recall what it was.  Like, dedicated

23   server cost increase.

24       Q     So, in fact, the dedicated server revenue

25   actually goes up by -- from about $2.4 million to

1   3.5 million in a single month, right?

2        A    Yes, I see that.

3        Q    Why did that happen?  What was the cause of

4   such a large increase in one month in dedicated server

5   revenue that continued to increase modestly throughout

6   the rest of the year?

7        A    I don't remember off of my head.

8        Q    You don't know?

9        A    I don't remember.

10       Q    How would you learn the answer to that

11  question?

12       A    I would check my report and see what -- how

13  the dedicated servers increased.

14       Q    But what I'm asking you is:  Would your

15  report -- what report are you talking about?

16       A    The monthly, like, every month we create a

17  trial balance.  Accounting system -- The trial balance

18  will see how much revenue, which entity, total them.

19       Q    I see.  So that would tell you for example

20  which entities that revenue was coming from?

21       A    Yeah.

22       Q    Okay.  And then if you wanted to drill down

23  even further and understand at the entity level -- let's

24  just -- I'm going to ask you a hypothetical:  Let's say

25  you have an entity that had $500,000 in dedicated server

1   revenue in August, and then it has a million dollars in

2   September, okay.  How would you determine what was the

3   cause of the additional revenue, where that money came

4   from?

5          MR. FRAY-WITZER:  Objection.  You can answer.

6      A    I would look at my trial balance at what

7   revenue has increased.

8      Q    (BY MR. SIEGEL)  How would that tell you why it

9   increased?

10     A    Yeah.  I would look at some invoices was --

11  maybe some equal is missing and they reverse the equal

12  of that month kind of a thing.

13     Q    Okay.  But would you agree with me as a CFO,

14  this does not appear to be a -- solely a one month

15  phenomenon?  In other words, there is an increase in one

16  month between August and September, and then that

17  increase both stays in place and modestly increased

18  throughout the rest of the year, right?

19         MR. FRAY-WITZER:  Objection.  You can answer.

20     A    It's these are the actual numbers what we

21  have.

22     Q    Right.

23     A    So...

24     Q    Would you have to go and look at the invoices?

25  If someones says, Rajesh, gosh, our revenue jumped

1  from -- our dedicated server revenue jumped from

2  2.4 million in August to 3.5 million, what happened?

3  Where did we get all that money from?  How would you

4  answer that question?  Would you have to go and look at

5  the underlining invoices to try to figure that out?

6          MR. FRAY-WITZER:  Objection.  You can answer.

7      A    Yes.

8      Q    (BY MR. SIEGEL)  And sitting here today, you

9  don't have any idea what the cause of that increase was?

10     A    No.

11     Q    (BY MR. SIEGEL)  Let's do the business plan

12  now.

13         (Defendant's Exhibit No. 33 was marked for

14  identification.)

15     Q    (BY MR. SIEGEL)  I'll show you what is marked

16  Exhibit 33.

17         What is Exhibit 33?

18     A    Business plan.

19     Q    And is this the business plan that you

20  prepared in or around November 2016?

21     A    Yeah.

22     Q    Okay.  Now based on what we've already

23  discussed, is it fair to say that the projections in

24  this plan were later updated to take into account the

25  loss of that customer?

1        A    Yes.

2        Q    Okay.  So is this an example of what you do

3   every year?

4        A    In this software --

5        Q    Yes.

6        A    -- this is the first year.  Before we were

7   doing it in Excel.

8        Q    Okay.  So when you did it in Exel, was it just

9   numbers?  Projections?

10       A    Yeah, numbers.

11       Q    So this is the first time that you have a lot

12   of the words, a lot of the explanation?

13       A    Yes.

14       Q    Why did you do that in 2016 for the first

15   time, do your planning that way?

16       A    Because we wanted to give it to the -- attract

17   more investor to raise the data equipment and to post

18   other sales.

19       Q    And the -- when you had previously just done

20   them on Exel spreadsheets, was that something you shared

21   with investors?

22       A    I did.

23       Q    You did, okay.  Would it be fair to say, that

24   you thought that this would be a more attractive format

25   to show investors, the way you're doing in 2016?

1        A    Yes.

2        Q    Okay.  Let's go to page 1,050.

3             You see where it says, who you're listing as

4   your direct competitors?  The first one is a company

5   called Softlayer.com?

6        A    Yeah.

7        Q    What is or was Softlayer.com in November of

8   2016?

9        A    It was IBM.  It was a software in IBM.

10       Q    It was -- it had already been purchased by

11  IBM?

12       A    I think, yes.

13       Q    It was operating as a subsidiary of IMB

14  essentially, is that right, or as you understood it?

15       A    Yes.

16       Q    But was it -- it was still competing with you

17  as whatever IBM entity it was at the time?

18       A    That's what I believe.

19       Q    What is Leaseweb.com?

20       A    Similar hosting company.

21       Q    Okay.  And OVH.com, same thing?

22       A    Yeah, hosting company.

23       Q    Okay.  And Rackspace.com also, right?  Is

24  Rackspace a little bit different from those other

25  companies?

1             MR. FRAY-WITZER:  Objection.

2        A    Some are similar, little bit different.

3        Q    (BY MR. SIEGEL)  Okay.  And what was it about

4   these companies that made them, in your view, your

5   principal and direct competitors?

6        A    It was my understanding.

7        Q    Okay.

8        A    They have a similar to what we offer.

9        Q    Okay.  Do you know if they're roughly

10  comparable in size to XBT's consolidated entity?

11       A    Can you say that again, please.

12       Q    In terms of their, roughly, what the revenues

13  are, what the size is as a company in terms of numbers

14  of employees, and that kind of thing, or are they

15  roughly comparable to what XBT is?

16       A    What I saw, it's like a service company.

17  That's what they offer.

18       Q    Let's go to page 1067.

19            Now, at this point, in November of 2016, you

20  were projecting an increase in revenue to -- you were

21  projecting revenue of 62.4 million in 2017, right?

22       A    Yes.

23       Q    And that would be an increase of about

24  30 percent, right, from 2015, which -- I'm sorry, 2016,

25  which was in the high 40s, right?

1        A    Yes.

2        Q    Why did you project a 30 percent increase in

3    revenue for 2017?

4        A    Because, actually, we did over to 2016 -- 2015

5    to 2016.  We did more than 28 percent.

6        Q    Okay.  So was that the basis of your

7    assumption that you would simply continue to do that?

8        A    One of the bases.

9        Q    What, if any, other bases were there?

10       A    --

11            COURT REPORTER:  I'm sorry?

12       A    I don't remember any of them, but that was one

13   of the bases that we were doing that keep growing the

14   company.

15       Q    (BY MR. SIEGEL)  So why did you assume that you

16   would grow in 2017 at a similar or even slightly larger

17   growth in revenue than you had done the year before?

18   Why did you think that that would continue, right?

19       A    Because it's an MRR, monthly reoccurring

20   revenue and then it grow, and then accordingly you add

21   some new customers.  So if my December revenue is

22   running an X dollar --

23       Q    Right.

24       A    -- it's going to go January and February, and

25   I'm going to keep adding the new customers.

1        Q    You've had many years where your revenue has

2   been essentially flat, right, where it certainly hasn't

3   increased?

4        A    Few years.

5        Q    What's that?

6        A    Few years.

7        Q    Okay.  So why did you -- and, in fact, the

8   increase in revenue that you had in 2016 was the largest

9   increase that you had in about five years, right?

10       A    Sixteen, five years goes.  2010 we had

11  100 percent increase.

12       Q    Right.  Since -- that was last.  Since 2011,

13  right?

14       A    Yeah.

15       Q    Your increase in 2016 was the largest single

16  year increase in that five-year period, right?

17       A    Yes.

18       Q    So your assumption was that even though that

19  had been the largest single increase in the five-year

20  period, right, was that that growth would not only

21  continue, but would get even a little larger in the next

22  year, right?

23       A    Yes.

24       Q    Why?

25       A    Because that's what we were selling.

1        Q     What do you mean?

2        A     Our products were selling good.

3        Q     Why would you assume they would be selling

4   30 percent more good the next year?

5        A     Because our product, what we offer, are the

6   cost effective and way cheaper than the player who

7   offers the similar services.

8        Q     And was that not true in 2015 or was it not

9   true this 2014?

10        A     I don't remember '14 or '15.

11        Q     Well, did all of sudden your products get

12   better in 2016 than they were in 2014, when you only

13   grew by a few million dollars?

14        A     I don't recall 2014, but '16 was -- it's

15   recent, so '17, I can remember this.

16        Q     And, actually, we established before, right,

17   that the last four months of 2016 were really the point

18   at which your revenue grew, right?  It jumped from

19   August to September by a million dollars, right?

20        A     Yes.

21        Q     And then it increased a little bit after that.

22   So your assumption was that increase in revenue that was

23   in the last four months of 2016 statistic would continue

24   to increase, correct?

25        A     Yeah.

1      Q     And why did you think that?

2      A     This is how we do the calculation and if we

3  get the customer, they would continue, the revenue

4  continues.

5      Q     And you assume you will get 30 percent more

6  customers?

7      A     If December has a growth and December

8  because -- it's not like 30 percent overall, it looks

9  overall 30 percent, yes.

10      Q     You never went back, did you, and tried to

11  understand why in the fall of 2016 you had a significant

12  increase in revenue, correct?  You never went back and

13  tried to figure out the answer to that, and why that was

14  true?

15           I'll rephrase it:  We already determined,

16  right, that in December 2016 your revenue increased by a

17  million dollars, right, and then it continued to

18  increase by -- that increase was that not only stayed

19  throughout the rest of the year, but slightly increased

20  each month, right?  Your assumption was that that in

21  2017 additional revenue would not only continue to be

22  accrued each month, but you would be growing, right, off

23  what you had earned in December, correct?

24      A     Yes.

25      Q     Did you ever go back to try to understand

1    whether the revenue increase that you experienced in the

2    last four months of 2016 was something that you could

3    continue to expect, would not only be realized to grow,

4    or whether it might be an anomaly?

5            MR. FRAY-WITZER:  Objection.  You can answer.

6        A    I don't remember.

7        Q    (BY MR. SIEGEL)  You don't remember?

8        A    No.

9        Q    You never tried to figure out why your revenue

10   had jumped in the last four months of 2016, correct?

11       A    I may have, but I don't remember.

12       Q    You certainly don't remember whether you ever

13   tried to figure out that one of the reasons your revenue

14   jumped in the last four months of 2016 was that one of

15   your customers was engaging in the largest advertising

16   fraud in Internet history?

17           MR. FRAY-WITZER:  Objection.

18       A    I don't understand.

19       Q    (BY MR. SIEGEL)  You don't understand, you have

20   no idea what I'm talking about?

21       A    Yes.

22       Q    Okay.  You never went back, I take it, and

23   tried to determine whether the customer that had been

24   engaging in fraudulent activity was one the reasons that

25   your revenue increased in the last four months of 2016?

1          MR. FRAY-WITZER:  Objection.  You can answer.

2     A    No, no.

3     Q    (BY MR. SIEGEL)  Okay.  Also in this

4 November 2016 plan, you project that revenue is going to

5 go up to 64.2 million, right?

6     A    Yes.

7     Q    But your total cost the combination of direct

8 cost and operating expenses, right --

9     A    Uh-huh.

10     Q    -- is going to be a little over 30 million,

11 right -- I'm sorry, strike that.  It was a bad question.

12          You projected your revenues will be about

13 64.2 million, right?

14     A    Yeah.

15     Q    And that going down to the bottom of the page,

16 your total expense is going to be about 44 million,

17 right?

18     A    Yes.

19     Q    What was your total expenses in 2016?

20          COURT REPORTER:  I'm sorry?

21     Q    (BY MR. SIEGEL)  Total expenses in 2016 were

22 about 43.5 million, right?

23     A    2016.

24     Q    You had $49.7 million in revenue in 2016 and

25 you had a net profit of $6.2 million, right, so your

1  expenses were about 43 and a half?

2      A    Approximately, yes.

3      Q    So in 2017, your projection as of November,

4  was that your revenue was going to go up by about

5  $15 million, and your expenses were going to go up by

6  about 700,000, right?

7      A    Yes.

8      Q    What was that based on?

9      A    I remember this one, yes.  We had -- we

10  started -- Datacenter.com was suppose to start their

11  facility operation in 2017, so that our cost, what we're

12  paying currently to the company where we are leasing,

13  will be below -- a lot lower.  So that's the reason.

14      Q    So you were going to get $15 million more

15  revenue at virtually no more cost?

16          MR. FRAY-WITZER:  Objection.  You can answer.

17      A    Yeah.  Basically, I tell you this, how we did

18  look at the case and data center business is, like, you

19  have your own house or live in a hotel.  So this is the

20  cost compared to happens.  When you're using other's

21  location facilities, they have their lot margin.

22      Q    Okay.  Do you remember the business plan that

23  we looked at for the previous year?

24      A    Yeah.

25      Q    So the previous year you also underestimated

1    your expenses by about $7 million, right, you projected

2    a significant increase in revenue, but not nearly as

3    much of an increase in expense, right?

4         A    Yes.

5         Q    Haven't you done that in every single

6    projection that we've seen so far, you project a

7    significant increase in revenues and not much of an

8    increase in expenses?

9         A    No.

10        Q    No, you don't do that?  That's not what you

11   do?

12        A    No.

13        Q    No?  You didn't do that in 2013?

14             In 2013, for the equity evaluation, right, you

15   projected the revenues between 2012 and 2013 were going

16   to jump from 33- to $43.7 million, right, that's over

17   $10 million?

18        A    Yeah.

19        Q    You projected the cost of sales were going to

20   go down by $300,000, right?  You projected that

21   operating expenses were only going to go up by

22   2 million.  So you projected that revenue was going to

23   go up by 10.5 million, costs were going to go up by only

24   1.5 million, right?

25        A    Yes.

1          Q     Didn't work out that way, did it?

2          A     No.

3          Q     In 2000 -- you also projected that in 2014,

4     your revenue was going to go up by 10 million, and your

5     cost of sales were going to go up by 2 million and your

6     operating expenses were going to go up by $300,000,

7     right?  So, again, you projected an increase in

8     $10 million in revenue and about $2.5 million in cost,

9     right?

10         A     Yes.

11         Q     Didn't work that way, did it?

12         A     No.

13         Q     Okay.  In -- for 2014, you projected another

14    $10 million increase in revenue, and about in that point

15    maybe $5 million increase in cost.  Didn't work out that

16    way, did it?

17         A     As per this report, no.

18         Q     In 2015, you projected an increase in revenue

19    to about $48 million, right?

20         A     Yeah.

21         Q     But you projected corresponding costs of about

22    $37 million, right?  In other words, you would have a

23    net profit of 11.5 million, right?

24         A     Yeah.

25         Q     Didn't work out that way, right?

1        A     No.

2        Q     And then in 2016, you were projecting an

3   increase of revenue of about $15 million, and virtually

4   zero increase in cost, right?

5        A     Because I told you we had a plan to start our

6   own facility where we would have a less cost.

7        Q     And you probably had a reason in 2013 why your

8   costs were going to go up, right?

9        A     I don't remember.

10        Q     And in 2014?

11        A     I don't remember.

12        Q     And in 2015?

13        A     I don't remember.

14        Q     And in 2016?

15        A     I don't remember.

16        Q     What were your costs in 2017?

17             MR. FRAY-WITZER:  Objection.

18             MR. SIEGEL:  What is that an objection?

19             MR. FRAY-WITZER:  What was your cost on what?

20             MR. SIEGEL:  What was the total cost -- back

21        up a second.

22             MR. FRAY-WITZER:  What cost?

23             MR. SIEGEL:  Fair enough.

24        Q     (BY MR. SIEGEL)  All right.  I'll show you

25   Exhibit 32.  Exhibit 32 indicates, does it not, that

1   your revenue in 2017 was $57,404,000, right?  Is that

2   accurate?

3        A    No.  It's not accurate because it has three

4   months outlook.

5        Q    Okay.

6        A    It's not actually, you can see the number July

7   as same as October.  I didn't have a number ready.

8        Q    So how much revenue did the consolidated --

9   I'm sorry.  How much revenue on a consolidated basis,

10  right, consolidating the revenue of all the

11  subsidiaries, did the entities of XBT Holding SA earn in

12  2017?

13       A    I didn't go through yet the consolidation

14  because I had no time, my son is sick, I lost three

15  months suffering, so I didn't see the number.  But,

16  approximate, 58- to 60 million.

17       Q    It's approximately 58- to $60 million?

18       A    Yes.

19            VIDEOGRAPHER:  Excuse me, Counsel, I'm sorry,

20       I have to go off of the record.

21            MR. SIEGEL:  Okay.  Your tape is over?

22            VIDEOGRAPHER:  Yes.

23            Going off the video record at 4:09 p.m.

24            (A brief recess was taken.)

25            VIDEOGRAPHER:  Back on the video record at

1        4:22 p.m.

2        Q    (BY MR. SIEGEL)  So when do you expect the

3   consolidated 2017 statement to be ready?

4        A    Audited, you mean?

5        Q    Uh-huh.

6        A    It will take a few months.

7        Q    A few months from now?

8        A    Yeah.

9        Q    And so are there unaudited calculations that

10  you have done?

11       A    Not yet.

12       Q    You said you would estimate that the revenue

13  in 2017 was 58- to 60 million?

14       A    Yeah.

15       Q    Do you have an estimate of net profit for

16  2017?

17       A    Net profit, not yet.

18       Q    Not yet.  When do you expect, at least,

19  internally you would have that unaudited?

20       A    During this month.

21       Q    Meaning, some point during May?

22       A    Yeah.

23       Q    So if your revenue is somewhere between 58-

24  and 60 million, that would be an increase of 9- or

25  10 million from last year, right?  It was 49.7 last

1   year.

2        A    Would be.

3        Q    What do you attribute that increase to?

4        A    I don't know now.

5        Q    You don't know?

6        A    No.

7        Q    You don't know why your revenue went up by

8   10 million approximately in 2017?

9            MR. FRAY-WITZER:  Objection.

10       A    Once I review then I'll come to know exactly

11  what is there.

12       Q    (BY MR. SIEGEL)  And do you have a rough

13  estimate of what your total expenses were in 2017?

14       A    I think around 38- to 40 million.

15       Q    That would produce if that's -- and I

16  understand these are your estimates.

17       A    I'm just thinking.

18       Q    Okay.  And so if those estimates prove to be

19  correct, that would be -- that would translate into a

20  net profit of somewhere around 18- to 20 million?

21       A    EBITDA.

22            COURT REPORTER:  I'm sorry?

23       A    E-B-I-T-D-A.

24       Q    (BY MR. SIEGEL)  The EBITDA is somewhere around

25  18- to 20 million?

1      A    Yeah.

2      Q    So the actual net profit would be lower?

3      A    Yeah, that's normally around that number.

4      Q    So when you're saying it's around, for EBITDA

5  purposes?

6      A    Yes.

7      Q    Fair enough.

8           Okay.  You had projected -- so that would

9  appear for EBITDA purposes, your plan in November 2016

10  projected about $33 million in expenses, right?  Am I

11  correct that EBITDA is not counting depreciation and

12  amortization of taxes?

13      A    Correct.

14      Q    So for your EBITDA purposes, your estimate in

15  your business plan was for about $33 million worth of

16  expenses, right?

17      A    Thirty-three, yes.

18      Q    And if I'm understanding what you're saying,

19  you estimate that you actually spent somewhere from 38

20  to 40?

21      A    This is your EBITDA profit.

22      Q    Well, I don't think so because, right, you

23  have depreciation and taxes here?

24      A    Okay.  Income and then...

25      Q    I'm sorry, yes.  I stand corrected, okay.

1            So your -- strike that.

2            Your estimate in your business plan was for

3    expenses of about, roughly, 31 million, right, for

4    EBITDA purposes?

5        A    Yeah.

6        Q    And you're saying that you estimate that you

7    spent between 38 and 40, right?

8        A    Yeah.

9        Q    So your projection, if those numbers are

10   accurate, was somewhere around 7- to $9 million lower

11   than what you actually spent, correct?

12           MR. FRAY-WITZER:  Objection.  You can answer.

13       A    Say again.

14       Q    (BY MR. SIEGEL)  Well, your -- the projection

15   that you made in the -- as of the last quarter of

16   2016 --

17       A    Yes.

18       Q    -- was about 7- to $8 million lower than what

19   you were -- 7- to $9 million lower than what you are

20   estimating you actually spent in 2017, right?

21       A    Seven to 9 million.

22       Q    Yes.

23       A    Yes.  The time I prepared, I didn't know this,

24   all dossier was published, and the lawyer expenses and

25   the legal expenses are so expensive and our PR agency

1   has to pay.  So the expenses had increased due to this.

2       Q    So you think that you have paid your lawyers

3   and PR agency 7- to $9 million?

4            MR. FRAY-WITZER:  Objection.  You can answer.

5       A    I don't know the exact amount, but it is one

6   of the reason to increase.

7       Q    (BY MR. SIEGEL)  Can I get their jobs?  Okay.

8            If your revenue is 58- to 60 million, that

9   would be approximately a 28 -- I'm sorry, approximately

10  a 20 percent increase from the year before, right?

11           MR. FRAY-WITZER:  Objection.  You can answer.

12      Q    (BY MR. SIEGEL)  Little less than 20 percent?

13           MR. FRAY-WITZER:  Objection.  You can answer.

14      A    Approximate, yes.

15      Q    (BY MR. SIEGEL)  Which would be the second

16  largest increase in revenue you've ever had since 2011,

17  right?

18           MR. FRAY-WITZER:  Objection.  You can answer.

19      A    Since?

20      Q    (BY MR. SIEGEL)  2011.

21      A    Second largest up to 2016, and '17, yeah.

22      Q    (BY MR. SIEGEL)  We are now in May 1st of 2018,

23  right?

24      A    Yeah.

25      Q    Do you have any estimate of what your revenues

1  were in say the first quarter of 2018?

2      A    This year, I don't know nothing.

3      Q    You don't know?

4      A    Nothing.

5      Q    I take it that there would be, what you

6  describe as trial balances, which would indicate what

7  those revenues are at least unaudited?

8      A    I don't know what is going on in accounting.

9  I have no time to see anything.  I just completely focus

10  on my son.

11      Q    Okay, I understand that.

12          Did the normal procedure for the company,

13  would be that someone would be generating those

14  documents?

15      A    They wouldn't generate until they do the

16  monthly closing.  Without my review, they don't do

17  monthly.  It's the kind of an accounting system that

18  runs monthly closing?

19      Q    I see.

20      A    And I have that power to review everything

21  they run at the closing.

22      Q    So as a result, you think it just may not have

23  been done the last few months?

24      A    No.

25      Q    When is the -- normally, when is the monthly

1  closing?

2      A    Next month, 15 normally.

3      Q    Fifteen?

4      A    Yeah.

5      Q    Okay.  So you close your books for the prior

6  month the 15th of the next month.

7           I asked you before about those companies you

8  indicated are XBT or the business plan the direct

9  competitors.

10          Is that true for all of those companies or

11 most of them?  Are they still XBT direct competitors,

12 Softlayer, Leaseweb, OBH, Backspace?

13     A    As per me, yes, I think so.

14     Q    Okay.  I mean, would you consider a company

15 like AKAMAI comparable to XBT?

16          MR. FRAY-WITZER:  Objection.  You can answer.

17     A    I didn't check the details what they sell, if

18 they're selling the same.

19     Q    (BY MR. SIEGEL)  Okay.  AKAMAI, for example,

20 has about $2.5 billion in revenue, so would that kind of

21 company be comparable to XBT?

22          MR. FRAY-WITZER:  Objection.

23     A    As I explained you, I don't compare with the

24 dollar amount.  I compare what kind of service they

25 offer.

1      Q   (BY MR. SIEGEL)  Okay.  And you're not sure, I

2  take it, about AKAMAI and the services they offer?

3      A    No, I didn't check.

4      Q    What about, are you familiar with Equinox?

5      A    Yes.

6      Q    Do you know what services they offer?

7      A    Yes.  I know one of the services I know

8  because we received invoices.

9          COURT REPORTER:  I'm sorry, because why?

10     A    We received the invoices from Equinox.

11     Q   (BY MR. SIEGEL)  In terms of the company as a

12  whole, are they comparable to XBT?

13          MR. FRAY-WITZER:  Objection.  You can answer.

14     A    I have no idea.  I know that we are buying

15  collocation from them low cost.

16          COURT REPORTER:  I'm sorry, buying what?

17     A    Collocation, buying collocation.

18     Q   (BY MR. SIEGEL)  And what about -- I think this

19  company may have just been bought -- DuPont Fabros, are

20  you familiar with them?

21     A    Yes, I'm familiar with them.

22     Q    That a company that's comparable to XBT?

23          MR. FRAY-WITZER:  Objection.  You can answer.

24     A    Depends.  What I understand, they are more or

25  less a real estate business.  We are not real estate.

1       Q    (BY MR. SIEGEL)  Okay.

2            MR. SIEGEL:  Let's do those next two.

3       Q    (BY MR. SIEGEL)  Why don't you take a moment to

4  just read through these.  We can go off the record a

5  second.

6            VIDEOGRAPHER:  Off the video record at

7       4:35 p.m.

8            (A short recess was taken.)

9            VIDEOGRAPHER:  Back on the video record at

10      4:36 p.m.

11           (Defendant's Exhibit Nos. 34 and 35 were

12  marked for identification.)

13      Q    (BY MR. SIEGEL)  Exhibit 34 and 35 are some

14  e-mails between you and Charles Dolan, some other people

15  copied.

16      A    Yeah.

17      Q    Who is Mr. Dolan?

18      A    He was the PR entity.

19      Q    And it indicates that -- if you look at the

20  top of 330, right, Mr. Dolan writes to you that Moe is

21  pitching the business angle with the Dallas media, and

22  asking you to set up -- if you would be available to be

23  interviewed, right?

24      A    Yes.

25      Q    Did you ever end up being interviewed?

1        A     No.

2        Q     Did you have an understanding why Mr. Dolan

3   was pitching the Dallas media to interview you?

4        A     I do remember, it was for Servers.com,

5   correct.

6        Q     And to what, for what purpose?  In other

7   words, why -- what was the point of pitching -- pitching

8   you to be interviewed by the Dallas media?

9        A     He asked me that time I'm in Dallas, that's

10  why.

11       Q     What did you understand you might be

12  interviewed about?

13       A     I don't know.  They were supposed to do...

14       Q     They were going to tell you what?

15       A     Yes.  It was for branding purpose of

16  Servers.com, and they were going to give me what we were

17  going to talk about.

18       Q     So if I understand what you're saying, the

19  motive of pitching the media, the goal, was to publicize

20  the brand; is that fair?

21       A     Branding of Servers.com to increase the sales.

22       Q     Okay.  But you didn't -- you weren't sure what

23  the actual subject matter that they were going to

24  interview, the actual topics they were going to

25  interview you about, right?

 1        A     No.

 2        Q     Okay.

 3              MR. LAZIER:  Next one?

 4              MR. SIEGEL:  Not yet.

 5        Q     (BY MR. SIEGEL)  I take it, at some point you

 6    learned that the dossier was published, right?

 7        A     They didn't --

 8              COURT REPORTER:  Sorry?

 9        Q     (BY MR. SIEGEL)  Did there come a point in time

10    when you came to learn that there was something called a

11    dossier that was published that contained some

12    statements related to Mr. Gubarev's XBT Website?

13        A     Yes.

14        Q     Tell me about that.  How did you come to learn

15    that?

16        A     That time I remember I was in India and I was

17    sleeping in the night, and there was a Washington

18    Post -- and some Washington Post -- their reporters

19    wanted to reach me at my number.  And they were trying

20    the number of my son and, because all are in my name,

21    the number of my wife, they reached to them and they

22    tell them to tell me to talk to them as soon as

23    possible.

24        Q     What did you do?

25        A     Next day, because -- when I wake up I tried to

1   call them, they didn't pick up.  And they gave me the

2   call and I talked, and they asked me, do you know about.

3   Until that time, I didn't know.  And I said, I don't

4   know nothing about this.  Then I contacted my CEO at

5   that time, Alex.  And he told me to go look at the link

6   and that's what I did.

7           I didn't know where to look.  The Internet

8   wasn't that good that day.

9       Q    Okay.  And after you saw the link, right, how

10  much more time did you spend in India?

11      A    It was like a week.

12      Q    An additional week?

13      A    Yes, very stressful.

14      Q    So over the course of that week, what, if

15  anything, did you do in connection with the dossier

16  story?

17      A    I can't do nothing from there because I was

18  staying very less Internet access.

19      Q    Okay.  Do you contend that XBT or Webzilla,

20  Inc. has been damaged by the dossier publication?

21      A    I didn't understand.

22      Q    Well, has XBT or Webzilla, Inc.'s business

23  been hurt by the dossier publication?

24      A    Yes, it has been hurt.

25      Q    How?

1      A    After that, we see the revenues gone down,

2   when we look at the revenue, and my financial -- what

3   you call?  Debt lenders, they all started sending me

4   e-mail that you do this, your approved debt are frozen.

5   And I have a request from my sales team how to deal with

6   the service, what we weren't supposed to buy, and that's

7   how it's deemed to be damaged.

8      Q    You say that your revenues went down, right?

9      A    Yeah.

10     Q    How do you know that they went down because of

11  the dossier story?

12     A    That's what it is.  There was no other reason

13  I had at that time.

14     Q    What -- can you identify any specific

15  customers that any XBT subsidiary lost because of the

16  dossier story?

17     A    No, I can't.  I don't know.

18     Q    So would it be fair to say, that you are

19  assuming that any reduction in revenues, that any of the

20  subsidiaries may have experienced, was because of the

21  dossier?

22          MR. FRAY-WITZER:  Objection.  You can answer.

23     A    One thing was sure and certain, that I

24  couldn't get them service to sell for new customer,

25  which was waiting for them because my lenders had frozen

1   the debt, and revenue -- no, I don't assume.  I normally

2   see the report what is going on with the revenue.

3        Q   (BY MR. SIEGEL)  Well, I understand that.  But

4   what I'm saying is that:  Do you have any specific

5   information that -- first of all, that XBT lost -- I'm

6   sorry.  Did any of the subsidiaries lose any customers

7   as a result of the dossier story?

8        A    Right at that time, no.

9        Q    At any time?

10       A    Customer.  We lost customers, that I know.

11  But they never say specifically what's the reason.

12       Q    Okay.  You lose -- I mean, customers always

13  come and go; is that fair to say?  There are some

14  customers that stop, some customers that come, right?

15       A    No.  XBT a very less turn percentage.

16       Q    What's that?

17       A    Turn percentage are less than XBT all over.

18       Q    Turn less than what?

19       A    Needs to be very less turn, 1- to 2 percent a

20  year.  They don't turn very much.

21       Q    Okay.  Again, did XBT -- you said, actually,

22  that not at that time that XBT lost any customers as a

23  result of the dossier, right?

24            MR. FRAY-WITZER:  Objection.

25       Q   (BY MR. SIEGEL)  So I asked you:  Can you point

1    to any customers that XBT lost as a result of the

2    dossier.  First, you said not at that time.

3            I asked you at what time, right?

4        A    I didn't know that time, but after that, I see

5    the termination of the customer.  But I do not remember

6    the real name of the customer.

7        Q    So sitting here, you can't identify -- well,

8    let's start:  Can you identify any customers that

9    terminated, let's say, between January and June 2017?

10       A    No.

11       Q    No, okay.

12            MR. SIEGEL:  Let's get that next Exhibit.

13            (Defendant's Exhibit No. 36 was marked for

14    identification.)

15       Q    (BY MR. SIEGEL)  Exhibit 36 appears to an

16    e-mail between you and Martin Lassally.

17            Who is Mr. Lassally?

18            MR. SIEGEL:  Let's get the other one.

19       A    It's one of the leasing company.  It's the

20    owner of one of the leasing company, CEO.

21       Q    (BY MR. SIEGEL)  What's the name of his

22    company?

23       A    CTE Product Leasing.

24            COURT REPORTER:  CT?

25            WITNESS:  CTE Products & Leasing.

1          COURT REPORTER:  Thank you.

2     Q    (BY MR. SIEGEL)  And is he in the Netherlands?

3     A    Yes.

4     Q    And what does his company lease?

5     A    What does his company...

6     Q    What do you lease from his company?

7     A    We lease server network equipment.

8     Q    Okay.  You write to Mr. Lassally on

9  January 12th that:  "I'd like to clarify that the

10  allegations that came out yesterday is completely

11  baseless and false."

12          How did you know that it was completely

13  baseless and false?

14     A    I spoke to my CEO.

15     Q    What did he tell you?

16     A    He say we didn't do it.

17     Q    Did you ask anything to the effect of how do

18  you know?

19     A    He has all the people.  I know that he answers

20  me.  He told me we didn't do it, and I had to reply to

21  him.

22     Q    You, yourself, have never undertaken to

23  investigate whether any campaign related activity had

24  happened -- that's an unfair question.

25          You, yourself, never undertook to investigate

1   whether there was any hacking or other activity related

2   to the 2016 campaign conducted by Russians, that were

3   conducted through any servers that were yours?

4           MR. FRAY-WITZER:  Objection.

5       A   No.

6       Q   (BY MR. SIEGEL)  Okay.  You also write to

7   Mr. Lassally:  "We hired PR agencies to explore our

8   words to maximize number of audience that this

9   allegations are baseless and false."

10          Right?

11      A   Yes.

12      Q   Were you involved in hiring those PR agencies?

13      A   No.

14          (Defendant's Exhibit No. 37 was marked for

15   identification.)

16          MR. SIEGEL:  I'll show him Exhibit 37.

17      Q   (BY MR. SIEGEL)  And you send Mr. Lassally a

18   link to a press article, right, that was a McClatchy

19   article.  Turn to page 5 of that article.

20          So the top paragraph on page 5, the reporter

21   who writes this article says:  "XBT has been on a buying

22   spree in recent years, accumulating web hosting

23   companies and related fields, including DDoS.com,

24   1-800-HOSTING, SecureVPN.com, ColocateUSA, Server.lu in

25   Luxembourg, Singapore's 8 to Infinity, and a site used

 1   heavy to host pornography, fozzy.com."

 2          Is that inaccurate, that fozzy.com is used

 3   heavily to host pornography?

 4       A    That's inaccurate.

 5       Q    Why is that inaccurate?

 6       A    Because I believe, and it's what I know, they

 7   are B to C customer.  It's not only the customer are

 8   from the adult content.

 9       Q    You said -- I didn't understand B to C

10   customer?

11       A    Yeah, fozzy.com is B to C.

12       Q    What does that mean?

13       A    Business to customer.

14       Q    Explain what that means in...

15       A    The fozzy.com offers the set hosting or kind

16   of -- let me think.  Virtual servers, those kind of a

17   thing, which business -- customers takes it.

18       Q    And why would that mean that they're not used

19   to host pornography?

20       A    I didn't say they are not, they maybe a

21   certain percentage.

22       Q    Do you have any idea what that percentage is?

23       A    In fozzy?

24       Q    Uh-huh.

25       A    No.

1      Q    Do you have any idea what percentage of

2  activity conducted on the servers company-wide, right,

3  for any subsidiaries is adult related content?

4      A    We do run sometime report to check the

5  business -- customer business, the revenue contribution

6  towards the customer business, and if I'm not mistaken,

7  last I saw it it took 5- to 6 percent of total revenue

8  coming from the customer who does legal adult business.

9      Q    Okay.  How do you know those adult businesses

10  are legal?

11      A    What I understand from the -- my abuse

12  department, that tells me if somebody want to do any

13  illegal business, we get to know from the local

14  authority and they process to shut them down.

15      Q    So essentially, if the local authorities catch

16  them doing some of these illegal businesses, they will

17  notify you to shut them down, right?

18          MR. FRAY-WITZER:  Objection.  You can answer.

19      A    That's what I understand.

20      Q    (BY MR. SIEGEL)  Okay.  So XBT doesn't

21  undertake in any way to determine whether or not there

22  is illegal pornography being transmitted through any of

23  its servers?

24          MR. FRAY-WITZER:  Objection.  You can answer.

25      A    I don't know how to do that.

1        Q    (BY MR. SIEGEL)   Okay.

2             MR. SIEGEL:   Show him the next Exhibit.

3             (Defendant's Exhibit No. 38 was marked for

4    identification.)

5        Q    (BY MR. SIEGEL)   I'll -- this is a -- I'll

6    represent to you, this is printed out from fozzy.com.

7    If you look on the second page of this Exhibit it says

8    on the top, right:   "You can now get your domain name in

9    the following TLDs."

10             And those TLDs include:   .adult, .porn, .sexy,

11   .XXX, and .webcam, right?

12       A    That's what is written here.

13       Q    So would it be fair to say, at least, some

14   amount of fozzy.com's business is marketed for purposes

15   for what you call adult content?

16             MR. FRAY-WITZER:   Objection.   You can answer.

17       A    I tell you -- these domains what fozzy's

18   offers, comes from ICANN.

19       Q    Uh-huh.

20       A    If I'm not wrong, ICANN is the public company.

21   They is the major owner of these domains.   We just

22   resale them.   They offer and then we offer to the

23   customer, which is legal.

24             MR. SIEGEL:   Let's do the next one.

25             (Defendant's Exhibit No. 39 was marked for

 1  identification.)

 2      Q   (BY MR. SIEGEL)  I'll show you what is marked

 3  as Exhibit 39.

 4      A   Yes.

 5      Q   So this is an e-mail from you to a Mr. Linh

 6  Phan-Huynh.  I will not pronounce that correctly.

 7          Do you know how to pronounce it?

 8      A   No, sorry.

 9      Q   Apologizing to the recipient of the e-mail,

10  who is he or she?

11      A   She.

12      Q   I would say he or she.

13      A   She used to be our accounts manager in Aviano

14  Bank.

15          COURT REPORTER:  I'm sorry, in where?

16          WITNESS:  Aviano Bank Amsterdam, Netherlands,

17      our Webzilla.

18      Q   (BY MR. SIEGEL)  She used to be, she's not

19  anymore, but she was at this time?

20      A   Yes, she left.  She moved.

21      Q   Okay.  And I gather -- it indicates you had

22  met with her the year before in Amsterdam?

23      A   Yes.

24      Q   So she asked you to provide -- she asked you a

25  serious of questions for information for you to provide.

     1        A    Yeah.

     2        Q    Her first question is:  "What measures will be

     3   taken to prevent data abuse 'hacks?'"

     4        A    Uh-huh.

     5        Q    The last sentence in your response:  "Is at

     6   the same, we closely monitor customer activity, to be

     7   sure that customer is not performing any illegal

     8   activities."

     9             How do you closely monitor your customers'

    10   activities?

    11        A    When I got this question, I contacted CTO,

    12   Bezruchenko Kostantin, and he gave me what he's doing so

    13   I have to relay it back.

    14        Q    What did Mr. Bezruchenko tell you?

    15        A    This was the effect.

    16        Q    So he provided you this language to respond?

    17        A    Yes.

    18        Q    So you, yourself, have any understanding of

    19   what the company was doing to closely monitor customer

    20   activity?

    21        A    No.

    22        Q    So you -- I take it we need to ask

    23   Mr. Bezruchenko?

    24        A    Yes.

    25        Q    Fair enough.

1          Now, you indicated that you had lenders that

2    froze your credit, if I understood?

3        A    Yeah.

4        Q    Which lenders did that?

5        A    There are a few lenders to remember because

6    I'm dealing with a lot with this, sorry.  DLL, which is

7    called D Launch London; CTE Product Leasing; BNP Paribas

8    Leasing, that's some many things.  Associated General.

9        Q    Is that in Cyprus or in France?

10       A    No.

11       Q    You said general, where did you deal with

12   them?

13       A    Amsterdam, Netherlands.  All these are from

14   Netherlands, that's what I remember.

15       Q    We'll talk about those in a second, but are

16   there any creditors outside of the Netherlands that you

17   remember freezing credit or taking any other action?

18       A    I think some of them from U.S.  I don't

19   remember the name, but they made, after that, it was

20   very difficult to get new lease.  Whenever we contacted

21   to the leasing company, they talk and at the last moment

22   they say, can you comment to me about what is an

23   Internet dossier, and they hand up after and never

24   respond back.

25       Q    Which leasing companies are you referring to?

1      A     There are many e-mails.  We started contacting

2  them after when it stop working.

3      Q     Other than the four in the Netherlands that

4  you've identified, are there any other existing ones

5  that stopped working?

6      A     I think if I remember Dell Financial also

7  stopped working sometime, if I'm not mistaken.

8      Q     Okay.  Let's go through these.  Starting with

9  DLL.  First of all, the four that you identified in the

10  Netherlands:  BNP, CTE, DLL, and Associated General.

11         Which entity did they contract with, was it

12  Webzilla BV?

13      A     They have bundle offer for XBT, any XBT entity

14  in Europe can get the leasing.

15      Q     Okay.  So the actual leases were entered into

16  by -- could be any number of European subsidiaries?

17      A     Yes.

18      Q     Let's go through them.  DLL, are you still

19  doing business with DLL today?

20      A     Yeah, we started doing business.

21      Q     (BY COURT REPORTER)  I'm sorry?

22      A     Yes, we started doing business.

23      Q     (BY MR. SIEGEL)  So what happened in between

24  January 2017 and today with DLL?

25      A     Their internal -- we give them -- we gave them

1   the information and they started again working.

2        Q    When did they start again?

3        A    I think it was after lawsuit was filed.  I

4   don't know exact date, but somewhere after a month or 15

5   days or kind of that.

6        Q    Okay.  And what about BNP?

7        A    Could be similar time.

8        Q    So you started doing business again with BNP

9   in the similar time after the lawsuit was filed.

10            So what about CTE?

11       A    The same.

12       Q    The same?

13       A    Yeah.

14       Q    And what about Associated General?

15       A    I don't know if they --

16            COURT REPORTER:  I'm sorry.

17       A    I don't remember if Associated is still giving

18  us anything.

19       Q    (BY MR. SIEGEL)  What business had you been

20  doing in the past with Associated General if anything?

21       A    Financial services.

22       Q    What about Dell Financial?

23       A    Dell Financial.

24       Q    Are you doing business with them?

25       A    No, they stopped.  From last -- yeah, they

1   stopped.  Until the time we were on hold with them.

2   They didn't give us new leasing.  I don't know how many

3   months lasted, I can check.

4       Q    Okay.  Since January 2017, have you done any

5   business with Dell Financial?

6       A    We did some.

7       Q    What was that, what does that consist of?

8       A    Service leasing.

9       Q    And in what time frame?

10      A    I don't remember the dates when we did with

11  them.

12      Q    So did something happen after you had

13  continued or started to do business with them again that

14  made it stop?

15      A    Maybe, I don't remember.

16      Q    You don't remember?

17      A    No.

18      Q    Who at Dell Financial did you deal with?

19      A    Dell Financial where -- I meant to say, Dell

20  Financial is everywhere.

21      Q    Fair enough.

22           Who -- what names of people at Dell Financial

23  anywhere did you deal with?

24      A    They have original people whom I contact.  For

25  U.S., there's a U.S. Austin office where I talk to them.

 1              In Europe, they are in the island, as well as
 2     in Amsterdam people I talk to them.
 3          Q    Do you know the name of a person in Austin?
 4          A    Yes, I met him -- if I remember.
 5              MR. FRAY-WITZER:  Whenever it's convenient to
 6         take a short break.
 7          A    Amsterdam is Robert Smith.
 8          Q    (BY MR. SIEGEL)  Okay.
 9          A    And general manager, I don't remember his
10     name.  It's difficult for me to remember.  I do contact
11     in Dell Financial Collin, Kenny, he's the CFO of Dell
12     Financial in Austin, and he has a chief credit officer,
13     I know the first name is Bob, but I don't recall his
14     full name.  The first name is Bob.  He's the chief -- I
15     think, he was at the time chief credit officer.
16          Q    (BY MR. SIEGEL)  Okay.  Were there -- okay.
17              And those are all the -- when I say creditors,
18     it could be a leasing company, a bank, are those all the
19     creditors that you recall that XBT or its subsidiaries
20     previously done business with that you had trouble, as
21     you say, doing business with after the dossier's
22     publication?
23          A    That's what I remember.
24          Q    Okay.  All right.  It's good.
25              VIDEOGRAPHER:  Off the video record at

1        5:07 p.m.

2                (A short recess was taken.)

3                VIDEOGRAPHER:  Back on video record at

4        5:20 p.m.

5                (Defendant's Exhibit No. 40 was marked for

6     identification.)

7        Q   (BY MR. SIEGEL)  I'm showing you Exhibit 40,

8     Mr. Mishra, which looks like it is -- you forwarded an

9     e-mail between you and a man named Robert Smit at Dell.

10       A    Yeah.

11       Q    Is that one of the Roberts?  I think you

12    mentioned his name.  Is that who you were thinking of?

13       A    Yes.

14       Q    This e-mail indicated that Dell Bank credit

15    committee, on January 30, 2017, is approved a new credit

16    facility amounting to 2 million euros in the name of

17    Webzilla BV; is that right?

18       A    This is day my son got diagnosed.

19       Q    Okay, sorry about that.

20            You want to take a minute?

21       A    Yeah.

22       Q    Okay.

23            VIDEOGRAPHER:  Off the video record at

24    5:21 p.m.

25            (A short recess was taken.)

1          VIDEOGRAPHER:  Back on the video record at

2     5:22 p.m.

3     Q   (BY MR. SIEGEL)  Does the e-mail in Exhibit 40

4  accurately reflect that you got $2 million in additional

5  credit from Dell on or around late January 2017?

6     A    This is the approval.

7     Q    What's that?

8     A    This is the approval, yes.

9     Q    Have there been subsequent approvals since

10 then for any additional credit?

11    A    I don't remember.

12    Q    Do you remember if you asked for any

13 additional credit?

14    A    I do ask a few times.

15    Q    And you don't remember whether it's been

16 approved or not?

17    A    No, I don't remember.

18         (Defendant's Exhibit No. 41 was marked for

19 identification.)

20    Q   (BY MR. SIEGEL)  Exhibit 41, appears to be

21 e-mails between you and Mr. Boncep at DLL Group?

22    A    Yes.

23    Q    Who is he -- I'm sorry.  It's between you and

24 Mr. Lassally and Mr. Vankempen.  I was going to ask you,

25 who is Mr. Vankempen?

1        A    He is the LL Group credit officer.

2        Q    So is Mr. Lassally acting as sort of a

3    go-between between DLL and you and your companies?

4        A    Some of the product it happens because

5    Lassally act as itself as a leasing company, as well as

6    some supplies, which he financed through the companies

7    when he need supplies.

8        Q    Okay.  The e-mail on the bottom indicates that

9    there was a credit line of 3.5 million euros which is

10   valid up until August 1, 2017?

11       A    Yes.

12       Q    Did that -- was that credit line ever frozen?

13       A    Yeah, this was frozen.

14       Q    Was this then re-opened at some point as you

15   described before?

16       A    Yes, it was re-opened.

17            (Defendant's Exhibit No. 42 was marked for

18   identification.)

19       Q    (BY MR. SIEGEL)  Let's go to the next e-mail

20   then.  Exhibit 42, which appears to be the e-mail from

21   Mr. Lassally to Mr. Gubarev and you're copied, right?

22       A    Yes.

23       Q    And he's asking to confirm essentially, that

24   you filed a lawsuit and it hasn't been evidence found.

25   And then he says:  "Can you confirm that no customer has

1  terminated and new customers have been added."

2          Right?

3      A    Yeah.

4      Q    Do you know if that information was confirmed

5  to Mr. Lassally?

6      A    I don't remember.

7      Q    You don't remember, okay.

8          MR. SIEGEL:  The next.

9          MR. LAZIER:  Sure.

10          (Defendant's Exhibit No. 43 was marked for

11  identification.)

12      Q   (BY MR. SIEGEL)  Okay.  So, again, Exhibit 43

13  appears to be an e-mail from Mr. Lassally to you about

14  BNP.

15          And he indicates that they put on hold

16  expansion for Webzilla until more is known, right?

17      A    Yes.

18          (Defendant's Exhibit No. 44 was marked for

19  identification.)

20      Q   (BY MR. SIEGEL)  And the next e-mail,

21  Exhibit 44, is on February 4th and he says:  "Good

22  news."  It says:  "Rajesh has sent the Buzzfeed reaction

23  already and I have this morning the bank people, DLL,

24  BNP, Grenke, and ABC.  The idiots from BNP still first

25  want a meeting Rajesh.  Trying to set up a meeting."

 1              Do you recall what the Buzzfeed reaction that

 2      was that you sent?

 3          A    No, I don't remember.

 4          Q    It's fair to say that the Buzzfeed reaction

 5      appears to be, looking down the e-mails:  "Russian tech

 6      exec sues Buzzfeed.  After being sued, Buzzfeed has

 7      apologized to a Russian tech executive named in the

 8      unverified Trump dossier."

 9              Those were links to articles; is that right?

10          A    Looks like.

11          Q    Okay.  So it looks like you and Mr. Gubarev

12      sent information to the effect that Buzzfeed has

13      apologized to Mr. Gubarev as a way of giving your

14      creditors confidence, right, that they could lend money;

15      is that fair?

16              MR. FRAY-WITZER:  Objection.

17          A    No.

18          Q    (BY MR. SIEGEL)  No?

19          A    I didn't see any Buzzfeed apology.

20          Q    Actually, it says:  "Good news.  Rajesh has

21      sent the Buzzfeed reaction already."

22              Right?

23          A    I don't know what he means.

24          Q    You don't know what he means.  You just don't

25      remember?

1        A    No.

2        Q    Would you agree with me that -- that Alex is

3   forwarding something that says, after being sued

4   Buzzfeed has apologized to Russian executive named in

5   the unverified Trump dossier, right?

6        A    Looks like here, yes.

7        Q    Okay.  Did you end up doing a meeting with

8   BNP, do you remember?

9        A    I met a few times with them, yes.

10       Q    One way or another BNP then continued to

11  provide you credit, right?

12       A    Yes.

13       Q    I hand you Exhibit 45.

14            (Defendant's Exhibit No. 45 was marked for

15  identification.)

16       Q    (BY MR. SIEGEL)  This is an e-mail from

17  Mr. Lassally to Alex copying you, right.  He's talking

18  about an article that appeared in de Voltskrant, right?

19  It says that:  "Jochem can read this to you."

20            Who is Jochem?

21            I don't know if I'm pronouncing that correct.

22       A    Jochem.  He's the Dutch national works -- he's

23  the CEO of Datacenter.com.

24       Q    And where does he work?

25       A    He works -- he's stay in Cyprus and Amsterdam,

      1    both places.

      2         Q    Okay.  And is it fair to say this article --

      3    this e-mail indicates that Mr. Lassally thinks that the

      4    de Volskrant article was not particularly favorable

      5    towards Alex, right, in terms of the way he described

      6    him?

      7         A    It's his words.

      8         Q    Did you agree with that?

      9         A    I don't know.  They write their own opinion.

     10         Q    Okay.  I'm just going to show you a couple

     11    of -- here we go.  Exhibit 46 and 47.

     12              (Defendant's Exhibit Nos. 46 and 47 were

     13    marked for identification.)

     14         Q    (BY MR. SIEGEL)  Which are a couple of

     15    documents that are admittedly in Dutch, so I'm not

     16    expecting you to translate them, but they appear to

     17    indicate that, at least one entity that does business

     18    with BNP, is Webzilla BV, right?

     19         A    Yes.

     20         Q    That's all I wanted on those.

     21              Does any of the XBT companies obtain any

     22    credit from Wells Fargo?

     23         A    Wells Fargo, yes.

     24         Q    Are they still a lender?

     25         A    We were still paying them leasing, yes.

1        Q    Do you have any idea approximately how much

2    that relationship is, what the amount of credit they are

3    extending?

4        A    No, out of my head.

5        Q    What about IBM slash HPE Leasing?

6        A    IBM Leasing, HPE Leasing.

7        Q    Is that one entity?

8        A    No, two different.

9        Q    Two different ones.  So there's IBM Leasing

10   and then there's HPE Leasing?

11       A    Two different companies.

12       Q    Does any of the XBT entities do business with

13   IBM Leasing?

14       A    Yes.

15       Q    And what about HPE Leasing?

16       A    Yes.

17            MR. SIEGEL:  Let's give him -- where are these

18       e-mails I gave to him?

19            MR. LAZIER:  Which?

20            MR. SIEGEL:  These two.

21            MR. LAZIER:  They were in the pile.  Does he

22       have them already?

23            WITNESS:  Yeah.

24            (Defendant's Exhibit Nos. 48 and 49 were

25   marked for identification.)

1      Q    (BY MR. SIEGEL)  The next two exhibits, 48 and

2   49, appear to be e-mails with Panos -- how do you

3   pronounce that, Georgiou?

4      A    Georgiou.

5      Q    Georgiou.  Who is he?

6      A    He's the in-house counsel.

7      Q    At XBT?

8      A    XBT family.

9      Q    So Exhibit No. 48 appears to involve a loan

10  request to Astro Bank?

11     A    Yes.

12     Q    And it says -- the second e-mail in that chain

13  says:  "Dear Polys, could you do a preliminary

14  compliance check because other banks have rejected us

15  due to an ongoing lawsuit in U.S. and U.K. where

16  Mr. Gubarev is a party."

17          Right?

18     A    Yeah.

19     Q    Does that -- do you have any understanding

20  that a reason that either Mr. Gubarev or any company may

21  have had some issue with credit is because there was

22  this lawsuit pending?

23     A    It's not about lawsuit; it's about dossier.

24     Q    How do you know?

25     A    Because I was involved, first happens,

1    banks -- I contact the bank through phone their

2    managers, this is me who they know.  And then Alex asks

3    me, he wants some loan for his house.  And I -- because

4    they approved my housing loan --

5         Q    Uh-huh.

6         A    -- so I contacted them, the manager, say, hey,

7    my CEO also looking too.  He say, okay, let me connect

8    you with the people who need the documentation and all.

9    So I contacted Panos with their -- like, with the Polys

10   and they were doing it this, all the detail work.  I

11   don't do the detail work or the documentation and stuff

12   like that.

13        Q    Okay.

14        A    Then Panos come to me and say reject it, then

15   give a call to the manager.  I say, what happened, you

16   said you were going to do it?  He say, look, our credit,

17   he says Mr. Aleksej Gubarev offering good amount of

18   security, but he's a high-risk customer.

19        Q    Did they say why he's a high-risk customer?

20        A    Well, potentially, that's what they say.  It's

21   like they do a search.

22        Q    One of the things they found was that he's a

23   plaintiff in two pretty high-profile lawsuits, right?

24             MR. FRAY-WITZER:  Objection.

25        A    It's not about lawsuit.

1       Q   (BY MR. SIEGEL)  Well, how do you know, did

2   anybody tell you that?

3       A    Not a straight word, but it's, like, they know

4   there was in publication in Cyprus and anywhere.  They

5   do their search.

6       Q    Certainly possible, isn't it, that the fact

7   that somebody might be a plaintiff in two pretty

8   high-profile lawsuits against companies, might be

9   something that could cause people to consider them

10  credit risks, right?

11          MR. FRAY-WITZER:  Objection.  You can answer.

12      A    Why, this lawsuit doesn't have any impact.

13  Like, we are plaintiff, Alex is the plaintiff.  They

14  never mentioned this lawsuit.  They just mentioned that

15  there is a high-risk credit, and I assume, initially,

16  they wouldn't tell me if they know that this thing is

17  going on.

18      Q   (BY MR. SIEGEL)  And so I think you answered

19  the other question I was going to ask you, which is that

20  the loan did -- this Exhibit 48 concerns a personal loan

21  for Mr. Gubarev, right?

22      A    Yes.

23      Q    That's what it said.

24      A    Yeah.

25      Q    And is the same thing true in Exhibit 49?  It

 1    appears to also relate to a personal loan to Mr. Gubarev

 2    for real estate?

 3          A    Yes, this is.

 4               (Defendant's Exhibit No. 50 was marked for

 5    identification.)

 6          Q    (BY MR. SIEGEL)  Okay.  I'm going to show you

 7    what is marked as Exhibit 50.  Do you -- and I'll just

 8    represent to you that this is a document that was

 9    produced by your counsel.

10               Do you recognize what that is?

11          A    Yes.

12          Q    What is it?

13          A    It's the lease of leasing company who we

14    contacted for a lease.

15          Q    So how did you contact them?

16          A    Through e-mails, through phone calls.

17          Q    And this may be some of the dating convention,

18    but so I understand, let's look at the first one, ABC

19    Finance, right?

20          A    Yeah.

21          Q    What date was that contact made?

22          A    14 March '17.

23          Q    Okay.  And then there is another number, which

24    is the 05.2017.

25          A    It's like 14 March and then 17 by reminder.

1  The first e-mail note when they remind them.

2       Q    Okay.  So the first is on March 14th and then

3  there's another reminder on May 17th?

4       A    Yeah.

5       Q    Okay.  So these are -- is it fair to say that

6  say these are generally cold calls, do you know what

7  that term means?

8       A    It's not sales, so I can call and cold call,

9  but because when our leasing was frozen, we wanted to

10  explore other opportunity to get to the new leasing

11  company so we can arrange some leasing to get service to

12  sell the customer.

13       Q    Okay.  And when it indicates, for example,

14  that ABC Finance was contacted on March 14th and again

15  on May 17th, and it says nothing else.  So what does

16  that indicate, at least from this document, what

17  happened with ABC Finance?

18       A    They never responded back to us.

19       Q    They never responded back, okay.

20            And then if you go about four or five pages

21  into the document, it's not numbered, it says U.S.A.

22  Leasing.

23       A    Yes.

24       Q    So is it -- is this the same thing?

25       A    Yeah.

1      Q    These are leasing companies that are contacted

2  by e-mail?

3      A    Yes.

4      Q    So it indicates that HP Financial Services

5  there was a lease signed.

6      A    Yes.  These up, which are the red, they had a

7  volatile relation with us.

8      Q    Okay.  What kind of relation?

9      A    There doing in the past, basically.

10          COURT REPORTER:  I'm sorry?

11     A    Some of them was doing leasing in the past.

12     Q    (BY MR. SIEGEL)  And it looks like those were

13  not contacted as part of this, right, except for maybe

14  HP Financial Services?

15     A    Yes.

16     Q    They were not contacted as part of this --

17     A    No.

18     Q    -- activity?  Okay.

19          So the other one -- the only ones that were

20  contacted other than the HP Financial Services were

21  entities that you had not done business with in the

22  past?

23     A    Yes.

24     Q    What did you say to them?  In other words,

25  what did -- I assume these were basically form e-mails,

1  they all said more or less the same thing?

2      A    Yes.  We talk about our business and what we

3  looking for leasing the servers.

4      Q    Uh-huh.

5      A    We give them our business plan, we give them

6  our numbers, actual numbers, et cetera, presentation.

7      Q    Is that something you had ever tried to do

8  before as a way of getting creditors?

9      A    Yeah, I tried many times.

10     Q    By that kind of e-mail contact?

11     A    Yes.

12     Q    Cold calling essentially?  Contacting by

13  e-mail people that you have not previously had a

14  relationship with?

15     A    Yes.

16     Q    Okay.  I take it that's not the principal way

17  that XBT companies obtain credit, right, by cold calling

18  e-mails?

19     A    It's not cold calls, but we do obtain sending

20  the e-mail, they check us and then they come back to us

21  like yes.  IBM and HP, they came to us through e-mails.

22  We contacted them through their Websites.

23     Q    I take it none of these entities told you one

24  way or the other if they didn't respond to you, why they

25  didn't respond to you?

1      A    If they didn't respond, they didn't say.

2           (Defendant's Exhibit No. 51 was marked for

3    identification.)

4      Q   (BY MR. SIEGEL)  And I'm going to show you

5    Exhibit 51 which, again, is simply a document that was

6    produced to us.  Do you know what this is?

7      A    These are the list of leasing which we

8    obtained.  It's leasing contract list.

9      Q    And so where it says "starting date," that was

10   the starting date of what?

11     A    The starting date of contract.

12     Q    Of a lease contract?

13     A    Yes.

14     Q    Right.  It you enter into a lease contract,

15   for example, with Dell, right, what are you paying them

16   to lease?

17     A    I don't understand.

18     Q    What is the transaction for, what is the lease

19   transaction for exactly?

20     A    It's for leasing the servers or equipment, set

21   up equipment, whatever related for technology for the

22   network.

23     Q    That you are leasing from Dell, Dell has the

24   equipment and you are leasing from them, right?

25     A    Yeah, Dell Service.

1       Q     So with BNP Paribas, for example?

2       A     Yes.

3       Q     What is the nature of the transaction, what is

4    it that you are -- what business is it that you are

5    doing with them?

6       A     Would be related -- again, I don't see the

7    contract in front of me.

8       Q     Uh-huh.

9       A     It would be related to the servers network

10   equipment which we use to serve the customer.

11      Q     Okay.  Just so I understand, okay, BNP is a

12   bank, right, or credit union of some type?

13      A     They are bank.  They have financing.

14      Q     They have financing?

15      A     Yeah.

16      Q     So they are not -- Dell I understand is a

17   provider of computer servers, right?

18      A     Dell is as a manufacturer and as a bank as

19   well.

20      Q     Okay.  But BNP doesn't have an arm that

21   provides computer services?

22      A     No.

23      Q     So when you were entering into a lease with

24   BNP, who is the provider of server?

25      A     It can be -- time depends on the requirement.

1  Could be Dell, could be Super Micro, could be Juniper,

2  Cisco.  It depends what requirements we have.

3       Q    So you're entering into transactions with

4  financial entities to lease equipment from a variety of

5  companies that provide those services, right?

6       A    Yes.

7       Q    Okay.  Is this simply a -- why was this

8  document compiled?

9       A    It's for accounting purpose or keeping things

10  to how many contracts, when it's expiring, when it's

11  coming, what we pay every month.

12       Q    So this is simply an ongoing document that

13  you --

14       A    Yes.

15       Q    I take it this isn't a document that was

16  generated for this lawsuit or for anything in connection

17  with that?

18       A    No.

19            If I'm not wrong, I remember there was request

20  for the lease contract from our attorney.

21            MR. FRAY-WITZER:  Don't talk about any

22       communications request with your attorney.

23            MR. SIEGEL:  No, it's okay.  I indicated it.

24       It says:  "Produced by your counsel."

25            I understood that; I was trying to understand.

```
 1        A     That was a request.

 2        Q     (BY MR. SIEGEL)  Many documents are

 3   self-explanatory; some are not.  I'm trying to

 4   understand what they are.

 5        A     This ongoing to lease which we...

 6        Q     (BY MR. SIEGEL)  Do you know who Jeff Anderson

 7   is?

 8        A     Lost.

 9        Q     Okay.  I will represent to you that Jeff

10   Anderson is the name of an expert -- an expert that the

11   company's counsel has retained to provide an estimate of

12   damages in this case.  Does that ring a bell?

13        A     Yes, yes.

14        Q     Have you had any conversations with

15   Mr. Anderson?

16        A     Yes.

17        Q     Tell me about those.

18        A     I had a meeting with him to explain about

19   business, about audit financials.

20        Q     Did you provide him with any documents?

21        A     The audited financials.

22        Q     Did you also provide him with -- let's go off

23   the record one sec.

24              VIDEOGRAPHER:  Off the video record at

25        5:48 p.m.
```

 1           (A short recess was taken.)
 2           VIDEOGRAPHER:  Back on the video record at
 3      5:50 p.m.
 4      Q   (BY MR. SIEGEL)  So you say you provided
 5  Mr. Anderson with the consolidated financials, reports,
 6  right?
 7      A    I did not provide anything directly to him.
 8      Q    Okay.  So do you know what information
 9  Mr. Anderson used for his report?
10      A    No.
11           COURT REPORTER:  I'm sorry?
12      A    No.
13      Q   (BY MR. SIEGEL)  Is it your understanding that
14  your counsel provided Mr. Anderson with information?
15      A    Could be.
16      Q    Could be.  Well, you said you met with him,
17  right?
18      A    Yeah.
19      Q    So what did you talk about?
20      A    He was talking about the business, what I
21  believe the enterprise value at the moment, et cetera,
22  et cetera.  It was a like verbal communication.
23      Q    And what did you say?
24      A    He asked me what I think will be enterprise
25  value on 1st of January 2017.

1      Q      And what did you say?

2      A      I said should be 7- to 8X revenue.

3             COURT REPORTER:  I'm sorry?

4      A      7- to 8X revenue for 2016.

5      Q      (BY MR. SIEGEL)  Seven to eight times the

6   revenue of 2016?

7      A      Yes.

8      Q      Just to make sure I understand, your belief is

9   that the enterprise value of the company as of January

10  1, 2017 would be seven to eight times the total 2016

11  revenue?

12     A      Yes.

13     Q      So the total 2016 revenue was approximately

14  $50 million and seven to eight times that.  What do you

15  based that on?

16     A      That's how I see the market, the people are

17  buying or selling, looking at the financial information.

18     Q      Okay.  Is that based on any kind of EBITDA

19  margin calculation or is it simply your sense of the

20  market?

21     A      They are the concept nowadays if a company is

22  still growing, they follow the revenue method.  The

23  EBITDA are not that much into this.  But, again, it

24  depends on the value or how they...  I always value

25  through ex-revenue.

 1       Q    Okay.  And have you read Mr. Anderson's

 2   report?

 3       A    Yes.

 4       Q    When you told Mr. Anderson that's what you

 5   thought the value should be, what did he say, if

 6   anything?

 7       A    He just listened.

 8       Q    Thank you.  Okay.

 9            Did you have any discussion with Mr. Anderson

10   about your financial projections for 2017 and beyond or

11   beyond?

12       A    He asked me a few questions about '17.  I

13   really don't remember what was the question.

14       Q    When did you meet with Mr. Anderson?

15       A    Somewhere in time that also that my son was

16   going through chemo.  Somewhere February this year.

17       Q    Of this year, right?

18       A    Yeah.

19       Q    Where did you meet with him?

20       A    LA.

21       Q    In LA.

22            And was your counsel there as well?

23       A    Yes.

24       Q    Who -- was anybody else there?

25       A    I don't remember.

1        Q     Did you tell Mr. Anderson anything about the

2   loss of a customer that we had discussed with those

3   e-mails before that was estimated about $200,000?

4        A     I didn't inform to him directly.

5             MR. FRAY-WITZER:  Communications from counsel

6        should be excluded.

7             MR. SIEGEL:  Okay.

8             MR. FRAY-WITZER:  Anything that you said, you

9        should not testify about.

10       Q     (BY MR. SIEGEL)  You didn't inform Mr. Anderson

11  yourself?

12       A     No.

13       Q     Do you know whether anybody else informed

14  Mr. Anderson about that?

15       A     I don't know.

16       Q     You don't know, okay.

17            I'll just represent to you that this document,

18  Exhibit 31, that we discussed before, was attached as an

19  exhibit -- one of the exhibits to Mr. Anderson's report.

20            Did you provide that document to him?

21       A     No.

22       Q     Do you know whether any updated versions of

23  that document were ever provided to Mr. Anderson?

24       A     No.

25       Q     I'll also represent to you that Mr. Anderson

1   attached the business plan we discussed as an exhibit.

2   Did you provide that to him?

3        A    No.

4        Q    Do you know whether any updated versions of

5   that business plan were provided to him?

6        A    I don't know.

7        Q    You don't know?

8        A    No.

9        Q    Okay.  Is it fair to say that Mr. Anderson did

10  not use a seven to eight times multiple; is that right,

11  in his report?

12            MR. FRAY-WITZER:  Objection.  You can answer.

13       A    I saw he used the EBITDA method.

14       Q    (BY MR. SIEGEL)  Right.  Which is different

15  from the method you use yourself; is that accurate?

16       A    It's approximate similar, but because if I'm

17  valuing our own entities, I value which gives us more

18  advantage to the company.  He's an independent valuator,

19  he does it his own way.

20       Q    Okay.  So your valuation for the company would

21  be between 350- and 400 million, right, as of January 1,

22  2017?

23       A    Yes.

24       Q    Okay.  Does that -- you think that is still

25  fair -- going back in time to -- let me just --

1            If I understand what you're saying is that, if

2    you could back in time to January 1, 2017, that is what

3    you would value the company as of that date?

4            MR. FRAY-WITZER:  Objection.

5        A    Yes.

6            MR. FRAY-WITZER:  You can answer.

7        Q    (BY MR. SIEGEL)  And is that still true, do you

8    think that is still a fair valuation, if you could back

9    in time as of January 1, 2017?

10           MR. FRAY-WITZER:  Objection.  You can answer.

11       A    That was, I believe, at that time the

12   valuation.

13       Q    (BY MR. SIEGEL)  How would you value the

14   company today?  I mean, as of today, you understand what

15   I'm saying, right, not going to back in time, but how

16   would you value the company as of May 1, 2018?

17       A    If -- after dossier, nobody -- I believe the

18   valuation gone really down.

19       Q    Okay.  Because?

20       A    Because the bad name in the market.

21       Q    Okay.  Do you have any valuation that you

22   would put on it?

23       A    Myself, I wouldn't -- you want my opinion, if

24   I'm a buyer or as a company CFO?

25       Q    As a company CFO.

1      A    If dossier didn't publish, we could have the

2   valuation of this company as of January '17 -- '18.

3   January '18 should be also less than -- I believe 450-

4   to 500 million.

5      Q    Okay.  Did you -- do you use a smartphone?

6      A    Yes.

7      Q    Do you text in the course of company -- did

8   you text for work?

9           MR. FRAY-WITZER:  Objection.

10     Q    (BY MR. SIEGEL)  Do you exchange texts as part

11  of work with people?

12          MR. FRAY-WITZER:  Objection.  You can answer.

13     A    It depends on what kind of work.

14     Q    (BY MR. SIEGEL)  I mean, for -- do you use your

15  phone to conduct any businesses as CFO of your employer?

16          MR. FRAY-WITZER:  Objection.  You can answer.

17     A    Barely, unless until there is any

18  communication with an employee.

19     Q    (BY MR. SIEGEL)  Explain to me what you mean by

20  that.

21     A    Not with external lender or any supplier

22  those --

23     Q    Okay.

24     A    -- I don't text.

25     Q    Internally you text?

1       A     Not very often.  Mostly it's the call.

2       Q     Sometimes you text?

3       A     Could be, could be not.

4             COURT REPORTER:  Sorry?

5       A     Could be, could be not.  I don't remember

6   exactly.

7       Q     (BY MR. SIEGEL)  And what e-mail accounts do

8   you use?

9       A     I have several e-mail accounts.

10      Q     What are those?

11      A     Rajesh@XBT.com.

12      Q     Okay.

13      A     Now it's XBT Holding.

14            Rajesh@Webzilla.com; Rajesh@IPtransit.com;

15  Rajesh@service.com; Rajesh@datacenter.com; and

16  Rajesh.v.@gmail.com.

17      Q     Do you ever use the G-mail address for work?

18      A     Sometime.

19      Q     Sometimes.  Has anybody ever asked you to

20  search your G-mails for e-mails that might be related to

21  this case?

22            MR. FRAY-WITZER:  Objection to the extent it's

23      asking for communication with counsel.  Any other

24      extent, you can answer.

25            MR. SIEGEL:  Well, fair enough.

1      Q   (BY MR. SIEGEL)  Have you ever conducted a

2  search of your e-mails for any documents related to this

3  case?

4      A    Yes.

5      Q    Of your G-mail account?

6      A    Yes.

7      Q    Have you provided e-mails from -- did you find

8  e-mails from your G-mail account related to this case?

9      A    Yes, I sent some there.

10      Q    And it's the same thing, did anybody -- were

11  you ever asked to preserve any documents for this case?

12          MR. FRAY-WITZER:  Objection to the extent it

13      calls for communications with counsel.

14      A    I don't remember now.

15      Q   (BY MR. SIEGEL)  When did you conduct that

16  search?

17      A    I don't remember exact date.

18      Q    Well, was it in January 2017?

19      A    I don't remember exactly.

20      Q    Was it after the lawsuit was filed?

21      A    Maybe.

22      Q    Approximately, when do you think it was?

23      A    2017.

24      Q    Sometime in 2017?

25      A    Yes.

1      Q    After the lawsuit was filed?

2      A    Could be, yeah.

3      Q    Did you search your texts?

4      A    Text, yes.

5      Q    You searched your texts to see if there was

6  any texts related to this case?  Your phone, your texts

7  on your phone?

8      A    Yes, I think I did, yes.

9      Q    Did you find any?

10     A    No.

11     Q    Okay.  When did you conduct that search?

12     A    Last year, 2017.

13     Q    At some point last year, but you can't

14  remember when.

15          When did you last get a new phone?

16     A    Last new phone, it was -- I don't remember

17  when iPhone 8 was out.

18     Q    You have an iPhone 8, is that what you're

19  saying?

20     A    Eight S.

21     Q    An 8s?

22     A    Eight Plus.

23     Q    I actually just got one of those.

24          So, approximately, when do you think you got

25  it?

      1       A    Sometime in 2017.

      2       Q    After this lawsuit was filed?

      3       A    I don't know exactly.

      4       Q    Is that the phone that you searched?

      5       A    Yes.

      6       Q    Do you know whether you may have had any --

      7  what was the phone you had before you had the iPhone

      8  Plus -- 8 Plus?  Six Plus?

      9       A    Yes.

     10       Q    He's a plus guy; me too.

     11       A    Yeah, me too.

     12       Q    Do you know whether any texts that were on

     13  your iPhone 6 Plus, whether any of those were

     14  transferred to your iPhone 8 Plus?

     15       A    I didn't transfer; customer did it.

     16       Q    Do you know whether all your texts as of

     17  January 2017, for example, still existed when you

     18  searched your phone?

     19       A    I believe everything was gone transferred to

     20  my phone.

     21       Q    Did anybody ever image your phone, copy your

     22  phone, make a copy of your phone?

     23       A    No.

     24       Q    Let's have the next.

     25       Q    (BY MR. SIEGEL)  Have you attended any

1    conferences of Adult Webmasters?

2         A    I was in one time.

3         Q    When was that?

4         A    A year, I don't remember.  But I was

5    Amsterdam.

6         Q    And why did you go?

7         A    When did I go?  Or I was in Amsterdam and then

8    I went for some business.  I was as Amsterdam and then I

9    visited something like that.  I was there in Amsterdam

10   and I visited that one.

11        Q    Why did you go?

12        A    I was just curious to see what it is.

13        Q    You were just curious?  Were there other

14   people there from your company?

15        A    I remember Aleksej was there.

16        Q    And who else?

17        A    Nobody I remember.

18        Q    Okay.  Why did Aleksej or any other

19   representative of your company attend an conference for

20   Adult Webmasters?

21             MR. FRAY-WITZER:  Objection.  You can answer.

22        A    I don't know.  What I was knowing is he had

23   some investment.

24        Q    (BY MR. SIEGEL)  An investment in what?

25        A    In some company that hosts the seminars.

1      Q    Okay.  What did you do at the conference?

2      A    I was just walk in and walk out.

3      Q    You walked in and walked out?

4      A    Yeah.

5      Q    Let me show you Exhibit 52.

6           (Defendant's Exhibit No. 52 was marked for

7      identification.)

8           VIDEOGRAPHER:  Counsel, I need to go off the

9      video record.

10          Off the record at 6:09 p.m.

11          (A short recess was taken.)

12          VIDEOGRAPHER:  Back on the video record at

13     6:10 p.m.

14     Q    (BY MR. SIEGEL)  Turn to page 43 of Exhibit 52.

15     A    Forty-three?

16     Q    Yes, 43.

17          Down the middle of the page where it says

18     Webzilla.com on the left-hand side.  I'll represent to

19     you that is a document printed that says:  "This year's

20     participants 2015 Amsterdam's attendees."

21          And you see that you are listed as registered

22     and Alex and PK?

23     A    Yes.

24     Q    So you registered for that conference, right?

25     A    I don't remember if I registered myself.

1        Q     Say that again?

2        A     I don't remember if I registered myself.

3        Q     Okay.  So somebody else from the company may

4    have registered you; is that what you're saying?

5        A     Could be.

6        Q     Does this refresh your recollection as to

7    whether Mr. Bezruchenko was there?

8        A     No, I don't remember.

9        Q     Okay.  Is that the only one you ever attended?

10       A     I didn't attend it I was just walk and walk

11   out.  That kind of a thing, but, yes, if my name is --

12   that was the year, I assume.

13       Q     I'll show you Exhibit 50 --

14             MR. LAZIER:  Fifty-three.

15             MR. SIEGEL:  Three.

16             (Defendant's Exhibit No. 53 was marked for

17   identification.)

18       Q     (BY MR. SIEGEL)  Here you go.  This is a

19   document that says:  "Last year's participants 2014

20   Amsterdam attendees."

21             Turn page 36.

22       A     Page 36?

23       Q     Yes.  First, if you go down -- towards the top

24   of the page, actually, you see several listings for

25   Webzilla.com on the left-hand side?

1      A    Yes.

2      Q    It says:  "Alexandra, Natalia, and Regina"?

3      A    Yes.

4      Q    Do you know who are they?

5      A    Yes.

6      Q    Who are they?

7      A    Alexandra was the sales.  She left; she was

8   sales.

9      Q    Okay.

10     A    Natalia was marketing.  She's no longer

11  working.

12     Q    Okay.

13     A    Regina is the administrative director.

14     Q    Do you know why those three people would be

15  there for Webzilla?

16     A    No.

17     Q    To an Adult Webmaster Open conference?

18          MR. FRAY-WITZER:  Objection.  You can answer.

19     Q    (BY MR. SIEGEL)  Go down to the very bottom of

20  the page where it says: XP.com.

21     A    Yes.

22     Q    It says "Alex."

23     A    Yes.

24     Q    Then go over to the next page, top of 37.

25     A    Yeah.

1      Q    Under XBT.com it first says "BK" and then it

2   says "Rajesh"?

3      A    I see my name.

4      Q    Does that refresh your recollection as to

5   whether you may have gone to another conference as well?

6      A    No, I was once only.

7      Q    You were there only once?

8      A    Once.

9      Q    Okay.  Do you recall at the conference you

10  were at, whether Natalia or Regina or Alexandra were

11  also there?

12     A    If I was there, I could recall, yes.

13     Q    Do you recall whether they were there?

14     A    When I was there, no, I didn't saw them.

15     Q    You didn't see them?

16     A    No.

17     Q    Okay.  Have you ever been arrested?

18         MR. FRAY-WITZER:  Objection.  I think you're

19     allowed to ask about convictions and certain

20     convictions.  I don't think you're allowed ask

21     about arrests.

22         MR. SIEGEL:  I think I'm allowed to ask

23     whatever I think may be relevant to ask.  I don't

24     think there is anything I'm not allowed to ask.

25         MR. FRAY-WITZER:  Well, state by state, that's

1   not true.

2        MR. SIEGEL:  Do you have any authority that

3   I'm not allowed to ask the question whether he's

4   ever been arrested?

5        MR. FRAY-WITZER:  In Florida?

6        If you'd like to go off the record, we'll take

7   a few minutes and we can check.  I can certainly

8   tell you in Massachusetts you couldn't ask that

9   question.  So if you want to ask about convictions,

10  I'm fine with that.  If you want to ask about

11  arrests then why don't we take a few minutes.

12       MR. SIEGEL:  Okay.

13       VIDEOGRAPHER:  Off the video record at

14  6:16 p.m.

15       (A short recess was taken.)

16       VIDEOGRAPHER:  Back on video record at

17  6:28 p.m.

18       MR. FRAY-WITZER:  I'm going to ask that we

19  note my objection to the question.  I believe the

20  question is both impermissible character evidence,

21  and believe that the question attempts to get to

22  evidence that is not reasonably calculated to lead

23  to the discovery of admissible evidence.

24       However, because the witness is willing to

25  answer the question, I would like to conclude the

1          deposition and allow him to answer the question,

2          but I'll mark this question and the answer as

3          attorneys' eyes only.

4                    MR. SIEGEL:  Okay.  I mean you have a right to

5          mark it.

6                    MR. FRAY-WITZER:  Right.

7                    MR. SIEGEL:  I don't necessarily agree it's

8          properly marked attorneys' eyes only for purpose of

9          continuing today, it's fine.

10                   MR. FRAY-WITZER:  I understand.

11         Q    (BY MR. SIEGEL)  Mr. Mishra, have you ever been

12    arrested?

13         A    Yes.

14         Q    When?

15         A    I don't remember exact date.

16         Q    Approximately, how long ago?

17         A    Somewhere in three months ago or four months

18    ago, one and a half years ago.

19         Q    One and half years ago, okay.

20              What were you arrested for?

21         A    I already -- it's dismissed and I already in

22    the process to expunge.

23                   COURT REPORTER:  I'm sorry, in the process to?

24                   MR. SIEGEL:  Expunge.

25                   COURT REPORTER:  Yes.

1      A     Expunge.  So I don't want to talk about that.

2      Q     (BY MR. SIEGEL)  You were -- have you ever been

3  convicted of anything?

4      A     No.

5      Q     Weren't you convicted or a misdemeanor?  Did

6  you plead guilty to a misdemeanor?

7      A     No.

8      Q     What is being expunged then?

9      A     It's, like I said, that was the -- it was

10  family violence.

11      Q     Right.  And didn't you participate in some

12  sort of agreement as to how that was going to be

13  resolved?

14      A     It's in the process of expunging.

15      Q     What is it that's being expunged?

16      A     It's personal matter.  I didn't want to talk

17  about it.

18      Q     Typically, convictions are expunged.  Were you

19  convicted of anything in connection with that case,

20  being a felony, misdemeanor or anything?

21      A     In my understanding it was not conviction.

22      Q     What is it -- what is your understanding then?

23      A     It's not for conviction and it got dismissed.

24      Q     So your understanding is that there were never

25  any -- were you charged with anything?

1        A     I don't want to answer that.

2        Q     You don't want to answer that?

3        A     (The witness nods head.)

4        Q     And so you won't tell us whether you were

5   charged or anything, but something was expunged; that's

6   the most you will tell us?

7        A     Yes.

8        Q     We'll leave that open.

9              Have you ever been arrested on any other

10  occasion?

11       A     I don't remember.

12       Q     You don't remember?

13       A     (The witness nods head.)

14       Q     Were you ever arrested in India?

15       A     It was a false complaint filed against me one

16  time.  I remember that EDAG Engineering.

17       Q     Were you -- what was the complaint?

18       A     I can explain to you.  I remember now.  Okay,

19  so that was the time 2000 when the Al Mighty Naspin

20  (phonetic) was opening their business in India, and when

21  the people were coming out of university or professional

22  they were getting them as employment, training them and

23  illegally getting them to sign a bond, bond of breach,

24  in case you breach you have to pay $200,000.

25              So they say that we going to put all technique

1    and know how on you guys, so if you do not serve certain

2    period, we need to recover this money.

3            And what happened, I had a six-year bond, and

4    I wanted to leave in a four years and then they try to

5    impose me in a false criminal charges, which got

6    dismissed.

7        Q    What did they accuse you of?

8        A    Fraud.

9        Q    Fraud in what, meaning what?

10       A    Fraud of money.

11       Q    You were accused of embezzling money from the

12   company?

13       A    They tried.

14       Q    And what happened?

15       A    I had, what you call them?  The bond, which I

16   give it to my lawyer which it was illegal.  It was their

17   practice of employer at that time to threaten the

18   employee, so that they shouldn't leave because they say

19   I return on employment investment, they didn't recover

20   so they had a right.  So that was kind of a threaten way

21   to indulge you in a criminal.

22       Q    Is that why you left EDAG?

23       A    One I resigned, then after they did it.

24       Q    Once you resigned, thereafter they did it?

25       A    Yeah.  They wanted to get me back to serve

1  them two more years.

2      Q    Okay.  Their allegations, right, was that you

3  had opened bank accounts, essentially opened bogus

4  accounts to embezzle money from the company, right?

5      A    I don't know.

6          (Defendant's Exhibit No. 54 was marked for

7  identification.)

8      Q    Let me show you, there was -- let's mark this

9  as Exhibit 52 [sic].  There was a newspaper article

10 about it.

11     A    What?  I never saw this newspaper.

12     Q    You've never seen that?

13     A    Uh-uh.

14     Q    Does this describe what the allegations were?

15     A    Looks like, I don't remember the time.

16     Q    So what happened, what ultimately happened?

17     A    That's what I say, it was the $200,000 they

18 wanted to recover as a bond, and when I submitted the

19 lawyer, the bound was not valid.  It was a practice of

20 the employer at that time to threaten the employee.  So

21 court dismiss it to say, no, none of this.  They didn't

22 prove it.

23     Q    So were you arrested and then released or what

24 happened?

25     A    I was just, like, sitting there and all the

 1  documents were there and then...

 2      Q    Okay.  What is The Hindu?  Is that a...

 3      A    I don't know.

 4      Q    You never heard of it, okay.

 5           Okay.  Subject to any of those other

 6  questions, that's all I have.

 7           MR. FRAY-WITZER:  Okay.  Thank you.

 8           WITNESS:  Thank you.

 9           VIDEOGRAPHER:  Off the video record at

10      6:36 p.m.

11           COURT REPORTER:  Counsel, would you like to

12      order the transcript at this time?

13           MR. SIEGEL:  Yes, early next week.

14           COURT REPORTER:  How about Wednesday?

15           MR. SIEGEL:  That's fine.

16           (Thereupon, the witness will read and sign the

17  deposition, and the taking of the deposition was

18  concluded at 6:38 p.m.)

19

20

21

22

23

24

25

ERRATA SHEET

IN RE: GUBAREV VS BUZZFEED
Rajesh Mishra
MAy 1, 2018
U.S. LEGAL JOB #1727458

DO NOT WRITE ON TRANSCRIPT, ENTER ANY CHANGES HERE

Page #| Line #|  Change                      |  Reason

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

_____| \_\_\_\_\_| _____|_____

Under penalties of perjury, I declare that I have read
the foregoing document and that the facts stated in it
are true.

_____          _____
Date                         RAJESH MISHRA

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF MIAMI-DADE

5

6        I, SHARI M. THRASHER, Notary Public in and for

7    the State of Florida at Large, certify that the

8    witness, RAJESH MISHRA, personally appeared before

9    me on Tuesday, May 1, 2018, and was duly sworn.

10

11       WITNESS my hand and official seal this 9th day

12   of May, 2018.

13

14                         *Shari Thrasher*

15                         _____
                           SHARI M. THRASHER, Court Reporter
16                         Notary No. #GG156912
                           Expires: December 17, 2021
17

18

19

20

21

22

23

24

25

1              REPORTER'S DEPOSITION CERTIFICATE

2

3        I, SHARI M. THRASHER, Court Reporter, certify

4    that I was authorized to and did stenographically

5    report the deposition of RAJESH MISHRA, the witness

6    herein, on MAy 1, 2018; that a review of the

7    transcript was requested; and that the foregoing

8    pages numbered from 1 to 243 inclusive is a true and

9    complete record of my stenographic notes of the

10   deposition by said witness; that the foregoing pages

11   constitute a true and correct transcript of my

12   shorthand notes; and that this computer-assisted

13   transcript was prepared by me and/or under my

14   supervision.

15       I further certify that I am not a relative,

16   employee, attorney or counsel for any of the parties

17   in this cause nor related to nor employed by any

18   attorney or counsel herein nor financially

19   interested in the outcome of this action.

20       Dated this 9th day of May, 2018.

21

22   _____
     SHARI M. THRASHER, Court Reporter
23

24

25

WITNESS NOTIFICATION LETTER


May 9, 2018


Rajesh Mishra
c/o EVAN FRAY-WITZER, ESQUIRE
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116



RE: GUBAREV VS BUZZFEED
    Deposition of Rajesh Mishra
    U.S. Legal Support Job No. 1727458



The transcript of the above-referenced proceeding has
been prepared and is being provided to your office for
review by the witness.

We respectfully request that the witness complete their
review by June 9, 2018 and return the errata sheet to
our office.



Sincerely,

Shari M. Thrasher
U.S. Legal Support
One Southeast Third Avenue
Suite 1250
Miami, Florida 33131



CC via transcript:
NATHAN SIEGEL, ESQUIRE
NABIHA B. SYED, ESQUIRE
ROY BLACK, ESQUIRE
ALICE FEROT, ESQUIRE

## $

$1.5  62:9
$1.68  101:16 136:21
$1.7  129:17
$1.95  131:2
$10  49:14 58:20,22 62:2 82:13,22 83:6 100:21 167:17 168:8,14
$100,929,000 114:2
$109,000 119:18
$11  94:18,21
$13  64:16
$13.5  61:1
$15  166:5,14 169:3
$159,000 129:3
$159,312 128:25
$16,870  100:6 115:13
$17,000 100:11 117:12
$2  82:19 83:7 199:4
$2.3  131:4
$2.4  153:25
$2.5  142:24 168:8 177:20
$200,000 145:17,25 220:3 236:24 238:17
$216  96:19
$221  111:17
$245,360 46:23
$28,844 132:19

$285,000 123:24
$3  48:15 49:22
$3,752,000 55:18
$3.5  47:10
$3.7  55:23
$3.75  83:17
$3.752  56:12
$3.875  59:21
$300,000 131:11 167:20 168:6
$305,996 64:11 65:11
$32.6  94:14
$33  173:10,15
$331,899,000 67:25
$332,022,999 66:24
$337  67:1
$37  168:22
$377,608  47:3
$391,332 129:10
$4  103:3
$4.5  47:6,7 131:9
$4.6  100:15
$407,699 66:21
$43.7  167:16
$48  148:6 168:19
$49.7  119:10 165:24
$5  148:17 168:15
$50  218:14
$500,000 154:25
$56,000  53:5, 8 55:20

$56,373  53:5
$57,404,000 170:1
$6,805  112:20
$6,850  115:15
$6.2  165:25
$6.25  119:17
$6.5  65:18
$60  85:19 170:17
$60,000  99:14
$600,000 131:10
$62.8  88:16, 23 91:1
$628,000 129:14
$63  87:22 88:9
$674,000 58:19
$7  47:18 148:21 167:1
$73  85:7
$75,000  119:4
$8  49:1,18 100:15 102:12 174:18
$8.4  92:10
$9  101:6 174:10,19 175:3

## 0

05.2017 209:24

## 1

1  23:6,7,9 26:3 28:14 54:16 200:10 218:10 221:21 222:2,9,16
1,050  158:2

1-  184:19
1-800-hosting 27:12 187:24
1.2  144:13
1.5  167:24
1.567  63:9
1.68  131:24 132:8 136:19, 24,25
1.7  129:20
1.9  131:10
1.92  113:24
10  53:24 63:18,20,21 101:7 149:6 168:4 171:25 172:8
10,574,000 103:16
10.5  167:23
100  32:22 78:20 161:11
1004  61:25
1067  159:18
10:09  8:3
10:33  25:23
10:38  26:1
11  53:23 54:18 66:10
11,986,000 83:18
11.5  168:23
11.6  148:11 149:22
111  95:16
11:20  52:18
11:25  52:21
11:44  63:14
11:51  63:17
12  71:23 72:1 89:19,23 91:24 92:7
12-  64:16
12.7  118:17
12:30  91:16

**12:36**  91:19
**12th**  186:9
**13**  60:25
67:21 69:4
77:23 78:6,17
81:9 84:9
89:14 94:3,6
95:23 104:24
**13.2**  117:21
**13.3**  117:11
**13.484**  59:22
**1300**  8:5
**136**  128:9
**14**  47:22
48:14 61:25
77:25 78:16,
18 103:7,11
162:10
209:22,25
**14.2**  119:12
**14th**  210:2,14
**15**  48:22
49:21 51:9,10
77:25 78:16,
18 89:16
162:10 177:2
195:4
**15th**  177:6
**16**  78:18
107:7 162:14
**160**  128:12,
13,15
**16433**  82:16
**16909**  82:16
**17**  99:1
107:16,18
162:15 175:21
209:22,25
219:12 223:2
**17,000**  106:20
**170**  129:8,9
**172**  129:13
**174**  130:6
**176**  130:25
131:1,22
**177**  151:7

**178**  131:24
136:18,19
**17th**  210:3,15
**18**  82:25
116:17,20
117:5 149:3
223:2,3
**18-**  172:20,25
**19**  54:13
112:16 117:11
123:10 124:5
**1:17-CV-60426-
UU**  8:9
**1:34**  91:22
**1st**  8:2
175:22 217:25

---

**2**

**2**  28:8,9 62:1
100:2 167:22
168:5 184:19
198:16
**2-**  142:24
**2.4**  58:22
156:2
**2.6**  104:19
**20**  15:7,8
76:4 118:7,11
153:21
172:20,25
175:10,12
**20-**  34:14
**200**  142:12
**200,000**
142:14 143:15
144:5
**2000**  15:11,12
88:18 168:3
236:19
**2004**  16:11
24:22
**201**  8:4
**2010**  39:24
47:2,17,19
161:10

**2011**  12:23
13:1 46:17,23
47:5,18,19
48:15 49:5,13
58:12,18
59:21,24 64:3
66:20 67:1
161:12
175:16,20
**2012**  11:1
52:23 53:4,9
54:19 55:17
56:23 57:2,7,
14,22 58:14,
21 59:22,24
60:25 63:22,
24 64:9 65:11
66:10,23
67:2,15,21
73:4,5 74:18,
24 77:18,19
82:6,8 83:16
88:19 90:13
91:6 92:9,12,
15 93:8 95:3
98:14 102:11
103:15,18
104:12,18
152:13 167:15
**2013**  12:19
31:21 76:11
77:11,14,18,
25 78:14,15,
22 82:6,9,16,
25 83:6,18
87:5 88:6,19
90:17 92:11
94:8,13,16
95:3 96:1
99:5 100:1,11
101:21 102:5,
11,19 104:9,
11,19 106:24
107:11 109:11
112:2,24
114:2 115:13
116:14,19
117:7,10
152:13

167:13,14,15
169:7
**2014**  76:25
77:11 78:9
83:6 85:6
107:19,24
108:8,15,18
109:2,7,11,21
110:7 112:19,
24 114:3
115:15 117:6,
20 123:7,11,
17,20,23
152:2,4,12,
14,18 162:9,
12,14 168:3,
13 169:10
230:19
**2015**  77:3,11
78:9 87:21
88:6,10,16,
23,24 90:1,3,
8 91:1,2,7
118:9,13
128:3,7,10
132:18 136:18
147:11,19
149:24 150:5,
9 159:24
160:4 162:8
168:18 169:12
229:20
**2016**  37:23
38:4 79:17,19
80:3,4,9,15,
18 81:12,19
116:15
118:10,12
119:9 121:20
136:1,8
138:8,15
143:20 148:4,
6,19 149:15,
16,21 150:16,
24 152:22,24
153:13,21
156:20
157:14,25
158:8 159:19,

24 160:4,5
161:8,15
162:12,17,23
163:11,16
164:2,10,14,
25 165:4,19,
21,23,24
169:2,14
173:9 174:16
175:21 187:2
218:4,6,10,13
**2017** 79:16
81:4 143:17
144:9,16
152:3,12
159:21 160:3,
16 163:21
166:3,11
169:16 170:1,
12 171:3,13,
16 172:8,13
174:20 185:9
194:24 196:4
198:15 199:5
200:10 217:25
218:10 219:10
221:22 222:2,
9 225:18,23,
24 226:12
227:1,17
**2018** 8:3
79:16 175:22
176:1 222:16
**21** 123:14,17
136:20
**22** 72:24
85:13 124:10,
12
**221,000,000**
110:7
**221141** 110:7
**222** 95:3
**224** 132:15
**23** 126:4
**236** 112:18,19
**237.6** 86:25
**24** 89:7
128:4,6

136:18
**249** 113:20
**25** 89:10,13,
16,17,19,23,
25
**25,000** 34:14
**252** 112:22,23
**26** 136:2
138:2,3
**27** 84:10
137:24,25
**28** 141:4,13
149:11 160:5
175:9
**284.1** 86:25
**288** 109:10
**289,000**
106:21
**29** 95:8,10,13
141:4
**290** 110:9
**292** 109:25
**2:17** 116:8
**2:26** 116:11

---

### 3

**3** 23:21
37:14,15,18
69:11 96:16
110:15
**3,952,059**
56:17
**3.382** 109:12
**3.5** 118:1
119:1 122:23
149:25 150:5
154:1 156:2
200:9
**3.752** 56:14
**30** 90:4,5
110:4 119:15,
20 132:19
141:13 159:24
160:2 162:4
163:5,8,9
165:10 198:15

**30,000** 99:20
**300** 83:19,21
84:7
**31** 146:8,10
174:3 220:18
**312,824** 56:24
**316** 110:4
**32** 151:5,8
169:25
**32.6** 94:15
**32.8** 116:20
117:7
**32.827** 109:18
**33** 82:8
156:13,16,17
**33-** 167:16
**330** 179:20
**332** 95:3
**335** 90:1
**34** 179:11,13
**35** 52:3
179:11,13
**35,769,000**
85:12
**350-** 221:21
**36** 185:13,15
230:21,22
**36.2** 117:21
**36.221** 109:17
**37** 187:14,16
231:24
**371** 100:2
**38** 91:2
173:19 174:7
190:3
**38-** 172:14
**38.7** 90:7,9
**38.8** 118:14
**39** 190:25
191:3
**390** 37:25
38:2
**3:10** 141:8
**3:22** 141:11

---

### 4

**4** 37:14,15,
19,21 59:20
62:5 103:2
118:10 121:20
148:4
**4,479,000**
105:24 106:1
**4.429** 130:9
**40** 172:14
173:20 174:7
198:5,7 199:3
**400** 221:21
**40s** 159:25
**41** 199:18,20
**42** 200:17,20
**420** 105:18
**420,000** 132:6
**43** 166:1
201:10,12
229:14,16
**43.5** 165:22
**43.7** 76:12
82:10 94:16
**44** 165:16
201:18,21
**45** 203:13,14
**450-** 223:3
**46** 204:11,12
**47** 204:11,12
**48** 205:24
206:1,9
208:20
**49** 205:24
206:2 208:25
**49.7** 148:8
171:25
**4:09** 170:23
**4:22** 171:1
**4:35** 179:7
**4:36** 179:10
**4IV** 49:21
**4th** 147:10
201:21

**5**

5   39:16,17,19
187:19,20
**5-**   189:7
**5.6**   109:14
**5.665**   116:22
117:8
**50**   26:24
88:24 89:4
99:10 150:25
209:4,7
230:13
**50-**   85:18
**500**   136:14
223:4
**51**   213:2,5
**512**   136:6
**52**   229:5,6,14
238:9
**53**   230:16
**53.1**   76:25
**54**   238:6
**562**   136:16
**563**   136:16
**567**   62:6,23
**58-**   170:16,17
171:13,23
175:8
**5:07**   198:1
**5:20**   198:4
**5:21**   198:24
**5:22**   199:2
**5:48**   216:25
**5:50**   217:3

**6**

6   40:1,3,4
100:13 189:7
227:13
**6.2**   148:11
150:1
**6.5**   122:23

**60**   170:16
171:13,24
175:8
**60,000**   99:20
**617**   136:11
**62.4**   159:21
**62.8**   77:4
90:11 91:4
**628,000**
129:19
**63**   27:2 88:11
**64**   27:2
**64.2**   165:5,13
**652**   86:20
**654**   86:20
**658**   81:6,9
**665**   76:5 82:5
**667**   72:23
**672**   84:10
**6:09**   229:10
**6:10**   229:13
**6:16**   233:14
**6:28**   233:17
**6:36**   239:10
**6:38**   239:18

**7**

7   44:11
113:20 132:11
**7,000**   117:25
**7-**   174:10,18,
19 175:3
218:2,4
**7.2224**   59:23
**70**   123:18
**700,000**   166:6
**711**   46:20
49:12
**719**   47:16
**72**   123:22
**723**   47:22
49:16
**733,537**   136:9
**735**   100:13
103:13,15

**749**   100:18
**789**   68:19,20
**791**   55:14,15
**7911**   12:17
**792**   66:11,15

**8**

8   46:14
102:11 187:25
226:17,18
227:8,14
**8,156,863**
104:7
**805**   54:22,23
56:15
**809**   67:20,21
**825**   96:6
**827**   94:11
**828**   94:23
**843**   98:25
**849**   95:8,14
**851**   99:1
**887**   63:23
**889**   64:8
**8s**   226:21
**8X**   218:2,4

**9**

9   52:23,25
57:21 58:15
59:20 174:21
**9-**   171:24
**9-B**   128:25
129:9 136:20
**9.9**   101:8
**902**   65:16,17
**915**   101:24
**916**   104:17
106:3
**932**   105:18
**935**   106:15
**936,000**   101:1
**97**   15:11,12

**99**   92:9
**991**   53:3
58:12,17
**999**   59:19

**A**

**a.m.**   8:3
25:23 26:1
52:18,21
63:14,17
**ABC**   201:24
209:18
210:14,17
**able**   12:8
65:10 79:13
86:11,14,16
**about**   10:16,
17,23 11:21
19:1 26:2
27:1 28:13
34:19 37:2,5
54:15 58:19,
20,22 68:6
71:16 82:23
83:6 95:16
99:14 100:15
104:18 106:21
109:17 117:12
118:17 119:1,
10 124:15,19
126:18 134:12
141:15,17
143:24 148:5,
10,16,21
149:22,25
150:5 153:4,
14,21,25
154:15 159:3,
23 161:9
164:20
165:12,16,22
166:1,4,6
167:1 168:8,
14,19,21
169:3 173:10,
15 174:3,18
177:7,20

178:2,4,18
180:12,17,25
181:14 182:2,
4 193:15,22
195:6,10,14,
22 198:19
201:13 203:18
205:5,15
206:23 207:25
210:20 212:2
215:21
216:17,18,19
217:19,20
219:10,12
220:1,3,9,14
232:19,21
233:9,10
235:1,17
238:10 239:14
**above**  51:19
**abroad**  9:14
**abuse**  189:11
192:3
**ACA**  25:8,13,
17
**access**  182:18
**accord**  18:11
**accordance**
69:10 96:15
97:4,16
**according**
106:19
116:19,24
117:5,10
149:21
**accordingly**
61:17 77:21
78:15,23
160:20
**account**  69:3,
4,9 96:13,14
113:7 137:4
147:24 156:24
225:5,8
**accountant**
13:21,22
14:3,6,25
15:5 25:12,14

42:22,23
43:22
**accountant's**
14:11
**accountants**
21:18 25:9
42:10,13
43:14,15,20,
24 54:11
59:17 103:24
**accounted**
117:14
**accounting**
14:17 15:20
16:17 22:24
29:22 34:19,
20 41:25 42:5
59:18 60:5
69:8 86:1
97:5,16
102:20 112:10
133:6 152:20
154:17 176:8,
17 215:9
**accounts**  11:9
47:25 95:18
113:11,14
117:23 118:3
120:7 129:22,
23,24 131:14
191:13 224:7,
9 238:3,4
**accrued**
163:22
**accumulating**
187:22
**accuracy**  22:9
**accurate**  13:1
24:19 30:22
31:9 38:3
46:22 49:6,24
51:13 55:21
60:9 75:25
76:3 77:10
100:7 108:14
127:15 142:18
145:5 170:2,3
174:10 221:15

**accurately**
90:19 91:3
121:23 199:4
**accuse**  237:7
**accused**
237:11
**achieved**
77:11,12 78:1
91:9
**acquire**  84:19
85:23 125:24
**acquired**  30:9
85:9 86:6,7
**acquisition**
84:11,16,19
85:1,2,17,21
86:15 99:2,14
125:19
**acquisitions**
76:10 84:24,
25 85:4,7,19
99:4,24
**act**  200:5
**acting**  200:2
**action**  193:17
**activities**
62:12 70:13
192:8,10
**activity**
73:14 138:10,
17 164:24
186:23 187:1
189:2 192:6,
20 211:18
**actual**  31:10
58:10,18
75:11,12
77:13,23 82:6
113:7 114:13,
25 120:2
133:12,21
145:25 147:16
148:1,3,11,
15,22 149:9,
24 150:5,23
153:7,12
155:20 173:2
180:23,24

194:15 212:6
**actually**
24:18 66:1
70:12 77:12
82:15 86:20
90:14 106:16
114:14,17
117:2 118:4
119:23 120:25
122:14 134:1,
15 135:1,17,
18 136:17
147:24 148:21
149:16 150:23
153:16,25
160:4 162:16
170:6 173:19
174:11,20
184:21 202:20
226:23 230:24
**Adam**  8:19
**add**  54:7 59:4
105:24 160:20
**added**  61:6
201:1
**adding**  39:15
59:7 160:25
**addition**
26:12
**additional**
79:8 82:22,23
101:1 155:3
163:21 182:12
199:4,10,13
**address**
101:24 102:1
107:13,19
109:1,3,4
224:17
**adjust**  143:13
144:17,20,22
**adjusting**
147:16
**adjustment**
147:23
**administrative**
38:20 149:6,9
231:13

administrator
27:23
admissible
233:23
admittedly
204:15
adult  188:8
189:3,8,9
190:10,15
228:1,20
231:17
advantage
221:18
adverse  68:22
70:17,23 71:2
110:25 111:7
advertising
164:15
advice  98:6
advise  78:17
affect  74:8
Affinia
16:13,15,18,
23 18:2,4,6,
11,18 24:2,3,
11
affirm  9:1
after  14:15,
25 15:1,13
18:4 36:3
72:21 88:19
116:1 119:22
145:1 151:22
162:21 182:9
183:1 185:4
193:19,23
194:2 195:3,
4,9 196:12
197:21 202:6
203:3 222:17
225:20 226:1
227:2 237:23
afternoon
91:23
afterward
78:24
again  17:11,
12 21:19

31:16 38:6
42:3 50:3
54:3 61:20
83:6 87:24
92:4 96:23
98:5 101:3
102:19 103:23
117:23 118:3,
19 119:6,20
123:19 124:25
130:10 131:3
136:7 138:13
139:22 145:15
152:23 159:11
168:7 174:13
184:21 195:1,
2,8 196:13
201:12 210:14
213:5 214:6
218:23 230:1
against  9:25
10:2 208:8
236:15
agencies
187:7,12
agency  174:25
175:3
aggressive
82:2
ago  139:10
234:16,17,18,
19
agree  17:15
98:16 111:8
150:20 155:13
203:2 204:8
234:7
agreed  17:14
20:15 70:6
agreement
27:18 235:12
ahead  22:4
70:2 78:3
89:12
AKAMAI
177:15,19
178:2

Aleksandr
138:22
Aleksej  8:9
19:16 20:15
207:17
228:15,18
Alex  141:24
143:10,11
182:5 203:2,
17 204:5
207:2 208:13
229:22 231:22
Alexander
27:5
Alexandra
231:2,7
232:10
all  8:16
17:10 22:2,6
23:16 27:4
29:12 30:15,
17 31:9 32:3
34:13 38:16,
17 41:25
42:1,5 43:14
44:14 49:4
53:18 55:1,
10,11,12
56:23 57:1,23
67:10 68:12
73:22 76:3
77:8 79:14
83:23 86:5
89:24 101:3
109:5 114:21
116:12 117:3
124:25 125:20
131:15,18
132:17 162:11
169:24 170:10
174:24 177:10
181:20 183:3
184:5,17
186:19 193:13
194:9 197:17,
18,24 204:20
207:8,10
212:1 227:16
236:25 238:25

239:6
allegations
186:10 187:9
238:2,14
allow  234:1
allowances
122:3
allowed
232:19,20,22,
24 233:3
allows  34:20
almost  47:12
49:4 61:1
85:7 91:12
96:24 100:21
101:3,7
117:14 119:20
122:24 133:7
149:11
already  89:15
131:23 134:19
156:22 158:10
163:15 201:23
202:21 205:22
234:21
also  37:3
72:24 101:9
110:22 129:16
131:4 135:15
151:8 158:23
165:3 166:25
168:3 187:6
194:6 207:7
209:1 216:22
219:15 220:25
223:3 232:11
alternative
84:12
always  41:22
49:8 59:18
61:6 77:15
78:17 79:10
85:2 90:20
133:8 143:9
184:12 218:24
Am  10:6
173:10

**America**   24:8
113:1,8
**American**
16:21
**amortization**
59:3 173:12
**amount**   36:5,8
48:11 49:13
55:6 62:25
69:3 70:5
83:11,13
110:16 130:21
134:5 135:21
137:2 142:7
144:15 145:25
175:5 177:24
190:14 205:2
207:17
**amounting**
198:16
**Amsterdam**
9:15 10:8,12,
25 11:12,24
191:16,22
193:13 197:2,
7 203:25
228:5,7,8,9
230:20
**Amsterdam's**
229:20
**analysis**
24:25 51:23
54:22 86:22
121:20,23
**and**   8:20 9:2,
16,24 10:3,
10,12,15
11:1,6,13
13:16 14:2,
17,24 15:1
17:8,10,11,
12,17,18,20
18:4,8,9,21
19:4,5,7,9,
11,12,17
20:1,8,9,10,
15,23 21:4,
10,17 22:2,3,
6,7,9,21

26:4,22 27:5,
6,12 28:25
29:15,23
30:8,11
31:21,23
32:2,11,24,25
33:5,6,8,11,
18,20 34:9,
15,23 36:13
37:5,13,14,
15,19 38:8,16
39:2,23 41:5,
20 42:18,19,
24 44:16
45:22,23 46:7
47:2,6,10,22
48:8,23
49:14,16,20
51:5,18 52:2
54:2 55:14
56:4,20 58:2,
3,4,19,22
59:3,4,12,15,
21,24 60:3,5,
21 61:1,9,16,
21 62:2,22
63:2,4 64:1,
13,20 65:19,
25 67:2,9,10
69:5 70:4,14,
16,20 71:16
72:5,18 74:14
75:10,17,20,
22,23 77:3,7,
8,11,14,19
78:9,13,15,
16,18,22,25
79:8,15 82:1,
3,6,18,23,24
83:3,5,7,24
84:2,14,18
85:3,10,12,25
86:5,25 87:13
88:2,6 90:21,
22 91:2,24,25
92:8,9,22
93:13,14,15,
18 94:15
96:13,18

97:12,24
99:10,20
100:15,21,22,
25 101:9,17
102:11 103:18
104:1,16,23
105:3,13
106:23 107:11
108:23 109:24
110:16,17
111:14 112:9,
24 113:13,17,
21 114:3,12
115:12
116:13,14,22,
24 117:3,7,
11,18 118:4,
9,11,16,19
119:4 120:3,
19 122:3,24
123:22
124:15,21,22
125:1,4,8,9
126:1 129:1,
19,20 130:18
131:4,9,10,17
133:15 134:22
135:23 136:9,
11,14,20,25
137:3 140:8,
9,14 141:4,14
142:7 143:10
144:1 145:3,
6,24 147:13,
16 148:8,11
149:5 151:2,
14,17,20,25
152:2,12
153:1,5,6,12,
16 154:12,22,
23 155:1,11,
16,17,24
156:4,8,19
157:17,19
158:21,23
159:3,5,14,23
160:20,24
161:7 162:6,
8,16,21

163:1,2,5,7,
10,12,13,17
164:22 165:8,
15,24 166:1,
5,18 167:7,15
168:4,5,8,14
169:2,3,7,10,
12,14 171:9,
24 172:12,15,
18 173:11,18,
23,24 174:6,
7,24,25
175:3,21
176:20 178:1,
2,18 179:11,
13,14,19,21
180:6,16
181:16,17,18,
19,20,21
182:1,2,3,5,
6,9 183:2,5,
6,23 184:1,13
185:9,16
186:2,4,11,
13,20 187:9,
17,23,25
188:6,18
189:6,14
190:10,11,22
191:21 192:12
193:21,23
194:10,24
195:1,6,14
196:9 197:9,
12,17 198:9
199:15,21,23,
24 200:3,21,
23,24,25
201:1,15,20,
21,23,24
202:11
203:24,25
204:2,11,12
205:10,15,24
206:1,12,15
207:2,3,8,10,
11,14 208:4,
15,18,25
209:7,17,23,

25 210:2,8,
13,14,15,20
211:12 212:2,
20,21 213:4,
9,24 214:18
217:23 218:1,
14 219:1,10,
22 221:21
222:7 224:7,
15 225:10
228:6,7,8,10,
16 229:2,3,
21,22 230:10
231:2 232:1,
19 233:7,21
234:1,2,18,
19,21 235:11,
23 236:4,20,
22 237:1,3,4,
14 238:18,23,
25 239:1,16,
17

**Anderson**
152:7 216:6,
10,15 217:5,
9,14 219:4,9,
14 220:1,10,
14,23,25
221:9

**Anderson's**
219:1 220:19

**angle**   179:21

**annual**   22:18
29:16 44:2
57:13 79:1
107:10

**annually**
22:19

**anomaly**   164:4

**another**   19:21
20:5 34:12
46:7 50:18,21
54:1 66:1
131:10 147:15
168:13 203:10
209:23 210:3
232:5

**answer**   9:13
22:11 34:17

38:11 39:12,
25 40:12,17
41:3,19 42:7
43:10,18
45:12,25 49:7
50:22 51:16
53:11,18
55:22,24,25
57:8 58:24
60:18 62:11
64:18,20,24
65:22 66:2
67:3 68:3
70:25 71:19
72:16 73:16
74:20 75:21
80:23 83:12
88:17 89:2
91:5 96:2
100:8 105:6,
15 107:25
108:17 115:4
116:2,3 120:9
121:2,14,17
122:13 131:17
132:25 138:12
139:25 148:25
154:10 155:5,
19 156:4,6
163:13 164:5
165:1 166:16
174:12 175:4,
11,13,18
177:16
178:13,23
183:22
189:18,24
190:16 208:11
221:12 222:6,
10 223:12,16
224:24 228:21
231:18 233:25
234:1,2
236:1,2

**answered**
208:18

**answers**
186:19

**any**   14:12
21:5 24:9
28:20 31:2,3,
6 32:10,19
33:7,9,10
35:17 36:15,
17,21 40:23
41:2,9 42:13
44:21,22 45:9
46:2,9 56:15
57:25 63:7
68:5 70:12
72:18 74:8,17
76:17,21
77:24 93:7
103:3 110:24
127:18 132:23
135:1,7,18,19
138:14 139:14
140:2,3
142:17,20
143:4,13
147:25 156:9
160:9,12
175:25
183:14,15,19
184:4,6,9,22
185:1,8
186:23 187:1,
3 188:22
189:1,3,12,
21,22 192:7,
18 193:16,17
194:4,13,16
196:4 199:10,
12 202:19
204:21 205:1,
12 206:19,20
208:12 215:21
216:14,20
218:18 219:9
220:22 221:4
222:21
223:15,17,21
224:23 225:2,
11 226:6,9
227:6,12,13,
25 228:18
233:2 235:25

236:9 239:5

**anybody**   208:2
219:24 220:13
224:19 225:10
227:21

**anymore**
191:19

**anything**
11:19 80:9
83:10 89:20
95:12 176:9
182:15 186:17
195:18,20
215:16 217:7
219:6 220:1,8
232:24 235:3,
19,20,25
236:5

**anywhere**
88:15,23
196:23 208:4

**apologized**
202:7,13
203:4

**Apologizing**
191:9

**apology**
202:19

**App**   113:13

**appear**   101:3
155:14 173:9
204:16 206:2

**appearance**
8:17

**appeared**   12:2
203:18

**appears**   49:4
62:23 185:15
199:20 200:20
201:13 202:5
206:9 209:1

**appendices**
91:25

**applied**   14:5

**applies**   67:9

**apply**   14:4

**appropriate**
69:5 98:1

**approval**
  199:6,8
**approvals**
  199:9
**approved**
  183:4 198:15
  199:16 207:4
**approximate**
  80:19,20
  142:7,12
  144:11 170:16
  175:14 221:16
**approximately**
  8:3 15:9
  16:24 17:1
  27:2,21 33:25
  34:8,15 47:6,
  7 64:16 77:3
  79:23 82:9,10
  95:4 110:7
  119:6 139:8
  142:17 143:23
  147:7 150:25
  166:2 170:17
  172:8 175:9
  205:1 218:13
  225:22 226:24
  234:16
**Apps** 38:16
**are** 21:2,12,
  13,21,23
  22:21,22 27:3
  28:25 29:7,8,
  11,12 33:10
  34:9,16 38:7
  39:9 41:4,9,
  25 42:9,10,13
  43:15,20,25
  44:17 45:23
  46:3,5,6
  49:1,9 51:4
  56:5 57:4
  58:4,19 59:9,
  13 61:3,23
  65:10 70:13
  71:7 72:7
  74:25 76:20
  77:14,20
  78:4,17 85:23

87:10 88:15
97:2,14 99:4,
23 100:23
101:4 103:3,
24 108:10
111:8 112:3
114:11,21
115:2,8 120:5
121:6 122:8
123:2 128:1,
15 130:15
131:19,20
132:14 134:12
135:8 137:14
138:8 141:15,
22 147:21
148:4 152:9,
16 154:15
155:20 159:2,
13,14 162:5
166:12 171:9
172:16 174:9,
19,25 175:22
176:7 177:8,
11 178:4,12,
14,19,24,25
179:13 181:20
183:4,18
184:13,17
187:9 188:7,
20 189:10
193:5,13,15,
25 194:1,4,18
195:24 197:1,
17,18 204:14,
15,24 205:2,
17 208:13
210:5,6
211:1,6
213:7,15,23,
24 214:4,13,
16 216:2,3,4
218:16,21,23
224:10 229:21
231:4,6
235:18
**area** 12:18
  29:1

**aren't** 130:15
**arising** 81:12
**arm** 214:20
**around** 16:11
  17:25 34:14
  51:9 129:20
  133:6 156:20
  172:14,20,24
  173:3,4
  174:10 199:5
**arrange**
  210:11
**arranging**
  21:6,8
**arrested**
  232:17 233:4
  234:12,20
  236:9,14
  238:23
**arrests**
  232:21 233:11
**arrive** 75:20
**article** 15:4
  187:18,19,21
  203:18 204:2,
  4 238:9
**articles**
  202:9
**as** 9:23 12:2
  14:2,8 18:14,
  15,19 20:22
  21:3 22:2
  27:11 35:3
  36:25 38:2,3,
  18 39:7,13
  41:8 42:23
  45:4 47:12,13
  54:4 57:3
  58:5,10
  59:13,17 60:8
  61:4,6,9
  62:22 72:1
  74:9,17 75:25
  77:5,9,15,16
  81:16,23
  83:14,22
  90:11 92:14,
  18,19,24 93:9

96:18 97:21
98:23 101:25
102:10 104:8,
12 105:14
106:23
107:12,19
112:12,23
114:14,17
115:25 120:5,
17 121:10,22
122:12
126:21,24
127:11 128:7
129:23,24
132:11
135:15,20
137:20 139:4,
14 140:21
141:25 144:9,
16 145:4
147:9 148:4
149:10 155:13
158:3,13,14,
17 159:13
166:3 167:2
168:17 170:7
174:15 176:6,
22 177:13,23
178:11 181:22
184:7,22
185:1 191:3
197:1,20
200:2,5,14
202:13 209:7
211:13,16
212:8 214:18
218:9 219:22
220:18 221:1,
21 222:3,9,
14,16,24,25
223:2,10,15
227:16 228:8
229:21 230:6
232:4,5 234:2
235:12 236:22
238:9,18
**ask** 10:10
  61:20 68:6
  71:5 80:14

83:5 97:12
98:3,5 107:4
154:24 186:17
192:22
199:14,24
208:19
232:19,20,22,
23,24 233:3,
8,9,10,18
**asked**  19:12
81:1 88:22
151:14 152:4
177:7 180:9
182:2 184:25
185:3 191:24
199:12 217:24
219:12 224:19
225:11
**asking**  10:13
80:7,18
119:24 120:17
122:12 141:20
145:21 150:3
152:15 154:14
179:22 200:23
224:23
**asks**  207:2
**asset**  35:3
94:24 95:19
**assets**  34:23
36:13 44:4,5
66:17,20,23
67:1,21 98:17
**associated**
25:11,13
57:25 58:6,10
59:5,6 193:8
194:10
195:14,17,20
**assume**  48:8
131:17 142:2,
5 145:23
160:15 162:3
163:5 184:1
208:15 211:25
230:12
**assumed**  144:9
**assuming**  86:6

106:12 140:8
142:7,11
144:4 183:19
**assumption**
84:15 91:3
160:7 161:18
162:22 163:20
**assumptions**
85:5
**Astro**  206:10
**at**  8:4 18:11,
25 19:22
20:12 25:22,
25 29:25 30:7
31:1,13
37:18,25 38:6
40:9,18,19
42:1 44:16
45:20 46:11,
20 47:15
48:3,14,19,22
51:14,18
52:18,20
53:12,17
55:14 59:11
60:9 61:25
62:5 63:8,13,
16 65:16 69:9
75:20,25
76:19 77:17,
18 80:14
81:12,18
82:5,14 83:3,
14,16,22
84:10 85:6,
14,25 86:19
90:1,17
91:18,21
92:7,9,23
93:1,14 96:6
98:25 100:14
101:23 102:8
103:18 105:25
109:25 110:11
113:8,20
116:3,7,10
118:9 122:16
126:6 127:24
128:19

130:21,25
131:22 132:14
138:15 139:3
141:7,10
147:20 149:10
150:22 151:7
152:22 153:12
154:23 155:6,
10,24 156:4
158:17 159:19
160:16 162:18
166:15,18,23
170:23,25
171:18 176:7,
21 179:6,9,19
181:5,19
182:4,5
183:2,13
184:8,9,22
185:2,3
190:13 191:19
192:5 193:21
196:18,22
197:15,25
198:3,9,23
199:1,21
200:14 204:17
206:7 209:18
210:16 216:24
217:2,21
218:17 222:11
226:13 229:1,
10,12 232:9,
10 233:13,16
237:17 238:20
239:9,12,18
**attached**
220:18 221:1
**attachment**
146:22,23
**attack**  125:3
**attacks**
124:20 125:22
**attained**
13:10
**attempt**  73:4
**attempts**
233:21

**attend**  228:19
230:10
**attended**
227:25 230:9
**attendees**
229:20 230:20
**attorney**
57:11 215:20,
22
**attorneys**
44:14
**attorneys'**
234:3,8
**attract**  72:18
157:16
**attractive**
33:21 157:24
**attributable**
100:5 101:4
**attribute**
172:3
**attributed**
101:6
**attributing**
59:13
**audience**
187:8
**audit**  22:3,9,
13 44:2,4
114:14,17
216:19
**audited**  29:7,
11 70:10
75:13 120:23
171:4 216:21
**auditing**
21:17,22 22:1
**auditor**  21:8
**auditors**
21:10 97:3
**audits**  22:7
**August**  153:5
155:1,16
156:2 162:19
200:10
**Austin**  196:25
197:3,12

authorities
189:15
authority
189:14 233:2
automated
33:4,19
automation
33:22
automobile
16:13 18:8
available
179:22
Aviano
191:13,16
aware 138:8
141:21
awareness
138:14
away 123:6

B

Bachelor
13:15
back 17:12,13
18:16 25:25
27:8 49:12,16
52:20 55:14
57:21 63:16
66:9 71:13
73:4,13 82:5
91:21 92:22
103:5,18
106:3 111:25
116:10 136:17
141:10
163:10,12,25
164:22 169:20
170:25 179:9
192:13 193:24
198:3 199:1
210:18,19
212:20 217:2
221:25 222:2,
8,15 229:12
233:16 237:25
background
76:2

Backspace
177:12
bad 165:11
222:20
bailout 18:7
balance
22:13,14,23,
24 29:21
59:10,13,14
60:10 98:8
112:23 129:23
130:13,22
154:17 155:6
balances
176:6
bandwidth
51:23,24,25
52:1 61:18
65:18,23
bank 39:14
51:3 74:14
112:23,25
113:1,7,8,11,
14 191:14,16
197:18 198:14
201:23 206:10
207:1 214:12,
13,18 238:3
bankers 21:5
32:3
bankruptcy
19:5,6 31:21
banks 206:14
207:1
Barely 223:17
base 73:4,8,
13 74:17
77:17 85:1
92:14 93:9
based 15:21,
23 16:18 18:1
24:3 32:15,20
36:1 64:3
69:19 70:17
82:22 85:19
87:8,10,13
90:18 91:3
143:14,20

144:2 156:22
166:8 218:15,
18
baseless
186:11,13
187:9
bases 160:8,
9,13
basic 22:13
23:3
basically
15:23 21:2
34:18 35:10
38:19,25
105:7 166:17
211:9,25
basing 102:14
basis 61:15
68:22 78:5
85:22 88:19
96:9 110:10
111:16 112:4
143:1 160:6
170:9
Bates 38:1
106:15
146:17,19,22,
25
because 17:3,
16,25 18:7
19:7,23,25
20:6 33:21
38:12,20
50:14 51:2,5
59:5 77:16
79:14 90:17
97:9,12,22
99:16 102:2
103:22 104:4
106:12 109:1
111:8,13
114:20 120:10
130:4 133:6
141:16 157:16
160:4,19
161:25 162:5
163:8 169:5
170:3,14
173:22 178:8,

9 181:20,25
182:17
183:10,15,20,
25 188:6
193:5 200:4
206:14,21,25
207:3 210:9
221:16
222:19,20
233:24 237:18
becomes
145:11
becoming
20:13
been 10:8
14:8 37:17
90:11 95:2
105:4 123:16
128:6 143:6
158:10 161:2,
19 164:23
176:23 178:19
182:20,23,24
187:21 195:19
199:9,15
200:24 201:1
232:17 233:4
234:11 235:2
236:9
before 9:8
11:6 29:15
40:25 41:17
45:18 56:17,
18 59:2 68:11
72:21 78:21
88:18 98:19,
22 109:15,18
110:22 111:13
120:12 122:2
126:12 135:15
138:6 141:19,
21 151:14
157:6 160:17
162:16 175:10
177:7 191:22
200:15 212:8
220:3,18
227:7

beginning
80:14
behind  83:2,
14 84:18
125:24
being  31:23
70:17 71:14
105:13,25
114:21
138:10,17
139:12 179:25
189:22 202:6
203:3 235:8,
15,20
belief  218:8
believe  36:3,
7 65:2 74:16
75:24 76:17,
22 77:24
127:18 147:17
158:18 188:6
217:21
222:11,17
223:3 227:19
233:19,21
bell  216:12
below  166:13
Bend  12:17
better  17:3,
4,7 30:13
31:15 39:14
92:4 162:12
between  32:11
33:7,10
48:20,21 58:2
67:1 86:25
88:6 128:25
133:7 141:14
155:16 167:15
171:23 174:7
179:14 185:9,
16 194:23
198:9 199:21,
23 200:3
221:21
beyond
219:10,11

Bezruchenko
45:2,3
192:12,14,23
230:7
Big  11:4,7,9
bill  129:23
137:2
billed  137:2
billing
145:16
billion
177:20
Biscayne  8:4
bit  31:22
82:13,16
153:17 158:24
159:2 162:21
BK  232:1
Blaustein
10:25 11:11,
15
bless  77:15
blocks  68:12
Blostein  10:5
BNP  193:7
194:10 195:6,
8 201:14,24
203:8,10
204:18 214:1,
11,20,24
board  124:25
Bob  197:13,14
bogus  238:3
Boncep  199:21
bond  236:23
237:3,15
238:18
book  34:24
35:1
booked  49:25
books  98:4
177:5
Boridean  27:5
borrow  62:9,
15 129:19,24
136:24

borrowed
62:6,23 63:4
129:3,10,14,
21,22 130:1
131:1,13,24
132:1,8
136:19 137:1
borrowing
131:9
both  34:6,7
97:19 114:2
155:17 204:1
233:20
bottom  46:21
48:22 68:21
108:4 110:11
165:15 200:8
231:19
bought  132:2
178:19
Boulevard  8:4
bound  238:19
branch  15:25
113:4,5
brand  28:6,15
33:1,9,11,14
37:13 39:11
67:11 68:12
180:20
branding
180:15,21
breach
236:23,24
break  25:21
52:8,11
91:11,17
197:6
brief  170:24
brought
139:15
Brow  11:11
Budgeting
75:16
build  33:5
building
27:9,10
bundle  41:6

194:13
business
13:6,8 16:6
18:15 19:15
29:4 31:2,3,6
33:2,20 38:18
48:20 51:14
69:11 70:12
73:20,23
74:2,8,9
75:10,14,15,
23 76:2 77:14
78:2 79:3,4,
11,19,23
80:3,11,17,
21,22,25
90:22,23 91:6
93:15 107:12,
19,23 108:6,
15,24 110:15
112:9,11
125:14 131:12
139:15 141:22
143:13 144:4,
21,23,24
146:14,15
147:6,7
152:24
156:11,18,19
166:18,22
173:15 174:2
177:8 178:25
179:21 182:22
188:13,17
189:5,6,8,13
190:14
194:19,20,22
195:8,19,24
196:5,13
197:20,21
204:17 205:12
211:21 212:2,
5 214:4
216:19 217:20
221:1,5 228:8
236:20
businesses
51:17 189:9,
16 223:15

**busy**  79:14
**but**  9:3 10:1
 11:19 13:5
 15:23 18:23
 24:18 25:3
 26:18,19
 33:13 37:12
 43:19 50:6
 55:25 56:6
 60:1,5,22
 61:6 63:8
 70:13,18
 71:15 74:12
 76:19 77:9
 78:17 79:18
 83:10 85:5
 88:18,21
 90:14 98:3
 103:23 104:11
 106:20 113:5
 115:21 119:24
 122:4 130:15
 132:7,10
 135:17 137:6,
 9 141:21
 142:8 144:5
 147:21 148:14
 151:14 154:14
 155:13 158:16
 160:12 161:21
 162:14
 163:19,22
 164:11 165:7
 167:2 168:21
 170:15 175:5
 180:22 184:3,
 11 185:4,5
 191:19
 193:15,19
 195:4 197:13
 204:16 207:18
 208:3 209:18
 210:9 212:19
 214:20 218:23
 221:16 222:15
 226:13 228:4
 230:11 234:2
 236:5

**buy**  41:7,8,10
 49:11 51:25
 125:8 132:1
 183:6
**buyer**  81:13
 222:24
**buying**  131:14
 178:14,16,17
 187:21 218:17
**buys**  51:3,5
 52:2
**Buzzfeed**
 8:10,20
 138:21 201:22
 202:1,4,6,12,
 19,21 203:4
**BV**  36:7,9,12,
 21 39:3,4,7
 121:13 131:2
 194:12 198:17
 204:18
**by**  8:8 9:7,13
 10:3,6,23
 12:10 14:2,24
 15:18 19:24
 21:13 22:14
 23:9 24:9
 25:8 26:2,11
 28:11 30:20
 31:11 33:8,19
 34:16 35:2,
 12,25 36:11,
 13 37:17
 38:15 39:1,
 16,19 40:3,
 14,22 41:5,
 16,25 42:9
 43:13,21
 44:13 45:14
 46:1,16 47:6,
 7 49:12 50:24
 51:17 52:22
 53:3,14 54:7,
 9,18 55:3,13
 57:21 58:25
 59:9 60:20
 62:17 63:20
 64:8,22 65:1,
 5,13,16,25

66:9 67:13
68:4,8,19
71:3,20,25
72:4,18 73:5,
8,14 74:7,16,
22,24 75:5
78:25 80:7,17
81:3,12,19
83:21 86:16
87:19 88:21
89:24 90:8
91:1,10,15
92:11,14
93:9,16 94:5,
21 95:14
96:1,4,6,19
98:13 99:19
100:10 101:23
102:12 103:7,
13 104:6
105:9,17,21
106:7 107:5,
9,18 108:3,
14,22 109:7
110:17 111:21
112:18
114:10,19
115:6,21
116:5,12,19
117:5 118:9,
25 120:12,16
121:6,16,19
122:4 123:16
124:3,12,24
125:16,20
126:6 127:9
128:6,7,24
130:14 131:19
133:1,11,14,
18,22,25
134:4,9 136:6
137:12 138:5,
14,17,20
139:11 140:20
141:3,12,24
142:14 143:10
144:22 146:6,
10,11 147:6
148:20 151:7,

21 152:2,22
153:1,25
155:8 156:8,
11,15 158:10
159:3 160:15
162:13,19
163:16,18
164:7,19
165:3,21
166:4,5
167:1,20,21,
23 168:4,5,6
169:24 171:2
172:7,12,24
174:14 175:7,
12,15,20,22
177:19 178:1,
11,18 179:1,
3,13 180:8
181:5,9
182:20,23
184:3,25
185:15,21
186:2 187:2,
6,17 189:20
190:1,5
191:2,18
194:16,21,23
195:19 197:8,
16 198:7
199:3,20
200:19
201:12,20
202:18 203:16
204:14 206:1
208:1,18
209:6,9,25
211:2,12
212:10,12,17
213:4 215:24
216:2,6
217:4,13
218:5 220:10
221:14 222:7,
13 223:10,14,
19 224:7
225:1,15
227:25 228:24
229:14 230:18

231:19 232:25
234:11 235:2

---

**C**

**calculate**
50:23 75:22
76:3 142:4
145:9
**calculated**
63:25 74:25
83:24 233:22
**calculating**
98:17
**calculation**
68:15 77:20
84:18 85:22
145:15 163:2
218:19
**calculations**
77:20 83:2,14
171:9
**call** 17:19
21:5 25:3
33:1 34:3
54:22 182:1,2
183:3 190:15
207:15 210:8
224:1 237:15
**called** 16:16
29:20 30:1
31:18 37:25
39:22 45:20
71:7 124:15
127:22,24
158:5 181:10
193:7
**calling**
212:12,17
**calls** 209:16
210:6 212:19
225:13
**came** 19:6,16
67:16,19
155:3 181:10
186:10 212:21
**campaign**
186:23 187:2

**can** 10:15
11:5 19:12,16
22:11 32:1
33:13,19
34:17,19 37:7
38:11 39:12,
25 40:12
41:3,7,8,19
42:7 43:18
45:25 49:7
50:8,22
51:16,22
52:12 53:11,
20 54:3 55:25
56:4 57:11
58:23,24
60:7,22 61:20
62:11,15,16
63:7 64:18,24
65:22 66:2
67:3 68:3,5,6
71:19 72:9,10
73:16 74:20
76:13 77:8
78:20,23
80:23 82:3
83:12 88:17
89:8,14,20,21
90:24 91:5,
11,15,17 96:2
100:8 103:21
105:6,15
107:25 108:17
110:21 115:4,
5 116:2
120:9,16
121:2,14,17
123:6 125:8,
9,25 128:18
130:20 131:21
132:25 135:6
138:12,13
139:9 144:6
146:19,25
155:5,19
156:6 159:11
162:15 164:5
165:1 166:16
170:6 174:12

175:4,7,11,
13,18 177:16
178:13,23
179:4 183:14,
22 184:25
185:8 189:18,
24 190:8,16
193:22 194:14
196:3 200:25
203:19 208:11
210:8,11
214:25 221:12
222:6,10
223:12,16
224:24 228:21
231:18 233:7
236:18
**can't** 41:21
47:14 53:12
56:6 57:18
64:20 65:15
69:12 76:15
84:5 88:3
91:8,9 93:12,
13 95:7 99:16
106:12 108:1
109:22 114:4
116:3 121:10,
15,18 135:17
145:5 148:24,
25 149:17,19,
20 153:22
182:17 183:17
185:7 226:13
**canceled**
141:15
**cannot** 93:1
**capital** 19:12
21:9 27:19
72:7
**captive** 18:16
**care** 43:3
**career** 14:14
**Carolina**
23:24 24:3,10
**case** 8:8
36:19 41:22
62:22 80:9

166:18 216:12
224:21 225:3,
8,11 226:6
235:19 236:24
**cash** 62:14
86:22 112:23
**catch** 189:15
**categories**
59:12 130:15
**category**
59:14 61:12
66:17
**cause** 154:3
155:3 156:9
208:9
**caused** 73:5,
8,13 74:13
92:14 93:9
148:19 153:20
**cent** 52:3
**center** 19:15
26:6 105:8
166:18
**CEO** 71:16
143:10,11
182:4 185:20
186:14 203:23
207:7
**certain** 15:8
43:16 85:22
134:5 183:23
188:21 232:19
237:1
**certainly**
161:2 164:12
208:6 233:7
**certificate**
54:11
**cetera** 75:18
130:17 146:3
212:6 217:21,
22
**CFO** 19:7,8
20:2,19,22
21:3,23 60:8
77:9 88:14
120:5,17
121:10 122:13

chain 137:20 155:13
197:11
222:24,25
223:15
chain 206:12
change 30:11
32:17 59:1
60:6,7 61:5
78:5 81:23
88:2,3 98:20
108:7 144:2
147:15 152:20
changed 30:10
88:6,7,20
107:23
changes 34:10
changing 30:5
34:12
character
233:20
charge 21:13,
21
charged
235:25 236:5
charges 10:1
237:5
Charles
179:14
chart 64:4
charter 15:4
chartered
13:21,22
14:3,6,17
15:5 24:25
25:9,11,13
54:11 59:17
cheaper
50:16,18
51:4,21 162:6
check 66:5,8
77:22 78:6
88:13,14,16
111:1 140:6,
8,13 142:16
154:12 177:17
178:3 189:4
196:3 206:14
212:20 233:7

chemo 219:16
chief 197:12,
14,15
choose 33:5
41:8
Cisco 215:2
city 17:25
18:1
claimed
105:25
clarify 186:9
classify
61:8,9
client 139:6
close 19:8
20:1 83:10
88:12 114:6
148:14 153:6
177:5
closed 74:9
closely
192:6,9,19
closer 92:20
119:14
closing
176:16,18,21
177:1
closure 73:5,
9 74:7,18
92:15 93:10
CO's 125:8
coincidence
133:14
cold 210:6,8
212:12,17,19
collect 93:18
college 17:25
Collin 197:11
collocation
26:7,9 38:13
65:19,24
104:21 105:8,
19,23 106:7
178:15,17
collocations
46:5 105:25

Colocateusa
187:24
Colorado
24:15
column 130:21
131:16
combination
165:7
Combinations
110:16
Combinations.'
69:11
combined
56:24 125:19
come 19:9
53:10 55:23
75:23 93:18
98:8,12
114:10 151:17
172:10 181:9,
14 184:13,14
207:14 212:20
comes 34:24
35:1 49:17
142:25 190:18
coming 13:3
78:4 88:2
154:20 189:8
215:11 236:21
command 11:13
comment
193:22
Commerce
13:15
commission
136:25
committee
198:15
communicate
93:16
communication
11:6,23
217:22 223:18
224:23
communications
93:20 215:22
220:5 225:13

companies
9:17 13:4
20:13 21:22
27:17 28:16,
25 36:14
48:16 49:17,
22 50:1,10
55:1 73:23
74:14 84:20
86:5,6 90:3
96:12 100:23
109:10 111:17
114:22 116:14
120:24 121:11
125:20 133:7
158:25 159:4
177:7,10
187:23 193:25
200:3,6
204:21 205:11
208:8 211:1
212:17 215:5
companies'
120:19
company 10:2,
4,7,18,24
11:3,14 15:14
16:3,13
19:12,14,17
21:10 23:16
26:5,20 27:16
28:4 29:4,25
30:10 31:6,23
32:1,4,7,14,
18 34:24
35:4,13,15
39:22 42:2
48:12 49:6
50:15,18,21
51:11 52:2
55:7 58:8
61:24 62:10
64:15 70:12
71:7 72:8,9
73:22,23
74:14 75:1
77:9 82:4
84:6,22 85:9,
23 87:21

88:15 90:16,
25 93:14 96:1
97:2 99:24
100:6 115:3,
9,17 119:9,17
120:5,18,20
121:10 122:13
123:1 129:20
136:25 138:10
139:3,15,24
140:5,9,10
142:5 143:5,8
144:9 145:4
148:8 149:16
150:24 158:4,
20,22 159:13,
16 160:14
166:12 176:12
177:14,21
178:11,19,22
185:19,20,22
186:4,5,6
190:20 192:19
193:21 197:18
200:5 206:20
209:13 210:11
218:9,21
221:18,20
222:3,14,16,
24,25 223:2,7
228:14,19,25
230:3 237:12
238:4

**company's**
21:14 53:9
97:15 109:20
117:15,16,24
118:20 140:16
149:15
150:12,15
216:11

**company-wide**
189:2

**comparable**
159:10,15
177:15,21
178:12,22

**compare**  97:17
116:13 148:3

177:23,24

**compared**
166:20

**competing**
158:16

**competitors**
158:4 159:5
177:9,11

**compiled**
215:8

**complaint**
236:15,17

**complete**
85:21 86:3
129:22 136:7

**completely**
176:9 186:10,
12

**compliance**
206:14

**complicated**
33:17 45:19

**comply**  110:14

**computer**
214:17,21

**concept**
218:21

**concerns**
208:20

**conclude**
233:25

**concluded**
239:18

**conduct**  31:5
223:15 225:15
226:11

**conducted**
138:10,17
187:2,3 189:2
225:1

**conference**
228:19 229:1,
24 231:17
232:5,9

**conferences**
228:1

**confidence**
202:14

**confidential**
54:4

**confirm**
200:23,25

**confirmed**
201:4

**connect**  207:7

**connected**
46:8

**connection**
9:16 182:15
215:16 235:19

**consequences**
41:23

**consider**
177:14 208:9

**considerably**
122:5 123:2

**consideration**
130:16 132:4

**consist**  50:1
196:7

**consisted**
49:5

**consolidate**
151:17

**consolidated**
31:7,10 37:21
54:18 55:17
66:10 90:1,3
94:7,12
109:8,11
111:9,17
116:13 117:6,
16,24 118:11,
12,13,16
119:1,9,17
120:19,24
121:1,8,21
122:8,15,22
139:15 149:10
151:25 159:10
170:8,9 171:3
217:5

**consolidating**
170:10

**consolidation**
53:20 69:9
70:5,7,20
97:6,10,13,
18,24 98:18
110:22,23
111:15 170:13

**Constantin**
42:21

**Constantyn**
27:5

**construct**
26:6

**consultant**
19:13 23:17
31:24 64:20
102:13,14,15,
22 104:4
132:13

**consultants**
21:11 23:16

**contact**  20:15
196:24 197:10
207:1 209:15,
21 212:10

**contacted**
19:10,16 20:9
182:4 192:11
193:20 207:6,
9 209:14
210:14 211:1,
13,16,20
212:22

**contacting**
194:1 212:12

**contain**  63:2
78:25

**contained**
69:24 87:9
181:11

**contains**  88:2

**contend**
182:19

**content**  188:8
189:3 190:15

**contention**
93:6

context   13:25
138:25 141:24
contexts   68:6
continue   97:8
111:12 160:7,
18 161:21
162:23 163:3,
21 164:3
continued
154:5 163:17
196:13 203:10
continues
153:16 163:4
continuing
97:2 234:9
contract   29:5
34:13 41:1,
17,21,22 52:2
194:11 213:8,
11,12,14
214:7 215:20
contracts
31:5 41:4,5,
14 215:10
contribute
122:14 127:3
contributed
55:6 56:3
contributes
56:7
contributing
120:18
contribution
189:5
contributors
57:5
controllers
22:5
convenient
197:5
convention
209:17
conversations
216:14
convicted
235:3,5,19

conviction
235:21,23
convictions
232:19,20
233:9 235:18
copied   179:15
200:21
copies   124:8
copy   37:21
46:16 109:1
123:13
227:21,22
copying
203:17
corporate
28:25 37:18
39:10 43:6,11
63:22
corporation
30:23 32:10
Corporations
40:5
correct   10:6
20:21 23:15
28:17 29:10,
14 30:24,25
31:12 44:1
46:18,24 47:3
48:9 50:2,19
52:24 55:7
57:10 58:9
62:3 76:14
77:1 84:3
87:17 90:20
93:4 94:9,18
95:19,20
96:21 99:5
102:6,7
115:24
117:16,18
119:15 123:3,
20 132:22
144:12 148:6
150:6,13,25
162:24
163:12,23
164:10 172:19
173:11,13

174:11 180:5
203:21
corrected
173:25
correctly
30:6 31:21
69:21 99:7
191:6
correspond
102:2
correspondence
38:19,21,23
108:2
corresponding
62:19,24 69:3
83:11 96:13
168:21
cost   50:25
51:2,11,14,19
52:6 57:24,25
58:2,19,21
59:7,15
65:23,24,25
75:18 82:14
83:8 85:10,
12,18 86:1,2
100:15 101:9
102:9,10
103:16,19
104:7,8,23
105:1,5,8
114:25 120:3
133:12 143:8
148:14,20,22,
23 149:2,15
151:3 153:23
162:6 165:7,8
166:11,15,20
167:19 168:5,
8,15 169:4,6,
19,20,22
178:15
costs   82:23
101:4 109:23
114:20 148:15
167:23 168:21
169:8,16
could   20:16
51:13 53:14

60:4,5 61:18
62:12 68:24
69:14 72:9
76:1 85:9
91:3,7 92:4
93:22,25 94:1
108:25 122:7
129:21 130:2,
3 142:5 164:2
194:16 195:7
197:18 202:14
206:13 208:9
215:1 217:15,
16 222:2,8
223:1 224:3,5
226:2 230:5
232:12
couldn't
11:18 80:8
83:24 97:19
122:11 183:24
233:8
counsel   8:16
63:21 80:3,8,
15 94:7 128:7
146:11 170:19
206:6 209:9
215:24 216:11
217:14 219:22
220:5 224:23
225:13 229:8
239:11
count   38:7
54:25 114:5
counting
173:11
countries
56:5 134:25
135:4,17
country   14:12
19:25 56:7
135:5,16,21
couple   107:1
141:5 204:10,
14
course   126:20
182:14 223:7
court   8:11,

13,25 9:5,10,
12 10:20
12:2,7,11
14:22 15:15,
17 17:6 21:7
25:5,7 26:8,
10 34:25
37:9,10,13
40:16 43:7,9,
12 45:11 51:1
53:13 55:11
60:17 64:6
67:6 70:24
72:15 74:3,6
86:13 89:1,5
90:6 93:24
94:2 95:11
98:10 99:18
104:3 106:5
108:19,21
114:16 115:19
118:22,24
122:1 128:21
130:11 137:8,
11 144:19
151:18,20,22
152:1 160:11
165:20 172:22
178:9,16
181:8 185:24
186:1 191:15
194:21 195:16
211:10 217:11
218:3 224:4
234:23,25
238:21
239:11,14
cover   31:22
CPA   14:8
  24:15,16
create   79:25
  125:9,25
  147:15 154:16
created   31:19
  32:9 90:13
  151:16
creates   34:23
creating
  39:10

credit   73:23
  193:2,17
  197:12,15
  198:14,15
  199:5,10,13
  200:1,9,12
  203:11 204:22
  205:2 206:21
  207:16
  208:10,15
  212:17 214:12
creditors
  193:16
  197:17,19
  202:14 212:8
criminal
  237:5,21
CT   185:24
CTE   185:23,25
  193:7 194:10
  195:10
CTO   45:1
  192:11
curious   20:3
  26:11 228:12,
  13
current   26:3
  78:13 107:12
  108:25 109:3
currently
  166:12
customer
  33:17 35:11
  36:10,25
  37:1,4,6
  41:1,13,20
  45:21 48:10
  50:5 52:5
  58:11 61:16
  65:23,24
  67:10 68:12
  71:18,20
  73:4,8,13
  74:17 92:14
  93:9 125:4
  139:6,12
  140:1,3,4,6,
  7,9,10,12,14,

20,21,23
  141:15,22,25
  143:6,9,10,
  12,14 144:6
  145:4,10,11,
  15,16 146:1
  156:25 163:3
  164:23 183:24
  184:10 185:5,
  6 188:7,10,13
  189:5,6,8
  190:23 192:6,
  7,19 200:25
  207:18,19
  210:12 214:10
  220:2 227:15
customer's
  49:9
customers
  31:5 36:22
  37:8,9 46:4
  92:19 125:13
  160:21,25
  163:6 164:15
  183:15 184:6,
  10,12,14,22
  185:1,8
  188:17 201:1
customers'
  192:9
cut   86:2
CV   23:10
Cyprus   12:21,
  22 20:24
  31:21,23
  32:7,23 36:1
  42:14 43:5
  44:3 54:12
  135:12 138:25
  193:9 203:25
  208:4


          D

Dallas   12:18,
  19 27:6,7,11,
  18 38:16,17,
  22 42:19

43:1,4 46:6,
  8,9 101:25
  102:1 107:20,
  24 108:7,16,
  24 109:3
  113:14 179:21
  180:3,8,9
damaged
  182:20 183:7
damages
  216:12
data   19:14,15
  26:6 34:20
  76:3 85:25
  87:13 105:7
  140:6 157:17
  166:18 192:3
datacenter.com
  26:4,5,12
  166:10
datacenter.
com.   26:4
  203:23
date   195:4
  209:21 213:9,
  10,11 222:3
  225:17 234:15
dated   79:19
  80:4,11,12,17
dates   196:10
dating   209:17
day   8:2 16:5
  34:10 54:4
  181:25 182:8
  198:18
day-to-day
  62:12
days   83:22
  195:5
DDOS   125:4,
  19,22
DDOS.COM
  124:16,18
  187:23
de   203:18
  204:4
deal   21:4,10
  45:21 183:5

193:11
196:18,23

**dealing**  17:23
125:21 143:12
193:6

**dealings**
57:11

**dealt**  143:10

**Dear**  206:13

**debt**  90:21
91:7 183:3,4
184:1

**December**
12:19 38:4
80:20 143:20
160:21 163:7,
16,23

**decide**  104:1,
4

**decided**  32:4,
14 59:4

**decrease**
92:12,13 93:8
95:15,21
109:20

**decreased**
110:17

**dedicated**
61:11,17
129:10 145:22
153:22,24
154:4,13,25
156:1

**deduct**  114:20

**deduction**
65:18 104:18,
19

**deductions**
65:20 102:25
104:17
105:24,25
106:8

**deemed**  183:7

**defendant**  8:8

**defendant's**
23:7 28:9
37:15 39:17
40:1 44:11

46:14 52:25
54:16 63:18
71:23 89:17
94:3 103:11
107:7,16
112:16 116:17
118:7 123:14
124:10 126:4
128:4 136:2
137:25 146:8
151:5 156:13
179:11 185:13
187:14 190:3,
25 198:5
199:18 200:17
201:10,18
203:14 204:12
205:24 209:4
213:2 229:6
230:16 238:6

**defendants**
8:18,19,21

**defrauded**
11:16

**degree**  13:11,
14,17

**Delhi**  13:13

**delivering**
126:21

**Dell**  194:6
195:22,23
196:5,18,19,
22 197:11
198:9,14
199:5 213:15,
23,25 214:16,
18 215:1

**Deloitte**  11:8
15:2,6

**department**
18:17 21:4,11
39:21 40:5
41:11 73:3
75:11 78:14
189:12

**depend**  49:8
85:2

**dependent**
85:16

**depending**
86:3

**depends**  41:20
43:19 50:3
63:4 134:12
178:24 214:25
215:2 218:24
223:13

**deployed**
144:6

**depo**  9:18

**deposition**
8:6 9:8,14
11:25 234:1
239:17

**depreciation**
173:11,23

**describe**
21:25 176:6
238:14

**described**
29:15 141:23
200:15 204:5

**designate**
54:4

**designated**
42:10 43:20,
22

**detail**  106:13
207:10,11

**detailed**
130:5

**details**  47:15
177:17

**determination**
142:17

**determine**
155:2 164:23
189:21

**determined**
134:19 163:15

**determines**
50:20

**developed**
125:20

**diagnosed**
54:14 198:18

**did**  10:10,23
11:2,11,15
12:20,22,24
13:9,20,21
14:15,17
15:1,2,13,18
16:4,7,10,12,
15,23 17:2,23
18:2,4,6,10,
13,18,25
19:2,4,9,21
20:11,12
23:19 24:25
25:17 30:11
32:3,17 40:9
51:23 53:9
55:22 66:25
67:5,10,12,14
69:23 71:12
72:12,18
74:17 75:5,9,
17,20,24
79:17,18
81:23 82:21
83:9,20 84:23
85:18,23 88:9
93:16,20 97:8
108:6,22
109:20
111:12,20
131:23 132:12
136:24
139:11,14
142:4,16
143:13,15,16
144:1 146:16,
18 148:5
150:15 151:21
152:2,16
154:3 156:3
157:8,14,22,
23 160:2,4,5,
15,18 161:7
162:11 163:1,
10,25 166:17
168:1,11,16
170:8,11

176:12 179:25
180:2,11
181:9,14,24
182:6,10,15
184:6,21
186:12,15,17
192:14 193:4,
11 194:11
195:2 196:6,
10,12,18,23
200:12 203:7
204:8 207:19
208:1,20
209:15
211:24,25
216:20,22
217:7,19,23
218:1 219:5,
9,14,19
220:1,20
221:2,9
223:5,7
225:7,10,15
226:3,8,9,11,
15 227:15,21
228:6,7,11,18
229:1 235:5
237:7,23,24

**didn't**  10:1
11:19,21 14:4
16:3 17:15
19:21 20:4
30:6 61:5
72:22 74:8
79:13,15 80:9
81:4,19,22
86:7,11,14
88:8,23 90:11
95:12 98:5,
16,20 103:22
111:1 115:7
117:4 121:4
129:23
142:19,20
146:22 151:22
152:25 167:13
168:1,11,15,
25 170:7,13,
15 174:23

177:17 178:3
180:22 181:7
182:1,3,7,21
185:4 186:16,
20 188:9,20
196:2 202:19
212:24,25
213:1 220:4,
10 223:1
227:15 230:10
232:14,15
235:11,16
237:19 238:21

**difference**
32:10 33:7,21
58:2 60:15
61:12 94:18
148:17 149:14

**differences**
33:10

**different**
22:5 43:22
46:11 49:10
84:11,13
85:22 90:13,
14 91:8
113:14 122:5
148:16 149:15
150:3 152:9
158:24 159:2
205:8,9,11
221:14

**difficult**
193:20 197:10

**diligence**
19:13,17
20:12,14

**dime**  64:22

**diploma**  24:24

**direct**  9:6
45:21 158:4
159:5 165:7
177:8,11

**directly**  18:2
57:25 58:6
217:7 220:4

**director**
27:24 42:21

231:13

**disagree**  69:8
97:25

**discount**
41:12 50:16
86:22

**discovered**
141:16

**discovery**
233:23

**discuss**
142:23

**discussed**
11:4 156:23
220:2,18
221:1

**discussion**
11:22 70:19
98:3 219:9

**dismiss**
238:21

**dismissed**
234:21 235:23
237:6

**dissolved**
39:24

**distinct**
28:25

**distributing**
61:12

**distribution**
47:7,11 49:14
58:3,4 59:4,
16 113:21

**District**  8:11

**Division**  8:12

**DLL**  193:6
194:9,10,18,
19,24 199:21
200:3 201:23

**do**  9:1 11:2
12:16 14:11,
15 15:1,4,9,
13,18 16:12,
15 18:4,13
19:2,13,17
21:4,18 22:2,
3,7 23:9

24:9,16 27:10
28:20 29:4
30:20 33:3,
20,25 34:5,15
36:3,7,17
39:16 40:22,
23 41:5 43:5,
13 44:20 45:8
47:12,19 50:4
51:21 53:23
57:4 59:10,
12,15,25
61:8,9,14,15
65:1,20 66:12
67:14 70:14
71:14 72:1
73:17 75:9,14
76:1,17,21
77:24 79:13,
15,23 80:21
86:15 87:11
88:15 89:8,
11,20 92:5
97:8,20,25
98:1 99:9
101:20,25
102:11 103:3,
15 104:11,20,
23 107:2
110:2 111:12
112:7,8,9,15
113:10 114:25
115:21 116:25
123:13 124:24
125:14 126:13
127:18,22,24
128:1 130:12
134:1,15
138:14 139:8
142:20,25
143:4,16,23
144:8,22
145:3,17,24
146:12 147:7
148:19 149:14
150:8,20
151:2,10
156:11 157:2,
14,15 159:9

160:7 162:1
163:2 166:22
167:10,11,13
171:2,15,18
172:3,12
175:25
176:15,16
178:6 179:2
180:4,13
181:24 182:2,
15,17,19
183:4,10
184:4 185:5
186:6,16,17,
20 188:22
189:1,4,9,12,
25 190:24
191:7 192:9
196:13 197:3,
10 199:12,14
201:4 202:1
203:8 205:1,
12 206:2,13,
19,24 207:11,
16,21 208:1,5
209:7,10
210:6 212:7,
19 213:6
216:6 217:8
218:14
220:13,22
221:4 222:7,
21 223:5,7,
10,14 224:7,
17 225:22
226:24 227:6,
12,16 229:1
231:4,14
232:9,13
233:2 237:1

**document**
10:17 22:13,
15,23,25
28:11 29:21
39:19 40:4
44:13 45:9
52:4,22 55:16
59:20 63:21
68:7,9,14

71:15 72:1
74:25 76:5
79:1 81:7,9,
17 94:6
111:25 112:2,
7 128:12
144:2 146:11,
13 151:9,15
152:6,8,12
209:8 210:16,
21 213:5
215:8,12,15
220:17,20,23
229:19 230:19

**documentation**
207:8,11

**documents**
22:21 40:20
55:21,23
57:12 63:2
74:25 77:9
78:25 93:19
108:4,11
112:4 141:2
144:14,15
147:22 152:10
176:14 204:15
216:2,20
225:2,11
239:1

**does**  22:24
23:24 24:23
25:9 31:1,4,
5,9 35:9
42:23 43:21
45:4 46:2
47:24 48:1,18
54:20,23
56:14 57:24
60:11,13 62:6
64:9,20 73:17
79:8 87:23
92:16,18
121:13,16,24
126:13,14
127:3 129:5
133:22,25
134:9 135:12,
14 137:1

141:17,21
145:17,24
152:14 155:14
169:25 186:4,
5 188:12
189:8 196:7
199:3 203:24
204:17,21
205:12,21
206:19 210:15
216:12
221:19,24
230:6 232:4
238:14

**doesn't**  36:21
55:5 62:13
70:12 99:8
121:23,25
125:17
132:10,23
137:9 152:13
189:20 208:12
214:20

**doing**  11:19
14:24 15:19
18:14 20:11,
14 54:2
102:23 107:4
131:11 142:1
157:7,25
160:13 189:16
192:12,19
194:19,20,22
195:8,20,24
197:21 203:7
207:10 211:9,
11 214:5

**Dolan**  141:14
179:14,17,20
180:2

**dollar**  52:3
61:8 160:22
177:24

**dollars**  65:20
82:23 114:12,
13 153:14
155:1 162:13,
19 163:17

**domain**  30:7,9
61:18 125:9,
25 190:8

**domains**
190:17,21

**don't**  12:3,6,
9,10,13 20:7
22:12 23:18
24:4,7 25:15
27:19 28:18
32:12 35:5
37:12 40:13,
14,15,18
44:19,22,23
45:10,13
47:20,21
56:16 57:7
59:9 60:1,4
64:19,21,25
65:1,6,7
66:3,4 68:16,
17 70:18
71:21 73:10
74:12,21,22
76:13,19 78:6
81:22 82:25
83:1,13 84:9,
18 87:5 88:13
89:9 92:17,21
93:22,25
94:22 95:23,
25 96:3,4
97:4 98:2,23
99:12 102:3,
22,24 104:13,
14 106:12,13
108:9 111:8
113:5 115:22
120:2,6,10,22
121:9 124:4
125:11 127:5,
8,9,16 130:4
131:13,15
133:3,5 134:3
135:10,13
137:6 138:21
139:7,18,19
140:1,19
143:17,18,25

145:7,13,16
146:5,6,21
147:15 148:24
149:1 150:17,
18 151:3
152:4,5,20
154:7,8,9
156:9 160:12
162:10,14
164:6,7,11,
12,18,19
167:10 169:9,
11,13,15
172:4,5,7
173:22 175:5
176:2,3,8,16
177:23 179:3
180:13 182:3
183:17 184:1,
20 189:25
193:18 195:4,
15,17 196:2,
10,15,16
197:9,13
199:11,15,17
201:6,7
202:3,23,24
203:21 204:9
207:11 213:17
214:6 215:21
219:13,25
220:15,16
221:6,7
223:24 224:5
225:14,17,19
226:16 227:3
228:4,22
229:25 230:2,
8 232:20,23
233:11 234:7,
15 235:1
236:1,2,11,12
238:5,15
239:3
done   11:16
13:24 29:23
88:19 91:6,12
128:23 147:18
157:19 160:17

167:5 171:10
176:23 196:4
197:20 211:21
dossier
138:20 174:24
181:6,11
182:15,20,23
183:11,16,21
184:7,23
185:2 193:23
202:8 203:5
206:23 222:17
223:1
dossier's
197:21
down   28:13
44:16 52:6
73:20,22,24
74:13 82:16
93:15 96:1
102:25 104:16
109:14 125:4
145:10 150:8
154:22 165:15
167:20 183:1,
8,10 189:14,
17 202:5
222:18 229:17
230:23 231:19
draft   22:8,
12,23
drill   154:22
due   19:13,17
20:11,14
73:19 79:15
92:13 93:8,15
175:1 206:15
Dupont   178:19
during   50:4
88:3 171:20,
21
Dutch   203:22
204:15
duties   21:3
Dvas   141:14

_____

E

E&y   11:8
E-B-I-T-D-A
172:23
E-D-A-G   15:16
e-mail   93:20,
23 94:1
141:19,20
183:4 185:16
191:5,9
198:9,14
199:3 200:8,
19,20 201:13,
20 203:16
204:3 206:12
210:1 211:2
212:10,13,20
224:7,9
e-mails
141:13,23
142:23 143:21
179:14 194:1
199:21 202:5
205:18 206:2
209:16 211:25
212:18,21
220:3 224:20
225:2,7,8
each   28:24
29:8,17,18,
21,23 43:21,
23 44:7,8,17
53:21 54:20,
24 56:6 57:9,
14 62:15 75:1
79:24 80:20
113:10 115:1
122:10,19
131:14 133:13
146:1 153:17
163:20,22
early   239:13
earn   35:14
88:9 91:1,4
144:9 170:11

earned   91:2
163:23
earning   122:2
earns   35:17,
19
easy   33:19
EBIT   121:25
122:2
EBITDA
172:21,24
173:4,9,11,
14,21 174:4
218:18,23
221:13
EBT   94:8
EDAG   15:14,
16,18,21
16:10 17:2,7
18:2,23
23:22,24
24:11 236:16
237:22
educate
124:22,24
125:9
education
13:10,16,22
24:13
EESTI   39:2
effect   93:7
132:17 186:17
192:15 202:12
effective
162:6
eight   218:5,
10,14 221:10
226:20,22
either   24:10
77:10 81:12
111:7 206:20
eliminate
70:5,19
97:22,23
110:23
eliminating
70:6
else   42:24
48:2,6 50:18

51:22 55:8
133:19 210:15
219:24 220:13
228:16 230:3
**embezzle**
238:4
**embezzling**
237:11
**employee**
20:13 223:18
237:18 238:20
**employees**
159:14
**employer**
223:15 237:17
238:20
**employment**
236:22 237:19
**end** 38:3 48:4
63:8 96:18
110:7 138:8,
15 152:3
179:25 203:7
**ended** 141:22
**ends** 152:12
**engaging**
164:15,24
**Engineering**
15:14,16
236:16
**English** 17:8,
17,23
**enjoyed** 137:3
**enough** 21:20
31:17 40:23
153:18 169:23
173:7 192:25
196:21 224:25
**enter** 29:5
31:5 213:14
**entered**
194:15
**entering**
214:23 215:3
**enterprise**
82:2 217:21,
24 218:9

**entire** 32:23
54:4 117:24
118:19
**entirely**
96:24,25
**entities**
32:25 38:8,9,
25 39:11
49:10 53:18
56:5 57:4
62:15 123:1
133:18 138:17
154:20 170:11
205:12 211:21
212:23 215:4
221:17
**entity** 15:22,
25 28:25 29:5
30:16,17,19
31:7,10,18
32:11 36:1
39:15 43:20,
21,25 45:5
53:16,21 56:6
62:13 70:20
97:7,10,18,24
111:14 115:1
121:1,8
122:9,15,22
135:2,3,9,15,
25 140:21
154:18,23,25
158:17 159:10
179:18
194:11,13
204:17 205:7
**entry** 47:17
48:15 49:13
62:19,24 69:3
82:5 96:13
150:22
**equal** 133:8
155:11
**Equinox**
178:4,10
**equipment**
35:10,11 59:6
72:14 157:17
186:7 213:20,

21,24 214:10
215:4
**equity** 21:5
81:14 84:6
85:2,3 86:3,
8,11,15,17,24
87:3 90:21
91:7 93:17
112:3 167:14
**equivalent**
13:17 14:11
**essentially**
40:10 41:6
112:24 119:25
158:14 161:2
189:15 200:23
212:12 238:3
**established**
162:16
**estate** 178:25
209:2
**estimate**
34:11 145:18,
25 146:2
149:3,6,14
171:12,15
172:13
173:14,19
174:2,6
175:25 216:11
**estimated**
82:6 220:3
**estimates**
172:16,18
**estimating**
174:20
**estimation**
143:1
**Europe** 39:5,6
56:2 57:2,4
67:9 194:14
197:1
**European** 55:2
194:16
**euros** 198:16
200:9
**evaluation**
69:19 72:4,12

87:13 167:14
**evaluations**
87:8
**Evan** 8:22
**even** 14:17
45:13 49:10
73:23 88:12
115:23 154:23
160:16
161:18,21
**ever** 9:8
11:25 12:2,11
14:5,8 16:7
64:22 132:23
138:5,22
139:11 163:25
164:12 175:16
179:25 200:12
212:7 220:23
224:17,19
225:1,11
227:21 230:9
232:17 233:4
234:11 235:2
236:9,14
**every** 19:25
22:15 34:10
44:5 51:13
73:22 77:15
79:2,4 80:24
93:14 112:11
114:10 115:1
120:15 124:20
134:4 135:15,
20 136:7
152:8,16
154:16 157:3
167:5 215:11
**everybody**
52:9 78:14
97:9 151:24
**Everyone**
36:19
**everything**
75:23 115:11
176:20 227:19
**everywhere**
11:4 196:20

evidence 69:5
200:24
233:20,22,23
ex-co 19:11
20:10
ex-revenue
218:25
exact 37:12
71:15 113:5
175:5 195:4
225:17 234:15
exactly 10:1
28:22 41:21
60:5 70:18
143:25 148:24
172:10 213:19
224:6 225:19
227:3
EXAMINATION
9:6
example 38:15
39:1 51:3
61:21,22
62:18 85:6
113:13 149:2
154:19 157:2
177:19 210:13
213:15 214:1
227:17
examples 61:3
exceed
148:20,22
exceeded
109:24
exceeds 153:8
Excel 157:7
except 81:4
211:13
exchange
223:10
exchanged
141:14
excluded
220:6
Excuse 52:8
170:19
exec 202:6

executive
202:7 203:4
Exel 157:8,20
exhibit 23:6,
7,9 26:3
28:8,9 37:14,
15,18,19,21
39:16,17,19
40:1,3,4
44:10,11
46:13,14
52:23,25
53:23 54:16,
18 57:21
58:14,15
59:8,20
63:18,20,21
66:10 71:22,
23 72:1
89:17,25
91:24 92:7
94:3,6 103:5,
7,11 107:2,5,
7,16,18
112:16
116:17,20
117:5,11
118:7,10,11
121:20
123:14,17
124:10,12
126:4 128:4,6
136:2,18
137:24,25
141:4 146:7,
8,10 148:4
151:5,8
156:13,16,17
169:25
179:11,13
185:12,13,15
187:14,16
190:2,3,7,25
191:3 198:5,7
199:3,18,20
200:17,20
201:10,12,18,
21 203:13,14
204:11,12

205:24 206:9
208:20,25
209:4,7
213:2,5
220:18,19
221:1 229:5,
6,14 230:13,
16 238:6,9
exhibits
141:13 206:1
220:19
exist 80:10
existed 32:7,
19 227:17
existing
29:23 194:4
exists 21:14
exit 81:11
expansion
201:16
expect 82:21
83:9 164:3
171:2,18
expected
92:10
expecting
97:14 204:16
expense 58:10
101:10 105:4
113:24 165:16
167:3
expenses
17:20 47:7,
11,12 49:5,
14,25 50:10
58:3 59:13,16
70:14 72:25
82:18,24
83:8,9 85:11,
13 100:16
109:24 113:21
114:2 133:7
149:9,16
165:8,19,21
166:1,5
167:1,8,21
168:6 172:13
173:10,16

174:3,24,25
175:1
expensive
52:1 99:14
174:25
experience
147:24
experienced
164:1 183:20
expert 104:1
216:10
expertise
125:20
experts 59:4
expires 41:17
expiring
215:10
explain 9:19
36:11 45:18
65:10 76:9
83:3,15 88:18
90:25 103:21
110:21 131:21
188:14 216:18
223:19 236:18
explained
111:13 117:3
177:23
explanation
110:24 111:3
157:12
explore 187:7
210:10
exposed
125:10
expunge
234:22,24
235:1
expunged
235:8,15,18
236:5
expunging
235:14
extending
205:3
extension
126:24 127:11

extent
  224:22,24
  225:12
external
  36:10 37:4,6,
  7 223:21
eyes   234:3,8

---

F

Fabros   178:19
facilities
  166:21
facility   26:7
  46:6,8
  105:10,12
  166:11 169:6
  198:16
facing   31:22
  73:22
fact   25:17
  32:20 50:6
  69:12 91:2
  132:12 135:18
  145:4 153:24
  161:7 208:6
factoring
  146:2
fair   21:20
  22:10 23:4
  28:5 31:17
  35:3 40:22
  57:2 67:10,19
  68:11,13
  84:12,21
  85:20 90:19
  95:15,22
  96:12,13,20
  99:23 110:17,
  18 111:19,20
  122:21 125:16
  148:13 153:18
  156:23 157:23
  169:23 173:7
  180:20 183:18
  184:13 190:13
  192:25 196:21
  202:4,15

204:2 210:5
  221:9,25
  222:8 224:25
fall   73:24
  163:11
false   186:11,
  13 187:9
  236:15 237:5
familiar
  13:16 71:7
  137:14 178:4,
  20,21
family   20:23,
  24 34:3 50:2,
  11 206:8
  235:10
famous   33:2,3
far   38:2
  167:6
Fargo   204:22,
  23
favorable
  204:4
February
  160:24 201:21
  219:16
federal   63:25
  65:18 102:5
  123:19 128:10
fee   15:8
  41:14,18
feel   11:15
felony   235:20
few   72:6
  84:22 122:24
  161:4,6
  162:13 171:6,
  7 176:23
  193:5 199:14
  203:9 219:12
  233:7,11
fields   187:23
Fifteen   177:3
Fifty-three
  230:14
figure   67:17
  95:2 142:16

143:7 156:5
  163:13 164:9,
  13
filed   8:10
  19:5 107:10
  195:3,9
  200:24 225:20
  226:1 227:2
  236:15
files   146:13
  151:10
filing   108:10
final   120:3
Finally   119:9
finance   21:4
  67:8 209:19
  210:14,17
financed
  35:11 200:6
financial
  18:15 21:8,
  15,17 22:1
  23:4 24:25
  29:7,11,16
  34:21 35:4,8
  37:22 39:21
  41:9 42:21
  46:17 52:23
  53:17 54:19
  57:13,22 60:6
  69:23 71:1
  75:13 94:8
  96:16 100:4
  104:7 112:12
  115:12 120:4,
  10 121:12
  122:9,16,17,
  18 123:11
  183:2 194:6
  195:21,22,23
  196:5,18,19,
  20,22 197:11,
  12 211:4,14,
  20 215:4
  218:17 219:10
financials
  216:19,21
  217:5

financing
  35:12 41:24
  214:13,14
find   92:22
  139:17,21
  140:5,11,14
  145:8 225:7
  226:9
finding   86:21
fine   52:16
  131:22 233:10
  234:9 239:15
fire   20:2
fired   19:7,11
firing   20:1
first   14:20
  24:14 40:7
  72:23 101:23
  111:2 153:4
  157:6,11,14
  158:4 176:1
  184:5 185:2
  192:2 194:9
  197:13,14
  201:24 206:25
  209:18 210:1,
  2 230:23
  232:1
fits   36:7,9
five   27:24,25
  78:18 79:11
  144:12 161:9,
  10 210:20
five-year
  161:16,19
fixed   34:22
flat   82:15
  161:2
Flip   59:19
Florida   8:5,
  12 40:4,11,24
  42:19,20
  64:10,13,17,
  23 65:13
  106:20,24
  107:11,24
  108:11,18,20,
  23 113:3

123:23 124:1
128:3 132:19,
24 133:2,16
134:20 136:13
233:5
**flow** 62:14
86:22
**focus** 78:4,
13,14,22
79:11 176:9
**follow** 98:6
218:22
**following**
153:18 190:9
**for** 8:5,17,
18,19,20,22,
24 9:23 11:7
14:4,5 15:18
16:3,6,8,10,
15,23 17:9,
12,20 18:13,
16,18,21,23,
25 20:9,13,
16,22 21:14,
17,22,23,25
22:9,13 23:7
24:10 25:8,9
26:3 27:11
28:9 29:8,12,
16,17,18,21,
23 30:5,17
31:7 34:23
35:11,14
36:16 37:16,
22 38:15
39:1,2,17
40:1 41:1,9
42:1,5,10
43:14,15,20,
25 44:11
46:14,17
47:10,17
48:15 49:13
50:21 51:5,11
52:9,11,14,25
53:18 54:16,
19,24 56:11
57:7,9,14
60:23 61:7,23

62:17,19,24
63:11,18,22,
25 64:3,10
65:13,18,19,
21 66:20
67:4,7,25
68:22 69:24
70:17 71:5,23
72:12,14
74:24 75:1,7,
15,18 76:6,25
77:18,25
78:9,14,15
79:4,6,8,10,
16,21 81:24
82:6,9 83:5,
18 84:1,2,6
85:6 86:21,24
87:3 88:1,25
89:17,21
90:2,12 91:6,
17 92:1,9
93:17 94:3,8,
13,15,16,20
95:18 96:9
98:17 99:9,
20,24 100:5,
23 101:15
102:2 103:11,
18 104:9,18,
19 105:10
106:20 107:7,
16 108:15
110:6,7,10
111:3 112:4,
10,16,24
113:13,17
114:5,7,11,20
116:17
117:14,23
118:3,7
119:25 120:7,
25 121:7,11,
19 122:8,9
123:6,14
124:10 125:14
126:4 128:4,
16 130:15,17
131:18 132:4

136:2,8
137:25 139:1
141:4,22
143:1 144:16,
24 145:13,18,
19 146:8
147:14 148:6
149:2,15,16
151:5 152:6,
24 153:4,12,
18 154:19
156:13 157:14
160:3 166:23
167:14 168:13
171:15 173:4,
9,14,15
174:2,3
176:12 177:5,
10,19 179:12
180:4,6,15
183:24,25
185:13 187:14
189:3 190:3,
14,15,25
191:25 194:13
196:24 197:10
198:5 199:10,
12,18 200:17
201:10,16,18
203:14 204:13
205:25 207:3
208:21 209:2,
4,14 210:13
211:13 212:3
213:2,15,18,
19,20,21
214:1 215:9,
16,20 217:9
218:4 219:10
221:20 223:8,
14 224:17,20,
23 225:2,11,
13 227:17
228:8,19
229:6,24
230:16,24
231:15 234:8,
20 235:23
238:6

**forecast**
75:16 77:16
78:9 79:1,10,
11
**forecasted**
78:5
**forecasting**
78:19,20
**forecasts**
75:17 79:8
**foreign-
related**
128:20,22
**Forex** 24:21
**forgetting**
116:24
**forgot** 54:8
**form** 38:24
103:18 104:17
107:21 211:25
**formally**
27:11
**format** 157:24
**forms** 103:24
**formulate**
92:4
**Fort** 107:13,
23 108:7
**Forty-three**
229:15
**forum** 124:22,
24 125:9,25
**forums** 25:3
**forward**
142:2,5 144:5
**forwarded**
198:8
**forwarding**
203:3
**found** 23:11
140:8 200:24
207:22
**four** 11:4,7,9
38:9 77:18
79:11 81:12
120:1,8
152:14

162:17,23
164:2,10,14,
25 194:3,9
210:20 234:17
237:4
**Fourteen**
103:6
**fozzy** 129:1,
4,5,6 188:23
**fozzy's**
190:17
**fozzy.com**
188:2,11,15
**fozzy.com's**
190:14
**fozzy.com.**
188:1 190:6
**fraction**
115:23
**frame** 80:5
81:24 196:9
**France** 193:9
**fraud** 11:18
137:14,18,21
141:16 164:16
237:8,9,10
**fraudulent**
138:9,16
164:24
**Fray-witzer**
8:22 12:4,7
22:11 24:5
34:17 35:22
38:11,24
39:12,25
40:12,21
41:3,15,19
42:7 43:18
45:25 49:7
50:22 51:16
53:11,24 54:2
57:15,18
58:24 62:11
64:18,24
65:3,12,14,22
66:2,6 67:3
68:3,5 71:19
73:16 74:5,

11,20 75:3
78:11 80:6,8,
13,23 83:12
88:17 89:8,
19,22 91:5,16
93:11 95:13
96:2 100:8
103:9 105:6,
15 107:25
108:12,17
114:8 115:4
116:2 117:3
120:9,14
121:2,4,14,17
123:8,10
124:4,9
125:15 127:6
132:25 133:9,
17,24 134:2,
7,11 138:2,4,
12 140:18
146:4,16
147:2,5
152:19 155:5,
19 156:6
159:1 164:5,
17 165:1
166:16
169:17,19,22
172:9 174:12
175:4,11,13,
18 177:16,22
178:13,23
183:22 184:24
187:4 189:18,
24 190:16
197:5 202:16
207:24 208:11
215:21 220:5,
8 221:12
222:4,6,10
223:9,12,16
224:22 225:12
228:21 231:18
232:18,25
233:5,18
234:6,10
239:7

**free** 145:11
**Freeway**
27:14,15
**freezing**
193:17
**frequently**
22:22
**from** 9:13,18,
20 10:7,13
11:1 12:20,
21,24 13:11
14:15 18:2
19:11,18
24:15,22
28:12 29:22
30:11 32:18
33:14 38:12
39:20 40:4,10
41:7 44:4
47:19 49:2,4,
6,17 50:10,
18,21 51:22
53:10 54:11
55:21,23 57:2
62:2,6,9,18,
23 70:5,7,19
72:6 73:18
75:11 82:16
86:3 89:19,23
95:2 97:23
102:20 105:4
107:23 108:7,
18,20,25
109:14,18
110:23 118:10
124:25 129:3,
10,14,17,20
131:2,5,10,
14,24 132:9
135:1,7,9,11,
19 136:20,22,
24 139:24
142:21,25
146:13,23
149:15 151:9
153:25 154:20
155:4 156:1,3
158:24 159:24
162:18 167:16

171:7,25
173:19 175:10
178:10,15
182:17 183:5
186:6 188:8
189:8,11,13
190:6,18
191:5 193:13,
18 195:25
199:5 200:20
201:13,24
203:16 204:22
210:16
213:23,24
215:4,20
220:5 221:15
225:7,8
228:14 230:3
237:11 238:4
**front** 214:7
**froze** 193:2
**frozen** 183:4,
25 200:12,13
210:9
**full** 197:14
**full-time**
15:6,7
**function**
36:18
**functions**
42:1,5 43:14,
15
**further** 86:2
91:9 154:23
**Furthermore**
69:8
**future** 75:15
86:2

---

G

**G-MAIL** 224:17
225:5,8
**G-MAILS**
224:20
**gain** 73:4,13
**Gastonia**
23:24 24:3,10

gateway  32:2
gather   69:4
  191:21
gathering
  79:14
gave  80:3,15,
  17 93:4,7
  94:16 110:25
  182:1 192:12
  194:25 205:18
general   10:15
  58:7 149:5
  193:8,11
  194:10
  195:14,20
  197:9
generally
  210:6
generate   79:2
  82:21 83:9
  176:15
generated
  31:10 97:23
  215:16
generates
  29:22 31:6
  36:4,8
generating
  176:13
geographic
  29:1 38:8,9
Georgiou
  206:3,4,5
German   15:14
Germany
  15:21,23 16:3
  17:8,13,22
get   20:6
  24:17 25:15
  26:6 32:1
  33:6 34:21
  35:10 38:20
  44:10 50:16,
  17 51:22 57:8
  61:16 66:25
  67:1 71:22
  79:18 88:25
  102:3 123:7

124:3 125:3
137:12 139:2
151:22 161:21
162:11 163:3,
5 166:14
175:7 183:24
185:12,18
189:13 190:8
193:20 194:14
210:10,11
226:15 233:21
237:25
get all   156:3
gets   125:4
  151:25 153:17
getting   38:20
  212:8 236:22,
  23
give   9:2 20:8
  40:3 51:3
  53:15 55:23,
  25 59:10
  61:20 98:7
  99:19 112:9,
  11 124:8
  145:11 157:16
  180:16 194:25
  196:2 205:17
  207:15 212:5
  237:16
given   80:9
  98:21 111:7
  114:21 122:22
gives   55:3
  221:17
giving   195:17
  202:13
global   52:2
go   15:8 16:3
  18:2 19:13,17
  22:4 25:20
  33:5,19 37:14
  44:16 47:16,
  22 49:12,16,
  20 52:4,9,14
  55:14 57:21
  59:8 63:11,23
  64:8 65:9

66:9 68:19
70:2 74:13
77:8 78:3
81:6 82:1,5,
15,18 85:18
86:20 89:12
91:12 92:22
94:5,11,23
95:8 97:9
99:1 100:1,2,
13,18 102:4,
25 103:5,9,18
104:16 105:17
106:3,15
107:1 109:6,
10 110:4,9
112:18,22
116:5 123:18,
22 128:3,12
129:8,9,13
130:6 131:19
136:1,6,16,
17,18 141:4
146:7 155:24
156:4 158:2
159:18 160:24
163:25 165:5
166:4,5
167:20,21,23
168:4,5,6
169:8 170:13,
20 179:4
182:5 184:13
194:8,18
200:19 204:11
210:20 216:22
228:6,7,11
229:8 230:18,
23 231:19,24
233:6
go-between
  200:3
goal   62:16
  114:5 125:12
  126:20 180:19
goals   81:23
goes   21:24
  22:6 34:22
  51:4 61:17

78:15 90:23
153:25 161:10
going   18:7
  23:6 28:8
  52:17 53:25
  54:3 74:15
  78:23,24
  84:14 85:23
  89:19 93:15
  141:7 142:2,5
  143:8 144:5
  154:24
  160:24,25
  165:4,10,15,
  16 166:4,5,14
  167:15,19,21,
  22,23 168:4,
  5,6 169:8
  170:23 176:8
  180:14,16,17,
  23,24 184:2
  199:24 204:10
  207:16
  208:17,19
  209:6 213:4
  219:16 221:25
  222:15 233:18
  235:12 236:25
gone   85:11,12
  89:22 104:21,
  22 183:1
  222:18 227:19
  232:5
good   8:1 9:7
  31:24 32:4
  54:13 89:9
  91:23 162:2,4
  182:8 197:24
  201:21 202:20
  207:17
goods   48:23
  49:16 51:14,
  18 62:2
  100:20,22
  101:17 102:9,
  10,20 103:19
  104:8 130:18
goodwill
  67:25 68:2,5,

8 69:2,6,9,24
94:25 96:12,
19,24 110:6,
16 111:9,18
112:5
**gosh**   155:25
**got**   9:18,19
11:13 17:3
18:9 19:7
20:14 24:18
31:23 39:20
54:14 72:22
86:12,14
104:25
132:10,16
139:24 142:6,
21 143:18
148:2 192:11
198:18 199:4
226:23,24
235:23 237:5
**government**
31:25 133:25
134:10,18
135:12,14
**governments**
134:15
**graduate**
13:18
**graduated**
14:15
**Grenke**   201:24
**grew**   162:13,
18
**group**   42:4
81:14 86:24
97:22 99:8
199:21 200:1
**grow**   160:16,
20 164:3
**growing**
160:13 163:22
218:22
**growth**   76:6,
10 84:11
86:22 92:2
160:17 161:20
163:7

**guarantees**
125:22
**Gubarev**   8:9
26:22 35:7
52:8,11,15
141:14,25
142:21 200:21
202:11,13
206:16,20
207:17 208:21
209:1
**Gubarev's**
10:7 181:12
**guess**   78:8
**guilty**   235:6
**Gurvits**   8:24
91:12
**guy**   28:22
33:13 227:10
**guys**   237:1

---

### H

**hacking**   187:1
**hacks?'**   192:3
**had**   9:8,14
10:8,17 11:3,
6,15,25 15:8
24:2 31:21
32:18 46:23
47:2 52:2
64:15 70:18
72:6 73:20
87:21 90:11
92:22 98:13,
21 100:10
106:19 112:20
114:1 123:5
137:3 146:23
154:25 157:19
158:10 160:17
161:1,8,9,10,
19 163:11,23
164:10,23
165:24,25
166:9 169:5,7
170:14 173:8
175:1,16

183:13,25
186:20,23
191:21 193:1
195:19 196:12
197:20 206:21
211:6,21
212:7,13
216:14,18
220:2 227:6,7
228:22 237:3,
15,20 238:3
**half**   65:20
82:23 150:23
166:1 234:18,
19
**hand**   9:1
193:23 203:13
**handed**   107:5
109:7 146:10
**happen**   63:7
81:19,22
144:5 154:3
196:12
**happened**   74:9
88:4 110:2
143:19 148:19
153:20 156:2
186:24 194:23
207:15 210:17
237:3,14
238:16,24
**happening**
124:22
**happens**   63:6
78:19 124:20
166:20 200:4
206:25
**hard**   17:9,16
57:6 75:21
83:3,15 87:7
**has**   21:10
26:5,18 27:18
33:17 34:18
35:5 36:19,
23,25 37:4,6
39:6 41:22
45:19 47:14
50:4,15 51:11

52:2 53:22
56:2 64:22
65:2,11 69:2
70:23 71:1
72:9 78:14
79:11 89:22
90:21 95:2
96:11 107:18
115:10,11
116:20 119:4,
9,12,17,18,25
120:8 122:22,
24 125:5
155:1,7 161:1
163:7 170:3
175:1 177:20
182:20,22,24
186:19 187:21
197:12 200:25
201:22 202:6,
12,20 203:4
213:23 216:11
224:19
**hasn't**   161:2
200:24
**Haterbot**   25:6
**have**   9:8
11:5,24 12:2,
13,18 14:5,8,
11 19:21
20:5,20 21:4
22:5 23:1
24:4,7,9,16
26:9 27:4,10,
23 28:20
30:7,13 32:4,
14 34:3
36:13,21 37:1
38:13,14,17,
20 40:21,22,
23 41:18
43:3,5,21
44:20,22
45:8,9 46:3
50:23,25
53:20,21
59:12,14,18
61:11 62:13,
14,23 66:12,

13 74:8,17
76:17,21
79:4,19 80:9
81:11 82:3
85:9,11,12
88:5,7,13,20
89:11,21
93:20 97:3
103:3,8
104:21,22
105:4 107:15
108:1 111:7
113:14 114:6
115:18,20,21,
22 121:12
124:4,21
127:18 130:4,
19 133:3,5,20
135:4,18
137:17,20
138:5,14,22
139:9,14
141:20 142:20
143:6 144:17,
20 154:25
155:21,24
156:4,9
157:11 159:8
164:11,19
166:19,21
168:22 169:6
170:7,20
171:10,15,19
172:12 173:23
175:2,25
176:9,20,22
178:14,19
180:2 183:5,
20 184:4
186:22 188:22
189:1 192:13,
18 194:13
196:4,24
199:9 201:1,
23 205:1,22
206:14,19,21
208:12 212:13
214:13,14,20
215:2 216:14

219:1,9
222:21 223:1
224:9 225:1,7
226:18 227:6,
24,25 230:4
232:5,17
233:2 234:4,
11 235:2
236:9,24
239:6
**haven't**  12:14
167:5
**having**  17:17
46:5 73:24
**he**  11:5,6,19
19:11,13,16
20:10 26:24
42:22,23
95:13 138:24
139:1,6,11
140:21 179:18
180:9 182:5
186:2,15,16,
19,20 191:10,
12 192:12,16
197:12,15
199:23 200:1,
6,7,25
201:15,21
202:23,24
203:24,25
204:5 205:21
206:5 207:3,
7,16,17
217:20,24
219:5,7,12
221:13,19
228:22
**he's**  140:1,6,
12,23 142:1
192:12
197:11,14
200:23
203:17,22,25
206:6 207:18,
19,22 221:18
227:10 233:3
**head**  14:1
22:20 29:3

34:4 65:8
68:18 74:23
75:2 81:15
96:5 113:22
117:1 135:8,
13 139:5
149:18 150:7,
19 152:11
154:7 205:4
236:3,13
**heading**  18:17
**headquarters**
16:19
**hear**  12:8
**heard**  124:19
138:22 239:4
**heavily**  188:3
**heavy**  188:1
**help**  52:5
**helps**  147:1
**her**  191:22
192:2
**here**  20:8
28:18 31:20
56:3,25 69:16
70:22 73:7,18
76:13,16,20
85:5,15 89:12
94:14 95:7
99:7 100:9
101:11 103:9
104:21,23,24
106:13,22
113:5 120:22
124:6 129:23
130:15 156:8
173:23 185:7
190:12 203:6
204:11 230:18
**hey**  207:6
**high**  116:3
159:25
**high-profile**
207:23 208:8
**high-risk**
207:18,19
208:15

**highest**  13:9
**him**  19:13
20:16 68:6
107:4 138:25
141:25 186:21
187:16 190:2
197:4 204:6
205:17,18
216:18,20,22
217:7,16
219:19 220:4,
20 221:2,5
234:1
**Hindu**  239:2
**hire**  11:11
**hired**  187:7
**hiring**  187:12
**his**  19:17
27:1 139:3,15
185:21 186:4,
5,6 197:9,13
198:12 204:7
207:3 217:9
221:11,19
**history**
164:16
**hold**  196:1
201:15
**holding**  26:4,
12,13 29:12,
17 30:15,17,
19,21 31:1,4,
13,14,19,23
32:1,4,7,8,9,
11,14,18,22
38:4 53:9
54:24 62:7,
24,25 63:9
67:1 70:4,8,
11 89:25
94:8,12 97:7,
13 101:1,14
124:12 126:7
170:11 224:13
**holding's**
126:24 127:12
**holds**  30:17,
23

host  45:24
   188:1,3,19
hosting  19:15
   28:4,7 33:1,
   16 45:6,8,15,
   16 51:24
   60:12,14,16,
   19,24 61:6
   73:20 74:14
   93:14 158:20,
   22 187:22
   188:15
hosts  228:25
hotel  18:15
   166:19
hours  15:8
house  36:12
   166:19 207:3
housing  207:4
how  12:18
   16:23 18:25
   19:9,15
   20:11,12
   22:17 27:21
   33:25 34:8
   41:1 48:6
   51:17,21
   56:1,2,4,14
   58:23 61:8,9,
   11,14,15
   64:15 66:25
   67:18 70:16
   75:20 82:21
   83:1 85:3,25
   86:3 90:23,25
   93:16 98:23
   99:8 114:1,10
   115:5 121:11
   122:12 124:22
   125:10 127:3
   133:13
   139:14,17,21,
   23,24 140:4,
   5,10,11,14
   142:4 143:7
   144:1,8,14,22
   145:3,8 146:2
   154:10,12,18
   155:2,8 156:3

163:2 166:17
   170:8,9
   181:14 182:9,
   25 183:5,7,10
   186:12,17
   189:9,25
   191:7 192:9
   196:2 205:1
   206:2,24
   208:1 209:15
   215:10
   218:16,24
   222:13,15
   234:16 235:12
   237:1 239:14
However
   233:24
HP  211:4,14,
   20 212:21
HPE  205:5,6,
   10,15
hundred
   114:12
hurt  182:23,
   24
hypothetical
   154:24

_____

**I**

I'D  186:9
I'LL  34:3
   37:17 46:1
   58:19 61:20
   63:20,21
   71:5,25 83:5
   89:12,16,24
   98:5 107:4
   146:12 151:8
   156:15 163:15
   169:24 172:10
   187:16 190:5
   191:2 209:7
   220:17,25
   229:18 230:13
   234:2
I'M  8:7 9:10
   10:20 13:16

14:22 15:15
   17:6 21:7
   23:6 25:5
   26:11 28:8,22
   33:13,23
   35:18 40:16
   41:16 43:7
   45:11 47:10
   53:13,25
   54:13,15
   55:8,11 58:12
   60:1,17 64:6
   66:13,25 67:6
   70:24 72:15
   77:18 78:6,13
   79:12 80:2,7,
   18 86:5,13
   89:1 90:6
   91:23 92:7
   93:24 95:11
   98:10 99:7,18
   104:3 106:5
   108:19 109:11
   114:16 115:19
   118:22 119:24
   120:17
   121:19,22
   122:1,12
   123:16
   128:21,23
   130:11,20
   132:13
   136:16,17
   137:7,8,9
   141:20
   144:12,19
   145:13,20
   146:16 147:20
   150:2,3
   151:18,21,22
   152:15
   154:14,24
   159:24
   160:11,25
   164:20
   165:11,20
   170:9,19
   172:17,22
   173:18,25

175:9 178:9,
   16,21 180:9
   184:4,5 189:6
   190:20 191:15
   193:6 194:7,
   21 195:16
   198:7 199:23
   203:21
   204:10,15
   209:6 211:10
   213:4 215:19
   216:3 217:11
   218:3 221:16
   222:15,24
   232:22,24
   233:3,10,18
   234:23
I'VE  141:12
i.e.  81:12
IBM  158:9,11,
   17 205:5,6,9,
   13 212:21
ICANN  190:18,
   20
ICFAI  24:22,
   24
ICT  31:25
idea  24:9
   30:14 40:23
   44:22 103:3
   125:8,24
   137:17,20
   139:14 142:20
   156:9 164:20
   178:14 188:22
   189:1 205:1
identification
   23:8 28:10
   37:16 39:18
   40:2 44:12
   46:15 53:1
   54:17 63:19
   71:24 89:18
   94:4 103:12
   107:8,17
   112:17 116:18
   118:8 123:15
   124:11 126:5
   128:5 136:3

138:1 146:9
151:6 156:14
179:12 185:14
187:15 190:4
191:1 198:6
199:19 200:18
201:11,19
203:15 204:13
205:25 209:5
213:3 229:7
230:17 238:7
**identified**
194:4,9
**identify**
183:14 185:7,
8
**idiots**  201:24
**if**  10:6 17:22
19:12,16,21
20:4 22:8
25:15 30:6
31:20 32:1,13
34:18 35:18
36:25 38:6
40:6 44:16
45:7,10,13,18
46:5 48:14
50:15 51:2,25
52:2,11 53:8
54:3 55:5,8,
13,21 56:3
59:1,2 60:9
62:5 71:4
77:18 78:13
82:14 85:9
92:5,22 97:12
98:1 99:7
109:25 121:22
123:4 125:8,
10 130:12,18
131:13,21
132:2,11
135:4 137:7,
9,14 139:23
140:1,2,3,6,
12,20,23
141:20 144:12
145:10 147:1,
21,25 153:12

154:22 155:25
159:9 160:9,
21 163:2,7
171:23
172:15,18
173:18 174:9
175:8 177:17
179:19,22
180:18 182:14
189:6,12,15
190:7,20
193:2 194:6,7
195:15,17,20
197:4 199:12
201:4 203:21
208:16 210:20
212:24 213:1
215:19 218:21
219:5 221:16
222:1,8,17,23
223:1 226:5
229:25 230:2,
11,23 232:12
233:6,9,10
237:1
**IFRS**  67:5,8
69:11
**II**  62:1
**illegal**
189:13,16,22
192:7 237:16
**illegally**
236:23
**Illinois**
16:20,21
**image**  227:21
**IMB**  158:13
**immediately**
74:13
**impact**  208:12
**impermissible**
233:20
**impose**  237:5
**in**  8:8,9,10
9:9,11,15,16
10:8,10,12,
15,25 11:12,
15,24 12:2,

11,18,19
13:2,14,15,
22,23 14:3,5,
8,12 15:5,21,
23,24 16:2,3,
14,20,21
17:8,22 18:8,
16 19:14
20:12,14,15,
23,25 21:13,
21 22:1 23:15
24:3,7,22,25
25:3,5,6,17
26:11 27:6,
11,21 29:1,25
30:7 31:4
32:1,4,7,9,
10,15,19,20,
22 33:1,23
34:8,13,19,
24,25 35:1,2
36:7,14,16,19
38:8,9,17
39:5,6,15,23,
24 40:7,24
41:6,14,22,23
42:13,20,24,
25 43:5,24
44:3 45:13,
14,24 46:2,6,
7,8,9,23
47:2,5,15,17,
18,24 48:15
49:5,6,13
50:12 51:4
53:4,8 54:4,
12,14 55:16,
17 56:5,23
57:2,14
58:12,18,21
59:1,7,14,19,
21,22,23,24
60:25 61:1,12
62:2,22 63:24
64:9,13,16,
17,23 65:11
66:16,20,23
67:9 68:5,7,
10 69:2,3,5,

10,12,24
70:3,14 71:13
72:8,19 73:2,
3,4,5,13,21
74:1,12,15,18
75:5 76:11
77:1,3,4,10,
14 78:2,5,19
79:12,16,17
80:3,9,15
82:2,3,8,13,
16,22,23
83:7,8,16,19
84:7,17 85:3,
4,7,13,17,19,
22 86:2,7
87:21,22
88:1,9,16,19,
23 90:3,8,13,
17 91:2,6,9
92:8,13,15,23
93:8,14 94:25
95:3,18,21
96:1,12,13,
14,15 97:3,4,
6,10,15,20
98:4,14 99:5
100:11,16
101:1,16
102:5,11,19
103:15 104:7,
11,12,18,19,
23,24,25
106:8,23,24
107:11,13,19,
24 108:7,15
109:1,2,11,
20,23,24
110:13,16,21,
22,24 111:6,
9,17 112:2,19
113:14 114:2,
13 115:11,13,
15 116:19
117:7,10
118:13
119:10,17,18,
24 120:22,24
121:20 122:23

123:1,19,20,
23 124:1,6
126:16 127:14
128:10,12
130:21 131:15
132:12,17,18
133:3 134:5,
24 135:1,5,7,
16,18 136:9,
25 137:4
138:25 141:23
142:2,16,24
143:5,7,9,19
144:9,12,17,
20 145:4
146:2 147:18
148:6,19
149:3,16,21
150:8,16,24
152:2,3,4,12,
14,18,23
153:3,5,7,13,
17,21,24
154:1,4,25
155:1,15,17
156:2,20,23
157:4,7,8,14,
25 158:7,9
159:4,10,12,
13,19,20,21,
25 160:2,16,
17 161:7,8,9,
15,16,19,21
162:8,12,22,
23 163:11,12,
16,20,23
164:1,10,14,
15,16,24,25
165:3,19,21,
24 166:3,11,
19 167:2,3,5,
7,8,13,14
168:3,7,8,13,
14,15,18,22
169:2,4,7,10,
12,14,16
170:1,11
171:13 172:8,
13 173:9,10,

14 174:2,15,
20 175:16,22
176:1,8
177:20 178:11
180:6,9
181:9,16,17,
20 182:10,15
183:19 186:2
187:12,22,24
188:14,23
189:21 190:8
191:13,15,22
192:5 193:9,
15 194:3,9,
14,23 195:9,
20 196:9
197:1,2,3,11,
12 198:16
199:3,4 202:7
203:4,18,25
204:5,15
205:21
206:12,15
207:23 208:4,
7,25 211:9,
11,21,24
214:7 215:16
216:12
219:15,21
221:11,25
222:2,9,15,20
223:7 225:18,
24 227:1
228:2,7,9,24,
25 229:2,3
233:5,8
234:17,21,23
235:11,14,19,
21 236:14,20,
24 237:4,5,9,
21

**in-house**
206:6
**inaccurate**
28:21 108:10
127:19 150:21
188:2,4,5
**inaccurately**
127:14

**inappropriate**
11:17
**Inc**  27:12,18
35:16 36:6
37:5 38:16
39:23 44:18,
21 45:4,7
46:17,23 49:5
50:4 51:4
60:11 61:21,
22 62:1,17,
18,20,22
63:23,24
101:24 107:23
108:7,15
114:1,6,20
115:9 117:14
123:3 129:11
130:8 131:8
182:20
**Inc.'s**  107:10
112:25 182:22
**incentives**
41:9
**incident**
141:18 143:19
144:10,16
**include**  59:15
75:17 79:8
106:8 152:13
190:10
**included**  69:2
96:11 132:3
**including**
125:22 135:23
146:2 147:23
187:23
**income**  63:25
91:25 102:6,8
124:1 128:10
132:20 133:1,
22 134:1,5,15
135:5,22,23
173:24
**incorporated**
8:10 39:23
40:24

**incorporation**
40:10
**incorrect**
84:25 90:24
**increase**
82:12 83:7,8,
21 84:7 85:3
90:22 92:10
109:24 151:3
153:16,23
154:4,5
155:15,17
156:9 159:20,
23 160:2
161:8,9,11,
15,16,19
162:22,24
163:12,18
164:1 167:2,
3,7,8 168:7,
14,15,18
169:3,4
171:24 172:3
175:6,10,16
180:21
**increased**
47:6,7 154:13
155:7,9,17
161:3 162:21
163:16,19
164:25 175:1
**increases**
82:3 84:17
109:23
**independent**
28:16 70:4,8,
20 71:1
221:18
**India**  12:24
13:2,23 14:3
15:23 16:2,14
17:12 18:16
20:23 24:25
25:6 181:16
182:10
236:14,20
**Indian**  13:16
15:24 17:19

indicate
  54:23 99:8
  176:6 204:17
  210:16
indicated
  65:11 146:13
  151:9 177:8
  193:1 198:14
  215:23
indicates
  39:22 40:6
  44:14 46:22
  47:5 53:4
  55:17 58:18
  62:1,5 63:24
  64:9 65:17
  76:6 81:10
  95:15 103:15,
  19 109:10
  112:19,23
  123:22 127:23
  128:9,15,24
  129:9,13,16
  130:8 131:1
  132:8 136:8,
  13,19,21
  169:25 179:19
  191:21 200:8
  201:15 204:3
  210:13 211:4
indicating
  62:25 138:9,
  16
individual
  53:18 54:21
  57:8,9,14
  97:12 122:18
indulge
  237:21
industry   18:8
Infinity
  187:25
info   23:11
inform   220:4,
  10
information
  21:21 23:2,4
  53:15,21 63:3

75:6 79:15
80:1 93:3,7,
17 102:3,15
103:23 121:9
130:5 143:18
144:2 184:5
191:25 195:1
201:4 202:12
217:8,14
218:17
informed
  141:24 220:13
infrastructure
  36:12,20
initially
  10:9 208:15
inquiries
  72:6 85:23
Institute
  25:9,11 54:11
Institutions
  39:21
intangible
  66:17,20,23
  67:1,21 94:24
  95:19 98:17
  131:5 132:4
intercompanies
  48:21
intercompany
  36:9,18,19
  101:4 113:23
  114:2
interest
  122:2
internal
  97:22 194:25
internally
  22:21 171:19
  223:25
international
  34:20 67:8
  96:15 110:15
Internet
  73:20,22 74:1
  93:15 125:5
  164:16 182:7,
  18 193:23

interpretation
  73:21
interrupt
  89:9
interview
  180:3,24,25
interviewed
  179:23,25
  180:8,12
into   31:5
  35:10 36:9
  90:22 147:23
  156:24 172:19
  194:15 210:21
  213:14 214:23
  215:3 218:23
introduce
  53:25 141:1
intuitive
  126:21
invest   19:14
  72:8 85:3
invested
  72:21
investigate
  186:23,25
investigating
  9:24
investigation
  9:22,23 10:2
investment
  21:9 27:1
  32:2,3 72:19
  228:23,24
  237:19
investor
  26:18,22,24
  157:17
investors
  27:3 81:10
  97:14 157:21,
  25
invoice   61:16
  140:12,22
invoices
  10:18,21
  51:25 61:15
  140:13,17

155:10,24
156:5 178:8,
10
involve   206:9
involved
  143:7,9
  187:12 206:25
involvement
  11:5
IP   44:15,21
  45:9,15
  62:18,19
  68:12 129:14,
  17
iphone
  226:17,18
  227:7,13,14
IPO   81:13
IRS   134:23
  135:6 136:8
Irving   12:17
is   8:2,3,10,
  13,14 9:2
  11:7 13:1,17,
  22,24 15:15,
  25 16:13,18
  20:7,20
  21:22,25
  22:9,13,15,17
  23:1,4,11,14
  24:3,18,24
  25:2,13,14,16
  26:4,5,12,17,
  22,24 27:1,4,
  6,7,8,9,13,
  16,20 28:1,2,
  5,6,11,15,17,
  18,20 29:2,
  15,18,20,21,
  23 30:15,22
  31:4,9,10,15
  32:13,24,25
  33:7,9,18,20
  35:19,25
  36:15,16
  37:2,9,21
  38:2,10,22
  39:1,7,10,13,

19 40:4 41:1,
13,17,21
42:4,22 44:2,
13,14,18
45:15,18
46:8,16,17,23
47:3 48:1,6,
8,9,11 49:1,
6,14 50:7,13,
24 51:10,19,
24 52:23,24
53:5 54:18
55:1,8,12
56:11,20
57:2,9,25
58:2,4,5,11,
20,21,22,23,
25 59:3,5,21,
23,25 60:1,3,
6,9,20,21
61:11 62:14,
18 63:21
64:15 65:25
66:1,10 68:2,
7,14,21
69:10,12,16
70:8,16 71:25
72:3,10,23
73:7,14,22
74:18,24
75:21 76:5,
14,18,21,22
77:19,22
78:23 79:1,
17,23,25
80:4,5,12,18,
20 81:6,21
82:8,15 83:22
84:12 85:3,6,
15,19 86:5,
19,24 87:3,25
88:1,19 89:6,
25 90:19
91:15,25
93:3,6 94:6
96:14,19,23,
24 97:10,14
98:9,10,20,23
99:1,14,16,

20,25 100:6,
23 101:6,9,
17,24,25
102:6,10,14
103:19,21
104:20 105:3,
7,10,13,16,19
106:1,4,11,17
107:9,10
108:3,14,24
109:17 110:6,
19 111:2,6,25
112:4,23,25
113:2,8,23
114:1,6,14,
17,19,21,25
115:2,8,17,23
116:1 117:20,
21,25 118:10,
11,13,17
119:1,22,23
120:2,3,13,
18,20,22,24
121:20 122:10
123:4,8,11,
17,20 124:12,
18,19 125:10,
12,13,16
126:10,11,13,
14,24 127:11,
18,22,25
128:6,16
129:6 132:7,
12,18 133:20,
21 134:22
135:21,24,25
137:18,21
138:24 139:6
140:9,16,20
142:11 143:1,
6,23 144:2
145:6,25
146:1,11,12,
15,20 147:1,
3,6,17,18,25
148:6,13
151:8,10,12,
15 152:6,9
153:2,13

154:14
155:11,15
156:15,17,19,
23 157:2,6,11
158:4,7,14,
19,23 159:13,
15 160:21
163:2 165:4,
10,16 166:18,
19 169:18
170:1,14,21
171:23
172:11,24
173:11,21
175:5,8
176:8,25
177:10
179:17,20
180:20 183:12
184:2,4,13
185:17 186:2,
10 188:2,5,
11,22 189:3,
22 190:5,6,
12,14,20,21,
23 191:2,5,10
192:2,5,7
193:6,9,22
195:17 196:20
197:7,13,14
198:8,11,12,
15,17,18
199:6,8,23,25
200:1,2,9
201:16,21
202:9,15
203:2,16,20
204:2,18
205:2,7
206:5,16,21
207:2 208:13,
15,16,19,25
209:3,7,8,10,
12,23,24
210:2,5,24
212:7 213:5,
6,18 214:3,4,
11,16,18,24
215:7,12

216:7,10
217:13 218:8,
18,19,21
221:9,10,14,
15,24 222:1,
2,7,8 223:17
226:18 227:4
228:12,22
229:19 230:4,
9,11,18
231:13 232:24
233:20,22,24
235:8,15,22,
24 237:22
239:2

**island**  197:1
**isn't**  69:13
93:4 111:4
114:5 115:23
208:6 215:15
**issue**  206:21
**it**  9:13,17,25
10:1,2,12,17
11:18,20,21
12:23 13:1
15:11,24,25
16:1,16 17:9,
15,16,20,25
18:8,23 19:5
22:6,9 23:19,
21,24 24:10,
13,18,25
25:3,15 26:3,
18 27:12,20
28:5,13,14,23
29:20,22
30:2,3,11,22,
23 31:5,9
32:20 33:6
34:3,10,18,
22,24 35:1,3
36:8,16 37:18
39:7 40:6,24,
25 41:20,21,
22 43:19
44:14,19 45:8
46:1,22 47:2,
5,14 48:19,23
49:4,8,20,24

50:3,6,16,17
51:13,22
53:21 54:20,
23,25 55:3,
17,20,25
56:2,18,25
57:1 58:11,
18,20 59:5,20
60:5,9,13,25
61:17,23
62:5,6,7,9,12
63:4,6,24
64:9,13,15
65:2,11
66:12,13,20,
23 67:15,19
69:1,7,16,21
70:20,22
71:9,10 72:3,
9,17,22,25
73:2,11,15,17
74:13,15,24
77:9 78:15,19
79:8 81:10,22
82:15 83:2,14
84:18,21,25
85:14 86:21,
24 87:23
89:3,13,14
90:17 91:4,
15,25 92:8
93:6 94:7,24
95:14,23
96:8,11 97:1,
8,24 98:23
99:8,25
100:4,21
101:3,6,11,19
102:7,14,17
103:8,15,18
104:6,17,21,
22,23,25
105:2,3,7,18
106:17,18,20,
22,23 107:11,
22 108:14
109:10,23
110:10 113:20
114:1 115:13,

15,17 117:3,4
120:18
121:22,24,25
122:2,21
124:1,23
125:17,18
126:7,10,11,
13,14,18,19
127:23 128:19
129:3,5,16,
19,21 130:1,
19,20,21
131:4,11,21
132:16 134:5,
9 135:22
136:19,21,24
137:1,6
139:4,22
143:4,17,19,
24 144:11
146:1,3,12
147:3 148:2,
4,13 149:2
151:9,12,21,
25 152:2,13,
14,20 153:2,
22 155:1,8
156:23 157:7,
8,16,23
158:3,9,10,
13,14,16,17
159:3,6
160:20 161:2
162:8,18,21
163:8,15,17
164:4,22
165:11 168:1,
11,16 169:25
170:3 171:6,
25 175:5
176:5,22
178:2 179:19
180:4,15
181:5 182:11,
24 183:12,18
186:12,16,20
188:17 189:7
190:7,13
191:7,21

192:13,22
193:19 194:2,
11 195:3
196:14 197:18
198:8 200:4,
16,24 201:22
202:11,20
203:19 204:2
206:12
207:10,14,16
208:6,23,25
209:12 210:5,
13,15,21,24
211:4,12
212:16,23
213:9,14
214:4,9,25
215:2,15,23,
24 217:13,22
218:19,23
221:9,19
222:22 223:13
225:12,18,20,
22 226:16,25
227:15 228:12
229:17 230:10
231:2,20,22
232:1 234:5
235:9,15,17,
21,22,23
236:15
237:16,23,24
238:10,17,19,
21,22 239:4

**it's**   13:23
15:8,23 16:5,
21 17:10,18
22:18,19 23:2
24:20,24
25:3,15
26:15,19,20
28:4,18
30:17,21
32:4,25 33:1,
4,20,21
34:13,18
35:4,5 36:10
39:14,15,22
43:11 45:10

46:11 47:18,
25 48:3
50:12,14,23
51:9 52:1,3,
5,9,15 53:16
54:13,22 55:2
57:6 59:22
60:4,7,8,23
61:5,6 62:25
63:6 65:23
66:23 70:10,
15 72:4
73:10,18
75:21 76:3
78:3,18,23
79:10 80:2,11
81:25 82:25
83:2,13,15
84:9,13 85:2
86:18 89:10
91:16 94:7,14
97:4,22
99:11,23,25
102:2,13,22
104:11,21
105:9 106:8,
15 108:9
110:4 111:13,
21 113:5
114:19 115:5
118:19 119:24
124:6,15,22,
25 126:14
127:15 129:25
130:1,10,12
131:3,13,15
133:3,5,12,14
134:24 137:1,
3,5,7,10
144:17 145:1,
19 146:20,21
147:4 148:21
150:22,23
151:13,17,19
153:6 155:20
159:16
160:19,24
162:14 163:8
170:3,6,17

173:4 176:17
183:7 185:19
188:6,7
197:5,10,24
199:15,23
202:4 204:7
206:23
207:20,25
208:3 209:13,
25 210:8,21
212:19 213:8,
20 215:9,10,
23 221:16
224:1,13,22
225:10 234:7,
9,21 235:9,
14,16,23
**item** 102:8
113:23
**its** 16:18
26:17 40:10
44:2 101:13,
25 117:7,11,
18 133:8
149:16 189:23
197:19
**itself** 31:1
72:24 200:5

---

**J**

**January** 54:14
73:5 92:15
160:24 185:9
186:9 194:24
196:4 198:15
199:5 217:25
218:9 221:21
222:2,9
223:2,3
225:18 227:17
**Jeff** 216:6,9
**job** 15:6,7
18:19 19:22
20:5,9,25
26:3
**jobs** 175:7

**Jochem**
203:19,20,22
**join** 19:3,9
**joined** 11:3
15:14 18:5,14
30:2
**jointed** 16:13
**July** 170:6
**jump** 83:19
153:13,16,21
167:16
**jumped** 47:19
102:12 155:25
156:1 162:18
164:10,14
**June** 185:9
**Juniper** 215:1
**just** 11:7,22
14:25 17:19,
21 18:12
19:25 20:3,6
23:1 26:11
30:8 32:21
36:13,25
38:2,15 51:3
52:22 54:14
56:20 63:23
64:3 65:16
69:18 71:16
74:15 78:5
79:9 98:5
100:14 106:13
107:3 108:1
115:2 130:1,
20 132:13
133:14 136:7
141:12 144:17
147:2 151:15
153:1 154:24
157:8,19
172:17 176:9,
22 178:19
179:4 190:21
202:24 204:10
208:14 209:7
214:11 218:8
219:7 220:17
221:25 226:23

228:12,13
229:2 230:10
238:25
**justified**
83:1

---

**K**

**keep** 12:4
17:11 22:2
24:5 35:22
39:14 52:5
55:13 57:19
66:6 70:3
97:24 111:14
116:24 127:6
160:13,25
**keeping** 215:9
**Kenny** 197:11
**key** 86:21
**Khukov** 139:24
140:17
**kind** 9:25
11:9 15:3
16:1 19:14
23:2 24:24
33:1,4 40:19
71:15 85:17
86:8,18
124:20 125:25
128:1,2
139:2,6
155:12 159:14
176:17
177:20,24
188:15,16
195:5 211:8
212:10 218:18
223:13 230:11
237:20
**kinds** 60:22
61:19 84:23
**know** 20:7
27:19 28:18
33:25 34:15
36:3 37:12
38:2 40:14
45:10,13

47:12,19,21
51:21 54:13
55:22 57:4,15
59:25 64:21
65:6,7,20
66:4 74:12
76:19 78:7
81:22 83:13
84:18 87:5
88:13 92:17
98:2 99:9,12
101:25 102:3,
11,22,24
104:4,11,14,
20 106:12
109:22 119:24
120:2,6,10,22
121:9 125:13
126:12,13
127:22,24
130:4 131:13
134:1 135:10
137:6,15
139:7,18,19,
23 140:1,4,
10,19 142:25
143:4 145:3,
7,13,16,17,24
146:5,6,12
147:2,7
148:24 151:3
152:4,5 154:8
159:9 172:4,
5,7,10 174:23
175:5 176:2,
3,8 178:6,7,
14 180:13
182:2,3,4,7
183:10,17
184:10 185:4
186:12,18,19
188:6 189:9,
13,25 191:7
195:4,15
196:2 197:3,
13 201:4
202:23,24
203:21 204:9
206:24 207:2

208:1,3,16
210:6 213:6
216:6 217:8
220:13,15,16,
22 221:4,6,7
227:3,6,12,16
228:22 231:4,
14 237:1
238:5 239:3
**knowing** 20:6
144:11 228:22
**known** 27:11
201:16
**knows** 145:14
**Kostantin**
192:12
**Kothari**
14:20,23
**KP** 69:18
**KPMG** 11:8,13
21:22,24
22:6,9 44:2,7
59:9 67:13,16
69:12,19,24
70:17 72:4
73:10,12 75:6
76:23 87:10,
13 90:17
93:1,3,7,17
94:16 96:23
97:21,25
111:21,22
**KPMG's** 98:6
99:11
**Kumar** 8:6
**Kumon** 126:19

---

**L**

---

**LA** 219:20,21
**ladies** 38:20
**laid** 18:11
20:4
**language**
57:23 192:16
**large** 49:25
50:9 84:17,23
85:17 120:19

154:4
**larger** 90:18
153:17 160:16
161:21
**largest**
161:8,15,19
164:15
175:16,21
**Lassally**
185:16,17
186:8 187:7,
17 199:24
200:2,5,21
201:5,13
203:17 204:3
**last** 23:21
54:12 72:20
77:18 79:13
80:24 81:4
86:20 89:1
110:13 113:23
120:8 122:24
125:18 126:17
138:3 147:9,
11,18 150:8
153:7 161:12
162:17,23
164:2,10,14,
25 171:25
174:15 176:23
189:7 192:5
193:21 195:25
226:12,13,15,
16 230:19
**lasted** 196:3
**late** 199:5
**later** 59:4
79:18 156:24
**latter** 143:20
**Lauderdale**
107:13,23
108:7
**launch** 82:1
193:7
**launches**
126:7
**lawsuit**
195:3,9

200:24
206:15,22,23
207:25
208:12,14
215:16 225:20
226:1 227:2
**lawsuits**
207:23 208:8
**lawyer** 38:1
174:24 237:16
238:19
**lawyers** 175:2
**lay** 19:24
35:2
**layman's**
45:14 47:24
110:21
**Lazier** 8:19
89:7,10,13,15
101:21 103:6
107:2,6
123:9,11
124:8 136:4
138:3 146:19,
25 181:3
201:9 205:19,
21 230:14
**lead** 233:22
**learn** 122:7,
12 139:11,24
154:10
181:10,14
**learned**
124:25 143:24
181:6
**lease** 34:5,13
35:4,8 63:3
105:8,9
186:4,6,7
193:20
209:13,14
211:5 213:12,
14,16,18
214:23 215:4,
20 216:5
**leased** 34:9
**leases** 21:9
130:16 131:5

132:3 194:15
**Leaseweb**
177:12
**Leaseweb.com**
158:19
**leasing** 21:6,
8 34:22,23
35:12 46:6
166:12
185:19,20,23,
25 193:7,8,
21,25 194:14
196:2,8
197:18 200:5
204:25 205:5,
6,9,10,13,15
209:13 210:9,
10,11,22
211:1,11
212:3 213:7,
8,20,23,24
**least** 139:4
149:10 171:18
176:7 190:13
204:17 210:16
**leave** 17:2
18:6,10 19:4
70:20 236:8
237:4,18
**left** 191:20
231:7 237:22
**left-hand**
229:18 230:25
**legal** 8:14,15
15:22 28:13,
14,22 37:12
39:15 174:25
189:8,10
190:23
**lend** 202:14
**lender** 204:24
223:21
**lenders** 21:5
31:22 183:3,
25 193:1,4,5
**less** 11:6
90:17 114:6
118:21,23,25

119:14 142:2,
4 144:5,8
150:22 169:6
175:12 178:25
182:18
184:15,17,18,
19 212:1
223:3
**let** 40:3
47:22 125:12
188:16 207:7
221:25 229:5
238:8
**let's** 14:14
37:14,19
39:16 44:10
46:13,20
47:16 52:4
53:23 57:21
59:8 61:25
63:11,23
65:16 66:9
67:20 68:19
71:22 72:23
76:4 81:6
82:5 83:16
84:10 86:19,
20 88:25
94:5,11,23
95:8 96:6
98:25 99:1
100:1,2,13
101:20,23
102:4,25
103:5 104:16
105:17 106:15
107:1 109:6
110:4,9
111:25
112:15,18,22
113:20 116:5,
12 118:9
121:19 123:7,
18,22 124:3
126:6 128:3,
12 129:8,13
130:6,25
131:22 132:15
136:1,6,16,17

137:12 140:2
141:1,4 146:7
148:3 151:7
152:22
154:23,24
156:11 158:2
159:18 179:2
185:8,9,12,18
190:24 194:8,
18 200:19
205:17 209:18
216:22 227:24
238:8
**level** 13:10
33:23 42:2
45:20 69:10
70:21,23 71:1
97:7,24 116:3
154:23
**levels** 77:10
**liability**
34:23 48:3
**license** 14:4,
5,12 25:16
**licensed**
14:2,8
**licenses**
131:5 132:3
**like** 11:15,
19,21 15:7,8
17:12,18,20
21:18 23:10
24:2 25:15
26:7,8 33:18
34:13 37:18
43:11 52:3
54:25 56:25
57:1 59:18
60:2,4 61:11
63:10 69:16
70:14,15
73:10,18
78:5,18 83:13
98:3 99:13
100:21 102:16
105:2,16
109:3,23
129:3 131:13
132:5,14

137:1,6,9
139:10 143:19
144:3 148:4
149:2 153:2,
22 154:16
159:16 163:8
166:18 177:15
182:11 186:9
198:8 202:10,
11 203:6
207:9,12,21
208:3,13
209:25 211:12
212:21 217:22
228:9 233:6,
25 235:9
238:15,25
239:11
**likely** 41:12
147:22
**limited**
14:21,23
31:14 32:8,
11,22 35:20,
24,25 37:2,3,
4,22 54:24
70:4,9 94:8
101:16 130:9
134:13
**Limited's**
94:12
**line** 24:14
25:8 26:19
28:24 102:8
106:8 113:23
128:25 129:9
132:8,11
136:20 200:9,
12
**Linh** 191:5
**link** 182:5,9
187:18
**links** 202:9
**list** 26:3
38:3,17 54:20
67:10 68:12
213:7,8
**listed** 44:17,

18 45:9 99:14
101:25 102:10
131:19,20
149:10 229:21
**listened**
219:7
**listing** 67:24
158:3
**listings**
230:24
**lists** 66:20,
23 107:12
**Literally**
121:4
**little** 18:12
31:22 82:1,
12,16 83:7
103:2 119:14
149:6 153:17
158:24 159:2
161:21 162:21
165:10 175:12
**live** 12:16
17:9,16
166:19
**lived** 12:18
13:1
**LL** 200:1
**LLC** 40:7,9,23
**loan** 128:25
130:12,14,15,
20,22 137:5,
7,10 206:9
207:3,4
208:20 209:1
**loaned** 130:8
**loaning** 131:8
**local** 189:13,
15
**located** 27:6,
7 43:11 45:24
**location**
44:6,7,8
166:21
**locations**
38:12
**London** 193:7

long  12:18
16:23 18:25
41:1 71:13
146:3 234:16
long-term
126:20
longer  231:10
look  24:13
37:19,25 38:6
44:16 48:14,
22 53:17
55:14 58:12
60:9 61:25
62:5 65:16
69:16 77:18
82:5,14 83:3,
16 84:10 85:5
86:19 90:1
92:22,23 93:1
96:6 98:25
100:14 101:23
102:8,16
103:18 104:16
109:25 113:20
118:9 122:16
126:6 128:19
130:25 131:22
137:1,9 151:7
152:22 153:12
155:6,10,24
156:4 166:18
179:19 182:5,
7 183:2 190:7
207:16 209:18
looked  166:23
looking  20:9
40:19 47:15
53:12 55:8
59:11 72:7
76:19 77:17
83:14,22
85:14,25 95:7
116:3 121:19
130:21 132:14
147:20 150:22
202:5 207:7
212:3 218:17
looks  23:10
24:2 30:13

37:18 56:25
57:1 61:23
63:10 99:13
100:21 105:2,
16 109:3,23
129:3 137:6
143:19 148:4
149:2 153:2
163:8 198:8
202:10,11
203:6 211:12
238:15
lose  184:6,12
losing  143:6
loss  47:3
56:4 64:10
65:11 106:20
112:20 119:4
123:24 136:8,
14 142:24
143:14 146:2
156:25 220:2
lost  56:23
73:4,8,13
74:17 92:14,
19 93:9
115:15 145:4
170:14 183:15
184:5,10,22
185:1 216:8
lot  32:2
47:14 51:25
75:22 79:25
85:11 87:19
157:11,12
166:13,21
193:6
loud  69:1
low  142:8,11,
12 178:15
low-cost
99:24
lower  166:13
173:2 174:10,
18,19
Luchian  42:21
Lukashenko
27:5

lunch  89:8
91:13,17
luncheon
91:20
Luxembourg
31:25 32:1,5,
9,15,20
135:14 187:25

———————————

**M**

———————————

made  53:8
62:1 76:14,18
87:13 88:1,24
89:3 90:8,15
99:5 115:13
119:25 120:8
138:16 142:1
153:3 159:4
174:15 193:19
196:14 209:21
mailing
108:25 109:3
main  24:4
57:5
maintain
113:10
major  51:24
143:6 190:21
majority
49:25 50:9
make  21:10,11
32:22 51:17
84:16 86:8
88:23 90:11
121:11,13,16
125:23 126:1,
20 131:12
133:18 135:16
142:17 151:15
218:8 227:22
makes  133:15
making  77:19
85:6 122:8
man  198:9
management
23:1,2 60:23
61:12,18 69:2

96:11
manager  16:17
18:14 27:24
81:11 191:13
197:9 207:6,
15
managerial
130:17 132:5
managers
207:2
manufacturer
35:12 214:18
many  24:7
27:21 33:25
34:8 36:23,24
41:8 52:1
56:4 60:22
73:23 74:14
77:20 78:20
83:2,22,23
161:1 193:8
194:1 196:2
212:9 215:10
216:2
March  209:22,
25 210:2,14
margin  50:25
51:2,6,7,15,
19 166:21
218:19
mark  89:14,16
234:2,5 238:8
marked  23:7
28:9 37:15,18
39:17 40:1
44:11 46:14,
20 52:22,25
54:16 63:18
71:23,25
89:13,15,17,
25 94:3 96:1
103:11 107:7,
16 112:16
116:17 118:7
123:14,17
124:10 126:4
128:4 136:2
137:25 146:8

151:5 156:13,
15 179:12
185:13 187:14
190:3,25
191:2 198:5
199:18 200:17
201:10,18
203:14 204:13
205:25 209:4,
7 213:2 229:6
230:16 234:8
238:6

**market**  39:15
51:5 67:10,19
68:11,13
73:18 82:2
85:3 86:4
88:3 93:12,14
111:19,20
218:16,20
222:20

**marketed**
190:14

**marketing**
73:3,12
231:10

**Marketwired**
127:22,24,25

**markup**  51:10

**Martin**  185:16

**Massachusetts**
233:8

**master**  13:17,
19,21

**matter**  8:9
67:4,6,8,18
180:23 235:16

**maximize**
187:8

**may**  8:3 27:19
50:6 52:8
78:5 88:5,7,
20 104:21,22
130:14
144:17,20
164:11 171:21
175:22 176:22
178:19 183:20

206:20 209:17
210:3,15
222:16 227:6
230:3 232:5,
23

**maybe**  31:15
61:5 65:4
66:3,8 73:18
74:1 102:2,22
111:1 119:14
121:18 129:22
132:6,9 135:8
137:2 139:7
151:3 152:4
155:11 168:15
188:20 196:15
211:13 225:21

**MBA**  24:21
25:2,3,4

**Mcclatchy**
187:18

**me**  9:19 10:1,
15 17:17
19:12,16
20:2,15 21:25
22:5 29:15
40:3,25 52:8,
9 55:23 60:8
61:20,23 78:9
84:5 90:25
98:7 102:19
104:5 105:2
108:5 120:5
121:10 124:8
137:6,9 142:7
145:13 150:20
152:4 155:13
170:19 177:13
180:9,16
181:14,19,22
182:1,2,5
183:3 186:20
188:16 189:12
192:12 193:22
197:10 203:2
207:2,3,7,14
208:16 214:7
216:17 217:24
219:12 221:25

223:19
227:10,11
229:5 236:15
237:5,25
238:8

**mean**  24:23
25:10 30:20
33:3,9 35:9
36:11 45:15
47:24 48:1,18
57:24 62:6
73:17 75:14
78:12 87:23
92:16 101:15
105:11,21
111:2 124:24
125:17 143:5
149:13 162:1
171:4 177:14
184:12
188:12,18
222:14
223:14,19
234:4

**meaning**  12:13
28:18 68:8
171:21 237:9

**means**  28:23
35:10 47:25
48:3 63:8
76:9 78:13
101:6,12
129:21 137:15
142:13 188:14
202:23,24
210:7

**meant**  33:4
92:23 127:10
196:19

**measures**
192:2

**media**  128:2
179:21 180:3,
8,19

**meet**  62:15
219:14,19

**meeting**
201:25 203:7
216:18

**Megaupload**
71:8,14,17,
18,20 73:5,9,
14,19 74:8,
10,18 92:15,
20 93:10

**Melior**  99:15

**member**  15:19

**members**  125:1

**mention**  54:3

**mentioned**
198:12 208:14

**met**  138:25
191:22 197:4
203:9 217:16

**Meta**  37:9,10,
13

**Methbot**
137:14,17,21

**method**  50:23,
24,25 90:21
218:22
221:13,15

**Miami**  8:5,12

**Micro**  215:1

**middle**  73:2
229:17

**might**  86:6
146:3 164:4
180:11 208:7,
8 224:20

**Mighty**  236:19

**million**  47:6,
8,10,18 48:15
49:1,14,18,22
55:23 56:12,
14 58:20,22
59:21,22,23
61:1 62:2,6,
9,23 63:9
64:16 65:19
67:1 76:12
77:1,4 82:8,
13,19,22,23
83:6,7,17
85:7,12,13,19
86:25 87:22
88:9,11,16,

23,24 89:4
90:4,5,7,9,11
91:1,2 92:9,
10 94:14,15,
16,18,21
95:3,16 96:19
100:15,21
101:6,7,16
102:11,12
103:2,3
104:19
109:12,14,17,
18 111:17
113:24 114:2
116:20,22
117:7,11,21
118:1,14,17
119:1,10,17
122:23
129:17,20
130:9 131:2,
4,9,10,24
132:8 136:19,
21,24 142:24
144:13 148:6,
8,11,17,21
149:3,6,11,
22,25 150:5
153:14,25
154:1 155:1
156:2 159:21
162:13,19
163:17 165:5,
10,13,16,22,
24,25 166:5,
14 167:1,16,
17,22,23,24
168:4,5,8,14,
15,19,22,23
169:3 170:16,
17 171:13,24,
25 172:8,14,
20,25 173:10,
15 174:3,10,
18,19,21
175:3,8
198:16 199:4
200:9 218:14
221:21 223:4

**mind**  81:23
**minus**  114:13
**minute**  198:20
**minutes**  141:5
   233:7,11
**misdemeanor**
   235:5,6,20
**Mishra**  8:6
   9:7 92:7 94:6
   126:19 141:12
   198:8 234:11
**missing**
   155:11
**mistake**  80:16
   108:25
**mistaken**
   189:6 194:7
**mix**  68:12
**model**  85:21
   86:2
**modestly**
   154:5 155:17
**Moe**  179:20
**moment**  141:3
   179:3 193:21
   217:21
**money**  10:21
   48:1 62:25
   83:11 114:21
   121:11,13,16
   122:8 129:22
   133:6,15,19
   134:5 135:1,
   7,18,19
   140:4,10
   143:7 145:3,
   25 155:3
   156:3 202:14
   237:2,10,11
   238:4
**monitor**
   192:6,9,19
**month**  17:10,
   12 63:3 75:1
   77:19 142:14
   143:15 146:1
   148:1 153:7
   154:1,4,16

155:12,14,16
163:20,22
171:20 177:2,
6 195:4
215:11
**monthly**  22:25
   23:3 29:20
   75:1 142:12
   146:2 151:13
   154:16 160:19
   176:16,17,18,
   25
**months**  20:15
   144:12,25
   147:14 153:4,
   18 162:17,23
   164:2,10,14,
   25 170:4,15
   171:6,7
   176:23 196:3
   234:17
**more**  11:5,22,
   23 22:22
   26:2,24 30:13
   33:2,3,21
   41:7 43:25
   59:5 78:4,22
   82:1,3,22
   83:10,21
   114:6 117:14,
   23 118:3
   120:7 123:2
   150:12,16
   157:17,24
   160:5 162:4
   163:5 166:14,
   15 178:24
   182:10 201:16
   212:1 221:17
   238:1
**morning**  8:1
   9:7 201:23
**most**  35:14,
   17,19,20 36:4
   53:9 78:2
   99:8,13 125:5
   177:11 236:6
**Mostly**  224:1

**motive**  180:19
**move**  12:20,
   22,24 40:10
**moved**  12:19,
   21 20:24 21:1
   109:2 191:20
**moves**  133:6
**moving**  11:1
**Mr**  8:18,19,
   22,24 9:7,13
   10:3,6,7,23
   12:4,7,10
   14:2,24 15:18
   21:13 22:11,
   14 23:9 24:5,
   9 25:8 26:2,
   11,22 28:11
   34:17 35:2,7,
   22,25 37:17
   38:11,15,24
   39:1,12,16,
   19,25 40:3,
   12,14,21,22
   41:3,5,15,16,
   19,25 42:7,9
   43:13,18,21
   44:10,13
   45:2,14,25
   46:1,13,16
   49:7,12
   50:22,24
   51:16,17
   52:8,10,11,
   13,15,16,22
   53:3,11,14,
   24,25 54:2,6,
   9,18 55:13
   57:15,18,21
   58:24,25
   60:20 62:11,
   17 63:11,20
   64:8,18,22,24
   65:1,3,5,12,
   13,14,16,22,
   25 66:2,6,9
   67:3 68:3,4,
   5,8,19 71:3,
   19,20,25
   72:18 73:16

74:4,5,7,11,
16,20,22,24
75:3,5 78:11,
25 80:6,7,8,
11,13,16,17,
23 81:1,3
83:12 86:16
88:17,21,25
89:6,7,8,10,
12,13,14,15,
19,21,22,24
90:8 91:5,10,
12,15,16,17,
23 92:7
93:11,16
94:5,6 95:13,
14 96:2,4,6
98:13 99:19
100:8,10
101:21,22,23
103:6,7,8,9,
13 104:6
105:6,9,15,17
106:7 107:2,
3,5,6,9,15,
18,25 108:3,
12,14,17,22
109:6,7
112:18 114:8,
10,19 115:4,
6,21 116:2,5,
12,19 117:2,
3,5 118:9,25
120:9,12,14,
16 121:2,3,4,
6,14,16,17,19
122:4 123:6,
8,9,10,11,16
124:3,4,6,8,
9,12 125:15,
16 126:6
127:6,9
128:6,24
130:14 132:25
133:1,9,11,
14,17,18,22,
24,25 134:2,
4,7,9,11
136:4,5,6

137:12 138:2,
3,4,5,12,14
139:9,11,24
140:17,18,20
141:1,3,12,14
142:21 144:22
146:4,6,7,10,
16,18,19,21,
25 147:2,4,5,
6 151:7,21
152:2,7,19,22
155:5,8,19
156:6,8,11,15
159:1,3
160:15 164:5,
7,17,19
165:1,3,21
166:16
169:17,18,19,
20,22,23,24
170:21 171:2
172:9,12,24
174:12,14
175:4,7,11,
12,13,15,18,
20,22 177:16,
19,22 178:1,
11,13,18,23
179:1,2,3,13,
17,20 180:2
181:3,4,5,9,
12 183:22
184:3,24,25
185:12,15,17,
18,21 186:2,8
187:4,6,7,16,
17 189:18,20,
24 190:1,2,5,
16,24 191:2,
5,18 192:14,
23 194:23
195:19 197:5,
8,16 198:7,8
199:3,20,21,
24,25 200:2,
19,21 201:5,
8,9,12,13,20
202:11,13,16,
18 203:16,17

204:3,14
205:17,19,20,
21 206:1,16,
20 207:17,24
208:1,11,18,
21 209:1,6
211:12 213:4
215:21,23
216:2,6,15
217:4,5,9,13,
14 218:5
219:1,4,9,14
220:1,5,7,8,
10,14,19,23,
25 221:9,12,
14 222:4,6,7,
10,13 223:9,
10,12,14,16,
19 224:7,22,
25 225:1,12,
15 227:25
228:21,24
229:14 230:7,
14,15,18
231:18,19
232:18,22,25
233:2,5,12,18
234:4,6,7,10,
11,24 235:2
239:7,13,15

**MRR**   160:19
**MS**   8:20
**much**   47:13
48:4,6 56:2,4
61:11 78:10
83:9 85:3
86:1,3 90:18
99:8 139:14,
23 140:4,10
142:4,8 143:7
144:8 145:3
154:18 167:3,
7 170:8,9
182:10 184:20
205:1 218:23
**multiple**
39:10 41:10
221:10

**must**   29:5
41:11 123:1
**my**   19:11
20:9,24 23:10
39:13 43:13
51:23 60:9
73:21 77:19
79:15 80:16
85:15 98:20
112:24 132:7
134:22,25
135:8,13
140:1,6,12
149:18 154:7,
12 155:6
159:6 160:21
170:14
176:10,16
181:19,20,21
182:4 183:2,
5,25 186:14
189:11 198:18
205:4 207:4,7
219:15 222:23
227:20 230:11
232:3 233:19
235:21 237:16
**myself**   222:23
229:25 230:2

---

### N

**Nabiha**   8:20
**name**   10:4
15:15 28:6,15
30:5,7 32:6
37:7,12 61:19
181:20 185:6,
21 190:8
193:19 197:3,
10,13,14
198:12,16
216:10 222:20
230:11 232:3
**named**   52:23
198:9 202:7
203:4
**names**   196:22

Naspin   236:19
Natalia
  231:2,10
  232:10
Nathan   8:18
national
  203:22
natives
  146:24
natural
  126:24 127:11
nature   21:9
  49:8,9 50:3
  214:3
near   88:15,23
nearly   167:2
necessarily
  129:25 234:7
need   12:4
  24:5 25:20,21
  35:22 36:25
  50:15 53:17
  57:16,19
  66:5,6,8
  70:14 75:3
  77:13,16,22
  78:6 88:14,16
  116:25 123:13
  127:6 192:22
  200:7 207:8
  229:8 237:2
Needs   184:19
negative
  117:25 132:18
  135:24
negotiation
  72:10 86:18
  87:4
negotiations
  72:19
Neither
  127:20
net   46:25
  47:1,2,3 53:4
  55:6,18
  56:11,16,20
  57:1 100:5,11
  106:19 112:20

116:22 117:12
121:23 122:5
132:17
148:10,11
149:22,24
150:12,15
165:25 168:23
171:15,17
172:20 173:2
Netherlands
  186:2 191:16
  193:13,14,16
  194:3,10
network   59:5
  111:15 124:21
  125:3,4 186:7
  213:22 214:9
never   24:18
  71:21 93:6
  97:6 120:12
  141:19 143:12
  163:10,12
  164:9,22
  184:11
  186:22,25
  193:23 208:14
  210:18,19
  235:24
  238:11,12
  239:4
new   30:7
  40:18 61:6
  142:8 144:6
  160:21,25
  183:24 193:20
  196:2 198:15
  201:1 210:10
  226:15,16
news   71:13,16
  74:15 201:22
  202:20
newspaper
  238:9,11
next   14:16
  16:12 18:4
  19:2 24:21
  25:8 27:4
  28:24 44:10
  46:13 49:20

52:4 71:22
78:4 79:12
84:22 89:14
92:12 94:5,23
100:25 102:4
104:6 107:1,
15 109:6
124:3 126:6,
17 139:9
141:1 146:7
150:11 151:7
161:21 162:4
177:2,6 179:2
181:3,25
185:12 190:2,
24 200:19
201:8,20
206:1 227:24
231:24 239:13
night   181:17
nine   77:19
Nineteen
  123:11
no   8:8 12:1,
  12 13:21
  14:7,10,13
  16:9 17:8,25
  18:12,24
  19:23 20:24
  23:7 24:12,20
  26:14,16 28:9
  30:13 31:8
  32:21 36:13
  39:17 40:1,25
  42:8 44:11,
  19,24 46:10,
  14 47:15,20
  48:3 52:25
  53:16 54:16
  55:10,12,16
  56:8 57:6,16
  63:18 65:15
  71:23 72:21
  75:3 76:24
  78:3,12,20
  79:10 80:2,11
  81:20 85:21
  87:12,18,20
  88:8,11 89:17

90:20 94:3
97:17 99:16
102:13 103:4,
11,22 104:13,
15 106:10
107:7,16
108:13 110:3,
18 112:6,16
114:9,23,24
115:7,11
116:17 118:7
119:25 120:8,
15 122:25
123:14 124:10
125:17 126:4
127:13,20
128:4 133:10,
11,15 135:8,
11 136:2
137:16,17,19,
20,22,25
138:7 139:13,
16,20 140:24
142:6,19,22
143:2,3 145:5
146:8 149:20
150:2 151:5
152:25
156:10,13
164:8,20
165:2 166:15
167:9,10,12,
13 168:2,12,
17 169:1
170:3,14
172:6 176:9,
24 178:3,14
180:1 181:1
183:12,17
184:1,8,15
185:10,11,13
187:5,13,14
188:25 190:3,
25 191:8
192:21 193:10
195:25 196:17
198:5 199:17,
18 200:17,25
201:10,18

202:3,17,18
203:1,14
205:4,8 206:9
209:4 211:17
213:2 214:22
215:18,23
217:10,12
220:12,21,24
221:3,8
226:10 227:23
229:6 230:8,
16 231:10,16
232:6,14,16
235:4,7
238:6,21
**nobody**  222:17
228:17
**nod**  57:19
**nods**  14:1
22:20 29:3
34:4 65:8
68:18 74:23
75:2 81:15
96:5 113:22
117:1 139:5
150:7,19
152:11 236:3,
13
**none**  117:18
119:21 120:20
212:23 238:21
**normal**  59:18
62:14 176:12
**normally**
23:15 41:4
62:14 63:6
147:9 152:8
173:3 176:25
177:2 184:1
**North**  23:24
24:3,10
**Nos**  37:15
179:11 204:12
205:24
**not**  9:9,11
12:8 13:16,23
15:7 16:5
17:18,23

18:23 24:18
25:4 26:15
27:10 28:22
31:9 33:13
35:5,18
36:10,23,24
43:23 44:18,
21 45:20
49:24 54:13
55:23 58:5
60:7 64:9
69:10 70:6,
15,22 71:15
73:14,17
74:17 76:18,
22 77:11 78:6
83:10 84:23
85:18 86:7
87:11,16,23
88:12,21
90:20 96:14
97:10 98:7
104:5 105:14
106:4,8 111:1
115:3,5,17
125:5 126:23
127:10,14
129:22,25
130:12,14
132:13 137:5,
7,9,17 140:7
141:20 142:1
145:13 155:14
161:20 162:8
163:8,18,21
164:3 167:2,
7,10 169:25
170:3,6
171:11,17,18
173:11 176:22
178:1,25
181:4 184:22
185:2,5
188:7,18,20
189:6,21
190:20 191:6,
18 192:7
194:7 199:16
204:4,15

206:23 207:25
208:3 210:8,
21 211:13,16,
21 212:13,16,
19 214:16
215:19 216:3
217:7 218:23
220:9 221:10
222:15 223:21
224:1,3,5
232:24 233:1,
3,22 235:21,
23 237:1
238:19
**note**  47:22
48:14,22
49:21 59:20
61:25 67:21
69:4 99:1
113:20 210:1
233:19
**nothing**  9:3
176:2,4
182:4,17
210:15
**notice**  20:8
**notify**  189:17
**November**
79:19 80:4,
18,19 156:20
158:7 159:19
165:4 166:3
173:9
**now**  8:1 12:16
47:14 54:10
64:8 70:1,7
71:21 72:9
77:8 78:9
82:25 97:3
100:18
101:24,25
109:22 120:1
121:22 123:6
148:3 151:8
152:23 153:2
156:12,22
159:19 171:7
172:4 175:22
190:8 193:1

224:13 225:14
236:18
**nowadays**
218:21
**number**  28:14
38:1 56:14
58:16 60:9
62:5 66:14
68:6 70:6
75:11 76:5,
13,15,18,22
77:13,22,23
83:3,15 89:6
95:19 98:8
102:16 103:10
106:15 110:23
111:23 122:4
123:8 124:5
135:24
142:21,25
146:17,20,22
147:1 170:6,
7,15 173:3
181:19,20,21
187:8 194:16
209:23
**numbered**
210:21
**numbers**  34:10
47:9 55:3
56:15 75:12
76:20 77:14,
25 78:22
84:14 88:4,5
93:5 98:3
106:13 112:5
116:4 132:14
153:12 155:20
157:9,10
159:13 174:9
212:6

_____

O

_____

**OBH**  177:12
**objection**
22:11 34:17
38:11 39:12,

25 40:12
41:3,15,19
42:7 43:18
45:25 49:7
50:22 51:16
53:11 58:24
62:11 64:18,
24 65:3,12,
14,22 66:2
67:3 68:3,4
71:19 73:16
74:11,20
78:11 80:6,8,
23 83:12
88:17 91:5
93:11 96:2
100:8 105:6,
15 107:25
108:12,17
114:8 115:4
116:2 120:9,
14 121:2,3,
14,17 125:15
132:25 133:9,
17,24 134:2,
7,11 138:12
140:18 146:4,
16 152:19
155:5,19
156:6 159:1
164:5,17
165:1 166:16
169:17,18
172:9 174:12
175:4,11,13,
18 177:16,22
178:13,23
183:22 184:24
187:4 189:18,
24 190:16
202:16 207:24
208:11 221:12
222:4,10
223:9,12,16
224:22 225:12
228:21 231:18
232:18 233:19

**obscured**
106:16

**obtain** 25:17
114:25 204:21
212:17,19
**obtained**
54:10 213:8
**obviously**
42:25 71:5
81:1
**occasion**
236:10
**occurred**
50:10 90:19
120:12 151:2
**October** 78:17
80:19 170:7
**of** 8:2,5,6,9,
11,13,15
9:17,25 10:4,
18,24,25 11:9
13:10,17,25
14:11 15:3,19
16:1 18:10,
14,19 19:6,14
21:9,13,17,21
23:2 24:24
25:11 26:13,
18,23 28:24
30:21,23
31:6,9,10,22,
24 32:2,6,18,
22,25 33:1,4,
23 34:16,18
35:3,17 36:5,
8,15,17 37:2,
7,9,21 38:3,
4,7,9,18
39:9,10,20,21
40:5,10,19
41:2 42:4
43:3,9 44:5,
17,20 45:8,
10,13,22
46:2,16,23
47:3,14,17
48:4,8,22,23
49:1,4,5,8,9,
14,16,22,25
50:1,3,9,14
51:5,24,25

53:9,21 54:5,
11,20 55:6
56:15 57:1,24
58:2,14,19,21
59:3,7,15,17,
21,23 60:3,8,
20,22 61:1,2,
3,15,19,21,22
62:2,25 63:7,
8 64:10,11,
17,19,23
65:11,18,19
66:16 67:10,
24 68:6,8,11,
12,21 69:3,6,
7,9,11 70:4,
8,16 71:15,16
72:10,24
73:2,5,9
74:7,9,13,18
75:6,12,21,22
76:2,4 77:9,
10,19,23,24,
25 79:10,12,
25 80:24
81:16 82:12,
14 83:8,11,
13,23 84:6,
15,23 85:12,
17,22 86:1,8,
18,20,25
88:14,19 89:2
90:12,18,21
91:7,24
92:12,14,15,
20 93:1,8,9
94:18 95:8,
15,16,21,22,
25 96:8,12,
15,18,20,23
98:17 99:2,
10,16 100:2,
6,13,15,20,22
101:3,17,24
102:9,10,13,
17 103:16,19
104:8,17,23
105:14,23
106:20,21

107:10,11,12,
19,22,23
108:4,6,11,
15,23,24
110:4,7,11,24
111:16 112:5,
12,20 113:1,
8,10 114:5
115:23
116:13,14,20,
22 117:6,15,
18,24 118:4,
19 119:6,7,
20,21 120:5,
6,7,17,19,20,
25 121:7,10,
22 122:13,15,
19,23 123:23,
24 124:6,20
125:5,13,18,
25 126:11,17,
20,24 127:11
128:1,2,15
130:18 131:4,
18 132:17,19,
24 133:1,12,
16 134:5
135:8,12,14
136:9,14
137:20 138:8,
15,20,22
139:2,6
140:3,9
141:5,16
142:23,24
143:13,20
144:9,16,20
145:4,25
146:2,21
147:10,11,18,
23 148:4,10
149:2,14
150:9,25
152:20 153:4,
7,14,17,18,21
154:3,6,7
155:3,12,18
156:9,25
157:2,12

158:7,13
159:12,13,14,
19,21,23
160:6,8,12,13
162:11,17,23
163:11,19
164:2,10,13,
14,25 165:7,
15,25 166:3
167:3,7,19
168:5,21,23
169:3 170:10,
11,20 171:15,
24 172:13,20
173:12,15
174:3,15
175:6,22,25
176:1,17
177:6,10,11,
20,24 178:7,
11 179:20
180:7,15,19,
21 181:20,21
182:14
183:10,15,19,
20 184:5,6,7,
23 185:1,5,6,
19,20,21
186:17 187:8,
19 188:16
189:1,7,16,22
190:7,14,21
191:9,25
192:18
193:16,18
194:9,16
195:5 196:7,
22 197:3,11
198:11,12,16
200:2,4,9
202:13 203:23
204:5,11,14,
21 205:2,4,12
207:17,22
209:13,17
211:8,11,13,
16 212:8,10,
23 213:7,10,
11,12 214:3,

7,12,17,24
215:4 216:10,
11 217:25
218:6,9,18,19
219:17 220:2,
19,22 221:4,
21 222:3,9,
14,16 223:2,
7,11,13,15
225:2,5
226:23
227:13,16,22
228:1,19
229:14,17
230:11,24
231:19,24
233:23 234:8
235:3,5,12,
14,19 236:21,
23 237:7,10,
11,17,20
238:19,21
239:4,5,17
**off**  18:11
19:24 20:4
25:22 52:14,
17 63:11,13
91:18 94:21
116:5,7
141:4,7 142:3
146:20 149:17
154:7 163:22
170:20,23
179:4,6
197:25 198:23
216:22,24
229:8,10
233:6,13
239:9
**offer**  41:5,7,
11 45:4
159:8,17
162:5 177:25
178:2,6
190:22 194:13
**offered**  31:24
**offering**
44:21 207:17

**offers**  33:8,
11,12,16 45:7
162:7 188:15
190:18
**office**  18:16
24:4 27:10,
16,22,23
38:14,17,18,
19,22,23
39:2,6,7 43:6
93:18 109:1,2
196:25
**officer**
197:12,15
200:1
**offices**  24:7
39:9 46:9
**often**  22:17
124:20 125:3
144:22 224:1
**okay**  11:7,15
12:16 13:5,9
15:3,12,24
16:25 18:10
19:18 20:10,
16 22:14
23:17 24:9
25:19,21
28:20,24 29:7
31:20 32:6
33:7,9,15
34:3,7 35:19
36:11,15 37:5
38:6,15 39:1,
9,16 40:22
42:9,24 43:2,
19,21,24
44:4,9,20
45:7,14,23
47:10,16,21
48:14 49:24
52:4,7,9,15
53:8,23 54:6,
9 55:9 56:18
58:7 59:8,19
63:5,8 65:9,
25 66:9
67:20,22
71:3,5,22

72:23 74:16
75:12,24
76:4,21 77:24
78:8 80:4
81:1,3,5,19
83:5,16 84:10
85:5 86:10,16
87:6,24 90:16
91:10 93:6,20
94:5,15 96:4,
8 97:11,19
98:18 99:13
101:15,23
102:4,25
104:16 105:9,
17 107:22
109:14 110:4
112:11,15
115:2 116:15,
16 117:10,20
118:9,23,25
122:4 124:6
125:7,12
126:1,16
127:14 128:12
129:8 130:6
131:22 132:15
134:25 135:23
136:11 137:5,
12,23 138:4
140:25 141:6
142:4,10
143:3 144:1
145:3 147:6,
17 148:10
149:5,9
150:3,11
151:14 152:9,
22 153:1,20
154:22 155:2,
13 156:22
157:2,8,23
158:2,21,23
159:3,7,9
160:6 161:7
164:22 165:3
166:22 168:13
170:5,21
172:18 173:8,

24,25 175:7
176:11 177:5,
14,19 178:1
179:1 180:22
181:2 182:9,
19 184:12,21
185:11 186:8
187:6 189:9,
20 190:1
191:21 194:8,
15 195:6
196:4 197:8,
16,24 198:19,
22 200:8
201:7,12
202:11 203:7
204:2,10
207:7,13
209:6,23
210:2,5,13,19
211:8,18
212:16
214:11,20
215:7,23
216:9 217:8
218:18 219:1,
8 220:7,16
221:9,20,24
222:19,21
223:5,23
224:12 226:11
228:18 229:1
230:3,9
231:9,12
232:9,17
233:12 234:4,
19 236:18
238:2 239:2,
4,5,7
**old**  54:14
**on**  8:1 11:14
13:6 16:6
18:1,7 19:17
21:12 23:11
25:25 26:18
27:13 28:19
33:23 37:19
38:2 41:20
43:19 44:19

45:9 48:22
49:8 50:3
51:7,23,24
52:20 53:24
54:7,22,23
55:13 56:15
58:12 59:4
61:15 63:16
64:3 67:20
68:9,21 69:19
70:17,20
72:24 74:15
76:2 77:17
78:4,14,15,23
79:12 81:6,9
82:22 84:23
85:1,2,19,22
86:3 87:8,10,
14 88:19
90:18 91:3,21
95:14 96:8
100:25 102:14
103:15 104:7,
16,17 107:21
108:3 116:10
119:23 125:18
126:19 129:9
131:20 133:20
135:13
136:18,20
141:10
143:14,20
144:2 148:4
149:10 156:22
157:20 166:8
169:19 170:9,
25 176:8,10
179:9 184:2
186:8 187:20,
21 189:2
190:7,8 196:1
198:3,15
199:1,5 200:8
201:15,21
204:20 208:17
210:2,3,14,15
214:25 217:2,
25 218:15,18,
24 222:22

223:13 226:7
227:12
229:12,18
230:25 233:16
236:9 237:1,
19
**on-site**  27:24
**once**  30:9
123:19 172:10
232:6,7,8
237:24
**one**  9:17
15:14,19
19:24 24:21
26:2,23 27:13
31:24 32:25
36:19 37:9,
13,25 41:4,7
42:4 43:25
46:6 54:1,7,
10 55:1,2
61:9 62:13
63:11 71:16
72:20 74:13
78:20 89:14,
15,22 99:20
105:23 106:1
107:15 112:15
116:6 120:6
124:6 126:6
127:20 131:9,
15,19 135:25
138:3 141:25
145:8,9
146:21
147:15,17,18
151:8 152:10
154:4 155:14,
15 158:4
160:8,12
164:13,14,24
166:9 175:5
178:7 181:3
183:23
185:18,19,20
190:24 198:11
203:10 204:17
205:7 207:22
209:18 211:19

212:23 216:23
220:19 226:23
228:2,10
230:9 234:18,
19 236:15
237:23
**one-third**
96:1
**ones**  43:16
194:4 205:9
211:19
**ongoing**
130:13 206:15
215:12 216:5
**online**  125:23
126:1,24
127:3,11
**only**  18:17
36:12,17
43:15 44:3
55:10,12 57:7
70:3 79:13
91:2 122:7
125:5 138:20
152:18 161:20
162:12
163:18,21
164:3 167:21,
23 188:7
211:19 230:9
232:6,7
234:3,8
**oops**  116:24
**open**  32:1
231:17 236:8
**opened**  238:3
**opening**
236:20
**operate**  28:16
38:12
**operates**
135:22
**operating**
72:25 82:18
83:8 85:13
158:13 165:8
167:21 168:6

operation
54:25 55:1
56:2,3 166:11
operations
56:23 92:1
opinion 68:22
70:17,23 71:2
96:9,14 98:9,
12 110:11,14
111:4,7 204:9
222:23
opinions
110:25
opportunity
17:3,4,7
210:10
opposed 58:10
61:4
opposite 48:8
opted 75:10
options 81:11
Opts 137:13
or 9:1 10:21,
24 11:16,18
12:7,13 13:17
15:25 16:4
17:25 21:5,8
22:25 24:11
26:6 27:16,
19,20 31:14
34:5,6 35:4,
12 36:16,17
43:15 45:19
50:9 51:14
57:11,18,19
58:11 60:6
61:17,18 75:3
76:4 77:25
78:3,14 79:9
81:9,13 84:12
85:18 86:1
101:9 110:25
111:7 114:6,
12,21 121:24
124:19
126:10,13
127:23 130:12
131:5,13

132:1,5,10
134:13 135:24
136:21,22
137:7,10,15
138:17,18
139:10 140:2,
7,20 143:10,
13 144:3
146:1 151:3
156:20 158:7,
14 159:14
160:16 162:8,
10 164:4
166:19 171:24
177:8,10
178:24
182:19,22
187:1 188:15
189:21
191:10,12
193:9,17
195:4,5
196:13 197:19
199:5,16
203:10 206:20
207:11 210:20
212:1,24
213:20 214:12
215:9,16
218:17,19,24
219:10 222:24
223:21 228:7,
18 232:10
234:17 235:20
236:5,21
238:23
order 20:25
54:5 69:5
97:20 239:12
organic 76:6,
10 86:21 92:1
organized
40:7 120:21
original
55:10 152:23
196:24
originally
39:23 145:1
147:18

other 11:24
14:12 16:2
26:6 27:3
30:21 31:4
32:19,21 35:2
36:14,15,16,
17,20 38:25
41:6 42:14
43:24 47:23
49:6,10 50:1,
10,15 51:11
53:16 55:22
62:3,15 85:18
86:7 89:15
92:23 99:13,
19 102:17,25
106:8 113:18
114:21 115:1
123:1 126:25
127:12 131:15
133:13,18
135:9 142:16
143:5 145:11
147:22 155:15
157:18 158:24
160:9 168:22
179:14 180:6
183:12 185:18
187:1 193:17
194:3,4
206:14 208:19
210:10
211:19,20,24
212:24 224:23
228:13,18
236:9 239:5
other's
166:20
otherwise
140:23
our 9:17
10:18 30:7
35:11 42:21
45:1 57:11
61:12 67:10
72:8 78:14
79:10 82:2
93:18 96:14
110:13 124:21

125:3,4
126:20 155:25
156:1 162:2,5
166:11 169:5
174:25 187:7
191:13,17
207:16 210:9
212:2,5,6
215:20 221:17
ours 125:5
ourselves
69:6
out 18:9 19:6
28:12 39:20
40:4 52:12
56:21 69:1
87:16 91:24
92:22 135:8
139:17,21
140:5,8,11,14
142:9 143:7
145:8 150:20
152:23 156:5
163:13 164:9,
13 168:1,15,
25 186:10
190:6 205:4
226:17 229:2,
3 230:11
236:21
outlook
144:25
147:16,25
170:4
outside 13:24
193:16
outstanding
48:5,19,20
over 47:18
48:15 49:1,17
58:21 62:1
65:18,19
82:13 83:7,18
84:7,22 88:6
92:3 103:2
116:25 120:7
122:23 132:15
145:11 149:6
153:3 160:4

165:10 167:16
170:21 182:14
184:17 231:24
**overall**  60:23
125:12 163:8,
9
**overhead**
58:8,19,22
100:16 105:4,
14
**overheads**
58:5
**overnight**
19:6
**overstated**
96:19,24
**overstatement**
96:20
**OVH.COM**
158:12
**owe**  130:1
**owed**  48:6,11
62:25 63:9
**owes**  101:13
**own**  18:11
34:5 60:7
62:16 75:11
166:19 169:6
204:9 221:17,
19
**owned**  34:9,16
**owner**  185:20
190:21
**owners**  100:6
**owns**  49:10

---

**P**

---

**P-390**  37:20
**p.m.**  91:19,22
116:8,11
141:8,11
170:23 171:1
179:7,10
198:1,4,24
199:2 216:25
217:3 229:10,

13 233:14,17
239:10,18
**page**  23:12,21
28:13 37:19,
25 38:2 40:6
46:20 47:16,
22 48:23
49:12,20 53:3
54:23 55:13
56:15 58:12
59:19 61:25
63:23 64:8
65:16,17
66:11,15,16
67:20,21
68:19,21
72:23,24
76:4,5 81:6
82:5 84:10
86:19,20 90:1
91:24 92:7
93:2 94:11,23
95:8,10,13,14
96:6,8 98:25
100:2,13,25
101:24 102:4,
5 103:10,15
104:17 105:18
106:3,15
109:10 110:4,
9,11 112:19,
22,23 123:18,
22 128:9,12
129:9 132:15
136:6,11,19
158:2 159:18
165:15
187:19,20
190:7 229:14,
17 230:21,22,
24 231:20,24
**pages**  210:20
**paid**  10:18,22
35:11 48:1,12
51:11 64:13,
16,22 99:8
102:5 106:23
114:21 123:19
124:1 128:9

130:17 132:19
134:20,22
135:1 136:9,
14,21 149:16
175:2
**panel**  11:14
**panic**  18:8,12
**panicked**
19:7,23
**Panos**  206:2
207:9,14
**paper**  28:19
44:19
**papers**  64:5,7
**paragraph**
68:22 73:2
92:8 125:18
126:17 187:20
**parallel**
96:20
**parent**  30:22
42:2 62:7,10
101:9,13
**Paribas**  193:7
214:1
**Parkway**  27:13
**part**  18:19
51:24 59:3
72:10 89:2
105:14 112:12
143:20 151:25
211:13,16
223:10
**participants**
229:20 230:19
**participate**
75:5 235:11
**particular**
29:1 42:11
58:11
**particularly**
204:4
**Partly**  13:3
**partner**  11:6
**party**  9:12
128:20,22
129:6 131:18

206:16
**past**  195:20
211:9,11,22
**paste**  109:1
**pasted**  109:4
**pay**  15:7
41:18 62:16
129:23 132:23
133:22 134:1,
9,15,18
135:4,16
136:25 137:3
175:1 215:11
236:24
**payable**  47:25
48:3,4 101:11
129:22,24
131:3,14
132:1 137:4,
7,10
**payables**
47:23 48:14,
15 49:21 62:7
101:1,9
**paying**  17:19
51:10 105:10
146:1 166:12
204:25 213:15
**payment**  66:1
130:13
**pays**  50:20
133:15 134:5
140:4,10
**PC79**  147:4
**pending**
206:22
**people**  11:7
17:8,9,17,22
19:24 20:1
27:21,24,25
32:2 41:6,9
42:4 75:22
83:23 124:22,
24 125:10
179:14 186:19
196:22,24
197:2 201:23
207:8 208:9

212:13 218:16
223:11 228:14
231:14 236:21
**per** 57:3
59:17 77:5
97:21 98:23
114:14,17
115:25 135:20
141:25 168:17
177:13
**percent** 26:24
27:2 32:22
51:9,10 78:20
83:19,21 84:7
99:10 119:15,
20 150:25
153:21 159:24
160:2,5
161:11 162:4
163:5,8,9
175:10,12
184:19 189:7
**percentage**
27:1 34:15
184:15,17
188:21,22
189:1
**perform**
36:18,19
43:14,15 72:8
**performed**
42:1 44:3
67:13 68:13
72:5 111:21,
24 112:3
**performing**
192:7
**performs** 42:5
44:2,5
**period** 50:4
59:2 80:19,20
161:16,20
237:2
**periodically**
147:13
**person** 10:10
138:17 145:14
197:3

**personal** 21:9
208:20 209:1
235:16
**PG-694** 91:24
92:8
**Phan-huynh**
191:6
**phenomenon**
155:15
**phone** 207:1
209:16 223:15
226:6,7,15,16
227:4,7,18,
20,21,22
**phonetic**
10:5,25 25:6
27:5 37:9
236:20
**physical** 44:5
93:22 94:1
105:10,12
**physically**
27:8 46:8
**pick** 182:1
**pile** 205:21
**pin** 55:13
**pitching**
179:21 180:3,
7,19
**PJ711** 46:20
**PK** 229:22
**place** 38:18
42:13 46:11
55:1,2
107:12,19,22
108:6,15,24
125:14,23
126:2 155:17
**places** 49:6
204:1
**plaintiff**
207:23 208:7,
13
**plaintiffs**
8:23,24
**plan** 75:10,
14,15,23 76:3

77:14,17
78:2,12,14,18
79:3,4,5,11,
12,16,19,24,
25 80:4,12,
17,21,22,25
81:16,18 85:1
91:6 112:9,11
144:3,4,21,
23,24 146:14,
15 147:7
148:5 149:3,
22 150:8
152:24 153:3
156:11,18,19,
24 165:4
166:22 169:5
173:9,15
174:2 177:8
212:5 221:1,5
**planning**
75:16 157:15
**plans** 76:2
77:14 143:13
**plant** 16:14,
16
**player** 162:6
**plead** 235:6
**please** 8:16,
25 159:11
**plus** 17:7
50:25 51:1,2,
15 83:8
114:12 226:22
227:8,10,13,
14
**point** 29:25
31:1,13
121:22 159:19
162:17 168:14
171:21 180:7
181:5,9
184:25 200:14
226:13
**pointing**
56:15
**Polys** 206:13
207:9

**porn** 190:10
**pornography**
188:1,3,19
189:22
**position**
20:18,20
**positive**
118:1
**possibility**
142:23
**possible**
126:21 181:23
208:6
**post** 157:17
181:18
**posts** 90:21
**potential**
125:13
**potentially**
207:20
**power** 176:20
**PR** 174:25
175:3 179:18
187:7,12
**practice**
62:14 70:15
96:14 98:21
110:14 237:17
238:19
**Pratt** 8:14
**precise** 53:6
**precisely**
114:1
**predict** 78:20
**predicted**
90:12
**preliminary**
85:25 206:13
**premium** 28:4
33:16 45:6,7,
15,20 60:12
**prepare**
22:12,25
23:1,3,16
59:9 64:19
76:2 77:17
78:12 80:25

103:22,24
144:24 152:8
**prepared**
22:15,17,22
23:14 29:8,
12,21 59:9
79:5 98:7
145:1 147:8
152:6 156:20
174:23
**prepares**
151:24
**preparing**
21:14 77:18
78:13 79:12
152:16
**presentation**
60:8 99:11
212:6
**presentations**
60:7
**preserve**
225:11
**press**  124:13
125:19 126:17
127:15,21
128:2 187:18
**presumably**
140:16
**pretty**  148:14
149:13 207:23
208:7
**prevent**
124:23 125:10
192:3
**previous**  88:1
98:13 143:11
147:10
166:23,25
**previously**
32:19 157:19
197:20 212:13
**price**  50:20,
25 51:2,14,19
**primarily**
120:25 122:14
**Primus**  18:5,
13,14,21,25

19:4,5,10,11,
19
**principal**
38:18 107:18,
22 108:6,15,
24 159:5
212:16
**principally**
121:7
**principle**
107:12
**printed**  28:12
39:20 40:4
146:20 190:6
229:19
**printing**
108:18,20,21
**printout**
107:9
**prior**  32:7
110:24 177:5
**private**  81:13
**probably**  92:4
97:17 169:7
**problem**  17:24
73:19 125:6
**procedure**
176:12
**process**
21:14,25
29:16,18
33:19 126:20
189:14
234:22,23
235:14
**processes**
44:4
**produce**  69:23
81:4 146:17,
22 172:15
**produced**
44:14 63:22
71:6 81:2
94:7 128:7
146:11 151:9
209:9 213:6
215:24

**product**  34:22
60:3,21 61:9,
16,21 82:1
162:5 185:23
193:7 200:4
**products**
14:20,23
59:21 60:11,
22 61:1,3,6
162:2,11
185:25
**professional**
10:19,22
13:22 14:14
236:21
**profit**  46:23,
25 47:1,2
53:5,22
54:20,24
55:6,18 56:3,
4,11,16,17,
18,20 57:1,5
75:18 82:3
83:16,17,20
84:7 92:9,13
93:8 100:5,11
106:19 109:11
115:10,11,22
116:13,14,22
117:7,11,12,
18,25 118:4
119:1,7,18,
21,25 120:8,
20,22 121:24
122:5,14,25
123:4,5
132:19 133:4,
6 135:20
148:10,11
149:21,22,24
150:5,12,16,
24 165:25
168:23
171:15,17
172:20 173:2,
21
**profitable**
115:3,5,8,17
123:2 135:4

**profits**  51:18
53:9 109:20
114:6,11
120:25 121:7
122:22 135:16
**project**  83:6
160:2 165:4
167:6
**projected**
76:11,25
77:3,25 84:7
91:1,25
148:5,10,16,
22 149:21
150:11,25
153:4 165:12
167:1,15,19,
20,22 168:3,
7,13,18,21
173:8,10
**projecting**
82:12 159:20,
21 169:2
**projection**
76:14,18,22
82:9,15 83:18
85:8 87:23
88:1 94:15,20
144:16 148:14
166:3 167:6
174:9,14
**projections**
75:18,20,24
87:9,13,14,
16,24 88:7
90:18 143:14
144:1 148:15,
20 152:23
153:3,6,8
156:23 157:9
219:10
**projects**
78:15
**promoting**
31:25
**pronounce**
191:6,7 206:3
**pronouncing**

203:21
proper   20:8
142:1
properly
234:8
properties
101:16 131:25
132:4,9
136:22
property
131:5 136:20
prospect
33:14
protective
54:5
prove   172:18
238:22
provide   22:5
60:8 75:10
87:11,12
93:17 103:23
112:12 145:19
191:24,25
203:11 215:5
216:11,20,22
217:7 220:20
221:2
provided
75:17,25
76:23 81:11
87:9 102:15
111:22 192:16
217:4,14
220:23 221:5
225:7
provider
214:17,24
provides   29:1
214:21
providing
9:18 21:21
75:6 145:22
public   73:23
138:16 190:20
publication
128:1 182:20,
23 197:22
208:4

publicize
180:19
publish   223:1
published
138:20 174:24
181:6,11
pull   146:23
purchase
50:21 86:8
101:17 129:20
purchased
35:4 49:2
129:16 131:4
132:6,10
158:10
purchases
48:23 49:5,16
50:3 62:2,18
100:20,22
130:16
purpose   8:5
39:10 72:13
102:2 112:10
124:21 180:6,
15 215:9
234:8
purposes
63:25 64:11
65:13 84:6
87:4 90:12
98:17 106:20
114:7,12
173:5,9,14
174:4 190:14
pursue   13:20
pursued   84:22
85:16
pursuit   54:4
put   47:15
83:23 104:2
108:2 152:10
153:1 201:15
222:22 236:25
putting   30:8
Pwc   11:8

qualified
96:9 110:10,
25 111:3,7
quality
126:21
quarter   80:24
81:4 147:9,
10,11,18
150:9 174:15
176:1
quarterly
22:25
question   26:2
43:13 53:19
55:22 57:8
80:2 83:5
85:15 88:22
92:5 98:20
112:24 121:5
122:13 132:7
134:22,25
139:25 148:25
150:3 154:11
156:4 165:11
186:24 192:2,
11 208:19
219:13 233:3,
9,19,20,21,25
234:1,2
questioning
11:24
questions
10:10,13,16
191:25 219:12
239:6
quick   100:14
quickly   33:6
116:12 129:9
quote   60:23
127:15
quoted   126:16
127:14,16

Rackspace
158:24
Rackspace.com
158:23
raise   8:25
86:8,11,14,17
90:22 91:7
157:17
raised   86:3
raising   85:1
90:21
Rajesh   8:6
12:4 126:19
155:25
201:22,25
202:20 232:2
Rajesh.v.@
gmail.com.
224:16
Rajesh@
datacenter.com
224:15
Rajesh@
iptransit.com
224:14
Rajesh@
service.com
224:15
Rajesh@
webzilla.com
224:14
Rajesh@xbt.
com.   224:11
range   86:25
122:23 142:24
rates   51:4
rather   20:4,7
rationale
131:12
re-opened
200:14,16
reach   181:19
reached
181:21

reaction
  201:22 202:1,
  4,21
read  24:13
  68:24 69:1
  71:9,10,12
  138:20 141:3,
  5 179:4
  203:19 219:1
  239:16
reading  99:7
  121:22
ready  45:20
  92:6 170:7
  171:3
real  25:4
  33:17 38:1
  178:25 185:6
  209:2
realized
  148:8 150:24
  164:3
really  60:1,4
  73:17 88:14
  130:14 137:5,
  22 145:16
  162:17 219:13
  222:18
reason  26:6
  28:20 30:5
  32:3 52:11
  70:17 76:17,
  21 114:19
  127:18 133:5
  166:13 169:7
  175:6 183:12
  184:11 206:20
reasonable
  55:25
reasonably
  233:22
reasons
  141:22
  164:13,24
recall  30:6
  59:1 60:1,4
  70:1 71:14
  76:15 135:20

143:17 144:12
152:21 153:22
162:14
197:13,19
202:1 232:9,
12,13
receivable
  48:9,10,11
  131:14
receive
  135:1,18
received
  132:4 135:19
  178:8,10
receives  61:9
  135:6,21
receiving
  135:8
recent  162:15
  187:22
recently
  54:10
recess  25:24
  52:19 63:15
  91:20 116:9
  141:9 170:24
  179:8 198:2,
  25 217:1
  229:11 233:15
recipient
  191:9
reclassificati
on  60:2
  102:17
reclassified
  102:18,20
  104:25 105:4,
  14
recognize
  23:9 72:1
  151:10 209:10
recollection
  70:16 92:18,
  24 141:17
  230:6 232:4
record  8:2,17
  25:22,25
  52:14,18,20

54:8 63:11,
13,16 89:21
91:18,21
116:5,7,10
141:4,7,10
170:20,23,25
179:4,6,9
197:25 198:3,
23 199:1
216:23,24
217:2 229:9,
10,12 233:6,
13,16 239:9
records
  140:17
recover  144:7
  237:2,19
  238:18
red  211:6
reduce  142:13
reduced  95:2
  142:14 144:15
reduction
  95:18 183:19
reductions
  102:17
referring
  105:19 137:15
  193:25
reflect
  144:14,15
  147:23 199:4
reflecting
  111:25
reflects
  102:5
refresh
  92:18,24
  141:17 230:6
  232:4
regarding
  69:6
Regardless
  39:9
Regina  231:2,
13 232:10
region  55:3

regions  38:8,
10
register
  134:17
registered
  135:3 229:21,
  24,25 230:2,4
reject  207:14
rejected
  206:14
relate  56:14
  209:1
related
  48:16,20
  49:21 100:23
  129:6 131:18
  181:12 186:23
  187:1,23
  189:3 213:21
  214:6,9
  224:20 225:2,
  8 226:6
related-party
  128:16
relation
  211:7,8
relationship
  26:17 139:3
  205:2 212:14
relatively
  99:23
relay  192:13
release
  124:13 125:19
  126:17
  127:15,21
  128:2 146:3
released
  238:23
relevant  29:5
  69:5 232:23
rely  84:23
remaining
  99:9
remember
  12:3,6,9,10,
  13 15:9 23:18
  24:4,7 31:20

37:13 40:13,
15,18 46:5
47:14,20
54:10 57:6,7
59:2 64:25
65:1 68:16,17
69:20,21
70:7,18 71:4,
21 73:10,17
74:21,22
76:13 80:24
82:25 83:1,24
84:5,9 87:5
88:3 89:3
91:9 92:21
93:12,13,22,
25 94:22
95:23,24,25
96:3,4 98:23
104:13 106:14
108:9 110:2
113:5 114:4
121:15,18
124:19 127:5,
8,9,16 135:13
138:21 139:8
143:18,25
144:8 148:24
149:1,17,19,
20 150:17,18
154:7,9
160:12
162:10,15
164:6,7,11,12
166:9,22
169:9,11,13,
15 180:4
181:16 185:5
193:5,14,17,
19 194:6
195:17
196:10,15,16
197:4,9,10,23
199:11,12,15,
17 201:6,7
202:3,25
203:8 215:19
219:13,25
224:5 225:14,

17,19 226:14,
16 228:4,15,
17 229:25
230:2,8
234:15
236:11,12,16,
18 238:15
**remind**  210:1
**reminder**
209:25 210:3
**rendering**
47:17 59:23
61:2
**rent**  27:10,17
104:19 105:3,
7,21 106:9,11
**rental**  27:18
104:20
**rented**  142:9
**reoccurring**
160:19
**reorganized**
31:13
**repeating**
93:3
**rephrase**  46:1
163:15
**replace**  11:11
**reply**  186:20
**report**  23:1,3
50:12 57:3
61:13 70:4,8,
10 72:4,21,24
73:10 74:13
76:19 77:5
88:18,25
90:13 95:9
98:24 100:3,
13 107:10,19
110:5 121:23,
25 137:13
138:6,9,15
149:10
154:12,15
168:17 184:2
189:4 217:9
219:2 220:19
221:11

**reported**  55:2
64:10 104:7,
8,11,12
122:22,24
123:23 130:19
132:11 136:8,
13
**reporter**
8:13,25 9:5,
10,12 10:20
12:7 14:22
15:15,17 17:6
21:7 25:5,7
26:8,10 34:25
37:10 40:16
43:7,9,12
45:11 51:1
53:13 55:11
60:17 64:6
67:6 70:24
72:15 74:3,6
86:13 89:1,5
90:6 93:24
94:2 95:11
98:10 99:18
104:3 106:5
108:19,21
114:16 115:19
118:22,24
122:1 128:21
130:11 137:8,
11 144:19
151:18,20,22
152:1 160:11
165:20 172:22
178:9,16
181:8 185:24
186:1 187:20
191:15 194:21
195:16 211:10
217:11 218:3
224:4 234:23,
25 239:11,14
**reporters**
181:18
**reporting**
18:15 34:21
60:6 67:4,6,
8,9 96:16

110:15
**reports**
121:25 122:2
132:18 134:4
217:5
**represent**
63:21 146:12
151:8 190:6
209:8 216:9
220:17,25
229:18
**representation**
102:13
**representative**
228:19
**request**  9:20
183:5 206:10
215:19,22
216:1
**require**
132:11
**requirement**
33:17 49:9
50:14 62:13
214:25
**requirements**
69:10 96:15
215:2
**resale**  190:22
**reserve**  69:4
96:14,20
110:17,18
**Resh**  57:15
**residing**  13:7
20:23
**resign**  19:21
20:4
**resigned**
19:10,18
237:23,24
**resolved**
235:13
**respond**
192:16 193:24
212:24,25
213:1
**responded**
210:18,19

**response**
  192:5
**responsible**
  43:25 84:1,2
  120:25 121:7
**rest**  43:9
  69:7 131:18
  138:21 153:18
  154:6 155:18
  163:19
**restroom**
  25:20
**restructured**
  31:14
**result**  20:12
  74:9,18 84:16
  85:7 92:14,20
  93:9 96:19
  106:23 144:9,
  16 145:4
  176:22 184:7,
  23 185:1
**results**  22:1
  100:4 148:3
**resume**  23:10,
  11,14
**retained**
  131:15 216:11
**return**  101:20
  115:12 123:7,
  17 128:3
  130:21 131:20
  133:3 134:24
  136:1,18
  237:19
**returns**  63:22
  128:8 133:20
**revenue**  31:7,
  10 35:14,17
  36:5,8,9
  47:5,13 59:21
  62:19 64:16
  75:18 76:11
  77:1,4,10,25
  82:8,13,22
  83:7,10 84:17
  85:8 87:22
  88:9,24 89:4

90:2,19 92:13
93:9 94:13
109:24
115:18,20,21,
23 116:13,14,
20 117:7,10,
15,16,20,21,
24 118:4,13,
17,20 119:7,
10,20 120:3,
7,19 133:8
139:14,23
142:2,4,12,
13,14 144:8,
18,20 148:6,
13 151:13
153:4,8,14,
20,24 154:5,
18,20 155:1,
3,7,25 156:1
159:20,21
160:3,17,20,
21 161:1,8
162:18,22
163:3,12,16,
21 164:1,9,
13,25 165:4,
24 166:4,15
167:2,22
168:4,8,14,18
169:3 170:1,
8,9,10
171:12,23
172:7 175:8,
16 177:20
183:2 184:1,2
189:5,7
218:2,4,6,11,
13,22
**revenues**  75:1
109:17 159:12
165:12 167:7,
15 175:25
176:7 183:1,
8,19
**reverification**
44:5
**reverse**
155:11

**review**  21:24
  22:6 23:19
  122:9 151:25
  172:10
  176:16,20
**revise**  78:19
**revised**
  77:15,16
**right**  8:25
  15:25 23:11,
  13 24:19 29:2
  30:1,15 31:13
  32:15 34:2,3,
  11 36:1 38:17
  40:8 44:18
  47:1,5,8,23
  50:11 51:10,
  11,15,18,19
  53:5 55:3,18,
  24 56:9,12,22
  57:13 58:18,
  20 64:1,3
  66:1,17,21,24
  67:21 69:13,
  21 70:22
  73:6,14 76:7,
  12 77:4,9,12
  79:21 81:14,
  19 82:6,9,10,
  14,15,16,19
  83:17,18
  84:2,11,15,17
  85:5,6,8,10,
  11,13,17,24
  86:7,8,23,25
  87:10,17
  88:6,7,12,23
  89:24 90:5,
  12,17 91:2
  94:16 95:4,18
  96:17,24
  98:14,18,19
  99:15,21
  100:6,16,23
  101:5,7,13,18
  102:15 103:3,
  25 104:8,19
  106:8,21,24
  107:20 109:5,

8,12,18,25
110:19,25
111:4,10
112:2,3,20,24
114:20,22
115:13,15,22
116:12,20,22
117:6,8,11,
12,13,15,21,
25 118:1,5,
12,14,17,20
119:2,4,7,10,
12,15,18
122:5,10,19,
24 123:18,24
124:13
125:14,22
126:2,22
127:1,15
128:9,10,16,
17 129:1,6,
11,14,17
130:9,16,17,
23 131:2
132:7,9,10,19
134:6,15,20,
23 135:18,24
136:9,14,22
138:15 139:23
140:3,22
141:16 143:20
145:12,13,15
147:14 148:6,
11,16 149:3,
7,11,22,25
150:8,9,23
152:13 153:3,
5,6,8,10,17
154:1 155:18,
22 158:14,23
159:21,24,25
160:18,23
161:2,9,12,
13,16,20,22
162:16,18,19
163:16,17,20,
22 165:5,8,
11,13,17,22,
25 166:6

167:1,3,14,
16,20,24
168:7,9,19,
22,23,25
169:4,8,24
170:1,10
171:25
173:10,16,22
174:3,7,20
175:10,17,23
179:20,23
180:25 181:6
182:9 183:8
184:8,14,23
185:3 187:10,
18 189:2,17
190:8,11
197:24 198:17
200:21 201:2,
16 202:9,14,
22 203:5,11,
17,18 204:5,
18 206:17
207:23
208:10,21
209:19 211:13
212:17
213:14,15,24
214:12,17
215:5 217:6,
17 219:17
221:10,14,21
222:15 229:24
234:4,6
235:11 237:20
238:2,4
**right-hand**
72:24
**rights** 131:5
**ring** 216:12
**risks** 208:10
**Robert** 197:7
198:9
**Roberts**
198:11
**Roderick** 8:14
**ROOT** 99:9,10,
17

**rough** 34:11
172:12
**roughly** 53:8
82:15,18
83:17 95:21
100:10 118:19
133:8 159:9,
12,15 174:3
**row** 97:4
111:6
**run** 45:19
176:21 189:4
**running**
160:22
**runs** 140:21
176:18
**Russian**
138:17 202:5,
7 203:4
**Russians**
187:2

---

### S

**SA** 26:13
30:15 31:1,4,
19 32:9,22
37:22 38:4
89:25 99:9,10
134:13,14
170:11
**SA's** 29:12
**safer** 125:23
126:1
**safety** 126:24
127:4,11
**said** 20:10,11
32:13 36:21
68:10 70:11
80:14 83:14,
22 95:13
126:19
127:10,21
131:13 132:9
135:15
142:10,11
147:13 171:12
182:3 184:21

185:2 188:9
193:11 207:16
208:23 212:1
217:16 218:2
220:8 235:9
**salary** 17:19
**sale** 23:2
45:21 58:3
59:21 81:13
**sales** 27:23
41:11 49:9
57:24 58:1,6,
19,21 59:6,7,
15 61:1 82:14
83:8 85:12
86:1 90:22
100:15 103:16
104:8,23,25
105:5 132:3
143:10 149:3
157:18 167:19
168:5 180:21
183:5 210:8
231:7,8
**same** 18:21
20:20 24:2
26:18,19
29:18 31:23
32:21 38:17
39:7,11 48:22
55:16 57:23
59:19 61:5,23
64:3,4 76:25
81:7 83:5
93:2 98:4
104:16 113:17
129:20 131:18
136:24 158:21
170:7 177:18
192:6 195:11,
12 208:25
210:24 212:1
225:10
**sat** 150:8
**satisfy** 69:5
**saw** 55:20
56:11 71:21
74:12 81:25
159:16 182:9

189:7 221:13
232:14 238:11
**say** 11:18
21:19 23:15,
24 24:10 28:5
30:22 31:16
33:3,4 35:3
42:3 53:12,14
55:21 57:11,
16,18 60:23
72:10 75:3,14
77:10 78:12
79:13 84:12,
21 85:1 87:24
88:8 90:24
91:8 92:25
95:7,12
99:16,23
105:7 108:1
109:22 111:3
112:7 113:7
115:5,7
122:11,21
129:5 138:13
139:22 142:10
148:13 154:24
156:23 157:23
159:11 174:13
176:1 183:8,
18 184:11,13
185:9 186:16
188:20 190:13
191:12 193:22
196:19
197:17,21
202:4 204:2
207:6,7,14,
15,16,19,20
210:5,6
211:24 213:1
217:4,23
218:1 219:5
221:9 230:1
236:25 237:18
238:17,21
**saying** 38:22
50:17 67:16
69:12 86:5
87:21 88:5

96:23 98:1
105:13 108:10
111:16,22
115:2,8
129:25 141:15
147:21 173:4,
18 174:6
180:18 184:4
222:1,15
226:19 230:4
says  23:22
24:13,21 25:8
26:3 28:13,15
47:22 48:23
49:21 54:25
59:20 60:25
62:7 64:5,7
70:22 72:25
73:2,12 81:10
85:14 86:21,
24 92:8 94:7,
24 96:9,11,
18,22 97:1
100:4,5,20
101:11 102:7
104:6,17
105:18 106:22
110:10,13
113:20
125:18,19
126:7,11,18,
19 130:21
155:25 158:3
187:21 190:7
200:25
201:21,22
202:20 203:3,
19 206:12,13
207:17
210:15,21
213:9 215:24
229:17,19
230:19 231:2,
20,22 232:1,2
scale  84:23
85:17
scenario
86:22 92:2

schedules
128:16
school  13:18
search  207:21
208:5 224:20
225:2,16
226:3,11
searched
226:5 227:4,
18
sec  63:12
216:23
second  35:19,
20 52:14 73:2
92:8 100:2
102:8 107:3
112:1 116:6
141:5 169:21
175:15,21
179:5 190:7
193:15 206:12
secretary
107:11
108:11,23
secure  125:13
Securevpn
126:8,9,11,
14,18,23
127:3,10
Securevpn.com
126:7 187:24
security
125:21 207:18
see  23:21
28:12,14 38:6
40:8 44:19
46:13 47:9,
15,17 48:17,
23 49:13,15,
19,20,23 50:8
51:24 53:20
56:3,4,16
59:20 63:6
64:2,12
66:16,17
67:20,24
68:21 72:25
76:13,15

77:13 78:23
82:11,17,20
85:21 86:21
87:1 94:14,24
95:14,17 96:8
97:21 99:1,22
100:4,14,20
101:19,24
102:10,16
103:15
105:18,23,24
106:1,13
107:11 110:6,
10 113:20
117:17
120:10,15,16
121:12 126:16
128:18 130:5
131:21 136:18
140:12 153:9,
13,14 154:2,
12,18,19
158:3 170:6,
15 176:9,19
183:1 184:2
185:4 202:19
214:6 218:16
226:5 228:12
229:21 230:24
232:3,15
seeing  19:25
111:3 132:13
seems  98:3
seen  138:5
141:19,20
167:6 238:12
segmental
54:22 55:2
121:20,23
self-
explanatory
216:3
sell  50:15
51:14,18
60:11,13
177:17 183:24
210:12
selling  47:6,
10 49:14

50:14 58:3,4
59:3,15 70:15
82:3 113:21
149:5 161:25
162:2,3
177:18 218:17
sells  61:4,
21,22
seminars
228:25
send  16:5,7
17:7,10,12
19:16 22:9
187:17
sending  183:3
212:19
sense  131:12
218:19
sent  17:13
127:23 201:22
202:2,12,21
225:9
sentence
92:12 93:1
96:18 110:13
192:5
sentences
92:25
separate
26:20 28:25
29:7,11 39:2,
14 113:10
September
153:6,13,21
155:2,16
162:19
series  128:15
serious
191:25
serve  35:11
38:13 52:5
65:23,24
214:10 237:1,
25
server  142:8,
9 144:6
145:14 146:3
153:23,24

154:4,25
156:1 186:7
214:24
**Server.lu**
187:24
**servers** 34:3,
5,6,8,14
38:13 45:22,
23 46:3 59:5
61:17 129:10
138:18
145:10,22
154:13 187:3
188:16 189:2,
23 212:3
213:20 214:9,
17
**servers.com**
32:24,25
33:12,18 36:6
38:9 39:2,3,4
81:25 113:17
121:16 180:4,
16,21
**service** 9:18
34:22 37:1
41:6,7 46:3
60:3,21
61:10,22,23
114:25 125:5,
22 132:11
138:11,19
159:16 177:24
183:6,24
196:8 210:11
213:25
**serviced** 20:8
**services**
10:24,25 29:1
33:8,10,11
36:13 41:10
45:4,24 47:18
48:24 49:17
51:14,18
59:23 60:13,
24 61:2,4,18
62:2 100:21,
22 101:17
102:21

105:19,23
106:1,7
126:21,25
127:12 130:19
131:14 132:1,
2,5,6,10
133:12 137:3
145:19,20
162:7 178:2,
6,7 195:21
211:4,14,20
214:21 215:5
**serving** 36:10
50:4
**set** 73:3,12
179:22 188:15
201:25 213:20
**seven** 153:4
174:21 218:5,
10,14 221:10
**several**
141:13 224:9
230:24
**sexy** 190:10
**shall** 9:2
**share** 120:19
**shared** 157:20
**shareholder**
72:20
**shares** 30:21,
24 99:10
**Shari** 8:13
**she** 43:3
191:10,11,12,
13,18,19,20,
24 231:7
**she's** 191:18
231:10
**short** 25:24
52:19 63:15
116:9 141:9
179:8 197:6
198:2,25
217:1 229:11
233:15
**should** 35:20
45:1 53:20
92:3 98:3

110:14,17,18
126:23 127:10
140:23 147:9
218:2 219:5
220:6,9 223:3
**shouldn't**
237:18
**show** 23:6
28:8 37:17
57:12 63:20
71:25 89:24
92:3 97:19
156:15 157:25
169:24 187:16
190:2 191:2
204:10 209:6
213:4 229:5
230:13 238:8
**showing** 91:23
92:7 123:16
198:7
**shown** 141:12
**shows** 68:14
**shut** 189:14,
17
**sic** 238:9
**sick** 170:14
**sickness**
79:15
**side** 72:25
153:1 229:18
230:25
**Siegel** 8:18
9:7,13 10:3,
6,23 12:10
14:2,24 15:18
21:13 22:14
23:9 24:9
25:8 26:2,11
28:11 35:2,25
37:17 38:15
39:1,16,19
40:3,14,22
41:5,16,25
42:9 43:13,21
44:10,13
45:14 46:1,
13,16 49:12

50:24 51:17
52:10,13,16,
22 53:3,14,25
54:6,9,18
55:13 57:21
58:25 60:20
62:17 63:11,
20 64:8,22
65:1,5,13,16,
25 66:9 68:4,
8,19 71:3,20,
25 72:18
74:4,7,16,22,
24 75:5 78:25
80:7,11,16,17
81:1,3 86:16
88:21,25
89:6,12,14,
21,24 90:8
91:10,15,17,
23 93:16 94:5
95:14 96:4,6
98:13 99:19
100:10
101:22,23
103:7,8,13
104:6 105:9,
17 106:7
107:3,5,9,15,
18 108:3,14,
22 109:6,7
112:18
114:10,19
115:6,21
116:5,12,19
117:2,5
118:9,25
120:12,16
121:3,6,16,19
122:4 123:6,
16 124:3,6,12
125:16 126:6
127:9 128:6,
24 130:14
133:1,11,14,
18,22,25
134:4,9
136:5,6
137:12 138:5,

14 139:9,11
140:20 141:1,
3,12 144:22
146:6,7,10,
18,21 147:4,6
151:7,21
152:2,22
155:8 156:8,
11,15 159:3
160:15 164:7,
19 165:3,21
169:18,20,23,
24 170:21
171:2 172:12,
24 174:14
175:7,12,15,
20,22 177:19
178:1,11,18
179:1,2,3,13
181:4,5,9
184:3,25
185:12,15,18,
21 186:2
187:6,16,17
189:20 190:1,
2,5,24 191:2,
18 194:23
195:19 197:8,
16 198:7
199:3,20
200:19 201:8,
12,20 202:18
203:16 204:14
205:17,20
206:1 208:1,
18 209:6
211:12 213:4
215:23 216:2,
6 217:4,13
218:5 220:7,
10 221:14
222:7,13
223:10,14,19
224:7,25
225:1,15
227:25 228:24
229:14
230:15,18
231:19 232:22

233:2,12
234:4,7,11,24
235:2 239:13,
15
**sign**  108:23
236:23 239:16
**signature**
108:3
**signed**  34:12
211:5
**significant**
163:11 167:2,
7
**significantly**
92:10 148:15
153:8
**similar**  80:2
111:14 112:4
158:20 159:2,
8 160:16
162:7 195:7,9
221:16
**similarly**
62:22 73:3
**simply**  32:19
85:15 97:19
112:25 160:7
213:5 215:7,
12 218:19
**since**  65:5
161:12
175:16,19
196:4 199:9
**Singapore's**
187:25
**single**  84:8
94:20 97:17
114:11 154:1
161:15,19
167:5
**sir**  23:5
**sit**  75:22
125:1
**site**  187:25
**sitting**  156:8
185:7 238:25
**six**  17:10
38:7 144:12,

25 147:14
227:8
**six-month**
17:11
**six-year**
237:3
**Sixteen**
107:6,9
161:10
**size**  99:24
159:10,13
**skip**  98:25
132:15
**slash**  205:5
**sleeping**
181:17
**slightly**
160:16 163:19
**small**  18:1
51:25 73:14
**smartphone**
223:5
**Smit**  198:9
**Smith**  197:7
**so**  10:10
11:5,11 13:1,
17,24 15:21
17:9 18:10,
13,17,18
19:15,18 20:3
22:8,14 23:3
24:18 26:20
27:16 28:1
31:1,20
34:13,24
36:12,13
38:2,22 39:1,
15 42:9 43:24
46:22 48:1,11
49:4,10,24
50:13,16,17
52:22 54:23
55:3,17,20
56:1,20 57:1,
23 58:7,12
59:6,8 61:3,
8,20,25
62:15,16,17

63:24 64:15
65:10 67:16,
20 68:10
69:12,23
72:8,9,10
73:8,21 74:16
75:14 77:22
78:6,8,20,22
79:16,18 80:3
82:2,12,21
83:9 84:5
85:2 86:2
87:16 88:3
89:16,23
90:8,16,22,23
91:8 93:6
95:2 97:2,8,
23 99:7
100:4,10,21
101:3,23
102:17,19
104:21,25
105:3,9
106:11,13
107:22 108:6,
14,22 109:3,7
111:6,12,22
112:7,11,19
113:7,13
115:2 116:12,
19 117:5,14,
23 118:3,13
119:6,14,20
122:7 123:19
125:8,11,25
127:9 128:15
129:9,23,25
130:14,24
132:17 133:14
134:22,25
136:7 137:3,5
138:5 140:16
142:1,8
143:11 144:6
145:13,15
147:2,11,17
148:4 149:13,
21 150:11
152:9 153:24

154:19 155:23
157:2,8,11
160:6,15,21
161:7,18
162:15,22
165:25 166:3,
11,13,14,19,
25 167:6,22
168:7 170:8,
15 171:2,9,23
172:18 173:2,
4,8,14,22
174:1,9,25
175:1,2
176:22 177:5,
13,20 180:18
182:14 183:18
184:25 185:7
187:20
189:15,20
190:13 191:5,
24 192:12,16,
18,22 194:15,
23 195:8,10
196:12 200:2
201:12 202:11
204:15 205:9
206:9 207:6,9
208:18
209:15,18
210:2,5,8,11,
15,24 211:4,
19 213:9
214:1,11,16,
23 215:3,12
217:4,8,19
218:13 221:20
226:24 229:24
230:3 233:9
235:1,24
236:4,19,25
237:1,18,20
238:16,20,23
social   138:25
Softlayer
177:12
Softlayer.com
158:5,7

software
34:24 35:1
59:18 157:4
158:9
sold   39:14
102:9,10
103:19 104:9
solely   155:14
some   9:25
10:2 11:15
27:16 29:25
31:1,13 37:7
41:11 43:15,
17,24 51:11,
19 52:2 53:16
59:1 61:3,6
67:4 70:14
71:15 75:6
84:16 101:17
123:4 125:25
130:18 136:14
139:2,6
140:21 141:24
142:2 147:25
151:3 155:10,
11 159:2
160:21 171:21
179:13,14
181:5,11,18
184:13,14
189:16 190:13
193:8,18
196:6 200:4,
6,14 206:21
207:3 209:17
210:11 211:11
214:12 216:3
225:9 226:13
228:8,23,25
235:11
somebody
10:12 23:15
36:25 45:19
48:2,6 125:10
189:12 208:7
230:3
someone   50:18
140:9 176:13

someones
155:25
something
11:16 13:24
20:7 41:22
45:20 50:21
55:8 58:7
62:18 101:12
124:15
127:21,23
139:10 144:3
151:4 157:20
164:2 181:10
196:12 203:3
208:9 212:7
228:9 236:5
sometime
143:18 189:4
194:7 224:18
225:24 227:1
sometimes
60:5 224:2,19
somewhere
16:22 34:13
46:7 51:22
53:21 71:9,10
113:6 133:19
140:16 142:24
143:17 171:23
172:20,24
173:19 174:10
195:4 219:15,
16 234:17
son   54:13
170:14 176:10
181:20 198:18
219:15
son's   79:15
Sonia   43:3
soon   181:22
sooner   144:5
sorry   8:7
9:10 10:20
14:22 15:15
17:6,13 21:7
22:3 25:5
40:16 41:16
43:7 45:11

47:2,10 53:13
54:15 55:11
57:20 58:12
60:17 64:6
66:25 67:6
70:1,24 72:15
77:15 78:6
79:13 80:2
82:7 86:13
89:1 90:6
91:14 93:13,
24 95:11
98:11 99:18
104:3 106:5
108:19 109:11
114:16 115:19
118:22 122:1
128:21,23
130:11 131:23
136:16,17
137:8 138:18
144:19 146:16
150:2,4
151:18,21,22
159:24 160:11
165:11,20
170:9,19
172:22 173:25
175:9 178:9,
16 181:8
184:6 191:8,
15 193:6
194:21 195:16
198:19 199:23
211:10 217:11
218:3 224:4
234:23
sort   101:17
130:18 200:2
235:12
South   8:4
Southfork
12:17
space   46:6
speak   17:23
40:21
speakers
17:17

speaking   17:8
specific
  33:17 92:19
  183:14 184:4
specifically
  42:10 184:11
spend   83:10
  182:10
spent   173:19
  174:7,11,20
spoke   186:14
spreadsheets
  157:20
spree   187:22
staff   43:5
stand   173:25
standard   35:5
  59:1,11 60:6
  67:9 69:14,17
  96:16 110:15
standards
  97:5,16
  102:20
start   16:14
  20:25 92:3
  116:25 151:21
  152:2,14,16
  166:10 169:5
  185:8 195:2
started   11:1
  14:20 15:22
  18:16 19:11
  20:1,17,22
  59:6 145:14
  152:18 166:10
  183:3 194:1,
  20,22 195:1,8
  196:13
starting   30:8
  126:23 127:10
  153:5 194:8
  213:9,10,11
starts   44:4
  68:22 152:12
state   8:16
  9:18,21,23
  10:13 40:10
  64:10,17,23

97:2,15
107:11
108:11,23
123:23
132:19,24
133:1,16
232:25
stated   106:20
  133:8
statement
  22:2,8,12
  37:22 46:17
  52:24 54:19
  57:14,22
  58:14 66:10
  69:23 71:1
  73:19 75:13
  90:1,24 92:1
  98:7 100:1
  104:7 105:18
  108:23 109:8
  111:9 114:15,
  18 115:12,25
  117:6 118:11,
  12 119:23,24
  120:3,4,11,
  15,17,23
  121:12,21
  122:9,16,17,
  18,21 123:12
  171:3
statements
  21:15,18
  22:1,6 29:8,
  12,17 53:18
  57:9 94:8
  98:18 112:13
  124:7 181:12
States   8:11
  9:9,11 13:3,6
  14:9 16:7
  18:19 42:17,
  24,25 45:24
  46:2 64:19
  113:15 134:23
stating   111:8
statistic
  162:23

stay   48:5
  126:19 203:25
stayed   32:21
  163:18
staying   137:3
  182:18
stays   129:23
  155:17
Stemmons
  27:13,14,15,
  19
step   27:8
still   20:23
  74:16 158:16
  177:11 194:18
  195:17 201:24
  204:24,25
  218:22 221:24
  222:7,8
  227:17
stock   74:12
stood   92:9
stop   10:23
  16:10 184:14
  194:2 196:14
stopped
  139:12 145:16
  194:5,7
  195:25 196:1
story   182:16
  183:11,16
  184:7
straight
  208:3
strategic
  81:13
strategy   76:7
  83:3,23,25
  84:3,11,12,
  13,15,19,21
  85:15,16
  88:2,19 90:14
  91:7,8
stressful
  182:13
strike   31:18
  33:25 92:5
  117:2 165:11

174:1
structure
  28:13,14 30:8
  32:10,18
  33:18 37:19
  45:19
structures
  32:21
stuff   33:5,18
  70:14 207:11
sub-note
  49:21
subject
  180:23 239:5
submitted
  238:18
subnet   45:10,
  13
subnets
  44:15,17,21
  45:9
Subsection
  62:1
subsequent
  79:21 112:4
  199:9
subsidiaries
  29:13 30:18,
  21,23 31:11
  34:2 35:14
  36:14,16,17
  38:3 41:2
  42:1,6,11
  43:14 44:16
  46:3 48:21
  49:2 55:5
  62:3 92:19
  95:15,22 99:2
  113:10,18
  120:6 121:6
  122:8,14
  123:4 134:14,
  17 135:7,19
  170:11 183:20
  184:6 189:3
  194:16 197:19
subsidiary
  26:13 29:9,

18,21,23
34:16 35:16,
17 54:21,24
57:9,14 66:1
96:12 101:15
122:10,19
131:9 138:19
140:3 158:13
183:15
**substantial**
84:16 149:13
**subtracting**
56:21
**subway** 33:5
**such** 154:4
**sudden** 162:11
**sued** 202:6
203:3
**sues** 202:6
**suffer** 125:11
**suffering**
74:15 170:15
**suffers** 125:4
**Suite** 8:4
**summarize**
21:2
**summary** 86:19
**Super** 215:1
**supplier**
35:12 223:21
**suppliers**
62:16
**supplies**
200:6,7
**support** 8:14,
15 9:12 69:12
**suppose**
166:10
**supposed** 48:4
180:13 183:6
**sure** 19:24
20:2 21:11
52:13 60:2
66:13 78:6
107:3 125:2
128:19 137:7,
9 151:15

178:1 180:22
183:23 192:7
201:9 218:8
**surprise**
126:23 127:11
**suspect**
141:25 142:1
**swear** 9:1
**Syed** 8:20
**system** 13:17
22:24 29:22
34:21 79:12
152:20 154:17
176:17

---

**T**

**take** 9:13
15:24 25:21
27:8 52:8,11
74:24 91:11
100:14 123:6
128:19 140:2
141:3,5 143:4
144:11 145:11
146:3 152:23
156:24 164:22
171:6 176:5
178:2 179:3
181:5 192:22
197:6 198:20
212:16,23
215:15 233:6,
11
**taken** 8:8
9:8,14 11:25
25:24 52:19
63:15 91:20
116:9 141:9
170:24 179:8
192:3 198:2,
25 217:1
229:11 233:15
**takes** 43:3
188:17
**taking** 8:5
147:23 193:17
239:17

**talk** 34:19
125:1 180:17
181:22
193:15,21
196:25 197:2
212:2 215:21
217:19 235:1,
16
**talked** 182:2
**talking** 57:23
124:15 134:12
154:15 164:20
203:17 217:20
**tape** 170:21
**tax** 21:11
56:17,18,21
63:22,25
64:1,10,19,20
101:20 102:6,
13,14,15,22
103:18,22,24
104:1,4,5,17
106:20,24
114:7,11
115:12 122:2
123:7,17,20
124:1 128:3,
7,10 131:20
132:13,20
133:3,20
134:24 135:21
136:1,18
**taxable** 63:25
133:4,5
135:22,23
**taxes** 64:13,
17,23 65:18
132:23 133:1,
16,23 134:1,
5,9,16,18
135:1,4,7,16
136:9,14
138:3 173:12,
23
**team** 15:19
143:10,11
151:17 183:5
**teamwork**
151:19,23,24

**tech** 202:5,7
**technical**
33:13,23
130:17 132:5
**technique**
236:25
**technology**
213:21
**tell** 10:15
33:13 41:21
55:5 56:6
108:22 121:10
135:6,17
142:6 146:19,
25 154:19
155:8 166:17
180:14
181:14,22
186:15 190:17
192:14 208:2,
16 216:17
220:1 233:8
236:4,6
**telling** 17:17
78:9 84:5
102:19 120:5
**tells** 189:12
**term** 34:24
35:7 38:1
45:10,13
57:24 126:14
210:7
**terminate**
41:17,23
**terminated**
185:9 201:1
**terminates**
41:13
**termination**
41:14,18
185:5
**terminology**
34:18,19 58:5
**terms** 10:15
33:23 35:2
36:7 45:14
47:24 110:21
126:11

159:12,13
178:11 204:5

**test**  22:3

**testified**
12:11

**testify**  220:9

**testimony**  9:1
10:7 74:19
97:14 105:3
120:13

**Texas**  12:17
27:6,7
107:20,24
108:16,24

**text**  223:7,8,
24,25 224:2
226:4

**texts**  223:10
226:3,5,6
227:12,16

**than**  11:24
20:7 22:22
26:24 32:19
41:7 42:14
43:25 50:18
51:4,21 52:2
82:22 83:21
90:17,19
117:15,23
118:3,21,23,
25 119:14
120:7 122:5
123:2 131:21
148:16
150:12,16
160:5,17
162:6,12
174:11,18,19
175:12
184:17,18
194:3 211:20
223:3

**Thank**  9:5,12
15:17 25:7
26:10 43:12
74:6 89:5
94:2 118:24
137:11 147:5

**that**  9:21
10:2,7,12,13,
18,20,22,25
11:2,5,16,18,
22,24 12:24
13:1,10,20,24
15:1,6,9,13,
25 17:4,18,
22,23 18:7,17
19:11,24,25
20:2,6,9,12,
16,20,25
21:14,19,22,
25 22:10,17,
21,22 23:4,14
24:23,25
25:9,14
27:13,16,21,
23 28:5,11,
14,17,20
29:1,2,8,12,
21,23 30:6,8,
16,17,20,23
31:6,9,16,18,
23 32:7,11,
13,14,17,20
33:8,11,18
34:1,21 35:6,
9 36:4,11,15
37:2,12 38:3,
6,7,10,18
39:15,19,22
40:7,8,19
41:6,7,18,22
42:4,10 44:2,
13,14 45:18,
20,23 46:3,
17,22,23,24
47:3,5,19,24
48:1,8,9,11,
18 49:1,4,6,
25 50:6,13,
17,20,24
51:11,13
52:1,10,24
53:4,5,15,19,
23 54:2,3,15

55:13,17,21,
24 56:11,14,
15 57:2,5,8,
9,12 58:11,
18,23,25
59:2,18,25
60:20,21,25
61:3,8,14,21,
22 62:1,5,6,
15,25 63:2,8,
24 64:5,7,9,
12,15,16
65:2,11,17,25
66:18 67:14,
16,19,24
68:11,14,21,
22,24 69:13,
14,18,24
70:11,15,16,
19 71:5,21
72:1,5,7,9,13
74:8,9,13,17,
18 75:6,24
76:6,9,11,14,
17,18,22
77:10,24 78:5
79:1,13,23
80:4,5,18,20,
21 81:1,10,
16,18,19,21,
24,25 82:17,
20,21 83:1,4,
20,25 84:1,2,
5,9,12,15,16,
21,22 85:1,6,
7,8,10,16,19
86:5,8,15
87:1,3,8,9,
12,21,24,25
88:4,5,8,15,
16,19 89:6,
21,22 90:17,
19,23,25
91:1,3,8
92:5,16,18
93:4,6,7,14
94:14,16,20
95:2,15,17,18
96:23 97:3,

14,20 98:2,
16,19,21,25
99:4,8,19,20,
23 100:6,7,
14,23 101:3,
9,12,15,17,
24,25 102:5,
6,12,20
103:16,19,21,
23 104:20
105:3,9,10,
13,24 106:1
107:4 108:1,
10,14,23
109:14,24
110:2,6,19,21
111:2,3,4,6,
12,16,22
112:4,7,19
113:7 114:1,
20,21 115:2,
7,8,22,23
116:1 117:2,
3,17 119:22
120:6,13,18,
21 121:22,23
122:7,10,21,
22 123:2,8,
20,23 125:3,
8,10,12,13,
16,17,23,24
127:14,15,17,
18,23 128:1,
9,15,17,24
129:10,13,16,
25 130:1,8,
18,19 131:1,
11,17,19,20,
23 132:3,8,
11,18 133:7,
15,20 134:17,
19 135:5,11,
16,23 136:13,
21 137:15
138:8,9,10,
13,14,15,16
139:10,11,17,
21,25 140:4,
5,8,10,11,14

141:13,15,16,
17,21,22,25
142:1,7,11,
16,17,21,25
143:1,5,7,16,
23 144:3,4,6,
14 145:6,8,9,
14,18 146:1,
11,13 147:1,
11,13,18
148:6,13,19,
25 149:14,15,
17 150:11,15,
20,24 151:2,
8,9,15 152:10
153:2,3,9,13,
14,16,20
154:2,3,5,10,
19,20,25
155:3,8,12,16
156:3,4,5,9,
19,23,25
157:11,14,15,
20,23,24
158:14 159:4,
11,14,23
160:6,7,12,
13,15,18
161:5,8,9,12,
16,18,20
162:8,17,21,
22 163:1,13,
16,18,20
164:1,2,13,
14,23,24
165:4,11,15
166:4,8,11,22
167:5,6,10,
13,20,22
168:1,3,11,
14,15,25
169:18,25
170:1 171:9,
12,19,24
172:3,15,19
173:3,8,11,19
174:1,6,15
175:2,8
176:5,11,13,

17,20 177:10,
20 178:14,22
179:19,20
180:9,20,23
181:6,10,11,
14,15,16
182:3,5,8,14,
19 183:1,4,8,
10,13,15,18,
19,23 184:3,
4,5,8,10,13,
14,16,22
185:1,2,4,8,
12 186:9,10,
12,19 187:2,
3,8,18,19
188:2,5,12,
14,18,22
189:12,25
191:6 192:7
193:1,4,9,16,
19 194:3,5,9
195:5 196:7,
13 197:19,20
198:11,12,14,
17,19 199:4,7
200:8,12,23,
25 201:4,15
202:1,2,4,9,
12,14,15
203:2,3,18,
19,21 204:3,
8,15,17
205:2,7
206:3,12,19,
20 207:12,22
208:2,6,7,9,
14,16,19
209:8,10,21
210:5,7,14,16
211:1,4,19,21
212:7,10,13,
17 213:5,9,23
214:4,20
215:5,12,15,
17,25 216:1,
9,10,12
217:13 218:9,
14,15,18,23

219:15 220:2,
3,8,14,17,18,
20,23,25
221:2,5,9,10,
15,24 222:1,
2,3,7,8,11,21
223:20 224:20
225:15
226:11,18
227:4,12
228:3,9,10,25
229:19,21,24
230:1,4,9,11,
12,19 232:4
233:2,8,10,
18,21,22
235:1,9,12,
19,24 236:1,
2,8,16,19,25
237:17,18,20,
22 238:2,12,
20 239:2

**that's**   13:24
19:15 23:25
24:1 27:12
32:3 37:25
38:1,19 45:20
48:19 51:17,
21 52:16
56:18 58:7
64:2 67:18
69:20 70:6,22
73:7,14,21
79:19 80:7
83:18 85:14
87:5,10 88:21
90:20,23
94:18 96:22
97:9,15,21,25
98:1 99:14
101:12 104:8
105:21 106:18
115:17 122:4,
5 126:11,15
133:12 136:20
137:15 140:14
145:20,22
147:20 149:13
152:15 153:10

158:18 159:17
161:25 166:13
167:10,16
172:15 173:3
178:22 180:9
182:6 183:6,
12 186:24
188:4 189:19
190:12 193:8,
14 197:23
204:20 207:20
208:23 212:16
218:16 219:4
232:25 235:15
236:5 238:17
239:6,15
**their**   8:16
9:22 11:14
22:3,7 26:6
36:13 37:7
39:15 41:21
51:19 60:7
62:15,16
69:14,16,24
75:11 85:25
86:1,2,20
99:11 111:3
135:21 151:24
159:12
166:10,21
175:7 181:18
194:25 204:9
207:1,9 208:5
212:22 236:20
237:16 238:2
**theirs**   59:10
**them**   17:18,19
18:16 20:8
21:6 22:2
26:23 33:1
38:7 59:10
65:9 75:10
82:1 93:4,21
97:19 98:8
112:9,11,12
125:14 131:19
137:2 142:3
154:18 157:20
159:4 160:12

177:11
178:15,20,21
181:21,22
182:1 183:24,
25 189:14,16,
17 190:22
193:12,18
194:2,18,25
195:24 196:1,
11,13,25
197:2 203:9
204:16,25
205:22 207:6
208:9 209:15
210:1 211:11,
24 212:5,22
213:15,24
214:5 232:14,
15 236:22,23
237:15 238:1
**themself** 51:5
104:1
**then** 11:13
15:2 17:11,12
19:6,10 20:4,
9 22:6 25:16
29:16 30:9
37:19 58:21
59:22 75:23
78:19,22
80:10 82:6
90:14 91:2
100:25 112:9
114:10 120:24
129:19 131:9,
22 132:15
136:25
151:20,25
153:5,7
154:22 155:1,
16 160:20
162:21 163:17
169:2 172:10
173:24 182:4
190:22 199:10
200:14,20,25
203:10 205:10
207:2,14
209:23,25

210:2,20
212:20 228:7,
8 231:24
232:1 233:11
235:8,22
237:4,23
238:23 239:1
**there** 13:17
14:24 17:8,9,
16,20 18:7
19:23 20:17
22:21 27:8,9,
19 29:7,11,20
31:14,17
32:10 33:7,9,
10 38:7,13,14
39:2 40:8
41:9,13,17
42:4,9,13
43:20 49:1,9
55:8,12 56:4,
16 59:1
60:22,25
62:19,24
67:4,18,24
68:11,14,21
70:8,13 72:20
73:12 74:1,
12,24,25
75:21 76:21
77:20 79:1,17
83:22 91:9
93:12,13,19
95:15,21
97:10 99:15,
16 101:16
103:8 105:16
106:4 108:2
109:1,4,23
110:6,13
111:19,25
112:2,3
113:8,23
114:14,17,19
123:1,4,10
128:24 130:15
133:20 138:2,
8,9,15,16
139:1 140:17,

21 141:21
143:11 144:2
147:21,22,25
153:13 155:15
160:9 171:9
172:11 176:5
181:9,10,17
182:17 183:12
184:13 187:1
189:21 193:5,
16 194:1,4
197:16 199:9
200:9 206:21
208:4,15
209:23 211:5,
9 215:19
219:22,24
223:17 225:9
226:5 228:9,
13,14,15
230:7 231:15
232:7,11,12,
13,14,24
235:24 238:8,
9,25 239:1
**there's** 13:19
48:15 100:15,
25 104:18
113:7 120:15
128:25 196:25
205:9,10
210:3
**thereafter**
237:24
**therefore**
110:16 133:15
**thereupon**
239:16
**these** 27:4
44:17 55:21,
23 58:4 59:9
61:19 84:23,
25 92:25
98:17 128:15
132:17 143:20
152:9 155:20
159:4 172:16
179:4 189:16
190:17,21

193:13 194:8
205:17,20
210:5,6
211:1,6,25
212:23 213:7
**they** 9:24
10:1,10,17
11:13 15:7,22
16:5,7,14
17:10,11,13
18:1,16 19:7,
24,25 20:2
21:1 22:2,7,9
24:4,7 25:3
34:5 36:13,17
37:1 38:17
41:8,11,16,
18,23 44:6
45:19,21
50:15,16,21
51:18 56:2
58:5 59:2,4,
6,10,18 60:6
61:15 62:13,
15,16 63:4
67:5,9,14,18
68:12 70:3,4,
13,19 71:15
72:7 75:6,10,
22 83:23
85:11 93:18
97:4,6,12,17,
22,23 98:3,7,
8,12,13,16,
18,21 99:19
104:1,4,23
105:7 108:1,
2,18,20
110:23,25
111:6,8,24
112:3,7,8,9
114:25
115:18,20,21,
22 128:1
130:1 132:1,
2,6,9,12
133:3,5,13
134:15,18
135:4,8,16

137:2 141:15
142:6 152:4
155:11 159:8,
14,17 162:3,
12 163:3
166:21
176:15,16,21
177:11,17,24
178:2,6,12,24
180:13,14,16,
23,24 181:7,
19,21 182:1,2
183:3,10
184:11,20
188:6,20
189:14,16
190:21,22
193:19,21,22,
23 194:11,13
195:1,2,15,25
196:2,24
197:1 201:15
202:14 204:9,
16,24 205:2,
21 207:2,4,
10,19,20,21,
22 208:3,4,
13,14,16
210:1,18,19
211:6,16
212:1,20,21,
24 213:1
214:13,14,16
216:4 218:21,
22,24 231:4,6
232:13
236:22,25
237:4,7,13,
18,19,20,23,
24,25 238:17,
21

**they'll**   82:18
**they're**   17:18
70:15 98:1
134:17 135:3
159:9 177:18
188:18
**thing**   18:21
54:7 61:5

64:3 76:25
113:17 128:2
155:12 158:21
159:14 183:23
188:17
208:16,25
210:24 212:1
225:10 230:11
**things**   21:12
27:4 49:10
61:19 102:20
193:8 207:22
215:9
**think**   9:25
28:20 30:9
31:20 34:13
35:7,18,21,24
37:13 53:24
67:4 68:6
71:16 72:20
78:9 79:16
80:14 83:20
88:15,24
89:3,20 97:4
102:19 104:25
124:4 128:1
135:20 137:1
142:10 143:23
148:20 149:14
150:15 151:2
158:12 160:18
163:1 172:14
173:22 175:2
176:22 177:13
178:18 188:16
193:18 194:6
195:3 197:15
198:11 208:18
217:24 221:24
222:8 225:22
226:8,24
232:18,20,22,
23,24
**thinking**
172:17 198:12
**thinks**   204:3
**third**   36:4
40:6 95:21
111:6 117:15,

24 118:4,19,
21,23,25
119:6,14
120:7
**Thirty-three**
173:17
**this**   10:3
23:11,14,16
24:18,24
25:16 28:11
33:20 40:9
44:13 45:9
46:16,22
47:15 48:4
49:4 53:4,12
55:10,12
59:10 60:1
62:22 63:8
64:9,20 68:9,
10 69:13
70:3,5,18
72:21 73:19
75:7 76:6
77:5,13,21,22
79:5,14,18,25
81:6,16
83:22,24,25
84:10,15,19
85:1,14,17,21
86:2 88:2,18
89:16 90:13,
14 91:24
92:23 93:1,17
96:22 97:6
98:7,12,23
99:7 100:9,20
101:6,15
103:22 105:16
106:17,19
109:2,3
110:14,24
111:2,6
114:14,17
118:10 119:23
120:2,3,22
121:9,20
124:19 125:5,
9,11,24
126:14

128:12,24
129:13 130:8,
21 131:20
135:25 136:7
137:2,6,7,10
138:5 139:8
141:18,20
143:14,19
144:2,10,16
145:4,16
146:15,17
147:6,7,15,
17,23 148:3,5
149:22 150:8
151:10,14,15
152:6,8,9,12,
25 153:3
155:14
156:19,24
157:2,4,6,11,
24 159:19
162:9,15
163:2 165:3
166:9,17,19
168:17 171:20
173:21 174:23
175:1 176:2
178:18 182:4
183:4 187:8,
21 190:5,6,7
191:5,19
192:11,15,16
193:6 198:14,
18 199:6,8
200:13,14
201:23
203:16,19
204:2,3
206:22 207:2,
10 208:12,14,
16,20 209:3,
8,17 210:16,
24 211:13,16
213:6 215:7,
12,15,16
216:5,12
218:23
219:16,17
220:17 223:2

224:21 225:2,
8,11 226:6
227:2 229:19
230:6,18
234:2 237:2
238:8,11,14,
21 239:12
**those**  19:14
20:13 21:12,
17 28:24
34:5,6,16
36:3 38:12
56:5 59:15
63:2 65:20
72:19 75:17,
20 77:10,24
79:1 81:2
86:6 87:8,10,
14 93:15
99:4,22,23
103:3 108:4
112:5 123:6
134:9 141:6,
23 145:20
146:21 152:14
153:1 158:24
172:18 174:9
176:7,13
177:7,10
179:2 187:12
188:16 189:9
190:10 193:15
197:17,18
202:9 204:20
211:12 215:5
216:17 220:2
223:22 224:10
226:23 227:13
231:14 239:5
**though**  43:13
69:18 161:18
**thought**  69:25
70:11 157:24
219:5
**thousand**
114:12 136:14
**Thrasher**  8:13
**threaten**
237:17,20

238:20
**threats**
125:21
**three**  20:15
38:8 41:4
81:11 88:20
99:4 153:7
170:3,14
230:15 231:14
234:17
**through**  14:14
65:9 77:8
84:14 116:15
127:21,23
131:19
138:10,18
141:5,13
170:13 179:4
187:3 189:22
194:8,18
200:6 207:1
209:16
212:21,22
218:25 219:16
**throughout**
154:5 155:18
163:19
**time**  8:3
15:22 16:5
18:7 19:5,22
20:9 21:12
29:25 30:2,6,
8 31:24 40:9,
19 43:19 60:6
63:4,7 71:13
75:25 77:7
80:5,19,20
81:12,16,18,
24 83:4 84:9
88:4 91:15
93:13,14 98:2
111:2 127:24
142:6 143:25
148:5 157:11,
15 158:17
170:14 174:23
176:9 180:9
181:9,16
182:3,5,10

183:13 184:8,
9,22 185:2,3,
4 191:19
195:7,9
196:1,9
197:15 214:25
219:15 221:25
222:2,9,11,15
228:2 236:16,
19 237:17
238:15,20
239:12
**times**  52:1
199:14 203:9
212:9 218:5,
10,14 221:10
**tiny**  115:23
**TLDS**  190:9,10
**TM**  101:16
131:24 132:9
136:20,22
**to**  9:19,22
10:18,22
11:4,11 12:4,
8,22 13:4,5
15:8,11,12
16:3,7,14
17:7,9,10,12,
13,16 18:2,19
19:8,9,13,14
20:1,4,17,24,
25 21:10,11,
22,24,25
22:6,9,22
23:6,21 24:5,
17 25:20,21
26:6,9,11,12
27:2,4 28:5,
8,20,22 29:4,
15 30:1,11,
12,22 31:14,
17,22 32:2,4,
14 33:4
34:21,22
35:3,6,11,22
36:20 37:14
39:14 40:6,
11,21 41:4,8,
10,18,20

43:19 44:7
45:19,24
46:3,9,20
47:14,15,16,
19,22 48:1,4,
6,11,12,16
49:10,12,16,
17,20,21
50:4,15
51:14,18
52:3,4,5,9
53:3,5,17,18,
25 54:3,7
55:6,21,22
56:14 57:5,6,
7,8,16,19,21,
25 58:8,10
59:4,8,13,19
60:6,23 61:4,
16,17 62:7,23
63:23 64:8,9,
17,23 65:10,
23,24 66:1,5,
6,8,9,11
67:20 68:19
69:4,5 70:3,
5,6,14,19
71:5 72:7,8,
23 73:4,13,19
74:9,13 75:3,
6,21 76:4,17,
22,23 77:10,
13,16,21,22
78:6,12,24
79:10,13,15,
16,18 80:14
81:6,13,23
82:1,5,16
83:3,6,10,15
84:11,12,19,
21,25 85:12,
18,23 86:8,
11,14,15,16,
20 87:7,9,16
88:4,13,14,16
89:9,19,23
90:22,25
91:12 92:3,
10,13,18,22,

24 93:7,8,15,
17,18 94:5,
11,16,23
95:3,8 97:2,
8,9,17,18,20,
22,23 98:1
99:1,23
100:1,2,5,13,
18 101:1,4,6,
9,13,14
102:2,4,21,25
103:5,24
104:2 105:2,
4,17,18,19,24
106:3,15,19
107:1,2,24
108:7 109:1,
2,6,10 110:4,
9,23 111:12,
14 112:18,22
114:6,21
115:1 116:19,
24,25 117:5,
11 119:14
120:12 121:12
122:9,13,14,
21,23 123:18,
22,23 124:20,
21,22,24
125:10,12,14,
21,24 126:1,
17,20 127:3,
6,18 128:3,7,
12 129:8,9,
13,24 130:5,
6,9,19 131:9
132:11,15,19,
23 133:1,16,
23 134:1,10,
16,20,23
136:1,6,7,8,
13,16,17,18,
22 137:2,3,6,
9,15 139:3,
14,15,23,25
140:2,4,9,10,
14,17 141:3,5
142:3,10,24
143:7,8

144:6,12,25
145:9,11
146:3,7,12,23
147:14 148:3,
13,20,22
149:21 150:8,
20 151:8,9,15
152:10 153:6,
21,25 154:5,
10,22,24
155:14,24
156:2,4,5,23,
24 157:16,17,
23,25 158:2
159:8,10,15,
18,20 160:4,
5,7,24,25
162:19,24
163:10,13,17,
21,25 164:3,
9,13,23
165:4,5,10,
15,16 166:4,
5,10,12,14,20
167:16,19,21,
22,23 168:4,
5,6,19 169:5,
8 170:16,17,
20 171:3,13
172:3,10,14,
18,20,25
173:20
174:10,18,19,
21 175:1,3,6,
8,21 176:9,20
177:15,21
178:12,22
179:3,20,22
180:3,6,8,13,
14,16,17,19,
21,23,24
181:10,12,14,
19,21,22,25
182:5,7
183:5,6,7,18,
24 184:13,19
185:1,15
186:8,9,14,
17,20,22,25

187:2,6,7,8,
18,19,25
188:1,3,7,9,
11,13,19
189:4,7,12,
13,14,17,21,
25 190:6,13,
22 191:5,7,9,
13,18,24,25
192:3,6,13,
16,19,22
193:5,20,21,
22,25 196:13,
19,25 197:2,
5,10 198:16,
20 199:20,24
200:19,20,21,
23 201:5,13,
25 202:4,5,7,
9,12,13
203:4,10,17,
19 204:2,10,
16 205:18
206:2,9,10,15
207:14,15,16
208:9,19
209:1,6,8
210:5,9,10,
11,18 211:24
212:7,20,21,
24,25 213:4,
6,16 214:9,10
215:4,10,25
216:3,5,9,11,
18 217:7
218:2,4,5,8,
10,14 220:4,
17,19,20,23,
25 221:2,5,9,
10,18,25
222:2,15
223:4,15,19
224:19,20,22
225:2,8,11,12
226:5,6
227:14,19
228:12 229:8,
14,18 230:6
231:17,19,24

232:4,5,19,
22,23,24
233:3,6,9,10,
18,19,21,22,
23,24,25
234:1,4,22,23
235:1,6,12,16
236:1,2,18,
23,24,25
237:2,4,16,
17,21,25
238:4,18,20,
21 239:5,11
**today**   8:2
20:20 135:6
156:8 194:19,
24 222:14
234:9
**together**
75:22 83:23
139:2 152:10
**told**   10:1
68:10 69:18
97:3 98:13,
18,21 110:22
142:6 169:5
182:5 186:20
212:23 219:4
**tons**   75:21
**too**   36:23,24
83:2 85:11
120:17 207:7
227:10,11
**took**   65:17
189:7
**top**   26:18
66:16 96:8
179:20 187:20
190:8 230:23
231:24
**topics**   180:24
**total**   38:7,9
49:1,13,22
60:9 83:14
90:2 94:13
103:2 105:25
142:23
144:17,20

154:18 165:7,
16,19,21
169:20 172:13
189:7 218:10,
13
**toto** 34:8
**towards** 66:16
126:20 189:6
204:5 230:23
**trade** 47:22
48:20 51:7
**training**
15:2,3,4,5
16:6,8 17:9,
11 236:22
**transact**
31:2,3 70:12
**transaction**
128:25
130:13,18
213:18,19
214:3
**transactions**
50:1 101:5
128:16 130:16
131:18 132:18
215:3
**transcript**
239:12
**transfer**
227:15
**transferred**
227:14,19
**transient**
25:3
**Transit**
62:18,19
129:14,17
**translate**
172:19 204:16
**transmitted**
189:22
**travel** 18:18
44:6
**traveling**
13:3,5,6
**travels** 44:7

**treasury**
24:21
**treat** 34:19
35:3,5,6
**treating**
17:18 59:3
**treatment**
69:9
**trial** 22:13,
14,23,24
29:20 59:10,
12,14 60:10
98:8 154:17
155:6 176:6
**tried** 163:10,
13 164:9,13,
23 181:25
212:7,9
237:13
**tries** 51:14
**triple**
150:12,16
**trouble** 31:22
197:20
**true** 18:21,23
36:15 37:2
162:8,9
163:14 177:10
208:25 222:7
233:1
**Trump** 202:8
203:5
**trust** 9:17
10:2,4,5,7
11:13
**truth** 9:2,3,4
**try** 51:18
145:9 156:5
163:25 237:4
**trying** 24:17
143:7 181:19
201:25 215:25
216:3
**Tuesday** 8:2
**turn** 23:21
40:6 46:20
53:3 66:11
67:20 72:23

76:4 129:19
142:3 145:10
184:15,17,18,
19,20 187:19
229:14 230:21
**turned** 87:16
150:20
**turning** 91:24
**Twenty-one**
123:9
**two** 16:24
17:1 19:1
36:3 46:5
97:3 99:13,
19,22 110:25
124:3,8
139:9,10
141:1 179:2
205:8,9,11,20
206:1 207:23
208:7 238:1
**two-thirds**
28:13
**type** 19:14
214:12
**typical** 41:1
**Typically**
235:18
**typo** 23:25
24:1,20

_____

**U**

**U.K.** 206:15
**U.S.** 8:13,15
17:13 18:15
54:25 55:1
56:3,23 73:3,
13 92:1 104:5
109:2 193:18
196:25 206:15
**U.S.A.** 24:15
210:21
**uh-huh** 23:23
48:25 55:19
56:13,19
57:18 66:19,
22 67:23

69:22 71:11
73:1 82:7
136:5 165:9
171:5 188:24
190:19 192:4
207:5 212:4
214:8
**uh-uh** 57:19
238:13
**UK** 54:12
**ultimately**
72:12 84:1,2,
22 85:16
238:16
**umbrella**
125:21
**unable** 69:4
**unaudited**
171:9,19
176:7
**under** 24:13
28:15 39:11
44:17 48:14
66:17 67:21
102:8 121:4
125:20 132:3
232:1
**underestimated**
166:25
**underlining**
156:5
**understand**
10:6 17:22
19:18 20:3
22:8 28:22
32:12,13
33:14,20
34:11 50:6
73:18 80:13
87:12 88:21
120:16 126:15
129:21 130:12
131:15 132:7
134:3 147:21
154:23
163:11,25
164:18,19
172:16 176:11

178:24
180:11,18
182:21 184:3
188:9 189:11,
19 209:18
213:17
214:11,16
215:25 216:4
218:8 222:1,
14 234:10
**understanding**
33:24 39:13
44:20 45:8
143:4 159:6
173:18 180:2
192:18 206:19
217:13
235:21,22,24
**understood**
39:13 45:16
139:4 158:14
193:2 215:25
**undertake**
189:21
**undertaken**
186:22
**undertook**
186:25
**unfair**  186:24
**unfinished**
81:25
**Unintelligible**
17:5
**union**  214:12
**United**  8:11
9:9,11 13:3,6
14:9 16:7
18:19 42:17,
24,25 45:24
46:2 64:19
113:14 134:23
**university**
13:11,12,23,
25 14:15,25
236:21
**unless**  223:17
**unsupportable**
69:25

**until**  13:1
176:15 182:3
196:1 200:10
201:16 223:17
**unverified**
202:8 203:5
**up**  12:5 13:1
24:6 30:8
35:23 40:21
47:12 57:19
59:7 66:7
67:16,19
73:3,12 75:23
79:16 82:18
85:11,18
98:12 105:24
109:18 112:1
127:7 144:25
147:14 153:25
165:5 166:4,5
167:21,23
168:4,5,6
169:8,21
172:7 175:21
179:22,25
181:25 182:1
193:23 200:10
201:25 203:7
211:6 213:21
**upcoming**
79:6,9
**update**  80:21
**updated**
147:13 156:24
220:22 221:4
**upon**  85:17
**us**  17:10
34:20 52:5
61:7 69:18
80:3,15 128:7
135:6,17
151:9 195:18
196:2 206:14
210:18 211:7
212:20,21
213:6 221:17
236:4,6
**use**  30:19
36:20 58:5,20

72:12 133:13
214:10
221:10,15
223:5,14
224:8,17
**used**  17:7,10
21:22 22:22
30:1 31:14,17
35:7 36:13
45:24 46:3
72:17 75:6
87:3 187:25
188:2,18
191:13,18
217:9 221:13
**using**  10:8,
23,24 17:20
102:1 103:24
166:20

---

# V

**Val**  8:24
**valid**  200:10
238:19
**valuation**
67:18 69:19
72:5 75:7
84:6 87:11
90:12,16,18,
20 93:17
111:24 112:3,
5,7,10 221:20
222:8,12,18,
21 223:2
**valuations**
87:10
**valuator**
221:18
**value**  39:15
67:10,19
68:11,13
69:6,24 70:3
72:9,11 82:2
86:24 87:3
95:25 96:13,
20,23 97:15,
23 99:16,20

110:6,17,18
111:9,19,20
217:21,25
218:9,24
219:5 221:17
222:3,13,16
**valued**  90:17
91:3
**values**  95:16,
22 96:12 97:3
99:22
**valuing**
221:17
**Vankempen**
199:24,25
**variety**  215:4
**various**  28:15
30:23 31:11
34:2 49:2,17
**vast**  50:9
**VB**  131:6
**vendors**  62:16
**venture**  19:12
72:6
**verbal**  217:22
**versions**
220:22 221:4
**versus**  8:10
**very**  17:9,16
18:1,8 30:7
40:15,18
49:25 51:4
71:13 78:10
84:16,17
115:3,17
124:20 125:3
182:13,18
184:15,19,20
193:20 224:1
231:19
**video**  8:2,6
25:22,25
52:17,20
63:13,16
91:18,21
116:7,10
141:7,10
170:23,25

179:6,9
197:25 198:3,
23 199:1
216:24 217:2
229:9,12
233:13,16
239:9
**videographer**
8:1,14 25:22,
25 52:17,20
63:13,16
91:18,21
116:7,10
141:7,10
170:19,22,25
179:6,9
197:25 198:3,
23 199:1
216:24 217:2
229:8,12
233:13,16
239:9
**view** 69:25
159:4
**violence**
235:10
**Virginia** 46:7
**Virtual**
188:16
**virtually**
117:18 120:8,
20 166:15
169:3
**visited**
228:9,10
**voice** 12:5
24:5 35:22
57:19 66:6
127:6
**volatile**
93:13 211:7
**volatility**
74:1,4,5
**Volskrant**
204:4
**Voltskrant**
203:18

**volume** 45:22
50:15 51:5,25
52:3
**voting** 99:10

---

**W**

**wait** 20:4
**waiting**
183:25
**wake** 181:25
**walk** 14:14
52:12 229:2
230:10
**walked** 229:3
**want** 30:11
41:8 45:19
72:7 73:21
89:9 92:3
97:17,22,23
107:2 140:9
189:12 198:20
201:25 222:23
233:9,10
235:1,16
236:1,2
**wanted** 11:4,
22 16:14
19:13 32:14
54:7 55:21
70:3,5,19
72:8 80:13
82:1 110:23
111:14 124:21
139:23 140:2,
3 142:10
154:22 157:16
181:19 204:20
210:9 237:4,
25 238:18
**wants** 207:3
**was** 9:17,25
10:1,2,3,4,7,
12,13,17,24
11:5,16,18,19
12:23,24
13:3,9,14
14:17 15:6,

10,11,19,21
16:1,16 17:4,
8,9,16,20,23
18:1,7,8,12,
14,17,23
19:5,7,11,23
20:1,2,6,8,
17,22 23:7
24:17 25:24
26:12 28:9
30:2,3,5,7
31:17,19,25
32:6,10,20
39:17,23
40:1,7,15,16,
18,23,24,25
43:9,13 44:11
45:11 46:14
48:4 52:19,25
53:5 54:12,16
55:18,20
56:12 57:1
59:1 60:17
63:15,18
67:4,15,18,24
68:11 69:19,
25 70:24
71:15,20,23
72:5,15,20
73:3,8,12,22
74:1,9,12,14,
15,17 79:14
81:16,17,18,
25 82:9 83:4,
17,18,24
84:11,15,19
85:1,8,16,21
86:2 87:23
88:4,18,22
89:1,3,17
90:2,13,16,
18,25 91:6,9,
20 92:13
93:8,12,13,15
94:3,12,16,20
95:15,21,23
96:1 98:2
101:16 102:17
103:11,16

106:12 107:7,
16,22 108:16
109:1,2,12,14
111:16,19
112:2,16
116:9,17
117:7,11,12
118:7 123:10,
14 124:10
125:8,24
126:4,8,10
127:21,23
128:4,24
130:18 136:2,
21 137:2,25
138:2,3,9,10,
15,16,20
139:1,3,8
141:9,15,16,
21,24 142:8,
17 143:7,10,
11,12,17
144:4,11
145:14,18
146:1,8,11,13
147:8,18,24
148:11,14
149:3,6,15,
22,24 150:5,
11,24 151:5,
9,20 152:20
153:22 154:3,
20 155:2,10
156:9,13
157:8,20
158:7,9,10,
13,16,17
159:3,6,25
160:6,12
161:8,12,15,
18,20 162:8,
14,22 163:13,
18,20 164:2,
14,15,24
165:11,19
166:4,8,10
167:22 168:4
169:19,20
170:1,24

171:13,25
173:15 174:2,
10,18,24
179:8,18
180:3,4,7,15,
19 181:6,10,
11,16,17
182:11,17
183:12,20,23,
25 185:13
186:12 187:1,
14,18 190:3,
25 191:19
192:15,19
193:19 194:11
195:3,9 196:7
197:15 198:2,
5,25 199:18,
24 200:9,12,
13,14,16,17
201:4,10,18
202:2 203:14
204:4 206:21,
25 207:22
208:4,19
209:4,8,21
210:9,14
211:5,11
213:2,5,9
215:7,15,19,
25 216:1
217:1,20,22
218:13
219:13,15,22,
24 220:3,18
222:11
225:18,20,22
226:1,5,16,17
227:2,7,19
228:2,3,4,7,
8,9,12,15,22
229:2,6,11
230:7,10,12,
16 231:7,10
232:6,12,14
233:15 235:9,
12,21 236:5,
15,17,19,20
237:16,20

238:2,6,8,9,
17,19,25
239:17
**Washington**
181:17,18
**wasn't**  17:14
40:19 71:18
85:16 110:24
143:9 182:8
**Watkins**  43:3
**way**  11:16,19
25:1 32:19
35:6 46:9
54:7 57:7
97:15 98:1,16
111:8 114:5
120:21 122:7
130:19
157:15,25
162:6 168:1,
11,16,25
189:21 202:13
203:10 204:5
212:8,16,24
221:19 237:20
**we**  10:18,21
11:5,13
12:19,21 19:6
20:14 22:2,
12,25 23:1,11
27:4,10,23
30:6,9 31:21,
23 32:3,21
34:19,21
35:5,10
38:12,13,14,
20 39:20
46:5,6 50:23,
25 52:8,11,
14,22 54:25
55:20 56:11
59:9,10,14
60:7,23 61:5,
11,15,16,23
62:14 63:6
69:4,8,12
70:6,18 72:6,
8,9,10,17,21
76:2,3 77:8,

16,17 78:12,
13,17,22
79:5,19,25
80:25 81:1,25
82:1,3 85:23
86:3,11,14
87:11 88:24
89:3,8,20
90:14 91:11,
15,17 98:7
111:13 112:9
114:25 124:21
125:1,8,9,11,
25 126:19
131:22 133:20
134:12 141:25
142:7 144:17,
20,24 145:10,
19 146:17,23
147:15 152:8,
16 154:16
155:20 156:3
157:6,16
159:8 160:4,
5,13 161:10,
25 162:5,16
163:2,15
166:9,12,17,
23 169:5,6
175:22 178:8,
10,14,25
179:4 180:16
183:1,2,6
184:10 186:7,
16,20 187:7
189:4,13
190:21,22
192:6,22
193:20 194:1,
20,22,25
196:1,6,10
204:11,25
208:13 209:13
210:9,11
212:2,5,19,22
213:7 214:10
215:2,11
216:5 220:2,
18 221:1

223:1 233:7,
11,18 236:25
237:2
**we'll**  54:2
65:9 79:18
193:15 233:6
236:8
**we're**  8:1,4
52:17 54:3
57:23 89:19
91:12 111:2
142:2 166:11
**we've**  107:5
134:19 156:22
167:6
**web**  28:7
45:6,7,16,24
60:12,14,16,
19,23 61:6
101:16 131:25
132:9 136:20,
22 187:22
**Webazilla**
30:1,2,3,12
**webcam**  190:11
**Webmaster**
231:17
**Webmasters**
228:1,20
**Website**
28:12,14
39:20 181:12
**Websites**
212:22
**Webzilla**  10:8
27:7,11,18
28:1,2,5,15,
16 29:4,5,18,
25 30:7,9,12
33:8,9,11,16
35:1,16,20,
24,25 36:7,9,
12,16,17,21
37:2,3,4,5
38:8,16 39:7,
22 40:7,9,23
44:17,21
45:4,7 46:17,

23 49:5,25
50:4,17,20
51:4,10,22
52:23 53:8
55:20 57:22
58:14 60:11
61:4,8,21,22
62:1,17,22
63:9,23,24
64:10,22
65:10,17
66:25 100:1,
10,22 101:12,
24 102:5
103:16 106:19
107:10,23
108:7,15
112:15,19,25
113:13 114:1,
6,20 115:2,8,
9 116:14
117:14,23,25
118:3,12
119:4,12,18,
25 120:18
121:13 122:24
123:2,19,23
128:9 129:1,
3,10,13
130:8,9
131:1,2,6,8,
24 132:8,18,
23 133:15
134:19,22
136:4,8,13,19
138:18 140:2
182:19,22
191:17 194:12
198:17 201:16
204:18 231:15

**Webzilla's**
53:4 101:4
103:19 114:11
117:10,20
118:16 123:17
128:7 133:7

**Webzilla.com**
30:13 229:18
230:25

**Webzilla.com.**
28:12

**Wednesday**
239:14

**week** 182:11,
12,14 239:13

**well** 11:3,18
17:18 18:15
20:14 34:8
38:15 42:4
49:12 50:6
53:25 57:12
60:25 65:5
68:5 73:12
77:15 83:16
84:1 88:9
90:25 93:3
95:8 98:5
102:14
114:10,19
115:13 116:5
122:12 125:18
126:16 129:6
132:2,9
134:4,19
145:8 149:2
150:2 162:11
173:22 174:14
182:22 184:3
185:7 197:1
200:5 207:20
208:1 214:19
217:16 219:22
224:25 225:18
232:5,25

**Wells** 204:22,
23

**went** 47:12
163:10,12
164:22 172:7
183:8,10
228:8

**were** 9:24
10:16 13:5,6
14:2,19,24
17:17,23
18:1,10,11
19:25 20:11
31:21 37:15

50:10 53:24
59:2 60:25
65:20 69:4
70:6 73:23
75:25 77:11,
25 81:24
86:6,7 87:8,9
98:16 99:4
105:10
108:18,20
109:17,23
111:17 126:16
141:13,21
142:7,11
145:20 148:15
149:10 152:10
156:24 157:6
159:20 160:9,
13 161:25
162:2,12,17
165:21 166:1,
5,14 167:15,
19,21,23
168:5,6
169:2,8,16
172:13 174:19
176:1 179:11
180:13,14,16,
23,24 181:19
187:2,3,12
194:15 196:1
197:16 198:12
202:9 204:12,
25 205:21,24
207:10,16
211:9,12,16,
19,20,25
214:23 220:23
221:5 225:10
227:12,13
228:13 232:7,
10,13 234:20
235:2,18,24,
25 236:4,14,
17,21,22
237:11
238:14,23
239:1

**weren't** 13:7
78:10 86:16
180:22 183:6
235:5

**what** 9:16,24
10:1,4,15,17
11:7,21 13:9,
14 14:15,24
15:1,3,9,13,
15,18 16:12,
15 17:4,19
18:4,13 19:2
20:7,17 21:2,
24,25 23:1,17
24:23 25:2,9,
13,14,16
26:4,8,17
27:1,4,6,8
28:1,2,18,22
30:5,15,19
32:6,13,18,24
33:1,3,14,20
34:15,25
35:9,19 36:11
37:2,5 39:10,
13 40:16
41:21,23 43:9
45:4,11,15,16
47:24 48:18
50:24 51:1,
19,22,23
53:14 55:6,11
56:11,25
57:11,15,23
58:2 59:13
60:1,3,5,7,
11,13,17,20,
21 61:3 63:2,
4 64:2 65:20
68:2,7,10
69:15,16,20
70:6,16,22,24
71:12,14,25
72:3,8,10,15
73:7,8,17,18,
21 74:3,9
75:9,12 76:9
77:19,22
78:8,23,25

80:7,13,18,24
81:23 83:3,24
85:14 87:5,10
88:4 89:1,3,
24 90:2,14
91:9,15
92:16,23,24
94:12 96:22
97:21 98:1,2,
10 99:25
102:16,23
103:3 105:10,
19,21 110:19
111:16 112:12
114:14,17
115:6 119:23
120:2,13
123:8 124:18,
19,24 126:8,
10,11,12,13,
14,15 127:9,
22,24 129:21
132:12
133:12,20
135:20
137:15,17,20
139:1,3
142:11,25
143:5 144:11,
14,15 145:17,
18,20,22
146:12,19,25
147:2,20,21,
24 148:16,19,
24 149:13,15
150:11,25
151:10,12,15,
20 152:15
153:2,20,22
154:3,12,14,
15 155:2,6,20
156:2,9,15,
17,22 157:2
158:7,18,19
159:3,8,12,
13,15,16,17
160:9 161:25
162:1,5
163:23 164:20

165:19 166:8,
11 167:10
169:16,18,19,
20,22 172:3,
11,13 173:18
174:11,18,19
175:25 176:5,
6,8 177:17,24
178:4,6,16,
18,24 180:6,
7,11,14,16,
18,22 181:24
182:6,14
183:2,6,12,14
184:2,4,18
185:3 186:4,
5,6,15 188:6,
12,14,22
189:1,11,19
190:12,15,17
191:2 192:2,
12,14,19
193:14,22
194:23 195:6,
10,14,19,22
196:7,9,22
197:23 202:1,
23,24 205:2,
5,15 207:15,
20 208:23
209:7,10,12,
21 210:6,15,
16 211:8,24,
25 212:2
213:6,10,15,
18 214:3,4
215:2,11
216:4 217:8,
19,20,23,24
218:1,14
219:4,5,13
222:1,2,14
223:13,19
224:7,10
226:18 227:7
228:12,22,24
229:1 230:4
234:20 235:8,
15,22 236:17

237:3,7,9,14,
15 238:11,14,
16,17,23
239:2

**what's** 16:16
37:17 51:6
52:10 58:16
60:15 66:14
68:4,8 100:9
103:10 121:3
123:16 128:6
161:5 184:11,
16 185:21
199:7

**whatever**
10:24 15:25
21:9 50:10
58:11 98:8,10
135:3,21
158:17 213:21
232:23

**when** 10:23
11:1,3 12:22
13:5 14:17
15:4 16:10
18:18 19:6,10
20:17,22
25:15 30:19
32:6,9,17
33:3 40:24
41:13,16,23
44:2 45:18,21
62:13,17
63:4,6 65:5
67:14 68:10
73:22 75:14
77:17 78:12,
17 79:23 97:9
109:2 127:10
135:23 139:8
143:16,23
145:16 147:7
157:8,19
162:12 166:20
171:2,18
173:4 176:25
181:10,25
183:2 192:11
194:2 195:2

196:10 197:17
200:7 210:1,
9,13 214:23
215:10 219:4,
14 225:15,22
226:11,14,15,
17,24 227:17
228:3,7
232:14 234:14
236:19,20
238:18

**whenever**
34:21 89:8
193:20 197:5

**where** 12:16,
20,24 13:4,9
14:19 16:18
18:1 24:13
25:5 28:12
34:19 36:7
38:13,19 39:9
42:16,18,24
45:23 46:2,6
48:23 49:20
53:9 54:20,23
55:22 59:20
74:25 78:22
81:10 86:21
94:24 96:8
100:4,20
104:1,17,22
105:18 110:10
112:25 113:2,
20 125:9
126:17 129:5
133:22 134:9,
17 135:3
142:20,25
155:3 156:3
158:3 161:1,2
166:12 169:6
182:7 191:15
193:11
196:19,25
203:24 205:17
206:15 213:9
219:19 229:17
231:20

**where's** 16:18
**Whereas**
133:18
**wherever**
135:15,22
**whether** 12:10
35:4 51:21
60:8 92:19
135:6 145:24
164:1,4,12,23
186:23 187:1
189:21 199:15
220:13,22
221:4 227:6,
12,13,16
230:7 232:5,
10,13 233:3
236:4
**which** 8:10
10:18,21
13:12,22
16:13 17:13
22:13,25 26:5
27:11 28:15
35:14,16,19,
25 36:3
39:21,22
44:17 51:3
52:23 55:5
56:6 57:4,25
58:5,13 66:10
67:9 69:10
70:13 72:23
79:17 81:8
85:23 86:19
89:6,25 90:21
91:6 96:14
99:1 103:2,10
105:25 107:9
109:17 112:2
113:2,4
114:25
115:10,11
118:10,11
121:6,11
122:7,13,17
123:17 133:25
134:10,12,15,
22,25 135:17

137:2 138:20
144:1 145:14,
15,20 146:10
147:22 148:4
154:18,20
159:24,25
162:18 175:15
176:6 183:25
188:17 190:23
193:4,6,25
194:11 198:8
200:6,9,20
204:14 205:19
208:19 209:23
211:6 213:5,7
214:10 216:5
221:14,17
237:5,15,16
**while** 20:14
54:2,12 107:4
**White** 137:12
**who** 9:17
11:11,14 20:1
22:5 27:3
31:25 37:7
42:13,20
44:25 49:10
50:20 67:12
111:20 120:24
127:16 138:24
143:11 145:14
158:3 162:6
179:17 185:17
187:21 189:8
191:10
196:18,22
198:12
199:23,25
203:20 206:5
207:2,8
209:13 214:24
216:6 219:24
228:16 231:4,
6
**whoever** 27:20
**whole** 9:2
32:23 73:19
178:12

**wholesale**
33:2 51:3
**whom** 196:24
**whose** 108:3
141:22
**why** 11:2
17:2,15 18:6
19:4,21 20:3
23:24 24:10
26:11 30:11
31:17,19
38:10 40:23
44:20 45:8
47:12,19
50:13 58:25
59:25 62:9
65:10 69:23
72:5 73:25
74:7 81:21,22
83:9,20 84:6
86:16 87:24
94:20 95:6,
21,25 97:2,8,
10,19 98:5,20
99:9 101:25
102:11 103:21
104:11,20
106:11 108:6,
22 109:20
110:2 111:12
116:1 119:22,
25 120:6,18,
20 124:20,22
129:19 131:8,
11 132:2,23
136:24 143:4,
6 145:6
149:14 150:15
151:2,21
152:2,14
154:3 155:8
157:14 160:2,
15,18 161:7,
24 162:3
163:1,11,13
164:9 169:7
172:7 178:9
179:3 180:2,
7,10 188:5,18

207:19 208:12
212:24 215:7
228:6,11,18
231:14 233:11
237:22
**wife** 181:21
**will** 12:7
20:6 38:6
48:19 50:17
52:1 55:23
77:8 82:15
89:13 117:2
125:23 133:7
142:9,13,14
144:5,6,11
147:25 154:18
163:5 165:12
166:13 171:6
189:16 191:6
192:2 216:9
217:24 236:6
239:16
**willing**
233:24
**Wisconsin**
39:21,23
40:7,11
**with** 9:16
11:4 13:16
14:20 15:2,6
17:14,15,23
19:16 20:12
21:5,10,11
23:3 27:19
29:4,5 31:5
45:21 50:1
58:6 59:5,6
60:9 67:16,19
69:3,8,10
71:7 75:23
79:14,25
93:16,20
96:15,19
97:4,16,25
98:8,12,16
107:10 108:11
110:14,18
111:8 116:14
121:9 125:3,

11,19,20,21
137:7,10,14
143:12 145:14
146:17 150:20
155:13 157:21
158:16 177:23
178:4,20,21
179:21 182:15
183:5 184:2
191:22 193:6,
11 194:8,11,
19,24 195:8,
20,24 196:1,
5,10,13,18,23
197:20,21
203:2,7,9
204:8,18
205:12 206:2,
21 207:8,9
210:17 211:7,
21 212:14
213:15 214:1,
5,23 215:3,
17,22 216:14,
18,20,22
217:5,14,16
219:9,14,19
220:2 223:11,
18,21 224:23
225:13 233:10
235:19,25

**within** 34:2
50:1,11 56:6
57:4 59:12
60:20,21
114:12,22
134:14

**without** 17:16
76:10 84:14
176:16

**witness** 9:4,
11,18,23
10:21 12:2
14:1,23 15:16
22:20 25:6
26:9 29:3
34:4 37:11
40:18 43:8,11
55:12 57:17,

20 60:19 64:7
65:8 68:18
72:17 74:23
75:2 81:15
90:7 93:25
95:12 96:5
113:22 117:1
118:23 139:5
150:7,19
151:24 152:11
185:25 191:16
205:23 233:24
236:3,13
239:8,16

**won't** 131:19
236:4

**word** 31:15
208:3

**words** 16:2
30:19 31:4
35:2 36:16
41:6 43:24
85:18 86:7
92:24 142:16
143:5 155:15
157:12 168:22
180:7 187:8
204:7 211:24

**work** 11:19,22
16:3,23 18:25
20:16,17
27:21 42:13,
23,25 47:14
75:21 83:23
84:2 142:1
151:17 168:1,
11,15,25
203:24
207:10,11
223:8,11,13
224:17

**worked** 15:24
16:2 18:18

**working** 11:5
14:18,19
16:5,10 19:8
20:22 194:2,
5,7 195:1
231:11

**works** 203:22,
25

**world** 125:23
126:1

**worth** 78:10
90:16 100:22
111:17 131:4
173:15

**would** 8:16
19:24 20:2,3
23:15 24:10
28:5 30:22
34:14 35:3
36:4 41:23
44:21,25
46:22 49:24
50:16 53:15,
17,21 55:20
57:8,12,13
62:9,24 63:2
74:7 76:11
77:9 80:18
82:21 83:9,20
84:15,16,21,
25 85:6,7,10,
11,12 86:1
89:9 90:23
91:1,4 92:23,
24 101:3,15
105:3 113:14
122:9,12,16,
21 129:19
131:8,11,17
139:17,21,24
140:5,6,11,
12,13,14,17,
21 142:8
143:5 144:9,
14,15 145:8
147:9,11,22
150:12,16
154:10,12,14,
19 155:2,6,8,
10,13,24
156:3,4
157:23,24
159:23 160:7,
16,18 161:20,
21 162:3,23

163:3,21,22
164:3 168:22
169:6 171:12,
19,24 172:2,
15,19 173:2,8
175:9,15
176:5,6,13
177:14,20
179:22 183:18
188:18 190:13
191:12 203:2
214:6,9
218:10 221:20
222:3,13,16,
22 231:14
233:25 239:11

**wouldn't** 45:8
51:13 130:19
132:3 143:6
176:15 208:16
222:23

**write** 25:16
97:6 186:8
187:6 204:9

**writes** 179:20
187:21

**written** 28:19
69:16 73:7
81:17 100:9
190:12

**wrong** 35:18
87:23 190:20
215:19

**wrote** 73:10

---

**X**

**XBT** 10:23
19:3,9 20:12,
22 26:3,12,13
29:12,17
30:15 31:1,4,
13,14,19
32:8,9,11,22
34:2,16 35:1
37:22 38:4
41:2 42:1,5,
11 44:14 46:2

50:2,11,18
54:24 62:3,6,
23,24 63:9
66:25 70:4,8,
14,23 71:1
89:25 92:19
94:12 97:12
101:1,14
109:7 114:22
116:20 117:6,
25 121:21
124:12
125:13,21
126:7 133:22,
25 134:4,12,
13,14 135:1,
7,19 137:20
138:10,18
140:3 159:15
170:11 177:8,
11,15,21
178:12,22
181:12
182:19,22
183:15 184:5,
15,17,21,22
185:1 187:21
189:20 194:13
197:19 204:21
205:12 206:7,
8 212:17
224:13
**XBT's**  99:24
117:6,21
118:10 159:10
**XBT.COM**  232:1
**Xp.com.**
231:20
**XXX**  190:11

---

**Y**

---

**yeah**  11:10
12:15,25 13:8
16:1 18:3
19:20 21:1,24
22:16 25:18
26:21 28:7
29:6,19 32:16

33:13 36:2
37:11,24
38:25 46:12
50:12 51:8,
12,20 53:2,7
56:10 66:13
68:23,25
75:16 85:14
96:10 97:1
103:20 105:12
106:18 113:9
117:19 124:2
126:3 128:20
129:2 130:2
142:12,15
145:2 147:2,
12 154:21
155:10 156:21
157:10 158:6,
22 161:14
162:25 165:14
166:17,24
167:18
168:20,24
171:8,14,22
173:1,3
174:5,8
175:21,24
177:4 179:16
183:9 188:11
192:1 193:3
194:20
195:13,25
198:10,21
200:13 201:3
205:23 206:18
208:24 209:20
210:4,25
212:9 213:25
214:15 217:18
219:18 226:2
227:11 229:4
231:25 237:25
**year**  15:9
22:15 37:22
48:4 54:12
56:12 63:7,9
64:16 72:21
77:15 78:4,13

79:2,4,6,9,
12,13,24
80:20,25
83:19,21 84:8
85:19 88:1,2,
3 92:9 94:20
98:14,19,21
100:5 104:6
109:14,18
111:6 112:12
114:11
115:10,11
116:1 119:22
120:15 134:4
136:7 139:10
147:10 150:12
152:8,17
153:5,7,18
154:6 155:18
157:3,6
160:17
161:16,22
162:4 163:19
166:23,25
171:25 172:1
175:10 176:2
184:20 191:22
219:16,17
226:12,13
228:4 230:12
**year's**  229:19
230:19
**year-end**
48:19
**years**  16:24
17:1 19:1
41:4 54:14
78:4,5,18,20
79:9,11,21
81:12 84:23
88:20 93:15
97:3 112:4
120:1,8
122:24 139:10
152:14 161:1,
4,6,9,10
187:22
234:18,19
237:4 238:1

**yes**  9:4 10:9,
11,14 15:23
16:22 18:20,
22 20:21
21:16 23:5,20
26:23,25 28:3
29:10,14,24
30:2,4 35:18
36:25 37:1
38:5 39:6,8
42:12,15
43:6,8,11
45:17 46:19
47:4,9 48:7,
13 49:3 55:4,
16 56:8
57:16,17,20
59:17 62:4,8,
21 63:1,10
64:5,7,12,14
68:1 70:3,10
72:2 75:3,4,
8,19 76:3,8
77:2,6,7 78:3
79:7,20,22
81:18 82:7,
11,17,20
84:4,13 85:9
86:9 87:2,15
90:10 93:5
94:10,17,19
95:1,5,17
96:7,22 98:15
99:3,6 100:9,
12,17,19,24
101:2,8,14,
19,22 103:1,
14,17 104:10
105:20,22
106:2,6,25
107:14,21
109:9,13,16,
19 110:1,8,
12,20 111:5,
11 112:14,21
113:12,16,19,
25 115:14,16
116:21,23
117:9,13,22

118:2,6,15,18
119:3,5,8,11,
13,16,19
122:6,20
123:4,21,25
124:9,14,17
127:2 128:11,
14 129:7,12,
15,18 130:7,
20,24 131:3,7
132:21 134:8,
21 136:10,12,
15,23 138:23
140:15,23
141:24
143:15,22
148:7,9,12,18
149:4,8,12,23
150:10,14
151:1,11
153:9,11,15,
19 154:2
156:7 157:1,
5,13 158:1,
12,15 159:22
160:1 161:17,
23 162:20
163:9,24
164:21 165:6,
18 166:2,7,9
167:4,25
168:10
170:18,22
173:6,17,25
174:17,22,23
175:14 177:13
178:5,7,21
179:24 180:15
181:13
182:13,24
186:3 187:11
191:4,20,23
192:17,24
194:17,22
197:4 198:13
199:8,22
200:11,16,22
201:17 203:6,
9,12 204:19,

23,25 205:14,
16 206:11
208:22 209:3,
11 210:23
211:3,6,15,23
212:2,11,15,
21 213:13
214:2 215:6,
14 216:13,16
218:7,12
219:3,23
221:23 222:5
223:6 225:4,
6,9,25 226:4,
8 227:5,9
229:16,23
230:11,23
231:1,3,5,21,
23 232:12
234:13,25
236:7 239:13

**yesterday**
34:12 35:7
186:10

**yet**   170:13
171:11,17,18
181:4

**you**   9:1,5,8,
12,19 10:10,
13,15 11:2,
11,15,16,21,
25 12:2,4,8,
10,13,16,18,
20,22,24
13:1,5,6,9,
10,20 14:2,5,
8,11,15,19,24
15:1,4,7,8,9,
13,17,18,24
16:2,4,5,7,
10,12,15,23
17:2,12,13,
15,19,20,23
18:2,4,6,10,
11,13,18,25
19:2,4,9,18,
21 20:3,4,11,
17,20,22,23
21:13,21,22

22:8,9,11
23:3,6,9,14,
19,21 24:5,9,
16,18 25:7,
15,16,17,21
26:3,10 28:8,
14,20 29:4,
15,20 30:11,
19,20 32:1,6,
9,13,14,17
33:1,3,5,6,
14,19,25
34:15,17
35:3,4,22
36:3,7,11,21
37:7,17 38:2,
6,11 39:12,25
40:3,6,8,12,
14,21,22,23
41:3,5,7,19,
21 42:7,25
43:5,12,18
44:16,20,23
45:8,18,25
47:12,17,19,
21 48:14,23
49:7,13,20
50:8,22 51:2,
3,16,21,25
53:11,14,15,
17,24 54:13
55:3,5,13
57:4,7,15,18,
19 58:24
59:12,13,25
61:8,9,14,20
62:5,11 63:20
64:18,24
65:1,7,10,20,
22 66:2,4,6,
13,16,17
67:3,20,24
68:3,6,10,17,
21,24 69:18,
21,23 70:11,
13 71:7,10,
12,14,19,25
72:1,12,18,25
73:16,21

74:6,16,17,
20,22,25
75:3,5,9,14,
17,20,24,25
76:11,14,17,
18,21,22,25
77:3,15,24
78:9,18,19,23
79:1,4,18,23
80:7,9,13,14,
17,18,21,23
81:23 82:14,
21 83:1,5,6,
9,12,20 84:5,
6,15 85:6,9,
15 86:6,7,16,
21 87:1,3,9,
12 88:9,14,
15,16,17,22
89:5,11,14,24
90:8,11 91:1,
5,23 92:3,7,
22,23 93:4,6,
16,20 94:2,
16,24 95:14,
25 96:2,4,8
97:2,3,8,13,
15,19,25
98:5,13,16,
18,20,21
99:1,9 100:8,
14,20 101:25
102:10,11,15,
19 103:3,8,9,
15,21,23
104:6,11,14,
20,25 105:6,
10,11,15,18,
21,23,24
106:1 107:2,
5,11,15,25
108:10,17,22
109:7,22,25
110:2,6,10,
21,22 111:7,
8,12 112:7,
11,12 113:7
114:5,20
115:2,4,8

116:2 118:24
119:25 120:5,
6,9,12,17
121:2,10,11,
14,17 122:12
123:6,13,16
124:24
126:13,16
127:6,9,10,
18,22,24
132:9,14,15,
25 134:1
135:6,10,17
136:18
137:11,14,17,
20 138:5,8,
12,13,14,22
139:4,8,11,
14,19,21,23,
24 140:2,3,5,
8,9,11,13,14
141:13,20,21
142:4,6,10,
11,16,17,20,
25 143:4,6,
13,16,23
144:1,6,8,15,
22 145:3,17,
24 146:6,10,
12,18,19,21,
22,25 147:5,
7,13,17,21
148:5,10,16,
19,25 149:14,
19 150:8,11,
15,18,20,25
151:2,8,10,
14,15 152:1,
6,18 153:3,
12,14 154:8,
10,14,15,19,
22,24,25
155:2,5,8,13,
19,24 156:3,
4,6,8,15,19
157:2,8,11,
14,19,20,23,
24 158:3,14,
16 159:9,11,

19,20 160:2,
7,15,17,18,20
161:7,8,9
162:1,3,12
163:1,5,10,
11,12,22,23,
25 164:1,2,5,
7,9,12,19,22
165:1,4,12,
24,25 166:14,
16,17,18,22,
25 167:1,5,6,
10,13,14,19,
20,22 168:3,
7,13,18,21,22
169:2,5,7,24
170:6 171:2,
4,10,12,15,
18,19 172:3,
5,7,12 173:8,
19,22 174:6,
11,12,15,19,
20 175:2,4,
11,13,18,25
176:3,5,22
177:5,7,14,
16,23 178:4,
6,13,20,23
179:3,14,19,
20,22,25
180:2,3,8,11,
14,22,25
181:5,10,14,
24 182:2,9,
10,15,19
183:3,4,8,10,
14,18,22
184:4,12,21,
25 185:2,3,7,
8,16 186:1,6,
8,12,15,17,
18,22,25
187:6,12,17
188:9,22
189:1,9,17,
18,24 190:6,
7,8,15,16,17
191:2,5,7,21,
24,25 192:9,

14,16,18,22
193:1,11,16,
22,25 194:9,
18 195:8,19,
24 196:4,12,
16,18,23
197:3,19,20,
21 198:7,8,9,
11,12,20
199:4,12,15,
21,23,24
200:3,14,24,
25 201:4,7,13
202:1,2,11,24
203:2,7,8,11,
13,17,19
204:8,10,16
205:1 206:2,
13,19,24
207:8,15,16
208:1,2,11,
18,19 209:6,
7,8,10,15
210:6,20
211:21,24
212:7,13,23,
24,25 213:4,
6,14,15,23,24
214:4,23
215:13 216:6,
9,14,20,22
217:4,8,16,
19,23 218:1,
14 219:1,4,8,
9,14,19
220:1,8,10,
13,16,17,20,
22,25 221:2,
4,7,12,15,24
222:2,3,6,7,
8,10,13,14,
16,21,23
223:5,7,8,10,
12,14,16,19,
25 224:2,8,
17,19,24
225:1,7,11,
15,22 226:3,
5,9,11,13,15,

18,24 227:4,
6,7,12,16,17,
25 228:6,11,
13,21 229:1,
3,5,19,21,24
230:4,9,13,
18,23,24
231:4,14,18
232:5,7,9,13,
15,17 233:2,
8,9,10 234:4,
11,20 235:2,
5,6,11,18,25
236:2,4,6,9,
12,14,17,18,
24 237:1,7,
11,15,21,22,
24 238:2,8,23
239:4,7,8,11

**you'd** 233:6
**you'll** 153:13
**you're** 38:22
50:17 56:15
67:16 78:8
82:12 84:1,2,
5 87:21 88:5,
14 89:22
102:19
105:13,19
107:4 108:10
111:22 121:11
127:14 129:25
137:17 149:9
157:25 158:3
166:20 173:4,
18 174:6
178:1 180:18
200:21 215:3
222:1 226:18
230:4 232:18,
20
**you've** 9:14
12:11 161:1
175:16 194:4
238:12
**young** 54:13
**your** 8:25
9:8,13 12:5
14:14 18:10,

19 20:12,17,
23 21:2 23:11
24:5 26:3
32:14 33:5,
20,23 35:22
37:21 40:16
41:14 43:9
44:13 45:11,
14 46:9 57:19
60:17 63:21,
22 66:6
70:16,24
74:19 78:9
80:3,14,21
81:16,23
82:8,9,14
83:17,20
85:10,18 88:6
89:2 92:18,24
93:6 94:6,15,
20,24 95:25
97:3,14,15
98:20 104:7
105:3 111:9
112:12 120:6,
7,13,20 127:6
128:7 131:17
133:6 140:13
141:17 143:13
144:16,22
146:11,13
147:24
148:13,14,20,
22 149:2,5,
14,21,24
150:3,5
151:10 152:23
153:2,7,8,20
154:14 157:15
158:4 159:4
160:6 161:1,
15,18 162:11,
18,22 163:16,
20 164:9,13,
15,25 165:7,
12,16,19,25
166:3,4,5,19
167:1 168:4,5
169:7,16,19

170:1,21
171:23 172:7,
13,16 173:9,
14,15,21
174:1,2,9,14
175:2,8,25
177:5 183:4,8
190:8 192:5,9
193:2 200:3
202:13 209:9
215:22,24
217:13,14
218:8,19
219:10,22
221:20
223:14,15
224:20 225:2,
5,8 226:3,5,
6,7 227:13,
14,16,18,21,
22 228:14,19
230:6 232:4
235:22,24

**yours**  187:3
**yourself**
33:5,19
186:22,25
192:18 220:11
221:15

---

**Z**

**zero**  47:18
59:24 61:1
63:25 64:1,
13,17 102:5,
7,11 103:19
104:12,20
106:11,23
114:7,11
118:4 119:7
123:19 124:1
128:10
134:20,23
135:24 136:9,
14 169:4
**Zhukov**  138:22
140:20