# **EXHIBIT 2**

# Exhibit 108

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Сергей Лютых
Messenger



Сергей Лютых
1 mutual friend: Ольга Розумий
редактор отдела "Общество" at Lenta.Ru
Lives in Moscow, Russia

6 FEBRUARY 11:10

 Алексей, добрый день! Я начальник отдела "Общество и происшествия" РИА Новости. Хотел задать вам пару вопросов по иску к BuzzFeed: по телефону или здесь. Вам удобно?

You accepted Сергей's request.

Я не комментирую иск и ситуацию лично.

PR contact: "Dolan, Charles"

Legal contact: Val Gurvits

 Спасибо

Maria Tsvetkova
Active 1h ago

11 JANUARY 16:40

Алексей, добрый день, я журналист из агентства Рейтер. Вы видели новый доклад о связях Трампа с Россией, где Вы упомянуты? Вот цитата оттуда: "... reported that over the period March-September 2016
a company called XBT/Webzilla and its affiliates had been using botnets
and porn traf?c to transmit viruses, plant hugs, steal data and conduct
?altering operations" against the Democratic Party leadership. Entities
linked to one Aleksei GUBAROV were involved and he and another
hacking expert, both recruited under duress by the FSB, Seva
KAPSUGOVICH, were significant players in this operation."  

Привет. Да видел этот бред

Могут дать коментарии без проблем

P-H000007

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

> У меня правда очередь звонков
>
> В течении двух часов примерно.
>
> Куда набрать

Давайте встану в очередь

Я по телефону ▮▮▮▮▮▮▮▮▮▮ Или я могу Вам позвонить, если так удобней?

> если что мой номер
>
> ▮▮▮▮▮▮▮▮▮▮
>
> напишу попозже

спасибо!

---

**Rosalba Castelletti**
Active 11h ago

**Rosalba Castelletti**
You're friends on Facebook
Works at la Repubblica
Studied at Istituto formazione al giornalismo di Milano, Italy

**12 JANUARY 11:40**

Hi,
I'm an Italian journalist. Starting from the next Monday I'll be the correspondent from New York for the Italian newspaper La Repubblica. I read the McClatchy article and I would like to interview you. Can you please let me know a phone number where I can reach you in the next days or an email address where I can send you some questions? Thanks in advance,
Rosalba

▮▮▮▮▮▮▮▮▮▮

> Hello Rosalba
>
> We can speak over the phone

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



> today or tomorrow
> when you prefer?
> my email is [redacted]

**12 JANUARY 13:43**

> Hi Aleksej, thanks for your quick reply. For me it would be best to speak by phone today early in the afternoon. What time does suit you best? And at which number can I reach you? Thanks Rosalba

> Hello
> I can do tomorrow morning
> I am in Cyprus
> [redacted] my phone
> what time we can do?

> what time we can do?

> Hi, marvellous Cyprus. I have been there last summer! it's 13.30 by you now, right? Could we hear at 9.30 your local time?

> tomorrow?

> Yes 930 am tomorrow morning since you said is better for you. But If you would be available today in the afternoon it would be also fine for me and I'll make my editor very happy. She is looking forward for the interview like me.

> Yes is fine.
> we can do today
> when do you want around

P-H000009

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

**Olga Razumovskaya**
Active 6h ago



**Olga Razumovskaya**
You're friends on Facebook
Reporter at Dow Jones Newswires and Reporter at The Wall Street Journal
Lives in San Francisco, California

11 JANUARY 16:49

Алексей, добрый вечер!

Я корреспондент московского бюро американской газеты Wall Street Journal.

Я с коллегами сейчас работаю над материалом об анонимном досье на Дональда Трампа. В нем в частности упомянуты Вы и компания XBT, как связанные с хакерскими атаками на лидеров демократической партии США.

В частности а докладе говорится, что Вы под давлением ФСБ были завербованы для участия в хакерской атаке, в которой Вы играли ключевую роль.

Не могли бы Вы подтвердить или опровергнуть данную информацию для нашего издания? Если это неправда, кому на Ваш взгляд было выгодно, чтобы Ваше имя появилось в подобном докладе, который и Дональд Трам и российское руководство называют фальшивкой?

Действительно ли компании XBT/Webzilla и аффилированные с ними компании приняли участие в распространении вирусов через ботнеты и порнотрафик для получения доступа к информации лидеров демократической партии?

Известно ли вам имя Seva Kapsugovich и кем является этот человек, если Вы его знаете?

Я буду благодарна Вам за скорейший ответ сегодня.

Со мной еще можно связаться через

███████████████████

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



— Ольга

*You accepted Olga's request.*

— Привет, да там полный бред все.
— у меня тут очередь звонков
— могу в течении двух часов, ок?

— Я могу себе представить
— договорились

— ок

16:52 — Если получится быстрее, буду благодарна. Но могу себе представить ситуацию

— Да, а как я удивился с утра 🙂

*11 JANUARY 18:15*

— Ольга
— в течении 30 минут примерно
— ок?

— Договорились. Вы меня наберете или мне позвонить?

— наберу
— уже в офисе
— немного проще
— а то в дороге был

— Прекрасно, буду ждать.

11 JANUARY 19:45

Алексей, я в метро. Пропустила от Вас звонок по FaceTime.

сорри, промазал, случайно. Все ок.

А ну хорошо. Хорошего вечера!

11 JANUARY 23:18

это реальное имя?

а то я тут суд собираюсь открывать 🙂

Настоящее

Мои коллеги придумывать не будет. Алан Каллисон раньше в московском бюро работал.

оки

12 JANUARY 17:25

Алексей, хотела уточнить: головной офис XBT Holding на Кипре, а зарегистрирована компания в Люксембурге?

На сайте просто написано, что головной офис в Люксембурге. А что тогда на Кипре? Просто Вы там базируетесь?

компания люксембургская

офисы есть и там и там

я сам на Кипре

у нас офисы в 12 городах мира

и 9 стран

а головной все-таки где?

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



— блумберг XBT назвает зарегистрированной в Люксембурге
— а на сайте головными офисами значатся и кипр и люксембург
— что правильно?

— головная в люксембурге

— там же и зарегистрирована компания, как я поняла

— да
— там зарегтрирована головная

— спасибо!

— еще вопросы есть?
— я на RT был сегодня
— и еще в паре мест уже

— Вроде бы нет больше. Надеюсь. не придется больше дергать 🙂

— да все оки, я без проблем
— может позитивную историю напишите 🙂
— отдельно 🙂
— а то устал оправдыватся за то что не делал.

— объектинвную точно
— да я понимаю, конечно

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

 а в суд все-таки решили подавать на этого британского товарища?

да

готовим документы

ну это перебор

 что он о Вас там написал?

да вообще я тут причем 🙂

основной момент

как я там оказался

**Ellen Nakashima**
Messenger

 **Ellen Nakashima**
You and Ellen Nakashima aren't connected on Facebook
Studied at UC Berkeley

12 JANUARY 00:38

Hi, Aleksej, I am a reporter with The Washington Post and I hope this finds you well. I imagine you are aware of the report on Trump and Russia that was posted online yesterday and that it mentions your company. Would you be available to talk to me about that? Did the FBI ever seek to contact you to verify the allegation? Thank you very much, Ellen Nakashima ▇▇▇▇▇▇▇  ▇▇▇▇▇▇▇ cell.

12 JANUARY 03:23

You accepted Ellen's request.

Hello Ellen. I am sleeping already. It was long day. We can have call tomorrow, but just to replay fast on your question: FBI never contact to me about this topic, not only them, but nobody else in

P-H000014

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

Таня Антонова
Messenger



**Таня Антонова**
2 mutual friends: Матвей Верейский and Pavel Guzhikov
корреспондент at Московский Комсомолец
Lives in Moscow, Russia

23 JANUARY 13:26

 Алексей, добрый день! Прошу прощения за беспокойство. Я журналист газеты "Московский комсомолец". Нам очень нужно пообщаться с Вами. Могли бы Вы уделить нам минуту?

Приветствую, сейчас готовятся суды о защите репутации, поэтому юристы попросили меня лично ничего не комментировать прессе в ближайшее время. Вы можете написать в наш PR отдел - 

 Хорошо) Я правильно поняла, что Вы имеете в виду тот самый "отчет" по Трампу? Просто для личного понимания.

Да, по этому кейсу готовятся суды.

 Благодарю Вас, больше не тревожу. Удачи! 

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



Sergey Ulankin
Facebook

Sergey Ulankin

4 FEBRUARY 21:44

Алексей, приветствую.

Это Сергей, замглавреда в Roem.ru.

Раньше не было случая представиться. А тут случай не очень удачный, но тем не менее. 🙂

Привет.

Хотел спросить комментарий по поводу подачи в суд на BuzzFeed.

Не даю комментарии. Можно уточнить у пиарщиков или юристов.

Ясно, жаль. Ну ладно. Успехов с этим делом в любом случае, я надеялся, что это больше не всплывёт в новостях, ибо бред. Но теперь, видимо, придётся писать всё же.

"Dolan, Charles"

PR отдел

ну можете и не писать

достаточно народу написано

лучше на следующей неделе напиши позитив какой нибудь

дам эклюзив по какой то нашей инвестиции

21:48 Ну я только у «Газеты» видел пока из русских. Тут всё же кейс нам по тематике интересный — ибо BuzzFeed ещё есть. Так что придётся.

Позитив тоже напишу. 🙂 Но от этого отказаться не могу, прости. 😞

P-H000017



 Я формально историю пересказал с твоим комментарием для The Insider про Bloomberg. Ну и про подачу в суд.
Так что не думаю, что это как-то в принципе негативно выглядит.

просто роем много наших клиентов читает

зачем мне такое внимание

и так проблем хватает

Ну, кмк, там уже после самого доклада деваться некуда было.
Слушай, у меня тут есть человек, который руководит King Servers, Фоменко. Вот у него тоже такая же ситуация примерно. Я с ним на следующей неделе пообщаться как раз хочу.

Он, кстати, говорит, что к ним некоторые даже и новые клиенты ещё пришли после новостей СМИ. 

 Он, кстати, говорит, что к ним некоторые даже и новые клиенты ещё пришли после новостей СМИ.

Так что есть и светлая сторона, наверное.

поверь ее нет

это все журналисткие выдумки

 Можно тогда фотографию для заметки попросить?
У нас есть в базе одна, но она была для промо-текста давнишнего. Чтобы на социальные сети поставить, не в текст. Или с «Фейсбука» утащу.

 выше контакт PR агентсва  4

 Ладно. Ну больше не дёргаю тогда. 🙂
Хороших выходных. 

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER



**Юрий Синодов**
241 mutual friends, including Игорь Мызгин and Alexander Lyamin
Self Employed at Sinodov.com and Основатель at Roem.ru - пишем для онлайн-бизнеса
Lives in Sevastopol, Ukraine

4 FEBRUARY 22:49

Алексей, добрый день

Общался с Сергеем Уланкиным и Николаем Двасом, ваша позиция по приватности данных, в том числе бытовых - на 100% понятна и всеми разделяется (Сергеему уже в немного принудительном порядке)

Что до публикации: пока понятно что ничего непонятно, но поскольку волна идет и достаточно большая, сделать вид что ничего не происходит - очень сложно. Фактически наше молчание может спровоцировать эффект Стрейзанд из-за того, что вы наши рекламодатели: "Почему Роем не пишет про иск Губарева к БаззФид, это неспроста....!!!!". И вот такую волну контролировать не получится уже никак, совсем.



Насколько я понял (мы разделяем, все же, редакцию и меня), Сергей напишет максимально сухо со ссылкой на CNN или на перепечатку в российских СМИ на CNN

Надеюсь, все это разрешится благополучно, в итоге.

Всего хорошего, извините за беспокойство в выходные



Привет. Ок. Решайте сами.


Редактора забанил, странно слышать от журналиста я фотки с вашего фейсбука наберу.

Хорошего вечера. 



