# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY ___AP___ D.C.

Apr 24, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 24, 2019

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 19-10837-JJ
Case Style: Aleksej Gubarev, et al v. Buzzfeed, Inc., et al
District Court Docket No: 0:17-cv-60426-UU

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ/lt
Phone #: (404)335-6193

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-10837-JJ
_____

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A.,
WEBZILLA, INC.,

                        Plaintiffs - Appellants,

versus

BUZZFEED, INC.,
BEN SMITH,

                        Defendants - Appellees,

THE NEW YORK TIMES COMPANY,

                        Intervenor.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to Appellants Aleksej Gubarev, Webzilla, Inc. and XBT Holdings S.A.'s motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective April 24, 2019.

                      DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Tiffany A. Tucker, JJ, Deputy Clerk

                                      FOR THE COURT - BY DIRECTION