Case 0:17-cv-60426-UU   Document 443   Entered on FLSD Docket...
Case: 18-15295   Date Filed: 03/13/2020

FILED BY HH D.C.
Mar 13, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-15295-JJ                    17-60426-CV UU
_____

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A.,
WEBZILLA, INC.,

                      Plaintiffs-Appellants-Cross Appellees,

versus

BUZZFEED, INC.,
BEN SMITH,

                      Defendants-Appellees-Cross Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER:

Plaintiffs' "Motion for Leave to Supplement the Record with the December 9, 2019 Report of the Office of the Inspector General" is GRANTED IN PART, to the extent Plaintiffs seek a remand. The Court REMANDS this case for the limited purpose of permitting Plaintiffs to move the district court for relief that would allow the district court to supplement the record with the Horowitz Report. The Court takes no position on whether the record should be supplemented.

If the district court denies Plaintiffs' request for relief, any appeal from that order shall be consolidated with the appeal already pending in this Court.

If the district court issues an order stating that the record should be supplemented and the Horowitz Report would alter the court's previously issued summary judgment order, the parties shall seek a full remand of this case.  Fed. R. App. P. 12.1; Fed. R. Civ. P. 62.1; see 11th Cir. R. 12.1-1(c)(2).

Plaintiffs are reminded to comply with 11th Circuit Rule 12.1-1(a), which directs them to "serve and file a motion in this [C]ourt to stay the appeal until the district court rules on the motion before it" within 14 days of the motion before the district court, and to "file written status reports at 30-day intervals from the date of this [C]ourt's [stay] order informing this [C]ourt of the status of the district court proceedings."

DAVID J. SMITH  
Clerk of the United States Court of  
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION