**FILED BY _____ D.C.**

**Mar 17, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEAL
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 17, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  18-15295-W
Case Style:  Aleksej Gubarev, et al v. Buzzfeed, Inc., et al
District Court Docket No:  0:17-cv-60426-UU

LIMITED REMAND

Enclosed is a copy of an order remanding the referenced appeal for further proceedings.
JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

This case will be held in abeyance and monitored in the Eleventh Circuit pending disposition of
remand proceedings in your court.

Upon completion of remand proceedings, please promptly send a copy of the ORDER ON
REMAND to this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Valerie L Geddis/BR
Phone #: (404) 335-6143

CLK-3 DC Letter with Ltd Remand order

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-15295-JJ
_____

ALEKSEJ GUBAREV,
XBT HOLDINGS S.A.,
WEBZILLA, INC.,

                                             Plaintiffs-Appellants-Cross Appellees,

                                versus

BUZZFEED, INC.,
BEN SMITH,

                                             Defendants-Appellees-Cross Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER:

     Plaintiffs' "Motion for Leave to Supplement the Record with the December

9, 2019 Report of the Office of the Inspector General" is GRANTED IN PART, to

the extent Plaintiffs seek a remand.  The Court REMANDS this case for the limited

purpose of permitting Plaintiffs to move the district court for relief that would

allow the district court to supplement the record with the Horowitz Report.  The

Court takes no position on whether the record should be supplemented.

If the district court denies Plaintiffs' request for relief, any appeal from that order shall be consolidated with the appeal already pending in this Court.

If the district court issues an order stating that the record should be supplemented and the Horowitz Report would alter the court's previously issued summary judgment order, the parties shall seek a full remand of this case.  Fed. R. App. P. 12.1; Fed. R. Civ. P. 62.1; see 11th Cir. R. 12.1-1(c)(2).

Plaintiffs are reminded to comply with 11th Circuit Rule 12.1-1(a), which directs them to "serve and file a motion in this [C]ourt to stay the appeal until the district court rules on the motion before it" within 14 days of the motion before the district court, and to "file written status reports at 30-day intervals from the date of this [C]ourt's [stay] order informing this [C]ourt of the status of the district court proceedings."

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION
