**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

      Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

      Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Order of Limited Remand of the United States Court of Appeals for the Eleventh Circuit (D.E. 444). It is hereby

ORDERED AND ADJUDGED that **on or before March 23, 2020,** Plaintiffs SHALL file their motion for relief that would allow this Court to supplement the record with the Horowitz Report. **Failure to timely file such motion will result in waiver of any argument in support of supplementing the record.**

DONE AND ORDERED in Chambers, Miami, Florida, this _18th_ day of March, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf

1