UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60426-CV-UNGARO

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.,

    Plaintiffs,

v.

BUZZFEED, INC., and
BEN SMITH,

    Defendants.
_____/

**NOTICE OF APPEARANCE OF
PROPOSED AMICI MIKHAIL FRIDMAN, PETR AVEN, AND GERMAN KHAN**

Adam L. Schwartz, of the law firm of Homer Bonner Jacobs Ortiz, P.A., 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, Florida 33131, aschwartz@homerbonner.com, hereby enters his appearance on behalf of Proposed Amici Mikhail Fridman, Petr Aven, and German Khan in the above-captioned matter and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Dated: April 2, 2020

                                    Respectfully submitted:



                                    Attorneys for Mikhail Fridman, Petr Aven,
                                    And German Khan
                                    1200 Four Seasons Tower

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

CASE NO.:  17-60426-CV-UNGARO

        1441 Brickell Avenue
        Miami Florida 33131
        Phone: (305) 350-5116
        Fax: (305) 372-2738

By:   s/ Adam L. Schwartz
       Adam L. Schwartz, Esq.
       Email: aschwartz@homerbonner.com
       Florida Bar No.: 103163

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

       s/ Adam L. Schwartz
       Adam L. Schwartz

2

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com