UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60426-CV-UNGARO

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.,

    Plaintiffs,

v.

BUZZFEED, INC., and
BEN SMITH,

    Defendants.

                                           /

## ORDER GRANTING MOTION TO APPEAR
## AS AMICI CURIAE AND TO FILE AMICUS CURIAE BRIEFS

**THIS CAUSE** came before the Court upon Mikhail Fridman, Petr Aven, and German Khan's Motion to Appear as Amici Curiae and to File Amicus Curiae Briefs. Being fully advised, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Mikhail Fridman, Petr Aven, and German Khan may **APPEAR AS AMICI CURIAE,** and their Amicus Briefs, which are attached as Exhibits A and B to their motion, shall be deemed **FILED** in this matter.

**DONE AND ORDERED** in Miami-Florida, this __ day of April, 2020

                                                   URSULA UNGARO
                                                   UNITED STATES DISTRICT JUDGE