UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60426-CV-UNGARO

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.,

    Plaintiffs,

v.

BUZZFEED, INC., and
BEN SMITH,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Alan Lewis of the law firm of Carter Ledyard & Milburn LLP, Two Wall Street, New York, New York, 10005, (212) 238-8647, lewis@clm.com, for purposes of appearance as co-counsel on behalf of Proposed Amici Mikhail Fridman, Petr Aven, and German Khan in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Alan Lewis to receive electronic filings in this case, and in support thereof states as follows:

CASE NO.: 17-60426-CV-UNGARO

1. Alan Lewis is not admitted to practice in the Southern District of Florida and is a member in good standing of the following courts and bars: the Supreme Court of the United States, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. District Court for the Northern District of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. District Court for the District of Columbia, the State of Massachusetts Bar, and the New York State Bar.

2. Movant, Adam L. Schwartz, Esquire, of the law firm of Homer Bonner Jacobs Ortiz, P.A., 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, Florida 33131, (305) 350-5116 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Alan Lewis has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

CASE NO.:  17-60426-CV-UNGARO

4. Alan Lewis, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Alan Lewis at: Lewis@clm.com.

WHEREFORE, Adam L. Schwartz, moves this Court to enter an Order permitting Alan Lewis, to appear before this Court on behalf of Proposed Amici Mikhail Fridman, Petr Aven, and German Khan, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Alan Lewis.

Dated: April 2, 2020

        Respectfully submitted:

**Homer Bonner**

Attorneys for Mikhial Fridman, Petr Aven, and German Khan
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5116
Fax: (305) 372-2738

By:   *s/ Adam L. Schwartz*
      Adam L. Schwartz, Esq.
      Email: aschwartz@homerbonner.com
      Florida Bar No.: 103163

CASE NO.:  17-60426-CV-UNGARO

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 2, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

 s/ Adam L. Schwartz
Adam L. Schwartz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60426-CV-UNGARO

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.,

    Plaintiffs,

v.

BUZZFEED, INC., and
BEN SMITH,

    Defendants.

_____/

## **CERTIFICATION OF ALAN LEWIS**

Alan Lewis, pursuant to Rule 4(b) of the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the U.S. District Court for the Southern District of Florida; (2) I am a member in good standing of the following courts: the Supreme Court of the United States, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. District Court for the Northern District of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. District Court for the District of Columbia, the State of Massachusetts Bar, and the New York State Bar; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                                                  *s/ Alan Lewis*
                                                                                  Alan Lewis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60426-CV-UNGARO

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.,

    Plaintiffs,

v.

BUZZFEED, INC., and
BEN SMITH,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** came before the Court upon Amici Mikhail Fridman, Petr Aven, and German Khan's motion for Alan Lewis to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Special Rules Governing the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the U.S. District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.  Alan Lewis may appear and participate in this action on behalf of Amici Mikhail Fridman, Petr Aven, and German Khan. The Clerk of Court is directed to provide electronic notification of all electronic filings to Alan Lewis at lewis@clm.com.

2

**DONE AND ORDERED** in Miami, Florida, this ___ day of April, 2020.

_____
**URSULA UNGARO**
**U.S. DISTRICT COURT JUDGE**