UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60426-CV-UNGARO

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.,

    Plaintiffs,

v.

BUZZFEED, INC., and
BEN SMITH,

    Defendants.

_____/

## **CERTIFICATION OF ALAN LEWIS**

Alan Lewis, pursuant to Rule 4(b) of the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the U.S. District Court for the Southern District of Florida; (2) I am a member in good standing of the following courts: the Supreme Court of the United States, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. District Court for the Northern District of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. District Court for the District of Columbia, the State of Massachusetts Bar, and the New York State Bar; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                            *s/ Alan Lewis*
                                            Alan Lewis