UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60426-CV-UNGARO

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.,

    Plaintiffs,

v.

BUZZFEED, INC., and
BEN SMITH,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** came before the Court upon Amici Mikhail Fridman, Petr Aven, and German Khan's motion for Alan Lewis to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Special Rules Governing the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the U.S. District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. Being fully advised, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Alan Lewis may appear and participate in this action on behalf of Amici Mikhail Fridman, Petr Aven, and German Khan. The Clerk of Court is directed to provide electronic notification of all electronic filings to Alan Lewis at lewis@clm.com.

1

2

**DONE AND ORDERED** in Miami, Florida, this \_\_\_ day of April, 2020.

_____
**URSULA UNGARO**
**U.S. DISTRICT COURT JUDGE**