UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Motion of Mikhail Fridman, Petr Aven, and German Khan to Appear as Amici Curiae and to File Amicus Curiae Briefs (D.E. 449) (the "Motion"). The Court having considered the Motion and the pertinent parts of the record before this Court and the United States Court of Appeals for the Eleventh Circuit, Case No. 18-15295, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 449, is GRANTED. Mikhail Fridman, Petr Aven, and German Khan may appear in this limited remand as amici curiae, and their amicus curiae briefs, D.E. 449-1 & D.E. 449-2, are deemed submitted. No further filings from amici curiae will be permitted absent leave of Court.

DONE AND ORDERED in Chambers, Miami, Florida, this _3d_ day of April, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf

1