# EXHIBIT 1

By using this site, you agree to our **Privacy Policy** and our **Terms of Use**.

Login   Watch TV

MEDIA · Published November 15

# Former acting AG calls Whitaker says upcoming IG report 'most consequential' in many years

By Victor Garcia | Fox News



**Barr drops hints DOJ IG report on Russia probe 'imminent'**

Former acting attorney general Matt Whitaker on the anticipation over the release of the inspector general's report.

Former Acting Attorney General Matt Whitaker called the forthcoming report on the Justice Department watchdog's investigation into the Russia probe "one of the most consequential reports we've had in many years" Friday, adding that he thinks Americans will be "troubled" by what the report says.

"I think it's going to demonstrate that people took advantage of the [Foreign Intelligence Surveillance Court] process, where there's no, nobody on the other side to argue in their own interests, "Whitaker said on "The Story with Martha MacCallum." "And I think we're going to learn a lot about not only the Carter Page FISA [warrant] but how they do business generally and ... I think some Americans are going to be troubled by what the inspector general is going to ultimately report."

**DISPUTE ERUPTS AS BRENNAN, COMEY APPEAR TO DISPUTE WHO PUSHED THE STEELE DOSSIER**

A source told Fox News that DOJ Inspector General Michael Horowitz's upcoming report on alleged FBI surveillance abuses against the Trump campaign will shed light on why Connecticut U.S. Attorney John Durham's ongoing probe into potential FBI and Justice Department misconduct in the run-up to the 2016 election through the spring of 2017, has transitioned into a full-fledged criminal investigation.

Whitaker also reacted to an interview clip of former CIA director John Brennan, whose actions during the Obama administration appear to be at the center of the upcoming report.

"I don't think it's surprising at all that we continue to hear these sociopathic ramblings of Mr. Trump claiming that there was this effort to try to prevent him from being elected or to unseat him," Brennan said on MSNBC this past April. "And I welcome any type of, you know, continued ... investigation in terms of what we did during that period of time that we were in government."

**CLICK HERE TO GET THE FOX NEWS APP**

"I watched that interview and I thought he seemed awfully defensive for somebody that should have nothing to be concerned about," Whitaker said of Brennan. "So we're going to see, we're gonna learn a lot in the next couple of weeks."

*Fox News' David Montanaro contributed to this report.*



## Conversation (1,231)

Sort by Newest

Add a comment...

**ChelseaS4086** ★ Leader · 18 Nov

could Durham hurry up a bit?  We've been hearing this and that and nothing so far.

Reply · Share · Report · 3 Likes · 👍 👎

**Timmay1960** · 25 Nov → ChelseaS4086

Having grown up in the days of dial telephones, Post-Office mailed letters, "Hand-Made in U.S.A." clothing attire, and one-off, epic-films like, "Lawrence of Arabia", I learned very early on that most anything worthwhile, is generally worth the while it takes to get it exactly right. Just sayin...

Reply · Share · Report · 1 Like · 👍 👎

Show 1 more replies

**ElSteve** ★ Leader · 18 Nov

 No problem, they have abc,nbc,cbs,msnbc,cnn,pbs to say and do whatever it takes. enough said

Reply · Share · Report · *1 Like* · 👍 👎

**JerryRotten284** ⭐ Leader · 18 Nov 

Que the character assassination of Horowitz, even though his entire education was in the liberal cesspool of Harvard Law, various positions in public service in the most liberal states in the Union (CA, NY, and CT), and the fact that he was appointed by Obama. Let's see how they try to wiggle out of this one.

Reply · Share · Report · *5 Likes* · 👍 👎

**JerryMcGarry3** ⭐ Leader · 17 Nov 

Trump supporters, this is QAnon. This IG report is nonsense. Go back to what you were doing.

Reply · Share · Report · *3 Likes* · 👍 👎

Show 2 previous replies ⌄

**Timmay1960** · 25 Nov ➤ JerryMcGarry3 

Self-supporting JerryMcGarry3, this is Timmay! Qanon doesn't write anything near superfluous and/or condescending in nature; nor are his communications leveled upon a surface, befitted within a decorum of pedestrian vernacular. However, if you've found previous success in doing something less nonsensical, for which you are more suitably adept, then please: Go back to what you were doing. Just sayin...

Reply · Share · Report · 👍 👎

 **SlowToSpeak** ⭐ Leader · 20 Nov ➤ JerryMcGarry3

"Don't try your Jedi mind tricks on me."

Reply · Share · Report · 👍 👎

**JerryMcGarry3** ⭐ Leader · 17 Nov 

So tell me Trumpers, what's going to happen first, Hillary gets locked up for her emails, Mexico pays for our wall, or something comes of this IG report? It's a trick question. The answer is - none of them.

Reply · Share · Report · *3 Likes* · 👍 👎

 **SlowToSpeak** ⭐ Leader · 20 Nov ➤ JerryMcGarry3 

Here's the order; 1. IG report exposes deep state insurance policy and abuses. It all traces back to Obama. 2. As Durham joins in it all goes to Hillary. She doesn't

go to prison because all witness die mysteriously in prison after a convicted cop killer visits them.  3.  Mexico pays in kind for the wall by keeping their soldiers on the border.

Reply · Share · Report · 👍 👎

 **Corn_Pop's_Cousin** ⭐ Leader · 18 Nov → JerryMcGarry3  

Peter and Lisa?  Hey...don't worry.  You will probably get a shout-out in the reports regarding the "Insurance Policy".

Reply · Share · Report · *2 Likes* · 👍 👎

 **FreedomBomb** ⭐ Leader · 17 Nov · *Edited* 

An investigation that will get dragged out to 2020, there will be selective leaks whenever Trump gets bad press, ultimately no one will go to jail because it was total nonsense from the start.

Reply · Share · Report · *1 Like* · 👍 👎

**FriarBoor** ⭐ Leader · 18 Nov → FreedomBomb 

Are we talking about the way Schiff is handling the Impeachment Inquiry???   You sad dolt.  lol

Reply · Share · Report · *4 Likes* · 👍 👎

**nightlite** ⭐ Leader · 17 Nov 

All Hillary had to do was win and none of this would have ever seen the light of day. A billion dollar war chest, the MSM, and alphabet soup of federal government behind her. She got trumped.

Reply · Share · Report · *19 Likes* · 👍 👎

 **FreedomBomb** ⭐ Leader · 17 Nov → nightlite 

Total FISA court hearsay and thus inadmissible. The document was altered not two days before Secretary Pompeo and you're not going to look into that? Joe Biden's son, Hunter, who, remember, deep state swamp. You can follow the money from Ukraine to Italy to, you guessed it, the whistleblower. And somehow that's millions of dollars? I don't think so. I mean, the Pakistani fraudster too. We all know this because John Kerry, of all people, his nephew. MSM gets a pass? Ha, yeah right! This is based on Rudy Giuliani's detective work. The final part, which I think is OBVIOUS, is that they're of course all in on it: Biden, Clinton, Australia, Stormy Daniels, Access Hollywood, 33,000 missing email servers all acid washed. I like spending tax dollars at Trump Resorts. Don't forget Malia Obama's Venmo history. Fake birds.

Reply · Share · Report · *1 Like* · 👍 👎

Show 1 more replies

**GreenBoomerang** ★ Leader · 17 Nov

This is not news. It is not facts. If you want to be informed read the Houston Chronicle, Miami Herald, NYT, etc. Otherwise you go through life ignorant.

Reply · Share · Report · 2 Likes

> **FriarBoor** ★ Leader · 18 Nov → GreenBoomerang
>
> Then why are you here commenting if it's nothing story???  Lol
>
> Reply · Share · Report · 2 Likes

> **sadplacehere** ★ Leader · 17 Nov → GreenBoomerang
>
> Tabloid entertainment curtesy of Australia...
>
> Reply · Share · Report · 1 Like

**RedSword** ★ Leader · 17 Nov

OJ now means Obama Jumpsuit.

Reply · Share · Report · 5 Likes

> **sadplacehere** ★ Leader · 17 Nov → RedSword
>
> Not even a good effort. You must be at least 75 to even attempt that one.
>
> Reply · Share · Report

**JerryMcGarry3** ★ Leader · 17 Nov

Trump supporters- this is QAnon. This whole IG report is nonsense. Go back to what you were doing.

Reply · Share · Report · 2 Likes

> **GotTrumps6_2020** ★ Leader · 17 Nov → JerryMcGarry3
>
> These aren't the droids we are looking for?
>
> Reply · Share · Report · 2 Likes

> **RedSword** ★ Leader · 17 Nov → JerryMcGarry3
>
> Sure. Bwahahahaha.
>
> Reply · Share · Report · 6 Likes

SHOW MORE COMMENTS...

Terms · Privacy

Add Spot.IM to your site

## U.S.

Crime
Military
Education
Terror
Immigration
Economy
Personal Freedoms
Fox News Investigates

## World

U.N.
Conflicts
Terrorism
Disasters
Global Economy
Environment
Religion
Scandals

## Opinion

## Politics

Executive
Senate
House
Judiciary
Foreign policy
Polls
Elections

## Entertainment

Celebrity News
Movies
TV News
Music News
Style News
Entertainment Video

## Business

Markets
Politics
Technology
Features
Business Leaders

## Lifestyle

Food + Drink
Cars + Trucks
Travel + Outdoors
House + Home
Fitness + Well-being
Style + Beauty
Family

## Tech

Security
Innovation
Drones
Computers
Video Games
Military Tech

## TV

Shows
Personalities
Watch Live
Full Episodes
Show Clips
News Clips

## Other

Fox Nation
Fox News Shop
Fox News Go
Fox News Radio
Newsletters
Alerts
Podcasts
Apps & Products

## Science

Archaeology
Air & Space
Planet Earth
Wild Nature
Natural Science
Dinosaurs

## Health

Healthy Living
Medical Research
Mental Health
Cancer
Heart Health
Children's Health

## About

Contact Us
Careers
Fox Around the World
Advertise With Us
Media Relations
Compliance
Supplier Diversity

Terms of Use   Updated Privacy Policy   Do Not Sell my Personal Information   Closed Captioning Policy   Help   Contact Us

This material may not be published, broadcast, rewritten, or redistributed. ©2020 FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes.