# EXHIBIT 2



U.S.
NOVEMBER 21, 2019 / 10:23 AM / 2 MONTHS AGO

# Justice Department watchdog to release report on Russia probe December 9

Mark Hosenball

WASHINGTON (Reuters) - The U.S. Justice Department's internal watchdog said he expects to be able to release on Dec. 9 a long-awaited report on the origins of investigations into alleged Russian interference in the 2016 U.S. presidential election.



FILE PHOTO: Chairman of the Senate Judiciary Committee Lindsey Graham (R-SC) speaks during the reauthorization of Freedom Act on Capitol Hill in Washington, U.S., November 6, 2019. REUTERS/Joshua Roberts

In a letter sent on Thursday to Senate Judiciary Committee Chairman Lindsey Graham, Justice Department Inspector General Michael Horowitz said he expected his office to be able to release the report on Dec. 9 "barring unforeseen circumstances."

Supporters of President Donald Trump have claimed the report will raise questions about the legitimacy of FBI investigations into alleged links to Russia by Trump and some of his campaign advisers.

A central issue the Inspector General's office said the report looked into is how closely the FBI stuck to the law and rules when it went to a secret Foreign Intelligence Surveillance Court beginning in 2016 to obtain authorization to conduct electronic monitoring of "a certain U.S. person."

Carter Page, a one-time foreign policy adviser to Trump's 2016 campaign, recently sued the Justice Department, accusing it of violating his privacy by failing to give him an opportunity to examine the report before publication.

ADVERTISEMENT

As of Wednesday, Page told Reuters he had not been allowed to examine a draft of the document.

Another individual questioned at length last summer by representatives of the Inspector General's office in connection with the forthcoming report was Christopher Steele, a former British intelligence officer who compiled a controversial "dossier" on alleged links between Trump and Russia for Democratic presidential candidate Hillary Clinton and Democratic Party lawyers.

The FBI cited reporting by Steele in documents sent to the Foreign Intelligence court when it sought permission to monitor Carter Page, though other information used by the FBI in such applications remains classified.

On the instructions of U.S. Attorney General William Barr, John Durham, the chief federal prosecutor in Connecticut, is conducting a review of whether U.S. spy and law enforcement agencies acted properly when they initiated and pursued investigations of possible ties between Trump and his campaign and Russia.

A person familiar with the matter in late October confirmed that Durham's inquiry had become a criminal investigation.

ADVERTISEMENT



PAID FOR AND POSTED BY DELOITTE

## Building operating models

Explore why leaders see reinventing operating models as the key to achieving digital transformation.

Learn more ›

During a visit to London in July for a scheduled meeting of security and law enforcement ministers from the alliance of English-speaking countries known as "Five Eyes," Barr met privately with a top U.K. law enforcement official.

Barr and Durham also visited Italy, reportedly to try to dig up information on Josef Mifsud, a mysterious Maltese academic who met on several occasions with Trump presidential campaign advisor George Papadopoulos and also had contact with Russian officials. A London lawyer who now reportedly represents Mifsud did not immediately respond to a request for comment.

Reporting by Mark Hosenball; Editing by Steve Orlofsky and Bernadette Baum

*Our Standards:*   *The Thomson Reuters Trust Principles.*

MORE FROM REUTERS

PAID PROMOTIONAL LINKS                                    Promoted by Dianomi



Motley Fool Issues Rare "All In" Buy Alert
The Motley Fool



6 Credit Cards You Should Not Ignore If You Have Excellent Credit
NerdWallet



How to open an online brokerage account
NerdWallet



Analyst: "All hell is about to break loose"
Weiss Ratings



The highest cash back card on the market is here
The Ascent

MORE FROM REUTERS



**U.S., Iran ease fear of conflict but threats keep tension high**
09 Jan



**'Death to America' aimed at Trump, not American nation, Iran leader...**
08 Feb



**Denied U.S. entry, Mexican cuts own throat on bridge over Rio Grande**
09 Jan



**U.S., Iran both appear to signal desire to avoid further conflict**
09 Jan



**Hurt British royals try to find exit route for Harry and Meghan**
09 Jan

MORE FROM REUTERS



'We're going to war, bro': Fort Bragg's 82nd Airborne deploys to...
07 Jan

Ukrainian airliner crashes in Iran, killing all aboard
08 Jan



U.S. congressional study urges sanctions on China over 'crimes...
09 Jan



Tesla's market value zooms past that of GM and Ford - combined
09 Jan



Exclusive: Informants in Iraq, Syria helped U.S. kill Iran's...
09 Jan

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2020 Reuters. All Rights Reserved.

© 2020 Reuters. All Rights Reserved.