# EXHIBIT 7

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/watchdog-report-set-to-detail-fbi-surveillance-of-trump-adviser-11575892802

NATIONAL SECURITY

# Justice Watchdog Highlights FBI 'Failures' but Says Russia Probe Was Justified

Attorney General William Barr contests some conclusions of report, calls probe 'intrusive'



Michael Horowitz, the Justice Department's inspector general, on Capitol Hill in September. **PHOTO:** RON SACHS/CNP/ZUMA PRESS

*By Aruna Viswanatha, Sadie Gurman and Byron Tau*
Updated Dec. 9, 2019 5:41 pm ET

The FBI committed "serious performance failures" in 2016 when it sought to monitor a former Trump campaign adviser, an internal watchdog said, as part of what it found to be a justified probe into links between the Trump campaign and Russia.

The report's scathing assessment of the FBI's actions makes it likely to further inflame a partisan debate about the propriety of the agency's investigation into Trump campaign associates. The Justice Department's inspector general found the FBI had information that undercut material it was relying on from a controversial former British intelligence officer, Christopher Steele, but withheld it from both the Justice Department and a secret U.S. court in charge of approving the surveillance.

In the report of more than 400 pages released on Monday, the inspector general said the Federal Bureau of Investigation had reason to open its initial investigation in July 2016 into links between the Trump campaign and Russia's interference in the presidential election. The

IG's report also included no evidence that political bias influenced decisions made in the FBI's inquiry.

MORE

- Text of the IG report

The report focused, in part, on the approvals the FBI sought to conduct its investigation of the adviser, Carter Page, through processes governed by the Foreign Intelligence Surveillance Act, or FISA, which addresses inquiries into alleged agents of foreign governments and mandates a court that reviews the applications for surveillance in secret. It cited "serious performance failures by the supervisory and non-supervisory agents with responsibility over the FISA applications."

"That so many basic and fundamental errors were made by three separate, hand-picked teams on one of the most sensitive FBI investigations that was briefed to the highest levels within the FBI, and that FBI officials expected would eventually be subjected to close scrutiny, raised significant questions regarding the FBI chain of command's management and supervision of the FISA process," the report said.

FBI Director Christopher Wray on Monday said he has ordered more than 40 changes to address the report's findings, including changes to the FBI's confidential human-source program, under which Mr. Steele provided information to the FBI. "We are vested with significant authorities, and it is our obligation as public servants to ensure that these authorities are exercised with objectivity and integrity," Mr. Wray said, in a statement.

President Trump, in comments to reporters at the White House, said he had been briefed on the report, calling its findings a disgrace and an "embarrassment to our country."

Attorney General William Barr praised the work of the Justice Department's inspector general, Michael Horowitz. But Mr. Barr also disputed some of his conclusions, saying the report showed the FBI had "launched an intrusive investigation of a U.S. presidential campaign on the thinnest of suspicions that, in my view, were insufficient to justify the steps taken."

A prosecutor Mr. Barr tapped to examine the origins of the Russia inquiry, John Durham, said Monday he had developed additional information that called into question the FBI's decision to open the probe, but declined to elaborate.

The investigation, ultimately conducted by special counsel Robert Mueller, resulted in criminal convictions against multiple Trump campaign advisers for lying to investigators or for separate financial crimes, and uncovered an extensive effort by the Russian government to hack into Democrats' emails and publish them during the 2016 election.

Mr. Horowitz, the inspector general, detailed a lengthy list of errors made by FBI personnel involved in the applications to monitor the adviser, Mr. Page, including their reliance on information provided by Mr. Steele, whose research was funded by Democrats.

Among the omissions, the report said, were key facts: that another U.S. agency had debriefed Mr. Page about his contact with certain Russian intelligence officers between 2008 and 2013; that a source Mr. Steele had relied on in providing information to the FBI didn't support some of Mr. Steele's allegations to the FBI; that Mr. Steele's information had been used only minimally in prior criminal cases; and that Mr. Page had provided information to a human source that was inconsistent with the allegations.

In an interview with the inspector general described in the report, Mr. Steele defended his work, saying it was raw intelligence that wasn't designed for public consumption. Mr. Steele told the inspector general it was "ridiculous" to think he was biased against Mr. Trump in assembling the series of reports that came to be known as the Steele dossier.

The report said the FBI never received information to support the initial allegations against Mr. Page, including that he had met with a senior associate of Russian President Vladimir Putin in July 2016, or that he was serving as an intermediary between Russia and the Trump campaign in connection with Russia's theft of Democrats' emails.

"In our view, this was a failure of not only the operational team, but also of the managers and supervisors, including senior officials, in the chain of command," Mr. Horowitz wrote, adding he was undertaking another review of the FBI's use of the same surveillance methods against other Americans.

The FBI team used multiple confidential sources in its investigation, the report said, recording multiple conversations with Trump campaign aides including both Mr. Page and a "high-level Trump campaign official" who wasn't under investigation.

That contact was appropriate under existing FBI policy, the report said, which recommended the FBI be required to consult with the Justice Department in future instances of operations involving a major party's presidential campaign.

The report traced many of the problems to the FBI's apparent reluctance to share information with Justice Department attorneys in the national security division. Soon after the FBI received information from Mr. Steele in September 2016, it decided to seek surveillance on Mr. Page, the report said, ultimately obtaining approval to monitor Mr. Page beginning in October 2016, shortly after he had left the Trump campaign. The warrant was renewed three times through much of 2017.

In preparing the initial surveillance application, the report said, a Justice Department attorney asked an FBI case agent in September 2016 whether Mr. Page had a current or prior relationship with another, unnamed, U.S. agency. In response, the agent said the relationship was "dated," and existed when Mr. Page lived in Moscow before 2007, the report said. The FBI had actually

been told that Mr. Page had been approved as an "operational contact" after he had left Moscow, as recently as 2013, the report said.

Mr. Page had provided information to the other agency about his past contacts with a Russian intelligence officer, which wasn't described in the application, the report said. Mr. Page has said publicly in interviews he has a "long-standing relationship" with the CIA but didn't elaborate. He declined to comment on Monday.

The FBI also interviewed a source Mr. Steele had relied on in January 2017, who told the FBI Mr. Steele had misstated or exaggerated the source's comments, the report said. By May, the source had been asked by Mr. Steele to corroborate the allegations but found "zero" evidence to corroborate them, the report said, citing the source.

But the second and third renewal applications provided no substantive information about that interview, the report said, other than to say investigators had interviewed the source, who they found "truthful and cooperative."

Mr. Horowitz is scheduled to testify before lawmakers about his report later this week.

**Write to** Aruna Viswanatha at Aruna.Viswanatha@wsj.com, Sadie Gurman at sadie.gurman@wsj.com and Byron Tau at byron.tau@wsj.com

## EXAMPLES FROM THE REPORT

The Justice Department's inspector general found a number of errors in the applications submitted to a court to gain permission to surveil former Trump campaign adviser Carter Page.

Here are four instances, comparing the original application with what the report said about it.

- APPLICATION SAID: Ex-British spy Christopher Steele, who provided the FBI with allegations about Mr. Page, was a "reliable source, whose previous reporting to the FBI has been corroborated and used in criminal proceedings."

- Report said: "Only "some" of Steele's prior reporting had been corroborated—most of it had not." Moreover, "Steele's information was never used in a criminal proceeding."

- APPLICATION SAID: The FBI "does not believe that [Mr. Steele] directly provided...to the press" information contained in a Yahoo News article.

- Report said: "Steele told us that he did not recall the FBI ever asking him whether he was the source for the Yahoo News story, no one from the FBI recalled having asked Steele if he was the source of the Yahoo News story, and we found no documentary evidence to suggest that Steele had ever been asked this question by the FBI."

- APPLICATION SAID: According to a source for Mr. Steele, Mr. Trump's team, including Mr. Page, "agreed to sideline Russian intervention in Ukraine as a campaign issue and to raise U.S./NATO defense commitments in the Baltics and Eastern Europe to deflect attention away from Ukraine."

- Report said: The report "found that, even after the FBI identified the individuals who were involved with influencing the Republican Platform change on Ukraine (which did not include Page), the FBI never altered their assessment."

- APPLICATION SAID: "Page has established relationships with Russian government officials, including Russian intelligence officers."

- Report said: "The renewal applications also continued to fail to include information regarding Carter Page's past relationship with another U.S. government agency." An FBI attorney allegedly supported keeping it out of the application in part by inserting the words "not a source" into an email from the other agency, the report said.

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.