# EXHIBIT 8

**Lazier, Adam**

---

| | |
|---|---|
| **From:** | Lewis, Alan S. <Lewis@clm.com> |
| **Sent:** | Tuesday, December 10, 2019 5:58 PM |
| **To:** | Bolger, Kate; Siegel, Nathan |
| **Cc:** | Walsh, John J. |
| **Subject:** | Fridman v BuzzFeed |

**[EXTERNAL]**

---

Kate and Nathan,

We intend to ask for an extension of time to submit our reply. The request is based on a few things including the inclusion of an additional 13 exhibits that are attached to Kate's Reply Affirmation as well as other circumstances that I could not have anticipated when we proposed a December 16 due date for our reply.

It also occurs to me that you may want to have some opportunity to address the content of the recently released IG report. Given these considerations, rather than suggest a specific date or dates in this email, I suggest that we speak soon. I'm generally available tomorrow. Please let me know what time would work.

Alan

Alan S. Lewis, Esq.
**Carter Ledyard & Milburn LLP**
2 Wall Street | New York, NY  10005
Direct 212.238.8647 | Fax 212.732.3232
lewis@clm.com | www.clm.com

****************************************************
This e-mail message and its attachments are confidential, intended only for the addressee(s) named above and may contain information that is proprietary, privileged, attorney work product or otherwise exempt from disclosure. If you receive this message in error please notify us at postmaster@clm.com and immediately delete this message and its attachments from your system.
****************************************************