# EXHIBIT 12

# NOTICE

This report was originally issued on December 9, 2019.  The report was updated on December 11 and December 20, 2019, with the following changes (page references are to the public version of the report):

- On pages iv, xvi, 400, and 407, we changed the phrase "before and after" to "both during and after the time."  In all instances, the phrase appears in connection to the time period during which we found that the Crossfire Hurricane team used Confidential Human Sources (CHSs) to interact and consensually record conversations with Page and Papadopoulos.  The corrected information appearing in this updated report reflects the accurate information concerning these time periods that previously appeared, and still appears, on pages 305 and 313 (*e.g.,* the statement on page 305 that "the Crossfire Hurricane team tasked CHSs to interact with Page and Papadopoulos both during the time Page and Papadopoulos were advisors to the Trump campaign, and after Page and Papadopoulos were no longer affiliated with the Trump campaign").

- On pages ix, 164, 165, 214, and 364 we removed redactions of certain information related to Person 1.  We also removed redactions throughout the report related to the dates the Carter Page FISA applications were filed and the dates FISA authority expired for each application.  These changes to previously-redacted text were made in response to subsequent decisions made by the Department of Justice and the FBI about the classification of the underlying information.  *See* page 14, footnote 24.

- On pages xi, 242, 368, and 370, we changed the phrase "had no discussion" to "did not recall any discussion or mention."  On page 242, we also changed the phrase "made no mention at all of" to "did not recall any discussion or mention of."  On page 370, we also changed the word "assertion" to "statement," and the words "and Person 1 had no discussion at all regarding WikiLeaks directly contradicted" to "did not recall any discussion or mention of WikiLeaks during the telephone call was inconsistent with."  In all instances, this phrase appears in connection with statements that Steele's Primary Sub-source made to the FBI during a January 2017 interview about information he provided to Steele that appeared in Steele's election reports.  The corrected information appearing in this updated report reflects the accurate characterization of the Primary Sub-source's account to the FBI that previously appeared, and still appears, on page 191, stating that "[the Primary Sub-Source] did not recall any discussion or mention of Wiki[L]eaks."

- On page 57, we added the specific provision of the United States Code where the Foreign Agents Registration Act (FARA) is codified, and revised a footnote in order to reference prior OIG work examining the Department's enforcement and administration of FARA.

- On page 413, we changed the word, "three" to "second and third."  The corrected information appearing in this updated report reflects the accurate description of the Carter Page FISA applications that did not contain the information the FBI obtained from Steele's Primary Sub-source in January 2017 that raised significant questions about the reliability of the Steele reporting.  This information previously appeared, and still appears, accurately on pages xi, xiii, 368, and 372.