# Exhibit 1

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

CASE NO. 18-15295

ALEKSEJ GUBAREV, XBT HOLDING S.A., and WEBZILLA, INC.,

   Appellants/Cross-Appellees

v.

BUZZFEED, INC. and BEN SMITH,

   Appellees/Cross Appellants

_____/

**APPELLEES/CROSS-APPELLANTS' MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE TO APPELLANTS' MOTION TO <u>SUPPLEMENT THE RECORD</u>**

# STATEMENT OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1-1, counsel for the Appellees BuzzFeed, Inc. and Ben Smith ("Appellees"), hereby certifies that Appellee BuzzFeed, Inc. is a privately owned corporation. 10% or more of its stock is owned by NBCUniversal Media LLC, a wholly-owned indirect subsidiary of Comcast Corporation, which is publicly traded.  No other publicly held company owns 10% or more of its stock.  Counsel for the Appellees further verify that the persons listed below have or may have an interest in the outcome of this case:

1.  ABC, Inc.

2.  Abrams, Floyd

3.  Abrutyn, Stephanie

4.  Advance Publications, Inc.

5.  American Society of News Editors

6.  The Associated Press

7.  The Associated Press Media Editors

8. Association of Alternative Newsmedia

9. AT&T, Inc. (NYSE: T)

10. Aven, Petr

11. Bailen, Mark

12. Baker & Hostetler LLP

13. Ballard Spahr LLP

14. Barr & Camens

15. Bernstein, Richard

16. Bertsche, Robert

17. Black, Roy

18. Bolger, Katherine M.

19. Bralow, David

20. Brown, Bruce

21. BuzzFeed, Inc.

22. Cable News Network, Inc.

3

23. Cahill Gordon & Reindel LLP

24. Californians Aware

25. Camens, Barbara

26. Carter Ledyard & Milburn LLP

27. Ciampa Fray-Witzer, LLP

28. Cobb, Brady

29. Comcast Corporation (CMCSA)

30. Conti, Jason

31. Covington & Burling LLP

32. Cregan, James

33. Davis Wright Tremaine LLP

34. Donnellan, Johnathan

35. Dow Jones & Company, Inc.

36. Due, Johnita

37. Dunn, Matthew D.

4

38. The E.W. Scripps Company (Nasdaq: SSP)

39. First Look Media Works, Inc.

40. Fisher, Lauren

41. Fletcher, Heald & Hildreth, PLC

42. Francke, Terry

43. Fray-Witzer, Evan

44. Fridman, Mikhail

45. Fulop, Dylan

46. Giles, David

47. Goldberg, Kevin

48. Goldstein, Jacob

49. Gubarev, Aleksej

50. Gubarev, Valentin

51. Hearst Corporation

52. Home Box Office, Inc.

5

53. Homer Bonner Jacobs, P.A.

54. Ibarguen, Diego

55. The Inter American Press Association

56. The International Documentary Association

57. The Investigative Reporting Workshop

58. Kahn, German

59. Kaiser, Karen

60. Kelly, Chelsea T.

61. Kirby, Kathleen

62. Kurtzberg, Joel

63. Lazier, Adam

64. Lewis, Alan S.

65. Lopez, Jared

66. Malyshev, Alexander G.

67. McCraw, David

68. McDonough, Theodore Y.

69. The Media Institute

70. MPA- The Association of Magazine Media

71. The National Press Club

72. The National Press Club Journalism Institute

73. The National Press Photographers Association

74. NBCUniversal Media LLC

75. Nemon, Jacob H.

76. New England First Amendment Coalition

77. New England Newspaper and Press Association, Inc.

78. The New York Times Company (NYSE: NYT)

79. News Corporation (Nasdaq: NWS)

80. The News Guild- CWA

81. Nguyen, Lan

82. The Online News Association

83. Osterreicher, Mickey

84. Prince Lobel Tye LLP

85. Radio Television Digital News Association

86. The Reporters Committee for Freedom of the Press

87. Reporters Without Borders

88. Ruby Newco, LLC

89. Sanford, Bruce

90. Satyendra, Indira

91. Schary, Alison

92. Schwartz, Adam

93. Shayefar, Matthew

94. Siegel, Nathan

95. Sitwala, Ravi

96. Smith, Ben

97. The Society of Environmental Journalists

98. Society of Professional Journalists

99. Tobin, Charles

100. Townsend, Katie

101. Univision Communications, Inc.

102. The Honorable Ursula Ungaro

103. Vigilante, David

104. Vox Media, Inc.

105. Walsh, John J.

106. The Walt Disney Company (NYSE: DIS)

107. Webzilla, Inc.

108. White, Madelyn K.

109. Wiley Rein LLP

110. Wimmer, Kurt

111. XBT Holding, S.A.

112. Zucker, John

Pursuant to Fed. R. App. P. 26(b) and 27(a)(3)(A), and 11th Cir. R. 26-1 and 27-1(a)(5), Appellees/Cross Appellants BuzzFeed, Inc. and Ben Smith ("Appellees") respectfully request an extension to the deadline for the filing of their response to Appellants' Motion to Supplement the Record With the December 9, 2019 Report of the Office of the Inspector General, filed on December 30, 2019 (the "Motion"). Appellees' response to the Motion is currently due on January 9, 2020, and Appellees request that this date be extended until January 21, 2020.

Appellees request this extension in order to properly and fully respond to Appellants' 20-page Motion. Appellees have not received any previous extensions to the deadline for responding to the Motion.

The requested extension would not prejudice any of the parties or delay this Court's disposition of the appeal. Although the Inspector General report at issue in the Motion was released on December 9, 2019, Appellees waited until December 30 to file the Motion. Moreover, the Court has not yet scheduled oral argument of this appeal.

Counsel for Appellees has consulted with counsel for Appellants, and counsel for Appellants has indicated that Appellants do not consent to the requested extension and intend to file an objection.

Dated: December 31, 2019       Respectfully submitted,

/s/ Katherine M. Bolger
Katherine M. Bolger
Nathan Siegel
Adam Lazier
Alison Schary
Chelsea Kelly
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
nathansiegel@dwt.com
adamlazier@dwt.com
alisonschary@dwt.com
chelseakelly@dwt.com

4838-9058-1680v.1 0100812-000009

## CERTIFICATE OF COMPLIANCE

Counsel for Appellees BuzzFeed, Inc. and Ben Smith hereby submits its Certificate of Complaint pursuant to Fed. R. App. P. 32(a) and hereby certifies:

1. This response complies with the type-volume limitation of Fed. R. App. R. 27(d)(2)(A) because the motion contains 204 words.

2. This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2016 in a 14-point font, Times New Roman.

By: /s/    Katherine M. Bolger
　　　　　 Katherine M. Bolger

4838-9058-1680v.1 0100812-000009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF on all counsel or parties of record this 31st day of December, 2019.

By: /s/      Katherine M. Bolger
              Katherine M. Bolger

4838-9058-1680v.1 0100812-000009