UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60426-CV-UNGARO

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.,

                Plaintiffs,

     v.

BUZZFEED, INC., and
BEN SMITH,

                Defendants.

_____ /

**ORDER GRANTING MOTION**
**TO FILE SUPPLEMENTAL AMICUS CURIAE BRIEF**

THIS CAUSE came before the Court upon Amici Mikhail Fridman, Petr Aven, and

German Khan's ("Amici['s]") Motion to File Six-Page Supplemental Amicus Curiae Brief.

Being fully advised, it is

ORDERED AND ADJUDGED that the Motion is GRANTED.  Amici's Supplemental

Brief shall be deemed FILED.

DONE AND ORDERED in chambers at Miami, Florida this __ day of April, 2020.


                                     _____
                                     URSULA UNGARO
                                     UNITED STATES DISTRICT JUDGE

cc:    Clerk of Court
        Counsel of Record