UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60426-CV-UNGARO

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.,

        Plaintiffs,

v.

BUZZFEED, INC., and
BEN SMITH,

        Defendants.

_____ /

**REPLY OF AMICI MIKHAIL FRIDMAN,
PETR AVEN, AND GERMAN KHAN IN OPPOSITION
TO DEFENDANTS' RESPONSE TO AMICI'S MOTION TO FILE SIX-PAGE
SUPPLEMENTAL AMICUS CURIAE BRIEF**

    Defendants oppose Amici's motion based on the accusation that Amici are "engaging in a *coordinated* effort with Plaintiffs to try to double the amount of briefing on this Motion and to do so in a manner that would *prevent Defendants from meaningfully responding*."

    Both points are false. No representative of Amici saw any version of Plaintiffs' Reply, before it was filed late last night, and no representative of Amici had a communication with Plaintiffs' counsel as to what the Reply would say. Simply put, there was no coordination. Defendants' complaint that the filing of Amici's brief prevents it from "meaningfully" addressing the argument it makes is specious: the essence of the argument advanced by the amicus brief is that the Horowitz Report does not support the contention that as of January 10, 2017, the government was already investigating the "entire dossier." Defendants have not been deprived of an opportunity to "meaningfully" address that subject because it has *already done so* in its submission dated April 6, 2020. [*See* ECF No. 453.]

Defendants also argue that there is "no bona-fide reason why the arguments [Amici] now seek to make could not have been made when they filed their first two 'amicus' briefs." But there is a such a reason. As noted above and in the proposed amicus brief, it responds to a new, alternative argument made by Defendants in their last submission. While Defendants attempt to challenge the authority of an amicus to respond to the argument of a party, there is no such prohibition. Indeed, the Eleventh Circuit granted Amici's motion, over Defendants' objection, to submit a supplemental amicus brief that responded to Defendants' opposition brief in that Court.

Respectfully submitted,

By:   */s/ Adam L. Schwartz*
Adam L. Schwartz
Florida Bar No. 0103163
HOMER BONNER JACOBS ORTIZ, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Tel.:   (305) 350-5116
Fax:   (305) 982-0079
Email: aschwartz@homerbonner.com

-and-

Alan S. Lewis (*pro hac vice*)
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel.:   (212) 732-3200
Fax:   (212) 732-3232
Email: lewis@clm.com

*Attorneys for Mikhail Fridman, Petr Aven, and German Khan*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                   */s/ Adam L. Schwartz*
                                                   Adam L. Schwartz