**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
Case No.: 17-cv-60426-UU

ALEKSEJ GUBAREV, XBT HOLDING S.A., AND WEBZILLA, INC.

   Plaintiffs,

vs.

BUZZFEED, INC. AND BEN SMITH,

   Defendants.

_____/

## DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL AUTHORITIES

Defendants BuzzFeed, Inc. and Ben Smith hereby file the following supplemental authorities on Plaintiffs' motion to supplement the summary judgment record, Dkt. 446 (the "Motion"):

1) The June 18, 2020 order of the District of Columbia Court of Appeals in *Fridman, et al. v. Orbis Business Intelligence Limited, et al.*, CAB2667-18 (D.C.), denying the Appellants' motion to supplement the record in that case by filing the Department of Justice Inspector General report at issue in the Motion;

2) The June 18, 2020 judgment and opinion of the District of Columbia Court of Appeals in *Fridman, et al. v. Orbis Business Intelligence Limited, et al.*, CAB2667-18 (D.C.), affirming the lower court's dismissal of the case.

Dated: June 23, 2020

                                      Respectfully submitted,

                                      /s/ Katherine M. Bolger
                                      Katherine M. Bolger
                                      Nathan Siegel

Adam Lazier
Alison Schary
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
katebolger@dwt.com
adamlazier@dwt.com
nathansiegel@dwt.com

Roy Black
Jared Lopez
BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
201 So. Biscayne Boulevard
Miami, Florida 33131
rblack@royblack.com
jlopez@royblack.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing, together with its exhibits, was served via CM/ECF of all counsel of record on the 23rd day of June 2020.

                                  By: /s/ Adam Lazier
                                              Adam Lazier