UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEKSEJ GUBAREV,
XBT HOLDING S.A., and
WEBZILLA, INC.
   Plaintiffs,

v.

BUZZFEED, INC. and
BEN SMITH
   Defendants.

Case No.

0:17-cv-60426-UU

**PLAINTIFFS' LOCAL RULE 7.1(b)(4) NOTIFICATION OF EXPIRATION OF 90 DAYS WITH RESPECT TO PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD WITH THE HOROWITZ REPORT AND FOR AN INDICATIVE RULING**

Pursuant to Local Rule 7.1(b)(4), Plaintiffs provide the following notification that more than ninety (90) days have passed without (a) a hearing being held or scheduled or (b) a ruling being issued.

On December 30, 2019, Plaintiffs filed with the Eleventh Circuit Court of Appeals their Motion to Supplement the Record, asking the Court to permit the record on appeal to be supplemented with an official United States government report, the "Horowitz Report," which was released by the United States Office of the Inspector General ("OIG") on December 9, 2019.

In that Motion, Plaintiffs requested, in the alternative, that the Eleventh Circuit issue a limited remand to the District Court to permit the Horowitz Report to be added to the record.

On March 13, 2020, the Eleventh Circuit granted Plaintiffs' Motion in part:

> GRANTED IN PART, to the extent Plaintiffs seek a remand. The Court REMANDS this case for the limited purpose of permitting Plaintiffs to move the district court for relief that would allow the district court to supplement the record with the Horowitz Report.

The Eleventh Circuit also instructed Plaintiffs to comply with the provisions of 11th Cir. R. 12.1-1(a), which provides, in relevant part, that:

> A party who files a motion in the district court that the district court lacks authority to grant because an appeal is pending must, within 14 days after filing the motion, serve and file a motion in this court to stay the appeal until the district court rules on the motion before it.

The Eleventh Circuit also instructed Plaintiffs to provide it with regular status updates.

On March 23, 2020, Plaintiffs filed with this Court their Motion to Supplement the Record With the Horowitz Report and for an Indicative Ruling. On April 6, 2020, Defendants filed with this Court their Opposition to Plaintiffs' Motion to Supplement the Record With the Horowitz Report and for an Indicative Ruling. On April 13, 2020, Plaintiffs filed with this Court their Reply Memorandum, completing the parties' briefings in the District Court.

As of the date of this filing, no ruling has been received from this Court, nor has any hearing been scheduled on Plaintiffs' Motion.

Plaintiffs have today filed their Third Status Report with the Eleventh Circuit notifying that Court that no ruling has been issued by this Court on their Motion.

Because ninety (90) days have elapsed since briefing was completed on Plaintiffs' Motion, Plaintiffs are providing the Court with this notice in accordance with Local Rule 7.1(b)(4).

Plaintiffs respectfully request that this Court issue a ruling on their Motion at the Court's earliest convenience so that their appeal may proceed without undue delay.

Respectfully Submitted,

/s/ Evan Fray-Witzer
Evan Fray-Witzer (pro hac vice)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
617-426-0000
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin Gurvits (pro hac vice)
Boston Law Group, PC
825 Beacon Street, Ste 20
Newton, MA 02459
617-928-1800
vgurvits@bostonlawgroup.com

/s/ Matthew Shayefar
Matthew Shayefar (Fla. Bar. No. 126465)
Law Office of Matthew Shayefar, PC
925 N La Brea Ave
West Hollywood, CA 90038
323-948-8101
matt@shayefar.com

Dated: July 16, 2020

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel for all parties on the date set forth below.

Dated: July 16, 2020

/s/ Matthew Shayefar