UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-60426-UU

ALEKSEJ GUBAREV, *et al.*,

    Plaintiffs,

v.

BUZZFEED, INC., *et al.*,

    Defendants.
_____/

**ORDER**

    THIS CAUSE comes before the Court upon the Motion of Amici Mikhail Fridman, Petr Aven, and German Khan ("Fridman Amici") to File Six-Page Supplemental Amicus Curiae Brief (D.E. 455) ("Motion").  The Court having considered the Motion, the pertinent parts of the record before this Court and the United States Court of Appeals for the Eleventh Circuit, Case No. 18-15295, Defendants' Opposition to the Motion, D.E. 456, and the Fridman Amici's Reply in Support of the Motion, D.E. 457, it is hereby

    ORDERED AND ADJUDGED that the Motion, D.E. 455 is GRANTED.  The Fridman Amici's Supplemental Brief, D.E. 455-1, is deemed submitted.  No further filings from the Fridman Amici will be permitted.

    DONE AND ORDERED in Chambers at Miami, Florida, this 3d__ day of August, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record via CM/ECF