**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| ALEKSEJ GUBAREV, XBT HOLDING S.A., and WEBZILLA, INC.<br>    Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. and BEN SMITH<br>    Defendants. | Case No.<br><br>**0:17-cv-60426-UU** |

**PLAINTIFF ALEKSEJ GUBAREV'S NOTICE OF APPEAL**
**OF COURT'S ORDER ON REMAND**

Plaintiff Aleksej Gubarev hereby provides notice of his appeal from an order of the United States District Court for the Southern District of Florida; specifically, the Court's Order on Remand filed December 17, 2020 (D.E. 461).

Dated: January 15, 2021

**Respectfully Submitted:**

/s/ Evan Fray-Witzer
Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (Fla. Bar No. 0126465)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb (Fla. Bar No. 031018)
COBB EDDY, PLLC
1112 North Flagler Drive
Fort Lauderdale, Florida 33304
Telephone: 954-527-4111
Facsimile: 954-900-5507
bcobb@cobbeddy.com

*Attorneys for Aleksej Gubarev*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below on January 15, 2021.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Adam Lazier (adamlazier@dwt.com)
Adam Louis Schwartz (aschwartz@homerbonner.com, dthomas@homerbonner.com)
Alan S. Lewis (lewis@clm.com)
Alison Schary (alisonschary@dwt.com)
Anjali Motgi (anjali.motgi@usdoj.gov)
Cary McClelland (carymcclelland@dwt.com)
Christina Hull Eikhoff (christy.eikhoff@alston.com)
Christopher Allen Riley (chris.riley@alston.com, kristi.ramsay@alston.com)
Jared M. Lopez (jlopez@royblack.com, civilpleadings@royblack.com, dhodson@royblack.com, rblack@royblack.com, rdunlap@royblack.com)
Katherine M. Bolger (katebolger@dwt.com)
Marcos Daniel Jimenez (mdj@mdjlegal.com, kvasquez@leoncosgrove.com)
Nathan Siegel (nathansiegel@dwt.com)
Rachel Elise Fugate (rfugate@shullmanfugate.com, abeene@shullmanfugate.com, dshullman@shullmanfugate.com, pleadings@shullmanfugate.com)
Roy Eric Black (rblack@royblack.com)
Ury Fischer (ufischer@lottfischer.com, cmecf@lfiplaw.com, kclayman@lottfischer.com, ufischer@gmail.com)