Case 0:17-cv-60426-UU   Document 466   Entered on FLSD Docket 11/18/2021   Page 1 of 2
USCA11 Case: 18-15295   Date Filed: 11/18/2021   (1 of 2)

**FILED BY HH D.C.**

**Nov 18, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 18, 2021

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 18-15295-W  ; 21-10179 -W
Case Style: Aleksej Gubarev, et al v. Buzzfeed, Inc., et al
District Court Docket No: 0:17-cv-60426-UU

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Valerie L Geddis
Phone #: (404) 335-6143

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 18-15295-W ; 19-10261 -J ; 21-10179 -W

ALEKSEJ GUBAREV,

                                              Plaintiff-Appellant-Cross-Appellee,

XBT HOLDINGS S.A.,
WEBZILLA, INC.,

                                              Plaintiffs,

versus

BUZZFEED, INC.,
BEN SMITH,

                                              Defendants - Appellees - Cross Appellants.

Appeal from the United States District Court
for the Southern District of Florida

ORDER:

Joint Motion to Dismiss Appeal with prejudice is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION